# UNITED STATES BANKRUPTCY COURT

Northern District of California

## INVOLUNTARY PETITION

IN RE (Name of Debtor – If Individual: Last, First, Middle)

HASHFAST TECHNOLOGIES LLC

ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)

649 Mission Street, 5th Floor
San Francisco, California 94105

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
San Francisco

ZIP CODE
94105

MAILING ADDRESS OF DEBTOR (If different from street address)

ZIP CODE

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7 ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
Bitcoin Mining Hardware/Software Manufacturer

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
**(Check applicable boxes)**

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No.________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x [signature] Signature of Petitioner or Representative (State title) | x Ashley M. McGee 5/9/14 Signature of Attorney Date |
| Koi Systems — Name of Petitioner; May 9 2014 — Date Signed | Baker Hostetler LLP — Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Brian Edgeworth, 1191 Center Point Dr., Henderson, NV 89074 | 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025 — Address |
| | (310) 820-8800 — Telephone No. |
| x Signature of Petitioner or Representative (State title) | x Signature of Attorney Date |
| UBE Enterprises — Name of Petitioner; Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Sam D. Thompson, 7425 Creek Rd., Sandy, UT 84093 | Address |
| | Telephone No. |
| x Signature of Petitioner or Representative (State title) | x Signature of Attorney Date |
| Timothy Lam — Name of Petitioner; Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Koi Systems, Units 1403-5, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Subtotal of Petitioners' Claims 325,312.66 |

1 continuation sheets attached

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No.____________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x__________________<br>Signature of Petitioner or Representative (State title)<br>Koi Systems<br>Name of Petitioner — Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Brian Edgeworth<br>1191 Center Point Dr.<br>Henderson, NV 89074 | x__________________<br>Signature of Attorney — Date<br>Baker Hostetler LLP<br>Name of Attorney Firm (If any)<br>11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025<br>Address<br>(310) 820-8800<br>Telephone No. |
| x [signature]<br>Signature of Petitioner or Representative (State title)<br>UBE Enterprises<br>Name of Petitioner — Date Signed 5.09.14<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093 | x__________________<br>Signature of Attorney — Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x__________________<br>Signature of Petitioner or Representative (State title)<br>Timothy Lam<br>Name of Petitioner — Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | x__________________<br>Signature of Attorney — Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Koi Systems, Units 1403-5, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Subtotal of Petitioners' Claims 325,312.66 |

1 continuation sheets attached

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No.________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x________________________________
Signature of Petitioner or Representative (State title)

Koi Systems
Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Edgeworth
1191 Center Point Dr.
Henderson, NV 89074

x________________________________
Signature of Attorney — Date

Baker Hostetler LLP
Name of Attorney Firm (If any)

11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025
Address

(310) 820-8800
Telephone No.

x________________________________
Signature of Petitioner or Representative (State title)

UBE Enterprises
Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Sam D. Thompson
7425 Creek Rd.
Sandy, UT 84093

x________________________________
Signature of Attorney — Date

Name of Attorney Firm (If any)

Address

Telephone No.

x [signature]
Signature of Petitioner or Representative (State title)

Timothy Lam — 5/9/2014
Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

x________________________________
Signature of Attorney — Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Koi Systems, Units 1403-5, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Subtotal of Petitioners' Claims 325,312.66 |

1 continuation sheets attached

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No.__________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x [signature]
Signature of Petitioner or Representative (State title)

Edward Hammond
Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Edward Hammond
3103 Powell Cir
Austin, TX 78704

x__________
Signature of Attorney — Date

Name of Attorney Firm (If any)

Address

Telephone No.

x__________
Signature of Petitioner or Representative (State title)

Grant Pederson
Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

x__________
Signature of Attorney — Date

Name of Attorney Firm (If any)

Address

Telephone No.

x__________
Signature of Petitioner or Representative (State title)

Name of Petitioner — Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x__________
Signature of Attorney — Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edward Hammond, 3103 Powell Cir., Austin, TX 78704 | Unsecured | 1,517.94 |
| Grant Pederson, 12538 Botanical Ln., Frisco, TX 75035 | Unsecured | 3,790.01 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 330,620.61

_____continuation sheets attached

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No.________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x__________<br>Signature of Petitioner or Representative (State title)<br>Edward Hammond<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: Edward Hammond, 3103 Powell Cir., Austin, TX 78704 | x__________<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x [signature]<br>Signature of Petitioner or Representative (State title)<br>Grant Pederson<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: Grant Pederson, 12538 Botanical Ln., Frisco, TX 75035 | x__________<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x__________<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x__________<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edward Hammond, 3103 Powell Cir., Austin, TX 78704 | Unsecured | 1,517.94 |
| Grant Pederson, 12538 Botanical Ln., Frisco, TX 75035 | Unsecured | 3,790.01 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 330,620.61 |

____continuation sheets attached

