IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. [            ]
        )
HASHFAST TECHNOLOGIES LLC,  ) Chapter 7
        )
   Debtor.  )
_____)

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, I, the undersigned counsel of record for Koi Systems Ltd. ("Koi"), a creditor and petitioner in the above-captioned case, make the following disclosures to the best of my knowledge and belief:

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of Koi's equity interests are listed below:

**OR**

☒  There are no entities that directly or indirectly own 10% or more of any class of Koi's equity interest.

Dated: May 9, 2014

                                            /s/ Ashley M. McDow
                                            Ashley M. McDow (245114)
                                            Michael T. Delaney (261714)
                                            BAKER & HOSTETLER LLP
                                            11601 Wilshire Boulevard
                                            Los Angeles, CA 90025-0509
                                            Telephone:  (310) 820-8800
                                            Facsimile:  (310) 820-8859
                                            Email:  amcdow@bakerlaw.com
                                                          mdelaney@bakerlaw.com