IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. [          ]
)
HASHFAST TECHNOLOGIES LLC, ) Chapter 7
)
Debtor. )
)

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, I, the undersigned counsel of record for UBE Enterprises ("UBE"), a creditor and petitioner in the above-captioned case, make the following disclosures to the best of my knowledge and belief:

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of UBE's equity interests are listed below:

**OR**

☒ There are no entities that directly or indirectly own 10% or more of any class of UBE's equity interest.

Dated: May 9, 2014

/s/ Ashley M. McDow
Ashley M. McDow (245114)
Michael T. Delaney (261714)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com