# United States Bankruptcy Court

__Northern__ District of __California__

In re __Hashfast Technologies, LLC.__

Bankruptcy Case No. __14-30725__

Debtor*
Social Security No. :
Employer Tax I.D. No.:

## SUMMONS AND NOTICE TO DEBTOR OF STATUS CONFERENCE IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on __May 9, 2014__ (date) in this bankruptcy court, requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk | U.S. BANKRUPTCY COURT<br>235 PINE ST.<br>SAN FRANCISCO, CA 94104 |
|---|---|

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney |
|---|
| Ashley McDow<br>Baker & Hostetler, LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025 |

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c). If you fail to respond to this summons, the order for relief will be entered.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | U.S. BANKRUPTCY COURT<br>235 PINE ST.<br>SAN FRANCISCO, CA 94104 | Room __22__ |
|---|---|---|
| | | Date and Time __6/27/2014 @ 1:30pm__ |

__Edward J. Emmons__
Clerk of the Bankruptcy Court

__5/12/2014__
Date

By: _____
Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors, set forth both social security numbers.