Ashley M. McDow (245114)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Attorneys for Koi Systems, Petitioning Creditor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Hashfast Technologies LLC,<br><br>Debtor. | Case No.: 14-30725<br><br>Chapter 7<br><br>Assigned to the Honorable Dennis Montali<br><br>**CERTIFICATE OF SERVICE OF INVOLUNTARY PETITION; AND SUMMONS AND NOTICE TO DEBTOR OF STATUS CONFERENCE IN INVOLUNTARY CASE**<br>**[Related to Docket Nos. 1 & 4]** |

I, Roxane E. Ojeda, declare that:

I am employed in the County of Los Angeles, California. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California. I am over the age of eighteen years and not a party to this cause.

On **May 13, 2014**, I served the following: **INVOLUNTARY PETITION; AND SUMMONS AND NOTICE TO DEBTOR OF STATUS CONFERENCE IN INVOLUNTARY CASE** on the interested parties in this action as follows:

____ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING "NEF"): The foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and

determined that the following person(s) are on the Electronic Mail Notice of List to receive NEF transmission at the email address(es) indicated below:

__X__ (BY MAIL) By placing a true copy thereof enclosing in a sealed envelope addressed as follows: I deposited such envelope with postage thereof fully prepaid in the United States mail at Los Angeles, California.

____ (BY EMAIL) By electronic mail attaching a true copy thereof.

Debtor:
Hashfast Technologies LLC
649 Mission Street, 5th Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 13, 2014**, at Los Angeles, California.

*/s/ Roxane E. Ojeda*
Roxane E. Ojeda

- 2 -
CERTIFICATE OF SERVICE