BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>      Debtor. | Case No. 14-30725 DM<br><br>Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Creditor Liquidbits Corp., and requests that all required notices be directed to:

    David M. Balabanian
    Bingham McCutchen LLP
    Three Embarcadero Center
    San Francisco, CA 94111
    T: 415.393.2000
    F: 415.393.2286
    david.balabanian@bingham.com

DATED: May 21, 2014

BINGHAM McCUTCHEN LLP


By: /s/ David M. Balabanian
    David M. Balabanian
    Bingham McCutchen LLP
    Three Embarcadero Center
    San Francisco, CA 94111
    T: 415.393.2000
    F: 415.393.2286
    david.balabanian@bingham.com

2

Case: 14-30725    Doc# 7    Filed: 05/21/14    Entered: 05/21/14 13:24:24    Page 2 of 2