BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 DM |
| | Chapter 7 |
| HASHFAST TECHNOLOGIES, LLC, | |
| Debtor. | |

**EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

Creditor Liquidbits Corp. ("Liquidbits"), through its undersigned attorneys, hereby moves for entry of an Order directing the United States trustee to appoint an interim Chapter 7 trustee pursuant to section 303(g) of the Bankruptcy Code, or for alternative relief pursuant to section 303(f) of the Bankruptcy Code. In support of this motion, Liquidbits submits the accompanying (a) *Memorandum of Points and Authorities in Support Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief* (the "Memorandum"), *(b) Declaration of Gregory Bachrach in*

*Support of Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief*, (c) *Declaration of Willem van Rooyen in Support of Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief* and (d) *Declaration of Kristen A. Palumbo in Support of Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief.* By this motion:

1. Liquidbits requests that the Court enter an Order directing the United States Trustee to appoint an interim Chapter 7 trustee. For the reasons set forth in the Memorandum, the urgent appointment of an interim Chapter 7 trustee to take all appropriate steps to realize the value of Hashfast's inventory -- the sole source of recovery for Hashfast's creditors -- is critical to ensure that Hashfast's estate is not dissipated before an order for relief can be entered. In the alternative, for the reasons set forth in the Memorandum, pending the Court's consideration of the appointment of an interim Chapter 7 trustee or until an interim Chapter 7 trustee is appointed, Liquidbits requests that the Court confirm that an order issued on May 8, 2014 in an arbitration initiated by Liquidbits against alleged debtor Hashfast Technologies LLC ("Hashfast") is still binding on Hashfast, or that the Court issue a like order, as permitted by Section 303(f) of the Bankruptcy Code, enjoining Hashfast from continuing to sell or otherwise dispose of the Golden Nonce Chips ("Chips") in its inventory or the wafers from which the Chips are cut.

2. Liquidbits also requests that the Court direct Hashfast to provide an accounting of all of its receipts and disbursements since the Petition Date to determine whether all proceeds and other assets have been used to support its business and were not diverted to third parties.

3. Liquidbits further requests that the Court grant any such other and further relief as is just and proper.

DATED: May 21, 2014

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: /s/ Kristen A. Palumbo
David M. Balabanian
Kristen A. Palumbo
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
T: 415.393.2000
F: 415.393.2286
david.balabanian@bingham.com
kristen.palumbo@bingham.com