BINGHAM McCUTCHEN LLP
David M. Balabanian (SBN 37368)
Kristen A. Palumbo (SBN 215857)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286
Email: david.balabanian@bingham.com
kristen.palumbo@bingham.com

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 7 |

**DECLARATION OF GREGORY BACHRACH IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

I, Gregory Bachrach, declare as follows:

1. I am the Chief Executive Officer of Liquidbits Corp. ("Liquidbits"). I have been the CEO of Liquidbits since its founding in September 2011. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Liquidbits is a data processing company for bitcoin mining operations.

3. Hashfast Technologies LLC ("Hashfast") manufactures and sells bitcoin mining technology and hardware.

4. Bitcoins are a form of cryptographic currency which are widely traded in real time at exchanges all over the world. Bitcoins are created in accordance with a data protocol which is decentralized, under no central control, and accordingly, virtually impossible for any party to change. This protocol establishes the process, known as "mining," by which new bitcoins are created through a competitive "winner takes all" race to calculate or decode "blockchains." The protocol is designed to increase the processing difficulty for mining bitcoins each month in order to account for the continuing increases in data processing technology. Bitcoin mining requires powerful and high-functioning equipment capable of quickly running complex calculations.

5. As a consequence of the protocol by which new bitcoins are created, the value of processing capabilities is subject to rapid degradation in two principal ways. First, the difficulty in calculating or decoding a blockchain ("mining") increases each month, resulting in a corresponding reduction in productive output of the same processing output (measured in hashes, gigahashes, terra hashes, or petahashes) each month. Second, a blockchain once "mined" becomes permanently unavailable to any other party to "mine" and there exist no means to prevent duplication of effort among different parties or to determine how close any other party is to "mining" a blockchain (i.e., the first party to complete the process accrues 100% of the value). As the number of blockchains which are available to be "mined" each month is fixed and immutable, the economic value of processing power is a function of the percentage of overall global processing power employing in the "mining" process. As the total processing power employed on a worldwide basis increases substantially each month, a fixed data processing output becomes a smaller and less valuable percentage each day.

6. As a consequence of the protocol by which new bitcoins are created, the value of the equipment used in bitcoin mining (including the Golden Nonce Chips discussed below) declines approximately eighteen percent (18%) every ten (10) days. The devaluation is publicized and fixed by the protocol. *See, e.g.,* https://bitcoinwisdom.com/bitcoin/difficulty and http://bitcoin.sipa.be/.

7. On October 3, 2013, Liquidbits and Hashfast entered into a written agreement for the purchase by Liquidbits of certain equipment manufactured by Hashfast and used in bitcoin mining. A true and correct copy of the October 3, 2013 agreement between Liquidbits and Hashfast (the "original agreement"), which I signed on behalf of Liquidbits, is attached hereto as Exhibit 1. Beginning in October 2013, Liquidbits made or caused to be made $6 million in payments to Hashfast under the original agreement. By March 2014, Hashfast had delivered to Liquidbits only a small portion of the equipment it agreed to deliver in the original agreement.

8. In an effort to contain the considerable and continuing economic damages being inflicted on Liquidbits by the late delivery and non-performance by Hashfast, in March 2014, Liquidbits agreed to an amendment to the original agreement. Among other things, the amendment converted the equipment (2,500 Sierra units) identified in the original agreement into 30,000 Golden Nonce Chips ("Chips"). A true and correct copy of that amendment, titled a Memorandum of Understanding ("MOU") and dated March 4, 2014, is attached hereto as Exhibit 2. I signed the MOU on behalf of Liquidbits, and Eduardo de Castro signed on behalf of Hashfast.

9. Since the MOU was executed, Hashfast has only delivered to Liquidbits a small portion of the 30,000 Golden Nonce Chips that Liquidbits purchased. Hashfast made no deliveries in March 2014, and delivered only 2,000 Chips in April 2014.

10. Since the MOU was executed, I have engaged in efforts to obtain from Liquidbits the remaining 28,000 Chips. Hashfast has repeatedly refused to deliver them. I have also repeatedly asked Hashfast for a refund of the amounts paid for the undelivered Chips. Each time, I was told by Hashfast personnel that Hashfast was not in a position to refund the money.

11. To get the Chips, which are cut from wafers, to a form that can be used for bitcoin mining, the Chips need to be composited onto substrates. Substrates are mounted on mining boards and then built into systems (Sierra units). That process typically takes approximately 30 days. The Chips are cut from wafers. It typically takes 90 days to fabricate new wafers from readily available source materials.

12. The Golden Nonce Chips are unique in design and have unique capabilities. No equivalent chip exists in the general marketplace. "ASIC" is an acronym for "Application Specific Integrated Circuit," which is essentially a chip built for a dedicated purpose (i.e., a specific application). The Chips are high-performing ASICs, which means that they are designed for a dedicated purpose -- i.e., bitcoin mining. ASICs that are not specifically designed for bitcoin mining cannot be used to mine bitcoins.

13. As a consequence of the protocol by which new bitcoins are created, the Golden Nonce Chips that Liquidbits purchased will be valueless within the next 90 days. The network is a competitive market. More hardware is deployed into the bitcoin space every day, which increases competition and consequently reduces the value of the reward. The cost of electricity of running the mining equipment, and the physical hosting space for that equipment, after a certain period of time (here, 90 days) end up exceeding the value of the reward. See, for example, https://tradeblock.com/mining/a/5c0d6d83c2 and https://bitcoinwisdom.com/bitcoin/difficulty. As stated by Simon Barber, Hashfast's co-founder and Chief Technology Officer, "in bitcoin mining, time is everything." http://www.youtube.com/watch?v=lGtcdtIq468.

14. At a meeting that I had on or about April 10, 2014 with Mr. Barber, Timothy Wong, then acting CFO of Hashfast and Michael Howse, Mr. Barber told me that the value of each Chip was at least $600.

15. On or about May 13, 2014, I had an in-person conversation with Steve Tietze, an owner of Pepper Mining, a bitcoin mining company. Mr. Tietze told me that Hashfast was offering substantially discounted Chips and quoted him a price of about $250 per Chip. This price is well below the current market price for the Chips.

16. In the first week of April 2014, I had a conversation with Tim Wong, the acting CFO of Hashfast at that time, who told me that Hashfast's "accounting was a shambles and that millions of dollars could not be accounted for."

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct, and that this declaration was executed in San Francisco, California
3 | on May 20, 2014.

_____
Gregory Bachrach