# EXHIBIT B

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

| | |
|---|---|
| Liquidbits Corp., <br><br>　　　　　　Claimant, <br><br>　v. <br><br> Hashfast Technologies LLC, <br><br>　　　　　　Respondent. | Case No. 01-14-0000-1357 <br><br> **HASHFAST TECHNOLOGY LLC'S NOTICE AND SUGGESTION OF BANKRUPTCY** |

　　　　Please take notice that on May 9, 2014, an involuntary petition seeking relief under Chapter 7 of Title 11 of the United States Code was filed against Hashfast Technologies LLC in Case Number 14-30725 in the United States Bankruptcy Court for the Northern District of California, San Francisco Division. As a result of the filing, the automatic stay of 11 U.S.C. § 362 applies and all action in this case is automatically stayed pending further order from that court.

DATED: May 12, 2014

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ *Kelly D. Hine*
    Kelly D. Hine
    Texas Bar No. 24002290
    KHine@perkinscoie.com
    John Penn
    Texas Bar No. 15752300
    JPenn@perkinscoie.com
    Erin E. Leu
    Texas Bar No. 24070138
    ELeu@perkinscoie.com

500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: 214.965.7700
Facsimile: 214.965.7799

ATTORNEYS FOR RESPONDENT
HASHFAST TECHNOLOGIES LLC

### CERTIFICATE OF SERVICE

On the 12th day of May 2014, a true and correct copy of the above was sent via electronic mail to the following:

David M. Balaganian
David.balabanian@bingham.com
Kristen A. Palumbo
Kristen.palumbo@bingham.com
Ryan D. Nassau
Ryan.nassau@bingham.com

    /s/ *Kelly D. Hine*
    Kelly D. Hine