# EXHIBIT H

1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
   800 Fifth Ave, Suite 4100
3  Seattle, WA 98104
   Phone: (206) 529-4827
4  Fax:    (206) 260-3966
   Email: venkat@focallaw.com
5  Attorneys for Plaintiff
   PETE MORICI
6

7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE DIVISION

10  PETE MORICI, an individual,            Case No. _____

11                    Plaintiff,           COMPLAINT FOR DAMAGES,
          v.                               RESTITUTION AND INJUNCTIVE RELIEF
12
    HASHFAST TECHNOLOGIES LLC, a           (1) Breach of Contract
13  California limited liability company,  (2) Fraud
    HASHFAST LLC, a Delaware limited liability  (3) Violation of Cal. Bus. & Prof. Code §§
14  company, SIMON BARBER, an individual,         17200, et seq.
    and EDUARDO deCASTRO, an individual,   (4) Declaratory Relief
15
                      Defendants.          **JURY TRIAL DEMANDED**
16

17

18

19        Plaintiff Pete Morici ("*Morici*") alleges for his complaint against HashFast Technologies

20  LLC, HashFast LLC, and the principals of HashFast (collectively "*HashFast*") as follows:

21                          <u>**INTRODUCTION**</u>

22        This is a lawsuit seeking to enforce Morici's right to a refund for product ordered from

23  HashFast that was not delivered in a timely fashion.  The product in question—computer

24  hardware configured specifically to mine Bitcoin digital currency—loses value daily, due to the

25  ever-increasing computing power necessary to mine the same amount of Bitcoin.

26  Consequently, the date of delivery was one of the most critical terms of the purchase.  Although

27  HashFast represented at the time Morici placed his order, in August 2013, that delivery would

COMPLAINT - 1                                          Case No. _____

occur between October 20, 2013 and October 30, 2013, and later assured Morici and other customers on multiple occasions that delivery would occur within that time frame, HashFast failed to make timely delivery. Instead, HashFast notified Morici on October 23, 2013, that delivery would not occur until mid-November. However, on November 7, 2013, HashFast again changed its delivery date, notifying Morici that delivery would not occur until mid-December. Upon receiving HashFast's November notification, Morici cancelled his order and requested a refund of the Bitcoin he paid to HashFast to purchase the product.

Despite repeated requests, HashFast has failed to offer Morici a full refund, likely due to the fact that between the time Morici paid for the product and present day, the value of Bitcoin has increased dramatically. HashFast should not be unjustly enriched as a result of its improper actions and the change in value of the Bitcoin. Morici should be entitled to a refund, and this refund should be tendered in Bitcoin (*i.e.*, the number of Bitcoin that Morici tendered to HashFast). This result is mandated both by the relevant legal principles and equity, and by the understanding of the parties. HashFast has engaged in a systematic campaign of stringing along its customers and making misleading statements and should not be allowed to profit from its improper conduct. To the contrary, HashFast should be required to disgorge its ill-gotten gains.

## **THE PARTIES**

1.     Morici is a resident of, and domiciled in, the State of Maryland.

2.     On information and belief, HashFast Technologies LLC is a limited liability company organized and existing under the laws of the State of California, and HashFast LLC is a limited liability company organized and existing under the laws of the State of Delaware. The companies, which on information and belief are closely affiliated, or alter-egos for one another, both have their principal places of business in San Jose, California.

3.     On information and belief, Simon Barber and Eduardo deCastro are both California residents, founders, members (owners) and officers of each of the HashFast limited liability company entities.

4.     At all times mentioned herein, defendants, and each of them, were an owner, a

co-owner, an agent, representative and/or alter ego of their co-defendants, or otherwise acting on behalf of each and every remaining defendant and, in committing the acts hereinafter alleged, were acting with the course and scope of their authorities as an owner, co-owner, agent, representative and/or alter ego of its co-defendants, with the full knowledge, permission and consent of each and every other defendant, each co-defendant having ratified the acts of the other co-defendants.

5.      Wherever appearing in this complaint, each and every reference to defendants, or any of them, is intended to be and shall be a reference to all defendants hereto, and to each of them, unless said reference is otherwise specifically qualified.

## JURISDICTION AND VENUE

6.      HashFast Technologies LLC is subject to personal jurisdiction in the State of California because it is a California limited liability company having its principal place of business in San Jose, California, and it is engaged in systematic and continuous contacts with the State of California by virtue of its business activities here.  HashFast LLC is also subject to personal jurisdiction in the State of California because it has its principal place of business in the State of California and is engaged in systematic and continuous contacts with the State of California by virtue of its business activities here.  The principals of HashFast are likewise subject to jurisdiction in the State of California either by being residents of the State of California, or by reason of their extensive contacts with the State of California, in the form of HashFast-related activities.  Alternatively, to the extent there is no general jurisdiction over the principals of HashFast, they have purposefully aimed their conduct to the State of California, through their activities with HashFast, and should reasonably expect to be sued in the State of California.

7.      The Court has jurisdiction over the subject matter of the dispute under 28 USC § 1332.  Morici and the HashFast entities and principals are citizens of different states and the amount in controversy exceeds seventy five thousand dollars ($75,000.00).

8.      Venue is proper in this judicial district under 28 USC § 1391(b)(1) and (2)

because HashFast is based in this judicial district and, alternatively, because a substantial part of the events or omissions giving rise to the Morici's claims occurred, or a substantial part of the property that is the subject of the action is situated in this judicial district.

## FACTS

**BITCOINS BACKGROUND**

9.     Bitcoin is a peer-to-peer payment network that uses digital currency known as "Bitcoin" (abbreviated as "BTC"). The Bitcoin network is decentralized, with no authority overseeing its operation, and uses open-source encryption software for transactions. Every Bitcoin transaction is permanently recorded and is maintained in a transparent public ledger. The original technical paper describing Bitcoin can be found here: http://bitcoin.org/bitcoin.pdf.

10.     Payment transactions are processed by a network of private computers distributed throughout the world which, typically, have been specially configured for processing Bitcoin transactions. These computers are commonly referred to as "Bitcoin computers," and the operators of such computers are known as "miners." Miners are partially compensated for the work they perform by receiving fees for the Bitcoin transactions that they process through their Bitcoin computers.

11.     The Bitcoin system also incentivizes miners to process transactions by allowing miners to create new Bitcoins for themselves based on the number of "blocks" discovered. Blocks are files containing data regarding Bitcoin transactions that have yet to be recorded in the public ledger. The process of discovering a block involves calculating a SHA256 hash, an algorithm that is very difficult to solve, over and over again until the miner finds an input that matches an expected output. The chance that a miner will discover a given block, and thereby claim its Bitcoin "reward" before another miner, are based on the miner's hash rate relative to the total hash rate of all Bitcoin miners on the network. This incentive creates an inherent competitive environment in which miners seek to increase their rate of processing. Consequently, miners are constantly looking to increase the processing power of their Bitcoin computers. Thus, acquisition of the latest technology is crucial for miners, and to those who

COMPLAINT - 4                                                                 Case No.

purchase and sell Bitcoin mining equipment, the timing of shipment is inherently important.

12. The difficulty of Bitcoin mining is continually adjusted based on the rate at which blocks are created. Thus, as competition increases, so does the difficulty in processing. As a result, a Bitcoin mining computer continually becomes less valuable over time, as it becomes relatively less efficient at processing Bitcoin blocks. Eventually, without upgrading technology, the electricity required for processing will cost a miner more than the Bitcoin computer is able to generate.

13. As the adoption of the Bitcoin system has increased, technology companies have sprung up to serve the Bitcoin mining market, developing specialized computers to conduct Bitcoin mining. Defendant HashFast is one such company.

14. Bitcoin value fluctuates based on supply and demand. Importantly, the Bitcoin system includes a cap on the total number of Bitcoins that will be made available—21,000,000 Bitcoins. Currently, the number of Bitcoins in circulation is approximately 12,185,000.

**MORICI'S ORDERS FROM HASHFAST**

15. Like many members of the Bitcoin community, Mr. Morici was a participant in the internet message board and community known as Bitcoin Talk. HashFast was also a participant in this community, and starting in July 2013, made several posts about their soon-to-be-launched Bitcoin mining computer.

16. HashFast engaged in a wide range of promotion via Bitcoin Talk, including (1) inviting members to visit their offices, (2) announcing partnerships and supply arrangements, and (3) stating that their order process would be fully transparent. For example, in late August, HashFast purported to "announce some specs for [HashFast's] mining chip," going so far as to attach a letter from a third party partner. HashFast said that they would also be open and transparent about their sales queue.

17. Most importantly, HashFast posted publicly statements that shipments would be made in late October. On August 5, 2013, HashFast stated "We will be shipping [the mining product] in October." A screenshot of this post by HashFast is attached as **Exhibit A** hereto. A

1   screenshot of this post may also be viewed at:

2   https://bitcointalk.org/index.php?topic=262052.msg2869016#msg2869016.  On August 8, 2013,

3   HashFast stated that "HashFast is launching sales of the Baby Jet [mining product]," and further

4   stated "Shipments begin: October 20th-30th, in order of purchase."  A screenshot of this post by

5   HashFast is attached as **Exhibit B** hereto.  A screenshot of this post may also be viewed at:

6   https://bitcointalk.org/index.php?topic=270384.msg2894615#msg2894615.

7       18.   HashFast operates a website located at http://www.hashfast.com (the "Site").

8   HashFast describes itself on the Site as a "leader in Bitcoin mining technology."  *See*

9   http://hashfast.com/about-us/.  The domain name <hashfast.com> is registered to "Edward

10  Decastro."

11      19.   On August 10, 2013, Mr. Morici visited the Site in the course of deciding

12  whether to order a Bitcoin mining computer from HashFast.  After reviewing the product

13  information provided on the Site for HashFast's "Baby Jet" Bitcoin mining computer, including

14  the product's technical specifications and HashFast's stated delivery dates, Mr. Morici decided

15  that the Baby Jet was the product he wished to purchase.

16      20.   In choosing the Baby Jet, Mr. Morici relied on HashFast's representations and

17  warranties on the Site, including HashFast's claim that it had units of the Baby Jet "in stock,"

18  with shipments starting "October 20-30."  A screenshot of the webpage on the Site that was

19  substantially similar to what was viewed by Mr. Morici at the time of placing his order is

20  attached as **Exhibit C** hereto.  Nothing on the product page indicated that there was any

21  uncertainty as to the current availability of the product or HashFast's ability to ship the product

22  in a timely fashion.

23      21.   Although the Site contained functionality that allowed online ordering, on the

24  date Mr. Morici visited the Site (August 10, 2013), the Site was unavailable to process orders.

25  Therefore, Mr. Morici contacted Hashfast that day, and in response, John Skrodenis, Vice

26  President of HashFast, instructed Mr. Morici to place his order manually (by telephone and

27  email).  In an email to Mr. Morici, Mr. Skrodenis offered "free shipping."

COMPLAINT - 6                                                Case No.

22.     In a subsequent telephone conversation with Mr. Skrodenis that same day, Mr. Morici specifically raised the question of whether HashFast's advertised delivery dates of October 20-30 were firm, and whether there was any possibility that HashFast would not meet its advertised dates.  Mr. Skrodenis was emphatic in assuring Mr. Morici, saying: "that is not going to happen."

23.     Later that day, per Mr. Skrodenis' instructions, Mr. Morici placed an order with HashFast for two (2) Baby Jets at a total cost of $11,200 USD.  Despite Mr. Skrodenis' promise of free shipping, HashFast also charged Mr. Morici $307.38 USD for shipping, making the total transaction cost $11,507.38 USD.  Payment on the transaction was to be made in Bitcoin, with the cost amounting to 107.692308 BTC for the Baby Jets, 2.95557692 BTC for shipping, for a total of 110.67773274 BTC.

24.     HashFast stated in public posts on Bitcoin Talk that it would have credit card processing available, but at the time Mr. Morici and numerous others placed their orders, the only payment option made available by HashFast was in BTC.  Had credit card processing been made available by HashFast, Mr. Morici would have opted to pay using his credit card.

25.     Neither the applicable terms of purchase, nor HashFast's public comments indicated that refunds, if necessary, would be paid in U.S. Dollars.  In fact, HashFast represented that refunds would be paid in Bitcoin.  In a public post on Bitcoin Talk made on August 10, 2013, the day Mr. Morici placed his order, HashFast, through Mr. Barber, advised that "Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC."  Attached as **Exhibit D** hereto is a true and correct copy of this post.  The post may also be viewed at: https://bitcointalk.org/index.php?topic=270384.msg2903338#msg2903338. Another customer was also advised specifically that refunds would be paid in BTC.  Attached as **Exhibit E** hereto is a true and correct copy of this post.  The post may also be viewed at: https://bitcointalk.org/index.php?topic=262052.msg3452898#msg3452898.

26.     Mr. Morici confirmed his order via email that day and paid a deposit in the amount of 110.647885 BTC.  On August 15, 2013, in response to a follow-up query from Mr.

COMPLAINT - 7

Case No.

Morici, HashFast advised that "[the] transaction successfully went through, and your order has been complete."

27.     On August 19, 2013, nine days _after_ Mr. Morici placed his order, HashFast sent an "order confirmation" to Mr. Morici via email.  The "order confirmation" contained additional terms regarding the delivery date, and also contained an attachment, on a separate page, with further "terms and conditions."  The email to Mr. Morici transmitting the order confirmation did not reference the additional terms of the "order confirmation," nor did the email indicate that further "terms and conditions" were attached to the order confirmation.  Mr. Morici did not review any of these additional terms or agree to these terms.

28.     Mr. Morici's order was order number M002, which, according to a list posted by HashFast on the Site (at http://hashfast.com/order-chain/),  placed him in "Batch 1" of the customers who ordered the Baby Jet (_i.e._, these customers would be the first to receive the Baby Jet).

29.     As HashFast is undoubtedly aware, Bitcoin mining computers lose their value at a rapid rate due to the fact that more powerful computers are needed to effectively "mine" for Bitcoins as time goes on.  Cognizant of this, Mr. Morici placed his order with the expectation and understanding that his computers would be delivered in October.  Indeed, to Mr. Morici, this was a critical term of the transaction.

**THE MINER PROTECTION PROGRAM AND VAGUE SPECIFICATIONS**

30.     Mr. Morici's order was covered by what HashFast calls its "Miner Protection Program" (MPP) (https://hashfast.com/miner-protection-program/), which HashFast announced on August 13, 2013, and agreed to provide retroactively to all purchases of Batch 1 Baby Jets.  The MPP ostensibly provided that if a purchaser did not break even in Bitcoin terms (through mining) within ninety (90) days after receiving their order, HashFast would automatically supply the purchaser up to 400% more hashing power in the form of "modules."  A module, in Hashfast's parlance, is one of Hashfast's chips on a printed circuit board, to be used in connection with the Baby Jet mining computer.

31.     HashFasht's rollout of the Miner Protection Program is further evidence of its understanding that the timing of shipment of the product was critically important.

32.     In light of delays in fulfilling customer orders, HashFast modified the terms of the MPP, representing that they would start the ninety day clock for the MPP as if they had shipped their products by their originally advertised October 30, 2013 shipping date.  In other words, HashFast agreed to give all customers similarly situated to Mr. Morici four additional modules some time after February 1, 2014, if the customers did not break even through their mining activities.

33.     In product specifications published on the Site prior to Mr. Morici placing his order, HashFast stated that the Baby Jet contained a chip capable of processing at a speed of 400 Gh/s (400 billion hashes per second) while consuming 1 watt per Gh/s.  Subsequently, after testing, HashFast stated that the chip contained in the Baby Jet could run at up to 500 Gh/s. However, it wasn't clear what the power consumption was at that speed, or if that speed was sustainable without over heating during 24/7 operation.

34.      While processing speed is obviously important, power consumption also matters because at some point, as the Bitcoin computer produces less and less Bitcoin each month, the USD value of the Bitcoin being produced is less than the cost of electricity required to operate the Bitcoin computer.  For example, at the current Bitcoin exchange rate, the Baby Jet computer is likely to become unprofitable in late 2014.

35.     To date, despite promises to do so, HashFast has yet to release the full specifications for the product.

**DELAYS AND CANCELLATION**

36.     Following placement of Mr. Morici's order, HashFast continued to reaffirm that it would make deliveries in October.  On August 11, 2013, HashFast stated in a post on Bitcoin Talk: "[w]e understand the importance of schedule . . . and we're confident we can deliver." Attached as **Exhibit F** hereto is a true and correct copy of this post.  The post can also be viewed at: https://bitcointalk.org/index.php?topic=262052.msg2908364#msg2908364.

Case: 14-30725    Doc# 12-8    Filed: 05/21/14    Entered: 05/21/14 14:16:41    Page 10 of 25

37.     Also on August 11, 2013, in a post on Bitcoin Talk, a poster posited that if HashFast ended up shipping in December, rather than October, HashFast's customers would "take a bath."  In response, Mr. deCastro stated "we wont," and also stated that HashFast would "protect" its customers "against hashrate increases."  Attached as **Exhibit G** hereto is a true and correct copy of this post.  The post can also be viewed at:

https://bitcointalk.org/index.php?topic=262052.msg2909687#msg2909687.

38.     On August 18, 2013, in response to a pointed question on Bitcoin Talk from a customer as to whether "the expected ship date of late October still look[ed] achievable?" John Skrodenis of HashFast responded "Yes. We are exactly on track."  Attached as **Exhibit H** hereto is a true and correct copy of this post.  The post may also be viewed at:

https://bitcointalk.org/index.php?topic=276827.msg2954679#msg2954679.

39.     Nevertheless, on October 23, 2013, HashFast informed Mr. Morici via email that his initial order would be delayed because one of HashFast's vendors allegedly had not supplied it with certain components necessary to produce the products in question.  This came as a surprise to Mr. Morici, because HashFast represented at the time Mr. Morici placed his order that it had a sufficient number of units of the Baby Jet mining computers "in-stock," with shipments starting "October 20-30."  Additionally, Mr. Morici had been advised during a phone call with Mr. Skrodenis, HashFast's Vice President, and by HashFast's principals repeatedly on Bitcoin Talk, that there would be no slippage in the delivery dates.  Based on those representations, Mr. Morici reasonably believed that the order would ship by no later than October 30th.

40.     Though HashFast's October 23, 2013 email to Mr. Morici goes on to admit that "time is money," HashFast informed Mr. Morici that his shipment would not be delivered by late October, but instead would be delivered in mid-November.

41.     HashFast failed to deliver to Mr. Morici his initial order in October as promised, and incredibly, on November 7, 2013, HashFast sent Mr. Morici yet another email informing him that his order would not be shipped until mid-December.

Case: 14-30725     Doc# 12-8     Filed: 05/21/14     Entered: 05/21/14 14:16:41     Page 11 of 25

42.     None of the email notices sent by HashFast contained any reference to Mr. Morici's cancellation or refund rights.

43.     As HashFast itself has admitted in its marketing material, in email correspondence with Mr. Morici, and in posts at Bitcoin Talk, the value of a Bitcoin mining computer decreases as time goes on.  Realizing that the Baby Jet Bitcoin computers he ordered would be of considerably less value in light of the new estimated delivery date (which apparently was a moving target), and more troubling, having legitimate concerns that he had been defrauded, at 3:42 PM on November 11, 2013, Mr. Morici sent an email to HashFast canceling his order and requesting a full refund of his deposit (in BTC, as agreed to by HashFast).

44.     HashFast did not respond to Mr. Morici's refund request until over a month later.

45.     On December 27, 2013, HashFast sent out an email to its customers, including Mr. Morici, stating that they expected to be "on track to ship . . . orders December 31." However, on December 29, 2013, HashFast sent out a follow-up email stating that they were "kicking off . . . shipments in the next few days," but customers who were interested in refunds could initiate refunds and be paid Bitcoin calculated at the exchange rate on the date of the refund.  The offer of refund in U.S. Dollars came as a surprise to Mr. Morici, given the assurances and agreement of HashFast that refunds would be made in BTC.

46.     On December 31, 2013, HashFast sent out another email to Mr. Morici, advising that HashFast had "hoped to resolve reliability issues sooner so that [HashFast] could begin bulk production and be on track to ship Batch 1 customer orders on December 31." Unfortunately, the email continued, stating that "the issues have not been adequately resolved, and therefore [HashFast is] unable to ship the remaining outstanding orders by December 31st."

47.     Attached to HashFast's December 31st email was a detailed and onerous release form purporting to require, as a condition of obtaining a refund, among other things, a promise to not "disparage, libel, or criticize [HashFast] or publish any statement concerning [HashFast] this is critical."

Case: 14-30725     Doc# 12-8     Filed: 05/21/14     Entered: 05/21/14 14:16:41     Page 12 of 25

48.     HashFast purported to ship an item to Morici, but the shipment was partial, and in any event, came too little too late.  Given the more than two month delay in shipment, Mr. Morici cancelled the order.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

49.     Morici realleges and incorporates by reference all preceding paragraphs of the Complaint.

50.     Morici's order placed via telephone on August 10, 2013, was an enforceable agreement which required delivery of two Baby Jets by no later than October 30, 2013.

51.     HashFast was aware of the time-sensitive nature of the delivery date for the product and made specific assurances to Mr. Morici regarding the delivery deadline. HashFast's failure to deliver the product by its advertised delivery date is a material breach of the agreement.

52.     Morici has been damaged by HashFast's actions and is entitled to be compensated for any resulting damages, or alternatively, is entitled to a refund (in BTC) as per the terms of the contract, or to rescind the contract and receive restitution.

## SECOND CLAIM FOR RELIEF

(Fraud)

53.     Morici realleges and incorporates by reference all preceding paragraphs of the Complaint.

54.     HashFast and its principals made false statements of material fact to Morici regarding its product, including: (1) the delivery date for the product; (2) whether HashFast actually had any product in stock; and (3) the computing power of the product and the efficacy of the MPP.

55.     Morici relied on the statements to his detriment and his reliance was reasonable.

56.     Morici has been damaged as a result of such reliance and should be compensated for any injury suffered by him.

1

<u>**THIRD CLAIM FOR RELIEF**</u>

2

(Violation of Cal. Bus. & Prof. Code §17200, *et seq*.)

3        57.        Morici realleges and incorporates by reference all preceding paragraphs of the

4   Complaint.

5        58.        The acts and practices of HashFast as alleged herein constitute unlawful business

6   acts and practices within the meaning of Cal. Bus. & Prof. Code §§ 17200, *et seq*.  HashFast has

7   engaged in unlawful business acts and practices as alleged above, but in particular by their

8   violation of Cal. Civ. Code § 1723, which requires merchants to "conspicuously" display any

9   no-refund policies, and to provide refunds to customers who attempt to return goods within 30

10  days of purchase.  HashFast has engaged in unfair business practices as alleged above, but in

11  particular by failing to provide Morici with the option to consent to a delayed shipping date or

12  cancel his order, in violation of 16 C.F.R. § 435.2.  Further, HashFast has engaged in unfair

13  business practices as alleged above, but in particular by inducing Mr. Morici to purchase

14  HashFast's products by making inaccurate representations regarding delivery times and failing

15  to follow the aforementioned laws governing Mr. Morici's cancellation and refund rights.

16       59.        HashFast's actions have caused Morici damage.

17       60.        HashFast has been unjustly enriched and should be required to make restitution

18  to Morici pursuant to Cal. Bus. & Prof. Code § 1723.

19                          <u>**FOURTH CLAIM FOR RELIEF**</u>

20                                 (Declaratory Relief)

21       61.        Morici realleges and incorporates by reference all preceding paragraphs of the

22  Complaint.

23       62.        Although HashFast and Morici are parties to a contract, HashFast has at several

24  turns attempted to impose onerous terms on Morici. Specifically, HashFast denied Morici's

25  right to cancel his order and receive a refund.

26       63.        Specifically, although state and federal law require HashFast to provide Mr.

27  Morici with a full refund due to HashFast's failure to timely deliver the product, HashFast

COMPLAINT - 13                                                    Case No.

1  attempted to condition Mr. Morici's request for a refund on numerous additional terms,

2  including a release of claims, a refund amount that calculates the amount of the refund in then-

3  current Bitcoin exchange rates, and a promise to not make any critical statements about

4  HashFast.

5      64.    Mr. Morici is entitled to a declaration that these terms are unenforceable and

6  contrary to state and federal law.

7                          **PRAYER FOR RELIEF**

8      Morici requests entry of judgment as follows:

9      a.    Damages proximately flowing from HashFast's breach of the agreement;

10     b.    At Mr. Morici's election, rescission of the agreement;

11     c.    Damages and all other available remedies caused by HashFast's fraudulent and

12  misleading statements;

13     d.    Restitution and other relief available under Cal. Bus. & Prof. Code §§ 17200, *et*

14  *seq.*;

15     e.    A declaration that the additional terms HashFast has attempted to impose on

16  Morici in order to obtain a refund are unlawful and unenforceable;

17     f.    An order requiring HashFast to place Morici in the same position as he would

18  have been prior to placing the order;

19     g.    Damages to be entered in BTC, as the operative currency for the transaction and

20  as per the parties' understanding;

21     h.    An order that the principals of HashFast are personally liable for any award

22  against HashFast; and

23     i.    Other and further relief, in law or equity, that the Court may deem appropriate

24  and just.

25  //

26  //

27  //

Dated: January 7, 2014

Respectfully submitted,

FOCAL PLLC

By: s/Venkat Balasubramani
Venkat Balasubramani (SBN 189192)

800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorneys for Plaintiff*
PETE MORICI

COMPLAINT - 15

Case No. _____

This will be interesting...

QG

theSkyNet.org needs you! Got a spare CPU thread? Want to help astronomers make awesome discoveries and understand our Universe? Join weusecoins alliance

**HashFast**
Full Member
●●●

Activity: 154



Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:51:02 AM

#447

> Quote from: ryanb on August 04, 2013, 03:52:51 PM
>
> when will your asic be available and are there any prices?

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

**Ytterbium**
Full Member
●●●

Activity: 154

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:54:24 AM

#448

> Quote from: HashFast on August 05, 2013, 06:51:02 AM
>
> We will be shipping in October.
>
> We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Will you be shipping in a way that's obvious for everyone to see, so that people who bet 'yes' will make back their money, or just big mining operations like gridfinity?

**Vagnavs**
Sr. Member
●●●●

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 11:45:54 AM

#449

> Quote from: Ytterbium on August 05, 2013, 06:54:24 AM



https://bitcointalk.org/index.php?topic=270384.msg2894615#msg2894615

Welcome, **Guest**. Please either login or register.

Login with username, password and session length

**News:** Bitcoin 0.8.6 is now available. Download.

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

« previous topic next topic »

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 70

print

| Author | Topic: HashFast launches sales of the Baby Jet  (Read 55613 times) |

**Simon Barber**
Member

Activity: 56

Ignore

**HashFast launches sales of the Baby Jet**
August 08, 2013, 11:57:25 PM                                                    #1

Hi Everyone,

HashFast is launching sales of the Baby Jet.

Here are details:

**System Specs**
 - 1 HashFast Golden Nonce (GN) Chip
 - Hashing Output: 400 Gigahash/s at nominal clock speed
 - Under 350 watt power draw*
 - Efficient liquid cooling

**Chip Specs**
 - 28nm custom ASIC
 - Power Consumption: significantly less than 1.0 W/GH at nominal clock speed
 - Designed to be underclocked for greater efficiency – better than 0.5 W/GH*
 - Designed to be overclocked for greater performance  - better than 500GH/s**

**Logistics**
 - We are selling 550 Baby Jet units for $5,600 each
 - Shipments begin: October 20th-30th, in order of purchase
 - Payments to be made in BTC with the help of BitPay

 - Order sequence to be posted publicly, sans private information
 - Weekly production updates will be sent to the email address attached to each order

**The online shop is here:**
https://www.hashfast.com/shop

We are very excited about this launch. A lot of talented people have been working very hard for a long time to make this happen.

 - HashFast Team

* Real silicon power consumption may vary from simulation results by plus or minus 20%
** May require improved power supplies in the chassis

Advertisement: **Private Internet Access™ - No logs, Unlimited Bandwidth, PC Magazine's Editor's Choice**

**erk**
Sr. Member

**Re: HashFast launches sales of the Baby Jet**
August 08, 2013, 11:59:36 PM                                                    #2

Any plans on smaller units for us poor folk?

Online



# Baby Jet (nominal 400 Ghash/s)

$5,600

This is a special sale of the first engineering run. This sale will continue until we are sold out of a total of 550 units. Shipments begin October 20-30, in order of purchase.

## Introducing the Baby Jet

This mining unit contains one HashFast Golden Nonce (GN) 28nm ASIC chip that performs 400 Ghash/s at nominal clock speed and consumes significantly significantly less than 1.0 W/GH. It can be underclocked for greater efficiency and overclocked for greater performance. The chip has on-die thermal controls to allow operation at its absolute maximum performance. This equipment is solely intended for use in commercial environments.

503 in stock

 

**ADD TO CART**



Advertisement:

**eve**
Full Member
●●●

Activity: 182

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 05:59:57 AM

#182

> Quote from: plasmoske on August 10, 2013, 03:13:20 AM
> Do not listen to cypherdoc. He is a shill.
>
> If you want any answers? You'd want to hear it straight the hashfast guys.

He is definitely a shill

---

**Simon Barber**
Member
●●

Activity: 56

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:08:08 AM

#183

> Quote from: cycloid on August 10, 2013, 05:18:15 AM
> Now since the only payment option is in ฿ Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

---

**HashFast**
Full Member
●●●

Activity: 154



Ignore ●

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:13:30 AM

#184

Hi Everyone

Our site is being migrated and will be down for a while.

John
HashFast.com

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

---

**Mapuo**
Hero Member
●●●●●

Activity: 406

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:25:24 AM

#185

ScamFast, I think...

---

**HashFast**
Full Member
●●●

Activity: 154

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:29:45 AM

#186

> Quote from: HashFast on August 10, 2013, 06:13:30 AM
> Hi Everyone

Very well put. I, for example, bought BFL hardware. I spent $22,500 on singles (Thanks to AMEX), ended up with 410BTC (and rising) sold 200ish @ $130 avg, so $26,000 return. Factor in interest on my card, I've got my card paid off, and about $1,000 in my bank account. That's a positive ROI.

Of course if I bought BTC with my $22k, I'd be sitting pretty, but the bottom line is I had a positive ROI (With 210+ BTC in unrealized gains). That being said, I paid in $USD, my ROI is based on $USD. Had I paid BFL in BTC, I may very well feel different.

Another way of looking at is, I bought a 1st gen iPhone, sold it on craigslist, made $200. But since I didn't buy AAPL @ $123 that day, I'm facing a negative ROI.

**High** Volume and/or **High** Risk Credit Card Processing. **TheMerchantShop.com**

---

**ninjarobot**
Hero Member
●●●●●
🟢 Online

Activity: 509



Mine Silent, Mine Deep



Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
October 31, 2013, 05:00:17 AM                                                    #2231

So, I had a chance to visit the HF office in SF today where I met Amy, John and a couple of other folks including an ASIC engineer.

HF recently moved from their San Jose office (with Uniquify) to SF. Currently they are working at a co-working space called NextSpace near Potrero Hill. But this is only temporary as they will be moving to a dedicated HF office near Market St. & Bush St. I asked about the size of the company and If I understand correctly there are now ~14 HF employees covering everything from ASIC design (Mainly done in Australia) to Marketing, Sales and Support.

After a quick tour of the area we moved to the conference room where I chatted with John, and were later joined by the ASIC engineer (not Simon), Amy and another friendly lady whose name I forgot (sorry). Cara had warned me ahead of time that I would have to sign an NDA before even getting into the office, but luckily that was not necessary.

I had collected a number of questions the days before, mainly around how to deal with MPP. HF is acutely aware of the issues a delay is causing and they were certainly interested in exploring what can be done with MPP to help customers succeed as that is the original intent of the program in the first place. I suggested approaches such as starting the timer on Nov 1st and/or accelerating the release of new MPP modules to compensate for delays. etc. They have to operate under an number of constraints so there is no clear solution they could share with me at this point but I'm confident they will work something out.

Another topic was the possibility of refunds and John was pretty specific that if refunds do happen they will be full refunds in the currency the order was paid in (BTC in BTC, USD in USD). Please note that I have not requested a refund and have no plans to do so at this point.

John was also asking if miners might be interested in cloud-hosting provided by HF (at industrial energy rates). As a residential miner that will probably end up with at least 5 modules after MPP and pushing the limits of my fuses at home I would probably make use of this if the terms are good. I don't think they have a concrete plan yet but if there is enough interest this is something they will likely pursue in the future.

Another thing we discussed is hardware, however since they are in a temporary co-working space at the moment with most of the engineering & manufacturing done off site (Australia for ASIC design, TSMC for the semiconductors, Ciara for the cases, etc.) they did not have physical hardware on site. John mentioned they are not allowed to take pictures in the factory, but it should be possible to get some pictures of the PCB. So I expect they will have something to show soon. Amy also had some older video of running FPGA simulations (from June) that she could probably share here if there is interest. (it was just a 7s video of a running FPGA board, so not very representative of the current stage of development imho)

As to the duration of the delays, I was unable to get concrete shipping dates. However, Amy did mention they did make significant progress on the substrate issue in the last 48 hours. But I don't have specifics.

Overall this visit exceeded my expectations. I was planning to stop by for only 20 minutes or so and chat with Cara, but I ended up talking with the entire crew for about an hour. My impression is that HF has a capable & professional team, and they do listen to their customers. Amy is also a frequent visitor at the Silicon Valley Bitcoin Meetup every Tuesday at the plug and play tech center in Sunnyvale so that is another good opportunity to chat with HF if you live in the area.

Note: As I mentioned earlier, I did not sign an NDA but I also want to avoid spreading misinformation due to possible misinterpretation on my side. So HF if you are reading this and find anything to be incorrect, please let me know I'd be happy to fix it.

---

**mgio**
Sr. Member
●●●●

Activity: 294



Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
October 31, 2013, 05:26:29 AM                                                    #2232

Quote from: 1l1l11l1l on October 31, 2013, 04:39:11 AM
  Quote from: DPoS on October 31, 2013, 03:14:10 AM
    Quote from: Tehfiend on October 31, 2013, 02:57:52 AM

So the point many people are trying to make is not that they would have made more USD by buying BTC directly instead of a BFL miner but that they would have more BTC plain and simple. The exchange rate doesn't matter and your point is moot.

**Flashman**
Full Member
●●●

Activity: 196



http://goo.gl/kusPNb

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 05:36:23 PM

#652

> Quote from: Simon Barber on August 10, 2013, 06:00:45 AM
>
> Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

Heh, heh, good luck with that, unless you're commanding better than 10% of their current business, expect to get low priority. If they get over 40-50% off a major multinational who gives them a "preferred partner" attaboy to hang in the lobby, expect to get really screwed. If you want to get royal treatment, look for small shops who see you as a lifeline.

ISO 9001 is practically only a documentation standard, where management attempts to shift blame for poor materials and inadequate equipment to production ops by forcing them to sign everything off. Well it can work like that. I don't put any particular store in it... basically when they deliver 50,000 wrong parts, it shortcuts the scapegoat finding process.

TL;DR See Spot run. Run Spot run. .... .... Freelance interweb comedian, for teh lulz >>> 1MqAAR4XkJWfDt367hVTv5SstPZ54Fwse6
FINCEN & China scary? Risk manage your ASIC investment, preorder NEW! 3TH Neptune KNC Swedish Bitcoin Mining Equipment
^^^^^20nm 3TH 2nd batch on sale NOW! Limited!  ^^^^^

---

**Simon Barber**
Member
●●

Activity: 56

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 02:59:18 AM

#653

> Quote from: flowdab on August 09, 2013, 02:19:32 PM
>
> Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.

The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.

Simon

---

**jspielberg**
Sr. Member
●●●●

Activity: 308

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 03:06:19 AM

#654

> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
>
> > Quote from: flowdab on August 09, 2013, 02:19:32 PM
> >
> > Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.
>
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
>
> Simon

Thanks for the explanation and history. I am looking forward to the email updates.

---

**Gizmosis350k**
Jr. Member
●

Activity: 7



Razzle Dazzle

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 03:31:08 AM

#655

I like what Hashfast is doing. Right now even if the difficulty was 370 Mil i'd still ROI in about 6 months



73 74 75 76 77 78 79 80 81 82 83 84 ... 327

print

| Author | Topic: HashFast announces specs for new ASIC: 400GH/s  (Read 204948 times) |
|---|---|

**HashFast**
Full Member
● ● ●

Activity: 154



**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 10:35:56 AM                                                    #661

Quote from: AussieHash on August 11, 2013, 08:07:11 AM

Quote from: Simon Barber on August 11, 2013, 02:59:18 AM

The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. **The chip design is almost complete.**
....

Hi Simon,

Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/

Can you confirm that you have chosen and signed with a fab ?
Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
Have you already finalised your PCB design, contracted partners and started manufacturing ?
Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?

If you ship in December - your customers will take a bath on this.


===================================
Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/
- Yes

Can you confirm that you have chosen and signed with a fab ?
- Yes

Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
- Cannot publish details. have 3-way NDA between ourselves, Uniquify and the Fab

Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
- Yes.  Many of these tasks are carried out in the fab.  See above.

Have you already finalized your PCB design, contracted partners and started manufacturing ?
- Yes, yes, no.

Have you finalized your rig design, cooling, PSU and contracted a manufacturer ?
- Yes, yes, yes, negotiating with several.

If you ship in December - your customers will take a bath on this.
- We wont.  And we'll protect our customer's against hashrate increases.
Expect details on Monday

Thanks!

Eduardo deCastro
Founder and CEO,
HashFast Technologies

_HashFast Technologies_ 28 nm mining
Producer of High Performance ASICS
BabyJets & Sierras On Sale today!

Advertisement: ad here?

WastedLTC                          **Re: HashFast announces specs for new ASIC: 400GH/s**

It's -on-!

https://bitcointalk.org/index.php?topic=276827.msg2954679#msg2954679

BITCOIN MINER

Ignore

Certainly a lot more information regarding the GN chip.
Also about us, how we got here, the company, the Baby Jet, etc.

This is all info we've been meaning to get out for some time, but taping out a chip is an extremely intense process.
It's ending now - we'll be posting a lot more information, leading us up to our tape-out this week.

Eduardo deCastro
Founder and CEO, HashFast

Everyone knows that bitfury has working hardware, but they taped out in March and are yet 1 month further delayed with their 100/200TH mine

https://picostocks.com/docs/index/19

How confident of shipping to customers are you if you have not taped out yet.

---

**HashFast**
Full Member
●●●

Activity: 154

Ignore

**Re: It's -on-!**
August 18, 2013, 01:43:04 AM                                                   #12

Quote from: joshv06 on August 18, 2013, 01:34:50 AM
Does the expected ship date of late October still look achievable?

Yes. We are exactly on track.

-John

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

---

**Satobit**
Member
●●

Activity: 35

Ignore

**Re: It's -on-!**
August 18, 2013, 01:47:36 AM                                                   #13

Quote from: HashFast on August 18, 2013, 01:40:38 AM
This is a view of the shop floor of our assembly house:



JS 44 (Rev. 12/12) cand rev (1/15/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Morici, Pete | HashFast Technologies LLC; HashFast LLC; Barber, Simon; deCastro, Eduardo |

| (b) County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant  Santa Clara |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Venkat Balasubramani<br>Focal PLLC, 800 Fifth Ave., Suite 4100, Seattle, WA 98104<br>(206) 529-4827 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☒ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **LABOR** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Breach of contract; fraud; violation of Cal. Bus. & Prof. Code Sec. 17200; declaratory relief

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/07/2014 | /s/ Venkat Balasubramani |

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)

*(Place an "X" in One Box Only)*   ☐ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE   ☐ EUREKA