BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286


Attorneys for Creditor
LIQUIDBITS CORP.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, | Chapter 7 |
| Debtor. | |

**DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

I, Kristen A. Palumbo, declare:

1.     I am an attorney licensed to practice law in the state of California.  I am a partner in the law firm of Bingham McCutchen LLP, counsel for creditor Liquidbits Corp. ("Liquidbits").  I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2.     This declaration is submitted in support of the Motion to Shorten Time for Hearing on Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7

A/76178080.5

Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief (the "Motion to Shorten Time").

3. On April 14, 2014, Liquidbits initiated an arbitration against Hashfast Technologies LLC ("Hashfast") (the "Arbitration") by filing a Demand for Arbitration with the American Arbitration Association ("AAA"). In its demand, Liquidbits sought emergency injunctive relief under Rule R-38 of the AAA's Commercial Arbitration Rules to prevent Hashfast from breaching a written agreement between the parties and otherwise taking action that would disable Hashfast from ever performing under the parties' written agreement. Liquidbits specifically sought, among other things, to prevent Hashfast from delivering, selling or otherwise transferring ownership of the Golden Nonce Chips ("Chips") and wafers (from which the Chips are cut) in Hashfast's inventory to any third party.

4. Pursuant R-38 of the AAA's Commercial Arbitration Rules, on April 17, 2014, the AAA appointed Paul E. Burns, Esq. as an emergency arbitrator to address Liquidbits' request for emergency relief.

5. Pursuant to an order of the emergency arbitrator, the parties filed briefs, and the emergency arbitrator held a telephonic emergency hearing, regarding Liquidbits' request for emergency relief.

6. On May 9, 2014, I received from the AAA case manager, Serena Lee, Emergency Interim Order No. 1, dated May 8, 2014, issued by the emergency arbitrator in the Arbitration. A true and correct copy of that Emergency Interim Order No. 1 is attached hereto as Exhibit A.

7. On May 12, 2014, Hashfast's counsel in the Arbitration submitted to the AAA case manager via e-email a document titled Hashfast Technology LLC's Notice and Suggestion of Bankruptcy (the "Notice"). I was copied on Hashfast's counsel's email to the AAA case manager attaching a copy of the Notice. A true and correct copy of the Notice is attached hereto as Exhibit B.

8. Liquidbits seeks entry of an order appointing a Chapter 7 trustee on an expedited basis for the reasons set forth in the *Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for*

1 | *Alternative Relief* (the "Emergency Motion") filed concurrently herewith.

2 | 　　　　9.　　　　There have been no prior time modifications related to the Emergency Motion.

3 | 　　　　10.　　　This time modification will have no effect on the schedule for this case or

4 | proceeding.  A status conference with regard to the involuntary petition is scheduled for June 27,

5 | 2014 at 1:30 p.m.

6 | 　　　　11.　　　I have not contacted counsel to Hashfast regarding the Motion to Shorten Time

7 | because Liquidbits believes that doing so would further jeopardize the value of Hashfast's estate.

8 | Liquidbits is concerned that any advance warning about the Emergency Motion will cause

9 | Hashfast to redouble its efforts to dispose of its remaining inventory, to the detriment of its

10 | creditors.

11 | 　　　　I declare under penalty of perjury under the laws of the United States of America that the

12 | foregoing is true and correct and that this Declaration was executed in San Francisco, California

13 | on May 21, 2014.

14 |

15 |

16 | 　　　　　　　　　By:  /s/ Kristen A. Palumbo
　　　　　　　　　　　 Kristen A. Palumbo

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

A/76178080.5