| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | david.balabanian@bingham.com |
| | KRISTEN A. PALUMBO (SBN 215857) |
| 3 | kristen.palumbo@bingham.com |
| | Three Embarcadero Center |
| 4 | San Francisco, CA 94111-4067 |
| | Telephone: (415) 393-2000 |
| 5 | Facsimile: (415) 393-2286 |

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 DM |
| | Chapter 7 |
| HASHFAST TECHNOLOGIES, LLC, | **NOTICE OF REQUEST FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF** |
| Debtor. | |
| | Date: To be set [May 23, 2014 requested] |
| | Time: To be set [11:00 a.m. requested] |
| | Place: 235 Pine Street, 19th Floor, Room 22, San Francisco, CA 94104 |
| | Judge: Honorable Dennis Montali |

     PLEASE TAKE NOTICE that creditor Liquidbits Corp. ("Liquidbits") has filed an ex parte motion with the Court (the "Motion to Shorten Time") for an order shortening time so that an emergency hearing may be held on the *Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief* (the "Emergency Motion").

1       Liquidbits has filed an ex parte motion for an order shortening the time for hearing the

2 Emergency Motion, and has asked the Court to set **May 23, 2014 at 11:00 a.m.** as the time for

3 hearing the Emergency Motion.

4       Liquidbits has also requested any opposition or response to the Emergency Motion be

5 filed with the Court and served in time to be received by undersigned counsel on May 22, 2014

6 at 5:00 p.m.

7       PLEASE TAKE FURTHER NOTICE that as soon as the Court confirms the precise time

8 for the hearing on the Emergency Motion, Liquidbits will file and serve a notice of hearing on

9 the Debtor, each non-debtor party, and the United States Trustee.

11 DATED: May 21, 2014                        BINGHAM McCUTCHEN LLP

By: /s/ Kristen A. Palumbo
    David M. Balabanian
    Kristen A. Palumbo
    Bingham McCutchen LLP
    Three Embarcadero Center
    San Francisco, CA 94111
    T: 415.393.2000
    F: 415.393.2286
    david.balabanian@bingham.com
    kristen.palumbo@bingham.com