| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BINGHAM MCCUTCHEN LLP<br>DAVID M. BALABANIAN (SBN 37368)<br>david.balabanian@bingham.com<br>KRISTEN A. PALUMBO (SBN 215857)<br>kristen.palumbo@bingham.com<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286<br><br>Attorneys for Creditor<br>LIQUIDBITS CORP. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>             Debtor. | **Case No. 14-30725 DM**<br><br>**Chapter 7**<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:  May 23, 2014 at 11:00 a.m.<br>              [or as soon thereafter as matter<br>              can be heard]<br>Location:  United States Bankruptcy Court<br>            235 Pine Street, 19th Floor<br>            Room 22<br>            San Francisco, CA  94104 |

1

2   I am over eighteen years of age, not a party in this action, and employed in San

3   Francisco County, California at Three Embarcadero Center, San Francisco, California  94111-

4   4067.  I am readily familiar with the practice of this office for collection and processing of

5   correspondence for mail/hand delivery/next business day delivery, and they are deposited that

6   same day in the ordinary course of business.

7   On May 21, 2014, I served the following:

8   **APPEARANCE OF DAVID M. BALABANIAN;**

9   **APPEARANCE OF KRISTEN A. PALUMBO;**

10  **EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**DECLARATION OF GREGORY BACHRACH IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**DECLARATION OF WILLEM VAN ROOYEN IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN**

| | |
|---|---|
| 1 | **ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 2 | |
| 3 | |
| 4 | **DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 5 | |
| 6 | |
| 7 | **NOTICE OF REQUEST FOR HEARING ON SHORTENED TIME; and** |
| 8 | **[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF.** |

X   (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

X   (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

X   (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

**Served Via UPS Overnight Delivery**:

Edward Hammond
3103 Powell Cir.
Austin, TX  78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA  91780

Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd., #1400
Los Angeles, CA  90025-0509
*Counsel for Petitioning Creditors Koi Systems and UBE Enterprises*

Grant Pederson
12538 Botanical Garden
Frisco, TX  75035

CERTIFICATE OF SERVICE

A/76184753.3

Case: 14-30725    Doc# 16    Filed: 05/21/14    Entered: 05/21/14 15:09:57    Page 3 of 4

| | | |
|---|---|---|
| 1 | **Served Via Personal Service**: | U.S. Trustee |
| 2 | | Office of the U.S. Trustee |
| | Hashfast Technologies LLC | 235 Pine Street |
| 3 | 649 Mission Street, 5th Floor | Suite 700 |
| | San Francisco, CA 94105-4128 | San Francisco, CA 94104 |

**Served Via Personal Service**:

Hashfast Technologies LLC
649 Mission Street, 5th Floor
San Francisco, CA 94105-4128

U.S. Trustee
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

**Served Via U.S. Mail**:

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 21, 2014 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Lisa K. Large

CERTIFICATE OF SERVICE

A/76184753.3