Entered on Docket
May 21, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 21, 2014

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>    Debtor. | Case No. 14-30725 DM<br><br>Chapter 7<br><br>**ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**<br><br>Hearing Date: **May 23, 2014 at 2:00 p.m**.<br><br>235 Pine Street,<br>Courtroom 22<br>San Francisco, CA 94104 |

    This matter came before the Court on creditor Liquidbits Corp.'s *Ex Parte* Motion to Shorten Time for Hearing on Emergency Motion of Creditor Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for

Alternative Relief (the "Motion to Shorten Time").

Upon consideration of the moving papers, and any opposition thereto, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Motion to Shorten Time is GRANTED.

2. The hearing on the Emergency Motion of Creditor Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankuptcy Code, or for Alternative Relief (the "Emergency Motion") is scheduled for May 23, 2014 at 2:00 p.m.

3. Any opposition or response to the Emergency Motion may be presented orally at the hearing.

4. Liquidbits Corp. shall serve notice of entry of this order by overnight mail or by e-mail on the Debtor, upon Kelly Hine at Perkins Coie, each non-debtor party, and the United States Trustee, or by U.S. mail (for parties unable to accept overnight delivery).

**END OF ORDER**