| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | david.balabanian@bingham.com |
| | KRISTEN A. PALUMBO (SBN 215857) |
| 3 | kristen.palumbo@bingham.com |
| | Three Embarcadero Center |
| 4 | San Francisco, California 94111-4067 |
| | Telephone: (415) 393-2000 |
| 5 | Facsimile: (415) 393-2286 |

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, | **Chapter 7** |
| Debtor. | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

A/76184753.4

| | |
|---|---|
| 1 | |
| 2 | I am over eighteen years of age, not a party in this action, and employed in San |
| 3 | Francisco County, California at Three Embarcadero Center, San Francisco, California 94111- |
| 4 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for electronic mail delivery, and they are deposited that same day in the ordinary |
| 6 | course of business. |
| 7 | On May 21, 2014, I served the following: |
| 8 | **APPEARANCE OF DAVID M. BALABANIAN;** |
| 9 | **APPEARANCE OF KRISTEN A. PALUMBO;** |
| 10-12 | **EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 13-16 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 17-19 | **DECLARATION OF GREGORY BACHRACH IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 20-22 | **DECLARATION OF WILLEM VAN ROOYEN IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 23-26 | **DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;** |
| 27-28 | **EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN** |

CERTIFICATE OF SERVICE

A/76184753.4

**ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**NOTICE OF REQUEST FOR HEARING ON SHORTENED TIME; and**

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF.**

X  (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email address(es) set forth below.

Kelly D. Hine
Perkins Coie
500 N. Akard Street, Suite 3300
Dallas, TX  75201-3347
KHine@perkinscoie.com

John Penn
Perkins Coie
500 N. Akard Street, Suite 3300
Dallas, TX  75201-3347
JPenn@perkinscoie.com

Erin E. Leu
Perkins Coie
500 N. Akard Street, Suite 3300
Dallas, TX  75201-3347
ELeu@perkinscoie.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 21, 2014 at San Francisco, California.

                                            /s/ Lisa K. Large

CERTIFICATE OF SERVICE

2