BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND SETTING HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**<br><br>Date: May 23, 2014<br>Time: 2:00 p.m.<br>Place: 235 Pine Street, 19th Floor, Room 22,<br>  San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

   PLEASE TAKE NOTICE that on May 21, 2014 the Honorable Dennis Montali, United

States Bankruptcy Court Judge for the Northern District of California, San Francisco Division,

entered an Order Shortening Time for Hearing on Emergency Motion of Liquidbits Corp. for

Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) (the "Order"). A true and correct copy of the Order is attached hereto as **Exhibit A.**

In the Order, the Court scheduled the hearing on the Emergency Motion of Creditor Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief (the "Emergency Motion") for May 23, 2014 at 2:00 p.m.

Pursuant to the Order, any opposition or response to the Emergency Motion may be presented orally at the hearing.

DATED: May 21, 2014  BINGHAM McCUTCHEN LLP

By: /s/ Kristen A. Palumbo
David M. Balabanian
Kristen A. Palumbo
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
T: 415.393.2000
F: 415.393.2286
david.balabanian@bingham.com
kristen.palumbo@bingham.com