# EXHIBIT A

1 | BINGHAM McCUTCHEN LLP        **Signed and Filed: May 21, 2014**
2 | DAVID M. BALABANIAN (SBN 37368)
  | david.balabanian@bingham.com
3 | KRISTEN A. PALUMBO (SBN 215857)
  | kristen.palumbo@bingham.com
4 | Three Embarcadero Center
  | San Francisco, CA  94111-4067
5 | Telephone:  (415) 393-2000
  | Facsimile:  (415) 393-2286

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6 |
7 | Attorneys for Creditor
  | LIQUIDBITS CORP.

8 |
9 |                    UNITED STATES BANKRUPTCY COURT
10 |
11 |                   NORTHERN DISTRICT OF CALIFORNIA
   |
   |                       SAN FRANCISCO DIVISION

12 | In re:                                    Case No. 14-30725 DM
13 | HASHFAST TECHNOLOGIES, LLC,               Chapter 7
14 |         Debtor.                           **ORDER SHORTENING TIME FOR**
15 |                                           **HEARING ON EMERGENCY**
   |                                           **MOTION OF LIQUIDBITS CORP.**
16 |                                           **FOR ENTRY OF AN ORDER**
   |                                           **APPOINTING A CHAPTER 7**
17 |                                           **TRUSTEE PURSUANT TO SECTION**
   |                                           **303(G) OF THE BANKRUPTCY**
18 |                                           **CODE, OR FOR ALTERNATIVE**
   |                                           **RELIEF**
19 |                                           Hearing Date: **May 23, 2014 at 2:00 p.m.**
20 |
21 |                                               235 Pine Street,
22 |                                               Courtroom 22
   |                                               San Francisco, CA 94104
23 |
24 |
25 |         This matter came before the Court on creditor Liquidbits Corp.'s *Ex Parte* Motion to
26 | Shorten Time for Hearing on Emergency Motion of Creditor Liquidbits Corp. for Entry of an
27 | Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for
28 |

Alternative Relief (the "Motion to Shorten Time").

Upon consideration of the moving papers, and any opposition thereto, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.     The Motion to Shorten Time is GRANTED.

2.     The hearing on the Emergency Motion of Creditor Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief (the "Emergency Motion") is scheduled for May 23, 2014 at 2:00 p.m.

3.     Any opposition or response to the Emergency Motion may be presented orally at the hearing.

4.     Liquidbits Corp. shall serve notice of entry of this order by overnight mail or by e-mail on the Debtor,  upon Kelly Hine at Perkins Coie, each non-debtor party, and the United States Trustee, or by U.S. mail (for parties unable to accept overnight delivery).

**END OF ORDER**

2

A/76178534.3