BINGHAM MCCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>Debtor. | Case No. 14-30725 DM<br><br>**Chapter 7**<br><br>**CERTIFICATE OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On May 21, 2014, I served the following:

**ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

X  (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

**Served Via Federal Express Overnight Delivery:**

Edward Hammond
3103 Powell Cir.
Austin, TX  78704

Grant Pederson
12538 Botanical Garden
Frisco, TX  75035

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 21, 2014 at San Francisco, California.

/s/ Lisa K. Large

CERTIFICATE OF SERVICE