BINGHAM MCCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 14-30725 DM |
|---|---|
| HASHFAST TECHNOLOGIES, LLC, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

A/76184753.7

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On May 21, 2014, I served the following:

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND SETTING HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

X  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

X  (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

X  (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email address(es) set forth below.

**Served Via Federal Express Overnight Delivery**:

Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd., #1400
Los Angeles, CA  90025-0509
*Counsel for Petitioning Creditors Koi Systems and UBE Enterprises*

Timothy Lam
6156 Temple City Blvd.
Temple City, CA  91780

CERTIFICATE OF SERVICE

| | |
|---|---|
| Hashfast Technologies LLC<br>649 Mission Street, 5th Floor<br>San Francisco, CA 94105-4128<br><br>Hashfast Technologies LLC<br>100 Bush Street, Suite 250<br>San Francisco, CA 94104 | U.S. Trustee<br>Office of the U.S. Trustee<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104<br><br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |

**Served Via U.S. Mail**:

| | |
|---|---|
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br><br>California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>Grant Pederson<br>12538 Botanical Garden<br>Frisco, TX 75035<br>　[Mr. Pederson was also served via Federal Express overnight delivery with a copy of Order Shortening Time and Setting Hearing on Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief] | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280<br><br>Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704<br>　[Mr. Hammond was also served via Federal Express overnight delivery with a copy of Order Shortening Time and Setting Hearing on Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief] |

CERTIFICATE OF SERVICE

2

A/76184753.7

| | |
|---|---|
| **Served Via Email**: | John Penn |
| Kelly D. Hine | Perkins Coie |
| Perkins Coie | 500 N. Akard Street, Suite 3300 |
| 500 N. Akard Street, Suite 3300 | Dallas, TX 75201-3347 |
| Dallas, TX 75201-3347 | JPenn@perkinscoie.com |
| KHine@perkinscoie.com | |

Erin E. Leu
Perkins Coie
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
ELeu@perkinscoie.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 21, 2014 at San Francisco, California.

/s/ Lisa K. Large

CERTIFICATE OF SERVICE

A/76184753.7

CERTIFICATE OF SERVICE

A/76184753.7