BINGHAM MCCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

A/76184753.2

1

2        I am over eighteen years of age, not a party in this action, and employed in San

3  Francisco County, California at Three Embarcadero Center, San Francisco, California  94111-

4  4067.  I am readily familiar with the practice of this office for collection and processing of

5  correspondence for mail/hand delivery/next business day delivery, and they are deposited that

6  same day in the ordinary course of business.

7        On May 21, 2014, I served the following:

8        **APPEARANCE OF DAVID M. BALABANIAN;**

9        **APPEARANCE OF KRISTEN A. PALUMBO;**

10

11       **EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN
         ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO
         SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR**

12       **ALTERNATIVE RELIEF;**

13       **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
         EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN**

14       **ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO
         SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR**

15       **ALTERNATIVE RELIEF;**

16

17       **DECLARATION OF GREGORY BACHRACH IN SUPPORT OF
         EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN
         ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO**

18       **SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR**

19       **ALTERNATIVE RELIEF;**

20       **DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF
         EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN**

21       **ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO
         SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR**

22       **ALTERNATIVE RELIEF;**

23

24       **DECLARATION OF WILLEM VAN ROOYEN IN SUPPORT OF
         EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN
         ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO**

25       **SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR**

26       **ALTERNATIVE RELIEF;**

27       **EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
         EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN**

28

---

CERTIFICATE OF SERVICE

A/76184753.2

**ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF;**

**NOTICE OF REQUEST FOR HEARING ON SHORTENED TIME; and**

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF.**

X      (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by  in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

**Served Via Federal Express Overnight Delivery**:

Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA  94104

   Per the Certificate of Service filed on May 21, 2014 (Docket No. 16), on May 21, 2014, I also served via personal delivery copies of the same documents identified above on Hashfast Technologies LLC at 649 Mission Street, 5th Floor, San Francisco, CA  94105-4128. The address identified above (100 Bush Street, Suite 650, San Francisco, CA 94014) is an additional address that I understand to be the location of Hashfast Technologies LLC's offices.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 21, 2014 at San Francisco, California.

            /s/ Lisa K. Large

CERTIFICATE OF SERVICE

A/76184753.2