KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (SBN 6278445)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Alleged Debtor
HashFast Technologies LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Alleged Debtor and Debtor-in-Possession. | Case No. 14-30725<br><br>Involuntary Chapter 7<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Dennis Montali |

PLEASE TAKE NOTICE that the firm Katten Muchin Rosenman LLP hereby enters its appearance on behalf of the alleged debtor and debtor-in-possession HashFast Technologies LLC ("Debtor"), as counsel for the alleged Debtor, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy code.

Pursuant to Bankruptcy Rules 1009, 2002, 3013, 3017, 4001, 6004, 6006, 9007, 9019 and 9022 and other applicable Bankruptcy rules and Sections 102, 342, and 1109 of the Bankruptcy code, and foregoing Debtor requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Katten Muchin Rosenman LLP
> c/o Craig A. Barbarosh
> c/o Peter A. Siddiqui
> c/o Jessica M. Mickelsen
> 2029 Century Park East, Suite 2600
> Los Angeles, CA 90067-3012
> Telephone: (310) 788-4400

PLEASE TAKE FURTHER NOTICE that the foregoing Debtor requests, pursuant to the applicable Bankruptcy Rules, that all requests, demands, motions, petitions, applications, complaints, stipulations, orders, disclosure statements, plans and other pleadings, papers and any notices thereof which affect or seek to affect in any way any of the rights or interests of the foregoing Debtor be given to and served upon the persons noted above at the addresses set forth above, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of (a) the Debtor; (b) property or proceeds thereof in which Debtor may claim an interest; (c) property or proceeds thereof in which Debtor claims an interest; and (d) property or proceeds thereof in possession, custody or control of the Debtor which the Debtor may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor.

PLEASE TAKE FURTHER NOTICE that a request is also made that the above be added to the Official Service List for notices of all contested matters, adversary proceedings and other proceedings in this case, regardless of whether it is in Chapter 7 or converted to Chapter 11 or any other chapter of the Bankruptcy Code.

Nothing herein or otherwise, including but without limitation any later appearance, pleading, claim or action, is intended or shall be deemed to be a waiver, release or modification by the foregoing Debtor of its: (a) right to have final orders in noncore matters entered after de

2
NOTICE OF APPEARANCE
100578631v1

novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which the foregoing Debtor is or may be entitled, all of which are hereby expressly reserved.

Dated: May 22, 2014

Katten Muchin Rosenman LLP
Craig A. Barbarosh
Jessica M. Mickelsen
Peter A. Siddiqui

By: /s/ *Jessica M. Mickelsen*
    Counsel for Alleged Debtor
    HashFast Technologies LLC

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

100578631v1