| | |
|---|---|
| 1 | **DIAMOND MCCARTHY LLP**<br>CHRISTOPHER D. SULLIVAN (148083) |
| 2 | GREGORY A. ROUGEAU (194437)<br>150 California Street, Suite 2200 |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 692 -5200 |
| 4 | Email: csullivan@diamondmccarthy.com<br>        grougeau@diamondmccarthy.com |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, | |
| Debtor, | **REQUEST FOR NOTICE** |
| | Judge:   Hon. Dennis Montali |

Request for Notice

TO THE CLERKS OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that I, Christopher D. Sullivan, of Diamond McCarthy LLP, enter my request for special notice in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  I hereby request special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and any other documents, papers and/or pleadings pertaining to the above captioned case, or an adversary proceeding connected there with including all notices by the Bankruptcy code, the Rules of Bankruptcy Procedure and/or any other rule of law to be noticed and served on attorneys, creditors, creditor's committees and/or other parties of interest.

Please direct all further service, and other correspondence to the following address:
Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Telephone: 415.692.5200
Facsimile:  415.263.9200
Email: csullivan@diamondmccarthy.com

DATED:  May 22, 2014              DIAMOND MCCARTHY LLP


By: _/s/ Christopher D. Sullivan_____
                 Christopher D. Sullivan