Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for Petitioning Creditor
KOI SYSTEMS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>Debtor. | Case No.: 14-30725 DM<br><br>Chapter 7<br><br>Hearing:<br>Date: May 23, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 |

**JOINDER OF PETITIONING CREDITOR KOI SYSTEMS TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

Petitioning Creditor Koi Systems ("Koi"), through its undersigned attorneys, hereby submits the within joinder (the "Joinder") in support of the *Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee Pursuant to Section 303(g) of the Bankruptcy Code, or for Alternative Relief* [Docket No. 8] (the "Motion").

By and through this Joinder, Koi respectfully submits that adequate grounds exists for the appointment of an interim chapter 7 trustee pursuant to 11 U.S.C. § 303(g). Although Koi does not hereby attest to the accuracy of the evidence presented by Liquidbits Corp. ("Liquidbits") in support of the Motion, Koi is informed and believes that HashFast Technologies, LLC

("HashFast"), by and through its directors, has wasted corporate assets and cannot account for millions of dollars of funds paid by prospective customers. Such belief is substantiated by the statements of Tim Wong cited by Liquidbits in its Motion—namely, that HashFast's "accounting was a shambles and that millions of dollars could not be accounted for." *See* Memorandum of Points and Authorities, Docket No. 9, at p. 6.

The disappearance of millions of dollars amidst allegations of fraud in multiple forums is not only disconcerting, it is affirmative evidence of intent to defraud creditors of the bankruptcy estate. Such intent coupled with the prospect that HashFast may independently or through the formation of a "joint venture" transfer its remaining inventory abroad or utilize its products to mine bitcoins, which are highly portable and untraceable, poses a substantial risk of severe irreparable harm to the estate and its creditors through the dissipation of the estate's only remaining assets—a risk that amply justifies the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g).

WHEREFORE, Koi joins Liquidbits in its request for the appointment of an interim chapter 7 trustee pursuant to 11 U.S.C. § 303(g), or, alternatively, the issuance of an order maintaining the *status quo*. Additionally, as such items constitutes estate property pursuant to 11 U.S.C. § 541(a), Koi joins Liquidbits in its request for an accounting of all funds derived from the sale, transfer or disposition of HashFast's products or inventory since the commencement of the instant bankruptcy case.

Dated: May 22, 2014      Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Ashley M. McDow
Ashley M. McDow
Michael T. Delaney

Attorneys for Petitioning Creditor KOI SYSTEMS

- 2 -
JOINDER TO MOTION FOR ORDER APPOINTING INTERIM TRUSTEE