Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for Petitioning Creditor
KOI SYSTEMS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>Debtor. | Case No.: 14-30725 DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date: May 23, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 |

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509. I am readily familiar with the practice of this office for collection and processing of correspondence for mail in the ordinary course of business.

On May 22, 2014, I served the following:

**JOINDER OF PETITION CREDITOR KOI SYSTEMS TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE, OR FOR ALTERNATIVE RELIEF**

| | | |
|---|---|---|
| 1 | X | (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service within 24 hours of when it is left for collection and processing in the ordinary course of business. |
| | | (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below. |
| | X | (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below. |

**Served Via Personal Service**

Hon. Dennis Montali
U.S. Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA 94104

**Served Via U.S. Mail:**

| | |
|---|---|
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 |
| Grant Pederson<br>12538 Botanical Garden<br>Frisco, TX 75035 | Hashfast Technologies LLC<br>649 Mission Street, 5th Floor<br>San Francisco, CA 94105-4128 |
| Hashfast Technologies LLC<br>c/o C T Corporation System<br>818 W. Seventh St., 2nd Fl.<br>Los Angeles, CA 90017 | Office of the U.S. Trustee<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 |
| California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

David M. Balabanian
Kristen A. Palumbo
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*Counsel for Creditor Liquidbits Corp.*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 22, 2014 at Los Angeles, California.

*[signature]*

Barbara Migdal