Peter Siddiqui
Katten Muchin Rosenman LLP
505 West Monroe Street
Chicago, Illinois 60661


FILED
MAY 27 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
HashFast Technologies LLLC,

Debtor(s).

Case No. 14-30725-DM
Chapter 7

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Peter Siddiqui, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing HashFast Technologies LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Craig Barbarosh & Jessica Mickelsen, Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600, Los Angeles, CA 90067

Telephone: (310) 788-4425

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2014

Peter A. Siddiqui

Case: 14-30725    Doc# 28    Filed: 05/27/14    Entered: 05/28/14 16:05:39    Page 1 of 2

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611096261
Cashier ID: voltzs
Transaction Date: 05/23/2014
Payer Name: katten muchin rosenman LLP
------------------------------------
PRO HAC VICE
 For: Peter Siddiqui
 Case/Party: D-CAN-3-14-AT-PROHAC-001
 Amount:         $305.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 224321
 Amt Tendered: $305.00
------------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```