

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **HashFast Technologies LLC, a California limited liability company,**

Debtor(s).

Case No. **14-30725**

Chapter **7**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Peter Siddiqui**, whose business address and telephone number is **Katten Muchin Rosenman LLP, 505 West Monroe Street, Chicago, Illinois 60661**

and who is an active member in good standing of the bar of **Illinois** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **HashFast Technologies LLC,**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: May 28, 2014

_____
**Judge Dennis Montali**
United States Bankruptcy Judge