ERIC W. BENISEK /CA SB # 209520
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900
ebenisek@vbllaw.com

Attorneys for Satish Ambarti
and Timefire, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

HASHFAST TECHNOLOGIES LLC,

　　　　Debtor.

Case No: 14-30725

REQUEST FOR NOTICE

Judge: Hon. Dennis Montali

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERETED PARTIES HEREIN:

　　　　PLEASE TAKE NOTICE that I, Eric W. Benisek, of Vasquez, Benisek & Lindgren LLP, enter my request for special notice in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. I hereby request special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and any other documents, papers and/or pleadings pertaining to the above captioned case, or an adversary proceeding connected therewith including all notices by the Bankruptcy Code, the Rules of Bankruptcy Procedure and/or any other rule of law to be noticed and served on attorneys, creditors, creditor's committees and/or other parties of interest.

REQUEST FOR NOTICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

| | |
|---|---|
| 1 | Please direct all further service, and other correspondence to the following address: |
| 2 | |
| 3 | Eric W. Benisek<br>Vasquez Benisek & Lindgren LLP |
| 4 | 3685 Mt. Diablo Boulevard, Suite 300<br>Lafayette, CA  94549 |
| 5 | Tel: 925-627-4250<br>Fax: 925-403-0900 |
| 6 | Email: ebenisek@vbllaw.com |

DATED: May 27, 2014            VASQUEZ BENISEK & LINDGREN LLP

By: /s/Eric W. Benisek
    Eric W. Benisek