Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com
pchesney@gallo-law.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br><br>        Debtor | Case No. 14-30725<br><br>**REQUEST FOR NOTICE**<br><br>Judge: Hon. Dennis Montali |

TO THE CLERKS OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that we, Patrick V. Chesney and Ray E. Gallo, of Gallo LLP, enter our request for special notice in this matter. We are members of the State Bar of California and are admitted to practice in the Northern District of California. We hereby request special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and any other documents, papers and/or pleadings pertaining to the above captioned case, or an adversary proceeding connected therewith including all notices by the Bankruptcy Code, the Rules of Bankruptcy Procedure and/or any other rule of law to be noticed and served on attorneys, creditors, creditor's committees and/or other parties of interest.

Please direct all further service, and other correspondence to the following address:

> Patrick V. Chesney
> Gallo LLP
> 801 S. Figueroa Street, Suite 2170
> Los Angeles, CA 90017
> Telephone: 213.516.8053
> Email: pchesney@gallo-law.com
>
> Ray E. Gallo
> Gallo LLP
> 1299 Fourth St., Suite 505
> San Rafael, CA 94901
> Telephone: 415.257.8800
> Email: rgallo@gallo-law.com

Page 1

DATED: May 29, 2014                          **RESPECTFULLY SUBMITTED,**

                                             **GALLO LLP**

                                    By: _/s/ Patrick V. Chesney_
                                        _____

                                        Patrick V. Chesney
                                        _____

                                    By: /s/ _Ray E. Gallo_
                                        _____

                                        Ray E. Gallo

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

REQUEST FOR NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 years and not a party to this bankruptcy case or adversary proceeding. My business address is 1299 Fourth Street, Suite 505, San Rafael, CA 94901.

A true and correct copy of the foregoing document entitled:

**REQUEST FOR NOTICE**

will be served or was served in the manner stated below:

**1. To be served by the Court via notice of electronic filing (NEF):** Pursuant to controlling General Order and LBR, the foregoing document will be served via NEF and hyperlink to the document. On May 29, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Peter A. Siddiqui<br>peter.siddiqui@kattenlaw.com<br>Craig A. Barbarosh<br>craig.barbarosh@kattenlaw.com<br>Jessica M. Mickelsen<br>jessica.mickelsen@kattenlaw.com<br>Katten Muchin Rosenman LLP | *Attorneys for debtor HashFast Technologies, LLC* |
| Michael Delaney<br>mdelaney@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditor Koi Systems* |
| Ashley McDow<br>amcdow@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditors UBE Enterprises and Koi Systems* |
| David M. Balabanian<br>david.balabanian@bingham.com<br>Kristen A. Palumbo<br>kristen.palumbo@bingham.com<br>Bingham McCutchen LLP | *Attorneys for creditor Liquidbits Corp.* |
| Christopher D. Sullivan<br>csullivan@diamondmccarthy.com<br>Diamond McCarthy LLP | *Interested Party* |

**2. Served by United States Mail:** On May 29, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | *Petitioning creditor* |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | *Petitioning creditor* |
|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | *Petitioning creditor* |
| Future Electronics<br>c/o Diane Svendsen<br>41 Main Street<br>Bolton, MA 01740 | *Petitioning creditor* |
| Office of the U.S. Trustee/SF<br>235 Pine St., Suite 700<br>San Francisco, CA 94104 | *U.S. Trustee* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 29, 2014.

*Marc van Anda*

Marc van Anda

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2

**PROOF OF SERVICE**