Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |
| Debtor, | Judge: Hon. Dennis Montali |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERESTED PARTIES HEREIN:**

PLEASE TAKE NOTICE that I, Venkat Balasubramani, of Focal PLLC, enter my notice of appearance and request for special notice (on behalf of Pete Morici[1]) in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. I hereby request special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and any other documents, papers and/or pleadings pertaining to the above captioned case, or an adversary proceeding connected therewith, including all notices required by the Bankruptcy code, the Rules of Bankruptcy Procedure and/or any other rule of law to be noticed and served on attorneys, creditors, creditor's

---

[1] Morici is plaintiff in the District Court case styled as *Morici v. HashFast Technologies LLC*, 5:14-cv-00087-HRL (N.D. Cal.), which is currently stayed.

1 committees and/or other parties of interest. Please direct all further service, and other
2 correspondence to the following address:

        Venkat Balasubramani
        **Focal PLLC**
        800 Fifth Ave, Suite 4100
        Seattle, WA 98104
        Phone: (206) 529-4827
        Fax: (206) 260-3966
        Email: venkat@focallaw.com

Dated: May 29, 2014        Respectfully submitted,

                                FOCAL PLLC

                                By: s/Venkat Balasubramani
                                    Venkat Balasubramani (SBN 189192)

                                    800 Fifth Ave, Suite 4100
                                    Seattle, WA 98104
                                    Phone: (206) 529-4827
                                    Fax: (206) 260-3966
                                    Email: venkat@focallaw.com

                                    *Attorney for* PETE MORICI

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Notice of Appearance and Request for Notice via the Court's CM/ECF system which will provide notice to all counsel of record.
    Dated, this 29th day of May, 2014

                              By: *s/Venkat Balasubramani*
                              Venkat Balasubramani (SBN 189192)