KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (pro hac vice)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor
HashFast Technologies LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Chapter 7 |
| Debtor. | **DEBTOR'S CONDITIONAL CONSENT TO AN ORDER FOR RELIEF REGARDING INVOLUNTARY PETITION** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

The above-captioned debtor (the "Debtor") hereby consents to an order for relief regarding the involuntary petition under chapter 7 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") filed against the Debtor on May 9, 2014 [Doc. No. 1], on the condition that this Court grants the Debtor's contemporaneously filed Motion to Convert to Chapter 11 pursuant to 11 U.S.C. § 706(a) (the "Motion").

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

1 Motion and converting this case to a chapter 11 case.

2

3 Dated:  June 3, 2014                                 KATTEN MUCHIN ROSENMAN LLP
                                                       Peter A. Siddiqui
4                                                      Jessica M. Mickelsen

5
                                                       By:/s/Jessica M. Mickelsen
6                                                      [Proposed] Counsel for Debtor
                                                       Hashfast Technologies LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax