1    KATTEN MUCHIN ROSENMAN LLP
     Craig A. Barbarosh (SBN 160224)
2    craig.barbarosh@kattenlaw.com
     650 Town Center Drive, Suite 700
3    Costa Mesa, CA 92626-7122
     Telephone: (714) 966-6822
4

5    Jessica M. Mickelsen (SBN 277581)
     jessica.mickelsen@kattenlaw.com
     2029 Century Park East, Suite 2600
6    Los Angeles, CA 90067-3012
     Telephone: (310) 788-4425
7    Facsimile: (310) 788-4471

8    Peter A. Siddiqui (pro hac vice)
     peter.siddiqui@kattenlaw.com
9    525 W. Monroe Street
     Chicago, IL 60661-3693
10   Telephone: (312) 902-5455
     Facsimile: (312) 902-1061

11

12   [Proposed] Counsel for Debtors
     HashFast Technologies LLC

13            **UNITED STATES BANKRUPTCY COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16   In re:                         )   Case No. 14-30725
                             )
17   HASHFAST TECHNOLOGIES LLC, a   )   Chapter 7
     California limited liability company,    )
18                              )   **PROOF OF SERVICE**
          Debtor.              )
19                              )
                             )
20                              )
                             )
21                              )

22

23   ///

24   ///

25   ///

26

27

28

US_100592540v1_385402-00004 6/3/2014 5:08 PM

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

1 STATE OF CALIFORNIA )

2 COUNTY OF LOS ANGELES )

3     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600,

4 Los Angeles, California 90067.

5     On June 3, 2014, I served the foregoing document(s) **(SEE ATTACHED LIST OF DOCUMENTS)** by placing a true copy thereof enclosed in a sealed envelope, addressed as

6 follows:

7 (X)     By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal

8 Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed

9 invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10

11 ()     By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

12

13 ()     By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

14 (X)     By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail

15 address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

16 (X)     By Personal Service. I caused a true and correct copy of the above documents to be hand

17 delivered to the person(s) at the address(es) set forth below.

    Executed on June 3, 2014, at Los Angeles, California.

18

| | |
|---|---|
| 19 David M. Balabanian<br>Law Offices of Bingham McCutchen<br>20 Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>21 *Via U.S. Mail* | Timefire, Inc.<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |
| 22 Hon. Dennis Montali<br>U.S. Bankruptcy Court<br>23 Northern Division of California<br>235 Pine Street, 19th Floor<br>24 San Francisco, CA 94104<br>*Via Personal Delivery* | Edward Hammond<br>3103 Powell Circle<br>Austin, TX 78704-6343<br>*Via U.S. Mail* |
| 25 | Satish Ambarti<br>c/o Eric Benisek |
| 26 Grant Pederson<br>12538 Botanical Lane<br>27 Frisco, TX 75035-0433<br>*Via U.S. Mail* | 3685 Mt. Diablo Blvd., suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |
| 28 | |

2

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

| | |
|---|---|
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747<br>*Via U.S. Mail* | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661<br>*Via U.S. Mail* |
| Edwin E. Smith<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726<br><br>Edwin E. Smith<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>*Via U.S. Mail* | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280<br>*Via U.S. Mail* |
| Ray E. Gallo, Esq.<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA 94901<br>*Via U.S. Mail* | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via U.S. Mail* |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br>*Via U.S. Mail* | Ashley M. McDow<br>Baker & Hostetler LP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>*Via U.S. Mail* |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>*Via U.S. Mail* | |

**LIST OF 20 LARGEST CREDITORS**
**SERVED *VIA U.S. MAIL AND EMAIL ONLY, WHERE INDICATED***

| | |
|---|---|
| Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148 | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 |
| Davide Cavion<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 | Michael Gao – *Via Email and U.S. Mail)*<br>c/o Hongqiu Yang<br>105 Tamalpais Point<br>Chapel Hill, NC 27514<br>Urazexo@gmail.com |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |

3

<div style="writing-mode: vertical-rl">Katten</div>
<div style="writing-mode: vertical-rl">KattenMuchinRosenman LLP</div>
<div style="writing-mode: vertical-rl">2029 Century Park East, Suite 2600  Los Angeles, CA 90067-3012  310.788.4400 tel  310.788.4471 fax</div>

| | |
|---|---|
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela  5101 | Hamilton Hee<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA  94901 |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec  H451K5 Canada | Koi Systems Ltd.<br>Attn:  Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV  89074 |
| Craig Beech – *Email only*<br>craigbeech@gmail.com | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA  19425 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA  95052-0225 | Strategic Counsel Corp.<br>227 Broadway, Suite 306<br>Santa Monica, CA  90401 |
| Uniquify, Inc.<br>2030 Fortune Drive, #200<br>San Jose, CA  95131 | World Electronics<br>3000 Kutztown Road<br>Reading, PA  19605 |
| WY Gost – *U.S. Mail and Email*<br>Building A, Haocheng Tech Park<br>Yanshan Avenue, Baoan District Shenzhen China<br>wygost@yahoo.com | Zuber Lawler & Del Duca LLP<br>777 S. Figueroa Street<br>37th Floor<br>Los Angeles, CA  90017 |

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Adelle Shafer*
Adelle Shafer

4

## LIST OF DOCUMENTS

1.     DEBTORS' CONDITIONAL CONSENT TO AN ORDER FOR RELIEF REGARDING INVOLUNTARY PETITION

2.     DEBTORS' MOTION TO CONVERT TO CHAPTER 11

3.     ORDER GRANTING DEBTORS' MOTION TO CONVERT TO CHAPTER 11

5