# Notice Recipients

District/Off: 0971−3  User: dchambers  Date Created: 6/5/2014
Case: 14−30725  Form ID: pdfeoc  Total: 26

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Ashley McDow | amcdow@bakerlaw.com |
| aty | Christopher D. Sullivan | csullivan@diamondmccarthy.com |
| aty | Jessica M. Mickelsen | jessica.mickelsen@kattenlaw.com |
| aty | Kristen A. Palumbo | kristen.palumbo@bingham.com |
| aty | Michael Delaney | mdelaney@bakerlaw.com |
| aty | Patrick Chesney | pchesney@gallo−law.com |
| aty | Venkat Balasubramani | venkat@focallaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Hashfast Technologies LLC | 649 Mission Street, 5th Floor | San Francisco, CA 94105 | |
| ptcrd | Koi Systems | Units 1403−5, 14/F | 173 Des Voeux Rd. Central | Hong Kong, CN 00000 |
| ptcrd | UBE Enterprises | 7425 Creek Rd. | Sandy, UT 84093 | |
| ptcrd | Timothy Lam | 6156 Temple City Blvd. | Temple City, CA 91780 | |
| ptcrd | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | |
| ptcrd | Grant Pederson | 12538 Botanical Ln. | Frisco, TX 75035 | |
| cr | Liquidbits Corp. | 20201 E. County Club Dr. #1502 | Aventura, FL 33180 | |
| intp | Diamond McCarthy | 150 California Street, Suite 2200 | San Francisco, CA 94111 | |
| intp | Timefire, Inc | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 |
| intp | Satish Ambarti | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 |
| intp | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 | |
| intp | Pete Morici | 800 Fifth Avenue, Suite 4100 | Seattle, wa 98104 | |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 650 Town Center Dr. 7th Fl. | Costa Mesa, CA 92626−7122 |
| aty | David M. Balabanian | Law Offices of Bingham McCutchen | Three Embarcadero Center | San Francisco, CA 94111−4067 |
| aty | Eric W. Benisek | Vasquez Benisek and Lindgren LLP | 3685 Mt. Diablo Blvd., Suite 300 | Lafayette, CA 94549 |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661−3693 |
| aty | Ray E. Gallo | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 |
| 13720533 | Future Electronics | c/o Diane Svendsen | 41 Main Street | Boiton, MA 01740 |

TOTAL: 18