# United States Bankruptcy Court
## Northern District of California

In re **HashFast Technologies LLC**  
Debtor(s)

Case No. **14-30725**  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **HashFast Technologies LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HashFast LLC**
**100 Bush Street, Suite 650**
**San Francisco, CA 94104**

☐ None [*Check if applicable*]

**June 6, 2014**  
Date

**/s/ Jessica M. Mickelsen**  
**Jessica M. Mickelsen**  
Signature of Attorney or Litigant  
Counsel for **HashFast Technologies LLC**  
**Katten Muchin Rosenman LLP**  
**2029 Century Park East**  
**Suite 2600**  
**Los Angeles, CA 90067-3012**  
**310-788-4425 Fax:310-788-4471**  
**jessica.mickelsen@kattenlaw.com; peter.siddiqui@kattenlaw.com**