# United States Bankruptcy Court
## Northern District of California

In re **HashFast Technologies LLC**  
Debtor(s)

Case No. **14-30725**  
Chapter **11**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **73** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 6, 2014**

**/s/ Jessica M. Mickelsen**
Signature of Attorney
**Jessica M. Mickelsen**
**Katten Muchin Rosenman LLP**
**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067-3012**
**310-788-4425   Fax: 310-788-4471**