KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (SBN 6278445)
peter.siddiqui@kattenlaw.com
Paul T. Musser (SBN 6304946)
paul.musser@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

STATE OF CALIFORNIA         )

COUNTY OF LOS ANGELES       )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

      On June 6, 2014, I served the foregoing document(s) **(SEE LIST OF DOCUMENTS)** by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

(X)    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

()    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

()    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

(X)    By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

(X)    By Personal Service. I caused a true and correct copy of the above documents to be hand delivered to the person(s) at the address(es) set forth below.

      Executed on June 6, 2014, at Los Angeles, California.

| | |
|---|---|
| David M. Balabanian<br>Law Offices of Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>*Via U.S. Mail* | Timefire, Inc.<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |
| Hon. Dennis Montali<br>U.S. Bankruptcy Court<br>Northern Division of California<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104<br>*Via Personal Delivery* | Edward Hammond<br>3103 Powell Circle<br>Austin, TX 78704-6343<br>*Via U.S. Mail* |
| Grant Pederson<br>12538 Botanical Lane<br>Frisco, TX 75035-0433<br>*Via U.S. Mail* | Satish Ambarti<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |

| | |
|---|---|
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747<br>*Via U.S. Mail* | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661<br>*Via U.S. Mail* |
| Edwin E. Smith<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280<br>*Via U.S. Mail* |
| Edwin E. Smith<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>*Via U.S. Mail* | |
| Ray E. Gallo, Esq.<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA 94901<br>*Via U.S. Mail* | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via U.S. Mail* |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br>*Via U.S. Mail* | Ashley M. McDow<br>Baker & Hostetler LP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>*Via U.S. Mail* |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>*Via U.S. Mail* | |

### **LIST OF 20 LARGEST CREDITORS**
### **SERVED *VIA U.S. MAIL* AND EMAIL ONLY, WHERE INDICATED**

| | |
|---|---|
| Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148 | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 |
| Davide Cavion<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 | Michael Gao – *Via Email and U.S. Mail)*<br>c/o Hongqiu Yang<br>105 Tamalpais Point<br>Chapel Hill, NC 27514<br>Urazexo378@gmail.com |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Graeme Middleton – Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

Case: 14-30725  Doc# 47  Filed: 06/06/14  Entered: 06/06/14 18:14:03  Page 3 of 5
100603639v1

| | |
|---|---|
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Hamilton Hee<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada | Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074 |
| Craig Beech – *Email only*<br>craigbeech@gmail.com | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp.<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 |
| Uniquify, Inc.<br>2030 Fortune Drive, #200<br>San Jose, CA 95131 | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605 |
| WY Gost – *U.S. Mail and Email*<br>Building A, Haocheng Tech Park<br>Yanshan Avenue, Baoan District Shenzhen<br>China<br>wygost@yahoo.com | Zuber Lawler & Del Duca LLP<br>777 S. Figueroa Street<br>37th Floor<br>Los Angeles, CA 90017 |
| Banjamin Lindner<br>9035 Grayland Drive, Apt. E<br>Knoxville, TN 37923 | |

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Adelle Shafer*
Adelle Shafer

4

PROOF OF SERVICE

Case: 14-30725   Doc# 47   Filed: 06/06/14   Entered: 06/06/14 18:14:03   Page 4 of 5
100603639v1

## LIST OF DOCUMENTS

1. APPLICATION FOR ORDER UNDER 28 U.S.C. § 327(a) AUTHORIZING RETENTION OF KATTEN MUCHIN ROSENMAN LLP AS GENERAL BANKRUPTCY COUNSEL

2. NOTICE OF HEARING ON DEBTORS' APPLICATION FOR ORDER UNDER 28 U.S.C. § 327(A) AUTHORIZING RETENTION OF KATTEN MUCHIN ROSENMAN LLP AS GENERAL BANKRUPTCY COUNSEL