KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Lead Case No. 14-30725 |
| | ) |
| HASHFAST TECHNOLOGIES LLC, a | ) (Proposed to be) Jointly Administered with: |
| California limited liability company, | ) |
| | ) Case No. 14-30866 |
| Debtor and Debtor-In-Possession | ) |
| | ) Chapter 11 |
| _____ | ) |
| | ) **DEBTOR'S MOTION FOR AN ORDER** |
| □ Affects HASHFAST LLC, a Delaware | ) **PURSUANT TO RULE 1015(B) OF THE** |
| limited liability company, | ) **FEDERAL RULES OF BANKRUPTCY** |
| | ) **PROCEDURE DIRECTING THE JOINT** |
| Debtor and Debtor-In-Possession | ) **ADMINISTRATION OF THEIR** |
| | ) **CHAPTER 11 CASES** |
| | ) |
| | ) |
| | ) Hearing |
| | ) Date: June 27, 2014 |
| | ) Time: 10:00 a.m. |
| | )  Place: 235 Pine St. |
| | )        San Francisco, CA 94104 |
| | ) Judge: Honorable Dennis Montali. |

1

US_100539368v2_385402-00001 6/6/2014 5:01 PM

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS, THE DEBTOR'S SECURED LENDERS AND OTHER PARTIES IN INTEREST:**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this motion (the "Motion") for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only. The Debtors request that the Court enter an order on this Motion in substantially the same form and substance as the proposed form of order attached hereto as Exhibit 1. In support of this motion, the Debtors submit the *Declaration of Monica Hushen in Support of Chapter 11 Petition and First Day Motions* (the "Declaration in Support of First Day Relief"), which the Debtors are filing contemporaneously herewith.

**WHEREFORE**, the Debtors respectfully request that the Court grant this Motion and enter an order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: June 6, 2014                      KATTEN MUCHIN ROSENMAN LLP
                                         Peter A. Siddiqui
                                         Jessica M. Mickelsen


                                         By:/s/Jessica M. Mickelsen_____


## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

1.      On May 9, 2014 (the "Petition Date"), certain petitioning creditors filed a chapter 7 Involuntary Petition against Hashfast Technologies LLC under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") [Doc. No. 1].

2.      On June 3, 2014, HashFast Technologies LLC filed its Conditional Consent to an Order for Relief [Doc. No. 36] and its Motion to Convert to Chapter 11 [Doc. No. 35]. The Court

2

US 100539368v2 385402-00001 6/6/2014 5:01 PM

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

entered its order converting HashFast Technologies LLC's case to one under chapter 11 on June 5, 2014 [Doc. No. 40].

3.     On June 6, 2014 (the "Petition Date"), HashFast LLC filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4.     Debtors have filed various motions and applications seeking certain typical "first day" orders regarding both of the Debtors, including this motion to jointly administer the case of HashFast LLC with the case of its wholly-owned subsidiary HashFast Technologies LLC. While these motions are pending, Debtors continue to operate their business and manage their properties as debtors-in-possession.

5.     A chapter 7 trustee has not been appointed, nor has a request been made for the appointment of a chapter 11 trustee or examiner. No official committee(s) have been appointed in these cases.

6.     This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' chapter 11 cases and this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

7.     The statutory bases for the relief requested herein are sections 105(a) and 521 of the Bankruptcy Code and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II.

## BACKGROUND

8.     The Debtors are an industry leader in Bitcoin mining technology, focusing on Bitcoin ASIC technology. Bitcoin is a peer-to-peer system that enables a new payment system of completely digital currency. Users, which include brick and mortar businesses, online services and individuals, send and receive Bitcoins to facilitate transactions for goods or services. Bitcoin

3

Katten
KattenMuchinRosenmann LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

mining generates new Bitcoins by processing transaction and securing the Bitcoin network using specialized hardware to earn Bitcoins. The Debtors produce, distribute and sell computer hardware used in Bitcoin mining.

9.     A more detailed explanation of the Debtors' businesses and operations, and the events leading to the commencement of these cases, is provided in the Declaration of in Support of First Day Relief contemporaneously herewith and which is incorporated herein by reference.

## III.

## RELIEF REQUESTED

10.     By this motion, the Debtors respectfully request the entry of an order providing for the joint administration of the Debtors' chapter 11 cases for procedural purposes only and establishing a caption for the jointly administered cases.

## IV.

## BASIS FOR RELIEF

11.     Pursuant to Bankruptcy Rule 1015, this Court may order the joint administration of the estates of "a debtor and an affiliate." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" as such term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested herein.

12.     The joint administration of these cases will promote economical and efficient administration of the Debtors' estates. The Debtors anticipate that numerous motions, applications, notices, and orders will relate to several of the Debtors' cases. Joint administration of the Debtors' chapter 11 cases will permit use of a single general docket for all of the Debtors' cases and avoid duplicative filings by the Court, the Debtors, and parties in interest. Thus, joint administration of the Debtors' estates will reduce costs and minimize the potential for confusion, which is in the best interests of the Debtors' estates, their creditors and all other parties in interest.

4

US 100539368v2 385402-00001 6/6/2014 5:01 PM

13. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases since the relief sought herein is purely procedural and is in no way intended to affect substantive rights. Creditors and other parties in interest will retain any claims or rights they may have against a particular estate. Finally, joint administration will simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee.

14. In furtherance of the foregoing, the Debtors respectfully request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | ) Case No. 14-30725 _____ |
| | ) (Jointly Administered) |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[1] | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |

15. The Debtors submit that use of this simplified caption will eliminate cumbersome and confusing procedures and ensure uniformity of pleadings.

16. The Debtors also request that a notation be entered on the docket of the HashFast LLC case to reflect the joint administration of the cases in substantially the following form:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases commenced by HashFast Technologies LLC and its affiliates. The docket in Case No. 14-30725 should be consulted for all matters affecting the chapter 11 case of this debtor.

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354), and HashFast Technologies LLC (FEIN 38-3913245).

5

US 100539368v2 385402-00001 6/6/2014 5:01 PM

17. Finally, the entry of joint administration in multiple related cases is common and generally non-controversial in this district. *See, e.g., In ARCE Riverside, LLC*, Case No. 13-32456 (Bankr. N.D. Cal. Dec. 3, 2013).

## NOTICE

18. The Debtors will provide notice of this Motion to the following parties or, in lieu thereof, to their counsel, if known: (a) the Office of the United States Trustee; (b) the Debtors' secured lenders; (c) the creditors holding the thirty (30) largest unsecured claims on a consolidated basis; and (d) all known taxing authorities that have claims against the Debtors. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

## NO PRIOR REQUEST

19. No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: June 6, 2014

KATTEN MUCHIN ROSENMAN LLP

Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

6

# EXHIBIT 1

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
Katten Muchin Rosenman LLP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a<br>California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br>_____<br><br>☐ Affects HASHFAST LLC, a Delaware<br>limited liability company,<br><br>    Debtor and Debtor-In-Possession | ) Lead Case No. 14-30725<br>)<br>) (Proposed to be) Jointly Administered with:<br>)<br>) Case No. 14-30866<br>)<br>) Chapter 11<br>)<br>) **ORDER PURSUANT TO RULE 1015(B)**<br>) **OF THE FEDERAL RULES OF**<br>) **BANKRUPTCY PROCEDURE**<br>) **DIRECTING THE JOINT**<br>) **ADMINISTRATION OF THEIR**<br>) **CHAPTER 11 CASES**<br>) |

This matter coming before the Court on the Motion of the Debtors for an Order Pursuant to

Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of

Their Chapter 11 Cases (the "Motion")[1]; the Court having reviewed the Motion and the

_____

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

1

Declaration in Support of First Day Relief; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the Motion having been sufficient under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. Notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances.

4. In accordance with Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

5. The caption of the jointly administered chapter 11 cases shall be as follows (footnote included):

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 14-30725 _____ |
| | ) | (Jointly Administered) |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[2] | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

_____

[2] The Debtors are HashFast LLC (FEIN 46-2943354), and HashFast Technologies LLC (FEIN 38-3913245).

2

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

6. No party shall be required to list any further information beyond that set forth above in pleadings filed in these chapter 11 cases.

7. All original docket entries shall be made in the case HashFast Technologies LLC, *et al.*, Case No. 14-30725, and the Clerk of this Court is directed to forthwith make a separate docket entry in the case of HashFast LLC, substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases commenced by HashFast Technologies LLC and its affiliates. The docket in Case No. 14-30725 should be consulted for all matters affecting the chapter 11 case of this debtor.

8. Nothing contained in the Motion or in this order shall be construed to cause substantive consolidation of these chapter 11 cases.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

10. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

*END OF ORDER*

3

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax