KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>　　　Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>　　　Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br><u>Hearing</u><br>Date: June 27, 2014<br>Time: 10:00 a.m.<br>　Place: 235 Pine St.<br>　　　　San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

**<u>NOTICE OF HEARING ON DEBTOR'S FIRST DAY MOTION FOR AN ORDER (I) APPROVING CONTINUED USE OF EXISTING BANK ACCOUNTS, BUSINESS FORMS, AND CASH MANAGEMENT SYSTEM, AND (II) TO OBTAIN LIMITED WAIVER OF THE REQUIREMENTS OF 11 U.S.C. § 345(B)</u>**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors"), have filed a Motion for an Order (I) Approving Continued Use of Existing Bank Accounts, Business Forms, and Cash Management System, and (II) to Obtain Limited Waiver of the Requirements of 11 U.S.C. § 345(b) (the "Motion"), which is set for a hearing on June 27, 2014 at 10:00 a.m. at 235 Pine St., San Francisco, CA 94104 before the Honorable Dennis Montali.

Dated: June 6, 2014     KATTEN MUCHIN ROSENMAN LLP
                        Peter A. Siddiqui
                        Jessica M. Mickelsen


                        By:/s/Jessica M. Mickelsen
                        *Proposed Attorneys for the Debtors HashFast*
                        *Technologies LLC and HashFast LLC*