```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                              Case No. 14-30725-DM
Hashfast Technologies LLC                                           Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: dchambers            Page 1 of 1              Date Rcvd: Jun 05, 2014
                              Form ID: pdfeoc            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2014.
```
db          +Hashfast Technologies LLC,    649 Mission Street, 5th Floor,    San Francisco, CA 94105-4128
aty         +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
              Costa Mesa, CA 92626-1989
aty         +David M. Balabanian,    Law Offices of Bingham McCutchen,    Three Embarcadero Center,
              San Francisco, CA 94111-4079
aty         +Eric W. Benisek,    Vasquez Benisek and Lindgren LLP,    3685 Mt. Diablo Blvd., Suite 300,
              Lafayette, CA 94549-6833
aty          Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL  60661-3693
aty         +Ray E. Gallo,    Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031
intp        +Diamond McCarthy,    150 California Street, Suite 2200,    San Francisco, CA 94111-4547
ptcrd       +Edward Hammond,    3103 Powell Cir.,    Austin, TX 78704-6343
intp        +Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031
ptcrd       +Grant Pederson,    12538 Botanical Ln.,    Frisco, TX 75035-0433
ptcrd        Koi Systems,    Units 1403-5, 14/F,    173 Des Voeux Rd. Central,    Hong Kong, CN  00000
cr          +Liquidbits Corp.,    20201 E. County Club Dr. #1502,    Aventura, FL 33180-3282
intp        +Pete Morici,    800 Fifth Avenue, Suite 4100,    Seattle, wa 98104-3100
intp        +Satish Ambarti,    c/o Eric Benisek,    3685 Mt. Diablo Blvd, Suite 300,    Lafayette, CA 94549-6833
intp        +Timefire, Inc,    c/o Eric Benisek,    3685 Mt. Diablo Blvd, Suite 300,    Lafayette, CA 94549-6833
ptcrd       +Timothy Lam,    6156 Temple City Blvd.,    Temple City, CA 91780-1747
ptcrd       +UBE Enterprises,    7425 Creek Rd.,    Sandy, UT 84093-6152
13720533    +Future Electronics,    c/o Diane Svendsen,    41 Main Street,    Boiton, MA 01740-1134
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2014 at the address(es) listed below:
```
              Ashley   McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Ashley   McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com,    mdomer@diamondmccarthy.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael   Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               rojeda@bakerlaw.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,    ltroxas@hotmail.com
              Patrick   Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat   Balasubramani    on behalf of Interested Party Pete   Morici venkat@focallaw.com,
               info@focallaw.com
                                                                                             TOTAL: 9
```



Signed and Filed: June 4, 2014

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor
HashFast LLC Technologies LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Chapter 7 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11** |

This matter having come before this Court on Debtor HashFast Technologies LLC's ("<u>Debtor</u>") Motion to Convert to chapter 11 (the "<u>Motion</u>");[1] and the Court having reviewed the Motion; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---
[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

1

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. This case is converted to a chapter 11 case under the Bankruptcy Code.

\* END OF ORDER\*

2