Aaron Collins
21851 Schieffer Rd
Colton, OR 97017

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021

Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148

Adam Lenet, Lenit IT Solutions
88 Farnham Drive Beaconsfield Quebec H9W

Adamo Di Stefano
9879 Saint-Firmin Montreal Quebec H2B 2G

Adrian Clarkson
Software Engineering Services Ltd.
30 Thistle Green, Swavesey
Cambridge, Cambridgeshire CB24 4RJ, UK

Adrian Coroama
426 Sandra Timis 307065 Romania

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Ahmed Muhsin
11410 Nagel St
Hamtramck, MI 48212

Alan Richardson
11975 Greywing Court Reston VA 20191
Silver Springs, MD 20906

Ales Prikryl
6838 E 5th Street
Scottsdale, AZ 85251

Alex Filippov
12 Sherborne Cir
Ashland, MA 01721

Alexander Roganov
1881 Willoughby Ave
Ridgewood, NY 11385

Alexander Stroh
Waagenstr.39 40229 Dusseldorf Germany

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749

Alexey Minchenkov

Asafeva St 2-1-60 St Petersburg Russia 1

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147

Allan Martin
5009 Northlawn Circle
Murrysville, PA 15668

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075

Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands

Amanda Dick
1601 W Main #90-105
Willimantic, CT 06226

Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133

American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104

Amro Abdelgawad
57 Ira Road
#187
Syosset, NY 11791

Amy Woodward
57 Oakwood Street
San Francisco, CA 94110

Andrew Fader
2 Fox Run Road
Briarcliff Manor, NY 10510

Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703

Andy Lo
Celestica 581 S. Unionville Ave Markham

Anthony Carrillo
1130 NE 104th Ave

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 2 of 38

Portland, OR 97022

Anthony Lauck
PO Box 59
Warren, VT 05674

Anthony Sajan
4786 Oakhurst Ridge
Clarkston, MI 48348

Anthony Woodward
2697 Derby Drive
San Ramon, CA 94583

Antoine Alary
1516 Lima Ct
San Jose, CA 95126

Antonio Dewey
1211 San Dario Ave
Suite 369
Laredo, TX 78040

Antonios Alexiou
1253 Buck Jones Rd
Raleigh, NC 27606

Antony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166

AQS
401 Kato Terrace
Fremont, CA 94539

Aristeidis Dionisatos
46 North Park Gardens Belleville Ontario

Armada Works Inc.
2223 Bath Ave
Brooklyn, NY 11214

Ashley M. McDow
Baker Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

Aupacom Enterprises
9620 Sepulveda Blvd Unit 33
Attn: Christopher Shaw
North Hills, CA 91343

Avram Cheaney
1305 Laguna Street
Apt. 4
San Francisco, CA 94115

Benjamin Beckwith, Flat Rate Computer G
8218 Grimchester
Converse, TX 78109

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 3 of 38

Benjamin Hopson II
2640 Alexandria Pl
Janesville, Wi 53548

Benjamin Lindner
9035 Grayland Drive
Apartment E
Knoxville, TN 37923

Bernie Rihn, Prudentia Permanens LLC
3628 Linden Ave
N #214
Seattle, WA 98103

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Brandon Bressler
3638 San Onofre Ave
San Onofre, CA 95340

Breck Pedersen
3712 Denehoe CV
Austin, TX 78725

Brenton Senegal
5355 South Rainbow Blvd
Unit #138
Las Vegas, NV 89118

Bret Motyl
148 Townsend St
Suite 21
San Francisco, CA 94107

Brian Barbee
701 Blossom St.
Bakersfield, CA 93306

Brian Connelly
22601 Asheville Hwy
Landrum, SC 29356

Brian McKittrick
813 Whitney St
Cedar Hill, TX 75104

Brian Samas
123 Bridge Street
Groton, CT 06340

Brion Lau, Financial Fitness Pro
21600 Rainbow Drive
Cupertino, CA 95014

Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002

Bruce Sanders Bruce Sanders Design & III
12 Bridge St.

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 4 of 38

Westford, MA 01886

Bruce Terry
21073 Niagara River Drive
Sonora, CA 95370

Bruno Lemonnier
16 Rue Victor Hugo 17300
Rochefort France

Bruno Reith
Repkering 36 58791 Werdohl Germany

Bryan Carter
Bryan Carter 330 Carriage Dr. E
Santa Ana, CA 92707

Bryan Pope
6196 Westminster Dr
Parma, OH 44129

Bryce Weiner
621 W Monetcito St #4
Santa Barbara, CA 93101

Carl Schultz
1827 Harold Street
Houston, TX

Central Computers
837 Howard Street
San Francisco, CA 94103

Chad Eller
1910 Lomita Dr
San Leandro, CA 94578

Charles Hilt
2800 Ruleme St
Apt 24
Eustis, FL 32726

Chaz Curtiss
6551 Jordan River Dr
Las Vegas, NV 89156

Chris Ergen C/O Summit Capital LLC
5701 S. Santa Fe Drive
Littleton, CO 80102

Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108

Christian Calvo
3 Peartree Ln
Rolling Hills Estates, CA 90274

Christian Golbs
Muehlburgweg 47 99094 Erfurt Germany

Christina Jepson
7 Cross St Dundas Ontario L9H 2R3 Canada

Christopher Fetterly
9603 78th Avenue NW Edmonton Alberta T6C

Christopher Goes
PO Box 100
Cottage Grove, OR 97424

Christopher Raday
4215 W 142 St
Crestwood, IL 60445

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada

Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087

CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402

Corey Vokey
2249 Burrows Ave Winnipeg Manitoba R2R 1

Corey Wysong
4499 E Fox Run Drive
Syracuse, IN 46567

Cort Wenzel
858 Boardwalk Place
Redwood City, CA 94065

Cory Wise
2315 West alberson Dr.
Albany, GA 31721

Craig Beech
email address only]

Craig Burke
2787 Fairview
Canyon Monitor, WA 98836

Craig LaShot
88304 Charley Lane
Springfield, OR 97478

CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201

Dain Carver
240 Martine Ave
White Plains, NY 10601

Damon Jiang
1210 Alemany Blvd.
San Francisco, CA 94111

Dan Casacci
31 Clearwater Dr
Amherst, NY 14228

Dan Charbonneau,CBT Nuggets
44 Club Rd
Suite 150
Eugene, OR 97401

Dan Das Mann

Dan Fuchs
526 Shoup Ave W Ste K
Twin Falls, ID 83301

Daniel Burgin
St-Roch 30 1004 Lausanne Switzerland

Daniel Casacci
31 Clearwater Dr
Amherst, NY 14228

Daniel Hilderal
40 Hardinge road LONDON England NW10 3PJ

Daniel Nimtsch
Meinigstr 46a 38667 Bad Harzburg Germany

Daniel Petreley
19378 East Brunswick Drive
Aurora, CO 80013

Daniel Pojar
1253 Grace Drive
Sycamore, IL 60178

Daniel Raedel
Juethornstrasse 39 22043 Hamburg Germany

Daniel Williams
10211 Portland Road
Silver Spring, MD 20901

Dario Albarron
512 Sherman Ave
Roselle Park, NJ 07204

Darwin Johnson, Schwaahed
73 Eastern Parkway 4B
Brooklyn, NY 11238

Dat Le
22 Golden Gate Bay Winnipeg Manitoba R3J

Dave Gutelius
1259 El Camino Real
#230
Menlo Park, CA 94025

David Boothby
1800 Holleman Drive
Apt 1404
College Station, TX 77840

David Cho
158 L'Amoreaux Drive Scarborough Ontario

David Henson
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

David King
10106 E 69th Ter
Raytown, MO 64133

David Matheu
18044 Saxony Lane
Orlando, FL 32820

David Miller
1751 NE 91st Street
Seattle, WA 98115

David Springer
4095 Lomar Drive
Mt. Airy, MD 21771

David Steinberg
3164 Sycamore Pl
Carmel, CA 93923

Davide Cavion
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166

Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045

Dean Farry
1250 HalifaxWay
San Ramon, CA 94582

Del Wong
3233 Pawaina Place
Hawaii, HI 96822

Dennis Lambert
9450 SW Gemini Dr
Beaverton, OR 97008

Deon Brewis
15610 NE 59TH WAY
REDMOND, WA 98052

Derek Hill
Advantage mortgage 29875 S Black Bear Dr
                              Page 8

Canby, OR 97013

Derek Piper
3706 W Woodmere Way
Bloomington, IN 47403

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701

Donald Bosse
9 E 9th St
Frederick, MD 21701

Donald Crain
110 N Lee St
Lexington, IL 61753

Donald Weinderg
4010 Oak Circle
Boca Raton, FL 33431

Doug Haden
973 Iron Mountain Circle South
Lake Tahoe, CA 96150

Douglas Trowbridge
2045 Waterbury Rd
Lakewood, OH 44107

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257

Duane Laun
707 29th Ave E
Seattle, WA 98112

Duncan Wallace, duncwa llc
1001 National Avenue 139
San Bruno, CA 94066

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063

Eddie DeLeon
2203 Ripley Ave.
Unit B
Redondo Beach, CA 90278

Edgar Godoy
88 Bush St

#C2103 Building C
San Jose, CA 95126

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481

Edward Lance
1324 Treasure Cove
Niceville, FL 32578

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514

Eliott Spencer
23 Sunwood Ln
Sandy, UT 84092

Elkin Mann, LDI Imports
378 Johnston Ave.
Jersey City, NJ 07304

Elric Traver
1221 River Ln
Mosinee, WI 54455

Elton Seah
761 Irwindale Avenue
Las Vegas, NV 89123

Embedded Wits LLC
10574 Culbertson Dr
Cupertino, CA 95014

Employment Matter Counseling &Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656

Eric Christmas
5940 NW 13th street
Sunrise, FL 33313

Case: 14-30725    Doc# 57-1    Filed: 06/09/14    Entered: 06/09/14 14:50:42    Page 10 of 38

Eric Cochran
615 Shelley Ave
Ames, IA 50014

Eric Corlew Creative X-Pressions
409 S Locust St
Wayland, MI 49348

Eric Denny
204 Lauren Ln
Minden, LA 71055

Eric Liu
3630 Sadge Ln
Irving, TX 75062

Eric Sala
Carrer Parellada  28 1r 4a 08030 Barcelo

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166

Erik Voorhees, Bitcoin FTW
35 Snowberry Way
Dillon, CO 80435

Evan Greenwood
501 S. Van Buren
Hugoton, KS 67951

Federal Express Corporation
942 South Shady Grove Road
Memphis, TN 38120

Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

Forrest Voight
2360 SW Archer Rd.
Apt. 910
Gainesville, FL 32608

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511

Frank Rankin
518 Freehold Road
Jackson, NJ 08527

Frank Vuong
3891 Madera Way
San Bruno, CA 94066

Frederick Fiechter
1825 S. Grant Street
Suite 240

San Mateo, CA 94402

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674

Garrett Griffin
9150 Crest Ave
Oakland, CA 94605

Gautam Desai
116 Blackstone Dr
Danville, CA 94506

George Loudon
161 Helen
Garden City, MI 48135

George Richmond
3580 Egret Drive
Melbourne, FL 32901

George Urakhchin
111 W Maple St
Apt 2203
Chicago, IL 60610

Gerald Davis
Tangible Cryptography LLC
510 Bridge Dr
Chesapeake, VA 23322

Gerry Gorman, World Media Group LLC
25 Mountainview Blvd
100 Marketplace Suite 204
Basking Ridge, NJ 07920

Glenn Hendrick, Bitminer
Bitminer128 223 Pameto Rd
Nokomis, FL 34275

GLO Ventures
1550 17th Street
San Francisco, CA 94107

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

Graeme Tee
12 Bromley Road Hilton Western Australia

Grant Pederson
12538 Botanical Ln
Frisco, TX 75035

Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005

Gregory Maxwell

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 12 of 38

650 Castro St.
Suite 120-293
Mountain View, CA 90410

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Hamilton Hee
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

hani hajje
708 clay St.
Ashland, OR 97520

Hans Hess Elevation Franchise Ventures
4100 N Fairfax Dr.
730
Arlington, VA 22203

Harmacolindaor Informatikai
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Hawk Ridge Systems
4 Orinda Way
Orinda, CA 94563

Henzy Paez
109 Oak Street
Northport, NY 11768

Holden Karau
3407 24th St
Apt 2
San Francisco, CA 94110

Hong-Quan Yue
210 Woodridge Crescent Apt 606
Nepean, Ontario K2B 8E9
Canada

Hoo Shao Pin
Polymathica Pte. Ltd.
10 Raeburn Park #02-08
Singapore 088702

Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

Ilan Elfassy
177 Bury Old Road
Salford, Manchaster, Lancashire M7 4PZ
UK

Immanuel Ambar
Christoph Merian-Ring 299
4153 Reinach, Switzerland

International Rectifier
101 N Sepulveda Blvd.
El Segundo, CA 90245

Ivan Kondrat'ev
13 Parkovaya 16-2-8 Moscow Moscow 105077

Ivan Marcak
10101 Palace Way
Apt B
Henrico, VA 23238

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, MA 01719

James Babcock
8368 NW 70th Street
Potwin, KS 67123

James Carroll
1505 Westheimer Rd
Houston, TX 77006

James Hicks
PO Box 1296
Helendale, CA 92342

James Johnson
825 28th St SW
Ste F
Fargo, ND 58103

James Lowry, LLC
400 E College
Suite A
Roswell, NM 88201

James Miller
410 Cahill Rd
Streamwood, IL 60107

James Ries
450 Sunlight Ct
Apt 2
Powell, WY 82435

James Suddarth
1645 International Dr
Unit 102
McLean, VA 22102

James Thomas, eServiZes
1679 E 337th St.
Eastlake, OH 44095

James Tsuei
C/O Ms. Cecilia Leung, Room 1008 Heng Ng

James Wu
1221 North Vineyard Ave
#1

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 14 of 38

Ontario, CA 91764

Jamie Hall, Bright Mining LLC
3042 Whitemark Court
Lexington, KY 40516

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

Jan Irvin
PO Box 3819
Crestline, CA 92325-3819

Jared Metzler
826 N 3rd St
Lincoln, KS 67455

Jarod Clark
2314 Broadway
Denver, CO 80205

Jason Badua
4039 Palikea St.
Lihue, HA 96766

Jason Bond
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Jason Hall
2202 E Lowena Dr
Long Beach, CA 90803

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550

Jason Plowman
13508 Jamieson Place
Germantown, MD 20874

Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938

Jason Yi
1367 E Garfield Ave
Glendale, CA 91205

Jawad Quddus
1020 Brand Ln
Apt 638
Stafford, TX 77477

Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G 3V8
Canada

Jean-Andrew Mikesell
26652 Calle Salida

Capistrano Beach, CA 92624

Jeanette Arna
Haneholmveien 19 3212 Sandefjord Norway

Jeff Unruh
2650 Beauty Creek Drive
Valparaiso, IN 46385

Jeffrey Bradian
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Jeffrey Spielberg
1524 Cottonwood Ave
Lafayette, CO 80026

Jeffrey vonGermeten
650 E 500 N
Apt #6
Logan, UT 84321

Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014

Jensy Fernandez
12 Diamond St
Apt 19
Lawrence, MA 01841

Jeremy Jones
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Jerry Whatley JWC Consulting
192 Fuller Road
Chehalis, WA 98532

Jess Williams
PO Box 50801
Albuquerque, NM 87181

Jesse Teta
3804 Triora St
Las Vegas, NV 89129

Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461

Jiongye Li
77 Louise Rd
Braintree, MA 02184

Joe Baker
530 Lawrence Expressway #441
Sunnyvale, CA 94085

Joe Peng

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 16 of 38

55 West 21st Street 6FL
New York, NY 10010

Joe Russell
4079B 18th Street
San Francisco, CA 94114

John Cronin
2535 Verde Dr.
Apartment 215
Colorado Springs, CO 80910

John Peregoy
982 NC Hwy 82
Dunn, NC 28334

John Shave
8805 Tamiami Trail North
#219
Naples, FL 34108

John Twohy, 24K Gold Plating
10920 4th Ave W
Everett, WA 98204

Jon Yellowlees
Dan Rose Tech Set
3326 Catherine St
Jackson, MI 49203

Jonas Diener
1528 Country Club Rd
Harrisonburg, VA 22802-5071

Jonathan Bower
Alstrommergatan 32N 11247
Stockholm Sweden

Jonathan Hardison
650 S Adam Ave
Republic, MO 65738

Jonathan Prentice,  Network Service Prov
13 Farnham St Parnell
Auckland 1052 New Zealand

Jonathan Simms, Jhashybor Mining
1808 E Columbus Dr Apt# 3 Tampa FL 33605
Apt. #3
Tampa, FL 33605

Jonathon North
240 Milledgeville Rd
Enville, TN 38332

Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026

Jose L.W. Martinez
9250 W Bay Harbor Dr
Apt 7 D
Miami, FL 33154

Joseph Cavallero
2644 Fulton Street
Berkeley, CA 94704

Joseph Farag, Trinity Bitcoin Investment
12810 Terabella Way
Fort Myers, FL 33912

Josh Gold
8 forman lane
Manalapan, NJ 07726

Joshua Dorman
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Joshua Lytle
347 Millcreek Rd
Pleasant Grove, UT 84062

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520

Joshua Vidana, Skidhacker.com
3602 Tilson Ln.
Houston, TX 77080

Julio Perez
109 S Melville Ave
Unit 1
Tampa, FL 33606

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128

Justin Grevich
3348 Via Alicante
La Jolla, CA 92037

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 18 of 38

Kaloopy Media
Attn: Kurt Heim, President
2510 Main St.
Santa Monica, CA 90405

Kamal Sohal
7 Renault Road Reading Berkshire RG5 4EY

Kang Lu
4551-5 Jefferson Pointe Ln
Prince George, VA 23875

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615

Ken Mueller
Public Service Insurance Company 1 Park
New York, NY 10016

Kevin Delporte
briekhoekstraat 32 8940 wervik Belgium

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051

Kevin Mahan, Tanard Corporation
9101 W. Sahara Ave.
Suite 105 K-6
Las Vegas, NV 89117

KH Joo
SilverBlue Inc. 11693 Seven Springs Driv
Cupertino, CA 95014

Koi Systems Ltd
1191 Center Point Drive
Suite A
Attention:  Brian Edgeworth

Henderson, NV 89074

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109

Kris Howery
4104 Congress Dr
Midland, MI 48642

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127

Kyle Sidles, Kaysid, LLC
4000 Dow Road
Unit 10
Melbourne, FL 32934

Lance Dixon
Intervid FZ LLC
Suite 128, Building 2
Dubai Internet City, Dubai, UAE

Larry Han
970 NW 198th PL
Shoreline, WA 98177

Lauren Coe
3303 226th Pl SW
Brier, WA 98036

Lautaro Cline
8327 Aster Ave Oakland
CA 94605

Le Van Hanh
V Spa & Nails
159 Cypresswood Dr
Spring, TX 77388

Lee Ash
304 189th PL SW
Bothell, WA 98012

Lee Schwuchow , Monkey  Business
2740 N. Andrews Ave
Wilton Manors, FL

Linear Technology Corporation
1630
McCarthy Blvd
Milpitas, CA 95035-7417

Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL 33180

Lonnie Hansen
205 Duncan st
#6
Ashland, VA 23005

Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283

Luis Guerrero
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Lukas Bradley
3777 N. Clemons St.
Unit F
East Wenatchee, WA 98802

Lukas Zingg
Breitestrasse 1 4132 Muttenz Switzerland

Luke Baum
PO Box 101
Pleasant Unity, PA 15676

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108

LyLy Moc
14 Hamilton St
Toronto Ontario M4M 2C5 Canada

Madalin Ionascu
51 Goldhill Plaza #12-11 Singapore 30890

Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada

Manu Kaushish, Nirvana Digital, Inc.
3632 Whitworth Drive
Dublin, CA 94568

Manuel Rojas
1121 Torrance Blvd
Torrance, CA 90502

Manuel Zepeda
2310 Westgate Rd
Unit 14
Santa Maria, CA 93455

Marcelino Bellosta
1600 Ponce de Leon Blvd. FL 10
Suite 1001
Coral Gables, FL 33134

Marcus Killion
1000 W Garden Ct
Wichita, KS 67217

Marcus Sorensen
4960 Shadow Wood Dr
Lehi, UT 84043

Mardi Jackson F8 Mobile Inc.
50 Sunset Way
Sausalito, CA 94965-9741

Marion Keyes, Riverstone LLC
189 Eagle Drive
Golden, CO 80403

Marisa Coppersmith

Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880

Mark Hancock
512 Grant Terrace
Taft, CA 93268

Mark Pescatrice, Matrice Consulting LLC
6 Shenandoah Drive
Newark, DE 19711

Mark Pescatrice--  Hot Sun
LLC 6 Shenandoah Drive
Newark, DE 19711

Mark Roy
21745 Duck Creek Square
Ashburn, VA 20148

Mark Sullivan, Cyclotronics
6430 FM 1960 #321
Houston, TX 77069

Mark von Germeten
20792 SW Nettle Pl
Sherwood, OR 97140

Mark Williams, Off Road Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362

Martin Safranek
Linecka 351 38241 Kaplice Czech Republic

Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626 New Zealand

Matt Richards
3253 S E Ct.
Springfield, OR 97478

Matt Tucker

2830 E College Ave
Unit 101
Boulder, CO 80303

Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944

Matthew McCormick
33 Hollandale Ln
Apt A
Clifton Park, NY 12065

Matthew Silvia
30 Oak St
Cohasset, MA 02025

Matthieu Billaud
testory 31310 Montesquieu
Volvestre France

Mattia Baldinger
Zunzgerstrasse 24 4450
Sissach Switzerland

Max Avroutski
2223 Bath Ave
Brooklyn, NY 11214

Max Fischer
11728 Wilshire blvd B713
Los Angeles, CA 90025

Maximilian Baringer
August-Bebel Platz 4 99423
Weimar Germany

Maximin Parotte
Dorpsstraat 112 A 3927BG
Renswoude Netherlands

McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611

Michael Burke
C/O Nordstrom Inc.
1301 2nd Ave
Ste 300
Seattle, WA 98101-3812

Michael Desotell
7101 S County Road 750 W
Knightstown, IN 46148

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514

Michael Giovinco
61 Sterling St

Somerville, MA 02144

Michael Greiner
49 Pennsylvania Ct
Morton, IL 61550

Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106

Michael McGurgan
2913 Coach Ct
Norman, OK 73071

Michael Pryor
5 Windy Ridge Rd
Hudson, WY 82515

Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009

Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814

Mike Damm
140 South Van Ness Avenue
Unit 807
San Francisco, CA 94103

Mike Deming
1458 Monroe Ave
Rochester, NY 14618

Miratek
706 Michael Street
Milpitas, CA 95035

Mohit Kalram
2A/73 Punjabi Bagh West New Delhi Delhi

Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612

Muhammad Zahid Faruqi
Unionstrasse 86/1/5 4020 Linz Austria

Murat Konal
Putselaan 102 3074 JE
Rotterdam, Netherlands

Myron Davis
333 Willoughby Ave
ETS / 5th Floor
Juneau, AK 99811

Nathan Ho
2201 Stratford Dr
Round Rock, TX 78664

Nathan Ross
Exel 85-D Liberty Commons Rd
Columbus, OH 43235

Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260

Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84095

Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517

Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624

Neil Schemenauer
727 9th St Humboldt
Saskatchewan SOK 2AO Canada

Nenko Garchev
4001 Lyman Dr
Philadelphia, PA 19114

Nicholas Fusaro
35 Kohlanaris Dr
Poughkeepsie, NY 12601

Nick Simmons
6613 Goosander Ct.
Frederick, MD 21703

Nik Arghavan
25 Bishop Tutu Blvd 713
Toronto Ontario M5V 279 Canada

Nir Nahum
Mashabim 19 Hod-Hasharon 4520122 Israel

Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568

Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120

Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067

Oleksandr Buzko
10959 Rochester Ave
Apt 511
Los Angeles, CA 90024

Oliver Klein

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 25 of 38

Zeller Str 17 73271 Holzmaden Germany

Osric Proctor Jr
202 Garland Ave.
Sandston, VA 23150

Package Science
3287 Kifer Road
Santa Clara, CA 95051

Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051

Pascal Martin
181 De la Grande-Coul??e Orford Quebec J

Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33166

Patrick Huizinga
Anjerstraat 50 3333GD Zwijndrecht Nether

Patrick Levell
6350 Dorchester Road Apt 116 Niagara Fal

Patrick Sadowski
146 Dawlish Ave Aurora Ontario L4G 6R2 C

Paul Croscup
585 Harts Road
Madoc, Ontario K0K 2K0
Canada

Paul Erickson
2925 Union St
Madison, WI 53704

Paul Montague
4/33 Yarrawonga Street Ngunnawal Austral

Paul Roeder
10315 Raritan Dr
Houston, TX 77043

Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955

Pete Gorman
52 Doctors Point Road Waitati 9085 New Z

Peter Harris
538 Birmingham Road Bromsgrove Worcester

Peter Henrickson
773 East El Camino Real
#142
Sunnyvale, CA 94087-2919

Peter Hornyak

Nyiregyhaza 48 Ibolya street 4400 Hungar

Peter Kamstra
De Goorns 15 7824RG Emmen Netherlands

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

Peter Myers
6320 North 16th Street
Apt 34
Phoenix, AZ 85016

Peter Smallwood
Peter Smallwood 189 Woodcroft Drive
New South  Wales 2767 Australia

Peter Symons
149C Shirehampton Road Sea Mills
Bristol BS9 2EE United Kingdom

Peter Tipple
30 St Andrews Terrace Ashington Northumb

Petr Dvorak
Komenskeho 37 68001 Boskovice Czech Repu

Phat Tran
7714 75th St N
Pinellas Park, FL 33781

Phil Blancett
P.O. Box 19719 South
Lake Tahoe, CA 96151

PHILLIP MARASHIAN
812 Saratoga Ave
Apt. Q-211
San Jose, CA 95129

Phuc Nguyen
Van Nguyen 895 Broadway
Floor 3
New York, NY 10003

Piotr Kwiecien
80 Delancey Street Flat B Ground Floor L

Price Givens, 404 LLC
61875 Broken Top Dr #27
Bend, OR 97702

Proven Tolerance Specialist
570 Suite C Marine View Avenue
Belmont, CA 94002

Qhengxian Xu
China 511495 Guangdong / ？ ？ guangzho

Qingshou Pei
1112 Gossamer Dr
Pickering Ontario L1X 2

Page 27

Canada

Rafez Noorullah
Gazelle Informatics Ltd
Hadia House, 2b Lincoln Street
Kingsthorpe, Northhampton, UK NN2 6NR

Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031

Randall Elliott
202 Jefferson Street
Martinsbug, WV 25401

Randy Jones
Kinetica Technology Solutions
403 Da Vinci Ln
Wylie, TX 75098

Raul Vasquez

Ray Calderon
170 Quinlan Ave
Staten Island, NY 10314

Raymond Floyd Floyd Company
191 E. Main Street
Tustin, CA 92780

Raymond Steiner
Gespermoosstrasse 4 2540 Grenchen Switze

Regan Reckman
1574 Georgetown
Loveland, OH 45140

Reinoud Vaandrager
255 South Rengstorff Avenue
Apt 179
Mountain View, CA 94040

Reno Devito
9370 Coral Berry Street
Las Vegas, NV 89123

Ric Rooney, Sun Spot
4310 Austin Bluffs Parkway
Colorado Springs, CO 80906

Richard Chang
1253 Buck Jones Rd
Raleigh, NC 27606

Rick Bahr-Advisor

Rick Windham
166 State Street
#8
Brooklyn, NY 11201

Robert Alan Richardson
1713 Nordic Hill Cir.

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 28 of 38

Silver Spring, ME 20906

Robert Alkire Consuling
1081 Neptune Lane
La Grande, WA 98348

Robert Cacioppo
1 Fresh Spring Cove Somers Point
Somers Point, NJ 08244

Robert Ditthardt
Olivine Labs LLC
32-22 37th Street, #1
Astoria, NY 11103

Robert Edwards Awesome Possum LLC
7341 W Cypresshead Drive
Parkland, FL 33067

Robert Hall

Robert Kulys
1905 Evergreen Terrance Drive E
Apt 4
Carbondale, IL 62901

Robert Mudryk
29118 Weybridge Drive
Westlake, OH 44145

Robert Stehr
Stehr Music Proctions Waaienberg 58 2716

Robert Worrall
31 Troon terrace
Annandale, NJ 08801

Roberto Bayona
Esfinge 53 2B 28022 Madrid Madrid Spain

Robin van der Linden
mimoCloud Computing  UG
Rudolfstrasse 65 52070 Aachen Germany

Rodney Batchelor
217 E 25th st
Tacoma, WA 98421

Rodrigo Hernandez
118 Kipling Ave
Springfield, NJ 07081

Ronny Hellmann
Hickenweg 32 35708 Haiger Germany

Royce Bui
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010

Russell Sneddon
name address missing

Ryan Casey
904 NE 157th Ave
Portland, OR 97230

Ryan Gatchalian
2786 West Trojan Place
Anaheim, CA 92804

Ryan Stonn
Nidarosgatan 7 bv 16434 stockholm Sweden

Saint Clair Newbern IV
c/o Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Sam Ha
591 ferrero ln
la puente, CA 91744

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093

Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425

Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126

Sascha Appel
Eigerweg 11 4852 Rothrist Switzerland

Saul Jose Maldonado Rodriguez, Global AP
14500 SW 160 Terr
Miami, FL 33177

Scott Cameron
1332 Rue des Cypres Pincourt Quebec J7W

Scott Darling

Scott Gray
612 W. 10th St.
Juneau, AK 99801

Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr
Ste 4313
Las Vegas, NV 89106

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 30 of 38

Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402

Sean Wang
910 Lenora
#S802
Seattle, WA 98121

Sebastian Schmidt
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

Selim Soler
2390 NW Tulip Way
Jensen Beach, FL 34957

Sergey Pushkin
Oleynikova 33 Krasnoyarsk Russian Fed? r

Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136

Servaas Tilkin
Bloemenplein 9 2200 Herentals Belgium

Seth Duppstadt
2109 Broadway 1379
New York, NY 10023

Shamus Robinson
8675 Mink Rd
Apt 2
Harbor Springs, MI 49740

Shanghai Chooyu Chemical Company Ltd.
1107 Liberty Square Road
Boxborough, MA 01719

Shaun Biggin
314 120 albany drive edmonton Alberta T6

Shaun Kelly
52 Cross Street Warrimoo New South Wales

Shawn Ayotte

Sierra Circuits, Inc.
1108 West Evelyn Avenue
Sunnyvale, CA 94086

Sierra Photo Express

Simon Barber
9 Ignacio Ave.
San Francisco, CA 94124

Simon Hausdorf
SIMON HAUSDORF LANGKOFELWEG 11A BERLIN,

Case: 14-30725    Doc# 57-1    Filed: 06/09/14    Entered: 06/09/14 14:50:42    Page 31 of 38

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK

Sinisa Devcic
Antilopespoor 504 3605VS Maarssen Nether

Siraj Patel
135 Shear brow Blackburn Lancashire BB1

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Sonny Mirador

Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747

Stephan van der Feest
Accordeonlaan 42 3438GD Nieuwegein Nethe

Stephen Bywater
22 Orr Hatch Dr
Cornwall, NY 12518

Stephen Hamner
51 Gladys St.
San Francisco, CA 94110

Stephen Huckvale
55 Thornbury Rd , Walsall West midlands

Stephen Witty
3019 Jade Drive
Harrison, AR 72601

Steve Govoni
938 Moosehead Trail
Jackson, ME 04921

Steve Manos
226 Center St.
Suite A-7
Jupiter, FL 33458

Steven Cacchione, Acute Air Conditioning
75 Medway rd Cragieburn Victoria 3064 Au

Stolowitz Ford Cowger LLP
1140 SW 11th Avenue
Suite 400
Portland, OR 97205

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401

Stuart Murray
75 Westover Road

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 32 of 38

Downley, High Wycombe HP13 5th
ENGLAND

Sungkyun Lee
45530 Market way 311 Chilliwack British

Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium

Sven Ernst
Alte Weingartener Str 1 76227 Karlsruhe

Sylvia Sim
Pmart Network Sdn Bhd Lot 2975, Plot 6,

Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Syvert Holbek Feed
Kvernhusbakken 6 4900 Tvedestrand Norway

Tara Beck
3101 South Roosevelt
St Boise, ID 83705

Terri Avery
91 Bradley Street Guyra New South Wales

Terry Sine
1154 N Pine St
Canby, OR 97013

Thad McBron

Thadius Bolton
6640 Ditmars St
Las Vegas, NV 89166

Thang Nguyen
21 Millplace Ct
Irmo, SC 29063

Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001

Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531

Thomas Schortmann
3 Village Green N
Ste 448
Plymouth, MA 02360

Thomas Stiegler
23 Stewart Drive Werribee Victoria 3030

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 33 of 38

Tie Hu, Targetalk Inc.
28 Empress Ave. 516 North York Ontario M

Tim Lehming
Drossener Str. 63 13053 Berlin Germany

Tim McGough
2412 Pinehurst Ln
Mesquite, TX 75042

Tim Oster
3068 Evergreen Rd
Pittsburgh, PA 15237

Timo Schildknecht
APDO 10034 Can Ramell 07819 Jesus  Ibiza

Timothy Cyrus
630 Oldfield Dr SE
Byron Center, MI 49315

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Tin Yan Kwok
9642 Callita Street
Acradia, CA 91007

Ting Ma
China 100083 Beijing  Beijing Room 30-1-

Tobias Bucher
Chnuebraechi 7 8197 Rafz Switzerland

Tobias Neumann
Buchenweg 30 90556 Seukendorf Germany

Toby Brusseau
Computer Village
601 12th St
Rapid City, SD 57701

Todd Gould
Loren Data Corp. PO Box 1438
Lake Forest, CA 92609

Tom Bouckaert
Henri Dunantlaan 20/502 9000 Gent Belgiu

Tom Postma, PC Central
Jan Vermeerstraat 41 7545BN Enschede Net

Tommy E. Contreras
855 Folsom Street
#514
San Francisco, CA 94107

Tong Moc
328 Main Street Toronto Ontario M4C 4X7

Tony Hoang
557 Gerrard St. East Toronto Ontario M4M

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 34 of 38

Tore Henriksen
Implement??rene as  Lystheia 18 4817 His

Trenton Bullock
1072 McLaren Drive
Belmont, NC 27012

Trevor Watson Prestige Trophies & Engrav
1 Gaine Court Bayswater North  Melbourne

TrueTech Communications
241 Elinor Ave.
Mill Valley, CA 94941

Tudor Vaida

Tyler Doyle
2112 Hayden Ave
Aloona, WI 54720

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Uniquify, Inc.
2030 Fortune Drive
#200
San Jose, CA 95131

Uwe Schaum
Grabenstr. 5 35625 Huettenberg Germany

Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104

Verne Riley
65 Shamley Heath rd Kureelpa Queensland

Vicki Schwarz
305 W Fullerton 1E
Chicago, IL 60614

Victor Feng, VIP Networks
43532 Ocaso Corte
Fremont, CA 94539

Victor Munoz
Condor 1107 depto 1402 Santiago Santiago

Viktor Schwarz, K. Melliger & S??hne AG
Tobelm? hlestrasse 5 7270 Davos Platz Sw

Vkal Design LLC
2290 Ringwood Ave.
Suite C
San Jose, CA 95131

Vladimir Fefer
2620 W Greenleaf
1W

Chicago, IL 60645

WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083

Warren Miller
57 dongola road 1st floor london london

Warren Tsang
LogicShark Consulting
274 Madison Avenue
Suite # 1804
New York, NY 10016

Wayne Connors
13514 Tufts Pl
Tampa, FL 33626

Weng Kay Poon
44 Choa Chu Kang Street 64 #09-19
Singapore 689105

Wenxie Hu
Rico Kohki (Hong Kong) Limited Wenxie HU

Werner Artz
habergasse 4 82380 Pei? enberg Germany

Will McGirr
39 Bruton Place Winnipeg Manitoba R2N 2V

Will Wong
500 Oracle Parkway
Redwood City, CA 94065

William CHEVALLIER
15 RUE DES BASSES  MATHOUZINES 95170 DEU

William Courtright
146 Escolta Way
San Francisco, CA 94116

William Peace
14821 N Hana Maui Dr
Phoenix, AZ 85022

William Schmitt
33 Paffendorf Dr
Newburgh, NY 12550

William Smith
Fricourt, Grande Maison Road
Vale Guernsey HG1 3LH UK

William Walther
WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 10983

Wim Vandeputte
Oostveld Kouter 13
9920 Lovendegem

Case: 14-30725   Doc# 57-1   Filed: 06/09/14   Entered: 06/09/14 14:50:42   Page 36
of 38

Flanders (Belgium)

Wolfgang Riedel
Wilmersdorfer Str.3 D-14959 Trebbin Germ

World Electronics
3000 Kutztown Road
Reading, PA 19605

WY Gost
Building A,  Haocheng Tech Park, Yanshan

Xavier Conangla
Pujades 350 4a Planta 08019 Barcelona Ba

Xiwen Wang
165 BAYSHORE DR.
BRECHIN Ontario LOK 1BO
Canada

Xu Zhang
xu zhang 15 stratford AVE denistone New

Xunyu Yang
15223 Edgemoor St
San Leandro, CA 94579

Yasuo Ino
1-1-1-808 Minami-kasai Edogawa-ku Tokyo

Yazz Atlas, EntropyWorks Inc.
1429 E. Aloha St.
Seattle, WA 98112

Yichun Catherine Liu
502 Rudbeckia PL
Gaithersburg, MD 20878

Yipu Xue
229 Lady Nadia Drive Vaughan Ontario L6A

Youssef Raiss-Elfenni
6322 Dakine Circle
Springfield, VA 22150

Yui Kwan Law
Law Room 711 Block B 9 Lung Wah Street K

Zach Halley
Fieldstone Tramore Co. Waterford 0000 Re

Zbigniew Armatys
Interaktywny Powiat Tarnowski Zbigniew A

Zhao Fu
191 West Woodruff Ave
Columbus, OH 43210

Zhichao Chen
3165 Russell St Apt 406 Windsor Ontario

Zhichao Zhang
760 North Mary Ave

Sunnyvale, CA 94085

Zhongwei Ni
4170 Main St
B3-182
Flushing, NY 11355

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017