TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: JULIE M. GLOSSON
Trial Attorney (#230709)
Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re ) No. 14-30725 DM
)
HASHFAST TECHNOLOGIES LLC, ) Chapter 11
)
)
)
Debtor. )
)
_____ )

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Julie M. Glosson
> 235 Pine Street, Suite 700
> San Francisco, CA 94104-2745
> Email: Julie.M.Glosson@usdoj.gov

Dated: June 9, 2014                TRACY HOPE DAVIS
                                   UNITED STATES TRUSTEE

                                    /s/  Julie M. Glosson_____
                                   Julie M. Glosson
                                   Office of the United States Trustee
                                   235 Pine Street, Suite 700
                                   San Francisco, CA 94104
                                   Telephone:  (415) 705-3333
                                   Facsimile:  (415) 705-3379