# Notice Recipients

District/Off: 0971−3     User: rwong     Date Created: 6/9/2014
Case: 14−30725     Form ID: OFFBUS     Total: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Jessica M. Mickelsen | jessica.mickelsen@kattenlaw.com |
| aty | Julie M. Glosson | julie.m.glosson@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Hashfast Technologies LLC | 649 Mission Street, 5th Floor | San Francisco, CA 94105 | |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 650 Town Center Dr. 7th Fl. | Costa Mesa, CA 92626−7122 |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661−3693 |

TOTAL: 3