# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: rwong | Date Created: 6/9/2014 |
| Case: 14−30725 | Form ID: OFP | Total: 10 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Jessica M. Mickelsen     jessica.mickelsen@kattenlaw.com
aty     Julie M. Glosson     julie.m.glosson@usdoj.gov

                                      TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Hashfast Technologies LLC     649 Mission Street, 5th Floor     San Francisco, CA 94105
aty     Craig A. Barbarosh     Katten Muchin Rosenman LLP     650 Town Center Dr. 7th Fl.     Costa Mesa, CA 92626−7122
aty     Peter A. Siddiqui     Katten Muchin Rosenman LLP     525 W. Monroe St.     Chicago, IL 60661−3693
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacrament, CA 94230
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812−2952

                                      TOTAL: 7