# Notice Recipients

District/Off: 0971−3         User: dchambers         Date Created: 6/11/2014
Case: 14−30725              Form ID: B9F            Total: 613

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 13733269 | Dan Das Mann |
| 13733493 | Marisa Coppersmith |
| 13733589 | Raul Vasquez |
| 13733598 | Rick Bahr−Advisor |
| 13733605 | Robert Hall |
| 13733630 | Scott Darling |
| 13733645 | Shawn Ayotte |
| 13733647 | Sierra Photo Express |
| 13733654 | Sonny Mirador |
| 13733677 | Thad McBron |
| 13733706 | Tudor Vaida |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Hashfast Technologies LLC | 649 Mission Street, 5th Floor | San Francisco, CA 94105 | | |
| ptcrd | Koi Systems | Units 1403−5, 14/F | 173 Des Voeux Rd. Central | Hong Kong, CN 00000 | |
| ptcrd | UBE Enterprises | 7425 Creek Rd. | Sandy, UT 84093 | | |
| ptcrd | Timothy Lam | 6156 Temple City Blvd. | Temple City, CA 91780 | | |
| ptcrd | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | | |
| ptcrd | Grant Pederson | 12538 Botanical Ln. | Frisco, TX 75035 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| cr | Liquidbits Corp. | 20201 E. County Club Dr. #1502 | Aventura, FL 33180 | | |
| intp | Diamond McCarthy | 150 California Street, Suite 2200 | San Francisco, CA 94111 | | |
| intp | Timefire, Inc | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 | |
| intp | Satish Ambarti | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 | |
| intp | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 | | |
| intp | Pete Morici | 800 Fifth Avenue, Suite 4100 | Seattle, wa 98104 | | |
| aty | Ashley McDow | Baker &Hostetler, LLP | 11601 Wilshire Blvd. #1400 | Los Angeles, CA 90025−0509 | |
| aty | Christopher D. Sullivan | Diamond McCarthy LLP | 150 California St. #2200 | San Francisco, CA 94111 | |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 650 Town Center Dr. 7th Fl. | Costa Mesa, CA 92626−7122 | |
| aty | David M. Balabanian | Law Offices of Bingham McCutchen | Three Embarcadero Center | San Francisco, CA 94111−4067 | |
| aty | Eric W. Benisek | Vasquez Benisek and Lindgren LLP | 3685 Mt. Diablo Blvd., Suite 300 | Lafayette, CA 94549 | |
| aty | Jessica M. Mickelsen | Katten Muchin Rosenman LLP | 2029 Century Park E 26th Fl. | Los Angeles, CA 90067−3012 | |
| aty | Julie M. Glosson | Office of the United States Trustee | 235 Pine St. #700 | San Francisco, CA 94104 | |
| aty | Kristen A. Palumbo | Law Offices of Bingham McCutchen | Three Embarcadero Center | San Francisco, CA 94111−4067 | |
| aty | Michael Delaney | Baker &Hostetler, LLP | 11601 Wilshire Blvd. #1400 | Los Angeles, CA 90025−0509 | |
| aty | Patrick Chesney | Gallo LLP | 801 S. Figueroa St #2170 | Los Angeles, CA 90017 | |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661−3693 | |
| aty | Ray E. Gallo | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 | |
| aty | Venkat Balasubramani | Focal PLLC | 800 Fifth Ave #4100 | Seattle, WA 98104 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 13733212 | AQS | 401 Kato Terrace | Fremont, CA 94539 | | |
| 13733173 | Aaron Collins | 21851 Schieffer Rd | Colton, OR 97017 | | |
| 13733174 | Aaron Grimes | PSC 822 | Box 1221 | FPO, AE 09621 | |
| 13733175 | Adam Haverstock | 14236 Maya Circle | Moorpark, CA 93021 | | |
| 13733176 | Adam Hennessy | Hennessy Hemp 917 Parkview Blvd | Lombard, IL 60148 | | |
| 13733177 | Adam Lenet, Lenit IT Solutions | 88 Farnham Drive Beaconsfield Quebec H9W | | | |
| 13733178 | Adamo Di Stefano | 9879 Saint−Firmin Montreal Quebec H2B 2G | | | |
| 13733179 | Adrian Clarkson | Software Engineering Services Ltd. | 30 Thistle Green, Swavesey | Cambridge, Cambridgeshire CB24 4RJ, UK | |
| 13733180 | Adrian Coroama | 426 Sandra Timis 307065 Romania | | | |
| 13733181 | Adrian Pop | 62 Goodview Rd Unit 85 | Toronto, Ontario Canada M2J2K6 | | |
| 13733182 | Ahmed Muhsin | 11410 Nagel St | Hamtramck, MI 48212 | | |
| 13733183 | Alan Richardson | 11975 Greywing Court Reston VA 20191 | Silver Springs, MD 20906 | | |

| | | | | |
|---|---|---|---|---|
| 13733184 | Ales Prikryl | 6838 E 5th Street | Scottsdale, AZ 85251 | |
| 13733185 | Alex Filippov | 12 Sherborne Cir | Ashland, MA 01721 | |
| 13733186 | Alexander Roganov | 1881 Willoughby Ave | Ridgewood, NY 11385 | |
| 13733187 | Alexander Stroh | Waagenstr.39 40229 Dusseldorf Germany | | |
| 13733188 | Alexander Young | 5015 N Avenida De La Colina | Tanque Verde, AZ 85749 | |
| 13733189 | Alexey Minchenkov | Asafeva St 2-1-60 St Petersburg Russia 1 | | |
| 13733190 | Alfred Kraus | 9934 Pasatiempo Place | Moreno Valley, CA 92557 | |
| 13733191 | Allan Askar, Allancolabs LLC | 20061 Blackwell Run Pl | Ashburn, VA 20147 | |
| 13733192 | Allan Martin | 5009 Northlawn Circle | Murrysville, PA 15668 | |
| 13733193 | Allan N. Hessenflow | 23097 Summit Road | Los Gatos, CA 95033-9318 | |
| 13733194 | Allen McGhan | Keylink IT | 535 Shute Ln | Hendersonville, TN 37075 |
| 13733195 | Alwin de Romijn | Jacob Catsstraat 25 2613HA Delft | Netherlands | |
| 13733196 | Amanda Dick | 1601 W Main #90-105 | Willimantic, CT 06226 | |
| 13733197 | Amanda Van Nuys Consulting | 845 Montgomery Street | Unit 1 | San Francisco, CA 94133 |
| 13733198 | American Arbitration Association | One Sansome Street, 16th Floor | San Francisco, CA 94104 | |
| 13733199 | Amro Abdelgawad | 57 Ira Road | #187 | Syosset, NY 11791 |
| 13733200 | Amy Woodward | 57 Oakwood Street | San Francisco, CA 94110 | |
| 13733201 | Andrew Fader | 2 Fox Run Road | Briarcliff Manor, NY 10510 | |
| 13733202 | Andrey Fishchenko | 100 Naamans Road 4B | Ste 131986 | Claymont, DE 19703 |
| 13733203 | Andy Lo | Celestica 581 S. Unionville Ave Markham | | |
| 13733204 | Anthony Carrillo | 1130 NE 104th Ave | Portland, OR 97022 | |
| 13733205 | Anthony Lauck | PO Box 59 | Warren, VT 05674 | |
| 13733206 | Anthony Sajan | 4786 Oakhurst Ridge | Clarkston, MI 48348 | |
| 13733207 | Anthony Woodward | 2697 Derby Drive | San Ramon, CA 94583 | |
| 13733208 | Antoine Alary | 1516 Lima Ct | San Jose, CA 95126 | |
| 13733209 | Antonio Dewey | 1211 San Dario Ave | Suite 369 | Laredo, TX 78040 |
| 13733210 | Antonios Alexiou | 1253 Buck Jones Rd | Raleigh, NC 27606 | |
| 13733211 | Antony Vo | c/o Bryan Reyhani | Reyhani Nemirovsky LLP | 200 Park Avenue, 17th Floor | New York, NY 10166 |
| 13733213 | Aristeidis Dionisatos | 46 North Park Gardens Belleville Ontario | | |
| 13733214 | Armada Works Inc. | 2223 Bath Ave | Brooklyn, NY 11214 | |
| 13733215 | Ashley M. McDow | Baker Hostetler LLP | 11601 Wilshire Blvd., Suite 1400 | Los Angeles, CA 90025 |
| 13733216 | Aupacom Enterprises | 9620 Sepulveda Blvd Unit 33 | Attn: Christopher Shaw | North Hills, CA 91343 |
| 13733217 | Avram Cheaney | 1305 Laguna Street | Apt. 4 | San Francisco, CA 94115 |
| 13733218 | Benjamin Beckwith, Flat Rate Computer G | 8218 Grimchester | Converse, TX 78109 | |
| 13733219 | Benjamin Hopson II | 2640 Alexandria Pl | Janesville, Wi 53548 | |
| 13733220 | Benjamin Lindner | 9035 Grayland Drive | Apartment E | Knoxville, TN 37923 |
| 13733221 | Bernie Rihn, Prudentia Permanens LLC | 3628 Linden Ave | N #214 | Seattle, WA 98103 |
| 13733222 | Bingham McCutchen LLP | Three Embarcadero Center | San Francisco, CA 94111-4067 | |
| 13733223 | Brandon Bressler | 3638 San Onofre Ave | San Onofre, CA 95340 | |
| 13733224 | Breck Pedersen | 3712 Denehoe CV | Austin, TX 78725 | |
| 13733225 | Brenton Senegal | 5355 South Rainbow Blvd | Unit #138 | Las Vegas, NV 89118 |
| 13733226 | Bret Motyl | 148 Townsend St | Suite 21 | San Francisco, CA 94107 |
| 13733227 | Brian Barbee | 701 Blossom St. | Bakersfield, CA 93306 | |
| 13733228 | Brian Connelly | 22601 Asheville Hwy | Landrum, SC 29356 | |
| 13733229 | Brian McKittrick | 813 Whitney St | Cedar Hill, TX 75104 | |
| 13733230 | Brian Samas | 123 Bridge Street | Groton, CT 06340 | |
| 13733231 | Brion Lau, Financial Fitness Pro | 21600 Rainbow Drive | Cupertino, CA 95014 | |
| 13733232 | Bruce Boytler | 1014 37 St SE | APT. 2 | Auburn, WA 98002 |
| 13733233 | Bruce Sanders Bruce Sanders Design &Ill | 12 Bridge St. | Westford, MA 01886 | |
| 13733234 | Bruce Terry | 21073 Niagara River Drive | Sonora, CA 95370 | |
| 13733235 | Bruno Lemonnier | 16 Rue Victor Hugo 17300 | Rochefort France | |
| 13733236 | Bruno Reith | Repkering 36 58791 Werdohl Germany | | |
| 13733237 | Bryan Carter | Bryan Carter 330 Carriage Dr. E | Santa Ana, CA 92707 | |
| 13733238 | Bryan Pope | 6196 Westminster Dr | Parma, OH 44129 | |
| 13733239 | Bryce Weiner | 621 W Monetcito St #4 | Santa Barbara, CA 93101 | |
| 13733263 | CT Corp. | P.O. Box 4349 | Carol Stream, IL 60197-4349 | |
| 13733240 | Carl Schultz | 1827 Harold Street | Houston, TX | |
| 13733241 | Central Computers | 837 Howard Street | San Francisco, CA 94103 | |
| 13733242 | Chad Eller | 1910 Lomita Dr | San Leandro, CA 94578 | |
| 13733243 | Charles Hilt | 2800 Rulemé St | Apt 24 | Eustis, FL 32726 |
| 13733244 | Chaz Curtiss | 6551 Jordan River Dr | Las Vegas, NV 89156 | |
| 13733245 | Chris Ergen C/O Summit Capital LLC | 5701 S. Santa Fe Drive | Littleton, CO 80102 | |
| 13733246 | Chris Thompson | 3617 Wind Rose Pl | Castle Rock, CO 80108 | |
| 13733247 | Christian Calvo | 3 Peartree Ln | Rolling Hills Estates, CA 90274 | |
| 13733248 | Christian Golbs | Muehlburgweg 47 99094 Erfurt Germany | | |
| 13733249 | Christina Jepson | 7 Cross St Dundas Ontario L9H 2R3 Canada | | |
| 13733250 | Christopher Fetterly | 9603 78th Avenue NW Edmonton Alberta T6C | | |
| 13733251 | Christopher Goes | PO Box 100 | Cottage Grove, OR 97424 | |
| 13733252 | Christopher Raday | 4215 W 142 St | Crestwood, IL 60445 | |
| 13733253 | Ciara Technologies | 9300 Transcanada Highway | Saint-Laurent, Quebec H451K5 Canada | |
| 13733255 | CoPower | 1600 W. Hillsdale Blvd. | San Mateo, CA 94402 | |
| 13733254 | Cogent Communications | P.O. Box 791087 | Baltimore, MD 21279-1087 | |
| 13733256 | Corey Vokey | 2249 Burrows Ave Winnipeg Manitoba R2R 1 | | |
| 13733257 | Corey Wysong | 4499 E Fox Run Drive | Syracuse, IN 46567 | |
| 13733258 | Cort Wenzel | 858 Boardwalk Place | Redwood City, CA 94065 | |

| | | | | |
|---|---|---|---|---|
| 13733259 | Cory Wise | 2315 West alberson Dr. | Albany, GA 31721 | |
| 13733260 | Craig Beech | email address only] | | |
| 13733261 | Craig Burke | 2787 Fairview | Canyon Monitor, WA 98836 | |
| 13733262 | Craig LaShot | 88304 Charley Lane | Springfield, OR 97478 | |
| 13733264 | Cypher Enterprises, LLC | c/o Robert J. Bogdanwicz III | Deans&Lyons LLP | 325 N. Saint Paul Street, Suite 1500 Dallas, TX 75201 |
| 13733308 | DXCorr Design Inc. | 121 West Washington Ave. | Suite 212 | Sunnyvale, CA 94086 |
| 13733265 | Dain Carver | 240 Martine Ave | White Plains, NY 10601 | |
| 13733266 | Damon Jiang | 1210 Alemany Blvd. | San Francisco, CA 94111 | |
| 13733267 | Dan Casacci | 31 Clearwater Dr | Amherst, NY 14228 | |
| 13733268 | Dan Charbonneau,CBT Nuggets | 44 Club Rd | Suite 150 | Eugene, OR 97401 |
| 13733270 | Dan Fuchs | 526 Shoup Ave W Ste K | Twin Falls, ID 83301 | |
| 13733271 | Daniel Burgin | St−Roch 30 1004 Lausanne Switzerland | | |
| 13733272 | Daniel Casacci | 31 Clearwater Dr | Amherst, NY 14228 | |
| 13733273 | Daniel Hilderal | 40 Hardinge road LONDON England NW10 3PJ | | |
| 13733274 | Daniel Nimtsch | Meinigstr 46a 38667 Bad Harzburg Germany | | |
| 13733275 | Daniel Petreley | 19378 East Brunswick Drive | Aurora, CO 80013 | |
| 13733276 | Daniel Pojar | 1253 Grace Drive | Sycamore, IL 60178 | |
| 13733277 | Daniel Raedel | Juethornstrasse 39 22043 Hamburg Germany | | |
| 13733278 | Daniel Williams | 10211 Portland Road | Silver Spring, MD 20901 | |
| 13733279 | Dario Albarron | 512 Sherman Ave | Roselle Park, NJ 07204 | |
| 13733280 | Darwin Johnson, Schwaahed | 73 Eastern Parkway 4B | Brooklyn, NY 11238 | |
| 13733281 | Dat Le | 22 Golden Gate Bay Winnipeg Manitoba R3J | | |
| 13733282 | Dave Gutelius | 1259 El Camino Real | #230 | Menlo Park, CA 94025 |
| 13733283 | David Boothby | 1800 Holleman Drive | Apt 1404 | College Station, TX 77840 |
| 13733284 | David Cho | 158 L'Amoreaux Drive Scarborough Ontario | | |
| 13733285 | David Henson | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733286 | David King | 10106 E 69th Ter | Raytown, MO 64133 | |
| 13733287 | David Matheu | 18044 Saxony Lane | Orlando, FL 32820 | |
| 13733288 | David Miller | 1751 NE 91st Street | Seattle, WA 98115 | |
| 13733289 | David Springer | 4095 Lomar Drive | Mt. Airy, MD 21771 | |
| 13733290 | David Steinberg | 3164 Sycamore Pl | Carmel, CA 93923 | |
| 13733291 | Davide Cavion | c/o Bryan Reyhani | Reyhani Nemirovsky LLP | 200 Park Avenue, 17th Floor New York, NY 10166 |
| 13733292 | Davis Wright Tremaine LLP | 1201 Third Avenue | Suite 2200 | Seattle, WA 98101−3045 |
| 13733293 | Dean Farry | 1250 HalifaxWay | San Ramon, CA 94582 | |
| 13733294 | Del Wong | 3233 Pawaina Place | Hawaii, HI 96822 | |
| 13733295 | Dennis Lambert | 9450 SW Gemini Dr | Beaverton, OR 97008 | |
| 13733296 | Deon Brewis | 15610 NE 59TH WAY | REDMOND, WA 98052 | |
| 13733297 | Derek Hill | Advantage mortgage 29875 S Black Bear Dr | Canby, OR 97013 | |
| 13733298 | Derek Piper | 3706 W Woodmere Way | Bloomington, IN 47403 | |
| 13733299 | DigiKey Corporation | 701 Brooks Avenue South | Thief River Falls, MN 56701 | |
| 13733300 | Donald Bosse | 9 E 9th St | Frederick, MD 21701 | |
| 13733301 | Donald Crain | 110 N Lee St | Lexington, IL 61753 | |
| 13733302 | Donald Weinderg | 4010 Oak Circle | Boca Raton, FL 33431 | |
| 13733303 | Doug Haden | 973 Iron Mountain Circle South | Lake Tahoe, CA 96150 | |
| 13733304 | Douglas Trowbridge | 2045 Waterbury Rd | Lakewood, OH 44107 | |
| 13733305 | Drew Johnson | 2306 N 87th Way | Stottsdale, AZ 85257 | |
| 13733306 | Duane Laun | 707 29th Ave E | Seattle, WA 98112 | |
| 13733307 | Duncan Wallace, duncwa llc | 1001 National Avenue 139 | San Bruno, CA 94066 | |
| 13733309 | Dylan Hall | Geeks on Wheels | 47 Halstead Ave Suite LL1 | Harrison, NY 10528 |
| 13733310 | Eclipse Metal Fabrication | 2901 Spring St. | Redwood City, CA 94063 | |
| 13733311 | Eddie DeLeon | 2203 Ripley Ave. | Unit B | Redondo Beach, CA 90278 |
| 13733312 | Edgar Godoy | 88 Bush St | #C2103 Building C | San Jose, CA 95126 |
| 13733313 | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | |
| 13733314 | Edward Kestel | 2895 SW 146 Ct | Ocala, FL 34481 | |
| 13733315 | Edward Lance | 1324 Treasure Cove | Niceville, FL 32578 | |
| 13733317 | Edward Lee | 1463 Bittern Dr | Sunnyvale, CA 94087 | |
| 13733316 | Edward Lee | 18510 Traxell Way | Gaithersburg, MD 20879 | |
| 13733318 | Edward Mosley | 329 Maple Rd NE | Ludowici, GA 31316 | |
| 13733319 | Eivind Aamodt | Wilhelms Gate 5A 0168 Oslo Norway | | |
| 13733320 | Eli Farnsworth | 644 Gilbert Ave | Hamden, CT 06514 | |
| 13733321 | Eliott Spencer | 23 Sunwood Ln | Sandy, UT 84092 | |
| 13733322 | Elkin Mann, LDI Imports | 378 Johnston Ave. | Jersey City, NJ 07304 | |
| 13733323 | Elric Traver | 1221 River Ln | Mosinee, WI 54455 | |
| 13733324 | Elton Seah | 761 Irwindale Avenue | Las Vegas, NV 89123 | |
| 13733325 | Embedded Wits LLC | 10574 Culbertson Dr | Cupertino, CA 95014 | |
| 13733326 | Employment Matter Counseling | 120 Vantis | Suite 300 | Aliso Viejo, CA 92656 |
| 13733327 | Eric Christmas | 5940 NW 13th street | Sunrise, FL 33313 | |
| 13733328 | Eric Cochran | 615 Shelley Ave | Ames, IA 50014 | |
| 13733329 | Eric Corlew Creative X−Pressions | 409 S Locust St | Wayland, MI 49348 | |
| 13733330 | Eric Denny | 204 Lauren Ln | Minden, LA 71055 | |
| 13733331 | Eric Liu | 3630 Sadge Ln | Irving, TX 75062 | |
| 13733332 | Eric Sala | Carrer Parellada 28 1r 4a 08030 Barcelo | | |
| 13733333 | Eric Whyne | 21860 Regents Park Circle | Sterling, VA 20166 | |
| 13733334 | Erik Voorhees, Bitcoin FTW | 35 Snowberry Way | Dillon, CO 80435 | |
| 13733335 | Evan Greenwood | 501 S. Van Buren | Hugoton, KS 67951 | |
| 13733336 | Federal Express Corporation | 942 South Shady Grove Road | Memphis, TN 38120 | |

| | | | | |
|---|---|---|---|---|
| 13733337 | Ferdinand Nepomuceno | 12476 old colony drive upper | Marlboro, MA 20772 | |
| 13733338 | Fernando Famania | F174 Avenida Altamira | Chula Vista, CA 91914 | |
| 13733339 | Forrest Voight | 2360 SW Archer Rd. | Apt. 910 | Gainesville, FL 32608 |
| 13733340 | Frank Chappell | 1236 Tuxford Dr | Brandon, FL 33511 | |
| 13733341 | Frank Rankin | 518 Freehold Road | Jackson, NJ 08527 | |
| 13733342 | Frank Vuong | 3891 Madera Way | San Bruno, CA 94066 | |
| 13733343 | Frederick Fiechter | 1825 S. Grant Street | Suite 240 | San Mateo, CA 94402 |
| 13720533 | Future Electronics | c/o Diane Svendsen | 41 Main Street | Boiton, MA 01740 |
| 13733344 | Future Electronics Corp. | 3255 Paysphere Circle | Chicago, IL 60674 | |
| 13733353 | GLO Ventures | 1550 17th Street | San Francisco, CA 94107 | |
| 13733345 | Garrett Griffin | 9150 Crest Ave | Oakland, CA 94605 | |
| 13733346 | Gautam Desai | 116 Blackstone Dr | Danville, CA 94506 | |
| 13733347 | George Loudon | 161 Helen | Garden City, MI 48135 | |
| 13733348 | George Richmond | 3580 Egret Drive | Melbourne, FL 32901 | |
| 13733349 | George Urakhchin | 111 W Maple St | Apt 2203 | Chicago, IL 60610 |
| 13733350 | Gerald Davis | Tangible Cryptography LLC | 510 Bridge Dr | Chesapeake, VA 23322 |
| 13733351 | Gerry Gorman, World Media Group LLC | 25 Mountainview Blvd | 100 Marketplace Suite 204 | Basking Ridge, NJ 07920 |
| 13733352 | Glenn Hendrick, Bitminer | Bitminer128 223 Pameto Rd | Nokomis, FL 34275 | |
| 13733354 | Graeme Middleton | Middleton Solicitors | 135–137 Dale Street | Liverpool L2 2JH UK |
| 13733355 | Graeme Tee | 12 Bromley Road Hilton Western Australia | | |
| 13733356 | Grant Pederson | 12538 Botanical Ln | Frisco, TX 75035 | |
| 13733357 | Greg Yampolskiy | 7870 West 87th Drive | Unit K | Arvada, CO 80005 |
| 13733358 | Gregory Maxwell | 650 Castro St. | Suite 120–293 | Mountain View, CA 90410 |
| 13733359 | Guido Ochoa | Calle 35 | Merida, Venezuela 5101 | |
| 13733360 | Hamilton Hee | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733362 | Hans Hess Elevation Franchise Ventures | 4100 N Fairfax Dr. | 730 | Arlington, VA 22203 |
| 13733363 | Harmacolindaor Informatikai | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Rafael, CA 94901 |
| 13733364 | Hawk Ridge Systems | 4 Orinda Way | Orinda, CA 94563 | |
| 13733365 | Henzy Paez | 109 Oak Street | Northport, NY 11768 | |
| 13733366 | Holden Karau | 3407 24th St | Apt 2 | San Francisco, CA 94110 |
| 13733367 | Hong–Quan Yue | 210 Woodridge Crescent Apt 606 | Nepean, Ontario K2B 8E9 | Canada |
| 13733368 | Hoo Shao Pin | Polymathica Pte. Ltd. | 10 Raeburn Park #02–08 | Singapore 088702 |
| 13733369 | Ian Tait | Apartment 2, 34 Golf Links Road | Ferndown, Dorset Bh22 8BY UK | |
| 13733370 | Ilan Elfassy | 177 Bury Old Road | Salford, Manchester, Lancashire M7 4PZ | UK |
| 13733371 | Immanuel Ambar | Christoph Merian–Ring 299 | 4153 Reinach, Switzerland | |
| 13733372 | International Rectifier | 101 N Sepulveda Bldv. | El Segundo, CA 90245 | |
| 13733373 | Ivan Kondrat'ev | 13 Parkovaya 16–2–8 Moscow Moscow 105077 | | |
| 13733374 | Ivan Marcak | 10101 Palace Way | Apt B | Henrico, VA 23238 |
| 13733388 | JAMS, Inc. | P.O. Box 512850 | Los Angeles, CA 90051–0850 | |
| 13733375 | Jack Hlavaty | 35 Swanson Ct | 16D | Boxborough, MA 01719 |
| 13733376 | James Babcock | 8368 NW 70th Street | Potwin, KS 67123 | |
| 13733377 | James Carroll | 1505 Westheimer Rd | Houston, TX 77006 | |
| 13733378 | James Hicks | PO Box 1296 | Helendale, CA 92342 | |
| 13733379 | James Johnson | 825 28th St SW | Ste F | Fargo, ND 58103 |
| 13733380 | James Lowry, LLC | 400 E College | Suite A | Roswell, NM 88201 |
| 13733381 | James Miller | 410 Cahill Rd | Streamwood, IL 60107 | |
| 13733382 | James Ries | 450 Sunlight Ct | Apt 2 | Powell, WY 82435 |
| 13733383 | James Suddarth | 1645 International Dr | Unit 102 | McLean, VA 22102 |
| 13733384 | James Thomas, eServiZes | 1679 E 337th St. | Eastlake, OH 44095 | |
| 13733385 | James Tsuei | C/O Ms. Cecilia Leung, Room 1008 Heng Ng | | |
| 13733386 | James Wu | 1221 North Vineyard Ave | #1 | Ontario, CA 91764 |
| 13733387 | Jamie Hall, Bright Mining LLC | 3042 Whitemark Court | Lexington, KY 40516 | |
| 13733389 | Jan Irvin | PO Box 3819 | Crestline, CA 92325–3819 | |
| 13733390 | Jared Metzler | 826 N 3rd St | Lincoln, KS 67455 | |
| 13733391 | Jarod Clark | 2314 Broadway | Denver, CO 80205 | |
| 13733392 | Jason Badua | 4039 Palikea St. | Lihue, HA 96766 | |
| 13733393 | Jason Bond | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733394 | Jason Hall | 2202 E Lowena Dr | Long Beach, CA 90803 | |
| 13733395 | Jason Larson | 7697 Hawthorn Ave | Livermore, CA 94550 | |
| 13733396 | Jason Plowman | 13508 Jamieson Place | Germantown, MD 20874 | |
| 13733397 | Jason Shurb | 3615 Trailway Park St | San Antonio, TX 78247–2938 | |
| 13733398 | Jason Yi | 1367 E Garfield Ave | Glendale, CA 91205 | |
| 13733399 | Jawad Quddus | 1020 Brand Ln | Apt 638 | Stafford, TX 77477 |
| 13733400 | Jay Weaver | 5–3936 Mountainview Ave | Thornhill, British Columbia V8G 3V8 | Canada |
| 13733401 | Jean–Andrew Mikesell | 26652 Calle Salida | Capistrano Beach, CA 92624 | |
| 13733402 | Jeanette Arna | Haneholmveien 19 3212 Sandefjord Norway | | |
| 13733403 | Jeff Unruh | 2650 Beauty Creek Drive | Valparaiso, IN 46385 | |
| 13733404 | Jeffrey Bradian | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733405 | Jeffrey Spielberg | 1524 Cottonwood Ave | Lafayette, CO 80026 | |
| 13733406 | Jeffrey vonGermeten | 650 E 500 N | Apt #6 | Logan, UT 84321 |
| 13733407 | Jennifer Austin | 1751 Kings Gate Lane | Crystal Lake, IL 60014 | |
| 13733408 | Jensy Fernandez | 12 Diamond St | Apt 19 | Lawrence, MA 01841 |
| 13733409 | Jeremy Jones | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733410 | Jerry Whatley JWC Consulting | 192 Fuller Road | Chehalis, WA 98532 | |
| 13733411 | Jess Williams | PO Box 50801 | Albuquerque, NM 87181 | |
| 13733412 | Jesse Teta | 3804 Triora St | Las Vegas, NV 89129 | |

| ID | Name | Address |
|---|---|---|
| 13733413 | Jetmir Celaj | 1740 Mulford Ave. Apt.7G Bronx, NY 10461 |
| 13733414 | Jiongye Li | 77 Louise Rd Braintree, MA 02184 |
| 13733415 | Joe Baker | 530 Lawrence Expressway #441 Sunnyvale, CA 94085 |
| 13733416 | Joe Peng | 55 West 21st Street 6FL New York, NY 10010 |
| 13733417 | Joe Russell | 4079B 18th Street San Francisco, CA 94114 |
| 13733418 | John Cronin | 2535 Verde Dr. Apartment 215 Colorado Springs, CO 80910 |
| 13733419 | John Peregoy | 982 NC Hwy 82 Dunn, NC 28334 |
| 13733420 | John Shave | 8805 Tamiami Trail North #219 Naples, FL 34108 |
| 13733421 | John Twohy, 24K Gold Plating | 10920 4th Ave W Everett, WA 98204 |
| 13733422 | Jon Yellowlees | Dan Rose Tech Set 3326 Catherine St Jackson, MI 49203 |
| 13733423 | Jonas Diener | 1528 Country Club Rd Harrisonburg, VA 22802–5071 |
| 13733424 | Jonathan Bower | Alstrommergatan 32N 11247 Stockholm Sweden |
| 13733425 | Jonathan Hardison | 650 S Adam Ave Republic, MO 65738 |
| 13733426 | Jonathan Prentice, Network Service Prov | 13 Farnham St Parnell Auckland 1052 New Zealand |
| 13733427 | Jonathan Simms, Jhashybor Mining | 1808 E Columbus Dr Apt# 3 Tampa FL 33605 Apt. #3 Tampa, FL 33605 |
| 13733428 | Jonathon North | 240 Milledgeville Rd Enville, TN 38332 |
| 13733429 | Jose Anguiano II | 620 Cathy Ct Escondido, CA 92026 |
| 13733430 | Jose L.W. Martinez | 9250 W Bay Harbor Dr Apt 7 D Miami, FL 33154 |
| 13733431 | Joseph Cavallero | 2644 Fulton Street Berkeley, CA 94704 |
| 13733432 | Joseph Farag, Trinity Bitcoin Investment | 12810 Terabella Way Fort Myers, FL 33912 |
| 13733433 | Josh Gold | 8 forman lane Manalapan, NJ 07726 |
| 13733434 | Joshua Dorman | c/o Gallo LLP 1299 Fourth Street, Suite 505 San Raphael, CA 94901 |
| 13733435 | Joshua Lytle | 347 Millcreek Rd Pleasant Grove, UT 84062 |
| 13733436 | Joshua Rising | 249 Wimer St Apt 16 Ashland, OR 97520 |
| 13733437 | Joshua Vidana, Skidhacker.com | 3602 Tilson Ln. Houston, TX 77080 |
| 13733438 | Julio Perez | 109 S Melville Ave Unit 1 Tampa, FL 33606 |
| 13733439 | Julio Perez | Diana Syke 21758 SE 259th St Maple Valley, WA 98038 |
| 13733440 | Jun Ding | 2231 167th Pl NE Bellevue, WA 98008 |
| 13733441 | Justin Belfield, AGNQ Tech LLC | 7597 Simms Landing Road Port Tobacco, MD 20677 |
| 13733442 | Justin Bronder | Cardinal Optimization 633 Villa Centre Way San Jose, CA 95128 |
| 13733443 | Justin Grevich | 3348 Via Alicante La Jolla, CA 92037 |
| 13733444 | Justin Hall | 4261 E Stonebridge Dr Meridian, ID 83642 |
| 13733459 | KH Joo | SilverBlue Inc. 11693 Seven Springs Driv Cupertino, CA 95014 |
| 13733445 | Kai Fuck | Hummerich 11 53859 Niederkassel Germany |
| 13733446 | Kaloopy Media | Attn: Kurt Heim, President 2510 Main St. Santa Monica, CA 90405 |
| 13733447 | Kamal Sohal | 7 Renault Road Reading Berkshire RG5 4EY |
| 13733448 | Kang Lu | 4551–5 Jefferson Pointe Ln Prince George, VA 23875 |
| 13733449 | Karen Miller | c/o Eberhart Accounting Services, P.C. 496 W. Boughton Road Bolingbrook, IL 60440 |
| 13733450 | Kat Walsh | Gregory Maxwell 650 Castro St. ste. 120–293 Mountain View, CA 94041 |
| 13733451 | Kate Craig–Wood, Wood Technology LLP | 25 Frederick Sanger Road, Guildford Surrey GU6 8TB United Kingdom |
| 13733452 | Kathleen Shy | 1137 Meadowlark Drive Fairfield, CA 94533 |
| 13733453 | Kayvon Pirestani | 220 South Pond Road Hockessin, DE 19707 |
| 13733454 | Keith Hostetler | 3428 Corby Blvd South Bend, IN 46615 |
| 13733455 | Ken Mueller | Public Service Insurance Company 1 Park New York, NY 10016 |
| 13733456 | Kevin Delporte | briekhoekstraat 32 8940 wervik Belgium |
| 13733457 | Kevin Krieger | 4230 Northwest Point Dt House Springs, MO 63051 |
| 13733458 | Kevin Mahan, Tanard Corporation | 9101 W. Sahara Ave. Suite 105 K–6 Las Vegas, NV 89117 |
| 13733460 | Koi Systems Ltd | 1191 Center Point Drive Suite A Attention: Brian Edgeworth Henderson, NV 89074 |
| 13733461 | Kostyantyn Snisarenko | 1476 La Playa Ave Unit A San Diego, CA 92109 |
| 13733462 | Kris Howery | 4104 Congress Dr Midland, MI 48642 |
| 13733463 | Kyle Berger | 3179 Cortese Circle San Jose, CA 95127 |
| 13733464 | Kyle Sidles, Kaysid, LLC | 4000 Dow Road Unit 10 Melbourne, FL 32934 |
| 13733465 | Lance Dixon | Intervid FZ LLC Suite 128, Building 2 Dubai Internet City, Dubai, UAE |
| 13733466 | Larry Han | 970 NW 198th PL Shoreline, WA 98177 |
| 13733467 | Lauren Coe | 3303 226th Pl SW Brier, WA 98036 |
| 13733468 | Lautaro Cline | 8327 Aster Ave Oakland CA 94605 |
| 13733469 | Le Van Hanh | V Spa &Nails 159 Cypresswood Dr Spring, TX 77388 |
| 13733470 | Lee Ash | 304 189th PL SW Bothell, WA 98012 |
| 13733471 | Lee Schwuchow , Monkey Business | 2740 N. Andrews Ave Wilton Manors, FL |
| 13733472 | Linear Technology Corporation | 1630 McCarthy Blvd Milpitas, CA 95035–7417 |
| 13733473 | Liquidbits Corporation | 20201 E. Country Club Drive, #1502 Aventura, FL 33180 |
| 13733474 | Lonnie Hansen | 205 Duncan st #6 Ashland, VA 23005 |
| 13733475 | Lotfi Bemmira | 1852 E Sesame St Tempe, AZ 85283 |
| 13733476 | Luis Guerrero | c/o Gallo LLP 1299 Fourth Street, Suite 505 San Raphael, CA 94901 |
| 13733477 | Lukas Bradley | 3777 N. Clemons St. Unit F East Wenatchee, WA 98802 |
| 13733478 | Lukas Zingg | Breitestrasse 1 4132 Muttenz Switzerland |
| 13733479 | Luke Baum | PO Box 101 Pleasant Unity, PA 15676 |
| 13733480 | Luke Dashjr | 17318 Sweetwater Rd Dade City, FL 33523 |
| 13733481 | Luke Wen | 4370 Blossom Hill Trl Ann Arbor, MI 48108 |
| 13733482 | LyLy Moc | 14 Hamilton St Toronto Ontario M4M 2C5 Canada |
| 13733483 | Madalin Ionascu | 51 Goldhill Plaza #12–11 Singapore 30890 |
| 13733484 | Maia Haltiner | 1545 Dawson Ave Dorval Quebec H9S 1Y5 Canada |
| 13733485 | Manu Kaushish, Nirvana Digital, Inc. | 3632 Whitworth Drive Dublin, CA 94568 |

| | | | | | |
|---|---|---|---|---|---|
| 13733486 | Manuel Rojas | 1121 Torrance Blvd | Torrance, CA 90502 | | |
| 13733487 | Manuel Zepeda | 2310 Westgate Rd | Unit 14 | Santa Maria, CA 93455 | |
| 13733488 | Marcelino Bellosta | 1600 Ponce de Leon Blvd. FL 10 | Suite 1001 | Coral Gables, FL 33134 | |
| 13733489 | Marcus Killion | 1000 W Garden Ct | Wichita, KS 67217 | | |
| 13733490 | Marcus Sorensen | 4960 Shadow Wood Dr | Lehi, UT 84043 | | |
| 13733491 | Mardi Jackson F8 Mobile Inc. | 50 Sunset Way | Sausalito, CA 94965–9741 | | |
| 13733492 | Marion Keyes, Riverstone LLC | 189 Eagle Drive | Golden, CO 80403 | | |
| 13733494 | Mark Fiorentino | 900 Lake Elbert Drive SE | Winter Haven, FL 33880 | | |
| 13733495 | Mark Hancock | 512 Grant Terrace | Taft, CA 93268 | | |
| 13733496 | Mark Pescatrice, Matrice Consulting LLC | 6 Shenandoah Drive | Newark, DE 19711 | | |
| 13733497 | Mark Pescatrice–– Hot Sun | LLC 6 Shenandoah Drive | Newark, DE 19711 | | |
| 13733498 | Mark Roy | 21745 Duck Creek Square | Ashburn, VA 20148 | | |
| 13733499 | Mark Sullivan, Cyclotronics | 6430 FM 1960 #321 | Houston, TX 77069 | | |
| 13733501 | Mark Williams, Off Road Unlimited | 1712 Historic Hwy 441 | Clarkesville, GA 30523 | | |
| 13733500 | Mark von Germeten | 20792 SW Nettle Pl | Sherwood, OR 97140 | | |
| 13733502 | Martin Rinab | 51–30 Browvale Lane | Little Neck, NY 11362 | | |
| 13733503 | Martin Safranek | Linecka 351 38241 Kaplice Czech Republic | | | |
| 13733504 | Matt Gibson | Allure Marine Limited | 2/69 Hinemoa Street | Birkenhead Auckland 0626 New Zealand | |
| 13733505 | Matt Richards | 3253 S E Ct. | Springfield, OR 97478 | | |
| 13733506 | Matt Tucker | 2830 E College Ave | Unit 101 | Boulder, CO 80303 | |
| 13733507 | Matthew Dahlke | 950 Snipes Pump Road | Sunnyside, WA 98944 | | |
| 13733508 | Matthew McCormick | 33 Hollandale Ln | Apt A | Clifton Park, NY 12065 | |
| 13733509 | Matthew Silvia | 30 Oak St | Cohasset, MA 02025 | | |
| 13733510 | Matthieu Billaud | testory 31310 Montesquieu | Volvestre France | | |
| 13733511 | Mattia Baldinger | Zunzgerstrasse 24 4450 | Sissach Switzerland | | |
| 13733512 | Max Avroutski | 2223 Bath Ave | Brooklyn, NY 11214 | | |
| 13733513 | Max Fischer | 11728 Wilshire blvd B713 | Los Angeles, CA 90025 | | |
| 13733514 | Maximilian Baringer | August–Bebel Platz 4 99423 | Weimar Germany | | |
| 13733515 | Maximin Parotte | Dorpsstraat 112 A 3927BG | Renswoude Netherlands | | |
| 13733516 | McNamara Financial | 980 N Michigan | #1400 | Chicago, IL 60611 | |
| 13733517 | Michael Burke | C/O Nordstrom Inc. | 1301 2nd Ave | Ste 300 | Seattle, WA 98101–3812 |
| 13733518 | Michael Desotell | 7101 S County Road 750 W | Knightstown, IN 46148 | | |
| 13733519 | Michael Gao | c/o Hongqui Yang | 105 Tamalpais Pt. | Chapel Hill, NC 27514 | |
| 13733520 | Michael Giovinco | 61 Sterling St | Somerville, MA 02144 | | |
| 13733521 | Michael Greiner | 49 Pennsylvania Ct | Morton, IL 61550 | | |
| 13733522 | Michael Lord | 10022 Winding Ridge Dr. | Shreveport, LA 71106 | | |
| 13733523 | Michael McGurgan | 2913 Coach Ct | Norman, OK 73071 | | |
| 13733524 | Michael Pryor | 5 Windy Ridge Rd | Hudson, WY 82515 | | |
| 13733525 | Michael Shannon | 3273 Avenida Anacapa | Carlsbad, CA 92009 | | |
| 13733526 | Michel Santos | 7620 Old Georgetown Rd | Apt 723 | Bethesda, MD 20814 | |
| 13733527 | Mike Damm | 140 South Van Ness Avenue | Unit 807 | San Francisco, CA 94103 | |
| 13733528 | Mike Deming | 1458 Monroe Ave | Rochester, NY 14618 | | |
| 13733529 | Miratek | 706 Michael Street | Milpitas, CA 95035 | | |
| 13733530 | Mohit Kalram | 2A/73 Punjabi Bagh West New Delhi Delhi | | | |
| 13733531 | Monsoon Company, Inc. | 1714 Franklin Street | #100–142 | Oakland, CA 94612 | |
| 13733532 | Muhammad Zahid Faruqi | Unionstrasse 86/1/5 4020 Linz Austria | | | |
| 13733533 | Murat Konal | Putselaan 102 3074 JE | Rotterdam, Netherlands | | |
| 13733534 | Myron Davis | 333 Willoughby Ave | ETS / 5th Floor | Juneau, AK 99811 | |
| 13733535 | Nathan Ho | 2201 Stratford Dr | Round Rock, TX 78664 | | |
| 13733536 | Nathan Ross | Exel 85–D Liberty Commons Rd | Columbus, OH 43235 | | |
| 13733537 | Nathan Ruble | 1223 Stockton Street | Indianapolis, IN 46260 | | |
| 13733538 | Nathan Wallace | 3836 W. Tamarisk Ct. | South Jordan, UT 84095 | | |
| 13733539 | Nathaniel McCray | 3723 Saddle Horn Tr | Ogden, KS 66517 | | |
| 13733540 | Nathen Lam | 9569 Crystal Water Way | Elk Grove, CA 95624 | | |
| 13733541 | Neil Schemenauer | 727 9th St Humboldt | Saskatchewan S0K 2A0 Canada | | |
| 13733542 | Nenko Garchev | 4001 Lyman Dr | Philadelphia, PA 19114 | | |
| 13733543 | Nicholas Fusaro | 35 Kohlanaris Dr | Poughkeepsie, NY 12601 | | |
| 13733544 | Nick Simmons | 6613 Goosander Ct. | Frederick, MD 21703 | | |
| 13733545 | Nik Arghavan | 25 Bishop Tutu Blvd 713 | Toronto Ontario M5V 279 Canada | | |
| 13733546 | Nir Nahum | Mashabim 19 Hod–Hasharon 4520122 Israel | | | |
| 13733547 | Nirvana Digital Inc. | 3632 Whitworth Drive | Dublin, CA 94568 | | |
| 13733548 | Novia Reid | 453 Albany Ave Apt A1 | Hartford, CT 06120 | | |
| 13733549 | Novtech, Inc. | 7401 Wiles Road | Suite 229 | Pompano Beach, FL 33067 | |
| 13733550 | Oleksandr Buzko | 10959 Rochester Ave | Apt 511 | Los Angeles, CA 90024 | |
| 13733551 | Oliver Klein | Zeller Str 17 73271 Holzmaden Germany | | | |
| 13733552 | Osric Proctor Jr | 202 Garland Ave. | Sandston, VA 23150 | | |
| 13733578 | PHILLIP MARASHIAN | 812 Saratoga Ave | Apt. Q–211 | San Jose, CA 95129 | |
| 13733553 | Package Science | 3287 Kifer Road | Santa Clara, CA 95051 | | |
| 13733554 | Package Science Services LLC | 3287 Kifer Road | Santa Clara, CA 95051 | | |
| 13733555 | Pascal Martin | 181 De la Grande–Coul??e Orford Quebec J | | | |
| 13733556 | Patricio Grez | 7339 NW 54th St | Ste 252416 | Miami, FL 33166 | |
| 13733557 | Patrick Huizinga | Anjerstraat 50 3333GD Zwijndrecht Nether | | | |
| 13733558 | Patrick Levell | 6350 Dorchester Road Apt 116 Niagara Fal | | | |
| 13733559 | Patrick Sadowski | 146 Dawlish Ave Aurora Ontario L4G 6R2 C | | | |
| 13733560 | Paul Croscup | 585 Harts Road | Madoc, Ontario K0K 2K0 | Canada | |
| 13733561 | Paul Erickson | 2925 Union St | Madison, WI 53704 | | |
| 13733562 | Paul Montague | 4/33 Yarrawonga Street Ngunnawal Austral | | | |

| ID | Name | Address |
|---|---|---|
| 13733563 | Paul Roeder | 10315 Raritan Dr    Houston, TX 77043 |
| 13733564 | Paula Jean Galburt | 26158 Stillwater Circle    Punta Gorda, FL 33955 |
| 13733565 | Pete Gorman | 52 Doctors Point Road Waitati 9085 New Z |
| 13733566 | Peter Harris | 538 Birmingham Road Bromsgrove Worcester |
| 13733567 | Peter Henrickson | 773 East El Camino Real   #142    Sunnyvale, CA 94087–2919 |
| 13733568 | Peter Hornyak | Nyiregyhaza 48 Ibolya street 4400 Hungar |
| 13733569 | Peter Kamstra | De Goorns 15 7824RG Emmen Netherlands |
| 13733570 | Peter Morici | 1430 Patapsco St.    Baltimore, MD 21230 |
| 13733571 | Peter Myers | 6320 North 16th Street   Apt 34    Phoenix, AZ 85016 |
| 13733572 | Peter Smallwood | Peter Smallwood 189 Woodcroft Drive    New South Wales 2767 Australia |
| 13733573 | Peter Symons | 149C Shirehampton Road Sea Mills    Bristol BS9 2EE United Kingdom |
| 13733574 | Peter Tipple | 30 St Andrews Terrace Ashington Northumb |
| 13733575 | Petr Dvorak | Komenskeho 37 68001 Boskovice Czech Repu |
| 13733576 | Phat Tran | 7714 75th St N    Pinellas Park, FL 33781 |
| 13733577 | Phil Blancett | P.O. Box 19719 South    Lake Tahoe, CA 96151 |
| 13733579 | Phuc Nguyen | Van Nguyen 895 Broadway    Floor 3    New York, NY 10003 |
| 13733580 | Piotr Kwiecien | 80 Delancey Street Flat B Ground Floor L |
| 13733581 | Price Givens, 404 LLC | 61875 Broken Top Dr #27    Bend, OR 97702 |
| 13733582 | Proven Tolerance Specialist | 570 Suite C Marine View Avenue    Belmont, CA 94002 |
| 13733583 | Qhengxian Xu | China 511495 Guangdong / ? ? guangzho |
| 13733584 | Qingshou Pei | 1112 Gossamer Dr    Pickering Ontario L1X 2    Canada |
| 13733585 | Rafez Noorullah | Gazelle Informatics Ltd    Hadia House, 2b Lincoln Street    Kingsthorpe, Northhampton, UK NN2 6NR |
| 13733586 | Rajpreet Ahluwalia | 20338 102nd Ave SE    Kent, WA 98031 |
| 13733587 | Randall Elliott | 202 Jefferson Street    Martinsbug, WV 25401 |
| 13733588 | Randy Jones | Kinetica Technology Solutions    403 Da Vinci Ln    Wylie, TX 75098 |
| 13733590 | Ray Calderon | 170 Quinlan Ave    Staten Island, NY 10314 |
| 13733591 | Raymond Floyd Floyd Company | 191 E. Main Street    Tustin, CA 92780 |
| 13733592 | Raymond Steiner | Gespermoosstrasse 4 2540 Grenchen Switze |
| 13733593 | Regan Reckman | 1574 Georgetown    Loveland, OH 45144 |
| 13733594 | Reinoud Vaandrager | 255 South Rengstorff Avenue    Apt 179    Mountain View, CA 94040 |
| 13733595 | Reno Devito | 9370 Coral Berry Street    Las Vegas, NV 89123 |
| 13733596 | Ric Rooney, Sun Spot | 4310 Austin Bluffs Parkway    Colorado Springs, CO 80906 |
| 13733597 | Richard Chang | 1253 Buck Jones Rd    Raleigh, NC 27606 |
| 13733599 | Rick Windham | 166 State Street   #8    Brooklyn, NY 11201 |
| 13733600 | Robert Alan Richardson | 1713 Nordic Hill Cir.    Silver Spring, ME 20906 |
| 13733601 | Robert Alkire Consulting | 1081 Neptune Lane    La Grande, WA 98348 |
| 13733602 | Robert Cacioppo | 1 Fresh Spring Cove Somers Point    Somers Point, NJ 08244 |
| 13733603 | Robert Ditthardt | Olivine Labs LLC    32–22 37th Street, #1    Astoria, NY 11103 |
| 13733604 | Robert Edwards Awesome Possum LLC | 7341 W Cypresshead Drive    Parkland, FL 33067 |
| 13733606 | Robert Kulys | 1905 Evergreen Terrance Drive E    Apt 4    Carbondale, IL 62901 |
| 13733607 | Robert Mudryk | 29118 Weybridge Drive    Westlake, OH 44145 |
| 13733608 | Robert Stehr | Stehr Music Proctions Waaienberg 58 2716 |
| 13733609 | Robert Worrall | 31 Troon terrace    Annandale, NJ 08801 |
| 13733610 | Roberto Bayona | Esfinge 53 2B 28022 Madrid Madrid Spain |
| 13733611 | Robin van der Linden | mimoCloud Computing UG    Rudolfstrasse 65 52070 Aachen Germany |
| 13733612 | Rodney Batchelor | 217 E 25th st    Tacoma, WA 98421 |
| 13733613 | Rodrigo Hernandez | 118 Kipling Ave    Springfield, NJ 07081 |
| 13733614 | Ronny Hellmann | Hickenweg 32 35708 Haiger Germany |
| 13733615 | Royce Bui | c/o Gallo LLP    1299 Fourth Street, Suite 505    San Rafael, CA 94901 |
| 13733616 | Russell Petersen | 4260 Comanche Dr    Carrollton, TX 75010 |
| 13733617 | Russell Sneddon | name address missing |
| 13733618 | Ryan Casey | 904 NE 157th Ave    Portland, OR 97230 |
| 13733619 | Ryan Gatchalian | 2786 West Trojan Place    Anaheim, CA 92804 |
| 13733620 | Ryan Stonn | Nidarosgatan 7 bv 16434 stockholm Sweden |
| 13733621 | Saint Clair Newbern IV | c/o Kelly Hart & Hallman, LLP    201 Main Street, Suite 2500    Fort Worth, TX 76102 |
| 13733622 | Sam Ha | 591 ferrero ln    la puente, CA 91744 |
| 13733623 | Sam Thompson | 7425 Creek Rd.    Sandy, UT 84093 |
| 13733624 | Samuel Koh Innerspin | 3250 Wilshire Blvd.   #2150    Los Angeles, CA 90010 |
| 13733625 | Sandgate Technologies | 595 Fellowship Road    Chester Springs, PA 19425 |
| 13733626 | Santiago Marin | 1601 NW 82 Avenue    Flybox #6834    Miami, FL 33126 |
| 13733627 | Sascha Appel | Eigerweg 11 4852 Rothrist Switzerland |
| 13733628 | Saul Jose Maldonado Rodriguez, Global AP | 14500 SW 160 Terr    Miami, FL 33177 |
| 13733629 | Scott Cameron | 1332 Rue des Cypres Pincourt Quebec J7W |
| 13733631 | Scott Gray | 612 W. 10th St.    Juneau, AK 99801 |
| 13733632 | Scott Randall | Advanced Legal Systems Inc.    840 S Rancho Dr    Ste 4313    Las Vegas, NV 89106 |
| 13733633 | Sean Walsh Bertram Capital | 800 Concar Drive    Suite 100    San Mateo, CA 94402 |
| 13733634 | Sean Wang | 910 Lenora   #S802    Seattle, WA 98121 |
| 13733635 | Sebastian Schmidt | c/o Gallo LLP    1299 Fourth Street, Suite 505    San Raphael, CA 94901 |
| 13733636 | Selim Soler | 2390 NW Tulip Way    Jensen Beach, FL 34957 |
| 13733637 | Sergey Pushkin | Oleynikova 33 Krasnoyarsk Russian Fed? r |
| 13733638 | Sergiy Sudakov | 108 Business Center Dr    Reisterstown, MD 21136 |
| 13733639 | Servaas Tilkin | Bloemenplein 9 2200 Herentals Belgium |
| 13733640 | Seth Duppstadt | 2109 Broadway 1379    New York, NY 10023 |
| 13733641 | Shamus Robinson | 8675 Mink Rd    Apt 2    Harbor Springs, MI 49740 |
| 13733642 | Shanghai Chooyu Chemical Company Ltd. | 1107 Liberty Square Road    Boxborough, MA 01719 |

| | | |
|---|---|---|
| 13733643 | Shaun Biggin | 314 120 albany drive edmonton Alberta T6 |
| 13733644 | Shaun Kelly | 52 Cross Street Warrimoo New South Wales |
| 13733646 | Sierra Circuits, Inc. | 1108 West Evelyn Avenue     Sunnyvale, CA 94086 |
| 13733648 | Simon Barber | 9 Ignacio Ave.    San Francisco, CA 94124 |
| 13733649 | Simon Hausdorf | SIMON HAUSDORF LANGKOFELWEG 11A BERLIN, |
| 13733650 | Simon Twigg | Cartrader Mail 11    Ardleigh Green Road    Hornchurch Essex RM11 2JY UK |
| 13733651 | Sinisa Devcic | Antilopespoor 504 3605VS Maarssen Nether |
| 13733652 | Siraj Patel | 135 Shear brow Blackburn Lancashire BB1 |
| 13733653 | Sonic Manufacturing Technologies | P.O. Box 225    Santa Clara, CA 95052-0225 |
| 13733655 | Stacy Robinson | 3876 Muirwood Lane    Roseville, CA 95747 |
| 13733656 | Stephan van der Feest | Accordeonlaan 42 3438GD Nieuwegein Nethe |
| 13733657 | Stephen Bywater | 22 Orr Hatch Dr    Cornwall, NY 12518 |
| 13733658 | Stephen Hamner | 51 Gladys St.    San Francisco, CA 94110 |
| 13733659 | Stephen Huckvale | 55 Thornbury Rd , Walsall West midlands |
| 13733660 | Stephen Witty | 3019 Jade Drive    Harrison, AR 72601 |
| 13733661 | Steve Govoni | 938 Moosehead Trail    Jackson, ME 04921 |
| 13733662 | Steve Manos | 226 Center St.    Suite A-7    Jupiter, FL 33458 |
| 13733663 | Steven Cacchione, Acute Air Conditioning    75 Medway rd Cragieburn Victoria 3064 Au |
| 13733664 | Stolowitz Ford Cowger LLP    1140 SW 11th Avenue    Suite 400    Portland, OR 97205 |
| 13733665 | Strategic Counsel Corp    227 Broadway, Suite 306    Santa Monica, CA 90401 |
| 13733666 | Stuart Murray | 75 Westover Road    Downley, High Wycombe HP13 5th    ENGLAND |
| 13733667 | Sungkyun Lee | 45530 Market way 311 Chilliwack British |
| 13733668 | Suresh Chandra | 101 Bellgrove Drive 3A    Mahwah, NJ 07430 |
| 13733669 | Sven Clauw | Parnassialaan 6 8660 De Panne Belgium |
| 13733670 | Sven Ernst | Alte Weingartener Str 1 76227 Karlsruhe |
| 13733671 | Sylvia Sim | Pmart Network Sdn Bhd Lot 2975, Plot 6, |
| 13733672 | Synter Resource Group, LLC    P.O. Box 63247    North Charleston, SC 29419-3247 |
| 13733673 | Syvert Holbek Feed | Kvernhusbakken 6 4900 Tvedestrand Norway |
| 13733674 | Tara Beck | 3101 South Roosevelt    St Boise, ID 83705 |
| 13733675 | Terri Avery | 91 Bradley Street Guyra New South Wales |
| 13733676 | Terry Sine | 1154 N Pine St    Canby, OR 97013 |
| 13733678 | Thadius Bolton | 6640 Ditmars St    Las Vegas, NV 89166 |
| 13733679 | Thang Nguyen | 21 Millplace Ct    Irmo, SC 29063 |
| 13733680 | Theron Rodriguez Bitlab LLC    6302 Settlement Dr.    Arlington, TX 76001 |
| 13733681 | Thierry Beauchesne | 4520 Quarterhorse Ct    Antioch, CA 94531 |
| 13733682 | Thomas Schortmann | 3 Village Green N    Ste 448    Plymouth, MA 02360 |
| 13733683 | Thomas Stiegler | 23 Stewart Drive Werribee Victoria 3030 |
| 13733684 | Tie Hu, Targetalk Inc.    28 Empress Ave. 516 North York Ontario M |
| 13733685 | Tim Lehming | Drossener Str. 63 13053 Berlin Germany |
| 13733686 | Tim McGough | 2412 Pinehurst Ln    Mesquite, TX 75042 |
| 13733687 | Tim Oster | 3068 Evergreen Rd    Pittsburgh, PA 15237 |
| 13733688 | Timo Schildknecht | APDO 10034 Can Ramell 07819 Jesus Ibiza |
| 13733689 | Timothy Cyrus | 630 Oldfield Dr SE    Byron Center, MI 49315 |
| 13733690 | Timothy Lam | 6156 Temple City Blvd.    Temple City, CA 91780 |
| 13733691 | Tin Yan Kwok | 9642 Callita Street    Acradia, CA 91007 |
| 13733692 | Ting Ma | China 100083 Beijing Beijing Room 30-1- |
| 13733693 | Tobias Bucher | Chnuebraechi 7 8197 Rafz Switzerland |
| 13733694 | Tobias Neumann | Buchenweg 30 90556 Seukendorf Germany |
| 13733695 | Toby Brusseau | Computer Village    601 12th St    Rapid City, SD 57701 |
| 13733696 | Todd Gould | Loren Data Corp. PO Box 1438    Lake Forest, CA 92609 |
| 13733697 | Tom Bouckaert | Henri Dunantlaan 20/502 9000 Gent Belgiu |
| 13733698 | Tom Postma, PC Central    Jan Vermeerstraat 41 7545BN Enschede Net |
| 13733699 | Tommy E. Contreras    855 Folsom Street    #514    San Francisco, CA 94107 |
| 13733700 | Tong Moc | 328 Main Street Toronto Ontario M4C 4X7 |
| 13733701 | Tony Hoang | 557 Gerrard St. East Toronto Ontario M4M |
| 13733702 | Tore Henriksen | Implement??rene as Lystheia 18 4817 His |
| 13733703 | Trenton Bullock | 1072 Mclaren Drive    Belmont, NC 27012 |
| 13733704 | Trevor Watson Prestige Trophies &Engrav    1 Gaine Court Bayswater North Melbourne |
| 13733705 | TrueTech Communications    241 Elinor Ave.    Mill Valley, CA 94941 |
| 13733707 | Tyler Doyle | 2112 Hayden Ave    Aloona, WI 54720 |
| 13733708 | Uline | 12575 Uline Drive    Pleasant Prairie, WI 53158 |
| 13733709 | Uniquify, Inc. | 2030 Fortune Drive    #200    San Jose, CA 95131 |
| 13733710 | Uwe Schaum | Grabenstr. 5 35625 Huettenberg Germany |
| 13733711 | Venkat Balasubramani    Focal PLLC    800 Fifth Avenue, Suite 4100    Seattle, WA 98104 |
| 13733712 | Verne Riley | 65 Shamley Heath rd Kureelpa Queensland |
| 13733713 | Vicki Schwarz | 305 W Fullerton 1E    Chicago, IL 60614 |
| 13733714 | Victor Feng, VIP Networks    43532 Ocaso Corte    Fremont, CA 94539 |
| 13733715 | Victor Munoz | Condor 1107 depto 1402 Santiago Santiago |
| 13733716 | Viktor Schwarz, K. Melliger &S??hne AG    Tobelm? hlestrasse 5 7270 Davos Platz Sw |
| 13733717 | Vkal Design LLC | 2290 Ringwood Ave.    Suite C    San Jose, CA 95131 |
| 13733718 | Vladimir Fefer | 2620 W Greenleaf    1W    Chicago, IL 60645 |
| 13733737 | WY Gost | Building A, Haocheng Tech Park, Yanshan |
| 13733719 | WaltherCorp LLC | 1342 Virginia Ave    Havertown, PA 19083 |
| 13733720 | Warren Miller | 57 dongola road 1st floor london london |
| 13733721 | Warren Tsang | LogicShark Consulting    274 Madison Avenue    Suite # 1804    New York, NY 10016 |
| 13733722 | Wayne Connors | 13514 Tufts Pl    Tampa, FL 33626 |
| 13733723 | Weng Kay Poon | 44 Choa Chu Kang Street 64 #09-19    Singapore 689105 |

```
13733724   Wenxie Hu          Rico Kohki (Hong Kong) Limited Wenxie HU
13733725   Werner Artz        habergasse 4 82380 Pei? enberg Germany
13733726   Will McGirr        39 Bruton Place Winnipeg Manitoba R2N 2V
13733727   Will Wong          500 Oracle Parkway       Redwood City, CA 94065
13733728   William CHEVALLIER       15 RUE DES BASSES MATHOUZINES 95170 DEU
13733729   William Courtright       146 Escolta Way       San Francisco, CA 94116
13733730   William Peace      14821 N Hana Maui Dr        Phoenix, AZ 85022
13733731   William Schmitt    33 Paffendorf Dr       Newburgh, NY 12550
13733732   William Smith      Fricourt, Grande Maison Road       Vale Guernsey HG1 3LH UK
13733733   William Walther    WaltherCorp LLC       1342 Virginia Ave       Havertown, PA 10983
13733734   Wim Vandeputte     Oostveld Kouter 13       9920 Lovendegem        Flanders (Belgium)
13733735   Wolfgang Riedel    Wilmersdorfer Str.3 D−14959 Trebbin Germ
13733736   World Electronics       3000 Kutztown Road       Reading, PA 19605
13733738   Xavier Conangla    Pujades 350 4a Planta 08019 Barcelona Ba
13733739   Xiwen Wang         165 BAYSHORE DR.       BRECHIN Ontario L0K 1B0       Canada
13733740   Xu Zhang           xu zhang 15 stratford AVE denistone New
13733741   Xunyu Yang         15223 Edgemoor St       San Leandro, CA 94579
13733742   Yasuo Ino          1−1−1−808 Minami−kasai Edogawa−ku Tokyo
13733743   Yazz Atlas, EntropyWorks Inc.        1429 E. Aloha St.       Seattle, WA 98112
13733744   Yichun Catherine Liu       502 Rudbeckia PL       Gaithersburg, MD 20878
13733745   Yipu Xue           229 Lady Nadia Drive Vaughan Ontario L6A
13733746   Youssef Raiss−Elfenni       6322 Dakine Circle       Springfield, VA 22150
13733747   Yui Kwan Law       Law Room 711 Block B 9 Lung Wah Street K
13733748   Zach Halley        Fieldstone Tramore Co. Waterford 0000 Re
13733749   Zbigniew Armatys       Interaktywny Powiat Tarnowski Zbigniew A
13733750   Zhao Fu            191 West Woodruff Ave       Columbus, OH 43210
13733751   Zhichao Chen       3165 Russell St Apt 406 Windsor Ontario
13733752   Zhichao Zhang      760 North Mary Ave       Sunnyvale, CA 94085
13733753   Zhongwei Ni        4170 Main St       B3−182        Flushing, NY 11355
13733754   Zuber Lawler &Del Duca LLP       777 S. Figeroa Street       37th Floor       Los Angeles, CA 90017
13733361   hani hajje         708 clay St.       Ashland, OR 97520
```

                                                                                    TOTAL: 602