```
                            United States Bankruptcy Court
                            Northern District of California
In re:                                                          Case No. 14-30725-DM
Hashfast Technologies LLC                                       Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0971-3         User: rwong              Page 1 of 1         Date Rcvd: Jun 09, 2014
                             Form ID: OFFBUS          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2014.
```
db           +Hashfast Technologies LLC,    649 Mission Street, 5th Floor,    San Francisco, CA 94105-4128
aty          +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
               Costa Mesa, CA 92626-1989
aty           Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL  60661-3693
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2014 at the address(es) listed below:
```
              Ashley  McDow     on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Ashley  McDow     on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com,  mdomer@diamondmccarthy.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael Delaney     on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               rojeda@bakerlaw.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
              Patrick Chesney     on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat  Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com,
               info@focallaw.com
                                                                                             TOTAL: 10
```

Form OFFbus

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Hashfast Technologies LLC | Case No.: 14–30725 DM 11 |
| Debtor(s) | Chapter: 11 |

## ORDER TO FILE REQUIRED DOCUMENTS

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)
- ☒ Summary of Schedules (Official Form 6)
- ☒ Schedule A – Real Property (Official Form 6)
- ☒ Schedule B – Personal Property (Official Form 6)
- ☐ Schedule C – Property of Claimed as Exempt (Official Form 6)
- ☒ Schedule D – Creditors Holding Secured Claims (Official Form 6)
- ☒ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
- ☒ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☒ Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
- ☐ Schedule H – Codebtors (Official Form 6)
- ☐ Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☒ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☒ Statement of Financial Affairs (Official Form 7)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Chapter 12 Plan (90 day deadline)

- ☐ Tax Id No. is required.

IT IS HEREBY ORDERED that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court MAY DISMISS this case without further notice or hearing.

Dated: 6/9/14    By the Court:

Dennis Montali
United States Bankruptcy Judge