```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 14-30725-DM
Hashfast Technologies LLC                                           Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: rwong          Page 1 of 1          Date Rcvd: Jun 09, 2014
                              Form ID: OFP         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2014.
```
db         +Hashfast Technologies LLC,    649 Mission Street, 5th Floor,    San Francisco, CA 94105-4128
aty        +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
             Costa Mesa, CA 92626-1989
aty         Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL 60661-3693
smg        +Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
             Sacrament, CA 94230-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: itcdbg@edd.ca.gov Jun 10 2014 01:23:16       CA Employment Development Dept.,
             Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg         E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 10 2014 01:23:44       CA Franchise Tax Board,
             Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg         E-mail/Text: cio.bncmail@irs.gov Jun 10 2014 01:23:11       IRS,    P.O. Box 7346,
             Philadelphia, PA  19101-7346
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2014 at the address(es) listed below:
```
              Ashley   McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Ashley   McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com,   mdomer@diamondmccarthy.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael   Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               rojeda@bakerlaw.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
              Patrick   Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat   Balasubramani    on behalf of Interested Party Pete   Morici venkat@focallaw.com,
               info@focallaw.com
                                                                                             TOTAL: 10
```

Form OFP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: Hashfast Technologies LLC          Case No.: 14−30725 DM 11
Debtor(s)                                  Chapter: 11

## ORDER FOR PAYMENT OF STATE AND FEDERAL TAXES

The debtor above−named, during the period it is permitted to remain in possession of its estate, is hereby ordered:

1. To segregate and hold separate and apart from all other funds, all withholding, social security (both employees', and employer's portions), excise and agricultural taxes or other monies collected, received or withheld for or on behalf of the United States or the State of California.

2. To submit proof of timely payment of amounts owing in paragraph 1 above to the Internal Revenue Service, an agency of the United States, as follows:

    A. Debtor shall pay taxes arising out of the payment of wages or salaries within seven days after debtor has paid such salaries or wages.

    B. Debtor shall pay all other taxes within seven days after the last day of each calendar month, or within such shorter period as the court may order upon ex−parte application of the United States.

    C. The proof of payment shall be made to the Internal Revenue Service, Attention: Insolvency − 1400S, 1301 Clay Street, Oakland, California 94612−5217, FAX 510−637−2896.

3. To make timely payments to the State of California, Department of Benefit Payments, of all unemployment insurance, disability insurance and withheld State of California personal income taxes within seven days after the debtor has paid wages or salaries creating the tax obligations. Payment of the taxes shall be made to Chief, Tax Collection Section, Employment Development Department, P.O. Box 82603, Sacramento, California 94230.

4. To make timely payment to the State of California, Board of Equalization, of all sales and use taxes which are due to it, at the time required by law, and to make timely payment to the State of California, Franchise Tax Board, of all income taxes which are due to it, at the time required by law.

5. To file all Federal and State tax returns on a timely basis. The Federal returns shall be filed with the Internal Revenue Service, Attention: Insolvency − 1400S, 1301 Clay Street, Oakland, California 94612−5217, FAX 510−637−2896. The returns to be filed with the State of California, California Department of Benefit Payments, shall be filed at the address shown above. The returns to be filed with the California Board of Equalization and the Franchise Tax Board shall be filed where required by law.

6. To file with the Court on or before the 20th day of each month a verified statement for the preceding calendar month showing (1) the amounts collected, received or deducted for each taxing agency; (2) the total amount expended for gross payroll; (3) the amount received from gross sales; and (4) the amount paid to each taxing agency and dates of payments. Upon filing, a copy of each such monthly statement shall be transmitted to the Internal Revenue Service and the California Department of Benefit Payments at the addresses shown above.

7. The provisions of the foregoing paragraphs shall be effective as of the date of the petition initiating this proceeding. If the debtor fails to comply with this order; this proceeding may be dismissed or an order may be entered converting the proceeding to a Chapter 7 liquidation.

Dated: 6/9/14                              By the Court:

                                                Dennis Montali
                                                United States Bankruptcy Judge