1  KATTEN MUCHIN ROSENMAN LLP
   Craig A. Barbarosh (SBN 160224)
2  craig.barbarosh@kattenlaw.com
   650 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7122
   Telephone: (714) 966-6822
4
   Jessica M. Mickelsen (SBN 277581)
5  jessica.mickelsen@kattenlaw.com
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4425
7  Facsimile: (310) 788-4471

8  Peter A. Siddiqui (*pro hac vice*)
   peter.siddiqui@kattenlaw.com
9  525 W. Monroe Street
   Chicago, IL 60661-3693
10 Telephone: (312) 902-5455
   Facsimile: (312) 902-1061
11
   [Proposed] Counsel for Debtor and Debtor-In-Possession
12 HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Proposed to be) Jointly Administered with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF CHANGE OF ADDRESS TO DEBTOR HASHFAST TECHNOLOGIES LLC** |
| Debtor and Debtor-In-Possession | |

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby filed this Notice of Change of Address to Debtor HashFast Technologies (the "Notice") and in support of the Notice, state:

1. An involuntary petition (the "Involuntary Petition") was filed on May 9, 2014 regarding Debtor HashFast Technologies LLC [Doc. No. 1]. The Involuntary Petition incorrectly listed Debtor HashFast Technologies LLC's address as 649 Mission Street, 5th Floor, San Francisco, California 94105 (the "Address").

2. On June 3, 2014, HashFast Technologies LLC filed its Conditional Consent to an Order for Relief [Doc. No. 36] and its Motion to Convert to Chapter 11 [Doc. No. 35]. The Court entered its order converting HashFast Technologies LLC's case to one under chapter 11 on June 5, 2014 [Doc. No. 40].

3. Debtor HashFast Technologies files this Notice to correct and change the Address. Its Address is 100 Bush Street, Suite 650, San Francisco, CA 94103.

Dated: June 11, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/Jessica M. Mickelsen
*Proposed Attorneys for the Debtors HashFast Technologies LLC and HashFast LLC*