```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                                                  Case No. 14-30725-DM
Hashfast Technologies LLC                                                               Chapter 11
         Debtor                           CERTIFICATE OF NOTICE
District/off: 0971-3          User: dchambers               Page 1 of 9                 Date Rcvd: Jun 11, 2014
                              Form ID: B9F                  Total Noticed: 564

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
db           +Hashfast Technologies LLC,    649 Mission Street, 5th Floor,    San Francisco, CA 94105-4128
aty          +Ashley McDow,    Baker & Hostetler, LLP,    11601 Wilshire Blvd. #1400,
               Los Angeles, CA 90025-1750
aty          +Christopher D. Sullivan,    Diamond McCarthy LLP,    150 California St. #2200,
               San Francisco, CA 94111-4547
aty          +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
               Costa Mesa, CA 92626-1989
aty          +David M. Balabanian,    Law Offices of Bingham McCutchen,    Three Embarcadero Center,
               San Francisco, CA 94111-4079
aty          +Eric W. Benisek,    Vasquez Benisek and Lindgren LLP,    3685 Mt. Diablo Blvd., Suite 300,
               Lafayette, CA 94549-6833
aty          +Kristen A. Palumbo,    Law Offices of Bingham McCutchen,    Three Embarcadero Center,
               San Francisco, CA 94111-4079
aty          +Michael Delaney,    Baker & Hostetler, LLP,    11601 Wilshire Blvd. #1400,
               Los Angeles, CA 90025-1750
aty          +Patrick Chesney,    Gallo LLP,    801 S. Figueroa St #2170,    Los Angeles, CA 90017-5566
aty           Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL 60661-3693
aty          +Ray E. Gallo,    Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031
aty          +Venkat Balasubramani,    Focal PLLC,    800 Fifth Ave #4100,    Seattle, WA 98104-3100
smg          +Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
               Sacrament, CA 94230-0001
intp         +Diamond McCarthy,    150 California Street, Suite 2200,    San Francisco, CA 94111-4547
intp         +Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031
ptcrd         Koi Systems,    Units 1403-5, 14/F,    173 Des Voeux Rd. Central,    Hong Kong, CN 00000
cr           +Liquidbits Corp.,    20201 E. County Club Dr. #1502,    Aventura, FL 33180-3282
intp         +Pete Morici,    800 Fifth Avenue, Suite 4100,    Seattle, wa 98104-3100
intp         +Satish Ambarti,    c/o Eric Benisek,    3685 Mt. Diablo Blvd, Suite 300,    Lafayette, CA 94549-6833
intp         +Timefire, Inc,    c/o Eric Benisek,    3685 Mt. Diablo Blvd, Suite 300,    Lafayette, CA 94549-6833
ptcrd        +UBE Enterprises,    7425 Creek Rd.,    Sandy, UT 84093-6152
13733212     +AQS,    401 Kato Terrace,    Fremont, CA 94539-8333
13733173     +Aaron Collins,    21851 Schieffer Rd.,    Colton, OR 97017-9400
13733174     +Aaron Grimes,    PSC 822,    Box 1221,    FPO, AE 09621-0013
13733175     +Adam Haverstock,    14236 Maya Circle,    Moorpark, CA 93021-3506
13733176     +Adam Hennessy,    Hennessy Hemp 917 Parkview Blvd,    Lombard, IL 60148-3267
13733177      Adam Lenet, Lenit IT Solutions,    88 Farnham Drive Beaconsfield Quebec H9W
13733178     +Adamo Di Stefano,    9879 Saint-Firmin Montreal Quebec H2B 2G
13733179      Adrian Clarkson,    Software Engineering Services Ltd.,    30 Thistle Green, Swavesey,
               Cambridge, Cambridgeshire CB24 4RJ, UK
13733180      Adrian Coroama,    426 Sandra Timis 307065 Romania
13733181      Adrian Pop,    62 Goodview Rd Unit 85,    Toronto, Ontario Canada M2J2K6
13733182     +Ahmed Muhsin,    11410 Nagel St,    Hamtramck, MI 48212-2909
13733183      Alan Richardson,    11975 Greywing Court Reston VA 20191,    Silver Springs, MD 20906
13733184     +Ales Prikryl,    6838 E 5th Street,    Scottsdale, AZ 85251-5526
13733185     +Alex Filippov,    12 Sherborne Cir,    Ashland, MA 01721-2313
13733186     +Alexander Roganov,    1881 Willoughby Ave,    Ridgewood, NY 11385-1152
13733187      Alexander Stroh,    Waagenstr.39 40229 Dusseldorf Germany
13733188     +Alexander Young,    5015 N Avenida De La Colina,    Tanque Verde, AZ 85749-8751
13733189      Alexey Minchenkov,    Asafeva St 2-1-60 St Petersburg Russia 1
13733190     +Alfred Kraus,    9934 Pasatiempo Place,    Moreno Valley, CA 92557-3520
13733191     +Allan Askar, Allancolabs LLC,    20061 Blackwolf Run Pl,    Ashburn, VA 20147-3181
13733192     +Allan Martin,    5009 Northlawn Circle,    Murrysville, PA 15668-9423
13733193      Allan N. Hessenflow,    23097 Summit Road,    Los Gatos, CA 95033-9318
13733194     +Allen McGhan,    Keylink IT,    535 Shute Ln,    Hendersonville, TN 37075-5848
13733195      Alwin de Romijn,    Jacob Catsstraat 25 2613HA Delft,    Netherlands
13733196     +Amanda Dick,    1601 W Main #90-105,    Willimantic, CT 06226-1100
13733197     +Amanda Van Nuys Consulting,    845 Montgomery Street,    Unit 1,    San Francisco, CA 94133-5139
13733198     +American Arbitration Association,    One Sansome Street, 16th Floor,
               San Francisco, CA 94104-4449
13733199     +Amro Abdelgawad,    57 Ira Road,    #187,    Syosset, NY 11791-3504
13733200     +Amy Woodward,    57 Oakwood Street,    San Francisco, CA 94110-1529
13733201     +Andrew Fader,    2 Fox Run Road,    Briarcliff Manor, NY 10510-1736
13733202     +Andrey Fishchenko,    100 Naamans Road 4B,    Ste 131986,    Claymont, DE 19703-2737
13733204     +Anthony Carrillo,    1130 NE 104th Ave,    Portland, OR 97220-3914
13733205     +Anthony Lauck,    PO Box 59,    Warren, VT 05674-0059
13733206     +Anthony Sajan,    4786 Oakhurst Ridge,    Clarkston, MI 48348-5049
13733207     +Anthony Woodward,    2697 Derby Drive,    San Ramon, CA 94583-4312
13733208     +Antoine Alary,    1516 Lima Ct,    San Jose, CA 95126-4255
13733209     +Antonio Dewey,    1211 San Dario Ave,    Suite 369,    Laredo, TX 78040-4505
13733210     +Antonios Alexiou,    1253 Buck Jones Rd,    Raleigh, NC 27606-3326
13733211     +Antony Vo,    c/o Bryan Reyhani,    Reyhani Nemirovsky LLP,    200 Park Avenue, 17th Floor,
               New York, NY 10166-0004
13733213      Aristeidis Dionisatos,    46 North Park Gardens Belleville Ontario
13733214     +Armada Works Inc.,    2223 Bath Ave,    Brooklyn, NY 11214-5603
```

```
13733215     +Ashley M. McDow,    Baker Hostetler LLP,    11601 Wilshire Blvd., Suite 1400,
               Los Angeles, CA 90025-1750
13733216     +Aupacom Enterprises,    9620 Sepulveda Blvd Unit 33,    Attn: Christopher Shaw,
               North Hills, CA 91343-3370
13733217     +Avram Cheaney,    1305 Laguna Street,    Apt. 4,    San Francisco, CA 94115-4249
13733218     +Benjamin Beckwith, Flat Rate  Computer G,    8218 Grimchester,    Converse, TX 78109-3234
13733219     +Benjamin Hopson II,    2640 Alexandria Pl,    Janesville, Wi 53548-3314
13733220     +Benjamin Lindner,    9035 Grayland Drive,    Apartment E,    Knoxville, TN 37923-4014
13733221     +Bernie Rihn, Prudentia Permanens LLC,    3628 Linden Ave,    N #214,    Seattle, WA 98103-8793
13733222     +Bingham McCutchen LLP,    Three Embarcadero Center,    San Francisco, CA 94111-4079
13733223     +Brandon Bressler,    3638 San Onofre Ave,    San Onofre, CA 95348-8405
13733224     +Breck Pedersen,    3712 Denehoe CV,    Austin, TX 78725-4708
13733225     +Brenton Senegal,    5355 South Rainbow Blvd,    Unit #138,    Las Vegas, NV 89118-1844
13733226     +Bret Motyl,    148 Townsend St,    Suite 21,    San Francisco, CA 94107-1919
13733227     +Brian Barbee,    701 Blossom St.,    Bakersfield, CA 93306-5801
13733228     +Brian Connelly,    22601 Asheville Hwy,    Landrum, SC 29356-9633
13733229     +Brian McKittrick,    813 Whitney St,    Cedar Hill, TX 75104-2257
13733230     +Brian Samas,    123 Bridge Street,    Groton, CT 06340-3603
13733231     +Brion Lau, Financial Fitness Pro,    21600 Rainbow Drive,    Cupertino, CA 95014-4815
13733232     +Bruce Boytler,    1014 37 St SE,    APT. 2,    Auburn, WA 98002-8749
13733233     +Bruce Sanders Bruce Sanders Design & Ill,    12 Bridge St.,    Westford, MA 01886-2102
13733234     +Bruce Terry,    21073 Niagara River Drive,    Sonora, CA 95370-9102
13733235      Bruno Lemonnier,    16 Rue Victor Hugo 17300,    Rochefort France
13733236      Bruno Reith,    Repkering 36 58791 Werdohl Germany
13733237     +Bryan Carter,    Bryan Carter 330 Carriage Dr. E,    Santa Ana, CA 92707-4156
13733238     +Bryan Pope,    6196 Westminster Dr,    Parma, OH 44129-4954
13733239    #+Bryce Weiner,    621 W Monetcito St #4,    Santa Barbara, CA 93101-4522
13733240     +Carl Schultz,    1827 Harold Street,    Houston, TX 77098-1603
13733241     +Central Computers,    837 Howard Street,    San Francisco, CA 94103-3009
13733242     +Chad Eller,    1910 Lomita Dr,    San Leandro, CA 94578-1218
13733243     +Charles Hilt,    2800 Ruleme St,    Apt 24,    Eustis, FL 32726-8327
13733244     +Chaz Curtiss,    6551 Jordan River Dr,    Las Vegas, NV 89156-3750
13733245     +Chris Ergen C/O Summit Capital LLC,    5701 S. Santa Fe Drive,    Littleton, CO 80120-1813
13733246     +Chris Thompson,    3617 Wind Rose Pl,    Castle Rock, CO 80108-8488
13733247     +Christian Calvo,    3 Peartree Ln,    Rolling Hills Estates, CA 90274-4824
13733248      Christian Golbs,    Muehlburgweg 47 99094 Erfurt Germany
13733249      Christina Jepson,    7 Cross St Dundas Ontario L9H 2R3 Canada
13733250      Christopher Fetterly,    9603 78th Avenue NW Edmonton Alberta T6C
13733251     +Christopher Goes,    PO Box 100,    Cottage Grove, OR 97424-0004
13733252     +Christopher Raday,    4215 W 142 St,    Crestwood, IL 60445-2307
13733253      Ciara Technologies,    9300 Transcanada Highway,    Saint-Laurent, Quebec H451K5 Canada
13733255     +CoPower,    1600 W. Hillsdale Blvd.,    San Mateo, CA 94402-3768
13733254      Cogent Communications,    P.O. Box 791087,    Baltimore, MD 21279-1087
13733256      Corey Vokey,    2249 Burrows Ave Winnipeg Manitoba R2R 1
13733257     +Corey Wysong,    4499 E Fox Run Drive,    Syracuse, IN 46567-9167
13733258    #+Cort Wenzel,    858 Boardwalk Place,    Redwood City, CA 94065-1806
13733259     +Cory Wise,    2315 West alberson Dr.,    Albany, GA 31721-2043
13733261      Craig Burke,    2787 Fairview,    Canyon Monitor, WA 98836
13733262     +Craig LaShot,    88304 Charley Lane,    Springfield, OR 97478-9634
13733264     +Cypher Enterprises, LLC,    c/o Robert J. Bogdanwicz III,    Deans& Lyons LLP,
               325 N. Saint Paul Street, Suite 1500,    Dallas, TX 75201-3891
13733308     +DXCorr Design Inc.,    121 West Washington Ave.,    Suite 212,    Sunnyvale, CA 94086-1101
13733265     +Dain Carver,    240 Martine Ave,    White Plains, NY 10601-3456
13733266     +Damon Jiang,    1210 Alemany Blvd.,    San Francisco, CA 94112-1404
13733267     +Dan Casacci,    31 Clearwater Dr,    Amherst, NY 14228-1492
13733268     +Dan Charbonneau,CBT Nuggets,    44 Club Rd,    Suite 150,    Eugene, OR 97401-2461
13733270     +Dan Fuchs,    526 Shoup Ave W Ste K,    Twin Falls, ID 83301-5050
13733271      Daniel Burgin,    St-Roch 30 1004 Lausanne Switzerland
13733272     +Daniel Casacci,    31 Clearwater Dr,    Amherst, NY 14228-1492
13733273      Daniel Hilderal,    40 Hardinge road LONDON England NW10 3PJ
13733274      Daniel Nimtsch,    Meinigstr 46a 38667 Bad Harzburg Germany
13733275     +Daniel Petreley,    19378 East Brunswick Drive,    Aurora, CO 80013-9420
13733276     +Daniel Pojar,    1253 Grace Drive,    Sycamore, IL 60178-9515
13733277      Daniel Raedel,    Juethornstrasse 39 22043 Hamburg Germany
13733279     +Dario Albarron,    512 Sherman Ave,    Roselle Park, NJ 07204-2145
13733280     +Darwin Johnson, Schwaahed,    73 Eastern Parkway 4B,    Brooklyn, NY 11238-5920
13733281      Dat Le,    22 Golden Gate Bay Winnipeg Manitoba R3J
13733282     +Dave Gutelius,    1259 El Camino Real,    #230,    Menlo Park, CA 94025-4208
13733283     +David Boothby,    1800 Holleman Drive,    Apt 1404,    College Station, TX 77840-7215
13733284      David Cho,    158 L'Amoreaux Drive Scarborough Ontario
13733285     +David Henson,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733286     +David King,    10106 E 69th Ter,    Raytown, MO 64133-6037
13733287     +David Matheu,    18044 Saxony Lane,    Orlando, FL 32820-2715
13733288     +David Miller,    1751 NE 91st Street,    Seattle, WA 98115-3251
13733289     +David Springer,    4095 Lomar Drive,    Mt. Airy, MD 21771-4572
13733290     +David Steinberg,    3164 Sycamore Pl,    Carmel, CA 93923-9005
13733291     +Davide Cavion,    c/o Bryan Reyhani,    Reyhani Nemirovsky LLP,    200 Park Avenue, 17th Floor,
               New York, NY 10166-0004
13733292      Davis Wright Tremaine LLP,    1201 Third Avenue,    Suite 2200,    Seattle, WA 98101-3045
13733293     +Dean Farry,    1250 HalifaxWay,    San Ramon, CA 94582-5909
```

```
13733294      +Del Wong,    3233 Pawaina Place,     Hawaii, HI 96822-1339
13733295      +Dennis Lambert,    9450 SW Gemini Dr,     Beaverton, OR 97008-7105
13733296      +Deon Brewis,    15610 NE 59TH WAY,     REDMOND, WA 98052-4818
13733297      +Derek Hill,    Advantage mortgage 29875 S Black Bear Dr,     Canby, OR 97013-9508
13733298      +Derek Piper,    3706 W Woodmere Way,     Bloomington, IN 47403-4125
13733299      +DigiKey Corporation,    701 Brooks Avenue South,     Thief River Falls, MN 56701-2757
13733300      +Donald Bosse,    9 E 9th St,    Frederick, MD 21701-4606
13733301      +Donald Crain,    110 N Lee St,    Lexington, IL 61753-1215
13733302      +Donald Weinderg,    4010 Oak Circle,     Boca Raton, FL 33431-4202
13733303      +Doug Haden,    973 Iron Mountain Circle South,     Lake Tahoe, CA 96150-6118
13733304      +Douglas Trowbridge,    2045 Waterbury Rd,     Lakewood, OH 44107-6212
13733305      +Drew Johnson,    2306 N 87th Way,     Stottsdale, AZ 85257-2448
13733306      +Duane Laun,    707 29th Ave E,    Seattle, WA 98112-4136
13733307      +Duncan Wallace, duncwa llc,    1001 National Avenue 139,     San Bruno, CA 94066-5816
13733309      +Dylan Hall, Geeks on Wheels,    47 Halstead Ave Suite LL1,     Harrison, NY 10528-4142
13733310      +Eclipse Metal Fabrication,    2901 Spring St.,     Redwood City, CA 94063-3935
13733311     #+Eddie DeLeon,    2203 Ripley Ave.,    Unit B,    Redondo Beach, CA 90278-5024
13733312      +Edgar Godoy,    88 Bush St,    #C2103 Building C,    San Jose, CA 95126-4863
13733313      +Edward Hammond,    3103 Powell Cir.,     Austin, TX 78704-6343
13733314      +Edward Kestel,    2895 SW 146 Ct,    Ocala, FL 34481-3515
13733315      +Edward Lance,    1324 Treasure Cove,     Niceville, FL 32578-7001
13733316      +Edward Lee,    18510 Traxell Way,    Gaithersburg, MD 20879-1797
13733317      +Edward Lee,    1463 Bittern Dr,    Sunnyvale, CA 94087-3210
13733318      +Edward Mosley,    329 Maple Rd NE,    Ludowici, GA 31316-5623
13733319       Eivind Aamodt,    Wilhelms Gate 5A 0168 Oslo Norway
13733320      +Eli Farnsworth,    644 Gilbert Ave,    Hamden, CT 06514-2641
13733321      +Eliott Spencer,    23 Sunwood Ln,    Sandy, UT 84092-4802
13733322      +Elkin Mann, LDI Imports,    378 Johnston Ave.,     Jersey City, NJ 07304-3766
13733323      +Elric Traver,    1221 River Ln,    Mosinee, WI 54455-9573
13733324      +Elton Seah,    761 Irwindale Avenue,     Las Vegas, NV 89123-2319
13733325      +Embedded Wits LLC,    10574 Culbertson Dr,     Cupertino, CA 95014-3556
13733326      +Employment Matter Counseling &Consulting,     120 Vantis,    Suite 300,    Aliso Viejo, CA 92656-2677
13733327      +Eric Christmas,    5940 NW 13th street,     Sunrise, FL 33313-6211
13733328      +Eric Cochran,    615 Shelley Ave,    Ames, IA 50014-7905
13733329      +Eric Corlew Creative X-Pressions,     409 S Locust St,    Wayland, MI 49348-1312
13733330      +Eric Denny,    204 Lauren Ln,    Minden, LA 71055-6286
13733331      +Eric Liu,    3630 Sadge Ln,    Irving, TX 75062-8400
13733333      +Eric Whyne,    21860 Regents Park Circle,     Sterling, VA 20166-9241
13733334      +Erik Voorhees, Bitcoin FTW,    35 Snowberry Way,     Dillon, CO 80435-8805
13733335      +Evan Greenwood,    501 S. Van Buren,     Hugoton, KS 67951-2105
13733336      +Federal Express Corporation,    942 South Shady Grove Road,     Memphis, TN 38120-4117
13733337      +Ferdinand Nepomuceno,    12476 old colony drive upper,     Marlboro, MA 20772-5069
13733338       Fernando Famania,    F174 Avenida Altamira,     Chula Vista, CA 91914
13733339      +Forrest Voight,    2360 SW Archer Rd.,     Apt. 910,    Gainesville, FL 32608-1049
13733340      +Frank Chappell,    1236 Tuxford Dr,    Brandon, FL 33511-1801
13733341      +Frank Rankin,    518 Freehold Road,     Jackson, NJ 08527-4629
13733342      +Frank Vuong,    3891 Madera Way,    San Bruno, CA 94066-1023
13733343      +Frederick Fiechter,    1825 S. Grant Street,     Suite 240,    San Mateo, CA 94402-2678
13720533      +Future Electronics,    c/o Diane Svendsen,     41 Main Street,    Boiton, MA 01740-1134
13733344      +Future Electronics Corp.,    3255 Paysphere Circle,     Chicago, IL 60674-0032
13733353      +GLO Ventures,    1550 17th Street,    San Francisco, CA 94107-2331
13733345      +Garrett Griffin,    9150 Crest Ave,    Oakland, CA 94605-4422
13733346      +Gautam Desai,    116 Blackstone Dr,     Danville, CA 94506-1345
13733347      +George Loudon,    161 Helen,    Garden City, MI 48135-3183
13733348      +George Richmond,    3580 Egret Drive,     Melbourne, FL 32901-8152
13733349      +George Urakhchin,    111 W Maple St,    Apt 2203,    Chicago, IL 60610-5454
13733350      +Gerald Davis, Tangible Cryptography LLC,     510 Bridge Dr,    Chesapeake, VA 23322-6020
13733351       Gerry Gorman, World Media Group LLC,     25 Mountainview Blvd,    100 Marketplace Suite 204,
                Basking Ridge, NJ 07920
13733352      +Glenn Hendrick, Bitminer,    Bitminer128 223 Pameto Rd,     Nokomis, FL 34275-3917
13733354       Graeme Middleton,    Middleton Solicitors,     135-137 Dale Street,    Liverpool L2 2JH UK
13733355       Graeme Tee,    12 Bromley Road Hilton Western Australia
13733356      +Grant Pederson,    12538 Botanical Ln,     Frisco, TX 75035-0433
13733357      +Greg Yampolskiy,    7870 West 87th Drive,     Unit K,    Arvada, CO 80005-1668
13733358      +Gregory Maxwell,    650 Castro St.,     Suite 120-293,    Mountain View, CA 94041-2055
13733359       Guido Ochoa,    Calle 35,    Merida, Venezuela 5101
13733360      +Hamilton Hee,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,     San Raphael, CA 94901-3031
13733362      +Hans Hess Elevation Franchise Ventures,     4100 N Fairfax Dr.,    730,    Arlington, VA 22203-1657
13733363      +Harmacolindaor Informatikai,    c/o Gallo LLP,     1299 Fourth Street, Suite 505,
                San Rafael, CA 94901-3031
13733364      +Hawk Ridge Systems,    4 Orinda Way,     Orinda, CA 94563-2515
13733365      +Henzy Paez,    109 Oak Street,    Northport, NY 11768-2037
13733366      +Holden Karau,    3407 24th St,    Apt 2,    San Francisco, CA 94110-3756
13733367       Hong-Quan Yue,    210 Woodridge Crescent Apt 606,     Nepean, Ontario K2B 8E9,    Canada
13733368       Hoo Shao Pin,    Polymathica Pte. Ltd.,     10 Raeburn Park #02-08,    Singapore 088702
13733369       Ian Tait,    Apartment 2, 34 Golf Links Road,     Ferndown, Dorset Bh22 8BY UK
13733370       Ilan Elfassy,    177 Bury Old Road,     Salford, Manchester, Lancashire M7 4PZ,    UK
13733371       Immanuel Ambar,    Christoph Merian-Ring 299,     4153 Reinach, Switzerland
13733372      +International Rectifier,    101 N Sepulveda Bldv.,     El Segundo, CA 90245-4318
13733374      +Ivan Marcak,    10101 Palace Way,    Apt B,    Henrico, VA 23238-5647
```

```
13733388      JAMS, Inc.,    P.O. Box 512850,    Los Angeles, CA 90051-0850
13733375     +Jack Hlavaty,    35 Swanson Ct,    16D,    Boxborough, MA 01719-1353
13733376     +James Babcock,    8368 NW 70th Street,    Potwin, KS 67123-9611
13733377     +James Carroll,    1505 Westheimer Rd,    Houston, TX 77006-3735
13733378     +James Hicks,    PO Box 1296,    Helendale, CA 92342-1296
13733379     +James Johnson,    825 28th St SW,    Ste F,    Fargo, ND 58103-2325
13733380     +James Lowry, LLC,    400 E College,    Suite A,    Roswell, NM 88201-7525
13733381     +James Miller,    410 Cahill Rd,    Streamwood, IL 60107-1203
13733382     +James Ries,    450 Sunlight Ct,    Apt 2,    Powell, WY 82435-1633
13733383     +James Suddarth,    1645 International Dr,    Unit 102,    McLean, VA 22102-4818
13733384     +James Thomas, eServiZes,    1679 E 337th St.,    Eastlake, OH 44095-3915
13733386     +James Wu,    1221 North Vineyard Ave,    #1,    Ontario, CA 91764-2278
13733387      Jamie Hall, Bright Mining LLC,    3042 Whitemark Court,    Lexington, KY 40516
13733389     +Jan Irvin,    PO Box 3819,    Crestline, CA 92325-3819
13733390     +Jared Metzler,    826 N 3rd St,    Lincoln, KS 67455-1722
13733391     +Jarod Clark,    2314 Broadway,    Denver, CO 80205-2088
13733392     +Jason Badua,    4039 Palikea St.,    Lihue, HA 96766-9258
13733393     +Jason Bond,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733394     +Jason Hall,    2202 E Lowena Dr,    Long Beach, CA 90803-5711
13733395     +Jason Larson,    7697 Hawthorn Ave,    Livermore, CA 94550-7121
13733396     +Jason Plowman,    13508 Jamieson Place,    Germantown, MD 20874-1464
13733397      Jason Shurb,    3615 Trailway Park St,    San Antonio, TX 78247-2938
13733398     +Jason Yi,    1367 E Garfield Ave,    Glendale, CA 91205-2661
13733399    #+Jawad Quddus,    1020 Brand Ln,    Apt 638,    Stafford, TX 77477-5761
13733400      Jay Weaver,    5-3936 Mountainview Ave,    Thornhill, British Columbia V8G 3V8,    Canada
13733401     +Jean-Andrew Mikesell,    26652 Calle Salida,    Capistrano Beach, CA 92624-1413
13733402      Jeanette Arna,    Haneholmveien 19 3212 Sandefjord Norway
13733403     +Jeff Unruh,    2650 Beauty Creek Drive,    Valparaiso, IN 46385-7038
13733404     +Jeffrey Bradian,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733405     +Jeffrey Spielberg,    1524 Cottonwood Ave,    Lafayette, CO 80026-9414
13733406     +Jeffrey vonGermeten,    650 E 500 N,    Apt #6,    Logan, UT 84321-4228
13733407     +Jennifer Austin,    1751 Kings Gate Lane,    Crystal Lake, IL 60014-2906
13733408     +Jensy Fernandez,    12 Diamond St,    Apt 19,    Lawrence, MA 01843-2049
13733409     +Jeremy Jones,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733410     +Jerry Whatley JWC Consulting,    192 Fuller Road,    Chehalis, WA 98532-9108
13733411     +Jess Williams,    PO Box 50801,    Albuquerque, NM 87181-0801
13733412     +Jesse Teta,    3804 Triora St,    Las Vegas, NV 89129-2709
13733413     +Jetmir Celaj,    1740 Mulford Ave.,    Apt.7G,    Bronx, NY 10461-4321
13733414     +Jiongye Li,    77 Louise Rd,    Braintree, MA 02184-5901
13733415     +Joe Baker,    530 Lawrence Expressway #441,    Sunnyvale, CA 94085-4014
13733416     +Joe Peng,    55 West 21st Street 6FL,    New York, NY 10010-6809
13733417     +Joe Russell,    4079B 18th Street,    San Francisco, CA 94114-2535
13733418     +John Cronin,    2535 Verde Dr.,    Apartment 215,    Colorado Springs, CO 80910-2107
13733419     +John Peregoy,    982 NC Hwy 82,    Dunn, NC 28334-6360
13733420     +John Shave,    8805 Tamiami Trail North,    #219,    Naples, FL 34108-2525
13733421     +John Twohy, 24K Gold Plating,    10920 4th Ave W,    Everett, WA 98204-7066
13733422     +Jon Yellowlees,    Dan Rose Tech Set,    3326 Catherine St,    Jackson, MI 49203-1003
13733423      Jonas Diener,    1528 Country Club Rd,    Harrisonburg, VA 22802-5071
13733424      Jonathan Bower,    Alstrommergatan 32N 11247,    Stockholm Sweden
13733425     +Jonathan Hardison,    650 S Adam Ave,    Republic, MO 65738-8100
13733426      Jonathan Prentice,    Network Service Prov,    13 Farnham St Parnell,    Auckland 1052 New Zealand
13733427     +Jonathan Simms, Jhashybor Mining,    1808 E Columbus Dr Apt# 3 Tampa FL 33605,    Apt. #3,
               Tampa, FL 33605-2655
13733428     +Jonathon North,    240 Milledgeville Rd,    Enville, TN 38332-1972
13733429     +Jose Anguiano II,    620 Cathy Ct,    Escondido, CA 92026-3116
13733430     +Jose L.W. Martinez,    9250 W Bay Harbor Dr,    Apt 7 D,    Miami, FL 33154-2715
13733431     +Joseph Cavallero,    2644 Fulton Street,    Berkeley, CA 94704-3230
13733432     +Joseph Farag, Trinity Bitcoin Investment,    12810 Terabella Way,    Fort Myers, FL 33912-0913
13733433     +Josh Gold,    8 forman lane,    Manalapan, NJ 07726-2907
13733434     +Joshua Dorman,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733435     +Joshua Lytle,    347 Millcreek Rd,    Pleasant Grove, UT 84062-8815
13733436     +Joshua Rising,    249 Wimer St Apt 16,    Ashland, OR 97520-1689
13733437     +Joshua Vidana, Skidhacker.com,    3602 Tilson Ln.,    Houston, TX 77080-1620
13733439     +Julio Perez,    Diana Syke 21758 SE 259th St,    Maple Valley, WA 98038-7568
13733438     +Julio Perez,    109 S Melville Ave,    Unit 1,    Tampa, FL 33606-1860
13733440     +Jun Ding,    2231 167th Pl NE,    Bellevue, WA 98008-2454
13733441     +Justin Belfield, AGNQ Tech LLC,    7597 Simms Landing Road,    Port Tobacco, MD 20677-3100
13733442     +Justin Bronder,    Cardinal Optimization,    633 Villa Centre Way,    San Jose, CA 95128-5138
13733443     +Justin Grevich,    3348 Via Alicante,    La Jolla, CA 92037-2745
13733444     +Justin Hall,    4261 E Stonebridge Dr,    Meridian, ID 83642-8922
13733459     +KH Joo,    SilverBlue Inc. 11693 Seven Springs Driv,    Cupertino, CA 95014-5128
13733445      Kai Fuck,    Hummerich 11 53859,    Niederkassel Germany
13733446     +Kaloopy Media,    Attn: Kurt Heim, President,    2510 Main St.,    Santa Monica, CA 90405-3535
13733448     +Kang Lu,    4551-5 Jefferson Pointe Ln,    Prince George, VA 23875-1478
13733449     +Karen Miller,    c/o Eberhart Accounting Services, P.C.,    496 W. Boughton Road,
               Bolingbrook, IL 60440-1890
13733450      Kat Walsh,    Gregory Maxwell 650 Castro St.,    ste. 120-293,    Mountain View, CA 94041
13733451      Kate Craig-Wood, Wood Technology LLP,    25 Frederick Sanger Road, Guildford,
               Surrey GU6 8TB United Kingdom
13733452     +Kathleen Shy,    1137 Meadowlark Drive,    Fairfield, CA 94533-2518
```

```
13733453      +Kayvon Pirestani,    220 South Pond Road,    Hockessin, DE 19707-2326
13733454      +Keith Hostetler,    3428 Corby Blvd,    South Bend, IN 46615-3315
13733455      +Ken Mueller,    Public Service Insurance Company 1 Park,    New York, NY 10016-5802
13733456       Kevin Delporte,    briekhoekstraat 32 8940 wervik Belgium
13733457      +Kevin Krieger,    4230 Northwest Point Dt,    House Springs, MO 63051-4302
13733458      +Kevin Mahan, Tanard Corporation,     9101 W. Sahara Ave.,    Suite 105 K-6,
                Las Vegas, NV 89117-5772
13733460      +Koi Systems Ltd,    1191 Center Point Drive,    Suite A,    Attention: Brian Edgeworth,
                Henderson, NV 89074-7891
13733461      +Kostyantyn Snisarenko,     1476 La Playa Ave,    Unit A,    San Diego, CA 92109-6322
13733462      +Kris Howery,    4104 Congress Dr,    Midland, MI 48642-3908
13733463      +Kyle Berger,    3179 Cortese Circle,    San Jose, CA 95127-5503
13733464      +Kyle Sidles, Kaysid, LLC,    4000 Dow Road,    Unit 10,    Melbourne, FL 32934-9276
13733465       Lance Dixon,    Intervid FZ LLC,    Suite 128, Building 2,    Dubai Internet City, Dubai, UAE
13733466      +Larry Han,    970 NW 198th PL,    Shoreline, WA 98177-2663
13733467      +Lauren Coe,    3303 226th Pl SW,    Brier, WA 98036-8049
13733468      +Lautaro Cline,    8327 Aster Ave Oakland,    CA 94605-4101
13733469      +Le Van Hanh,    V Spa & Nails,    159 Cypresswood Dr,    Spring, TX 77388-6038
13733470      +Lee Ash,    304 189th PL SW,    Bothell, WA 98012-6236
13733471      +Lee Schwuchow , Monkey  Business,    2740 N. Andrews Ave,    Wilton Manors, FL 33311-2512
13733472      +Linear Technology Corporation,     1630,   McCarthy Blvd,    Milpitas, CA 95035-7487
13733473      +Liquidbits Corporation,    20201 E. Country Club Drive, #1502,    Aventura, FL 33180-3282
13733474      +Lonnie Hansen,    205 Duncan st,    #6,   Ashland, VA 23005-1941
13733475      +Lotfi Bemmira,    1852 E Sesame St,    Tempe, AZ 85283-2213
13733476      +Luis Guerrero,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733477      +Lukas Bradley,    3777 N. Clemons St.,    Unit F,    East Wenatchee, WA 98802-9369
13733478       Lukas Zingg,    Breitestrasse 1 4132 Muttenz Switzerland
13733479      +Luke Baum,    PO Box 101,    Pleasant Unity, PA 15676-0101
13733480      +Luke Dashjr,    17318 Sweetwater Rd,    Dade City, FL 33523-6246
13733481      +Luke Wen,    4370 Blossom Hill Trl,    Ann Arbor, MI 48108-4302
13733482       LyLy Moc,    14 Hamilton St,    Toronto Ontario M4M 2C5 Canada
13733483       Madalin Ionascu,    51 Goldhill Plaza #12-11 Singapore 30890
13733484       Maia Haltiner,    1545 Dawson Ave,    Dorval Quebec H9S 1Y5 Canada
13733485      +Manu Kaushish, Nirvana Digital, Inc.,     3632 Whitworth Drive,    Dublin, CA 94568-4562
13733486      +Manuel Rojas,    1121 Torrance Blvd,    Torrance, CA 90502-1613
13733487      +Manuel Zepeda,    2310 Westgate Rd,    Unit 14,    Santa Maria, CA 93455-1004
13733488      +Marcelino Bellosta,    1600 Ponce de Leon Blvd. FL 10,    Suite 1001,    Coral Gables, FL 33134-3988
13733489      +Marcus Killion,    1000 W Garden Ct,    Wichita, KS 67217-4515
13733490      +Marcus Sorensen,    4960 Shadow Wood Dr,    Lehi, UT 84043-6585
13733492      +Marion Keyes, Riverstone LLC,    189 Eagle Drive,    Golden, CO 80403-7775
13733494      +Mark Fiorentino,    900 Lake Elbert Drive SE,    Winter Haven, FL 33880-3137
13733495      +Mark Hancock,    512 Grant Terrace,    Taft, CA 93268-4434
13733496      +Mark Pescatrice, Matrice Consulting LLC,     6 Shenandoah Drive,    Newark, DE 19711-3700
13733497      +Mark Pescatrice-- Hot Sun,    LLC 6 Shenandoah Drive,    Newark, DE 19711-3700
13733498      +Mark Roy,    21745 Duck Creek Square,    Ashburn, VA 20148-4411
13733499      +Mark Sullivan, Cyclotronics,    6430 FM 1960 #321,    Houston, TX 77069-3902
13733501       Mark Williams, Off Road Unlimited,    1712 Historic Hwy 441,    Clarkesville, GA 30523
13733500      +Mark von Germeten,    20792 SW Nettle Pl,    Sherwood, OR 97140-8844
13733502      +Martin Rinab,    51-30 Browvale Lane,    Little Neck, NY 11362-1317
13733503       Martin Safranek,    Linecka 351 38241 Kaplice Czech Republic
13733504       Matt Gibson,    Allure Marine Limited,    2/69 Hinemoa Street,
                Birkenhead Auckland 0626 New Zealand
13733505      +Matt Richards,    3253 S E Ct.,    Springfield, OR 97478-6348
13733506      +Matt Tucker,    2830 E College Ave,    Unit 101,    Boulder, CO 80303-1974
13733507      +Matthew Dahlke,    950 Snipes Pump Road,    Sunnyside, WA 98944-9716
13733508      +Matthew McCormick,    33 Hollandale Ln,    Apt A,    Clifton Park, NY 12065-5228
13733509      +Matthew Silvia,    30 Oak St,    Cohasset, MA 02025-2213
13733510       Matthieu Billaud,    testory 31310 Montesquieu,    Volvestre France
13733511       Mattia Baldinger,    Zunzgerstrasse 24 4450,    Sissach Switzerland
13733512      +Max Avroutski,    2223 Bath Ave,    Brooklyn, NY 11214-5603
13733513      +Max Fischer,    11728 Wilshire blvd B713,    Los Angeles, CA 90025-6409
13733514       Maximilian Baringer,    August-Bebel Platz 4 99423,    Weimar Germany
13733515       Maximin Parotte,    Dorpsstraat 112 A 3927BG,    Renswoude Netherlands
13733516      +McNamara Financial,    980 N Michigan,    #1400,    Chicago, IL 60611-7500
13733517       Michael Burke,    C/O Nordstrom Inc.,    1301 2nd Ave,    Ste 300,    Seattle, WA 98101-3812
13733518      +Michael Desotell,    7101 S County Road 750 W,    Knightstown, IN 46148-9053
13733519      +Michael Gao,    c/o Hongqui Yang,    105 Tamalpais Pt.,    Chapel Hill, NC 27514-1453
13733520      +Michael Giovinco,    61 Sterling St,    Somerville, MA 02144-1116
13733521      +Michael Greiner,    49 Pennsylvania Ct,    Morton, IL 61550-1795
13733522      +Michael Lord,    10022 Winding Ridge Dr.,    Shreveport, LA 71106-7684
13733523      +Michael McGurgan,    2913 Coach Ct,    Norman, OK 73071-5505
13733524       Michael Pryor,    5 Windy Ridge Rd,    Hudson, WY 82515
13733525      +Michael Shannon,    3273 Avenida Anacapa,    Carlsbad, CA 92009-9301
13733526      +Michel Santos,    7620 Old Georgetown Rd,    Apt 723,    Bethesda, MD 20814-6158
13733527      +Mike Damm,    140 South Van Ness Avenue,    Unit 807,    San Francisco, CA 94103-2586
13733528      +Mike Deming,    1458 Monroe Ave,    Rochester, NY 14618-1008
13733529      +Miratek,   706 Michael Street,    Milpitas, CA 95035-4771
13733531      +Monsoon Company, Inc.,    1714 Franklin Street,    #100-142,    Oakland, CA 94612-3488
13733532       Muhammad Zahid Faruqi,    Unionstrasse 86/1/5 4020 Linz Austria
13733533       Murat Konal,    Putselaan 102 3074 JE,    Rotterdam, Netherlands
```

```
13733534     +Myron Davis,    333 Willoughby Ave,    ETS / 5th Floor,    Juneau, AK 99801-1770
13733535     +Nathan Ho,    2201 Stratford Dr,    Round Rock, TX 78664-7340
13733536     +Nathan Ross,    Exel 85-D Liberty Commons Rd,    Columbus, OH 43235-1568
13733537     +Nathan Ruble,    1223 Stockton Street,    Indianapolis, IN 46260-2826
13733538     +Nathan Wallace,    3836 W. Tamarisk Ct.,    South Jordan, UT 84095-4181
13733539     +Nathaniel McCray,    3723 Saddle Horn Tr,    Ogden, KS 66517-4000
13733540     +Nathen Lam,    9569 Crystal Water Way,    Elk Grove, CA 95624-4058
13733541      Neil Schemenauer,    727 9th St Humboldt,    Saskatchewan S0K 2A0 Canada
13733542    #+Nenko Garchev,    4001 Lyman Dr,    Philadelphia, PA 19114-2107
13733543     +Nicholas Fusaro,    35 Kohlanaris Dr,    Poughkeepsie, NY 12601-1632
13733544     +Nick Simmons,    6613 Goosander Ct.,    Frederick, MD 21703-9536
13733545      Nik Arghavan,    25 Bishop Tutu Blvd 713,    Toronto Ontario M5V 279 Canada
13733546      Nir Nahum,    Mashabim 19 Hod-Hasharon 4520122 Israel
13733547     +Nirvana Digital Inc.,    3632 Whitworth Drive,    Dublin, CA 94568-4562
13733548     +Novia Reid,    453 Albany Ave Apt A1,    Hartford, CT 06120-2505
13733549     +Novtech, Inc.,    7401 Wiles Road,    Suite 229,    Pompano Beach, FL 33067-2036
13733550     +Oleksandr Buzko,    10959 Rochester Ave,    Apt 511,    Los Angeles, CA 90024-7718
13733551      Oliver Klein,    Zeller Str 17 73271 Holzmaden Germany
13733552     +Osric Proctor Jr,    202 Garland Ave.,    Sandston, VA 23150-1616
13733578     +PHILLIP MARASHIAN,    812 Saratoga Ave,    Apt. Q-211,    San Jose, CA 95129-2567
13733553     +Package Science,    3287 Kifer Road,    Santa Clara, CA 95051-0826
13733554     +Package Science Services LLC,    3287 Kifer Road,    Santa Clara, CA 95051-0826
13733555      Pascal Martin,    181 De la Grande-Coul??e Orford Quebec J
13733556     +Patricio Grez,    7339 NW 54th St,    Ste 252416,    Miami, FL 33166-4831
13733557      Patrick Huizinga,    Anjerstraat 50 3333GD Zwijndrecht Nether
13733559      Patrick Sadowski,    146 Dawlish Ave Aurora Ontario L4G 6R2 C
13733560      Paul Croscup,    585 Harts Road,    Madoc, Ontario K0K 2K0,    Canada
13733561    #+Paul Erickson,    2925 Union St,    Madison, WI 53704-5138
13733562      Paul Montague,    4/33 Yarrawonga Street Ngunnawal Austral
13733563     +Paul Roeder,    10315 Raritan Dr,    Houston, TX 77043-2935
13733564     +Paula Jean Galburt,    26158 Stillwater Circle,    Punta Gorda, FL 33955-4729
13733565      Pete Gorman,    52 Doctors Point Road Waitati 9085 New Z
13733567      Peter Henrickson,    773 East El Camino Real,    #142,    Sunnyvale, CA 94087-2919
13733568      Peter Hornyak,    Nyiregyhaza 48 Ibolya street 4400 Hungar
13733569      Peter Kamstra,    De Goorns 15 7824RG Emmen Netherlands
13733570     +Peter Morici,    1430 Patapsco St.,    Baltimore, MD 21230-4523
13733571    #+Peter Myers,    6320 North 16th Street,    Apt 34,    Phoenix, AZ 85016-1521
13733572      Peter Smallwood,    Peter Smallwood 189 Woodcroft Drive,    New South  Wales 2767 Australia
13733573      Peter Symons,    149C Shirehampton Road Sea Mills,    Bristol BS9 2EE United Kingdom
13733575      Petr Dvorak,    Komenskeho 37 68001 Boskovice Czech Repu
13733576     +Phat Tran,    7714 75th St N,    Pinellas Park, FL 33781-2800
13733577     +Phil Blancett,    P.O. Box 19719 South,    Lake Tahoe, CA 96151-0719
13733579      Phuc Nguyen,    Van Nguyen 895 Broadway,    Floor 3,    New York, NY 10003
13733581     +Price Givens, 404 LLC,    61875 Broken Top Dr #27,    Bend, OR 97702-1182
13733582     +Proven Tolerance Specialist,    570 Suite C Marine View Avenue,    Belmont, CA 94002-2574
13733583      Qhengxian Xu,    China 511495 Guangdong / ? ? guangzho
13733584      Qingshou Pei,    1112 Gossamer Dr,    Pickering Ontario L1X 2,    Canada
13733585      Rafez Noorullah,    Gazelle Informatics Ltd,    Hadia House, 2b Lincoln Street,
               Kingsthorpe, Northhampton, UK NN2 6NR
13733586     +Rajpreet Ahluwalia,    20338 102nd Ave SE,    Kent, WA 98031-5500
13733587     +Randall Elliott,    202 Jefferson Street,    Martinsbug, WV 25401-1606
13733588    #+Randy Jones,    Kinetica Technology Solutions,    403 Da Vinci Ln,    Wylie, TX 75098-8469
13733590     +Ray Calderon,    170 Quinlan Ave,    Staten Island, NY 10314-5110
13733591     +Raymond Floyd Floyd Company,    191 E. Main Street,    Tustin, CA 92780-4406
13733592      Raymond Steiner,    Gespermoosstrasse 4 2540 Grenchen Switze
13733593     +Regan Reckman,    1574 Georgetown,    Loveland, OH 45140-8035
13733594     +Reinoud Vaandrager,    255 South Rengstorff Avenue,    Apt 179,    Mountain View, CA 94040-1764
13733595     +Reno Devito,    9370 Coral Berry Street,    Las Vegas, NV 89123-5831
13733596     +Ric Rooney, Sun Spot,    4310 Austin Bluffs Parkway,    Colorado Springs, CO 80918-2932
13733597     +Richard Chang,    1253 Buck Jones Rd,    Raleigh, NC 27606-3326
13733599     +Rick Windham,    166 State Street,    #8,    Brooklyn, NY 11201-5612
13733600     +Robert Alan Richardson,    1713 Nordic Hill Cir.,    Silver Spring, ME 20906-5950
13733601      Robert Alkire Consulting,    1081 Neptune Lane,    La Grande, WA 98348
13733602      Robert Cacioppo,    1 Fresh Spring Cove Somers Point,    Somers Point, NJ 08244
13733603     +Robert Ditthardt,    Olivine Labs LLC,    32-22 37th Street, #1,    Astoria, NY 11103-4004
13733604     +Robert Edwards Awesome Possum LLC,    7341 W Cypresshead Drive,    Parkland, FL 33067-2313
13733606     +Robert Kulys,    1905 Evergreen Terrance Drive E,    Apt 4,    Carbondale, IL 62901-3904
13733607     +Robert Mudryk,    29118 Weybridge Drive,    Westlake, OH 44145-6744
13733609     +Robert Worrall,    31 Troon terrace,    Annandale, NJ 08801-1603
13733610      Roberto Bayona,    Esfinge 53 2B 28022 Madrid Madrid Spain
13733611      Robin van der Linden,    mimoCloud Computing  UG,    Rudolfstrasse 65 52070 Aachen Germany
13733612     +Rodney Batchelor,    217 E 25th st,    Tacoma, WA 98421-1106
13733613     +Rodrigo Hernandez,    118 Kipling Ave,    Springfield, NJ 07081-3216
13733614      Ronny Hellmann,    Hickenweg 32 35708 Haiger Germany
13733615     +Royce Bui,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Rafael, CA 94901-3031
13733616     +Russell Petersen,    4260 Comanche Dr,    Carrollton, TX 75010-3300
13733619     +Ryan Gatchalian,    2786 West Trojan Place,    Anaheim, CA 92804-2030
13733620      Ryan Stonn,    Nidarosgatan 7 bv 16434 stockholm Sweden
13733621     +Saint Clair Newbern IV,    c/o Kelly Hart &  Hallman, LLP,    201 Main Street, Suite 2500,
               Fort Worth, TX 76102-3129
```

```
13733622     +Sam Ha,    591 ferrero ln,    la puente, CA 91744-4961
13733623     +Sam Thompson,    7425 Creek Rd.,    Sandy, UT 84093-6152
13733624     +Samuel Koh Innerspin,    3250 Wilshire Blvd.,    #2150,    Los Angeles, CA 90010-1614
13733625     +Sandgate Technologies,    595 Fellowship Road,    Chester Springs, PA 19425-3618
13733626     +Santiago Marin,    1601 NW 82 Avenue,    Flybox #6834,    Miami, FL 33126-1017
13733627      Sascha Appel,    Eigerweg 11 4852 Rothrist Switzerland
13733628     +Saul Jose Maldonado Rodriguez, Global AP,    14500 SW 160 Terr,    Miami, FL 33177-1708
13733629      Scott Cameron,    1332 Rue des Cypres Pincourt Quebec J7W
13733631     +Scott Gray,    612 W. 10th St.,    Juneau, AK 99801-1820
13733632     +Scott Randall,    Advanced Legal Systems Inc.,    840 S Rancho Dr,    Ste 4313,
               Las Vegas, NV 89106-3837
13733633     +Sean Walsh Bertram Capital,    800 Concar Drive,    Suite 100,    San Mateo, CA 94402-7045
13733634     +Sean Wang,    910 Lenora,    #S802,    Seattle, WA 98121-2754
13733635     +Sebastian Schmidt,    c/o Gallo LLP,    1299 Fourth Street, Suite 505,    San Raphael, CA 94901-3031
13733636    #+Selim Soler,    2390 NW Tulip Way,    Jensen Beach, FL 34957-3535
13733638     +Sergiy Sudakov,    108 Business Center Dr,    Reisterstown, MD 21136-1229
13733639      Servaas Tilkin,    Bloemenplein 9 2200 Herentals Belgium
13733640     +Seth Duppstadt,    2109 Broadway 1379,    New York, NY 10023-2149
13733641     +Shamus Robinson,    8675 Mink Rd,    Apt 2,    Harbor Springs, MI 49740-9466
13733642     +Shanghai Chooyu Chemical Company Ltd.,    1107 Liberty Square Road,    Boxborough, MA 01719-1113
13733643      Shaun Biggin,    314 120 albany drive edmonton Alberta T6
13733644      Shaun Kelly,    52 Cross Street Warrimoo New South Wales
13733646     +Sierra Circuits, Inc.,    1108 West Evelyn Avenue,    Sunnyvale, CA 94086-5745
13733648     +Simon Barber,    9 Ignacio Ave.,    San Francisco, CA 94124-3725
13733650      Simon Twigg,    Cartrader Mail 11,    Ardleigh Green Road,    Hornchurch Essex RM11 2JY UK
13733651      Sinisa Devcic,    Antilopespoor 504 3605VS Maarssen Nether
13733653      Sonic Manufacturing Technologies,    P.O. Box 225,    Santa Clara, CA 95052-0225
13733655     +Stacy Robinson,    3876 Muirwood Lane,    Roseville, CA 95747-9795
13733656      Stephan van der Feest,    Accordeonlaan 42 3438GD Nieuwegein Nethe
13733657     +Stephen Bywater,    22 Orr Hatch Dr,    Cornwall, NY 12518-1728
13733658     +Stephen Hamner,    51 Gladys St.,    San Francisco, CA 94110-5427
13733660     +Stephen Witty,    3019 Jade Drive,    Harrison, AR 72601-1865
13733661     +Steve Govoni,    938 Moosehead Trail,    Jackson, ME 04921-3009
13733662     +Steve Manos,    226 Center St.,    Suite A-7,    Jupiter, FL 33458-4365
13733663      Steven Cacchione, Acute Air Conditioning,    75 Medway rd Cragieburn Victoria 3064 Au
13733664     +Stolowitz Ford Cowger LLP,    1140 SW 11th Avenue,    Suite 400,    Portland, OR 97205-2490
13733665     +Strategic Counsel Corp,    227 Broadway, Suite 306,    Santa Monica, CA 90401-3441
13733666      Stuart Murray,    75 Westover Road,    Downley, High Wycombe HP13 5th,    ENGLAND
13733667      Sungkyun Lee,    45530 Market way 311 Chilliwack British
13733668     +Suresh Chandra,    101 Bellgrove Drive 3A,    Mahwah, NJ 07430-2263
13733669      Sven Clauw,    Parnassialaan 6 8660 De Panne Belgium
13733672      Synter Resource Group, LLC,    P.O. Box 63247,    North Charleston, SC 29419-3247
13733673      Syvert Holbek Feed,    Kvernhusbakken 6 4900 Tvedestrand Norway
13733674     +Tara Beck,    3101 South Roosevelt,    St Boise, ID 83705-4752
13733675      Terri Avery,    91 Bradley Street Guyra New South Wales
13733676     +Terry Sine,    1154 N Pine St,    Canby, OR 97013-3249
13733678     +Thadius Bolton,    6640 Ditmars St,    Las Vegas, NV 89166-8028
13733679     +Thang Nguyen,    21 Millplace Ct,    Irmo, SC 29063-7768
13733680     +Theron Rodriguez Bitlab LLC,    6302 Settlement Dr.,    Arlington, TX 76001-7617
13733681     +Thierry Beauchesne,    4520 Quarterhorse Ct,    Antioch, CA 94531-9317
13733682     +Thomas Schortmann,    3 Village Green N,    Ste 448,    Plymouth, MA 02360-8803
13733683      Thomas Stiegler,    23 Stewart Drive Werribee Victoria 3030
13733684      Tie Hu, Targetalk Inc.,    28 Empress Ave. 516 North York Ontario M
13733685      Tim Lehming,    Drossener Str. 63 13053 Berlin Germany
13733686     +Tim McGough,    2412 Pinehurst Ln,    Mesquite, TX 75150-1129
13733687     +Tim Oster,    3068 Evergreen Rd,    Pittsburgh, PA 15237-2725
13733689     +Timothy Cyrus,    630 Oldfield Dr SE,    Byron Center, MI 49315-8114
13733690     +Timothy Lam,    6156 Temple City Blvd.,    Temple City, CA 91780-1747
13733691     +Tin Yan Kwok,    9642 Callita Street,    Acradia, CA 91007-7803
13733692      Ting Ma,    China 100083 Beijing   Beijing Room 30-1-
13733693      Tobias Bucher,    Chnuebraechi 7 8197 Rafz Switzerland
13733694      Tobias Neumann,    Buchenweg 30 90556 Seukendorf Germany
13733695     +Toby Brusseau,    Computer Village,    601 12th St,    Rapid City, SD 57701-2419
13733696     +Todd Gould,    Loren Data Corp. PO Box 1438,    Lake Forest, CA 92609-1438
13733697      Tom Bouckaert,    Henri Dunantlaan 20/502 9000 Gent Belgiu
13733698      Tom Postma, PC Central,    Jan Vermeerstraat 41 7545BN Enschede Net
13733699     +Tommy E. Contreras,    855 Folsom Street,    #514,    San Francisco, CA 94107-1180
13733700      Tong Moc,    328 Main Street Toronto Ontario M4C 4X7
13733701      Tony Hoang,    557 Gerrard St. East Toronto Ontario M4M
13733703     +Trenton Bullock,    1072 Mclaren Drive,    Belmont, NC 28012-8674
13733705     +TrueTech Communications,    241 Elinor Ave.,    Mill Valley, CA 94941-1281
13733707     +Tyler Doyle,    2112 Hayden Ave,    Aloona, WI 54720-1547
13733709     +Uniquify, Inc.,    2030 Fortune Drive,    #200,    San Jose, CA 95131-1835
13733710      Uwe Schaum,    Grabenstr. 5 35625 Huettenberg Germany
13733711     +Venkat Balasubramani,    Focal PLLC,    800 Fifth Avenue, Suite 4100,    Seattle, WA 98104-3100
13733712      Verne Riley,    65 Shamley Heath rd Kureelpa Queensland
13733713     +Vicki Schwarz,    305 W Fullerton 1E,    Chicago, IL 60614-2816
13733714     +Victor Feng, VIP Networks,    43532 Ocaso Corte,    Fremont, CA 94539-5632
13733717     +Vkal Design LLC,    2290 Ringwood Ave.,    Suite C,    San Jose, CA 95131-1718
13733718     +Vladimir Fefer,    2620 W Greenleaf,    1W,    Chicago, IL 60645-3298
```

```
13733719      +WaltherCorp LLC,    1342 Virginia Ave,    Havertown, PA 19083-2020
13733721      +Warren Tsang,    LogicShark Consulting,    274 Madison Avenue,    Suite # 1804,
                New York, NY 10016-0716
13733722      +Wayne Connors,    13514 Tufts Pl,    Tampa, FL 33626-2947
13733723       Weng Kay Poon,    44 Choa Chu Kang Street 64 #09-19,    Singapore 689105
13733724       Wenxie Hu,    Rico Kohki (Hong Kong) Limited Wenxie HU
13733725       Werner Artz,    habergasse 4 82380 Pei? enberg Germany
13733726       Will McGirr,    39 Bruton Place Winnipeg Manitoba R2N 2V
13733727      +Will Wong,    500 Oracle Parkway,    Redwood City, CA 94065-1677
13733728       William CHEVALLIER,    15 RUE DES BASSES    MATHOUZINES 95170 DEU
13733729      +William Courtright,    146 Escolta Way,    San Francisco, CA 94116-2940
13733730      +William Peace,    14821 N Hana Maui Dr,    Phoenix, AZ 85022-3656
13733731      +William Schmitt,    33 Paffendorf Dr,    Newburgh, NY 12550-1717
13733732       William Smith,    Fricourt, Grande Maison Road,    Vale Guernsey HG1 3LH UK
13733733      +William Walther,    WaltherCorp LLC,    1342 Virginia Ave,    Havertown, PA 19083-2020
13733734       Wim Vandeputte,    Oostveld Kouter 13,    9920 Lovendegem,    Flanders (Belgium)
13733735       Wolfgang Riedel,    Wilmersdorfer Str.3 D-14959 Trebbin Germ
13733736      +World Electronics,    3000 Kutztown Road,    Reading, PA 19605-2617
13733739      +Xiwen Wang,    165 BAYSHORE DR.,    BRECHIN Ontario L0K 1B0,    Canada
13733741      +Xunyu Yang,    15223 Edgemoor St,    San Leandro, CA 94579-1631
13733743      +Yazz Atlas, EntropyWorks Inc.,    1429 E. Aloha St.,    Seattle, WA 98112-3931
13733744      +Yichun Catherine Liu,    502 Rudbeckia PL,    Gaithersburg, MD 20878-4050
13733745       Yipu Xue,    229 Lady Nadia Drive Vaughan Ontario L6A
13733746      +Youssef Raiss-Elfenni,    6322 Dakine Circle,    Springfield, VA 22150-1193
13733750      +Zhao Fu,    191 West Woodruff Ave,    Columbus, OH 43210-1117
13733751       Zhichao Chen,    3165 Russell St Apt 406 Windsor Ontario
13733752      +Zhichao Zhang,    760 North Mary Ave,    Sunnyvale, CA 94085-2908
13733753      +Zhongwei Ni,    4170 Main St,    B3-182,    Flushing, NY 11355-3823
13733754      +Zuber Lawler & Del Duca LLP,    777 S. Figeroa Street,    37th Floor,    Los Angeles, CA 90017-5800
13733361      +hani hajje,    708 clay St.,    Ashland, OR 97520-1420
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: jessica.mickelsen@kattenlaw.com Jun 12 2014 02:03:55     Jessica M. Mickelsen,
                Katten Muchin Rosenman LLP,    2029 Century Park E 26th Fl.,    Los Angeles, CA  90067-3012
aty           +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Jun 12 2014 02:04:49     Julie M. Glosson,
                Office of the United States Trustee,    235 Pine St. #700,    San Francisco, CA 94104-3484
smg            EDI: EDD.COM Jun 12 2014 01:48:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jun 12 2014 01:48:00      CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            EDI: IRS.COM Jun 12 2014 01:48:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
ust           +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Jun 12 2014 02:04:49     Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    235 Pine St,    Suite 700,
                San Francisco, CA 94104-2745
13733263       E-mail/Text: jasmin.merced@wolterskluwer.com Jun 12 2014 02:05:34     CT Corp.,    P.O. Box 4349,
                Carol Stream, IL 60197-4349
13733708      +E-mail/Text: ulinecollections@uline.com Jun 12 2014 02:05:17     Uline,    12575 Uline Drive,
                Pleasant Prairie, WI 53158-3686
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13733203       Andy Lo,    Celestica 581 S. Unionville Ave Markham
13733260       Craig Beech,    email address only]
13733269       Dan Das Mann
13733332       Eric Sala,    Carrer Parellada  28 1r 4a 08030 Barcelo
13733373       Ivan Kondrat'ev,    13 Parkovaya 16-2-8 Moscow Moscow 105077
13733385       James Tsuei,    C/O Ms. Cecilia Leung, Room 1008 Heng Ng
13733447       Kamal Sohal,    7 Renault Road Reading Berkshire RG5 4EY
13733493       Marisa Coppersmith
13733530       Mohit Kalram,    2A/73 Punjabi Bagh West New Delhi Delhi
13733558       Patrick Levell,    6350 Dorchester Road Apt 116 Niagara Fal
13733566       Peter Harris,    538 Birmingham Road Bromsgrove Worcester
13733574       Peter Tipple,    30 St Andrews Terrace Ashington Northumb
13733580       Piotr Kwiecien,    80 Delancey Street Flat B Ground Floor L
13733589       Raul Vasquez
13733598       Rick Bahr-Advisor
13733605       Robert Hall
13733608       Robert Stehr,    Stehr Music Proctions Waaienberg 58 2716
13733617       Russell Sneddon,    name address missing
13733630       Scott Darling
13733637       Sergey Pushkin,    Oleynikova 33 Krasnoyarsk Russian Fed? r
13733645       Shawn Ayotte
13733647       Sierra Photo Express
13733649       Simon Hausdorf,    SIMON HAUSDORF LANGKOFELWEG 11A BERLIN,
13733652       Siraj Patel,    135 Shear brow Blackburn Lancashire BB1
13733654       Sonny Mirador
13733659       Stephen Huckvale,    55 Thornbury Rd , Walsall West midlands
13733670       Sven Ernst,    Alte Weingartener Str 1 76227 Karlsruhe
13733671       Sylvia Sim,    Pmart Network Sdn Bhd Lot 2975, Plot 6,
13733677       Thad McBron
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
13733688      Timo Schildknecht,    APDO 10034 Can Ramell 07819 Jesus  Ibiza
13733702      Tore Henriksen,    Implement??rene as  Lystheia 18 4817 His
13733704      Trevor Watson Prestige Trophies & Engrav,     1 Gaine Court Bayswater North  Melbourne
13733706      Tudor Vaida
13733715      Victor Munoz,    Condor 1107 depto 1402 Santiago Santiago
13733716      Viktor Schwarz, K. Melliger & S??hne AG,    Tobelm? hlestrasse 5 7270 Davos Platz Sw
13733737      WY Gost,    Building A,    Haocheng Tech Park, Yanshan
13733720      Warren Miller,    57 dongola road 1st floor london london
13733738      Xavier Conangla,    Pujades 350 4a Planta 08019 Barcelona Ba
13733740      Xu Zhang,    xu zhang 15 stratford AVE denistone New
13733742      Yasuo Ino,    1-1-1-808 Minami-kasai Edogawa-ku Tokyo
13733747      Yui Kwan Law,    Law Room 711 Block B 9 Lung Wah Street K
13733748      Zach Halley,    Fieldstone Tramore Co. Waterford 0000 Re
13733749      Zbigniew Armatys,    Interaktywny Powiat Tarnowski Zbigniew A
ptcrd*       +Edward Hammond,    3103 Powell Cir.,    Austin, TX 78704-6343
ptcrd*       +Grant Pederson,    12538 Botanical Ln.,    Frisco, TX 75035-0433
ptcrd*       +Timothy Lam,    6156 Temple City Blvd.,    Temple City, CA 91780-1747
13733278     ##+Daniel Williams,    10211 Portland Road,    Silver Spring, MD 20901-2023
13733491     ##Mardi Jackson F8 Mobile Inc.,    50 Sunset Way,    Sausalito, CA 94965-9741
13733618     ##+Ryan Casey,    904 NE 157th Ave,    Portland, OR 97230-5462
                                                                           TOTALS: 43, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:

```
              Ashley McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Ashley McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               rojeda@bakerlaw.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
              Patrick Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com,
               info@focallaw.com
                                                                                       TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 7 on 5/9/14 and was converted to a case under chapter 11 on 6/4/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hashfast Technologies LLC
649 Mission Street, 5th Floor
San Francisco, CA 94105

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 14−30725 | 38−3913245 |

Attorney for Debtor(s) (name and address):
Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067−3012
Telephone number: (310)788−4425

## Meeting of Creditors
Date: **July 8, 2014**     Time: **10:30 AM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **10/6/14**     For a governmental unit: **Must file before 180 days after the date relief was entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** 235 Pine Street, 19th floor (94104) Post Office Box 7341 San Francisco, CA 94120 Telephone number: 415−268−2300 | **For the Court:** Clerk of the Bankruptcy Court: Edward J. Emmons |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/11/14 |

# EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at http://www.canb.uscourts.gov. In the Quick Links section, click on "File an Electronic Proof of Claim." You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices