KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No.<br><br>Chapter 11<br><br>**DECLARATION OF MONICA HUSHEN IN SUPPORT OF DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF** |

I, Monica Hushen, hereby declare under penalty of perjury,

1. I am the Chief Financial Officer of HashFast Technologies LLC ("HashFast Technologies") and authorized representative of HashFast LLC ("HashFast" and, together with

1

HashFast Technologies, the "Debtors").[1] I am generally familiar with the Debtors' day-to-day operations, business affairs, and books and records.

2. HashFast Technologies has never transferred or sought to transfer its assets beyond the reach of its creditors; rather, HashFast Technologies has only continued to operate its business in the ordinary course.

3. HashFast Technologies complied with all of the requirements of the Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief (the "Stipulated Order") [HashFast Technologies Doc. No. 31] during its involuntary case.

4. Unless the Debtors are able to sell their inventory and deliver their finalized products, their business operations will be severely disrupted, the Debtors' ability to generated revenue will be impaired, the Debtors' sale or reorganization efforts may be hampered and all of the Debtors' creditors will be injured.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: June 17, 2014

Monica Hushen
Chief Financial Officer of HashFast
Technologies LLC and authorized
representative of HashFast LLC

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Amended Stipulation and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief.

2

US_1056142275 385402-0000 6/17/2014 1:19 PM