KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF**<br><br>[Proposed] Hearing<br>Date: June 27, 2014<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 19th Floor<br>      San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

1

**TO THE UNITED STATES TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, AND ANY PARTY-IN-INTEREST AND THEIR COUNSEL**:

**PLEASE TAKE NOTICE THAT** that on June 27, 2014, at 10:00 a.m. ("Hearing Date), on the 19th Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104, the above-captioned debtors and debtors in possession (the "Debtors") seek to move this Court (the "Motion") to amend the *Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "Stipulated Order") [Doc. No. 31]. The Motion is to clarify that the Debtors may sell their inventory in their own judgment, in the ordinary course of business without being subject to the strictures of the Stipulated Order. The Debtors have filed, concurrently herewith, an Application to Shorten Time on the Motion. Should the Court set another date and time for the hearing, the Debtors will notice that new date and time.

The Motion is made pursuant to Section 363 of the United States Bankruptcy Code, Local Bankruptcy Rules 9013-1 and 9006-1, and other applicable rules of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Bankruptcy Local Rules. This Motion is based upon the concurrently filed Memorandum of Points and Authorities, the Declaration of Monica Hushen, the pleadings, papers, or other matters contained in the Court's file, judicial notice of which is respectfully requested, and any oral argument of counsel to be presented on the Hearing Date.

Dated: June 18, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
[Proposed] Counsel for Debtor and Debtor-In-Possession HashFast Technologies LLC and HashFast LLC

2