KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>**DECLARATION OF JESSICA M. MICKELSEN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF** |

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION TO AMEND THE STIPULATED AND FURTHER ORDER [DOCKET NO. 31]

100634159v1

Case: 14-30725    Doc# 73    Filed: 06/18/14    Entered: 06/18/14 16:35:46    Page 1 of 3

# DECLARATION OF JESSICA M. MICKELSEN

I, Jessica M. Mickelsen, hereby declare as follows:

1. I am an attorney at Katten Muchin Rosenman LLP, which serves as counsel for above-captioned debtors and debtors-in-possession, Hashfast Technologies LLC and Hashfast LLC (the "Debtors"). I have personal knowledge of the facts set forth below, to which I could and would testify if called upon to do so.

2. This Declaration is submitted in support of Debtors' *ex parte* application ("Application") to set a hearing on their motion (the "Motion") to amend the *Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "Stipulated Order") [Doc. No. 31] on June 27, 2014, at 10 a.m.

3. The Motion is being brought to clarify that the Debtors may sell their inventory in their own judgment, in the ordinary course of business, without being subject to the strictures of the Stipulated Order. The factual basis in support of the Motion is set forth in the concurrently filed *Declaration of Monica Hushen In Support of the Motion*.

4. The reason for this request to shorten time on the Motion is so that the Debtors may operate their business and sell their inventory in the ordinary course of business, pursuant to Section 363 of the United States Bankruptcy Code ("Code"), as further set forth in the Motion. Another reason for this request to shorten time is so that the Motion may be heard on the same date and time as the other matters set to be heard on June 27, 2014, at 10 a.m., in the above-captioned case. Setting the Motion on the same date and time as the other matters helps to preserve judicial economy and estate assets.

5. There have been no previous time modifications related to the subject matter of this request, and the effect of the requested time modification on the schedule of this case does not cause any delay or have a negative effect on the administration of this case. By contrast, the

—

2

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER
SHORTENING TIME ON THE MOTION TO AMEND THE STIPULATED AND FURTHER ORDER
[DOCKET NO. 31]

requested time modification assists in consolidating matters on the Court's calendar in regard to this case, assists with the efficiency of case administration, preserves assets of the estate from fees and costs incurred in attending a second hearing in this case on this sole matter, preserves assets of the estate in allowing the Debtors to operate in the ordinary course of business to the benefit of creditors (if the Motion is granted), and of course saves judicial time and resources from hearing this matter on a separate basis.

6. Debtors have not spoken with the potentially interested parties about this Application. Given the relief requested in the Motion, which seeks to modify the Stipulated Order as a result of the conversion to chapter 11 and for the reasons set forth in the Motion, Debtors believe that notice of the filing of the Motion, with an opportunity to be heard at the hearing, suffices to provide any interested party with notice and due process, under the circumstances, to grant the request set forth in the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 18, 2013 at Los Angeles, California.

/s/ Jessica M. Mickelsen
JESSICA M. MICKELSEN

3

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION TO AMEND THE STIPULATED AND FURTHER ORDER
[DOCKET NO. 31]