Signed and Filed: June 19, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge



KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>_____<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**ORDER DENYING DEBTORS' *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF** |

The Court having considered the Debtors' *Ex Parte* Application ("Application") For Order Shortening Time and Setting Hearing on Debtors' Motion to Amend (the "Motion") the *Stipulated*

*and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "<u>Stipulated Order</u>") [Doc. No. 31];

**IT IS HEREBY ORDERED** as follows:

1. The Application is DENIED;

2. Debtor has not complied with BLR 9006-1(c)(4) by requesting a stipulation or even contacting the Appearing Creditors (as defined in the Stipulated Order (Dkt. No.31).

\* \* \*      END OF ORDER    \* \* \*