KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

In re:

HASHFAST TECHNOLOGIES LLC, a California limited liability company,

    Debtor and Debtor-In-Possession

☐ Affects HASHFAST LLC, a Delaware limited liability company,

    Debtor and Debtor-In-Possession

Lead Case No. 14-30725

(Proposed to be) Jointly Administered with:

Case No. 14-30866

**AMENDED *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF**

[Proposed] Hearing
Date: June 27, 2014
Time: 10:00 a.m.
Place: 235 Pine St., 19th Floor
      San Francisco, CA 94104
Judge: Honorable Dennis Montali

FIRST AMENDED EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION TO AMEND THE STIPULATED AND FURTHER ORDER [DOCKET NO. 31]

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby file this amended *ex parte* application ("Application") to set a hearing on their motion (the "Motion") to amend the *Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "Stipulated Order") [Doc. No. 31] on June 27, 2014, at 10 a.m. This Motion is being brought to clarify that the Debtors may sell their inventory in their own judgment, in the ordinary course of business, without being subject to the strictures of the Stipulated Order.

Debtors respectfully request the Court to set this Motion on shortened time so that the Debtors may operate their business and sell their inventory in the ordinary course of business, according to their rights under Section 363 of the United States Bankruptcy Code ("Code"), as further set forth in the Motion. Debtors also respectfully request the Court to set this Motion on shortened time to be heard on the same date and time as the other matters set to be heard on June 27, 2014, at 10 a.m., in the above-captioned case, for the sake of judicial economy and to preserve estate assets.

The basis in support of the Motion is set forth in the concurrently filed *Amended Declaration of Jessica M. Mickelsen* and the previously filed *Declaration of Monica Hushen In Support of the Motion* [Docket No. 68-1]. Debtors have separately noticed the Motion, as proposed to be heard on June 27, 2014, at 10 a.m. In that notice, Debtors indicated that should the Court set another date and time for the hearing, Debtors will notice that new date and time.

Debtors, thus, respectfully request that:

1. The Court enter an order shortening time for a hearing on the Motion, and setting the hearing on June 27, 2014 at 10:00 a.m.;

2

FIRST AMENDED EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION
TO AMEND THE STIPULATED AND FURTHER ORDER [DOCKET NO. 31]

Case 14-30725 Doc# 76 Filed: 06/19/14 Entered: 06/19/14 14:25:05 Page 2 of 3

2. The Court order that no further notice is required on the Motion, if the hearing is set on June 27, 2014 at 10:00 a.m.;

3. The Court authorize that any objections to the relief requested in the Motion be raised at the hearing thereon; and

4. The Court grant Debtors such other and further relief as may be just and proper.

Dated: June 19, 2014

Katten Muchin Rosenman LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
[Proposed] Counsel for Debtors and
Debtors-In-Possession Hashfast
Technologies LLC and Hashfast LLC

FIRST AMENDED EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION
TO AMEND THE STIPULATED AND FURTHER ORDER [DOCKET NO. 31]

Case: 14-30725    Doc# 76    Filed: 06/19/14    Entered: 06/19/14 14:25:05    Page 3 of 3