

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

**Signed and Filed: June 19, 2014**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Lead Case No. 14-30725 |
| | ) |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | ) (Proposed to be) Jointly Administered with: |
| | ) |
| | ) Case No. 14-30866 |
| Debtor and Debtor-In-Possession | ) |
| | ) Chapter 11 |
| _____ | ) |
| | ) **ORDER GRANTING DEBTORS'** |
| □ Affects HASHFAST LLC, a Delaware limited liability company, | ) **AMENDED *EX PARTE* APPLICATION** |
| | ) **FOR ORDER SHORTENING TIME AND** |
| | ) **SETTING HEARING ON DEBTORS'** |
| | ) **MOTION TO AMEND STIPULATION** |
| Debtor and Debtor-In-Possession | ) **AND FURTHER ORDER WITH** |
| | ) **RESPECT TO EMERGENCY MOTION** |
| | ) **OF LIQUIDBITS CORP. FOR ENTRY OF** |
| | ) **AN ORDER APPOINTING A CHAPTER 7** |
| | ) **TRUSTEE PURSUANT TO SECTION** |
| | ) **303(G) OF THE BANKRUPTCY CODE** |
| | ) **OR FOR ALTERNATIVE RELIEF** |
| | ) |

The Court having considered the Debtors' Amended *Ex Parte* Application ("Application")

For Order Shortening Time and Setting Hearing on Debtors' Motion to Amend (the "Motion") the

*Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "Stipulated Order") [Doc. No. 31]; and finding due cause to shorten time on the Motion for the reasons set forth in the Application and the amended declaration of Jessica M. Mickelsen and the declaration of Monica Hushen filed in support of the Motion,

**IT IS HEREBY ORDERED** as follows:

1.      The Application is approved;

2.       The hearing on the Motion shall be set on shortened time for June 27, 2014 at 10:00 a.m.;

3.      No further notice is required; and

4.      Any objections to the relief requested in the Motion may be raised at the hearing.

*END OF ORDER*

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Case: 14-30725   Doc# 78   Filed: 06/19/14   Entered: 06/20/14 00:24:28   Page 2 of 2