**Entered on Docket**
**June 20, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 19, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KATTEN MUCHIN ROSENMAN LLP
   Craig A. Barbarosh (SBN 160224)
2  craig.barbarosh@kattenlaw.com
   650 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7122
   Telephone: (714) 966-6822
4
   Jessica M. Mickelsen (SBN 277581)
5  jessica.mickelsen@kattenlaw.com
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4425
7  Facsimile: (310) 788-4471

8  Peter A. Siddiqui (*pro hac vice*)
   peter.siddiqui@kattenlaw.com
9  525 W. Monroe Street
   Chicago, IL 60661-3693
10 Telephone: (312) 902-5455
   Facsimile: (312) 902-1061
11
   [Proposed] Counsel for Debtor and Debtor-In-Possession
12 HashFast LLC Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Proposed to be) Jointly Administered with: |
| | Case No. 14-30866 |
| Debtor and Debtor-In-Possession | Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | **ORDER GRANTING DEBTORS' AMENDED *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF** |
| Debtor and Debtor-In-Possession | |

The Court having considered the Debtors' Amended *Ex Parte* Application ("Application")

For Order Shortening Time and Setting Hearing on Debtors' Motion to Amend (the "Motion") the

*Stipulated and Further Order with Respect to Emergency Motion of Liquidbits Corp. for Entry of an Order Appointing a Chapter 7 Trustee pursuant to Section 303(g) of the Bankruptcy Code or for Alternative Relief* (the "Stipulated Order") [Doc. No. 31]; and finding due cause to shorten time on the Motion for the reasons set forth in the Application and the amended declaration of Jessica M. Mickelsen and the declaration of Monica Hushen filed in support of the Motion,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved;

2. The hearing on the Motion shall be set on shortened time for June 27, 2014 at 10:00 a.m.;

3. No further notice is required; and

4. Any objections to the relief requested in the Motion may be raised at the hearing.

*END OF ORDER*