Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com
pchesney@gallo-law.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br><br>Debtor | Case No. 14-30725<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019**<br><br>Judge: Hon. Dennis Montali |

1    Rule 2019(b) applies to unaffiliated creditors acting in concert. We have no
2    reason to believe Gallo LLP's (currently 49) unaffiliated clients have any agreement
3    among them, express or implied, regarding the Hashfast bankruptcy or otherwise. Gallo
4    LLP has a separate, written, individually executed agreement with each of them and no
5    joint agreement with any of them. In sum, our clients are not acting in concert to our
6    knowledge and as we understand that term. We have other questions about whether 2019
7    applies to us acting as a law firm on behalf of individual clients.

8    But we have and will often speak for our clients as a group, we believe at least
9    some of our clients sought that advantage in engaging us, and we believe at least some of
10   our clients sought to engage an attorney jointly with other Hashfast customers because
11   sharing an attorney likely would be more cost effective. Accordingly, in an abundance of
12   caution, Gallo LLP files this Rule 2019 statement. We do so without prejudice and
13   reserving all rights, however, and we decline to disclose attorney-client privileged or
14   other confidential matter, such as the content of our agreements with our clients.

15   1.    Gallo LLP currently represents 49 creditors of Hashfast. All are customers
16   of Hashfast who purchased and paid for goods (Bitcoin mining equipment) from
17   Hashfast. Time was of the essence. One of these creditors received partial delivery. Two
18   received their products late. The rest never received the products they paid for at all.
19   These 49 creditors' names, addresses, and dates of retaining Gallo LLP as their attorneys
20   are reflected on Exhibit A attached hereto, which is incorporated by this reference as
21   though repeated here. Exhibit A further states (without prejudice and to our current
22   knowledge and calculation) the value of each creditor's claim on the date of acquisition,
23   and the date of acquisition.

24   2.    As reflected on Exhibit A, each of these creditors retained Gallo LLP as
25   his or its attorney by signing one of three different written agreements for professional
26   services, hereafter referred to as (a) the Hee Agreement, (b) the Mass Arbitration
27   Agreement, or (c) the Bankruptcy Agreement.

28   3.    The facts and circumstances relating to with Gallo LLP's employment by

these persons are as follows:

    a. Gallo LLP has represented Hamilton Hee since about January 22, 2014 when Mr. Hee retained Gallo LLP to represent him in the arbitration of his claim against HashFast Technologies, LLC. Hee is the claimant in the JAMS arbitration styled *Hee v. HashFast Techologies, LLC,* JAMS Reference number 1100076574. That proceeding was stayed by the commencement of this bankruptcy case.

    b. Gallo LLP has represented signers of the Mass Arbitration Agreement beginning on or about January 14, 2014 when the first of these 18 individuals retained Gallo LLP to prosecute refund claims against HashFast Technologies, LLC in arbitration. The last of these individuals retained Gallo LLP on or about May 7, 2014. Each of these 18 individuals is a claimant in one of two arbitrations pending before JAMS: *Alary, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100076577, and *Ash, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100077381. Both of these proceedings were stayed by the commencement of this bankruptcy case.

    c. Gallo LLP has represented signers of the Bankruptcy Agreement beginning on or about May 22, 2014 when the first of 30 additional Hashfast creditors retained Gallo LLP to represent them in this bankruptcy case.

4. Gallo LLP has individual, signed, written contracts for legal services with each of the 49 aforementioned creditors whom we currently represent in this case. We anticipate that we may represent additional creditors.

5. To the best of our knowledge neither Gallo LLP, nor its members, nor any of its employees own, nor have any of them ever owned, any direct claim whatever against the debtor in this case, nor any equity securities of the debtor. We are a law firm and do not compete with the debtor. We do not mine bitcoins or manufacture Bitcoin

mining equipment or components. Without waiving the attorney-client privilege, we note that by operation of law and/or pursuant to the terms of our written agreements with our clients, depending upon those terms (which we decline to disclose), and in connection with our work on our clients' behalf, Gallo LLP could have or acquire liens against or other interests or contingent interests in our clients' claims against Hashfast that would arguably constitute an indirect interest in or claim against the debtor.

6. On the dual grounds of (1) attorney-client privilege, and (2) having no factual basis to believe that our clients are acting in concert and therefore believing that Rule 2019 does not presently apply to our efforts, we decline to disclose our fee arrangements with our clients, or any other privileged matter contained in those privileged agreements or otherwise.

DATED: June 20, 2014

RESPECTFULLY SUBMITTED,

GALLO LLP

By: /s/ *Patrick V. Chesney*
Patrick V. Chesney

I, Ray E. Gallo, certify under penalty of perjury under the law of the United States of America that the foregoing statement is true and correct to the best of my knowledge and information. Executed on June 20, 2014 at San Rafael, CA.

Ray E. Gallo

Page 3

VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019

Case: 14-30725  Doc# 80  Filed: 06/20/14  Entered: 06/20/14 12:00:59  Page 4 of 6

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this bankruptcy case or adversary proceeding. My business address is 1299 Fourth Street, Suite 505, San Rafael, CA 94901.

A true and correct copy of the foregoing document entitled:

**VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019**

will be served or was served in the manner stated below:

**1. To be served by the Court via notice of electronic filing (NEF):** Pursuant to controlling General Order and LBR, the foregoing document will be served via NEF and hyperlink to the document. On June 20, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Peter A. Siddiqui<br>peter.siddiqui@kattenlaw.com<br>Craig A. Barbarosh<br>craig.barbarosh@kattenlaw.com<br>Jessica M. Mickelson<br>Jessica.mickelsen@kattenlaw.com<br>Katten Muchin Rosenman LLP | *Attorneys for debtor HashFast Technologies, LLC* |
| Michael Delaney<br>mdelaney@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditor Koi Systems* |
| Ashley McDow<br>amcdow@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditors UBE Enterprises and Koi Systems* |
| David M. Balabanian<br>david.balabanian@bingham.com<br>Kristen A. Palumbo<br>kristen.palumbo@bingham.com Bingham McCutchen LLP | *Attorneys for creditor Liquidbits Corp.* |
| Christopher D. Sullivan<br>csullivan@diamondmccarthy.com<br>Diamond McCarthy LLP | *Interested Party* |
| Venkat Balasubramani<br>venkat@focallaw.com Focal PLLC<br>800 Fifth Ave., #4100<br>Seattle, WA 98104 | *Attorney for Interested Party Pete Morici* |
| Office of the U.S. Trustee/SF<br>USTPRegion17.SF.ECF@usdoj.gov<br>235 Pine St., Suite 700<br>San Francisco, CA 94104 | *U.S. Trustee* |

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

2. **Served by United States Mail:** On June 20, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | *Petitioning creditor* |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | *Petitioning creditor* |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | *Petitioning creditor* |
| Future Electronics<br>c/o Diane Svendsen<br>41 Main Street<br>Bolton, MA 01740 | *Petitioning creditor* |
| Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94949 | *Attorney for Interested Parties Satish Ambarti and Timefire, Inc.* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 20, 2014.

*[signature]*
Marc van Anda