*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| Antoine Alary | 1516 Lima Ct, San Jose, CA 95126-4255, USA | Mass Arbitration | 1/14/2014 | No product received | 55.64560183 | $41,734.20 | 9/2/2013 |
| Lee Ash | 304 189th PL SW, Bothell, WA 98012, USA | Mass Arbitration | 2/22/2014 | No product received | 56.41128545 | $42,308.46 | 9/28/2013 |
| Max Avroutski | 2223 Bath Ave, Brooklyn, NY 11214, USA | Mass Arbitration | 3/20/2014 | No product received | 47.45023220 | $35,587.67 | 8/26/2013 |
| Jason Cameron Bond | 824 Danville Blvd., Danville, CA 94526, USA | Mass Arbitration | 1/16/2014 | No product received | 61.44688976 | $46,085.17 | 8/18/2013 |
| Alessandro Bottai | Via della Paglia, 44, Rome, RM 153, Italy | Bankruptcy | 6/17/2014 | Received partial product | | $1,765.59 | 11/8/2013 |
| Jeffrey Bradian | 148 Melbourne Ave, Boardman, OH 44512, USA | Mass Arbitration | 1/14/2014 | No product received | 75.07572629 | $56,306.79 | 8/15/2013 |
| Justin Bronder | 633 Villa Centre Way, San Jose, CA 95128, USA | Bankruptcy | 6/4/2014 | No product received | | $4,603.85 | 12/13/2013 |
| Otto Bubenicek | Bundsensweg 7, Hamburg, HH 20537, Germany | Bankruptcy | 6/1/2014 | No product received | | $1,909.07 | 12/11/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| Royce Bui | 636 Spruce st, Winnipeg, MB R3G 2Z1, Canada | Mass Arbitration | 1/29/2014 | No product received | 219.28302900 | $164,462.27 | 8/19/2013 |
| Craig Burke | 608 Sage Hills Dr, Wenatchee, WA 98801, USA | Bankruptcy | 5/28/2014 | No product received | | $6,556.41 | 12/30/2013 |
| Ryan Casey | 904 NE 157th Ave, Portland, OR 97230-5462, USA | Mass Arbitration | 1/19/2014 | No product received | 44.39554278 | $33,296.66 | 8/29/2013 |
| Mike Deming | 1458 Monroe Ave, Rochester, NY 14618, USA | Mass Arbitration | 1/26/2014 | No product received | 61.28904618 | $45,966.78 | 8/26/2013 |
| Aristeidis Dionisatos | 46 North Park Gardens, Belleville, ON k8p2m3, Canada | Bankruptcy | 5/29/2014 | No product received | | $3,812.03 | 11/28/2013 |
| Joshua Dorman | 809 Plockton Ave, Henderson, NV 89012, USA | Mass Arbitration | 1/28/2014 | No product received | 74.32313787 | $55,742.35 | 8/9/2013 |
| Randall Elliott | 202 Jefferson Street, Martinsburg, WV 25401, USA | Bankruptcy | 6/13/2014 | No product received | | $7,555.88 | 10/18/2013 |
| Alvaro Fraguas Jover | Ed. Terratorta B 1-1, Ordino, 5 AD300, AD | Bankruptcy | 5/23/2014 | No product received | | $7,624.57 | 10/24/2013 |

Exhibit A

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| Nicholas Vincent Fusaro | 35 Kohlanaris Dr, Poughkeepsie, NY 12601-1632, USA | Bankruptcy | 5/22/2014 | No product received | | $2,275.17 | 12/5/2013 |
| Ryan Gatchalian | 7594 San Rafael Dr, Buena Park, CA 90620-1532, USA | Bankruptcy | 5/25/2014 | No product received | 533.03811543 | $399,778.59 | 8/13/2013 |
| Price Givens | 103 Orange Blossom Cir, Ladera Ranch, CA 92694, USA | Bankruptcy | 5/22/2014 | No product received | | $7,169.69 | 10/17/2013 |
| Edgar Godoy | 88 Bush St #C2103, Bldg C, San Jose, CA 95126, USA | Mass Arbitration | 1/16/2014 | No product received | 53.11247651 | $39,834.36 | 8/19/2013 |
| Luis Guerrero | 619 E 9th St, San Bernardino, CA 92410, USA | Mass Arbitration | 1/26/2014 | No product received | 74.04170000 | $55,531.28 | 9/25/2013 |
| Larry Han | 100 W Chestnut St., Apt 2104, Chicago, IL 60610, USA | Bankruptcy | 5/25/2014 | Received partial product | | $1,621.11 | 9/23/2013 |
| Harmacolindor Informatikai Kft | Attila Utca 41, Zsambek, PE 2072, Hungary | Mass Arbitration | 1/29/2014 | No product received | 52.24477617 | $39,183.58 | 8/26/2013 |
| Hamilton Hee | 761 Irwindale Ave, Las Vegas, NV 89123, USA | Hee | 1/22/2014 | No product received | 1594.06401648 | $1,195,548.01 | 9/4/2013 |

Exhibit A

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| David R Henson | 47125 Frances Helen Ave., Soldotna, AK 99669, USA | Mass Arbitration | 1/21/2014 | No product received | 89.27399159 | $66,955.49 | 8/31/2013 |
| Intervid FZ LLC | Dubai Internet City, Building 2, Suite 128, Dubai, DU 92777, United Arab Emirates | Bankruptcy | 5/26/2014 | No product received | | $72,300.00 | 1/7/2014 |
| I-Pmart Network Ltd | 17870 New Hope Street, Ste 104-488, Fountain Valley, CA 92708, USA | Bankruptcy | 6/12/2014 | No product received | | $62,332.00 | 12/30/2013 |
| Jeremy Ray Jones | PO Box 1401, Mountain View, AR 72560, USA | Mass Arbitration | 1/24/2014 | No product received | 59.09370000 | $44,320.28 | 8/15/2013 |
| Robert Kulys | 1905 Evergreen Terrace Drive E, Apt 4, Carbondale, IL 62901, USA | Bankruptcy | 6/10/2014 | No product received | | $7,564.33 | 11/19/2013 |
| Frank Lachmann | Rueckerstr. 6, Berlin, BE 10119, Germany | Mass Arbitration | 1/16/2014 | No product received | 40.83505520 | $30,626.29 | 9/2/2013 |
| Andy Lo | 581 South Unionville Avenue, Markham, ON L3R 5G8, Canada | Mass Arbitration | 1/26/2014 | No product received | 48.63515172 | $30,314.48 | 8/23/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| Mick Mantle | 8 Chapel Street, Potton, BDF SG19 2PT, Great Britain | Bankruptcy | 6/3/2014 | No product received | | $2,563.54 | 12/13/2013 |
| Matthew Michael McCormick | 33 Hollandale Ln Apt A, Clifton Park, NY 12065, USA | Bankruptcy | 6/8/2014 | No product received | | $6,565.70 | 11/22/2013 |
| Tim John McGough | 2412 Pinehurst Ln, Mesquite, TX 75250, USA | Bankruptcy | 5/31/2014 | No product received | | $2,020.88 | 10/6/2013 |
| Peter Myers | 4344 East Mulberry Drive, Phoenix, AZ 85018, USA | Bankruptcy | 6/11/2014 | No product received | | $7,627.00 | 12/24/2013 |
| Van Nguyen | 82 Union St, Brooklyn, NY 11231, USA | Bankruptcy | 6/10/2014 | No product received | | $3,920.57 | 11/20/2013 |
| Trent Nathan Park | 14844 W Sunset Blvd, Pacific Palisades, CA 90272, USA | Bankruptcy | 5/24/2014 | Received product after promised date | | $4,466.51 | 10/17/2013 |
| Derek Piper | 3706 Woodmere Way, Bloomington, IN 47403, USA | Bankruptcy | 6/1/2014 | Received product after promised date | | $7,305.58 | 10/3/2013 |

Exhibit A

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| Ales Prikryl | 6838 E 5th Street, Scottsdale, AZ 85251, USA | Bankruptcy | 6/12/2014 | No product received | | $3,897.24 | 12/30/2013 |
| Osric Proctor Jr | PO Box 701, Sandston, VA 23150, USA | Bankruptcy | 6/8/2014 | No product received | | $8,011.50 | 11/19/2013 |
| Sebastian Pawel Schmidt | Felczaka 3/13, Szczecin, ZP 71-412, Poland | Mass Arbitration | 1/27/2014 | No product received | 140.56930658 | $105,426.98 | 8/25/2013 |
| Christopher Shaw | 9620 Sepulveda Blvd, Unit 33, North Hills, CA 91343-3370, USA | Bankruptcy | 5/22/2014 | No product received | | $10,248.48 | 12/20/2013 |
| Matthew Ford Silvia | 30 Oak St, Cohasset, MA 2025, USA | Bankruptcy | 6/4/2014 | No product received | | $6,565.70 | 12/17/2013 |
| Evan Lawrence Skreen | 21205 Torch St., Fort Bliss, TX 79916, USA | Bankruptcy | 6/15/2014 | No product received | | $6,330.21 | 3/4/2014 |
| Aleksandar Slavkov | Braka Kapcevi 27a, Veles, VE 1400, Macedonia | Bankruptcy | 5/22/2014 | No product received | | $2,992.72 | 12/11/2013 |
| David Springer | 4095 Lomar Drive, Mount Airy, MD 21771, USA | Bankruptcy | 5/22/2014 | No product received | | $32,950.99 | 11/9/2013 |

Exhibit A

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Amount of Claim in Bitcoin | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|
| James Thomas | 1679 E 337th St., Eastlake, OH 44095, USA | Bankruptcy | 6/18/2014 | No product received | | $8,725.24 | 11/26/2013 |
| Erik Voorhees | 35 Snowberry Way, Dillon, CO 80435, USA | Mass Arbitration | 5/7/2014 | No product received | 370.03880246 | $277,529.10 | 8/15/2013 |
| Trevor Michael Watson | 1 Gaine Crt, Bayswater North, Melbourne, VIC 3153, Australia | Bankruptcy | 5/26/2014 | No product received | | $6,520.40 | 11/18/2013 |
| | | | | Totals | 3750.26758350 | $3,114,340.77 | |