# Notice Recipients

District/Off: 0971−3    User: dchambers    Date Created: 6/23/2014
Case: 14−30725    Form ID: NTCPOC    Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Hashfast Technologies LLC    100 Bush Street, Suite 650    San Francisco, CA 94103
aty    Craig A. Barbarosh    Katten Muchin Rosenman LLP    650 Town Center Dr. 7th Fl.    Costa Mesa, CA 92626−7122
aty    Peter A. Siddiqui    Katten Muchin Rosenman LLP    525 W. Monroe St.    Chicago, IL 60661−3693
13745956    Eric Tollefson    740 Dillon Ct    Grayslake, IL 60030

TOTAL: 4