TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   DONNA S. TAMANAHA (WI#1013199)
       Assistant United States Trustee
       Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re                               )   No.   14-30725 DM

**HASHFAST TECHNOLOGIES, LLC**,  )   Chapter 11

             Debtor.        )

## APPOINTMENT OF THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

1. **Hamilton Hee**
   761 Irwindale Ave.
   Las Vegas, NV 89123

2. **Sistemas Operativos Sanitarios ca**
   Calle 35 entre Av. 2 y 3 #2-34
   Merida, Venezuela 5101
   Attn: Guido Ochoa

3. **Uniquify, Inc.**
   2030 Fortune Drive #200
   San Jose, CA 95131
   Attn: Robert Smith

4. **Antony Vo**
   319 S. Mitchell St.
   Bloomington, IN 47401

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Case: 14-30725   Doc# 82   Filed: 06/23/14   Entered: 06/23/14 13:33:33   Page 1 of 2

5. **Koi Systems Ltd**
   1191 Center Point Drive
   Suite A
   Henderson, NV 89074
   Attn: Robert Edgeworth

6. **Digimex Ltd.**
   Bel Air on the Peak, Phase 4
   Tower 7, Unit 19A
   Pok Fu Lam, Hong Kong
   Attn: Willem van Rooyen

7. **Peter Morici**
   1430 Patapsco St.
   Baltimore, MD 21230

Dated: June 23, 2014　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　By:　/s/ Donna S. Tamanaha
　　　　　　　　　　　　　　　　　　　　　Donna S. Tamanaha
　　　　　　　　　　　　　　　　　　　　　Assistant United States Trustee