TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   DONNA S. TAMANAHA (WI#1013199)
      Assistant United States Trustee
      Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re                                ) No.    14-30725 DM
                                     )
**HASHFAST TECHNOLOGIES, LLC**,      ) Chapter 11
                                     )
                                     )
           Debtor.                   )

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

<u>Debtor</u>
Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94103

<u>Debtor's Counsel</u>
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

-1-

| | |
|---|---|
| 1 | Jessica M. Mickelsen |
| 2 | Katten Muchin Rosenman LLP |
|   | 2029 Century Park E 26th Fl. |
| 3 | Los Angeles, CA 90067-3012 |
| 4 | Craig A. Barbarosh |
| 5 | Katten Muchin Rosenman LLP |
|   | 650 Town Center Dr. 7th Fl. |
| 6 | Costa Mesa, CA 92626-7122 |
| 7 | <u>Members of Unsecured Creditors Committee</u> |
| 8 | Hamilton Hee |
|   | 761 Irwindale Ave. |
| 9 | Las Vegas, NV 89123 |
| 10 | Sistemas Operativos Sanitarios ca |
| 11 | Attn: Guido Ochoa |
|   | Calle 35 entre Av. 2 y 3 #2-34 |
| 12 | Merida, Venezuela 5101 |
| 13 | Uniquify, Inc. |
| 14 | Attn: Robert Smith |
|   | 2030 Fortune Drive #200 |
| 15 | San Jose, CA 95131 |
| 16 | Antony Vo |
| 17 | 319 S. Mitchell St. |
|   | Bloomington, IN 47401 |
| 18 | |
| 19 | Koi Systems Ltd |
|   | Attention: Brian Edgeworth |
| 20 | 1191 Center Point Drive |
|   | Suite A |
| 21 | Henderson, NV 89074 |
| 22 | Digimex Ltd. |
| 23 | Attn: Willem van Rooyen |
|   | Bel Air on the Peak, Phase 4 |
| 24 | Tower 7, Unit 19A |
|   | Pok Fu Lam, Hong Kong |
| 25 | |
| 26 | Peter Morici |
|   | 1430 Patapsco St. |
| 27 | Baltimore, MD 21230 |
| 28 | |

Request for Special Notice
Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

David M. Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Patrick V. Chesney
Gallo LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Venkat Balasubramani
Focal PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 23, 2014.

By:   /s/                
     Ianthe V. del Rosario