In re   **HashFast Technologies LLC**  ,  Case No. **14-30725**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 400.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Accounts at Silicon Valley Bank, 3003 Tasman Drive, Santa Clara, CA 95054** <br>**Operating Account XXXXXX2418 ($49,069.85)** <br>**Merchant Account XXXXXX8576 ($7,071.16)** <br>**Collateral Account XXXXXX9535 ($20,000.00)** | - | 76,141.01 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Sublease Security Deposit held by 100 Bush Corporation, 100 Bush St., San Francisco CA** | - | 7,774.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers compensation policy from Hartford Casualty Insurance Company dated August 1, 2013** | - | Unknown |
| | | | **D&O insurance policy from Scottsdale Insurance Company dated January 24, 2014** | - | Unknown |
| | | | **General liability insurance policy from Hanover Insurance dated November 6, 2013** | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                   Sub-Total >     **84,315.01**
                                                                  (Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

In re **HashFast Technologies LLC**, Case No. **14-30725**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Employee advance to Eduardo De Castro** | - | 31,087.69 |
| | | **Employee advance to Carmel Manion** | - | 1,221.06 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **California State Tax Refund** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

| | Sub-Total > (Total of this page) | **32,308.75** |
|---|---|---|

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **HashFast Technologies LLC**, Case No. **14-30725**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | License from DxCorr Design Inc. for use of DXCorr Design Inc.'s technology | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment (book value) see attached | - | 55,700.00 |
| 30. Inventory. | | Inventory (book value) see attached | - | 8,502,313.80 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 5.1680623 Bitcoins | - | 2,316.48 |
| | | | Sub-Total > (Total of this page) | 8,560,330.28 |
| | | | Total > | 8,676,954.04 |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**HashFast Technologies LLC Equipment List**

| QTY | MANUFACTURER | DESCRIPTION | LOCATION | TOTAL |
|---|---|---|---|---|
| 2 | Kobalt | 41" Tool Chest (Base Chest and Top Chest) | San Francisco | $1,600.00 |
| 2 | Various | Electronic height adjustable workbench | San Francisco | $2,400.00 |
| 4 | Various | Fixed height workbench | San Francisco | $1,200.00 |
| 1 | BK Precision | 1796: High Current DC Power Supply 0-16V/0-50A | San Francisco | $1,500.00 |
| 1 | CyberPower | OR1500 UPS | San Francisco | $200.00 |
| 1 | Various | Mechanical and electrical tools | San Francisco | $3,500.00 |
| 1 | Daewoo | 2.4 Cu Ft. Refrigerator FR-024RBE | San Francisco | $75.00 |
| 1 | Panasonic | The Genius Sensor 1200W Stainless Steel Microwave Oven | San Francisco | $150.00 |
| 1 | DeLonghi | Lattissima Plus Nespresso Capsule System Coffee Maker | San Francisco | $250.00 |
| 1 | Keurig | Cofee Maker | San Francisco | $50.00 |
| 2 | Unknown | Articulating wall mount for 32" to 50" LCD TVs | San Francisco | $40.00 |
| 16 | Ikea | 60" black table, silver metal legs | San Francisco | $800.00 |
| 26 | Unknown | Black leather swivel office chairs | San Francisco | $1,560.00 |
| 3 | Unknown | Black mesh swivel office chairs | San Francisco | $180.00 |
| 1 | Ikea | Large conference table | San Francisco | $100.00 |
| 1 | Ikea | Large kitchen table | San Francisco | $80.00 |
| 18 | Ikea | Black leather office chairs | San Francisco | $630.00 |
| 4 | Ikea | Yellow Stockholm swivel chair | San Francisco | $1,000.00 |
| 2 | Ikea | Oval (leaf) end table | San Francisco | $50.00 |
| 2 | Unknown | 90" Gray fabric sofa | San Francisco | $200.00 |
| 2 | Ikea | Glass VITTSJÖ nesting coffee table | San Francisco | $100.00 |
| 1 | Unknown | 39" wooden coffee table | San Francisco | $30.00 |
| 2 | Unknown | 8' x 5'4" dark grey shag area rug | San Francisco | $60.00 |
| 1 | Unknown | 21.5" square wooden end table | San Francisco | $25.00 |
| 1 | Various | 25+ pieces of framed artwork and prints | San Francisco | $500.00 |

| Qty | Manufacturer | Description | Location | Value |
|---|---|---|---|---|
| 2 | Unknown | Large 72" wide dry-erase board | San Francisco | $200.00 |
| 4 | Unknown | 36"x24" dry-erase board | San Francisco | $120.00 |
| 1 | Polycom | SoundStation IP 7000 PoE - Conference VoIP phone - SIP | San Francisco | $500.00 |
| 1 | Ubiquiti Networks | UniFi AP Enterprise Wi-Fi System | San Francisco | $50.00 |
| 2 | Samsung | Smart Cam SNH-1011N | San Francisco | $300.00 |
| 1 | HP | LaserJet P1102w | San Francisco | $80.00 |
| 1 | HP | LaserJet Pro 200 color MFP M276nw | San Francisco | $300.00 |
| 1 | HP | LaserJet Pro 400 color MFP M475dw | San Francisco | $600.00 |
| 1 | Plantronics | Wireless Headset Savi 720 (83544-01) | San Francisco | $200.00 |
| 2 | Samsung | DP500A2D All-in-One 21.5" Windows PC | San Francisco | $1,000.00 |
| 1 | Apple | MacBook Pro A1398 | San Francisco | $1,500.00 |
| 2 | Samsung | NP900X Notebook PC | San Francisco | $2,200.00 |
| 1 | Dell | Inspiron 15R 5537 | San Francisco | $500.00 |
| 1 | Asus | X550L Notebook PC | San Francisco | $500.00 |
| 1 | HP | Pavillion Notebook PC | San Francisco | $500.00 |
| 1 | HP | Envy 17 Notebook PC | San Francisco | $800.00 |
| 1 | Samsung | NP940X Notebook PC | San Francisco | $900.00 |
| 1 | Asus | Ubuntu Test Laptop | San Francisco | $300.00 |
| 1 | Asus | 22" HDMI Monitor | San Francisco | $100.00 |
| 1 | Dell | S2340M 23" Monitor | San Francisco | $135.00 |
| 1 | Acer | S231HL 23" Monitor | San Francisco | $135.00 |
| 2 | Philips | 298p4q 29" Monitor | San Francisco | $1,600.00 |
| 1 | Unknown | 42U Server Rack Cabinet | San Francisco | $800.00 |
| 1 | Optoma | H1011 1080P 3000 Lumen Full 3D DLP Projector with HDMI | San Francisco | $600.00 |
| 1 | Central Computer | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | Berkeley | $500.00 |
| 50 | HashFast | Rev 0/1/2/3 boards in various states | Berkeley | $10,000.00 |
| 1 | Various | Lab/Test equipment, PSUs, Fans, Cooling Systems | Berkeley | $15,000.00 |
| | | | **Total** | $55,700.00 |

**HashFast Technologies LLC Inventory List**

| QTY | DESCRIPTION | LOCATION | TOTAL |
|---|---|---|---|
| 15,162 | Golden Nonce ASIC | San Jose | $2,274,300.00 |
| 9,600 | Golden Nonce ASIC (Assembly in Progress) | Korea | $1,440,000.00 |
| 14,880 | 80 Wafers, each wafer makes 186 Golden Nonce ASICs | Korea | $2,232,000.00 |
| 3,432 | Golden Nonce ASIC Substrate | San Jose | $49,420.80 |
| 108 | Golden Nonce ASIC | San Francisco | $28,404.00 |
| 30 | Golden Nonce ASIC | San Francisco | $9,000.00 |
| 31 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Danville | $3,720.00 |
| 12 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Danville | $1,500.00 |
| 20 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Danville | $300.00 |
| 12 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Danville | $240.00 |
| 20 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Danville | $1,500.00 |
| 12 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Danville | $1,080.00 |
| 128 | Rev 1 boards (tested) | Montreal | $39,680.00 |
| 15 | Rev 2 boards (tested) | Montreal | $6,000.00 |
| 98 | Baby Jet Chassis, 1000W PSU, Baby Jet Liquid Cooler, 5 fans, cabling | Montreal | $44,100.00 |

| Qty | Description | Location | Value |
|---|---|---|---|
| 608 | Sierra Chassis, 2 x 850 PSU, 3 x Sierra Liquid Cooler, 3 x 224 CFM Fans | Montreal | $343,520.00 |
| 1 | Sierra Chassis | Montreal | $70.00 |
| 1,673 | Sierra cable kit | Montreal | $16,730.00 |
| 1,868 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Montreal | $224,160.00 |
| 5,286 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Montreal | $396,450.00 |
| 14,267 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Montreal | $214,005.00 |
| 1,864 | Indium Foil Squares | Montreal | $3,728.00 |
| 158 | Rev 0 boards (needs 30 minutes of rework, then test) | Fremont | $60,830.00 |
| 195 | Rev 1 boards (tested) | Fremont | $75,075.00 |
| 100 | Rev 1 boards (tested) | Fremont | $38,500.00 |
| 19 | Rev 1 boards (short detected) | Fremont | $7,315.00 |
| 4 | Rev 1 boards (RMA - untested) | Fremont | $1,540.00 |
| 25 | Rev 1 boards (ready for retest) | Fremont | $9,625.00 |
| 26 | Rev 1 boards (unable to program) | Fremont | $10,010.00 |
| 88 | Rev 1 boards (reset/timeout issues) | Fremont | $33,880.00 |
| 1 | Rev 1 board (will not boot) | Fremont | $385.00 |
| 18 | Rev 1 boards (low hash rate) | Fremont | $6,930.00 |
| 12 | Rev 1 board (not tested since manufacture) | Fremont | $4,620.00 |

| | | | |
|---|---|---|---|
| 32 | Rev 1 boards (from World, missing 8 parts, U23 to U30) | Fremont | $12,320.00 |
| 2 | Rev 1 boards (missing parts) | Fremont | $770.00 |
| 5 | Rev 2 boards (tested) | Fremont | $2,400.00 |
| 1 | Rev 2 board (ready for restest) | Fremont | $480.00 |
| 13 | Rev 2 boards (short detected after GN ASIC swap) | Fremont | $6,240.00 |
| 31 | Rev 2 boards (reset/timeout issues) | Fremont | $14,880.00 |
| 8 | Rev 2 boards (12v power reported as bad) | Fremont | $3,840.00 |
| 20 | Rev 2 boards (tested) | Fremont | $9,600.00 |
| 108 | Rev 2 boards (tested) | Fremont | $51,840.00 |
| 558 | Heatsinks for Rev 0/Rev 1/Rev 2 boards | Fremont | $1,116.00 |
| 6 | Sierra Chassis, 2 x 850 PSU, 3 x Sierra Liquid Cooler, 3 x 224 CFM Fans | Fremont | $3,390.00 |
| 6 | Sierra Chassis | Fremont | $420.00 |
| 2 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Fremont | $240.00 |
| 7 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Fremont | $840.00 |
| 64 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Fremont | $4,800.00 |
| 9 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Fremont | $630.00 |

| Qty | Description | Location | Value |
|---|---|---|---|
| 32 | SIERRA 430 224 CFM COOLING FAN | Fremont | $480.00 |
| 12 | Baby Jet Chassis | Fremont | $960.00 |
| 550 | Yellow/Black Heavy Guage PCIe 12V power cables | Fremont | $2,750.00 |
| 24 | Yellow/Black Heavy Guage PCIe 12V power cables | Fremont | $120.00 |
| 200 | Black Ribbon PCIe 12V power cables | Fremont | $400.00 |
| 600 | Seasonic Jumper Plug | Fremont | $600.00 |
| 12 | Seasonic Power-on Cable | Fremont | $24.00 |
| 30 | Seasonic Power-on Cable | Fremont | $30.00 |
| 12 | Seasonic Power-on Cable | Fremont | $24.00 |
| 30 | Heavy-duty thick AC power cords | Fremont | $30.00 |
| 120 | Sierra cable kit | Fremont | $1,200.00 |
| 1 | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | Fremont | $500.00 |
| 8,800 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $21,472.00 |
| 450 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $1,098.00 |
| 450 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $1,098.00 |
| 214,600 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $154,512.00 |

| | | | |
|---|---|---|---|
| 9,100 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $6,552.00 |
| 9,100 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $6,552.00 |
| 214,800 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $350,124.00 |
| 9,000 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $14,670.00 |
| 9,000 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $14,670.00 |
| 38,800 | IR3566B Digital PWM Controller IC – requires 4 per Yoli board | Fremont | $69,064.00 |
| 9,700 | IR3823MTRPBF PQFN 4x5mm – requires 1 per Yoli board | Fremont | $4,656.00 |
| 40,000 | LTC3855 Dual, Multiphase Synchronous DC/DC Controller (Rev 2 boards) | Fremont | $60,000.00 |
| 1 | GOM-802 Digital Multimeter | Fremont | $400.00 |
| 1 | 1796: High Current DC Power Supply 0-16V/0-50A | Fremont | $1,500.00 |
| 1 | Dual-station pnumatic press liquid cooled manufacturing test system | Fremont | $550.00 |
| 1 | UniFi AP Enterprise Wi-Fi System | Fremont | $50.00 |

| | | | |
|---|---|---|---|
| 1 | Inspiron One 2020 20" All-in-PC | Fremont | $400.00 |
| 1 | 2844 CTP Label Printer | Fremont | $200.00 |
| 1 | HL-5470DW Laser Printer | Fremont | $125.00 |
| 1 | ZP 505 Fedex label printer | Fremont | $250.00 |
| 1 | Ubuntu Test Laptop | Fremont | $300.00 |
| 3 | Ubuntu Test Laptop | Fremont | $900.00 |
| 1 | Dual-station pnumatic press liquid cooled manufacturing test system | Fremont-A | $550.00 |
| 2 | HP ProBook 440 G1 Laptop | Fremont-A | $1,000.00 |
| 10 | Yoli Evo Mining Boards | San Francisco | $12,000.00 |
| 10 | Yoli Evo Mining Boards | San Francisco | $12,000.00 |
| 1 | Yoli Evo Mining Boards | San Francisco | $1,200.00 |
| 2 | Yoli Evo Mining Boards | San Francisco | $3,000.00 |
| 45 | Yoli Evo Mining Boards | San Francisco | $46,800.00 |
| 25 | Yoli Evo Bottom Aluminum Bolster Plate | San Francisco | $575.00 |
| 20 | Yoli Evo Bottom Aluminum Bolster Plate | San Francisco | $360.00 |
| 20 | Indium Foil Squares | San Francisco | $40.00 |
| 128 | Bolster Plates for Rev3 Boards | San Francisco | $2,304.00 |
| 9 | TP-260 thermal pad 200x400mm | San Francisco | $360.00 |
| 2 | POWER SUPPLY 1000W ATX12V 80 PLUS PLATINUM | San Francisco | $400.00 |
| 11 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | San Francisco | $1,320.00 |

| Qty | Description | Location | Price |
|---|---|---|---|
| 6 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | San Francisco | $840.00 |
| 19 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | San Francisco | $1,425.00 |
| 19 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | San Francisco | $285.00 |
| 1 | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | San Francisco | $500.00 |
| 75 | Sierra cable kit | San Francisco | $750.00 |
| 200 | Sierra cable kit | San Francisco | $2,000.00 |
| 5 | Prototype 4U Chassis with beveled front | San Francisco | $500.00 |
| 6 | Sierra Chassis | San Francisco | $420.00 |
| 5 | Baby Jet Chassis | San Francisco | $400.00 |
| 1 | Baby Jet System | San Francisco | $600.00 |
| 1 | Sierra System | San Francisco | $1,500.00 |
| 10 | 1000W+ ATX Power Supplies | San Francisco | $1,500.00 |
| 10 | Liquid Cooling Systems | San Francisco | $1,000.00 |
| | | **Total** | **$8,502,313.80** |