# United States Bankruptcy Court
## Northern District of California

In re **HashFast Technologies LLC**  
Debtor(s)

Case No. **14-30725**  
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **131** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 23, 2014**

Signature **/s/ Monica Hushen**  
**Monica Hushen**  
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.