KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>**DECLARATION OF NO RESPONSE TO HASHFAST TECHNOLOGIES' MOTION FOR ORDER LIMITING SERVICE OF NOTICE OF CERTAIN MATTERS [DOCKET NO. 38] PURSUANT TO B.L.R. 9014-1(B)(4) AND REQUEST FOR ENTRY OF ORDER BY DEFAULT** |

DECLARATION OF NO RESPONSE TO MOTION FOR ORDER LIMITING SERVICE AND REQUEST FOR
ENTRY OF ORDER BY DEFAULT [DOCKET NO. 38]

# DECLARATION OF JESSICA M. MICKELSEN

I, Jessica M. Mickelsen, hereby declare as follows:

1. I am an attorney at Katten Muchin Rosenman LLP, which serves as counsel for the above-captioned debtors and debtors-in-possession, HashFast Technologies LLC ("HashFast Technologies") and HashFast LLC ("HashFast"). (HashFast Technologies and HashFast are collectively referred to hereinafter as the "Debtors.") I have personal knowledge of the facts set forth below, to which I could and would testify if called upon to do so.

2. This Declaration is submitted in support of HashFast Technologies' Motion for Order Limiting Service of Notice of Certain Matters (the "Motion") [Doc. No. 38], filed on June 3, 2014.

3. Pursuant to B.L.R. 9014-1(B)(4), HashFast Technologies requests the relief requested in the Motion because no objection or request for a hearing has been filed or served within 21 days of mailing of the notice, per B.L.R. 9014-1(b)(3)(A)(i). This request for relief by default is being submitted with a proposed order, lodged concurrently herewith, and a copy of the original notice and Motion initiating the request, attached hereto as Exhibit "A," along with a proof of service of the same, attached hereto as Exhibit "B."

4. This request for entry of order by default, along with the related papers, shall be served upon the United States Trustee and the recently appointed Official Committee of Unsecured Creditors, pursuant to B.L.R. 9014-(b)(4)(B) and (C).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 25, 2014 at Los Angeles, California.

_____
JESSICA M. MICKELSEN

2

DECLARATION OF NO RESPONSE TO MOTION FOR ORDER LIMITING SERVICE AND REQUEST FOR ENTRY OF ORDER BY DEFAULT [DOCKET NO. 38]