# EXHIBIT A

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 1 of 23

Case: 14-30725     Doc# 94     Filed: 06/25/14     Entered: 06/25/14 13:13:40     Page 2 of 23

1   KATTEN MUCHIN ROSENMAN LLP
    Craig A. Barbarosh (SBN 160224)
2   craig.barbarosh@kattenlaw.com
    650 Town Center Drive, Suite 700
3   Costa Mesa, CA 92626-7122
    Telephone: (714) 966-6822
4
    Jessica M. Mickelsen (SBN 277581)
5   jessica.mickelsen@kattenlaw.com
    2029 Century Park East, Suite 2600
6   Los Angeles, CA 90067-3012
    Telephone: (310) 788-4425
7   Facsimile: (310) 788-4471

8   Peter A. Siddiqui (*pro hac vice*)
    peter.siddiqui@kattenlaw.com
9   525 W. Monroe Street
    Chicago, IL 60661-3693
10  Telephone: (312) 902-5455
    Facsimile: (312) 902-1061
11
    [Proposed] Counsel for Debtor
12  HashFast Technologies LLC

13              UNITED STATES BANKRUPTCY COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16  In re:                              )  Case No. 14-30725
                                        )
17  HASHFAST TECHNOLOGIES LLC, a        )  Chapter 7
    California limited liability company, )
18                                      )  **DEBTOR'S MOTION FOR ORDER**
         Debtor.                        )  **LIMITING SERVICE OF NOTICE OF**
19                                      )  **CERTAIN MATTERS**
                                        )
20                                      )  [Notice and Opportunity for Hearing Pursuant
                                        )  to Local Rule 9014-1]
21                                      )
                                        )
22                                      )

23  **TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE,**
24  **THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

25       **PLEASE TAKE NOTICE THAT** the above-captioned debtor (the "Debtor") hereby

26  moves (this "Motion") this Court for an order limiting service of notice of certain matters, and

27  provides this notice and opportunity for hearing pursuant to Bankruptcy Local Rule ("Local

28  Rule") 9014-1 of the United States Bankruptcy Court for the Northern District of California

Case: 14-30725     Doc# 38     Filed: 06/03/14     Entered: 06/03/14 18:15:36     Page 1 of
                                        1
                                       10
US_100393387v1_385402-00001 6/3/2014 6:05 PM

1  ("Northern District").  Any objection to the requested relief, or a request for hearing on the matter,

2  must be filed and served upon the initiating party within 21 days of mailing this notice.  A

3  request for hearing or objection must be accompanied by any declarations or memoranda of law

4  the party objecting or requesting wishes to present in support of its position.  If there is not a

5  timely objection to the requested relief or a request for hearing, the Court may enter an order

6  granting the relief by default.  If there is a timely objection, the initiating party will give at least 7

7  days written notice of hearing, or the tentative hearing date, to the objecting or requesting party,

8  and to any trustee or committee appointed in the case.

9          This Motion is made pursuant to sections 105(a) and 1107 of Title 11 of the United States

10  Code (the "Bankruptcy Code"), Rule 2002 of the Federal Rules of Bankruptcy Procedure (the

11  "Bankruptcy Rules"), and applicable provisions of the Local Bankruptcy Rules (the "Local

12  Rules") of the Northern District, and is based on the Memorandum of Points and Authorities

13  below, other papers of record, and upon such further papers and evidence as may be filed in

14  connection with the Motion and such oral argument as may be presented.

15  Dated: June 3, 2014                          KATTEN MUCHIN ROSENMAN LLP
                                                 Jessica M. Mickelsen
16                                               Peter A. Siddiqui

17

18                                               By: /s/ Jessica M. Mickelson
                                                 [Proposed] Counsel for Debtor
19                                               Hashfast Technologies LLC

20

21

22

23

24

25

26

27

28

2

Case: 14-30725   Doc# 38   Filed: 06/03/14   Entered: 06/03/14 18:15:36   Page 2 of
10
US_100393387v1_385402-00001 6/3/2014 6:05 PM

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 3 of 23

Katten
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION

The above-captioned debtor (the "Debtor") hereby moves (this "Motion") this Court for entry of an order, retroactive to the filing of this Motion, limiting service of certain notices of hearings, applications, motions, stipulations, and other matters, including the Debtor's concurrently filed non-hearing Motion to Convert To Chapter 11 and all subsequently filed First Day Motions, on the following parties, as applicable: (1) the Debtor; (2) counsel for the Debtor; (3) the United States Trustee; (4) the Debtor's twenty (20) largest unsecured creditors; (5) the creditors listed on the petitioning creditors' matrix who do not receive ecf notifications; (6) the creditors who receive ecf notifications; (7) California Franchise Tax Board; (8) Chief Tax Collection Section; (9) California Employment Development Dept; (10) if or when appointed, counsel for an official committee of unsecured creditors; (11) any party directly affected by a particular motion; and (12) all other counsel, creditors, and parties-in-interest who have filed a request for special notice and service of papers with the clerk of this Court.

## I.

## JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## II.

## LEGAL BASIS AND RELIEF SOUGHT

The statutory predicates for relief sought herein are sections 105(a) and 1107 of the Bankruptcy Code, Rule 2002 of the Bankruptcy Rules, and Local Rules 2002-1, 9013-1, and 9014-1. Bankruptcy Rule 2002 requires that certain notices be given to all creditors and equity security holders in bankruptcy cases. Pursuant to Bankruptcy Code Section 105(a), this is an order that is necessary or appropriate for the efficient administration of the bankruptcy estate.

Case: 14-30725   Doc# 38   Filed: 06/03/14   Entered: 06/03/14 18:15:36   Page 3 of 10
US_100393387v1_385402-00001 /6/3/2014 6:03 PM

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 4 of 23

# III.

## ARGUMENT AND LIMITED NOTICE PROCEDURES

### A.  <u>Limited Notice Procedures.</u>

As of the Petition Date, the Debtor had over 1,000 parties to be served in this case. Providing notice of all matters to all creditors and interested parties in this case would be extremely costly, inefficient and time-consuming. Serving all parties in interest in this case with all of the notices contemplated under Bankruptcy Rule 2002 will result in substantial expense to the estate without any apparent attendant benefits.  By contrast, an order limiting notice will facilitate the service of notice to those parties who wish to be active participants in this case.

Additionally, as this case initially was filed by the petitioning creditors, with notice provided, the most interested and active parties have received notice already, along with many of the Debtor's creditors.  And, the Debtor believes that the proposed limited notice still protects the parties' right to be heard.

The Debtor, therefore, submits that in light of the large number of creditors and interested parties in this case, an order limiting service of notice of certain matters is necessary or appropriate to carry out the efficient administration of this estate.  The Debtor respectfully requests the Court to limit service of certain notices of hearings, applications, motions, stipulations, and other matters to the parties (the "Notice Parties"), including the Debtor's non-hearing Motion to Convert To Chapter 11 and all First Day Motions, to the following Notice Parties, as applicable:

1. The Debtor;

2. Counsel for the Debtor;

3. The United States Trustee;

4. The Debtor's twenty (20) largest unsecured creditors;

5. The creditors listed on the petitioning creditors' matrix who do not receive ecf notifications;

6. The creditors who receive ecf notifications;

7. California Franchise Tax Board;

4

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 5 of 23

8.   Chief Tax Collection Section;

9.   California Employment Development Dept;

10.  If or when appointed, counsel for an official committee of unsecured creditors;

11.  Any party directly affected by a particular motion; and

12.  All other counsel, creditors, and parties-in-interest who have filed a request for special notice and service of papers with the clerk of this Court.

The matters to be specifically excepted from this limitation of service of notice are the following:

a.   Any continued or additional meetings of creditors pursuant to Bankruptcy Code Section 341(a);

b.   The time for filing proofs of claim;

c.   The time fixed for filing objections to, and the hearing to consider, approval of any proposed disclosure statement;

d.   The time fixed for filing objections to, and the hearing to consider, confirmation of any proposed plan of reorganization;

e.   The time fixed for accepting or rejecting a proposed modification of a plan of reorganization; and

f.   any other proceedings for which the Court orders further notice.

Granting such relief is an acceptable use of the power bestowed upon the Court.

**B.   Order Granting Motion; Special Notice Requests**

The order shall explain that the Debtor shall serve all papers filed in this case on any party who requests to be included on the Debtor's service lists in this case. Such a request may be made by filing a request for special notice with the Court and properly serving said request on the Debtor's bankruptcy counsel. (See Proposed Order as Exhibit A hereto.)

**C.   Email Service.**

For additional savings to the estate (in the form of, among other things, reduced postage and copying costs) and for expediency, given the time it takes for regular mail to arrive at its destination, the Debtor further seeks authorization to serve all documents, via email, on those

5

entitled to receive service under the above notice procedures or otherwise. The Debtor makes this request as it is a technology company that deals in most transactions with its company by email and, thus, has its creditors' email addresses readily on hand.

## IV.

## CONCLUSION

Based on the foregoing, the Debtor respectfully requests the Court to grant this Motion, retroactive to the filing of it, and enter an order limiting the service required as requested herein and permitting service by email.

Dated: June 3, 2014

KATTEN MUCHIN ROSENMAN LLP
Jessica M. Mickelsen
Peter A. Siddiqui


By:/s/ Jessica M. Mickelson
[Proposed] Counsel for Debtor
Hashfast Technologies LLC

6

# EXHIBIT A

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor
HashFast LLC Technologies LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>        Debtor. | ) Case No. 14-30725<br>)<br>) Chapter 7<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DEBTOR'S MOTION FOR ORDER**<br>) **LIMITING SERVICE OF NOTICE OF**<br>) **CERTAIN MATTERS**<br>)<br>)<br>)<br>) |

This matter having come before this Court on the debtor HashFast Technologies LLC's ("Debtor") motion for an order limiting service of notice of certain matters (the "Motion"); and the Court having reviewed the Motion; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED;

2. Service of certain notices of hearings, applications, motions, stipulations, and other matters is hereby limited to the following creditors and interested parties (the "Notice Parties"), including the Debtor's non-hearing Motion to Convert To Chapter 11 and all First Day Motions:

   a. The Debtor;

   b. Counsel for the Debtor;

   c. The United States Trustee;

   d. The Debtor's twenty (20) largest unsecured creditors;

   e. The creditors listed on the petitioning creditors' matrix who do not receive ecf notifications;

   f. The creditors who receive ecf notifications;

   g. California Franchise Tax Board;

   h. Chief Tax Collection Section;

   i. California Employment Development Dept;

   j. If or when appointed, counsel for an official committee of unsecured creditors;

   k. Any party directly affected by a particular motion; and

   l. All other counsel, creditors, and parties-in-interest who have filed a request for special notice and service of papers with the clerk of this Court.

3. This Order is retroactive to the date of filing of the Motion;

4. Any further party who so desires to be included on the Debtor's service lists in this case may file a request for special notice with the Court and properly serve said request on the Debtor's bankruptcy counsel. Upon filing and receipt of service, the Debtor shall serve all papers filed in this case on any such party who filed and served such a request;

5. The Debtor may service all documents, via email, on those entitled to receive service under this Order; and

2

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

6.　　　This Court shall retain jurisdiction over all matters relating to this Order.

*END OF ORDER*

## File a Motion:

14-30725 Hashfast Technologies LLC
Type: bk        Chapter: 7 i        Office: 3 (San Francisco)
Judge: DM

**U.S. Bankruptcy Court**

**Northern District of California**

Notice of Electronic Filing

The following transaction was received from Jessica M. Mickelsen entered on 6/3/2014 at 6:15 PM PDT and filed on 6/3/2014
**Case Name:**        Hashfast Technologies LLC
**Case Number:**        14-30725
**Document Number:** 38

**Docket Text:**
Motion to Limit Notice *Debtor's Motion for Order Limiting Service of Notice of Certain Matters* Filed by Debtor Hashfast Technologies LLC (Mickelsen, Jessica)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Debtor's Motion for Order Limiting Service of Notice of Certain Matters.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=6/3/2014] [FileNumber=27555631-0
] [7236213f8dd063f67e3a7d1f3d8f4a04910a6dcc743fe2912ea5e9129171563996a
e7eb3bb296502a11b18d8e733d7e2560a4df087934d875155e9764d7cdb77]]

**14-30725 Notice will be electronically mailed to:**

Venkat Balasubramani on behalf of Interested Party Pete Morici
venkat@focallaw.com, info@focallaw.com

Patrick Chesney on behalf of Interested Party Gallo LLP
pchesney@gallo-law.com, mvananda@gallo-law.com

Michael Delaney on behalf of Petitioning Creditor Koi Systems
mdelaney@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor Koi Systems
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor UBE Enterprises
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Jessica M. Mickelsen on behalf of Debtor Hashfast Technologies LLC

jessica.mickelsen@kattenlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

Kristen A. Palumbo on behalf of Creditor Liquidbits Corp.
kristen.palumbo@bingham.com

Christopher D. Sullivan on behalf of Interested Party Diamond McCarthy
csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com

**14-30725 Notice will not be electronically mailed to:**

David M. Balabanian on behalf of Creditor Liquidbits Corp.
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4067

Craig A. Barbarosh on behalf of Debtor Hashfast Technologies LLC
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek on behalf of Interested Party Timefire, Inc
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Eric W. Benisek on behalf of Interested Party Satish Ambarti
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Ray E. Gallo on behalf of Interested Party Gallo LLP
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui on behalf of Debtor Hashfast Technologies LLC

Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

# EXHIBIT B

1  KATTEN MUCHIN ROSENMAN LLP
   Craig A. Barbarosh (SBN 160224)
2  craig.barbarosh@kattenlaw.com
   650 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7122
   Telephone: (714) 966-6822
4
   Jessica M. Mickelsen (SBN 277581)
5  jessica.mickelsen@kattenlaw.com
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4425
7  Facsimile: (310) 788-4471
8  Peter A. Siddiqui (pro hac vice)
   peter.siddiqui@kattenlaw.com
9  525 W. Monroe Street
   Chicago, IL 60661-3693
10 Telephone: (312) 902-5455
   Facsimile: (312) 902-1061
11
   [Proposed] Counsel for Debtors
12 HashFast Technologies LLC

13              UNITED STATES BANKRUPTCY COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16 In re:                          ) Case No. 14-30725
                                   )
17 HASHFAST TECHNOLOGIES LLC, a    ) Chapter 7
   California limited liability company, )
18                                 ) **PROOF OF SERVICE**
          Debtor.                  )
19                                 )
                                   )
20                                 )
                                   )
21                                 )

22
   ///
23
   ///
24
   ///
25

26

27

28

US_100593498v1_385402-00004 6/3/2014 3:24 PM

1    STATE OF CALIFORNIA        )

2    COUNTY OF LOS ANGELES     )

3        I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600,

4    Los Angeles, California 90067.

5        On June 3, 2014, I served the foregoing document(s) **(SEE ATTACHED LIST OF DOCUMENTS)** by placing a true copy thereof enclosed in a sealed envelope, addressed as

6    follows:

7    (X)    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal

8    Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed

9    invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10

11    ()    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation

12    Report" confirming the status of transmission.

13    ()    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

14    (X)    By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail

15    transmission.

16    (X)    By Personal Service. I caused a true and correct copy of the above documents to be hand delivered to the person(s) at the address(es) set forth below.

17

18        Executed on June 3, 2014, at Los Angeles, California.

| | |
|---|---|
| David M. Balabanian<br>Law Offices of Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>*Via U.S. Mail* | Timefire, Inc.<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |
| Hon. Dennis Montali<br>U.S. Bankruptcy Court<br>Northern Division of California<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104<br>*Via Personal Delivery* | Edward Hammond<br>3103 Powell Circle<br>Austin, TX 78704-6343<br>*Via U.S. Mail* |
| Grant Pederson<br>12538 Botanical Lane<br>Frisco, TX 75035-0433<br>*Via U.S. Mail* | Satish Ambarti<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., suite 300<br>Lafayette, CA 94549-6833<br>*Via U.S. Mail* |
| | |

2

US_100593498v1_385402-00004 6/3/2014 5:24 PM

Katten
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

| | | |
|---|---|---|
| 1 | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747<br>*Via U.S. Mail* | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661<br>*Via U.S. Mail* |
| 2 | | |
| 3 | | |
| 4 | Edwin E. Smith<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280<br>*Via U.S. Mail* |
| 5 | | |
| 6 | Edwin E. Smith<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>*Via U.S. Mail* | |
| 7 | | |
| 8 | | |
| 9 | Ray E. Gallo, Esq.<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA 94901<br>*Via U.S. Mail* | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via U.S. Mail* |
| 10 | | |
| 11 | | |
| 12 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br>*Via U.S. Mail* | Ashley M. McDow<br>Baker & Hostetler LP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>*Via U.S. Mail* |
| 13 | | |
| 14 | | |
| 15 | Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>*Via U.S. Mail* | |
| 16 | | |
| 17 | | |
| 18 | **LIST OF 20 LARGEST CREDITORS**<br>**SERVED *VIA U.S. MAIL AND EMAIL ONLY, WHERE INDICATED*** | |
| 19 | | |
| 20 | Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148 | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 |
| 21 | | |
| 22 | Davide Cavion<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 | Michael Gao -- *Via Email and U.S. Mail)*<br>c/o Hongqiu Yang<br>105 Tamalpais Point<br>Chapel Hill, NC 27514<br>Urazexo@gmail.com |
| 23 | | |
| 24 | | |
| 25 | DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 |
| 26 | | |
| 27 | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |
| 28 | | |

Katten
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

3

Case: 14-30725   Doc# 39   Filed: 06/03/14   Entered: 06/03/14 18:18:43   Page 3 of 5
US_1009934987_1_383402-00004 6/3/2014 3:24 PM

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 18 of 23

| | | |
|---|---|---|
| 1 | Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Hamilton Hee<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 |
| 2 | | |
| 3 | | |
| 4 | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada | Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074 |
| 5 | | |
| 6 | Craig Beech – *Email only*<br>craigbeech@gmail.com | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425 |
| 7 | | |
| 8 | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp.<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 |
| 9 | | |
| 10 | Uniquify, Inc.<br>2030 Fortune Drive, #200<br>San Jose, CA 95131 | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605 |
| 11 | | |
| 12 | WY Gost – *U.S. Mail and Email*<br>Building A, Haocheng Tech Park<br>Yanshan Avenue, Baoan District Shenzhen<br>China<br>wygost@yahoo.com | Zuber Lawler & Del Duca LLP<br>777 S. Figueroa Street<br>37th Floor<br>Los Angeles, CA 90017 |
| 13 | | |
| 14 | | |

15    () **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

16    (X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17

18                   *Adelle Shafer*

19                 Adelle Shafer

20

21

22

23

24

25

26

27

28

4

Case: 14-30725   Doc# 39   Filed: 06/03/14   Entered: 06/03/14 18:18:43   Page 4 of 5<br>US_100593498v1_385402-00004 6/3/2014 5:24 PM

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 19 of 23

## LIST OF DOCUMENTS

1.    DEBTOR'S MOTION FOR ORDER LIMITING SERVICE OF NOTICE OF CERTAIN MATTERS

2.    ORDER GRANTING DEBTORS' MOTION FOR ORDER LIMITING SERVICE OF NOTICE OF CERTAIN MATTERS

5

Case: 14-30725   Doc# 39   Filed: 06/03/14   Entered: 06/03/14 18:18:43   Page 5 of 5
US_100593498v1_385402-00004 6/3/2014 5:24 PM

Case: 14-30725   Doc# 94   Filed: 06/25/14   Entered: 06/25/14 13:13:40   Page 20 of 23

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

## Miscellaneous:

14-30725 Hashfast Technologies LLC
Type: bk                          Chapter: 7 i                          Office: 3 (San Francisco)
Judge: DM

### U.S. Bankruptcy Court

### Northern District of California

Notice of Electronic Filing

The following transaction was received from Jessica M. Mickelsen entered on 6/3/2014 at 6:18 PM PDT
and filed on 6/3/2014
**Case Name:**        Hashfast Technologies LLC
**Case Number:**      14-30725
**Document Number:** 39

**Docket Text:**
Certificate of Service *Proof of Service* (RE: related document(s)[38] Motion to Limit Notice). Filed by
Debtor Hashfast Technologies LLC (Mickelsen, Jessica)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Proof of Service 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=6/3/2014] [FileNumber=27555652-0
] [291e856cdb0721bafffd5efb02f6d84d1ffb1f15b00cdcdffb27cebf8fdd6fc8c14
0ff5fcfd65379d69a1e6382b05959f68265f3dcb28f2e4622721c00cac6e4]]

**14-30725 Notice will be electronically mailed to:**

Venkat Balasubramani on behalf of Interested Party Pete Morici
venkat@focallaw.com, info@focallaw.com

Patrick Chesney on behalf of Interested Party Gallo LLP
pchesney@gallo-law.com, mvananda@gallo-law.com

Michael Delaney on behalf of Petitioning Creditor Koi Systems
mdelaney@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor Koi Systems
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor UBE Enterprises
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Jessica M. Mickelsen on behalf of Debtor Hashfast Technologies LLC

jessica.mickelsen@kattenlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

Kristen A. Palumbo on behalf of Creditor Liquidbits Corp.
kristen.palumbo@bingham.com

Christopher D. Sullivan on behalf of Interested Party Diamond McCarthy
csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com

**14-30725 Notice will not be electronically mailed to:**

David M. Balabanian on behalf of Creditor Liquidbits Corp.
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4067

Craig A. Barbarosh on behalf of Debtor Hashfast Technologies LLC
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek on behalf of Interested Party Timefire, Inc
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Eric W. Benisek on behalf of Interested Party Satish Ambarti
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Ray E. Gallo on behalf of Interested Party Gallo LLP
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui on behalf of Debtor Hashfast Technologies LLC

Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Case: 14-30725    Doc# 94    Filed: 06/25/14    Entered: 06/25/14 13:13:40    Page 23 of
23