```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                                Case No. 14-30725-DM
Hashfast Technologies LLC                                             Chapter 11
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0971-3          User: dchambers            Page 1 of 1              Date Rcvd: Jun 23, 2014
                              Form ID: NTCPOC            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
db           +Hashfast Technologies LLC,    100 Bush Street, Suite 650,    San Francisco, CA 94104-3932
aty          +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
               Costa Mesa, CA 92626-1989
aty           Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL  60661-3693
13745956     +Eric Tollefson,    740 Dillon Ct,    Grayslake, IL 60030-3374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                                    Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2014 at the address(es) listed below:
              Ashley   McDow    on behalf of Petitioning Creditor   Koi Systems amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Ashley   McDow    on behalf of Petitioning Creditor   UBE Enterprises amcdow@bakerlaw.com,
               rojeda@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com,   mdomer@diamondmccarthy.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael   Delaney    on behalf of Petitioning Creditor   Koi Systems mdelaney@bakerlaw.com,
               rojeda@bakerlaw.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,   ltroxas@hotmail.com
              Patrick   Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat   Balasubramani    on behalf of Interested Party Pete   Morici venkat@focallaw.com,
               sean@focallaw.com
                                                                                             TOTAL: 10

Form NTCPOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Hashfast Technologies LLC<br>Debtor(s) | Case No.: 14−30725 DM 11<br>Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 6/20/14

Claim Number: 50

Creditor: Eric Tollefson

Dated: 6/23/14         For the Court:

                        Edward J. Emmons
                        Clerk of Court
                        United States Bankruptcy Court