Nancy Weng (SBN: 251215)
Anh V. Trinh (SBN: 269958)
Tsao-Wu, Chow & Yee
99 N. First Street, Suite 250
San Jose, CA 95113
(408) 293-6275
(408) 890-4774 fax
nweng@tsaochow.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Hashfast Technologies, LLC<br><br>　　　　　Debtor. | Case No.: 14-30725 DM<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

  I, Nancy Weng, am an attorney representing LookSmart, Ltd., a creditor herein, and I hereby appear in this case. I hereby respectfully request that notification of any hearings set in the above-entitled bankruptcy be sent to:

Nancy Weng

Trinh Law

99 N. 1st St., Suite 200

San Jose, CA 95113

  I hereby request that the above address be included on the Debtor's master mailing list.

Dated: June 26, 2014                     */s/ Nancy Weng*
                                      Nancy Weng
                                      Attorney for LookSmart, Ltd.

NOTICE OF APPEARANCE

Case: 14-30725  Doc# 97  Filed: 06/26/14  Entered: 06/26/14 14:08:22  Page 1 of 6

NORTHERN DISTRICT OF CALIFORNIA

In re
Hashfast Technologies, LLC

Debtor.

Case No.: 14-30725 DM

Chapter 11

CERTIFICATE OF SERVICE

I, Kim Do, declare that I am a resident of or employed in the County of Santa Clara, State of CA. My address is 99 N. First Street, Suite 250; San Jose, CA 95113. I am over the age of eighteen years of age and am not a party to this case.

On June 26, 2014, I served the NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 99 N. First Street, Suite 250; San Jose, CA 95113 addressed as follows:

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122
(714) 966-6822

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 26, 2014, in San Jose, CA.

/s/ Kim Do
Kim Do

NOTICE OF APPEARANCE

Nancy Weng (SBN: 251215)
Anh V. Trinh (SBN: 269958)
Tsao-Wu, Chow & Yee
99 N. First Street, Suite 250
San Jose, CA 95113
(408) 293-6275
(408) 890-4774 fax
nweng@tsaochow.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HUY ANH HUYNH<br><br>    Debtor.<br><hr>HUY ANH HUYNH<br><br>    Movant<br> v.<br><br>JP MORGAN CHASE BANK NA<br><br>    Respondents<hr> | Case No.: 12-50242<br><br>Chapter 13<br><br>ORDER VALUING LIEN OF JP MORGAN CHASE BANK NA |

On March 2, 2012, Debtor filed a motion to value the lien of JP MORGAN CHASE BANK NA (hereinafter Lienholder) against the property commonly known as 1396 Kinsule Ct; San Jose, CA 95121 and more fully described in Exhibit A, filed on March 27, 2012 as document # 23, which lien was recorded in Santa Clara County on or about February 14, 2007 as document 19304118 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

NOTICE OF APPEARANCE

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, JP MORGAN CHASE BANK NA does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§ 506, 1123(b)(5) and 1141 / §§ 506, 1322 (b)(2) and 1327].

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a chapter 13 discharge or completion of plan payments in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

**END OF ORDER**

COURT SERVICE LIST

Chase Home Finance
2210 Enterprise Drive
Florence SC 29501-0000

Officer
JPMorgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH 43240

CT Corporation, Agent for Service of Process
JP Morgan Chase Bank NA
818 W 7th St
Los Angeles, CA 90017

James Dimon, CEO
JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017

Stacy M. Dominguez
Routh Crabtree Olsen, PS
1241 E. Dyer Road
Suite 250
Santa Ana, CA 92705

NOTICE OF APPEARANCE

Nancy Weng (SBN: 251215)
Anh V. Trinh (SBN: 269958)
Tsao-Wu, Chow & Yee
99 N. First Street, Suite 250
San Jose, CA 95113
(408) 293-6275
(408) 890-4774 fax
nweng@tsaochow.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HUY ANH HUYNH<br><br>        Debtor.<br><br>HUY ANH HUYNH<br><br>        Movant<br>    v.<br><br>JP MORGAN CHASE BANK NA | Case No.: 12-50242<br><br>Chapter 13<br><br>EXHIBIT A TO ORDER VALUING LIEN OF JP MORGAN CHASE BANK NA |

NOTICE OF APPEARANCE