BINGHAM MCCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>---<br><br>Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | **Case No. 14-30725 DM**<br><br>[Proposed to be] Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

1

2         I am over eighteen years of age, not a party in this action, and employed in San

3   Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-

4   4067. I am readily familiar with the practice of this office for collection and processing of

5   correspondence for mail/hand delivery/next business day delivery, and they are deposited that

6   same day in the ordinary course of business.

7         On June 26, 2014, I served the following:

8   **LIQUIDBITS CORP.'S OBJECTION TO DEBTOR'S MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(G) OF THE BANKRUPTCY CODE FOR ALTERNATIVE RELIEF**

12  X   (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**Debtor**
Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94103

**Debtor's Counsel**
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

**Debtor's Counsel**
Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

**Debtor's Counsel**
Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

**U.S. Trustee**
U.S. Trustee
Office of the U.S. Trustee - SF
235 Pine Street
Suite 700
San Francisco, CA 94104

CERTIFICATE OF SERVICE

**Members of Unsecured Creditors Committee**

Hamilton Hee
761 Irwindale Avenue
Las Vegas, NV 89123

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

Uniquify, Inc.
Attn: Robert Smith
2030 Fortune Drive #200
San Jose, CA 95131

Anthony Vo
319 S. Mitchell Street
Bloomington, IN 47401

Koi Sytems Ltd.
Attention: Brian Edgeworth
1191 Center Point Drive
Suite A
Henderson, NV 89074

Digimex Ltd.
Attn: Willem van Rooyen
Bel Air on the Peak, Phase 4
Tower 7, Unit 19A
Pok Fu Lam, Hong Kong

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

**Request For Special Notice**

Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Patrick V. Chesney
Gallo LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

Ray E. Gallo
Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Venkat Balasubramani
Focal PLLC
800 Fifth Ave., Suite 4100
Seattle, WA 98104

**Petitioning Creditor**
Edward Hammond
3103 Powell Circle
Austin, TX 78704-6343

**Petitioning Creditor**
Grant Pederson
12538 Botanical Lane
Frisco, TX 75035-0433

CERTIFICATE OF SERVICE

2

| | |
|---|---|
| **Interested Party Timefire, Inc.**<br>Satish Ambarti<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549-6833 | **Petitioning Creditor**<br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747 |
| **U.S. Attorney**<br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | **Interested Party**<br>California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 |
| **Interested Party**<br>Ray E. Gallo, Esq.<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA 94901 | **Interested Party**<br>California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| **Interested Party**<br>Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 | **Counsel for Koi Systems**<br>Ashley M. McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 26, 2014 at San Francisco, California.

/s/ Lisa K. Large

CERTIFICATE OF SERVICE