Nancy Weng (SBN: 251215)
David Anh Trinh (SBN: 269958)
TRINH LAW
99 N. First Street, Suite 200
San Jose, CA 95113
(408) 890-7843 ph
(408) 890-4774 fax
nweng@trinhlawfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 14-30725 DM |
| Hashfast Technologies, LLC | Chapter 11 |
| Debtor. | **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

I, Nancy Weng, am an attorney representing LookSmart, Ltd., a creditor herein, and I hereby appear in this case. I hereby respectfully request that notification of any hearings set in the above-entitled bankruptcy be sent to:

    Nancy Weng
    Trinh Law
    99 N. 1st St., Suite 200
    San Jose, CA 95113

I hereby request that the above address be included on the Debtor's master mailing list.

Dated: June 26, 2014                                                              */s/ Nancy Weng*
                                                                                                                    Nancy Weng
                                                                                                                    Attorney for LookSmart, Ltd.

| | |
|---|---|
| 1 | Nancy Weng (SBN: 251215) |
| 2 | David Anh Trinh (SBN: 269958) |
|   | TRINH LAW |
| 3 | 99 N. First Street, Suite 200 |
|   | San Jose, CA 95113 |
| 4 | (408) 890-7843 ph |
|   | (408) 890-4774 fax |
| 5 | nweng@trinhlawfirm.com |

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | ) Case No.: 14-30725 DM |
|---|---|
|  | ) |
| Hashfast Technologies, LLC | ) Chapter 11 |
|  | ) |
|  | ) **CERTIFICATE OF SERVICE** |
| Debtor. | ) |

I, Kim Do, declare that I am a resident of or employed in the County of Santa Clara, State of CA. My address is 99 N. First Street, Suite 200; San Jose, CA 95113. I am over the age of eighteen years of age and am not a party to this case.

On June 26, 2014, I served the AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 99 N. First Street, Suite 200; San Jose, CA 95113 addressed as follows:

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122
(714) 966-6822

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 26, 2014, in San Jose, CA.

*/s/ Kim Do*_____
Kim Do