Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

[Proposed] Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>□ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 3:14-bk-30725-DM<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No.: 3:14-bk-30866-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

    I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On June 26, 2014, I served the following:

**LIMITED OPPOSITION BY THE COMMITTEE OF UNSECURED CREDITORS TO APPLICATION AUTHORIZING THE RETENTION OF KATTEN MUCHIN ROSENMAN LLP AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a)**

**OPPOSITION TO DEBTOR'S FIRST DAY MOTION FOR AN ORDER (I) APPROVING CONTINUED USE OF EXISTING BANK ACCOUNTS, BUSINESS FORMS, AND CASH MANAGEMENT SYSTEM, AND (II) TO OBTAIN LIMITED WAIVER OF THE REQUIREMENTS OF 11 U.S.C. § 345(b)**

**OPPOSITION TO DEBTORS' MOTION TO AMEND STIPULATION AND FURTHER ORDER WITH RESPECT TO EMERGENCY MOTION OF LIQUIDBITS CORP. FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 7 TRUSTEE PURSUANT TO SECTION 303(g) OF THE BANKRUPTCY CODE OR FOR ALTERNATIVE RELIEF**

X  (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING "NEF"):

The foregoing documents will be served by the court via NEF and hyperlink to the documents.

On June 26, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice of List to receive NEF transmission at the email address(es) indicated below:

Venkat Balasubramani    venkat@focallaw.com, sean@focallaw.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, rojeda@bakerlaw.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Ashley McDow    amcdow@bakerlaw.com, rojeda@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Kristen A. Palumbo    kristen.palumbo@bingham.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

X  (VIA ELECTRONIC MAIL):  On June 27, 2014, the above-listed documents were served on the following person(s) via Electronic Mail at the email address(es) indicated below:

Julie M. Glosson    julie.m.glosson@usdoj.gov


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 27, 2014, at San Francisco, California.


  /s/ Ashley M. McDow
Ashley M. McDow