**Entered on Docket
June 27, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

Signed and Filed: June 26, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br>_____<br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No. 14-30866<br><br>**ORDER GRANTING HASHFAST TECHNOLOGIES' MOTION FOR ORDER LIMITING SERVICE OF NOTICE OF CERTAIN MATTERS** |

    This matter having come before this Court on the motion of the debtor HashFast Technologies LLC (the "Debtor") for an order limiting service of notice of certain matters (the "Motion"); and the Court having reviewed the Motion; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need

be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED;

2. Service of certain notices of hearings, applications, motions, stipulations, and other matters is hereby limited to the following creditors and interested parties (the "<u>Notice Parties</u>"), including the Debtor's non-hearing Motion to Convert To Chapter 11 and all First Day Motions:

   a. The Debtor;
   b. Counsel for the Debtor;
   c. The United States Trustee;
   d. The Debtor's twenty (20) largest unsecured creditors;
   e. The petitioning creditors;
   f. The creditors who receive ecf notifications;
   g. California Franchise Tax Board;
   h. Chief Tax Collection Section;
   i. California Employment Development Department;
   j. The Official Committee of Unsecured Creditors, and when retained, counsel for the Official Committee of Unsecured Creditors;
   k. Any party directly affected by a particular motion; and
   l. All other counsel, creditors, and parties-in-interest who have filed a request for special notice and service of papers with the clerk of this Court;

3. This Order is retroactive to the date of the filing of the Motion;

4. Any further party who so desires to be included on the Debtor's service lists in this case may file a request for special notice with the Court and properly serve said request on the Debtor's bankruptcy counsel. Upon filing and receipt of service, the Debtor shall serve all papers filed in this case on any such party who filed and served such a request;

5. The Debtor may serve all documents, via email, on those entitled to receive service under this Order; and

6. This Court shall retain jurisdiction over all matters relating to this Order.

*END OF ORDER*

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax