UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

In Re:

HASHFAST TECHNOLOGIES LLC            Case No. 14-30725
                                                     Chapter 11
                 Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
## BY HOLLAND & KNIGHT LLP FOR SISTEMAS OPERATIVOS SANITARIOS C.A.

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, W. Keith Fendrick of Holland & Knight LLP hereby files this Notice of Appearance on behalf of Sistemas Operativos Sanitarios C.A. (the "Creditor"), in the above-styled proceeding.

In addition, pursuant to Bankruptcy Rule 2002, the Interested Party requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned law firm.

_____
W. Keith Fendrick, Esq.
Florida Bar No. 0612154
keith.fendrick@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for Sistemas Operativos Sanitarios C.A.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2014, a true and correct copy of the foregoing instrument was furnished via First Class U.S. Mail to the following:

HashFast Technologies LLC
649 Misson Street, 5th Floor
San Francisco, CA 94105
*Debtor*

Craig A. Barbarosh, Esq.
Katten Muchin Rosenman LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626-7122

Jessica M. Mickelsen, Esq.
Katten Muchin Rosenman LLP
2029 Century Park E., 26th Floor
Los Angeles, CA 90067-3012

*Attorneys for Debtor*

U.S. Trustee
Office of the U.S. Trustee / SF
235 Pine Street, Suite 700
San Francisco, CA 941-4

_____
Attorney