KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Signed and Filed: June 27, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| | (Proposed to be) Jointly Administered with: |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Case No. 14-30866 |
| Debtor and Debtor-In-Possession | **ORDER FOR RELIEF** |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | |
| Debtor and Debtor-In-Possession | |

An order for relief under chapter 11 of the United States Bankruptcy Code is hereby entered in the case of *In re HashFast Technologies LLC*, Case No. 14-30725, effective as of June 4, 2014.

*END OF ORDER*