# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: rwong | Date Created: 6/30/2014 |
| Case: 14−30725 | Form ID: pdfeoc | Total: 646 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 13733269 | Dan Das Mann |
| 13733493 | Marisa Coppersmith |
| 13733589 | Raul Vasquez |
| 13733598 | Rick Bahr−Advisor |
| 13733605 | Robert Hall |
| 13733630 | Scott Darling |
| 13733645 | Shawn Ayotte |
| 13733647 | Sierra Photo Express |
| 13733654 | Sonny Mirador |
| 13733677 | Thad McBron |
| 13733706 | Tudor Vaida |

TOTAL: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Ashley McDow | amcdow@bakerlaw.com |
| aty | Christopher D. Sullivan | csullivan@diamondmccarthy.com |
| aty | Jessica M. Mickelsen | jessica.mickelsen@kattenlaw.com |
| aty | Julie M. Glosson | julie.m.glosson@usdoj.gov |
| aty | Kristen A. Palumbo | kristen.palumbo@bingham.com |
| aty | Michael Delaney | mdelaney@bakerlaw.com |
| aty | Nancy Weng | nweng@trinhlawfirm.com |
| aty | Patrick Chesney | pchesney@gallo−law.com |
| aty | Venkat Balasubramani | venkat@focallaw.com |
| aty | W. Keith Fendrick | keith.fendrick@hklaw.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Hashfast Technologies LLC | 100 Bush Street, Suite 650 | San Francisco, CA 94103 | |
| ptcrd | Koi Systems | Units 1403−5, 14/F | 173 Des Voeux Rd. Central | Hong Kong, CN 00000 |
| ptcrd | UBE Enterprises | 7425 Creek Rd. | Sandy, UT 84093 | |
| ptcrd | Timothy Lam | 6156 Temple City Blvd. | Temple City, CA 91780 | |
| ptcrd | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | |
| ptcrd | Grant Pederson | 12538 Botanical Ln. | Frisco, TX 75035 | |
| cr | Liquidbits Corp. | 20201 E. County Club Dr. #1502 | Aventura, FL 33180 | |
| intp | Diamond McCarthy | 150 California Street, Suite 2200 | San Francisco, CA 94111 | |
| intp | Timefire, Inc | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 |
| intp | Satish Ambarti | c/o Eric Benisek | 3685 Mt. Diablo Blvd, Suite 300 | Lafayette, CA 94549 |
| intp | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 | |
| intp | Pete Morici | 800 Fifth Avenue, Suite 4100 | Seattle, wa 98104 | |
| cr | Looksmart Ltd. | Trinh Law Firm | 99 N. 1st St., Suite 200 | San Jose, Ca 95113 |
| crcm | Official Committee Of Unsecured Creditors | Baker &Hostetler, LLP | 16100 Wilshire Blvd. 14th Floor | Los Angeles, CA 90025 |
| cr | Sistemas Operativos Sanitarios C.A. | c/o W. Keith Fendrick, Esq. | Holland &Knight LLP | 100 North Tampa St., Suite 4100 Tampa, FL 33602 |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 650 Town Center Dr. 7th Fl. | Costa Mesa, CA 92626−7122 |
| aty | David M. Balabanian | Law Offices of Bingham McCutchen | Three Embarcadero Center | San Francisco, CA 94111−4067 |
| aty | Eric W. Benisek | Vasquez Benisek and Lindgren LLP | 3685 Mt. Diablo Blvd., Suite 300 | Lafayette, CA 94549 |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661−3693 |
| aty | Ray E. Gallo | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 |
| 13733212 | AQS | 401 Kato Terrace | Fremont, CA 94539 | |
| 13733173 | Aaron Collins | 21851 Schieffer Rd | Colton, OR 97017 | |
| 13733174 | Aaron Grimes | PSC 822 Box 1221 | FPO, AE 09621 | |
| 13733175 | Adam Haverstock | 14236 Maya Circle | Moorpark, CA 93021 | |
| 13733176 | Adam Hennessy | Hennessy Hemp 917 Parkview Blvd | Lombard, IL 60148 | |
| 13733177 | Adam Lenet, Lenit IT Solutions | 88 Farnham Drive Beaconsfield Quebec H9W | | |
| 13733178 | Adamo Di Stefano | 9879 Saint−Firmin Montreal Quebec H2B 2G | | |
| 13733179 | Adrian Clarkson | Software Engineering Services Ltd. | 30 Thistle Green, Swavesey | Cambridge, Cambridgeshire CB24 4RJ, UK |
| 13733180 | Adrian Coroama | 426 Sandra Timis 307065 Romania | | |
| 13733181 | Adrian Pop | 62 Goodview Rd Unit 85 | Toronto, Ontario Canada M2J2K6 | |
| 13733182 | Ahmed Muhsin | 11410 Nagel St | Hamtramck, MI 48212 | |
| 13733183 | Alan Richardson | 11975 Greywing Court Reston VA 20191 | Silver Springs, MD 20906 | |
| 13733184 | Ales Prikryl | 6838 E 5th Street | Scottsdale, AZ 85251 | |

| | | | |
|---|---|---|---|
| 13733185 | Alex Filippov | 12 Sherborne Cir | Ashland, MA 01721 |
| 13733186 | Alexander Roganov | 1881 Willoughby Ave | Ridgewood, NY 11385 |
| 13733187 | Alexander Stroh | Waagenstr.39 40229 Dusseldorf Germany | |
| 13733188 | Alexander Young | 5015 N Avenida De La Colina | Tanque Verde, AZ 85749 |
| 13733189 | Alexey Minchenkov | Asafeva St 2-1-60 St Petersburg Russia 1 | |
| 13733190 | Alfred Kraus | 9934 Pasatiempo Place | Moreno Valley, CA 92557 |
| 13733191 | Allan Askar, Allancolabs LLC | 20061 Blackwolf Run Pl | Ashburn, VA 20147 |
| 13733192 | Allan Martin | 5009 Northlawn Circle | Murrysville, PA 15668 |
| 13733193 | Allan N. Hessenflow | 23097 Summit Road | Los Gatos, CA 95033-9318 |
| 13733194 | Allen McGhan | Keylink IT 535 Shute Ln | Hendersonville, TN 37075 |
| 13733195 | Alwin de Romijn | Jacob Catsstraat 25 2613HA Delft Netherlands | |
| 13733196 | Amanda Dick | 1601 W Main #90-105 | Willimantic, CT 06226 |
| 13733197 | Amanda Van Nuys Consulting | 845 Montgomery Street Unit 1 | San Francisco, CA 94133 |
| 13733198 | American Arbitration Association | One Sansome Street, 16th Floor | San Francisco, CA 94104 |
| 13733199 | Amro Abdelgawad | 57 Ira Road #187 | Syosset, NY 11791 |
| 13733200 | Amy Woodward | 57 Oakwood Street | San Francisco, CA 94110 |
| 13747046 | Andrew Bester | 92 William Street Westbury, Tasmania, 7303 Australia | Australia, CA 94120-7341 |
| 13733201 | Andrew Fader | 2 Fox Run Road | Briarcliff Manor, NY 10510 |
| 13733202 | Andrey Fishchenko | 100 Naamans Road 4B Ste 131986 | Claymont, DE 19703 |
| 13733203 | Andy Lo | Celestica 581 S. Unionville Ave Markham | |
| 13733204 | Anthony Carrillo | 1130 NE 104th Ave | Portland, OR 97022 |
| 13733205 | Anthony Lauck | PO Box 59 | Warren, VT 05674 |
| 13733206 | Anthony Sajan | 4786 Oakhurst Ridge | Clarkston, MI 48348 |
| 13733207 | Anthony Woodward | 2697 Derby Drive | San Ramon, CA 94583 |
| 13733208 | Antoine Alary | 1516 Lima Ct | San Jose, CA 95126 |
| 13733209 | Antonio Dewey | 1211 San Dario Ave Suite 369 | Laredo, TX 78040 |
| 13733210 | Antonios Alexiou | 1253 Buck Jones Rd | Raleigh, NC 27606 |
| 13750137 | Antony Vo | 319 S. Mitchell St. | Bloomington, IN 47401 |
| 13733211 | Antony Vo | C/o Steven T. Gubner, Ezra Brutzkus Gubner LLP | 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367 |
| 13733213 | Aristeidis Dionisatos | 46 North Park Gardens Belleville Ontario | |
| 13733214 | Armada Works Inc. | 2223 Bath Ave | Brooklyn, NY 11214 |
| 13733215 | Ashley M. McDow | Baker Hostetler LLP 11601 Wilshire Blvd., Suite 1400 | Los Angeles, CA 90025 |
| 13733216 | Aupacom Enterprises | 9620 Sepulveda Blvd Unit 33 Attn: Christopher Shaw | North Hills, CA 91343 |
| 13733217 | Avram Cheaney | 1305 Laguna Street Apt. 4 | San Francisco, CA 94115 |
| 13736823 | Bas Bosschert | Kruisgang 12 1613 DC Grootebroek Netherlands | Grootebroek (Netherlands), AK 12345-1234 |
| 13733218 | Benjamin Beckwith, Flat Rate Computer G | 8218 Grimchester | Converse, TX 78109 |
| 13733219 | Benjamin Hopson II | 2640 Alexandria Pl | Janesville, Wi 53548 |
| 13733220 | Benjamin Lindner | 9035 Grayland Drive Apartment E | Knoxville, TN 37923 |
| 13733221 | Bernie Rihn, Prudentia Permanens LLC | 3628 Linden Ave N #214 | Seattle, WA 98103 |
| 13733222 | Bingham McCutchen LLP | Three Embarcadero Center | San Francisco, CA 94111-4067 |
| 13733223 | Brandon Bressler | 3638 San Onofre Ave | San Onofre, CA 95340 |
| 13733224 | Breck Pedersen | 3712 Denehoe CV | Austin, TX 78725 |
| 13741851 | Brenton Senegal | 5355 S Rainbow Blvd #138 | Las Vegas, NV 89118 |
| 13733225 | Brenton Senegal | 5355 South Rainbow Blvd Unit #138 | Las Vegas, NV 89118 |
| 13733226 | Bret Motyl | 148 Townsend St Suite 21 | San Francisco, CA 94107 |
| 13733227 | Brian Barbee | 701 Blossom St. | Bakersfield, CA 93306 |
| 13733228 | Brian Connelly | 22601 Asheville Hwy | Landrum, SC 29356 |
| 13733229 | Brian McKittrick | 813 Whitney St | Cedar Hill, TX 75104 |
| 13733230 | Brian Samas | 123 Bridge Street | Groton, CT 06340 |
| 13733231 | Brion Lau, Financial Fitness Pro | 21600 Rainbow Drive | Cupertino, CA 95014 |
| 13733232 | Bruce Boytler | 1014 37 St SE APT. 2 | Auburn, WA 98002 |
| 13733233 | Bruce Sanders Bruce Sanders Design &Ill | 12 Bridge St. | Westford, MA 01886 |
| 13733234 | Bruce Terry | 21073 Niagara River Drive | Sonora, CA 95370 |
| 13733235 | Bruno Lemonnier | 16 Rue Victor Hugo 17300 Rochefort France | |
| 13733236 | Bruno Reith | Repkering 36 58791 Werdohl Germany | |
| 13733237 | Bryan Carter | Bryan Carter 330 Carriage Dr. E | Santa Ana, CA 92707 |
| 13733238 | Bryan Pope | 6196 Westminster Dr | Parma, OH 44129 |
| 13754990 | Bryce Thomas | 1420 330 Clareview Station Drive NW Edmonton, AB Canada | T5Y 0E6 Edmonton, CA 00-00 |
| 13733239 | Bryce Weiner | 621 W Monetcito St #4 | Santa Barbara, CA 93101 |
| 13733263 | CT Corp. | P.O. Box 4349 | Carol Stream, IL 60197-4349 |
| 13733240 | Carl Schultz | 1827 Harold Street | Houston, TX |
| 13733241 | Central Computers | 837 Howard Street | San Francisco, CA 94103 |
| 13733242 | Chad Eller | 1910 Lomita Dr | San Leandro, CA 94578 |
| 13733243 | Charles Hilt | 2800 Ruleme St Apt 24 | Eustis, FL 32726 |
| 13733244 | Chaz Curtiss | 6551 Jordan River Dr | Las Vegas, NV 89156 |
| 13733245 | Chris Ergen C/O Summit Capital LLC | 5701 S. Santa Fe Drive | Littleton, CO 80102 |
| 13733246 | Chris Thompson | 3617 Wind Rose Pl | Castle Rock, CO 80108 |
| 13733247 | Christian Calvo | 3 Peartree Ln | Rolling Hills Estates, CA 90274 |
| 13733248 | Christian Golbs | Muehlburgweg 47 99094 Erfurt Germany | |
| 13733249 | Christina Jepson | 7 Cross St Dundas Ontario L9H 2R3 Canada | |
| 13733250 | Christopher Fetterly | 9603 78th Avenue NW Edmonton Alberta T6C | |
| 13733251 | Christopher Goes | PO Box 100 | Cottage Grove, OR 97424 |

| | | | | | |
|---|---|---|---|---|---|
| 13733252 | Christopher Raday | 4215 W 142 St | Crestwood, IL 60445 | | |
| 13733253 | Ciara Technologies | 9300 Transcanada Highway | Saint-Laurent, Quebec H451K5 Canada | | |
| 13733255 | CoPower | 1600 W. Hillsdale Blvd. | San Mateo, CA 94402 | | |
| 13733254 | Cogent Communications | P.O. Box 791087 | Baltimore, MD 21279-1087 | | |
| 13733256 | Corey Vokey | 2249 Burrows Ave Winnipeg Manitoba R2R 1 | | | |
| 13733257 | Corey Wysong | 4499 E Fox Run Drive | Syracuse, IN 46567 | | |
| 13733258 | Cort Wenzel | 858 Boardwalk Place | Redwood City, CA 94065 | | |
| 13733259 | Cory Wise | 2315 West alberson Dr. | Albany, GA 31721 | | |
| 13733260 | Craig Beech | email address only] | | | |
| 13733261 | Craig Burke | 2787 Fairview | Canyon Monitor, WA 98836 | | |
| 13733262 | Craig LaShot | 88304 Charley Lane | Springfield, OR 97478 | | |
| 13733264 | Cypher Enterprises, LLC | c/o Robert J. Bogdanwicz III | Deans&Lyons LLP | 325 N. Saint Paul Street, Suite 1500 | Dallas, TX 75201 |
| 13733308 | DXCorr Design Inc. | 121 West Washington Ave. | Suite 212 | Sunnyvale, CA 94086 | |
| 13733265 | Dain Carver | 240 Martine Ave | White Plains, NY 10601 | | |
| 13733266 | Damon Jiang | 1210 Alemany Blvd. | San Francisco, CA 94111 | | |
| 13733267 | Dan Casacci | 31 Clearwater Dr | Amherst, NY 14228 | | |
| 13733268 | Dan Charbonneau,CBT Nuggets | 44 Club Rd | Suite 150 | Eugene, OR 97401 | |
| 13733270 | Dan Fuchs | 526 Shoup Ave W Ste K | Twin Falls, ID 83301 | | |
| 13733271 | Daniel Burgin | St-Roch 30 1004 Lausanne Switzerland | | | |
| 13733272 | Daniel Casacci | 31 Clearwater Dr | Amherst, NY 14228 | | |
| 13752107 | Daniel Herbon | 683 barrington dr e. | shakopee, MN 55379 | | |
| 13733273 | Daniel Hilderal | 40 Hardinge road LONDON England NW10 3PJ | | | |
| 13733274 | Daniel Nimtsch | Meinigstr 46a 38667 Bad Harzburg Germany | | | |
| 13733275 | Daniel Petreley | 19378 East Brunswick Drive | Aurora, CO 80013 | | |
| 13733276 | Daniel Pojar | 1253 Grace Drive | Sycamore, IL 60178 | | |
| 13733277 | Daniel Raedel | Juethornstrasse 39 22043 Hamburg Germany | | | |
| 13733278 | Daniel Williams | 10211 Portland Road | Silver Spring, MD 20901 | | |
| 13733279 | Dario Albarron | 512 Sherman Ave | Roselle Park, NJ 07204 | | |
| 13733280 | Darwin Johnson, Schwaahed | 73 Eastern Parkway 4B | Brooklyn, NY 11238 | | |
| 13733281 | Dat Le | 22 Golden Gate Bay Winnipeg Manitoba R3J | | | |
| 13733282 | Dave Gutelius | 1259 El Camino Real | #230 | Menlo Park, CA 94025 | |
| 13733283 | David Boothby | 1800 Holleman Drive | Apt 1404 | College Station, TX 77840 | |
| 13733284 | David Cho | 158 L'Amoreaux Drive Scarborough Ontario | | | |
| 13744366 | David Gutelius | 1259 El Camino Real | Suite 230 | Menlo Park, CA 94025 | |
| 13733285 | David Henson | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 | |
| 13733286 | David King | 10106 E 69th Ter | Raytown, MO 64133 | | |
| 13733287 | David Matheu | 18044 Saxony Lane | Orlando, FL 32820 | | |
| 13733288 | David Miller | 1751 NE 91st Street | Seattle, WA 98115 | | |
| 13733289 | David Springer | 4095 Lomar Drive | Mt. Airy, MD 21771 | | |
| 13733290 | David Steinberg | 3164 Sycamore Pl | Carmel, CA 93923 | | |
| 13733291 | Davide Cavion | c/o Bryan Reyhani | Reyhani Nemirovsky LLP | 200 Park Avenue, 17th Floor | New York, NY 10166 |
| 13733292 | Davis Wright Tremaine LLP | 1201 Third Avenue | Suite 2200 | Seattle, WA 98101-3045 | |
| 13733293 | Dean Farry | 1250 HalifaxWay | San Ramon, CA 94582 | | |
| 13733294 | Del Wong | 3233 Pawaina Place | Hawaii, HI 96822 | | |
| 13733295 | Dennis Lambert | 9450 SW Gemini Dr | Beaverton, OR 97008 | | |
| 13733296 | Deon Brewis | 15610 NE 59TH WAY | REDMOND, WA 98052 | | |
| 13733297 | Derek Hill | Advantage mortgage 29875 S Black Bear Dr | Canby, OR 97013 | | |
| 13733298 | Derek Piper | 3706 W Woodmere Way | Bloomington, IN 47403 | | |
| 13736693 | Detlef Sattler | Austr. 18 | 53604 Bad Honnef, GERMANY, DE 53604 | | |
| 13736303 | Di Pardo BVBA | Rozijnenstraat 27 | 3620 Lanaken | Belgium | Lanaken, AK 36-20 |
| 13733299 | DigiKey Corporation | 701 Brooks Avenue South | Thief River Falls, MN 56701 | | |
| 13750139 | Digimex Ltd. | Bel Air on the Peak, Phase 4 | Tower 7, Unit 19A | Pok Fu Lam, Hong Kong | Attn: Willem van Rooyen |
| 13745144 | Digimex, LTD | c/o Caroline R. Djang | RUTAN &TUCKER, LLP | 611 Anton Blvd., Ste. 1400 | Costa Mesa, CA 92626 |
| 13733300 | Donald Bosse | 9 E 9th St | Frederick, MD 21701 | | |
| 13733301 | Donald Crain | 110 N Lee St | Lexington, IL 61753 | | |
| 13733302 | Donald Weinderg | 4010 Oak Circle | Boca Raton, FL 33431 | | |
| 13733303 | Doug Haden | 973 Iron Mountain Circle South | Lake Tahoe, CA 96150 | | |
| 13733304 | Douglas Trowbridge | 2045 Waterbury Rd | Lakewood, OH 44107 | | |
| 13733305 | Drew Johnson | 2306 N 87th Way | Stottsdale, AZ 85257 | | |
| 13733306 | Duane Laun | 707 29th Ave E | Seattle, WA 98112 | | |
| 13733307 | Duncan Wallace, Duncwa LLC | 1001 National Avenue 139 | San Bruno, CA 94066 | | |
| 13733309 | Dylan Hall | Geeks on Wheels | 47 Halstead Ave Suite LL1 | Harrison, NY 10528 | |
| 13733310 | Eclipse Metal Fabrication | 2901 Spring St. | Redwood City, CA 94063 | | |
| 13733311 | Eddie DeLeon | 2203 Ripley Ave. | Unit B | Redondo Beach, CA 90278 | |
| 13733312 | Edgar Godoy | 88 Bush St | #C2103 Building C | San Jose, CA 95126 | |
| 13733313 | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | | |
| 13751720 | Edward Hammond | 3103 Powell Circle | Austin, TX 78704 | | |
| 13733314 | Edward Kestel | 2895 SW 146 Ct | Ocala, FL 34481 | | |
| 13733315 | Edward Lance | 1324 Treasure Cove | Niceville, FL 32578 | | |
| 13733317 | Edward Lee | 1463 Bittern Dr | Sunnyvale, CA 94087 | | |
| 13733316 | Edward Lee | 18510 Traxell Way | Gaithersburg, MD 20879 | | |
| 13733318 | Edward Mosley | 329 Maple Rd NE | Ludowici, GA 31316 | | |
| 13733319 | Eivind Aamodt | Wilhelms Gate 5A 0168 Oslo Norway | | | |
| 13733320 | Eli Farnsworth | 644 Gilbert Ave | Hamden, CT 06514 | | |

| | | | | |
|---|---|---|---|---|
| 13733321 | Eliott Spencer | 23 Sunwood Ln | Sandy, UT 84092 | |
| 13733322 | Elkin Mann, LDI Imports | 378 Johnston Ave. | Jersey City, NJ 07304 | |
| 13733323 | Elric Traver | 1221 River Ln | Mosinee, WI 54455 | |
| 13733324 | Elton Seah | 761 Irwindale Avenue | Las Vegas, NV 89123 | |
| 13733325 | Embedded Wits LLC | 10574 Culbertson Dr | Cupertino, CA 95014 | |
| 13733326 | Employment Matter Counseling | 120 Vantis | Suite 300 | Aliso Viejo, CA 92656 |
| 13733327 | Eric Christmas | 5940 NW 13th street | Sunrise, FL 33313 | |
| 13733328 | Eric Cochran | 615 Shelley Ave | Ames, IA 50014 | |
| 13733329 | Eric Corlew Creative X−Pressions | 409 S Locust St | Wayland, MI 49348 | |
| 13733330 | Eric Denny | 204 Lauren Ln | Minden, LA 71055 | |
| 13733331 | Eric Liu | 3630 Sadge Ln | Irving, TX 75062 | |
| 13733332 | Eric Sala | Carrer Parellada 28 1r 4a 08030 Barcelo | | |
| 13745956 | Eric Tollefson | 740 Dillon Ct | Grayslake, IL 60030 | |
| 13733333 | Eric Whyne | 21860 Regents Park Circle | Sterling, VA 20166 | |
| 13733334 | Erik Voorhees, Bitcoin FTW | 35 Snowberry Way | Dillon, CO 80435 | |
| 13733335 | Evan Greenwood | 501 S. Van Buren | Hugoton, KS 67951 | |
| 13753374 | Fabio Miceli | Westerdok GiG | 1013 BV Amsterdam | The Netherlands |
| 13733336 | Federal Express Corporation | 942 South Shady Grove Road | Memphis, TN 38120 | |
| 13733337 | Ferdinand Nepomuceno | 12476 old colony drive upper | Marlboro, MA 20772 | |
| 13733338 | Fernando Famania | F174 Avenida Altamira | Chula Vista, CA 91914 | |
| 13736874 | Fon Allan Duke | 19333 Seabiscuit Way | Apple Valley, CA 92308 | |
| 13733339 | Forrest Voight | 2360 SW Archer Rd. | Apt. 910 | Gainesville, FL 32608 |
| 13733340 | Frank Chappell | 1236 Tuxford Dr | Brandon, FL 33511 | |
| 13733341 | Frank Rankin | 518 Freehold Road | Jackson, NJ 08527 | |
| 13733342 | Frank Vuong | 3891 Madera Way | San Bruno, CA 94066 | |
| 13733343 | Frederick Fiechter | 1825 S. Grant Street | Suite 240 | San Mateo, CA 94402 |
| 13720533 | Future Electronics | c/o Diane Svendsen | 41 Main Street | Boiton, MA 01740 |
| 13733344 | Future Electronics Corp. | 3255 Paysphere Circle | Chicago, IL 60674 | |
| 13733353 | GLO Ventures | 1550 17th Street | San Francisco, CA 94107 | |
| 13733345 | Garrett Griffin | 9150 Crest Ave | Oakland, CA 94605 | |
| 13733346 | Gautam Desai | 116 Blackstone Dr | Danville, CA 94506 | |
| 13733347 | George Loudon | 161 Helen | Garden City, MI 48135 | |
| 13733348 | George Richmond | 3580 Egret Drive | Melbourne, FL 32901 | |
| 13733349 | George Urakhchin | 111 W Maple St | Apt 2203 | Chicago, IL 60610 |
| 13736569 | George Urakhchin | 568 Broadway | 11th Fl Coinsetter/Fueled | New York, IL 10012 |
| 13733350 | Gerald Davis | Tangible Cryptography LLC | 510 Bridge Dr | Chesapeake, VA 23322 |
| 13733351 | Gerry Gorman, World Media Group LLC | 25 Mountainview Blvd | 100 Marketplace Suite 204 | Basking Ridge, NJ 07920 |
| 13733352 | Glenn Hendrick, Bitminer | Bitminer128 223 Pameto Rd | Nokomis, FL 34275 | |
| 13733354 | Graeme Middleton | Middleton Solicitors | 135−137 Dale Street | Liverpool L2 2JH UK |
| 13733355 | Graeme Tee | 12 Bromley Road Hilton Western Australia | | |
| 13736744 | Graham Adams | The Reddings Court Robin Lane | Llangwm | Usk, United Kingdom, CA 99−99 |
| 13733356 | Grant Pederson | 12538 Botanical Ln | Frisco, TX 75035 | |
| 13733357 | Greg Yampolskiy | 7870 West 87th Drive | Unit K | Arvada, CO 80005 |
| 13733358 | Gregory Maxwell | 650 Castro St. | Suite 120−293 | Mountain View, CA 90410 |
| 13733359 | Guido Ochoa | Calle 35 | Merida, Venezuela 5101 | |
| 13750134 | Hamilton Hee | 761 Irwindale Ave. | Las Vegas, NY 89123 | |
| 13733360 | Hamilton Hee | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733362 | Hans Hess Elevation Franchise Ventures | 4100 N Fairfax Dr. | 730 | Arlington, VA 22203 |
| 13733363 | Harmacolindaor Informatikai | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Rafael, CA 94901 |
| 13733364 | Hawk Ridge Systems | 4 Orinda Way | Orinda, CA 94563 | |
| 13742671 | Hawk Ridge Systems LLC | 4 Orinda Way | Suite 100B | Orinda, CA 94563 |
| 13733365 | Henzy Paez | 109 Oak Street | Northport, NY 11768 | |
| 13733366 | Holden Karau | 3407 24th St | Apt 2 | San Francisco, CA 94110 |
| 13733367 | Hong−Quan Yue | 210 Woodridge Crescent Apt 606 | Nepean, Ontario K2B 8E9 | Canada |
| 13733368 | Hoo Shao Pin | Polymathica Pte. Ltd. | 10 Raeburn Park #02−08 | Singapore 088702 |
| 13733369 | Ian Tait | Apartment 2, 34 Golf Links Road | Ferndown, Dorset Bh22 8BY UK | |
| 13733370 | Ilan Elfassy | 177 Bury Old Road | Salford, Manchester, Lancashire M7 4PZ | UK |
| 13733371 | Immanuel Ambar | Christoph Merian−Ring 299 | 4153 Reinach, Switzerland | |
| 13733372 | International Rectifier | 101 N Sepulveda Bldv. | El Segundo, CA 90245 | |
| 13733373 | Ivan Kondrat'ev | 13 Parkovaya 16−2−8 Moscow Moscow 105077 | | |
| 13733374 | Ivan Marcak | 10101 Palace Way | Apt B | Henrico, VA 23238 |
| 13733388 | JAMS, Inc. | P.O. Box 512850 | Los Angeles, CA 90051−0850 | |
| 13733375 | Jack Hlavaty | 35 Swanson Ct | 16D | Boxborough, MA 01719 |
| 13733376 | James Babcock | 8368 NW 70th Street | Potwin, KS 67123 | |
| 13733377 | James Carroll | 1505 Westheimer Rd | Houston, TX 77006 | |
| 13733379 | James F. Johnson III | 825 28th St S | Ste F | Fargo, ND 58103 |
| 13733378 | James Hicks | PO Box 1296 | Helendale, CA 92342 | |
| 13733380 | James Lowry, LLC | 400 E College | Suite A | Roswell, NM 88201 |
| 13733381 | James Miller | 410 Cahill Rd | Streamwood, IL 60107 | |
| 13736244 | James OShea | 9 Ledum Run Rd | West Grove, PA 19390 | |
| 13733382 | James Ries | 450 Sunlight Ct | Apt 2 | Powell, WY 82435 |
| 13733383 | James Suddarth | 1645 International Dr | Unit 102 | McLean, VA 22102 |
| 13733384 | James Thomas, eServiZes | 1679 E 337th St. | Eastlake, OH 44095 | |
| 13733385 | James Tsuei | C/O Ms. Cecilia Leung, Room 1008 Heng Ng | | |
| 13733386 | James Wu | 1221 North Vineyard Ave | #1 | Ontario, CA 91764 |

| ID | Name | Address | | |
|---|---|---|---|---|
| 13733387 | Jamie Hall, Bright Mining LLC | 3042 Whitemark Court | Lexington, KY 40516 | |
| 13733389 | Jan Irvin | PO Box 3819 | Crestline, CA 92325−3819 | |
| 13733390 | Jared Metzler | 826 N 3rd St | Lincoln, KS 67455 | |
| 13733391 | Jarod Clark | 2314 Broadway | Denver, CO 80205 | |
| 13733392 | Jason Badua | 4039 Palikea St. | Lihue, HA 96766 | |
| 13733393 | Jason Bond | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733394 | Jason Hall | 2202 E Lowena Dr | Long Beach, CA 90803 | |
| 13733395 | Jason Larson | 7697 Hawthorn Ave | Livermore, CA 94550 | |
| 13733396 | Jason Plowman | 13508 Jamieson Place | Germantown, MD 20874 | |
| 13733397 | Jason Shurb | 3615 Trailway Park St | San Antonio, TX 78247−2938 | |
| 13733398 | Jason Yi | 1367 E Garfield Ave | Glendale, CA 91205 | |
| 13733399 | Jawad Quddus | 1020 Brand Ln | Apt 638 | Stafford, TX 77477 |
| 13733400 | Jay Weaver | 5−3936 Mountainview Ave | Thornhill, British Columbia V8G 3V8 | Canada |
| 13733401 | Jean−Andrew Mikesell | 26652 Calle Salida | Capistrano Beach, CA 92624 | |
| 13733402 | Jeanette Arna | Haneholmveien 19 3212 Sandefjord Norway | | |
| 13733403 | Jeff Unruh | 2650 Beauty Creek Drive | Valparaiso, IN 46385 | |
| 13733404 | Jeffrey Bradian | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733405 | Jeffrey Spielberg | 1524 Cottonwood Ave | Lafayette, CO 80026 | |
| 13733406 | Jeffrey vonGermeten | 650 E 500 N | Apt #6 | Logan, UT 84321 |
| 13733407 | Jennifer Austin | 1751 Kings Gate Lane | Crystal Lake, IL 60014 | |
| 13733408 | Jensy Fernandez | 12 Diamond St | Apt 19 | Lawrence, MA 01841 |
| 13733409 | Jeremy Jones | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733410 | Jerry Whatley JWC Consulting | 192 Fuller Road | Chehalis, WA 98532 | |
| 13733411 | Jess Williams | PO Box 50801 | Albuquerque, NM 87181 | |
| 13733412 | Jesse Teta | 3804 Triora St | Las Vegas, NV 89129 | |
| 13733413 | Jetmir Celaj | 1740 Mulford Ave. | Apt.7G | Bronx, NY 10461 |
| 13733414 | Jiongye Li | 77 Louise Rd | Braintree, MA 02184 | |
| 13733415 | Joe Baker | 530 Lawrence Expressway #441 | Sunnyvale, CA 94085 | |
| 13733416 | Joe Peng | 55 West 21st Street 6FL | New York, NY 10010 | |
| 13733417 | Joe Russell | 4079B 18th Street | San Francisco, CA 94114 | |
| 13746950 | John A. Twohy | 10920 4th Ave. W | 24K Gold Plating | Eeverett, WA 98204 |
| 13733418 | John Cronin | 2535 Verde Dr. | Apartment 215 | Colorado Springs, CO 80910 |
| 13733419 | John Peregoy | 982 NC Hwy 82 | Dunn, NC 28334 | |
| 13733420 | John Shave | 8805 Tamiami Trail North | #219 | Naples, FL 34108 |
| 13733421 | John Twohy, 24K Gold Plating | 10920 4th Ave W | Everett, WA 98204 | |
| 13733422 | Jon Yellowlees | Dan Rose Tech Set | 3326 Catherine St | Jackson, MI 49203 |
| 13733423 | Jonas Diener | 1528 Country Club Rd | Harrisonburg, VA 22802−5071 | |
| 13733424 | Jonathan Bower | Alstrommergatan 32N 11247 | Stockholm Sweden | |
| 13733425 | Jonathan Hardison | 650 S Adam Ave | Republic, MO 65738 | |
| 13733426 | Jonathan Prentice, Network Service Prov | 13 Farnham St Parnell | Auckland 1052 New Zealand | |
| 13733427 | Jonathan Simms, Jhashybor Mining | 1808 E Columbus Dr Apt# 3 Tampa FL 33605 | Apt. #3 | Tampa, FL 33605 |
| 13733428 | Jonathon North | 240 Milledgeville Rd | Enville, TN 38332 | |
| 13733429 | Jose Anguiano II | 620 Cathy Ct | Escondido, CA 92026 | |
| 13733430 | Jose L.W. Martinez | 9250 W Bay Harbor Dr | Apt 7 D | Miami, FL 33154 |
| 13733431 | Joseph Cavallero | 2644 Fulton Street | Berkeley, CA 94704 | |
| 13733432 | Joseph Farag, Trinity Bitcoin Investment | 12810 Terabella Way | Fort Myers, FL 33912 | |
| 13733433 | Josh Gold | 8 forman lane | Manalapan, NJ 07726 | |
| 13733434 | Joshua Dorman | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733435 | Joshua Lytle | 347 Millcreek Rd | Pleasant Grove, UT 84062 | |
| 13733436 | Joshua Rising | 249 Wimer St Apt 16 | Ashland, OR 97520 | |
| 13733437 | Joshua Vidana, Skidhacker.com | 3602 Tilson Ln. | Houston, TX 77080 | |
| 13733438 | Julio Perez | 109 S Melville Ave | Unit 1 | Tampa, FL 33606 |
| 13733439 | Julio Perez | Diana Syke 21758 SE 259th St | Maple Valley, WA 98038 | |
| 13733440 | Jun Ding | 2231 167th Pl NE | Bellevue, WA 98008 | |
| 13733441 | Justin Belfield, AGNQ Tech LLC | 7597 Simms Landing Road | Port Tobacco, MD 20677 | |
| 13733442 | Justin Bronder | Cardinal Optimization | 633 Villa Centre Way | San Jose, CA 95128 |
| 13733443 | Justin Grevich | 3348 Via Alicante | La Jolla, CA 92037 | |
| 13733444 | Justin Hall | 4261 E Stonebridge Dr | Meridian, ID 83642 | |
| 13733459 | KH Joo | SilverBlue Inc. 11693 Seven Springs Driv | Cupertino, CA 95014 | |
| 13733445 | Kai Fuck | Hummerich 11 53859 | Niederkassel Germany | |
| 13733446 | Kaloopy Media | Attn: Kurt Heim, President | 2510 Main St. | Santa Monica, CA 90405 |
| 13733447 | Kamal Sohal | 7 Renault Road Reading Berkshire RG5 4EY | | |
| 13733448 | Kang Lu | 4551−5 Jefferson Pointe Ln | Prince George, VA 23875 | |
| 13733449 | Karen Miller | c/o Eberhart Accounting Services, P.C. | 496 W. Boughton Road | Bolingbrook, IL 60440 |
| 13733450 | Kat Walsh | Gregory Maxwell 650 Castro St. | ste. 120−293 | Mountain View, CA 94041 |
| 13733451 | Kate Craig−Wood, Wood Technology LLP | 25 Frederick Sanger Road, Guildford | Surrey GU6 8TB United Kingdom | |
| 13733452 | Kathleen Shy | 1137 Meadowlark Drive | Fairfield, CA 94533 | |
| 13733453 | Kayvon Pirestani | 220 South Pond Road | Hockessin, DE 19707 | |
| 13733454 | Keith Hostetler | 3428 Corby Blvd | South Bend, IN 46615 | |
| 13733455 | Ken Mueller | Public Service Insurance Company 1 Park | New York, NY 10016 | |
| 13733456 | Kevin Delporte | briekhoekstraat 32 8940 wervik Belgium | | |
| 13733457 | Kevin Krieger | 4230 Northwest Point Dt | House Springs, MO 63051 | |
| 13733458 | Kevin Mahan, Tanard Corporation | 9101 W. Sahara Ave. | Suite 105 K−6 | Las Vegas, NV 89117 |

| ID | Name | Address |
|---|---|---|
| 13737174 | Kevin Yee | #2918 – 608 9th St SW    Buzzer 1120    Calgary, Alberta, Canada    T2P 2B3    Calgary, CA 00000 |
| 13733460 | Koi Systems Ltd | 1191 Center Point Drive #A    Attention: Brian Edgeworth    Henderson, NV 89074 |
| 13733461 | Kostyantyn Snisarenko | 1476 La Playa Ave    Unit A    San Diego, CA 92109 |
| 13733462 | Kris Howery | 4104 Congress Dr    Midland, MI 48642 |
| 13733463 | Kyle Berger | 3179 Cortese Circle    San Jose, CA 95127 |
| 13733464 | Kyle Sidles, Kaysid, LLC | 4000 Dow Road    Unit 10    Melbourne, FL 32934 |
| 13738625 | LEI BAO | 2315 S WENTWORTH AVE    CHICAGO, IL 60616 |
| 13733465 | Lance Dixon | Intervid FZ LLC    Suite 128, Building 2    Dubai Internet City, Dubai, UAE |
| 13733466 | Larry Han | 970 NW 198th PL    Shoreline, WA 98177 |
| 13733467 | Lauren Coe | 3303 226th Pl SW    Brier, WA 98036 |
| 13733468 | Lautaro Cline | 8327 Aster Ave Oakland    CA 94605 |
| 13733469 | Le Van Hanh | V Spa &Nails    159 Cypresswood Dr    Spring, TX 77388 |
| 13733470 | Lee Ash | 304 189th PL SW    Bothell, WA 98012 |
| 13733471 | Lee Schwuchow , Monkey Business | 2740 N. Andrews Ave    Wilton Manors, FL |
| 13733472 | Linear Technology Corporation | 1630    McCarthy Blvd    Milpitas, CA 95035–7417 |
| 13733473 | Liquidbits Corporation | 20201 E. Country Club Drive, #1502    Aventura, FL 33180 |
| 13733474 | Lonnie Hansen | 205 Duncan st    #6    Ashland, VA 23005 |
| 13752109 | LookSmart, Ltd. | c/o Trinh Law Firm    99 N. 1st St., Suite 200    San Jose, CA 95113 |
| 13752108 | LookSmart,Ltd. | C/O Trinh Law Firm    99 N. 1st St., Suite 200    San Jose, CA 95113 |
| 13733475 | Lotfi Bemmira | 1852 E Sesame St    Tempe, AZ 85283 |
| 13733476 | Luis Guerrero | c/o Gallo LLP    1299 Fourth Street, Suite 505    San Raphael, CA 94901 |
| 13733477 | Lukas Bradley | 3777 N. Clemons St.    Unit F    East Wenatchee, WA 98802 |
| 13733478 | Lukas Zingg | Breitestrasse 1 4132 Muttenz Switzerland |
| 13733479 | Luke Baum | PO Box 101    Pleasant Unity, PA 15676 |
| 13733480 | Luke Dashjr | 17318 Sweetwater Rd    Dade City, FL 33523 |
| 13733481 | Luke Wen | 4370 Blossom Hill Trl    Ann Arbor, MI 48108 |
| 13733482 | LyLy Moc | 14 Hamilton St    Toronto Ontario M4M 2C5 Canada |
| 13733483 | Madalin Ionascu | 51 Goldhill Plaza #12–11 Singapore 30890 |
| 13733484 | Maia Haltiner | 1545 Dawson Ave    Dorval Quebec H9S 1Y5 Canada |
| 13733485 | Manu Kaushish, Nirvana Digital, Inc. | 3632 Whitworth Drive    Dublin, CA 94568 |
| 13733486 | Manuel Rojas | 1121 Torrance Blvd    Torrance, CA 90502 |
| 13733487 | Manuel Zepeda | 2310 Westgate Rd    Unit 14    Santa Maria, CA 93455 |
| 13733488 | Marcelino Bellosta | 1600 Ponce de Leon Blvd. FL 10    Suite 1001    Coral Gables, FL 33134 |
| 13733489 | Marcus Killion | 1000 W Garden Ct    Wichita, KS 67217 |
| 13733490 | Marcus Sorensen | 4960 Shadow Wood Dr    Lehi, UT 84043 |
| 13733491 | Mardi Jackson F8 Mobile Inc. | 50 Sunset Way    Sausalito, CA 94965–9741 |
| 13733492 | Marion Keyes, Riverstone LLC | 189 Eagle Drive    Golden, CO 80403 |
| 13733494 | Mark Fiorentino | 900 Lake Elbert Drive SE    Winter Haven, FL 33880 |
| 13733495 | Mark Hancock | 512 Grant Terrace    Taft, CA 93268 |
| 13733496 | Mark Pescatrice, Matrice Consulting LLC | 6 Shenandoah Drive    Newark, DE 19711 |
| 13733497 | Mark Pescatrice–– Hot Sun | LLC 6 Shenandoah Drive    Newark, DE 19711 |
| 13733498 | Mark Roy | 21745 Duck Creek Square    Ashburn, VA 20148 |
| 13733499 | Mark Sullivan, Cyclotronics | 6430 FM 1960 #321    Houston, TX 77069 |
| 13733501 | Mark Williams, Off Road Unlimited | 1712 Historic Hwy 441    Clarkesville, GA 30523 |
| 13733500 | Mark von Germeten | 20792 SW Nettle Pl    Sherwood, OR 97140 |
| 13733502 | Martin Rinab | 51–30 Browvale Lane    Little Neck, NY 11362 |
| 13733503 | Martin Safranek | Linecka 351 38241 Kaplice Czech Republic |
| 13733504 | Matt Gibson | Allure Marine Limited    2/69 Hinemoa Street    Birkenhead Auckland 0626 New Zealand |
| 13733505 | Matt Richards | 3253 S E Ct.    Springfield, OR 97478 |
| 13733506 | Matt Tucker | 2830 E College Ave    Unit 101    Boulder, CO 80303 |
| 13733507 | Matthew Dahlke | 950 Snipes Pump Road    Sunnyside, WA 98944 |
| 13733508 | Matthew McCormick | 33 Hollandale Ln    Apt A    Clifton Park, NY 12065 |
| 13733509 | Matthew Silvia | 30 Oak St    Cohasset, MA 02025 |
| 13733510 | Matthieu Billaud | testory 31310 Montesquieu    Volvestre France |
| 13733511 | Mattia Baldinger | Zunzgerstrasse 24 4450    Sissach Switzerland |
| 13733512 | Max Avroutski | 2223 Bath Ave    Brooklyn, NY 11214 |
| 13733513 | Max Fischer | 11728 Wilshire blvd B713    Los Angeles, CA 90025 |
| 13733514 | Maximilian Baringer | August–Bebel Platz 4 99423    Weimar Germany |
| 13733515 | Maximin Parotte | Dorpsstraat 112 A 3927BG    Renswoude Netherlands |
| 13733516 | McNamara Financial | 980 N Michigan    #1400    Chicago, IL 60611 |
| 13733517 | Michael Burke | C/O Nordstrom Inc.    1301 2nd Ave    Ste 300    Seattle, WA 98101–3812 |
| 13733518 | Michael Desotell | 7101 S County Road 750 W    Knightstown, IN 46148 |
| 13733519 | Michael Gao | c/o Hongqui Yang    105 Tamalpais Pt.    Chapel Hill, NC 27514 |
| 13733520 | Michael Giovinco | 61 Sterling St    Somerville, MA 02144 |
| 13733521 | Michael Greiner | 49 Pennsylvania Ct    Morton, IL 61550 |
| 13736699 | Michael Gruat | Silberburgstrasse 29    Albstadt, Germany, AK 72458 |
| 13733522 | Michael Lord | 10022 Winding Ridge Dr.    Shreveport, LA 71106 |
| 13733523 | Michael McGurgan | 2913 Coach Ct    Norman, OK 73071 |
| 13733524 | Michael Pryor | 5 Windy Ridge Rd    Hudson, WY 82515 |
| 13733525 | Michael Shannon | 3273 Avenida Anacapa    Carlsbad, CA 92009 |
| 13733526 | Michel Santos | 7620 Old Georgetown Rd    Apt 723    Bethesda, MD 20814 |
| 13733527 | Mike Damm | 140 South Van Ness Avenue    Unit 807    San Francisco, CA 94103 |
| 13733528 | Mike Deming | 1458 Monroe Ave    Rochester, NY 14618 |
| 13733529 | Miratek | 706 Michael Street    Milpitas, CA 95035 |
| 13733530 | Mohit Kalram | 2A/73 Punjabi Bagh West New Delhi Delhi |

| | | | | | |
|---|---|---|---|---|---|
| 13733531 | Monsoon Company, Inc. | 1714 Franklin Street | #100−142 | Oakland, CA 94612 | |
| 13743789 | Mr Piotr Kwiecien | 80 Delancey Street | Flat B, Ground Floor | NW1 7SA | United Kingdom    London, CA 00−00 |
| 13733532 | Muhammad Zahid Faruqi | Unionstrasse 86/1/5 4020 Linz Austria | | | |
| 13733533 | Murat Konal | Putselaan 102 3074 JE | Rotterdam, Netherlands | | |
| 13733534 | Myron Davis | 333 Willoughby Ave | ETS / 5th Floor | Juneau, AK 99811 | |
| 13733535 | Nathan Ho | 2201 Stratford Dr | Round Rock, TX 78664 | | |
| 13733536 | Nathan Ross | Exel 85−D Liberty Commons Rd | Columbus, OH 43235 | | |
| 13733537 | Nathan Ruble | 1223 Stockton Street | Indianapolis, IN 46260 | | |
| 13733538 | Nathan Wallace | 3836 W. Tamarisk Ct. | South Jordan, UT 84095 | | |
| 13733539 | Nathaniel McCray | 3723 Saddle Horn Tr | Ogden, KS 66517 | | |
| 13733540 | Nathen Lam | 9569 Crystal Water Way | Elk Grove, CA 95624 | | |
| 13733541 | Neil Schemenauer | 727 9th St Humboldt | Saskatchewan S0K 2A0 Canada | | |
| 13733542 | Nenko Garchev | 4001 Lyman Dr | Philadelphia, PA 19114 | | |
| 13733543 | Nicholas Fusaro | 35 Kohlanaris Dr | Poughkeepsie, NY 12601 | | |
| 13733544 | Nick Simmons | 6613 Goosander Ct. | Frederick, MD 21703 | | |
| 13733545 | Nik Arghavan | 25 Bishop Tutu Blvd 713 | Toronto Ontario M5V 279 Canada | | |
| 13733546 | Nir Nahum | Mashabim 19 Hod−Hasharon 4520122 Israel | | | |
| 13733547 | Nirvana Digital Inc. | 3632 Whitworth Drive | Dublin, CA 94568 | | |
| 13740397 | Nolan Shadbolt / Win It Gaming Ltd | No. 2 The Leys | Lyneham | Chipping Norton | Oxon − OX7 6QH, CA 90210 |
| 13733548 | Novia Reid | 453 Albany Ave Apt A1 | Hartford, CT 06120 | | |
| 13733549 | Novtech, Inc. | 7401 Wiles Road | Suite 229 | Pompano Beach, FL 33067 | |
| 13733550 | Oleksandr V. Buzko | 10959 Rochester Ave | Apt 511 | Los Angeles, CA 90024 | |
| 13733551 | Oliver Klein | Zeller Str 17 73271 Holzmaden Germany | | | |
| 13733552 | Osric Proctor Jr | 202 Garland Ave. | Sandston, VA 23150 | | |
| 13733578 | PHILLIP MARASHIAN | 812 Saratoga Ave | Apt. Q−211 | San Jose, CA 95129 | |
| 13733553 | Package Science | 3287 Kifer Road | Santa Clara, CA 95051 | | |
| 13733554 | Package Science Services LLC | 3287 Kifer Road | Santa Clara, CA 95051 | | |
| 13733555 | Pascal Martin | 181 De la Grande−Coul??e Orford Quebec J | | | |
| 13733556 | Patricio Grez | 7339 NW 54th St | Ste 252416 | Miami, FL 33166 | |
| 13733557 | Patrick Huizinga | Anjerstraat 50 3333GD Zwijndrecht Nether | | | |
| 13733558 | Patrick Levell | 6350 Dorchester Road Apt 116 Niagara Fal | | | |
| 13733559 | Patrick Sadowski | 146 Dawlish Ave Aurora Ontario L4G 6R2 C | | | |
| 13733560 | Paul Croscup | 585 Harts Road | Madoc, Ontario K0K 2K0 | Canada | |
| 13733561 | Paul Erickson | 2925 Union St | Madison, WI 53704 | | |
| 13733562 | Paul Montague | 4/33 Yarrawonga Street Ngunnawal Austral | | | |
| 13733563 | Paul Roeder | 10315 Raritan Dr | Houston, TX 77043 | | |
| 13733564 | Paula Jean Galburt | 26158 Stillwater Circle | Punta Gorda, FL 33955 | | |
| 13733565 | Pete Gorman | 52 Doctors Point Road Waitati 9085 New Z | | | |
| 13733566 | Peter Harris | 538 Birmingham Road Bromsgrove Worcester | | | |
| 13733567 | Peter Henrickson | 773 East El Camino Real | #142 | Sunnyvale, CA 94087−2919 | |
| 13733568 | Peter Hornyak | Nyiregyhaza 48 Ibolya street 4400 Hungar | | | |
| 13733569 | Peter Kamstra | De Goorns 15 7824RG Emmen Netherlands | | | |
| 13733570 | Peter Morici | 1430 Patapsco St. | Baltimore, MD 21230 | | |
| 13733571 | Peter Myers | 6320 North 16th Street | Apt 34 | Phoenix, AZ 85016 | |
| 13733572 | Peter Smallwood | Peter Smallwood 189 Woodcroft Drive | New South Wales 2767 Australia | | |
| 13733573 | Peter Symons | 149C Shirehampton Road Sea Mills | Bristol BS9 2EE United Kingdom | | |
| 13733574 | Peter Tipple | 30 St Andrews Terrace Ashington Northumb | | | |
| 13733575 | Petr Dvorak | Komenskeho 37 68001 Boskovice Czech Repu | | | |
| 13733576 | Phat Tran | 7714 75th St N | Pinellas Park, FL 33781 | | |
| 13733577 | Phil Blancett | P.O. Box 19719 South | Lake Tahoe, CA 96151 | | |
| 13733579 | Phuc Nguyen | Van Nguyen 895 Broadway | Floor 3 | New York, NY 10003 | |
| 13733580 | Piotr Kwiecien | 80 Delancey Street Flat B Ground Floor L | | | |
| 13733581 | Price Givens, 404 LLC | 61875 Broken Top Dr #27 | Bend, OR 97702 | | |
| 13733582 | Proven Tolerance Specialist | 570 Suite C Marine View Avenue | Belmont, CA 94002 | | |
| 13733583 | Qhengxian Xu | China 511495 Guangdong / ? ? guangzho | | | |
| 13733584 | Qingshou Pei | 1112 Gossamer Dr | Pickering Ontario L1X 2 | Canada | |
| 13733585 | Rafez Noorullah | Gazelle Informatics Ltd | Hadia House, 2b Lincoln Street | Kingsthorpe, Northhampton, UK NN2 6NR | |
| 13733586 | Rajpreet Ahluwalia | 20338 102nd Ave SE | Kent, WA 98031 | | |
| 13733587 | Randall Elliott | 202 Jefferson Street | Martinsbug, WV 25401 | | |
| 13733588 | Randy Jones | Kinetica Technology Solutions | 403 Da Vinci Ln | Wylie, TX 75098 | |
| 13733590 | Ray Calderon | 170 Quinlan Ave | Staten Island, NY 10314 | | |
| 13733591 | Raymond Floyd Floyd Company | 191 E. Main Street | Tustin, CA 92780 | | |
| 13733592 | Raymond Steiner | Gespermoosstrasse 4 2540 Grenchen Switze | | | |
| 13733593 | Regan Reckman | 1574 Georgetown | Loveland, OH 45140 | | |
| 13733594 | Reinoud Vaandrager | 255 South Rengstorff Avenue | Apt 179 | Mountain View, CA 94040 | |
| 13733595 | Reno Devito | 9370 Coral Berry Street | Las Vegas, NV 89123 | | |
| 13733596 | Ric Rooney, Sun Spot | 4310 Austin Bluffs Parkway | Colorado Springs, CO 80906 | | |
| 13733597 | Richard Chang | 1253 Buck Jones Rd | Raleigh, NC 27606 | | |
| 13733599 | Rick Windham | 166 State Street | #8 | Brooklyn, NY 11201 | |
| 13733600 | Robert Alan Richardson | 1713 Nordic Hill Cir. | Silver Spring, ME 20906 | | |
| 13733601 | Robert Alkire Consulting | 1081 Neptune Lane | La Grande, WA 98348 | | |
| 13733602 | Robert Cacioppo | 1 Fresh Spring Cove Somers Point | Somers Point, NJ 08244 | | |
| 13733603 | Robert Ditthardt | Olivine Labs LLC | 32−22 37th Street, #1 | Astoria, NY 11103 | |
| 13733604 | Robert Edwards Awesome Possum LLC | 7341 W Cypresshead Drive | Parkland, FL 33067 | | |
| 13733606 | Robert Kulys | 1905 Evergreen Terrance Drive E | Apt 4 | Carbondale, IL 62901 | |

| | | | | |
|---|---|---|---|---|
| 13733607 | Robert Mudryk | 29118 Weybridge Drive | Westlake, OH 44145 | |
| 13733608 | Robert Stehr | Stehr Music Proctions Waaienberg 58 2716 | | |
| 13733609 | Robert Worrall | 31 Troon terrace | Annandale, NJ 08801 | |
| 13733610 | Roberto Bayona | Esfinge 53 2B 28022 Madrid Madrid Spain | | |
| 13733611 | Robin van der Linden | mimoCloud Computing UG | Rudolfstrasse 65 52070 Aachen Germany | |
| 13733612 | Rodney Batchelor | 217 E 25th st | Tacoma, WA 98421 | |
| 13733613 | Rodrigo Hernandez | 118 Kipling Ave | Springfield, NJ 07081 | |
| 13733614 | Ronny Hellmann | Hickenweg 32 35708 Haiger Germany | | |
| 13733615 | Royce Bui | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Rafael, CA 94901 |
| 13733616 | Russell Petersen | 4260 Comanche Dr | Carrollton, TX 75010 | |
| 13733617 | Russell Sneddon | name address missing | | |
| 13733618 | Ryan Casey | 904 NE 157th Ave | Portland, OR 97230 | |
| 13733619 | Ryan Gatchalian | 2786 West Trojan Place | Anaheim, CA 92804 | |
| 13733620 | Ryan Stonn | Nidarosgatan 7 bv 16434 stockholm Sweden | | |
| 13733621 | Saint Clair Newbern IV | c/o Kelly Hart & Hallman, LLP | 201 Main Street, Suite 2500 | Fort Worth, TX 76102 |
| 13733622 | Sam Ha | 591 ferrero ln | la puente, CA 91744 | |
| 13733623 | Sam Thompson | 7425 Creek Rd. | Sandy, UT 84093 | |
| 13733624 | Samuel Koh Innerspin | 3250 Wilshire Blvd. | #2150 | Los Angeles, CA 90010 |
| 13733625 | Sandgate Technologies | 595 Fellowship Road | Chester Springs, PA 19425 | |
| 13733626 | Santiago Marin | 1601 NW 82 Avenue | Flybox #6834 | Miami, FL 33126 |
| 13733627 | Sascha Appel | Eigerweg 11 4852 Rothrist Switzerland | | |
| 13733628 | Saul Jose Maldonado Rodriguez, Global AP | 14500 SW 160 Terr | Miami, FL 33177 | |
| 13733629 | Scott Cameron | 1332 Rue des Cypres Pincourt Quebec J7W | | |
| 13733631 | Scott Gray | 612 W. 10th St. | Juneau, AK 99801 | |
| 13733632 | Scott Randall | Advanced Legal Systems Inc. | 840 S Rancho Dr | Ste 4313 Las Vegas, NV 89106 |
| 13733633 | Sean Walsh Bertram Capital | 800 Concar Drive | Suite 100 | San Mateo, CA 94402 |
| 13733634 | Sean Wang | 910 Lenora | #S802 | Seattle, WA 98121 |
| 13733635 | Sebastian Schmidt | c/o Gallo LLP | 1299 Fourth Street, Suite 505 | San Raphael, CA 94901 |
| 13733636 | Selim Soler | 2390 NW Tulip Way | Jensen Beach, FL 34957 | |
| 13733637 | Sergey Pushkin | Oleynikova 33 Krasnoyarsk Russian Fed? r | | |
| 13733638 | Sergiy Sudakov | 108 Business Center Dr | Reisterstown, MD 21136 | |
| 13733639 | Servaas Tilkin | Bloemenplein 9 2200 Herentals Belgium | | |
| 13733640 | Seth Duppstadt | 2109 Broadway 1379 | New York, NY 10023 | |
| 13733641 | Shamus Robinson | 8675 Mink Rd | Apt 2 | Harbor Springs, MI 49740 |
| 13733642 | Shanghai Chooyu Chemical Company Ltd. | 1107 Liberty Square Road | Boxborough, MA 01719 | |
| 13733643 | Shaun Biggin | 314 120 albany drive edmonton Alberta T6 | | |
| 13733644 | Shaun Kelly | 52 Cross Street Warrimoo New South Wales | | |
| 13736702 | Shi Lei | 1000 Lakes Drive, Suite 430 | West Covina, CA 91790 | |
| 13749166 | Shi Lei | BLK 62 Teban Gardens Rd | #16−627 | Singapore 600062 |
| 13733646 | Sierra Circuits, Inc. | 1108 West Evelyn Avenue | Sunnyvale, CA 94086 | |
| 13733648 | Simon Barber | 9 Ignacio Ave. | San Francisco, CA 94124 | |
| 13733649 | Simon Hausdorf | SIMON HAUSDORF LANGKOFELWEG 11A BERLIN, | | |
| 13733650 | Simon Twigg | Cartrader Mail 11 | Ardleigh Green Road | Hornchurch Essex RM11 2JY UK |
| 13733651 | Sinisa Devcic | Antilopespoor 504 3605VS Maarssen Nether | | |
| 13733652 | Siraj Patel | 135 Shear brow Blackburn Lancashire BB1 | | |
| 13750135 | Sistemas Operativos Sanitarios ca | Calle 35 entre Av. 2 y #2−34 | Attn: Guido Ochoa | Merida, Venezuela 5101 |
| 13733653 | Sonic Manufacturing Technologies | P.O. Box 225 | Santa Clara, CA 95052−0225 | |
| 13733655 | Stacy Robinson | 3876 Muirwood Lane | Roseville, CA 95747 | |
| 13733656 | Stephan van der Feest | Accordeonlaan 42 3438GD Nieuwegein Nethe | | |
| 13733657 | Stephen Bywater | 22 Orr Hatch Dr | Cornwall, NY 12518 | |
| 13733658 | Stephen Hamner | 51 Gladys St. | San Francisco, CA 94110 | |
| 13733659 | Stephen Huckvale | 55 Thornbury Rd , Walsall West midlands | | |
| 13733660 | Stephen Witty | 3019 Jade Drive | Harrison, AR 72601 | |
| 13733661 | Steve Govoni | 938 Moosehead Trail | Jackson, ME 04921 | |
| 13733662 | Steve Manos | 226 Center St. | Suite A−7 | Jupiter, FL 33458 |
| 13733663 | Steven Cacchione, Acute Air Conditioning | 75 Medway rd Cragieburn Victoria 3064 Au | | |
| 13733664 | Stolowitz Ford Cowger LLP | 1140 SW 11th Avenue | Suite 400 | Portland, OR 97205 |
| 13733665 | Strategic Counsel Corp | 227 Broadway, Suite 306 | Santa Monica, CA 90401 | |
| 13733666 | Stuart Murray | 75 Westover Road | Downley, High Wycombe HP13 5th | ENGLAND |
| 13733667 | Sungkyun Lee | 45530 Market way 311 Chilliwack British | | |
| 13733668 | Suresh Chandra | 101 Bellgrove Drive 3A | Mahwah, NJ 07430 | |
| 13733669 | Sven Clauw | Parnassialaan 6 8660 De Panne Belgium | | |
| 13733670 | Sven Ernst | Alte Weingartener Str 1 76227 Karlsruhe | | |
| 13733671 | Sylvia Sim | Pmart Network Sdn Bhd Lot 2975, Plot 6, | | |
| 13733672 | Synter Resource Group, LLC | P.O. Box 63247 | North Charleston, SC 29419−3247 | |
| 13733673 | Syvert Holbek Feed | Kvernhusbakken 6 4900 Tvedestrand Norway | | |
| 13733674 | Tara Beck | 3101 South Roosevelt | St Boise, ID 83705 | |
| 13733675 | Terri Avery | 91 Bradley Street Guyra New South Wales | | |
| 13733676 | Terry Sine | 1154 N Pine St | Canby, OR 97013 | |
| 13733678 | Thadius Bolton | 6640 Ditmars St | Las Vegas, NV 89166 | |
| 13733679 | Thang Nguyen | 21 Millplace Ct | Irmo, SC 29063 | |
| 13733680 | Theron Rodriguez Bitlab LLC | 6302 Settlement Dr. | Arlington, TX 76001 | |
| 13733681 | Thierry Beauchesne | 4520 Quarterhorse Ct | Antioch, CA 94531 | |
| 13733682 | Thomas Schortmann | 3 Village Green N | Ste 448 | Plymouth, MA 02360 |
| 13733683 | Thomas Stiegler | 23 Stewart Drive Werribee Victoria 3030 | | |

| | | |
|---|---|---|
| 13733684 | Tie Hu, Targetalk Inc. | 28 Empress Ave. 516 North York Ontario M |
| 13733685 | Tim Lehming | Drossener Str. 63 13053 Berlin Germany |
| 13733686 | Tim McGough | 2412 Pinehurst Ln   Mesquite, TX 75042 |
| 13733687 | Tim Oster | 3068 Evergreen Rd   Pittsburgh, PA 15237 |
| 13733688 | Timo Schildknecht | APDO 10034 Can Ramell 07819 Jesus Ibiza |
| 13733689 | Timothy Cyrus | 630 Oldfield Dr SE   Byron Center, MI 49315 |
| 13733690 | Timothy Lam | 6156 Temple City Blvd.   Temple City, CA 91780 |
| 13733691 | Tin Yan Kwok | 9642 Callita Street   Acradia, CA 91007 |
| 13733692 | Ting Ma | China 100083 Beijing Beijing Room 30−1− |
| 13733693 | Tobias Bucher | Chnuebraechi 7 8197 Rafz Switzerland |
| 13733694 | Tobias Neumann | Buchenweg 30 90556 Seukendorf Germany |
| 13733695 | Toby Brusseau | Computer Village   601 12th St   Rapid City, SD 57701 |
| 13733696 | Todd Gould | Loren Data Corp. PO Box 1438   Lake Forest, CA 92609 |
| 13733697 | Tom Bouckaert | Henri Dunantlaan 20/502 9000 Gent Belgiu |
| 13733698 | Tom Postma, PC Central | Jan Vermeerstraat 41 7545BN Enschede Net |
| 13733699 | Tommy E. Contreras | 855 Folsom Street   #514   San Francisco, CA 94107 |
| 13733700 | Tong Moc | 328 Main Street Toronto Ontario M4C 4X7 |
| 13733701 | Tony Hoang | 557 Gerrard St. East Toronto Ontario M4M |
| 13733702 | Tore Henriksen | Implement??rene as Lystheia 18 4817 His |
| 13733703 | Trenton Bullock | 1072 Mclaren Drive   Belmont, NC 27012 |
| 13733704 | Trevor Watson Prestige Trophies &Engrav | 1 Gaine Court Bayswater North Melbourne |
| 13733705 | TrueTech Communications | 241 Elinor Ave.   Mill Valley, CA 94941 |
| 13733707 | Tyler Doyle | 2112 Hayden Ave   Aloona, WI 54720 |
| 13737064 | UBE Enterprises | Sam D. Thompson   7425 Creek Rd.   Sandy, UT 84093−6152 |
| 13733708 | Uline | 12575 Uline Drive   Pleasant Prairie, WI 53158 |
| 13733709 | Uniquify, Inc. | 2030 Fortune Drive #200   Attn: Robert Smith   San Jose, CA 95131 |
| 13733710 | Uwe Schaum | Grabenstr. 5 35625 Huettenberg Germany |
| 13733711 | Venkat Balasubramani | Focal PLLC   800 Fifth Avenue, Suite 4100   Seattle, WA 98104 |
| 13733712 | Verne Riley | 65 Shamley Heath rd Kureelpa Queensland |
| 13733713 | Vicki Schwarz | 305 W Fullerton 1E   Chicago, IL 60614 |
| 13733714 | Victor Feng, VIP Networks | 43532 Ocaso Corte   Fremont, CA 94539 |
| 13733715 | Victor Munoz | Condor 1107 depto 1402 Santiago Santiago |
| 13733716 | Viktor Schwarz, K. Melliger &S??hne AG | Tobelm? hlestrasse 5 7270 Davos Platz Sw |
| 13733717 | Vkal Design LLC | 2290 Ringwood Ave.   Suite C   San Jose, CA 95131 |
| 13733718 | Vladimir Fefer | 2620 W Greenleaf   1W   Chicago, IL 60645 |
| 13733737 | WY Gost | Building A, Haocheng Tech Park, Yanshan |
| 13733719 | WaltherCorp LLC | 1342 Virginia Ave   Havertown, PA 19083 |
| 13733720 | Warren Miller | 57 dongola road 1st floor london london |
| 13733721 | Warren Tsang | LogicShark Consulting   274 Madison Avenue   Suite # 1804   New York, NY 10016 |
| 13733722 | Wayne Connors | 13514 Tufts Pl   Tampa, FL 33626 |
| 13733723 | Weng Kay Poon | 44 Choa Chu Kang Street 64 #09−19   Singapore 689105 |
| 13733724 | Wenxie Hu | Rico Kohki (Hong Kong) Limited Wenxie HU |
| 13733725 | Werner Artz | habergasse 4 82380 Pei? enberg Germany |
| 13733726 | Will McGirr | 39 Bruton Place Winnipeg Manitoba R2N 2V |
| 13733727 | Will Wong | 500 Oracle Parkway   Redwood City, CA 94065 |
| 13733728 | William CHEVALLIER | 15 RUE DES BASSES MATHOUZINES 95170 DEU |
| 13733729 | William Courtright | 146 Escolta Way   San Francisco, CA 94116 |
| 13733730 | William Peace | 14821 N Hana Maui Dr   Phoenix, AZ 85022 |
| 13733731 | William Schmitt | 33 Paffendorf Dr   Newburgh, NY 12550 |
| 13733732 | William Smith | Fricourt, Grande Maison Road   Vale Guernsey HG1 3LH UK |
| 13733733 | William Walther | WaltherCorp LLC   1342 Virginia Ave   Havertown, PA 10983 |
| 13733734 | Wim Vandeputte | Oostveld Kouter 13   9920 Lovendegem   Flanders (Belgium) |
| 13733735 | Wolfgang Riedel | Wilmersdorfer Str.3 D−14959 Trebbin Germ |
| 13733736 | World Electronics | 3000 Kutztown Road   Reading, PA 19605 |
| 13733738 | Xavier Conangla | Pujades 350 4a Planta 08019 Barcelona Ba |
| 13733739 | Xiwen Wang | 165 BAYSHORE DR.   BRECHIN Ontario L0K 1B0   Canada |
| 13733740 | Xu Zhang | xu zhang 15 stratford AVE denistone New |
| 13733741 | Xunyu Yang | 15223 Edgemoor St   San Leandro, CA 94579 |
| 13733742 | Yasuo Ino | 1−1−1−808 Minami−kasai Edogawa−ku Tokyo |
| 13733743 | Yazz Atlas, EntropyWorks Inc. | 1429 E. Aloha St.   Seattle, WA 98112 |
| 13733744 | Yichun Catherine Liu | 502 Rudbeckia PL   Gaithersburg, MD 20878 |
| 13733745 | Yipu Xue | 229 Lady Nadia Drive Vaughan Ontario L6A |
| 13733746 | Youssef Raiss−Elfenni | 6322 Dakine Circle   Springfield, VA 22150 |
| 13733747 | Yui Kwan Law | Law Room 711 Block B 9 Lung Wah Street K |
| 13733748 | Zach Halley | Fieldstone Tramore Co. Waterford 0000 Re |
| 13733749 | Zbigniew Armatys | Interaktywny Powiat Tarnowski Zbigniew A |
| 13733750 | Zhao Fu | 191 West Woodruff Ave   Columbus, OH 43210 |
| 13733751 | Zhichao Chen | 3165 Russell St Apt 406 Windsor Ontario |
| 13733752 | Zhichao Zhang | 760 North Mary Ave   Sunnyvale, CA 94085 |
| 13733753 | Zhongwei Ni | 4170 Main St   B3−182   Flushing, NY 11355 |
| 13733754 | Zuber Lawler &Del Duca LLP | 777 S. Figeroa Street   37th Floor   Los Angeles, CA 90017 |
| 13733361 | hani hajje | 708 clay St.   Ashland, OR 97520 |

TOTAL: 624