Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

**ORIGINAL FILED**
JUL 1 - 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

HASHFAST TECHNOLOGIES, LLC, a California limited liability company,

    Debtor and Debtor-In-Possession

    Debtor(s).

Case No. 14-30725
Chapter

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Edwin E. Smith, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Creditor Liquidbits Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
David M. Balbanian and Kristen Palumbo, Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2014

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611097107
Cashier ID: sprinka
Transaction Date: 06/27/2014
Payer Name: san francisco legal support

PRO HAC VICE
For: edwin k smith
Case/Party: D-CAN-3-14-AT-PROHAC-001
Amount:         $305.00

PAPER CHECK CONVERSION
Check/Money Order Num: 152353
Amt Tendered: $305.00

Total Due:       $305.00
Total Tendered:  $305.00
Change Amt:      $0.00

14-30725dm

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```