**Entered on Docket**
**July 09, 2014**
EDWARD J. EMMONS, CLE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

*FILED*
JUL - 7 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re **HASHFAST TECHNOLOGIES,**
**LLC, a California limited liability**
**company,**
Debtor(s).

Case No. **14-30725 DM**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Edwin E. Smith**  , whose business address and telephone number is

**Bingham McCutchen LLP, 399 Park Ave., New York, NY 10022-4689**

and who is an active member in good standing of the bar of  **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: July 7, 2014

_____
**Judge Dennis Montali**
United States Bankruptcy Judge