Signed and Filed: July 8, 2014

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Proposed to be) Jointly Administered with: |
| | Case No. 14-30866 |
| Debtor and Debtor-In-Possession | Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | **ORDER PURSUANT TO RULE 1015(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES** |
| Debtor and Debtor-In-Possession | |

This matter coming before the Court on the Motion of the Debtors for an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of Their Chapter 11 Cases (the "Motion")[1]; the Court having reviewed the Motion and the

---
[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

Declaration in Support of First Day Relief; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the Motion having been sufficient under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. Notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances.

4. In accordance with Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

5. The caption of the jointly administered chapter 11 cases shall be as follows (footnote included):

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 14-30725 _____ |
| | ) | (Jointly Administered with HashFast |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[2] | ) | LLC, Case No. 14-30866) |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

2
Case: 14-30725   Doc# 121   Filed: 07/08/14   Entered: 07/09/14 12:20:13   Page 2 of 3

6. No party shall be required to list any further information beyond that set forth above in pleadings filed in these chapter 11 cases.

7. All original docket entries shall be made in the case HashFast Technologies LLC, *et al.*, Case No. 14-30725.

8. Nothing contained in the Motion or in this order shall be (a) construed to cause substantive consolidation of these chapter 11 cases, and/or (b) deemed a waiver of any right of the Official Committee of Unsecured Creditors to seek substantive consolidation of the two cases.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

10. The Debtors shall each file their own monthly operating reports, though the Debtors shall file such reports solely in the case HashFast Technologies LLC, *et al.*, Case No. 14-30725.

11. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

*END OF ORDER*