KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, *et al.*,[2]<br><br>Debtors. | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866):<br><br>Chapter 11<br><br>**DEBTORS' APPLICATION FOR ORDER APPOINTING MONICA HUSHEN AS THE RESPONSIBLE INDIVIDUAL**<br><br>[No Hearing Required] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 4002-1, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby each apply (the "Application") for entry of an Order approving Monica Hushen as their designated responsible individual during each of their

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

Chapter 11 cases.

1. On May 9, 2014, certain petitioning creditors filed a chapter 7 Involuntary Petition against Hashfast Technologies LLC under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") [Doc. No. 1]. On June 3, 2014, HashFast Technologies LLC filed its Conditional Consent to an Order for Relief [Doc. No. 36] and its Motion to Convert to Chapter 11 [Doc. No. 35]. This Court entered its order converting HashFast Technologies LLC's case to one under chapter 11 on June 5, 2014 [Doc. No. 40].

2. On June 6, 2014, HashFast LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On July 9, 2014, this Court granted the Debtors' motion to jointly administer the case of HashFast LLC with the case of its wholly-owned subsidiary HashFast Technologies LLC [Doc. No. 121].

4. In this application, Debtor Hashfast Technologies LLC seeks to appoint Monica Hushen, its Chief Financial Officer, as the designated individual with primary responsibility for the duties and obligations of Debtor Hashfast Technologies LLC.

5. In this application, Debtor Hashfast LLC also seeks to appoint Monica Hushen, its Chief Financial Officer, as the designated individual with primary responsibility for the duties and obligations of Debtor Hashfast LLC.

6. Ms. Hushen's contact information is: 100 Bush Street, Suite 650, San Francisco, CA 94103; Tel: (415) 429-4512.

///

///

///

2

WHEREFORE, the Debtors respectfully request that this Court enter an Order designating Ms. Hushen as the natural person to be the responsible individual for the duties and obligations of Debtors Hashfast Technologies LLC and Hashfast LLC during their Chapter 11 cases.

Dated: July 10, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC