Signed and Filed: July 10, 2014

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[2] | (Jointly Administered with HashFast LLC, Case No. 14-30866) |
| Debtors. | Chapter 11 |
| | **ORDER APPOINTING MONICA HUSHEN AS DEBTORS' RESPONSIBLE INDIVIDUAL** |
| | [No Hearing Required] |

This matter came before the Court without a hearing upon consideration of Debtors' Application for Order Appointing Monica Hushen as the Responsible Individual (the "Application"). Based upon the Court's review of the Application, and good cause appearing therefor,

---
[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

IT IS HEREBY ORDERED:

1. The Application is GRANTED.

2. Monica Hushen shall be appointed Debtor Hashfast Technologies LLC's responsible individual.

3. Monica Hushen shall be appointed Debtor Hashfast LLC's responsible individual.

**END OF ORDER**