KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

[Proposed] Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No.<br><br>Chapter 11<br><br>**DECLARATION OF MONICA HUSHEN IN SUPPORT OF SUPPLEMENTAL BRIEF WITH RESPECT TO DEBTORS' MOTION TO AMEND GAP PERIOD STIPULATION** |

I, Monica Hushen, hereby declare under penalty of perjury,

1.     I am the Chief Financial Officer of HashFast Technologies LLC ("HashFast Technologies") and authorized representative of HashFast LLC ("HashFast" and, together with

1

HashFast Technologies, the "Debtors").[1] I am generally familiar with the Debtors' day-to-day operations, business affairs, and books and records.

2. This Declaration is submitted in support of the Supplemental Brief With Respect To Debtors' Motion to Amend Gap Period Stipulation ("Supplemental Brief"). It is intended to provide background information on the depreciating value of Bitcoin inventory and equipment in the market.

3. As a bit of background, Bitcoins are a form of cryptographic currency, which are widely traded in real time at exchanges around the world. Bitcoins are created in accordance with a data protocol which is decentralized, that is, under no central control or authority. Thus, they are virtually impossible for any party to change. This protocol establishes the process, known as "mining," by which new Bitcoins are created through a competitive "winner takes all" race to calculate or decode "blockchains." The protocol by design increases the amount of work required to discover a new Bitcoin so that the average discovery rate is kept somewhat constant at ~1Bitcoin every 10 minutes; this has resulted in an increase in difficulty ("Difficulty") every ten to fourteen (10 to 14) days, which, in turn, reduces the Bitcoin return.

4. Bitcoin mining requires powerful and high-functioning equipment capable of quickly running complex calculations.

5. As a consequence of the increased efficiency of mining equipment and the increase in market price of Bitcoins, the value of processing capabilities is subject to rapid depreciation in two primary ways. First, as the Difficulty in calculating or decoding a blockchain ("mining") can increase each ten to fourteen (10 to 14) days, a corresponding reduction occurs in productive output of the same processing equipment (measured in hashes, gigahashes, terra hashes, or

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the relevant First Day Motion (as hereinafter defined).

Case: 14-30725  Doc# 125-1  Filed: 07/11/14  Entered: 07/11/14 11:28:10  Page 2 of 4

petahashes) each month. Second, a blockchain once "mined" becomes permanently unavailable to any other party to "mine" and there exist no means to prevent duplication of effort among different parties or to determine how close any other party is to discovering, "mining," a new blockchain (i.e., the first party to complete the process accrues 100% of the value). As the number of blockchains which are available to be "mined" each month is fixed and immutable, the economic value of processing power is a function of the percentage of overall global processing power employed in the "mining" process. As the total processing power employed on a worldwide basis increases substantially each month, a fixed data processing output becomes a smaller and less valuable percentage each day. The marketable value of the equipment used in Bitcoin mining (including Sierra units, Golden Nonce Chips and wafers) has declined approximately 13% every ten (10) days over the past two months, and took a rapid decline of 20% at the end of June (most likely due to large mining capacity being brought on line). The devaluation is publicized and fixed by the protocol.

6. A simple way to describe the above process is that the network is based on a number of blocks, which are limited. Those that solve the algorithm fastest, win the prize, that is, the Bitcoin. To win the race of scaling the wall, where the wall is increasing in height continuously, one has to scale the fastest to reach the top before all of the other participants do. This race to the top is affected by processing efficiency, the chip, and the board. As more and more people enter the race, it becomes harder and harder to get the Bitcoin by being the first over the top of the wall. That is considered the Difficulty level increase. This Difficulty level increase requires greater equipment efficiency to remain competitive in the market. Currently available and less efficient equipment, thus, becomes less valuable. The rate of increase in the difficulty level can increase or decrease over time, but recently has increased resulting in equipment depreciation. This depends on price (an external variable) and equipment efficiency, which is

Case: 14-30725    Doc# 125-1    Filed: 07/11/14    Entered: 07/11/14 11:28:10    Page 3 of 4

what Debtors engineers are seeking to achieve with maintenance of the current chip and next generation chip technology.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 11, 2014

*/s/ Monica Hushen*
Monica Hushen
Chief Financial Officer of HashFast
Technologies LLC and authorized
representative of HashFast LLC

4