Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
        mdelaney@bakerlaw.com

[Proposed] Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor and Debtor-In-Possession,<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-In-Possession, | Lead Case No.: 14-30725 DM<br><br>(Proposed to be) Jointly Administered with<br><br>Case No. 14-30866 DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES     )

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025.

   On July 14, 2014, I served the foregoing document(s): **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER AUTHORIZING EXAMINATION OF MONICA HUSHEN PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT** as follows:

[X]   By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing, and the ordinary practices of the bulk mailing service used by my firm. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business

603774346.1

PROOF OF SERVICE

or transmitted to the bulk mailing service the same date for immediate processing. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

[X] By Personal Service. I caused a true and correct copy of the above documents to be hand delivered to the person(s) at the address(es) set forth below.

Executed on July 15, 2014, at Los Angeles, California.

David M. Balabanian
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4067
*Via U.S. Mail*

Hon. Dennis Montali
U.S. Bankruptcy Court
Northern Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104
*Via Personal Delivery*

Grant Pederson
12538 Botanical Lane
Frisco, TX 75035-0433
*Via U.S. Mail*

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780-1747
*Via U.S. Mail*

Edwin E. Smith
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
*Via U.S. Mail*

Timefire, Inc.
c/o Eric Benisek
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549-6833
*Via U.S. Mail*

Edward Hammond
3103 Powell Circle
Austin, TX 78704-6343
*Via U.S. Mail*

Satish Ambarti
c/o Eric Benisek
3685 Mt. Diablo Blvd., suite 300
Lafayette, CA 94549-6833
*Via U.S. Mail*

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661
*Via U.S. Mail*

California Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280
*Via U.S. Mail*

- 2 -

PROOF OF SERVICE

603774346.1

| | |
|---|---|
| Tracy Hope Davis<br>United States Trustee for Region 17<br>Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2745<br>*Via U.S. Mail* | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via U.S. Mail* |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br>*Via U.S. Mail* | Monica Hushen<br>100 Bush St., Ste. 650<br>San Francisco, CA 94103<br>*Via U.S. Mail* |

## LIST OF 20 LARGEST CREDITORS
### SERVED VIA U.S. MAIL AND EMAIL ONLY, WHERE INDICATED

| | |
|---|---|
| Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148 | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 |
| Davide Cavion<br>c/o Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Raphael, CA 94901 | Michael Gao<br>c/o Hongqiu Yang<br>105 Tamalpais Point<br>Chapel Hill, NC 27514 |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 |
| Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 |
| Strategic Counsel Corp.<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605 |
| Benjamin Lindner<br>9035 Grayland Drive, Apt. E<br>Knoxville, TN 37923 | Zuber Lawler & Del Duca LLP<br>777 S. Figueroa Street<br>37th Floor<br>Los Angeles, CA 90017 |
| WY Gost – U.S. Mail and Email<br>Building A, Haocheng Tech Park<br>Yanshan Avenue, Baoan District Shenzhen<br>China<br>wygost@yahoo.com | Craig Beech – *Email only*<br>craigbeech@gmail.com |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

603774346.1

Case: 14-30725    Doc# 130    Filed: 07/15/14    Entered: 07/15/14 15:22:36    Page 3 of 4

| | |
|---|---|
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | |

## MEMBERS OF UNSECURED CREDITORS COMMITTEE

| | |
|---|---|
| Hamilton Hee<br>761 Irwindale Ave.<br>Las Vegas, NV 89123<br>*Via U.S. Mail* | Sistemas Operativos Sanitarios ca<br>Attn: Guido Ochoa<br>Calle 35 entre Av. 2 y 3 #2-34<br>Merida, Venezuela 5101<br>*Via U.S. Mail* |
| Uniquify Inc.<br>Attn: Robert Smith<br>2030 Fortune Drive #200<br>San Jose, CA 95131<br>*Via U.S. Mail* | Antony Vo<br>319 S. Mitchell St.<br>Bloomington, IN 47401<br>*Via U.S. Mail* |
| Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074<br>*Via U.S. Mail* | Digimex Ltd.<br>Attn: Willem van Rooyen<br>Bel Air on the Peak, Phase 4<br>Tower 7, Unite 19A<br>Pok Fu Lam, Hong Kong<br>*Via U.S. Mail* |
| Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230<br>*Via U.S. Mail* | |

[X]  FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Sonia Gaeta*
Sonia Gaeta

- 4 -

PROOF OF SERVICE