Entered on Docket
July 15, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 15, 2014



_____
DENNIS MONTALI
U.S. Bankruptcy Judge

1 | Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
         mdelaney@bakerlaw.com

[Proposed] Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>(Proposed to be) Jointly Administered with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER AUTHORIZING EXAMINATION OF MONICA HUSHEN PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT** |

      This matter came before the Court on the Official Committee of Unsecured Creditors' Motion for Order Authorizing Examination of Monica Hushen Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Incorporated Memorandum of Law in Support [D.E. 129] (the "Motion"). After considering the record in this case and the Motion, the Court finds it appropriate to grant the Motion. Accordingly, it is

- 1 -

ORDERED:

1. The Motion is granted;

2. Monica Hushen shall appear for her Rule 2004 examination on July 17, 2014 at the time and location identified in the Motion, unless the parties mutually agree to change the time and/or location; and

3. The Official Committee of Unsecured Creditors shall serve notice of entry of this order by U.S. Mail or e-mail on the Debtor, Monica Hushen, each non-debtor party, and the United States Trustee.

IT IS SO ORDERED.

**END OF ORDER**

Baker & Hostetler LLP
Attorneys at Law
Los Angeles