# EXHIBIT A
# (SIGNATURES)

10. The Debtors shall not be allowed to make any disbursement that is not contemplated by the Budget without the prior written consent of the Committee or further order of the Court and shall not use post-petition funds to pay any pre-petition debts, claims or liabilities without further order of the Court;

11. Counsel to the Committee and each member of the Committee who receive any price lists associated with this Stipulated Order shall hold such lists in strict confidence and may not share with any individual or entity except the other professionals retained by the Committee or its members or use such information in any manner unrelated to Committee business. Counsel to the Committee and each member of the Committee will otherwise take reasonable steps to protect the confidentiality of the information from disclosure to third parties;

12. This Stipulated Order may be modified by a further Stipulated Order of the parties or by the Court for good cause shown; and

13. In the event of a conversion to chapter 7, or appointment of a chapter 11 trustee, this Stipulated Order will automatically terminate;

14. This Stipulation shall terminate on August 31, 2014, unless extended or modified by written agreement of the parties or further order of the Court.

**IT IS ORDERED** that the forgoing agreement is approved in its entirety.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: July 14, 2014        /s/ Jessica M. Mickelson
                            Counsel for the Debtors HashFast Technologies LLC and HashFast LLC

Dated: July 14, 2014        /s/ Ashley McDow
                            Ashley McDow, Counsel for The Official Committee of Unsecured Creditors

Dated: July 14, 2014        Ed Smith — JMM Signing on behalf of Ed Smith with his express permission
                            Edwin E. Smith, Counsel for Liquid Bits

Dated: July 14, 2014        Ray Gallo — JMM signing on behalf of Ray Gallo with his express permission
                            Ray Gallo as counsel on behalf of not less than 62 creditors

5

US_100818343v8_385402-00007 7/14/2014 3:35 PM