KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006, 9014 AND 9019 FOR ENTRY OF ORDERS (I) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (III) AUTHORIZING THE (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF** |

|   | ) [Proposed] Hearing |
|---|---|
| 1 | ) Date: July 28, 2014 |
| 2 | ) Time: 2:00 p.m. |
|   | ) Place: 235 Pine St., 19th Floor |
| 3 | )        San Francisco, CA 94104 |
|   | ) Judge: Honorable Dennis Montali. |
| 4 | ) |

TO THE UNITED STATES TRUSTEE, UNIQUIFY, INC., CIARA TECHNOLOGIES, SONIC MANUFACTURING TECHNOLOGIES, AS PARTIES POTENTIALLY CLAIMING AN INTEREST IN THE ASSETS SOLD, THE 20 LARGEST UNSECURED CREDITORS, AND ANY PARTY-IN-INTEREST AND THEIR COUNSEL:

**PLEASE TAKE NOTICE THAT** that on July 28, 2014, at 2:00 p.m. ("Hearing Date), on the 19th Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104, the above-captioned debtors and debtors in possession (the "Debtors") seek to move this Court ("Sale Motion") for entry of orders (i) authorizing and approving the sale (the "Sale") of certain of the Debtors' assets (the "Acquired Assets") to a newly-created affiliate ("Purchaser") of Liquidbits Corp. ("Liquidbits") in accordance with the Term Sheet for Emergency Section 363 Sale dated July 18, 2014 (the "Term Sheet") attached as **Exhibit 1** to the Sale Motion. The Sale Motion seeks the Court to (ii) authorize and approve the Sale of the Acquired Assets to the Purchaser free and clear of liens, claims, encumbrances and interests, (iii) authorize and approve the license of the intellectual property of the Debtors to Purchaser upon the terms set forth in the Term Sheet, (iv) authorize and approve the release of all claims against Liquidbits and its affiliates other than Purchaser and (v) authorize the (a) assumption and assignment of certain prepetition executory contracts and unexpired leases (the "Assumed Contracts") to Purchaser (b) the assumption of certain liabilities (the "Assumed Liabilities") by Purchaser and (c) granting certain related relief.

The Debtors have filed, concurrently herewith, an Application to Shorten Time on the Sale Motion, and setting a date by which to file written objections as July 24, 2014 or orally at the

2

hearing on the Sale. Should the Court set another date and time for the hearing, and objection deadline, the Debtors will notice that new date and time.

The Sale Motion is made pursuant to Sections 105(a), 363, and 365 of the United States Bankruptcy Code, Local Bankruptcy Rules 9013-1 and 9006-1, and other applicable rules of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Bankruptcy Local Rules. The Sale Motion is based upon the concurrently filed Memorandum of Points and Authorities, the exhibits to the Sale Motion including, but not limited to, the Declaration of Monica Hushen, the pleadings, papers, or other matters contained in the Court's file, judicial notice of which is respectfully requested, and any oral argument of counsel to be presented at the hearing on the Sale Motion.

Dated: July 18, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

3