KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>　　Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>　　Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 AND 9014 FOR ENTRY OF ORDERS (I) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (III) AUTHORIZING THE (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND** |

EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 and 9014 FOR ENTRY OF ORDERS (i) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (iii) AUTHORIZING THE (a) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF [DOCKET NO. 134]

Case: 14-30725    Doc# 137    Filed: 07/18/14    Entered: 07/18/14 14:51:35    Page 1 of 3

| | |
|---|---|
| 1 | ) UNEXPIRED LEASES, (B) |
| 2 | ) ASSUMPTION OF CERTAIN<br>) LIABILITIES; AND (C) GRANTING |
| | ) CERTAIN RELATED RELIEF |
| 3 | ) |
| 4 | ) [Proposed] Hearing<br>) Date: July 28, 2014 |
| 5 | ) Time: 2:00 p.m.<br>) Place: 235 Pine St., 19th Floor |
| 6 | ) San Francisco, CA 94104<br>) Judge: Honorable Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby file this *ex parte* application (the "Application") to set a hearing on their motion (the "Sale Motion")[1] pursuant to 11 U.S.C. §§ 105(A), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities; and (C) Granting Certain Related Relief [Doc. No. 134] on July 28, 2014, at 2:00 p.m. This Sale Motion seeks entry of an order (i) authorizing and approving the Sale to Purchaser, (ii) authorizing and approving the Sale of the Acquired Assets to Purchaser free and clear of liens, claims, encumbrances and interests and (iii) granting such other and further relief as may be just and proper. Additionally, the Sale Motion requests that at the Sale Hearing, the Court enter one or more orders (i) authorizing the assumption and assignment of the Assumed Contracts to Purchaser and (ii) granting such other and further relief as may be just and proper.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

2

EX PARTE APPLICATION FOR ORDER SHORTENING TIME

Case: 14-30725  Doc# 137  Filed: 07/18/14  Entered: 07/18/14 14:51:35  Page 2 of 3

Debtors respectfully request the Court to set this Sale Motion on shortened time so that the Debtors may consummate the Sale on an expedited basis. Debtors request this shortened time frame because the Acquired Assets that are the subject of the Sale (i) are subject to rapid depreciation given the nature of the Bitcoin mining industry and the value of the equipment used therein and (ii) are languishing in the hands of the Supply Chain Service Providers, as more fully described in the Sale Motion and Hushen Declaration.

The basis in support of the Sale Motion is set forth in the concurrently filed *Declaration of Jessica M. Mickelsen* and the previously filed *Declaration of Monica Hushen In Support of the Sale Motion*, as Exhibit 2 to the Sale Motion [Docket No. 134]. Debtors have separately noticed the Sale Motion, as proposed to be heard on July 28, 2014, at 2:00 p.m., with any written objections to be filed by July 24, 2014. In that notice, Debtors indicated that should the Court set another date and time for the hearing, Debtors will notice that new date and time.

Debtors, thus, respectfully request that:

1. The Court enter an order shortening time for a hearing on the Sale Motion, and setting the hearing on July 28, 2014, at 2:00 p.m.;

2. The Court order that no further notice is required on the Sale Motion, if the hearing is set on July 28, 2014, at 2:00 p.m.;

3. The Court authorize that any written objections to the relief requested in the Motion be filed by July 24, 2014 or raised at the hearing on the Sale Motion; and

4. The Court grant Debtors such other and further relief as may be just and proper.

Dated: July 18, 2014

Katten Muchin Rosenman LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession Hashfast Technologies LLC and Hashfast LLC

3

EX PARTE APPLICATION FOR ORDER SHORTENING TIME