KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>**DECLARATION OF JESSICA M. MICKELSEN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 AND 9014 FOR ENTRY OF ORDERS (I) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS,** |

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 and 9014 FOR ENTRY OF ORDERS (i) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (iii) AUTHORIZING THE (a) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF [DOCKET NO. 134]

Case: 14-30725    Doc# 137-1    Filed: 07/18/14    Entered: 07/18/14 14:51:35    Page 1 of 4

|   |   |
|---|---|
| | ) AND (III) AUTHORIZING THE (A) |
| | ) ASSUMPTION AND ASSIGNMENT OF |
| | ) CERTAIN EXECUTORY CONTRACTS |
| | ) AND UNEXPIRED LEASES, (B) |
| | ) ASSUMPTION OF CERTAIN |
| | ) LIABILITIES; AND (C) GRANTING |
| | ) CERTAIN RELATED RELIEF |
| | ) |

## DECLARATION OF JESSICA M. MICKELSEN

I, Jessica M. Mickelsen, hereby declare as follows:

1. I am an attorney at Katten Muchin Rosenman LLP, which serves as counsel for above-captioned debtors and debtors-in-possession, Hashfast Technologies LLC and Hashfast LLC (the "Debtors"). I have personal knowledge of the facts set forth below, to which I could and would testify if called upon to do so.

2. This Declaration is submitted in support of Debtors' *ex parte* application (the "Application") to set a hearing on their motion (the "Sale Motion")[1] pursuant to 11 U.S.C. §§ 105(A), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities; and (C) Granting Certain Related Relief [Doc. No. 134] on July 28, 2014, at 2:00 p.m.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

2

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 and 9014 FOR ENTRY OF ORDERS (i) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (iii) AUTHORIZING THE (a) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF [DOCKET NO. 134]

Case: 14-30725    Doc# 137-1    Filed: 07/18/14    Entered: 07/18/14 14:51:35    Page 2 of 4

3. The Sale Motion seeks entry of an order (i) authorizing and approving the Sale to Purchaser, (ii) authorizing and approving the Sale of the Acquired Assets to Purchaser free and clear of liens, claims, encumbrances and interests and (iii) granting such other and further relief as may be just and proper. Additionally, the Sale Motion requests that at the Sale Hearing, the Court enter one or more orders (i) authorizing the assumption and assignment of the Assumed Contracts to Purchaser and (ii) granting such other and further relief as may be just and proper. The factual basis in support of the Sale Motion is set forth in the concurrently filed *Declaration of Monica Hushen In Support of the Sale Motion* (the "Hushen Declaration").

4. As more fully articulated in both the Sale Motion and Hushen Declaration, the reason for this request to shorten time regarding the Sale Motion is so that Debtors may consummate the Sale. Debtors request this shortened time frame because the Acquired Assets that are the subject of the Sale: (i) are subject to rapid depreciation given the nature of the Bitcoin mining industry and the value of the equipment used therein; and (ii) are languishing in the hands of the Supply Chain Service Providers, as more fully described in the Sale Motion and Hushen Declaration.

5. There have been no previous time modifications related to the subject matter of this request, and the effect of the requested time modification on the schedule of this case does not cause any delay or have a negative effect on the administration of this case. By contrast, the requested time modification assists with the efficiency of case administration and maximizes the value of the assets of the estate, which are subject to rapid depreciation, to the benefit of creditors (if the Sale Motion is granted).

3

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 and 9014 FOR ENTRY OF ORDERS (i) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (iii) AUTHORIZING THE (a) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF [DOCKET NO. 134]

6. On July 17 and 18, 2014, we contacted counsel for the creditors' committee, Julie Glosson of the United States Trustee's office, Ray Gallo (counsel to approximately 60 creditors of the Debtors), and Ed Smith (counsel to Liquidbits Corp.) to determine whether they would consent to have the Motion heard on shortened time on July 28, 2014, in compliance with BLR 9006-1(c)(4). Mr. Gallo and Mr. Smith have consented. Ms. Glosson consented to have a hearing on July 28, but she expressly reserved the right to object to expedited timing. Counsel for the committee has not consented to a hearing on July 28. Instead, committee counsel proposed an alternate date, August 4, 2014; however, after we consulted with Liquidbits' counsel, counsel advised that that date falls outside of the date by which Liquidbits would be willing to move forward with the transaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 18, 2014 at Los Angeles, California.

_____
JESSICA M. MICKELSEN

4

DECLARATION OF JESSICA MICKELSEN ISO EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON THE MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 and 9014 FOR ENTRY OF ORDERS (i) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (iii) AUTHORIZING THE (a) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C) GRANTING CERTAIN RELATED RELIEF [DOCKET NO. 134]