Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Hashfast Technologies LLC | Case No.: 14–30725 DM 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above–captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 7/19/14

Claim Number: 112

Creditor: Alexey Minchenkov

Dated: 7/21/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court