# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 7/21/2014
Case: 14−30725     Form ID: NTCPOC     Total: 5

**Recipients of Notice of Electronic Filing:**
aty     Jessica M. Mickelsen     jessica.mickelsen@kattenlaw.com

                                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Hashfast Technologies LLC     100 Bush Street, Suite 650     San Francisco, CA 94103
aty     Craig A. Barbarosh     Katten Muchin Rosenman LLP     650 Town Center Dr. 7th Fl.     Costa Mesa, CA 92626−7122
aty     Peter A. Siddiqui     Katten Muchin Rosenman LLP     525 W. Monroe St.     Chicago, IL 60661−3693
13733189     Alexey Minchenkov     Asafeva St 2−1−60 St Petersburg Russia 1

                                                 TOTAL: 4