Signed and Filed: July 21, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>―――――――――――――――――<br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTORS'** *EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME AND SETTING HEARING ON DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 AND 9014 FOR ENTRY OF ORDERS (I) AUTHORIZING THE SALE OF ESTATE PROPERTY, (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (III) AUTHORIZING THE (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES; AND (C)** |

) **GRANTING CERTAIN RELATED**
) **RELIEF**
)

The Court having considered the Debtors' *Ex Parte* Application ("Application") for an order shortening time on their motion (the "Sale Motion") pursuant to 11 U.S.C. §§ 105(A), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities; and (C) Granting Certain Related Relief; and finding due cause to shorten time on the Sale Motion for the reasons set forth in the Application and the declaration of Jessica M. Mickelsen in support hereof and the declaration of Monica Hushen filed in support of the Sale Motion,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved;

2. The hearing on the Sale Motion shall be set on shortened time for July 28, 2014 at 2:00 p.m.;

3. No further notice is required; and

4. Any objection to the relief requested in the Sale Motion may be filed no later than July 24, 2014, or presented orally at the hearing.

*END OF ORDER*