Duke F. Wahlquist (State Bar No. 117722)
dwahlquist@rutan.com
Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Creditor
DigiMex Ltd

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

HASHFAST TECHNOLOGIES, LLC, et al.

Debtor.

Case No. 14-30725

(Jointly Administered with HashFast, LLC, Case No. 14-30866)

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**PLEASE TAKE NOTICE THAT**, Rutan & Tucker, LLP attorneys for creditor DigiMex Ltd ("DigiMex"), hereby files this Notice of Appearance and Request for Special Notice pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "F.R.B.P.").

**PLEASE TAKE FURTHER NOTICE THAT** DigiMex requests that all notices given or required to be given and all papers served or required to be served in these cases, in accordance with Rules 2002(a)(1) through (a)(7), 2002(b), and 9007 of the F.R.B.P., sections 102(1) and 342(a) of the Bankruptcy Code, the Local Bankruptcy Rules, and any order(s) of the Court limiting notice in these cases, be given to and served upon DigiMex's counsel at the following address and telephone number:

| | Caroline R. Djang, Esq.
1 | RUTAN & TUCKER, LLP
2 | 611 Anton Boulevard, Fourteenth Floor
  | Costa Mesa, California  92626
3 | Telephone: (714) 641-5100
  | Facsimile: (714) 546-9035
4 | E-Mail:  cdjang@rutan.com

5  **PLEASE TAKE FURTHER NOTICE THAT**, the foregoing request includes not

6  only the notices and papers referred to in the rules, statutes, and order(s) specified above,

7  but also includes, without limitation, amended bankruptcy schedules and statements of

8  financial affairs, notices and orders regarding any applications, motions, petitions,

9  pleadings, requests, complaints, or demands, whether formal or informal, whether written

10 or oral, and whether transmitted or conveyed by mail, overnight delivery, personal service,

11 telephone, telegraph, telex, facsimile, or otherwise.

12  This Notice of Appearance and Request for Special Notice shall not be deemed or

13 construed to be a waiver of the rights of DigiMex, including, without limitation (1) to have

14 final orders in non-core matters entered only after de novo review by the District Court,

15 (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or

16 proceeding related to this case, (3) to have the District Court withdraw the reference in any

17 matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims,

18 actions, defenses, setoffs, or recoupments to which DigiMex is or may be entitled, in law

19 / / /

20 / / /

21 / / /

or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: July 21, 2014

Respectfully submitted,

RUTAN & TUCKER, LLP

By: /s/ Caroline R. Djang
    Caroline R. Djang
    Counsel for DigiMex Ltd

Rutan & Tucker, LLP
attorneys at law
2362/030700-0005
7281734.1 a07/21/14
-3-