SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ADAM J. McNEILE, Cal. Bar No. 280296
amcneile@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for
SIMON BARBER, an individual

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, et al.,<br><br>Debtor. | Case No. 14-30725<br><br>(Jointly Administered with HashFast, LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Sheppard, Mullin, Richter & Hampton LLP, counsel for Simon Barber, an individual, hereby appears in the above-captioned jointly administered bankruptcy cases (the "Case"), and requests that notice of all events relevant to the Case be served on counsel as follows:

> Ori Katz
> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, CA 94111
>
> okatz@sheppardmullin.com

Neither this Notice of Appearance and Request for Special Notice, nor any prior or subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver of Mr. Barber's:

1. Right to have any and all final orders in any and all core or non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in the Case as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

4. Right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to these proceedings to be served directly on Mr. Barber as required by law;

5. Right to contest service of process; or

6. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which any party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Case.

Dated: July 22, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Ori Katz*
ORI KATZ
MICHAEL M. LAUTER
ADAM J. McNEILE

Attorneys for
SIMON BARBER