CRAIG STUPPI, Cal Bar No. 51663
SARAH M. STUPPI, Cal. Bar No. 103041
LAW OFFICES OF STUPPI & STUPPI
1655 North Main Street, Suite 106, #360
Walnut Creek, CA 94596
Telephone:   415-786-4465
Facsimile:   925-287-8113
Craig@stuppilaw.com
Sarah@stuppilaw.com

Attorneys for EDUARDO deCASTRO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, et al.,<br>　　　　　　Debtor. | Case No.   14-30725-DM-11<br><br>Chapter 11<br><br>(Jointly Administered with HashFast, LLC, Case No. 14-30866)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>**(NO HEARING REQUIRED)** |

　　　　PLEASE TAKE NOTICE that the Law Offices of Stuppi & Stuppi, counsel for Eduardo deCastro, an individual, hereby appears in the above-captioned jointly administered bankruptcy cases (the "Case"), and requests that notice of all events relevant to the Case be served on counsel as follows:

　　　　　　　　Craig Stuppi
　　　　　　　　Law Offices of Stuppi & Stuppi
　　　　　　　　1655 N. Main Street, Suite 106, #360
　　　　　　　　Walnut Creek, CA 94596

　　　　　　　　Craig@stuppilaw.com

-1-
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Neither this Notice of Appearance and Request for Special Notice, nor any prior or subsequent appearance, pleading, claim, proof of claim, document, suit, motion or other writing or conduct, shall constitute a waiver of Mr. deCastro's:

    1. Right to have any and all final orders in any and all core or non-core matters entered only after de novo review by a United States District Court Judge;

    2. Right to a trial by jury in the Case as to any and all matters triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    3. Right to have reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

    4. Right to receipt of service of process in all actions, causes, claims or proceedings arising under or related to these proceedings to be served directly on Mr. deCastro as required by law;

    5. Other rights, claims, actions, defenses, setoffs, recoupments or other matter to which any party is entitled under any agreements or at law in equity under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by filing or by any other participation in this Case.

Dated: July 22, 2014                    THE LAW OFFICES OF STUPPI & STUPPI

                                    BY      /s/ Craig Stuppi
                                              Craig Stuppi
                                 Counsel for Eduardo deCastro, an Individual