UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HashFast Technologies LLC

Case No. 14-3075

June 1 - 30, 2014
Actual
Current Month

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jun-14   PETITION DATE: 05/09/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here, the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).   X
   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $7,628,806 | $7,636,906 | |
| b. Total Assets | $7,706,114 | $7,692,606 | $8,555,710 |
| c. Current Liabilities | $175,763 | $20,992 | |
| d. Total Liabilities | $15,002,323 | $14,847,552 | $14,815,841 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $175,079 | $310,364 | $485,443 |
| b. Total Disbursements | $315,755 | $229,507 | $545,262 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($140,676) | $80,856 | ($59,819) |
| d. Cash Balance Beginning of Month | $156,998 | $76,141 | $233,139 |
| e. Cash Balance End of Month (c + d) | $16,322 | $156,998 | $173,319 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($140,676) | $80,856 | ($59,819) |
| 5. Account Receivables (Pre and Post Petition) | $21,609 | $22,609 | |
| 6. Post-Petition Liabilities | $175,763 | $20,992 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

|  |  | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | Freight and Phone Carrier only | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | $57,500 | Katten Law BK Counsel |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | Yes | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | Yes, Salaries Per SVB Bank Recon. | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | Yes | |
| 13. | Are a plan and disclosure statement on file? | No | |
| 14. | Was there any post-petition borrowing during this reporting period? | No | |

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees ____ ; Check if filing is current for: Post-petition tax reporting and tax returns: ____ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)   Payroll taxes at the end of May were paid June 2.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/22/14 0:00

Monica J. Hushen
Responsible Individual

Revised 1/1/98

Case: 14-30725   Doc# 145   Filed: 07/22/14   Entered: 07/22/14 21:10:48   Page 1 of 20

# STATEMENT OF OPERATIONS
## (General Business Case)

For the Month Ended _____ 06/30/14 _____

| Current Month | | | | | | Next Month |
| Actual | Forecast | Variance | | | | Forecast |
|---|---|---|---|---|---|---|
| | | | **Revenues:** | | | |
| $175,079 | | $175,079 | 1 | Gross Sales | $175,079 | |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $175,079 | $0 | $175,079 | 3 | Net Sales | $175,079 | $0 |
| $41,719 | | ($41,719) | 4 | less: Cost of Goods Sold (Schedule 'B') | $41,719 | |
| $133,360 | $0 | $133,360 | 5 | Gross Profit | $133,360 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $133,360 | $0 | $133,360 | 10 | **Total Revenues** | $133,360 | $0 |
| | | | | **Expenses:** | | |
| $26,050 | | ($26,050) | 11 | Compensation to Owner(s)/Officer(s) | $26,050 | |
| $169,906 | | ($169,906) | 12 | Salaries (all Other including Employee taxes) | $169,906 | |
| $0 | | $0 | 13 | Commissions | $0 | |
| $57,484 | | ($57,484) | 14 | Contract Labor | $57,484 | |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 |   Personal Property | $0 | |
| $0 | | $0 | 16 |   Real Property | $0 | |
| $0 | | $0 | 17 | Insurance | $0 | |
| $0 | | $0 | 18 | Management Fees | $0 | |
| $0 | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $7,989 | | ($7,989) | 20 |   Employer Payroll Taxes | $7,989 | |
| $0 | | $0 | 21 |   Real Property Taxes | $0 | |
| $0 | | $0 | 22 |   Other Taxes | $0 | |
| $0 | | $0 | 23 | Other Selling | $0 | |
| $12,606 | | ($12,606) | 24 | Other Administrative | $12,606 | |
| $0 | | $0 | 25 | Interest | | |
| $0 | | $0 | 26 | Other Expenses: | | |
| $0 | | $0 | 27 | | | |
| $0 | | $0 | 28 | | | |
| $0 | | $0 | 29 | | | |
| $0 | | $0 | 30 | | | |
| $0 | | $0 | 31 | | | |
| $0 | | $0 | 32 | | | |
| $0 | | $0 | 33 | | | |
| $0 | | $0 | 34 | | | |
| $274,035 | $0 | ($274,035) | 35 | **Total Expenses** | $274,035 | $0 |
| ($140,676) | $0 | ($140,676) | 36 | **Subtotal** | ($140,676) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| ($140,676) | $0 | ($140,676) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($140,676) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($140,676) | $0 | ($140,676) | 46 | **Net Profit (Loss)** | ($140,676) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**    06/30/14

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $16,322 |
| 2 | Bitcoins | | $379 |
| 3 | Accounts receivable (net) | A | $21,609 |
| 4 | Inventory | B | $7,412,819 |
| 5 | Prepaid expenses | | 42,676.99 |
| 6 | Professional retainers | | $135,000 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $7,628,806 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $55,700 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $55,700 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $21,609 |
| 23 | Loans to affiliates | | $0 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $21,609 |
| 29 | **Total Assets** | | $7,706,114 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

Revised 1/1/98

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $110,256 |
| 31 | Payroll taxes | | | $44,516 |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $20,992 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $175,763 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $175,763 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $10,719 |
| 49 | General unsecured claims | F | | $14,815,841 |
| 50 | **Total Pre-Petition Liabilities** | | | $14,826,560 |
| 51 | **Total Liabilities** | | | $15,002,323 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ( TBD) |
| 53 | Capital Stock | | $0 |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | ($59,819) |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | ($59,819) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $14,942,504 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**     06/30/14

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | $20,992 | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | $21,609 | | |
| Total accounts receivable/payable | $21,609 | $20,992 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $21,609 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
|   Product for resale | $0 |
| Distribution - | |
|   Products for resale | $0 |
| Manufacturer - | |
|   Raw Materials | $1,659,702 |
|   Work-in-progress | $513,000 |
|   Finished goods/System Components | $5,190,865 |
| Other - Explain | |
| TOTAL | $7,363,567 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
|   Net purchase | |
|   Direct labor | |
|   Manufacturing overhead | |
|   Freight in | |
|   Other: | |
| Less - | |
|   Inventory End of Month | |
|   Shrinkage | |
|   Personal Use | N/A |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    X _____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was     6/14/14 0:00

Date of next physical inventory is     TBD

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | ___ |
| LIFO cost | ___ |
| Lower of cost or market | ___ |
| Retail method | ___ |
| Other | X |
|   Explain | |

Market value- cost basis for inventory still in process

Revised 1/1/98

## Schedule C
## Real Property

| Description | 06/30/14 | Cost | Market Value |
|---|---|---|---|
| N/A | | N/A | |
| | | | |
| Total | | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | $55,700 |
| (See Schedule) | | |
| Total | $0 | $55,700 |
| | | |
| Furniture & Fixtures - | | |
| included above | | included above |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| included above | | included above |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| N/A | N/A | N/A |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| N/A | N/A | N/A |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

06/30/14

| Taxes Payable | 0-30 Days | 31-60 Days | | 91+ Days | All Current end |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) | |
|---|---|---|---|
| Secured claims (a) | $0 | $0 | |
| Priority claims other than taxes | $10,719 | $10,719 | |
| Priority tax claims | | $0 | |
| General unsecured claims | $14,815,840.62 | $14,815,841 | Excludes other claims not in HashFast Tech Financials (~$200K) |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at June 30, 2014

| | SVB 3301138576 | SVB 3301032418 | Collateral Acct | Petty Cash | BTC |
|---|---|---|---|---|---|
| Bank | SVB | SVB | SVB | Office Safe | N/A |
| Account Type | Merchant (DIP) | Operating (DIP) | CC Collateral | Cash | Transaction |
| Account No. | 3301138576 | 3301032418 | 3301069535 | N/A | Multi |
| Account Purpose | Creditor 15% Fund | General Operating | N/A Closed | Misc. Office | Transaction |
| Balance, End of Month | $980 | $15,342 | $0 | $360 | $377.33 |
| Total Funds on Hand for all Accounts | $17,060 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 06/30/14

| # | | Actual Current Month | |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | |
| 2 | Cash Received from Sales | $175,079 | |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | $0 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $175,079 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 0 | |
| 14 | Selling | $0 | |
| 15 | Administrative | $12,606 | |
| 16 | Capital Expenditures | $0 | |
| 17 | Principal Payments on Debt | $0 | |
| 18 | Interest Paid | $0 | |
| | Rent/Lease: | | |
| 19 |    Personal Property | $0 | |
| 20 |    Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | $26,050 | |
| 22 |    Draws | $0 | |
| 23 |    Commissions/Royalties | $0 | |
| 24 |    Expense Reimbursements | $0 | |
| 25 |    Other | $0 | |
| 26 | Salaries/Commissions (less employee withholding) | $103,837 | |
| 27 | Management Fees | $0 | |
| | Taxes: | | |
| 28 |    Employee Withholding | $66,070 | |
| 29 |    Employer Payroll Taxes | $7,989 | |
| 30 |    Real Property Taxes | $0 | |
| 31 |    Other Taxes | $0 | |
| 32 | Other Cash Outflows: | | |
| 33 |    Contractors (Employer Services) | $57,484 | |
| 34 |    Manufacturing Subcontract Services | $19,617 | |
| 35 |    Freight for Product Shipments | $22,102 | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $315,755 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | ($140,676) | $0 |
| 40 | **Cash Balance, Beginning of Period** | 156,997.50 | |
| 41 | **Cash Balance, End of Period** | $16,322 | $0 |

Revised 1/1/98

Case: 14-30725    Doc# 145    Filed: 07/22/14    Entered: 07/22/14 21:10:48    Page 8 of 20

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 06/30/14

|  |  |  | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $175,079 | |
| 2 | Rent/Leases Collected | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Cash Paid to Suppliers | $19,617 | |
| 5 | Cash Paid for Selling Expenses | $0 | |
| 6 | Cash Paid for Administrative Expenses | $12,606 | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | |
| 8 | Real Property | $0 | |
| 9 | Cash Paid for Interest | $0 | |
| 10 | Cash Paid for Net Payroll and Benefits | $103,837 | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $26,050 | |
| 12 | Draws | $0 | |
| 13 | Commissions/Royalties | $0 | |
| 14 | Expense Reimbursements | $0 | |
| 15 | Other | $0 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $7,989 | |
| 17 | Employee Withholdings | $66,070 | |
| 18 | Real Property Taxes | $0 | |
| 19 | Other Taxes | $0 | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Contractors (Employer Services) | $57,484 | |
| 22 | Freight for Product Shipments | $22,102 | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($140,676) | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($140,676) | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($140,676) | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 156,997.50 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $16,322 | $0 |

Revised 1/1/98

Case: 14-30725   Doc# 145   Filed: 07/22/14   Entered: 07/22/14 21:10:48   Page 9 of 20



**Silicon Valley Bank**
3003 Tasman Drive
Santa Clara, CA 95054

ADDRESS SERVICE REQUESTED

>001277 4312910 0001 092196 10Z
HASHFAST TECHNOLOGIES LLC
100 BUSH STREET, SUITE 650
SAN FRANCISCO CA 94014

## June 2014
Reporting Activity 06/01 - 06/30   Page 1 of 10

### Managing Your Accounts
- Phone: (408) 654-4636
- Toll-Free: (800) 774-7390
- Email: clientservice@svb.com
- Online: www.svb.com

## Summary of Accounts

Optimize your SVB Online Banking security.

Install **Trusteer Rapport**. It's easy and free.

Go to SVB Online Banking for more information.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX2418 | $15,341.96 |
| Total Balance | | $15,341.96 |

## Analysis Checking - XXXXXX2418

### Account Summary

| Date | Description | |
|---|---|---|
| 06/01/2014 | Beginning Balance | $130,917.26 |
| 06/30/2014 | Ending Balance | $15,341.96 |
| | Total debits this period | $315,839.62 |
| | Total credits this period | $200,264.32 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2014 | Beginning Balance | | | $130,917.26 |
| 06/02/2014 | WIRE IN 140602B6B7HU3R002008 201415300366;ORG BF TRADING LLC;REF 122809136 | | $10,233.40 | $141,150.66 |
| 06/02/2014 | COPOWER INVOICES HASHFAST TECHNOLOGIES | -$1,941.00 | | $139,209.66 |
| 06/02/2014 | EXPENSIFY 800-745-9064 CA Ref0543684H88P Crd6326 Dt 6/01 | -$6.00 | | $139,203.66 |


Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

436.14



## Analysis Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/02/2014 | WIRE OUT 40602L1B77D1C000590{201415302798;BNF EDWARD R DECASTRO;OBI PAYROLL THRU 5.30.14 | -$1,833.41 | | $137,370.25 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000593{201415302804;BNF JOE RUSSELL;OBI PAYROLL 5.30.14 | -$2,280.19 | | $135,090.06 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000803{201415302795;BNF CARA JOHNSON;OBI PAYROLL THRU 5/30/14169.00 | -$2,348.07 | | $132,741.99 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000591{201415302799;BNF CHARLES D. SPACKMAN;OBI PAYROLL THRU 5.30.1 | -$4,184.00 | | $128,557.99 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000592{201415302800;BNF MARK WILLEY;OBI PAYROLL THRU 5.30.14 | -$4,249.65 | | $124,308.34 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000587{201415302788;BNF SEAN TAFFLER;OBI PAYROLL 5.30.14 | -$4,253.57 | | $120,054.77 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000580{201415302767;BNF MONICA HUSHEN;OBI PAYROLL 5/30/14 | -$5,338.33 | | $114,716.44 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000588{201415302789;BNF TIM WONG;OBI PAYROLL 5.30.14 | -$5,769.18 | | $108,947.26 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C002382{201415309083;BNF TIM WONG;OBI BONUS IN FULL | -$6,375.98 | | $102,571.28 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C000586{201415302785;BNF SIMON BARBER;OBI PAYROLL THRU 5/30/14 | -$6,733.42 | | $95,837.86 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C002392{201415309106;BNF SEAN TAFFLER;OBI SIGN ON BONUS | -$8,663.17 | | $87,174.69 |
| 06/02/2014 | WIRE OUT 40602L1B77D1C001865{201415307385;BNF SANDGATE TECHNOLOGIES INC;OBI CURRENT PORTI | -$24,850.00 | | $62,324.69 |



## Analysis Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/03/2014 | WIRE IN 140603B1Q8983C000417 201415400249;ORG MARCONN GLOBAL ENTERPRISE LIMITED;OBI ORDER | | $3,090.00 | $65,414.69 |
| 06/03/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$363.50 | | $65,051.19 |
| 06/03/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$628.28 | | $64,422.91 |
| 06/03/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$35,311.02 | | $29,111.89 |
| 06/03/2014 | LINODE.COM 855-4546633 NJ Ref7541823H907 Crd5715 Dt 6/02 | -$20.00 | | $29,091.89 |
| 06/03/2014 | WIRE OUT 40603L1B77D1C001571{ 201415407719;BNF ROBERT HALF ASSOCIATES;OBI INVOICES 4032986 | -$3,609.08 | | $25,482.81 |
| 06/04/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$168.72 | | $25,314.09 |
| 06/04/2014 | WIRE OUT 40604L1B77D1C000122{ 201415501258;BNF WORKBRIDGE ASSOCIATES;OBI INVOICE 39209, 39 | -$11,025.00 | | $14,289.09 |
| 06/05/2014 | ANTHEM BC RA-1205023 HASHFAST TECHNOLOGIES | -$5,554.00 | | $8,735.09 |
| 06/06/2014 | ADP PAYROLL FEES ADP - FEES HASHFAST TECHNOLOGIES | -$62.10 | | $8,672.99 |
| 06/09/2014 | GOOGLE*SVCS APPS_HASHF HASHFAST TECHNOLOGIES | -$327.25 | | $8,345.74 |
| 06/09/2014 | CHECK #1652 | -$410.00 | | $7,935.74 |
| 06/10/2014 | WIRE IN 140610B1Q8383C014728 201416107696;ORG GUIDO ERNESTO OCHOA HOMES;OBI PAGO DE ORDEN | | $134,350.00 | $142,285.74 |
| 06/11/2014 | WIRE OUT 40611L1B77D1C001549{ 201416206114;BNF WORKBRIDGE ASSOCIATES;OBI PAYMENT 40 HOURS | -$10,800.00 | | $131,485.74 |
| 06/12/2014 | FOG CREEK SOFTWARE 866-364-2733 NY Ref8543469HJLD Crd6326 Dt 6/10 | -$719.00 | | $130,766.74 |


## Analysis Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/12/2014 | WIRE OUT 40612L1B77D1C000147{ 201416301398;BNF SONIC MANUFACTURING TECHNOLOGIES;OBI HASHFA | -$14,900.00 | | $115,866.74 |
| 06/13/2014 | ADP PAYROLL FEES ADP - FEES HASHFAST TECHNOLOGIES | -$62.10 | | $115,804.64 |
| 06/13/2014 | FEDEX 91146313 MEMPHIS TN Ref0541019HKMJ Crd6326 Dt 6/12 | -$984.70 | | $114,819.94 |
| 06/16/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$219.09 | | $114,600.85 |
| 06/16/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$628.28 | | $113,972.57 |
| 06/16/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$23,483.46 | | $90,489.11 |
| 06/16/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$36,734.45 | | $53,754.66 |
| 06/16/2014 | VOICE CARRIER 888-3455203 CA Ref5543687HL7K Crd6326 Dt 6/13 | -$15.81 | | $53,738.85 |
| 06/16/2014 | MAILCHIMP MAILCHIMP.COM GA Ref5543286HM00 Crd5715 Dt 6/14 | -$75.00 | | $53,663.85 |
| 06/16/2014 | SOLVE360 BY 06503317336 CA Ref5550629HLBM Crd6326 Dt 6/13 | -$149.00 | | $53,514.85 |
| 06/16/2014 | VOICE CARRIER 888-3455203 CA Ref5543687HL7K Crd6326 Dt 6/13 | -$528.50 | | $52,986.35 |
| 06/17/2014 | CLOUDFLARE 650-3198939 CA Ref7526586HPEQ Crd5715 Dt 6/13 | -$200.00 | | $52,786.35 |
| 06/18/2014 | WIRE OUT 40618L1B77D1C001103{ 201416905704;BNF WORKBRIDGE ASSOCIATES;OBI 40 HOURS JUNE 18 | -$3,600.00 | | $49,186.35 |
| 06/19/2014 | WIRE IN 140619B6B7HU3R004685 201417003167;ORG BF TRADING LLC;REF 124024412 | | $9,515.36 | $58,701.71 |

Case: 14-30725   Doc# 145   Filed: 07/22/14   Entered: 07/22/14 21:10:48   Page 13 of 20



## Analysis Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/19/2014 | VOICE CARRIER<br>888-3455203 CA<br>Ref5543687HT4Z Crd6326 Dt 6/18 | -$528.50 | | $58,173.21 |
| 06/19/2014 | SAN FRANCISCO CIRCUITS<br>650-6557202 CA<br>Ref5543687HT7X Crd6326 Dt 6/18 | -$1,254.00 | | $56,919.21 |
| 06/19/2014 | WIRE OUT 40619L1B77D1C001408{<br>201417006978;BNF SONIC MANUFAC<br>TURING TECHNOLOGIES;OBI HASHFA | -$1,788.00 | | $55,131.21 |
| 06/20/2014 | DEPOSIT | | $17,890.00 | $73,021.21 |
| 06/20/2014 | ADP PAYROLL FEES ADP - FEES<br>HASHFAST TECHNOLOGIES | -$72.17 | | $72,949.04 |
| 06/20/2014 | UPS*0000A9E50305242014<br>800-811-1648 GA<br>Ref5543286HS00 Crd6326 Dt 6/19 | -$10.00 | | $72,939.04 |
| 06/20/2014 | UPS*0000A9E50305312014<br>800-811-1648 GA<br>Ref5543286HS00 Crd6326 Dt 6/19 | -$10.00 | | $72,929.04 |
| 06/20/2014 | UPS*0000A9E50305172014<br>800-811-1648 GA<br>Ref5543286HS00 Crd6326 Dt 6/19 | -$12.16 | | $72,916.88 |
| 06/20/2014 | UPS*0000A9E50306142014<br>800-811-1648 GA<br>Ref5543286HS00 Crd6326 Dt 6/19 | -$20.00 | | $72,896.88 |
| 06/20/2014 | UPS*0000A9E50305102014<br>800-811-1648 GA<br>Ref5543286HS00 Crd6326 Dt 6/19 | -$1,000.01 | | $71,896.87 |
| 06/20/2014 | WIRE OUT 40620L1B77D1C000756{<br>201417105340;BNF TIM WONG;OBI<br>REIMBURSEMENT FOR LAPTOP PAID | -$1,072.52 | | $70,824.35 |
| 06/23/2014 | VZWRLSS*IVR VB<br>800-922-0204 GA<br>Ref5543286HW00 Crd6326 Dt 6/21 | -$376.56 | | $70,447.79 |
| 06/23/2014 | UPS*0000A9E503<br>800-811-1648 GA<br>Ref5543286HX00 Crd6326 Dt 6/22 | -$1,735.09 | | $68,712.70 |
| 06/24/2014 | PROCEEDS FROM 3301069535 | | $20,000.63 | $88,713.33 |

Handwritten note near WIRE OUT entry: INV. 8805251



## Analysis Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/24/2014 | TRAPP ONLINE TRAPP ONLI | -$49.00 | | $88,664.33 |
| 06/24/2014 | HASHFAST TECHNOLOGY BCC PAYMENT 2812 | -$18,175.63 | | $70,488.70 |
| 06/25/2014 | xfer bal to operating acct FROM ACCOUNT 3301138576 | | $5,100.00 | $75,588.70 |
| 06/25/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | | $84.93 | $75,673.63 |
| 06/25/2014 | WIRE OUT 40625L1B77D1C001598{ 201417607848;BNF WORKBRIDGE AS SOCIATES;OBI 6.25. RETAINER NI | -$3,600.00 | | $72,073.63 |
| 06/26/2014 | ANALYSIS SERVICE CHARGE | -$436.19 | | $71,637.44 |
| 06/27/2014 | ADP PAYROLL FEES ADP - FEES HASHFAST TECHNOLOGIES | -$50.50 | | $71,586.94 |
| 06/27/2014 | ADP PAYROLL FEES ADP - FEES HASHFAST TECHNOLOGIES | -$76.10 | | $71,510.84 |
| 06/27/2014 | FEDEX 464569681 MEMPHIS TN Ref0541019J1MJ Crd6326 Dt 6/26 | -$66.82 | | $71,444.02 |
| 06/27/2014 | WIRE OUT 141780890900 201417808909;BNF HYPERTECHNOLO GIES CIARA INC;OBI 97 BOARD RE | -$1,675.00 | | $69,769.02 |
| 06/30/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$181.98 | | $69,587.04 |
| 06/30/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$628.28 | | $68,958.76 |
| 06/30/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$21,117.32 | | $47,841.44 |
| 06/30/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$32,214.06 | | $15,627.38 |
| 06/30/2014 | DKC*DIGI KEY CORP 800-344-4539 MN Ref5543286J300 Crd6326 Dt 6/28 | -$285.42 | | $15,341.96 |
| 06/30/2014 | Ending Balance | | | $15,341.96 |

*paid collateral acct*



## Analysis Checking - XXXXXX2418 (continued)

**Checks Cleared**

| Check Date | Check Number | Check Amount |
|---|---|---|
| 06/09/2014 | 1652 | $410.00 |

* Indicates skipped check number





#1652        20140609        $410.00



THIS PAGE LEFT INTENTIONALLY BLANK

| WALLET | IDENTIFIER | BALANCE |
|---|---|---|
| Blockchain | b22dc7f8 | 0.04494983 |
| Blockchain | caa037ae | 0.00000000 |
| Blockchain | 16ac2563 | 0.00000000 |
| Blockchain | 0efe8458 | 0.00000000 |
| BitGo | tim | 0.00000000 |
| BitGo | eduardo | 0.00000000 |
| Coinbase | coinbasewoocom | 0.06099977 |
| BitPay | john | 0.00150000 |
| BitFog | beguiler314 | 0.00000000 |
| BitFog | noelani888 | 0.00000000 |
| Electrum | | 0.00000000 |
| Trade Hill | | 0.00000000 |
| | **MAY 31 BTC TOTAL** | **0.10744960** |
| | May 31 USD to BTC Exchange Rate | $623.2567 |
| | **MAY 31 USD EQUIVALENT** | **$66.97** |

**HashFast Technologies LLC - Confidential**
Do not distribute - Shred bin disposal only

| WALLET | IDENTIFIER | BALANCE |
|---|---|---|
| Blockchain | b22dc7f8 | 0.52766328 |
| Blockchain | caa037ae | 0.00000000 |
| Blockchain | 16ac2563 | 0.00000000 |
| Blockchain | 0efe8458 | 0.00000000 |
| BitGo | tim | 0.00000000 |
| BitGo | eduardo | 0.00000000 |
| Coinbase | coinbasewoocom | 0.06099977 |
| BitPay | john | 0.00150000 |
| BitFog | beguiler314 | 0.00000000 |
| BitFog | noelani888 | 0.00000000 |
| Electrum | | 0.00000000 |
| Trade Hill | | 0.00000000 |

| | | |
|---|---|---|
| | **JUNE 30 BTC TOTAL** | **0.59016305** |
| | JUNE 30 USD to BTC Exchange Rate | $639.3623 |
| | **JUNE 30 USD EQUIVALENT** | **$377.33** |

**HashFast Technologies LLC - Confidential**
Do not distribute - Shred bin disposal only