Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

[Proposed] Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>[Proposed] Hearing<br>Date: July 28, 2014<br>Place: 235 Pine St., 19th Floor<br>San Francisco, CA 94104<br>Judge: Honorable Dennis Montali |

**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case of HashFast Technologies, LLC hereby files this unopposed[2] ex parte application ("Application") to set a hearing on the Committee's Motion for Substantive Consolidation [D.E. 148] (the "Motion"), which requests that the Court substantively consolidate the jointly-administered estates of the Debtors into one bankruptcy estate, on July 28, 2014 at 2:00 p.m. The Debtors consent to the relief requested in this Application.

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).
[2] The Debtors consent to the relief requested in this Application.

- 1 -

UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR
SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.

Case: 14-30725   Doc# 149   Filed: 07/23/14   Entered: 07/23/14 19:32:22   Page 1 of 11

The Committee respectfully requests that the Court set this Motion on shortened time so that the Court may consider the Committee's Motion at the same hearing that the Court considers the Debtors' motion to sell property of the estates [D.E. 134] which is scheduled for hearing at the same date and time. The Committee's position at July 28, 2014 hearing may depend, in part, on the Court's ruling on the Committee's Motion.

The Committee has not made any previous time modifications related to the subject of this Application.

The Committee respectfully requests that:

1. The Court enter an order setting the Motion for hearing on July 28, 2014 at 2:00 p.m.

2. The Court authorize that any objections to the relief requested in the Motion be raised at the July 28, 2014 hearing; and

3. The Court grant all other relief that is appropriate under the circumstances.

Dated: July 23, 2014

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/
Ashley M. McDow
Michael T. Delaney

[Proposed] Attorneys for Official Committee of Unsecured Creditors

- 2 -

UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.

603836522.1

Case: 14-30725    Doc# 149    Filed: 07/23/14    Entered: 07/23/14 19:32:22    Page 2 of 11

# DECLARATION OF ASHLEY M. MCDOW

I, Ashley McDow, hereby declare as follows:

1. I am an attorney at Baker & Hostetler LLP, which serves as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case of HashFast Technologies, LLC. I have personal knowledge of the facts set forth below, to which I could and would testify if called upon to do so.

2. This Declaration is submitted in support of the Committee's unopposed *ex parte* application ("Application") to set a hearing on its Motion for Substantive Consolidation (the "Motion") on July 28, 2014 at 2:00 p.m.

3. The reason for this request to shorten time is so the Court may consider the Committee's Motion at the same hearing that the Court considers the Debtors' motion to sell property of the estates [D.E. 134] which is scheduled for hearing at the same date and time. The Committee's position at July 28 hearing may depend, in part, on the Court's ruling on the Committee's Motion.

4. There have been no previous time modifications related to the subject matter of this request, and the effect of the requested time modification on the schedule of this case does not cause any delay or have a negative effect on the administration of these cases. Instead, the requested time modification assists in consolidating matters on the Court's calendar regarding these cases, assists with the efficiency of case administration and will preserve assets of the estates from fees and costs incurred in attending a second hearing in these cases on this sole matter.

5. The Committee has conferred with counsel for the Debtors, who consent to the relief requested in the Application.

6. A copy of the proposed order granting the Application is attached hereto as **Exhibit A**.

- 3 -

UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.

Case: 14-30725    Doc# 149    Filed: 07/23/14    Entered: 07/23/14 19:32:22    Page 3 of 11

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on this 23rd day July, 2014.

_____
Ashley M. McDow

- 4 -

UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR
SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.

603836522.1

Case: 14-30725    Doc# 149    Filed: 07/23/14    Entered: 07/23/14 19:32:22    Page 4 of 11

# EXHIBIT "A"

Case: 14-30725    Doc# 149    Filed: 07/23/14    Entered: 07/23/14 19:32:22    Page 5 of 11

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

[Proposed] Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11 |

**ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.**

The Court having considered the Official Committee of Unsecured Creditors of HashFast Technologies, LLC's Unopposed *Ex Parte* Application ("Application") for an order shortening time on the motion (the "Motion") to substantively consolidate the above-captioned Debtors and the declaration of Ashley McDow in support of the Application,

IT IS HEREBY ORDERED as follows:

1. The Application is approved.

2. The hearing on the Motion is hereby set for July 28, 2014 at 2:00 p.m.

---
[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN38-3913245).

- 1 -

3. Any objection to the relief requested in the Motion may be filed prior to the hearing or presented orally at the hearing.

**END OF ORDER**

- 2 -
ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.
603836540.1

Case: 14-30725    Doc# 149    Filed: 07/23/14    Entered: 07/23/14 19:32:22    Page 7 of 11

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **UNOPPOSED EX PARTE APPLICATION FOR ORDER SETTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION FOR HEARING ON JULY 28, 2014 AT 2:00 P.M.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 23, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **July 23, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ray E. Gallo: rgallo@gallo-law.com
*Via Email*

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 23, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Dennis Montali
U.S. Bankruptcy Court Northern
Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104
*Via Personal Delivery*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2014 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Greg P. Campbell ecfcanb@piteduncan.com
- Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Caroline R. Djang cdjang@rutan.com
- W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Julie M. Glosson julie.m.glosson@usdoj.gov
- Ori Katz okatz@sheppardmullin.com
- Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Kristen A. Palumbo kristen.palumbo@bingham.com
- Christopher D. Sullivan csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- Nancy Weng nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

David M. Balabanian
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4067

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Edwin E. Smith
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Timefire, Inc.
c/o Eric Benisek
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549-6833

Satish Ambarti
c/o Eric Benisek
3685 Mt. Diablo Blvd., suite 300
Lafayette, CA 94549-6833

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

California Employment Development
Dept. Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Tracy Hope Davis
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

## LIST OF 20 LARGEST CREDITORS
## SERVED VIA U.S. MAIL AND EMAIL ONLY, WHERE INDICATED

Mark Roy
21745 Duck Creek Square
Ashburn, VA  20148
*Via U.S. Mail*

~~Davide Cavion~~
~~c/o Bryan Reyhani~~
~~Reyhani Nemirovsky LLP~~
~~200 Park Avenue, 17th Floor~~
~~New York, NY 10166~~
*(undeliverable)*

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA  94086
*Via U.S. Mail*

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA  19425
*Via U.S. Mail*

Strategic Counsel Corp.
227 Broadway, Suite 306
Santa Monica, CA  90401
*Via U.S. Mail*

Benjamin Lindner
9035 Grayland Drive, Apt. E
Knoxville, TN  37923
*Via U.S. Mail*

WY Gost – *Via U.S. Mail and Email*
Building A, Haocheng Tech Park
Yanshan Avenue, Baoan District Shenzhen
China
wygost@yahoo.com

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada
*Via U.S. Mail*

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674
*Via U.S. Mail*

Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL  33180
*Via U.S. Mail*

Michael Gao – *Via U.S. Mail and Email*
c/o Hongqiu Yang
105 Tamalpais Point
Chapel Hill, NC  27514
Urazexo378@gmail.com

Elton Seah
761 Irwindale Avenue
Las Vegas, NV  89123
*Via U.S. Mail*

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA  95052-0225
*Via U.S. Mail*

World Electronics
3000 Kutztown Road
Reading, PA  19605
*Via U.S. Mail*

Zuber Lawler & Del Duca LLP
777 S. Figueroa Street
37th Floor
Los Angeles, CA  90017
*Via U.S. Mail*

Craig Beech – *Via Email only*
craigbeech@gmail.com

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK
*Via U.S. Mail*

## MEMBERS OF UNSECURED CREDITORS COMMITTEE

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NV  89123
*Via U.S. Mail*

Uniquify Inc.
Attn:  Robert Smith
2030 Fortune Drive #200
San Jose, CA  95131
*Via U.S. Mail*

Koi Systems Ltd.
Attn:  Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV  89074
*Via U.S. Mail*

Peter Morici
1430 Patapsco St.
Baltimore, MD  21230
*Via U.S. Mail*

Sistemas Operativos Sanitarios ca
Attn:  Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela  5101
*Via U.S. Mail*

Antony Vo
319 S. Mitchell St.
Bloomington, IN  47401
*Via U.S. Mail*

Digimex Ltd.
Attn:  Willem van Rooyen
Bel Air on the Peak, Phase 4
Tower 7, Unite 19A
Pok  Fu Lam, Hong Kong
*Via U.S. Mail*