```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                       Case No. 14-30725-DM
Hashfast Technologies LLC                                    Chapter 11
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0971-3        User: dchambers          Page 1 of 1         Date Rcvd: Jul 21, 2014
                            Form ID: NTCPOC          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2014.
db         +Hashfast Technologies LLC,    100 Bush Street, Suite 650,   San Francisco, CA 94104-3932
aty        +Craig A. Barbarosh,    Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
             Costa Mesa, CA 92626-1989
aty         Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,   Chicago, IL  60661-3693
13733189    Alexey Minchenkov,   Asafeva St 2-1-60 St Petersburg Russia 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2014                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
              Ashley McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley McDow    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com, SGaeta@bakerlaw.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
              Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@piteduncan.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               SGaeta@bakerlaw.com
              Nancy Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com, kim@trinhlawfirm.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
              Patrick Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Venkat Balasubramani    on behalf of Interested Party Pete Morici venkat@focallaw.com,
               pete.morici@alumni.purdue.edu
              W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
               keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
                                                                                              TOTAL: 15

Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Hashfast Technologies LLC<br>Debtor(s) | Case No.: 14−30725 DM 11<br>Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 7/19/14

Claim Number: 112

Creditor: Alexey Minchenkov

Dated: 7/21/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court