Elizabeth A. Green, Esq.
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801

FILED
JUL 24 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Hashfast Technologies, LLC, et al.,

Debtor(s).

Case No. 14-30725
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Elizabeth A. Green, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Unsecured Creditors' Committee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ashley M. McDow and Michael T. Delaney, Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 (310-820-8800)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2014

Elizabeth A. Green

Case: 14-30725   Doc# 152   Filed: 07/24/14   Entered: 07/24/14 11:13:52   Page 1 of 2

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611097794
Cashier ID: almaceh
Transaction Date: 07/23/2014
Payer Name: BAKER AND HOSTETLER LLP
------------------------------------
PRO HAC VICE
 For: ELIZABETH A GREEN
 Case/Party: D-CAN-3-14-AT-PROHAC-001
 Amount:         $305.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 314130
 Amt Tendered:   $305.00
------------------------------------
Total Due:       $305.00
Total Tendered:  $305.00
Change Amt:      $0.00

BANKRUPTCY CT
14-30725
CHAP 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```