**Entered on Docket
July 24, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 23, 2014

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

1 Ashley M. McDow (245114)
  Michael T. Delaney (261714)
2 **BAKER & HOSTETLER LLP**
  11601 Wilshire Boulevard Suite 1400
3 Los Angeles, CA  90025-0509
  Telephone:    310.820.8800
4 Facsimile:    310.820.8859
  Email:    amcdow@bakerlaw.com
5         mdelaney@bakerlaw.com

6 [Proposed] Attorneys for OFFICIAL COMMITTEE
  OF UNSECURED CREDITORS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | (Proposed to be) Jointly Administered with: |
| | Case No.: 14-30866-DM |
| Debtor and Debtor in Possession. | Chapter 11 |
| | **ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO EMPLOY BAKER & HOSTETLER LLP AS BANKRUPTCY COUNSEL** |
| | [Related to Docket No. 114] |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | [NO HEARING REQUIRED] |
| Debtor and Debtor in Possession. | |

///

///

///

///

The Court having reviewed the application [Docket No. 114] (the "Application") of Official Committee Of Unsecured Creditors in the above-captioned case, to employ Baker & Hostetler as their bankruptcy counsel, no opposition to the Application or request for hearing having been filed, and having found that good cause exists to grant the relief sought,

**IT IS HEREBY ORDERED** that the Application is GRANTED, per the terms set forth in the Application; and

**IT IS SO ORDERED.**

###