Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Signed and Filed: July 23, 2014


_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

[Proposed] Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast, LLC, Case No. 14-30866)<br><br>Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | |

**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER AUTHORIZING EXAMINATION OF EDUARDO DE CASTRO PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

This matter came before the Court on the Official Committee of Unsecured Creditors' Motion for Order Authorizing Examination of Eduardo de Castro Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Incorporated Memorandum of Law in Support [D.E. 143] (the "Motion").  After considering the record in this case and the Motion, the Court finds it appropriate to grant the Motion.  Accordingly, it is

ORDERED:

1.     The Motion is granted;

2. Eduardo de Castro shall appear for his Rule 2004 examination on July 25, 2014 at the time and location identified in the Motion, unless the parties mutually agree to change the time and/or location; and

3. The Official Committee of Unsecured Creditors shall serve notice of entry of this order by U.S. Mail and e-mail (if known) on the Debtor, Eduardo de Castro, and the United States Trustee.

**END OF ORDER**