Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Attorneys representing Uniquify, Inc.

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC | Case No.: 14-30725<br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Uniquify, Inc. is a creditor and interested party in the above-captioned bankruptcy case and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, filed and served in this case by sending copies of the same to its counsel as follows:

Heinz Binder, Esq.
Robert G. Harris, Esq.
Binder & Malter LLP

| | |
|---|---|
| 1 | |
| 2 | 2775 Park Avenue |
| 3 | Santa Clara, CA 95050 |
| | Telephone: (408)295-1700 |
| 4 | Facsimile: (408) 295-1531 |
| | Email: heinz@bindermalter.com |
| 5 | Email: rob@bindermalter.com |

Dated: July 24, 2014                    BINDER & MALTER LLP

By: /s/ *Robert G. Harris*
      Robert G. Harris

Attorneys for Uniquify, Inc.