KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (SBN 6278445)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for the Debtors
HashFast Technologies LLC and HashFast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, et al.,[1]<br><br>Debtors. | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE FOR SPECIFYING CURE AMOUNT OWING TO UNIQUIFY, INC.**<br><br>**Date: July 28, 2014**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 22nd Floor**<br>**235 Pine Street**<br>**San Francisco, California** |

The Debtors herein and Uniquify, Inc. ("Uniquify") hereby stipulate and agree as follows:

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

1. The Notice Of Assumption And Cure Amount With Respect To Executory Contracts Or Unexpired Leases Potentially To Be Assumed And Assigned In Connection With Sale Of Debtors' Assets (dkt. #146) (the "Notice") was filed on July 23, 2014.

2. The Notice provides at paragraph 3 that "objections, if any, to the assumption and assignment of an Assumed Contract and/or to the proposed Cure Amount shall be raised orally at the Sale Hearing, or, if made in writing, must (a) state with specificity the cure amount asserted to be required, (c) include appropriate documentation thereof, (d) be filed with the Bankruptcy Court by July 24, 2014 and served on the following parties: (i) counsel to the Debtors, Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California (Attn: Jessica M. Mickelsen), jessica.mickelsen@kattenlaw.com, (ii) counsel for Purchaser, Bingham McCutchen LLP, One Federal Street, Boston, MA 02110 (Attn: Edwin E. Smith), edwin.smith@bingham.com, (iii) counsel for the official committee of unsecured creditors, Baker Hostetler LLP, 11601 Wilshire Blvd., Suite 1400, Los Angeles, CA 60602 (Attn: Ashley M. McDow), amcdow@baker.com, and (iv) the Office of the United States Trustee for the Northern District of California, 235 Pine Street, Suite 700, San Francisco, CA 94104 (Attn: Julie M. Glosson), julie.m.glosson@usdoj.gov."

3. The default cure listed in Attachment 1 to the Notice for Uniquify of $212,213.05. Uniquify disputes this amount and asserts that $642,010 is owed.

4. The principals for the Debtors, Uniquify, and Liquibits met at Uniquify on July 24, 2014, in an attempt to generate agreement on the cure amount owed. If and to the extent that the Debtors and Uniquify do not agree upon a revised cure amount that the Debtors file prior to 2 p.m. on July 28, 2014, Uniquify shall have an additional 7 days, through and including August 4, 2014, to assert cure amount it is owed and provide supporting documentation as set forth in the Notice.

2
Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: July 25, 2014        /s/ *Peter Siddiqui*

Counsel for the Debtors HashFast Technologies LLC and HashFast LLC

Dated: July 25, 2014        /s/ *Robert G. Harris, Esq.*

Robert G. Harris, Esq.
Attorneys for Uniquify, Inc.

**END OF ORDER**