Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

[Proposed] Attorneys for the OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>**Hearing:**<br>Date: July 28, 2014<br>Time: 2:00 p.m.<br>Dept: 235 Pine St., 19th Fl.<br>      San Francisco, CA 94104<br>Judge: Hon. Dennis Montali |

**DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF ORDERS (1) AUTHORIZING THE SALE OF ESTATE PROPERTY, (2) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (3) AUTHORIZING THE (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) ASSUMPTION OF CERTAIN LIABILITIES, AND (C) GRANTING CERTAIN RELATED RELIEF**

I, Ashley M. McDow, hereby declare:

1. I am of counsel at the law firm of Baker Hostetler LLP, counsel of record for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case of *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy"). I make this declaration in support of the opposition (the "Opposition") of the Committee to the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (a) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (b) Assumption of Certain Liabilities, and (c) Granting Certain Related Relief* (the "Motion").[1]

2. As the attorney primarily responsible for representation of the Committee, I have personal knowledge of the following facts, unless otherwise stated, and if called upon to do so, could and would competently testify thereto.

3. A true and correct copy of cited excerpts from the Transcript of the July 15, 2014, Continued Meeting of Creditors for Hashfast Technologies, LLC, I received from the court reporting service is attached hereto as **Exhibit A**.

4. A true and correct copy of cited excerpts from the Transcript of the July 8, 2014, Meeting of Creditors for Hashfast Technologies, LLC, I received from the transcription service is attached hereto as **Exhibit B**.

5. A true and correct copy of the non-binding Term Sheet appended to the Motion is attached hereto as **Exhibit C**.

6. A true and correct copy of cited excerpts from the Hushen 2004 transcript I received from the court reporting service is attached hereto as **Exhibit D**.

7. A true and correct copy of the Bankruptcy Court's *Guidelines for Early Disposition of Assets in Chapter 11 Cases* is attached hereto as **Exhibit E.**

---

[1] Unless otherwise defined herein, all capitalized terms used herein have the meaning given to them in the Opposition.

- 2 -

DECLARATION OF ASHLEY MCDOW IN SUPPORT OF COMMITTEE'S OPPOSITION TO DEBTORS' SALE MOTION

603846193.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

8. A true and correct copy of the Joint Venture Agreement between Hashfast Technology LLC and Liquidbits Corp. which was appended to the Declaration of Gregory Bachrach [HFT Doc. 10] is attached hereto as **Exhibit F**.

9. A true and correct copy of *In re Blixseth*, 2010 WL 716198 (Bankr. D. Mont. Feb. 23, 2010) is attached to the McDow Declaration as **Exhibit G**.

10. A sample proposal from one of the Committee members is attached hereto as **Exhibit H.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of July, 2014 at San Francisco, California.

*/s/ Ashley M. McDow*_____
Ashley M. McDow

- 3 -

DECLARATION OF ASHLEY MCDOW IN SUPPORT OF COMMITTEE'S OPPOSITION TO DEBTORS' SALE MOTION

603846193.1