**EXHIBIT H**

# FRANCHISED MINE BUSINESS MODEL ANALYSIS

- ❑ PROBLEM ANALYSIS
- ❑ BLOCK DIAGRAM SEQUENCE
- ❑ Q & A, NUMERICAL EXAMPLES, TERMS

DRAFT AND PRELIMINARY

SECTION ONE: PROBLEM ANALYSIS



Grossly underutilized physical inventory

Grossly underutilized productive capacity

\* Subsistence farming : A form of agriculture where farmers produce only enough crops to feed themselves and their families, without external trade and without generating any surplus.

- **Issue is not lack of inventory**
  Company has a large, underutilized asset inventory; 20+ Ph/s in ready-to-use chips, significant inventory of system parts, significant inventory of board components, etc.

- **Issue is not lack of productive capacity**
  Company has known-working + known-manufacturable systems, firmware software, team, intellectual property, working assets, etc.

- **Company operations amount to subsistence farming**
  Business process log-jammed: minimal sales fund only minimal operations, which only enable minimal sales thus completing the cycle.

- **Liquidity crunch = no forward progress = further crunch**
  Company+creditors are effectively in stagnation. Unless cycle is broken, company unlikely to continue, creditors unlikely to see repayment beyond 50% via a fire-sale or any equivalent process



* All values are hypothetical although, we believe, close to reality

- **Logjam meant company unable to take the (proportionately) simple final step of assemble + ship**
  This was the central issue preventing company from shipping 1000's of units in Jan, Feb, March. All other required parts, inventory, production capacity were present or obtainable.

- **Not meeting commitments had severe consequences for company and customers**
  Chart on right reflects the estimated mining proceeds that would have been realized if the final step of assemble + ship had been taken on schedule

- **EVO design completed but compromised**
  The impact was extremely limited because they too were subject to the logjam



**1-year mining proceeds by deployment start date**

* All values are hypothetical although, we believe, close to reality

- **The essential problem has not changed**
  Business cycle still stalled. Company inventory still sitting on the shelf not mining. Company operations at bare-subsistence levels. Little to no forward progress. Inaction continues to mean decreased returns (see chart).

- **Who stands to lose has changed**
  Creditors as well as investors and employees stand to lose as the logjam continues to halt the company, prevent it from taking steps needed to turn inventory into working systems.

- **Decision process has changed**
  Decision process now involves seeking consensus from multiple parties, is more drawn-out and expensive.

- **The spectrum of possibilities has changed**
  Narrower in some ways (eg shipping to customers no longer an option), broader in others (eg can use inventory to generate value in ways other than by shipping it to customers)



Grossly underutilized physical inventory

Grossly underutilized productive capacity

- **Problem remains as it has been: how to break out?**
- Simply put, if capacity is deployed there is very significant upside – enough to cover all currently-listed debt plus safety margin.

- **If deployment impossible, what remains is fire sale**
- Under fire-sale of inventory (or it's functional equivalent) creditors are unlikely to see more than 50 cents on the dollar + company will not remain a going concern.

**The chip inventory must be put to work**

Breaking the logjam necessarily involves taking the final step that has not been taken in since January: complete final assembly and put the machines to work. Without that, there is no solution.

**Sooner is better than later**

Because of the nature of the business, the sooner this gets done the better the returns are – independently of who will be involved and how such returns will be distributed.

**Others must be involved**

In it's present circumstances, the company cannot complete final assembly and put the machines to work by itself – at least not so in any timeframe that matters. Therefore others must be involved.

**The company business model must change**

The previous business model (sell hardware) is no longer applicable or sustainable, and therefore must change



- **Change business model from sell to lease**
- HF to release idle inventory to franchised mines in return for a participation in future mining proceeds rather than as a one-time sale.

- **Align interests with franchisees as closely as possible**
- Structured to be intentionally designed so pursuit of self-interest by franchised mines also serves HF interests

- **Process start to be simple, prompt, frictionless**
- Interest of both HF creditors and franchised mines best served by prompt mining, not by extended adversarial negotiations. Equally important - subsequent contract management process needs to be clear, simple, transparent

**Terms must be simple, clear and aligned around common interest**

For this to be successful, the process must be easily explainable, easily repeatable, and beneficial to both parties.

**Terms must be attractive and broadcast widely**

Conditions, time frame, return of investment.

**Process must be standardized and easily repeatable**

The process is intended to be easily repeatable. Agreement terms and contract are specifically intended to be as standard, straightforward and non-negotiable as the process of renting a car.

| | |
|---|---|
| **Fire-sale (or functional equivalent) of all inventory to one buyer** | Find a single buyer to take all assets. Typically results in far lower prices than if there is competition among buyers, but would be done quicker. |
| **Fire-sale to multiple buyers** | Obtain multiple bids for different groups of assets and sell each one to higher bidder. |
| **HF employees leave and liquidate** | Team leaves, creditors and/or potential buyers remain behind to sort out what to do. Likely to produce a poor result for creditors, but arguably one of the best possible for individual team members. |

SECTION TWO: BLOCK DIAGRAM SEQUENCE



Grossly underutilized physical inventory

Grossly underutilized productive capacity

Subsistence level company operations

- **Starting point is company as it is today**
  Plan must start from current reality, which presently is a company practically paralyzed: limited sales leading to limited ability to put inventory to work, leading to limited income, and over again in downward cycle.

- **Key point is to break logjam**
- If assets are put to work, creditors may see re-payment and company may continue as a going concern. If it is not, neither one of those two things will happen

- **Action must be decisive**
- Muted or partial efforts are unlikely to produce a re-start within a relevant time frame



- **First step is to fund subsequent steps**
  Presently the company cannot fund breaking itself out of the logjam it is in. Therefore any outcome other than a fire-sale of all assets (or it's equivalent) requires funding

- **Any such sale must be strategic, and planned**
  Strategic intent is to increase overall value of inventory by reducing complexity and time-to-deployment.

- **Proceeds to be set aside for their intended purpose**
- Key variables are what funds are needed for the strategic plan, what inventory to sell in order to generate them

Case: 14-30725    Doc# 161-5    Filed: 07/25/14    Entered: 07/25/14 17:35:30    Page 14 of 32



- **Match inventory to needs**
  HF inventory is currently severely mismatched; an over-abundance of some items is combined with a crippling shortage of others such as printed circuit boards (PCBs). This causes a great reduction of it's practicality and overall value.

- **Increase simplicity + time-to-market**
  Doing the work of balancing this mismatch by selling abundant parts and purchasing scarce ones increases both the simplicity of any deployment.



- **Need for standard, non-negotiable contracts**
  For this to be successful, contract terms and contract paper must be drawn up in advance, be immediately available, and be non-negotiable. Goal is process similar to how rental car companies can close in minutes an agreement to rent a valuable car and have customer drive off with it.

- **Along with contract there is also contract mgt process**
  Less visible, but no less important than contracts themselves. Process and procedures for managing the contracts once they are entered into must also be established in advance

Case: 14-30725    Doc# 161-5    Filed: 07/25/14    Entered: 07/25/14 17:35:30    Page 16 of 32



**As critical as the prior points**
Plan requires the participation of others. Therefore, marketing and communications is just as critical as preparing the inventory and preparing legal framework.

**Multiple aspects to prepare**
Communication set to include website publishing, written statement from creditor committee + company management, clear explanation of the terms, step-by-step details of what prospective franchised miners need to do in order to participate, etc.

Case: 14-30725    Doc# 161-5    Filed: 07/25/14    Entered: 07/25/14 17:35:30    Page 17 of 32



Published documents

Online

One-on-one

- **Kick-off only once all 3 prior points are complete**
  Perception is poor therefore objective is to create a sharp "before and after" division.

- **Initial broadcast to be as wide as possible**
- Multiple parallel and reinforcing communication channels: written statements, on-line publishing and one-on-one communication.  Message communicated to be simple and, most importantly, actionable.

- **Pre-written follow-up releases to maintain momentum**
- Planned release, with planned, rapid and pre-written follow-ups.



- **Straightforward exchange**
Exchange to be as clear and straightforward as possible: Franchised miner to be aware of terms and conditions before starting dialogue, HF to release chips and PCBs as soon as contract is signed.

- **Miner to contract production of their boards**
- HF's role is as ASIC supplier, not to ne involved in board production.

  **Key points are speed, simplicity, repeatability**
- If multiple parallel agreements will be moving forward at any one time, simplicity and repeatability are critical for this process to work.



- **Similar to managing any other franchise**
  After initial roll-out, work on hand to transition to franchise management – the core work is not different because the business model being franchised is bitcoin mining

- **Receive daily payments, handle exceptions, publish results**
- Routine work is to receive payments and publish results. Exceptions will generally be related to a mine not performing as agreed, and if this cannot be resolved, a process should be in place to recover the equipment and assign it to a more efficient miner under the same terms.

- **Key points are transparency and simplicity**
- Core work is not intrinsically complex: key point is to carry it out as consistently and transparently as possible



- **Scheduled distributions**
  After franchised mined payments have been accumulating in public HF estate-controlled wallets for a pre-set period, balances to be converted to USD and distributed to creditors.   Period to be of sufficient length to allow for significant value to accumulate and be scheduled and expected part of operations

  **Target is to exceed (not meet) presently known obligations**
  Target is not "to barely meet presently known obligations" but to greatly exceed them.   Intent is to both allow for meeting obligations even if performance is less than plan and to prepare for existing but unknown obligations

  **Continued operations**
  HF operations and day-to-day work to continue alongside any distributions.



Reports to creditors

online info

Franchise end

Equipment

Equipment

Franchise agreement

BTC

BTC

BTC

Public wallets

B B B

- **Company to continue as a going concern**
  After the distribution to creditors, company to continue as a going concern (provided it can fully repay all creditors; if not creditors get distribution plus any remaining assets)

- **Business and business operations remain steady**
  Company will continue operating in essentially the same manner as it did before the distribution to creditors – no dramatic shifts in operations, or in business model

SECTION THREE: Q & A, NUMERICAL EXAMPLES, TERMS

Case: 14-30725    Doc# 161-5    Filed: 07/25/14    Entered: 07/25/14 17:35:30    Page 23 of 32

**Q** Why would do this instead of just selling chips and other inventory?

**A** 3 main reasons are: improved returns, diversification, and upside preservation

**Q** Does doing this exclude other alternatives (i.e. does doing this mean we cant also take other proposals?)

**A** No. This can be part of a larger solution where some inventory is sold and some used to create franchised mines as described here. Further, the key parts of this (eg ordering PCBs) need to happen in any case

**Q** Why provide chips + PCBs instead of just chips?

**A** Providing both (and ready-to-start contract manufacturers) means finished boards come out sooner, and therefore mining starts sooner. This greatly increases returns for both the miners and HashFast estate.

**Q** What is the cost of providing a ready vs providing just chips? What extra mining income will it produce?

**A** Providing a ready to go solution will cost $25-35 per chip, and reduce time-to-mining by 4-6 weeks. This additional mining time will produce an additional ~0.4 BTC (currently $252).

* All values are hypothetical although, we believe, close to reality

**Q** Will this be restricted to HF creditors or be available to all comers? How will capacity allocated?

**A** This will be made available to all comers and allocated on a first-come, first-served basis. However, HF creditors will have the opportunity to apply their balance with HF to the purchase of parts (PSUs, etc) at cost.

**Q** Will HashFast be paid for the chips? What is the profit margin per chip?

**A** HF will be paid for the chips – but as recurring income over two years, not as a one-time lump payment. HF will receive mining proceeds of 200 Gh/s per chip, the balance remaining with the miner.

**Q** Will HF be manufacturing boards? What is the profit margin per board?

**A** HF will not be manufacturing boards. HF will supply chips + PCBs, and provide it's recommendations re: contract manufacturers.

**Q** Are franchise miners obliged to use the manufacturers HF recommends?

**A** No. They can use whomever they prefer – HF's recommendation, their own CM, or alternative designs (eg Pepper Mining), etc. The only requirement is that mining income payments be made on time.

* All values are hypothetical although, we believe, close to reality

**Q** What is the cost per board to the miners?  Isn't that too cheap?

**A** The cost per complete board to miners could be between $140 and $244 each, (ie between 23 and 40 cents per Gh/s). The intent is explicitly to make it as attractive as possible.

**Q** What if  some miners wish to buy additional services?  (eg testing, consulting, manufacturing support…)

**A** If miners wish to buy such services, they could do so their preferred service provider.   HF role should be to provide chips.

**Q** How will HF estate track payments? How will HF estate maintain transparency?

**A** Payments are easy to calculate: it is capacity provided divided by difficulty.   Each miner will make daily payments into a HF estate controlled wallet. Transparency to be maintained by publishing those.

**Q** What happens is a particular mine stops making payments?

**A** Initially HF estate send a notice of non-payment. If payments do not re-start, it will reclaim the equipment (i.e. the complete working miners), and assign it to another franchisee so payments can restart right away.

\* All values are hypothetical although, we believe, close to reality

**Q** Won´t this lead to HF equipment ending up being operated by the most cost-efficient miners?

**A** Yes, it will. Over time, it's natural that less efficient miners will be overshadowed by more efficient ones. This mechanism is designed so HF equipment will gravitate towards more efficient miners.

**Q** Does that mean this is unattractive if one is not a more-efficient miner?

**A** Not necessarily; each miner will run their own numbers. Some may well decide that, given the low entry cost, it is worthwhile for them to do this for 6 months, then return it and switch to newer/different equipment.

**Q** Wouldn't returning the equipment mean losing the cost of building out boards and system?

**A** Yes, it will. That, too, is by design – one good way to think about it is that the cost of building out the system is the cost of "renting" it for as long as the miner can run it efficiently. After that, the "rental" is returned.

**Q** Why not restrict this offer to only HF creditors instead of opening it to all?

**A** Overall intent of the offer is "to produce the best results for all creditors", not "to produce best results for the creditors who also participate in this". Best way to achieve that is to open it to all, first come/first served

**Q** How long will it take to put this together?

**A**

**Q** Why start with the strategic inventory sale?

**A** To buy PCBs and pay for the other costs involved in getting this to a ready-to-run state.   The simpler (and quicker) the process is, the better it will go

**Q** What sorts of things could be in that strategic sale?

**A** Chips, wafers, system parts or some combination.  The purchase of the PCBs is the key piece to mining income starting

**Q** How large a sale?

**A** $500,000 is a good target, and $250,000 is enough to start (PCB's cost $25 each in volume)

* All values are hypothetical although, we believe, close to reality

**Case #1**

Group "A" of HF creditor decides to franchise 1000 chips, apply the debt HF has with them to obtain all system parts (PSUs, cables, chip coolers, etc.) from HF inventory, and build their 1000 boards as 500 "Sierra" units each with 2 boards (parts cost of ~$600 each).   They select one of the contract manufacturers recommended by HF who charges them $210 per board, and delivers finished boards in 3 weeks.

### Group "A"

Costs:
- $  36,000 paid to Uniquify to release 1000 tested chips
- $210,000 paid to the contract manufacturer for boards
- Shipping, installation, operation etc.
- Reduction of their balance with HF of ~$300,000

Benefits:
- 500 miners capable of ~1,400 Gh/s each, of which 400 Gh/s are for HF and the remaining 1,000 are for miner
- Out-of-pocket cost of ~$492 for each 1Th/s system

### HashFast

Costs:
- ~ $25,000 for 1,000 PCBs (obtained previously)
- Inventory reduced by 1,000  chips
- Inventory reduced by ~$300,000 worth of PSUs, chip coolers and the like.

Benefits:
- Creditor balance reduced by $300,000
- Mining proceeds of 200 Th/s over 2 years deposited in the HF estate wallet

* All values are hypothetical although, we believe, close to reality

**Case #2**
Company "B" is not a HF creditor, but decides to take advantage of this opportunity and franchise 4000 chips. It buys all the system components from the open market, except for the chip coolers which it buys from HF inventory at $50 each. They decide to use their own contract manufacturer to assemble the boards, who charges them $190 per board, and delivers finished boards in 3 weeks.

**Company "B"**

Costs:
- $144,000 paid to Uniquify to release 4000 tested chips
- $760,000 paid to the contract manufacturer for boards
- $200,000 paid to HF for the chip coolers
- $450,000 paid to their suppliers for parts

Benefits:
- 2.8 Ph/s of capacity, of which 0.8Ph/s are for HF and the remaining 2 Ph/s are for miner
- Out-of-pocket cost of ~$779 for each 1Th/s system

**HashFast**

Costs:
- ~ $100,000 for 4,000 PCBs (obtained previously)
- Inventory reduced by 4,000 chips
- Inventory reduced by 4,000 chip coolers

Benefits:
- Payment of $200,000 for the chip coolers
- Mining proceeds of 0.8 Ph/s over 2 years deposited in the HF estate wallet

* All values are hypothetical although, we believe, close to reality

**200** Gh/s — Amount of mining capacity that must be provided to HF in return for each chip.

**700** Gh/s — Hashing capacity per chip (same chips have operated reliably at ~750 Gh/s for months)

**2** years — Duration of the agreement.

Calculated rate — The theoretical returns 200 Gh/s of mining capacity will produce on any given day.

**2** weeks — Time from agreement to miner receiving their 1st mining boards (estimate)

Before costs — Payment due from miner calculated before (not after) other costs such as electricity etc.

**4** weeks — Time from agreement to when the 200 Gh/s payments start to be due

One wallet per mine — Payments received from miner to go to a single (public) wallet for each one

**1** day — Daily payments into the HF estate wallets by miners operating HF-supplied chips

**2** weeks — If a miner misses payments for 2 weeks, the equipment reverts to the HF estate

Case: 14-30725    Doc# 161-5    Filed: 07/25/14    Entered: 07/25/14 17:35:30    Page 31 of 32

**200** Gh/s — Fair point to split at – leaves the bulk with miner, but share of HF estate still significant

**700** Gh/s — Simple point for calculations – chips are capable of more but conservative to use lower number

**2** years — Longer term provides better results for HF estate (and if less-efficient miner prefers to stop, they can)

Calculated rate — Makes for a very simple (and extremely precise) calculation basis.

**2** weeks — Lead-time very reduced by having parts on hand and suppliers ready in advance

Before costs — Simplicity, manageability; it is not practical to audit each miner's costs individually

**4** weeks — Allows miner reasonable time to prepare their site + install before payments begin

One wallet per mine — Full clarity (and full public disclosure) of each and every franchised mine

**1** day — Daily payments are entirely possible, and provide HF estate with good visibility

**2** weeks — Short term allow equipment to be quickly assigned to more-efficient miners, and put back to work