Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

# CERTIFICATE OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*):
1) **Corrected Opposition of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (1) Authorizing the Sale of Estate Property, (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (3) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities, and (C) Granting Certain Related Relief; and**
2) **Declaration of Ashley M. McDow in Support of Opposition of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (1) Authorizing the Sale of Estate Property, (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (3) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities, and (C) Granting Certain Related Relief; and**
3) **Affidavit of Willem Van Rooyen in Support of Opposition of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (1) Authorizing the Sale of Estate Property, (2) Authorizing the Sale of Estate Property Free and Claear of Liens, Claims, Encumbrances and Interests, and (3) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities, and (C) Granting Certain Related Relief**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 25, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **July 25, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ray E. Gallo: rgallo@gallo-law.com
*Via Email*

☒Service information continued on attached page

(Continued to next page)

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 25, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Dennis Montali
U.S. Bankruptcy Court Northern
Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104
*Via Personal Delivery*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2014 | Sonia Gaeta | */s/ Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Greg P. Campbell ecfcanb@piteduncan.com
- Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Caroline R. Djang cdjang@rutan.com
- W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Julie M. Glosson julie.m.glosson@usdoj.gov
- Robert G. Harris rob@bindermalter.com
- Ori Katz okatz@sheppardmullin.com
- Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Kristen A. Palumbo kristen.palumbo@bingham.com
- Craig Stuppi craig@stuppilaw.com
- Sarah M. Stuppi sarah@stuppilaw.com
- Christopher D. Sullivan csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- Nancy Weng nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

David M. Balabanian
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4067

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Edwin E. Smith
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Timefire, Inc.
c/o Eric Benisek
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549-6833

Satish Ambarti
c/o Eric Benisek
3685 Mt. Diablo Blvd., suite 300
Lafayette, CA 94549-6833

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

California Employment Development
Dept. Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Tracy Hope Davis
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

# LIST OF 20 LARGEST CREDITORS
## SERVED VIA U.S. MAIL AND EMAIL ONLY, WHERE INDICATED

Mark Roy
21745 Duck Creek Square
Ashburn, VA  20148
*Via U.S. Mail*

~~Davide Cavion~~
~~c/o Bryan Reyhani~~
~~Reyhani Nemirovsky LLP~~
~~200 Park Avenue, 17th Floor~~
~~New York, NY 10166~~
*(undeliverable)*

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA  94086
*Via U.S. Mail*

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA  19425
*Via U.S. Mail*

Strategic Counsel Corp.
227 Broadway, Suite 306
Santa Monica, CA  90401
*Via U.S. Mail*

Benjamin Lindner
9035 Grayland Drive, Apt. E
Knoxville, TN  37923
*Via U.S. Mail*

WY Gost – *Via U.S. Mail and Email*
Building A, Haocheng Tech Park
Yanshan Avenue, Baoan District Shenzhen
China
wygost@yahoo.com

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada
*Via U.S. Mail*

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674
*Via U.S. Mail*

Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL  33180
*Via U.S. Mail*

Michael Gao – *Via U.S. Mail and Email*
c/o Hongqiu Yang
105 Tamalpais Point
Chapel Hill, NC  27514
Urazexo378@gmail.com

Elton Seah
761 Irwindale Avenue
Las Vegas, NV  89123
*Via U.S. Mail*

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA  95052-0225
*Via U.S. Mail*

World Electronics
3000 Kutztown Road
Reading, PA  19605
*Via U.S. Mail*

Zuber Lawler & Del Duca LLP
777 S. Figueroa Street
37th Floor
Los Angeles, CA  90017
*Via U.S. Mail*

Craig Beech – *Via Email only*
craigbeech@gmail.com

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK
*Via U.S. Mail*

## MEMBERS OF UNSECURED CREDITORS COMMITTEE

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NV  89123
*Via U.S. Mail*

Uniquify Inc.
Attn:  Robert Smith
2030 Fortune Drive #200
San Jose, CA  95131
*Via U.S. Mail*

Koi Systems Ltd.
Attn:  Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV  89074
*Via U.S. Mail*

Peter Morici
1430 Patapsco St.
Baltimore, MD   21230
*Via U.S. Mail*

Sistemas Operativos Sanitarios ca
Attn:  Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela  5101
*Via U.S. Mail*

Antony Vo
319 S. Mitchell St.
Bloomington, IN  47401
*Via U.S. Mail*

Digimex Ltd.
Attn:  Willem van Rooyen
Bel Air on the Peak, Phase 4
Tower 7, Unite 19A
Pok  Fu Lam, Hong Kong
*Via U.S. Mail*