

**FILED**

JUL 2 5 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1

2 # UNITED STATES BANKRUPTCY COURT

3 ## NORTHERN DISTRICT OF CALIFORNIA

4

5

6 In re **Hashfast Technologies, LLC, et al.**        )        Case No. **14-30725**
)
7 )
)        Chapter **11**
8            Debtor(s).        )
)
9 ———————————————————)

10 ### ORDER GRANTING APPLICATION FOR ADMISSION OF
### ATTORNEY *PRO HAC VICE*
11
**Elizabeth A. Green**                          , whose business address and telephone number is
12
13 **Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801**

14
and who is an active member in good standing of the bar of **Florida**
15
having applied in the above-entitled action for admission to practice in the Northern District of
16
California on a *pro hac vice* basis, representing **Official Committee of Unsecured Creditors.**
17
        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
18
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
19
*vice.* Service of papers upon and communication with co-counsel designated in the application
20
will constitute notice to the represented party.  All future filings in this action are subject to the
21
Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States
22
Bankruptcy Court for the Northern District of California.
23

24

25 Dated: *Aug 25, 2014*                          _____

26
                                                     **Judge Dennis Montali**
27                                                     United States Bankruptcy Judge

28