Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>———————————————————<br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>**Hearing:**<br>Date: August 20, 2014<br>Time: 9:30 a.m.<br>Dept: 235 Pine St., 19th Fl.<br>       San Francisco, CA 94104<br>Judge: Hon. Dennis Montali |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF HEARING ON MOTION FOR SUBSTANTIVE CONSOLIDATION**

    **PLEASE TAKE NOTICE THAT** on August 20, 2014 at 9:30 a.m. (the "Hearing") in

the above referenced courtroom, Official Committee of Unsecured Creditors (the "Committee")

in the above-captioned bankruptcy case of HashFast Technologies, LLC, will move the Court for

entry of an order to substantively consolidate the bankruptcy estates of *In re Hashfast*

*Technology, LLC*, case no. 14-30725 DM, and *In re Hashfast, LLC*, case no. 14-30866 DM

(collectively, the "Estates") (the "Motion").

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE FURTHER NOTICE THAT** any opposition to the Motion can be filed and served on counsel for the Committee 14-days prior to the time of Hearing.

The Motion is on file at the Bankruptcy Court. A complete copy of the Motion will be provided to any party in interest upon written request made to the counsel for the Committee at: Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509, Attn: Sonia Gaeta, or via email at SGaeta@Bakerlaw.com.

**PLEASE TAKE FURTHER NOTICE THAT** if you fail to file a written response to the Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated:    July 31, 2014                    Respectfully submitted,

BAKER & HOSTETLER LLP

By:     /s/ Ashley M. McDow
        Ashley M. McDow
        Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

- 3 -

Case: 14-30725    Doc# 166    Filed: 07/31/14    Entered: 07/31/14 18:10:29    Page 2 of 27
603889835.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF HEARING ON MOTION FOR SUBSTANTIVE CONSOLIDATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 31, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **July 31, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Email***
Ray E. Gallo: rgallo@gallo-law.com          Craig Beech: craigbeech@gmail.com

Michael Gao: Urazexo378@gmail.com          WY Gost: wygost@yahoo.com

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 31, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Dennis Montali
U.S. Bankruptcy Court Northern
Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104
***Via Overnite Delivery***

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2014 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell ecfcanb@piteduncan.com
Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang cdjang@rutan.com
W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Julie M. Glosson julie.m.glosson@usdoj.gov
Elizabeth A. Green egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris rob@bindermalter.com
Ori Katz okatz@sheppardmullin.com
Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Kristen A. Palumbo kristen.palumbo@bingham.com
Craig Stuppi craig@stuppilaw.com
Sarah M. Stuppi sarah@stuppilaw.com
Christopher D. Sullivan csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:


(see attached mailing matrix)

Label Matrix for local noticing
0971-3
Case 14-30725
Northern District of California
San Francisco
Thu Jul 31 18:00:19 PDT 2014

AQS
401 Kato Terrace
Fremont, CA 94539-8333

Aaron Collins
21851 Schieffer Rd
Colton, OR 97017-9400

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621-0013

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021-3506

Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148-3267

Adam Lenet, Lenit IT Solutions
88 Farnham Drive Beaconsfield Quebec H9W

Adamo Di Stefano
9879 Saint-Firmin Montreal Quebec H2B 2G

Adrian Clarkson
Software Engineering Services Ltd.
30 Thistle Green, Swavesey
Cambridge, Cambridgeshire CB24 4RJ, UK

Adrian Coroama
426 Sandra Timis 307065 Romania

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Ahmed Muhsin
11410 Nagel St
Hamtramck, MI 48212-2909

Alan Richardson
11975 Greywing Court Reston VA 20191
Silver Springs, MD 20906

Alan Vit
680 Caron Ave
Apt 2-right side entrance Windsor
ontario, N9A 5B6, Canada

Ales Prikryl
6838 E 5th Street
Scottsdale, AZ 85251-5526

Alex Filippov
12 Sherborne Cir
Ashland, MA 01721-2313

Alexander Roganov
1881 Willoughby Ave
Ridgewood, NY 11385-1152

Alexander Stroh
Waagenstr.39 40229 Dusseldorf Germany

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749-8751

Alexey Minchenkov
Asafeva St 2-1-60 St Petersburg Russia 1

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557-3520

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147-3181

Allan Martin
5009 Northlawn Circle
Murrysville, PA 15668-9423

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075-5848

Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands

Amanda Dick
1601 W Main #90-105
Willimantic, CT 06226-1100

Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133-5139

Satish Ambarti
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833

American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104-4449

Amro Abdelgawad
57 Ira Road
#187
Syosset, NY 11791-3504

Amy Woodward
57 Oakwood Street
San Francisco, CA 94110-1529

Andrew Bester
92 William Street
Westbury, Tasmania, 7303
Australia
Australia, CA 94120-7341

Andrew Fader
2 Fox Run Road
Briarcliff Manor, NY 10510-1736

Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703-2737

Anthony Carrillo
1130 NE 104th Ave
Portland, OR 97220-3914

Anthony Lauck
PO Box 59
Warren, VT 05674-0059

Anthony Sajan
4786 Oakhurst Ridge
Clarkston, MI 48348-5049

Anthony Woodward
2697 Derby Drive
San Ramon, CA 94583-4312

Antoine Alary
1516 Lima Ct
San Jose, CA 95126-4255

Antonio Dewey
1211 San Dario Ave
Suite 369
Laredo, TX 78040-4505

Antonios Alexiou
1253 Buck Jones Rd
Raleigh, NC 27606-3326

Antony Vo
319 S. Mitchell St.
Bloomington, IN 47401-3742

Antony Vo
C/o Steven T. Gubner,
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

Aristeidis Dionisatos
46 North Park Gardens Belleville Ontario

Armada Works Inc.
2223 Bath Ave
Brooklyn, NY 11214-5603

Ashley M. McDow
Baker Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-1750

Aupacom Enterprises
9620 Sepulveda Blvd Unit 33
Attn:  Christopher Shaw
North Hills, CA 91343-3370

Avram Cheaney
1305 Laguna Street
Apt. 4
San Francisco, CA 94115-4249

David M. Balabanian
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4079

Venkat Balasubramani
Focal PLLC
800 Fifth Ave #4100
Seattle, WA 98104-3100

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-1989

Simon Barber
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4158

Bas Bosschert
Kruisgang 12
1613 DC Grootebroek
Netherlands
Grootebroek (Netherlands), AK 12345-1234

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549-6833

Benjamin C. Beckwith
8218 Grimchester
Converse, TX 78109-3234

Benjamin Hopson II
2640 Alexandria Pl
Janesville, Wi 53548-3314

Benjamin Lindner
9035 Grayland Drive
Apartment E
Knoxville, TN 37923-4014

Bernie Rihn, Prudentia Permanens LLC
3628 Linden Ave
N #214
Seattle, WA 98103-8793

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4079

Brandon Bressler
3638 San Onofre Ave
San Onofre, CA 95348-8405

Breck Pedersen
3712 Denehoe CV
Austin, TX 78725-4708

Brenton Senegal
5355 S Rainbow Blvd #138
Las Vegas, NV 89118-1844

Brenton Senegal
5355 South Rainbow Blvd
Unit #138
Las Vegas, NV 89118-1844

Bret Motyl
148 Townsend St
Suite 21
San Francisco, CA 94107-1919

Brian Barbee
701 Blossom St.
Bakersfield, CA 93306-5801

Brian Connelly
22601 Asheville Hwy
Landrum, SC 29356-9633

Brian McKittrick
813 Whitney St
Cedar Hill, TX 75104-2257

Brian Samas
123 Bridge Street
Groton, CT 06340-3603

Brion Lau, Financial Fitness Pro
21600 Rainbow Drive
Cupertino, CA 95014-4815

Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002-8749

Bruce Sanders Bruce Sanders Design & Ill
12 Bridge St.
Westford, MA 01886-2102

Bruce Terry
21073 Niagara River Drive
Sonora, CA 95370-9102

Bruno Lemonnier
16 Rue Victor Hugo 17300
Rochefort France

Bruno Reith
Repkering 36 58791 Werdohl Germany

Bryan Carter
Bryan Carter 330 Carriage Dr. E
Santa Ana, CA 92707-4156

Bryan Pope
6196 Westminster Dr
Parma, OH 44129-4954

Bryce Weiner
621 W Monetcito St #4
Santa Barbara, CA 93101-4522

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

Carl Schultz
1827 Harold Street
Houston, TX 77098-1603

Central Computers
837 Howard Street
San Francisco, CA 94103-3009

Chad Eller
1910 Lomita Dr
San Leandro, CA 94578-1218

Charles Hilt
2800 Ruleme St
Apt 24
Eustis, FL 32726-8327

Chaz Curtiss
6551 Jordan River Dr
Las Vegas, NV 89156-3750

Patrick Chesney
Gallo LLP
801 S. Figueroa St #2170
Los Angeles, CA 90017-5566

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacrament, CA 94230-0001

Chris Ergen C/O Summit Capital LLC
5701 S. Santa Fe Drive
Littleton, CO 80120-1813

Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108-8488

Christian Calvo
3 Peartree Ln
Rolling Hills Estates, CA 90274-4824

Christian Golbs
Muehlburgweg 47 99094 Erfurt Germany

Christina Jepson
7 Cross St Dundas Ontario L9H 2R3 Canada

Christopher Fetterly
9603 78th Avenue NW Edmonton Alberta T6C

Christopher Goes
PO Box 100
Cottage Grove, OR 97424-0004

Christopher Raday
4215 W 142 St
Crestwood, IL 60445-2307

Chunliu Shen
56 Ffordd Dryden
Swansea, UK
Swansea, CA 93545

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada

CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402-3768

Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087

Corey Vokey
2249 Burrows Ave Winnipeg Manitoba R2R 1

Corey Wysong
4499 E Fox Run Drive
Syracuse, IN 46567-9167

Cort Wenzel
858 Boardwalk Place
Redwood City, CA 94065-1806

Cory Wise
2315 West alberson Dr.
Albany, GA 31721-2043

Craig Burke
2787 Fairview
Canyon Monitor, WA 98836

Craig LaShot
88304 Charley Lane
Springfield, OR 97478-9634

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086-1101

Dain Carver
240 Martine Ave
White Plains, NY 10601-3456

Damon Jiang
1210 Alemany Blvd.
San Francisco, CA 94112-1404

Dan Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

Dan Charbonneau,CBT Nuggets
44 Club Rd
Suite 150
Eugene, OR 97401-2461

Dan Fuchs
member of K2RED LLC
526 Shoup Ave W Ste K
Twin Falls, ID 83301-5050

Daniel Burgin
St-Roch 30 1004 Lausanne Switzerland

Daniel Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

Daniel Herbon
683 barrington dr e.
shakopee, MN 55379-8976

Daniel Hilderal
40 Hardinge road LONDON England NW10 3PJ

Daniel Nimtsch
Meinigstr 46a 38667 Bad Harzburg Germany

Daniel Petreley
19378 East Brunswick Drive
Aurora, CO 80013-9420

Daniel Pojar
1253 Grace Drive
Sycamore, IL 60178-9515

Daniel Raedel
Juethornstrasse 39 22043 Hamburg Germany

Daniel Williams
10211 Portland Road
Silver Spring, MD 20901-2023

Dario Albarron
512 Sherman Ave
Roselle Park, NJ 07204-2145

Darwin Johnson, Schwaahed
73 Eastern Parkway 4B
Brooklyn, NY 11238-5920

Dat Le
22 Golden Gate Bay Winnipeg Manitoba R3J

Dave Gutelius
1259 El Camino Real
#230
Menlo Park, CA 94025-4208

David Boothby
1800 Holleman Drive
Apt 1404
College Station, TX 77840-7215

David Cho
158 L'Amoreaux Drive Scarborough Ontario

David Gutelius
1259 El Camino Real
Suite 230
Menlo Park, CA 94025-4208

David Henson
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

David King
10106 E 69th Ter
Raytown, MO 64133-6037

David Matheu
18044 Saxony Lane
Orlando, FL 32820-2715

David Miller
1751 NE 91st Street
Seattle, WA 98115-3251

David Springer
4095 Lomar Drive
Mt. Airy, MD 21771-4572

David Steinberg
3164 Sycamore Pl
Carmel, CA 93923-9005

Davide Cavion
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045

Eduardo DeCastro
c/o Craig Stuppi
Law Offices of Stuppi & Stuppi
1655 N. Main Street, Suite 106, #360
Walnut Creek, CA 94596-4679

Dean Farry
1250 HalifaxWay
San Ramon, CA 94582-5909

Del Wong
3233 Pawaina Place
Hawaii, HI 96822-1339

Michael Delaney
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-1750

Dennis Lambert
9450 SW Gemini Dr
Beaverton, OR 97008-7105

Deon Brewis
15610 NE 59TH WAY
REDMOND, WA 98052-4818

Derek Hill
Advantage mortgage 29875 S Black Bear Dr
Canby, OR 97013-9508

Derek Piper
3706 W Woodmere Way
Bloomington, IN 47403-4125

Detlef Sattler
Austr. 18
53604 Bad Honnef, GERMANY, DE 53604

Di Pardo BVBA
Rozijnenstraat 27
3620 Lanaken
Belgium
Lanaken, AK 36-20

Diamond McCarthy
150 California Street, Suite 2200
San Francisco, CA 94111-4547

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701-2757

DigiMex Ltd
Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Digimex Ltd.
Bel Air on the Peak, Phase 4
Tower 7, Unit 19A
Pok Fu Lam, Hong Kong
Attn: Willem van Rooyen

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Caroline R. Djang
Rutan and Tucker, LLP
611 Anton Blvd. #1400
Costa  Mesa, CA 92626-1931

Donald Bosse
9 E 9th St
Frederick, MD 21701-4606

Donald Crain
110 N Lee St
Lexington, IL 61753-1215

Donald Weinberg
9522 New Waterford Ct.
Delray Beach, FL 33446-9747

Doug Haden
973 Iron Mountain Circle South
Lake Tahoe, CA 96150-6118

Douglas Trowbridge
2045 Waterbury Rd
Lakewood, OH 44107-6212

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257-2448

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

Duncan Wallace, Duncwa LLC
1001 National Avenue 139
San Bruno, CA 94066-5816

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

Eddie DeLeon
2203 Ripley Ave.
Unit B
Redondo Beach, CA 90278-5024

Edgar Godoy
88 Bush St
#C2103 Building C
San Jose, CA 95126-4863

Edward Hammond
3103 Powell Cir.
Austin, TX 78704-6343

Edward Hammond
3103 Powell Circle
Austin, TX 78704-6343

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481-3515

Edward Lance
1324 Treasure Cove
Niceville, FL 32578-7001

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087-3210

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879-1797

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316-5623

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514-2641

Eliott Spencer
23 Sunwood Ln
Sandy, UT 84092-4802

Elkin Mann, LDI Imports
378 Johnston Ave.
Jersey City, NJ 07304-3766

Elric Traver
1221 River Ln
Mosinee, WI 54455-9573

Elton Seah
761 Irwindale Avenue
Las Vegas, NV 89123-2319

Embedded Wits LLC
10574 Culbertson Dr
Cupertino, CA 95014-3556

Employment Matter Counseling &Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656-2677

Eric Christmas
5940 NW 13th street
Sunrise, FL 33313-6211

Eric Cochran
615 Shelley Ave
Ames, IA 50014-7905

Eric Corlew Creative X-Pressions
409 S Locust St
Wayland, MI 49348-1312

Eric Denny
204 Lauren Ln
Minden, LA 71055-6286

Eric Liu
3630 Sadge Ln
Irving, TX 75062-8400

Eric Tollefson
740 Dillon Ct
Grayslake, IL 60030-3374

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166-9241

Erik Voorhees, Bitcoin FTW
35 Snowberry Way
Dillon, CO 80435-8805

Evan Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Fabio Miceli
Westerdok GiG
1013 BV Amsterdam
The Netherlands

Federal Express Corporation
942 South Shady Grove Road
Memphis, TN 38120-4117

W. Keith Fendrick
Holland and Knight LLP
100 N. Tampa St., # 4100
Tampa, FL 33602-3644

Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772-5069

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

Fon Allan Duke
19333 Seabiscuit Way
Apple Valley, CA 92308-4570

Forrest Voight
2360 SW Archer Rd.
Apt. 910
Gainesville, FL 32608-1049

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511-1801

Frank Rankin
518 Freehold Road
Jackson, NJ 08527-4629

Frank Vuong
3891 Madera Way
San Bruno, CA 94066-1023

Frederick Fiechter
1825 S. Grant Street
Suite 240
San Mateo, CA 94402-2678

Future Electronics
c/o Diane Svendsen
41 Main Street
Boiton, MA 01740-1134

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

GLO Ventures
1550 17th Street
San Francisco, CA 94107-2331

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031

Garrett Griffin
9150 Crest Ave
Oakland, CA 94605-4422

Gautam Desai
116 Blackstone Dr
Danville, CA 94506-1345

George Loudon
161 Helen
Garden City, MI 48135-3183

George Richmond
3580 Egret Drive
Melbourne, FL 32901-8152

George Urakhchin
111 W Maple St
Apt 2203
Chicago, IL 60610-5454

George Urakhchin
568 Broadway
11th Fl Coinsetter/Fueled
New York, IL 10012-3225

Gerald Davis
Tangible Cryptography LLC
510 Bridge Dr
Chesapeake, VA 23322-6020

Gerry Gorman, World Media Group LLC
25 Mountainview Blvd
100 Marketplace Suite 204
Basking Ridge, NJ 07920

Glenn Hendrick, Bitminer
Bitminer128 223 Pameto Rd
Nokomis, FL 34275-3917

Julie M. Glosson
Office of the United States Trustee
235 Pine St.  #700
San Francisco, CA 94104-3484

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

Graeme Tee
12 Bromley Road Hilton Western Australia

Grant Pederson
12538 Botanical Ln
Frisco, TX 75035-0433

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432

Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005-1668

Gregory Maxwell
650 Castro St.
Suite 120-293
Mountain View, CA 94041-2055

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NY 89123-2319

Hamilton Hee
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Hans Hess Elevation Franchise Ventures
4100 N Fairfax Dr.
730
Arlington, VA 22203-1657

Harmacolindaor Informatikai
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901-3031

Robert G. Harris
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94104-3932

Hawk Ridge Systems
4 Orinda Way
Orinda, CA 94563-2507

Hawk Ridge Systems LLC
4 Orinda Way
Suite 100B
Orinda, CA 94563-2507

Henzy Paez
109 Oak Street
Northport, NY 11768-2037

Holden Karau
3407 24th St
Apt 2
San Francisco, CA 94110-3756

Hong-Quan Yue
210 Woodridge Crescent Apt 606
Nepean, Ontario K2B 8E9
Canada

Hoo Shao Pin
Polymathica Pte. Ltd.
10 Raeburn Park #02-08
Singapore 088702

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

Ilan Elfassy
177 Bury Old Road
Salford, Manchester, Lancashire M7 4PZ
UK

Immanuel Ambar
Christoph Merian-Ring 299
4153 Reinach, Switzerland

International Rectifier
101 N Sepulveda Bldv.
El Segundo, CA 90245-4318

Ivan Marcak
10101 Palace Way
Apt B
Henrico, VA 23238-5647

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, MA 01719-1353

James Babcock
8368 NW 70th Street
Potwin, KS 67123-9611

James Carroll
1505 Westheimer Rd
Houston, TX 77006-3735

James F. Johnson III
825 28th St S
Ste F
Fargo, ND 58103-2325

James Hicks
PO Box 1296
Helendale, CA 92342-1296

James Lowry, LLC
400 E College
Suite A
Roswell, NM 88201-7525

James Miller
410 Cahill Rd
Streamwood, IL 60107-1203

James OShea
9 Ledum Run Rd
West Grove, PA 19390-9411

James Ries
450 Sunlight Ct
Apt 2
Powell, WY 82435-1633

James Suddarth
1645 International Dr
Unit 102
McLean, VA 22102-4818

James Thomas, eServiZes
1679 E 337th St.
Eastlake, OH 44095-3915

James Wu
1221 North Vineyard Ave
#1
Ontario, CA 91764-2278

Jamie Hall, Bright Mining LLC
3042 Whitemark Court
Lexington, KY 40516

Jan Irvin
PO Box 3819
Crestline, CA 92325-3819

Jared Metzler
826 N 3rd St
Lincoln, KS 67455-1722

Jarod Clark
2314 Broadway
Denver, CO 80205-2088

Jason Badua
4039 Palikea St.
Lihue, HA 96766-9258

Jason Bond
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Jason Hall
2202 E Lowena Dr
Long Beach, CA 90803-5711

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550-7121

Jason Plowman
13508 Jamieson Place
Germantown, MD 20874-1464

Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938

Jason Yi
1367 E Garfield Ave
Glendale, CA 91205-2661

Jawad Quddus
1020 Brand Ln
Apt 638
Stafford, TX 77477-5761

Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G 3V8
Canada

Jean-Andrew Mikesell
26652 Calle Salida
Capistrano Beach, CA 92624-1413

Jeanette Arna
Haneholmveien 19 3212 Sandefjord Norway

Jeff Unruh
2650 Beauty Creek Drive
Valparaiso, IN 46385-7038

Jeffrey Bradian
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Jeffrey Spielberg
1524 Cottonwood Ave
Lafayette, CO 80026-9414

Jeffrey vonGermeten
650 E 500 N
Apt #6
Logan, UT 84321-4228

Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014-2906

Jensy Fernandez
12 Diamond St
Apt 19
Lawrence, MA 01843-2049

Jeremy Jones
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Jeremy L Johnson
65 Rue Saint-Paul O. #505
Montreal, Quebec, H2Y 3S5 Canada

Jerry Whatley JWC Consulting
192 Fuller Road
Chehalis, WA 98532-9108

Jess Williams
PO Box 50801
Albuquerque, NM 87181-0801

Jesse Teta
3804 Triora St
Las Vegas, NV 89129-2709

Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461-4321

Jiongye Li
77 Louise Rd
Braintree, MA 02184-5901

Joe Baker
530 Lawrence Expressway #441
Sunnyvale, CA 94085-4014

Joe Peng
55 West 21st Street 6FL
New York, NY 10010-6809

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

John A. Twohy
10920 4th Ave. W
24K Gold Plating
Eeverett, WA 98204

John Cronin
2535 Verde Dr.
Apartment 215
Colorado Springs, CO 80910-2107

John Peregoy
982 NC Hwy 82
Dunn, NC 28334-6360

John Shave
8805 Tamiami Trail North
#219
Naples, FL 34108-2525

John Twohy, 24K Gold Plating
10920 4th Ave W
Everett, WA 98204-7066

Jon Yellowlees
Dan Rose Tech Set
3326 Catherine St
Jackson, MI 49203-1003

Jonas Diener
1528 Country Club Rd
Harrisonburg, VA 22802-5071

Jonathan Bower
Alstrommergatan 32N 11247
Stockholm Sweden

Jonathan Hardison
650 S Adam Ave
Republic, MO 65738-8100

Jonathan Prentice, Network Service Prov
13 Farnham St Parnell
Auckland 1052 New Zealand

Jonathan Simms, Jhashybor Mining
1808 E Columbus Dr Apt# 3 Tampa FL 33605
Apt. #3
Tampa, FL 33605-2655

Jonathon North
240 Milledgeville Rd
Enville, TN 38332-1972

Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026-3116

Jose L.W. Martinez
9250 W Bay Harbor Dr
Apt 7 D
Miami, FL 33154-2715

Joseph Cavallero
2644 Fulton Street
Berkeley, CA 94704-3230

Joseph Farag, Trinity Bitcoin Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

Josh Gold
8 forman lane
Manalapan, NJ 07726-2907

Joshua Dorman
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Joshua Lytle
347 Millcreek Rd
Pleasant Grove, UT 84062-8815

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

Joshua Vidana, Skidhacker.com
3602 Tilson Ln.
Houston, TX 77080-1620

Julio Perez
109 S Melville Ave
Unit 1
Tampa, FL 33606-1860

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008-2454

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

Justin Grevich
3348 Via Alicante
La Jolla, CA 92037-2745

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642-8922

KH Joo
SilverBlue Inc. 11693 Seven Springs Driv
Cupertino, CA 95014-5128

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Kaloopy Media
Attn: Kurt Heim, President
2510 Main St.
Santa Monica, CA 90405-3535

Kang Lu
4551-5 Jefferson Pointe Ln
Prince George, VA 23875-1478

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

Ori Katz
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111-4158

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company 1 Park
New York, NY 10016-5802

Kevin Delporte
briekhoekstraat 32 8940 wervik Belgium

Kevin Fu Hong Yee
#2918 - 608 9th St SW
Calgary, Alberta
T2P 2B3, Canada

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Kevin Mahan, Tanard Corporation
9101 W. Sahara Ave.
Suite 105 K-6
Las Vegas, NV 89117-5772

Koi Systems
Units 1403-5, 14/F
173 Des Voeux Rd. Central
Hong Kong, CN 00000

Koi Systems Ltd
1191 Center Point Drive #A
Attention:  Brian Edgeworth
Henderson, NV 89074-7891

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109-6322

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

Kyle Sidles, Kaysid, LLC
4000 Dow Road
Unit 10
Melbourne, FL 32934-9276

LEI  BAO
2315 S WENTWORTH AVE
CHICAGO, IL 60616-2013

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780-1747

Lance Dixon
Intervid FZ LLC
Suite 128, Building 2
Dubai Internet City, Dubai, UAE

Larry Han
970 NW 198th PL
Shoreline, WA 98177-2663

Lauren Coe
3303 226th Pl SW
Brier, WA 98036-8049

Lautaro Cline
8327 Aster Ave Oakland
CA 94605-4101

Le Van Hanh
V Spa & Nails
159 Cypresswood Dr
Spring, TX 77388-6038

Lee Ash
304 189th PL SW
Bothell, WA 98012-6236

Lee Schwuchow , Monkey  Business
2740 N. Andrews Ave
Wilton Manors, FL 33311-2512

Linear Technology Corporation
1630
McCarthy Blvd
Milpitas, CA 95035-7487

Liquidbits Corp.
20201 E. County Club Dr. #1502
Aventura, FL 33180-3282

Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL 33180-3282

Lonnie Hansen
205 Duncan st
#6
Ashland, VA 23005-1941

LookSmart, Ltd.
c/o Nancy Weng/Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

LookSmart,Ltd.
C/O Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

Looksmart Ltd.
Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, Ca 95113-1203

Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283-2213

Luis Guerrero
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Lukas Bradley
3777 N. Clemons St.
Unit F
East Wenatchee, WA 98802-9369

Lukas Zingg
Breitestrasse 1 4132 Muttenz Switzerland

Luke Baum
PO Box 101
Pleasant Unity, PA 15676-0101

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523-6246

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108-4302

LyLy Moc
14 Hamilton St
Toronto Ontario M4M 2C5 Canada

Madalin Ionascu
51 Goldhill Plaza #12-11 Singapore 30890

Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada

Manu Kaushish, Nirvana Digital, Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562

Manuel Rojas
1121 Torrance Blvd
Torrance, CA 90502-1613

Manuel Zepeda
2310 Westgate Rd
Unit 14
Santa Maria, CA 93455-1004

Marcelino Bellosta
1600 Ponce de Leon Blvd. FL 10
Suite 1001
Coral Gables, FL 33134-3988

Marcus Killion
1000 W Garden Ct
Wichita, KS 67217-4515

Marcus Sorensen
4960 Shadow Wood Dr
Lehi, UT 84043-6585

Mardi Jackson F8 Mobile Inc.
50 Sunset Way
Sausalito, CA 94965-9741

Marion Keyes, Riverstone LLC
189 Eagle Drive
Golden, CO 80403-7775

Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880-3137

Mark Hancock
512 Grant Terrace
Taft, CA 93268-4434

Mark Pescatrice, Matrice Consulting LLC
6 Shenandoah Drive
Newark, DE 19711-3700

Mark Pescatrice--  Hot Sun
LLC 6 Shenandoah Drive
Newark, DE 19711-3700

Mark Roy
21745 Duck Creek Square
Ashburn, VA 20148-4411

Mark Sullivan, Cyclotronics
6430 FM 1960 #321
Houston, TX 77069-3902

Mark Williams, Off Road Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Mark von Germeten
20792 SW Nettle Pl
Sherwood, OR 97140-8844

Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362-1317

Martin Safranek
Linecka 351 38241 Kaplice Czech Republic

Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626 New Zealand

Matt Richards
3253 S E Ct.
Springfield, OR 97478-6348

Matt Tucker
2830 E College Ave
Unit 101
Boulder, CO 80303-1974

Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944-9716

Matthew Hagan
17 Prospect Heights
Carrickfergus
BT388QY
County Antrim
United Kingdom, AK 00000-0000

Matthew McCormick
33 Hollandale Ln
Apt A
Clifton Park, NY 12065-5228

Matthew Silvia
30 Oak St
Cohasset, MA 02025-2213

Matthieu Billaud
testory 31310 Montesquieu
Volvestre France

Mattia Baldinger
Zunzgerstrasse 24 4450
Sissach Switzerland

Max Avroutski
2223 Bath Ave
Brooklyn, NY 11214-5603

Max Fischer
11728 Wilshire blvd B713
Los Angeles, CA 90025-6409

Maximilian Baringer
August-Bebel Platz 4 99423
Weimar Germany

Maximin Parotte
Dorpsstraat 112 A 3927BG
Renswoude Netherlands

Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-1750

McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611-7500

Mediabistro.com, Inc.
50 Washington Street
Suite 902
Norwalk, CT 06854-2792

Michael Burke
C/O Nordstrom Inc.
1301 2nd Ave
Ste 300
Seattle, WA 98101-3812

Michael Damm
140 South Van Ness Ave.
Unit 807
San Francisco, CA 94103-2586

Michael Desotell
7101 S County Road 750 W
Knightstown, IN 46148-9053

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Michael Giovinco
61 Sterling St
Somerville, MA 02144-1116

Michael Greiner
49 Pennsylvania Ct
Morton, IL 61550-1795

Michael Gruat
Silberburgstrasse 29
Albstadt, Germany, AK 72458

Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106-7684

Michael McGurgan
2913 Coach Ct
Norman, OK 73071-5505

Michael Pryor
5 Windy Ridge Rd
Hudson, WY 82515

Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009-9301

Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814-6158

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Mike Damm
140 South Van Ness Avenue
Unit 807
San Francisco, CA 94103-2586

Mike Deming
1458 Monroe Ave
Rochester, NY 14618-1008

Miratek
706 Michael Street
Milpitas, CA 95035-4771

Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612-3488

Pete Morici
800 Fifth Avenue, Suite 4100
Seattle, wa 98104-3100

Mr Piotr Kwiecien
80 Delancey Street
Flat B, Ground Floor
NW1 7SA
United Kingdom
London, CA 93618

Muhammad Zahid Faruqi
Unionstrasse 86/1/5 4020 Linz Austria

Murat Konal
Putselaan 102 3074 JE
Rotterdam, Netherlands

Myron Davis
333 Willoughby Ave
ETS / 5th Floor
Juneau, AK 99801-1770

Nathan Ho
2201 Stratford Dr
Round Rock, TX 78664-7340

Nathan Ross
Exel 85-D Liberty Commons Rd
Columbus, OH 43235-1568

Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260-2826

Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84095-4181

Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517-4000

Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624-4058

Neil Schemenauer
727 9th St Humboldt
Saskatchewan S0K 2A0 Canada

Nenko Garchev
4001 Lyman Dr
Philadelphia, PA 19114-2107

Nicholas Fusaro
35 Kohlanaris Dr
Poughkeepsie, NY 12601-1632

Nick Simmons
6613 Goosander Ct.
Frederick, MD 21703-9536

Nik Arghavan
25 Bishop Tutu Blvd 713
Toronto Ontario M5V 279 Canada

Nir Nahum
Mashabim 19 Hod-Hasharon 4520122 Israel

Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562

Nolan Shadbolt / Win It Gaming Ltd
No. 2 The Leys
Lyneham
Chipping Norton
Oxon - OX7 6QH, CA 90210

Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120-2505

Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067-2036

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104-2745

Official Committee Of Unsecured Creditors
Baker & Hostetler, LLP
16100 Wilshire Blvd.
14th Floor
Los Angeles, CA 90025

Oleksandr V. Buzko
10959 Rochester Ave
Apt 511
Los Angeles, CA 90024-7718

Oliver Klein
Zeller Str 17 73271 Holzmaden Germany

Osric Proctor Jr
202 Garland Ave.
Sandston, VA 23150-1616

PHILLIP MARASHIAN
812 Saratoga Ave
Apt. Q-211
San Jose, CA 95129-2567

Package Science
3287 Kifer Road
Santa Clara, CA 95051-0826

Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051-0826

Kristen A. Palumbo
Law Offices of Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111-4079

Pascal Martin
181 De la Grande-Coul??e Orford Quebec J

Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33166-4831

Patrick Huizinga
Anjerstraat 50 3333GD Zwijndrecht Nether

Patrick Sadowski
146 Dawlish Ave Aurora Ontario L4G 6R2 C

Paul Croscup
585 Harts Road
Madoc, Ontario K0K 2K0
Canada

Paul Erickson
2925 Union St
Madison, WI 53704-5138

Paul Montague
4/33 Yarrawonga Street Ngunnawal Austral

Paul Roeder
10315 Raritan Dr
Houston, TX 77043-2935

Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955-4729

Pete Gorman
52 Doctors Point Road Waitati 9085 New Z

Peter Henrickson
773 East El Camino Real
#142
Sunnyvale, CA 94087-2919

Peter Hornyak
Nyiregyhaza 48 Ibolya street 4400 Hungar

Peter Kamstra
De Goorns 15 7824RG Emmen Netherlands

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523

Peter Myers
6320 North 16th Street
Apt 34
Phoenix, AZ 85016-1521

Peter Smallwood
Peter Smallwood 189 Woodcroft Drive
New South  Wales 2767 Australia

Peter Symons
149C Shirehampton Road Sea Mills
Bristol BS9 2EE United Kingdom

Petr Dvorak
Komenskeho 37 68001 Boskovice Czech Repu

Phat Tran
7714 75th St N
Pinellas Park, FL 33781-2800

Phil Blancett
P.O. Box 19719 South
Lake Tahoe, CA 96151-0719

Phuc Nguyen
Van Nguyen 895 Broadway
Floor 3
New York, NY 10003

Price Givens, 404 LLC
61875 Broken Top Dr #27
Bend, OR 97702-1182

Proven Tolerance Specialist
570 Suite C Marine View Avenue
Belmont, CA 94002-2574

Qhengxian Xu
China 511495 Guangdong /  ?  ?  guangzho

Qingshou Pei
1112 Gossamer Dr
Pickering Ontario L1X 2
Canada

Rafez Noorullah
Gazelle Informatics Ltd
Hadia House, 2b Lincoln Street
Kingsthorpe, Northhampton, UK NN2 6NR

Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031-5500

Ralph Crowder
6843 Kenilworth Ave.
El Cerrito, CA 94530-1841

Randall Elliott
202 Jefferson Street
Martinsbug, WV 25401-1606

Randy Jones
Kinetica Technology Solutions
403 Da Vinci Ln
Wylie, TX 75098-8469

Ray Calderon
170 Quinlan Ave
Staten Island, NY 10314-5110

Raymond Floyd Floyd Company
191 E. Main Street
Tustin, CA 92780-4406

Raymond Steiner
Gespermoosstrasse 4 2540 Grenchen Switze

Regan Reckman
1574 Georgetown
Loveland, OH 45140-8035

Reinoud Vaandrager
255 South Rengstorff Avenue
Apt 179
Mountain View, CA 94040-1764

Reno Devito
9370 Coral Berry Street
Las Vegas, NV 89123-5831

Ric Rooney, Sun Spot
4310 Austin Bluffs Parkway
Colorado Springs, CO 80918-2932

Richard Chang
1253 Buck Jones Rd
Raleigh, NC 27606-3326

Rick Windham
166 State Street
#8
Brooklyn, NY 11201-5612

Robert Alan Richardson
1713 Nordic Hill Cir.
Silver Spring, ME 20906-5950

Robert Alkire Consulting
1081 Neptune Lane
La Grande, WA 98348

Robert Cacioppo
1 Fresh Spring Cove Somers Point
Somers Point, NJ 08244

Robert Ditthardt
Olivine Labs LLC
32-22 37th Street, #1
Astoria, NY 11103-4004

Robert Edwards Awesome Possum LLC
7341 W Cypresshead Drive
Parkland, FL 33067-2313

Robert Kulys
1905 Evergreen Terrance Drive E
Apt 4
Carbondale, IL 62901-3904

Robert Mudryk
29118 Weybridge Drive
Westlake, OH 44145-6744

Robert Worrall
31 Troon terrace
Annandale, NJ 08801-1603

Roberto Bayona
Esfinge 53 2B 28022 Madrid Madrid Spain

Robin van der Linden
mimoCloud Computing  UG
Rudolfstrasse 65 52070 Aachen Germany

Rodney Batchelor
217 E 25th st
Tacoma, WA 98421-1106

Rodrigo Hernandez
118 Kipling Ave
Springfield, NJ 07081-3216

Ronny Hellmann
Hickenweg 32 35708 Haiger Germany

Royce Bui
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901-3031

Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010-3300

Ryan Casey
904 NE 157th Ave
Portland, OR 97230-5462

Ryan Gatchalian
2786 West Trojan Place
Anaheim, CA 92804-2030

Ryan Stonn
Nidarosgatan 7 bv 16434 stockholm Sweden

Saint Clair Newbern IV
c/o Kelly Hart &  Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Sam Ha
591 ferrero ln
la puente, CA 91744-4961

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010-1614

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126-1017

Sascha Appel
Eigerweg 11 4852 Rothrist Switzerland

Saul Jose Maldonado Rodriguez, Global AP
14500 SW 160 Terr
Miami, FL 33177-1708

Scott Cameron
1332 Rue des Cypres Pincourt Quebec J7W

Scott Darling

Scott Gray
612 W. 10th St.
Juneau, AK 99801-1820

Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr
Ste 4313
Las Vegas, NV 89106-3837

Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402-7045

Sean Wang
910 Lenora
#S802
Seattle, WA 98121-2754

Sebastian Schmidt
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901-3031

Selim Soler
2390 NW Tulip Way
Jensen Beach, FL 34957-3535

Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136-1229

Servaas Tilkin
Bloemenplein 9 2200 Herentals Belgium

Seth Duppstadt
2109 Broadway 1379
New York, NY 10023-2149

Shamus Robinson
8675 Mink Rd
Apt 2
Harbor Springs, MI 49740-9466

Shanghai Chooyu Chemical Company Ltd.
1107 Liberty Square Road
Boxborough, MA 01719-1113

Shaun Biggin
314 120 albany drive edmonton Alberta T6

Shaun Kelly
52 Cross Street Warrimoo New South Wales

Shi Lei
1000 Lakes Drive, Suite 430
West Covina, CA 91790-2928

Shi Lei
BLK 62 Teban Gardens Rd
#16-627
Singapore 600062

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Sierra Circuits, Inc.
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5745

Simon Barber
9 Ignacio Ave.
San Francisco, CA 94124-3725

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK

Sinisa Devcic
Antilopespoor 504 3605VS Maarssen Nether

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Sistemas Operativos Sanitarios ca
Calle 35 entre Av. 2 y #2-34
Attn: Guido Ochoa
Merida, Venezuela 5101

Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747-9795

Stephan van der Feest
Accordeonlaan 42 3438GD Nieuwegein Nethe

Stephen Bywater
22 Orr Hatch Dr
Cornwall, NY 12518-1728

Stephen Hamner
51 Gladys St.
San Francisco, CA 94110-5427

Stephen Witty
3019 Jade Drive
Harrison, AR 72601-1865

Steve Govoni
938 Moosehead Trail
Jackson, ME 04921-3009

Steve Manos
226 Center St.
Suite A-7
Jupiter, FL 33458-4365

Steven Cacchione, Acute Air Conditioning
75 Medway rd Cragieburn Victoria 3064 Au

Stolowitz Ford Cowger LLP
1140 SW 11th Avenue
Suite 400
Portland, OR 97205-2490

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401-3441

Stuart Murray
75 Westover Road
Downley, High Wycombe HP13 5th
ENGLAND

Craig Stuppi
Law Offices of Stuppi and Stuppi
1630 N Main St. #332
Walnut Creek, CA 94596-4609

Sarah M. Stuppi
Law Offices of Stuppi and Stuppi
1630 North Main St. #332
Walnut Creek, CA 94596-4609

Christopher D. Sullivan
Diamond McCarthy LLP
150 California St. #2200
San Francisco, CA 94111-4547

Sungkyun Lee
45530 Market way 311 Chilliwack British

Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430-2263

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium

Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Syvert Holbek Feed
Kvernhusbakken 6 4900 Tvedestrand Norway

Tara Beck
3101 South Roosevelt
St Boise, ID 83705-4752

Terri Avery
91 Bradley Street Guyra New South Wales

Terry Sine
1154 N Pine St
Canby, OR 97013-3249

Thadius Bolton
6640 Ditmars St
Las Vegas, NV 89166-8028

Thang Nguyen
21 Millplace Ct
Irmo, SC 29063-7768

Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001-7617

Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531-9317

Thomas Schortmann
3 Village Green N
Ste 448
Plymouth, MA 02360-8803

Thomas Stiegler
23 Stewart Drive Werribee Victoria 3030

Tie Hu, Targetalk Inc.
28 Empress Ave. 516 North York Ontario M

Tim Lehming
Drossener Str. 63 13053 Berlin Germany

Tim McGough
2412 Pinehurst Ln
Mesquite, TX 75150-1129

Tim Oster
3068 Evergreen Rd
Pittsburgh, PA 15237-2725

TimeFire, Inc.
Eric W. Benisek, Esq.
Vasquez Benisek & Lindgren
3685 Mt Diablo Blvd #300
Lafayette, CA 94549-6833

Timefire, Inc
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833

Timothy Cyrus
630 Oldfield Dr SE
Byron Center, MI 49315-8114

Tin Yan Kwok
9642 Callita Street
Acradia, CA 91007-7803

Ting Ma
China 100083 Beijing  Beijing Room 30-1-

Tobias Bucher
Chnuebraechi 7 8197 Rafz Switzerland

Tobias Neumann
Buchenweg 30 90556 Seukendorf Germany

Toby Brusseau
Computer Village
601 12th St
Rapid City, SD 57701-2419

Todd Gould
Loren Data Corp. PO Box 1438
Lake Forest, CA 92609-1438

Tom Bouckaert
Henri Dunantlaan 20/502 9000 Gent Belgiu

Tom Postma, PC Central
Jan Vermeerstraat 41 7545BN Enschede Net

Tommy E. Contreras
855 Folsom Street
#514
San Francisco, CA 94107-1180

Tong Moc
328 Main Street Toronto Ontario M4C 4X7

Tony Hoang
557 Gerrard St. East Toronto Ontario M4M

Trenton Bullock
1072 Mclaren Drive
Belmont, NC 28012-8674

TrueTech Communications
241 Elinor Ave.
Mill Valley, CA 94941-1281

Tyler Doyle
2112 Hayden Ave
Aloona, WI 54720-1547

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

UBE Enterprises
7425 Creek Rd.
Sandy, UT 84093-6152

UBE Enterprises
Sam D. Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Uniquify, Inc.
Law Office of Binder & Malter
c/o Robert G. Harris
2775 Park Ave.
Santa Clara, CA 95050-6004

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835

Uwe Schaum
Grabenstr. 5 35625 Huettenberg Germany

Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100

Verne Riley
65 Shamley Heath rd Kureelpa Queensland

Vicki Schwarz
305 W Fullerton 1E
Chicago, IL 60614-2816

Victor Feng, VIP Networks
43532 Ocaso Corte
Fremont, CA 94539-5632

Vkal Design LLC
2290 Ringwood Ave.
Suite C
San Jose, CA 95131-1718

Vladimir Fefer
2620 W Greenleaf
1W
Chicago, IL 60645-3298

WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

Warren Tsang
LogicShark Consulting
274 Madison Avenue
Suite # 1804
New York, NY 10016-0716

Wayne Connors
13514 Tufts Pl
Tampa, FL 33626-2947

Nancy Weng
Trinh Law
99 N First St. #200
San Jose, CA 95113-1203

Weng Kay Poon
44 Choa Chu Kang Street 64 #09-19
Singapore 689105

Wenxie Hu
Rico Kohki (Hong Kong) Limited Wenxie HU

Werner Artz
habergasse 4 82380 Pei? enberg Germany

Will McGirr
39 Bruton Place Winnipeg Manitoba R2N 2V

Will Wong
500 Oracle Parkway
Redwood City, CA 94065-1677

William CHEVALLIER
15 RUE DES BASSES  MATHOUZINES 95170 DEU

William Courtright
146 Escolta Way
San Francisco, CA 94116-2940

William Peace
14821 N Hana Maui Dr
Phoenix, AZ 85022-3656

William Schmitt
33 Paffendorf Dr
Newburgh, NY 12550-1717

William Smith
Fricourt, Grande Maison Road
Vale Guernsey HG1 3LH UK

William Walther
WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

Wim Vandeputte
Oostveld Kouter 13
9920 Lovendegem
Flanders (Belgium)

Wolfgang Riedel
Wilmersdorfer Str.3 D-14959 Trebbin Germ

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Xiwen Wang
165 BAYSHORE DR.
BRECHIN Ontario L0K 1B0
Canada

Xunyu Yang
15223 Edgemoor St
San Leandro, CA 94579-1631

Yazz Atlas, EntropyWorks Inc.
1429 E. Aloha St.
Seattle, WA 98112-3931

Yichun Catherine Liu
502 Rudbeckia PL
Gaithersburg, MD 20878-4050

Yipu Xue
229 Lady Nadia Drive Vaughan Ontario L6A

Youssef Raiss-Elfenni
6322 Dakine Circle
Springfield, VA 22150-1193

Zhao Fu
191 West Woodruff Ave
Columbus, OH 43210-1117

Zhichao Chen
3165 Russell St Apt 406 Windsor Ontario

Zhichao Zhang
760 North Mary Ave
Sunnyvale, CA 94085-2908

Zhongwei Ni
4170 Main St
B3-182
Flushing, NY 11355-3823

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

hani hajje
708 clay St.
Ashland, OR 97520-1420

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Andy Lo
Celestica 581 S. Unionville Ave Markham

(u)Bryce Thomas
1420 330 Clareview Station Drive NW
Edmonton, AB
Canada
T5Y 0B6
Edmonton, CA 00-00

(u)Craig Beech
email address only]

(u)Dan Das Mann

(u)Dominic Froud
The Workshop
Lodge Farm
The Heywood
Diss, Norfolk, CA 00000-0000

(u)Eric Sala
Carrer Parellada  28 1r 4a 08030 Barcelo

(u)Graham Adams
The Reddings
Court Robin Lane
Llangwm
Usk, United Kingdom, CA 99-99

(d)Edward Hammond
3103 Powell Cir.
Austin, TX 78704-6343

(u)Monica Hushen

(u)Irwin Ahmad
44 Jalan Hillview Utama,
Off Jalan Ulu Klang,
Malaysia
Ampang, KS 68000

(u)Ivan Kondrat'ev
13 Parkovaya 16-2-8 Moscow Moscow 105077

(u)James Tsuei
C/O Ms. Cecilia Leung, Room 1008 Heng Ng

(u)Kamal Sohal
7 Renault Road Reading Berkshire RG5 4EY

(u)Marisa Coppersmith

(u)Mohit Kalram
2A/73 Punjabi Bagh West New Delhi Delhi

(u)Patrick Levell
6350 Dorchester Road Apt 116 Niagara Fal

(d)Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035-0433

(u)Peter Harris
538 Birmingham Road Bromsgrove Worcester

(u)Peter Tipple
30 St Andrews Terrace Ashington Northumb

(u)Piotr Kwiecien
80 Delancey Street Flat B Ground Floor L

(u)Raul Vasquez

(u)Rick Bahr-Advisor

(u)Robert Hall

(u)Robert Stehr
Stehr Music Proctions Waaienberg 58 2716

(u)Russell Sneddon
name address missing

(u)Sergey Pushkin
Oleynikova 33 Krasnoyarsk Russian Fed? r

(u)Shawn Ayotte

(u)Sierra Photo Express

(u)Simon Hausdorf
SIMON HAUSDORF LANGKOFELWEG 11A BERLIN,

(u)Siraj Patel
135 Shear brow Blackburn Lancashire BB1

(u)Sonny Mirador

(u)Stephen Huckvale
55 Thornbury Rd , Walsall West midlands

(u)Sven Ernst
Alte Weingartener Str 1 76227 Karlsruhe

(u)Sylvia Sim
Pmart Network Sdn Bhd Lot 2975, Plot 6,

(u)Thad McBron

(u)Timo Schildknecht
APDO 10034 Can Ramell 07819 Jesus  Ibiza

(d)Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780-1747

(u)Tore Henriksen
Implement??rene as  Lystheia 18 4817 His

(u)Trevor Watson Prestige Trophies & Engrav
1 Gaine Court Bayswater North  Melbourne

(u)Tudor Vaida

(u)Victor Munoz
Condor 1107 depto 1402 Santiago Santiago

(u)Viktor Schwarz, K. Melliger & S??hne AG
Tobelm? hlestrasse 5 7270 Davos Platz Sw

(u)WY Gost
Building A,  Haocheng Tech Park, Yanshan

(u)Warren Miller
57 dongola road 1st floor london london

(u)Xavier Conangla
Pujades 350 4a Planta 08019 Barcelona Ba

(u)Xu Zhang
xu zhang 15 stratford AVE denistone New

(u)Yasuo Ino
1-1-1-808 Minami-kasai Edogawa-ku Tokyo

(u)Yui Kwan Law
Law Room 711 Block B 9 Lung Wah Street K

(u)Zach Halley
Fieldstone Tramore Co. Waterford 0000 Re

(u)Zbigniew Armatys
Interaktywny Powiat Tarnowski Zbigniew A

End of Label Matrix
Mailable recipients   623
Bypassed recipients    50
Total                 673