KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF STATUS CONFERENCE ON AUGUST 8, 2014**<br><br>Status Conference<br>Date:  August 8, 2014<br>Time:  2:00 p.m.<br>Place:  235 Pine St., 19th Floor<br>         San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

1

**TO THE UNITED STATES TRUSTEE, THE UNSECURED CREDITORS COMMITTEE, THE 20 LARGEST UNSECURED CREDITORS, AND ANY PARTY-IN-INTEREST AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT** that on August 8, 2014 at 2:00 p.m. on the 19th Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104, the Court will hold a status conference in the above-captioned case wherein the above-captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") will update the Court on progress that the Debtors and Committee have made to date and the status of the case going forward.

Dated: August 6, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC