| | |
|---|---|
| 1 | TRACY HOPE DAVIS<br>United States Trustee for Region 17 |
| 2 | Office of the United States Trustee<br>235 Pine Street, Suite 700 |
| 3 | San Francisco, CA 94104-3484<br>Telephone: (415) 705-3333 |
| 4 | Facsimile: (415) 705-3379 |
| 5 | By: JULIE M. GLOSSON<br>     Trial Attorney (#230709) |
| 6 |      Email: julie.m.glosson@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | Jointly Administered with: |
| | Case No. 14-30866 |
| Debtor-In Possession | Chapter 11 |
| _____ | |
| Affects HASFAST LLC, | Date: September 10, 2014<br>Time: 9:30 a.m.<br>Ctrm: Hon. Dennis Montali |
| Debtor-In Possession. | 235 Pine Street, Courtroom 22<br>San Francisco, CA |

### NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), AND IN THE ALTERNATIVE TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b)

**PLEASE TAKE NOTICE** that a hearing will be held on **September 10, 2014 at 9:30 a.m.**, before the **Honorable Dennis Montali, 235 Pine Street, Courtroom 22, San Francisco, California**, on the United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), and in the Alternative to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b).

The Motion is based upon the notice of hearing, the memorandum in support, and the declaration(s) filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the motion. You may obtain a copy of the Motion, the memorandum in support, and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

**A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).**

Tracy Hope Davis, United States Trustee

Dated: August 8, 2014 By: /s/ Julie M. Glosson
Attorney for the United States Trustee