# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC,<br><br>Debtor. | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11 |

### REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned interested party hereby requests that all required notices be directed to:

PROCESS GENERAL
5915 EDMOND ST STE 102
LAS VEGAS NV 89118
(855) 485-4850
NEF@PROCESSGENERAL.COM

DATED: August 12, 2014

PROCESS GENERAL

By: /s/ VICTOR DELAGLIO
PROCESS GENERAL
5915 EDMOND ST STE 102
LAS VEGAS NV 89118
(855) 485-4850
NEF@PROCESSGENERAL.COM