## United States Bankruptcy Court
### Northern District of California

In re **HashFast Technologies LLC** _____

Debtor(s)

Case No. **14-30725** _____

Chapter **11** _____

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **83** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **8|14|14** _____

_Jessica M Mickelsen_____
Signature of Attorney
**Jessica M. Mickelsen**
**Katten Muchin Rosenman LLP**
**2029 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067-3012**
**310-788-4425   Fax: 310-788-4471**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

100 Bush Corporation
100 Bush St.
San Francisco, CA 94104


Aaron Collins
21851 Schieffer Rd
Colton, OR 97017


Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621


Abraham Ambar
Christoph Merian-Ring 29a
4153 Reinach Switzerland


Adam Beaumont
11-15 Hunslet Road
Leeds West Yorkshire
LS10 1JQ United Kingdom


Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021


Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148


Adam Lenet, Lenit IT Solutions
88 Farnham Drive Beaconsfield Quebec H9W

Adrian Coroama
426 Sandra Timis 307065 Romania


Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6


Ahmed Minhaj
11410 Nagel St
Hamtramck, MI 48212


Alan Richardson
11975 Greywing Court Reston VA 20191
Silver Springs, MD 20906


Albert Navarry
Calle Entenza num. 239 piso 4
puerta 2 08029 Barcelona
Barcelona Spain


Albert Teo
Unit 17, 7730 6th Street
Burnaby, British Columbia
V3N 4S3 Canada


Alejandro Besada Juez
Adolfo Perez Esquivel 3. ofi 11 28323
Las Rozas de Madrid
Madrid, Spain


Aleksandar Slavkov
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Aleksandr Komissarov
Fortunatovskaya St. 31/35 Apartment 67
Moscow 105187 Russia


Aleksandrs Glocovs
119 Adelaide Grove
London W12 OJH United Kingdom


Ales Prikryl
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Alessandro Bottai
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Alex Filippov
12 Sherborne Cir
Ashland, MA 01721


Alex Neth
[email address only]


Alexander Endres
An der Halde 18 87471
Durach Germany


Alexander Roganov
1881 Willoughby Ave
Ridgewood, NY 11385

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749

Alexey Minchenkov
Asafeva St 2-1-60
St Petersburg 194356
Russia

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557

Alin Vit
[email address only]

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allan Vela
19 Rocks Rd
Redlynch Queensland 4870 Australia

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075

Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626 New Zealand


Alvaro Fraguas Jover
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands


Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133


American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104


Amos Mengel
58 Raphael Rd
Winnellie Northern Territory
0820 Australia


Amro Abdelgawad
57 Ira Road
#187
Syosset, NY 11791


Amy Woodward
57 Oakwood Street
San Francisco, CA 94110

Andreas Badarlis
Zum Holzfeld 36H 30880 Laatzen
Germany


Andreas Zizka
Fasangartengasse 1 1130
Vienna, Austria


Andrew Bester
92 William Street
Westbury Tasmania 7303
Australia


Andrew Crockford
1 Elphistone Road Christchurch Dorset
BH23 5LL United Kingdom


Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703


Aneurin Davies
Flat 4, 2 Thorold Road
Southampton Hampshire
SO18 1JB United Kingdom


Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470


Anthony Carrillo
1130 NE 104th Ave
Portland, OR 97022

Anthony Lauck
PO Box 59
Warren, VT 05674


Anthony Sajan
4786 Oakhurst Ridge
Clarkston, MI 48348


Anthony Woodward
2697 Derby Drive
San Ramon, CA 94583


Antoine Alary
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Anton Poluhin
[email address only]


Antonio Dewey
1211 San Dario Ave
Suite 369
Laredo, TX 78040


Antonios Alexiou
1253 Buck Jones Rd
Raleigh, NC 27606


Antony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia


AQS
401 Kato Terrace
Fremont, CA 94539


Aristeidis Dionisatos
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Armada Works Inc.
2223 Bath Ave
Brooklyn, NY 11214


Ashley M. McDow
Baker Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025


Ation, s.r.o.
Jaroslave Maslo Kopcianska
10 85101
Bratislava, Slovakia


Aupacom Enterprises
9620 Sepulveda Blvd Unit 33
Attn: Christopher Shaw
North Hills, CA 91343


Avram Cheaney
1305 Laguna Street
Apt. 4
San Francisco, CA 94115

Beat Huber
Badenerstrasse 881
8048 Altstetten Switzerland


Benjamin Beckwith, Flat Rate  Computer G
8218 Grimchester
Converse, TX 78109


Benjamin Bigler
Laandgarben 456
3176 Neuenegg Switzerland


Benjamin Hopson II
2640 Alexandria Pl
Janesville, Wi 53548


Benjamin Lindner
9035 Grayland Drive
Apartment E
Knoxville, TN 37923


Bergic Benoit
8 Rue Anatole France
92000 Nanterre France


Bernie Rihn, Prudentia Permanens LLC
3628 Linden Ave
N #214
Seattle, WA 98103


Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany


Bo Molai
[email address only]


Bouckaert Tom
Henri Dunantlaan 20/502
9000 Gent Blegium


Brandon Bressler
3638 San Onofre Ave
San Onofre, CA 95340


Brian Barbee
701 Blossom St.
Bakersfield, CA 93306


Brian Dankowski
4025 River Branch Trail
Plano, TX 75024


Brian McKittrick
813 Whitney St
Cedar Hill, TX 75104


Brian Samas
123 Bridge Street
Groton, CT 06340

Brion Lau
Financial Fitness Pro
21600 Rainbox Drive
Cupertino, CA 95014


Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002


Bruce Sanders Bruce Sanders Design & Ill
12 Bridge St.
Westford, MA 01886


Bruce Terry
21073 Niagara River Drive
Sonora, CA 95370


Bruno Reith
Repkering 36 58791 Werdohl Germany


Bryan Pope
6196 Westminster Dr
Parma, OH 44129


Bryce Thomas
330 Clareview Station Drive NW Unit 1420
Edmonton, Alberta
T5Y 0E6 Canada


Bryce Weiner
621 W Monetcito St #4
Santa Barbara, CA 93101

Carl Schultz
1827 Harold Street
Houston, TX


Catalin Beju
246 Waterbury St.
Bolton, Ontario
L7E 2J1 Canada


Cater2.Me
345 E. 93rd St. Apt. 19H
New York, NY 10128


Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom


Central Computers
837 Howard Street
San Francisco, CA 94103


Chad Eller
1910 Lomita Dr
San Leandro, CA 94578


Charles Hilt
2800 Ruleme St
Apt 24
Eustis, FL 32726


Charles Mosneron
28 Avenue des Chalets
1180 Bruzelles, Belgium

Chaz Curtiss
6551 Jordan River Dr
Las Vegas, NV 89156


Chengxi Bernad Siew
18, Jalan 89/26
Taman Sri Rampai, Setapak Kuala Lumpur
W.P. Kuala Lumpur 53300 Malaysia


Chris Ergen C/O Summit Capital LLC
5701 S. Santa Fe Drive
Littleton, CO 80102


Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108


Chris Zheng
Email address only


Christian Golbs
Muehlburgweg 47 99094 Erfurt Germany


Christian Luecke
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands


Christopher Dolman
[email address only]

Christopher Fetterly
9603 78th Avenue NW
Edmonton, Alberta
T6C 0P2 Canada


Christopher Raday
4215 W 142 St
Crestwood, IL 60445


Christopher Shaw
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Chunliu Shen
56 Ffordd Dryden, Killay
Swansea, Wales
SA2 7PD United Kingdom


Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Montreal, Quebec
H4S 1K5, Canada


Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087


Corey Vokey
2249 Burrows Ave
Winnipeg, Manitoba
R2R 1B4 Canada


Corey Wysong
4499 E Fox Run Drive
Syracuse, IN 46567

Cort Wenzel
858 Boardwalk Place
Redwood City, CA 94065


Cory Wise
2315 West alberson Dr.
Albany, GA 31721


Craig Beech
[email address only]


Craig Burke
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Craig Carmichael
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada


Craig LaShot
88304 Charley Lane
Springfield, OR 97478


Craig Simpson
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom


CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

Cypher Enterprises, LLC
Attn: Robert Begdanowicz III
Deans & Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201


Dain Carver
240 Martine Ave
White Plains, NY 10601


Damian Castro
32 Allen Road
Stoke Newington London
London N16 8SA United Kingdom


Dan Casacci
31 Clearwater Dr
Amherst, NY 14228


Dan Das Mann


Dan Fuchs
526 Shoup Ave W Ste K
Twin Falls, ID 83301


Dan Handler
[email address only]


Dane Harnett
18 Sallows Street
Alex Hills Queensland
4161 Australia

Daniel Burgin
St-Roch 30 1004 Lausanne Switzerland


Daniel Hilderal
40 Hardinge road LONDON England NW10 3PJ


Daniel Nimtsch
Meinigstr 46a 38667 Bad Harzburg Germany


Daniel Pojar
1253 Grace Drive
Sycamore, IL 60178


Daniel Starr
c/o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia


Daniel Williams
10211 Portland Road
Silver Spring, MD 20901


Dario Albarron
512 Sherman Ave
Roselle Park, NJ 07204


Darwin Johnson
Email address only

Dat Le
22 Golden Gate Bay Winnipeg Manitoba R3J

Dave Gutelius
1259 El Camino Real
#230
Menlo Park, CA 94025

David Boothby
1800 Holleman Drive
Apt 1404
College Station, TX 77840

David Cho
158 L'Amoreaux Drive
Scarborough, Ontario
M1W 3L3 Canada

David Gladden
[email address only]

David Henson
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901

David King
10106 E 69th Ter
Raytown, MO 64133

David Matheu
18044 Saxony Lane
Orlando, FL 32820

David Miller
1751 NE 91st Street
Seattle, WA 98115


David Springer
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


David Steinberg
3164 Sycamore Pl
Carmel, CA 93923


Davide Cavion
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166


Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045


Dean Farry
1250 HalifaxWay
San Ramon, CA 94582


Deon Brewis
15610 NE 59th Way
Redmond, WA 98052


Derek Hill
Advantage mortgage 29875 S Black Bear Dr
Canby, OR 97013

Detlef Sattler
Austr. 18 53604 Bad Honnef
Germany


Di Pardo BVBA
Rozijnenstraat 27
3620 Lanaken, Belgium


DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701


Dominic Froud
Lodge Farm
The Heywood Diss Norfolk
IP22 5TA United Kingdom


Dominic Ramos
Weizackerstrasse 17
8405 Winterhur, Switzerland


Donald Bosse
9 E 9th St
Frederick, MD 21701


Donald Crain
110 N Lee St
Lexington, IL 61753


Donald Weinderg
4010 Oak Circle
Boca Raton, FL 33431

Doug Haden
973 Iron Mountain Circle South
Lake Tahoe, CA 96150


Douglas Trowbridge
2045 Waterbury Rd
Lakewood, OH 44107


Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257


Duane Laun
707 29th Ave E
Seattle, WA 98112


Duncan Wallace, duncwa llc
1001 National Avenue 139
San Bruno, CA 94066


DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086


Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528


Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063

Eddie DeLeon
2203 Ripley Ave.
Unit B
Redondo Beach, CA 90278

Edgar Godoy
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Edward Lance
1324 Treasure Cove
Niceville, FL 32578

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514

Elkin Mann, LDI Imports
378 Johnston Ave.
Jersey City, NJ 07304


Elpix Ag
Joerg Margane
Alfredstrasse 73
45130 Essen Germany


Elric Traver
1221 River Ln
Mosinee, WI 54455


Elton Seah
761 Irwindale Avenue
Las Vegas, NV 89123


Employment Matter Counseling &Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656


Eric Christmas
5940 NW 13th street
Sunrise, FL 33313


Eric Liu
3630 Sadge Ln
Irving, TX 75062


Eric Tollefson
[email address only]

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166


Erik Voorhees, Bitcoin FTW
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Etamar Laron
[email address only]


Evan Greenwood
501 S. Van Buren
Hugoton, KS 67951


Evan Lawrence Slavkov
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Evan Skreen
[email address only]


Fabio Miceli
Westerdok 616 Apartment
1013BV Amsterdam, Netherlands


Federal Express Corporation
942 South Shady Grove Road
Memphis, TN 38120

Feler Systemintegration
Joerg Feler Buhrowstr 20a EORD
Nr DE832084235955060
12167 Berlin Germany


Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772


Ferdinand Vykoukal
Calle Alonso Heredia 6
Madrid, Spain 28028


Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914


Florian Mueller
[email address only]


Florian Schicker
Fernkorngasse 10/3/501
1100 Vienna, Austria


Forrest Voight
2360 SW Archer Rd.
Apt. 910
Gainesville, FL 32608


Francisco Joee Romero Matas
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

Franck Hennequin
42 Avenue De L'arche
Apartment 33
92400 Courbevoie France


Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511


Frank Lachmann
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Frank Rankin
518 Freehold Road
Jackson, NJ 08527


Frederick Fiechter
1825 S. Grant Street
Suite 240
San Mateo, CA 94402


Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674


Gamain Jean Galburt
3 Rue de la Belle Meuniere
28190 Saint-George-sur-Eure, France


Garrett Griffin
9150 Crest Ave
Oakland, CA 94605

Gautam Desai
116 Blackstone Dr
Danville, CA 94506


George Loudon
161 Helen
Garden City, MI 48135


George Richmond
3580 Egret Drive
Melbourne, FL 32901


George Wang
1707-2008 Madison Ave.
Burnaby, British Columbia
V5C 6T5 Canada


Glenn Hendrick, Bitminer
Bitminer128 223 Pameto Rd
Nokomis, FL 34275


GLO Ventures
1550 17th Street
San Francisco, CA 94107


Gonbo Wu
[email address only]


Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

Graham Adams
The Reddings, Court Robin Lane
Llangwm Usk Monmouthshire
NP15 1ET United Kingdom


Grant Pederson
12538 Botanical Ln
Frisco, TX 75035


Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005


Gregory Maxwell
650 Castro St.
Suite 120-293
Mountain View, CA 90410


Guido Ochoa
Calle 35
Merida, Venezuela 5101


Guy Taylor
The Old School House
103 Bromsgrove Road, West Midlands
London B62 0LA United Kingdom


Hamilton Wang
No. 101, Songjiang Road, Floor 11
Taipei City Zhongshan District 104
Taiwan


Hani Hajje
708 clay St.
Ashland, OR 97520

Hans Hess Elevation Franchise Ventures
4100 N Fairfax Dr.
730
Arlington, VA 22203


Harmacolindaor Informatikai
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Harrison Cooke
[email address only]


Harry Hazlehurst
22 Bewley Road Angmering
Littlehampton West Sussex
BN16 4JL United Kingdom


Hawk Ridge Systems
4 Orinda Way
Orinda, CA 94563


Heinz Suter
Rickenbachstrasse 104 6430
Schwyz, Switzerland


Henco Janse van Vuuren
71 Louis Both Ave Roodepoort
Gauten 1734 South Africa


Henzy Paez
109 Oak Street
Northport, NY 11768

Hideyuki Tanaka
Koishikawa 1-2-5, Forecity Korakuen 1002
Bungkyo-Ku, Tokyo-to 112-0002, Japan


Hing tat Chan
No 38/21/f Russell Street
Soundwill Plaza Causeway Bay Hong Kong
Island, Hong Kong


Holden Karau
3407 24th St
Apt 2
San Francisco, CA 94110


Hong-Quan Yue
210 Woodridge Crescent Apt 606
Nepean, Ontario K2B 8E9
Canada


Hot Sun LLC
Attn: Mark Pescatrice
6 Shenandoah Drive
Newark, DE 19711


Hsiaofen Su
[email address only]


Hugo Gonzlalez Romero
[email address only]


Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

Igor Kozachenko
2124 Kittredge Street #108
Berkeley, CA 94704

Ilan Elfassy
177 Bury Old Road
Salford, Manchaster, Lancashire M7 4PZ
UK

Indra Koli Valcheva
Weblink E-Commerce Limited
E-23, Lajpat Nagar 3, Second Floor
Delhi, Delhi 110024 India

International Rectifier
101 N Sepulveda Bldv.
El Segundo, CA 90245

Intervid FZ LLC
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Irwin Ahmad
44 Jalan Hillview Utama
Off Jalan Ulu Klang
Ampang Selangor 68000 Malaysia

Ivan Kondrat'ev
13 Parkovaya 16-2-8
 MoscowMoscow 105077 Russia

Ivan Marcak
10101 Palace Way
Apt B
Henrico, VA 23238

Ivan Turygin
[email address only]


Ivo Stoychev
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria


Jack Dorr
[email address only]


Jack Hlavaty
35 Swanson Ct
16D
Boxborough, MA 01719


James Babcock
8368 NW 70th Street
Potwin, KS 67123


James Cain
[email address only]


James Carroll
1505 Westheimer Rd
Houston, TX 77006


James Hicks
PO Box 1296
Helendale, CA 92342

James Johnson
825 28th St SW
Ste F
Fargo, ND 58103


James Lowry, LLC
400 E College
Suite A
Roswell, NM 88201


James Miller
410 Cahill Rd
Streamwood, IL 60107


James O'Shea
[email address only]


James Ries
450 Sunlight Ct
Apt 2
Powell, WY 82435


James Suddarth
1645 International Dr
Unit 102
McLean, VA 22102


James Thomas, eServiZes
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


James Wu
1221 North Vineyard Ave
#1
Ontario, CA 91764

Jamshed Dadachanji
C-7, Godrej Baug, Off Nepean Sea Road
Near Simla House Mumbai
Maharashtra 40036 India


Jan Irvin
PO Box 3819
Crestline, CA 92325-3819


Janez Franko
[email address only]


Jared Metzler
826 N 3rd St
Lincoln, KS 67455


Jarod Clark
2314 Broadway
Denver, CO 80205


Jason Badua
4039 Palikea St.
Lihue, HA 96766


Jason Bond
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Jason Hall
2202 E Lowena Dr
Long Beach, CA 90803

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550


Jason Plowman
13508 Jamieson Place
Germantown, MD 20874


Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938


Jason Yi
1367 E Garfield Ave
Glendale, CA 91205


Jay Ritz
[email address only]


Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G 3V8
Canada


Jazz Wiesman
2031 SE 38th Ave
Portland, OR 97214


Jean-Andrew Mikesell
26652 Calle Salida
Capistrano Beach, CA 92624

Jeanette Arna
Haneholmveien 19 3212 Sandefjord Norway


Jeannie Telford
[email address only]


Jeffrey Bradian
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Jeffrey vonGermeten
650 E 500 N
Apt #6
Logan, UT 84321


Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014


Jensy Fernandez
12 Diamond St
Apt 19
Lawrence, MA 01841


Jeremy Chan
28A Jalan Medan Ipoh 9 Bandar Baru Medan
Ipoh Ipoh Perak 31400 Malaysia


Jeremy Johnson
65 St. Paul Ouest Unit #505
Montreal, Quebec
H2Y3S5

Jeremy Jones
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Jess Williams
PO Box 50801
Albuquerque, NM 87181


Jesse Teta
3804 Triora St
Las Vegas, NV 89129


Jesus Martin Alonso
Calle Federico Carlos Sainz de Robles
15 28035, Madrid Spain


Jet Yap
[email address only]


Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461


Jeyaraman Prasanna
3033, 3rd Floor, 3rd Block High Point
Apartments, Palace Road, Bangalore
Karnataka 560001 India


Jimson Ngo
Suite 1213, 3620 Kaneff Crescent
Mississauga, Ontario
L5A 3X1 Canada

Jiongye Li
77 Louise Rd
Braintree, MA 02184


JK Internet Solutions Partner
Sebastianstr, 2 47055 Duisburg
Germany


Joah Gamborino
Carrer Esteve Dolsa N29
Andorra la Vella AD500
Andorra


Joaquin Mellado Miranda
[email address only]


Jochen Zizka
Fasangartengasse 1 1130
Vienna, Austria


Joe Rouvier
[email address only]


Joe Russell
4079B 18th Street
San Francisco, CA 94114


John Anders
[email address only]

John Peregoy
982 NC Hwy 82
Dunn, NC 28334


John Shave
8805 Tamiami Trail North
#219
Naples, FL 34108


John Twohy, 24K Gold Plating
10920 4th Ave W
Everett, WA 98204


Jon Gotleib
[email address only]


Jon Yellowlees
Dan Rose Tech Set
3326 Catherine St
Jackson, MI 49203


Jonas Diener
1528 Country Club Rd
Harrisonburg, VA 22802-5071


Jonathan Bower
Alstrommergatan 32N 11247
Stockholm Sweden


Jonathan Day
8 Mahara Apartments, Upper Kings Cliff
St Helier, Jersey JE23GP

Jonathan Prentice, Network Service Prov
13 Farnham St Parnell
Auckland 1052 New Zealand


Jonathan Simms, Jhashybor Mining
1808 E Columbus Dr Apt# 3 Tampa FL 33605
Apt. #3
Tampa, FL 33605


Jonathon North
240 Milledgeville Rd
Enville, TN 38332


Jose Barandiaran
Adnext Globalmedia sl avda jesus de
monasterio 2 chalet 5 urb club de campo
28703 san sebastian de los eye Madrid,SP


Jose Morales
[email address only]


Jose Santos
35 Wycliffe Road Bournemouth Dorset
BH9 1JS United Kingdom


Joseph Farag, Trinity Bitcoin Investment
12810 Terabella Way
Fort Myers, FL 33912


Joseph John Quirante
[email address only]

Joshua Dorman
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520


Joshua Vidana, Skidhacker.com
3602 Tilson Ln.
Houston, TX 77080


Julian Noble
[email address only]


Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038


Jun Ding
2231 167th Pl NE
Bellevue, WA 98008


Juri Malinen
Vaasankatu 14B D5 04410
Jyvaskyla, Finland


Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677

Justin Bronder
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Justin Grevich
3348 Via Alicante
La Jolla, CA 92037


Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642


JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532


Kai Fuck
Hummerich 11 53859
Niederkassel Germany


Kaloopy Media
Attn: Kurt Heim, President
2510 Main St.
Santa Monica, CA 90405


Kang Lu
4551-5 Jefferson Pointe Ln
Prince George, VA 23875


Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041


Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom


Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533


Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707


Kelly Meese
[email address only]


Ken Mueller
Public Service Insurance Company 1 Park
New York, NY 10016


Kenneth Kovach
PO BOX 951
Golden, British Columbia
V0A 1H0 Canada


Kevin Delporte
briekhoekstraat 32 8940 wervik Belgium

Kevin Huang
52 Albright Crescent
Richmond Hill, Ontario
L4E 4Z4 Canada


Kevin Mahan, Tanard Corporation
9101 W. Sahara Ave.
Suite 105 K-6
Las Vegas, NV 89117


Kevin Yee
#2918 - 608 9th St. SW
Buzzer 1120
Calgary, Alberta T2P 2B3 Canada


Kjetil Larsen
Lijnbaansgracht 113 1016KT
Amsterdam, Netherlands


Koi Systems Ltd
1191 Center Point Drive
Suite A
Attention: Brian Edgeworth
Henderson, NV 89074


Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109


Kris Howery
4104 Congress Dr
Midland, MI 48642


Kyle Berger
3179 Cortese Circle
San Jose, CA 95127

Kyle Chase
Email address only


Kyle Sidles, Kaysid, LLC
4000 Dow Road
Unit 10
Melbourne, FL 32934


L.J. Vermaat
Kanaalweg 81 3041JE
Rotterdam, Netherlands


Lance Dixon
Intervid FZ LLC
Suite 128, Building 2
Dubai Internet City, Dubai, UAE


Larry Han
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Lars Arberg
Skalbakken 17 2720
Vanlose, Denmark


Larson Janke
Unit 1 / 284 Barkers Road
Hawthorn Melbourne Victoria
3122 Australia


Laruen Coe
3303 226th P1 SW Brier
Lynnwood, WA 98036

Lee Ash
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Lee Schwuchow , Monkey  Business
2740 N. Andrews Ave
Wilton Manors, FL


Lei Bao
China 200030 Shanghai
Shanghai 255-35 Room 1003 Shanghai
South Wan Ping Rd


Lei Shi
BLK 62 Teban Gardens Road #16-627
Singapore 600062 Singapore


Leopoldo Martinez Araujo
Amadeo Gomez 45 Portal B
piso 2-izda 28035 Madrid, Spain


Lewis Jang
Email address only


Lieven Vanden Bulcke
Zandbeekstraat 32
8554 Sint-Denijs, Belgium


Lin Cheng Hui
[email address only]

Linear Technology Corporation
1630
 McCarthy Blvd
Milpitas, CA 95035-7417


Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL 33180


Listener Approved LLC
[email address only]


Lonnie Hansen
205 Duncan st
#6
Ashland, VA 23005


Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283


Luis Cordova
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru


Luis Guerrero
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Lukas Bradley
3777 N. Clemons St.
Unit F
East Wenatchee, WA 98802

Luke Baum
PO Box 101
Pleasant Unity, PA 15676


Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108


LyLy Moc
14 Hamilton St
Toronto Ontario M4M 2C5 Canada


Madalin Ionascu
51 Goldhill Plaza #12-11 Singapore 30890


Maes Jelle BVBA
Kardinaal Cardijnstraat 39
2260 Westerlo Belgium


Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada


Manu Kaushish, Nirvana Digital, Inc.
3632 Whitworth Drive
Dublin, CA 94568


Manuel Rojas
1121 Torrance Blvd
Torrance, CA 90502

Manuel Zepeda
2310 Westgate Rd
Unit 14
Santa Maria, CA 93455

Marc Tooley
[email address only]

Marcel Wagner
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel Germany

Marcelino Bellosta
1600 Ponce de Leon Blvd. FL 10
Suite 1001
Coral Gables, FL 33134

Marcus Killion
1000 W Garden Ct
Wichita, KS 67217

Marcus Sorensen
4960 Shadow Wood Dr
Lehi, UT 84043

Mari Reed
200 Yorkshire Way
Mountville, PA 17554

Marian Birke
Voosener Str. 105
41179 Monchengladbach Germany

Marion Keyes, Riverstone LLC
189 Eagle Drive
Golden, CO 80403


Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880


Mark Hancock
512 Grant Terrace
Taft, CA 93268


Mark Lehrer
[email address only]


Mark Roy
21745 Duck Creek Square
Ashburn, VA 20148


Mark Sullivan, Cyclotronics
6430 FM 1960 #321
Houston, TX 77069


Mark von Germeten
20792 SW Nettle Pl
Sherwood, OR 97140


Mark Williams, Off Road Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Martin Medeiros
11 Gilbert-Garneau Gatineau
Quebec J8T 4A7 Canada


Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362


Martin Safranek
Linecka 351 38241 Kaplice Czech Republic


Matt Gallegos
[email address only]


Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626 New Zealand


Matt Richards
3253 S E Ct.
Springfield, OR 97478


Matt Tucker
2830 E College Ave
Unit 101
Boulder, CO 80303


Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944

Matthew Hagan
17 Prospect Heights
Carrickfergus Antrim
BT38 8QY United Kingdom


Matthew Leong
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia


Matthew McCormick
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Matthew Silvia
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Matthieu Billaud
testory 31310 Montesquieu
Volvestre France


Mattia Baldinger
Zunzgerstrasse 24, 4450
4450 Sissach, Switzerland


Max Avroutski
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Max Fischer
11728 Wilshire blvd B713
Los Angeles, CA 90025

Maximilian Baringer
August-Bebel Platz 4 99423
Weimar Germany


Maximin Parotte
Dorpsstraat 112 A 3927BG
Renswoude Netherlands


McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611


Merkabahnk
19 Watchung Ave Loor 2
West Orange, NJ 07052


Michael Chiong
[email address only]


Michael Desotell
7101 S County Road 750 W
Knightstown, IN 46148


Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514


Michael Giovinco
61 Sterling St
Somerville, MA 02144

Michael Greiner
49 Pennsylvania Ct
Morton, IL 61550


Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106


Michael Mathias
Waldhofer Str. 102
69123 Heidelberg Germany


Michael McGurgan
2913 Coach Ct
Norman, OK 73071


Michael Pryor
5 Windy Ridge Rd
Hudson, WY 82515


Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009


Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814


Mick Mantle
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Mika Kaarakainen
Riistakatu 5
74100 IISALMI Finland


Mike Deming
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Milhail Talmacel
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain


Miratek
706 Michael Street
Milpitas, CA 95035


Mohit Kalram
2A/73 Punjabi Bagh West New Delhi
Delhi 110026 India


Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612


Muhammad Zahid Faruqi
Unionstrasse 86/1/5 4020 Linz Austria


Murat Konal
Putselaan 102 3074 JE
Rotterdam, Netherlands

Myron Davis
333 Willoughby Ave, ETS
5th Floor
Juneau, AK 99811


Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260


Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84095


Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517


Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624


Neil Schemenauer
727 9th St Humboldt
Saskatchewan S0K 2A0 Canada


Nicholas Fusaro
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

Nicholas Samios
3 / 14 Ogilvie Road Unit
Mount Pleasant Western Australia
6153 Australia


Nick Simmons
6613 Goosander Ct.
Frederick, MD 21703


Nik Arghavan
25 Bishop Tutu Blvd 713
Toronto Ontario M5V 279 Canada


Nir Nahum
Mashabim 19 Hod-Hasharon 4520122 Israel


Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568


Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120


Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067


Oldrich Vorac
10 Gort a Lin John Street Dingle Kerry
Kerry, Republic of Ireland

Oleksandr Buzko
10959 Rochester Ave
Apt 511
Los Angeles, CA 90024


Oliver Klein
Zeller Str 17 73271 Holzmaden Germany


Olivier Rebeyrat
531 Chemin du Lac Millette
St-Sauveur, Quebec
J0R 1R5 Canada


Oregan Networks Ltd.
The White Building
52-54 Glentham Road
London, UK SW13 9JJ United Kingdom


Oren Kravchik
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada


Osmany Barrinat
[email address only]


Osric Proctor Jr
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Otto Buybenicek
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Package Science
3287 Kifer Road
Santa Clara, CA 95051


Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051


Pascal Martin
181 De la Grande-Coulee Orford
Quebec J1X 6Z6 Canada


Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33166


Patrick Huizinga
Anjerstraat 50 3333GD Zwijndrecht
Netherlands


Patrick Sadowski
146 Dawlish Ave.
Aurora, Ontario L4G 6R2 Canada


Paul Croscup
585 Harts Road
Madoc, Ontario K0K 2K0
Canada


Paul Dolak
695 3rd Ave. #16
San Francisco, CA 94118

Paul Erickson
2925 Union St
Madison, WI 53704


Paul Montague
4/33 Yarrawonga Street
Ngunnawal Australian Capital Territory
2913 Australia


Paul Roeder
10315 Raritan Dr
Houston, TX 77043


Paul Salguero
4636 Devonshire Common
Fremont, CA 94536


Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955


Pawel Pilecki
[email address only]


Payu Harris
[email address only]


Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603

Pete Gorman
52 Doctors Point Road
Waitati 9085 New Zealand


Peter Harris
538 Birmingham Road
Bromsgrove, Worcester
England B61 0HT United Kingdom


Peter Hendrickson
773 East El Camino Real
#142
Sunnyvale, CA 94087-2919


Peter Henrickson
773 East El Camino Real
#142
Sunnyvale, CA 94087-2919


Peter Jacos
[email address only]


Peter Kamstra
De Goorns 15 7824RG Emmen Netherlands


Peter Morici
1430 Patapsco St.
Baltimore, MD 21230


Peter Myers
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Peter Smallwood
Peter Smallwood 189 Woodcroft Drive
New South Wales 2767 Australia

Peter Symons
149C Shirehampton Road Sea Mills
Bristol BS9 2EE United Kingdom

Peter Tipple
30 St Andrews Terrace Ashington
Northumberland NE63 DR United Kingdom

Petr Dvorak
Komenskeho 37 68001 Boskovice
Czech Republic

Phat Tran
7714 75th St N
Pinellas Park, FL 33781

Phil Blancett
P.O. Box 19719 South
Lake Tahoe, CA 96151

Phuc Nguyen
Van Nguyen 895 Broadway
Floor 3
New York, NY 10003

Piotr Kwiecien
80 Delancey Street Flat B Ground Floor
London London NW1 7SA United Kingdom

Polymathica Pte. Ltd.
10 Raeburn Park #02-08
Singapore 088702 Singapore


Price Givens
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Strett, Suite 505
San Rafael, CA 94901


Proven Tolerance Specialist
570 Suite C Marine View Avenue
Belmont, CA 94002


Qingshou Pei
1112 Gossamer Dr
Pickering Ontario L1X 2
Canada


Rafez Noorullah
Gazelle Informatics Ltd
Hadia House, 2b Lincoln Street
Kingsthorpe, Northhampton, UK NN2 6NR


Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031


Ram Radhawa
[email address only]


Randall Elliott
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Raul Vasquez
[email address only]


Ray Calderon
170 Quinlan Ave
Staten Island, NY 10314


Raymond Floyd Floyd Company
191 E. Main Street
Tustin, CA 92780


Raymond Steiner
Gespermoosstrasse 4
2540 Grenchen
Switzerland


Regan Reckman
1574 Georgetown
Loveland, OH 45140


Reginald Henderson
[email address only]


Reno Devito
9370 Coral Berry Street
Las Vegas, NV 89123


Ric Rooney, Sun Spot
4310 Austin Bluffs Parkway
Colorado Springs, CO 80906

Richard Chang
1253 Buck Jones Rd
Raleigh, NC 27606


Richard G. Bahr
[email address only]


Rick Windham
166 State Street
#8
Brooklyn, NY 11201


Robert Alan Richardson
1713 Nordic Hill Cir.
Silver Spring, ME 20906


Robert Alkire Consulting
2060 Cox Road
Aptos, CA 95003


Robert Alkire Consulting
1081 Neptune Lane
La Grande, WA 98348


Robert Ditthardt
Olivine Labs LLC
32-22 37th Street, #1
Astoria, NY 11103


Robert Edwards Awesome Possum LLC
7341 W Cypresshead Drive
Parkland, FL 33067

Robert Kulys
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Robert M. Yonkers
Powers Chapman, P.C.
3001 West Big Beaver Road, Suite 704
Troy, MI 48084

Robert Worrall
31 Troon terrace
Annandale, NJ 08801

Roberto Bayona
Esfinge 53 2B 28022 Madrid Madrid Spain

Robin van der Linden
mimoCloud Computing UG
Rudolfstrasse 65 52070 Aachen Germany

Robinson SM Consulting
Attn: Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747

Rodrigo Hernandez
118 Kipling Ave
Springfield, NJ 07081

Ronny Hellmann
Hickenweg 32 35708 Haiger Germany

Royce Bui
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010


Russell Sneddon
[email address only]


Ryan Casey
c/o Gallo LLP
Attention: Ray E. Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Ryan Gatchalian
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Ryszrd Wrablewski
Sportowa 17 55-003
Ratowice, Poland


S.F. Court Appointed Special Advocates
2535 Mission Street
San Francisco, CA 94110


Saint Clair Newbern IV
c/o Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093


Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010


Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425


Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126


Sascha Appel
Eigerweg 11 4852 Rothrist Switzerland


Scott Cameron
1332 Rue des Cypres Pincourt
Quebec J7W 0A8 Canada


Scott Gray
612 W. 10th St.
Juneau, AK 99801


Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr
Ste 4313
Las Vegas, NV 89106

Sean Taffler
100 Bush Street, Suite 650
San Francisco, CA 94104


Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402


Sebastian Schmidt
c/o Gallo LLP
1299 Fourth Street, Suite 505
San Raphael, CA 94901


Selim Soler
2390 NW Tulip Way
Jensen Beach, FL 34957


Sergey Pushkin
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia


Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136


Servaas Tilkin
Bloemenplein 9 2200 Herentals Belgium


Seth Duppstadt
2109 Broadway 1379
New York, NY 10023

Shamus Robinson
8675 Mink Rd
Apt 2
Harbor Springs, MI 49740


Shanghai Chooyu Chemical Company Ltd.
1107 Liberty Square Road
Boxborough, MA 01719


Shaun Biggin
314 120 albany drive edmonton Alberta T6


Shaun Kelly
52 Cross Street
Warrimoo, New South Wales 2774
Australia


Shawn Ayotte
[email address only]


Shlomo Cremer
[email address only]


Sierra Proto Express
1108 W Evelyn Ave
Sunnyvale, CA 94086


Simon Barber
9 Ignacio Ave.
San Francisco, CA 94124

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK


Siraj Patel
135 Shear brow Blackburn Lancashire BB1


Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225


Sonny Mirador
Miratek Design
706 Michael Street
Milpitas, CA 95035


Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747


Stehr Music Productions
Waaienberg 58
2716pc Zoetermeer
Holland


Stephan van der Feest
Accordeonlaan 42 3438GD
 Nieuwegein Nethelands


Stephen Bywater
22 Orr Hatch Dr
Cornwall, NY 12518

Stephen Hamner
51 Gladys St.
San Francisco, CA 94110


Stephen Huckvale
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom


Stephen Witty
3019 Jade Drive
Harrison, AR 72601


Steven Schwarz
[email address only]


Stolowitz Ford Cowger LLP
1140 SW 11th Avenue
Suite 400
Portland, OR 97205


Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401


Stuart Murray
75 Westover Road
Downley, High Wycombe HP13 5th
ENGLAND


Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium


Sven Ernst
Alte Weingartener Str. 1
76227 Karlsruhe Germany


Sylvia Sim
I-P Mart Network Adn Bhd Lot 2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching Sarawak 93150
Malaysia


Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247


Syvert Holbek Feed
Kvernhusbakken 6 4900 Tvedestrand Norway


Tara Beck
3101 South Roosevelt
St Boise, ID 83705


Ted Beckwith
33 Park Ave.
Suffern, NY 10901


Teltarif.de
Falko Hansen-Hogrefe
Brauweg 40
37073 Gottingen, Germany

Terri Avery
91 Bradley Street Guyra New South Wales


Terry Sine
1154 N Pine St
Canby, OR 97013


Thadius Bolton
6640 Ditmars St
Las Vegas, NV 89166


Thang Nguyen
21 Millplace Ct
Irmo, SC 29063


Thanh Lanh Tran
Torellistraat 18
3208NG Spijkenisse Netherlands


Theo Chino
[emails address only]


Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001


Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531

Thomas Schortmann
3 Village Green N
Ste 448
Plymouth, MA 02360


Thomas Stiegler
23 Stewart Drive
Werribee, Victoria 3030
Australia


Thomas Wingquist
[email address only]


Tim Lehming
Drossener Str. 63 13053 Berlin Germany


Tim McGough
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Tim Wong
100 Bush Street, Suite 650
San Francisco, CA 94103


Timo Schildknecht
APDO 10034 Can Ramell
07819 Jesus, Ibiza Baleares
Spain


Timothy Cyrus
630 Oldfield Dr SE
Byron Center, MI 49315

Timothy Peay
[email address only]


Timur Islamov
[email address only]


Tin Yan Kwok
9642 Callita Street
Acradia, CA 91007


Ting Ma
Room 30-1-1202, East Campus
China Agricultural University
Quinghua Dong Lu, China


Tobias Neumann
Buchenweg 30 90556 Seukendorf Germany


Toby Brusseau
Computer Village
601 12th St
Rapid City, SD 57701


Todd Gould
Loren Data Corp. PO Box 1438
Lake Forest, CA 92609


Tom Postma, PC Central
Jan Vermeerstraat 41 7545BN
Enschede Netherlands

Tommy E. Contreras
855 Folsom Street
#514
San Francisco, CA 94107


Tong Moc
328 Main Street Toronto Ontario M4C 4X7


Tony Hoang
557 Gerrard St. East Toronto Ontario M4M


Tore Henriksen
Lystheia 18 4817
His Norway


Toshiya Zifon
[email address only]


Trent Nathan Park
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901


Trenton Bullock
1072 Mclaren Drive
Belmont, NC 27012


Trevor Watson Prestige Trophies & Engrav
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

TrueTech Communications
241 Elinor Ave.
Mill Valley, CA 94941


Tsvetomir Yotov
[email address only]


Tudor Vaida
Pia a Ionel IC Bratianu 5, Apt. 30
Timisoara, Timis 300056
Romania


Tyler Doyle
2112 Hayden Ave
Aloona, WI 54720


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Uniquify, Inc.
2030 Fortune Drive
#200
San Jose, CA 95131


Uwe Schaum
Grabenstr. 5 35625 Huettenberg Germany


Van Nguyen
c/o Gallo LLP
Attention: Ray Gallo
1299 Fourth Street, Suite 505
San Rafael, CA 94901

Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104


Verne Riley
Email address only


Vicki Schwarz
305 W Fullerton 1E
Chicago, IL 60614


Victor Feng, VIP Networks
43532 Ocaso Corte
Fremont, CA 94539


Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile


Viktor Schwarz
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland


Vkal Design LLC
2290 Ringwood Ave.
Suite C
San Jose, CA 95131


Vladimir Fefer
2620 W Greenleaf
1W
Chicago, IL 60645

WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083


Warren Miller
57 Dongola Road, First Floor Flat
London N17 6EB
United Kingdom


Warren Tsang
LogicShark Consulting
274 Madison Avenue
Suite # 1804
New York, NY 10016


Wayne Connors
13514 Tufts Pl
Tampa, FL 33626


Wei Zhou
[email address only]


Weng Kay Poon
44 Choa Chu Kang Street 64 #09-19
Singapore 689105


Wenxie Hu
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong


Will Wong
500 Oracle Parkway
Redwood City, CA 94065

William Courtright
146 Escolta Way
San Francisco, CA 94116


William Peace
14821 N Hana Maui Dr
Phoenix, AZ 85022


William Schmitt
33 Paffendorf Dr
Newburgh, NY 12550


William Smith
Fricourt, Grande Maison Road
Vale Guernsey HG1 3LH UK


Wolfgang Riedel
Wilmersdorfer Str.3 D-14959
Trebbin Germany


Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603


World Electronics
3000 Kutztown Road
Reading, PA 19605


WY Gost
Building A, Haocheng Tech Park
Yanshan Avenue
Baoan District, Shenzen, China

Xavier Conangla
350, 4a Planta 08019
Barcelona Spain


Xiwen Wang
165 BAYSHORE DR.
BRECHIN Ontario L0K 1B0
Canada


Xunyu Yang
15223 Edgemoor St
San Leandro, CA 94579


Yasuo Ino
1-1-1-808 Minami-kasai Edogawa-ku Tokyo


Yazz Atlas, EntropyWorks Inc.
1429 E. Aloha St.
Seattle, WA 98112


Yichun Catherine Liu
502 Rudbeckia PL
Gaithersburg, MD 20878


Yipu Xue
229 Lady Nadia Drive Vaughan Ontario L6A


Youssef Raiss-Elfenni
6322 Dakine Circle
Springfield, VA 22150

Yui Kwan Law
Room 711, Block B, 9 Lung Wah Street
Kennedy Town Hong Kong Island
Hong Kong


Zach Halley
Fieldstone Tramore Co.
Waterford, Ireland


Zbigniew Armatys
Interaktywny Powiat Tarnowski Zbigniew A


Zhao Fu
191 West Woodruff Ave
Columbus, OH 43210


Zhengxian Xu
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495 Guangdon


Zhongwei Ni
4170 Main St
B3-182
Flushing, NY 11355


Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017