B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **HashFast Technologies LLC**  
Debtor(s)

Case No. **14-30725**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Antony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166 | Antony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>New York, NY 10166 | Goods purchased | | 115,117.24 |
| Benjamin Lindner<br>9035 Grayland Drive<br>Apartment E<br>Knoxville, TN 37923 | Benjamin Lindner<br>9035 Grayland Drive<br>Apartment E<br>Knoxville, TN 37923 | | | 115,391.00 |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec<br>H451K5 Canada | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5<br>Canada | Contract | Disputed | 197,000.00 |
| Craig Beech<br>[email address only] | Craig Beech<br>[email address only] | Goods purchased | | 512,960.00 |
| Davide Cavion<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166 | Davide Cavion<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>New York, NY 10166 | Goods purchased | | 115,102.00 |
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123 | Goods purchased | Disputed | 220,500.00 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | | | 372,637.80 |
| Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK | | Goods purchased | Disputed | 141,369.00 |
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Goods purchased | | 800,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Koi Systems Ltd<br>1191 Center Point Drive<br>Suite A<br>Attention: Brian Edgeworth<br>Henderson, NV 89074 | Koi Systems Ltd<br>1191 Center Point Drive<br>Suite A<br>Henderson, NV 89074 | Goods purchased | | 280,366.00 |
| Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 | Goods purchased | Unliquidated | 5,364,725.00 |
| Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148 | Mark Roy<br>9 Laurel Crescent<br>Manorville, NY 11946 | Goods purchased | | 120,729.17 |
| Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514 | | Goods purchased | | 682,038.00 |
| Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603 | | | 101,769.89 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | | | 149,313.05 |
| Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | Legal services | Unliquidated | 127,225.00 |
| Uniquify, Inc.<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | Uniquify, Inc.<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | Contract | Disputed | 424,427.10 |
| World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605 | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605 | | | 196,940.22 |
| WY Gost<br>Building A, Haocheng Tech Park<br>Yanshan Avenue<br>Baoan District, Shenzen, China | WY Gost<br>Building A, Haocheng Tench Park<br>Yanshan Avenue, Baoan District<br>Shenzhen<br>China | Goods purchased | | 120,000.00 |
| Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017 | Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017 | Legal Services | | 111,115.91 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   8/14/14               Signature   _____
                                         **Monica Hushen**
                                         **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.