KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, *et al.*,[2]<br><br>Debtors. | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866):<br><br>Chapter 11<br><br>**DEBTORS' APPLICATION FOR ORDER APPOINTING PETER KRAVITZ AS THE SUCCESSOR RESPONSIBLE INDIVIDUAL**<br><br>[No Hearing Required] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 4002-1(b), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby each apply (the "Application") for entry of an Order approving Peter Kravitz as the successor, designated responsible individual in each of the

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

Chapter 11 cases.

1. On May 9, 2014, certain petitioning creditors filed a chapter 7 Involuntary Petition against Hashfast Technologies LLC under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") [Doc. No. 1]. On June 3, 2014, HashFast Technologies LLC filed its Conditional Consent to an Order for Relief [Doc. No. 36] and its Motion to Convert to Chapter 11 [Doc. No. 35]. This Court entered its order converting HashFast Technologies LLC's case to one under chapter 11 on June 5, 2014 [Doc. No. 40].

2. On June 6, 2014, HashFast LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On July 9, 2014, this Court granted the Debtors' motion to jointly administer the case of HashFast LLC with the case of its wholly-owned subsidiary HashFast Technologies LLC [Doc. No. 121].

4. On July 10, 2014, the Debtors applied to the Court to appoint Monica Hushen, the Debtors' Chief Financial Officer, as the designated individual with primary responsibility for the duties and obligations of the Debtors. [Docket No. 122.]

5. On July 11, 2014, the Court entered an Order Appointing Monica Hushen as Debtors' Responsible Individual (the "Order"). [Docket No. 124.]

6. Monica Hushen served the designated duties of the Debtors faithfully. She now is no longer affiliated with the Debtors. Consequently, the Debtors seek to appoint a successor designated responsible individual, Peter Kravitz.

7. Mr. Kravitz has been retained by the Debtors as their Chief Restructuring Officer. Debtors believe that Mr. Kravitz is qualified to serve, and will faithfully serve, the designated duties of the Debtors, as a successor to Ms. Hushen.

Thus, the Debtors respectfully request that this Court enter an Order designating Peter Kravitz as the natural person to be the successor responsible individual to fulfill the duties and obligations of the Debtors during each of the jointly administered Chapter 11 cases and to relieve Ms. Hushen from those duties.

Dated: August 19, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC