KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, *et al.*,[2]<br><br>    Debtors. | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866):<br><br>Chapter 11<br><br>**DEBTORS' STATEMENT OF APPOINTMENT OF PETER KRAVITZ AS THE SUCCESSOR RESPONSIBLE INDIVIDUAL, WITH THE CESSATION OF MONICA HUSHEN**<br><br>[No Hearing Required]<br><br>[Application to appoint Peter Kravitz as the successor filed concurrently herewith] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Bankruptcy Rule 4002-1(b), the above-captioned debtors and debtors-in-

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

1

possession (collectively, the "Debtors"), hereby file this statement that Monica Hushen has ceased her affiliation with the Debtors and, thus, performance of her designated duties during each of the jointly administered Chapter 11 cases. Pursuant to the concurrently filed application, Debtors respectfully request the Court to appoint Peter Kravitz as the successor designated responsible individual and relieve Ms. Hushen of those duties.

Dated: August 19, 2014	KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

2