UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, *et al,*,[1]<br><br>Debtors. | Case No.: 14-30725 DM<br><br>(Jointly Administered with HashFast LLC, Case No.: 14-30866)<br><br>Chapter 11 |

**NOTICE TO UNSECURED CREDITORS OF RIGHT TO RECEIVE
INFORMATION FROM AND PROVIDE COMMENTS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On May 9, 2014, certain creditors of HashFast Technologies LLC ("HFT") commenced an involuntary bankruptcy under chapter 7 of the Bankruptcy Code[2] against HFT in the United States Bankruptcy Court for the Northern District of California (the "Court"). On June 4, 2014, the Court entered an order converting HFT's bankruptcy case to one under chapter 11 of the Bankruptcy Code. On June 6, 2014, HashFast LLC ("HF," and together with HFT, the "Debtors") filed a voluntary petition under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes and are being jointly administered pursuant to Rule 1051(b) of the Federal Rules of Bankruptcy Procedure.

On June 23, 2014, the United States Trustee for the Northern District of California appointed the Official Committee of Unsecured Creditors (the "Committee") for HashFast Technologies LLC ("HFT").[3] Creditors holding unsecured claims against HFT are entitled to receive from the Committee information about HFT's case and provide comments to the Committee.

Baker & Hostetler LLP has been retained as counsel to the Committee ("Committee Counsel"). The purpose of the Committee is to represent the general interests of all unsecured creditors in HFT's bankruptcy case. You have been mailed this notice because you are recorded in the case as one of these unsecured creditors. As Court-approved Committee Counsel, Baker & Hostetler LLP is prohibited from providing any individual creditor (including members of the Committee) with legal advice in this case. If you have individual questions regarding your claim or rights, please consult with your own legal counsel.

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN38-3913245).
[2] All references herein to the "Bankruptcy Code" refer to 11 U.S.C. §§ 101 *et seq.*
[3] The creditors appointed to the Committee were: (1) Hamilton Hee; (2) Sistemas Operativos Sanitarios ca; (3) Uniquify Inc.; (4) Antony Vo; (5) Koi Systems Ltd.; (6) Digimex Ltd.; and (7) Peter Morici

## DISCLAIMER

Except as otherwise indicated, the information in this Notice is derived from publically availably sources and does not reflect the view of the Committee, or its professionals, including Baker & Hostetler LLP. The Committee does not guarantee or warrant the accuracy, completeness, or current nature of the information provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions of the Committee, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The information contained in this Notice is furnished for informational purposes only and should not be construed as legal advice on any subject matter. No party reviewing this Notice should take or refrain from taking any action based on the content of this report without seeking legal counsel on the particular facts and circumstances at issue from an attorney licensed in the reviewing party's jurisdiction.

## CASE INFORMATION AND
## PROVIDING INFORMATION TO THE COMMITTEE

In order to provide creditors with updated information on the case, Baker & Hostetler LLP has posted official information on the following website (the "Committee Website"): https://cases.processgeneral.com/cases/case/5/hashfast-technologies-llc/

Any request for information or to share information about the case with the Committee should be made via the "Submit an Inquiry" link on the Committee Website. The goal of the above process is to provide a communication channel between the creditors and the Committee. The answers to questions submitted through the "Submit an Inquiry" link will generally be posted on the Committee Website, if the question can be answered by Committee Counsel without violating any confidentiality obligations or obligations under the Bankruptcy Code. Other than this Notice, no further direct mailings are intended, and it is up to each of you as creditors to periodically check the Committee Website for notifications regarding the case. In fairness to the entire creditor body, any creditor who requests that information from the Committee Website by sent directly to them from the Committee, outside the normal communications process, may be required to pay Committee Counsel the costs and expenses associated with providing that information to the creditor.

## PROOFS OF CLAIM

I.  **General Information and Deadline**

The deadline to file a Proof of Claim in this case is **October 6, 2014**.

A Proof of Claim is a signed statement describing the creditor's claim. You may have received a Proof of Claim form (Form B10) from the Court. If you have not received a Proof of Claim form or have mislaid it, it can be downloaded from the following website, http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx. Click on "Official Forms, Instructions, and Committee Notes," then click on form B-10 "Proof of Claim." You

may also obtain a Proof of Claim form by requesting one via the "Submit an Inquiry" link on the Committee Website.

If you have questions concerning the calculation of your Proof of Claim or other personal legal issues, please consult with your own attorney. Baker & Hostetler LLP, the Bankruptcy Clerk's Office, the U.S. Trustee, and the Judge's chambers are prohibited from giving advice concerning your Proof of Claim.

II.     **How to File a Proof of Claim**

*By Mail:* Proofs of Claim may be filed with the Clerk's office at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, by mailing the Proof of Claim to the Clerk of Court, U.S. Bankruptcy Court, P.O. Box 7341, San Francisco, CA 94120-7341. You the Proof of Claim must arrive at the Courthouse by October 6, 2014, or your claim may not be allowed in the bankruptcy case.

Please read all instructions on the reverse side of Form B10 before completing it. If you would like the Clerk to acknowledge receipt of your claim (recommended), please send an extra copy of your claim along with a self-addressed postage pre-paid envelope to the Clerk.

Neither the Committee nor Baker & Hostetler LLP will file creditor's claims with the Court, execute claims, nor can they confirm that you have filed your Proof of Claim.

*Electronically:* You may also file your Proof of Claim electronically by following the instructions at the following website: https://ecf.canb.uscourts.gov/cgi-bin/autoFilingClaims.pl. Once at the above-listed webpage, you will need to enter your name, and the Case Number associated with the case in which you are filing your Proof of Claim: 14-30866 for HashFast LLC; 14-30725 for HashFast Technologies LLC. Thereafter, follow the on-screen instructions through to the end.

*s/ Elizabeth A. Green, Esq.*
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: egreen@bakerlaw.com

Appearing *pro hac vice* as attorneys for the Official Committee of Unsecured Creditors

Ashley M. McDow (245114)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      amcdow@bakerlaw.com

3