KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

Signed and Filed: August 20, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[2] | (Jointly Administered with HashFast LLC, Case No. 14-30866) |
| Debtors. | Chapter 11 |
| | **ORDER APPOINTING PETER KRAVITZ AS DEBTORS' SUCCESSOR RESPONSIBLE INDIVIDUAL** |
| | [No Hearing Required] |

This matter came before the Court without a hearing upon consideration of the Debtors' Application for Order Appointing Peter Kravitz as the Successor Responsible Individual (the "Application"). Based upon the Court's review of the Application, and good cause appearing therefor,

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245) and are hereinafter collectively referred to as the "Debtors."

IT IS HEREBY ORDERED:

1. The Application is GRANTED;

2. Peter Kravitz is hereby appointed the successor, responsible individual of the Debtors during each of the jointly administered Chapter 11 cases; and

3. Monica Hushen is hereby relieved of any further performance of her designated duties to the Debtors during each of the jointly administered Chapter 11 cases.

\*\*END OF ORDER\*\*