TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
        Trial Attorney (#230709)
        Email: Julie.m.glosson@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | Jointly Administered with: |
| | Case No. 14-30866 |
| Debtor-In Possession | Chapter 11 |
| Affects HASFAST LLC, | |
| Debtor-In Possession. | |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**REPLY IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), AND IN THE ALTERNATIVE TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b)**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

<u>Debtors</u>
Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94103

HashFast LLC
100 Bush Street #650
San Francisco, CA 94103

<u>Debtors' Counsel</u>
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

<u>Counsel for Creditors Committee</u>
Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

<u>Request for Special Notice</u>
Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

David M. Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

| | |
|---|---|
| 1 | Patrick V. Chesney |
| 2 | Gallo LLP |
|   | 801 S. Figueroa Street, Suite 2170 |
| 3 | Los Angeles, CA 90017 |
| 4 | Ray E. Gallo |
| 5 | Gallo LLP |
|   | 1299 Fourth St., Suite 505 |
| 6 | San Rafael, CA 94901 |
| 7 | Venkat Balasubramani |
| 8 | Focal PLLC |
|   | 800 Fifth Ave, Suite 4100 |
| 9 | Seattle, WA 98104 |
| 10 | Nancy Weng |
| 11 | Trinh Law |
|    | 99 N. 1st St., Suite 200 |
| 12 | San Jose, CA 95113 |
| 13 | W. Keith Fendrick, Esq. |
| 14 | Holland & Knight LLP |
|    | 100 N. Tampa St., Suite 4100 |
| 15 | Tampa, FL 33602 |
| 16 | Caroline R. Djang, Esq. |
| 17 | Rutan & Tucker, LLP |
|    | 611 Anton Boulevard, Fourteenth Floor |
| 18 | Costa Mesa, CA 92626 |
| 19 | Ori Katz |
| 20 | Sheppard, Mullin, Richter & Hampton LLP |
|    | Four Embarcadero Center, 17th Floor |
| 21 | San Francisco, CA 94111 |
| 22 | Craig Stuppi |
| 23 | Law Offices of Stuppi & Stuppi |
|    | 1655 N. Main Street, Suite 106, #360 |
| 24 | Walnut Creek, CA 94596 |
| 25 | Robert G. Harris, Esq. |
| 26 | Binder & Malter LLP |
|    | 2775 Park Avenue |
| 27 | Santa Clara, CA 95050 |
| 28 | PITE DUNCAN, LLP |

1 | 4375 Jutland Drive, Suite 200
2 | P.O. Box 17933
  | San Diego, CA 92177-0933
3 |
4 | Process General
  | 5915 Edmond St Ste 102
5 | Las Vegas, NV 89118

6     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on September 3, 2014.

By:  /s/
    Ianthe V. del Rosario