# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: awong | Date Created: 9/3/2014 |
| Case: 14−30725 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty      Ashley McDow      amcdow@bakerlaw.com
aty      Jessica M. Mickelsen      jessica.mickelsen@kattenlaw.com

                                                                                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      Edwin E. Smith      Bingham McCutchen LLP      399 Park Avenue      New York, NY 10022−4689
aty      Ray E. Gallo      Gallo LLP      1299 Fourth St., Suite 505      San Rafael, CA 94901
            Weiland, Golden LLP      Jeffrey I. Golden, Esq      650 Town Center Dr. #950      Costa Mesa, CA 92626

                                                                                                                               TOTAL: 3