```
United States Bankruptcy Court
Northern District of California
```

In re:                                                                                    Case No. 14-30725-DM
Hashfast Technologies LLC                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3          User: awong               Page 1 of 1              Date Rcvd: Sep 03, 2014
                              Form ID: TRANSC           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2014.
aty        Edwin E. Smith,    Bingham McCutchen LLP,    399 Park Avenue,    New York, NY  10022-4689
aty       +Ray E. Gallo,    Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031
        +Weiland, Golden LLP,    Jeffrey I. Golden, Esq,    650 Town Center Dr. #950,
     Costa Mesa, CA 92626-7021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2014 at the address(es) listed below:
      Ashley  McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
    SGaeta@bakerlaw.com
      Ashley  McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
    SGaeta@bakerlaw.com
      Ashley  McDow    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
    amcdow@bakerlaw.com,    SGaeta@bakerlaw.com
      Caroline R. Djang    on behalf of Creditor    DigiMex Ltd cdjang@rutan.com
      Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
    csullivan@diamondmccarthy.com,    mdomer@diamondmccarthy.com
      Craig  Stuppi    on behalf of Interested Party Eduardo  DeCastro craig@stuppilaw.com
      Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com,
    jdriggers@bakerlaw.com
      Elizabeth A. Green    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
    egreen@bakerlaw.com,    jdriggers@bakerlaw.com
      Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@piteduncan.com,
    gc@ecf.inforuptcy.com
      Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
      Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
    jessica.mickelsen@kattenlaw.com
      Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
    julie.m.glosson@usdoj.gov
      Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
      Michael  Delaney    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
    mdelaney@bakerlaw.com,    SGaeta@bakerlaw.com
      Michael  Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
    SGaeta@bakerlaw.com
      Nancy  Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com,    kim@trinhlawfirm.com
      Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,    ltroxas@hotmail.com
      Ori  Katz    on behalf of Interested Party Simon  Barber okatz@sheppardmullin.com
      Patrick  Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
    mvananda@gallo-law.com
      Robert G. Harris    on behalf of Creditor    Uniquify, Inc. rob@bindermalter.com
      Sarah M. Stuppi    on behalf of Interested Party Eduardo  DeCastro sarah@stuppilaw.com
      Venkat  Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com,
    pete.morici@alumni.purdue.edu
      W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
    keith.fendrick@hklaw.com,    Andrea.Olson@hklaw.com
                                                                                                     TOTAL: 23

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Hashfast Technologies LLC | Case No.: 14–30725 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on July 7, 2014 was filed on September 3, 2014. The following deadlines apply:

The parties have until Wednesday, September 10, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, September 24, 2014.

If a request for redaction is filed, the redacted transcript is due Monday, October 6, 2014.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, December 2, 2014, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 9/5/14                                         For the Court:

                                                      Edward J. Emmons
                                                      Clerk of Court
                                                      United States Bankruptcy Court