KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (SBN 6278445)
peter.siddiqui@kattenlaw.com
Paul T. Musser (SBN 6304946)
paul.musser@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, *et al.*,[2] | (Jointly Administered with HashFast LLC, Case No. 14-30866) |
| Debtors. | Chapter 11 |
| | **PROOF OF SERVICE** |

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On September 12, 2014, I served the foregoing document(s) **ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(A) AND, IN THE ALTERNATIVE, TO CONVERT THE CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b)** by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

(X) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

(X) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

(X) By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

(X) By Personal Service. I caused a true and correct copy of the above documents to be hand delivered to the person(s) at the address(es) set forth below.

Executed on September 12, 2014, at Los Angeles, California.

| **U.S. Trustee:**<br>Office of the U.S. Trustee / SF<br>235 Pine Street, Suite 700<br>San Francisco, CA 94101<br>USTPRegion17.SF.ECF@usdoj.gov,<br>1troxas@hotmail.com<br>***Via ECF Notification*** | **Petitioning Creditor:**<br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780<br>***Via U.S. Mail*** |
|---|---|
| Hon. Dennis Montali<br>U.S. Bankruptcy Court<br>Northern Division of California<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104<br>***Via Personal Delivery*** | **Petitioning Creditor:**<br>Edward Hammond<br>3103 Powell Circle<br>Austin, TX 78704-6343<br>***Via U.S. Mail*** |

2
PROOF OF SERVICE

100694445v1

| | |
|---|---|
| **Petitioning Creditor:**<br>Grant Pederson<br>12538 Botanical Lane<br>Frisco, TX 75035-0433<br>*Via U.S. Mail* | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230<br>*Via U.S. Mail* |
| California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280<br>*Via U.S. Mail* | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via U.S. Mail* |
| Edwin E. Smith<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>*Via U.S. Mail* | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>*Via U.S. Mail* |
| AQS<br>401 Kato Terrace<br>Fremont, CA 94539<br>*Via FedEx* | 100 Bush Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA 94104<br>*Via FedEx* |
| San Francisco Court Appointed Special Advocates<br>2535 Mission Street<br>San Francisco, CA 94110<br>*Via FedEx* | |

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148<br>*Via U.S. Mail* | Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180<br>*Via U.S. Mail* |
| Davide Cavion<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004<br>*Via U.S. Mail* | Michael Gao – (*Via Email and U.S. Mail*)<br>c/o Hongqiu Yang<br>105 Tamalpais Point<br>Chapel Hill, NC 27514<br>Urazexo378@gmail.com |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086<br>*Via U.S. Mail* | Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123<br>*Via U.S. Mail* |
| Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425<br>*Via FedEx* | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225<br>*Via Express Mail* |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

| | |
|---|---|
| Strategic Counsel Corp.<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401<br>*Via U.S. Mail* | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605<br>*Via U.S. Mail* |
| WY Gost – *U.S. Mail and Email*<br>Building A, Haocheng Tech Park<br>Yanshan Avenue, Baoan District Shenzhen<br>China<br>wygost@yahoo.com | Craig Beech – *Email only*<br>craigbeech@gmail.com |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada<br>*Via FedEx* | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK<br>*Via U.S. Mail* |
| Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166<br>*Via U.S. Mail* | Benjamin Lindner<br>9035 Grayland Drive, Apt. E<br>Knoxville, TN 37923<br>*Via U.S. Mail* |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674<br>*Via U.S. Mail* | Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101<br>*Via U.S. Mail* |
| Koi Systems Ltd.<br>1191 Center Point Drive, Suite A<br>Attn: Brian Edgeworth<br>Henderson, NV 89074<br>*Via U.S. Mail* | Perkins Coie<br>131 S. Dearborn St., #1700<br>Chicago, IL 60603<br>*Via U.S. Mail* |
| Uniquify, Inc.<br>2030 Fortune Drive, #200<br>San Jose, CA 95131<br>*Via FedEx* | Zuber Lawler & Del Duca LLP<br>777 S. Figueroa St., 37th Fl.<br>Los Angeles, CA 90017<br>*Via U.S. Mail* |
| Cypher Enterprises, LLC<br>Attn: Robert Bogdanowicz III<br>Deans & Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201<br>*Via U.S. Mail* | |

## **MEMBERS OF UNSECURED CREDITORS COMMITTEE**

| | |
|---|---|
| Hamilton Hee<br>761 Irwindale Ave.<br>Las Vegas, NV 89123<br>*Via U.S. Mail* | Sistemas Operativos Sanitarios ca<br>Attn: Guido Ochoa<br>Calle 35 entre Av. 2 y 3 #2-34<br>Merida, Venezuela 5101<br>*Via U.S. Mail* |

4
PROOF OF SERVICE

Case: 14-30725    Doc# 199    Filed: 09/12/14    Entered: 09/12/14 13:07:24    Page 4 of 6
100694445v1

| | |
|---|---|
| Uniquify Inc.<br>Attn: Robert Smith<br>2030 Fortune Drive #200<br>San Jose, CA 95131<br>*Via Fed Ex* | Antony Vo<br>319 S. Mitchell St.<br>Bloomington, IN 47401<br>*Via U.S. Mail* |
| Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074<br>*Via U.S. Mail* | Digimex Ltd.<br>Attn: Willem van Rooyen<br>Bel Air on the Peak, Phase 4<br>Tower 7, Unite 19A<br>Pok Fu Lam, Hong Kong<br>*Via U.S. Mail* |
| Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230<br>*Via U.S. Mail* | |

## ECF CREDITOR NOTIFICATION

Michael Delaney on behalf of Petitioning Creditor Koi Systems
mdelaney@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor Koi Systems
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDow on behalf of Petitioning Creditor UBE Enterprises
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Ashley McDown on behalf of Creditor Committee Official Committee of Unsecured Creditors
amcdow@bakerlaw.com, rojeda@bakerlaw.com

Kristen A. Palumbo on behalf of Creditor Liquidbits Corp.
Kristen.palumbo@bingham.com

Nancy Weng on behalf of Creditor Looksmart Ltd.
Nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## REQUEST FOR SPECIAL NOTICE – VIA ECF NOTIFICATION

Venkat Balasubramani on behalf of Interested Party Pete Morici
venkat@focallaw.com, sean@focallaw.com

Patrick V. Chesney on behalf of Interested Party Gallo LLP
pchesney@gallo-law.com, mvananda@gallo-law.com

Ray E. Gallo on behalf of Interested Party Gallo LLP
rgallo@gallo-law.com

Christopher D. Sullivan on behalf of Interested Party Diamond McCarthy
csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com

Nancy Weng on behalf of Creditor Looksmart Ltd.
nweng@trinhlawfirm.com, kim@trinhlawfirm.com

Julie M. Glosson on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Julie.m.glosson@usdoj.gov

5
PROOF OF SERVICE

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

| | |
|---|---|
| W. Keith Fendrick on behalf of Creditor Sistemas Operativos Sanitarios C.A.<br>Keith.fendrick@hklaw.com | |
| Greg P. Campbell on behalf of Creditor Nationstar Mortgage LLC<br>ecfcanb@piteduncan.com | |
| Caroline R. Djang on behalf of Creditor DigiMex Ltd<br>cdjang@rutan.com | |
| Ori Katz on behalf of Interested Party Simon Barber<br>okatz@sheppardmullin.com | |
| Sarah M. Stuppi on behalf of Interested Party Eduardo DeCastro<br>sarah@stuppilaw.com | |
| Robert G. Harris on behalf of Creditor Uniquify, Inc.<br>rob@bindermalter.com | |

| | |
|---|---|
| Eric W. Benisek, on behalf of Interested Party Timefire, Inc.<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549<br>*Via U.S. Mail* | Eric W. Benisek, on behalf of Interested Party Satish Ambarti<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549<br>*Via U.S. Mail* |
| David M. Balabanian on behalf of Creditor Liquidbits Corp.<br>Law Offices of Bingham McCutchen<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>*Via U.S. Mail* | Elizabeth A. Green on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>Baker & Hostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801<br>*Via U.S. Mail* |
| Process General<br>5915 Edmond St., Suite 102<br>Las Vegas, NV 89118-2860<br>*Via U.S. Mail* | |

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

            *Adelle Shafer*
            Adelle Shafer

6