Signed and Filed: September 16, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, *et al.*,[2]<br><br>Debtors. | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(A) AND, IN THE ALTERNATIVE, TO CONVERT THE CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(B)** |

The Court having considered the United States Trustee's *Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a) and, in the Alternative, to Convert Case to Chapter 7 Under*

---

[2] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245) and are hereinafter collectively referred to as the "Debtors."

*11 U.S.C. § 1112(b)* [Docket No. 168] (the "Motion"); having considered the oppositions and declarations filed by the above-captioned debtors and the Official Committee of Unsecured Creditors; having conducted a hearing on September 10, 2014 (the "Hearing"); having concluded that this Court has jurisdiction over this core proceeding;

**IT IS HEREBY ORDERED:**

The Motion is DENIED for the reasons stated on the record at the Hearing.

\*\*END OF ORDER\*\*

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax