# Notice Recipients

District/Off: 0971−3    User: dchambers    Date Created: 9/29/2014
Case: 14−30725    Form ID: pdfeoc    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| crcm | Official Committee Of Unsecured Creditors | Baker &Hostetler, LLP | 16100 Wilshire Blvd. | 14th Floor    Los Angeles, CA 90025 |

TOTAL: 1