
FILED
SEP 29 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Kang Lu
5753 HWY 85 North #2442
Crestview Florida 32536
misterlukang@gmail.com
253-223-6793

United States Bankruptcy Court
San Francisco Division
P.O. Box 7341
San Francisco, CA 94120-7341

2014-09-25

RE: Case Number 14-30725 plaintiff change of Address.

Hello,

I am Kang Lu, one of the PLAINTIFF in the case against HashFast Technologies LLC, and I would like to document a change of address

from 4551 - 5 Jefferson Pointe Lane, Prince George VA, 23875 to

NEW ADDRESS:

Kang Lu
**5753 HWY 85 North #2442**
**Crestview Florida 32536**

Thank you for your kind attention, as I remain

respectfully yours,

*Kang Lu*   *Kang Lu*

UCC 1-308 A.R.R.