1  KATTEN MUCHIN ROSENMAN LLP
   Craig A. Barbarosh (SBN 160224)
2  craig.barbarosh@kattenlaw.com
   650 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7122
   Telephone: (714) 966-6822
4
   Jessica M. Mickelsen (SBN 277581)
5  jessica.mickelsen@kattenlaw.com
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4425
7  Facsimile: (310) 788-4471

8  Peter A. Siddiqui (*pro hac vice*)
   peter.siddiqui@kattenlaw.com
9  525 W. Monroe Street
   Chicago, IL 60661-3693
10 Telephone: (312) 902-5455
   Facsimile: (312) 902-1061
11
   [Proposed] Counsel for Debtor and Debtor-In-Possession
12 HashFast Technologies LLC and HashFast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re: | ) Case No. 14-30725 |
|---|---|
| HASHFAST TECHNOLOGIES LLC, *et al.*,[1] | ) (Jointly Administered with HashFast LLC, Case No. 14-30866): |
| Debtors. | ) Chapter 11 |
| | ) **NOTICE OF CHANGE OF ADDRESS** |

The debtors and debtors in possession, HashFast LLC and HashFast Technologies LLC (collectively, the "Debtors"), hereby file this Notice of Change of Address (the "Notice") and in support of the Notice, state:

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

1. Debtors address of record has been 100 Bush Street, Suite 650, San Francisco, CA 94103 ("Bush Street Address").

2. Debtors recently moved out of the Bush Street Address, and the Debtors have a new official address.

3. Debtors' official address of record is now: 29209 Canwood Street, Suite 210, Agoura Hills, California 91301, Attention: HashFast CRO ("New Address").

4. All parties are, thus, hereby notified of this New Address.

Dated: October 1, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen


By:/s/Jessica M. Mickelsen
*Proposed Attorneys for the Debtors HashFast Technologies LLC and HashFast LLC*