In re:                                                      Case No. 14-30725-DM
Hashfast Technologies LLC                                   Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3         User: dchambers        Page 1 of 1         Date Rcvd: Sep 29, 2014
                            Form ID: pdfeoc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2014.
crcm          Official Committee Of Unsecured Creditors,    Baker & Hostetler, LLP,   16100 Wilshire Blvd.,
              14th Floor,   Los Angeles, CA  90025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2014 at the address(es) listed below:
          Ashley  McDow   on behalf of Petitioning Creditor   Koi Systems amcdow@bakerlaw.com,
          SGaeta@bakerlaw.com
          Ashley  McDow   on behalf of Petitioning Creditor   UBE Enterprises amcdow@bakerlaw.com,
          SGaeta@bakerlaw.com
          Ashley  McDow   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
          amcdow@bakerlaw.com,  SGaeta@bakerlaw.com
          Caroline R. Djang   on behalf of Creditor   DigiMex Ltd cdjang@rutan.com
          Christopher D. Sullivan   on behalf of Interested Party   Diamond McCarthy
          csullivan@diamondmccarthy.com,  mdomer@diamondmccarthy.com
          Craig  Stuppi   on behalf of Interested Party Eduardo  DeCastro craig@stuppilaw.com
          Elizabeth A. Green   on behalf of Debtor   HashFast LLC egreen@bakerlaw.com,
          jdriggers@bakerlaw.com
          Elizabeth A. Green   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
          egreen@bakerlaw.com,  jdriggers@bakerlaw.com
          Greg P. Campbell   on behalf of Creditor   Nationstar Mortgage LLC ecfcanb@piteduncan.com,
          gc@ecf.inforuptcy.com
          Jessica M. Mickelsen   on behalf of Debtor   HashFast LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen   on behalf of Debtor   Hashfast Technologies LLC
          jessica.mickelsen@kattenlaw.com
          Julie M. Glosson   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
          julie.m.glosson@usdoj.gov
          Kristen A. Palumbo   on behalf of Creditor   Liquidbits Corp. kristen.palumbo@bingham.com
          Michael  Delaney   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
          mdelaney@bakerlaw.com,  SGaeta@bakerlaw.com
          Michael  Delaney   on behalf of Petitioning Creditor   Koi Systems mdelaney@bakerlaw.com,
          SGaeta@bakerlaw.com
          Nancy  Weng   on behalf of Creditor   Looksmart Ltd. nweng@trinhlawfirm.com, kim@trinhlawfirm.com
          Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
          Ori  Katz   on behalf of Interested Party Simon  Barber okatz@sheppardmullin.com
          Patrick  Chesney   on behalf of Interested Party   Gallo LLP pchesney@gallo-law.com,
          mvananda@gallo-law.com
          Robert G. Harris   on behalf of Creditor   Uniquify, Inc. rob@bindermalter.com
          Sarah M. Stuppi   on behalf of Interested Party Eduardo  DeCastro sarah@stuppilaw.com
          Venkat  Balasubramani   on behalf of Interested Party Pete  Morici venkat@focallaw.com,
          pete.morici@alumni.purdue.edu
          W. Keith Fendrick   on behalf of Creditor   Sistemas Operativos Sanitarios C.A.
          keith.fendrick@hklaw.com,  Andrea.Olson@hklaw.com
                                                                                  TOTAL: 23

1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
4  Facsimile: 310.820.8859
   Email:    amcdow@bakerlaw.c
5            mdelaney@bakerlaw

Signed and Filed: September 28, 2014

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6  Attorneys for OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12  In re                                    Case No.: 14-30725

13  HASHFAST TECHNOLOGIES, LLC, a            (Jointly Administered with HashFast LLC,
    California limited liability company,     Case No. 14-30866)

14       Debtor and Debtor in Possession.    Chapter 11

15  ─────────────────────────────────        **ORDER GRANTING OFFICIAL**
                                             **COMMITTEE OF UNSECURED**
16  ☒ Affects HASHFAST LLC, a Delaware       **CREDITORS' MOTION FOR**
      limited liability company,             **SUBSTANTIVE CONSOLIDATION**
17
         Debtor and Debtor in Possession.   Hearing:
18                                           Date:  September 10, 2014
                                             Time:  9:30 a.m.
19

20       On or about July 23, 2014, the Official Committee of Unsecured Creditors (the

21  "Committee") filed a motion (the "Motion") to substantively consolidate the bankruptcy estates

22  of *In re Hashfast Technology, LLC*, case no. 14-30725 DM, and *In re Hashfast, LLC*, case no. 14-

23  30866 DM (collectively, the "Estates"). No opposition to the Motion was filed.

24       The Motion came on for hearing on September 10, 2014, at 9:30 a.m., in the above-

25  referenced bankruptcy court (the "Court"), the Honorable Dennis Montali presiding.

26  Appearances were made as stated on the record.

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Having considered the Motion and the evidence attached thereto, having received no opposition or objection to the relief requested, finding good cause therefor, and for the reasons stated on the record during the hearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety and the Estates are hereby substantively consolidated into a single estate comprised of all assets of the Estates and subject to all liabilities of each of the Estates.

**IT IS SO ORDERED.**

**\*\* END OF ORDER \*\***

- 2 -

ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION

603835615.2