Signed and Filed: October 3, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c
mdelaney@bakerlaw

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No.: 14-30725<br><br>(Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | **SUPPLEMENTAL ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR SUBSTANTIVE CONSOLIDATION**<br><br>Hearing:<br>Date: September 10, 2014<br>Time: 9:30 a.m. |

On or about July 23, 2014, the Official Committee of Unsecured Creditors (the "Committee") filed a motion (the "Motion") to substantively consolidate the bankruptcy estates of *In re Hashfast Technology, LLC*, case no. 14-30725 DM, and *In re Hashfast, LLC*, case no. 14-30866 DM (collectively, the "Estates").  No opposition to the Motion was filed.

The Motion came on for hearing on September 10, 2014, at 9:30 a.m., in the above-referenced bankruptcy court (the "Court"), the Honorable Dennis Montali presiding. Appearances were made as stated on the record.  Finding good cause for granting the relief requested, the Court entered an order substantively consolidating the Estates on September 28, 2014 (the "Order").  *See* Docket Entry 202.

In addition to the findings set further in the order,

**IT IS HEREBY ORDERED** that *In re Hashfast Technology, LLC*, case no. 14-30725 DM (the "HF Tech Bankruptcy") shall serve as the lead case;

**IT IS FURTHER ORDERED** that all pleadings, disclosure statements, plans of reorganization, proofs of claims against either debtor, and any and all other filings shall be filed in the HF Tech Bankruptcy; and

**IT IS FURTHER ORDERED** that all pleadings and other filings in the HF Tech Bankruptcy requiring a caption page shall use a caption page substantially similar to the caption page of this order.

**IT IS SO ORDERED.**

**\*\* END OF ORDER \*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES