```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 14-30725-DM
Hashfast Technologies LLC                                           Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: rwong            Page 1 of 1         Date Rcvd: Oct 07, 2014
                              Form ID: TRANSC        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
aty             Edwin E. Smith,    Bingham McCutchen LLP,    399 Park Avenue,    New York, NY 10022-4689
aty             Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL 60661-3693
aty            +Ray E. Gallo,    Gallo LLP,   1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2014 at the address(es) listed below:
              Ashley McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley McDow    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com, SGaeta@bakerlaw.com
              Caroline R. Djang    on behalf of Creditor    DigiMex Ltd cdjang@rutan.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
              Craig Stuppi    on behalf of Interested Party Eduardo    DeCastro craig@stuppilaw.com
              Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com,
               jdriggers@bakerlaw.com
              Elizabeth A. Green    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               egreen@bakerlaw.com, jdriggers@bakerlaw.com
              Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@piteduncan.com,
               gc@ecf.inforuptcy.com
              Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
              Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
               jessica.mickelsen@kattenlaw.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
              Michael Delaney    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
              Michael Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
               SGaeta@bakerlaw.com
              Nancy Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com, kim@trinhlawfirm.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
              Ori Katz    on behalf of Interested Party Simon    Barber okatz@sheppardmullin.com
              Patrick Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
               mvananda@gallo-law.com
              Robert G. Harris    on behalf of Creditor    Uniquify, Inc. rob@bindermalter.com
              Sarah M. Stuppi    on behalf of Interested Party Eduardo    DeCastro sarah@stuppilaw.com
              Venkat Balasubramani    on behalf of Interested Party Pete    Morici venkat@focallaw.com,
               pete.morici@alumni.purdue.edu
              W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
               keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
                                                                                               TOTAL: 23

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Hashfast Technologies LLC | Case No.: 14–30725 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 9/10/2014 was filed on October 5, 2014. The following deadlines apply:

The parties have until Tuesday, October 14, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, October 27, 2014.

If a request for redaction is filed, the redacted transcript is due Wednesday, November 5, 2014.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, January 5, 2015, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 10/9/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court