# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: awong | Date Created: 10/15/2014 |
| Case: 14−30725 | Form ID: TRANSC | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Ashley McDow | amcdow@bakerlaw.com |
| aty | Craig Stuppi | craig@stuppilaw.com |
| aty | Jessica M. Mickelsen | jessica.mickelsen@kattenlaw.com |
| aty | Ori Katz | okatz@sheppardmullin.com |
| aty | Robert G. Harris | rob@bindermalter.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Edwin E. Smith | Bingham McCutchen LLP | 399 Park Avenue | New York, NY 10022−4689 |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661−3693 |
| aty | Ray E. Gallo | Gallo LLP | 1299 Fourth St., Suite 505 | San Rafael, CA 94901 |
| | Christian Binder, Esq | Law Offices of Binder &Malter | 2775 Park Ave. | Santa Clara, CA 95050 |
| | Ainsley G. Maloney, Esq | Bingham McCutchen LLP | One Federal Street | Boston, MA 02110−1726 |

TOTAL: 5