Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com
pchesney@gallo-law.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br>―――――――――――――――<br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**AMENDED VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019**<br><br>Judge: Hon. Dennis Montali |

1    Rule 2019(b) applies to unaffiliated creditors acting in concert. We have no

2 reason to believe Gallo LLP's 81 unaffiliated clients have any agreement among them,

3 express or implied, regarding the Hashfast bankruptcy or otherwise. Gallo LLP has a

4 separate, written, individually executed agreement with each of them and no joint

5 agreement with any of them. In sum, our clients are not acting in concert to our

6 knowledge and as we understand that term. We have other questions about whether 2019

7 applies to us acting as a law firm on behalf of individual clients.

8    But we have and will often speak for our clients as a group, we believe at least

9 some of our clients sought that advantage in engaging us, and we believe at least some of

10 our clients sought to engage an attorney jointly with other Hashfast customers because

11 sharing an attorney likely would be more cost effective. Accordingly, in an abundance of

12 caution, Gallo LLP files this amended Rule 2019 statement. We do so without prejudice

13 and reserving all rights, however, and we decline to disclose attorney-client privileged or

14 other confidential matter, such as the content of our agreements with our clients.

15    1.    Gallo LLP currently represents 81 creditors of Hashfast. All are customers

16 of Hashfast who purchased and paid for goods (Bitcoin mining equipment) from

17 Hashfast. Time was of the essence. One of these creditors received defective goods.

18 Eleven of these creditors received only partial delivery. The remaining 69 creditors never

19 received any of the products they paid for at all. These 81 creditors' names, addresses,

20 and dates of retaining Gallo LLP as their attorneys are reflected on Exhibit A attached

21 hereto, which is incorporated by this reference as though repeated here. Exhibit A further

22 states (without prejudice and to our current knowledge and calculation) the value of each

23 creditor's claim on the date of acquisition, and the date of acquisition.

24    2.    As reflected on Exhibit A, each of these creditors retained Gallo LLP as

25 his or its attorney by signing one of three different written agreements for professional

26 services, hereafter referred to as (a) the Hee Agreement, (b) the Mass Arbitration

27 Agreement, or (c) the Bankruptcy Agreement.

28    3.    The facts and circumstances relating to with Gallo LLP's employment by

these persons are as follows:

    a. Gallo LLP has represented Hamilton Hee since about January 22, 2014 when Mr. Hee retained Gallo LLP to represent him in the arbitration of his claim against HashFast Technologies, LLC. Hee is the claimant in the JAMS arbitration styled *Hee v. HashFast Techologies, LLC,* JAMS Reference number 1100076574. That proceeding was stayed by the commencement of this bankruptcy case.

    b. Gallo LLP has represented signers of the Mass Arbitration Agreement beginning on or about January 14, 2014 when the first of these 18 individuals retained Gallo LLP to prosecute refund claims against HashFast Technologies, LLC in arbitration. The last of these individuals retained Gallo LLP on or about May 7, 2014. Each of these 18 individuals is a claimant in one of two arbitrations pending before JAMS: *Alary, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100076577, and *Ash, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100077381. Both of these proceedings were stayed by the commencement of this bankruptcy case.

    c. Gallo LLP has represented signers of the Bankruptcy Agreement beginning on or about May 22, 2014 when the first of 62 additional HashFast creditors retained Gallo LLP to represent them in this bankruptcy case.

4. Gallo LLP has individual, signed, written contracts for legal services with each of the 81 aforementioned creditors whom we currently represent in this case. We anticipate that we may represent additional creditors.

5. To the best of our knowledge neither Gallo LLP, nor its members, nor any of its employees own, nor have any of them ever owned, any direct claim whatever against the debtor in this case, nor any equity securities of the debtor. We are a law firm and do not compete with the debtor. We do not mine bitcoins or manufacture Bitcoin

mining equipment or components. Without waiving the attorney-client privilege, we note that by operation of law and/or pursuant to the terms of our written agreements with our clients, depending upon those terms (which we decline to disclose), and in connection with our work on our clients' behalf, Gallo LLP could have or acquire liens against or other interests or contingent interests in our clients' claims against Hashfast that would arguably constitute an indirect interest in or claim against the debtor.

6. On the dual grounds of (1) attorney-client privilege, and (2) having no factual basis to believe that our clients are acting in concert and therefore believing that Rule 2019 does not presently apply to our efforts, we decline to disclose our fee arrangements with our clients, or any other privileged matter contained in those privileged agreements or otherwise.

DATED: October 13, 2014

**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: /s/ *Patrick V. Chesney*
Patrick V. Chesney

I, Ray E. Gallo, certify under penalty of perjury under the law of the United States of America that the foregoing statement is true and correct to the best of my knowledge and information. Executed on October 13, 2014 at San Rafael, CA.

Ray E. Gallo

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Antoine Alary | 1516 Lima Ct, San Jose, CA 95126-4255, USA | Mass Arbitration | 1/14/2014 | No product received | 230 | $33,466.89 | 9/2/2013 |
| 2 | Lee Ash | 304 189th PL SW, Bothell, WA 98012, USA | Mass Arbitration | 2/22/2014 | No product received | 231 | $37,342.36 | 8/29/2013 |
| 3 | Max Avroutski | 2223 Bath Ave, Brooklyn, NY 11214, USA | Mass Arbitration | 3/20/2014 | No product received | 232 | $38,212.22 | 8/26/2013 |
| 4 | Joseph William Baker | 530 Lawrence Expwy #441, Sunnyvale, CA 94085, USA | Bankruptcy | 8/22/2014 | Received partial product | 280 | $11,400.00 | 8/29/2013 |
| 5 | Mattia Baldinger | Zunzgerstrasse 24, Sissach BL 4450, Switzerland | Bankruptcy | 8/7/2014 | Received partial product | 258 | $7,509.79 | 9/3/2013 |
| 6 | Osmany Barrinat | 2600 NW 75th Ave., Suite 200, Miami FL 33122, USA | Bankruptcy | 6/25/2014 | No product received | 177 | $4,058.96 | 12/12/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 7 | Jason Cameron Bond | 824 Danville Blvd., Danville, CA 94526, USA | Mass Arbitration | 1/16/2014 | No product received | 233 | $47,340.88 | 8/18/2013 |
| 8 | Alessandro Bottai | Via della Paglia, 44, Rome, RM 153, Italy | Bankruptcy | 6/17/2014 | Received partial product | 226 | $1,765.59 | 11/8/2013 |
| 9 | Jeffrey Bradian | 148 Melbourne Ave, Boardman, OH 44512, USA | Mass Arbitration | 1/14/2014 | No product received | 242 | $49,107.47 | 8/15/2013 |
| 10 | Peter Lukas Bradley | 95 Bradley St. NE, Atlanta, GA 30312, USA | Bankruptcy | 7/8/2014 | No product received | 178 | $74,400.00 | 1/6/2014 |
| 11 | Justin Bronder | 633 Villa Centre Way, San Jose, CA 95128, USA | Bankruptcy | 6/4/2014 | No product received | 179 | $4,603.85 | 12/13/2013 |
| 12 | Toby Brusseau | 10652 Canyon Place, Rapid City, SD 57702, USA | Bankruptcy | 7/23/2014 | No product received | 180 | $4,038.30 | 11/23/2013 |
| 13 | Otto Bubenicek | Bundsensweg 7, Hamburg, HH 20537, Germany | Bankruptcy | 6/1/2014 | No product received | 181 | $2,563.54 | 12/11/2013 |
| 14 | Royce Bui | 636 Spruce st, Winnipeg, MB R3G 2Z1, Canada | Mass Arbitration | 1/29/2014 | No product received | 251 | $168,943.47 | 8/19/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 15 | Craig Burke | 608 Sage Hills Dr, Wenatchee, WA 98801, USA | Bankruptcy | 5/28/2014 | No product received | 182 | $6,556.41 | 12/30/2013 |
| 16 | Ryan Casey | 904 NE 157th Ave, Portland, OR 97230-5462, USA | Mass Arbitration | 1/19/2014 | No product received | 234 | $34,203.91 | 8/29/2013 |
| 17 | Jarod Clark | 2314 Broadway, Denver, CO 80205, USA | Bankruptcy | 7/23/2014 | No product received | 183 | $2,397.41 | 11/21/2013 |
| 18 | Chaz Curtiss | 6551 Jordan River Dr., Las Vegas, NV 89156, USA | Bankruptcy | 7/11/2014 | No product received | 184 | $3,835.52 | 12/4/2013 |
| 19 | Jamshed Dadachanji | C7 Godrej Baug, Off Nepeansea Road, Mumbai MH 400036, India | Bankruptcy | 8/22/2014 | No product received | 185 | $4,384.27 | 12/5/2013 |
| 20 | Brian Dankowski | 4025 River Branch Trail, Plano, TX 75024, USA | Bankruptcy | 7/22/2014 | Received partial product | 186 | $1,588.40 | 11/21/2013 |
| 21 | Mike Deming | 1458 Monroe Ave, Rochester, NY 14618, USA | Mass Arbitration | 1/26/2014 | No product received | 261 | $38,390.72 | 8/26/2013 |
| 22 | Gautam Desai | 116 Blackstone Dr., Danville, CA 94506, USA | Bankruptcy | 7/7/2014 | No product received | 187 | $2,495.67 | 12/18/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 23 | Aristeidis Dionisatos | 46 North Park Gardens, Belleville, ON k8p2m3, Canada | Bankruptcy | 5/29/2014 | No product received | 188 | $3,812.03 | 11/28/2013 |
| 24 | Joshua Dorman | 809 Plockton Ave, Henderson, NV 89012, USA | Mass Arbitration | 1/28/2014 | No product received | 255 | $48,588.20 | 8/9/2013 |
| 25 | Jack Dorr | P.O. Box 3378, Nederland, CO 80466, USA | Bankruptcy | 8/17/2014 | No product received | 189 | $7,096.11 | 3/24/2014 |
| 26 | Randall Elliott | 202 Jefferson Street, Martinsburg, WV 25401, USA | Bankruptcy | 6/13/2014 | No product received | 190 | $7,735.88 | 10/18/2013 |
| 27 | Alvary Fraguas Jover | Ed. Terratorta B 1-1, Ordino, 5 AD300, AD | Bankruptcy | 5/23/2014 | No product received | 191 | $7,624.57 | 10/24/2013 |
| 28 | Nicholas Vincent Fusaro | 35 Kohlanaris Dr, Poughkeepsie, NY 12601-1632, USA | Bankruptcy | 5/22/2014 | No product received | 192 | $2,275.17 | 12/5/2013 |
| 29 | Ryan Gatchalian | 7594 San Rafael Dr, Buena Park, CA 90620-1532, USA | Bankruptcy | 5/25/2014 | No product received | 256 | $312,103.27 | 8/13/2013 |

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 30 | Price Givens | 103 Orange Blossom Cir, Ladera Ranch, CA 92694, USA | Bankruptcy | 5/22/2014 | No product received | 193 | $7,169.69 | 10/17/2013 |
| 31 | Edgar Godoy | 88 Bush St #C2103, Bldg C, San Jose, CA 95126, USA | Mass Arbitration | 1/16/2014 | No product received | 245 | $40,919.75 | 8/19/2013 |
| 32 | Christopher Goes | P.O. Box 100, Cottage Grove, OR 97424, USA | Bankruptcy | 6/23/2014 | Received partial product | 194 | $5,743.10 | 9/10/2013 |
| 33 | Garrett Griffin | 9150 Crest Ave., Oakland, CA 94605, USA | Bankruptcy | 7/13/2014 | No product received | 195 | $2,495.67 | 11/11/2013 |
| 34 | Luis Guerrero | 619 E 9th St, San Bernardino, CA 92410, USA | Mass Arbitration | 1/26/2014 | No product received | 235 | $48,283.34 | 8/9/2013 |
| 35 | Jason Thor Hall | 13922 Tustin East, Apt D82, Tustin, CA 92780 | Bankruptcy | 7/11/2014 | No product received | 196 | $2,481.63 | 11/28/2013 |
| 36 | Larry Han | 100 W Chestnut St., Apt 2104, Chicago, IL 60610, USA | Bankruptcy | 5/25/2014 | Received partial product | 259 | $7,321.11 | 9/23/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 37 | Harmacolindor Informatikai Kft | Attila Utca 41, Zsambek, PE 2072, Hungary | Mass Arbitration | 1/29/2014 | No product received | 244 | $40,251.24 | 8/26/2013 |
| 38 | Hamilton Hee | 761 Irwindale Ave, Las Vegas, NV 89123, USA | Hee | 1/22/2014 | No product received | 295 | $1,228,123.83 | 9/4/2013 |
| 39 | David R. Henson | 47125 Frances Helen Ave., Soldotna, AK 99669, USA | Mass Arbitration | 1/21/2014 | No product received | 236 | $68,779.87 | 8/31/2013 |
| 40 | David Govinder Hunt | 9400 128 St., Unit 30, Surrey, BC V3V 5N4, Canada | Bankruptcy | 7/17/2014 | Received partial product | 262 | $28,500.00 | 8/26/2013 |
| 41 | Intervid FZ LLC | Dubai Internet City, Building 2, Suite 128, Dubai, DU 92777, United Arab Emirates | Bankruptcy | 5/26/2014 | No product received | 273 | $72,300.00 | 1/7/2014 |
| 42 | I-PMart Network USA Ltd | 17870 New Hope Street, Ste 104-488, Fountain Valley, CA 92708, USA | Bankruptcy | 6/12/2014 | No product received | 197 | $62,332.00 | 12/30/2013 |
| 43 | James Fred Johnson | 825 28th St., Ste F, Fargo, ND 58103, USA | Bankruptcy | 7/24/2014 | No product received | 60-a | $6,551.72 | 11/18/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 44 | Jeremy Ray Jones | PO Box 1401, Mountain View, AR 72560, USA | Mass Arbitration | 1/24/2014 | No product received | 237 | $45,527.90 | 8/15/2013 |
| 45 | Marcus Killion | 1000 W. Garden Ct., Wichita, KS 67217, USA | Bankruptcy | 6/28/2014 | No product received | 198 | $2,268.39 | 12/16/2013 |
| 46 | Robert Kulys | 1905 Evergreen Terrace Drive E, Apt 4, Carbondale, IL 62901, USA | Bankruptcy | 6/10/2014 | No product received | 257 | $7,564.33 | 11/19/2013 |
| 47 | Law Yui Kwan | Flat D, 14/F, Block 3, 32 Lee On Road, Kowloon 00000-0, Hong Kong | Bankruptcy | 8/6/2014 | No product received | 199 | $2,638.90 | 12/4/2013 |
| 48 | Frank Lachmann | Rueckerstr. 6, Berlin, BE 10119, Germany | Mass Arbitration | 1/16/2014 | No product received | 238 | $31,460.78 | 9/2/2013 |
| 49 | Dennis F. Lambert | 9450 SW Gemini Drive, ECM# 31535, Beaverton, OR 97008, USA | Bankruptcy | 8/11/2014 | Received partial product | 200 | $1,638.62 | 9/23/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 50 | Kjetil Gunnar Larsen | Lijnbaansgracht 113, Amsterdam 1016KT, Netherlands | Bankruptcy | 8/18/2014 | Received partial product | 267 | $14,736.47 | 8/22/2013 |
| 51 | Andy Lo | 581 South Unionville Avenue, Markham, ON L3R 5G8, Canada | Mass Arbitration | 1/26/2014 | No product received | 239 | $31,308.30 | 8/23/2013 |
| 52 | Mick Mantle | 8 Chapel Street, Potton, BDF SG19 2PT, Great Britain | Bankruptcy | 6/3/2014 | No product received | 201 | $2,563.54 | 12/13/2013 |
| 53 | Matthew Michael McCormick | 33 Hollandale Ln Apt A, Clifton Park, NY 12065, USA | Bankruptcy | 6/8/2014 | No product received | 202 | $6,565.70 | 11/22/2013 |
| 54 | Tim John McGough | 2412 Pinehurst Ln, Mesquite, TX 75250, USA | Mass Arbitration | 5/31/2014 | No product received | 203 | $2,020.88 | 10/4/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 55 | Peter Myers | 4344 East Mulberry Drive, Phoenix, AZ 85018, USA | Bankruptcy | 6/11/2014 | No product received | 204 | $7,627.00 | 12/24/2013 |
| 56 | Van Nguyen | 82 Union St, Brooklyn, NY 11231, USA | Bankruptcy | 6/10/2014 | No product received | 205 | $2,420.34 | 11/20/2013 |
| 57 | Trent Nathan Park | 14844 W Sunset Blvd, Pacific Palisades, CA 90272, USA | Bankruptcy | 5/24/2014 | Warranty Claim, product failed | 296 | $4,466.51 | 10/17/2013 |
| 58 | Pawel Pilecki | 1225 S. Washington Ave., Park Ridge, IL 60068, USA | Bankruptcy | 7/22/2014 | No product received | 250 | 13,131.40 | 12/4/2013 |
| 59 | Derek Piper | 3706 Woodmere Way, Bloomington, IN 47403, USA | Bankruptcy | 6/1/2014 | Received partial product | 275 | $7,290.33 | 10/3/2013 |
| 60 | Jason Plowman | 13508 Jamieson Place, Germantown, MD 20874, USA | Bankruptcy | 7/9/2014 | No product received | 206 | $2,275.28 | 11/11/2013 |

Case: 14-30725 Doc# 311 Filed: 10/13/14 Entered: 10/13/14 14:30:04 Page 13 of 18
EXHIBIT A, Page 14 of 52

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 61 | Ales Prikryl | 6838 E 5th Street, Scottsdale, AZ 85251, USA | Bankruptcy | 6/12/2014 | No product received | 207 | $3,897.24 | 12/30/2013 |
| 62 | Osric Proctor Jr. | PO Box 701, Sandston, VA 23150, USA | Bankruptcy | 6/8/2014 | No product received | 227 | $7,991.50 | 11/19/2013 |
| 63 | Verne Riley | 65 Shamley Heath Rd., Kureelpa, QLD 4560, Australia | Bankruptcy | 6/23/2014 | No product received | 208 | $6,939.80 | 11/22/2013 |
| 64 | Sebastian Pawel Schmidt | Felczaka 3/13, Szczecin, ZP 71-412, Poland | Mass Arbitration | 1/27/2014 | No product received | 240 | $89,582.10 | 8/25/2013 |
| 65 | Christopher Shaw | 9620 Sepulveda Blvd, Unit 33, North Hills, CA 91343-3370, USA | Bankruptcy | 5/22/2014 | No product received | 271-a | $9,329.00 | 12/20/2013 |
| 66 | Bernad Chengxi Siew | 18, Jalan 89/26, Taman Sri Rampai, Setapak, Kuala Lumpur, W.P. Kuala Lumpur 53300, Malaysia | Bankruptcy | 8/24/2014 | No product received | 209 | $2,670.40 | 11/25/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 67 | Matthew Ford Silvia | 30 Oak St, Cohasset, MA 2025, USA | Bankruptcy | 6/4/2014 | No product received | 210 | $6,565.70 | 12/17/2013 |
| 68 | Evan Lawrence Skreen | 21205 Torch St., Fort Bliss, TX 79916, USA | Bankruptcy | 6/15/2014 | No product received | 211 | $6,330.21 | 3/4/2014 |
| 69 | Aleksandar Slavkov | Braka Kapcevi 27a, Veles, VE 1400, Macedonia | Bankruptcy | 5/22/2014 | No product received | 212 | $2,992.78 | 12/11/2013 |
| 70 | William Henry Smith | Fricourt, Grande Maison Road, Vale, Channel Islands GY6 8LF, Guernsey | Bankruptcy | 8/19/2014 | No product received | 228 | $7,303.58 | 12/31/2013 |
| 71 | David Springer | 4095 Lomar Drive, Mount Airy, MD 21771, USA | Bankruptcy | 5/22/2014 | No product received | 213 | $32,950.99 | 11/9/2013 |
| 72 | Tanard Corp (Mahan) | 9101 W. Sahara Ave., Suite 105-K6, Las Vegas, NV 89117, USA | Bankruptcy | 7/22/2014 | No product received | 214 | $3,873.86 | 11/26/2013 |
| 73 | James Thomas | 1679 E 337th St., Eastlake, OH 44095, USA | Bankruptcy | 6/18/2014 | No product received | 215 | $8,725.24 | 11/26/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 74 | Thanh Lanh Tran | Torellistraat 18, Spijkenisse ZH 3208NG, Netherlands | Bankruptcy | 8/11/2014 | No product received | 229 | $6,794.27 | 11/19/2013 |
| 75 | Tudor Ovidiu Vaida | P-ta I.I.C. Bratianu Nr. 5 Ap. 30, Timisoara 30005-6, Romania | Bankruptcy | 7/16/2014 | No product received | 260 | $7,708.30 | 8/29/2013 |
| 76 | Joshua Vidana | 3602 Tilson Ln., Houston, TX 77080, USA | Bankruptcy | 7/10/2014 | Received partial product | 263 | $85,260.36 | 10/2/2013 |
| 77 | Jeffrey Raymond vonGermeten | 351 W. 1600 S., Apt C108, Logan, UT 84341, USA | Bankruptcy | 7/11/2014 | No product received | 216 | $2,284.75 | 12/25/2013 |
| 78 | Erik Voorhees | 35 Snowberry Way, Dillon, CO 80435, USA | Mass Arbitration | 5/7/2014 | No product received | 272 | $243,872.18 | 8/15/2013 |
| 79 | Trevor Michael Watson | 1 Gaine Crt, Bayswater North, Melbourne, VIC 3153, Australia | Bankruptcy | 5/26/2014 | No product received | 217 | $6,881.73 | 11/18/2013 |
| 80 | Robert Todd Worrall | 31 Troon Terrace, Annandale, NJ 08801, USA | Bankruptcy | 7/11/2014 | No product received | 218 | $13,165.62 | 12/30/2013 |
| 81 | Greg Yampolskiy | 7870 W 87 Dr. #K, Arvada, CO 80005, USA | Bankruptcy | 7/7/2014 | No product received | 219 | $2,397.41 | 12/3/2013 |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this bankruptcy case or adversary proceeding. My business address is 1299 Fourth Street, Suite 505, San Rafael, CA 94901.

A true and correct copy of the foregoing document entitled:

**AMENDED VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019**

will be served or was served in the manner stated below:

**1. To be served by the Court via notice of electronic filing (NEF):** Pursuant to controlling General Order and LBR, the foregoing document will be served via NEF and hyperlink to the document. On October 13, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Peter A. Siddiqui<br>peter.siddiqui@kattenlaw.com<br>Craig A. Barbarosh<br>craig.barbarosh@kattenlaw.com<br>Jessica M. Mickelson<br>Jessica.mickelsen@kattenlaw.com<br>Katten Muchin Rosenman LLP | *Attorneys for debtor HashFast Technologies, LLC* |
| Michael Delaney<br>mdelaney@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditor Koi Systems* |
| Ashley McDow<br>amcdow@bakerlaw.com<br>Baker & Hostetler LLP | *Attorney for petitioning creditors UBE Enterprises and Koi Systems* |
| David M. Balabanian<br>david.balabanian@bingham.com<br>Kristen A. Palumbo<br>kristen.palumbo@bingham.com<br>Bingham McCutchen LLP | *Attorneys for creditor Liquidbits Corp.* |
| W. Keith Fendrick<br>keith.fendrick@hklaw.com<br>Holland & Knight LLP | *Attorney for creditor Sistemas Operativos Sanitarios C.A.* |
| Robert G. Harris<br>rob@bindermalter.com<br>Law Offices of Binder and Malter | *Attorney for creditor Uniquify, Inc.* |
| Caroline R. Djang<br>cdjang@rutan.com<br>Rutan and Tucker, LLP | *Attorney for creditor DigiMex Ltd.* |
| Christopher D. Sullivan<br>csullivan@diamondmccarthy.com<br>Diamond McCarthy LLP | *Interested Party* |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

| Nancy Weng<br>nweng@trinhlawfirm.com<br>Trinh Law | *Attorney for creditor Looksmart Ltd.* |
|---|---|
| Craig Stuppi<br>craig@stuppilaw.com<br>Sarah M. Stuppi<br>Sarah@stuppilaw.com<br>Law Offices of Stuppi and Stuppi | *Attorneys for Interested Party Eduardo DeCastro* |
| Ori Katz<br>okatz@sheppardmullin.com<br>Sheppard, Mullin, Richter and Hampton | *Attorney for Interested Party Simon Barber* |
| Venkat Balasubramani<br>venkat@focallaw.com Focal PLLC<br>800 Fifth Ave., #4100<br>Seattle, WA 98104 | *Attorney for Interested Party Pete Morici* |
| Office of the U.S. Trustee/SF<br>USTPRegion17.SF.ECF@usdoj.gov<br>235 Pine St., Suite 700<br>San Francisco, CA 94104 | *U.S. Trustee* |

2. **Served by United States Mail:** On October 13, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | *Petitioning creditor* |
|---|---|
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | *Petitioning creditor* |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | *Petitioning creditor* |
| Future Electronics<br>c/o Diane Svendsen<br>41 Main Street<br>Bolton, MA 01740 | *Petitioning creditor* |
| Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94949 | *Attorney for Interested Parties Satish Ambarti and Timefire, Inc.* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 13, 2014.

*Marc van Anda*
Marc van Anda