```
 1  KATTEN MUCHIN ROSENMAN LLP
    Craig A. Barbarosh (SBN 160224)
 2  craig.barbarosh@kattenlaw.com
    650 Town Center Drive, Suite 700
 3  Costa Mesa, CA 92626-7122
    Telephone: (714) 966-6822
 4
    Jessica M. Mickelsen (SBN 277581)
 5  jessica.mickelsen@kattenlaw.com
    2029 Century Park East, Suite 2600
 6  Los Angeles, CA 90067-3012
    Telephone: (310) 788-4425
 7  Facsimile: (310) 788-4471

 8  Peter A. Siddiqui (pro hac vice)
    peter.siddiqui@kattenlaw.com
 9  525 W. Monroe Street
    Chicago, IL 60661-3693
10  Telephone: (312) 902-5455
    Facsimile: (312) 902-1061
11
    Counsel for Debtor and Debtor-In-Possession
12  HashFast Technologies LLC and HashFast LLC
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**JOINT STATUS CONFERENCE STATEMENT BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br><u>Status Hearing</u><br>Date: October 24, 2014<br>Time: 11:00 a.m.<br>Place: 235 Pine St., 19th Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

The above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), together with the

Official Committee of Unsecured Creditors (the "Committee"), jointly submit this this status conference statement (the "Statement") on the status of the Debtors' substantively consolidated bankruptcy cases.

1. Since the hearing on September 10, 2014, on the United States Trustee's motion to appoint a chapter 11 trustee or to convert and the Committee's substantive consolidation motion, the Debtors and the Committee have worked diligently and collaboratively on bringing about a consensual resolution to this case.

2. That resolution likely will take two forms, both of which will be pursued imminently, if not, in part, prior to the October 24, 2014 status hearing.

3. First, the Debtors and the Committee will seek this Court's approval to conduct an auction of substantially all of the Debtors' assets. The Debtors and the Committee have agreed that the best way to maximize the value of the Debtors' assets, including their inventory and intellectual property, is to invite any interest bidder to submit a bid on any or all of the Debtors' assets. After receipt of bids that comply with certain bidding procedures this Court approves, all bidders will attend an auction presided over jointly by the Debtors and the Committee. The Debtors and the Committee will ask the Court then to confirm the results of the auction and authorize and approve the sales to of the Debtors' assets free and clear of specific liens, claims, and encumbrances.

4. Second, the Debtors and the Committee will file imminently a joint plan and supporting disclosure statement. The Debtors and the Committee are completing the negotiation of a plan term sheet that lays out the contents of their joint plan. In broad strokes, the plan, if confirmed, will vest all of the assets of the Debtors, or proceedings of their assets, with a post-confirmation trust. The post-confirmation trust will be empowered to liquidate any remaining assets, bring any necessary litigation claims, and reconcile the claims and administrative expenses filed and asserted against the Debtors. Ultimately, the Debtors and the Committee anticipate that the plan will receive the support of the Debtors' creditor body and will yield the highest possible return to creditors at this point.

5. The Debtors and Creditors anticipate filing their auction and sale motion prior to the October 24 hearing and to seek expedited consideration so the auction and sale can proceed promptly thereafter

6. The Debtors and the Committee anticipate filing their joint plan and supporting disclosure statement by October 31, and they are diligently working to accomplish that goal.

7. In the meanwhile, the Debtors and the Committee continue their efforts to enhance the value of the estate. The Debtors have been entertaining proposals to sell certain discrete assets to parties expressing interest and, when permissible under this Court's prior orders and with the Committee's consent, closing such sales. The Committee has diligently been investigating potential litigation assets of the Debtors that could result in recoveries for the estate, as well as liaising with the creditor body generally to ensure the creditor constituencies' concerns are heard and addressed.

Dated: October 17, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

Dated: October 17, 2014

BAKER HOSTETLER LLP
Elizabeth Green

By:/s/ Elizabeth Green - signed by
Counsel for the Committee  Jessica Mickelsen
with the authorization
of Elizabeth Green