KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | Hearing:<br>Date: October 31, 2014<br>Time: 9:30 a.m. |
| Debtor and Debtor-In-Possession | Ctrm: Hon. Dennis Montali<br>235 Pine Street, Courtroom 22<br>San Francisco, CA 94104 |
| | **DECLARATION OF PETER KRAVITZ IN SUPPORT OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363 AND FED. R. BANKR. P. 2002, 6004, 6006, 9014 AND 9019 FOR ENTRY OF ORDER (I) AUTHORIZING THE JOINTLY CONDUCTED AUCTION OF ESTATE PROPERTY BY THE DEBTORS AND THE COMMITTEE, AND (II) AUTHORIZING THE SALE OF ESTATE PROPERTY FREE AND CLEAR OF** |

|   | ) LIENS, ENCUMBRANCES AND |
|---|---|
|   | ) INTERESTS, WITH ANY DISPUTED |
|   | ) LIENS, ENCUMBRANCES, AND |
|   | ) INTERESTS TO ATTACH TO SALE |
|   | ) PROCEEDS PENDING FURTHER |
|   | ) ORDER OF THE COURT |

I, Peter Kravitz, hereby declare under penalty of perjury,

1. I am the Chief Restructuring Officer ("CRO") of HashFast Technologies LLC ("HashFast Technologies") and HashFast LLC ("HashFast" and, together with HashFast Technologies, the "Debtors").

2. This Declaration is submitted in connection with the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Order (i) Authorizing the Jointly Conducted Auction of Estate Property by the Debtors and the Committee, and (ii) Authorizing the Sale of Estate Property Free and Clear of Liens, Encumbrances, and Interests, with Any Disputed Liens, Encumbrances, and Interests to Attach to Sale Proceeds Pending Further Order of the Court (the "Motion"). I make this declaration based on my own personal knowledge of the facts. If called upon, I would testify as set forth herein.

3. I was retained as the Debtors' CRO on August 15, 2014.

4. The Debtors design, develop, manufacture and sell certain computer chips and equipment, including Application Specific Integrated Circuit, or ASIC, semiconductors, for the sole purpose of auditing transaction data for the Bitcoin networks, also known as "Bitcoin mining."

5. The Debtors' current inventory consists mainly of ASIC chips (in wafer form or in various stages of completion), mining boards as well as various other system components used in the Bitcoin mining business. They also own certain intellectual property that includes, without limitation, trade secrets, mask works related chip design and patents.

6. In the ordinary course of their business, the Debtors rely on Uniquify, Inc. ("Uniquify"), Hypertechnologie Ciara Inc. ("Ciara") and Sonic Manufacturing Technologies ("Sonic") (collectively, the "Supply Chain Service Providers") to assemble the Debtors' inventory of technology hardware and transport the finalized product to shippers to complete the Debtors' sales. In addition, Uniquify has subcontracted with Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc.) ("Signetics") to perform certain of the services for which Uniquify has contract with the Debtors. The Debtors do not have any contractual privity with Signetics, and Signetics is not a debtor to or a creditor of the Debtors. Instead, Uniquify, as the Debtors' contracting party, is obligated to remit to the Debtors all of the Debtors' property Uniquify has entrusted to Signetics. The Supply Chain Service Providers are also presently in custody of a substantial amount of the Debtors' product and component inventory, which is central to the Debtors' business.

7. I have been advised in the course of my duties as CRO that the Debtors have marketed their Assets for sale since April 2014, focusing on a sale of their Assets, obtaining financing from banks or other lending sources, and/or obtaining equity infusions from capital sources.

8. The bulk of the Debtors' inventory consists of incomplete chips and boards now in the possession of one or more the Supply Chain Service Providers. Every chip requires a significant financial investment to build out into a usable bitcoin mining system. Unfortunately, the Debtors do not have the funds to complete their inventory in order to maximize the value of their assets, particularly given the issues between the Debtors and certain of the Supply Chain Service Providers.

9. The Debtors had previously attempted to sell their Assets for a bulk, going-concern sale. However, despite that attempt and continued efforts by the Debtors' management, with cooperation and collaboration with the Committee, the Debtors have concluded that they are not likely to obtain a going-concern offer from any prospective purchaser.

10. Accordingly, the Debtors have determined in their business judgment that the highest and best value for the Assets can be achieved through an Auction, at which any and all

3

parties that have previously been contacted by the Debtors' marketing efforts, as well as another prospective bidder will be invited to submit bids.

11. The Debtors do not believe that there is sufficient interest in the Assets to delay the Auction or the sale of the Assets. The sale of the Assets at Auction at this time will maximize the value of the Assets while minimize the costs of keeping and maintaining the Assets.

12. Bitcoins are a form of cryptographic currency that are widely traded in real time at exchanges all over the world. Bitcoins are created in accordance with a data protocol which is decentralized, that is, under no central control or authority. Thus, they are virtually impossible for any party to change. This protocol establishes the process, known as "mining," by which new Bitcoins are created through a competitive "winner takes all" race to calculate or decode "blocks." The protocol by design increases the amount of work required to discover a new Bitcoin so that the average discovery rate is kept somewhat constant at 1 block every ~10 minutes; this has resulted in an increase in difficulty ("Difficulty") every ten to fourteen (10 to 14) days, which, in turn, reduces the Bitcoin return.

13. Bitcoin mining requires powerful and high-functioning equipment capable of quickly running complex calculations.

14. The value of processing capabilities is subject to rapid depreciation in two primary ways. First is the market price of Bitcoins (i.e., the exchange rate of Bitcoin/USD). Second, as the Difficulty in calculating or decoding a block ("mining") can increase each ten to fourteen (10 to 14) days, a corresponding reduction occurs in productive output of the same processing equipment (measured in hashes, gigahashes, terra hashes, or petahashes) with each increase. Also, a block once "mined" becomes permanently unavailable to any other party to "mine" and there exist no means to prevent duplication of effort among different parties (i.e., the first party to complete the process accrues 100% of the value). The economic value of processing power is a function of the overall global processing power employed in the "mining" process. As the total processing power employed on a worldwide basis increases, a fixed data processing output becomes a smaller percentage and thus loses value. The marketable value of the equipment used

4

in Bitcoin mining (including Sierra units, Golden Nonce Chips and wafers) has declined over 80% in the last two months. The devaluation is publicized and fixed by the protocol.

15. This rapid dissipation is made even more troubling for the Debtors given the fact that the bulk of its inventory remains incomplete and will require both time and money to complete so as to fully maximize their value.

16. Finally, the decline in value is further amplified by a decline in Bitcoin market price of nearly 40% in the last two months.

17. Because of the rapid dissipation in the value of the inventory included within the Assets, the Debtors must move forward with the Auction on an expedited basis and within a quick time frame. Consequently, the Debtors have determined that it is in the best interest of their estates, creditors, and other parties in interest to complete the Sale as soon as possible and, in any event, by November 21, 2014.

18. A summary of the Debtors' Assets is as follows: (a) all of the assets previously or currently used in or useful to, necessary to, or related to the conduct of all of the business of the Debtors, including but not limited to all chips, wafers, system components, board components, hashing boards, other inventory and equipment, and (b) the Debtors' intellectual property.

19. The Debtors and the Committee propose to work together to effect a targeted and comprehensive marketing strategy designed, in the Debtors' and Committee's collective judgment, to generate the largest amount of bidders for the Assets. Specifically, the Debtors and the Committee will advertise the Auction by directly contacting all parties that have expressed interest in the Assets in the past, sending notices to all creditors, and publishing notices in certain on-line bitcoin forums. The Debtors and the Committee will solicit bids for any and all of the Assets. The Assets will also be directly marketed to HashFast's existing customer list, including all the parties that have made post-petition sales inquiries. Public announcement of the sale will also be made on the bitcoin forums of reddit.com and bitcointalk.org. A press release will be

distributed to financial sites with an interest in Bitcoin news such as businessinsider.com, coindesk.com, bitcoinmagazine.com, and cryptocoinnews.com.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: October 23, 2014

_____
Peter Kravitz
Chief Restructuring Officer of HashFast
Technologies LLC and HashFast LLC