KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF ERRATA WITH RESPECT TO MOTION TO APPROVE NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION AND AUCTION PROCEDURES; AND PROPOSED NOTICE** |
| Debtor and Debtor-In-Possession | |

US_101677275v1

**PLEASE TAKE NOTICE THAT:**

On October 28, 2014, the Official Committee of Unsecured Creditors (the "Committee"), Hashfast Technologies, LLC ("HFT"), and Hashfast LLC ("HF" and, collectively with HFT, the "Debtors") filed the Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures ("Motion"), and proposed Notice ("Notice") attached thereto [Docket No. 220]. The caption page of the Motion and the Notice contained an incorrect auction date and an incorrect hearing date. As set forth in the text of the Motion and Notice, the auction is proposed to be held on December 4, 2014, at 10:00 a.m. (Pacific time), at a yet to be designated location. The hearing has been set by the Court for October 30, 2014, at 3 p.m. (Pacific time). To correct this error in the caption pages, the Debtors hereby file this Notice of Errata to the Motion and Notice to clarify the date of the auction as December 4, 2014, at 10:00 a.m. (Pacific time), clarify the date of the hearing as October 30, 2014, at 3:00 p.m. (Pacific time), and submit a revised proposed notice reflecting the correct date in the caption as Exhibit A hereto.

Dated: October 29, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# EXHIBIT A

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>---<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**[PROPOSED] NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**<br><br>Auction Date<br>Date: December 4, 2014<br>Time: 10:00 a.m. (PST)<br>Place: [TBD] |

PLEASE TAKE NOTICE THAT:

Pursuant to the Order Authorizing the Jointly Conducted Auction of Estate Property by the Debtors and the Committee and Establishing Bidding Procedures (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), the above captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") will conduct an auction (the "Auction") for the sale of any or all of the assets of the Debtors (the "Assets"), including the following (a) all of the assets previously or currently used in or useful to, necessary to, or related to the conduct of all of the businesses of the Debtors, including chips, wafers, system components, board components, hashing boards, and other inventory and equipment, and (b) the Debtors' intellectual property. A list of the Assets that will be made available for sale is attached as **Exhibit 1** hereto.[1]

The Debtors and the Committee will conduct the Auction on **November 19, 2014** at **10:00 a.m.** (Pacific time). All interested parties are invited to make an offer to purchase the some or all of the Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **5:00 p.m.** (Pacific time) on **November 17, 2014**, subject to the following requirements and procedures

      (a)    Participation Requirements. Any person or entity that wishes to participate in the bidding process must become a "Qualified Bidder". A Qualified Bidder must (i) submit a bid identifying the specific Assets for which such bid is made and the price offered for such Assets; (ii) demonstrate to the satisfaction of the Debtors and the Committee, the ability to consummate a transaction involving some or all of the Assets; (iii) not include any request for bid protection or a break-up fee; (iv) certify that such bidder has not engaged in any form of bid collusion with any other person or entity; (v) certify that such bidder will close on any bid deemed by the Debtors and the Committee to a winning bid within five (5) days of the Sale Hearing; (vi) certify that such bidder is willing to serve as back-up bidder (a "Back-up Bidder") in the event a Prevailing Bid (as hereinafter defined) fails to close within five (5) days of the Sale Hearing. A bid complying with the foregoing shall be a "Qualified Bid".

---

[1] The Debtors intend to continue selling their Assets in the ordinary course of business, with the consent of the Committee. Accordingly, only those Assets not previously sold will be available for sale at the Auction.

2

Case: 14-30725   Doc# 222   Filed: 10/29/14   Entered: 10/29/14 15:46:29   Page 5 of 8
US_101677275v1

(b) <u>Bid Deposit</u>. No later than **November 17, 2014**, a Qualified Bidder must deliver a deposit equal to 10% of the Qualified Bid.

(c) <u>Bid Deadline</u>. Qualified Bids must be received by **November 17, 2014**.

(d) <u>Bid Delivery</u>. Qualified Bids shall be made in writing and delivered by email to (i) the Debtors (attention: Victor Delalgio, victor@hashfast.com); (ii) counsel to the Debtors (attention: Peter Siddiqui, Katten Muchin Rosenman LLP, peter.siddiqui@kattenlaw.com); and (iii) counsel to the Committee (attention: Ashley McDow, Baker Hostetler LLP, amcdow@bakerlaw.com).

(e) <u>Auction</u>. In the event the Debtors and Committee timely receive one or more Qualified Bids, the Debtors and the Committee will conduct the Auction at a yet to be designated location on December 4, 2014, commencing at 10:00 a.m. (PST). The Debtors and the Committee may, in their joint discretion, adjourn the date, time, and place of the Auction.

(f) <u>Auction Procedures</u>. The Auction shall be governed by the following procedures: (i) Representatives from the Debtors, the Committee, Qualified Bidders, and any party the Debtor and the Committee believe in their joint discretion likely will submit a Qualified Bid shall be entitled to attend the Auction; (ii) Qualified Bidders must appear in person at the Auction or through a duly authorized representative; (iii) bidding shall commence at the amount of the highest Qualified Bid submitted by the Qualified Bidders prior to the Auction; (iv) bidding increments shall be determined by the Debtors and the Committee and shall be announced during the Auction; (v) all Qualified Bidders shall have the right to submit additional bids at the Auction; (vi) the Debtors and the Committee will commence the Auction with any Qualified Bids for all of the Assets and then proceed to Qualified Bids by Lot; and (vii) the Auction shall continue until there are one or more Qualified Bids that are deemed by the Debtors and the Committee as the highest and best bids for the Assets covered by such Qualified Bid (each, a "<u>Prevailing Bid</u>").

(g) <u>Qualified Bids Irrevocable</u>. Each Qualified Bid, including any bid submitted at the Auction and any Prevailing Bid, shall be an irrevocable offer and shall be binding on the Qualified Bidder from the time it is submitted until 48 hours after the Auction concludes.

(h) <u>Sale Hearing</u>. The Prevailing Bid(s) will be subject to approval by this Court. The hearing to approve the Prevailing Bid(s) shall take place on December 5, 2014, if the Court is available, or, if not, the next available business day. If the sale hearing will take place later than December 5, 2014, the Committee and the Debtors shall announce the date and time of the sale hearing at the auction.

(i) <u>Return of Deposits</u>. All deposits shall be returned to each bidder not selected by the Debtors and the Committee as the Prevailing Bid no later than three (3) business days following the sale hearing

Dated: October 29, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

Dated: October 29, 2014

BAKER HOSTETLER LLP
Ashley M. McDow

By: *Ashley M. McDow* – signed by Jessica
Counsel for the Committee    Mickelsen with
                             express permission

EXHIBIT 1

Assets to be Sold

(a) Intellectual Property: including patents, patent applications, and masks

(b) Chips:

    1. Golden Nonce ASIC – 15,578

    2. Golden Nonce ASIC (Assembly in Progress) – 2,850

    3. Golden Nonce ASIC Substrate – 2,396

(c) Wafers – 80.84

(d) Non-chip inventory (including power supplies, fans, chassis, boards, and long lead parts)

    1. Rev 1 boards (tested) – 424

    2. Rev 2 boards (tested) – 150

    3. Rev 3 boards Yoli Evo Mining Boards – 59

    4. ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 – 4,922

    5. AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM – 13,850

    6. IR3550 PQFN 6x6mm – 178,800

    7. FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – 178,800

    8. IR3566B Digital PWM Controller 1C – 29,800

    9. ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – 7,450

    10. IR3823MTRPBF PQFN 4x5mm – 7,450

    11. Bolster Plates – 173

    12. Heatsinks – 558

    13. LTC3855 Dual, Multiphase Synchronous DC/DC Controller – 25,000

    14. Indium Foil Squares – 1,886

(e) Claims and causes of action against Simon Barber, including preference, fraudulent transfer, and breach of fiduciary duty claims.