Entered on Docket
October 31, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 30, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

```
1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA  90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.c
5                mdelaney@bakerlaw
```

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>   Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>(Jointly Administered with HashFast, LLC, Case No. 14-30866)<br><br>Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>   Debtor and Debtor in Possession. | **ORDER GRANTING STIPULATION TO SET EXAMINATION OF TIM WONG PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

The Court, having considered the "Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure" (the "Stipulation"), entered into by and between the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel, Baker & Hostetler LLP ("Baker"), on the one hand, and Tim Wong ("Mr. Wong"), by and through his counsel, SCHWARTZ & CERA LLP ("Schwartz"), on the other hand (hereinafter, the Committee and Mr. Wong shall be collectively referred to as the "Parties"), and good cause appearing therefor, **HEREBY ORDERS** that:

a. The terms of the Stipulation are granted;

b. Mr. Wong will produce the information and documents described in **Exhibit "A"** attached to the Stipulation no later than 10:00 a.m. on **November 12, 2014**, to Ashley McDow of Baker & Hostetler LLP, located at 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509;

c. Mr. Wong will appear for his Rule 2004 examination on **November 17, 2014, at 10:00 a.m.** to take place at the offices of SCHWARTZ & CERA LLP, located at 44 Montgomery Street, Suite 3850, San Francisco, CA 94104;

d. The Stipulation does not waive or intends to waive (1) any objections as to the competency, relevancy, privilege or admissibility of evidence for any other purpose, and/or (2) Mr. Wong's right to refuse to produce certain documents if legally appropriate (i.e., Mr. Wong produces a privilege log if the basis for withholding document(s) is privilege), of any of the documents referred to in **Exhibit "A"** attached to the Stipulation**;**

e. The Stipulation does not waive or intends to waive (1) the Committee's rights, defenses, and/or remedies to respond to any objections raised by Mr. Wong, and/or (2) to compel production of documents for Mr. Wong's failure to produce documents referred to in **Exhibit "A"** attached to the Stipulation; and

f. The Committee reserves its rights with respect to any further request for such examination and/or documents which may be made at a later date.

**END OF ORDER**