Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| **In re Debtor(s):** Hashfast Technologies LLC | Case No.: 14–30725 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/24/2014 was filed on November 1, 2014. The following deadlines apply:

The parties have until Monday, November 10, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, November 24, 2014.

If a request for redaction is filed, the redacted transcript is due Tuesday, December 2, 2014.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, January 30, 2015, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 11/6/14                     For the Court:

                                                 Edward J. Emmons
                                                 Clerk of Court
                                                 United States Bankruptcy Court