Signed and Filed: November 4, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>---<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**ORDER APPROVING NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION AND AUCTION PROCEDURES** |

A hearing on the motion of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") to approve notice of sale of certain assets at auction and auction procedures (the "<u>Motion</u>") was held before this Court on October 30, at 3:00 p.m., and appearances were as noted on the record.

Having considered the Motion and all related pleadings, any opposition thereto, and the arguments of counsel,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.
2. The Notice of Sale of Certain Assets attached hereto as Exhibit 1 is approved.

**END OF ORDER**

# EXHIBIT 1

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION** |
| Debtor and Debtor-In-Possession | Auction Date<br>Date: December 4, 2014<br>Time: 10:00 a.m.<br>Place: Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |

PLEASE TAKE NOTICE THAT:

Pursuant to the Order Approving Notice of Sale of Certain Assets at Auction and Auction Procedures entered by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") on October 30, 2014, the above captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") will conduct and auction (the

"Auction") for the sale of any or all of the assets of the Debtors (the "Assets"), including the following (a) all of the assets previously or currently used in or useful to, necessary to, or related to the conduct of all of the businesses of the Debtors, including chips, wafers, system components, board components, hashing boards, and other inventory and equipment that remain at the time the Auction, if any, is held, (b) the Debtors' intellectual property, and (c) claims and causes of action against Simon Barber. A list of the Assets that will be made available for sale is attached as **Exhibit 1** hereto.[1]

The Debtors and the Committee will conduct the Auction on **December 4, 2014** at 10:00 a.m. (Pacific time). All interested parties are invited to make an offer to purchase the some or all of the Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **5:00 p.m.** (Pacific time) on **December 2, 2014**, subject to the following requirements and procedures:

(a) Participation Requirements. Any person or entity that wishes to participate in the bidding process must become a "Qualifying Bidder". A Qualifying Bidder must: (i) submit a bid identifying the specific Assets for which such bid is made and the price offered for such Assets; (ii) demonstrate to the satisfaction of the Debtors and the Committee, the ability to consummate a transaction involving some or all of the Assets; (iii) not include any request for bid protection or a break-up fee; (iv) certify that such bidder has not engaged in any form of bid collusion with any other person or entity; (v) certify that such bidder will close on any bid deemed by the Debtors and the Committee to a winning bid within five days of the Sale Hearing; (vi) certify that such bidder is willing to serve as back-up bidder (a "Back-up Bidder") in the event a Prevailing Bid (as hereinafter defined) fails to close within five days of the Sale Hearing; and (vii) submit contact information for the bidder or its designated agent for receipt of notice, including an operational email address. A bid complying with the foregoing shall be "Qualified Bid", and the Debtor and/or Committee shall notify each bidder via email whether or not it has submitted a Qualified Bid by **December 3, 2014**, at 12:00 p.m. (Pacific time).

---

[1] The Debtors intend to continue selling their Assets in the ordinary course of business, with the consent of the Committee. According, only those Assets not previously sold will be available for sale at the Auction.

(b) <u>Bid Deposit</u>. No later than **December 2, 2014**, a Qualifying Bidder must deliver a deposit equal to 10% of the Qualified Bid.

(c) <u>Bid Deadline</u>. Qualified Bids must be received by **December 2, 2014** at 5:00 p.m. (Pacific time).

(d) <u>Bid Delivery</u>. Qualified Bid shall be made in writing and delivered by email to (i) the Debtors (attn: Victor Delalgio, <u>victor@hashfast.com</u>); (ii) Debtors' counsel (attn: Peter Siddiqui, Katten Muchin Rosenman LLP, <u>peter.siddiqui@kattenlaw.com</u>); and (iii) the Committee's counsel (attn: Ashley McDow, Baker Hostetler LLP, <u>amcdow@bakerlaw.com</u>).

(e) <u>Auction</u>. In the event the Debtors and Committee timely receive one or more Qualifying Bids, the Debtors and the Committee will conduct the Auction at Four Embarcadero Center, 17th Floor, San Francisco, CA 94111, commencing at 10:00 am (Pacific time) on **December 4, 2014**. The Debtors and the Committee may, in their joint discretion, adjourn the date, time, and place of the Auction.

(f) <u>Auction Procedures</u>. The Auction shall be governed by the following procedures: (i) Representatives from the Debtors, the Committee, Qualifying Bidders, and any party the Debtor and the Committee believe in their joint discretion likely will submit a Qualifying Bid shall be entitled to attend the Auction; (ii) Qualifying Bidders must appear in person at the Auction or through a duly authorized representative; (iii) bidding shall commence at the amount of the highest Qualifying Bid submitted by the Qualifying Bidders prior to the Auction; (iv) bidding increments shall be determined by the Debtors and the Committee and shall be announced during the Auction; (v) all Qualifying Bidders shall have the right to submit additional bids at the Auction; (vi) the Debtors and the Committee will commence the Auction with any Qualifying Bids for all of the Assets and then proceed to Qualifying Bids by Lot; and (vii) the Auction shall continue until there are one or more Qualifying Bids that are deemed by the Debtors and the Committee as the highest and best bids for the Assets covered by such Qualifying Bid (each, a "<u>Prevailing Bid</u>").

(g) <u>Qualifying Bids Irrevocable</u>. Each Qualifying Bid, including any bid submitted at the Auction and any Prevailing Bid, shall be an irrevocable offer and shall be

binding on the Qualifying Bidder from the time it is submitted until the earlier of 48 hours after the Auction concludes.

(h) <u>Hearing on Bid Qualification</u>. If a bidder has been advised by the Debtor and the Committee that such bidder's bid did not constitute a Qualified Bid (a "<u>Non-Qualification Notice</u>"), such bidder may contest such Non-Qualification Notice only by advising the Debtor and the Committee in writing by no later than 4:00 p.m. (Pacific time) on **December 3, 2014**, of their intent to do so. If a written contest to a Non-Qualification Notice is made, the Bankruptcy Court shall conduct a hearing on **December 4, 2014** at 9:00 a.m. (Pacific time) to rule on whether the bid submitted qualifies as a "Qualified Bid" such that the prospective bidder should be permitted to participate in the Auction.

(i) <u>Sale Hearing</u>. The Prevailing Bids will be subject to approval by this Court. The hearing to approve the Prevailing Bids shall take place on **December 5, 2014**, at 1:00 p.m. (Pacific time).

(j) <u>Return of Deposits</u>. All deposits shall be returned to each bidder not selected by the Debtors and the Committee as the Prevailing Bid no later than 3 business days following the sale hearing

Dated: October __, 2014	KATTEN MUCHIN ROSENMAN LLP
	Peter A. Siddiqui
	Jessica M. Mickelsen

	By:/s/ Jessica M. Mickelsen
	Counsel for Debtor and Debtor-In-Possession
	HashFast Technologies LLC and HashFast LLC

Dated: October __, 2014	BAKER HOSTETLER LLP
	Ashley M. McDow

	By:/s/ Ashley M. McDow
	Counsel for the Official Committee of
	Unsecured Creditors

4

EXHIBIT 1

Assets to be Sold

(a) Intellectual Property: including patents, patent applications, and masks

(b) Chips:

    1. Golden Nonce ASIC – 15,578

    2. Golden Nonce ASIC (Assembly in Progress) – 2,850

    3. Golden Nonce ASIC Substrate – 2,396

(c) Wafers – 80.84

(d) Non-chip inventory (including power supplies, fans, chassis, boards, and long lead parts)

    1. Rev 1 boards (tested) – 424

    2. Rev 2 boards (tested) – 150

    3. Rev 3 boards Yoli Evo Mining Boards – 59

    4. ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 – 4,922

    5. AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM – 13,850

    6. IR3550 PQFN 6x6mm – 178,800

    7. FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – 178,800

    8. IR3566B Digital PWM Controller 1C – 29,800

    9. ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – 7,450

    10. IR3823MTRPBF PQFN 4x5mm – 7,450

    11. Bolster Plates – 173

    12. Heatsinks – 558

    13. LTC3855 Dual, Multiphase Synchronous DC/DC Controller – 25,000

    14. Indium Foil Squares – 1,886

(e) Claims and causes of action against Simon Barber, co-founder and Chief Technology Officer of the Debtors, including preference, fraudulent transfer, and breach of fiduciary duty claims.