In re:                                                          Case No. 14-30725-DM
Hashfast Technologies LLC                                       Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-3          User: rwong          Page 1 of 2          Date Rcvd: Nov 04, 2014
                              Form ID: TRANSC      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
aty             Edwin E. Smith,    Bingham McCutchen LLP,    399 Park Avenue,    New York, NY  10022-4689
aty             Peter A. Siddiqui,    Katten Muchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL  60661-3693
aty            +Ray E. Gallo,    Gallo LLP,    1299 Fourth St., Suite 505,    San Rafael, CA 94901-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2014 at the address(es) listed below:
          Ashley  McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
          SGaeta@bakerlaw.com
          Ashley  McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
          SGaeta@bakerlaw.com
          Ashley  McDow    on behalf of Interested Party    Official Committee of Unsecured Creditors
          amcdow@bakerlaw.com, SGaeta@bakerlaw.com
          Ashley  McDow    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
          amcdow@bakerlaw.com, SGaeta@bakerlaw.com
          Caroline R. Djang    on behalf of Creditor    DigiMex Ltd cdjang@rutan.com
          Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
          csullivan@diamondmccarthy.com,  mdomer@diamondmccarthy.com
          Craig Stuppi    on behalf of Interested Party Eduardo  DeCastro craig@stuppilaw.com
          Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com,
          jdriggers@bakerlaw.com
          Elizabeth A. Green    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
          egreen@bakerlaw.com,  jdriggers@bakerlaw.com
          Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@piteduncan.com,
          gc@ecf.inforuptcy.com
          Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
          jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast Technologies LLC
          jessica.mickelsen@kattenlaw.com
          Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
          julie.m.glosson@usdoj.gov
          Kristen A. Palumbo    on behalf of Creditor    Liquidbits Corp. kristen.palumbo@bingham.com
          Michael Delaney    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
          mdelaney@bakerlaw.com,  SGaeta@bakerlaw.com
          Michael Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
          SGaeta@bakerlaw.com
          Nancy Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com, kim@trinhlawfirm.com
          Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
          Ori  Katz    on behalf of Interested Party Simon  Barber okatz@sheppardmullin.com
          Patrick  Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
          mvananda@gallo-law.com
          Robert G. Harris    on behalf of Creditor    Uniquify, Inc. rob@bindermalter.com
          Robert G. Harris    on behalf of Defendant    Uniquify, Inc. rob@bindermalter.com
          Sarah M. Stuppi    on behalf of Interested Party Eduardo  DeCastro sarah@stuppilaw.com
          Venkat  Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com,
          pete.morici@alumni.purdue.edu

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
                  keith.fendrick@hklaw.com,  Andrea.Olson@hklaw.com
                                                                                TOTAL: 27

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Hashfast Technologies LLC | Case No.: 14–30725 DM 11<br>Chapter: 11 |

### NOTICE OF FILING OF TRANSCRIPT
### AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/24/2014 was filed on November 1, 2014. The following deadlines apply:

The parties have until Monday, November 10, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, November 24, 2014.

If a request for redaction is filed, the redacted transcript is due Tuesday, December 2, 2014.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, January 30, 2015, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 11/6/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court