KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF ERRATA REGARDING DEBTORS' AUGUST 2014 MONTHLY OPERATING REPORT** |
| Debtor and Debtor-In-Possession | |

**PLEASE TAKE NOTICE THAT:**

On October 24, 2014, Debtors HashFast Technologies and HashFast LLC ("Debtors") filed their August 2014 Monthly Operating Report [Docket No. 217], which did not include certain bank statements from August 2014. These bank statements since have been supplied to the Debtors. Thus, to complete the record, Debtors hereby file this Notice of Errata to include these bank statements, as Exhibit A hereto, to the August 2014 Monthly Operating Report.

Dated: November 7, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen


By: /s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# EXHIBIT A



## Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>001523 4479173 0001 092196 10Z
HASHFAST TECHNOLOGIES LLC
DEBTOR IN POSSESSION
100 BUSH STREET, SUITE 650
SAN FRANCISCO CA 94014

# August 2014
Reporting Activity 08/01 - 08/31     Page 1 of 8

### Managing Your Accounts

 Phone:     (408) 654-4636

 Toll-Free:     (800) 774-7390

 Email:     clientservice@svb.com

Online:     www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Checking | XXXXXX2418 | $25,947.71 |
| **Total Balance** | | **$25,947.71** |

## Business Checking - XXXXXX2418

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2014 | Beginning Balance | $105,643.38 |
| 08/31/2014 | Ending Balance | $25,947.71 |
| | Total debits this period | $140,977.67 |
| | Total credits this period | $61,390.00 |
| | Service Charge | $108.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2014 | Beginning Balance | | | $105,643.38 |
| 08/01/2014 | COPOWER INVOICES<br>HASHFAST TECHNOLOGIES | -$628.00 | | $105,015.38 |
| 08/01/2014 | CHECK #1656 | -$2,391.99 | | $102,623.39 |
| 08/04/2014 | BOOK TRANSFER DEBIT<br>TO ACCOUNT 3301138576 | -$5.00 | | $102,618.39 |
| 08/04/2014 | SF BUS TAX PAYRL PURC060365<br>HASHFAST TECHNOL614888 | -$462.00 | | $102,156.39 |
| 08/04/2014 | EXPENSIFY<br>800-745-9064 CA<br>Ref0543684K78P Crd6326 Dt 8/03 | -$7.75 | | $102,148.64 |
| 08/04/2014 | VOICE CARRIER<br>888-3455203 CA<br>Ref5543687K57L Crd6326 Dt 8/01 | -$13.59 | | $102,135.05 |

Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM
Case: 14-30725   Doc# 230   Filed: 11/07/14   Entered: 11/07/14 15:23:53   Page 4 of 11

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ |
| | | | | | | ADD RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | | | | | | | $ |
| | | | | | | SUBTOTAL | $ |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?  ☐ Verified additions and subtractions in your checkbook?  ☐ Compared canceled checks to check stub?  ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
**(For Consumer Clients)**

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13


## Business Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/07/2014 | GOOGLE*SVCS APPS_HASHF HASHFAST TECHNOLOGIES | -$330.47 | | $101,804.58 |
| 08/07/2014 | WIRE OUT 40807L1B77D1C001066{ 201421905452;BNF WORKBRIDGE AS SOCIATES;OBI NICK KNUDSON WEEK | -$3,600.00 | | $98,204.58 |
| 08/07/2014 | WIRE FEE 40807L1B77D1C001066{ | -$12.00 | | $98,192.58 |
| 08/08/2014 | ADP PAYROLL FEES ADP - FEES HASHFAST TECHNOLOGIES | -$69.34 | | $98,123.24 |
| 08/08/2014 | CHECK #1670 | -$410.00 | | $97,713.24 |
| 08/11/2014 | CHECK #1662 | -$628.00 | | $97,085.24 |
| 08/11/2014 | CHECK #1667 | -$3,286.08 | | $93,799.16 |
| 08/12/2014 | FOG CREEK SOFTWARE, IN 8663642773 NY Ref5542950KFHJ Crd6326 Dt 8/11 | -$330.00 | | $93,469.16 |
| 08/12/2014 | CHECK #1665 | -$325.00 | | $93,144.16 |
| 08/13/2014 | FEDEX 468547821 MEMPHIS TN Ref0541019KGMJ Crd6326 Dt 8/12 | -$27.42 | | $93,116.74 |
| 08/13/2014 | SOLVE360 BY 06503317336 CA Ref5550629KGBM Crd6326 Dt 8/12 | -$39.00 | | $93,077.74 |
| 08/13/2014 | WIRE OUT 40813L1B77D1C000895{ 201422504218;BNF SONIC MANUFAC TURING TECHNOLOGIES;OBI INVOIC | -$2,000.00 | | $91,077.74 |
| 08/13/2014 | WIRE FEE 40813L1B77D1C000895{ | -$12.00 | | $91,065.74 |
| 08/13/2014 | CHECK #1666 | -$496.20 | | $90,569.54 |
| 08/14/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$7,963.18 | | $82,606.36 |
| 08/14/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$13,430.41 | | $69,175.95 |
| 08/14/2014 | WIRE OUT 40814L1B77D1C000198{ 201422601282;BNF MONICA HUSHEN ;OBI EXPENSE ACCOUNT APP'D BY | -$985.23 | | $68,190.72 |
| 08/14/2014 | WIRE FEE 40814L1B77D1C000198{ | -$12.00 | | $68,178.72 |
| 08/14/2014 | WIRE OUT 40814L1B77D1C001240{ 201422606298;BNF SANDGATE TECH NOLOGIES INC;OBI PAYMENT 3 OF | -$2,500.00 | | $65,678.72 |



## Business Checking - XXXXXX2418 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/14/2014 | WIRE FEE 40814L1B77D1C001240{ | -$12.00 | | $65,666.72 |
| 08/14/2014 | WIRE OUT 40814L1B77D1C001221{ 201422606216;BNF SANDGATE TECHNOLOGIES INC;OBI PAYMENT 1 OF | -$7,500.00 | | $58,166.72 |
| 08/14/2014 | WIRE FEE 40814L1B77D1C001221{ | -$12.00 | | $58,154.72 |
| 08/14/2014 | WIRE OUT 40814L1B77D1C001248{ 201422606259;BNF SANDGATE TECHNOLOGIES INC;OBI PAYMENT 2 OF | -$7,500.00 | | $50,654.72 |
| 08/14/2014 | WIRE FEE 40814L1B77D1C001248{ | -$12.00 | | $50,642.72 |
| 08/14/2014 | CHECK #1661 | -$365.00 | | $50,277.72 |
| 08/14/2014 | CHECK #1660 | -$818.00 | | $49,459.72 |
| 08/14/2014 | CHECK #1664 | -$951.38 | | $48,508.34 |
| 08/14/2014 | CHECK #1669 | -$4,785.00 | | $43,723.34 |
| 08/15/2014 | ADP TX/FINCL SVC ADP - TAX HASHFAST TECHNOLOGIES | -$121.91 | | $43,601.43 |
| 08/15/2014 | WIRE OUT 40815L1B77D1C001357{ 201422706542;BNF WORKBRIDGE ASSOCIATES;OBI NICK KNUDSON PAID | -$3,960.00 | | $39,641.43 |
| 08/15/2014 | WIRE FEE 40815L1B77D1C001357{ | -$12.00 | | $39,629.43 |
| 08/15/2014 | WIRE OUT 40815L1B77D1C001463{ 201422707125;BNF TRICOM FUNDING / KULA CONSULTING;OBI PAYMEN | -$5,130.00 | | $34,499.43 |
| 08/15/2014 | WIRE FEE 40815L1B77D1C001463{ | -$12.00 | | $34,487.43 |
| 08/15/2014 | WIRE OUT 40815L1B77D1C001325{ 201422706381;BNF TRICOM FUNDING / KULA CONSULTING;OBI PAYMEN | -$5,677.50 | | $28,809.93 |
| 08/15/2014 | WIRE FEE 40815L1B77D1C001325{ | -$12.00 | | $28,797.93 |
| 08/15/2014 | CHECK #1659 | -$122.36 | | $28,675.57 |
| 08/15/2014 | CHECK #1671 | -$131.14 | | $28,544.43 |
| 08/18/2014 | CHECK #1658 | -$1,926.81 | | $26,617.62 |
| 08/18/2014 | *CHECK #1668* | -$30,635.00 | | -$4,017.38 |
| 08/18/2014 | *OVERDRAFT FEE OVERDRAFT FUNDS* | -$30.00 | | -$4,047.38 |
| 08/19/2014 | RETURNED CHECK | | $30,635.00 | $26,587.62 |
| 08/19/2014 | REFUND OF OD/NSF FEE OVERDRAFT FUNDS | | $30.00 | $26,617.62 |
| 08/19/2014 | REFUND OF OD/NSF FEE | | $30.00 | $26,647.62 |

## Business Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/19/2014 | VOICE CARRIER<br>888-3455203 CA<br>Ref5543687KP3H Crd6326 Dt 8/18 | -$528.50 | | $26,119.12 |
| 08/19/2014 | RETURN ITEM FEE<br>OVERDRAFT FUNDS | -$30.00 | | $26,089.12 |
| 08/21/2014 | CHECK #1668 | -$30,635.00 | | -$4,545.88 |
| 08/21/2014 | OVERDRAFT FEE<br>OVERDRAFT FUNDS | -$30.00 | | -$4,575.88 |
| 08/22/2014 | RETURNED CHECK | | $30,635.00 | $26,059.12 |
| 08/22/2014 | REFUND OF OD/NSF FEE<br>OVERDRAFT FUNDS | | $30.00 | $26,089.12 |
| 08/22/2014 | REFUND OF OD/NSF FEE | | $30.00 | $26,119.12 |
| 08/22/2014 | ADP PAYROLL FEES ADP - FEES<br>HASHFAST TECHNOLOGIES | -$80.51 | | $26,038.61 |
| 08/22/2014 | RETURN ITEM FEE<br>OVERDRAFT FUNDS | -$30.00 | | $26,008.61 |
| 08/25/2014 | TRAPP ONLINE TRAPP ONLI<br>HASHFAST TECHNOLOGY | -$49.00 | | $25,959.61 |
| 08/25/2014 | WP ENGINE INC<br>877-9736446 TX<br>Ref7541823KW09 Crd6326 Dt 8/24 | -$11.90 | | $25,947.71 |
| 08/31/2014 | Ending Balance | | | $25,947.71 |

### Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 08/01/2014 | 1656 | $2,391.99 | 08/18/2014 | 1658* | $1,926.81 |
| 08/15/2014 | 1659 | $122.36 | 08/14/2014 | 1660 | $818.00 |
| 08/14/2014 | 1661 | $365.00 | 08/11/2014 | 1662 | $628.00 |
| 08/14/2014 | 1664* | $951.38 | 08/12/2014 | 1665 | $325.00 |
| 08/13/2014 | 1666 | $496.20 | 08/11/2014 | 1667 | $3,286.08 |
| 08/21/2014 | 1668 | $30,635.00 | 08/18/2014 | 1668 | $30,635.00 |
| 08/14/2014 | 1669 | $4,785.00 | 08/08/2014 | 1670 | $410.00 |
| 08/15/2014 | 1671 | $131.14 | | | |

\* Indicates skipped check number


THIS PAGE LEFT INTENTIONALLY BLANK

Court Redacted:
11/12/14



#1656    20140801    $2,391.99



#1659    20140815    $122.36



#1661    20140814    $365.00



#1664    20140814    $951.38



#1666    20140813    $496.20



#1668    20140821    $30,635.00



#1658    20140818    $1,926.81



#1660    20140814    $818.00



#1662    20140811    $628.00



#1665    20140812    $325.00



#1667    20140811    $3,286.08



#1668    20140818    $30,635.00




#1669    20140814    $4,785.00



#1670    20140808    $410.00



#1671    20140815    $131.14