KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Lead Case No. 14-30725 |
| | ) |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | ) Jointly Administered and Substantively ) Consolidated with: |
| | ) |
| Debtor and Debtor-In-Possession | ) Case No.  14-30866 |
| | ) |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) Chapter 11 |
| | ) |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | ) **NOTICE OF ERRATA REGARDING** ) **DEBTORS' SEPTEMBER 2014** ) **MONTHLY OPERATING REPORT** |
| | ) |
| Debtor and Debtor-In-Possession | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**PLEASE TAKE NOTICE THAT:**

On October 24, 2014, Debtors HashFast Technologies and HashFast LLC ("Debtors") filed their September 2014 Monthly Operating Report [Docket No. 218], which did not include certain bank statements from September 2014. The bank statements since have been supplied to the Debtors. Thus, to complete the record, Debtors hereby file this Notice of Errata to include these bank statements, as Exhibit A hereto, to the September 2014 Monthly Operating Report.

Dated: November 7, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen


By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

2

# EXHIBIT A



Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>000252 4588066 0001 092196 10Z
HASHFAST TECHNOLOGIES LLC
DEBTOR IN POSSESSION
100 BUSH STREET, SUITE 650
SAN FRANCISCO CA 94014

## Managing Your Accounts

 **Phone:**     (408) 654-4636

 **Toll-Free:**     (800) 774-7390

 **Email:**     clientservice@svb.com

**Online:**     www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Checking | XXXXXX2418 | $123,558.72 |
| **Total Balance** | | **$123,558.72** |

# Business Checking - XXXXXX2418

## Account Summary

| Date | Description | |
|---|---|---|
| 09/01/2014 | **Beginning Balance** | **$25,947.71** |
| 09/30/2014 | **Ending Balance** | **$123,558.72** |
| | Total debits this period | $74,761.16 |
| | Total credits this period | $172,406.17 |
| | Service Charge | $34.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2014 | Beginning Balance | | | $25,947.71 |
| 09/02/2014 | COPOWER INVOICES | -$478.00 | | $25,469.71 |
| | HASHFAST TECHNOLOGIES | | | |
| 09/02/2014 | EXPENSIFY | -$6.00 | | $25,463.71 |
| | 800-745-9064 CA | | | |
| | Ref0543684L500 Crd6326 Dt 9/01 | | | |
| 09/02/2014 | VOICE CARRIER | -$7.20 | | $25,456.51 |
| | 888-3455203 CA | | | |
| | Ref5543687L350 Crd6326 Dt 8/31 | | | |
| 09/02/2014 | WIRE OUT 40902L1B77D1C002177{ | -$10,000.00 | | $15,456.51 |
| | 201424510730;BNF SANDGATE TECH | | | |
| | NOLOGIES INC;OBI 10K INITIAL P | | | |
| 09/02/2014 | WIRE FEE 40902L1B77D1C002177{ | -$12.00 | | $15,444.51 |

Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

## CHECKS OUTSTANDING

| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER BALANCE THIS STATEMENT | $ |
| ADD RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | $ |
| SUBTOTAL | $ |
| SUBTRACT TOTAL ITEMS OUTSTANDING | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?  ☐ Verified additions and sub-tractions in your checkbook?  ☐ Compared canceled checks to check stub?  ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13


# Business Checking - XXXXXX2418 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/03/2014 | SAN FRANCISCO CIRCUITS<br>650-6557202 CA<br>Ref5543687L57L Crd6326 Dt 9/02 | -$8,797.53 | | $6,646.98 |
| 09/08/2014 | GOOGLE*SVCS APPS_HASHF<br>HASHFAST TECHNOLOGIES | -$336.93 | | $6,310.05 |
| 09/09/2014 | RINGCENTRAL, INC<br>SAN MATEO CA<br>Ref2524770LQ05 Crd6326 Dt 9/08 | -$6.01 | | $6,304.04 |
| 09/11/2014 | FOG CREEK SOFTWARE, IN<br>8663642773 NY<br>Ref5542950LDHJ Crd6326 Dt 9/10 | -$300.00 | | $6,004.04 |
| 09/15/2014 | SOLVE360 BY<br>06503317336 CA<br>Ref5550629LFBM Crd6326 Dt 9/12 | -$39.00 | | $5,965.04 |
| 09/19/2014 | ADP PAYROLL FEES ADP - FEES<br>HASHFAST TECHNOLOGIES | -$14.00 | | $5,951.04 |
| 09/19/2014 | VOICE CARRIER<br>888-3455203 CA<br>Ref5543687LM50 Crd6326 Dt 9/18 | -$528.50 | | $5,422.54 |
| 09/23/2014 | TRAPP ONLINE TRAPP ONLI<br>HASHFAST TECHNOLOGY | -$49.00 | | $5,373.54 |
| 09/24/2014 | WIRE IN 140924B1Q8383C013395<br>201426704348;ORG GUIDO ERNESTO<br>OCHOA HOMES;OBI OTROS PAGOSOR | | $171,312.50 | $176,686.04 |
| 09/24/2014 | WIRE FEE 140924B1Q8383C013395 | -$10.00 | | $176,676.04 |
| 09/25/2014 | SAN FRANCISCO CIRCUITS<br>650-6557202 CA<br>Ref5543687LV7X Crd6326 Dt 9/19 | | $1,093.67 | $177,769.71 |
| 09/25/2014 | WP ENGINE INC<br>877-9736446 TX<br>Ref7541823LV09 Crd6326 Dt 9/24 | -$99.00 | | $177,670.71 |
| 09/25/2014 | WIRE OUT 40925L1B77D1C001917{<br>201426809244;BNF UNIQUIFY, INC<br>. | -$54,000.00 | | $123,670.71 |
| 09/25/2014 | WIRE FEE 40925L1B77D1C001917{ | -$12.00 | | $123,658.71 |


## Business Checking - XXXXXX2418 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/29/2014 | ADP TX/FINCL SVC ADP - TAX | -$99.99 | | $123,558.72 |
| | HASHFAST TECHNOLOGIES | | | |
| 09/30/2014 | Ending Balance | | | $123,558.72 |