# EXHIBIT A

# (PART 2 OF 4)

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|-------:|
| 11 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUNE2014-LAX; DATE: 6/6/2014 - Account No. KM3280; Pacer Court Costs for June 2014; Los Angeles | 31.20 |
| 12 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-MAY2014-CHGO; DATE: 6/6/2014 - Account No. KM3279; Pacer Court Costs for June 2014; Chicago | 49.00 |
| 13 Jun 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 052714; DATE: 5/27/2014 - Out of Town Travel to San Franciso to attend hering on trustee motion and to meet with clients  5/22-5/24-14 | 473.31 |
| 17 Jun 14 | PAYEE: Arkadin Inc.; REQUEST#: 648455; DATE: 6/17/2014. - Check #225162 dated 6/17/14 - Audio conference calls - Peter Siddiqui incurred 5/16/14 | 16.29 |
| 19 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 24 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 24 Jun 14 | E-filing in USBC (Northern District of California) 6/3/14 | 100.00 |
| 25 Jun 14 | Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 220.00 |
| 25 Jun 14 | Fee Inv# 011-818818 on Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 48.00 |
| 25 Jun 14 | Peter Siddiqui 6/17/14 Chgo/SanFrancisco/Chgo Inv# 011-815933 | 938.62 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (38) envelopes, Date sent: 06/25/14 | 119.63 |
| 30 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (37) envelopes, Date sent: 06/26/14 | 62.97 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Filing Fee re Debtor's Motion to Convert to Chapter 11 with USBC Court on 6/3/14. | 922.00 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Fee for Voluntary Petition from USBC Courts re HashFast Technologies LLC. | 1,717.00 |
| 11 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6340482; DATE: 7/10/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/07/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 44.00 |
| 14 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/07/14 | 76.21 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070314; DATE: 7/3/2014 - Out of Town Travel to San Francisco for hearing and client meetings on 06/26/14 - 06/27/14 - cabs, meals, hotel. | 514.57 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070114; DATE: 7/1/2014 - Out of Town Travel to San Francisco for hearing on 06/17/14 - parking and cab fare. | 92.00 |
| 17 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/19/14. Messenger Fee $25, PDF/Fax Fee $22.50 | 47.50 |

14

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | Re: HashFast Technologies LLC, x10 docs (PDF courtesy copies delivered to Judge Montali). | |
| 17 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/11/14 | 76.21 |
| 18 Jul 14 | Jessica Mickelsen 7/8/14 LosAngeles/SanFran/LosAngeles inv #011-818818 | 144.00 |
| 21 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 070914; DATE: 7/9/2014 - Out of Town Travel to San Francisco for Meeting of Creditors at U.S. Trustee's Office on 7/8/14 (cab fare, BART fare and LAX Parking) | 97.70 |
| 22 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 07/14/14 | 68.23 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/20/14. Messenger Fee $25, PDF/Fax Fee $3<br>Re: HashFast Technologies LLC, Ex Parte, Decl, Order, POS (PDF courtesy copy delivered to Judge Montali). | 28.00 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/24/14. Messenger Fee $25, PDF/Fax Fee $82.50<br>Re: HashFast Techonologies LLC (PDF courtesy copy of docs to Judge Montali). | 107.50 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/26/14. Messenger Fee $25, PDF/Fax Fee $16<br>Re: Hashfast Technologies LLC, Decl, x2 Order, POS (PDF courtesy copy delivered to Judge Montali). | 41.00 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/27/14. Messenger Fee $25, PDF/Fax Fee $1.50<br>Re: HashFast Techonologies LLC, Amd App, POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LosAngeles inv #011-836826 | 490.00 |
| 24 Jul 14 | Jessica Mickelsen 7/14/14 LosAngeles/SanFran/LosAngeles inv #011-836825 | 48.00 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LA inv #011-837430 | 482.00 |
| 24 Jul 14 | Jessica Mickelsen 7/17/14 LosAngeles/SanFran/LA inv #011-838958 | 482.00 |
| 24 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6343795; DATE: 7/18/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/11/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 37.00 |
| 25 Jul 14 | E-filing for the United States Bankruptcy Court Northern District of California 6/23/14 | 75.00 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (29) envelopes, Date sent: 07/23/14 | 38.91 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelope, Date sent: 07/18/14 | 230.81 |
| 29 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/24/14 | 18.11 |
| 30 Jul 14 | VENDOR: SF Reporters; INVOICE#: 794; DATE: 7/29/2014 - Fee | 1,612.85 |

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | for certified transcripts of 7/15/14 341 examination of Monica Hushen (cont from 7/8/14), and 7/25/14 examination of Eduardo de Castro. | |
| 30 Jul 14 | Jessica Mickelsen 7/28/14 LA/SanFran/LA inv #011-843512 | 488.20 |
| 30 Jul 14 | Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo inv #011-841983 | 1,060.52 |
| 30 Jul 14 | Jessica Mickelsen 7/25/14 LosAngeles/SanFran/LA inv #011-843267 | 496.20 |
| 30 Jul 14 | Jessica Mickelsen 7/23/14 LosAngeles/SanFran/LA inv #011-843266 | 48.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814A; DATE: 7/18/2014 - Out of Town Travel to San Francisco for business meeting with client on 7/17/14 (LAX Parking $30 on 7/17/14, BART $18) | 48.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814B; DATE: 7/18/2014 - Travel - parking re: business meeting with client Monica Hushen 7/17/14 | 44.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814C; DATE: 7/18/2014 - Out of Town Travel to SanFrancisco for Meeting of Creditors - LAX Parking $30 & BART $27, 7/15/14 | 57.00 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (28) envelope, Date sent: 07/25/14 | 221.17 |
| 31 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 18.11 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 9.97 |
| 31 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 072314; DATE: 7/23/2014 - CourtCall ID 6336029  7-2-14 | 30.00 |
| 31 Jul 14 | Westlaw Legal Research: MUSSER,PAUL T on 07/30/2014 | 53.43 |
| 31 Jul 14 | E-filing of documents 7/25/14 | 75.00 |
| 31 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6381030; DATE: 7/29/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/28/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 37.00 |
| | **TOTAL:** | **$12,658.62** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $1,326.58 |
| Telephone Charges | $16.29 |
| Local Courier | $250.50 |
| Postage | $1,336.23 |
| Court Reporter Fees | $1,612.85 |
| Service Fees | $30.00 |
| Legal Research | $53.43 |
| Employee Overtime | $250.00 |
| Airfare | $4,945.54 |
| Court Costs | $2,837.20 |
| **TOTAL:** | **$12,658.62** |
| **MATTER TOTAL:** | **$66,948.62** |



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136987 |
| **Client:** | 385402 – HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** _____ **$66,948.62**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795900

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136988
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: **PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through July 31, 2014 ................................................................ $441.00

**CURRENT INVOICE TOTAL:** $441.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 05 Jun 14 | Siddiqui, Peter A. | Finalize Katten retention application and prepare same for filing and service | 0.50 |
| 03 Jul 14 | Siddiqui, Peter A. | Review Baker application (.1); correspondence with client and then with creditors' counsel re committee's desire to retain financial advisor (.1). | 0.20 |
| | | **TOTALS:** | **0.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **0.70** | | **$441.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136988 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** **$441.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136989
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)

For legal services rendered through July 31, 2014 ............................................................. $2,655.00

**CURRENT INVOICE TOTAL:** $2,655.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Jul 14 | Barbarosh, Craig A. | Review/analyze committee limited objection to KMR employment application. | 0.30 |
| 14 Jul 14 | Siddiqui, Peter A. | Conference with S. Barber re vacation issues and priority claim issues (.3); conference with S. Barber counsel re 341 meeting issues (.3). | 0.60 |
| 18 Jul 14 | Barbarosh, Craig A. | Review/analyze Kravitz employment letter | 0.10 |
| 29 Jul 14 | Siddiqui, Peter A. | Review employee agreements in connection with potential non-compete or enforcement actions available to estate (.5); conference with M. Hushen re same (.2); research issues re same (.4). | 1.10 |
| 30 Jul 14 | Siddiqui, Peter A. | Review resignation issues and confer with M. Hushen and S. Barber re same (.5); research implications of headcount issues, including budget and reporting issues (.5). | 1.00 |
| 31 Jul 14 | Siddiqui, Peter A. | Review status of employee resignations, including reviewing offer letters and employment agreements regarding competition (.8); conference with M. Hushen and S. Barber re same (.2). | 1.00 |
| | | **TOTALS:** | **4.10** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 0.40 | 810.00 | $324.00 |
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | **TOTAL:** | **4.10** | | **$2,655.00** |

2



# Katten
## Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** Craig A. Barbarosh
**Client:** 385402 - HashFast Technologies LLC
**Matter:** 00010 - EMPLOYEE MATTERS

**Invoice No.:** 1301136989
**Invoice Date:** 21 Aug 14

**Current Invoice Charges:**   **$2,655.00**

**Wire Instructions:**
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136990
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

**Re: <u>NON-WORKING TRAVEL</u>** (385402.00012)

For legal services rendered through July 31, 2014 ............................................................. $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Jun 14 | Siddiqui, Peter A. | Travel from Chicago to San Francisco. | 2.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Travel from San Francisco to Chicago. | 2.00 |
| | | TOTALS: | 4.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | TOTAL: | 4.00 | | $2,520.00 |

2



**KattenMuchinRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | |
|---|---|
| **Attorney:** | Craig A. Barbarosh |
| **Client:** | 385402 - HashFast Technologies LLC |
| **Matter:** | 00012 - NON-WORKING TRAVEL |

**Invoice No.:** 1301136990
**Invoice Date:** 21 Aug 14

**Current Invoice Charges:** __$2,520.00__

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



Katten
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136991
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through July 31, 2014 .................................................................. $16,008.50

Disbursements and other charges ...................................................................................... $30.00

**CURRENT INVOICE TOTAL:** $16,038.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 17 Jun 14 | Siddiqui, Peter A. | Attend creditors committee formation meeting | 1.50 |
| 17 Jun 14 | Siddiqui, Peter A. | Plan and prepare for creditors meeting with discussions and review of documents with M. Hushen, T. Wong and S. Barber | 1.60 |
| 26 Jun 14 | Siddiqui, Peter A. | Prepare for hearing on first day motions and motion to amend stipulation, including potential witness preparation of M. Hushen | 1.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Plan and prepare for hearing on amending stipulation and first day motions | 0.80 |
| 27 Jun 14 | Siddiqui, Peter A. | Review objections filed by creditors committee to cash management, retention, and motion to amend stipulation | 0.90 |
| 27 Jun 14 | Siddiqui, Peter A. | Conferences with R. Gallo, A. McDow, and J. Glosson before the hearing to resolve certain objections | 0.50 |
| 27 Jun 14 | Siddiqui, Peter A. | Attend hearing | 1.10 |
| 27 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee and Committee counsel following hearing re status of open issues, including sale options and claim objection options | 0.40 |
| 27 Jun 14 | Siddiqui, Peter A. | Update client re conference with US Trustee and Committee counsel | 0.20 |
| 02 Jul 14 | Siddiqui, Peter A. | Attend hearing on motion for ordinary course sales (.5) and plan and prepare for same, including preparations with M. Hushen (.5). | 1.00 |
| 03 Jul 14 | Mickelsen, Jessica M. | Telephone conference with P. Siddiqui re issues and background concerning continued hearing on motion to amend stipulation to appear at the hearing on Monday, as well as case development matters related to sales and a plan (1); follow-up conference call with client and P. Siddiqui re occurrences during call with Creditors Committee concerning the motion in preparation for the hearing (.7); follow-up with P. Siddiqui to discuss additional hearing matters (.1); briefly outline matters discussed during calls today in preparation for hearing on Monday with further preparation remaining for Monday (.6). | 2.40 |
| 08 Jul 14 | Mickelsen, Jessica M. | Meeting with clients, Committee counsel, and Committee chair following the 341 Meeting to discuss and attempt to resolve issues concerning sale of inventory before the continued hearing on Friday. | 1.00 |
| 11 Jul 14 | Mickelsen, Jessica M. | Review Committee's proposed changes to the last circulated proposals concerning a stipulated order for sale of inventory (.2); review and respond to communications of clients re proposed changes, declaration showing depreciating value of inventory, and other related matters (.7); analyze documents that client sent on depreciating market place value to assist with declaration (.5); continue to draft and revise supplemental brief based upon additional proposals and comments circulated and emails concerning | 9.80 |

2

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | depreciation value in the market (1.7); communications with client re 2004 exam, IP issues, and liability issues (.3); revise declaration of client based upon communications with client concerning depreciation value in the market and circulate drafts to client to review and revise, including review of extensive email exchanges supporting details of the order (1.1); communications with committee counsel to try to resolve and isolate remaining issues before the continued hearing (.6); follow-up with client re issues for the hearing to confirm with client and gain further factual information needed (.3); appear at continued hearing on motion (1); communications with client following hearing re results (.2); attend to revisions to stipulated order to reflect hearing results and circulate to all parties (1.3); multiple further communications with committee counsel to work out remaining issues following the hearing (.9); attend to further revisions to stipulated order to address issues of client (.4); review revisions from Liquid Bits counsel and make corresponding changes (.2); further communications with committee counsel to try to resolve last issue and relay response to clients for further follow-up (.3); review email from Liquidbits' counsel re disputed provision, and in support of us, and respond accordingly (.1). | |
| 28 Jul 14 | Siddiqui, Peter A. | Attend status hearing on sale motion (.6); plan and prepare for same, including numerous conferences with client and counsel to committee and buyer (1.0). | 1.60 |
| 28 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re court's order on the sale hearing, which was transformed into a status conference, to prepare accordingly, and Eduardo's examination (.4); review client's summary of sale issues and communications with committee counsel in preparation for status conference (.2); briefly review committee's amended opposition, declaration and exhibits in support before status conference (.2); appear at status conference (formerly the sale hearing) with P. Siddiqui (1); communications with P. Siddiqui following the hearing re results and next steps (.1). | 1.90 |
| 28 Jul 14 | Barbarosh, Craig A. | Attend telephonic hearing on sale motion. | 0.80 |
| | | **TOTALS:** | **26.50** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.80 | 810.00 | $648.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 15.10 | 575.00 | $8,682.50 |
| 41578 | Siddiqui, Peter A. | 10.60 | 630.00 | $6,678.00 |
| | **TOTAL:** | **26.50** | | **$16,008.50** |

4

## DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Description | Amount |
|---|---|---|
| 13 Jun 14 | PAYEE: CourtCall, LLC; REQUEST#: 648231; DATE: 6/13/2014 - Telephone Court Appearance 5/28/14 - 14-30725 | 30.00 |
| | **TOTAL:** | **$30.00** |

## SUMMARY OF DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| | | |
|---|---|---|
| Court Costs | | $30.00 |
| | **TOTAL:** | **$30.00** |
| | **MATTER TOTAL:** | **$16,038.50** |

5



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136991 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:** **$16,038.50**

### Wire Instructions:
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136992
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

**Re: <u>SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS</u>** (385402.00014)

For legal services rendered through July 31, 2014 ............................................................ $34,304.00

**CURRENT INVOICE TOTAL:** $34,304.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Jun 14 | Siddiqui, Peter A. | Draft schedules and statements | 0.60 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re schedules and statements, including reviewing information and timing issues | 0.60 |
| 09 Jun 14 | Musser, Paul T. | Conference with M. Hushen and P. Siddiqui re schedules and statement of financial affairs. | 0.50 |
| 11 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including question and answer prep | 0.40 |
| 11 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 0.60 |
| 13 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 1.00 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re drafts of schedules and statements | 0.10 |
| 16 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 0.50 |
| 16 Jun 14 | Siddiqui, Peter A. | Prepare for 341 and formation meeting in connection with same | 0.30 |
| 17 Jun 14 | Siddiqui, Peter A. | Review and revise schedules and statements for both debtors | 1.50 |
| 18 Jun 14 | Siddiqui, Peter A. | Review and revise schedules, statements, and UST IDI documentation | 0.80 |
| 18 Jun 14 | Siddiqui, Peter A. | Confer with M. Hushen re schedules, statements, and UST IDI documentation | 0.20 |
| 18 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of affairs for debtors. | 3.90 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 2.10 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise IDI questionnaire | 1.90 |
| 19 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of financial affairs for HashFast Technologies and HashFast. | 5.90 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize IDI questionnaire and compiling documents responsive to same | 2.30 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with UST analyst re same and follow up questions | 0.30 |
| 20 Jun 14 | Siddiqui, Peter A. | conferences with M. Hushen re IDI questionnaire, follow up questions, and schedules/SOFAs matters | 0.50 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize and revise schedules and SOFAs | 1.00 |
| 20 Jun 14 | Musser, Paul T. | Draft and revise schedules and statement of affairs for debtors HashFast LLC and HashFast Technologies. | 5.10 |
| 23 Jun 14 | Siddiqui, Peter A. | Finalize and file schedules | 2.90 |
| 23 Jun 14 | Siddiqui, Peter A. | Multiple calls with client to finalize schedules and confirm accuracy and completeness of same | 1.10 |
| 23 Jun 14 | Musser, Paul T. | Draft and revise schedules, statement of affairs and related documents for HashFast Technologies and HashFast. | 12.20 |
| 24 Jun 14 | Siddiqui, Peter A. | Review filed schedules and statements and confer with client re any necessary amendments | 0.30 |
| 24 Jun 14 | Siddiqui, Peter A. | Plan and prepare with client for Initial Debtor Interview and 341 meeting | 1.10 |
| 24 Jun 14 | Musser, Paul T. | Correspond with P. Siddiqui and Debtors re filing of schedules and SOFAs. | 0.20 |
| 26 Jun 14 | Siddiqui, Peter A. | Plan and prepare for Initial Debtor Interview with S. | 1.70 |

2

## PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Barber and M. Hushen | |
| 26 Jun 14 | Siddiqui, Peter A. | Attend and participate in Initial Debtor Interview with UST analyst P. Martin | 1.70 |
| 30 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including addressing certain issues raised at IDI and by proposed committee counsel | 0.80 |
| 01 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including lengthy calls with M. Hushen and S. Barber (2.0); review issues and documents raised in connection with 341 meeting preparation, including potential need to amend schedules (.7). | 2.70 |
| 02 Jul 14 | Mickelsen, Jessica M. | Consider and outline items to consider to amend schedules based upon communications during the Section 341 prep (.3); discuss items with counsel who prepared the schedules to alert of possible amendments (.1); attend to final revisions to answers to questions for 341 Meeting based upon further follow-up of client (.1); draft email to counsel to delineate items for consideration in amending scheduling and to discuss handling at Section 341 meeting (.2); further analyze schedules and statement of financial affairs of both entities in preparation for 341 Meeting (.3). | 1.00 |
| 02 Jul 14 | Musser, Paul T. | Conference with J. Mickelsen re schedules in preparation for meeting of creditors. | 0.20 |
| 03 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including review potential amendments to schedules (.3); confer with M. Hushen re same (.2). | 0.50 |
| 03 Jul 14 | Mickelsen, Jessica M. | Conference call with P. Musser re schedules and any issues therefrom that may be raised during the 341 Meeting in preparation for that meeting (.6); outline issues to amend in schedules and draft email to P. Siddiqui to summarize issues for follow-up discussion (.2). | 0.80 |
| 03 Jul 14 | Musser, Paul T. | Conference with J. Mickelson re schedules and 341 meeting. | 0.70 |
| 09 Jul 14 | Siddiqui, Peter A. | Review status of 341 meeting, including follow up meetings and preparation re same (.5); review any potential needed amendments to schedules and statements (.5). | 1.00 |
| 09 Jul 14 | Musser, Paul T. | Revise amended schedules and SOFAs. | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Plan and prepare for continued 341 meeting, including conferences with M. Hushen and S. Barber (.6); conference with J. Glosson re same (.1); review status of limited amendments to schedules and statements (.4). | 1.10 |
| 14 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs. | 0.40 |
| 15 Jul 14 | Siddiqui, Peter A. | Review amended schedules and results of continued 341 meeting in connection with same (.3); confer with client re 341 meeting issues, including potential committee interference issues (.2). | 0.50 |

3

## PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.70 |
| 16 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.20 |
| 18 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs | 0.60 |
| | | **TOTALS:** | **63.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 1.80 | 575.00 | $1,035.00 |
| 43153 | Musser, Paul T. | 31.10 | 460.00 | $14,306.00 |
| 41578 | Siddiqui, Peter A. | 30.10 | 630.00 | $18,963.00 |
| | **TOTAL:** | **63.00** | | **$34,304.00** |

4



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136992 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00014 - SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS | | |

**Current Invoice Charges:**      **$34,304.00**

**Wire Instructions:**
Reference: 385402.00014

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136993
Client No. 385402
Matter No. 00015

FEIN: 36-2796532

**Re: AUTOMATIC STAY MATTERS** (385402.00015)

For legal services rendered through July 31, 2014 ............................................................. $126.00

**CURRENT INVOICE TOTAL:** $126.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00015: AUTOMATIC STAY MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Jun 14 | Siddiqui, Peter A. | Review pending litigation and correspondence to plaintiffs re bankruptcy and recommendation of stay | 0.20 |
| | | **TOTALS:** | **0.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00015: AUTOMATIC STAY MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.20 | 630.00 | $126.00 |
| | **TOTAL:** | **0.20** | | **$126.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136993 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00015 - AUTOMATIC STAY MATTERS | | |

**Current Invoice Charges:**  $126.00

**Wire Instructions:**
Reference: 385402.00015

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145188
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

**Re: ASSET SALES/BIDDING PROCEDURES** (385402.00003)

For legal services rendered through August 31, 2014 ............................................................. $8,046.00

Disbursements and other charges ................................................................................. $1,115.56

**CURRENT INVOICE TOTAL:** **$9,161.56**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review proposal term sheet from committee and accompanying email (.9); correspondence with M. Hushen re same (.5); review and create diligence request list re same and respond to inquiries for additional information from committee (.4). | 1.80 |
| 04 Aug 14 | Barbarosh, Craig A. | Review/analyze committee sale proposal. | 0.20 |
| 06 Aug 14 | Siddiqui, Peter A. | Review issues re ordinary course sales, including chips, wafers, and potential limited IP license issues in connection with same and re ability to satisfy supply chain creditors (1.5); review supply chain contracts in connection with same (.2); conferences with committee counsel re sale steps (.3). | 2.00 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding court hearing. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Strategy regarding asset sales. | 0.20 |
| 11 Aug 14 | Siddiqui, Peter A. | Review status of intellectual property disputes in connection with possible sale or transaction involving same, including reviewing contracts and conferences with S. Barber re same. | 1.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz re bulk sale and bidding procedures and responses to committee proposal re sales issues | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz and A. McDow re sale efforts and strategies | 0.20 |
| 18 Aug 14 | Siddiqui, Peter A. | Review and comment on NDA with potential purchaser and discuss same, as well as sale prospect with client. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with client re sales issues, including potential strategies regarding build outs and resolution of possessory lien holder matters. | 0.40 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with potential purchaser regarding offer for assets, including bid protection and bidding procedures (.3); update calls with committee and client re same to garner unanimity in going forward strategy (.3). | 0.60 |
| 20 Aug 14 | Siddiqui, Peter A. | Conference with potential buyer's counsel regarding bids for assets. | 0.50 |
| 22 Aug 14 | Siddiqui, Peter A. | Review term sheet proposed by potential purchase and correspond with client re same. | 0.20 |
| 25 Aug 14 | Siddiqui, Peter A. | Conference with purchaser counsel re term sheet structure and bidding procedures/protections (.3); review and comment on term sheet, including discussions with client (.3); conference with committee counsel re same (.1); review status of open orders and potential orders, including steps needed to fulfill them (.4). | 1.10 |
| 27 Aug 14 | Siddiqui, Peter A. | Review status of proposals from potential buyers and discuss same with P. Kravitz. | 0.50 |
| 29 Aug 14 | Siddiqui, Peter A. | Review proposal from potential purchaser and analyze same (0.9); review status of revisions to proposal from alternate purchaser (.4); review status of ordinary | 3.00 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | course sales, including potential breaches of order confirmations and strategy for dealing with same (1.7). | |
| | | **TOTALS:** | **12.60** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 12.00 | 630.00 | $7,560.00 |
| | **TOTAL:** | **12.60** | | **$8,046.00** |

3

## DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 07 Aug 14 | Peter Siddiqui 8/5/14 Chgo/LosAngeles/Chgo inv #011-849600 | 1,010.56 |
| 25 Aug 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 080714; DATE: 8/7/2014  - Out of Town Travel to Meeting in Los Angeles with Creditors Committee and Client 08/05/14 | 105.00 |
| | **TOTAL:** | **$1,115.56** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | |
|---|---|
| Out of Town Travel | $105.00 |
| Airfare | $1,010.56 |
| **TOTAL:** | **$1,115.56** |

| | |
|---|---|
| **MATTER TOTAL:** | **$9,161.56** |

4



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145188 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** _____ **$9,161.56**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | _____ | **$67,649.00** |

**TOTAL BALANCE DUE:** _____ **$76,810.56**

**Wire Instructions:**
Reference: 385402.00003


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145189
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through August 31, 2014 .......................................................... $23,747.50

Disbursements and other charges................................................................................. $242.12

**CURRENT INVOICE TOTAL:** **$23,989.62**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 25 Jul 14 | Mickelsen, Jessica M. | Attend to preparations for examination of Eduardo (.9); attend examination of Eduardo (6.5); communications with counsel and client to brief on examination (.5); draft summary of examination, focusing on term sheet questions and answers, in preparation for sale hearing on Monday and identification of issues to be raised (1). | 8.90 |
| 08 Aug 14 | Siddiqui, Peter A. | Review issues re trustee motion to appoint chapter 11 trustee (.4); conference with J. Glosson re same (.2); conferences with committee counsel re same (.5); conference with client re same (.2); review trustee's motion (.4). | 1.70 |
| 11 Aug 14 | Siddiqui, Peter A. | Preparation session with S. Barber re continued 341 meeting (1.5); review prior transcripts in connection with same (.5). | 2.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber re 341 meeting, including preparation for same. | 0.50 |
| 14 Aug 14 | Siddiqui, Peter A. | Review and research issues regarding UST motion. | 0.50 |
| 15 Aug 14 | Siddiqui, Peter A. | Review pleadings filed in Morici lawsuit and potential affect on bankruptcy case and estate. | 0.50 |
| 18 Aug 14 | Siddiqui, Peter A. | Review Morici motion papers and discuss same with client (.2). | 0.20 |
| 19 Aug 14 | Siddiqui, Peter A. | Draft and revise objection to trustee motion (.7) and confer with S. Barber re same (.3). | 1.00 |
| 20 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same (.6). | 3.10 |
| 21 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion. | 3.00 |
| 21 Aug 14 | Musser, Paul T. | Research issues re motion to appoint trustee (2.4); conference with P. Siddiqui re the same (0.3). | 2.70 |
| 22 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to motion to appoint trustee and research issues re same. | 4.50 |
| 25 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same and re his declaration in support (1.1). | 3.60 |
| 26 Aug 14 | Siddiqui, Peter A. | Draft opposition to motion to appoint trustee and Barber declaration in connection with same, including multiple conferences with client re same. | 3.40 |
| 27 Aug 14 | Siddiqui, Peter A. | Finalize opposition to trustee motion, including Barber and Kravtiz declarations re same. | 3.00 |
| 28 Aug 14 | Siddiqui, Peter A. | Conference with committee counsel re trustee motion responses and hearing on same (.4); conference with client re same (.2). | 0.60 |
| | | **TOTALS:** | **39.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 8.90 | 575.00 | $5,117.50 |
| 43153 | Musser, Paul T. | 2.70 | 460.00 | $1,242.00 |
| 41578 | Siddiqui, Peter A. | 27.60 | 630.00 | $17,388.00 |
| | **TOTAL:** | **39.20** | | **$23,747.50** |

3

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | | Amount |
|------|-------------|---|--------|
| 31 Aug 14 | Westlaw Legal Research: SIDDIQUI,PETER on 08/22/2014 | | 66.22 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/21/2014 | | 175.90 |
| | | TOTAL: | $242.12 |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | | Amount |
|---|---|---|
| Legal Research | | $242.12 |
| | TOTAL: | $242.12 |

| | | |
|---|---|---|
| | MATTER TOTAL: | $23,989.62 |

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145189 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** _____ **$23,989.62**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |

**TOTAL OUTSTANDING BALANCE :** _____ **$10,828.44**

**TOTAL BALANCE DUE:** _____ **$34,818.06**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145190
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

**Re: CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through August 31, 2014 .............................................................. $945.00

**CURRENT INVOICE TOTAL:** $945.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review large unsecured claim filed by specific creditor and supporting documentation thereto (.4); confer with M. Hushen re potential objections thereto (.2). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Review claims filed by various litigation plaintiffs and assess appropriateness of same with M. Hushen. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review correspondence from various creditors re case status. | 0.50 |
| | | **TOTALS:** | **1.50** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | **TOTAL:** | **1.50** | | **$945.00** |

2



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145190 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:** **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| | | | **TOTAL OUTSTANDING BALANCE :** | **$613.50** |

**TOTAL BALANCE DUE:** **$1,558.50**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145192
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

**Re: EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through August 31, 2014 ............................................................ $4,347.00

**CURRENT INVOICE TOTAL:** $4,347.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.