# EXHIBIT A
# (PART 3 OF 4)

Case: 14-30725   Doc# 234-3   Filed: 11/26/14   Entered: 11/26/14 10:44:05   Page 1 of 41

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Aug 14 | Siddiqui, Peter A. | Review status of landlord demand and respond to same, including input from S. Barber. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review DX Corr contracts re potential IP issues and breaches of same. | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Review status of Uniquify contract matters and discuss same with A. McDow. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Review DXCorr documents and research issues re exclusivity. | 1.00 |
| 21 Aug 14 | Siddiqui, Peter A. | Review and comment on DX Corr and Uniquify contracts (1.1); conference with S. Barber re same and re applicability of same to certain circumstances (.6); update committee on contract matters (.2). | 1.90 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with real property landlord about termination/expiration of lease and closing out issues re same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with R. Harris re Uniquify contract issues, including new services and payment for same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Correspondence with client re interpretation of contracts, obligations to make payments, and potential litigation tactics available re same. | 0.50 |
| 28 Aug 14 | Siddiqui, Peter A. | Review supply chain contracts and strategy with client re potential claims to assert re same (1.3); correspondence with R. Harris re Uniquify contract issues (.2); review status of contracts to be assumed/rejected in bankruptcy case depending on various exit strategies (.5). | 2.00 |
| | | **TOTALS:** | **6.90** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 6.90 | 630.00 | $4,347.00 |
| | **TOTAL:** | **6.90** | | **$4,347.00** |



**KattenMuchinRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145192 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** _____ **$4,347.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 | |
| | | **TOTAL OUTSTANDING BALANCE :** | | | **$2,314.50** |

**TOTAL BALANCE DUE:** _____ **$6,661.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145193
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

| | |
|---|---|
| For legal services rendered through August 31, 2014 ........................................................ | $17,187.00 |
| Disbursements and other charges................................................................................... | $3,398.16 |

**CURRENT INVOICE TOTAL:**     **$20,585.16**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

# PROFESSIONAL SERVICES
## Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 01 Aug 14 | Barbarosh, Craig A. | Update regarding case operational issues. | 0.20 |
| 04 Aug 14 | Siddiqui, Peter A. | Review proposal from creditors' committee regarding sales, management, IP, and other issues involving the case (2.0); consult with client re same and plan and prepare for meeting with committee (1.1); review and comment on ordinary course sales issues (.3). | 3.40 |
| 04 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and committee negotiations. | 0.30 |
| 05 Aug 14 | Siddiqui, Peter A. | Meeting with committee chair and committee counsel regarding all open issues involving sales, management, intellectual property, claims, plans, and strategy going forward (6.5); conferences with M. Hushen and S. Taffler re strategy for meeting and feedback after it concluded (1.5). | 8.00 |
| 05 Aug 14 | Barbarosh, Craig A. | Update regarding meeting with creditors' committee. | 0.20 |
| 06 Aug 14 | Mickelsen, Jessica M. | Communications with counsel re status conference on August 8, 2014, draft notice thereon to file with the Court, and attend to filing. | 0.20 |
| 07 Aug 14 | Siddiqui, Peter A. | Multiple conferences with M. Hushen and S. Barber re CRO matters and next steps re sales and plan strategy, including strategies re wafer sales, board builds/chip sales, CRO retention, employee matters, and next steps | 2.50 |
| 08 Aug 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee motion to convert case. | 0.30 |
| 11 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re bankruptcy schedules to finalize remaining items (.2); multiple communications with P. Siddiqui re 341 meeting prep, schedules, and trustee's motion (.4). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber and M. Hushen re various open matters and strategy going forward, including CRO retention, other executive employment retention, sale strategies, governance issues, and plan of reorganization issues. | 1.00 |
| 14 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re changes to amended Schedule F for HashFast Technologies (.2); clarify basis for Gallo's 6 claims and disputes concerning those claims (.3); review subsequent client emails re further changes to Schedule F and communications with client to clarify those changes (.3); draft revisions to schedules to make all requested changes and send to client for date and signature (.6); revise creditor matrix, schedules, and statement of financial affairs in both cases for filing (.2) | 1.60 |
| 14 Aug 14 | Musser, Paul T. | Research re effect of operating agreement provisions. | 2.00 |
| 15 Aug 14 | Siddiqui, Peter A. | Conference call with P. Kravitz and S. Barber re financial condition, sales opportunities and alternatives and strategy going forward. | 1.10 |
| 15 Aug 14 | Mickelsen, Jessica M. | Review email from LookSmart's counsel and proof of | 0.50 |

## PROFESSIONAL SERVICES

Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | claim filed in support; send summary to P. Siddiqui for review and comment before responding; communications with counsel re LookSmart's claim and respond according to LookSmart's counsel (.1); discuss employment question related to payroll with employment counsel to be able to advise client on the same (.2); summarize results of communications for counsel to informally advise client (.2). | |
| 16 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and status. | 0.20 |
| 18 Aug 14 | Mickelsen, Jessica M. | Draft statement of cessation of Monica Hushen's duties as designated responsible individual and request for successor (.2); draft application and order to submit concurrently therewith per local rules (.8); send all to counsel for review and comment before filing (.1) | 1.10 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with V. Delaglio re transition of books/records and reporting matters from M. Hushen re same and strategy going forward re same. | 0.50 |
| 19 Aug 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re schedules, and attend to minor revisions to schedules accordingly (.1); communications with court re itemized list of additional creditors added by amendment (.2); compile and itemize list of additional creditors and send to counsel to determine whether any further creditors need to be added (.4); draft email to E. Lucero at the Court to send preliminary list to the court for service purposes (.1). | 0.80 |
| 21 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 21 Aug 14 | Barbarosh, Craig A. | Update regarding case issues. | 0.20 |
| 22 Aug 14 | Mickelsen, Jessica M. | Address further inquiries of Court concerning creditors to be added to the service list based upon amendment of schedules. | 0.10 |
| 22 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 22 Aug 14 | Barbarosh, Craig A. | Update regarding lease termination issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Review/revise draft opposition to US Trustee motion to appoint Chapter 11 trustee. | 0.40 |
| 27 Aug 14 | Mickelsen, Jessica M. | Communications from Committee counsel re opposition to UST's motion to appoint a trustee | 0.10 |
| 27 Aug 14 | Barbarosh, Craig A. | Confer with P. Siddiqui regarding case issues and sale effort. | 0.30 |
| 29 Aug 14 | Barbarosh, Craig A. | Review committee objection to U.S. Trustee motion to dismiss case. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Update regarding office lease issues. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| | | **TOTALS:** | **27.20** |

### SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 3.70 | 810.00 | $2,997.00 |
| 42892 | Mickelsen, Jessica M. | 5.00 | 575.00 | $2,875.00 |
| 43153 | Musser, Paul T. | 2.00 | 460.00 | $920.00 |
| 41578 | Siddiqui, Peter A. | 16.50 | 630.00 | $10,395.00 |
| | **TOTAL:** | **27.20** | | **$17,187.00** |

4

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 03 Aug 14 | Court cost; VENDOR: Chase Card Services; INVOICE#: 080314; DATE: 8/3/2014, USBC Courts San Francisco filing fee. | 176.00 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Pete Siddiqui Hashfast Technologies LLC 100 Bush St Ste 650,San Francisco CA,94104 US: On: 7/24/2014; Tracking ID: 780056313980 | 26.87 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/23/2014; Tracking ID: 804321869410 | 20.86 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: San Francisco Court Appointed SPE 2535 Mission Street, San Francisco CA,94110 US: On: 7/23/2014; Tracking ID: 804321869384 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/25/2014; Tracking ID: 804321868610 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: 160 Bush Corporation 100 Bush St, San Francisco CA,94104 US: On: 7/23/2014; Tracking ID: 804321869373 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: San Francisco CT Appointed SPE 2535 Mission St., San Francisco CA,94110 US: On: 7/25/2014; Tracking ID: 804321868609 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/25/2014; Tracking ID: 804321868620 | 30.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: - 100 Bush St, San Francisco CA,94104 US: On: 7/25/2014; Tracking ID: 804321868594 | 17.42 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/23/2014; Tracking ID: 804321869400 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Robert Smith Uniquity Inc 2030 Fortune Drive, San Jose CA,95131 US: On: 7/23/2014; Tracking ID: 804321869362 | 8.94 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 | 15.47 |

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 05 Aug 14 | DATE: 8/1/2014<br>From: Jessica Mickelsen To: Robert Smith Uniquity Inc. 2030 Fortune Drive, San Jose CA,95131 US: On: 7/25/2014; Tracking ID: 804321868631<br>VENDOR: Federal Express Corporation INVOICE#: 134318113 | 36.74 |
| 05 Aug 14 | DATE: 8/4/2014<br>From: Jessica Mickelsen To:  Clark Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 7/25/2014; Tracking ID: 802872329264<br>VENDOR: Federal Express Corporation INVOICE#: 134318113 | 36.41 |
| 06 Aug 14 | DATE: 8/4/2014<br>From: Jessica Michelson To: Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent MONT PQ,H4T2A3 CA: On: 7/24/2014; Tracking ID: 802872329286<br>Credit 7/16/14 Mickelson, Jessica - against Inv. No. 011-836826 LAX SFO LAX (billed on invoice #1301136987) | (490.00) |
| 06 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUL14-LAX; DATE: 8/6/2014  -  Account No. KM3280; Pacer Court Costs for July 2014; Los Angeles | 66.70 |
| 07 Aug 14 | Refund inv #011-57900 against inv #011-843512 Jessica Mickelsen 7/28/14 LA/Chgo/Wash (billed on invoice #1301136987) | (440.20) |
| 07 Aug 14 | Refund inv#011-57901 against inv #011-841983 Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo (billed on invoice #1301136987) | (1,012.52) |
| 07 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-JUL14-CHI; DATE: 8/6/2014  -  Account No. KM3279; Pacer Court Costs for July 2014; Chicago | 6.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from J. Mickelson to USBC San Francisco on 7/21/14.  Messenger fee $25, pdf/fax $42.  Courtesy copy to Judge Montali. Ex Parte, Declaration, ADR x2 POS, Notice, MTC. | 67.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from J. Mickelson to USBC San Francisco on 7/24/14.  Messenger fee $25, pdf fee $1.50.  Courtesy copy to Judge Montali.  Notice and Proof of Service. | 26.50 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from M. Mickelsen to USBC San Francisco on 7/28/14.  Messenger fee $25, PDF/fax fee $59.50.  Notice, Proof of Service.  Courtesy copy to Judge Montali. | 84.50 |
| 13 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  -  Messenger from J. Mickelson to USBC-San Francisco, CA on 07/07/14. Messenger Fee $29.75, PDF/Fax Fee $4.50<br>Re: HashFast Technologies, x4 docs (filing, cc to Judge Montali). | 34.25 |
| 13 Aug 14 | VENDOR: Summitt Reprographics; INVOICE#: 84435; DATE: 7/24/2014 764 copies | 58.29 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  -  Messenger from J. Mickelson to USBC-San Francisco, CA on 07/10/14. Messenger Fee $25, PDF/Fax Fee $1.50<br>Re: HashFast Technologies LLC, App Order, POS, Order (PDF courtesy copy delivered to Judge Montali). | 26.50 |

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/11/14. Messenger Fee $25, PDF/Fax Fee $5 Re: HashFast Technologies LLC, Suppl Brief, Decl, POS (PDF courtesy copy delivered to Judge Montali). | 30.00 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/15/14. Messenger Fee $25, PDF/Fax Fee $1.50 Re: HashFast Technologies LLC, Stipulation & POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 1,939.00 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 224.00 |
| 14 Aug 14 | VENDOR: Summit Reprographics; INVOICE#: 84449; DATE: 7/23/2014 645 scan of due diligence documents. | 56.24 |
| 14 Aug 14 | Jessica Mickelsen 8/12/14 LosAngeles/SanFran/LosAngeles inv #011-854801 | 488.20 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St, Ste 218, San Francisco CA, 94104 US: On: 8/6/2014; Tracking ID: 780101015215 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: AQS  401 Kato Terrace, Fremont CA, 94539 US: On: 8/6/2014; Tracking ID: 780101016900 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Road, Chester Springs PA, 19425 US: On: 8/6/2014; Tracking ID: 780101019997 | 20.86 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/6/2014; Tracking ID: 780101024264 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Attn: Robert Smith Uniquify, Inc. 2030 Fortune Drive, Ste 200, San Jose CA, 95131 US: On: 8/6/2014; Tracking ID: 780101011345 | 12.69 |
| 18 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 134832979 DATE: 8/18/2014 From: Jessica Mickelsen To: Ciera Technologies Ciera Tech 9300 Transcanada Highway,YUL PQ, H4S1K5 CA: On: 8/7/2014; Tracking ID: 802872329345 | 30.17 |
| 18 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/15/14 | 446.71 |
| 18 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/15/14 | 28.50 |
| 19 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date | 44.61 |

7

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | sent: 08/06/14 | |
| 19 Aug 14 | Photocopies for 08/19/2014 | 112.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 104.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 7.60 |
| 20 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelopes, Date sent: 08/07/14 | 18.11 |
| 21 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 080414A; DATE: 8/4/2014 - Out of Town Travel re Appearance at Rule 2004 Examination of Eduardo de Castro in San Francisco - parking at LAX | 48.00 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 8/19/2014; Tracking ID: 770880368330 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 8/19/2014; Tracking ID: 770880373487 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: AQS 401 Kato Ter, Fremont CA,94539 US: On: 8/19/2014; Tracking ID: 770880364221 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 8/15/2014; Tracking ID: 780132173297 | 16.96 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/15/2014; Tracking ID: 780132162988 | 34.66 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr, Ste 200, San Jose CA,95131 US: On: 8/19/2014; Tracking ID: 770880359152 | 12.69 |
| 22 Aug 14 | Exchange inv #011-856608 against inv #011-854801 Jessica Mickelsen 8/12/14 SanFran/LosAngeles | 48.00 |
| 25 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/07/14. Re: HashFash Technologies LLC, Notice of Status Conference, POS (PDF courtesy copy e-filed delivered to Judge Montali). | 25.00 |
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 8/15/2014; Tracking ID: 802579791072 | 36.41 |

8

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014 From: Jessica Mickelsen To: Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S2A9 CA: On: 8/19/2014; Tracking ID: 802579791083 | 36.41 |
| 26 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/15/14. Messenger Fee $25, PDF/Fax Fee $148 Re: HashFast Technologies LLC (PDF courtesy copy of various docs delivered to Judge Montali). | 173.00 |
| 26 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/19/14 | 76.73 |
| 27 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 081314; DATE: 8/13/2014 - Expense Reimbursement 8/13/14 - Reimbursement for travel expenses re: Continued Meeting of Creditors in San Francisco: LAX parking; Cab Fare; BART;Airline seat upgrade 8/12/14 - | 106.50 |
| 27 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/20/14 | 19.99 |
| 28 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/27/14 | 68.03 |
| 29 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 276462016 DATE: 8/29/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/19/2014; Tracking ID: 770880353176 | 20.86 |
| 29 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (2) envelopes, Date sent: 08/28/14 | 39.98 |
| 29 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/28/14 | 66.93 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/14/2014 | 5.76 |
| | **TOTAL:** | **$3,398.16** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $154.50 |
| Local Courier | $493.25 |
| Courier | $591.75 |
| Postage | $809.59 |
| Photocopy Costs | $2,386.60 |
| Document Imaging - Outside Service | $114.53 |
| Legal Research | $5.76 |
| Airfare | $(1,406.52) |
| Court Costs | $248.70 |
| **TOTAL:** | **$3,398.16** |

| | |
|---|---|
| **MATTER TOTAL:** | **$20,585.16** |

Case: 14-30725   Doc# 234-3   Filed: 11/26/14   Entered: 11/26/14 10:44:05   Page 12 of 41



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145193 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** <u>**$20,585.16**</u>

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |

**TOTAL OUTSTANDING BALANCE :** <u>**$66,948.62**</u>

**TOTAL BALANCE DUE:** <u>**$87,533.78**</u>

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145194
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

**Re: PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through August 31, 2014 .......................................................... $2,331.00

**CURRENT INVOICE TOTAL:** $2,331.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Aug 14 | Siddiqui, Peter A. | Draft and revise Province engagement letter (.5); correspondence with committee re same, including duties and compensation (.6); conference with J. Glosson and A. McDow re CRO issues (.3); update client re same and strategy going forward (.4) | 1.80 |
| 07 Aug 14 | Siddiqui, Peter A. | Review and revise engagement letter, including conference with P. Kravitz re same. | 0.50 |
| 08 Aug 14 | Siddiqui, Peter A. | Review and revise CRO engagement letter (.5); correspondence with P. Kravitz re same, including negotiating terms (.3); multiple calls with client re same (.6). | 1.40 |
| | | **TOTALS:** | **3.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | **TOTAL:** | **3.70** | | **$2,331.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145194 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** _____ **$2,331.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$441.00**

**TOTAL BALANCE DUE:** _____ **$2,772.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145196
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)

For legal services rendered through August 31, 2014 ............................................................ $3,132.00

**CURRENT INVOICE TOTAL:** $3,132.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 06 Aug 14 | Barbarosh, Craig A. | Review/analyze draft engagement letter from CRO. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding negotiations for CRO retention. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Review revised draft of CRO (Kravitz) engagement letter. | 0.20 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with E. Green re Kravitz retention agreement and issues re same (.3); conference with P. Kravitz re retention and compensation issues (.3). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Finalize P. Kravitz engagement letter, including discussions with S. Barber, L. Green, and P. Kravitz. | 1.40 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize engagement letter with CRO, including multiple discussions with client, committee, and CRO. | 0.70 |
| 15 Aug 14 | Siddiqui, Peter A. | Research employment issues involving payroll matters, deferred compensation, requests for layoffs, and strategy going forward, including lengthy conference with S. Barber re same. | 1.50 |
| | | **TOTALS:** | **4.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 4.20 | 630.00 | $2,646.00 |
| | **TOTAL:** | **4.80** | | **$3,132.00** |

2



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | |
| **Client:** | 385402 - HashFast Technologies LLC | |
| **Matter:** | 00010 - EMPLOYEE MATTERS | |

**Invoice No.:** 1301145196
**Invoice Date:** 26 Sep 14

**Current Invoice Charges:** _____ **$3,132.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136989 | 00010 | 2,655.00 | 2,655.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$2,655.00**

**TOTAL BALANCE DUE:** _____ **$5,787.00**

**Wire Instructions:**
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# Katten

**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush  Street
Suite 650
San  Francisco, CA 94103

Invoice No. 1301145197
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

**Re: NON-WORKING TRAVEL** (385402.00012)

For legal services rendered through August 31, 2014 ............................................................ $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Aug 14 | Siddiqui, Peter A. | Travel to and from Los Angeles for committee meeting. | 4.00 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | **TOTAL:** | **4.00** | | **$2,520.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145197 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:** _____ **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$2,520.00**

**TOTAL BALANCE DUE:** _____ **$5,040.00**

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145198
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through August 31, 2014 ......................................................... $630.00

**CURRENT INVOICE TOTAL:** **$630.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Aug 14 | Siddiqui, Peter A. | Attend status hearing on CRO matters, sale matters, and trustee matters. | 0.70 |
| 13 Aug 14 | Siddiqui, Peter A. | Attend status hearing on stayed JAMS matter involving Cavion to update judge on bankruptcy status and need to close the arbitration proceeding. | 0.30 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145198 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:** _____ **$630.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |

**TOTAL OUTSTANDING BALANCE :** _____ **$16,038.50**

**TOTAL BALANCE DUE:** _____ **$16,668.50**

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145199
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

**Re: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS** (385402.00014)

For legal services rendered through August 31, 2014 .......................................................... $4,561.00

**CURRENT INVOICE TOTAL:** $4,561.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs for debtor. | 0.80 |
| 12 Aug 14 | Siddiqui, Peter A. | Review and comment on amendments to schedules and statements. | 0.50 |
| 12 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 1.60 |
| 13 Aug 14 | Mickelsen, Jessica M. | Revise amended schedules and statement of financial affairs in HashFast Tech and HashFast LLC, and multiple communications with client on the same, before finalizing and sending to client for review and signature. | 3.40 |
| 13 Aug 14 | Musser, Paul T. | Revise debtors' schedules and statements of financial affairs. | 0.80 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize schedules and statements, including assisting in reconciling invoices and books are records with M. Hushen. | 1.00 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with J. Glosson re H. Hee and schedules (.1); follow up with R. Gallo re same and update of trustee re Elton Seah/Hamilton Hee relationship (.2). | 0.30 |
| | | **TOTALS:** | **8.40** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 3.40 | 575.00 | $1,955.00 |
| 43153 | Musser, Paul T. | 3.20 | 460.00 | $1,472.00 |
| 41578 | Siddiqui, Peter A. | 1.80 | 630.00 | $1,134.00 |
| | **TOTAL:** | **8.40** | | **$4,561.00** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145199 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00014 - SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS | | |

**Current Invoice Charges:** _____ **$4,561.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136992 | 00014 | 34,304.00 | 34,304.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$34,304.00**

**TOTAL BALANCE DUE:** _____ **$38,865.00**

**Wire Instructions:**
Reference: 385402.00014

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145200
Client No. 385402
Matter No. 00016

FEIN: 36-2796532

**Re: INSURANCE MATTERS** (385402.00016)

For legal services rendered through August 31, 2014 .......................................................... $630.00

**CURRENT INVOICE TOTAL:** **$630.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00016: INSURANCE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review status of insurance coverage, notifications of carriers, and potential claim issues. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00016: INSURANCE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145200 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00016 - INSURANCE MATTERS | | |

**Current Invoice Charges:** _____ **$630.00**

**TOTAL BALANCE DUE:** _____ **$630.00**

**Wire Instructions:**
Reference: 385402.00016

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150848
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u> (385402.00003)

For legal services rendered through September 30, 2014 ....................................................  $7,056.00

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$7,056.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $76,810.56 |
| **TOTAL BALANCE DUE:** | **$83,866.56** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Conference with committee re two offers to purchase assets and strategy re responding to same. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review and comment on committee sale term sheet. | 0.50 |
| 08 Sep 14 | Siddiqui, Peter A. | Conference with proposed purchaser re committee proposed buy out (.3); conference with client re same and re strategy going forward (.3); conference with committee counsel re same (.2). | 0.80 |
| 09 Sep 14 | Siddiqui, Peter A. | Review status of sales and orders, including revising order confirmation documents (.6); confer with client re same and re strategy going forward (.4); review status of offer from various purchasers, including written responses to same (.6). | 1.60 |
| 11 Sep 14 | Siddiqui, Peter A. | Review correspondence from potential purchasers re authority issues, access to inventory issues, and strategy going forward. | 0.60 |
| 12 Sep 14 | Siddiqui, Peter A. | Review correspondence from various asset bidder and confer with client re same (.5). | 0.50 |
| 16 Sep 14 | Siddiqui, Peter A. | Review status of open sales issues, including sales from inventory at Ciara and Uniquify, including offer sheets and potential recoveries re same. | 1.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and plan issues, including offers for remaining inventory and intellectual property and strategy re same (.8); review status of offers for inventory and best way to maximize value re same (.5). | 1.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Review status of sales with client, including potential negotiating strategies re bulk sales, wafer sales, and chip sales. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Review and comment on various asset purchase opportunities and discuss same with client (.5); review AQS document regarding Liquidbits sale and revise same (.5). | 1.00 |
| 25 Sep 14 | Siddiqui, Peter A. | Review status of pending sales and vendor cooperation re same (.3); review AQS letter and discuss same with Liquidbits counsel (.2). | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales, including pre-payments and vendor payments (.5); correspondence with client re bulk sales and intellectual property sales (.4). | 0.90 |
| 30 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and next steps, including potential auction motion (.7); draft and revise same (.3). | 1.00 |
| | | **TOTALS:** | **11.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | **Attorney or Assistant** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 11.20 | 630.00 | $7,056.00 |
| | **TOTAL:** | **11.20** | | **$7,056.00** |

3



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150848 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** _____ **$7,056.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |

**TOTAL OUTSTANDING BALANCE :** _____ **$76,810.56**

**TOTAL BALANCE DUE:** _____ **$83,866.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
**310-788-4620**
**lorena.mungarro@kattenlaw.com**

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150849
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through September 30, 2014 .................................................... $8,769.00

Disbursements and other charges................................................................................ $2,380.24

**CURRENT INVOICE TOTAL:** $11,149.24

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ......................................... $34,818.06
**TOTAL BALANCE DUE:** $45,967.30

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Sep 14 | Siddiqui, Peter A. | Conferences with Liquidbits counsel regarding potential dispute (.3); review documents re same (.5); conferences with client re dispute resolution and litigation tactics (.3). | 1.10 |
| 02 Sep 14 | Musser, Paul T. | Conference with P. Siddiqui re litigation strategy (0.2); research motion for turnover (0.3). | 0.50 |
| 03 Sep 14 | Musser, Paul T. | Draft and revise motion for turnover of unfinished wafers. | 0.90 |
| 08 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee, including reviewing pleadings and researching issues (1.7); confer with committee counsel re same and re substantive consolidation motion (.1); review potential issues and claims against contract counterparties for needless claims (.2). | 2.00 |
| 09 Sep 14 | Siddiqui, Peter A. | Plan and prepare for oral argument on motion to appoint trustee. | 0.60 |
| 10 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee (1.2); attend hearing re same (1.4); conference with client following hearing (.3). | 2.90 |
| 10 Sep 14 | Musser, Paul T. | Research re motion for turnover of inventory. | 2.00 |
| 11 Sep 14 | Siddiqui, Peter A. | Review status of S. Barber deposition and issues arising from same. | 0.50 |
| 15 Sep 14 | Siddiqui, Peter A. | Draft and revise complaint regarding turnover (.4); review status of document production requests from Committee (.3); review Ciara settlement proposal (.3). | 1.00 |
| 16 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint regarding turnover of wafers. | 2.10 |
| 17 Sep 14 | Siddiqui, Peter A. | Review adversary complaint for turnover (.5). | 0.50 |
| 17 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint re turnover of wafers. | 1.10 |
| 23 Sep 14 | Siddiqui, Peter A. | Conferences with client regarding 2004 requests and potential issues involving former employees. | 0.50 |
| | | **TOTALS:** | **15.70** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43153 | Musser, Paul T. | 6.60 | 460.00 | $3,036.00 |
| 41578 | Siddiqui, Peter A. | 9.10 | 630.00 | $5,733.00 |
| | **TOTAL:** | **15.70** | | **$8,769.00** |

2

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|-------:|
| 09 Sep 14 | Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo inv #011-868793 | 1,061.30 |
| 19 Sep 14 | exchange inv #011-874804 against inv #011-868793 Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo | 48.00 |
| 24 Sep 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 091214; DATE: 9/12/2014 - Expense Reimbursement dated 09/12/14; Travel to San Francisco for hearing on US Trustee's Motion to Appoint Chapter 11 Trustee on 09/09/14 - 09/10/14. | 1,113.99 |
| 30 Sep 14 | Westlaw Legal Research: SIDDIQUI,PETER on 09/09/2014 | 52.21 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/03/2014 | 12.29 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/10/2014 | 92.45 |
| | **TOTAL:** | **$2,380.24** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---:|
| Out of Town Travel | $1,113.99 |
| Legal Research | $156.95 |
| Airfare | $1,109.30 |
| **TOTAL:** | **$2,380.24** |

| | |
|---|---:|
| **MATTER TOTAL:** | **$11,149.24** |

3



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150849 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**     **$11,149.24**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |

**TOTAL OUTSTANDING BALANCE :**    **$34,818.06**

**TOTAL BALANCE DUE:**    **$45,967.30**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150850
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

**Re: CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through September 30, 2014 .................................................. $630.00

Disbursements and other charges.................................................................................. $16.26

**CURRENT INVOICE TOTAL:** $646.26

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $1,558.50

**TOTAL BALANCE DUE:** $2,204.76

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with California taxing authority re claims and open issues and update client re same. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2