# EXHIBIT A
# (PART 4 OF 4)

## DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 17 Sep 14 | PAYEE: Arkadin Inc.; REQUEST#: 656592; DATE: 9/17/2014. - Check #227980 dated 9/17/14 for the month of August 2014 - audio conference service - Peter Siddiqui incurred 8/15/14 | 9.66 |
| 30 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-AUG14-CHI; DATE: 9/22/2014 - Account No. KM3279; Pacer Court Costs for August 2014; Chicago | 6.60 |
| | **TOTAL:** | **$16.26** |

## SUMMARY OF DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | |
|------|--------|
| Telephone Charges | $9.66 |
| Court Costs | $6.60 |
| **TOTAL:** | **$16.26** |

| | |
|------|--------|
| **MATTER TOTAL:** | **$646.26** |

3



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301150850 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | | |

**Current Invoice Charges:**      **$646.26**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |
| | | **TOTAL OUTSTANDING BALANCE :** | | **$1,558.50** |

**TOTAL BALANCE DUE:**      **$2,204.76**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150851
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: <u>EXECUTORY CONTRACTS AND LEASES</u> (385402.00006)

For legal services rendered through September 30, 2014 ...................................................... $6,237.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$6,237.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $6,661.50 |
| **TOTAL BALANCE DUE:** | **$12,898.50** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Draft correspondence to landlord re alleged lease violations, lease termination issues, and confer with client re same. | 0.50 |
| 02 Sep 14 | Siddiqui, Peter A. | Review and comment on turnover motion regarding supply chain providers. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review draft turnover motion (.2); review contract terms re potential ownership dispute (.4). | 0.60 |
| 08 Sep 14 | Siddiqui, Peter A. | Review issues with Ciara Tech, including reviewing contract with same (.5); correspondence with Ciara in-house counsel re same (.1). | 0.60 |
| 09 Sep 14 | Siddiqui, Peter A. | Conference call with Uniquify (.5); react to same, including research in to Signetics (.5); review and revise turnover motion regarding wafers and chips, including research into same (1.1). | 2.10 |
| 11 Sep 14 | Siddiqui, Peter A. | Review Ciara contract (.3); confer with Ciara counsel re shipping product and potential resolution of disputes (.5); update client re same (.3). | 1.10 |
| 12 Sep 14 | Siddiqui, Peter A. | Review Ciara, Uniquify, and DxCorr matters, including potential claims and resolutions re same (1.0); multiple conferences with client re same (.5); conference with Ciara counsel re shipping current orders (.3); conference with committee counsel re same (.2). | 2.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Review release request from AQS and discuss same with counsel to Liquidbits (.2). | 0.20 |
| 23 Sep 14 | Siddiqui, Peter A. | Review issues re end of lease and moving out of leased space, including surrender of certain office equipment and the relocation of others. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re potential resolution of open issues and storage charges. | 0.40 |
| 25 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara re storage issues. | 0.30 |
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with landlord re moveout of leased space (.4); update conferences with client re same (.2). | 0.60 |
| | | **TOTALS:** | **9.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 9.90 | 630.00 | $6,237.00 |
| | **TOTAL:** | **9.90** | | **$6,237.00** |



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** 1301150851 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** 17 Oct 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | |

**Current Invoice Charges:** _____ **$6,237.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$6,661.50**

**TOTAL BALANCE DUE:** _____ **$12,898.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150852
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

For legal services rendered through September 30, 2014 ......................................................... $8,525.50

Disbursements and other charges....................................................................................... $1,337.39

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$9,862.89** |

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $87,533.78

**TOTAL BALANCE DUE:** **$97,396.67**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Sep 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee reply regarding motion to appoint trustee. | 0.30 |
| 05 Sep 14 | Siddiqui, Peter A. | Conference with Simon Barber re open issues, including resolution of claims, potential purchaser issues, MOR status, and next steps. | 0.50 |
| 05 Sep 14 | Musser, Paul T. | Assist in preparation of July and August 2014 monthly operating reports. | 0.30 |
| 08 Sep 14 | Siddiqui, Peter A. | Review and comment on MORs. | 0.50 |
| 08 Sep 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re upcoming deposition of S. Barber for purpose of defending on behalf of the debtors. | 0.10 |
| 10 Sep 14 | Siddiqui, Peter A. | Review inventory of HashFast safe (.3); confer with S. Barber and E. de Castro re moving out of leased space (.3); confer with client re open issues regarding sales, testing, and strategy going forward (.5). | 1.10 |
| 10 Sep 14 | Mickelsen, Jessica M. | Communications with committee counsel and S. Barber's personal counsel re logistics for S. Barber's deposition tomorrow. | 0.10 |
| 11 Sep 14 | Mickelsen, Jessica M. | Attend all day deposition of S. Barber in San Francisco | 7.50 |
| 15 Sep 14 | Mickelsen, Jessica M. | Production of documents pursuant to the deposition of S. Barber, including review of records for documents requested and to confirm production, outlining of additional documents needed that have not been produced and email with S. Barber discussing any production matters further. | 0.30 |
| 18 Sep 14 | Mickelsen, Jessica M. | Correspondence with S. Barber re document production and inquiry concerning focus of communications on TimeFire dispute | 0.50 |
| 19 Sep 14 | Mickelsen, Jessica M. | Communications with client re document production and 2004 exam issues | 0.30 |
| 22 Sep 14 | Mickelsen, Jessica M. | Communications with S. Barber re discovery and document production matters, as well as information re T. Wong | 0.20 |
| 23 Sep 14 | Mickelsen, Jessica M. | Telephone conference with S. Barber to assist with email discovery production. | 2.00 |
| 24 Sep 14 | Mickelsen, Jessica M. | Communication with S. Barber re BTC Guild mining revenue | 0.10 |
| 25 Sep 14 | Mickelsen, Jessica M. | Review email from S. Barber re discovery and respond accordingly to withhold document on basis of attorney-client privilege (.1); receive call from City and County of San Francisco re filing of 2013 payroll tax statement and relay message to team (.1). | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Update regarding inventory sales and plan preparation/negotiation. | 0.20 |
| | | **TOTALS:** | **14.40** |

Case: 14-30725    Doc# 234-4    Filed: 11/26/14    Entered: 11/26/14 10:44:05    Page 8 of 46

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

|  | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 0.70 | 810.00 | $567.00 |
| 42892 | Mickelsen, Jessica M. | 11.30 | 575.00 | $6,497.50 |
| 43153 | Musser, Paul T. | 0.30 | 460.00 | $138.00 |
| 41578 | Siddiqui, Peter A. | 2.10 | 630.00 | $1,323.00 |
|  | **TOTAL:** | **14.40** |  | **$8,525.50** |

3

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 04 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 135338620 DATE: 9/1/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/27/2014; Tracking ID: 854672883896 | 30.17 |
| 05 Sep 14 | PAYEE: AT&T TelcConference Services; REQUEST#: 655510; DATE: 9/4/2014. - To Record Client Related Charges pertain 2014 AT&T Teleconference Check #227274;J Mickelsen incurred 7/1/14 | 26.76 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/27/2014; Tracking ID: 770971321926 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/27/2014; Tracking ID: 770971329846 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/28/2014; Tracking ID: 770985375820 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/27/2014; Tracking ID: 770971303776 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Missiion St, San Francisco CA, 94110 US: On: 8/28/2014; Tracking ID: 770985346570 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/27/2014; Tracking ID: 770971325748 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/27/2014; Tracking ID: 770971334764 | 20.86 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith  Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/28/2014; Tracking ID: 770985293540 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 20.86 |

4

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/28/2014; Tracking ID: 770985324461 | |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 14.98 |
| | From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/28/2014; Tracking ID: 770985394630 | |
| 09 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 135575063 DATE: 9/8/2014 | 30.17 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/29/2014; Tracking ID: 854672883922 | |
| 15 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 8/20/14 re courtesy copy to Judge Montali.  Hashfast Technologies. Application of Order, Statement,  Order and Proof of Service | 31.50 |
| 15 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 224246; DATE: 9/15/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 9/12/14 re courtesy copy of Order and Proof of Service to Judge Montali.  HasFast Technology LLC. | 37.50 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30866). | 30.00 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30725). | 30.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Opposition, Declaration and Proof of Service to Judge Montali.  Hashfast Technologies LLC. Messenger fee $25, pdf $9. | 34.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Declaration and Proof of Service to Judge Montali.  Messenger fee $25, pdf $1. | 26.00 |
| 17 Sep 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 09/12/14 | 57.14 |
| 17 Sep 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 09/12/14 | 19.99 |
| 19 Sep 14 | Jessica Mickelsen 9/9/14 LA/Oakland/LA inv #011-58505 | 559.20 |
| 19 Sep 14 | VENDOR: CourtCall, LLC; INVOICE#: 6460090; DATE: 9/18/2014  -  CourtCall Telephonic Appearance fee for J. Mickelsen on 09/10/14 with USBC-San Francisco, CA (Hon. Dennis Montali) | 51.00 |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 20.79 |
| | From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 9/12/2014; Tracking ID: 771144964271 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |

5

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 9/12/2014; Tracking ID: 771145045988 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 9/12/2014; Tracking ID: 771145068202 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 12.64 |
| | From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 9/12/2014; Tracking ID: 771144929144 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 9/12/2014; Tracking ID: 771145023354 | |
| 23 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 136097166 DATE: 9/22/2014 | 36.24 |
| | From: Jessica Mickelsen To:  Ciara Technologies 9300 Transcanada Highway, Saint-Laurent, QU PQ,H4R1K5 CA: On: 9/12/2014; Tracking ID: 854672883944 | |
| 24 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278847039 DATE: 9/22/2014 | 23.42 |
| | From: Peter Siddiqui To: Amanda Demby Solution Trust 29209 CANWOOD ST,AGOURA HILLS CA,91301 US: On: 9/12/2014; Tracking ID: 771140194895 | |
| 24 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-AUG14-LAX; DATE: 9/22/2014  -  Account No. KM3280; Pacer Court Costs for August 2014; Los Angeles | 34.10 |
| 25 Sep 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 091514; DATE: 9/15/2014  -  Expense Reimbursement 9/15/14 - reimbursement for expenses incurred re travel to San Francisco for deposition - Parking $30; BART $9; AirBart $6 on 9/11/14 - | 45.00 |
| | **TOTAL:** | **$1,337.39** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $45.00 ✓ |
| Telephone Charges | $26.76 ✓ |
| Local Courier | $129.00 ✓ |
| Courier | $355.20 ✓ |
| Postage | $77.13 ✓ |
| Airfare | $559.20 ✓ |
| Court Costs | $145.10 ✓ |
| **TOTAL:** | **$1,337.39** |

| | |
|---|---|
| **MATTER TOTAL:** | **$9,862.89** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150852 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** $9,862.89

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |

**TOTAL OUTSTANDING BALANCE :** $87,533.78

**TOTAL BALANCE DUE:** $97,396.67

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150854
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through September 30, 2014 ....................................................  $2,709.00

**CURRENT INVOICE TOTAL:**  $2,709.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Sep 14 | Siddiqui, Peter A. | Conference with committee counsel re plan term sheet and structure. | 0.50 |
| 17 Sep 14 | Siddiqui, Peter A. | Draft plan term sheet. | 0.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Draft and revise plan term sheet (1.1); confer with E. Green re same (.4). | 1.50 |
| 19 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet (.4); confer with client re same (.1). | 0.50 |
| 22 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet to incorporate committee comments and recirculate to committee for comments. | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with A. McDow re status of plan issues and strategy going forward, including potential litigation steps (.5); revise term sheet for plan and disclosure statement (.5). | 1.00 |
| | | **TOTALS:** | **4.30** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.30 | 630.00 | $2,709.00 |
| | **TOTAL:** | **4.30** | | **$2,709.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150854 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**      $2,709.00

**TOTAL BALANCE DUE:**      $2,709.00

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150855
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: <u>NON-WORKING TRAVEL</u> (385402.00012)

For legal services rendered through September 30, 2014 ..................................................... $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ $5,040.00

**TOTAL BALANCE DUE:** $7,560.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Sep 14 | Siddiqui, Peter A. | Travel to San Francisco for motion to appoint trustee hearing. | 2.00 |
| 10 Sep 14 | Siddiqui, Peter A. | Travel to Chicago from San Francisco. | 2.00 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | **TOTAL:** | **4.00** | | **$2,520.00** |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150855 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:**    **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |
| 26 Sep 14 | 1301145197 | 00012 | 2,520.00 | 2,520.00 |

**TOTAL OUTSTANDING BALANCE :**    **$5,040.00**

**TOTAL BALANCE DUE:**    **$7,560.00**

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159112
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u>  (385402.00003)

For legal services rendered through October 31, 2014.......................................................... $13,963.50

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | $13,963.50 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $83,866.56 |
| **TOTAL BALANCE DUE:** | $97,830.06 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Oct 14 | Siddiqui, Peter A. | Draft and revise motion to approve auction (.4); correspond with committee counsel re same (.2). | 0.60 |
| 03 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (2.1); research issues re same (.7); confer with client re same (.2). | 3.00 |
| 06 Oct 14 | Siddiqui, Peter A. | Review and revise motion to approve auction and sale (.7); conference weith client re same and re status of ordinary course sales (.3). | 1.00 |
| 07 Oct 14 | Siddiqui, Peter A. | Review and revise term sheet re contract sale and confer with client re same. | 1.00 |
| 08 Oct 14 | Siddiqui, Peter A. | Revise motion to approve sale at auction (.5); review and comment on sale motion re contract right (.6); correspondence to client re ordinary course sales (.3). | 1.40 |
| 08 Oct 14 | Musser, Paul T. | Review and analyze Memorandum of Understanding and term sheet (0.3); begin drafting motion for sale re the same (0.3). | 0.60 |
| 09 Oct 14 | Musser, Paul T. | Draft and revise sale motion. | 1.90 |
| 10 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (.9); review and revise term sheet re contract purchase (.5). | 1.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Review status of contract rights purchase term sheet and correspondence with client re same (.3); review status of removal of certain inventory from Ciara and resolution of disputes (.3). | 0.60 |
| 17 Oct 14 | Siddiqui, Peter A. | Confer with potential purchase re contract rights purchase, including diligence into same and structure of sale agreement (.7); review status of auction and sale motion and confer with client re same (.3). | 1.00 |
| 20 Oct 14 | Siddiqui, Peter A. | Conference with client re status of sale matters (.5); review and revise auction motion (.2); review status of ordinary course sales and access to inventory (.3); review Time Fire letter and discuss same with S. Barber (.2). | 1.20 |
| 21 Oct 14 | Siddiqui, Peter A. | Review and revise motion for auction and sale, including proposed orders and declaration in support (.9); confer with committee counsel re same (.2). | 1.10 |
| 22 Oct 14 | Siddiqui, Peter A. | Confer with committee re sale issues (.2); conference with client re same, re contract sale, and re ordinary course sales (.3); conference with S. Barber re open sale issues (.2); revise sale motion (.2). | 0.90 |
| 23 Oct 14 | Siddiqui, Peter A. | Draft, revise, and finalize sale and auction motion, including negotiations with committee re same (1.7); confer with client re ordinary course sales and miscellaneous inventory sales (.3). | 2.00 |
| 24 Oct 14 | Siddiqui, Peter A. | Review and revise auction and sale procedures following hearing (.8); confer with committee counsel and client re same (.6); confer with S. Barber ordinary course sales and next steps re same (.3). | 1.70 |
| 28 Oct 14 | Siddiqui, Peter A. | Review and revise motion for bidding and auction procedures (1.8); confer with us trustee re same (.2). | 2.00 |
| 28 Oct 14 | Mickelsen, Jessica M. | Multiple communications with committee counsel re | 0.70 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | motion to approve notice (.2); revise notice to conform to the motion (.5). | |
| 30 Oct 14 | Siddiqui, Peter A. | Revise notice and auction procedures document prior to hearing (.2); review status of open sales orders, including regarding Ciara equipment and wafers and update with client re same (.6). | 0.80 |
| | | **TOTALS:** | **22.90** |

### SUMMARY OF PROFESSIONAL SERVICES
#### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.70 | 575.00 | $402.50 |
| 43153 | Musser, Paul T. | 2.50 | 460.00 | $1,150.00 |
| 41578 | Siddiqui, Peter A. | 19.70 | 630.00 | $12,411.00 |
| | **TOTAL:** | **22.90** | | **$13,963.50** |

3



**KattenMuchinRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301159112 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | | |

**Current Invoice Charges:** $13,963.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | $83,866.56 |

**TOTAL BALANCE DUE:** $97,830.06

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com


# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159113
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through October 31, 2014.......................................................... $1,800.00

**CURRENT INVOICE TOTAL:** $1,800.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $45,967.30
**TOTAL BALANCE DUE:** $47,767.30

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Oct 14 | Siddiqui, Peter A. | Review and finalize complaint for turnover (.8); confer with client re potential settlement with Ciara (.2). | 1.00 |
| 07 Oct 14 | Barbarosh, Craig A. | Review complaint filed against Uniquify. | 0.20 |
| 16 Oct 14 | Siddiqui, Peter A. | Conference with S. Barber re status of litigation and potential litigation against parties holding property. | 0.40 |
| 21 Oct 14 | Siddiqui, Peter A. | Review status of Uniquify litigation. | 0.20 |
| 24 Oct 14 | Siddiqui, Peter A. | Confer with R. Harris re adversary proceeding and wafer delivery (.3); update client and committee re same (.2). | 0.50 |
| 31 Oct 14 | Siddiqui, Peter A. | Review status of potential litigation against account debtor and alleged lienholder wrongfully possessing debtor property (.1); confer with Signetics re return of wafers (.4). | 0.50 |
| | | **TOTALS:** | **2.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 41578 | Siddiqui, Peter A. | 2.60 | 630.00 | $1,638.00 |
| | **TOTAL:** | **2.80** | | **$1,800.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159113 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**      **$1,800.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 | |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 | |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$45,967.30** |

**TOTAL BALANCE DUE:**      **$47,767.30**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159115
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through October 31, 2014........................................................ $945.00

**CURRENT INVOICE TOTAL:** $945.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $2,204.76
**TOTAL BALANCE DUE:** $3,149.76

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Case: 14-30725    Doc# 234-4    Filed: 11/26/14    Entered: 11/26/14 10:44:05    Page 27
of 46

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 10 Oct 14 | Siddiqui, Peter A. | Review indemnification demands and potential administrative expense claims (.8); review status of potential secured claims of supply chain service providers (.7). | 1.50 |
| | | **TOTALS:** | **1.50** |

### SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | **TOTAL:** | **1.50** | | **$945.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
**Suite 700**
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159115 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:**      **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |
| 17 Oct 14 | 1301150850 | 00005 | 646.26 | 646.26 |

**TOTAL OUTSTANDING BALANCE :**      **$2,204.76**

**TOTAL BALANCE DUE:**      **$3,149.76**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159117
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: **EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through October 31, 2014........................................................... $2,898.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | $2,898.00 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $12,898.50 |
| **TOTAL BALANCE DUE:** | $15,796.50 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Oct 14 | Siddiqui, Peter A. | Review issues re lease move out and confer with landlord re same (.2); review status of disputes with Ciara and confer with opposing counsel re same (.2). | 0.40 |
| 02 Oct 14 | Siddiqui, Peter A. | Negotiations with Ciara regarding inventory list and storage allegations (.5); conference with S. Barber and V. Delaglio re same and re transport of inventory (.5); confer with client re turnover avenues regarding wafers (.5). | 1.50 |
| 07 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolving open disputes. | 0.20 |
| 28 Oct 14 | Siddiqui, Peter A. | Conferences with Ciara re resolving storage and claim dispute (.8); update client re same (.2). | 1.00 |
| 29 Oct 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re settlement agreement | 0.20 |
| 30 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolution of open disputes (.7); confer with client re same (.3); review status of potential assumption and assignment of DXCorr contract and discuss same with potential purchaser (.3). | 1.30 |
| | | **TOTALS:** | **4.60** |


## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.60 | 630.00 | $2,898.00 |
| | **TOTAL:** | **4.60** | | **$2,898.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159117 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date** | 18 Nov 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** $2,898.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |

**TOTAL OUTSTANDING BALANCE :** $12,898.50

**TOTAL BALANCE DUE:** $15,796.50

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159118
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

| | |
|---|---|
| For legal services rendered through October 31, 2014........................................................ | $1,400.00 |
| Disbursements and other charges............................................................................ | $753.86 |
| **CURRENT INVOICE TOTAL:** | $2,153.86 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... | $97,396.67 |
| **TOTAL BALANCE DUE:** | $99,550.53 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Oct 14 | Mickelsen, Jessica M. | Review request for production from Committee counsel (.2); identify documents compiled for fourth production (.1); draft email to Committee counsel to respond to her request and send along with fourth production documents (.1) | 0.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Draft and revise joint status conference statement and correspondence with committee counsel re same. | 1.00 |
| 17 Oct 14 | Siddiqui, Peter A. | Finalize joint status conference statement (.3); conferences with committee counsel re same and re status of sale matters (.3). | 0.60 |
| 24 Oct 14 | Barbarosh, Craig A. | Review monthly operating reports. | 0.20 |
| | | **TOTALS:** | **2.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 42892 | Mickelsen, Jessica M. | 0.40 | 575.00 | $230.00 |
| 41578 | Siddiqui, Peter A. | 1.60 | 630.00 | $1,008.00 |
| | **TOTAL:** | **2.20** | | **$1,400.00** |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 08 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (18) envelopes, Date sent: 10/01/14 | 33.38 |
| 09 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/02/14 | 19.99 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 10/1/2014; Tracking ID: 771353554604 | 20.79 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 10/1/2014; Tracking ID: 771353544544 | 12.64 |
| 13 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 136893596 DATE: 10/13/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Trans Canada Highway, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/2/2014; Tracking ID: 802579791186 | 30.03 |
| 21 Oct 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-SEP14; DATE: 10/15/2014 - Account No. KM3280-LAX-SEP14; Pacer Court Costs for September 2014; Los Angeles | 14.50 |
| 22 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (19) envelopes, Date sent: 10/17/14 | 66.88 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 10/17/2014; Tracking ID: 771542482838 | 12.64 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 10/17/2014; Tracking ID: 771542472263 | 20.79 |
| 28 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 137430209 DATE: 10/27/2014 From: Jessica Mickelsen To: Ciara Technologies, 9300 Trans Canada Hwy, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/17/2014; Tracking ID: 802579791315 | 30.03 |
| 29 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/02/14. Re: HashFast Technologies LLC, Notice, POS (PDF cc delivered to Judge Montali). | 25.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 252.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 145.20 |
| 30 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/29/14 | 19.99 |
| 31 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/09/14. HashFast Technologies LLC v Uniquify, Adv | 25.00 |

3

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 31 Oct 14 | Complaint, Adv Pro Cover (PDF cc delivered to Judge Montali). VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/10/14. HashFast Technologies LLC v Uniquify, x2 Cert of Service (PDF cc delivered to Judge Montali). | 25.00 |
| | **TOTAL:** | **$753.86** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|--|--|
| Local Courier | $75.00 ✓ |
| Courier | $126.92 ✓ |
| Postage | $140.24 ✓ |
| Photocopy Costs | $397.20 ✓ |
| Court Costs | $14.50 ✓ |
| **TOTAL:** | **$753.86** |

| | |
|--|--|
| **MATTER TOTAL:** | **$2,153.86** |

4



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159118 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:**     **$2,153.86**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |

**TOTAL OUTSTANDING BALANCE :**    **$97,396.67**

**TOTAL BALANCE DUE:**    **$99,550.53**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159119
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: **PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through October 31, 2014.............................................................  $315.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$315.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $2,772.00 |
| **TOTAL BALANCE DUE:** | **$3,087.00** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 28 Oct 14 | Siddiqui, Peter A. | Confer with UST re Province/Kravitz retention(.3); confer with patent counsel re retention and payment issues (.2). | 0.50 |
| | | TOTALS: | 0.50 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.50 | 630.00 | $315.00 |
| | TOTAL: | 0.50 | | $315.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159119 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:**     **$315.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| 26 Sep 14 | 1301145194 | 00008 | 2,331.00 | 2,331.00 |

**TOTAL OUTSTANDING BALANCE :**     **$2,772.00**

**TOTAL BALANCE DUE:**     **$3,087.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159120
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through October 31, 2014......................................................... $378.00

**CURRENT INVOICE TOTAL:**  $378.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 27 Oct 14 | Siddiqui, Peter A. | Conference with committee counsel re plan issues and diligence re same (.3); confer with S. Barber re plan issues, effect of confirmed plan, and treatment of assets/liabilities in connection with same (.3). | 0.60 |
| | | **TOTALS:** | **0.60** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.60 | 630.00 | $378.00 |
| | **TOTAL:** | **0.60** | | **$378.00** |

2



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159120 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:** $378.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |

**TOTAL OUTSTANDING BALANCE :** $2,709.00

**TOTAL BALANCE DUE:** $3,087.00

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159121
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through October 31, 2014......................................................... $1,764.00

**CURRENT INVOICE TOTAL:** $1,764.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $16,668.50

**TOTAL BALANCE DUE:** $18,432.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 24 Oct 14 | Siddiqui, Peter A. | Attend status hearing, including update on sale, plan, and litigation matters (.8); plan and prepare for hearing (.3). | 1.10 |
| 30 Oct 14 | Siddiqui, Peter A. | Attend telephonic hearing on motion to approve auction and noticing procedures (1.0); plan and prepare for same, including further revisions to notice and discussions with committee counsel (.7). | 1.70 |
| | | **TOTALS:** | **2.80** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.80 | 630.00 | $1,764.00 |
| | **TOTAL:** | **2.80** | | **$1,764.00** |

2



# Katten

### Katten Muchin Rosenman LLP

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159121 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**      $1,764.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 |

**TOTAL OUTSTANDING BALANCE :**    $16,668.50

**TOTAL BALANCE DUE:**    $18,432.50

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com