KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>Hearing:<br>Date: December 19, 2014<br>Time: 9:30 a.m.<br>Ctrm: Hon. Dennis Montali<br>      235 Pine Street, Courtroom 22<br>      San Francisco, CA 94104<br><br>**DECLARATION OF PETER SIDDIQUI IN SUPPORT FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)** |

I, Peter A. Siddiqui, hereby declare under penalty of perjury,

1. I am an attorney admitted to practice in the state of Illinois, admitted pro hac vice in the above-captioned matter, and an attorney in the firm of Katten Muchin Rosenman LLP ("Katten"), which serves as counsel to the above-captioned debtors (the "Debtors") in their chapter 11 cases.

2. I have read the foregoing application of Katten for allowance of compensation and reimbursement of expenses (the "Application") and, based on my knowledge of Katten timekeeping, billing, and other procedures, together with my personal involvement in this matter, believe the contents are true and correct, to the best of my knowledge and information.

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Application meet the requirements set forth the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules for the Northern District of California and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

4. The compensation sought in the Application is the same as that customarily charged to non-bankruptcy clients of Katten.

5. The expenses for which Katten seeks reimbursement in the Application are those customarily charged to non-bankruptcy clients of Katten or, as to photocopying and selected other charges, discounted from those customarily charged to Katten's clients. Legal research is conducted through Westlaw and charges incurred as a result of such legal research are passed through and billed on a per use basis to Katten's client for which the research was performed. Legal research charges are not part of Katten's overhead expenses and Katten does not recognize a profit from them.

6. There is no agreement or understanding between Katten and any other person for a division of compensation as special counsel to the Debtors.

7. No division prohibited by the Bankruptcy Code will be made by Katten.

8. No agreement prohibited by Title 18, Section 155 has been made.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: November 25, 2014

_____
Peter A. Siddiqui