KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>　　　Debtor and Debtor in Possession.<br><br>x　Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>Hearing Date:<br>Date: December 19, 2014<br>Time: 9:30 a.m.<br>Dept:　Hon. Dennis Montali<br>　　　235 Pine St., Courtroom 22<br>　　　San Francisco, CA 94104<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)** |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on **December 19, 2014, at 9:30 a.m.** in Courtroom 22 of the above-captioned court located at 235 Pine St., San Francisco, CA 94104, the Court will hear the fee application (the "Application") of Katten Muchin Rosenman LLP (the "Firm" or "Applicant"), as follows:

| Professional | Fees Requested | Expenses Requested | Total Amount Requested | Time Period (interim or final as indicated) |
|---|---|---|---|---|
| The Firm (Addresses in caption page) | $329,896.00 | $24,451.98 | $354,347.98 | 6/6/2014 – 10/31/2014 (interim) |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014(c)(2), any opposition to the Application or other responsive pleading must be filed with the Clerk of the Bankruptcy Court and served on the Office of the United States Trustee and the Firm, Attn: Peter A. Siddiqui, Esq., Katten Muchin Rosenman LLP, 525 W. Monroe Street Chicago, IL 60661-3693, Email: peter.siddiqui@kattenlaw.com, not later than **7 days** prior to the hearing date. The failure to timely serve and file responsive papers may be deemed by the Court to be consent to the relief requested in the Application.

The Application is on file at the Bankruptcy Court. A complete copy of the Application will be provided to any party in interest upon written request made to the respective Applicant at the address listed above.

Dated: November 26, 2014

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession