# Exhibit "A"

# BakerHostetler

Koi Systems, Ltd.
Atention: Robert Edgeworth
1191 Center Point Drive, Suite A
Los Angeles, CA 90025-0509

| | |
|---|---|
| Invoice Date: | 11/26/14 |
| Invoice Number: | 50039516 |
| B&H File Number: | 05493/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**       **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

   **BALANCE FOR THIS INVOICE DUE BY 12/26/14**        $      319,679.51

# Remittance Copy

Please include this page with payment

**Invoice No:  50039516**

**Firm Contact Information**

Sandra Summerville-Powell
(310) 979-8470
ssummerville@bakerlaw.com

| Please Remit To:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland,OH  44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br><u>SWIFT Code: KEYBUS33</u> |
|---|---|
| Reference Invoice No:<br>50039516 | Email the "Remittance Copy" to<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

Koi Systems, Ltd.
Atention: Robert Edgeworth
1191 Center Point Drive, Suite A
Los Angeles, CA 90025-0509

| | |
|---|---|
| Invoice Date: | 11/26/14 |
| Invoice Number: | 50039516 |
| B&H File Number: | 05493/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**     **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

| Fees | $ | 268,820.50 |
|---|---|---|

**Expenses and Other Charges**

| | |
|---|---:|
| Filing Fees (E112) | 305.00 |
| Copier / Duplication (E101) | 213.10 |
| Court Costs (E112) | 437.00 |
| Telephone Charges (E105) | 93.95 |
| Meals while Traveling (E110) | 645.74 |
| Ground Transportation Out of Town (E110) | 1,924.37 |
| Messenger Service (E107) | 834.41 |
| Business Meals, etc. (E111) | 773.94 |
| Handling / Processing Charges (E119) | 17,912.11 |
| Teleconference Charges (E105) | 97.00 |
| Transcripts (E116) | 7,874.70 |
| Teleconference (E105) | 445.87 |
| Lodging (E110) | 3,255.23 |
| Postage (E108) | 2.88 |
| Delivery Services (E107) | 21.69 |
| Automated Research (E106) | 148.73 |
| Other Professional Services (E123) | 8,966.88 |
| Ground Transportation Local (E109) | 115.00 |
| Electronic Court Fees (E112) | 457.70 |
| Airfare/Trainfare (E110) | 6,129.87 |
| UCC Search Charges (E106) | 125.00 |

# BakerHostetler

Koi Systems, Ltd.
Atention: Robert Edgeworth
1191 Center Point Drive, Suite A
Los Angeles, CA 90025-0509

| | |
|---|---|
| Invoice Date: | 11/26/14 |
| Invoice Number: | 50039516 |
| B&H File Number: | 05493/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 3 |

Regarding:     **Hashfast Committee Counsel**
        **Local Mileage (E109)**                                      78.84

   **Total Expenses**                                        $    50,859.01

   **BALANCE FOR THIS INVOICE DUE BY 12/26/14**                     $    319,679.51

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:      11/26/14
Invoice Number:      50039516
Matter Number:      093044.000001
Page 4

**Regarding:**      **Hashfast Committee Counsel**

Matter Number:      093044.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Green Elizabeth A. | 102.00 | $ 515.00 | $ 52,530.00 |
| Swope Michael J. | 1.00 | $ 555.00 | $ 555.00 |
| Damji Lisa I | 2.20 | $ 510.00 | $ 1,122.00 |
| Parrish Jimmy D. | 28.10 | $ 430.00 | $ 12,083.00 |
| Payne Tiffany D. | 1.80 | $ 360.00 | $ 648.00 |
| Delaney Michael T. | 159.30 | $ 350.00 | $ 55,755.00 |
| Farivar, Fahim | 18.50 | $ 320.00 | $ 5,920.00 |
| Layden Andrew V. | 60.30 | $ 280.00 | $ 16,884.00 |
| Kepple Brandon E | 0.80 | $ 370.00 | $ 296.00 |
| McDow Ashley M. | 227.10 | $ 500.00 | $ 113,550.00 |
| Garner Harry | 4.50 | $ 350.00 | $ 1,575.00 |
| Beckmann Silvia Elena | 3.80 | $ 180.00 | $ 684.00 |
| Lane Deanna L | 33.40 | $ 230.00 | $ 7,682.00 |
| **Total** | **642.80** | | **$ 269,284.00** |

| Date | Name | Rate | Hours | Amount | Activity |
|---|---|---|---|---|---|
| 07/21/14 | Lane Deanna L | 230.00 | 0.90 | 207.00 | |

Creation of a Master Case Index; loading three transcripts from the July 8 and July 15 341(a) meetings into the document management system.

| | | | | | |
|---|---|---|---|---|---|
| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 | |

Load the transcript of the 2004 Examination of Monica Hushen to the document management system and Master File Index.

| | | | | | |
|---|---|---|---|---|---|
| 08/01/14 | Lane Deanna L | 230.00 | 0.20 | 46.00 | |

Load transcript of the 2004 Examination of Eduardo de Castro to the DMS and Master File Index.

| | | | | | |
|---|---|---|---|---|---|
| 08/11/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 | |

Continue review of issues regarding proposed notice to creditors of Committee website and other information.

| 08/12/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |
|---|---|---|---|---|

Finalize proposed notice to unsecured creditor and draft correspondence to Ms. Green regarding same.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding notice to creditors and obligations of committee to all creditors for reporting purposes.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding CRO Engagement Letter and revise same.

| 08/13/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |
|---|---|---|---|---|

Finalize notice to unsecured creditors.

| 08/13/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |
|---|---|---|---|---|

Review issues regarding adding additional content to Committee Website.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding CRO letter.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Emails to Peter Siddiqui regarding Engagement Letter of CRO.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding Engagement letter, revise same regarding CRO.

| 08/19/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |
|---|---|---|---|---|

Finalize notice to unsecured creditors.

| 08/27/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |
|---|---|---|---|---|

Review issues regarding committee's website and potential improvements to same.

| 09/19/14 | Lane Deanna L | 230.00 | 2.80 | 644.00 |
|---|---|---|---|---|

Review of Hashfast Technologies, LLC docket sheet, schedules, and claims register; downloading Proof of Claims 1-30 (and attachments) and preparing a detailed claims analysis for Ms. Green.

| 09/26/14 | Lane Deanna L | 230.00 | 2.90 | 667.00 |
|---|---|---|---|---|

Download Proof of Claims 31-75 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

| 10/02/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |
|---|---|---|---|---|

Downloading Proof of Claims 216-219 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green; comparison of amounts scheduled and amounts claimed for all unsecured claims to date

| 10/13/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |
|---|---|---|---|---|

Extensive review and update of amended schedule information and amounts in order to update claims register.

| | | | | |
|---|---|---|---|---|
| 10/14/14 | Lane Deanna L | 230.00 | 1.00 | 230.00 |

Continuation of the review of amended schedules for comparison with existing proof of claim register.

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Lane Deanna L | 230.00 | 4.50 | 1,035.00 |

Updating claims spreadsheet to add new and amended claims; revising spreadsheet to reflect all priority claims; preparing a notebook of all claims which indicate all or a portion of their claim as priority.

| | | | | |
|---|---|---|---|---|
| 10/31/14 | Lane Deanna L | 230.00 | 0.50 | 115.00 |

Review of claims register for new and amended filed claims.

**Administration (B100)**                    26.50        7,074.50

| | | | | |
|---|---|---|---|---|
| 06/25/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Review schedules and statement of financial affairs.

| | | | | |
|---|---|---|---|---|
| 06/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Prepare preliminary draft of committee bylaws.

| | | | | |
|---|---|---|---|---|
| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Julie Glosson regarding appointment as committee counsel, need for certain information from committee, and committee's approach for upcoming hearings.

| | | | | |
|---|---|---|---|---|
| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Edwin Smith regarding respective oppositions to motion to amend stipulation.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to United States Trustee transmitting copies of the oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with counsel for debtors, Ray Gallo, and/or the UST regarding resolution of numerous issues relating to motions and exit strategy moving forward.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Revise by-laws in accordance with input from various members of the committee (and/or their counsel), and correspondence to members of committee regarding same.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Appearance filed by Sustenas Operationos Saitarias and identify appropriate contact information contained therein.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for debtor and UST regarding proposed modifications to various orders.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Listen to audio recording of hearing in order to identify affirmative obligations of debtor with respect to information and documentation to be provided by debtor.

07/01/14   McDow Ashley M.                500.00        0.60        300.00
Review and analyze budget (and amended budget) provided by Debtors, and correspondence to/from members of committee and Debtors' counsel regarding same.

07/01/14   McDow Ashley M.                500.00        0.40        200.00
Conference call with Julie Glossen, Ankie To, and Rob Edgeworth regarding potential remedies for committee interference by member's lawyer.

07/01/14   McDow Ashley M.                500.00        0.40        200.00
Conference call with Julie Glosson and Ankie To regarding content and terms of cash management order proposed by debtors.

07/02/14   Delaney Michael T.             350.00        0.20        70.00
Review correspondence regarding proposed revisions to committee bylaws.

07/02/14   Layden Andrew V.               280.00        0.90        252.00
Review pleadings, status of case, and information necessary to setup unsecured creditors' committee website.

07/02/14   McDow Ashley M.                500.00        1.30        650.00
Prepare detailed summary of conference call with Debtors' counsel and Monica Hushen to be circulated amongst committee members.

07/02/14   McDow Ashley M.                500.00        0.50        250.00
Conference call with counsel for the Debtors and Monica Hushen regarding concerns of the committee with the budget proposed by the Debtors.

07/02/14   McDow Ashley M.                500.00        0.10        50.00
Conference call with Ed Smith regarding budget proposed by Debtors and approach of respective parties at upcoming hearing.

07/02/14   McDow Ashley M.                500.00        0.20        100.00
Conference call with Julie Glosson regarding results of hearing and intent of committee moving forward in light of same.

07/03/14   McDow Ashley M.                500.00        0.40        200.00
Review correspondence from Debtors' counsel regarding emergency request to sell chips and correspondence to/from committee regarding same.

07/04/14   McDow Ashley M.                500.00        0.20        100.00
Correspondence to/from Debtors' counsel regarding outline of dual exit strategies and correspondence to/from committee regarding same.

07/06/14   McDow Ashley M.                500.00        0.20        100.00
Correspondence to/from Peter Kravitz and Vincent Delaglio regarding content of website to be formed for benefit of all general unsecured creditors.

| | | | | |
|---|---|---|---|---|
| 07/07/14 | McDow Ashley M. | 500.00 | 3.90 | 1,950.00 |

Review file, including relevant correspondence and pleadings in preparation for 341(a) examination of Debtors, and prepare outline of questions for same.

| | | | | |
|---|---|---|---|---|
| 07/08/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Meeting with Simon Barber, Monica Hushen, Rob Edgeworth and Jessica Mickelson regarding potential resolution of various issues in case.

| | | | | |
|---|---|---|---|---|
| 07/08/14 | McDow Ashley M. | 500.00 | 6.30 | 3,150.00 |

Attend 341(a) meeting of creditors.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Prepare for and attend conference call with Debtors' counsel regarding the 2004 examination schedule, document production and proposed budget.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review email from client and telephone call regarding bank account payment.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Review audio recording of hearing in order and identify accurate terms to be included in proposed order and correspondence to/from Jessica Mikelson regarding same.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem regarding appointment of alternative representative for Digimex.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from Jessica Mikelson regarding modifications to be made to amended stipulated order in light of various requests from parties and instructions from Court at hearing on same.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding results of hearing and approach for stipulated order in light of same.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Jessica Mikelson regarding remaining terms of budget to be resolved, including comprises with respect to employee wages.

| | | | | |
|---|---|---|---|---|
| 07/12/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

| | | | | |
|---|---|---|---|---|
| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Jessica Mickelson regarding content of audio recording of hearing and implications of same on provisions of proposed stipulated order.

| | | | | |
|---|---|---|---|---|
| 07/13/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Debtors' counsel regarding stipulated order regarding the continued operation of the companies.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to committee regarding same.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with and correspondence to/from Ori Katz, counsel for Simon Barber, regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to/from committee regarding same.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Debtors' counsel regarding executed confidentiality agreement.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding proposed sale.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Pete Morici regarding new information learned with respect to Monica Hushen.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding call to discuss culpability of Simon Barber.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Willem van Rooyen regarding designation of Ben Lindner as representative for DigiMex, and correspondence to/from Julie Glosson regarding same.

| | | | | |
|---|---|---|---|---|
| 07/19/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Emails with Peter Siddiqui regarding substantive consolidation.

| | | | | |
|---|---|---|---|---|
| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review Motion for sub-consolidation.

| | | | | |
|---|---|---|---|---|
| 07/21/14 | Layden Andrew V. | 280.00 | 3.10 | 868.00 |

Review transcripts of 341(a) meeting; docket for issues relating to substantive consolidations.

| | | | | |
|---|---|---|---|---|
| 07/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding consent to sub-consolidation motion.

07/22/14   Lane Deanna L       230.00     1.50     345.00
Review of Northern District of CA Local Rules regarding Pro Hac Vice procedures; prepare Pro Hac Vice Motion for Elizabeth A. Green and Proposed Order, contact US District Court Clerk and US Bankruptcy Clerk to inform them of the mailing of Pro Hac Vice Motion and Proposed Order.

07/23/14   Green Elizabeth A.       515.00     0.80     412.00
Review issues regarding DIP lending and asset information.

07/24/14   Kepple Brandon E       370.00     0.80     296.00
Telephone call with Mr. Layden to discuss the term sheet proposed by Liquidbits Corp; review the term sheet provided by Mr. Layden; meet with Mr. Layden to discuss the status of the case and letter of intent.

07/24/14   Lane Deanna L       230.00     0.30     69.00
Contact US Bankruptcy Court to inquire if Pro Hac Vice Motion was received from US District Court; Pro Hac Motion received and filed.

07/27/14   Green Elizabeth A.       515.00     0.90     463.50
Review issues for Committee call regarding next steps.

07/27/14   Green Elizabeth A.       515.00     1.60     824.00
Telephone call with Committee regarding next steps.

07/28/14   McDow Ashley M.       500.00     1.00     500.00
Meeting with Eduardo Decastro and Craig Stuppi regarding viability of alternative exit strategy moving forward

07/28/14   Payne Tiffany D.       360.00     0.20     72.00
Review judge's docket order; correspondence with L. Green regarding same.

07/29/14   Green Elizabeth A.       515.00     0.30     154.50
Telephone call with Pete Siddiqui regarding issues related to case.

07/29/14   McDow Ashley M.       500.00     0.80     400.00
Review "emerging" proposal from Monica Hushen regarding ⸱ stipulated order and correspondence to/from Monica Hushen, committee and representatives of Province regarding same

07/29/14   McDow Ashley M.       500.00     0.70     350.00
Conference call with Rob Edgeworth, chair of committee, and representatives of Province regarding details of alternative plan

07/29/14   McDow Ashley M.       500.00     1.10     550.00
Conference call with Rob Edgeworth, Eduardo DeCastro, and Craig Stuppi regarding details of alternative exit strategy

07/29/14   McDow Ashley M.       500.00     0.40     200.00
Conference call with Robert Edgeworth, chair of committee, regarding recent correspondence from Monica Hushen and appropriate response to same in light of posture of case

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 11

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review Trustee issues.

| 07/30/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Review documents produced by Debtors, including order reports, bank "ledgers," and communications relating to attempts to procure DIP financing and to pursue alternative exit strategies, identify portions to be included in potential motion for appointment of Chapter 11 trustee, and confer with Rob Edgeworth, chair of committee, regarding same

| 07/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Monica Hushen regarding rejection of committee f                            under stipulated order

| 07/30/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Elizabeth Green regarding results of committee call and recent discussions with Debtors' counsel

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to meeting.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Monica Hushen, Peter Siddiqui and Willem von Roon regarding questions related to operations.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review proposal from Rob Edgeworth regarding plan to go forward with HashFast.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Eduardo DeCastro regarding alternative exit strategies.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Stipulation to Extend Deadline for Specifying Cure Amount Owing To Uniquify and assess whether need for committee to object.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and analyze Monthly Operating Report for June, identify specific questions to be asked, and identify how to address irregularities in same.

| 08/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Review alternative plans proposed by Guido and Willem and identify potential bankruptcy hurdles with respect to same in preparation for committee call to discuss all proposed plans.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Notice of Assumption and Cure Amount With Respect to Executory Contracts or Unexpired Leases and assess need to object in light of denial/withdrawal of sale motion.

| 08/01/14 | McDow Ashley M. | 500.00 | 2.50 | 1,250.00 |

Committee call regarding alternative plan(s) to be proposed to Debtors.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding recent developments in case.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding developments with respect to various employees and affiliates of Debtors.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding proposal for mining and other alternatives in preparation for settlement meeting.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Compose and respond to emails from and to Pete Siddiqui regarding meeting agenda and documents.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Conference with Rob Edgeworth and Ashley McDow regarding settlement meeting.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth, chair of committee, and Elizabeth Green in preparation for all hands on settlement meeting with Debtors.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Prepare for settlement negotiations with Debtor, including reviewing relevant pleadings, documents, and correspondence and confer with Elizabeth Green and Rob Edgeworth regarding same.

| 08/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding most recent reports submitted.

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Attendance on call with Committee.

| 08/05/14 | Green Elizabeth A. | 515.00 | 6.50 | 3,347.50 |
|---|---|---|---|---|

Attend meeting with Committee and Debtors regarding potential settlement.

| 08/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Eduardo DeCastro regarding concerns relating to Sean Taffler.

| 08/05/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Elizabeth Green and Rob Edgeworth regarding results of settlement negotiation and steps moving forward in light of same.

| 08/05/14 | McDow Ashley M. | 500.00 | 7.90 | 3,950.00 |
|---|---|---|---|---|

Settlement negotiation meeting with Debtor.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Pete Saddiqui regarding status update to be provided to UST and Court, conference call with Pete Siddiqui and Julie Glosson regarding same, and telephone call to Court regarding setting special status conference.

08/06/14 McDow Ashley M.     500.00     0.30     150.00
Conference call with Eduardo DeCastro and Rob Edgeworth regarding recent developments with respect to Sean Taffler.

08/06/14 McDow Ashley M.     500.00     0.10     50.00
Correspondence to/from Elizabeth Green and Andrew Layden regarding content and updating of website for creditor body.

08/06/14 McDow Ashley M.     500.00     0.10     50.00
Review Notice of Status Conference.

08/06/14 McDow Ashley M.     500.00     0.20     100.00
Conference call with Peter Kravitz regarding manner in which to handle certain matters in "transition" period.

08/06/14 McDow Ashley M.     500.00     0.30     150.00
Review potential retention agreement for Province (Kravitz) as CRO and correspondence regarding modifications to be made to same.

08/06/14 McDow Ashley M.     500.00     0.10     50.00
Correspondence from Peter Siddiqui regarding scope of CRO powers and correspondence to committee regarding same.

08/07/14 Delaney Michael T.     350.00     0.30     105.00
Review and draft response to correspondence from Province regarding launch of Committee website.

08/07/14 Green Elizabeth A.     515.00     0.50     257.50
Review issues regarding Agreement with Debtors and CRO.

08/07/14 McDow Ashley M.     500.00     0.20     100.00
Correspondence to/from Peter Kravitz regarding status of CRO retention agreement.

08/08/14 Delaney Michael T.     350.00     0.40     140.00
Review United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.

08/08/14 Green Elizabeth A.     515.00     0.90     463.50
Attend telephonic hearing regarding status conference.

08/08/14 Green Elizabeth A.     515.00     0.40     206.00
Telephone conference with Peter Siddiqui regarding issues related to reappointment of Trustee.

08/08/14 Layden Andrew V.     280.00     1.30     364.00
Review issues regarding and draft proposed notice to creditors of website.

08/08/14 McDow Ashley M.     500.00     0.50     250.00
Review and analyze Motion of United States Trustee to Appoint Chapter 11 Trustee or, in Alternative, to Convert Case to Chapter 7 and assess manner in which committee should respond based upon recent agreement regarding appointment of CRO.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of status conference, and manner in which to proceed with substantive consolidation in particular.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Craig Stuppi, counsel for Eduardo DeCastro, regarding Motion to Appoint Chapter 11 Trustee filed by UST.

| 08/09/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Confer with Peter Kravitz regarding process relating to implementation of CRO.

| 08/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro and Rob Edgeworth regarding process relating to implementation of CRO.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review issues regarding website for all creditors.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review issues related to CRO retention in light of status conference.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review and revise Notice to Creditors.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding modifications to be made to retention agreement for CRO.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui and to/from Peter Kravitz regarding status of retention agreement for CRO.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Attend weekly committee call.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Engagement Letter and concerns.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Approving Stipulation to Continue Pretrial Conference and Related Dates and Deadlines in Adversary Proceeding relating to non-dischargeability and assess impact of changes of Court on trustee's own intentions moving forward.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Review and analyze amendments to Statement of Financial Affairs, Summary of Schedules, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims and evaluate impact of amendments and manner in which to address same.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Committee call regarding retention of Peter Kravitz as CRO and business developments since same.

| 08/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Peter Kravitz, newly appointed CRO, regarding manner in which to proceed with wafer and chip sales in light of cash flow issues and potential alternatives to previous proposal.

| 08/17/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui, counsel for Debtor, and Peter Kravitz, newly appointed CRO, regarding plan moving forward in light of current status of business operations.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with and correspondence to/from Rob Edgeworth regarding 2004 examinations of Simon Barber and Tim Wong.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding designation of Davide as alternate representative for Antony Vo.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Hendrickson, creditor in case, regarding modification to be made to contact information.

| 08/20/14 | Damji Lisa I | 510.00 | 0.30 | 153.00 |
|---|---|---|---|---|

Strategize with Ms. McDow regarding business operations and 2004 examinations.

| 08/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review Debtor's Application For Order Approving Peter Kravitz as the successor responsible individual and Debtor's Statement of Appointment of Peter Kravitz as the successor individual, with the cessation of Monica Hushen, and confirm nothing therein is inconsistent with retention agreement of Peter Kravitz as CRO.

| 08/20/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Confer with Lisa Damji regarding status of case, including 2004 examinations, and business operations.

| 08/20/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding potential settlement with Simon, position on substantive consolidation motion, and scheduling of 2004 examination.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, Victor Delaglio, and Peter Siddiqui regarding status of business operations since implementation of CRO.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review and analyze Supply Agreement and Addendum thereto for Ciara and correspondence to/from Victor Delaglio regarding same.

| 08/22/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |
|---|---|---|---|---|

Finalize proof of service of notice to all unsecured creditors.

08/22/14 McDow Ashley M. 500.00 0.40 200.00
Conference call with Julie Glosson regarding status of case, including business operations since CRO was appointed, position of committee with respect to motion of UST to appoint Chapter 11 trustee or convert, and Hamilton Hee.

08/25/14 Delaney Michael T. 350.00 0.70 245.00
Review and draft response to correspondence from William Gouger regarding status of case and filing a proof of claim.

08/25/14 Delaney Michael T. 350.00 0.40 140.00
Review notice to creditors regarding status of case and case information.

08/26/14 Green Elizabeth A. 515.00 0.30 154.50
Further, telephone call with Peter Siddiqui regarding Trustee response.

08/26/14 Green Elizabeth A. 515.00 0.30 154.50
Telephone call with Peter Siddiqui regarding Trustee response.

08/26/14 McDow Ashley M. 500.00 0.40 200.00
Conference call with Peter Kravitz, CRO, regarding status of business operations and plan moving forward, including potential additional sources of capital and settlement with Simon Barber.

08/26/14 McDow Ashley M. 500.00 0.20 100.00
Conference call with Rob Edgeworth, chair of committee, regarding how to proceed in light of absence of Hamilton Hee and appointment of Davide Cavion as alternate for Antony Vo.

08/26/14 McDow Ashley M. 500.00 1.10 550.00
Weekly committee call regarding Liquidbits offer and status of business operations.

08/27/14 Green Elizabeth A. 515.00 0.30 154.50
Telephone call with Peter Siddiqui regarding issues related to Trustee motion.

08/27/14 Green Elizabeth A. 515.00 0.30 154.50
Review issues regarding Trustee motion.

08/27/14 McDow Ashley M. 500.00 0.20 100.00
Confer with Elizabeth Green regarding approach for opposition to UST Motion to Appoint Trustee or Convert.

08/28/14 Green Elizabeth A. 515.00 0.50 257.50
Telephone call with Peter Siddiqui regarding issues related to Trustee hearing.

08/28/14 McDow Ashley M. 500.00 0.30 150.00
Confer with Rob Edgeworth regarding topics discussed in committee call, including additional details regarding appropriate response to Liquidbits "offer".

08/29/14 McDow Ashley M. 500.00 0.10 50.00
Correspondence to/from Ray Gallo regarding whereabouts of Hamilton Hee.

| | | | | |
|---|---|---|---|---|
| 09/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Ms. McDow regarding the term sheet for Committee counter-proposal for asset sale.

| | | | | |
|---|---|---|---|---|
| 09/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Harry Garner regarding process to fill vacancy on committee in event of resignation or removal and correspondence to Rob Edgeworth regarding same.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Telephone call to chambers regarding Committee's intent to renotice hearing on substantive consolidation hearing.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review proof of service for substantive consolidation motion to evaluate the adequacy of service of same.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui regarding status of negotiations with Liquidbits, discussions with Uniquify, approach for trustee hearing, and 2004 examination of Simon Barber.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Peter Kravitz, Victor Delaglio and Rob Harris regarding conference call to discuss release of inventory.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Julie Glosson and Rob Edgeworth regarding absence of Hamilton Hee and how to proceed in light of same.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference calls with Rob Edgeworth regarding manner in which to deal with absence of Hamilton Hee, terms sheets sent to Liquidbits and and Shawn O'Connor, upcoming trustee hearing, and potential 2004 examination of Simon Barber.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding compromise relating to release of chips.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Telephone call to chambers regarding notice of continued hearing for substantive consolidation motion.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding mailing addresses for equity interest holders in Hashfast LLC.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding questions posed to Debtors related to recently filed Monthly Operating Reports.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding Tim Wong.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Kravitz, Victor Delaglio and Peter Siddiqui regarding approach for trustee hearing and status of motion for turnover relating to Uniquify and/or Signetics.

| 09/09/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call.

| 09/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding outcome of hearing and preparation of order on substantive consolidation motion.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review turnover issues related to Uniquify.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding hearing on substantive consolidation motion.

| 09/10/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Elizabeth Green regarding results of hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation and approach moving forward in light of same.

| 09/11/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding plan and chips in Korea regarding turnover.

| 09/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise proposed order granting motion for substantive consolidation.

| 09/12/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding status of website and inquires to committee.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to debtors' counsel regarding contact information for Tim Wong.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review Monthly Operating Report for July and Declaration of Peter Kravitz accompanying same and identify irregularities contained in same to be addressed with Debtors.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding contact information for Tim Wong.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails to Peter Siddiqui regarding issues related to turnover.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Kravitz regarding status of "offers" presented to committee for review.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Damji Lisa I | 510.00 | 0.20 | 102.00 |

Conference with Ms. McDow regarding various aspects of case; attention to issues regarding Committee Chair R. Edgeworth's reimbursement for expenses; telephone conference with Mr. Edgeworth regarding same.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding substantive consolidation order and potential plans for reorganization.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize and prepare substantive consolidation order for filing.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding substantive consolidation order.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review turnover issues and analyze ability to obtain turnover.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise cover letter to be sent to equity holders of Hashfast LLC with respect to substantive consolidation motion.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of various aspects of case.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding correspondence to Hamilton Hee with respect to fulfillment of his fiduciary duty.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Michael Delaney regarding content of proposed order approving motion for substantive consolidation in light of potential service issues and assess appropriate manner in which to handle same.

| | | | | |
|---|---|---|---|---|
| 09/18/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |

Review of Hashfast, LLC docket sheet, schedules, and claims register; downloading 19 Proof of Claims (and attachments) and preparing a detailed claims analysis for Ms. Green.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson and Robert Edgeworth regarding most recent communications with Hamilton Hee.

| 09/19/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Confer with creditors regarding status of the case and filing proof of claim; draft correspondence to same.

| 09/23/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio and Robert Edgeworth regarding status of business operations, including pending orders.

| 09/26/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding status of various aspects of case, including plan term sheet, various offers, potential lawsuit against Coinlab.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Draft supplemental order granting committee's motion to substantively consolidate the Hashfast bankruptcy estates.

| 09/29/14 | Lane Deanna L | 230.00 | 2.70 | 621.00 |
|---|---|---|---|---|

Download Proof of Claims 76-150 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with clerk of Court for Judge Montali regarding supplemental order approving substantive consolidation motion and confer with Michael Delaney regarding same.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding agenda for weekly committee call.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding potential effect of receiver appointed over Butterfly Labs on current case.

| 10/01/14 | Lane Deanna L | 230.00 | 2.60 | 598.00 |
|---|---|---|---|---|

Downloading Proof of Claims 151-215 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green

| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Supplemental Order Granting Official Committee of Unsecured Creditor's Motion for Substantive Consolidation and confirm no interlineations made by Court

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding potential lawsuit against Uniquify.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Ori Katz, Peter Siddiqui, and Jessica Mickelson regarding status of additional documents to be produced.

| 10/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review complaint filed by Debtors against Uniquify.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Change of Address for Debtors and correspondence to/from Peter Kravitz regarding same

| 10/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding extension of time to review transcript from initial portion of 2004 examination of Simon Barber.

| 10/09/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |

Continuation of the preparation of an updated claims matrix and downloading new and recently amended claims.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Amended Statement of Gallo LLP Under Rule 2019 and correspondence to Julie Glosson regarding same.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding recent correspondence relating to whereabouts of Hamilton Hee.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Complaint filed by Debtors against Uniquify and Signetics and assess potential impact of same on auction.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails with Peter Siddiqui regarding status issues.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review and revise status report.

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proposed Joint Status Report and correspondence to/from counsel for Debtors regarding same.

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Request for Special Notice to be filed in adversary proceeding against Uniquify and Signetics and approve same for filing.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings and correspondence to/from Liz Green in preparation for status conference.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding hearing.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding hearing and next steps.

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Monthly Operating Reports for August and September and confer with Robert Edgeworth regarding content and implications of same.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.20 | 86.00 |

Talk with Mr. Siddiqui regarding D&O policy.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |

Review HashFast D&O policy.

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.30 | 108.00 |

Correspondence to E. Green detailing pertinent language from Scottsdale Insurance Company Policy relevant to claims brought by creditors' committees.

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.80 | 288.00 |

Analyze Scottsdale Insurance Company Policy.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui regarding modifications to be made to Notice of Sale of Assets.

| 11/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Siddiqui, counsel for Debtors, regarding production of documents by Tim Wong (and need for no-waiver agreement with respect to same) and information to be provided by committee with respect to accrued professional expenses.

| 11/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Patricia Martin of UST regarding accrued professional expenses.

| 11/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding Hashfast Technologies monthly operating reports and need to amend same to include accrued professional fees.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' September 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' August 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

**Case Administration (B110)**           **135.90**      **60,813.00**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conduct weekly committee conference call.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proposal from Rob Harris, counsel for Uniquify, regarding sale of existing chips, and correspondence to chair of committee regarding same.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding launch of committee website and final content.

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with Simon Barber, Victor Delgado and Mike Swope regarding patents.

| 08/22/14 | Swope Michael J. | 555.00 | 1.00 | 555.00 |

Consult with president of Hashfast regarding patent applications.

**Asset Analysis And Recovery (B120)**      **3.10**      **1,554.00**

| 07/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review proposed term sheet from Liquidbits for emergency section 363 sale and confer with members of committee regarding same.

| 07/10/14 | Delaney Michael T. | 350.00 | 1.40 | 490.00 |

Review materials regarding and attend telephonic meeting regarding proposed sale of Hashfast Technologies to Liquidbits Inc.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with representatives of Province regarding analysis of most recent term sheet by and between Liquidbits and Debtors and appropriate response of committee to same.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and representatives of Liquidbits relating to details of current proposal to purchase assets of Hashfast.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Ed Smith regarding terms of sale which require additional due diligence to move forward.

| 07/18/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Analyze motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and attached documentation.

| 07/18/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Attend meeting regarding the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed response thereto.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding expedited motion and sale.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Follow up telephone call with Peter Siddiqui regarding expedited motion and sale.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review term sheet for proposed Liquidbits transaction.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|
Conference call with Michael Delaney and Rob Edgeworth regarding recent sale motion and approach of committee to opposition.

| 07/18/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |
|---|---|---|---|---|
Review and analyze Debtors' Motion to Sell Assets Free and Clear of Liens, and documents in support thereof, and provide detailed outline for opposition to same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|
Confer with Michael Delaney regarding content of opposition to Debtors' Motion to Sell Assets Free and Clear, including structure of same and additional legal research to be conducted with respect to same.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|
Review revised Term Sheet from Liquidbits.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|
Telephone call with Ashley McDow regarding sale motion, expedited motions and shortening time.

| 07/20/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |
|---|---|---|---|---|
Review issues regarding Debtors' sale motion and motion to shorten time and assess basis for committee's objection to same.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|
Confer with Mr. Edgeworth regarding potential declarations in support of the opposition to the sale motion.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
|---|---|---|---|---|
Draft argument outline for opposition to sale motion and evidence needed to support same.

| 07/21/14 | Garner Harry | 350.00 | 2.00 | 700.00 |
|---|---|---|---|---|
Assist with research and preparation of Committee opposition to sale motion.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|
Review issues regarding sales process.

| 07/21/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |
|---|---|---|---|---|
Review Court's order granting Motion to Shorten Time; review issues regarding potential motion for reconsideration of order.

| 07/21/14 | Layden Andrew V. | 280.00 | 4.30 | 1,204.00 |
|---|---|---|---|---|
Continue reviewing basis for, draft and finalize Committee's objection to motion to shorten time on Debtors' Sale Motion.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|
Draft email to potential overbidder for the sale of the Debtors businessor their assets.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|
Telephone call with Peter Siddiqui regarding issues related to sale motion and delivery of documents.

| | | | | |
|---|---|---|---|---|
| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 5.40 | 1,890.00 |

Draft opposition to motion to sell substantially all of the Debtors' assets to Liquidbits.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Willem van Rooyen regarding declaration in support of opposition to the sale motion

| 07/23/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Review and analyze sale motion and supporting documents.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding affidavits in opposition of sale motion.

| 07/23/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Review issues regarding opposition to sale motion, and draft affidavit of Jody Bloodworth.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Research requirements for sale under 363(b) in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review/revise declaration of Ashley McDow in support of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Research standards regarding sales free and clear of liens under 363(f) in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research regarding 363(m) good faith findings and the limitations placed thereon in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Research standards for assuming executory contracts in preparation of opposition to sale motion.

| 07/24/14 | Garner Harry | 350.00 | 0.50 | 175.00 |

Draft McDow declaration in support of committee's sale objection.

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review information from Debtors regarding call related to sale motion.

| 07/24/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Telephone call with Peter Siddiqui, Monica Hushen, Committee chair, and Ashley McDow regarding sale and alternatives.

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise affidavits for opposition to sale.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Multiple telephone call with Mr. Van Rooyen and draft affidavit of Digimex in opposition to Debtors' Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Multiple telephone calls with Mr. Shawn O'Connor in preparation of affidavit of Timefire in opposition to Debtors' Sale Motion. Draft affidavit in support of opposition.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Telephone call regarding and review expert analysis of Province Inc. in connection with opposition to Debtor's Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft affidavit of Jody Bloodworth in opposition to Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding potential purchasers and affidavits in opposition to Debtors' sale motion.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and analyze the declaration of Province in support of opposition to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review declaration of Digimex in support of opposition to sale motion and prepare same for filing.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the declaration of Ashley McDow in support of opposition to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to declaration of Ashley McDow in support of opposition to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare final version of opposition to sale motion for filing.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sale hearing.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Revise and finalize affidavit of Province Inc. in opposition to Debtors' Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Layden Andrew V. | 280.00 | 1.80 | 504.00 |

Review issues regarding and draft affidavit of Province Inc. in opposition to Debtors' Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/26/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Review issues regarding revisions to and execution of affidavits of Province Inc., Digimex, Timefire and Bloodworth in opposition to Debtors' Sale Motion.

| | | | | |
|---|---|---|---|---|
| 07/27/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding court order related to sale.

| 07/27/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |
|---|---|---|---|---|

Conference call with committee and Elizabeth Green regarding approach for hearing on Motion to Approve Sale of Assets and approach for case moving forward in light of tentative ruling from Court on same.

| 07/28/14 | Garner Harry | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Assist with finalizing declarations in support of sale objection; discuss same with Delaney.

| 07/28/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |
|---|---|---|---|---|

Review Term Sheet filed by the Debtors' and note regarding propoed sale.

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Pete Siddiqui regarding proposals.

| 07/30/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Review and analyze correspondence regarding proposed Liquidbits bulk sale and license agreement

| 07/30/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
|---|---|---|---|---|

Analyze potential options for competing plan and additional support for substantive consolidation motion

| 07/30/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |
|---|---|---|---|---|

Prepare for and attend conference call with Committee regarding proposed Liquidbits bulk sale and license agreement and timing of the motion to appoint trustee

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Pete Siddiqui regarding meeting related to issues related to proposal.

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Telephone call with Pete Siddiqui, Monica and William regarding proposal.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Provide comments to proposal.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding recent information relating to potential "purchase" o

| 08/01/14 | Green Elizabeth A. | 515.00 | 2.00 | 1,030.00 |
|---|---|---|---|---|

Telephone call with Committee regarding sales.

| 08/01/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Review proposal of Committee regarding bitcoin sales.

| 08/19/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Telephone calls to/from Peter Siddiqui regarding potential offer to be received from Liquidbits.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Ed Smith regarding status of committee's review of proposal of Liquidbits to purchase assets of Debtor(s).