08/27/14   McDow Ashley M.     500.00     0.10     50.00
Correspondence to Ed Smith, counsel for Liquidbits, regarding status of response of committee to most recent term sheet submitted.

09/01/14   McDow Ashley M.     500.00     0.50     250.00
Conference call with Peter Kravitz, Rob Edgeworth and Peter Siddiqui regarding structure of proposed counter to Liquidbits and Shawn O'Connor.

09/02/14   Delaney Michael T.     350.00     2.00     700.00
Draft term sheet for Committee counter-proposal for asset sale.

09/02/14   Delaney Michael T.     350.00     0.30     105.00
Confer with Ms. McDow regarding term sheet for Committee counter-proposal for asset sale.

09/03/14   Delaney Michael T.     350.00     0.20     70.00
Confer with Mr. Edgeworth regarding Committee's term sheet for counter-proposal for the sale of debtors' assets.

09/03/14   Delaney Michael T.     350.00     1.30     455.00
Review and revise Committee's term sheet for counter-proposal for the sale of debtors' assets.

09/03/14   McDow Ashley M.     500.00     0.10     50.00
Correspondence to Ed Smith and Peter Siddiqui regarding status of response to term-sheet.

09/05/14   Delaney Michael T.     350.00     0.30     105.00
Draft correspondence to Debtors' counsel regarding the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

09/05/14   Delaney Michael T.     350.00     0.20     70.00
Finalize the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

09/05/14   Delaney Michael T.     350.00     0.30     105.00
Review and draft response to correspondence regarding Committee approval of counter-proposal for the disposition of all or substantially all of the Debtors' assets.

09/07/14   McDow Ashley M.     500.00     0.20     100.00
Correspondence to/from Peter Kravitz regarding "counter" to Shawn O'Connor and correspondence to Shawn O'Connor regarding same.

09/08/14   McDow Ashley M.     500.00     0.10     50.00
Correspondence to/from Willem Van Rooyen and Rob Edgeworth regarding conference to discuss O'Connor proposal.

09/09/14   McDow Ashley M.     500.00     0.40     200.00
Review term sheet presented by Time Fire in preparation for call with Shawn O'Connor, Willem Van Rooyen, and Rob Edgeworth and confer with Rob Edgeworth regarding same.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Willem Van Rooyen, Shawn O'Connor, and Robert Edgeworth regarding response of committee to proposal made by Time Fire to purchase all or substantially all of the assets of the Debtors.

| 10/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding status of sale and proposed sale motion.

| 10/06/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and revise Debtors' Motion for Entry of Order Authorizing Sale of Property and correspondence to Debtors' counsel regarding modifications that must likely be made to same in order to obtain approval of Committee

| 10/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding potential purchase of claims against Simon Barber.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding sale motion.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Peter Siddiqui, Victor Delaglio and Elizabeth Green regarding manner in which proposed sale should be structured, content of plan of reorganization, and potential sales on the horizon.

| 10/14/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review asset sale alternatives and term sheet.

| 10/15/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review issues regarding sale motion and status.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review timeline for sale.

| 10/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to sale motion.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Research regarding local rules governing sale and auction motions and procedures.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Continue reviewing and revising proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Motion to Approve Sale of Assets Free and Clear, confer with Michael Delaney regarding same; and correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to same.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Pete Siddiqui and Ashley McDow regarding bid procedures.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise bid procedures.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding modifications to be made to sale motion (with respect to the nature and extent of marketing efforts in particular).

| 10/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and revise the bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Begin drafting the motion to approve bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding preparation of motion to approve bidding procedure and notice of sale.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding bid notice.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Liz Green and confer with Michael Delaney regarding results of hearing and structure of "revised" motion to approve notice of sale and bidding procedures.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Continue drafting motion to approve notice of sale of certain assets at auction.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the motion to approve notice of sale of certain assets at auction and proposed auction procedures.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review revised Notice of Sale of Certain Assets at Auction and identify potential revisions to be made to same (particularly with respect to auction of avoidance actions).

| 10/28/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review revised auction sale notice in preparation of motion to approve auction notice and bidding procedures.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtor's counsel regarding the motion to approve auction notice and bidding procedures.

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Finalize motion to approve auction notice and bidding procedures.

| 10/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone conference regarding notice of bid procedures with Peter Siddiqui and Ashley Mcdow.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures to confirm terms reflect those approved.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding structure of Notice of Sale of Certain Assets at Auction and motion to approve same in light of potential ordinary course sale in process.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Peter Siddiqui regarding auction of all claims and causes of action against Simon Barber and conference call with Robert Edgeworth, chair of the committee, regarding same.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and revise Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings, including various notice(s) and motion(s), in preparation for hearing on Motion to Approve Notice and to approve bidding procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata With Respect to Motion to Approve Notice of Sale of Certain Assets At Auction and Auction Procedures and Proposed Notice.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Finalize notice of sale and auction procedure to incorporate the Court's comments.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from opposing counsel regarding the notice of sale and auction procedure.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review order approving notice of sale and auction procedure and prepare same for filing.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review revised Notice of Sale of Certain Assets at Auction and correspondence to/from Peter Siddiqui regarding revisions to be made.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz, counsel for Simon Barber, regarding potential structure of bid from Simon Barber.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with and correspondence from Peter Siddiqui regarding location of auction to be held.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Sididiqui and to/from Michael Delaney regarding status of order granting Motion to Approve Notice and to approve bidding procedures.

| 11/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from debtor's counsel and Ms. McDow regarding the order on the motion to approve auction procedures.

**Asset Disposition (B130)**      **97.80**      **38,538.50**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Meeting with committee chair regarding the selection of Baker & Hostetler as counsel for the committee.

| 06/25/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Robert Edgeworth, chair of committee, regarding immediate steps to be taken moving forward

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward

| 06/26/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |

Conduct first meeting of creditors' committee.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with and correspondence to/from Elizabeth Green regarding results of hearing, and impact of same on strategy of committee moving forward.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Caroline Djang and representative of Digimex regarding discussions relating to validity of claim filed by Digimex and procedure relating to any potential objection(s) thereto.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jeff Golden, counsel for Koi Enterprises, regarding results of hearings and impact of same on various moving parts.

| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Draft detailed summary of results of hearing and correspondence to committee members related to same.

| 06/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with committee chair regarding agenda for weekly committee conference call.

| 06/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Prepare agenda for weekly committee conference call and circulate same to group.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for Antony Vo regarding attendance at committee meetings.

06/30/14   McDow Ashley M.          500.00      0.40      200.00
   Conference call with Rob Harris, counsel for Uniquify, regarding proposal for release of various orders.

06/30/14   McDow Ashley M.          500.00      0.20      100.00
   Conference call with Ed Smith regarding proposed sale of chips and revisions to be made to sale proposal.

06/30/14   McDow Ashley M.          500.00      0.20      100.00
   Conference call with and correspondence to/from chair of committee regarding changes to be made to proposed orders regarding joint administration, employment of Katten Muchin, and cash management.

07/01/14   Delaney Michael T.       350.00      0.80      280.00
   Draft declaration of Ashley McDow in support of the application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

07/01/14   McDow Ashley M.          500.00      0.10      50.00
   Correspondence to/from Julie Glossen regarding status of employment application of committee to retain Baker Hostetler.

07/01/14   McDow Ashley M.          500.00      1.80      900.00
   Correspondence to/from Ray Gallo and committee regarding continued interference of non-committee members in committee business.

07/02/14   McDow Ashley M.          500.00      0.90      450.00
   Correspondence to/from the committee regarding specific concerns with the budget proposed by the Debtors.

07/02/14   McDow Ashley M.          500.00      0.50      250.00
   Correspondence to/from committee regarding distribution of price list provided by debtors (and associated "confidentiality" issues related thereto).

07/02/14   McDow Ashley M.          500.00      0.30      150.00
   Conference call with chair of committee regarding circulation of and protocol relating to application to employ Baker Hostetler as counsel for the committee.

07/02/14   McDow Ashley M.          500.00      0.30      150.00
   Conference call with Rob Harris regarding recent correspondence by and among committee and Ray Gallo.

07/02/14   McDow Ashley M.          500.00      0.10      50.00
   Conference call with Julie Glosson regarding recent correspondence by and among committee members and Ray Gallo.

07/02/14   McDow Ashley M.          500.00      0.30      150.00
   Conference calls with Rob Edgeworth, chair of committee, regarding results of hearing and strategy moving forward in light of same.

07/03/14   McDow Ashley M.          500.00      0.20      100.00
   Review and evaluate proposed engagement letter by and between committee and Province.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with committee regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and appropriate response to be made to same.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and need for emergency committee hearing to address next course of action.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Jeff Golden regarding recent communications from Ray Gallo and impact of same on ability of committee to function appropriately.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Rob Edgeworth regarding potential removal of Hamilton Hee based upon recent disruptive behavior exhibited by Ray Gallo.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review correspondence from various committee members regarding concerns with proposed budget and price list and prepare list of same to discuss with counsel for the Debtors and Province.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with chair regarding feedback from committee call with respect to budget and price list in particular.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with representatives of Province and chair of committee regarding due diligence request and potential issues with proposed budget.

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference call with Rob Edgeworth regarding recent information learned about Guido Ochoa and manner in which to approach same, particularly in light of current make use of committee.

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Steve Gubner counsel for Antony Vo, regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Jeff Golden counsel for Koi Systems regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding role of Province in committee meeting to discuss proposed sale terms.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding need for emergency motion for appointment of Chapter 11 trustee, particularly in light of recent sale proposal from Debtors and Liquidbits.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 35

| | | | | | |
|---|---|---|---|---|---|
| 07/06/14 | McDow Ashley M. | | 500.00 | 1.90 | 950.00 |

Conference call with committee regarding motion to approve amendment to stipulated order and proposed modifications to be made to stipulated order.

| | | | | | |
|---|---|---|---|---|---|
| 07/06/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding preparation for committee call.

| | | | | | |
|---|---|---|---|---|---|
| 07/07/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Conference call with Steve Gubner, counsel for Antony Vo, regarding new developments with respect to particular members of committee.

| | | | | | |
|---|---|---|---|---|---|
| 07/07/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Confer with Jeff Golden counsel for Koi Systems, regarding results of continued hearing on motion to amend stipulation and recent discussions with counsel for Debtor regarding same.

| | | | | | |
|---|---|---|---|---|---|
| 07/07/14 | McDow Ashley M. | | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, regarding preparation for 341(a) meeting of creditors of Debtors.

| | | | | | |
|---|---|---|---|---|---|
| 07/08/14 | McDow Ashley M. | | 500.00 | 0.60 | 300.00 |

Conference call with committee regarding results of 341(a) meeting of creditors.

| | | | | | |
|---|---|---|---|---|---|
| 07/09/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference calls with Pete Morici regarding discussions with Willem relating to potential mining alternatives.

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.70 | 350.00 |

Conference calls with Rob Edgeworth and Michael Delaney regarding terms of most recent negotiations with Debtors' counsel and responses of committee to be made to same.

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Correspondence to/from Ray Gallo regarding ' Debtors and impropriety of direct communication with represented individual members.

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth, chair for committee, regarding revisions to amended stipulated order requested by Liquidbits and approved by Debtors.

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Correspondence to/from and conference call with Rob Edgeworth, chair of committee, regarding modifications to be made to request(s) for production of documents in support of various motions for 2004 examination.

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | | 500.00 | 0.40 | 200.00 |

Correspondence to committee regarding results of hearing, audio of same, status of case, and upcoming motions to be filed.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Jeff Golden counsel for Koi, regarding results of continued hearing of motion to amend stipulated order.

| 07/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Julie Glosson regarding audio recording of initial 341(a) meeting.

| 07/13/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Draft correspondence to the Committee regarding proposed revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| 07/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Willem van Rooyen regarding ability of committee to "negotiate" with Liquidbits.

| 07/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Kevin Delport, unsecured creditor, regarding rights and remedies of general unsecured creditors in bankruptcy case.

| 07/13/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Correspondence to/from Ray Gallo regarding confidentiality of committee information.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference calls with and correspondence to/from Rob Harris, counsel for Uniquify, regarding modifications to be made to Stipulated Order.

| 07/14/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Conduct weekly committee conference call.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Mr. Gallo regarding the production/availability of non-confidential information for general unsecured creditors.

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review issues regarding confidentiality agreement between debtor and committee.

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to confidentiality agreement.

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |
|---|---|---|---|---|

Review correspondence with Committee regarding upcoming Rule 2004 examinations and Liquidbits' offer term sheet.

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |
|---|---|---|---|---|

Continue implementing website for general unsecured creditors.

| 07/15/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).

07/16/14  Delaney Michael T.          350.00      0.30      105.00
    Confer with creditor Gary Milling regarding status of case and creation of creditor committee website.

07/16/14  McDow Ashley M.             500.00      0.20      100.00
    Correspondence to/from Graeme Middleton, creditor, regarding various aspects of case and rights and remedies of creditors with respect to same.

07/16/14  McDow Ashley M.             500.00      1.20      600.00
    Meeting with Rob Edgeworth, chair of committee, in preparation of 2004 examination of Monica Hushen.

07/18/14  Delaney Michael T.          350.00      0.40      140.00
    Review and draft response to correspondence from Mr. Edgeworth regarding the status of the substantive consolidation motion.

07/18/14  Delaney Michael T.          350.00      1.30      455.00
    Draft correspondence to the Committee analyzing the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed opposition to same.

07/18/14  McDow Ashley M.             500.00      0.20      100.00
    Correspondence to/from members of the committee regarding the confidentiality agreement by and between the debtors and the committee.

07/19/14  McDow Ashley M.             500.00      0.50      250.00
    Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss approach of committee to Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

07/20/14  Green Elizabeth A.          515.00      1.40      721.00
    Telephone call with Committee regarding sale motion, objection and strategy.

07/30/14  McDow Ashley M.             500.00      1.20      600.00
    Conduct committee call regarding advancing hearing on motion to appoint trustee

07/31/14  McDow Ashley M.             500.00      0.30      150.00
    Conference call with Ralph Crowder regarding claim in case and overall status of same.  Correspondence with Mr. Crowder regarding claim in case and overall status of same.

07/31/14  McDow Ashley M.             500.00      0.30      150.00
    Conference call with Corey Weiss, creditor of Hashfast Technologies, regarding nature of claim and process in general.

08/01/14  McDow Ashley M.             500.00      0.50      250.00
    Conference call with Shawn O'Conner regarding suggestions for alternative plan.

08/05/14  Green Elizabeth A.          515.00      1.20      618.00
    Prepare for Committee meeting.

| 08/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with committee regarding results of settlement negotiations and steps moving forward in light of same.

| 08/07/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft report from Committee to creditors regarding status of case.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth and correspondence to/from Pete Morici regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

| 08/12/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare for and attend creditor committee status conference call.

| 08/19/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr, creditor, regarding status of bankruptcy case.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth, chair of committee, regarding business operations update.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Morici regarding Hashfast D&O policy.

| 08/22/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Rob Edgeworth regarding involvement of Hamilton Hee within the committee and correspondence to Julie Glosson regarding same.

| 08/22/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Sam Ha regarding status of case and correspondence to Sam Ha regarding Notice of Creditors.

| 08/22/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding resolution with Uniquify to release inventory in order to fulfill orders.

| 08/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and draft response to correspondence from Regan Reckman regarding status of case and filing a proof of claim.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Michael Pryor, creditor of Hashfast, regarding claims process and disposition of estate assets.

| 08/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response from creditor regarding status of bankruptcy case.

| 09/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with Rob Edgeworth regarding details of proposed counter to Liquidbits and Shawn O'Connor.

| | | | | |
|---|---|---|---|---|
| 09/02/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Weekly committee call to discuss, among other things, appropriate response to Liquidbits and Shawn O'Connor, approach for trustee motion and motion for substantive consolidation, and appointment of new member to committee.

| | | | | |
|---|---|---|---|---|
| 09/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth regarding modifications to be made to "counter" term sheet and confer with Michael Delaney regarding same.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding recap of 2004 examination, potential continuance of same, and production of documents.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding discussions with Ori Katz and potential impact of same on continued 2004 examination and potential global resolution.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Rob Harris regarding status of negotiations with Signetics.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to committee regarding results of hearing and 2004 examination of Simon Barber.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Participate in Committee call.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Weekly committee call.

| | | | | |
|---|---|---|---|---|
| 09/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Telephone call to Eric Christmas, general unsecured creditor, to discuss status of case.

| | | | | |
|---|---|---|---|---|
| 09/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Robert Edgeworth regarding status of business operations and position of committee with respect to manner in which to liquidate inventory.

| | | | | |
|---|---|---|---|---|
| 09/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding need for conference call with CRO.

| | | | | |
|---|---|---|---|---|
| 09/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Conference call with Robert Edgeworth regarding content of conference call with Victor Delaglio and committee response to same.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review correspondence from potential creditor Xiwen Wang and confer with Ms. McDow regarding the same.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review correspondence from Kang Lu regarding contact information and identify appropriate internal changes to be based thereon.

| 09/30/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Weekly committee call.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding structure of vote to be proposed to committee members.

| 10/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding vote tally with respect to "final" disposition of estate assets.

| 10/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with creditor Frank Chapel regarding Hashfast bankruptcy and the filing of a proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding ⊂ Uniquify.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Davide Cavion regarding transcripts of Eduardo DeCastro and Simon Barber.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Chad Eller regarding filing proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jeff Golden, counsel for Koi Systems, regarding deadline (if any) for filing of administrative claim(s) in case.

| 10/07/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review issues regarding question raised by unsecured creditor and respond to same.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Committee regarding recent production of documents by Debtors.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Committee regarding Simon Barber transcript.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Weekly committee call.

| 10/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Rob Harris regarding s⌐ ⌐⊃ actions.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth regarding agenda for weekly committee call.

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 10/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and draft responses to multiple correspondence from potential unsecured creditors regarding status of the case and filing of proof of claims.

| 10/14/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Weekly committee status call.

| 10/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Mr. Layden regarding creditor inquiry about filing an untimely proof of claim and the proposed response to the same

| 10/15/14 | Layden Andrew V. | 280.00 | 0.60 | 168.00 |

Review issues regarding multiple creditor inquiries and respond to same.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with Rob Edgeworth regarding agenda for conference call with counsel for Tim Wong regarding 2004 examination

| 10/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding logistics relating to future weekly committee calls.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth, chair of committee, regarding suggestions for appropriate nature and extent of marketing efforts.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding results of hearing status conference.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Harris, counsel for Uniquify, regarding various matters, including but not limited to status of adversary proceeding against Uniquify and Signetics and current business operations of Debtors.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth regarding agenda for bi-monthly committee call.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Weekly committee call.

| 11/04/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Matthew Richards regarding case status and filing a proof of claim and draft follow-up correspondence regarding the same.

| 11/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review creditor inquiry and draft correspondence to Mr. Layden regarding the same.

**Meeting And Communication With Creditors (B150)**     60.40     28,486.00

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:      11/26/14
Invoice Number:      50039516
Matter Number:   093044.000001
Page 42

06/26/14   Damji Lisa I           510.00     1.20     612.00
Review conflicts reports in preparation of retention application to employ Baker Hostetler as committee counsel. Staff preparation of motions (L250).

06/26/14   Delaney Michael T.      350.00     2.50     875.00
Review Katten Muchin employment application and draft opposition to same.

06/26/14   McDow Ashley M.      500.00     0.20     100.00
Review amended application for employment of Katten Muchin and identify differences in same and original application.

06/27/14   Damji Lisa I           510.00     0.50     255.00
Continue review and analysis of conflict reports in preparation of retention application to employ Baker Hostetler as committee counsel.

06/30/14   McDow Ashley M.      500.00     0.20     100.00
Review and revise proposed Order Approving Employment of Katten Muchin as General Bankruptcy Counsel.

06/30/14   McDow Ashley M.      500.00     0.10     50.00
Review entered order for relief and confirm no interlineations made by court.

06/30/14   McDow Ashley M.      500.00     0.60     300.00
Review Statement of Qualifications for Province, conference call with committee chair regarding same, and correspondence to committee regarding "pitch" of same.

07/01/14   Delaney Michael T.      350.00     0.20     70.00
Review local rules regarding the filing of employment applications.

07/01/14   Delaney Michael T.      350.00     1.60     560.00
Draft application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

07/01/14   Delaney Michael T.      350.00     0.40     140.00
Research rules governing the employment of creditors' committee counsel.

07/01/14   McDow Ashley M.      500.00     0.60     300.00
Review and revise Application of Creditors Committee to Employ Baker Hostetler as general counsel and Declaration of Ashley McDow in support thereof.

07/01/14   McDow Ashley M.      500.00     0.20     100.00
Correspondence to/from Amanda Derby of Province regarding Application for Employment of Province.

07/02/14   Delaney Michael T.      350.00     0.60     210.00
Review/revise application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/02/14   Delaney Michael T.      350.00     0.40     140.00
Review/revise declaration in support of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review results of conflicts check review in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review United States Trustee's guidelines for employment application in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to counsel for Debtors regarding approval of "final" proposed Order Approving Application of Debtors' to Employ Katten Muchin as General Bankruptcy Counsel.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review final version of committee application to employ Baker Hostetler as committee counsel and confer with Michael Delaney regarding additional modifications to be made to same.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Finalize and prepare application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to the United States Trustee regarding the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the exhibits for inclusion with the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee in light of order limiting service.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Review order limiting service in preparation of proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Prepare proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

| 07/23/14 | Garner Harry | 350.00 | 0.80 | 280.00 |

Correspondence with Province regarding additional disclosure for retention application; finalize, file and direct service of same.

07/28/14   McDow Ashley M.                500.00      0.10        50.00
   Review entered Order Approving Official Committee of Unsecured Creditors' Application to Employ Baker Hostetler as General Bankruptcy Counsel and confirm no interlineations made by Court.

08/19/14   Delaney Michael T.             350.00      0.20        70.00
   Review and revise notice of withdrawal of Province employment application.

10/28/14   Delaney Michael T.             350.00      0.20        70.00
   Confer with Ms. McDow regarding the preparation of an interim fee application for Baker & Hostetler LLP.

11/03/14   Delaney Michael T.             350.00      0.30       105.00
   Research procedure for approval of interim fee applications in the Northern District Bankruptcy Court.

11/07/14   Farivar, Fahim                 320.00      0.40       128.00
   Analyze dates and deadlines for filing a fee application; correspond with the Debtor's counsel regarding the same; Confer with Ashley M. McDow regarding date and time of filing of the Fee Application.

**Fee - Employment Application (B160)**                 **14.80**    **5,800.00**

10/28/14   McDow Ashley M.                500.00      0.40       200.00
   Conference call with Victor Delaglio regarding particulars of potential avoidance actions.

**Avoidance Action Analysis (B180)**                     **0.40**     **200.00**

08/11/14   Delaney Michael T.             350.00      0.40       140.00
   Draft proposed correspondence to debtor's counsel regarding the notice of assumption of executory contracts and confer with Ms. McDow regarding the same.

**Assumption - Rejection Of Leases And Contracts (B185)**   **0.40**     **140.00**

07/11/14   McDow Ashley M.                500.00      0.20       100.00
   Conference call with Jessica Mikelson regarding scheduling, timing, nature and scope of various 2004 examinations.

07/12/14   Layden Andrew V.               280.00      1.50       420.00
   Research regarding potential motion for substantive consolidation of debtors' estates.

**Operations (B200)**                                    **1.70**     **520.00**

07/22/14   Delaney Michael T.             350.00      2.20       770.00
   Review and analyze proposed alternate reorganization from Eduardo de Castro regarding franchising the mining operations.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Kravitz regarding status of business operations, including resignation of CEO and cancellation of orders, and plan moving forward in light of same.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Eduardo DeCastro regarding status of business operations and correspondence to Peter Kravitz and Victor Delaglio regarding same.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Victor Delaglio regarding business operations since implementation of CRO, including recent sales of inventory, likely future sales, and need for alternate exit strategies.

| 09/16/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review issues regarding Uniquify payment and delivery alternatives.

| 09/25/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Victor Delaglio regarding current status of business operations, most recent proposal to Liquidbits, status of avoidance actions, turnover action, pending orders for inventory, plan term sheet, and structure of potential auction.

**Business Operations (B210)**     **5.00**     **2,135.00**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim for Yousesef Rassi-fenni, Stacey Robinson (Robinson SM Consulting), and Thadius Boron and documents in support thereof and identify nature of claims of particular creditors.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Proofs of Claim and documents in support thereof filed by Selim Soler and Jose Amguiano II and assess need to object to same based on timeliness and need to incorporate same into plan.

| 10/28/14 | Parrish Jimmy D. | 430.00 | 0.80 | 344.00 |

Review priority claim issues under 507(a)(7).

**Claims And Plan (B300)**     **1.10**     **494.00**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documents in support thereof filed by James F. Johnson III, Grant Pederson, Shi Lei, Jennifer Austin, Michael Shannon, Daniel Herbon, and Thomas Stiegler, assess impact of same on creditor pool, and evaluate need to object to same.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Proof of Claims filed by Fabio Miceli, Ilan Elfassy, John Turley, Andrew Bester, Suresh Chandra, Nir Nahum, Henzy Pazy, and documents in support thereof and assess impact of same on totality of unsecured creditor pool.

07/15/14   McDow Ashley M.                    500.00        0.20        100.00
Review and analyze proofs of claim filed by Nathan Ruble, Christian Golbs, Uwe Schaum, Mark Fiorentino, Paul Erickson, Christopher Fetterly, and Charie Shen, and various documentation in support thereof.

07/16/14   McDow Ashley M.                    500.00        0.30        150.00
Review and analyze proofs of claim for Terri Avery, Look Smart, Ltd., Tom Postma, PC Central, Bryce Thomas, Alan Vit, Jason Yi, Edward Mosley, Ray Calderon, Irwin Ahmad, Adrian Coroama, Patrick Sadowski, and Monsoon Company, Inc., and analyze various documents provided in support thereof, in order to identify varying types of transactions that form basis of claims.

08/06/14   McDow Ashley M.                    500.00        0.30        150.00
Review proofs of claim filed by Benjamin Beckwith, Daniel Casacci, Wolfgang Riedel, Fabio Miceli, Alexey Minchenkov, Maximin Parotte, Kevin Fu Hong Yee, Damon Jiang, Seth Duppstadt, Tony Hoang, Dominic Froud, Roland Payu Harris, Mark Pescatrice, Matrice Consulting LLC, Donald Weinberg, Craig LaShot, Ryan Stonn, Hot Sun, Anthony Lauck, Jeremy L. Johnson, Shaun Kelly, and Youssef Raiss-Elfenni and assess nature of claims and creditors, particularly in light of newly defined alternative exit strategy.

08/08/14   McDow Ashley M.                    500.00        0.30        150.00
Review proof of claim and documents in support thereof (including Order Confirmation Agreement and Memorandum of Understanding) filed by Liquidbits, identify bases upon which to object, and correspondence to/from Peter Siddiqui regarding same.

08/12/14   McDow Ashley M.                    500.00        0.20        100.00
Review proofs of claim filed by Eric Christmas, American Arbitration Association, Jiongye Li, Muhammad Zahid Faruqi, and Peter Smallwood and documents in support thereof and assess nature of claims of recent claimants.

08/15/14   McDow Ashley M.                    500.00        0.10        50.00
Review proof of claim and documents in support thereof filed by Franchise Tax Board and assess potential impact of same on ability to sell wafers and/or chips and/or procure DIP financing secured by same.

08/19/14   McDow Ashley M.                    500.00        0.10        50.00
Review proof of claim filed by Michael McGugan, Michael Desotell, and Nick Simmons and documents in support thereof and attempt to identify whether any creditors are potentially suitable for purchase of assets remaining in Hashfast.

08/20/14   McDow Ashley M.                    500.00        0.30        150.00
Review proofs of claim and agreements in support thereof in order to determine potential offsets against Liquidbits and viability of claim in light of revised offer to purchase assets.

08/20/14   McDow Ashley M.                    500.00        0.10        50.00
Correspondence to/from Julie Glosson regarding claim(s) of Hamilton Hee and Elton Seah.

09/02/14   McDow Ashley M.                    500.00        0.20        100.00
Review proof of claim and documents in support thereof (email communication in particular) filed by Ralph Crowder, former employee and customer of Hashfast, assess need to conduct 2004 examination of Mr. Crowder based on content of same, and confer with Rob Edgeworth regarding same.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 47

09/03/14    McDow Ashley M.                    500.00          0.30          150.00
   Review proofs of claim and documents in support thereof filed by Drew Johnson, Myron Davis, Richard
   Chang, Stephen Bywater, Dylan Hall, Yichun Catherine Liu, Thomas Schortmann, Servas Tilkin, Kang Lu,
   Mr. Peter Symons, John Twohy, Hani Hajje, Jun Ding, Koi Systems, Ltd., Sinisa Devcic, Rafez Noorullah,
   James Ries, Brian Barbee, Lei Bao, Cort Wenzel, Amanda Van Nuys Consulting, Jason Larson and Carl
   Schultz in order to assess impact of same on proposal relating to sale.

09/15/14    McDow Ashley M.                    500.00          0.20          100.00
   Conference call with David Matthews, creditor of estate, regarding submission of proof of claim.

09/23/14    McDow Ashley M.                    500.00          0.30          150.00
   Review proofs of claim and documentation in support thereof filed by Nicolas Vincent Fusaro, Randall Elliot,
   Hans Hess Elevation Franchise Ventures, Acacia NPU dba Cater2.me, Jason Plowman, Ales Prikryl, Verne
   Paul Riley, Bernard Chenqxi Siew, Matthew Ford Silvia, Evan Lawrence Skreen, Aleksandar Slavkov, David
   Springer, Tanard Corporation (Kevin Michael Mahan), Samuel Koh Innerspin,, Jeanette Arna, Hong-Quan
   Yue, Kris Howery, Jun Ding, and M&K Truck Leasing, LLC and assess nature of claim and impact of one or
   more claims on plan term sheet and categorization of claims.

09/25/14    McDow Ashley M.                    500.00          0.30          150.00
   Review proofs of claim and documents in support thereof filed by Nathen Lam, Jan Irvin, Hyptertechnologie
   Ciara Inc., Nik Arghavan, Trevor Michael Watson, Grigory Yampolskiv, Jeffrey Raymond Vongermeten,
   Robert Todd Worrall, James Thomas, Jess Williams, and Timothy Wong and identify nature of claims in
   order to assess manner in which same should be categorized in plan of reorganization.

09/26/14    McDow Ashley M.                    500.00          0.30          150.00
   Review proofs of claim and documents in support thereof filed by David Matheu, Thanh Lanh Tran, Weng
   Kay Poon, Alessandro Bottai, Osric Proctor Jr., Jess Williams, Phat Tran, Ferdinand Nepomuceno,
   Christopher Goes, Garrett Griffin, Jason Thor Hall, I-P Mart Network USA, Ltd., James F. Johnson III,
   Marcus Killion, Law Yui Kwan, Dennis F. Lambert, Michael David Mantle, Matthew McCormick, Tim
   McGough, Peter Myers, and Phuc Nguyen and assess basis for claims for purposes of plan term sheet.

10/13/14    McDow Ashley M.                    500.00          0.10          50.00
   Review Proofs of Claim and documents in support thereof filed by Frank Chappell and Regan Reckman and
   assess appropriate manner in which to incorporate same (and similarly situated claims) into plan of
   reorganization.

10/27/14    Layden Andrew V.                   280.00          0.30          84.00
   Review issues regarding consumer buyers' entitlement to priority claim.

**Claims Administration And Objections (B310)**          4.50          **2,184.00**

07/29/14    Green Elizabeth A.                 515.00          2.80          1,442.00
   Review issues regarding plan and proposal for debtors.

07/31/14    McDow Ashley M.                    500.00          1.40          700.00
   Review alternative plan proposed by Rob Edgeworth, identify potential hurdles to same, and confer with
   Rob Edgeworth regarding content of same.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Elizabeth Green regarding strategy for response to Monica Hushen and evaluation of various plans presented by committee members.

| 08/01/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to plan.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Correspondence to Debtors' counsel regarding alternative plan proposal.

| 08/05/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Meeting with debtor regarding potential committee or consensual plan.

| 08/05/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Meeting with Ms. McDow and Mr. Edgeworth regarding proposed consensual plan.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding plan of reorganization.

| 09/11/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |

Review Hashfast plan alternatives.

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues for plan treatment.

| 09/15/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Review issues regarding Signetics and Uniquify as they pertain to the potential plan.

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to plan and turnover from Signetics.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Elizabeth Green regarding content and structure of potential joint plan of reorganization with Debtors.

| 09/15/14 | Parrish Jimmy D. | 430.00 | 2.80 | 1,204.00 |

Review pleadings and case status for disclosure statement draft.

| 09/16/14 | Parrish Jimmy D. | 430.00 | 2.30 | 989.00 |

Review and outline disclosure statement background.

| 09/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Analyze potential strategies for reorganization.

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.

| 09/18/14 | Parrish Jimmy D. | 430.00 | 3.10 | 1,333.00 |

Review issues regarding plan structure and alternatives.

| | | | | |
|---|---|---|---|---|
| 09/18/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |
| | Talk with Mr. Siddiqui regarding plan alternatives. | | | |
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review trust issues and reorganization of debtor relationship for plan. | | | |
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Telephone call with Peter Siddiqui regarding plan issues. | | | |
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review and revise term sheet for plan. | | | |
| 09/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review and revise plan term sheet. | | | |
| 09/22/14 | Parrish Jimmy D. | 430.00 | 2.10 | 903.00 |
| | Review pleadings for disclosure statement preparation. | | | |
| 09/22/14 | Parrish Jimmy D. | 430.00 | 0.10 | 43.00 |
| | Talk with Mr. Siddiqui regarding plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Review plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
| | Draft correspondence to Peter Siddiqui, regarding plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding plan term sheet. | | | |
| 09/23/14 | Parrish Jimmy D. | 430.00 | 3.20 | 1,376.00 |
| | Begin preparing disclosure statement. | | | |
| 09/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Confer with Ms. McDow regarding proposed chapter 11 plan term sheet. | | | |
| 09/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
| | Analyze proposed chapter 11 plan term sheet. | | | |
| 09/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding disclosure statement. | | | |
| 09/24/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Conference call with Peter Kravitz regarding status of plan term sheet. | | | |
| 09/25/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
| | Review proposed plan term sheet, identify modifications to be made to same, and confer with Rob Edgeworth and Peter Kravitz regarding same. | | | |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 50

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 09/25/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Kravitz and Peter Siddiqui regarding plan term sheet.

| 09/25/14 | Parrish Jimmy D. | 430.00 | 2.40 | 1,032.00 |

Continue drafting disclosure statement.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Ms. McDow and Ms. Green regarding the chapter 11 plan term sheet.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Confer with Ms. McDow regarding proposed revisions to chapter 11 plan term sheet.

| 09/29/14 | Delaney Michael T. | 350.00 | 1.70 | 595.00 |

Review and revise chapter 11 plan term sheet to incorporate additional revisions and terms.

| 09/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise plan term sheet.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Jeff Golden, counsel for Rob Edgeworth, and Michael Delaney regarding plan term sheet (function of liquidating trust and role of liquidating trustee in particular).

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Michael Delaney regarding strategic modifications to be made to proposed term sheet for plan of reorganization.

| 09/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding status of proposed liquidation and overall reorganization strategy.

| 09/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review plan terms.

| 10/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Siddiqui regarding vote of committee with respect to orderly liquidation.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding the revised plan term sheet.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize revised plan term sheet.

| 10/03/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review issues regarding plan.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Make further revisions to revised plan term sheet.

| 10/06/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise plan term sheet.

| | | | | |
|---|---|---|---|---|
| 10/07/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
| | Review issues regarding disclosure. | | | |
| 10/07/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding plan term sheet and motion to sell. | | | |
| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
| | Telephone call with Peter Siddiqui regarding sale motion and plan. | | | |
| 10/13/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
| | Conference call with Elizabeth Green regarding structure and content of plan of reorganization and timing for auction. | | | |
| 10/20/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |
| | Review issues regarding priority deposit claims under 507(a)(7). | | | |
| 10/21/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding plan. | | | |
| 10/21/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |
| | Review creditor trust and reorganized debtor structure alternatives. | | | |
| 10/22/14 | Parrish Jimmy D. | 430.00 | 2.70 | 1,161.00 |
| | Review and revise plan. | | | |
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review issues regarding structure of creditors trust for plan. | | | |
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
| | Review issues regarding plan and bid procedures. | | | |
| 10/23/14 | Parrish Jimmy D. | 430.00 | 0.70 | 301.00 |
| | Review claims register and schedules in connection with plan treatment and classes. | | | |
| 10/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |
| | Research regarding consumer buyers' entitlement to priority claim and draft email summarizing research to Mr. Parrish. | | | |
| 10/25/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
| | Review sale of cause of action cases in the Ninth Circuit. | | | |
| 10/25/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review D & O Policy. | | | |
| 10/27/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |
| | Begin drafting the disclosure statement describing the chapter 11 plan of reorganization. | | | |

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Mr. Parrish regarding the preparation of a disclosure statement describing the chapter 11 plan of reorganization.

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding plan.

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |

Talk with Mr. Delaney regarding disclosure statement revisions.

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review issues regarding insurance agreement impact on plan structure.

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Continue drafting disclosure statement describing chapter 11 plan of reorganization.

**Plan And Disclosure Statement (B320)**     67.20     30,138.50

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Pete Siddiqui regarding issues related to case and discovery.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with William regarding proposal.

| | | | | |
|---|---|---|---|---|
| 07/30/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review William proposal.

| | | | | |
|---|---|---|---|---|
| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review monetary issues related with alternative proposals and cost estimates.

| | | | | |
|---|---|---|---|---|
| 08/05/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Prepare email to Pete Siddiqui regarding agreements at meeting.

| | | | | |
|---|---|---|---|---|
| 08/07/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |

Review issues regarding status of case and website.

| | | | | |
|---|---|---|---|---|
| 10/29/14 | Payne Tiffany D. | 360.00 | 0.50 | 180.00 |

Review case law on 363 and sale of estate assets.

**Bankruptcy Related Advice (B400)**     5.50     2,637.50

| | | | | |
|---|---|---|---|---|
| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research standards for substantive consolidation.

**Researching Laws (C200)** | 0.80 | 280.00

| | | | |
|---|---|---|---|
| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research DXCorr Design corporate records.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research Sandgate corporate records.

**Fact Investigation / Development (L110)** | 0.60 | 210.00

07/15/14 — **Researching Laws (C200)**: 0.80 / 280.00

07/15/14 Delaney Michael T. 350.00 0.30 105.00
Research DXCorr Design corporate records.

07/15/14 Delaney Michael T. 350.00 0.30 105.00
Research Sandgate corporate records.

**Fact Investigation / Development (L110)** 0.60 210.00

06/25/14 Delaney Michael T. 350.00 0.20 70.00
Confer with Ms. McDow regarding proposed response to motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

06/26/14 Green Elizabeth A. 515.00 1.50 772.50
Telephone calls regarding committee first day issues, motions and strategy.

06/26/14 McDow Ashley M. 500.00 0.30 150.00
Confer with Michael Delaney regarding content of various oppositions.

06/26/14 McDow Ashley M. 500.00 0.50 250.00
Conference calls with Elizabeth Green regarding agenda for first committee meeting.

06/30/14 McDow Ashley M. 500.00 0.40 200.00
Correspondence to/from and conference call with counsel for debtor regarding modifications to be made to order approving continued use of cash management system.

07/01/14 Delaney Michael T. 350.00 0.50 175.00
Attend strategy meeting regarding potential exit strategies for the debtor and the position of the committee.

07/09/14 Layden Andrew V. 280.00 0.20 56.00
Confer with Ms. Green regarding status of case.

07/12/14 Delaney Michael T. 350.00 0.30 105.00
Confer with Ms. McDow regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

07/14/14 Green Elizabeth A. 515.00 0.70 360.50
Review issues regarding case and sale proposal.

07/14/14 McDow Ashley M. 500.00 0.70 350.00
Conference call with Elizabeth Green regarding non-appearance of Simon Barber at 341(a) hearing, non-appearance of Eduardo for 2004 examination, status of various motions, and strategy for continued 341(a) hearing.

07/15/14 Delaney Michael T. 350.00 0.30 105.00
Confer with Ms. McDow regarding the testimony and developments from the 341a meeting.

| | | | | |
|---|---|---|---|---|
| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding website and sharing of information.

| | | | | |
|---|---|---|---|---|
| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to sale.

| | | | | |
|---|---|---|---|---|
| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding sale.

| | | | | |
|---|---|---|---|---|
| 07/19/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Strategize regarding the response the sale motion and request for application for order shortening time

| | | | | |
|---|---|---|---|---|
| 07/19/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Michael Delaney, Andrew Layden, and Elizabeth Green regarding delegation of responsibilities and content of Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

| | | | | |
|---|---|---|---|---|
| 07/20/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review 11 USC 1104 and case law in preparation for Committee call.

| | | | | |
|---|---|---|---|---|
| 07/21/14 | Delaney Michael T. | 350.00 | 4.60 | 1,610.00 |

Review transcript from 341(a) hearing.

| | | | | |
|---|---|---|---|---|
| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Conference with Ashley McDow regarding strategy.

| | | | | |
|---|---|---|---|---|
| 07/22/14 | Delaney Michael T. | 350.00 | 6.90 | 2,415.00 |

Continue reviewing transcript from 341(a) hearing.

| | | | | |
|---|---|---|---|---|
| 07/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the Willem van Rooyen declaration in support of opposition to the sale motion.

| | | | | |
|---|---|---|---|---|
| 07/23/14 | Delaney Michael T. | 350.00 | 4.80 | 1,680.00 |

Continue review of transcript of continued 341(a) meeting.

| | | | | |
|---|---|---|---|---|
| 07/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding objection to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Research regarding proposed sale without overbid in preparation of opposition to sale motion.

| | | | | |
|---|---|---|---|---|
| 07/24/14 | Garner Harry | 350.00 | 0.60 | 210.00 |

Research regarding Northern District of California's asset sale procedures and guidelines regarding sub rosa plans.

| | | | | |
|---|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise declaration of Ashley McDow in support of opposition to sale motion.

| | | | |
|---|---|---|---|
| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review purported due diligence provided by Debtors' counsel.

| 07/26/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding court order on sale motion.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Peter Kravitz, Craig Stuppi, Eduardo DeCastro and Rob Edgeworth regarding status of case since CRO appointment.

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review schedules regarding patents.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Analyze issues with Michael Delaney regarding procedural aspects of the case.

| 09/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Elizabeth Green and Michael Delaney regarding language to be included in proposed order approving substantive consolidation motion and basic structure of plan of reorganization.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of case.

**Analysis / Strategy (L120)**                    **31.40**     **12,560.00**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with Province regarding potential retention of forensic accountant on behalf of committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with committee members and representatives of Province regarding potential retention as forensic accountant(s) for committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Follow up conference call with representatives of Province regarding immediate steps to be taken.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Victor Delaglio and Rob Edgeworth regarding recent term sheet between Liquidbits and Debtors and impact of same on valuation and previous financial analysis and need for expedited review.

| 07/08/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with Victor Delaglio and Rob Edgeworth in preparation of 341(a) hearing and to discuss results of 341(a) hearing.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Province regarding the creation and launch of the committee's website and its content.