| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Delaglio regarding application to employ Province as financial advisor to the committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review biographies to be appended to the application to employ Province as financial advisor to the committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise application to employ Province as financial advisor to the committee.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Province regarding the filing of their employment application.

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Paul Hguyens regarding questions to be posed of Monica Hushen at 2004 examination of same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Victor Delaglio of Province and Michael Delaney regarding recently filed motion for approval of sale and role of Province in opposition to same.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Province regarding valuation.

**Experts / Consultants (L130)**      **7.70**      **3,481.00**

| 08/06/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Prepare outline of action items.

**Other Cases Assessment, Development And Administration (L190)**      **0.60**      **309.00**

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with Peter Siddiqui and Ashley McDow regarding meet and confer.

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Peter Siddiqui regarding meet and confer ordered by Court.

**Court Mandated Conferences (L230)**      **1.30**      **669.50**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review and analyze motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

| 06/26/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |

Review motion to retain cash maintenance system post-petition and draft opposition to same.

| | | | | |
|---|---|---|---|---|
| 06/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and analyze Verified Statement of Gallo LLP Under Rule 2019 and assess impact of same on committee affiliation.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Chambers regarding service of oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Finalize certificate of service for oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order granting Debtors' Motion For Order Limiting Service of Notice of Certain Matters and confirm no interlineations made by Court.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise proposed Order Approving Joint Administration of Estates.

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review objection of Liquidbits to debtor's motion to amend stipulation and further order with respect to emergency motion for appointment of trustee and identify similarities and discrepancies between same and objection of committee.

| | | | | |
|---|---|---|---|---|
| 07/01/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise revised Order Approving Continued Use of Cash Management System and various correspondence to/from counsel for debtor and counsel for UST regarding same.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding new motion for Rule 2004 examination of Debtor's CTO/Co-Founder.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Simon Barber.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Telephonically attend continued hearing on motion to amend stipulated order.

| | | | | |
|---|---|---|---|---|
| 07/13/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Revise the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| | | | | |
|---|---|---|---|---|
| 07/13/14 | McDow Ashley M. | 500.00 | 2.20 | 1,100.00 |

Review and revise various versions of proposed stipulated order, and correspondence to/from Elizabeth Green, Andy Layden and Michael Delaney, and counsel for Debtors.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to chambers regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise motion for 2004 examination of Monica Hushen.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Review and draft multiple responses to correspondence from Debtors' counsel regarding stipulated order to allow the continued operation of the companies.

| | | | | |
|---|---|---|---|---|
| 07/15/14 | Layden Andrew V. | 280.00 | 2.40 | 672.00 |

Draft Confidentiality Agreement between Debtors and Committee.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review proposed revisions to confidentiality agreement with the debtors for the production of documents.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the proposed revisions to confidentiality agreement with the debtors for the production of documents.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Review confidentiality agreement with the debtors for the production of documents.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review changes to confidentiality agreement.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proposed confidentiality agreement and correspondence to/from Michael Delaney regarding same.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review portions of transcript from first 341(a) examination of Hashfast Technologies and confer with Elizabeth Green, Andrew Layden, and Michael Delaney regarding portions thereof to be included in Motion for Substantive Consolidation.

| | | | | |
|---|---|---|---|---|
| 07/22/14 | Layden Andrew V. | 280.00 | 2.10 | 588.00 |

Review transcripts of Section 341 meetings of creditors for facts relating to potential substantive consolidation motion.

| | | | | |
|---|---|---|---|---|
| 07/23/14 | Lane Deanna L | 230.00 | 0.20 | 46.00 |

Contact US District Court to confirm Pro Hac Vice Motion received and will be sent with payment receipt to the US Bankruptcy Court.

**Other Written Motions And Submissions (L250)**        **22.50**        **8,453.50**

| | | | | |
|---|---|---|---|---|
| 08/06/14 | Beckmann Silvia Elena | 180.00 | 0.80 | 144.00 |

Prepare 2004 Examination summary of Monica Hushen.

| | | | | |
|---|---|---|---|---|
| 08/07/14 | Beckmann Silvia Elena | 180.00 | 3.00 | 540.00 |

Continue summarizing 2004 Examination of Monica Hushen.

| | | | | | |
|---|---|---|---|---|---|
| 09/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 | |

Review and draft response to correspondence from debtors' counsel regarding Tim Wong contact information.

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Correspond with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Revise and update Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments; Correspond with Mr. Schwartz regarding the same.

**Depositions (L330)**                                    **4.40**      **882.00**

| | | | | |
|---|---|---|---|---|
| 09/11/14 | Farivar, Fahim | 320.00 | 1.70 | 544.00 |

Initial preparation of Motion for 2004 Examination of Tim Wong.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Farivar, Fahim | 320.00 | 1.30 | 416.00 |

Prepare Meet and Confer letter to Tim Wong regarding his 2004 examination; update the 2004 motion regarding same.

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Draft correspondence to Tim Wong regarding the meet & confer and 2004 Examination.

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Final review and update of the letter regarding Meet & Confer to Tim Wong.

| | | | | |
|---|---|---|---|---|
| 10/13/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Begin reviewing Motion for 2004 Examination of Tim Wong and document request relating thereto in preparation for conference call with counsel for Tim Wong.

| | | | | |
|---|---|---|---|---|
| 10/14/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue updating motion for Rule 2004 Examination of Tim Wong, Order, and Document Requests thereon.

| | | | | |
|---|---|---|---|---|
| 10/15/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Meet and confer with Douglas Schwartz, Tim Wong's attorney regarding the 2004 motion and follow up correspondence regarding the same.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |

Finalize Motion, Order, and Request for Production of Documents for Tim Wong post conversation with his attorney, Douglas Schwartz.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Telephone conference with Douglas Schwartz regarding meet and confer for Tim Wong's Rule 2004 Examination.

**Discovery Motions (L350)**                                    **5.90**      **1,960.00**

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/02/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting document request to accompany motions for 2004 examinations of the debtor and debtor's key employees.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding contents of emergency motion for 2004 examination of Simon Barber,

| 07/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Michael Delaney regarding status of due diligence request and need to incorporate same into motion for various 2004 examinations.

| 07/06/14 | Layden Andrew V. | 280.00 | 5.40 | 1,512.00 |

Draft proposed motions for rule 2004 examinations of Debtors' corporate representative and Eduardo de Castro, and draft orders granting same.

| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding content of motions for 2004 examination of various individuals associated with Debtor(s).

| 07/07/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting omnibus document request for 2004 examination motions.

| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Hashfast Technologies person most knowledgeable.

| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Eduardo de Castro.

| 07/07/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review 2004 Exam issues.

| 07/09/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding 2004 examination schedule and finalizing 2004 motions and omnibus document request.

| 07/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Layden regarding the preparation of 2004 examination motion for Debtor's chief financial officer Monica Hushen.

| 07/09/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding 2004 Exams and document requests.

| 07/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the 2004 examination schedule and proposed budget.

| 07/10/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Continue drafting omnibus document request for 2004 examinations.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |
|---|---|---|---|---|

Review and revise Request for Production of Documents in support of 2004 motions for Eduardo DeCastro, Simon Barber, Monica Hushen, and personal most knowledgeable for respective debtors.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |
|---|---|---|---|---|

Conference call with Jessica Mickelson and Michael Delaney regarding counter-terms for budget proposal and scheduling of various 2004 examinations.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review/revise 2004 examination motion for Eduardo de Castro.

| 07/11/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |
|---|---|---|---|---|

Continue drafting and revising omnibus document requests for 2004 examination motions.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review/revise 2004 examination motion for Monica Hushen.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review/revise 2004 examination motion for Hashfast Technologies' person most knowledgeable.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review draft 2004 examination motions for Monica Hushen and Simon Barber.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Revise omnibus document request for 2004 examination motions.

| 07/11/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |
|---|---|---|---|---|

Draft motion for Rule 2004 exam of Monica Hushen.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Michael Delaney regarding content of various motions for 2004 examinations, including the request for production of documents.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review Committee's comments on proposed omnibus document request for 2004 examination motions.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Revise omnibus document request for 2004 examination motions to incorporate Committee's comments.

| 07/12/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding 2004 exams.

| 07/12/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |
|---|---|---|---|---|

Review and revise Committee's proposed document request to the Debtors.

| 07/13/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
|---|---|---|---|---|

Finalize omnibus document request for 2004 examination motions.

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise proof of service for motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Debtors' counsel regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Analyze 2004 examination document requests and prioritize document requests to identify those documents for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Prepare motion for 2004 examination of Monica Hushen for filing.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft proposed order granting motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Review and draft multiple responses to correspondence regarding the 2004 examinations of Monica Hushen and Eduardo de Castro and the associated document request.

| 07/14/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Draft correspondence to Debtor's counsel identifying specific requests from the document request for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Revise document request regarding 2004 exams.

| 07/14/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Finalize motions for 2004 examination of Monica Hushen and Eduardo de Castro.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review final version of 2004 examination of Monica Hushen and request for production of documents in support thereof and approve same for filing.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft response to correspondence from Debtor's counsel regarding 2004 examination of Monica Hushen and document production.

| 07/16/14 | McDow Ashley M. | 500.00 | 4.40 | 2,200.00 |

Review documents, correspondence and relevant pleadings in preparation for 2004 examination of Monica Hushen.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare documents for 2004 examination of Monica Hushen.

| 07/17/14 | McDow Ashley M. | 500.00 | 6.70 | 3,350.00 |

Conduct 2004 examination of Monica Hushen.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/17/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review questions prepared by Province to be asked of Monica Hushen at 2004 examination and correspondence to/from Paul Hgyuns of Province regarding same.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise document request for Eduardo de Castro 2004 examination.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to opposing counsel regarding document request for Eduardo de Castro 2004 examination.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft responses to multiple correspondence from Debtors' counsel regarding the production of documents.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding documents to be produced.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Begin reviewing transcript of 2004 examination of Monica Hushen.

| 07/25/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Review transcript of 2004 examination of Monica Hushen.

| 08/04/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review documents produced by HashFast.

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding 2004 examination of Simon Barber.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz, Jessica Mickelson, and Peter Siddiqui regarding topics to be covered at 2004 examination of Simon Barber.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review questions proposed by Willem Van Rooyen, Pete Morici, and Robert Edgeworth for 2004 examination by Simon Barber and create topic list for same to be sent to Ori Katz, Jessica Mickelson and Peter Siddiqui.

| 09/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding Tim Wong and Simon Barber 2004 examinations and document requests.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Prepare proposed order for Stipulation for 2004 Examination of Simon Barber.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Correspondences to/from Ms. McDow regarding stipulation concerning 2004 Examination of Simon Barber; Revise and update, and finalize the Stipulation per Ms. McDow's comments.

| 09/10/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |
|---|---|---|---|---|

Review related pleadings and prepare stipulation regarding 2004 Examination of Mr. Simon Barber.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Conference call with Ms. McDow and Mr. Delaney regarding discovery strategy and issues in the case.

| 09/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Robert Edgeworth regarding questions posed by committees to be asked at 2004 examination of Simon Barber.

| 09/10/14 | McDow Ashley M. | 500.00 | 4.30 | 2,150.00 |
|---|---|---|---|---|

Prepare for 2004 examination of Simon Barber.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |
|---|---|---|---|---|

Continue preparing list of questions regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Prepare declaration of Michael Delaney regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Prepare proposed order regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Review and analysis of pleadings regarding preparation of 2004 Examination of Tim Wong.

| 09/11/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |
|---|---|---|---|---|

Travel to and conduct 2004 examination of Simon Barber.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review and revise letter to be sent to Tim Wong regarding meet and confer in preparation for 2004 examination and confer with Fahim Farivar regarding modifications to be made to same.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Review and analyze issues related to Tim Wong 2004 Examination with Ms. McDow.

| 09/29/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Correspond with new counsel, Douglas Schwartz regarding meet & confer for the Rule 2004 Examination.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Fahim Farivar regarding manner in which to respond to Douglas Schwartz, counsel for Tim Wong, with respect to 2004 examination of Tim Wong

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Karla Davis of SF Reporters regarding availability of transcript of Simon Barber to Simon Barber.

| 10/13/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |
|---|---|---|---|---|

Correspond with Douglas Schwartz, Tim Wong's attorney, regarding meet & confer for the Rule 2004 Examination.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ori Katz regarding transcript of Simon Barber with respect to initial portion of 2004 examination.

| 10/14/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney regarding the meet and confer.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with counsel for Tim Wong regarding nature and scope of 2004 examination

| 10/17/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Finish reviewing Motion for 2004 Examination of Tim Wong in light of conference call with counsel for Tim Wong, review and revise Request for Production of Documents relating to same in light of information obtained at initial 2004 examination of Simon Barber, and review proposed order approving Motion for 2004 Examination of Tim Wong.

| 10/21/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Continue preparing, updating, and revising Tim Wong's request for production of documents.

| 10/21/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Review and analyze Simon Barber deposition transcript for preparation of Tim Wong's request for production of documents.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Update Document Request for Production of Documents and confer with Douglas Schwartz regarding executing a stipulation.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare order on the stipulation for 2004 examination of Tim Wong.

| 10/22/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Prepare stipulation for 2004 examination of Tim Wong.

| 10/22/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and revise revised request for production of documents to be served in support of 2004 examination of Tim Wong and correspondence to the Committee regarding same.

| 10/24/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Finalize stipulation and order for examination of Tim Wong and confer with Douglas Schwartz regarding the same.

| 10/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding modifications to be made to transcript of 2004 examination of Simon Barber.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review modifications proposed by counsel for Tim Wong with respect to document production in support of 2004 examination and correspondence to/from Fahim Farivar regarding acceptability of same.

| 10/28/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue corresponding with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Continue revising and updating Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments and correspond with Mr. Schwartz regarding the same.

| 10/31/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review entered order granting Stipulation and Order for examination of Tim Wong and Correspond with Mr. Schwartz regarding the same.

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 and confirm no interlineations made by Court.

| 11/06/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review non-waiver of privilege agreement and revise.

| 11/06/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review proposed Non-Waiver Agreement with respect to Wong examination; and correspondence to/from Peter Siddiqui regarding modifications to be made to same.

**Other Discovery (L390)**     **77.70**     **31,901.00**

| 07/21/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Telephone call with Peter Siddiqui regarding issues related to case.

**Fact Witness (L410)**     **1.60**     **824.00**

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |

Review motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory and draft opposition to same.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise proposed Order Approving Continued Use of Existing Bank Accounts, etc.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Application for Admission of Attorney Pro Hac Vice for counsel for Liquidbits.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review proposed order to modify stipulated order and correspondence to/from committee members regarding same.

| 07/12/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

| Date | Name | | | |
|---|---|---|---|---|
| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
| | Correspondence to/from Michael Delaney, Elizabeth Green, and Andrew Layden regarding proposed amendments to stipulated order. | | | |
| 07/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Review motion for order shortening time relating to the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors. | | | |
| 07/21/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
| | Review/revise draft opposition to application for order shortening time for sale motion. | | | |
| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Review and revise sub-consolidation motion. | | | |
| 07/22/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
| | Draft declaration in support of the motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates. | | | |
| 07/22/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
| | Review and revise motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates | | | |
| 07/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review and revise sub-consolidation motion. | | | |
| 07/22/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
| | Review and revise sub-consolidation motion. | | | |
| 07/22/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |
| | Draft motion to shorten time, declaration in support and order granting motion. | | | |
| 07/22/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |
| | Research regarding basis for substantive consolidation motion. | | | |
| 07/22/14 | Layden Andrew V. | 280.00 | 3.90 | 1,092.00 |
| | Draft substantive consolidation motion. | | | |
| 07/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
| | Finalize motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates and supporting documents | | | |
| 07/31/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Review and revise Notice of Hearing on Substantive Consolidation motion. | | | |
| 08/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Confer with Ms. McDow and Ms. Green regarding the United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7. | | | |

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding issues related to Motion to Appoint a Trustee.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise Notice of Rescheduled Hearing on Motion for Substantive Consolidation.

| 08/26/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Start drafting opposition to US Trustee motion to appoint trustee.

| 08/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Analyze US Trustee motion to appoint trustee and supporting documents.

| 08/26/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research regarding permissive versus mandatory conversion of bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with debtors' counsel regarding preparation of Kravitz declaration in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review declaration of Mr. Kravitz in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze debtors' opposition to motion to appoint trustee or convert bankruptcy case and supporting documents.

| 08/27/14 | Delaney Michael T. | 350.00 | 6.70 | 2,345.00 |

Draft Committee opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Research regarding standards and bases for converting bankruptcy case under section 1112(b).

| 08/27/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Research regarding standards and bases for appointing trustee under section 1104.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case to Chapter 7 and assess need to address issues which were omitted therein in supplemental declaration.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 69

| | | | | |
|---|---|---|---|---|
| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Siddiqui and Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| | | | | |
|---|---|---|---|---|
| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with Vic Delaglio regarding content of Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| | | | | |
|---|---|---|---|---|
| 08/27/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Review and revise Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| | | | | |
|---|---|---|---|---|
| 08/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Declaration of Peter Kravitz in support of Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case, and confirm same comports with discussions with Peter Siddiqui and Peter Kravitz regarding same.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding substantive consolidation supplemental declaration and hearing schedule.

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Reply in Support of UST's Motion to Appoint Chapter 11 Trustee Under 1104(a), And In The Alternative To Convert Case To Chapter 7 Under 11 USC 1112(b) and identify points to be addressed at hearing on same.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise proposed Order Granting Motion for Substantive Consolidation.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Denying United States Trustee's Motion to Appoint Chapter 11 Trustee And In The Alternative to Convert The Case and confirm no interlineations made by Court.

| | | | | |
|---|---|---|---|---|
| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting Official Committee of Unsecured Creditors' Motion For Substantive Consolidation and confirm no interlineations made by Court.

| | | | |
|---|---|---|---|
| **Written Motions And Submissions (L430)** | | 35.70 | 12,980.50 |

| | | | | |
|---|---|---|---|---|
| 06/26/14 | McDow Ashley M. | 500.00 | 2.30 | 1,150.00 |

Prepare for hearings on motion to approve employment of Katten Muchin, to jointly administer estates, to amend stipulated order, and to approve continued use of cash management systems.

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 2.00 | 1,000.00 |

Attend hearings on motions to approve employment of Katten Muchin, joint administration of estates, to continue use of cash management systems, etc., and to amend stipulated order.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review file, including relevant pleadings, documents, and correspondence in preparation for hearing.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Telephonically attend hearing on Motion to Amend Stipulated Order.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with chair of committee regarding continued hearing on Motion to Amend Stipulated Order.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Prepare for continued hearing on Motion to Amend Stipulated Order.

| 07/07/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Travel to and attend continued hearing on motion to amend stipulation.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review most recent pleadings filed and correspondence relating to motion to amend stipulated order in preparation for hearing on same.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Rob Edgeworth, chair of committee, regarding results of hearing, including modifications requested and/or imposed by Court.

| 07/14/14 | McDow Ashley M. | 500.00 | 4.20 | 2,100.00 |

Prepare for continued 341(a) hearings of Debtors.

| 07/15/14 | McDow Ashley M. | 500.00 | 4.80 | 2,400.00 |

Attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward.

| 07/28/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Attend telephonic hearing on Application to Approve Sale of Assets.

| 07/28/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding approach moving forward in light of same.

| 08/08/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Prepare for and attend status conference.

| 08/08/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review relevant pleadings and review docket for tentative ruling in preparation for hearing on Motion to Appoint Trustee.

| 09/10/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |

Attend hearing on substantive consolidation and trustee motion.

| 09/10/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |

Attend hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation.

| 10/24/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Telephonically attend hearing on Motion to Approve Notice and Bidding Procedures.

**Trial And Hearing Attendance (L450)** 28.30 **14,058.50**


## Expenses and Other Charges

| 07/17/14 | Transcripts (E116) - VENDOR: FIRST CHOICE REPORTING SERVICES, INC. Audio Transcription of the 341 Meeting of Creditors for HashFast matter. | 1,385.00 |
|---|---|---|
| 08/21/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Transcript- Exam of Monica Hushen | 5,244.70 |
| 10/10/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Certified transcript of Simon Barber. | 1,245.00 |
| | **Subtotal - Transcripts (E116)** | **7,874.70** |

| 06/18/14 | Telephone Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 6/18/2014 | 58.00 |
|---|---|---|
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 15, 2014; | 8.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 27, 2014; | 8.00 |
| 10/02/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 28, 2014; | 5.00 |

| 10/23/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Internet use during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 14.95 |
|---|---|---|
| | **Subtotal - Telephone Charges (E105)** | **93.95** |
| 07/07/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 07, 2014; | 7.50 |
| 07/09/14 | Lunch; Ashley M. McDow; Creditor's Committee Meeting; Jul 09, 2014; | 14.45 |
| 07/17/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 17, 2014; | 5.99 |
| 07/25/14 | Dinner; Ashley M. McDow; Dinner at Hotel while attending creditors committee meeting; Jul 25, 2014; | 130.00 |
| 08/21/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley M. McDow; Dinner re Lodging for Creditors Committee Meeting; Jul 15, 2014; | 37.39 |
| 08/27/14 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Meal at the airport to attend 341(a) meeting.; Jul 15, 2014; | 16.40 |
| 08/29/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 6.52 |
| 08/29/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 26.14 |
| 09/10/14 | ELIZABETH A. GREEN - Dinner; Elizabeth Green; Dinner in Hotel room upon arrival to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 85.85 |
| 09/10/14 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; Drinks at Hotel Bar while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 19.35 |
| 09/10/14 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Honor Bar (Bottled Water) in room while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 13.08 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 64.16 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley | 25.12 |

| Date | Description | Amount |
|---|---|---|
| | McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 28, 2014; | |
| 09/12/14 | ASHLEY MALINGER - Meals while Traveling (E110) Breakfast; Ashley McDow; Beverage on the way to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 16, 2014; | 4.95 |
| 09/12/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).; Jul 15, 2014; | 21.79 |
| 10/23/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 56.55 |
| 10/23/14 | ASHLEY MALINGER - Lunch; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 13.00 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Meals during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 51.00 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Meal at hotel during stay to attend Hearing in San Francisco regarding UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 46.50 |
| | **Subtotal - Meals while Traveling (E110)** | **645.74** |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing Services | 173.40 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 2,899.58 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 983.73 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 808.38 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 4,334.24 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 37.31 |

| Date | Description | Amount |
|---|---|---|
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 1,013.88 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 3,270.81 |
| 09/25/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 874.06 |
| 09/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services. | 3,516.72 |

**Subtotal - Handling / Processing Charges (E119)**    **17,912.11**

| Date | Description | Amount |
|---|---|---|
| 07/25/14 | Lodging; Ashley M. McDow; Lodging for attending creditors committee meeting; Jul 25, 2014 | 336.15 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Amy J Traub; Aug 08, 2014; | 988.68 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/04/2014 | 480.75 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/05/2014 | 480.75 |
| 09/12/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley Malinger; lodging in San Francisco 07/24/2014 | 319.87 |
| 10/14/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel to attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding moving in light of same.; Jul 28, 2014 | 312.88 |
| 10/23/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Lodging to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014 | 336.15 |

**Subtotal - Lodging (E110)**    **3,255.23**

| Date | Description | Amount |
|---|---|---|
| 08/21/14 | ASHLEY MALINGER - Business Meals, etc. (E111) Dinner; Ashley M. McDow; Dinner after Creditors Committee Meeting; Jul 16, 2014; | 161.76 |
| 08/27/14 | ASHLEY MALINGER - Business Meals, etc. (E111) Lunch; Ashley McDow; Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor.; Jul 15, 2014; | 14.45 |
| 08/29/14 | ASHLEY MALINGER - Business Meals, etc. (E111) Dinner; Ashley | 18.47 |

| | | |
|---|---|---|
| | McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | |
| 09/10/14 | ELIZABETH A. GREEN - Business Meals, etc. (E111) Meals Other; Elizabeth Green; Dinner with Ashley McDow, Esq. and Rob Edgeworth while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 177.34 |
| 09/10/14 | ASHLEY MALINGER - Business Meals, etc. (E111) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 155.31 |
| 09/12/14 | BONITA J PAUL - Business Meals, etc. (E111) BONITA J PAUL Ashley McDow, Elizabeth Green and Michael Delaney meeting w/ Peter Kravetz | 148.63 |
| 09/30/14 | SAINSBURY MARKET & DELI - Business Meals, etc. (E111) SAINSBURY MARKET & DELI Meeting with Elisabeth Greene 8/5/2014 | 97.98 |
| | **Subtotal - Business Meals, etc. (E111)** | **773.94** |

| | | |
|---|---|---|
| 06/27/14 | Parking; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; Jun 27, 2014; | 23.00 |
| 06/27/14 | Parking; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; Jun 27, 2014; | 23.00 |
| 06/27/14 | Taxi/Car Service; Ashley M. McDow; Round trip travel by Carey Transportation from Oakland Intl Airport to Creditors Committee Meeting; Jun 27, 2014; | 553.32 |
| 07/07/14 | Taxi/Car Service; Ashley M. McDow; Carey transportation from Oakland Int'l Airport to San Francisco for Creditor's Committee Meeting; Jul 07, 2014; | 235.00 |
| 07/09/14 | Taxi/Car Service; Ashley M. McDow; Carey transportation from San Francisco to Oakland Int'l Airport re Creditor's Committee Meeting; Jul 09, 2014; | 170.13 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Car service from airport to hotel to in San Francisco to conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 170.28 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 46.00 |
| 09/10/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Car Service from hotel to airport returning from a 2014 Examination.; Jul 18, 2014; | 90.00 |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 76

| | | |
|---|---|---|
| 09/10/14 | ELIZABETH A. GREEN - Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Taxi/Car Service from Los Angeles office to hotel while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 15.00 |
| 09/10/14 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Taxi/Car Service from airport to hotel while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 50.00 |
| 09/12/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 14, 2014; | 30.00 |
| 10/02/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; Jul 28, 2014; | 46.00 |
| 10/14/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Taxi from hotel to airport attended hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same; Jul 28, 2014; | 73.50 |
| 10/23/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Car service pick up from airport to courthouse to attend Hearing in San Francisco regarding UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 134.14 |
| 10/23/14 | ASHLEY MALINGER - Taxi/Car Service; Ashley McDow; Taxi from airport to home. Returning from attending hearing in San Francisco regarding UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 11, 2014; | 140.00 |
| 10/23/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Taxi from home to the airport to attend Hearing in San Francisco regarding UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 125.00 |

Subtotal - Ground Transportation Out of Town (E110) ____ **1,924.37**

| Date | Description | Amount |
|---|---|---|
| 07/22/14 | Court Costs (E112) - VENDOR: CLERK U.S. DISTRICT COURT Fee for Pro Hac Vice Admission to US District Court for the Northern District of California for Elizabeth Green | 305.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on August 8, 2014 in the HashFast matter) | 37.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on 7.28.14 in the HashFast matter. | 37.00 |
| 09/18/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call - Hashfast Hrng on 9.10.14. | 58.00 |
| | **Subtotal - Court Costs (E112)** | **437.00** |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. US Bankruptcy Court Norther Dist 235 Pine Street, 19th Floor San Francisco 7/17/2014 | 126.88 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 7/28/2014 | 214.63 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC SF 235 Pine Street San Francisco, CA 7/16/2014 | 87.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 253.85 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 79.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 8/1/2014 | 71.63 |
| | **Subtotal - Messenger Service (E107)** | **834.41** |
| 06/27/14 | Airfare; Bonita J. Paul; Travel for Ashley McDow to Oakland; | 454.00 |
| 06/27/14 | Airfare; Ashley M. McDow; Travel to San Francisco for Creditors Committee Meeting; | 454.00 |
| 07/07/14 | Airfare; Ashley M. McDow; Travel to/from Oakland International Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Travel Service Fees; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 25.00 |
| 07/14/14 | Airfare; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 434.00 |

| Date | Description | Amount |
|---|---|---|
| 07/15/14 | Airfare; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 434.00 |
| 07/15/14 | Travel Service Fees; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 25.00 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Airline Travel to San Francisco, CA to attend hearing in HashFast matter on 7/28/14.; | 859.09 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Return Airline Travel from San Francisco, CA after attending hearing in HashFast matter on 7/28/14.; | 598.09 |
| 08/21/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth A. Green; Attorney got paid for airline ticket cost and the hearing was cancelled at the last minute. The ticket out to California for the hearing was a refundable ticket. She will need to reimburse the Firm for this amount.; | (859.09) |
| 08/29/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; | 465.20 |
| 09/10/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Air travel to California to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; | 1,820.18 |
| 09/10/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to San Francisco to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; | 465.20 |
| 10/23/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 496.20 |
| 10/23/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 25.00 |
| | **Subtotal - Airfare/Trainfare (E110)** | **6,129.87** |
| 06/27/14 | UCC Search Charges (E106) - VENDOR: CAPITOL SERVICES, INC. UCC Searches | 125.00 |
| | **Subtotal - UCC Search Charges (E106)** | **125.00** |

| 06/27/14 | Mileage; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
|---|---|---|
| 06/27/14 | Mileage; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 07/09/14 | Mileage; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; 35.20 Miles @ Rate .56; Jul 09, 2014; | 19.71 |
| 07/17/14 | Mileage; Ashley M. McDow; Round trip Mileage to Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jul 17, 2014; | 19.71 |

**Subtotal - Local Mileage (E109)**    **78.84**

| 07/17/14 | Other Professional Services (E123) - VENDOR: ACE ATTORNEY SERVICE, INC. Matrix Mailing | 3,863.88 |
|---|---|---|
| 09/10/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services for HashFast case. | 1,645.80 |
| 10/01/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management, Technology Development and Maintenance Services related to HashFast Technologies, LLC. | 3,457.20 |

**Subtotal - Other Professional Services (E123)**    **8,966.88**

| 07/09/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; Jul 09, 2014; | 46.00 |
|---|---|---|
| 07/17/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; Jul 17, 2014; | 69.00 |

**Subtotal - Ground Transportation Local (E109)**    **115.00**

| 10/21/14 | Farivar, Fahim - Filing Fees (E112) Filing Fees and Related; Fahim Farivar; CM/ECF Northern District Bar Admission.; Oct 15, 2014; | 305.00 |
|---|---|---|

**Subtotal - Filing Fees (E112)**    **305.00**

| Date | Description | Amount |
|---|---|---|
| 07/10/14 | Teleconference Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/2/2014 | 30.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 8/8/2014 | 37.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/11/2014 | 30.00 |

**Subtotal - Teleconference Charges (E105)    97.00**

| Date | Description | Amount |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 4.50 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 173.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 34.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 1.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 24.80 |
| 06/30/14 | Pacer Research - 06/30/14 by 9900.80 | 61.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 26.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.2 | 28.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 2.70 |
| 09/30/14 | PACER HASFAST | 1.70 |
| 09/30/14 | PACER HASHFAST | 1.00 |
| 09/30/14 | PACER 93044.1 | 9.30 |
| 09/30/14 | PACER HASHFST | 13.60 |
| 09/30/14 | PACER HASHFAST | 13.20 |
| 09/30/14 | PACER 93044.1 | 3.20 |
| 09/30/14 | PACER 93044.1 | 19.50 |
| 09/30/14 | PACER 93044.1 | 38.40 |

**Subtotal - Electronic Court Fees (E112)    457.70**

| Date | Description | Amount |
|---|---|---|
| 06/10/14 | 218 minute conference call by Ashley Mcdow at 03:58 PM | 10.22 |
| 06/26/14 | 1298 minute conference call by Ashley Mcdow at 10:56 AM | 60.86 |
| 06/30/14 | 548 minute conference call by Ashley Mcdow at 01:25 PM | 25.70 |
| 07/01/14 | 1036 minute conference call by Ashley Mcdow at 08:49 AM | 48.57 |
| 07/03/14 | 159 minute conference call by Ashley Mcdow at 02:56 PM | 7.46 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 6.69 |

| Date | Description | Amount |
|---|---|---|
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 07/05/14 | 21 minute conference call by Ashley Mcdow at 08:02 AM | 0.98 |
| 07/06/14 | 932 minute conference call by Ashley Mcdow at 09:54 AM | 43.70 |
| 07/07/14 | INTCALL MICHAEL DELANEY | 0.77 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 3.48 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.60 |
| 07/10/14 | INTCALL MICHAEL DELANEY | 19.58 |
| 07/11/14 | INTCALL MICHAEL DELANEY | 6.02 |
| 07/12/14 | INTCALL MICHAEL DELANEY | 9.28 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.72 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.81 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 5.36 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 8.79 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 1.20 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 0.10 |
| 07/16/14 | INTCALL MICHAEL DELANEY | 3.30 |
| 07/17/14 | INTCALL MICHAEL DELANEY | 0.29 |
| 07/18/14 | INTCALL MICHAEL DELANEY | 5.39 |
| 07/20/14 | INTCALL MICHAEL DELANEY | 13.81 |
| 07/22/14 | INTCALL MICHAEL DELANEY | 3.03 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 8.66 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 2.16 |
| 07/24/14 | INTCALL MICHAEL DELANEY | 0.62 |
| 07/26/14 | INTCALL MICHAEL DELANEY | 2.96 |
| 07/27/14 | INTCALL MICHAEL DELANEY | 17.21 |
| 07/29/14 | 234 minute conference call by Ashley Mcdow at 03:27 PM | 10.98 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 5.13 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 4.62 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 0.01 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 11.57 |
| 08/01/14 | INTCALL MICHAEL DELANEY | 27.58 |
| 08/05/14 | INTCALL MICHAEL DELANEY | 5.27 |
| 08/12/14 | INTCALL MICHAEL DELANEY | 4.13 |
| 08/15/14 | INTCALL MICHAEL DELANEY | 3.34 |

| Date | Description | Amount |
|---|---|---|
| 08/18/14 | INTCALL MICHAEL DELANEY | 2.93 |
| 08/19/14 | INTCALL MICHAEL DELANEY | 4.34 |
| 08/26/14 | INTCALL MICHAEL DELANEY | 9.32 |
| 08/28/14 | INTCALL MICHAEL DELANEY | 4.53 |
| 08/29/14 | INTCALL MICHAEL DELANEY | 1.00 |
| 09/01/14 | INTCALL MICHAEL DELANEY | 2.36 |
| 09/02/14 | INTCALL MICHAEL DELANEY | 8.30 |
| 09/04/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 09/08/14 | INTCALL MICHAEL DELANEY | 0.98 |
| 09/09/14 | INTCALL MICHAEL DELANEY | 4.56 |
| 09/16/14 | INTCALL MICHAEL DELANEY | 12.74 |
| 09/23/14 | INTCALL MICHAEL DELANEY | 3.26 |
| | **Subtotal - Teleconference (E105)** | **445.87** |

| Date | Description | Amount |
|---|---|---|
| 06/26/14 | Westlaw Research - 06/26/14 by DELANEY MICHAEL | 15.74 |
| 07/12/14 | Westlaw Research - 07/12/14 by LAYDEN ANDREW V | 25.45 |
| 07/18/14 | Westlaw Research - 07/18/14 by MCDOW ASHLEY | 5.25 |
| 07/23/14 | Westlaw Research - 07/23/14 by MCDOW ASHLEY | 34.08 |
| 07/25/14 | Westlaw Research - 07/25/14 by MCDOW ASHLEY | 5.25 |
| 07/25/14 | Westlaw Research - 07/25/14 by DELANEY MICHAEL | 15.74 |
| 08/26/14 | Westlaw Research - 08/26/14 by DELANEY MICHAEL | 15.74 |
| 08/27/14 | Westlaw Research - 08/27/14 by DELANEY MICHAEL | 31.48 |
| | **Subtotal - Automated Research (E106)** | **148.73** |

| Date | Description | Amount |
|---|---|---|
| 07/22/14 | Postage | 0.96 |
| 07/24/14 | POSTAGE 1st Class Letter | 1.92 |
| | **Subtotal - Postage (E108)** | **2.88** |

| Date | Description | Amount |
|---|---|---|
| 07/14/14 | 9 Copies | 0.90 |
| 07/16/14 | 6 Copies | 0.60 |
| 07/22/14 | 6 Copies | 0.60 |
| 07/22/14 | 1 Copy | 0.10 |
| 08/19/14 | 1980 Copies | 198.00 |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 11/26/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 83

| | | |
|---|---|---|
| 08/24/14 | 1 Copy | 0.10 |
| 09/19/14 | 127 Copies | 12.70 |
| 10/24/14 | 1 Copy | 0.10 |

**Subtotal - Copier / Duplication (E101)**   **213.10**

| | | |
|---|---|---|
| 07/22/14 | FedEx Clerk U S District Court Northern District of C aliforni 450 GOLDEN GATE AVE SAN FRANCISCO CA 78 0044055929 Pro Hac Vice documents | 21.69 |

**Subtotal - Delivery Services (E107)**   **21.69**

**Total**   $ **50,859.01**