TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
       Trial Attorney (#230709)
       Email: Julie.m.glosson@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re | ) | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | ) | Substantively consolidated with: |
| | ) | Case No. 14-30866 |
| Debtor-In Possession | ) | Chapter 11 |
| Affects HASHFAST LLC, | ) | |
| Debtor-In Possession. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE CONTINUED EMPLOYMENT AND RETENTION OF PETER KRAVITZ AND OTHERS AT PROVINCE, INC., AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS, NUNC PRO TUNC TO AUGUST 15, 2014**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

<u>Debtors</u>
Hashfast Technologies LLC
HashFast LLC
100 Bush Street, Suite 650
San Francisco, CA 94103

<u>Debtors' Counsel</u>
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

<u>Counsel for Creditors Committee</u>
Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

<u>Request for Special Notice</u>
Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

David M. Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

| | |
|---|---|
| 1 | Eric W. Benisek |
| 2 | Vasquez Benisek & Lindgren LLP |
|   | 3685 Mt. Diablo Blvd., Suite 300 |
| 3 | Lafayette, CA 94549 |
| 4 | Patrick V. Chesney |
| 5 | Gallo LLP |
|   | 801 S. Figueroa Street, Suite 2170 |
| 6 | Los Angeles, CA 90017 |
| 7 | Ray E. Gallo |
| 8 | Gallo LLP |
|   | 1299 Fourth St., Suite 505 |
| 9 | San Rafael, CA 94901 |
| 10 | Venkat Balasubramani |
| 11 | Focal PLLC |
|    | 800 Fifth Ave, Suite 4100 |
| 12 | Seattle, WA 98104 |
| 13 | Nancy Weng |
| 14 | Trinh Law |
|    | 99 N. 1st St., Suite 200 |
| 15 | San Jose, CA 95113 |
| 16 | W. Keith Fendrick, Esq. |
| 17 | Holland & Knight LLP |
|    | 100 N. Tampa St., Suite 4100 |
| 18 | Tampa, FL 33602 |
| 19 | Caroline R. Djang, Esq. |
| 20 | Rutan & Tucker, LLP |
|    | 611 Anton Boulevard, Fourteenth Floor |
| 21 | Costa Mesa, CA 92626 |
| 22 | Ori Katz |
| 23 | Sheppard, Mullin, Richter & Hampton LLP |
|    | Four Embarcadero Center, 17th Floor |
| 24 | San Francisco, CA 94111 |
| 25 | Craig Stuppi |
| 26 | Law Offices of Stuppi & Stuppi |
|    | 1655 N. Main Street, Suite 106, #360 |
| 27 | Walnut Creek, CA 94596 |
| 28 | |

| | |
|---|---|
| 1 | Robert G. Harris, Esq. |
| 2 | Binder & Malter LLP |
|   | 2775 Park Avenue |
| 3 | Santa Clara, CA 95050 |
| 4 | PITE DUNCAN, LLP |
| 5 | 4375 Jutland Drive, Suite 200 |
|   | P.O. Box 17933 |
| 6 | San Diego, CA 92177-0933 |

     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 4, 2014.

By:   /s/_____
     Ianthe V. del Rosario