MORGAN, LEWIS & BOCKIUS LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@morganlewis.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@morganlewis.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

MORGAN, LEWIS & BOCKIUS LLP
EDWIN E. SMITH *(Admitted Pro Hac Vice)*
edwin.smith@morganlewis.com
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7044
Facsimile: 212.752.5378

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC,<br>a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>_____<br><br>Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Case No. 14-30725 DM<br><br>[Proposed to be] Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, effective November 24, 2014, David M. Balabanian, Kristen A. Palumbo and Edwin E. Smith, counsel for Creditor LIQUIDBITS CORP. in this action, have changed law firms. Effective November 24, 2014, the foregoing attorneys should be served at Morgan, Lewis & Bockius LLP, as indicated below:

David M. Balabanian
Kristen A. Palumbo
MORGAN, LEWIS & BOCKIUS LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: 415.393.2000
Facsimile:  415.393.2286
Email: david.balabanian@morganlewis.com
Email: kristen.palumbo@morganlewis.com

Edwin E. Smith *(Admitted Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
399 Park Avenue
New York, NY  10022-4689
Telephone: 212.705.7044
Facsimile:  212.752.5378
Email: edwin.smith@morganlewis.com

DATED: December 5, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kristen A. Palumbo
Kristen A. Palumbo
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111
T: 415.393.2000
F: 415.393.2286
kristen.palumbo@bingham.com