MORGAN, LEWIS & BOCKIUS LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@morganlewis.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@morganlewis.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

MORGAN, LEWIS & BOCKIUS LLP
EDWIN E. SMITH *(Admitted Pro Hac Vice)*
edwin.smith@morganlewis.com
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7044
Facsimile: 212.752.5378

Attorneys for Creditor
LIQUIDBITS CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> HASHFAST TECHNOLOGIES, LLC, a California limited liability company, <br><br> Debtor and Debtor-In-Possession <br><br> ———————————————— <br><br> Affects HASHFAST LLC, a Delaware limited liability company, <br><br> Debtor and Debtor-In-Possession | Case No. 14-30725 DM <br><br> [Proposed to be] Jointly Administered with: <br><br> Case No. 14-30866 <br><br> Chapter 11 <br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I am over eighteen years of age, not a party in this action, and employed in San |
| 3 | Francisco County, California at Three Embarcadero Center, San Francisco, California 94111- |
| 4 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mail/hand delivery/next business day delivery, and they are deposited that |
| 6 | same day in the ordinary course of business. |
| 7 | On December 5, 2014, I served the following: |
| 8 | **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

X (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**Debtor**
Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94104

**Debtor's Counsel**
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

**U.S. Trustee**
U.S. Trustee
Office of the U.S. Trustee - SF
235 Pine Street
Suite 700
San Francisco, CA 94104

**Debtor's Counsel**
Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

**Debtor's Counsel**
Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

**Members of Unsecured Creditors Committee**

| | |
|---|---|
| Hamilton Hee<br>761 Irwindale Avenue<br>Las Vegas, NV  89123 | Sistemas Operativos Sanitarios ca<br>Attn:  Guido Ochoa<br>Calle 35 entre Av. 2 y 3 #2-34<br>Merida, Venezuela 5101 |
| Uniquify, Inc.<br>Attn:  Robert Smith<br>2030 Fortune Drive #200<br>San Jose, CA  95131 | Anthony Vo<br>319 S. Mitchell Street<br>Bloomington, IN  47401 |
| Koi Sytems Ltd.<br>Attention:  Brian Edgeworth<br>1191 Center Point Drive<br>Suite A<br>Henderson, NV  89074 | Digimex Ltd.<br>Attn:  Willem van Rooyen<br>Bel Air on the Peak, Phase 4<br>Tower 7, Unit 19A<br>Pok Fu Lam, Hong Kong |
| Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD  21230 | |

**Request For Special Notice**

| | |
|---|---|
| Christopher D. Sullivan<br>Diamond McCarthy LLP<br>150 California Street, Suite 2200<br>San Francisco, CA  94111 | Eric W. Benisek<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA  94549 |
| Patrick V. Chesney<br>Gallo LLP<br>801 S. Figueroa Street, Suite 2170<br>Los Angeles, CA  90017 | Ray E. Gallo<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA  94901 |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Ave., Suite 4100<br>Seattle, WA  98104 | |

| | | |
|---|---|---|
| 1 | **Petitioning Creditor**<br>Edward Hammond<br>3103 Powell Circle<br>Austin, TX  78704-6343 | **Petitioning Creditor**<br>Grant Pederson<br>12538 Botanical Lane<br>Frisco, TX  75035-0433 |
| 4 | **Interested Party Timefire, Inc.**<br>Satish Ambarti<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA  94549-6833 | **Petitioning Creditor**<br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA  91780-1747 |
| 7 | **U.S. Attorney**<br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA  94102-3661 | **Interested Party**<br>California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280 |
| 11 | **Interested Party**<br>Ray E. Gallo, Esq.<br>Gallo LLP<br>1299 Fourth Street, Suite 505<br>San Rafael, CA  94901 | **Interested Party**<br>California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| 14 | **Interested Party**<br>Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA  94230 | **Counsel for Koi Systems**<br>Ashley M. McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA  90025-0509 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on December 5, 2014 at San Francisco, California.

/s/ Kelley A. Garcia
Kelley A. Garcia

3
CERTIFICATE OF SERVICE