Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Petitioning Creditors*
*Hamilton Hee, et al.*

**UNITED STATE BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866) |
|      Debtor and Debtor-In-Possession. | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN THE U.S. TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE CONTINUED EMPLOYMENT AND RETENTION OF PETER KRAVITZ AND OTHERS AT PROVINCE, INC., AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS, *NUNC PRO TUNC* TO AUGUST 15, 2014** |
|      Debtor and Debtor-In-Possession. | Judge: Hon. Dennis Montali |

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "<u>Gallo Creditors</u>")[1] hereby join in the U.S. Trustee's Objection to Debtors' Application for Order Authorizing and Approving the Continued Employment and Retention of Peter Kravitz and others at Province, Inc., as Chief Restructuring Officer of the Debtors, *Nunc Pro Tunc* to August 15, 2014 (Docket #240). The grounds for the U.S. Trustee's objections apply equally to the Gallo Creditors.

      The Gallo Creditors further submit that the proposed fees to Kravitz are wholly unreasonable and unsupportable given the lack of success in liquidating the assets of the debtor at reasonable prices, the failure to file a proposed reorganization plan, and the likelihood that creditors will receive nothing at the end of the day.

DATED:  December 11, 2014         **RESPECTFULLY SUBMITTED,**

                                 **GALLO LLP**

                         By:  */s/ Ray E. Gallo*
                              Ray E. Gallo
                              Patrick V. Chesney
                              Attorneys for the Hee Creditors

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.