Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Petitioning Creditors*
*Hamilton Hee, et al.*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**CREDITORS' OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Judge: Hon. Dennis Montali |

The 81 creditors represented by Gallo LLP (the "Gallo Creditors")[1] hereby object to the First Interim Application for Compensation and Reimbursement of Expenses of Baker & Hostetler LLP ("B&H") for the Period of June 25, 2014 through and including November 10, 2014 (Docket #237).

Baker & Hostetler LLP accomplished nothing of any value to the estate during this period.

Worse, it unreasonably, recklessly, and negligently failed and refused to negotiate or even speak meaningfully during this period with creditor Liquidbits or its counsel when Liquidbits was prepared to expend real effort and real cash to make a deal, and when B&H knew (because the Debtor's counsel had advised it, and the undersigned) that Liquidbits was the only seriously interested player to negotiate with. Moreover, we know that Liquidbits was prepared to reasonably negotiate the terms and structure of the transaction (the then-proposed transaction included multiple terms negotiated by the undersigned).

B&H's effort to thwart the Liquidbits deal, and failure even to attempt to reach a different one with Liquidbits, did not maximize the value of the Estate as B&H contends in its Application. Rather, as a result of B&H's serious errors of judgment, and its inaction, payouts from the bankruptcy estate to unsecured creditors will be slim to none, whereas the Liquidbits' deal, or a reasonable variation on it that could have been negotiated, would have netted the $2 million in up-front cash and a possible future revenue stream.

In sum, B&H's services have been of no discernible value whatsoever, actually appear to have cost the creditors at least $2 million, and appear negligently and even recklessly delivered.

//

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.

DATED:  December 11, 2014            RESPECTFULLY SUBMITTED,

GALLO LLP

By:  */s/ Ray E. Gallo*
     Ray E. Gallo
     Patrick V. Chesney
     Attorneys for the Hee Creditors

Page 3

Case: 14-30725   Doc# 240   OBJECTION TO APPLICATION FOR COMPENSATION   Filed: 12/11/14   Entered: 12/11/14 16:25:53   Page 3 of 3

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901