MORGAN, LEWIS & BOCKIUS LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@morganlewis.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@morganlewis.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

MORGAN, LEWIS & BOCKIUS LLP
Edwin E. Smith (*pro hac vice*)
Morgan Lewis & Bockius LLP
399 Park Avenue
New York, NY 10022
Phone: 212.705.7044
edwin.smith@morganlewis.com

*Attorneys for Liquidbits Corp.*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br>_____<br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725-DM<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**JOINDER TO CREDITORS' OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Judge: Hon. Dennis Montali |

Liquidbits Corp. ("Liquidbits") hereby joins in the objection (the "Gallo Creditors' Objection") of the creditors represented by Gallo LLP to the First Interim Application for Compensation and Reimbursement of Expenses of Baker & Hostetler LLP ("B&H") for the Period of June 25, 2014 through and including November 10, 2014 (Docket #237).

In doing so, Liquidbits confirms that, as stated in the Gallo Creditors' Objection, Liquidbits was prepared to negotiate with the Creditors' Committee modifications to the purchase transaction proposed by Liquidbits to address any concerns raised by the Creditors' Committee. However, despite repeated efforts by Liquidbits' counsel to engage in negotiations with B&H, B&H chose instead to ignore those efforts and to file its opposition to the transaction.

DATED: December 12, 2014

**RESPECTFULLY SUBMITTED,**

**MORGAN LEWIS & BOCKIUS LLP**

By: /s/ Kristen A. Palumbo
Kristen A. Palumbo
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111
T: 415.393.2000
F: 415.393.2286
kristen.palumbo@morganlewis.com
Attorneys for Liquidbits Corp.