MORGAN, LEWIS & BOCKIUS LLP
DAVID M. BALABANIAN (SBN 37368)
david.balabanian@morganlewis.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@morganlewis.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

MORGAN, LEWIS & BOCKIUS LLP
Edwin E. Smith (*pro hac vice*)
Morgan Lewis & Bockius LLP
399 Park Avenue
New York, NY 10022
Phone: 212.705.7044
edwin.smith@morganlewis.com

*Attorneys for Liquidbits Corp.*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725-DM<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**NOTICE OF JOINDER AND JOINDER OF LIQUIDBITS CORP. IN THE U.S. TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE CONTINUED EMPLOYMENT AND RETENTION OF PETER KRAVITZ AND OTHERS AT PROVINCE, INC., AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS, *NUNC PRO TUNC* TO AUGUST 15, 2014**<br><br>Judge: Hon. Dennis Montali |

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Liquidbits Corp. hereby joins in the U.S. Trustee's Objection to Debtors' Application for Order Authorizing and Approving the Continued Employment and Retention of Peter Kravitz and others at Province, Inc., as Chief Restructuring Officer of the Debtors, *Nunc Pro Tunc* to August 15, 2014 (Doc. #240).

DATED: December 12, 2014

**RESPECTFULLY SUBMITTED,**

**MORGAN LEWIS & BOCKIUS LLP**

By: /s/ Kristen A. Palumbo
Kristen A. Palumbo
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111
T: 415.393.2000
F: 415.393.2286
kristen.palumbo@morganlewis.com
Attorneys for Liquidbits Corp