Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Hearing Date:<br>Date: December 19, 2014<br>Time: 9:30 a.m.<br>Place: Courtroom 22<br>       U.S. Bankruptcy Court<br>       235 Pine Street<br>       San Francisco, CA 94104 |

**PROOF OF SERVICE OF RESPONSE TO CREDITORS' OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO CREDITORS' OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 17, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served)**: On (*date*) December 18, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Email*

| | | | |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Craig Beech | craigbeech@gmail.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Michael Gao | Urazexo378@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Scott Gray | elphenom@yahoo.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Wy Gost | wygost@yahoo.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | | |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 18, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2014 | Shurla Thomason | /s/ Shurla Thomason |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
605611067.1
**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE [CONT]

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell   ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang   cdjang@rutan.com
Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Julie M. Glosson   julie.m.glosson@usdoj.gov
Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris   rob@bindermalter.com
Ori Katz   okatz@sheppardmullin.com
Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Kristen A. Palumbo   kristen.palumbo@morganlewis.com
Craig Stuppi   craig@stuppilaw.com
Sarah M. Stuppi   sarah@stuppilaw.com
Christopher D. Sullivan   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng   nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served):**

David M. Balabanian
Morgan, Lewis and Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Edwin E. Smith
Morgan, Lewis and Bockius LLP
399 Park Ave.
New York, NY 10022-4689

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
605611067.1

F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**

Via Personal Delivery:

Hon. Dennis Montali
U.S. Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA 94104

Via Overnight Mail:

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
605611067.1

F 9013-3.1.PROOF.SERVICE

Case: 14-30725    Doc# 256    Filed: 12/18/14    Entered: 12/18/14 16:50:13    Page 4 of 4