KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>---<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | ) Lead Case No. 14-30725<br>)<br>) Jointly Administered and Substantively<br>) Consolidated with:<br>)<br>) Case No. 14-30866<br>)<br>) Chapter 11<br>)<br>) Hearing:<br>) Date: January 23, 2015<br>) Time: 1:30 p.m.<br>) Ctrm: Hon. Dennis Montali<br>)     235 Pine Street, Courtroom 22<br>)     San Francisco, CA 94104<br>)<br>) **AMENDED FIRST INTERIM**<br>) **APPLICATION FOR COMPENSATION**<br>) **AND REIMBURSEMENT OF EXPENSES**<br>) **OF COUNSEL TO THE DEBTOR AND**<br>) **DEBTOR-IN-POSSESSION (KATTEN**<br>) **MUCHIN ROSENMAN LLP)**<br>)<br>) |

**TO THE HONORABLE DENNIS MONTALI AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

This is the First Interim Application (the "<u>First Application</u>") for allowance of compensation and reimbursement of expenses of Katten Muchin Rosenman LLP (the "<u>Firm</u>" or "<u>Applicant</u>"), counsel for HashFast Technologies LLC and HashFast LLC (collectively, "<u>HashFast</u>" or the "<u>Debtors</u>") in the above-captioned case. The Firm seeks approval of compensation for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtors for the time period of June 6, 2014, through September 30, 2014 (the "<u>Application Period</u>"). The First Application requests Court approval of compensation for professional legal services rendered and expenses incurred by the Firm as counsel to the Debtors during the Application Period totaling $353,897.48. This amount consists of professional fees of $329,896.00 and reimbursement of expenses of $24,001.48 incurred during the Application Period.

The Debtors provided the Firm with a retainer of $130,000 ("<u>Retainer</u>"), paid as follows: $40,000 on May 5, 2014; $35,000 on May 8, 2014; $5,000 on May 22, 2014; and $50,000 on May 28, 2014. As of June 2, 2014, the Firm has drawn down the sum of $100,000 to cover all fees and expenses incurred on behalf of the Debtors prior to the filing of the entry of the order for relief. The balance of the Retainer continues to be held by the Firm. The amount of outstanding fees and unreimbursed expenses is $353,897.48, representing $329,896.00 in fees and $24,001.48 in unreimbursed expenses.

Applicant's request for relief is based on the First Application and separately filed Exhibits thereto, the notice (the "<u>Notice</u>") of the hearing on the First Application, and the Declaration of Peter A. Siddiqui filed in support of the First Application.

The First Application is made pursuant to the provisions of 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016. The First Application conforms to the United States Trustee's Guidelines (the "<u>Trustee's Guidelines</u>") for the compensation of professional persons.

In support of the First Application, Applicant respectfully represents as follows:

---

2

**AMENDED FIRST INTERIM APPLICATION FOR**

# I. STATEMENT OF THE CASE

On May 9, 2014, certain petitioning creditors filed a chapter 7 involuntary petition against Hashfast Technologies LLC [Doc No. 1]. On June 3, 2014, HashFast Technologies LLC consented to the petition and filed a motion to convert the case from chapter 7 to chapter 11 (the "Motion to Convert") [Doc Nos. 35, 36]. The Court granted the Motion to Convert on June 5, 2014 [Doc No. 40]. On June 6, 2014, HashFast LLC filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors filed a motion to jointly administer the chapter 11 case of HashFast LLC with the case of its wholly-owned subsidiary HashFast Technologies LLC (collectively, these "Chapter 11 Cases"). The Debtors continue to operate their business and manage their properties as debtors-in-possession. On or about July 23, 2014, the Committee filed its motion to substantively consolidated the Debtors' bankruptcy estates pursuant to 11 U.S.C. § 105(a) (the "Substantive Consolidation Motion"). This Court granted the Substantive Consolidation Motion on September 28, 2014 [Doc. No. 202].

# II. GENERAL BACKGROUND OF THE FIRM'S SERVICES

On June 6, 2014, the Firm filed its *Application for Order Under 28 U.S.C. § 327(a) Authorizing Retention of Katten Muchin Rosenman LLP* [Doc. No. 45] requesting that it be appointed counsel to the Debtors effective as of the Petition Date. The *Order Authorizing Debtors to Retain and Employ Katten Muchin Rosenman LLP as Counsel* was entered on the docket on July 9, 2014 [Doc. No. 120].

By this First Application, the Firm seeks approval of compensation for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtors for the Application Period. The First Application requests Court approval of compensation for professional legal services rendered and expenses incurred by Applicant as counsel to the Debtors during the Application Period totaling $353,897.48. This amount consists of professional fees of

$329,896.00 and reimbursement of expenses of $24,001.48 incurred during the Application Period.

### III. CASE STATUS

The Debtors' cases are proceeding on to an orderly liquidation. The Debtors have ceased ordinary course operations and are engaged in the process of selling their assets in a value-maximizing manner. The Debtors are being led by their Chief Restructuring Officer, Peter Kravitz of Province, Inc., and certain other Province personnel, including Victor Delaglio, Amanda Demby, and Maribel Chang. Mr. Kravitz and his team are supported by Simon Barber and Eduardo de Castro, the Debtors' principal shareholders and their prepetition management leaders. To this point, the Debtors have liquidated all of their inventory other than approximately 15,000 ASIC chips. Those chips will be sold by the Debtors pursuant to a new board design and build led by Guido Ochoa. Mr. Ochoa purchased substantially all of the Debtors' remaining non-chip inventory; he is also a substantial creditor and member of the Committee.

The Debtors expect to file a joint plan of liquidation, together with the Committee. Pursuant to that plan, the Debtors' remaining assets, as well as any proceeds generated from those assets, will vest in a liquidating trust. Included in those trust assets will be certain litigation assets, including avoidance actions and potential D&O claims. The liquidation trustee will liquidate those assets for the benefit of the trust beneficiaries, which will be the Debtors' unsecured creditors. The Debtors and the Committee intend to file that plan promptly.

As of December 23, 2014, the Debtors had $168,030.25 in cash on hand. The Debtors' principal accrued expenses are professional fees for the Debtors and the Committee. Through December, 2014, the Debtors' project those expenses to exceed $600,000.

Case: 14-30725    Doc# 267    Filed: 12/31/14    Entered: 01/05/15 10:56:36    Page 4 of
97

# IV. EXHIBIT TO FIRST FEE APPLICATION

The following exhibit is attached to the First Application: A detailed statement (the "Statement") of the services the Firm performed and the out-of-pocket expenses incurred during this Application Period is set forth on **Exhibit A**. The Statement sets forth the time and expense records as kept in the ordinary course of business, and contains the name of each attorney performing services, a description of the services, and the amount of time incurred for the services. The time entries are in chronological order by Project Billing Category.

# V. SUMMARY OF PROFESSIONAL SERVICES RENDERED

The Firm spent 564.60 hours in performing the services described in the First Application, at an average hourly billing rate of $550.00. A summary of the hours spent by individual attorneys during the Application Period, along with each individual's hourly rate, is as follows:

| Name of Professional | Position | Date of Bar Admission | Hourly Rate 2014 | Total Billed Hours 2014 | Total Compensation |
|---|---|---|---|---|---|
| Craig A. Barbarosh | Partner | CA 1992 | $810 | 18.70 | $15,147 |
| Peter A. Siddiqui | Partner | IL 2002 | $630 | 295.90 | $186,417 |
| Karin H. Berg | Partners | IL 2003 | $615 | 1.1 | $676.50 |
| Jessica M. Mickelsen | Associate | CA 2011 | $575 | 150.10 | $86,307.50 |
| Paul T. Musser | Associate | IL 2011 | $460 | 82.40 | $37,904 |
| Vickie Hayden Lee | Paraprofessional | -- | $210 | 16.4 | $3,444 |
| **Total** | | | | | **$329,896** |

# VI. SUMMARY BY PROJECT BILLING CODE

### A.    Use Of Project Categories

The Firm performed services in the following categories:

| Project Type | Amount Sought June 2014 | Amount Sought July 2014 | Amount Sought August 2014 | Amount Sought September 2014 | Amount Sought October 2014 | Total: |
|---|---|---|---|---|---|---|
| First Day Motions | $9,800.50 | $630.00 | $0.00 | $0.00 | $0.00 | $10,430.50 |
| Asset Sales/Bidding Procedures | $10,155.50 | $57,493.50 | $8,046.00 | $7,056.00 | $13,963.50 | $96,714.50 |
| Litigation/ Adversary | $0.00 | $15,675.00 | $18,630.00 | $8,769.00 | $1,800.00 | $44,874.00 |

| Proceedings | | | | | | |
|---|---|---|---|---|---|---|
| Claims Analysis and Objections | $613.50 | $0.00 | $945.00 | $630.00 | $945.00 | $3,133.50 |
| Executory Contracts and Leases | $928.50 | $1,386.00 | $4,347.00 | $6,237.00 | $2,898.00 | $15,796.50 |
| Case Administration | $8,730.50 | $45,559.50 | $17,187.00 | $8,525.50 | $1,400.00 | $81,402.50 |
| Professional Retention and Compensation | $315.00 | $126.00 | $2,331.00 | $0.00 | $315.00 | $3,087.00 |
| Plan and Disclosure Statement | $0.00 | $0.00 | $0.00 | $2,709.00 | $378.00 | $3,087.00 |
| Employee Matters | $0.00 | $2,655.00 | $3,132.00 | $0.00 | $0.00 | $5,787.00 |
| Non-Working Travel | $2,520.00 | $0.00 | $2,520.00 | $2,520.00 | $0.00 | $7,560.00 |
| Hearings and Court Matters | $5,040.00 | $10,968.50 | $630.00 | $0.00 | $1,764.00 | $18,402.50 |
| Schedules/Statements of Financial Affairs | $28,097.00 | $6,207.00 | $4,561.00 | $0.00 | $0.00 | $38,865.00 |
| Automatic Stay Matters | $126.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.00 |
| Insurance Matters | $0.00 | $0.00 | $630.00 | $0.00 | $0.00 | $630.00 |
| **Total** | | | | | | **$329,896** |

### 1.  First Day Motions (Matter 2)

The Applicant filed and prosecuted various first day motions during the Application Period, including motions for joint administration and to retain its cash management system, as well as address various matters arising out of the order for relief.  This category included negotiating objections and comments received by the Committee and the United States Trustee, especially as it relates to the Debtors' Bitcoin account management.

The Firm spent a total of 17.80 hours and incurred fees totaling $10,430.50 during the Application Period on this category.

### 2.  Asset Sales/Bidding Procedures (Matter 3)

The Applicant negotiated, drafted pleadings, and, in certain instances, orchestrated the closing of the sale of the Debtors' inventory, including the drafting and negotiation of documents related thereto.  This category encompasses two primary categories of tasks.  First, the Applicant spent considerable time developing and implementing a strategy of ordinary course sales.  Ordinary course sales constitute the Debtors' inventory sales to its existing customer base.  The Firm advised the Debtors in connection with the form and terms of such sales, prosecuted motions

Case: 14-30725    Doc# 267    Filed: 12/31/14    AMENDED FIRST INTERIM APPLICATION FOR
COMPENSATION FOR ATTORNEYS FOR THE DEBTOR Page 6 of
97

for authority to undertake ordinary course sales, and negotiated agreed orders with the Untied States Trustee, Committee, and the Debtors' other creditor constituencies.

The second category of tasks involved representing the Debtors in their efforts to sell substantially all of their assets outside the ordinary course. The Firm represented the Debtors and their management teams in their attempts to market and sell their assets. The first such effort resulted in a motion to approve the sale of substantially all of the Debtors' assets to Liquidbits Corporation. The Firm prosecuted a motion to sell and negotiated several transaction documents. After that sale effort failed, the Firm represented the Debtors in their effort to find alternative buyers, structuring alternative acquisition structures and negotiations with potential purchasers. The Firm expended 159.40 hours and fees of $96,714.50 in this category.

### 3. Litigation/Adversary Proceedings (Matter 4)

The bulk of the Applicant's time in this category relates to the Committee's 2004 exam subpoenas, including the coordination and gathering of documents for production, and the review of the documents for privilege and responsiveness. The Applicant also commenced an adversary proceeding seeking turnover of critical inventory that the Debtors are in the process of selling. The Applicant also prepared to bring other litigation against vendors holding inventory and customers failing to pay agreed-upon purchase prices, though no litigation was ultimately required. Finally, the Applicant responded to the United States Trustee's motion to appoint a trustee.

The Firm spent 75.60 hours and incurred $44,874.00 in fees during the Application Period on this category.

### 4. Claims Analysis and Objections (Matter 5)

The Applicant reviewed and examined claims filed against the Debtors and evaluated what, if any, objections would be appropriate.

The Firm spent a total of 5.0 hours and incurred fees totaling $3,133.50 during the Application Period on this category.

AMENDED FIRST INTERIM APPLICATION FOR
COMPENSATION FOR ATTORNEYS FOR THE DEBTOR

5. **Executory Contracts and Leases (Matter 6)**

The Applicant addressed issues related to the assumption and assignment of executory contracts and the cure amounts and notices associated therewith and the resolution of cure amounts with creditors. In addition, the Firm addressed issues arising from executory contracts and leases raised by counterparties thereto, including the termination of the Debtors' office lease, and fees, claims, and charges attempted to be assessed in connection with significant vendor leases. Most significantly among the vendor leases, the Firm represented the Debtors in their negotiations with their supply chain service providers in connection with potential assumption or rejection of such leases, as well as efforts to compel performance by such contract counterparties.

The Firm spent a total of 25.10 hours and incurred fees of $15,796.50 during the Application Period on this category.

6. **Case Administration (Matter 7)**

The Applicant's time in this category relates to two sub-categories: representing the Debtors in connection with their interactions with the United States Trustee and then with the Committee and its counsel, including responding to document and information inquires and attending meetings. Regarding the United States Trustee, the Applicant prepared for and participated in the Debtors' lengthy, multi-day 341 meeting, as well as addressed subsequent information requests, document requests, and interviews in connection therewith. The United States Trustee conducted a lengthy initial debtor interview, which required detailed document production and multiple conferences and meetings. The Applicant assisted the Debtors in their preparation and filing of monthly operating reports and other information requests from the United States Trustee.

Regarding the Committee, the Applicant represented the Debtors in connection with three depositions and a comprehensive document production request. There were significant hours of time devoted to responding those requests, including gathering and reviewing documents, and preparing witnesses for their examinations.

The Firm expended 148.10 hours and incurred $81,402.50 in fees during the Application Period on this category.

Case: 14-30725   Doc# 267   Filed: 12/31/14   Entered: 12/31/14 02:55:36   Page 8 of 97

**7.     Professional Retention and Compensation Matters (Matter 8)**

The Applicant prepared applications to retain professionals, including the Debtors' counsel and chief restructuring officer, as well as reviewed documents related to the Committee's retention of professionals.

The Firm spent a total of 4.90 hours and incurred fees totaling $3,087.00 during the Application Period on this category.

**8.     Plan and Disclosure Statement (Matter 9)**

The Applicant addressed issues related to and drafted a plan term sheet and disclosure statement, while negotiating the same with the Committee.  The Debtors anticipate filing a plan and disclosure statement prior to the end of the year.

The Firm spent 4.90 hours and incurred fees of $3,087.00 during the Application Period on this category.

**9.     Employee Matters (Matter 10)**

The Applicant addressed issues regarding the Debtors' employees, including resignation issues, compensation issues, indemnification issues, and California labor law issues.   The Applicant will continue to address any post-sale employee matters in the month of May 2015.

The Firm spent 8.90 hours and incurred $5,787.00 in fees during the Application Period on this category.

**10.     Non-Working Travel (Matter 12)**

The Applicant traveled to many hearings and meetings during the Application Period.

The Firm spent 12.00 hours and incurred fees of $7,560.00 during the Application Period on this category.

**11.     Hearings and Court Matters (Matter 13)**

The Applicant attended numerous hearings, including the first day hearing, hearings on the Debtors' motion to sell assets in the ordinary course, and on the United States Trustee's motion to appoint a trustee.

The Firm spent a total of 30.30 hours and incurred fees totaling $18,402.50 during the Application Period on this category.

### 12. Schedules/Statement of Financial Affairs (Matter 14)

The Applicant spent significant time assisting the Debtors in compiling information and completing the Debtors' schedules of assets and liabilities and statements of financial affairs.

The Firm spent a total of 71.40 hours and incurred fees totaling $38,865.00 during the Application Period on this category.

### 13. Automatic Stay Matters (Matter 15)

The Applicant filed certain notices of bankruptcy and suggestions of stay in connection with prepetition litigation pending against the Debtors.

The Firm spent a total of .20 hours and incurred fees totaling $126.00 during the Application Period on this category.

### 14. Insurance Matters (Matter 16)

The Applicant addressed certain issues related to insurance coverage for the Debtors' assets, as well as reviewed E&O insurance policies in effect.

The Firm spent a total of 1.00 hour and incurred fees of $630.00 during the Application Period on this category.

### B. Summary of Expenses

The Firm seeks expense reimbursement for costs totaling $24,001.48. A summary of expenses advanced is set forth below. At the request of the United States Trustee, the Firm will not charge the Debtors for Employee Overtime.

| Expense | Amount Sought June 2014 | Amount Sought July 2014 | Amount Sought August 2014 | Amount Sought September 2014 | Amount Sought October 2014 | Total: |
|---|---|---|---|---|---|---|
| Local Courier | $230.50 | $250.50 | $493.25 | $129.00 | $75.00 | $1,178.25 |
| Courier | $0.00 | $0.00 | $591.75 | $355.20 | $126.92 | $1,073.87 |
| Postage | $1,440.28 | $757.73 | $809.59 | $77.13 | $140.24 | $3,224.97 |
| Employee Overtime | $200.00 | $250.50 | $0.00 | $0.00 | $0.00 | $450.50 (*will be written off*) |
| Airfare | $1,206.62 | $4,926.84 | -$395.96 | $1,668.50 | $0.00 | $7,406.00 |
| Court Costs | $110.20 | $2,795.80 | $248.70 | $151.70 | $14.50 | $3,320.90 |

AMENDED FIRST INTERIM APPLICATION FOR
COMPENSATION FOR ATTORNEYS FOR THE DEBTOR

| | | | | | | |
|---|---|---|---|---|---|---|
| Out of Town Travel | $473.31 | $853.54 | $259.50 | $1,158.99 | $0.00 | $2,745.34 |
| Legal Research | $0.00 | $53.43 | $247.88 | $156.95 | $0.00 | $458.26 |
| Telephone Charges | $16.29 | $0.00 | $0.00 | $36.42 | $0.00 | $52.71 |
| Court Reporter Fees | $0.00 | $1,612.85 | $0.00 | $0.00 | $0.00 | $1,612.85 |
| Service Fees | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| Photocopy Costs | $0.00 | $2,386.60 | $0.00 | $0.00 | $397.20 | $2,783.80 |
| Document Imaging - Outside Service | $0.00 | $0.00 | $114.53 | $0.00 | $0.00 | $114.53 |
| **Total** | | | | | | **$24,001.48** |

## VII. COMPLIANCE WITH GUIDELINES

The Firm has prepared the First Application in compliance with all applicable guidelines. The Firm has not entered into any agreement, written or oral, express or implied, with any other party-in-interest or any attorney for any party-in-interest in the cases for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the Debtor's estate.

The Firm has read the First Application. To the best of the Firm's knowledge, information, and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Firm's clients.

WHEREFORE, the Firm respectfully requests that the Court enter its order:

(1) Granting approval of aggregate compensation sought in the First Application totaling $329,896.00 and aggregate expenses of $24,001.48 during the Application Period by the Firm on behalf of the Debtor; and

Case: 14-30725   Doc# 267   Filed: 12/31/14   Entered: 01/05/15 12:55:36   Page 11 of 97

AMENDED FIRST INTERIM APPLICATION FOR
COMPENSATION FOR ATTORNEYS FOR THE DEBTOR

1    (2)    Granting such other and further relief as the Court may deem just and

2 proper.

3

4 Dated: December 31, 2014                    KATTEN MUCHIN ROSENMAN LLP
                                             Peter A. Siddiqui
5                                            Jessica M. Mickelsen

6
                                             By:/s/ *Jessica M. Mickelsen*
7                                            Counsel for Debtor and Debtor-In-Possession
                                             HashFast Technologies LLC and HashFast LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

12

# EXHIBIT A
# (PART 1 OF 2)

**CLIENT MATTER NO. 385402-00002**



# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136982
Client No. 385402
Matter No. 00002

FEIN: 36-2796532

Re: **FIRST DAY MOTIONS** (385402.00002)

For legal services rendered through July 31, 2014 ............................................................... $10,430.50

Disbursements and other charges................................................................................ $2,088.06

**CURRENT INVOICE TOTAL:** $12,518.56

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Jun 14 | Musser, Paul T. | Draft and revise first-day motions. | 0.80 |
| 06 Jun 14 | Siddiqui, Peter A. | Draft and revise first day motions, petitions, and ancillary documents | 0.90 |
| 06 Jun 14 | Siddiqui, Peter A. | Review issues re filing and serving same | 2.20 |
| 06 Jun 14 | Siddiqui, Peter A. | correspondence with court staff re motions, petitions and ancillary documents | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with and respond to inquiries from UST re top 20 list and committee issues | 0.50 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with R. Gallo re bankruptcy filing, creditor list and first day matters | 0.50 |
| 06 Jun 14 | Mickelsen, Jessica M. | Assist on first day motions. | 0.10 |
| 06 Jun 14 | Musser, Paul T. | Revise first day motions | 1.80 |
| 06 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui regarding filing of petition and first day motions | 0.50 |
| 06 Jun 14 | Musser, Paul T. | Oversee filing of petition and first day motions | 0.30 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee re first day motion issues, including cash management and the lack of payment of prepetition claims. | 0.10 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with certain creditors re first day motion issues, including cash management and the lack of payment of prepetition claims. | 0.20 |
| 09 Jun 14 | Musser, Paul T. | Oversee filing of creditor's matrix and correction of other first day filings. | 0.40 |
| 10 Jun 14 | Siddiqui, Peter A. | Conference with Liquidbits counsel re cash management motion | 0.20 |
| 10 Jun 14 | Siddiqui, Peter A. | Conference with UST re first day matters, committee formation matters, and 341 issues | 0.30 |
| 10 Jun 14 | Siddiqui, Peter A. | Respond to UST inquiries and forward documents re same | 0.20 |
| 10 Jun 14 | Siddiqui, Peter A. | Respond to multiple creditor inquiries re chapter 11 case and first day motions | 1.00 |
| 11 Jun 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re representation of debtor at meeting of creditors | 0.10 |
| 11 Jun 14 | Mickelsen, Jessica M. | Receive call from creditor S. Robinson re notifications in bankruptcy and discuss with counsel for follow-up | 0.10 |
| 11 Jun 14 | Mickelsen, Jessica M. | Communications with bankruptcy court, upon receipt of call from the clerk, re creditor matrix to resolve any issues | 0.10 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee re first day orders | 0.30 |
| 13 Jun 14 | Siddiqui, Peter A. | Revise first day orders per US Trustee comments | 0.70 |
| 13 Jun 14 | Siddiqui, Peter A. | Conferences with multiple creditors' counsel re first day motions and committee formation meeting | 0.70 |
| 18 Jun 14 | Mickelsen, Jessica M. | Draft application to shorten time on motion to amend the stipulated order to set for the same date as the first day motions. | 0.80 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review motion to amend stipulated order and order thereon and attend to minor revisions to both before filing and setting for the same day as the first day motions. | 0.20 |

2

## PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 18 Jun 14 | Mickelsen, Jessica M. | Draft notice of motion to amend stipulated order to set same date as first day motions, with a provision in the notice that debtors will provide further notice if the hearing is set for another date and time. | 0.30 |
| 18 Jun 14 | Mickelsen, Jessica M. | Communications with Court re ex parte application on the motion to amend stipulated order, declaration, and order thereon. | 0.10 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review local rules on submission of proposed orders and email P. Siddiqui and P. Musser with information on the same to consider bringing an order to the hearing. | 0.10 |
| 23 Jun 14 | Mickelsen, Jessica M. | Draft declaration of no response and request for entry of order by default on motion to limit service of notice per local rules and in light of no objections to the motion | 0.50 |
| 23 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to order to account for conversion of case and proposed joint administration, among other minor revisions based on occurrences over the past 21 days | 0.10 |
| 24 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee about final comments to first day motions and orders | 0.20 |
| 24 Jun 14 | Siddiqui, Peter A. | Revise orders and plan and prepare for first day hearing | 0.40 |
| 25 Jun 14 | Siddiqui, Peter A. | Respond to inquiries from United States Trustee analyst and trial counsel re first day issues and IDI preparation | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Review and revise first day orders to comply with UST, proposed committee counsel, and court comments | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Multiple conferences with A. McDow re revisions to same and trade language proposals | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with J. Glosson re trade language proposals | 0.10 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with client re compliance with Bitcoin address issues | 0.30 |
| 01 Jul 14 | Siddiqui, Peter A. | Negotiate first day orders with UST and committee counsel, including trading multiple drafts (.6); conferences with J. Glosson (.2) and A. McDow re same (.2). | 1.00 |
| | | TOTALS: | 17.80 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 2.50 | 575.00 | $1,437.50 |
| 43153 | Musser, Paul T. | 3.80 | 460.00 | $1,748.00 |
| 41578 | Siddiqui, Peter A. | 11.50 | 630.00 | $7,245.00 |

3

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00002: FIRST DAY MOTIONS

| Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|
| **TOTAL:** | 17.80 | | $10,430.50 |

4

## DISBURSEMENTS
### Matter 00002: FIRST DAY MOTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/09/14 | 286.42 |
| 24 Jun 14 | E-filing in USBC (Northern District of California) 6/6/14 | 100.00 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/09/14 | 286.42 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/09/14. Messenger Fee $25, PDF/Fax Fee $71, Re: HashFast Technologies LLC (PDF courtesy copy delivered to Judge). | 96.00 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/10/14. Messenger Fee $25, PDF/Fax Fee $17.50, HashFast Technologies LLC v HasFast LLC, x2 Creditors Matrix (PDF courtesy copy delivered to Judge Montali). | 42.50 |
| 30 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/11/14. Re: HashFast Technologies LLC, Statement (PDF courtesy copy delivered to Judge Montali). | 25.00 |
| 30 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/12/14. Re: HashFast Technologies, Notice of Change of Address (PDF courtesy copy delivered to Judge Montali). | 25.00 |
| 03 Jul 14 | Peter Siddiqui 6/26/14 Chog/SanFran/Chgo inv #011-824036 | 1,054.32 |
| 03 Jul 14 | Peter Siddiqui 6/27/14 SanFran/Chgo inv #011-827380 | 636.76 |
| 03 Jul 14 | Partial refund inv#011-57522 against inv #011-824036 Peter Siddiqui 6/27/14 SanFran/Chgo | (503.16) |
| 14 Jul 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUN14-LAX; DATE: 7/11/2014 - Account No. KM3280; Pacer Court Costs incurred during June 2014; Los Angeles | 10.90 |
| 14 Jul 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUN14-LAX; DATE: 7/11/2014 - Account No. KM3280; Pacer Court Costs incurred during June 2014; Los Angeles | 27.90 |
| | **TOTAL:** | **$2,088.06** |

## SUMMARY OF DISBURSEMENTS
### Matter 00002: FIRST DAY MOTIONS

| | |
|---|---|
| Local Courier | $188.50 |
| Postage | $572.84 |
| Employee Overtime | $100.00 |
| Airfare | $1,187.92 |
| Court Costs | $38.80 |
| **TOTAL:** | **$2,088.06** |

**MATTER TOTAL:** $12,518.56

5



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136982 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00002 - FIRST DAY MOTIONS | | |

**Current Invoice Charges:**  $12,518.56

**Wire Instructions:**
Reference: 385402.00002

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-00003**



# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136983
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: __ASSET SALES/BIDDING PROCEDURES__ (385402.00003)

For legal services rendered through July 31, 2014 ................................................................ $67,649.00

**CURRENT INVOICE TOTAL:** $67,649.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK-LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Jun 14 | Siddiqui, Peter A. | Review documents produced by potential purchaser re acquisition and mining operation | 0.30 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with potential purchaser counsel re documents produced | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Review financial information provided | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with M. Hushen re financial information and re alternate sale options | 0.40 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re purchase alternatives, including materials provided by potential purchase re financial ability to close | 0.40 |
| 11 Jun 14 | Siddiqui, Peter A. | Correspondence with client re potential sale alternatives, strategies re same, and potential responses | 0.40 |
| 12 Jun 14 | Siddiqui, Peter A. | Review status of sale alternatives and discuss same with M. Hushen | 0.30 |
| 12 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re purchase issues involving prospective purchaser's proposal | 0.20 |
| 13 Jun 14 | Siddiqui, Peter A. | Draft motion to approve sales | 0.30 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re sale alternatives and issues | 0.30 |
| 13 Jun 14 | Mickelsen, Jessica M. | Receipt of follow-up communications from V. Gamble re financing and relay messages to P. Siddiqui | 0.10 |
| 13 Jun 14 | Barbarosh, Craig A. | Analysis regarding potential asset sales and process. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Review status of sale alternatives and proposals | 0.30 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with client re status of sale alternatives and proposals | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with purchasers' counsel re status of sale alternatives and proposals | 0.20 |
| 17 Jun 14 | Siddiqui, Peter A. | Review motion for relief from stipulation and revise same | 0.30 |
| 17 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re motion for relief from stipulation | 0.20 |
| 17 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen, T. Wong, and S. Barber re sale alternatives and strategy | 1.00 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with R. Gallo re purchase issues | 0.20 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re potential transaction issues | 0.20 |
| 18 Jun 14 | Siddiqui, Peter A. | Follow up conference with potential purchaser and its counsel re counterproposal and strategy going forward | 0.90 |
| 18 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet | 0.20 |
| 19 Jun 14 | Siddiqui, Peter A. | Conference with potential purchaser re structure of transaction and options going forward | 0.30 |
| 19 Jun 14 | Siddiqui, Peter A. | Update call with client re structure of transaction | 0.20 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with prospective purchaser re transaction structure | 0.20 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re transaction structure and responding to same | 0.30 |
| 24 Jun 14 | Siddiqui, Peter A. | Review and comment on term sheet from prospective purchaser | 0.50 |
| 24 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re term sheet from | 0.30 |

2

## PROFESSIONAL SERVICES

Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | prospective purchaser | |
| 24 Jun 14 | Siddiqui, Peter A. | Review alternative sale options and maximization of value from assets | 0.40 |
| 24 Jun 14 | Barbarosh, Craig A. | Update regarding sale issues and process. | 0.20 |
| 25 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet | 1.90 |
| 25 Jun 14 | Siddiqui, Peter A. | Conference with client re term sheet | 0.50 |
| 25 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re term sheet | 0.60 |
| 25 Jun 14 | Barbarosh, Craig A. | Update regarding sale issues and process. | 0.20 |
| 25 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 26 Jun 14 | Siddiqui, Peter A. | Conference call with proposed purchaser and counsel re term sheet | 0.80 |
| 26 Jun 14 | Siddiqui, Peter A. | Conference with client re potential sale alternatives | 0.30 |
| 30 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet from prospective bidder | 1.00 |
| 30 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re term sheet and re alternative sale proposals | 0.80 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with E. Smith re sale issues. | 0.20 |
| 01 Jul 14 | Siddiqui, Peter A. | Review issues re ordinary course sale motion, including budget request from committee and subsequent detail request and respond to same (1.5); correspondence with committee counsel re same (.2). | 1.70 |
| 02 Jul 14 | Siddiqui, Peter A. | Conference with committee counsel re budget issues associated with ordinary course sale motion (.6); review and revise budget and other information requests from committee re same (.3); review and revise term sheet with purchaser issues (.3) and discussions with M. Hushen (.3) and E. Smith (.1) re same; address issues raised at hearing regarding sale matters (.4). | 2.00 |
| 03 Jul 14 | Siddiqui, Peter A. | Conference with creditors committee re sale motion objections (.3); plan and prepare for same with discussions with M. Hushen (.3); correspondence with counsel to larger clients re sale motion and hearing on Monday (.4); plan and prepare for hearing on sales in the ordinary course motion (1.0); review and revise purchaser term sheet and confer with purchaser counsel re same (1.0). | 3.00 |
| 04 Jul 14 | Siddiqui, Peter A. | Draft and revise Liquidbits term sheet (2.0); multiple calls and correspondence with Liquidbits counsel re term sheet and sale issues (1.0). | 3.00 |
| 05 Jul 14 | Mickelsen, Jessica M. | Review finalized term sheet with purchaser and communications with counsel on the same for use during the hearing Monday morning. | 0.20 |
| 05 Jul 14 | Barbarosh, Craig A. | Review/analyze Liquidbits term sheet for asset purchase. | 0.40 |
| 05 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues; update regarding rial status. | 0.20 |
| 06 Jul 14 | Mickelsen, Jessica M. | Review, analyze and respond to multiple communications from the proposed buyer and creditors' counsels re the stipulation to sell certain | 0.60 |

3

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | inventory to operate the company, in light of the term sheet and other considerations. | |
| 07 Jul 14 | Mickelsen, Jessica M. | Analyze term sheet in closer detail in preparation for conference call with client (.3); outline questions to discuss with client as a result of emails that circulated yesterday in preparation for the hearing this morning (.3); analyze terms of stipulation to redline (.2); communications with client re issues that creditors raised yesterday and other issues for the hearing (.7); review comments of client to redlines and attend to further redlines to address future price lists for sales of inventory (.4); further communications with client re terms of stipulation and finalize terms and redlines before circulating to all parties before this morning's hearing (.5); prepare for and make a telephonic appearance during the hearing on motion to sell certain property of the estate (1.6); outline points of follow-up for the supplemental motion following the hearing (.5); draft email to creditors' committee counsel to request documentation before the continued hearing (.2); multiple communications with client following the hearing to address hearing results and next steps (1.3). | 6.00 |
| 07 Jul 14 | Mickelsen, Jessica M. | Multiple communications re creditors, Gallo and buyer's counsel, to discuss terms of sale and related matters in having a sale approved and discuss with client. | 1.00 |
| 07 Jul 14 | Musser, Paul T. | Review and analyze bankruptcy code sections and rules, local rules and court's practices and procedures (1.1); review and analyze sale documents (0.9); draft and revise sale motion (5.4). | 7.40 |
| 08 Jul 14 | Barbarosh, Craig A. | Analysis regarding sale effort and strategy. | 0.30 |
| 08 Jul 14 | Barbarosh, Craig A. | Review/revise draft motion to sell assets. | 0.70 |
| 08 Jul 14 | Musser, Paul T. | Revise sale motion (1.1); correspond with P. Siddiqui re local rules and chamber orders re sales motion (0.4); review bankruptcy court's model order re sales (0.4); draft and revise order for sales motion (0.5). | 2.40 |
| 09 Jul 14 | Siddiqui, Peter A. | Review motion to approve sale transactions contemplated by LB term sheet and provide comments to same (.5). | 0.50 |
| 09 Jul 14 | Mickelsen, Jessica M. | Telephone conference creditors' counsel R. Gallo, buyer's counsel, and clients re term sheet and sale motion to resolve pending issues re the sale. | 1.00 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui to discuss sale issues and objectives to discuss and address during the conference call with the buyer's counsel, R. Gallo, and clients. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Numerous communications with client concerning documentation and materials needed to finalize stipulation with Committee's counsel in an effort to resolve the motion to sell inventory and equipment that | 0.90 |

4

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | was continued to Friday. | |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with client to discuss issues arising from conference call on term sheet and sale. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with R. Gallo, representative of numerous creditors, in regard to sale issues. | 0.20 |
| 09 Jul 14 | Mickelsen, Jessica M. | Discuss executive compensation issues with client for purpose of addressing in stipulation to Committee counsel, as well as 10% segregated funds as compromise. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Review revisions of P. Musser to stipulated order and incorporate further revisions in stipulated order to address executive compensation issues, segregation of funds, and other budget issues before finalizing and sending to Committee counsel. | 0.70 |
| 09 Jul 14 | Mickelsen, Jessica M. | Draft extensive email to Committee counsel to address matters raised from 341 Meeting and to resolve matters from the Monday inventory sale hearing to operate in the ordinary course, and attach pertinent documents for review, including the Stipulated Order, budget, and other pertinent material presented for consideration. | 0.80 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re strategy issues on sale, resolution of inventory sale motion, and other such matters. | 0.10 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with counsel re items to include in sale motion, which arose during 341 Meeting and conference calls today re the sale in further preparation of the sale motion. | 0.20 |
| 09 Jul 14 | Musser, Paul T. | Revise sale motion. | 0.90 |
| 10 Jul 14 | Musser, Paul T. | Draft and revise sale motion. | 1.30 |
| 11 Jul 14 | Siddiqui, Peter A. | Conference with M. Hushen and J. Mickelsen re hearing on continued motion to approve ordinary course sales (.5); review and comment on stipulation (.5). | 1.00 |
| 11 Jul 14 | Barbarosh, Craig A. | Review supplemental brief regarding inventory dispositions. | 0.30 |
| 11 Jul 14 | Musser, Paul T. | Correspond with J. Mickelsen re sales motion and declaration. | 0.20 |
| 13 Jul 14 | Siddiqui, Peter A. | Multiple correspondences with client and creditors' committee counsel re ordinary course sale stipulation, including multiple turns of the document and discussion of issues (2.0); conference with S. Barber re sale issues and strategy going forward (.4); review comments to Liquidbits sale stipulation and potential revisions to same (1.0). | 3.40 |
| 13 Jul 14 | Mickelsen, Jessica M. | Analyze further comments of committee counsel re stipulated order to continue to work toward an amicable resolution, and respond accordingly (.3); review comments of client and counsel and respond accordingly (.2); telephone conference with P. Siddiqui re strategy, handling of discovery and stipulated order, | 5.50 |

5

Client: 385402 – HashFast Technologies LLC

## PROFESSIONAL SERVICES

Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | and related matters (.5); draft brief follow-up to committee counsel re stipulated order following communications with P. Siddiqui (.1); analyze redlined changes that committee counsel sent and note points of disagreement in an email to counsel and client (.3); attend to revisions to stipulated order to incorporate most redlines and modify others (.4); further communications with counsel and attend to further revisions to stipulated order before sending to Ray Gallo and E. Smith of Liquidbits (.2); communications with committee counsel re status of stipulated order (.1); review responses of Ray Gallo and Liquidbits re issues (.1); further communications with counsel and client re revisions and further issues (.3); telephone conference with P. Siddiqui to resolve remaining issues and incorporate changes into the proposed consensual stipulated order, and redline changes, before sending to committee counsel for final review (.8); finalization of stipulated order, further communications with committee counsel to finalize the order, further communications with counsel, contacting court to alert it of the order, and filing procedures to attempt to upload tonight with deferral to tomorrow morning based on system errors (1.1); analyze additional comments of the committee to the stipulated order, communications with counsel on the same, and respond accordingly (.4); further communications with committee counsel to resolve remaining three issues (.1); analyze additional changes that committee counsel sent in redlines, and explanatory comments, make appropriate changes to stipulated order in preparation for filing after confirming the changes with client tomorrow, and respond to committee counsel accordingly (.6). | |
| 13 Jul 14 | Mickelsen, Jessica M. | Exchange further emails with client as a result of the committee counsel's last circulated draft Stipulated Order (.2); attend to further redlines of Stipulated order to incorporate client's comments and re-circulate to client and counsel (.3). | 0.50 |
| 13 Jul 14 | Mickelsen, Jessica M. | Review clients' comments to last circulated Stipulated Order; attend to further revisions to Stipulated Order subject to Simon Barber's agreement to reduce his compensation to August 31, 2014, rather than August 15, 2014 and circulate with a summary of changes to committee counsel, Ray Gallo, and LiquidBits' counsel for final review and comment. | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Review latest turns of ordinary course sale stipulation (.5); correspondence with client re changes to same and negotiation strategy re same (.4); multiple further negotiations with committee and Uniquify re | 3.50 |

6

# PROFESSIONAL SERVICES

Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | amendments to ordinary course stipulation (1.1); review and revise final versions of same (.5); conferences with client re last issues raised (.3); conference with committee counsel re Liquidbits term sheet issues (.7). | |
| 14 Jul 14 | Mickelsen, Jessica M. | Further communications with clients to approve final version of Stipulated Order, and respond accordingly (.4); draft email to committee counsel to provide approval of their revised terms contingent upon their approval of our pricing request in the Stipulated Order (.1); respond to clients' subsequent follow-ups re order (.1); following communications with P. Siddiqui re information concerning committee acceptance, redline stipulated order, with clean draft, and send again to committee counsel with follow-up to receive signature (.2); further communications with client re committee signature on stipulated order and follow-up with committee counsel by phone to determine status (.1); telephone conferences with P. Siddiqui, committee counsel, and Uniquify's counsel to resolve remaining issues with Stipulated Order, and follow-up with client on the same (.6); further and final communications with counsel and client to resolve issues with Stipulated Order, prepare order for lodging, and after lodging draft email to chambers, and follow-up by phone, to alert Court of the lodging (.8). | 2.30 |
| 14 Jul 14 | Barbarosh, Craig A. | Review/analyze stipulated order with committee regarding inventory sales. | 0.20 |
| 14 Jul 14 | Barbarosh, Craig A. | Update regarding sale process and timing. | 0.20 |
| 14 Jul 14 | Musser, Paul T. | Revise sale motion. | 0.30 |
| 15 Jul 14 | Siddiqui, Peter A. | Conference with E. Smith re revised term sheet (.2); follow up conference with Liquidbits team re term sheet, alternative transaction, and committee requests (.5); revise sale motion (.4). | 1.10 |
| 16 Jul 14 | Siddiqui, Peter A. | Review and revise term sheet with Liquidbits, including lengthy negotiations with Liquidbits regarding open issues (1.2); conference with certain creditors re sale issues, including ordinary course sales per stipulation (.4). | 1.60 |
| 17 Jul 14 | Siddiqui, Peter A. | Draft and revise sale motion, sale order, cure notice, and sale documents (2.8); conference with J. Glosson re same (.2); conference with E. Green re sale issues and attempting to resolve committee/debtor issues (.5); negotiations with Liquidbits (.5); correspondence with various creditors re sale issues (.5). | 4.50 |
| 17 Jul 14 | Musser, Paul T. | Draft and revise declaration, application to shorten hearing time and declaration in support thereof for sale motion. | 2.40 |
| 18 Jul 14 | Siddiqui, Peter A. | Review, revise, and finalize motion to approve sale, proposed order, cure notice, and Hushen Declaration | 3.90 |

7

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | (2.0); conferences with Liquidbits counsel re same (.5); conferences with E. Green re same (.4); conferences with M. Hushen re larger sale as well as other, smaller sales compliant with sales stipulation (1.0). | |
| 18 Jul 14 | Barbarosh, Craig A. | Review/revise draft sale motion. | 0.70 |
| 18 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 21 Jul 14 | Siddiqui, Peter A. | Conference with E. Green re sale objections and potential resolution of same (.6); respond to E. Green inquiries (.2); update M. Hushen re same (.2). | 1.00 |
| 22 Jul 14 | Siddiqui, Peter A. | Draft ancillary sale-related documents in preparation for sale hearing (.6); plan and prepare for sale hearing, including witness preparation of M. Hushen (.8); correspondence with E. Smith re sale documents, status of same, potential objections, and strategy going forward (.3). | 1.70 |
| 23 Jul 14 | Siddiqui, Peter A. | Review and revise sale documents (.6); multiple conferences with committee re diligence and discovery (.6); conference with client re same (.2). | 1.40 |
| 23 Jul 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed regarding sale motion. | 0.30 |
| 23 Jul 14 | Musser, Paul T. | Research public vs private sale issues and standards | 1.90 |
| 24 Jul 14 | Siddiqui, Peter A. | Review and comment on APA, note, security agreement, claims waiver agreement, and claims participation agreement (3.5); multiple conferences with buyer counsel re same and re sale hearing preparation (0.9); conference with client re sale hearing preparation and strategy going forward (.9). | 5.30 |
| 24 Jul 14 | Berg, Karin H. | Review draft note and security agreement and provide comments to same. | 1.10 |
| 25 Jul 14 | Siddiqui, Peter A. | Review committee objection to sale motion, including affidavits and additional materials. | 1.30 |
| 25 Jul 14 | Siddiqui, Peter A. | Revise APA and related documents and prepare same for filing (1.2); multiple negotiations with buyer's counsel (.3). | 1.50 |
| 25 Jul 14 | Barbarosh, Craig A. | Review/analyze committee objection to 363 sale motion. | 0.40 |
| 25 Jul 14 | Musser, Paul T. | Review and analyze asset purchase agreement and documents re the same (1.4); prepare for and oversee filing in support of motion for sale (0.5) | 1.90 |
| 28 Jul 14 | Siddiqui, Peter A. | Review objections to sale motion and declarations in response to sale motion, including corrected objections (3.0); conferences with client re same and responses to same (1.1). | 4.10 |
| 28 Jul 14 | Barbarosh, Craig A. | Update regarding sale motion and committee response. | 0.30 |
| 28 Jul 14 | Barbarosh, Craig A. | Conference call with M. Hushen and P. Siddiqui regarding sale strategy and response to creditors' committee. | 0.40 |
| 28 Jul 14 | Barbarosh, Craig A. | Review further pleadings filed by creditors' committee in opposition to sales motion. | 0.30 |

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 29 Jul 14 | Siddiqui, Peter A. | Correspondence with E. Green re committee proposal (.2); review status of newest Liquidbits proposal (.3); correspondence with client re same and review correspondence with client and committee re same (.3). | 0.80 |
| 30 Jul 14 | Siddiqui, Peter A. | Conference with S. Barber re forthcoming proposal from committee and committee counsel (.5); negotiations with committee counsel re same (.3); conference with committee member re certain questions regarding committee proposal (.4); review information requests from committee (.4); conference with S. Barber re potential new chip design issues sale issues (.5). | 2.10 |
| 31 Jul 14 | Siddiqui, Peter A. | Multiple conferences with E. Green re sale issues, including diligence requests and documents from committee members (.8); review and respond to diligence requests (.2); conference with Simon Barber re franchise potential, new chip design sales, and strategy going forward (.5); review and advise re status of ordinary course sales (.5); conference with Willem van Rooyen re diligence for committee proposal (.3). | 2.30 |
| | | **TOTALS:** | 112.70 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 5.70 | 810.00 | $4,617.00 |
| 41856 | Berg, Karin H. | 1.10 | 615.00 | $676.50 |
| 42892 | Mickelsen, Jessica M. | 21.50 | 575.00 | $12,362.50 |
| 43153 | Musser, Paul T. | 18.70 | 460.00 | $8,602.00 |
| 41578 | Siddiqui, Peter A. | 65.70 | 630.00 | $41,391.00 |
| | **TOTAL:** | 112.70 | | $67,649.00 |

9



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** Craig A. Barbarosh

**Client:** 385402 - HashFast Technologies LLC

**Matter:** 00003 - ASSET SALES/BIDDING PROCEDURES

**Invoice No.:** 1301136983
**Invoice Date:** 21 Aug 14

**Current Invoice Charges:** $67,649.00

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145188
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: **ASSET SALES/BIDDING PROCEDURES** (385402.00003)

For legal services rendered through August 31, 2014 ....................................................... $8,046.00

Disbursements and other charges........................................................................................ $1,115.56

**CURRENT INVOICE TOTAL:** $9,161.56

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review proposal term sheet from committee and accompanying email (.9); correspondence with M. Hushen re same (.5); review and create diligence request list re same and respond to inquiries for additional information from committee (.4). | 1.80 |
| 04 Aug 14 | Barbarosh, Craig A. | Review/analyze committee sale proposal. | 0.20 |
| 06 Aug 14 | Siddiqui, Peter A. | Review issues re ordinary course sales, including chips, wafers, and potential limited IP license issues in connection with same and re ability to satisfy supply chain creditors (1.5); review supply chain contracts in connection with same (.2); conferences with committee counsel re sale steps (.3). | 2.00 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding court hearing. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Strategy regarding asset sales. | 0.20 |
| 11 Aug 14 | Siddiqui, Peter A. | Review status of intellectual property disputes in connection with possible sale or transaction involving same, including reviewing contracts and conferences with S. Barber re same. | 1.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz re bulk sale and bidding procedures and responses to committee proposal re sales issues | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz and A. McDow re sale efforts and strategies | 0.20 |
| 18 Aug 14 | Siddiqui, Peter A. | Review and comment on NDA with potential purchaser and discuss same, as well as sale prospect with client. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with client re sales issues, including potential strategies regarding build outs and resolution of possessory lien holder matters. | 0.40 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with potential purchaser regarding offer for assets, including bid protection and bidding procedures (.3); update calls with committee and client re same to garner unanimity in going forward strategy (.3). | 0.60 |
| 20 Aug 14 | Siddiqui, Peter A. | Conference with potential buyer's counsel regarding bids for assets. | 0.50 |
| 22 Aug 14 | Siddiqui, Peter A. | Review term sheet proposed by potential purchase and correspond with client re same. | 0.20 |
| 25 Aug 14 | Siddiqui, Peter A. | Conference with purchaser counsel re term sheet structure and bidding procedures/protections (.3); review and comment on term sheet, including discussions with client (.3); conference with committee counsel re same (.1); review status of open orders and potential orders, including steps needed to fulfill them (.4). | 1.10 |
| 27 Aug 14 | Siddiqui, Peter A. | Review status of proposals from potential buyers and discuss same with P. Kravitz. | 0.50 |
| 29 Aug 14 | Siddiqui, Peter A. | Review proposal from potential purchaser and analyze same (0.9); review status of revisions to proposal from alternate purchaser (.4); review status of ordinary | 3.00 |

2

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | course sales, including potential breaches of order confirmations and strategy for dealing with same (1.7). | |
| | | **TOTALS:** | 12.60 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 12.00 | 630.00 | $7,560.00 |
| | **TOTAL:** | 12.60 | | $8,046.00 |

3

## DISBURSEMENTS
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 07 Aug 14 | Peter Siddiqui 8/5/14 Chgo/LosAngeles/Chgo inv #011-849600 | 1,010.56 |
| 25 Aug 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 080714; DATE: 8/7/2014 - Out of Town Travel to Meeting in Los Angeles with Creditors Committee and Client 08/05/14 | 105.00 |
| | **TOTAL:** | **$1,115.56** |

## SUMMARY OF DISBURSEMENTS
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | |
|---|---|
| Out of Town Travel | $105.00 |
| Airfare | $1,010.56 |
| **TOTAL:** | **$1,115.56** |

**MATTER TOTAL:**          $9,161.56

4



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145188 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** _____ **$9,161.56**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | _____ | **$67,649.00** |

**TOTAL BALANCE DUE:** _____ **$76,810.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150848
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>ASSET SALES/BIDDING PROCEDURES</u> (385402.00003)
For legal services rendered through September 30, 2014 ....................................................... $7,056.00

**CURRENT INVOICE TOTAL:** $7,056.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $76,810.56
**TOTAL BALANCE DUE:** $83,866.56

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Conference with committee re two offers to purchase assets and strategy re responding to same. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review and comment on committee sale term sheet. | 0.50 |
| 08 Sep 14 | Siddiqui, Peter A. | Conference with proposed purchaser re committee proposed buy out (.3); conference with client re same and re strategy going forward (.3); conference with committee counsel re same (.2). | 0.80 |
| 09 Sep 14 | Siddiqui, Peter A. | Review status of sales and orders, including revising order confirmation documents (.6); confer with client re same and re strategy going forward (.4); review status of offer from various purchasers, including written responses to same (.6). | 1.60 |
| 11 Sep 14 | Siddiqui, Peter A. | Review correspondence from potential purchasers re authority issues, access to inventory issues, and strategy going forward. | 0.60 |
| 12 Sep 14 | Siddiqui, Peter A. | Review correspondence from various asset bidder and confer with client re same (.5). | 0.50 |
| 16 Sep 14 | Siddiqui, Peter A. | Review status of open sales issues, including sales from inventory at Ciara and Uniquify, including offer sheets and potential recoveries re same. | 1.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and plan issues, including offers for remaining inventory and intellectual property and strategy re same (.8); review status of offers for inventory and best way to maximize value re same (.5). | 1.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Review status of sales with client, including potential negotiating strategies re bulk sales, wafer sales, and chip sales. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Review and comment on various asset purchase opportunities and discuss same with client (.5); review AQS document regarding Liquidbits sale and revise same (.5). | 1.00 |
| 25 Sep 14 | Siddiqui, Peter A. | Review status of pending sales and vendor cooperation re same (.3); review AQS letter and discuss same with Liquidbits counsel (.2). | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales, including pre-payments and vendor payments (.5); correspondence with client re bulk sales and intellectual property sales (.4). | 0.90 |
| 30 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and next steps, including potential auction motion (.7); draft and revise same (.3). | 1.00 |
| | | **TOTALS:** | **11.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

2

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 11.20 | 630.00 | $7,056.00 |
| | **TOTAL:** | **11.20** | | $7,056.00 |

3



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150848 |
| **Client:** | 385402 – HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00003 – ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:**      **$7,056.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |

**TOTAL OUTSTANDING BALANCE :**    **$76,810.56**

**TOTAL BALANCE DUE:**    **$83,866.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159112
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: ASSET SALES/BIDDING PROCEDURES (385402.00003)

For legal services rendered through October 31, 2014.................................................... $13,963.50

CURRENT INVOICE TOTAL: $13,963.50

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................... $83,866.56

TOTAL BALANCE DUE: $97,830.06

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Oct 14 | Siddiqui, Peter A. | Draft and revise motion to approve auction (.4); correspond with committee counsel re same (.2). | 0.60 |
| 03 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (2.1); research issues re same (.7); confer with client re same (.2). | 3.00 |
| 06 Oct 14 | Siddiqui, Peter A. | Review and revise motion to approve auction and sale (.7); conference weith client re same and re status of ordinary course sales (.3). | 1.00 |
| 07 Oct 14 | Siddiqui, Peter A. | Review and revise term sheet re contract sale and confer with client re same. | 1.00 |
| 08 Oct 14 | Siddiqui, Peter A. | Revise motion to approve sale at auction (.5); review and comment on sale motion re contract right (.6); correspondence to client re ordinary course sales (.3). | 1.40 |
| 08 Oct 14 | Musser, Paul T. | Review and analyze Memorandum of Understanding and term sheet (0.3); begin drafting motion for sale re the same (0.3). | 0.60 |
| 09 Oct 14 | Musser, Paul T. | Draft and revise sale motion. | 1.90 |
| 10 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (.9); review and revise term sheet re contract purchase (.5). | 1.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Review status of contract rights purchase term sheet and correspondence with client re same (.3); review status of removal of certain inventory from Ciara and resolution of disputes (.3). | 0.60 |
| 17 Oct 14 | Siddiqui, Peter A. | Confer with potential purchase re contract rights purchase, including diligence into same and structure of sale agreement (.7); review status of auction and sale motion and confer with client re same (.3). | 1.00 |
| 20 Oct 14 | Siddiqui, Peter A. | Conference with client re status of sale matters (.5); review and revise auction motion (.2); review status of ordinary course sales and access to inventory (.3); review Time Fire letter and discuss same with S. Barber (.2). | 1.20 |
| 21 Oct 14 | Siddiqui, Peter A. | Review and revise motion for auction and sale, including proposed orders and declaration in support (.9); confer with committee counsel re same (.2). | 1.10 |
| 22 Oct 14 | Siddiqui, Peter A. | Confer with committee re sale issues (.2); conference with client re same, re contract sale, and re ordinary course sales (.3); conference with S. Barber re open sale issues (.2); revise sale motion (.2). | 0.90 |
| 23 Oct 14 | Siddiqui, Peter A. | Draft, revise, and finalize sale and auction motion, including negotiations with committee re same (1.7); confer with client re ordinary course sales and miscellaneous inventory sales (.3). | 2.00 |
| 24 Oct 14 | Siddiqui, Peter A. | Review and revise auction and sale procedures following hearing (.8); confer with committee counsel and client re same (.6); confer with S. Barber ordinary course sales and next steps re same (.3). | 1.70 |
| 28 Oct 14 | Siddiqui, Peter A. | Review and revise motion for bidding and auction procedures (1.8); confer with us trustee re same (.2). | 2.00 |
| 28 Oct 14 | Mickelsen, Jessica M. | Multiple communications with committee counsel re | 0.70 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | motion to approve notice (.2); revise notice to conform to the motion (.5). | |
| 30 Oct 14 | Siddiqui, Peter A. | Revise notice and auction procedures document prior to hearing (.2); review status of open sales orders, including regarding Ciara equipment and wafers and update with client re same (.6). | 0.80 |
| | | TOTALS: | 22.90 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.70 | 575.00 | $402.50 |
| 43153 | Musser, Paul T. | 2.50 | 460.00 | $1,150.00 |
| 41578 | Siddiqui, Peter A. | 19.70 | 630.00 | $12,411.00 |
| | TOTAL: | 22.90 | | $13,963.50 |

3



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** 1301159112 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** 18 Nov 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | |

**Current Invoice Charges:** $13,963.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |

**TOTAL OUTSTANDING BALANCE :** $83,866.56

**TOTAL BALANCE DUE:** $97,830.06

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-00004



# Katten
KattenMuchInRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136984
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through July 31, 2014 ................................................. $10,557.50

Disbursements and other charges................................................................. $270.94

**CURRENT INVOICE TOTAL:**  $10,828.44

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Jul 14 | Siddiqui, Peter A. | Review issues re 2004 examination of Monica Hushen and document production requests attendant thereto (.5); correspondence with committee counsel re breadth of requests and location of exam (.1); conference with E. Green re confidentiality agreement and 2004 examination issues (.1). | 0.70 |
| 15 Jul 14 | Barbarosh, Craig A. | Review/analyze committee application for 2004 examination. | 0.20 |
| 16 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 2004 exam, including preparation of M. Hushen on various matters (1.3); review document production requests and respond to same (.7); revise and finalize confidentiality agreement (.2). | 2.20 |
| 17 Jul 14 | Mickelsen, Jessica M. | Attend to document review of documents that client provided to produce during the 2004 examination (1); appear and represent client at the 2004 examination (5.5); follow-up with client after the 2004 examination to discuss points of follow-up, including Eduardo's examination (.2); communications with counsel re possible open IP ownership issues (.2); communications with counsel re sale motion and related matters (.2); communications with committee counsel re Eduardo's examination (.1); review notes on document production worked out during examination for further delineation of tasks later (.4). | 7.60 |
| 22 Jul 14 | Siddiqui, Peter A. | Prepare for 2004 examination of E. de Castro, including reviewing document production requests and meeting with witness and client (1.4); review status of document production requests from committee (.3). | 1.70 |
| 23 Jul 14 | Siddiqui, Peter A. | Review status of discovery requests, document production requests, and upcoming depositions (.5); review transcripts (.3); preparation for E. de Castro deposition (.3). | 1.10 |
| 23 Jul 14 | Mickelsen, Jessica M. | Analyze multiple emails from client re document production request and documents attached thereto (.2); prepare certain documents to produce to Committee (.2); draft response to Committee re due diligence documents based upon communications from client and send to Committee with documents (.1); respond to clients' emails accordingly (.2); continue to review and respond to client's numerous follow-up emails, including attached documents and email communications with potential investors, on due diligence documents that may be available for production, with further review and redaction saved for tomorrow (.7); inform Committee counsel of timeline for production (.1). | 1.50 |
| 25 Jul 14 | Siddiqui, Peter A. | Review status of E. de Castro deposition and outcome of same. | 0.50 |
| 29 Jul 14 | Siddiqui, Peter A. | Review transcripts from 2004 exams (.3); review status | 0.90 |

2

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | of document production (.3); conference with M. Hushen re potential claims available to estate in light of recent events (.3). | |
| 30 Jul 14 | Musser, Paul T. | Research issues of appointment of trustee and conversion. | 1.50 |
| | | **TOTALS:** | 17.90 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 42892 | Mickelsen, Jessica M. | 9.10 | 575.00 | $5,232.50 |
| 43153 | Musser, Paul T. | 1.50 | 460.00 | $690.00 |
| 41578 | Siddiqui, Peter A. | 7.10 | 630.00 | $4,473.00 |
| | **TOTAL:** | 17.90 | | $10,557.50 |

Case: 14-30725    Doc# 267    Filed: 12/31/14    Entered: 01/05/15 13:56:36    Page 48 of 97

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 10 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (34) envelopes, Date sent: 06/04/14 | 114.47 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (34) envelopes, Date sent: 06/04/14 | 114.47 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/04/14. Messenger Fee $25, PDF/Fax Fee $17, re: HashFast Technologies LLC (PDF of 7 courtesy copies delivered to Judge Montali). | 42.00 |
| | **TOTAL:** | **$270.94** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Local Courier | $42.00 |
| Postage | $228.94 |
| **TOTAL:** | **$270.94** |

| | |
|---|---|
| **MATTER TOTAL:** | **$10,828.44** |

4



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136984 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**     **$10,828.44**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145189
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through August 31, 2014 ........................................................... $23,747.50

Disbursements and other charges........................................................................................ $242.12

**CURRENT INVOICE TOTAL:** $23,989.62

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 25 Jul 14 | Mickelsen, Jessica M. | Attend to preparations for examination of Eduardo (.9); attend examination of Eduardo (6.5); communications with counsel and client to brief on examination (.5); draft summary of examination, focusing on term sheet questions and answers, in preparation for sale hearing on Monday and identification of issues to be raised (1). | 8.90 |
| 08 Aug 14 | Siddiqui, Peter A. | Review issues re trustee motion to appoint chapter 11 trustee (.4); conference with J. Glosson re same (.2); conferences with committee counsel re same (.5); conference with client re same (.2); review trustee's motion (.4). | 1.70 |
| 11 Aug 14 | Siddiqui, Peter A. | Preparation session with S. Barber re continued 341 meeting (1.5); review prior transcripts in connection with same (.5). | 2.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber re 341 meeting, including preparation for same. | 0.50 |
| 14 Aug 14 | Siddiqui, Peter A. | Review and research issues regarding UST motion. | 0.50 |
| 15 Aug 14 | Siddiqui, Peter A. | Review pleadings filed in Morici lawsuit and potential affect on bankruptcy case and estate. | 0.50 |
| 18 Aug 14 | Siddiqui, Peter A. | Review Morici motion papers and discuss same with client (.2). | 0.20 |
| 19 Aug 14 | Siddiqui, Peter A. | Draft and revise objection to trustee motion (.7) and confer with S. Barber re same (.3). | 1.00 |
| 20 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same (.6). | 3.10 |
| 21 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion. | 3.00 |
| 21 Aug 14 | Musser, Paul T. | Research issues re motion to appoint trustee (2.4); conference with P. Siddiqui re the same (0.3). | 2.70 |
| 22 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to motion to appoint trustee and research issues re same. | 4.50 |
| 25 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same and re his declaration in support (1.1). | 3.60 |
| 26 Aug 14 | Siddiqui, Peter A. | Draft opposition to motion to appoint trustee and Barber declaration in connection with same, including multiple conferences with client re same. | 3.40 |
| 27 Aug 14 | Siddiqui, Peter A. | Finalize opposition to trustee motion, including Barber and Kravtiz declarations re same. | 3.00 |
| 28 Aug 14 | Siddiqui, Peter A. | Conference with committee counsel re trustee motion responses and hearing on same (.4); conference with client re same (.2). | 0.60 |
| | | **TOTALS:** | 39.20 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

Case: 14-30725   Doc# 267   Filed: 12/31/14   Entered: 01/05/15 13:56:36   Page 52 of 97

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 8.90 | 575.00 | $5,117.50 |
| 43153 | Musser, Paul T. | 2.70 | 460.00 | $1,242.00 |
| 41578 | Siddiqui, Peter A. | 27.60 | 630.00 | $17,388.00 |
| | **TOTAL:** | **39.20** | | **$23,747.50** |

3

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| | | 66.22 |
| 31 Aug 14 | Westlaw Legal Research: SIDDIQUI,PETER on 08/22/2014 | 175.90 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/21/2014 | |
| | TOTAL: | $242.12 |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | | |
|---|---|---|
| Legal Research | | $242.12 |
| | TOTAL: | $242.12 |

| | | |
|---|---|---|
| | MATTER TOTAL: | $23,989.62 |

4



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145189 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** __$23,989.62__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | __$10,828.44__ |

**TOTAL BALANCE DUE:** __$34,818.06__

### Wire Instructions:
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

October 17, 2014

HashFast Technologies LLC                     Invoice No. 1301150849
Attn:  HashFast Chief Restructuring Officer          Client No. 385402
c/o Solution Trust                                 Matter No. 00004
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

FEIN: 36-2796532

Re: <u>**LITIGATION/ADVERSARY PROCEEDINGS**</u> (385402.00004)

For legal services rendered through September 30, 2014 ....................................................... $8,769.00

Disbursements and other charges............................................................... $2,380.24

**CURRENT INVOICE TOTAL:** $11,149.24

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $34,818.06

**TOTAL BALANCE DUE:** $45,967.30

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Sep 14 | Siddiqui, Peter A. | Conferences with Liquidbits counsel regarding potential dispute (.3); review documents re same (.5); conferences with client re dispute resolution and litigation tactics (.3). | 1.10 |
| 02 Sep 14 | Musser, Paul T. | Conference with P. Siddiqui re litigation strategy (0.2); research motion for turnover (0.3). | 0.50 |
| 03 Sep 14 | Musser, Paul T. | Draft and revise motion for turnover of unfinished wafers. | 0.90 |
| 08 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee, including reviewing pleadings and researching issues (1.7); confer with committee counsel re same and re substantive consolidation motion (.1); review potential issues and claims against contract counterparties for needless claims (.2). | 2.00 |
| 09 Sep 14 | Siddiqui, Peter A. | Plan and prepare for oral argument on motion to appoint trustee. | 0.60 |
| 10 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee (1.2); attend hearing re same (1.4); conference with client following hearing (.3). | 2.90 |
| 10 Sep 14 | Musser, Paul T. | Research re motion for turnover of inventory. | 2.00 |
| 11 Sep 14 | Siddiqui, Peter A. | Review status of S. Barber deposition and issues arising from same. | 0.50 |
| 15 Sep 14 | Siddiqui, Peter A. | Draft and revise complaint regarding turnover (.4); review status of document production requests from Committee (.3); review Ciara settlement proposal (.3). | 1.00 |
| 16 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint regarding turnover of wafers. | 2.10 |
| 17 Sep 14 | Siddiqui, Peter A. | Review adversary complaint for turnover (.5). | 0.50 |
| 17 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint re turnover of wafers. | 1.10 |
| 23 Sep 14 | Siddiqui, Peter A. | Conferences with client regarding 2004 requests and potential issues involving former employees. | 0.50 |
| | | **TOTALS:** | 15.70 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43153 | Musser, Paul T. | 6.60 | 460.00 | $3,036.00 |
| 41578 | Siddiqui, Peter A. | 9.10 | 630.00 | $5,733.00 |
| | **TOTAL:** | 15.70 | | $8,769.00 |

2

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 09 Sep 14 | Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo inv #011-868793 | 1,061.30 |
| 19 Sep 14 | exchange inv #011-874804 against inv #011-868793 Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo | 48.00 |
| 24 Sep 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 091214; DATE: 9/12/2014 - Expense Reimbursement dated 09/12/14; Travel to San Francisco for hearing on US Trustee's Motion to Appoint Chapter 11 Trustee on 09/09/14 - 09/10/14. | 1,113.99 |
| 30 Sep 14 | Westlaw Legal Research: SIDDIQUI,PETER on 09/09/2014 | 52.21 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/03/2014 | 12.29 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/10/2014 | 92.45 |
| | **TOTAL:** | **$2,380.24** |

## SUMMARY OF DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Amount |
|---|--------|
| Out of Town Travel | $1,113.99 |
| Legal Research | $156.95 |
| Airfare | $1,109.30 |
| **TOTAL:** | **$2,380.24** |

| | |
|---|---|
| **MATTER TOTAL:** | $11,149.24 |

3



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

**REMITTANCE**

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150849 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** **$11,149.24**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 | |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$34,818.06** |

**TOTAL BALANCE DUE:** **$45,967.30**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159113
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re:** <u>**LITIGATION/ADVERSARY PROCEEDINGS**</u> (385402.00004)

For legal services rendered through October 31, 2014............................................................ $1,800.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | $1,800.00 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ | $45,967.30 |
| **TOTAL BALANCE DUE:** | $47,767.30 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Oct 14 | Siddiqui, Peter A. | Review and finalize complaint for turnover (.8); confer with client re potential settlement with Ciara (.2). | 1.00 |
| 07 Oct 14 | Barbarosh, Craig A. | Review complaint filed against Uniquify. | 0.20 |
| 16 Oct 14 | Siddiqui, Peter A. | Conference with S. Barber re status of litigation and potential litigation against parties holding property. | 0.40 |
| 21 Oct 14 | Siddiqui, Peter A. | Review status of Uniquify litigation. | 0.20 |
| 24 Oct 14 | Siddiqui, Peter A. | Confer with R. Harris re adversary proceeding and wafer delivery (.3); update client and committee re same (.2). | 0.50 |
| 31 Oct 14 | Siddiqui, Peter A. | Review status of potential litigation against account debtor and alleged lienholder wrongfully possessing debtor property (.1); confer with Signetics re return of wafers (.4). | 0.50 |
| | | TOTALS: | 2.80 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 41578 | Siddiqui, Peter A. | 2.60 | 630.00 | $1,638.00 |
| | TOTAL: | 2.80 | | $1,800.00 |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159113 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**  $1,800.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| | | | **TOTAL OUTSTANDING BALANCE :** | $45,967.30 |

**TOTAL BALANCE DUE:**  $47,767.30

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-00005**



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136985
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through July 31, 2014 .................................................................. $613.50

**CURRENT INVOICE TOTAL:** $613.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 13 Jun 14 | Mickelsen, Jessica M. | Receive call from CA Franchise Tax Board and communications with representative about the relation of the two filing entities, joint administration, and tax issues | 0.20 |
| 13 Jun 14 | Mickelsen, Jessica M. | Summarize the substance of the conversation with CA Franchise Tax Board and send to counsel for review and record | 0.10 |
| 30 Jun 14 | Siddiqui, Peter A. | Review claims filed by certain creditors warranting objections, including those claims identified by committee counsel | 0.70 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.30 | 575.00 | $172.50 |
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **1.00** | | **$613.50** |

2



**Katten**
KattenMuchInRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

**REMITTANCE**

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136985 |
| **Client:** | 385402 – HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00005 – CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:** **$613.50**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145190
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through August 31, 2014 ....................................................... $945.00

**CURRENT INVOICE TOTAL:** $945.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review large unsecured claim filed by specific creditor and supporting documentation thereto (.4); confer with M. Hushen re potential objections thereto (.2). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Review claims filed by various litigation plaintiffs and assess appropriateness of same with M. Hushen. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review correspondence from various creditors re case status. | 0.50 |
| | | TOTALS: | 1.50 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | TOTAL: | 1.50 | | $945.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145190 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:** _____ **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |

**TOTAL OUTSTANDING BALANCE :** _____ **$613.50**

**TOTAL BALANCE DUE:** _____ **$1,558.50**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150850
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: <u>CLAIMS ANALYSIS AND OBJECTIONS</u> (385402.00005)

For legal services rendered through September 30, 2014 ................................................. $630.00

Disbursements and other charges.......................................................................... $16.26

**CURRENT INVOICE TOTAL:** | $646.26

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $1,558.50
**TOTAL BALANCE DUE:** | $2,204.76

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with California taxing authority re claims and open issues and update client re same. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|--|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2

## DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | | Amount |
| 17 Sep 14 | PAYEE: Arkadin Inc.; REQUEST#: 656592; DATE: 9/17/2014. - Check #227980 dated 9/17/14 for the month of August 2014 - audio conference service - Peter Siddiqui incurred 8/15/14 | 9.66 |
| 30 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-AUG14-CHI; DATE: 9/22/2014 - Account No. KM3279; Pacer Court Costs for August 2014; Chicago | 6.60 |
| | TOTAL: | $16.26 |

## SUMMARY OF DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Amount |
|------|--------|
| Telephone Charges | $9.66 |
| Court Costs | $6.60 |
| TOTAL: | $16.26 |

| | |
|------|--------|
| MATTER TOTAL: | $646.26 |

3



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150850 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:** _____ **$646.26**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$1,558.50**

**TOTAL BALANCE DUE:** _____ **$2,204.76**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159115
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: <u>CLAIMS ANALYSIS AND OBJECTIONS</u> (385402.00005)

For legal services rendered through October 31, 2014.................................................... $945.00

**CURRENT INVOICE TOTAL:** $945.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $2,204.76
**TOTAL BALANCE DUE:** $3,149.76

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 10 Oct 14 | Siddiqui, Peter A. | Review indemnification demands and potential administrative expense claims (.8); review status of potential secured claims of supply chain service providers (.7). | 1.50 |
| | | TOTALS: | 1.50 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | TOTAL: | 1.50 | | $945.00 |

2



# Katten
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159115 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00005 – CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:**      **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |
| 17 Oct 14 | 1301150850 | 00005 | 646.26 | 646.26 |

**TOTAL OUTSTANDING BALANCE :**      **$2,204.76**

**TOTAL BALANCE DUE:**      **$3,149.76**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-00006**



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136986
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

**Re: EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through July 31, 2014 ........................................................... $2,314.50

**CURRENT INVOICE TOTAL:** $2,314.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 12 Jun 14 | Mickelsen, Jessica M. | Telephone call from R. Harris, counsel to Uniquify, who sought to discuss questions concerning the bankruptcy and the possibility of working together | 0.10 |
| 12 Jun 14 | Mickelsen, Jessica M. | Draft email to C. Barbarosh and P. Siddiqui to summarize communications and inquiries from R. Harris for follow-up. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with counsel to certain executory contracts re open matters, claims matters, potential assumption, and resolution of cure disputes | 0.40 |
| 16 Jun 14 | Siddiqui, Peter A. | Update client and strategy re assumption issues | 0.30 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen and S. Barber re disputes with contract counterparties, potential claims to assert, and assumption/rejection analysis | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Conference with Uniquify counsel re claim issues, sale issues, and potential open issues | 0.30 |
| 22 Jul 14 | Siddiqui, Peter A. | Draft and revise cure notice in respect of executory contracts to be assumed, including cure amounts and potential disputes re same | 0.50 |
| 23 Jul 14 | Siddiqui, Peter A. | Negotiations with contract counterparties re anticipated assumption and assignment of contracts. | 1.20 |
| 25 Jul 14 | Siddiqui, Peter A. | Negotiations with counsel to Uniquify regarding cure amount disputes and stipulation re same | 0.20 |
| | | **TOTALS:** | **3.70** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.30 | 575.00 | $172.50 |
| 41578 | Siddiqui, Peter A. | 3.40 | 630.00 | $2,142.00 |
| | **TOTAL:** | **3.70** | | **$2,314.50** |

2



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136986 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** __**$2,314.50**__

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145192
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: <u>EXECUTORY CONTRACTS AND LEASES</u> (385402.00006)
For legal services rendered through August 31, 2014 .......................................................... $4,347.00

CURRENT INVOICE TOTAL: $4,347.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Aug 14 | Siddiqui, Peter A. | Review status of landlord demand and respond to same, including input from S. Barber. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review DX Corr contracts re potential IP issues and breaches of same. | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Review status of Uniquify contract matters and discuss same with A. McDow. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Review DXCorr documents and research issues re exclusivity. | 1.00 |
| 21 Aug 14 | Siddiqui, Peter A. | Review and comment on DX Corr and Uniquify contracts (1.1); conference with S. Barber re same and re applicability of same to certain circumstances (.6); update committee on contract matters (.2). | 1.90 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with real property landlord about termination/expiration of lease and closing out issues re same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with R. Harris re Uniquify contract issues, including new services and payment for same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Correspondence with client re interpretation of contracts, obligations to make payments, and potential litigation tactics available re same. | 0.50 |
| 28 Aug 14 | Siddiqui, Peter A. | Review supply chain contracts and strategy with client re potential claims to assert re same (1.3); correspondence with R. Harris re Uniquify contract issues (.2); review status of contracts to be assumed/rejected in bankruptcy case depending on various exit strategies (.5). | 2.00 |
| | | **TOTALS:** | 6.90 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|--|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 6.90 | 630.00 | $4,347.00 |
| | **TOTAL:** | 6.90 | | $4,347.00 |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145192 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:**   __$4,347.00__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |

**TOTAL OUTSTANDING BALANCE :**   __$2,314.50__

**TOTAL BALANCE DUE:**   __$6,661.50__

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150851
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: <u>**EXECUTORY CONTRACTS AND LEASES**</u> (385402.00006)

For legal services rendered through September 30, 2014 ..................................................... $6,237.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$6,237.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... | $6,661.50 |
| **TOTAL BALANCE DUE:** | **$12,898.50** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Draft correspondence to landlord re alleged lease violations, lease termination issues, and confer with client re same. | 0.50 |
| 02 Sep 14 | Siddiqui, Peter A. | Review and comment on turnover motion regarding supply chain providers. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review draft turnover motion (.2); review contract terms re potential ownership dispute (.4). | 0.60 |
| 08 Sep 14 | Siddiqui, Peter A. | Review issues with Ciara Tech, including reviewing contract with same (.5); correspondence with Ciara in-house counsel re same (.1). | 0.60 |
| 09 Sep 14 | Siddiqui, Peter A. | Conference call with Uniquify (.5); react to same, including research in to Signetics (.5); review and revise turnover motion regarding wafers and chips, including research into same (1.1). | 2.10 |
| 11 Sep 14 | Siddiqui, Peter A. | Review Ciara contract (.3); confer with Ciara counsel re shipping product and potential resolution of disputes (.5); update client re same (.3). | 1.10 |
| 12 Sep 14 | Siddiqui, Peter A. | Review Ciara, Uniquify, and DxCorr matters, including potential claims and resolutions re same (1.0); multiple conferences with client re same (.5); conference with Ciara counsel re shipping current orders (.3); conference with committee counsel re same (.2). | 2.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Review release request from AQS and discuss same with counsel to Liquidbits (.2). | 0.20 |
| 23 Sep 14 | Siddiqui, Peter A. | Review issues re end of lease and moving out of leased space, including surrender of certain office equipment and the relocation of others. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re potential resolution of open issues and storage charges. | 0.40 |
| 25 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara re storage issues. | 0.30 |
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with landlord re moveout of leased space (.4); update conferences with client re same (.2). | 0.60 |
| | | **TOTALS:** | 9.90 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 9.90 | 630.00 | $6,237.00 |
| | **TOTAL:** | 9.90 | | $6,237.00 |

2



# Katten

**KattenMuchinRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150851 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** _____ **$6,237.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$6,661.50**

**TOTAL BALANCE DUE:** _____ **$12,898.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159117
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: <u>EXECUTORY CONTRACTS AND LEASES</u> (385402.00006)

For legal services rendered through October 31, 2014.................................................... $2,898.00

CURRENT INVOICE TOTAL: $2,898.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) .......................................... $12,898.50
TOTAL BALANCE DUE: $15,796.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Oct 14 | Siddiqui, Peter A. | Review issues re lease move out and confer with landlord re same (.2); review status of disputes with Ciara and confer with opposing counsel re same (.2). | 0.40 |
| 02 Oct 14 | Siddiqui, Peter A. | Negotiations with Ciara regarding inventory list and storage allegations (.5); conference with S. Barber and V. Delaglio re same and re transport of inventory (.5); confer with client re turnover avenues regarding wafers (.5). | 1.50 |
| 07 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolving open disputes. | 0.20 |
| 28 Oct 14 | Siddiqui, Peter A. | Conferences with Ciara re resolving storage and claim dispute (.8); update client re same (.2). | 1.00 |
| 29 Oct 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re settlement agreement | 0.20 |
| 30 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolution of open disputes (.7); confer with client re same (.3); review status of potential assumption and assignment of DXCorr contract and discuss same with potential purchaser (.3). | 1.30 |
| | | **TOTALS:** | 4.60 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.60 | 630.00 | $2,898.00 |
| | **TOTAL:** | 4.60 | | $2,898.00 |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| Attorney: | Craig A. Barbarosh | **Invoice No.:** | 1301159117 |
| Client: | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| Matter: | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** $2,898.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | $12,898.50 |

**TOTAL BALANCE DUE:** $15,796.50

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-00007



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136987
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

| | |
|---|---|
| For legal services rendered through July 31, 2014 ................................................... | $54,290.00 |
| Disbursements and other charges.......................................................................... | $12,658.62 |

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$66,948.62** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Jun 14 | Musser, Paul T. | Calls re filing of cases with customers. | 0.40 |
| 11 Jun 14 | Barbarosh, Craig A. | Update regarding case issues. | 0.20 |
| 11 Jun 14 | Barbarosh, Craig A. | Review various pleadings filed in bankruptcy case. | 0.20 |
| 11 Jun 14 | Musser, Paul T. | Conference with court re correction of HashFast Technologies address from involuntary petition | 0.40 |
| 11 Jun 14 | Musser, Paul T. | Draft and revise notice re correction of HashFast Technologies address from involuntary petition | 0.40 |
| 11 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re correction of HashFast Technologies address from involuntary petition | 0.20 |
| 11 Jun 14 | Musser, Paul T. | Conference with S. Robinson re notice and inclusion on creditor's list | 0.40 |
| 12 Jun 14 | Barbarosh, Craig A. | Review various documents filed in bankruptcy case. | 0.20 |
| 12 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 12 Jun 14 | Musser, Paul T. | Draft and revise letter re consumer action to California attorney general | 0.50 |
| 12 Jun 14 | Musser, Paul T. | Review docket and orders | 0.20 |
| 12 Jun 14 | Musser, Paul T. | Review and analyze Shin Lei claim and correspondence | 0.20 |
| 13 Jun 14 | Barbarosh, Craig A. | Coordinate with P. Siddiqui regarding creditors' committee formation meeting. | 0.20 |
| 13 Jun 14 | Barbarosh, Craig A. | Numerous telephone conferences with creditor counsel regarding administration status of case. | 0.40 |
| 13 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re motion to modify stipulated order. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Multiple calls with creditors' counsel and potential committee counsel (4 in total) regarding status of the case and potential role of committee counsel | 1.00 |
| 16 Jun 14 | Mickelsen, Jessica M. | Telephone call from the mother of a creditor, Jesse Teta, re: why he was receiving notices and his status as a creditor, which she believed to be a mistake, and subsequent communications with J. Teta re: his status as a creditor in this chapter 11 reorganization, the date of the meeting of creditors, and advise to seek independent counsel for his rights | 0.20 |
| 16 Jun 14 | Mickelsen, Jessica M. | Receive call from B. Young of Jeffrey Mengals re possible service on creditors' committee and questions re estate assets that I ultimately deferred to P. Siddiqui | 0.20 |
| 16 Jun 14 | Mickelsen, Jessica M. | Telephone call from creditor of the estate, K. Miller, who claims she is owed equipment from the debtor to answer inquiry re proof of claim filing deadline and receipt of another call from S. Robinson, a creditor in HashFast, who P. Musser handled | 0.10 |
| 16 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.10 |
| 16 Jun 14 | Barbarosh, Craig A. | Numerous telephone conferences with creditors counsel regarding administrative case status of case. | 0.40 |
| 16 Jun 14 | Musser, Paul T. | Draft and revise motion to modify stipulated order, declaration in support of the same and proposed order. | 2.20 |

2

# PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 17 Jun 14 | Barbarosh, Craig A. | Update regarding committee formation meeting. | 0.30 |
| 17 Jun 14 | Musser, Paul T. | Revise motion to amend stipulated order and declaration re the same. | 0.20 |
| 18 Jun 14 | Mickelsen, Jessica M. | Conference call with P. Siddiqui and P. Musser concerning creditor questions at committee formation meeting to prepare for 341 meeting of creditors and draft outline of notes from conference to assist with 341 meeting. | 0.60 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review communications from a creditor, Servaas Tilkin, as well as his attachment thereto, re filing a proof of claim and discuss handling with P. Siddiqui before responding. | 0.10 |
| 18 Jun 14 | Mickelsen, Jessica M. | Draft required declaration in support of ex parte application to hear motion to amend stipulated order on shortened time. | 0.50 |
| 18 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui and J. Mickelson re motion to amend stipulation and formation meeting issues | 0.60 |
| 18 Jun 14 | Musser, Paul T. | Revise motion and declaration re motion to amend stipulation | 0.30 |
| 19 Jun 14 | Mickelsen, Jessica M. | Attend to resolution of issues with the Court and counsel concerning hearing the motion to amend the stipulated order on shortened time. | 0.20 |
| 23 Jun 14 | Mickelsen, Jessica M. | Review multiple communications concerning contact from a potential creditor or party in interest named Brian Koffler with Met Schools and contact Brian to determine nature of call. | 0.10 |
| 24 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to declaration of no response to debtor's motion for order limiting service, and order thereon, and send to counsel in Chicago for any comments before filing and lodging tomorrow. | 0.20 |
| 24 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 24 Jun 14 | Musser, Paul T. | Review and analyze docket, motions and orders | 0.40 |
| 24 Jun 14 | Musser, Paul T. | Revise Katten retention application | 0.30 |
| 25 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to order limiting service based upon comments of P. Siddiqui | 0.10 |
| 25 Jun 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re order limiting service, as well as other matters concerning first day orders and prep with designated representative of client for meeting of creditors | 0.10 |
| 25 Jun 14 | Mickelsen, Jessica M. | Attend to further minor revisions to order before filing declaration and lodging orders. | 0.10 |
| 25 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 25 Jun 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed in bankruptcy case. | 0.40 |
| 26 Jun 14 | Mickelsen, Jessica M. | Call from California Franchise Tax Board re the status of HashFast LLC and specifically whether papers are pending for its registration in the state, and draft | 0.20 |

3

# PROFESSIONAL SERVICES
## Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | inquiry to P. Siddiqui re the same to verify with clients | 0.10 |
| 26 Jun 14 | Mickelsen, Jessica M. | Follow up with CA Franchise Tax Board to inform representative of status of HashFast LLC and communications re taxes and penalties due | 0.10 |
| 26 Jun 14 | Mickelsen, Jessica M. | Attend to preparation for filing amended application to retain our firm, with client's signature | 0.10 |
| 27 Jun 14 | Mickelsen, Jessica M. | Communications with client and counsel re preparations for meeting of creditors and assist with arranging conference call. | 0.20 |
| 27 Jun 14 | Barbarosh, Craig A. | Review/analyze Liquidbits objection to amend stipulation. | 0.40 |
| 27 Jun 14 | Musser, Paul T. | Review and analyze docket, objections and orders regarding HashFast and HashFast Technologies cases. | 0.10 |
| 30 Jun 14 | Mickelsen, Jessica M. | Assist with California procedures concerning sale motion. | 0.40 |
| 30 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re hearing and sale motion | 0.40 |
| 30 Jun 14 | Musser, Paul T. | Begin to draft sale motion | 0.10 |
| 01 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor of the estate who received notice of the bankruptcy case, John Cronin, and return call | 4.60 |
| 01 Jul 14 | Mickelsen, Jessica M. | Receive and analyze rough agenda from P. Siddiqui re Section 341 prep (.2); briefly review schedules and other material to assist with preparation (.2); participate in conference call and assist with 341 Meeting of Creditors preparation (2.2); consider and outline list of items required from clients as a follow-up from our 341 prep (.3); draft outline of answers to questions posed during prep and send to P. Siddiqui for review and comment (.7); analyze client's responses, and attached documentation, re follow-up items discussed (.5); address inquiries from client re additional information with follow-up re client's responses (.2); attend to minor revision to Section 341 meeting notes to update answers with subsequent information that client provided (.2); review client's subsequent response re employee bonuses and update 341 answers with the same (.1). | |
| 01 Jul 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed in bankruptcy case. | 0.40 |
| 02 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor of the estate who purchased equipment and sought a refund re case status and options, and advised to seek independent counsel and consider filing a proof of claim. | 0.10 |
| 02 Jul 14 | Barbarosh, Craig A. | Confer with P. Siddiqui regarding case issues and strategy. | 0.40 |
| 03 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re outstanding issues concerning schedules and other matters related to the 341 Meeting in preparation for it (.3); draft email to P. Musser to summarize and advise him of items to amend in the schedules following the 341 Meeting (.2); | 0.70 |

4

## PROFESSIONAL SERVICES

Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | review client's email re potential conflict of interest of Koi as competitor, as well as Tuesday's meeting of creditors, and respond accordingly (.2). | |
| 03 Jul 14 | Barbarosh, Craig A. | Update regarding budget negotiations with creditors' committee. | 0.20 |
| 03 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.10 |
| 07 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor, Terry Sine, re bankruptcy filing and his claim and return call. | 0.10 |
| 07 Jul 14 | Mickelsen, Jessica M. | Multiple communications with client re issues concerning the meeting of creditors, documents to finalize and transmit, approach to creditors to garner trust among the creditors, client site visit following the meeting to assist with a supplemental motion to file with the court by Friday and various other related matters; review documents before sending to trustee's counsel in preparation for the meeting. | 1.60 |
| 08 Jul 14 | Mickelsen, Jessica M. | Represent client at extensive 341 meeting of creditors. | 4.70 |
| 08 Jul 14 | Mickelsen, Jessica M. | Attend to preparations to represent client during meeting of creditors through further factual investigation and review of case contained in schedules, statement of financial affairs, notes from meetings and conversations concerning this case, client's answers to questions during meeting prep and other such materials. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Visit client site before 341 Meeting to meet employees, see product, review graphs and charts and discuss pertinent matters related to the 341 Meeting. | 0.30 |
| 08 Jul 14 | Mickelsen, Jessica M. | Outline documents needed and items for follow-up with client, Committee counsel, and certain creditors that resulted from the 341 Meeting. | 0.70 |
| 08 Jul 14 | Mickelsen, Jessica M. | Draft extensive email to counsel to delineate items for follow-up and to discuss issues raised as a result of the 341 Meeting, including designation of responsible individual, follow-up on change of address, amendments to schedules, inventory lists requested, Uniquify contract review, documents needed from client, sale issues and so forth. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Analyze and respond to numerous client emails, and documentation attached thereto including Uniquify contracts, inventory lists, D&O policy, budget details, in response to requests made during 341 Meeting. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Draft email to client with a list of documents requested and required from client as a result of the 341 Meeting to provide following the meeting. | 0.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Meet with Committee counsel and UST before 341 Meeting to discuss preliminary issues and arrange for examination of both clients, S. Barber and M. Hushen. | 0.20 |
| 08 Jul 14 | Barbarosh, Craig A. | Update regarding court hearings. | 0.20 |
| 08 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding | 0.20 |

5

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | case issues. | 1.00 |
| 09 Jul 14 | Mickelsen, Jessica M. | Review and respond to numerous communications from client to resolve matters resulting from the 341 Meeting and to review documents requested during that meeting. | |
| 09 Jul 14 | Mickelsen, Jessica M. | Analyze documents that client sent concerning budget (past revenues and projections) and inventory, among other materials related to the plan, employees, budget, cash on hand, and liabilities, to assist with stipulation to submit to Committee counsel. | 0.70 |
| 09 Jul 14 | Mickelsen, Jessica M. | Brief follow-up review of Uniquify contracts to analyze in greater depth for nondisclosure clauses later. | 0.20 |
| 09 Jul 14 | Mickelsen, Jessica M. | Further review of email from creditors, the Middletons, and draft response accordingly. | 0.20 |
| 09 Jul 14 | Musser, Paul T. | Conference with J. Mickelsen re revisions to stipulation re amendment of Gap period stip, application for responsible individual, amendments to schedule and sale motion (0.8); revise stipulation (0.4); review and analyze local rule re application for responsible individual (0.2); draft and revise application and order re the same (0.5). | 1.90 |
| 10 Jul 14 | Mickelsen, Jessica M. | Review and analyze communications from client re updated inventory list and matters related to the 2004 examination of Simon (.2); draft email to Committee's counsel re 2004 exam issues concerning scope and production (.2); follow-up with clients re the same (.1); communications with creditor from Belgium to address claim and provide Committee counsel's information (.1); review proof of claim that was mailed to us and address with counsel (.2); conference call with P. Siddiqui re status of matters and pending issues (.2); draft response to clients questions concerning third party claim, IP, and other sale issues, some of which were related to proposed 2004 examination of Mr. Barber and others were not (.6); review communications from Committee counsel re possible resolution of issues in our motion by Stipulated Order (.1); subsequent communications with client re market sale depreciation and documentation to include as exhibits in support of a supplemental filing this evening in support of our motion to sell inventory if we cannot reach agreement with the Committee (.2); review multiple email communications with response to our stipulated order proposal for discussion with Committee counsel (.5); extensive telephone conference with Committee counsel to try to resolve issues and find a middle ground (1.5); multiple communications with clients regarding terms discussed for consideration (.8); draft extensive email to Committee counsel to confirm contents of discussions | 10.20 |

6

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | to facilitate resolution of the sale motion (1.5); discuss 2004 examination and personal liability and representation issues with clients (.6); communications with clients re budget issues (.5); draft declaration of client on depreciation to file with supplemental brief (.8); draft supplemental brief to file with Court (1.8); communications with P. Siddiqui re brief and proposed revisions and attend to minor revisions before leaving the remainder for tomorrow (.3). | |
| 11 Jul 14 | Mickelsen, Jessica M. | Draft follow-up email to client re 2004 examination availabilities based upon further inquiries from and discussions with committee counsel. | 0.20 |
| 12 Jul 14 | Mickelsen, Jessica M. | Review communications from committee counsel re interpretation of hearing results (.2); listen to and analyze pertinent points of audio filing respond accordingly (.4); draft response to committee counsel in the hope of resolving the stipulated order (.3); communications with Ray Gallo re clients and signature on stipulated order and respond accordingly (.1); communications with Liquidbits' counsel and further communications with R. Gallo to finalize their revisions (.2); attend to revisions to stipulated order (.1); multiple further communications with committee counsel re resolve issue (.3); inform client of resolution, along with other signatories on the stipulated order (.2); discuss 2004 exams with client (.1); finalize order and draft email to committee counsel, attaching the order and including information on 2004 exams, for further follow-up (.2); read extensive email with additional, further changes that the committee now seeks to make the Stipulated Order, and craft responses to committee counsel with request for a redline by tomorrow morning (1). | 3.10 |
| 13 Jul 14 | Mickelsen, Jessica M. | Draft detailed email to committee counsel re 2004 examinations in response to his email to try to resolve by Monday to schedule examinations (.5); respond to creditor's inquiry re bankruptcy case and matters related to it (.1). | 0.60 |
| 14 Jul 14 | Mickelsen, Jessica M. | Draft brief email to client with reminders of items to bring or be able to confirm by continued meeting of creditors tomorrow (.1); telephone conference with P. Siddiqui re Stipulated Order, extensive document production request that committee sent, debtor in possession account, and other issues related to upcoming matters (.2); review Wolfgang Riedel's proof of claim, received by mail, and send to counsel for determination on how to handle unfiled claim (.1); prepare cover sheet to Mr. Riedel's proof of claim to redirect to the bankruptcy court (.1); communications with client and counsel re items required in preparation | 2.90 |

7