## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | for 341 meeting (.2); draft email to client with an itemization of all items required to complete amendment of schedules in anticipation of being able to respond to UST's questions (.3); review Uniquify contracts, in response to questioning of a creditor at previous 341 meeting, for the purpose of following up at the continued 341 meeting, if necessary, and inquire about additional contractual material from client to review before the continued meeting tomorrow (.3); receive additional contract material, briefly review, and compile pertinent documents to review tomorrow on the plane to the meeting (.1); telephone conference with P. Siddiqui re continued meeting of creditors resulting from his communications with officer's personal counsel (.1); communications with P. Siddiqui re S. Barber's nonappearance at continued meeting; follow-up with UST and committee counsel re nonappearance, and discuss with all (.8); continue to work on arranging 2004 examinations, and review communications from client on the same, and communicate issues to committee counsel in expediting the examination(s) (.3); attend to preparations for the continued 341 meeting in light of developments today and briefly review client's responses re inquiries pertaining to amended schedules with further review later (.3). | |
| 14 Jul 14 | Barbarosh, Craig A. | Update regarding case issues and status. | 0.20 |
| 15 Jul 14 | Mickelsen, Jessica M. | Review emails from client re information to include in amended schedules in preparation for continued 341 meeting (.3); briefly review broad document production request to discuss with committee counsel after the 341 (.2); analyze Uniquify Master Design Agreement for nondisclosure and confidentiality provisions and review second SOW (.5); attend and represent client at continued 341 meeting (4.5); conference call with P. Siddiqui and client re issues arising out of meeting that require follow-up (.5); itemize documents and information on which to follow-up arising out of 341 meeting (.5); analyze document production in greater depth and identify roughly 14 categories of documents, from the dozens of broad questions asked in total of 72, to produce by Friday if available (.6); review and respond to client's inquiry re 2004 exam for prep tomorrow (.2); finalize itemization of documents form 341 meeting and proposed document production request, and send to counsel with summary of contents in email (.4). | 7.70 |
| 16 Jul 14 | Mickelsen, Jessica M. | Telephone conference with P. Siddiqui and client to prep client on 2004 examination, including document production, and to be briefed on other issues pertaining | 3.90 |

8

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | to the sale (1.5); attend to preparation of documents to have on hand during 2004 examination (.6); follow-up with UST on confidentiality matters that arose during the 341 meeting (.1); discuss potentially open IP issue with counsel to be prepared during 2004 exam (.1); communications with committee counsel re final details concerning 2004 exam (.1); review client's follow-up emails to answer certain questions raised during our conference call, and send list of items on which to follow-up from the meeting and in regard to the 2004 exam (.2); communications with counsel re inclusion of Liquidbits MOU as executory contract (.1); review client's signatures on SOFAs and send to UST per her request (.1); draft outline and summary of answers and matters discussed during telephone conference with client and counsel in preparation for 2004 exam (.9); review additional documents that client sent to trustee and include in drop box for use at exam, if needed (.2). | |
| 18 Jul 14 | Mickelsen, Jessica M. | Communications with counsel re sale motion (.2); review and finalize sale motion and all attendant documents to update the documents to include the most recent actions concerning the sale and to coincide with the current term sheet, draft notice of motion, draft order on application to short time, and prepare all for filing and service (2.5); communications with client re ownership of IP issue (.2); communications with client to isolate a day and time for Eduardo's examination, and send email to committee counsel to confirm the same (.1); communications with counsel to assist with finalization of amended schedules based upon further information from continued 341 and exams (.2); receipt and brief review of transcript of 341 continued meeting and send to client for records (.1). | 3.30 |
| 21 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 4.40 |
| 21 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re discovery issues and prep of Eduardo before his examination (.1); communications with client to schedule a date to prep Eduardo, suggesting tomorrow (.1); email committee counsel to confirm date of Eduardo's examination and to discuss other pending discovery issues (.1); attend to document production issues following 2004 examination of M. Hushen, including isolating documents to produce and drafting outline of those documents to assist client's production, arranging for review of confidentiality provisions in contracts before disclosure and reviewing Uniquify's terms again, and related matters (1); draft email to Uniquify's counsel to provide prior written notice of intent to disclose | 3.30 |

9

# PROFESSIONAL SERVICES
## Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | contracts, per Section 11.4 of the MDMOSA, and subject to the confidentiality agreement (.3); communications with Uniquify's counsel on the same and draft brief follow-up email to creditor who requested information on these contracts to inform him of confidentiality provisions placed on the record during the continued meeting (.2); review order granting ex parte application for shortened time on sale motion and send to all appropriate parties after discussing with client and counsel (.3); communications with client re debtor in possession account and signatories on the account for purpose of using as the 15% reserve (.1); review multiple requests of committee counsel re license agreements and communications with counsel re intercompany agreement to send to committee counsel per his multiple requests (.2); multiple communications with client re acknowledgements required before disclosing the Uniquify contracts to Liquidbits or others, and communications with Uniquify's counsel re the same and for receipt of signature (.3); attend to preparations for paralegal to review contracts for confidential information before producing them (.1); multiple communications with client and counsel re matters related to document production, intercompany service agreement, and debtor in possession accounts (.4); communications with committee counsel re Eduardo's 2004 exam on Friday (.1). | |
| 22 Jul 14 | Siddiqui, Peter A. | Finalize and file monthly operating reports for HashFast and HashFast Technologies. | 1.50 |
| 22 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 3.30 |
| 22 Jul 14 | Mickelsen, Jessica M. | Review multiple emails from committee's counsel re document production of Eduardo, and motion for exam, and respond accordingly (.5); communications with client re licensing agreement information and other matters related to document production, sale, and executory contracts (.2); draft priority outline of contract review to facilitate document production and send to paralegal, and communications with counsel re assumption (.3); 2004 examination prep of Eduardo, with P. Siddiqui and Eduardo's counsel (1.2); communications with P. Siddiqui following the prep to discuss issues to raise with client if any (.1); attend to preparations for Eduardo's examination and sale motion hearing, including coordinating with Committee counsel on time and place of Eduardo's exam, working out scope of exam and receipt of the motion from Committee counsel, and attending to timing of exam and sale motion hearing to allocate and | 4.60 |

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | manage time accordingly (.5); analyze confidentiality provisions in contract terms before sending to Committee counsel as part of the production (.5); communications with P. Siddiqui re production (.1); communications with client to obtain remaining contracts that we do not have in our possession to send to Committee counsel as part of the production (.1); communications with Eduardo to arrange his examination at a mutually agreeable location (.1); review motion for 2004 examination that committee counsel filed for scope and send to Eduardo and his counsel (.2); analyze Draft 0.4 Roadmap, and client's explanatory email, and discuss confidentiality issues and protections, such as a protective order, that can be sought with client for further consideration before disclosing the road map (.3); raise issues with DxCorr claim with client in light of Eduardo's statements during our 2004 exam prep and discuss with client and counsel (.2); review Sandgate contract before producing to Committee counsel (.1); send client confidentiality agreement, with explanation of counterpart provision, to send to LiquidBits for review and agreement, and follow-up on form of agreement required (.2). | |
| 23 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 6.20 |
| 23 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re document production issue to clarify disclosure of road map (.1); review communications of Eduardo's counsel re motion for exam and document production request and respond accordingly (.2); prepare documents for Eduardo's counsels review before the exam, according to our rolling production (.1); communications with client re disclosure of further documents to produce to Committee counsel and prepare documents in anticipation of sending today (.2); follow-up with client re documents to produce (.1); outline documents that we plan to produce pursuant to rolling production for client's review before producing (.2); conduct further review of documents to avoid disclosing any confidential customer information and send to Committee counsel once complete (.2); review and respond to Liquidbits agreement with confidentiality provisions for disclosure of Uniquify's contracts (.1); communications with Committee counsel and client re due diligence documents and time and scope of Eduardo's examination (.2); discuss further documents to produce with client to try to meet Committee counsel's requests, and follow-up with list of items produced or that need to be produced, with priority | 2.80 |

11

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | (.3); assist with filing of notice and cure statement and service issues (.1); multiple communications with buyer's counsel to resolve notice and cure issues, attend to further service issues, review lease and sub-lease, attend to minor revisions to notice and cure and send to buyer's counsel for decision on Sandgate before filing (.7); send lease and sublease to committee counsel per production (.1); follow-up with buyer's counsel re notice to get service out, discuss cure notice, and attend to filing (.2). | |
| 23 Jul 14 | Barbarosh, Craig A. | Review/analyze monthly operating report. | 0.20 |
| 24 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 2.50 |
| 24 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re sale issues discussed with the Committee in preparation for the Monday hearing (.3); review numerous communications from client re due diligence documents, Committee issues, and sale issues (.3); telephone conference re Asset Purchase Agreement, procedures, and next steps (.2); outline order of documents to file assist with filing of APA (.2); draft notice of APA to file with the agreement and related exhibits (.4); review and redact due diligence emails and documents before producing to opposing counsel (1.5); extract due diligence documents from drop box and save to files; send to Committee counsel as part of production and to respond to demands (.2). | 3.10 |
| 24 Jul 14 | Barbarosh, Craig A. | Review/analyze committee motion for substantive consolidation. | 0.30 |
| 24 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 29 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re sale issues, schedules, and document production (.1); attend to 120-day deadline to assume or reject leases from date of conversation to chapter 11 (.1); respond to creditor's inquiry re proof of claim (.1). | 0.30 |
| 30 Jul 14 | Mickelsen, Jessica M. | Review email correspondence re LiquidBit's proposal to purchase chips and communications with P. Siddiqui re next steps (.2); briefly research procedures and rules to replace a designated responsible individual and delineate and send them to P. Siddiqui (.3). | 0.50 |
| | | **TOTALS:** | 104.30 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 5.60 | 810.00 | $4,536.00 |

12

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42869 | Lee, Vickie Hayden | 16.40 | 210.00 | $3,444.00 |
| 42892 | Mickelsen, Jessica M. | 69.80 | 575.00 | $40,135.00 |
| 43153 | Musser, Paul T. | 10.00 | 460.00 | $4,600.00 |
| 41578 | Siddiqui, Peter A. | 2.50 | 630.00 | $1,575.00 |
| | **TOTAL:** | **104.30** | | **$54,290.00** |

13

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 11 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUNE2014-LAX; DATE: 6/6/2014 - Account No. KM3280; Pacer Court Costs for June 2014; Los Angeles | 31.20 |
| 12 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-MAY2014-CHGO; DATE: 6/6/2014 - Account No. KM3279; Pacer Court Costs for June 2014; Chicago | 49.00 |
| 13 Jun 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 052714; DATE: 5/27/2014 - Out of Town Travel to San Franciso to attend hering on trustee motion and to meet with clients 5/22-5/24-14 | 473.31 |
| 17 Jun 14 | PAYEE: Arkadin Inc.; REQUEST#: 648455; DATE: 6/17/2014. - Check #225162 dated 6/17/14 - Audio conference calls - Peter Siddiqui incurred 5/16/14 | 16.29 |
| 19 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 24 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 24 Jun 14 | E-filing in USBC (Northern District of California) 6/3/14 | 100.00 |
| 25 Jun 14 | Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 220.00 |
| 25 Jun 14 | Fee Inv# 011-818818 on Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 48.00 |
| 25 Jun 14 | Peter Siddiqui 6/17/14 Chgo/SanFrancisco/Chgo Inv# 011-815933 | 938.62 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (38) envelopes, Date sent: 06/25/14 | 119.63 |
| 30 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (37) envelopes, Date sent: 06/26/14 | 62.97 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Filing Fee re Debtor's Motion to Convert to Chapter 11 with USBC Court on 6/3/14. | 922.00 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Fee for Voluntary Petition from USBC Courts re HashFast Technologies LLC. | 1,717.00 |
| 11 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6340482; DATE: 7/10/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/07/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 44.00 |
| 14 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/07/14 | 76.21 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070314; DATE: 7/3/2014 - Out of Town Travel to San Francisco for hearing and client meetings on 06/26/14 - 06/27/14 - cabs, meals, hotel. | 514.57 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070114; DATE: 7/1/2014 - Out of Town Travel to San Francisco for hearing on 06/17/14 - parking and cab fare. | 92.00 |
| 17 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/19/14. Messenger Fee $25, PDF/Fax Fee $22.50 | 47.50 |

14

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | Re: HashFast Technologies LLC, x10 docs (PDF courtesy copies delivered to Judge Montali). | |
| 17 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/11/14 | 76.21 |
| 18 Jul 14 | Jessica Mickelsen 7/8/14 LosAngeles/SanFran/LosAngeles inv #011-818818 | 144.00 |
| 21 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 070914; DATE: 7/9/2014 - Out of Town Travel to San Francisco for Meeting of Creditors at U.S. Trustee's Office on 7/8/14 (cab fare, BART fare and LAX Parking) | 97.70 |
| 22 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 07/14/14 | 68.23 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/20/14. Messenger Fee $25, PDF/Fax Fee $3 Re: HashFast Technologies LLC, Ex Parte, Decl, Order, POS (PDF courtesy copy delivered to Judge Montali). | 28.00 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/24/14. Messenger Fee $25, PDF/Fax Fee $82.50 Re: HashFast Techonologies LLC (PDF courtesy copy of docs to Judge Montali). | 107.50 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/26/14. Messenger Fee $25, PDF/Fax Fee $16 Re: Hashfast Technologies LLC, Decl, x2 Order, POS (PDF courtesy copy delivered to Judge Montali). | 41.00 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/27/14. Messenger Fee $25, PDF/Fax Fee $1.50 Re: HashFast Technologies LLC, Amd App, POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LosAngeles inv #011-836826 | 490.00 |
| 24 Jul 14 | Jessica Mickelsen 7/14/14 LosAngeles/SanFran/LosAngeles inv #011-836825 | 48.00 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LA inv #011-837430 | 482.00 |
| 24 Jul 14 | Jessica Mickelsen 7/17/14 LosAngeles/SanFran/LA inv #011-838958 | 482.00 |
| 24 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6343795; DATE: 7/18/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/11/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 37.00 |
| 25 Jul 14 | E-filing for the United States Bankruptcy Court Northern District of California 6/23/14 | 75.00 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (29) envelopes, Date sent: 07/23/14 | 38.91 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelope, Date sent: 07/18/14 | 230.81 |
| 29 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/24/14 | 18.11 |
| 30 Jul 14 | VENDOR: SF Reporters; INVOICE#: 794; DATE: 7/29/2014 - Fee | 1,612.85 |

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| | for certified transcripts of 7/15/14 341 examination of Monica Hushen (cont from 7/8/14), and 7/25/14 examination of Eduardo de Castro. | 488.20 |
| 30 Jul 14 | Jessica Mickelsen 7/28/14 LA/SanFran/LA inv #011-843512 | 1,060.52 |
| 30 Jul 14 | Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo inv #011-841983 | 496.20 |
| 30 Jul 14 | Jessica Mickelsen 7/25/14 LosAngeles/SanFran/LA inv #011-843267 | 48.00 |
| 30 Jul 14 | Jessica Mickelsen 7/23/14 LosAngeles/SanFran/LA inv #011-843266 | 48.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814A; DATE: 7/18/2014 - Out of Town Travel to San Francisco for business meeting with client on 7/17/14 (LAX Parking $30 on 7/17/14, BART $18) | 44.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814B; DATE: 7/18/2014 - Travel - parking re: business meeting with client Monica Hushen 7/17/14 | 57.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814C; DATE: 7/18/2014 - Out of Town Travel to SanFrancisco for Meeting of Creditors - LAX Parking $30 & BART $27, 7/15/14 | 221.17 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (28) envelope, Date sent: 07/25/14 | 18.11 |
| 31 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 9.97 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 30.00 |
| 31 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 072314; DATE: 7/23/2014 - CourtCall ID 6336029 7-2-14 | 53.43 |
| 31 Jul 14 | Westlaw Legal Research: MUSSER,PAUL T on 07/30/2014 | 75.00 |
| 31 Jul 14 | E-filing of documents 7/25/14 | 37.00 |
| 31 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6381030; DATE: 7/29/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/28/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | |
| | **TOTAL:** | **$12,658.62** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $1,326.58 |
| Telephone Charges | $16.29 |
| Local Courier | $250.50 |
| Postage | $1,336.23 |
| Court Reporter Fees | $1,612.85 |
| Service Fees | $30.00 |
| Legal Research | $53.43 |
| Employee Overtime | $250.00 |
| Airfare | $4,945.54 |
| Court Costs | $2,837.20 |
| **TOTAL:** | **$12,658.62** |

| | |
|---|---|
| **MATTER TOTAL:** | **$66,948.62** |

Case: 14-30725   Doc# 267-1   Filed: 12/31/14   Entered: 01/05/15 13:56:36   Page 9 of 100



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** Craig A. Barbarosh
**Client:** 385402 - HashFast Technologies LLC
**Matter:** 00007 - CASE ADMINISTRATION

**Invoice No.:** 1301136987
**Invoice Date:** 21 Aug 14

**Current Invoice Charges:** _____ $66,948.62

### Wire Instructions:
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# EXHIBIT A

# (PART 2 OF 2)

**CLIENT MATTER NO. 385402-00007**



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145193
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: <u>CASE ADMINISTRATION</u>** (385402.00007)

For legal services rendered through August 31, 2014 ................................................................ $17,187.00

Disbursements and other charges ................................................................................................. $3,398.16

**CURRENT INVOICE TOTAL:** $20,585.16

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 01 Aug 14 | Barbarosh, Craig A. | Update regarding case operational issues. | 0.20 |
| 04 Aug 14 | Siddiqui, Peter A. | Review proposal from creditors' committee regarding sales, management, IP, and other issues involving the case (2.0); consult with client re same and plan and prepare for meeting with committee (1.1); review and comment on ordinary course sales issues (.3). | 3.40 |
| 04 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and committee negotiations. | 0.30 |
| 05 Aug 14 | Siddiqui, Peter A. | Meeting with committee chair and committee counsel regarding all open issues involving sales, management, intellectual property, claims, plans, and strategy going forward (6.5); conferences with M. Hushen and S. Taffler re strategy for meeting and feedback after it concluded (1.5). | 8.00 |
| 05 Aug 14 | Barbarosh, Craig A. | Update regarding meeting with creditors' committee. | 0.20 |
| 06 Aug 14 | Mickelsen, Jessica M. | Communications with counsel re status conference on August 8, 2014, draft notice thereon to file with the Court, and attend to filing. | 0.20 |
| 07 Aug 14 | Siddiqui, Peter A. | Multiple conferences with M. Hushen and S. Barber re CRO matters and next steps re sales and plan strategy, including strategies re wafer sales, board builds/chip sales, CRO retention, employee matters, and next steps | 2.50 |
| 08 Aug 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee motion to convert case. | 0.30 |
| 11 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re bankruptcy schedules to finalize remaining items (.2); multiple communications with P. Siddiqui re 341 meeting prep, schedules, and trustee's motion (.4). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber and M. Hushen re various open matters and strategy going forward, including CRO retention, other executive employment retention, sale strategies, governance issues, and plan of reorganization issues. | 1.00 |
| 14 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re changes to amended Schedule F for HashFast Technologies (.2); clarify basis for Gallo's 6 claims and disputes concerning those claims (.3); review subsequent client emails re further changes to Schedule F and communications with client to clarify those changes (.3); draft revisions to schedules to make all requested changes and send to client for date and signature (.6); revise creditor matrix, schedules, and statement of financial affairs in both cases for filing (.2) | 1.60 |
| 14 Aug 14 | Musser, Paul T. | Research re effect of operating agreement provisions. | 2.00 |
| 15 Aug 14 | Siddiqui, Peter A. | Conference call with P. Kravitz and S. Barber re financial condition, sales opportunities and alternatives and strategy going forward. | 1.10 |
| 15 Aug 14 | Mickelsen, Jessica M. | Review email from LookSmart's counsel and proof of | 0.50 |

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | claim filed in support; send summary to P. Siddiqui for review and comment before responding; communications with counsel re LookSmart's claim and respond according to LookSmart's counsel (.1); discuss employment question related to payroll with employment counsel to be able to advise client on the same (.2); summarize results of communications for counsel to informally advise client (.2). | |
| 16 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and status. | 0.20 |
| 18 Aug 14 | Mickelsen, Jessica M. | Draft statement of cessation of Monica Hushen's duties as designated responsible individual and request for successor (.2); draft application and order to submit concurrently therewith per local rules (.8); send all to counsel for review and comment before filing (.1) | 1.10 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with V. Delaglio re transition of books/records and reporting matters from M. Hushen re same and strategy going forward re same. | 0.50 |
| 19 Aug 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re schedules, and attend to minor revisions to schedules accordingly (.1); communications with court re itemized list of additional creditors added by amendment (.2); compile and itemize list of additional creditors and send to counsel to determine whether any further creditors need to be added (.4); draft email to E. Lucero at the Court to send preliminary list to the court for service purposes (.1). | 0.80 |
| 21 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 21 Aug 14 | Barbarosh, Craig A. | Update regarding case issues. | 0.20 |
| 22 Aug 14 | Mickelsen, Jessica M. | Address further inquiries of Court concerning creditors to be added to the service list based upon amendment of schedules. | 0.10 |
| 22 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 22 Aug 14 | Barbarosh, Craig A. | Update regarding lease termination issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Review/revise draft opposition to US Trustee motion to appoint Chapter 11 trustee. | 0.40 |
| 27 Aug 14 | Mickelsen, Jessica M. | Communications from Committee counsel re opposition to UST's motion to appoint a trustee | 0.10 |
| 27 Aug 14 | Barbarosh, Craig A. | Confer with P. Siddiqui regarding case issues and sale effort. | 0.30 |
| 29 Aug 14 | Barbarosh, Craig A. | Review committee objection to U.S. Trustee motion to dismiss case. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Update regarding office lease issues. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| | | **TOTALS:** | 27.20 |

3

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 3.70 | 810.00 | $2,997.00 |
| 42892 | Mickelsen, Jessica M. | 5.00 | 575.00 | $2,875.00 |
| 43153 | Musser, Paul T. | 2.00 | 460.00 | $920.00 |
| 41578 | Siddiqui, Peter A. | 16.50 | 630.00 | $10,395.00 |
| | TOTAL: | 27.20 | | $17,187.00 |

4

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 03 Aug 14 | Court cost; VENDOR: Chase Card Services; INVOICE#: 080314; DATE: 8/3/2014, USBC Courts San Francisco filing fee. | 176.00 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Pete Siddiqui Hashfast Technologies LLC 100 Bush St Ste 650,San Francisco CA,94104 US: On: 7/24/2014; Tracking ID: 780056313980 | 26.87 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/23/2014; Tracking ID: 804321869410 | 20.86 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: San Francisco Court Appointed SPE 2535 Mission Street, San Francisco CA,94110 US: On: 7/23/2014; Tracking ID: 804321869384 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/25/2014; Tracking ID: 804321868610 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To:  160 Bush Corporation 100 Bush St, San Francisco CA,94104 US: On: 7/23/2014; Tracking ID: 804321869373 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To:  San Francisco CT Appointed SPE 2535 Mission St., San Francisco CA,94110 US: On: 7/25/2014; Tracking ID: 804321868609 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/25/2014; Tracking ID: 804321868620 | 30.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: - 100 Bush St, San Francisco CA,94104 US: On: 7/25/2014; Tracking ID: 804321868594 | 17.42 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/23/2014; Tracking ID: 804321869400 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Robert Smith Uniquity Inc 2030 Fortune Drive, San Jose CA,95131 US: On: 7/23/2014; Tracking ID: 804321869362 | 8.94 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 | 15.47 |

5

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 05 Aug 14 | DATE: 8/1/2014<br>From: Jessica Mickelsen To: Robert Smith Uniquity Inc. 2030 Fortune Drive, San Jose CA,95131 US: On: 7/25/2014; Tracking ID: 804321868631<br>VENDOR: Federal Express Corporation INVOICE#: 134318113 | 36.74 |
| 05 Aug 14 | DATE: 8/4/2014<br>From: Jessica Mickelsen To: Clark Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 7/25/2014; Tracking ID: 802872329264<br>VENDOR: Federal Express Corporation INVOICE#: 134318113 | 36.41 |
| 06 Aug 14 | DATE: 8/4/2014<br>From: Jessica Michelsen To: Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent MONT PQ,H4T2A3 CA: On: 7/24/2014; Tracking ID: 802872329286<br>Credit 7/16/14 Mickelson, Jessica - against Inv. No. 011-836826 LAX SFO LAX (billed on invoice #1301136987) | (490.00) |
| 06 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUL14-LAX; DATE: 8/6/2014  - Account No. KM3280; Pacer Court Costs for July 2014; Los Angeles | 66.70 |
| 07 Aug 14 | Refund inv #011-57900 against inv #011-843512 Jessica Mickelsen 7/28/14 LA/Chgo/Wash (billed on invoice #1301136987) | (440.20) |
| 07 Aug 14 | Refund inv#011-57901 against inv #011-841983 Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo (billed on invoice #1301136987) | (1,012.52) |
| 07 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-JUL14-CHI; DATE: 8/6/2014 - Account No. KM3279; Pacer Court Costs for July 2014; Chicago | 6.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 7/21/14.  Messenger fee $25, pdf/fax $42.  Courtesy copy to Judge Montali. Ex Parte, Declaration, ADR x2 POS, Notice, MTC. | 67.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 7/24/14.  Messenger fee $25, pdf fee $1.50.  Courtesy copy to Judge Montali.  Notice and Proof of Service. | 26.50 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014 - Messenger from M. Mickelsen to USBC San Francisco on 7/28/14.  Messenger fee $25, PDF/fax fee $59.50.  Notice, Proof of Service.  Courtesy copy to Judge Montali. | 84.50 |
| 13 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/07/14. Messenger Fee $29.75, PDF/Fax Fee $4.50.<br>Re: HashFast Technologies, x4 docs (filing, cc to Judge Montali). | 34.25 |
| 13 Aug 14 | VENDOR: Summit Reprographics; INVOICE#: 84435; DATE: 7/24/2014 764 copies | 58.29 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/10/14. Messenger Fee $25, PDF/Fax Fee $1.50.<br>Re: HashFast Technologies LLC, App Order, POS, Order (PDF courtesy copy delivered to Judge Montali). | 26.50 |

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/11/14. Messenger Fee $25, PDF/Fax Fee $5 Re: HashFast Technologies LLC, Suppl Brief, Decl, POS (PDF courtesy copy delivered to Judge Montali). | 30.00 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/15/14. Messenger Fee $25, PDF/Fax Fee $1.50 Re: HashFast Technologies LLC, Stipulation & POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 1,939.00 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 224.00 |
| 14 Aug 14 | VENDOR: Summitt Reprographics; INVOICE#: 84449; DATE: 7/23/2014 645 scan of due diligence documents. | 56.24 |
| 14 Aug 14 | Jessica Mickelsen 8/12/14 LosAngeles/SanFran/LosAngeles inv #011-854801 | 488.20 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St, Ste 218, San Francisco CA, 94104 US: On: 8/6/2014; Tracking ID: 780101015215 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/6/2014; Tracking ID: 780101016900 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Road, Chester Springs PA, 19425 US: On: 8/6/2014; Tracking ID: 780101019997 | 20.86 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/6/2014; Tracking ID: 780101024264 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Attn: Robert Smith Uniquify, Inc. 2030 Fortune Drive, Ste 200, San Jose CA, 95131 US: On: 8/6/2014; Tracking ID: 780101011345 | 12.69 |
| 18 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 134832979 DATE: 8/18/2014 From: Jessica Mickelsen To: Ciera Technologies Ciera Tech 9300 Transcanada Highway,YUL PQ, H4S1K5 CA: On: 8/7/2014; Tracking ID: 802872329345 | 30.17 |
| 18 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/15/14 | 446.71 |
| 18 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/15/14 | 28.50 |
| 19 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date | 44.61 |

Case: 14-30725    Doc# 267-1    Filed: 12/31/14    Entered: 01/05/15 13:56:36    Page 19 of 100

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | sent: 08/06/14 | 112.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 104.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 7.60 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 18.11 |
| 20 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelopes, Date sent: 08/07/14 | 48.00 |
| 21 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 080414A; DATE: 8/4/2014 - Out of Town Travel re Appearance at Rule 2004 Examination of Eduardo de Castro in San Francisco - parking at LAX | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 8/19/2014; Tracking ID: 770880368330 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 8/19/2014; Tracking ID: 770880373487 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: AQS 401 Kato Ter, Fremont CA,94539 US: On: 8/19/2014; Tracking ID: 770880364221 | 16.96 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 8/15/2014; Tracking ID: 780132173297 | 34.66 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/15/2014; Tracking ID: 780132162988 | 12.69 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr, Ste 200, San Jose CA,95131 US: On: 8/19/2014; Tracking ID: 770880359152 | 48.00 |
| 22 Aug 14 | Exchange inv #011-856608 against inv #011-854801 Jessica Mickelsen 8/12/14 SanFran/LosAngeles | 25.00 |
| 25 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/07/14. Re: HashFash Technologies LLC, Notice of Status Conference, POS (PDF courtesy copy e-filed delivered to Judge Montali). | 36.41 |
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 8/15/2014; Tracking ID: 802579791072 | |

8

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014 From: Jessica Mickelsen To: Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S2A9 CA: On: 8/19/2014; Tracking ID: 802579791083 | 36.41 |
| 26 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/15/14. Messenger Fee $25, PDF/Fax Fee $148 Re: HashFast Technologies LLC (PDF courtesy copy of various docs delivered to Judge Montali). | 173.00 |
| 26 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/19/14 | 76.73 |
| 27 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 081314; DATE: 8/13/2014 - Expense Reimbursement 8/13/14 - Reimbursement for travel expenses re: Continued Meeting of Creditors in San Francisco: LAX parking; Cab Fare; BART;Airline seat upgrade 8/12/14 - | 106.50 |
| 27 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/20/14 | 19.99 |
| 28 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/27/14 | 68.03 |
| 29 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 276462016 DATE: 8/29/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/19/2014; Tracking ID: 770880353176 | 20.86 |
| 29 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (2) envelopes, Date sent: 08/28/14 | 39.98 |
| 29 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/28/14 | 66.93 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/14/2014 | 5.76 |
| | **TOTAL:** | **$3,398.16** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $154.50 |
| Local Courier | $493.25 |
| Courier | $591.75 |
| Postage | $809.59 |
| Photocopy Costs | $2,386.60 |
| Document Imaging - Outside Service | $114.53 |
| Legal Research | $5.76 |
| Airfare | $(1,406.52) |
| Court Costs | $248.70 |
| **TOTAL:** | **$3,398.16** |

| | |
|---|---|
| **MATTER TOTAL:** | **$20,585.16** |

Case: 14-30725   Doc# 267-1   Filed: 12/31/14   Entered: 01/05/15 13:56:36   Page 21 of 100



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145193 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:**        $20,585.16

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $66,948.62 |

**TOTAL BALANCE DUE:**        $87,533.78

### Wire Instructions:
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150852
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: <u>**CASE ADMINISTRATION**</u> (385402.00007)

For legal services rendered through September 30, 2014 ................................................... $8,525.50

Disbursements and other charges.......................................................................................... $1,337.39

CURRENT INVOICE TOTAL: $9,862.89

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) .......................................... $87,533.78

TOTAL BALANCE DUE: $97,396.67

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Sep 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee reply regarding motion to appoint trustee. | 0.30 |
| 05 Sep 14 | Siddiqui, Peter A. | Conference with Simon Barber re open issues, including resolution of claims, potential purchaser issues, MOR status, and next steps. | 0.50 |
| 05 Sep 14 | Musser, Paul T. | Assist in preparation of July and August 2014 monthly operating reports. | 0.30 |
| 08 Sep 14 | Siddiqui, Peter A. | Review and comment on MORs. | 0.50 |
| 08 Sep 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re upcoming deposition of S. Barber for purpose of defending on behalf of the debtors. | 0.10 |
| 10 Sep 14 | Siddiqui, Peter A. | Review inventory of HashFast safe (.3); confer with S. Barber and E. de Castro re moving out of leased space (.3); confer with client re open issues regarding sales, testing, and strategy going forward (.5). | 1.10 |
| 10 Sep 14 | Mickelsen, Jessica M. | Communications with committee counsel and S. Barber's personal counsel re logistics for S. Barber's deposition tomorrow. | 0.10 |
| 11 Sep 14 | Mickelsen, Jessica M. | Attend all day deposition of S. Barber in San Francisco | 7.50 |
| 15 Sep 14 | Mickelsen, Jessica M. | Production of documents pursuant to the deposition of S. Barber, including review of records for documents requested and to confirm production, outlining of additional documents needed that have not been produced and email with S. Barber discussing any production matters further. | 0.30 |
| 18 Sep 14 | Mickelsen, Jessica M. | Correspondence with S. Barber re document production and inquiry concerning focus of communications on TimeFire dispute | 0.50 |
| 19 Sep 14 | Mickelsen, Jessica M. | Communications with client re document production and 2004 exam issues | 0.30 |
| 22 Sep 14 | Mickelsen, Jessica M. | Communications with S. Barber re discovery and document production matters, as well as information re T. Wong | 0.20 |
| 23 Sep 14 | Mickelsen, Jessica M. | Telephone conference with S. Barber to assist with email discovery production. | 2.00 |
| 24 Sep 14 | Mickelsen, Jessica M. | Communication with S. Barber re BTC Guild mining revenue | 0.10 |
| 25 Sep 14 | Mickelsen, Jessica M. | Review email from S. Barber re discovery and respond accordingly to withhold document on basis of attorney-client privilege (.1); receive call from City and County of San Francisco re filing of 2013 payroll tax statement and relay message to team (.1). | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Update regarding inventory sales and plan preparation/negotiation. | 0.20 |
| | | **TOTALS:** | **14.40** |

Case: 14-30725    Doc# 267-1    Filed: 12/31/14    Entered: 01/05/15 13:56:36    Page 24 of 100

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 0.70 | 810.00 | $567.00 |
| 42892 | Mickelsen, Jessica M. | 11.30 | 575.00 | $6,497.50 |
| 43153 | Musser, Paul T. | 0.30 | 460.00 | $138.00 |
| 41578 | Siddiqui, Peter A. | 2.10 | 630.00 | $1,323.00 |
| | **TOTAL:** | **14.40** | | **$8,525.50** |

3

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 04 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 135338620 DATE: 9/1/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/27/2014; Tracking ID: 854672883896 | 30.17 |
| 05 Sep 14 | PAYEE: AT&T TeleConference Services; REQUEST#: 655510; DATE: 9/4/2014. - To Record Client Related Charges pertain 2014 AT&T Teleconference Check #227274;J Mickelsen incurred 7/1/14 | 26.76 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/27/2014; Tracking ID: 770971321926 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/27/2014; Tracking ID: 770971329846 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/28/2014; Tracking ID: 770985375820 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/27/2014; Tracking ID: 770971303776 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Missiion St, San Francisco CA, 94110 US: On: 8/28/2014; Tracking ID: 770985346570 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/27/2014; Tracking ID: 770971325748 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/27/2014; Tracking ID: 770971334764 | 20.86 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/28/2014; Tracking ID: 770985293540 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 20.86 |

4

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 08 Sep 14 | From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/28/2014; Tracking ID: 770985324461 VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 14.98 |
| 09 Sep 14 | From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/28/2014; Tracking ID: 770985394630 VENDOR: Federal Express Corporation INVOICE#: 135575063 DATE: 9/8/2014 | 30.17 |
| 15 Sep 14 | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/29/2014; Tracking ID: 854672883922 VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/20/14 re courtesy copy to Judge Montali. Hashfast Technologies. Application of Order, Statement, Order and Proof of Service | 31.50 |
| 15 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 224246; DATE: 9/15/2014 - Messenger from J. Mickelsen to USBC San Francisco on 9/12/14 re courtesy copy of Order and Proof of Service to Judge Montali. HasFast Technology LLC. | 37.50 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30866). | 30.00 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30725). | 30.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Opposition, Declaration and Proof of Service to Judge Montali. Hashfast Technologies LLC. Messenger fee $25, pdf $9. | 34.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Declaration and Proof of Service to Judge Montali. Messenger fee $25, pdf $1. | 26.00 |
| 17 Sep 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 09/12/14 | 57.14 |
| 17 Sep 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 09/12/14 | 19.99 |
| 19 Sep 14 | Jessica Mickelsen 9/9/14 LA/Oakland/LA inv #011-58505 | 559.20 |
| 19 Sep 14 | VENDOR: CourtCall, LLC; INVOICE#: 6460090; DATE: 9/18/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 09/10/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 51.00 |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 9/12/2014; Tracking ID: 771144964271 | 20.79 |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |

5

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 9/12/2014; Tracking ID: 771145045988 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 9/12/2014; Tracking ID: 771145068202 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 12.64 |
| | From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 9/12/2014; Tracking ID: 771144929144 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 9/12/2014; Tracking ID: 771145023354 | |
| 23 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 136097166 DATE: 9/22/2014 | 36.24 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent, QU PQ;H4R1K5 CA: On: 9/12/2014; Tracking ID: 854672883944 | |
| 24 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278847039 DATE: 9/22/2014 | 23.42 |
| | From: Peter Siddiqui To: Amanda Demby Solution Trust 29209 CANWOOD ST,AGOURA HILLS CA,91301 US: On: 9/12/2014; Tracking ID: 771140194895 | |
| 24 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-AUG14-LAX; DATE: 9/22/2014 - Account No. KM3280; Pacer Court Costs for August 2014; Los Angeles | 34.10 |
| 25 Sep 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 091514; DATE: 9/15/2014 - Expense Reimbursement 9/15/14 - reimbursement for expenses incurred re travel to San Francisco for deposition - Parking $30; BART $9; AirBart $6 on 9/11/14 - | 45.00 |
| | **TOTAL:** | **$1,337.39** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|------|--------|
| Out of Town Travel | $45.00 |
| Telephone Charges | $26.76 |
| Local Courier | $129.00 |
| Courier | $355.20 |
| Postage | $77.13 |
| Airfare | $559.20 |
| Court Costs | $145.10 |
| **TOTAL:** | **$1,337.39** |

| | |
|------|--------|
| **MATTER TOTAL:** | **$9,862.89** |



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150852 |
| **Client:** | 385402 – HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00007 – CASE ADMINISTRATION | | |

**Current Invoice Charges:** _____ **$9,862.89**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| | | | **TOTAL OUTSTANDING BALANCE :** _____ **$87,533.78** |

**TOTAL BALANCE DUE:** _____ **$97,396.67**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159118
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

### Re: CASE ADMINISTRATION (385402.00007)

| | |
|---|---|
| For legal services rendered through October 31, 2014................................................... | $1,400.00 |
| Disbursements and other charges................................................... | $753.86 |
| **CURRENT INVOICE TOTAL:** | $2,153.86 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... | $97,396.67 |
| **TOTAL BALANCE DUE:** | $99,550.53 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Case: 14-30725    Doc# 267-1    Filed: 12/31/14    Entered: 01/05/15 13:56:36    Page 30 of 100

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Oct 14 | Mickelsen, Jessica M. | Review request for production from Committee counsel (.2); identify documents compiled for fourth production (.1); draft email to Committee counsel to respond to her request and send along with fourth production documents (.1) | 0.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Draft and revise joint status conference statement and correspondence with committee counsel re same. | 1.00 |
| 17 Oct 14 | Siddiqui, Peter A. | Finalize joint status conference statement (.3); conferences with committee counsel re same and re status of sale matters (.3). | 0.60 |
| 24 Oct 14 | Barbarosh, Craig A. | Review monthly operating reports. | 0.20 |
| | | **TOTALS:** | 2.20 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 42892 | Mickelsen, Jessica M. | 0.40 | 575.00 | $230.00 |
| 41578 | Siddiqui, Peter A. | 1.60 | 630.00 | $1,008.00 |
| | **TOTAL:** | 2.20 | | $1,400.00 |

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 08 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (18) envelopes, Date sent: 10/01/14 | 33.38 |
| 09 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/02/14 | 19.99 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 10/1/2014; Tracking ID: 771353554604 | 20.79 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 10/1/2014; Tracking ID: 771353544544 | 12.64 |
| 13 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 136893596 DATE: 10/13/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Trans Canada Highway, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/2/2014; Tracking ID: 802579791186 | 30.03 |
| 21 Oct 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-SEP14; DATE: 10/15/2014 - Account No. KM3280-LAX-SEP14; Pacer Court Costs for September 2014; Los Angeles | 14.50 |
| 22 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (19) envelopes, Date sent: 10/17/14 | 66.88 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 10/17/2014; Tracking ID: 771542482838 | 12.64 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 10/17/2014; Tracking ID: 771542472263 | 20.79 |
| 28 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 137430209 DATE: 10/27/2014 From: Jessica Mickelsen To: Ciara Technologies, 9300 Trans Canada Hwy, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/17/2014; Tracking ID: 802579791315 | 30.03 |
| 29 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/02/14. Re: HashFast Technologies LLC, Notice, POS (PDF cc delivered to Judge Montali). | 25.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 252.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 145.20 |
| 30 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/29/14 | 19.99 |
| 31 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/09/14. HashFast Technologies LLC v Uniquify, Adv | 25.00 |

3

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 31 Oct 14 | Complaint, Adv Pro Cover (PDF cc delivered to Judge Montali). VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/10/14. HashFast Technologies LLC v Uniquify, x2 Cert of Service (PDF cc delivered to Judge Montali). | 25.00 |
| | **TOTAL:** | $753.86 |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $75.00 ✓ |
| Courier | $126.92 ✓ |
| Postage | $140.24 ✓ |
| Photocopy Costs | $397.20 ✓ |
| Court Costs | $14.50 ✓ |
| **TOTAL:** | $753.86 |

| | |
|---|---|
| **MATTER TOTAL:** | $2,153.86 |

4



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159118 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:**    $2,153.86

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |

**TOTAL OUTSTANDING BALANCE :**    $97,396.67

**TOTAL BALANCE DUE:**    $99,550.53

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-00008**



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136988
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: **PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through July 31, 2014 ................................................................ $441.00

CURRENT INVOICE TOTAL: $441.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Jun 14 | Siddiqui, Peter A. | Finalize Katten retention application and prepare same for filing and service | 0.50 |
| 03 Jul 14 | Siddiqui, Peter A. | Review Baker application (.1); correspondence with client and then with creditors' counsel re committee's desire to retain financial advisor (.1). | 0.20 |
| | | **TOTALS:** | **0.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **0.70** | | **$441.00** |

2



**Katten**

KattenMuchinRosenman LLP

1650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136988 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** _____ **$441.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136989
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)

For legal services rendered through July 31, 2014 ................................................................ $2,655.00

**CURRENT INVOICE TOTAL:** $2,655.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Jul 14 | Barbarosh, Craig A. | Review/analyze committee limited objection to KMR employment application. | 0.30 |
| 14 Jul 14 | Siddiqui, Peter A. | Conference with S. Barber re vacation issues and priority claim issues (.3); conference with S. Barber counsel re 341 meeting issues (.3). | 0.60 |
| 18 Jul 14 | Barbarosh, Craig A. | Review/analyze Kravitz employment letter | 0.10 |
| 29 Jul 14 | Siddiqui, Peter A. | Review employee agreements in connection with potential non-compete or enforcement actions available to estate (.5); conference with M. Hushen re same (.2); research issues re same (.4). | 1.10 |
| 30 Jul 14 | Siddiqui, Peter A. | Review resignation issues and confer with M. Hushen and S. Barber re same (.5); research implications of headcount issues, including budget and reporting issues (.5). | 1.00 |
| 31 Jul 14 | Siddiqui, Peter A. | Review status of employee resignations, including reviewing offer letters and employment agreements regarding competition (.8); conference with M. Hushen and S. Barber re same (.2). | 1.00 |
| | | TOTALS: | 4.10 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.40 | 810.00 | $324.00 |
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | TOTAL: | 4.10 | | $2,655.00 |

2



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136989 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00010 - EMPLOYEE MATTERS | | |

**Current Invoice Charges:** _____ **$2,655.00**

### Wire Instructions:
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

Case: 14-30725    Doc# 267-1    Filed: 12/31/14    Entered: 01/05/15 13:56:36    Page 41 of 100



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145194
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: <u>PROFESSIONAL RETENTION AND COMPENSATION MATTERS</u> (385402.00008)

For legal services rendered through August 31, 2014 ........................................................... $2,331.00

CURRENT INVOICE TOTAL:  $2,331.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 06 Aug 14 | Siddiqui, Peter A. | Draft and revise Province engagement letter (.5); correspondence with committee re same, including duties and compensation (.6); conference with J. Glosson and A. McDow re CRO issues (.3); update client re same and strategy going forward (.4) | 1.80 |
| 07 Aug 14 | Siddiqui, Peter A. | Review and revise engagement letter, including conference with P. Kravitz re same. | 0.50 |
| 08 Aug 14 | Siddiqui, Peter A. | Review and revise CRO engagement letter (.5); correspondence with P. Kravitz re same, including negotiating terms (.3); multiple calls with client re same (.6). | 1.40 |
| | | **TOTALS:** | 3.70 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | **TOTAL:** | 3.70 | | $2,331.00 |

2



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** 1301145194 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** 26 Sep 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | |

**Current Invoice Charges:** _____ **$2,331.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 | |

**TOTAL OUTSTANDING BALANCE :** _____ **$441.00**

**TOTAL BALANCE DUE:** _____ **$2,772.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159119
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: PROFESSIONAL RETENTION AND COMPENSATION MATTERS  (385402.00008)

For legal services rendered through October 31, 2014........................................................ $315.00

| | |
|---|---|
| CURRENT INVOICE TOTAL: | $315.00 |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... | $2,772.00 |
| TOTAL BALANCE DUE: | $3,087.00 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 28 Oct 14 | Siddiqui, Peter A. | Confer with UST re Province/Kravitz retention(.3); confer with patent counsel re retention and payment issues (.2). | 0.50 |
| | | **TOTALS:** | 0.50 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.50 | 630.00 | $315.00 |
| | **TOTAL:** | **0.50** | | $315.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159119 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00008 – PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:**     $315.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| 26 Sep 14 | 1301145194 | 00008 | 2,331.00 | 2,331.00 |

**TOTAL OUTSTANDING BALANCE :**     $2,772.00

**TOTAL BALANCE DUE:**     $3,087.00

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-00009



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150854
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)
For legal services rendered through September 30, 2014 ......................................................... $2,709.00

CURRENT INVOICE TOTAL: $2,709.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Sep 14 | Siddiqui, Peter A. | Conference with committee counsel re plan term sheet and structure. | 0.50 |
| 17 Sep 14 | Siddiqui, Peter A. | Draft plan term sheet. | 0.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Draft and revise plan term sheet (1.1); confer with E. Green re same (.4). | 1.50 |
| 19 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet (.4); confer with client re same (.1). | 0.50 |
| 22 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet to incorporate committee comments and recirculate to committee for comments. | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with A. McDow re status of plan issues and strategy going forward, including potential litigation steps (.5); revise term sheet for plan and disclosure statement (.5). | 1.00 |
| | | **TOTALS:** | 4.30 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.30 | 630.00 | $2,709.00 |
| | **TOTAL:** | 4.30 | | $2,709.00 |

2



**KattenMuchlnRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** 1301150854 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** 17 Oct 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | |

**Current Invoice Charges:** $2,709.00

**TOTAL BALANCE DUE:** $2,709.00

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159120
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT**  (385402.00009)

For legal services rendered through October 31, 2014 ............................................................     $378.00

CURRENT INVOICE TOTAL:     $378.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 27 Oct 14 | Siddiqui, Peter A. | Conference with committee counsel re plan issues and diligence re same (.3); confer with S. Barber re plan issues, effect of confirmed plan, and treatment of assets/liabilities in connection with same (.3). | 0.60 |
| | | **TOTALS:** | 0.60 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.60 | 630.00 | $378.00 |
| | **TOTAL:** | 0.60 | | $378.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159120 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date** | 18 Nov 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**                    $378.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $2,709.00 |

**TOTAL BALANCE DUE:**                    $3,087.00

### Wire Instructions:
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-000010



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145196
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)
For legal services rendered through August 31, 2014 ............................................... $3,132.00

**CURRENT INVOICE TOTAL:** $3,132.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Aug 14 | Barbarosh, Craig A. | Review/analyze draft engagement letter from CRO. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding negotiations for CRO retention. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Review revised draft of CRO (Kravitz) engagement letter. | 0.20 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with E. Green re Kravitz retention agreement and issues re same (.3); conference with P. Kravitz re retention and compensation issues (.3). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Finalize P. Kravitz engagement letter, including discussions with S. Barber, L. Green, and P. Kravitz. | 1.40 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize engagement letter with CRO, including multiple discussions with client, committee, and CRO. | 0.70 |
| 15 Aug 14 | Siddiqui, Peter A. | Research employment issues involving payroll matters, deferred compensation, requests for layoffs, and strategy going forward, including lengthy conference with S. Barber re same. | 1.50 |
| | | **TOTALS:** | **4.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 4.20 | 630.00 | $2,646.00 |
| | **TOTAL:** | **4.80** | | **$3,132.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145196 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00010 - EMPLOYEE MATTERS | | |

**Current Invoice Charges:** _____ **$3,132.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136989 | 00010 | 2,655.00 | 2,655.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | _____ **$2,655.00** |

**TOTAL BALANCE DUE:** _____ **$5,787.00**

### Wire Instructions:
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-000012**



**Katten**
KattenMuchlnRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136990
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: <u>NON-WORKING TRAVEL</u> (385402.00012)

For legal services rendered through July 31, 2014 .................................................................     $2,520.00

CURRENT INVOICE TOTAL:     $2,520.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Jun 14 | Siddiqui, Peter A. | Travel from Chicago to San Francisco. | 2.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Travel from San Francisco to Chicago. | 2.00 |
| | | TOTALS: | 4.00 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | TOTAL: | 4.00 | | $2,520.00 |

2



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136990 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:** _____ **$2,520.00**

### Wire Instructions:
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush  Street
Suite 650
San  Francisco, CA 94103

Invoice No. 1301145197
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: **NON-WORKING TRAVEL**  (385402.00012)

For legal services rendered through August 31, 2014 ...........................................................          $2,520.00

**CURRENT INVOICE TOTAL:**          $2,520.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Aug 14 | Siddiqui, Peter A. | Travel to and from Los Angeles for committee meeting. | 4.00 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | **TOTAL:** | **4.00** | | **$2,520.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145197 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:**     **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$2,520.00** |

**TOTAL BALANCE DUE:**     **$5,040.00**

### Wire Instructions:
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150855
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: <u>NON-WORKING TRAVEL</u> (385402.00012)

For legal services rendered through September 30, 2014 .......................................................    $2,520.00

|  |  |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$2,520.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ | $5,040.00 |
| **TOTAL BALANCE DUE:** | **$7,560.00** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Invoice No. 1301150855
Invoice Date: October 17, 2014

## PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Sep 14 | Siddiqui, Peter A. | Travel to San Francisco for motion to appoint trustee hearing. | 2.00 |
| 10 Sep 14 | Siddiqui, Peter A. | Travel to Chicago from San Francisco. | 2.00 |
| | | TOTALS: | 4.00 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|--|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | TOTAL: | 4.00 | | $2,520.00 |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301150855 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | | |

**Current Invoice Charges:**     **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |
| 26 Sep 14 | 1301145197 | 00012 | 2,520.00 | 2,520.00 |

**TOTAL OUTSTANDING BALANCE :**    **$5,040.00**

**TOTAL BALANCE DUE:**    **$7,560.00**

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

**CLIENT MATTER NO. 385402-000013**



**KattenMuchinRosenman LLP**

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136991
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS  (385402.00013)**

For legal services rendered through July 31, 2014 ................................................................... $16,008.50

Disbursements and other charges.................................................................................. $30.00

**CURRENT INVOICE TOTAL:** $16,038.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

of 100

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 17 Jun 14 | Siddiqui, Peter A. | Attend creditors committee formation meeting | 1.50 |
| 17 Jun 14 | Siddiqui, Peter A. | Plan and prepare for creditors meeting with discussions and review of documents with M. Hushen, T. Wong and S. Barber | 1.60 |
| 26 Jun 14 | Siddiqui, Peter A. | Prepare for hearing on first day motions and motion to amend stipulation, including potential witness preparation of M. Hushen | 1.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Plan and prepare for hearing on amending stipulation and first day motions | 0.80 |
| 27 Jun 14 | Siddiqui, Peter A. | Review objections filed by creditors committee to cash management, retention, and motion to amend stipulation | 0.90 |
| 27 Jun 14 | Siddiqui, Peter A. | Conferences with R. Gallo, A. McDow, and J. Glosson before the hearing to resolve certain objections | 0.50 |
| 27 Jun 14 | Siddiqui, Peter A. | Attend hearing | 1.10 |
| 27 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee and Committee counsel following hearing re status of open issues, including sale options and claim objection options | 0.40 |
| 27 Jun 14 | Siddiqui, Peter A. | Update client re conference with US Trustee and Committee counsel | 0.20 |
| 02 Jul 14 | Siddiqui, Peter A. | Attend hearing on motion for ordinary course sales (.5) and plan and prepare for same, including preparations with M. Hushen (.5). | 1.00 |
| 03 Jul 14 | Mickelsen, Jessica M. | Telephone conference with P. Siddiqui re issues and background concerning continued hearing on motion to amend stipulation to appear at the hearing on Monday, as well as case development matters related to sales and a plan (1); follow-up conference call with client and P. Siddiqui re occurrences during call with Creditors Committee concerning the motion in preparation for the hearing (.7); follow-up with P. Siddiqui to discuss additional hearing matters (.1); briefly outline matters discussed during calls today in preparation for hearing on Monday with further preparation remaining for Monday (.6). | 2.40 |
| 08 Jul 14 | Mickelsen, Jessica M. | Meeting with clients, Committee counsel, and Committee chair following the 341 Meeting to discuss and attempt to resolve issues concerning sale of inventory before the continued hearing on Friday. | 1.00 |
| 11 Jul 14 | Mickelsen, Jessica M. | Review Committee's proposed changes to the last circulated proposals concerning a stipulated order for sale of inventory (.2); review and respond to communications of clients re proposed changes, declaration showing depreciating value of inventory, and other related matters (.7); analyze documents that client sent on depreciating market place value to assist with declaration (.5); continue to draft and revise supplemental brief based upon additional proposals and comments circulated and emails concerning | 9.80 |

2

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | depreciation value in the market (1.7); communications with client re 2004 exam, IP issues, and liability issues (.3); revise declaration of client based upon communications with client concerning depreciation value in the market and circulate drafts to client to review and revise, including review of extensive email exchanges supporting details of the order (1.1); communications with committee counsel to try to resolve and isolate remaining issues before the continued hearing (.6); follow-up with client re issues for the hearing to confirm with client and gain further factual information needed (.3); appear at continued hearing on motion (1); communications with client following hearing re results (.2); attend to revisions to stipulated order to reflect hearing results and circulate to all parties (1.3); multiple further communications with committee counsel to work out remaining issues following the hearing (.9); attend to further revisions to stipulated order to address issues of client (.4); review revisions from Liquid Bits counsel and make corresponding changes (.2); further communications with committee counsel to try to resolve last issue and relay response to clients for further follow-up (.3); review email from Liquidbits' counsel re disputed provision, and in support of us, and respond accordingly (.1). | |
| 28 Jul 14 | Siddiqui, Peter A. | Attend status hearing on sale motion (.6); plan and prepare for same, including numerous conferences with client and counsel to committee and buyer (1.0). | 1.60 |
| 28 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re court's order on the sale hearing, which was transformed into a status conference, to prepare accordingly, and Eduardo's examination (.4); review client's summary of sale issues and communications with committee counsel in preparation for status conference (.2); briefly review committee's amended opposition, declaration and exhibits in support before status conference (.2); appear at status conference (formerly the sale hearing) with P. Siddiqui (1); communications with P. Siddiqui following the hearing re results and next steps (.1). | 1.90 |
| 28 Jul 14 | Barbarosh, Craig A. | Attend telephonic hearing on sale motion. | 0.80 |
| | | **TOTALS:** | **26.50** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.80 | 810.00 | $648.00 |

3

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 15.10 | 575.00 | $8,682.50 |
| 41578 | Siddiqui, Peter A. | 10.60 | 630.00 | $6,678.00 |
| | TOTAL: | 26.50 | | $16,008.50 |

4

## DISBURSEMENTS
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Description | Amount |
|------|-------------|--------|
| 13 Jun 14 | PAYEE: CourtCall, LLC; REQUEST#: 648231; DATE: 6/13/2014 - Telephone Court Appearance 5/28/14 - 14-30725 | 30.00 |
| | **TOTAL:** | **$30.00** |

## SUMMARY OF DISBURSEMENTS
### Matter 00013: HEARINGS AND COURT MATTERS

| | | |
|------|-------------|--------|
| Court Costs | | $30.00 |
| | **TOTAL:** | **$30.00** |
| | **MATTER TOTAL:** | **$16,038.50** |

5



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136991 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**          **$16,038.50**

### Wire Instructions:
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145198
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

Re: **HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through August 31, 2014 .......................................................... $630.00

**CURRENT INVOICE TOTAL:** $630.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Aug 14 | Siddiqui, Peter A. | Attend status hearing on CRO matters, sale matters, and trustee matters. | 0.70 |
| 13 Aug 14 | Siddiqui, Peter A. | Attend status hearing on stayed JAMS matter involving Cavion to update judge on bankruptcy status and need to close the arbitration proceeding. | 0.30 |
| | | **TOTALS:** | 1.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | 1.00 | | $630.00 |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | |
| **Client:** | 385402 - HashFast Technologies LLC | |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | |

**Invoice No.:** 1301145198
**Invoice Date:** 26 Sep 14

**Current Invoice Charges:** $630.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |

**TOTAL OUTSTANDING BALANCE :** $16,038.50

**TOTAL BALANCE DUE:** $16,668.50

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com


**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159121
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

Re: <u>HEARINGS AND COURT MATTERS</u> (385402.00013)
For legal services rendered through October 31, 2014............................................................ $1,764.00

CURRENT INVOICE TOTAL: | $1,764.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $16,668.50
TOTAL BALANCE DUE: $18,432.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 24 Oct 14 | Siddiqui, Peter A. | Attend status hearing, including update on sale, plan, and litigation matters (.8); plan and prepare for hearing (.3). | 1.10 |
| 30 Oct 14 | Siddiqui, Peter A. | Attend telephonic hearing on motion to approve auction and noticing procedures (1.0); plan and prepare for same, including further revisions to notice and discussions with committee counsel (.7). | 1.70 |
| | | TOTALS: | 2.80 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.80 | 630.00 | $1,764.00 |
| | TOTAL: | 2.80 | | $1,764.00 |

2



## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159121 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**  $1,764.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 |
| | | | TOTAL OUTSTANDING BALANCE : | $16,668.50 |

**TOTAL BALANCE DUE:**  $18,432.50

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-000014



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush  Street
Suite 650
San  Francisco, CA 94103

Invoice No. 1301136992
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

Re: <u>SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS</u> (385402.00014)

For legal services rendered through July 31, 2014 ................................................................... $34,304.00

**CURRENT INVOICE TOTAL:** $34,304.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Jun 14 | Siddiqui, Peter A. | Draft schedules and statements | 0.60 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re schedules and statements, including reviewing information and timing issues | 0.60 |
| 09 Jun 14 | Musser, Paul T. | Conference with M. Hushen and P. Siddiqui re schedules and statement of financial affairs | 0.50 |
| 11 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including question and answer prep | 0.40 |
| 11 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 0.60 |
| 13 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 1.00 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re drafts of schedules and statements | 0.10 |
| 16 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 0.50 |
| 16 Jun 14 | Siddiqui, Peter A. | Prepare for 341 and formation meeting in connection with same | 0.30 |
| 17 Jun 14 | Siddiqui, Peter A. | Review and revise schedules and statements for both debtors | 1.50 |
| 18 Jun 14 | Siddiqui, Peter A. | Review and revise schedules, statements, and UST IDI documentation | 0.80 |
| 18 Jun 14 | Siddiqui, Peter A. | Confer with M. Hushen re schedules, statements, and UST IDI documentation | 0.20 |
| 18 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of affairs for debtors. | 3.90 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 2.10 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise IDI questionnaire | 1.90 |
| 19 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of financial affairs for HashFast Technologies and HashFast. | 5.90 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize IDI questionnaire and compiling documents responsive to same | 2.30 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with UST analyst re same and follow up questions | 0.30 |
| 20 Jun 14 | Siddiqui, Peter A. | conferences with M. Hushen re IDI questionnaire, follow up questions, and schedules/SOFAs matters | 0.50 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize and revise schedules and SOFAs | 1.00 |
| 20 Jun 14 | Musser, Paul T. | Draft and revise schedules and statement of affairs for debtors HashFast LLC and HashFast Technologies. | 5.10 |
| 23 Jun 14 | Siddiqui, Peter A. | Finalize and file schedules | 2.90 |
| 23 Jun 14 | Siddiqui, Peter A. | Multiple calls with client to finalize schedules and confirm accuracy and completeness of same | 1.10 |
| 23 Jun 14 | Musser, Paul T. | Draft and revise schedules, statement of affairs and related documents for HashFast Technologies and HashFast. | 12.20 |
| 24 Jun 14 | Siddiqui, Peter A. | Review filed schedules and statements and confer with client re any necessary amendments | 0.30 |
| 24 Jun 14 | Siddiqui, Peter A. | Plan and prepare with client for Initial Debtor Interview and 341 meeting | 1.10 |
| 24 Jun 14 | Musser, Paul T. | Correspond with P. Siddiqui and Debtors re filing of schedules and SOFAs. | 0.20 |
| 26 Jun 14 | Siddiqui, Peter A. | Plan and prepare for Initial Debtor Interview with S. | 1.70 |

2

## PROFESSIONAL SERVICES

Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Jun 14 | Siddiqui, Peter A. | Barber and M. Hushen<br>Attend and participate in Initial Debtor Interview with UST analyst P. Martin | 1.70 |
| 30 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including addressing certain issues raised at IDI and by proposed committee counsel | 0.80 |
| 01 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including lengthy calls with M. Hushen and S. Barber (2.0); review issues and documents raised in connection with 341 meeting preparation, including potential need to amend schedules (.7). | 2.70 |
| 02 Jul 14 | Mickelsen, Jessica M. | Consider and outline items to consider to amend schedules based upon communications during the Section 341 prep (.3); discuss items with counsel who prepared the schedules to alert of possible amendments (.1); attend to final revisions to answers to questions for 341 Meeting based upon further follow-up of client (.1); draft email to counsel to delineate items for consideration in amending scheduling and to discuss handling at Section 341 meeting (.2); further analyze schedules and statement of financial affairs of both entities in preparation for 341 Meeting (.3). | 1.00 |
| 02 Jul 14 | Musser, Paul T. | Conference with J. Mickelsen re schedules in preparation for meeting of creditors. | 0.20 |
| 03 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including review potential amendments to schedules (.3); confer with M. Hushen re same (.2). | 0.50 |
| 03 Jul 14 | Mickelsen, Jessica M. | Conference call with P. Musser re schedules and any issues therefrom that may be raised in the 341 Meeting in preparation for that meeting (.6); outline issues to amend in schedules and draft email to P. Siddiqui to summarize issues for follow-up discussion (.2). | 0.80 |
| 03 Jul 14 | Musser, Paul T. | Conference with J. Mickelson re schedules and 341 meeting. | 0.70 |
| 09 Jul 14 | Siddiqui, Peter A. | Review status of 341 meeting, including follow up meetings and preparation re same (.5); review any potential needed amendments to schedules and statements (.5). | 1.00 |
| 09 Jul 14 | Musser, Paul T. | Revise amended schedules and SOFAs. | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Plan and prepare for continued 341 meeting, including conferences with M. Hushen and S. Barber (.6); conference with J. Glosson re same (.1); review status of limited amendments to schedules and statements (.4). | 1.10 |
| 14 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs. | 0.40 |
| 15 Jul 14 | Siddiqui, Peter A. | Review amended schedules and results of continued 341 meeting in connection with same (.3); confer with client re 341 meeting issues, including potential committee interference issues (.2). | 0.50 |

3

## PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.70 |
| 16 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.20 |
| 18 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs | 0.60 |
| | | TOTALS: | 63.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 1.80 | 575.00 | $1,035.00 |
| 43153 | Musser, Paul T. | 31.10 | 460.00 | $14,306.00 |
| 41578 | Siddiqui, Peter A. | 30.10 | 630.00 | $18,963.00 |
| | TOTAL: | 63.00 | | $34,304.00 |

4



# Katten
### KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145199
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

Re: <u>SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS</u> (385402.00014)

For legal services rendered through August 31, 2014 ............................................................ $4,561.00

**CURRENT INVOICE TOTAL:** $4,561.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs for debtor. | 0.80 |
| 12 Aug 14 | Siddiqui, Peter A. | Review and comment on amendments to schedules and statements. | 0.50 |
| 12 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 1.60 |
| 13 Aug 14 | Mickelsen, Jessica M. | Revise amended schedules and statement of financial affairs in HashFast Tech and HashFast LLC, and multiple communications with client on the same, before finalizing and sending to client for review and signature. | 3.40 |
| 13 Aug 14 | Musser, Paul T. | Revise debtors' schedules and statements of financial affairs. | 0.80 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize schedules and statements, including assisting in reconciling invoices and books are records with M. Hushen. | 1.00 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with J. Glosson re H. Hee and schedules (.1); follow up with R. Gallo re same and update of trustee re Elton Seah/Hamilton Hee relationship (.2). | 0.30 |
| | | **TOTALS:** | **8.40** |

### SUMMARY OF PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 3.40 | 575.00 | $1,955.00 |
| 43153 | Musser, Paul T. | 3.20 | 460.00 | $1,472.00 |
| 41578 | Siddiqui, Peter A. | 1.80 | 630.00 | $1,134.00 |
| | **TOTAL:** | **8.40** | | **$4,561.00** |

2



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145199 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00014 - SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS | | |

**Current Invoice Charges:** __$4,561.00__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136992 | 00014 | 34,304.00 | 34,304.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | __$34,304.00__ |

**TOTAL BALANCE DUE:** __$38,865.00__

**Wire Instructions:**
Reference: 385402.00014

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-000015



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136993
Client No. 385402
Matter No. 00015

FEIN: 36-2796532

Re: <u>AUTOMATIC STAY MATTERS</u> (385402.00015)

For legal services rendered through July 31, 2014 .................................................... $126.00

**CURRENT INVOICE TOTAL:** $126.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00015: AUTOMATIC STAY MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Jun 14 | Siddiqui, Peter A. | Review pending litigation and correspondence to plaintiffs re bankruptcy and recommendation of stay | 0.20 |
| | | **TOTALS:** | **0.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00015: AUTOMATIC STAY MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.20 | 630.00 | $126.00 |
| | **TOTAL:** | **0.20** | | **$126.00** |

2



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136993 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00015 - AUTOMATIC STAY MATTERS | | |

**Current Invoice Charges:**     **$126.00**

**Wire Instructions:**
Reference: 385402.00015

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

# CLIENT MATTER NO. 385402-000016



**Katten**
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145200
Client No. 385402
Matter No. 00016

FEIN: 36-2796532

Re: <u>INSURANCE MATTERS</u>  (385402.00016)
For legal services rendered through August 31, 2014 ........................................................... $630.00

**CURRENT INVOICE TOTAL:**  $630.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00016: INSURANCE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review status of insurance coverage, notifications of carriers, and potential claim issues. | 1.00 |
| | | TOTALS: | 1.00 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00016: INSURANCE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | TOTAL: | 1.00 | | $630.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145200 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00016 - INSURANCE MATTERS | | |

**Current Invoice Charges:**     $630.00

**TOTAL BALANCE DUE:**     $630.00

### Wire Instructions:

Reference: 385402.00016

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com

1  KATTEN MUCHIN ROSENMAN LLP
   Craig A. Barbarosh (SBN 160224)
2  craig.barbarosh@kattenlaw.com
   650 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7122
   Telephone: (714) 966-6822
4
   Jessica M. Mickelsen (SBN 277581)
5  jessica.mickelsen@kattenlaw.com
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4425
7  Facsimile: (310) 788-4471

8  Peter A. Siddiqui (*pro hac vice*)
   peter.siddiqui@kattenlaw.com
9  525 W. Monroe Street
   Chicago, IL 60661-3693
10 Telephone: (312) 902-5455
   Facsimile: (312) 902-1061
11
   Counsel for Debtor and Debtor-In-Possession
12 HashFast Technologies LLC and HashFast LLC

13              **UNITED STATES BANKRUPTCY COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16 | In re:                                    | ) | Lead Case No. 14-30725 |

17 | HASHFAST TECHNOLOGIES LLC, a              | ) | Jointly Administered and Substantively |
   | California limited liability company,     | ) | Consolidated with: |
18 |                                           | ) |
   |         Debtor and Debtor-In-Possession   | ) | Case No.  14-30866 |
19 |                                           | ) |
   |                                           | ) | Chapter 11 |
20 | _____  | ) |
   | ☒ Affects HASHFAST LLC, a Delaware        | ) | Hearing: |
21 | limited liability company,                | ) | Date:  December 19, 2014 |
   |                                           | ) | Time:  9:30 a.m. |
22 |         Debtor and Debtor-In-Possession   | ) | Ctrm:  Hon. Dennis Montali |
   |                                           | ) |          235 Pine Street, Courtroom 22 |
23 |                                           | ) |          San Francisco, CA 94104 |
   |                                           | ) |
24 |                                           | ) | **DECLARATION OF PETER SIDDIQUI IN** |
   |                                           | ) | **SUPPORT AMENDED FIRST INTERIM** |
25 |                                           | ) | **APPLICATION FOR COMPENSATION** |
   |                                           | ) | **AND REIMBURSEMENT OF EXPENSES** |
26 |                                           | ) | **OF COUNSEL TO THE DEBTOR AND** |
   |                                           | ) | **DEBTOR-IN-POSSESSION (KATTEN** |
27 |                                           | ) | **MUCHIN ROSENMAN LLP)** |
   |                                           | ) |
28       I, Peter A. Siddiqui, hereby declare under penalty of perjury:

───────────────────────────────────────────────

1                     DECLARATION OF PETER SIDDIQUI IN SUPPORT OF
                      AMENDED FIRST INTERIM APPLICATION FOR
                      COMPENSATION AND REIMBURSEMENT OF EXPENSES

1.      I am an attorney admitted to practice in the state of Illinois, admitted pro hac vice in the above-captioned matter, and an attorney in the firm of Katten Muchin Rosenman LLP ("Katten"), which serves as counsel to the above-captioned debtors (the "Debtors") in their chapter 11 cases.

2.      I have read the foregoing application of Katten for allowance of compensation and reimbursement of expenses (the "Application") and, based on my knowledge of Katten's timekeeping, billing, and other procedures, together with my personal involvement in this matter, believe the contents are true and correct, to the best of my knowledge and information.

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Application meet the requirements set forth the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules for the Northern District of California and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

4.      The compensation sought in the Application is the same as that customarily charged to non-bankruptcy clients of Katten.

5.      The expenses for which Katten seeks reimbursement in the Application are those customarily charged to non-bankruptcy clients of Katten or, as to photocopying and selected other charges, discounted from those customarily charged to Katten's clients. Legal research is conducted through Westlaw and charges incurred as a result of such legal research are passed through and billed on a per use basis to Katten's client for which the research was performed. Legal research charges are not part of Katten's overhead expenses and Katten does not recognize a profit from them.

6.      There is no agreement or understanding between Katten and any other person for a division of compensation as special counsel to the Debtors.

7.      No division prohibited by the Bankruptcy Code will be made by Katten.

1     8.      No agreement prohibited by Title 18, Section 155 has been made.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: December 31, 2014

/s/ *Peter A. Siddiqui*
Peter A. Siddiqui