Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:    amcdow@bakerlaw.com
    mdelaney@bakerlaw.com
    ffarivar@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Cases No. 14-30866 |
| Debtor and Debtor in Possession. | Chapter 11 |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | Hearing Date: |
| | Date:       January 23, 2015 |
| | Time:       1:30 p.m. |
| Debtor and Debtor in Possession. | Dept.:       Courtroom 22 |
| | 235 Pine St., 19th Fl. |
| | San Francisco, CA 94104 |
| | Judge:       Hon. Dennis Montali |

### AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP FOR THE PERIOD OF JUNE 25, 2014 THROUGH AND INCLUDING NOVEMBER 10, 2014

# TABLE OF CONTENTS

**Page(s)**

I. INTRODUCTION ............................................................................................... 5

    A. Prior Fee Applications .......................................................................... 6

    B. Request for Allowance of Fees and Reimbursement of Expenses ........................ 6

    C. Proper Notice ...................................................................................... 7

II. FACTUAL BACKGROUND ................................................................................ 7

    A. The Bankruptcy Case ........................................................................... 7

    B. Company History, Ownership and Operation ........................................... 11

        1. Intellectual Property ................................................................... 11

        2. Product Roll-out ........................................................................ 12

    C. Significant Events during the Bankruptcy Case ....................................... 13

        1. Employment of Professionals ...................................................... 13

        2. Other Significant Matters ........................................................... 14

    D. Debtors' Current Operation .................................................................. 14

    E. Status of Plan and Disclosure Statement ................................................ 15

III. DETAILED LISTING OF ALL TIME SPENT BY BAKER FOR WHICH COMPENSATION IS SOUGHT AND THE HOURLY RATES OF PROFESSIONALS ............................................................................................... 15

    A. Source and Amount of Cash Available to Pay Baker's Allowed Fees and Expenses ........................................................................................... 16

    B. Narrative Regarding Services Rendered in Benefit to the Estate ................. 16

        1. Administration (B100)/Case Administration (B110) .......................... 17

        2. Asset Analysis and Recovery (B120) ............................................. 18

        3. Asset Disposition (B130) ............................................................ 18

        4. Meeting and Communication with Creditors (B150) ......................... 19

        5. Fee-Employment Application (B160) ............................................. 20

        6. Avoidance Action Analysis (B180)/ .............................................. 21

        7. Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250) ................... 21

- i -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605643952.2

| | | | |
|---|---|---|---|
| | 8. | Claims and Plan (B300)/Claims Administration and Objections (B310) | 21 |
| | 9. | Plan and Disclosure Statement (B320) | 22 |
| | 10. | Bankruptcy Related Advice (B400) | 23 |
| | 12. | Settlement/Nonbinding Adr (L160) | 24 |
| | 14. | Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) | 26 |
| | 15. | Trial and Hearing Attendance (L450)/ Court Mandated Conference (L230) | 27 |
| C. | | Detailed Listing of Expenses by Category | 27 |
| D. | | Baker Faced Novel and Difficult Legal Questions Throughout the Covered Period. | 28 |
| E. | | Description of Professional Education and Experience | 28 |
| IV. | | COMPLIANCE WITH GUIDELINES | 28 |
| V. | | STANDARD OF LAW | 29 |
| VI. | | CONCLUSION | 31 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- ii -

AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP

605643952.2

# **TABLE OF AUTHORITIES**

**Page(s)**

CASES

In re Auto Parts Club, Inc.,
   224 B.R. 445 (Bankr. S.D. Cal. 1998) ..................................................................... 28

In re Baldwin-United Corp.,
   79 B.R. 321 (Bankr.S.D.Ohio 1987) ........................................................................ 28

Blum v. Stenson,
   465 U.S. 886 (1984) ................................................................................................. 28

Burgess v. Klenske (In re Manoa Finance Co., Inc.)
   853 F.2d 687 (9th Cir.1988) ..................................................................................... 28

City of Riverside v. Rivera,
   477 U.S. 561 (1986) (Rehnquist, J. dissenting) ....................................................... 28

First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In
   re Powerline Oil Co.),
   71 B.R. 767 (Bankr. 9th Cir. 1986) ............................................................... 4, 7, 28

Missouri v. Jenkins by Agyei,
   491 U.S. 274, 109 S. Ct. 2463 (1989) ...................................................................... 28

In re THC Financial Corp.,
   659 F.2d 951 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982) ............................ 27

STATUTES

11 U.S.C. § 101 .......................................................................................................... 7, 9, 28

11 U.S.C. § 105(a) ......................................................................................................... 8, 10

11 U.S.C. § 330 ............................................................................................................. 29, 30

11 U.S.C. § 363 ............................................................................................................... 8, 10

11 U.S.C. § 365 ...................................................................................................................... 8

11 U.S.C. § 1107 ................................................................................................................... 7

11 U.S.C. § 1108 ................................................................................................................... 7

RULES

Federal Rules of Bankruptcy Procedure 1015(b) ................................................................ 7

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605643952.2

AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP

Federal Rules of Bankruptcy Procedure 2004 ........................................................... *passim*

Federal Rules of Bankruptcy Procedure 6004 ........................................................... 8, 10

Federal Rules of Bankruptcy Procedure 6006 ........................................................... 8, 10

Federal Rules of Bankruptcy Procedure 9014 ........................................................... 8, 10

Federal Rules of Bankruptcy Procedure 9014-1 ......................................................... 6

Federal Rules of Bankruptcy Procedure 9019 ........................................................... 8, 10

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605643952.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

Baker & Hostetler LLP ("Baker" or the "Firm"), general bankruptcy counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of HashFast Technologies, LLC and Hashfast LLC (substantively consolidated so collectively, "Hashfast" and/or the "Debtors"), hereby submits its Amended First Interim Application for Approval of Compensation and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred during the pendency of this case, from June 25, 2014 through and including November 10, 2014 (the "Covered Period"). In support thereof, the Firm respectfully submits as follows:

## I.    INTRODUCTION

Since its appointment as the general bankruptcy counsel for the Committee on June 25, 2013, the Firm has worked diligently – both independently and with the Debtors – to identify a feasible exit strategy for the Debtors, which will maximize the return to the general unsecured creditors. In furtherance of this goal, the Firm successfully opposed the proposed sale of substantially all of the assets of the Debtors (which likely would have provided absolutely nothing to the general unsecured creditors despite stripping the Debtors of every asset of any value). The Firm also obtained substantive consolidation of the Debtors' bankruptcy cases (in order to prevent valuable intellectual property from being taken away from the creditors of the main case), successfully opposed the efforts of the office of the United States Trustee (the "OST") to convert the Bankruptcy Case and/or to appoint a trustee, ensured the replacement of the Debtors' management with responsible fiduciaries who have since worked diligently to maximize the value of what was left of the Debtors, and conducted extensive discovery of the Debtors' key principals and employees in order to try to identify additional sources of recovery for the Estate.

By way of background, at the outset of the Bankruptcy Cases, the Debtors were controlled by pre-petition management. While investigating the assets of the Estates, the Committee

- 5 -

605643952.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

discovered that the Debtors were engaged in questionable activities pre-petition, including accepting orders for products still in development and/or production and authorizing raises to executive level management and other key employees despite an inability to satisfy their obligations as they came due. After the commencement of the Bankruptcy Cases, the Debtors' "new" management also attempted to liquidate substantially all of the Debtors' assets on an expedited basis via a sale to Liquidbits, Inc. ("LB") (the "Liquidbits Sale"). As explained further below, presumably due in large part to the Committee's efforts, the Court rejected the Liquidbits Sale proposal. However, since then the Debtors and the Committee have worked diligently and collaboratively on bringing about a consensual resolution to this case.

To date, the Committee's efforts have largely involved assisting in the stabilization of the Debtors' business, addressing issues related to the procedural posture of the Debtors in the Bankruptcy Case, conducting discovery and fact investigation, assisting in the maintenance of effective operations, assisting in the generation of revenue for the benefit of the Estate by and through the sale of inventory and the Estate assets, and formulating a plan of reorganization that will maximize distribution to all creditors who hold allowed claims.

This is the Firm's first interim fee application for compensation of fees and reimbursement of expenses in the Bankruptcy Case. Baker respectfully requests that the Court direct the Debtors to pay Baker all allowed, unpaid fees and expenses incurred during the Covered Period, as such funds become available.

**A.  Prior Fee Applications**

This is the Firm's first interim fee application. The Firm has had no other prior fee applications.

**B.  Request for Allowance of Fees and Reimbursement of Expenses**

The Firm hereby seeks approval of the fees in the amount of $267,349.50 and expenses in the amount of $47,262.24, which total $314,611.74 due for the Covered Period.

Baker has not received a retainer on this matter. Pursuant to Local Bankruptcy Rule 9014-1, by this Application, Baker requests that this Court approve the foregoing fees and costs in the aggregate amount of $314,611.74 and authorize the Debtor to pay Baker said amounts as such

- 6 -

funds become available.

Baker expended a total of 638.70 hours of recorded time for services rendered during the Covered Period, at a blended rate of approximately $380.77 per hour. The Firm respectfully submits that its fees incurred in this case are reasonable, and accordingly, should be approved.

### C. Proper Notice

The Firm has served or shall timely serve a notice of this Application, on the Court, all creditors, the OST and all parties in interest in this Bankruptcy Case. The Firm will also timely provide a copy of the Application on the Committee in accordance with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California (the "Guidelines").

## II. FACTUAL BACKGROUND

### A. The Bankruptcy Case

1. On or about May 9, 2014, Koi Systems Ltd., UBE Enterprises, Timothy Lam, Edward Hammond, and Grant Pederson (collectively, the "Petitioning Creditors") commenced an involuntary bankruptcy under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") against HashFast Technologies, LLC ("HFT").

2. On June 3, 2014, HFT filed the *Debtors' Conditional Consent to an Order for Relief Regarding Involuntary Petition* and *Debtors' Motion to Convert to Chapter 11*.[1] On June 4, 2014, the Court entered an order converting the Bankruptcy Case to one under chapter 11 of the Bankruptcy Code.[2] Thereafter, HFT has acted as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. On June 6, 2014, HashFast, LLC ("HF," and collectively with HFT, the "Debtors") filed a voluntary petition under chapter 11 of the Bankruptcy Code.[3]

4. On or about June 6, 2014, HFT filed the *Debtors' Motion for an Order Pursuant*

---

[1] D.E. 35 and 36.
[2] All references herein to the Bankruptcy Code refer to 11 U.S.C. §§ 101 *et seq.*
[3] As further explained below, HFT is the wholly-owned subsidiary of HF. HFT was engaged in the business of manufacturing and selling special purpose computers and computer chips designed for the processing of Bitcoin transactional information or "Bitcoin mining." HF owns all intellectual property rights utilized by HFT in the course of its business.

- 7 -

AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP
605643952.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

*to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of Their Chapter 11 Cases*, seeking to administratively consolidate the HFT Bankruptcy and HF Bankruptcy. *See* HFT D.E. 48. On or about July 8, 2014, the Court entered an order in the HFT Bankruptcy consolidating the Bankruptcy Cases and naming the HFT Bankruptcy the lead bankruptcy case. *See* HFT D.E. 121.

5.     On or about June 23, 2014, the Office of the OSUT appointed the following creditors of HFT to serve on the Committee: Hamilton Hee, Sistemas Operativos Sanitarios Ca, Uniquify, Inc., Antony Vo, Koi Systems Ltd., Digimex Ltd., and Peter Morici.

6.     On June 25, 2014, the members of the Committee selected Baker to act as general bankruptcy counsel for the Committee, subject to Court approval. On July 3, 2014, the Committee filed its *Application to Employ Baker & Hostetler LLP as Bankruptcy Counsel* ["Employment Application", D.E. 114]. On July 24, 2014, the Court entered the order granting the Application [D.E. 153].

7.     On July 8, 2014, this Court granted the Debtors' motion to jointly administer the Debtors' bankruptcy cases.[4]

8.     On July 10, 2014, the Debtors applied to the Court to appoint Monica Hushen, the Debtors' Chief Financial Officer, as the designated individual with primary responsibility for the duties and obligations of the Debtors. (D.E. 122)

9.     On July 11, 2014, the Court entered an Order Appointing Monica Hushen as Debtors' Responsible Individual (D.E. 124).

10.     On July 18, 2014, the Debtors filed the first sale motion entitled *Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities, and (c) Granting Certain Related Relief* (the "First Sale

---

[4] D.E. 121.

- 8 -

Case: 14-30725     Doc# 268     Filed: 12/31/14     Entered: 01/05/15 14:03:35     Page 9 of
217

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Motion").[5]

11.     By and through the First Sale Motion, the Debtors sought to, among other things, sell most of HFT's inventory, assign to their business partner Liquidbits, Corp. ("LB") certain unspecified irrevocable and transferrable license(s) to LB, and grant LB a 33% interest in any recovery from any future avoidance actions or actions against insiders for damages.  In addition, the First Sale Motion provided that LB could return any and all assets to the Debtors if it later determined that it was no longer economical for it to retain them.  In other words, if LB and the Debtors' principals (the LB's employees) decide not to mine any more, say, in 18 months, LB could have simply surrendered the assets, which, if such assets really depreciates at a rate of 15% every 10-15 days, would have been worth less than 0.1% of its then value, discharged its liability and obligation to pay any portion of the "preferred" equity and keep the perpetual licenses for the intellectual property and its 33% interest in avoidance actions.

12.     On or about July 24, 2014, the Committee filed the *Opposition of the Official committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (1) Authorizing the Sale of Estate Property, (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (3) Authorizing the (a) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (b) Assumption of Certain Liabilities, and (c) Granting Certain Related Relief* (the "First Sale Opposition").[6]

13.     On or about July 26, 2014, the Court issued a tentative ruling denying the First Sale Motion.[7]  Although the Court treated the initial hearing as a status conference on the First Sale Motion, no further action was taken to seek Court approval of the proposed sale to LB.

14.     On or about July 23, 2014, the Committee filed the *Official Committee of Unsecured Creditors' Motion for Substantive Consolidation*, seeking to substantively consolidate the Bankruptcy Cases and their estates (collectively, the "Estates")[8] into a single estate (the

---

[5] D.E. 134.
[6] D.E. 156.
[7] Although entered on the docket in Case No. 14-30725, the tentative ruling was not assigned a docket entry number.
[8] The HFT Bankruptcy estate may be referred to herein as the "HFT Estate". The HF Bankruptcy estate may be referred to herein as the "HF Estate".

- 9 -
AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP

"Consolidation Motion").  *See* HFT Doc. 148.  The Committee also filed an application to have the Consolidation Motion heard on shortened time—specifically, on June 28, 2014, at 2:00 p.m. (the "Consolidation Motion OST Application")  *See* HFT Doc. 149.

15.  On or about August 8, 2014, the OST filed its motion to appoint a chapter 11 trustee or convert the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code (the "Motion to Convert").[9]

16.  On August 27, 2014, the Committee filed an opposition to the Motion to Convert. D.E. 189.

17.  On September 10, 2014, the Consolidation Motion and Motion to Convert came before the Court for hearing.  After considering the pleadings and the arguments presented, the Court denied the Motion to Convert[10] and granted the Consolidation Motion.[11]

18.  Following the denial of the First Sale Motion, the Committee and the Debtors commenced joint efforts to formulate a globally beneficial exit strategy for the Debtors.  Due to the resignation of several top officers and employees within the Debtors and the retention of certain estate assets off-shore by a Korean hardware manufacturer, the Debtors determined that the controlled liquidation of Debtors' assets served the best interests of the bankruptcy estates and creditors.

19.  After negotiation and collaboration with the Committee, on or about October 23, 2014, the Debtors filed the *Debtors' Motion Pursuant to 11 U.S.C. §§105(a) and 363 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Order (1) Authorizing the Jointly Conducted Auction of Estate Property by the Debtors and the Committee, and (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Encumbrances and Interests, with any Disputed Liens, Encumbrances, and Interests to Attach to the Sale Proceeds Pending Further Order of the Court* (the "Second Sale Motion").[12]

20.  On or about October 24, 2014, the Court held a hearing on the Second Sale Motion

---

[9] D.E. 168.
[10] D.E. 200.
[11] D.E. 202.
[12] D.E. 216.

- 10 -

AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP

605643952.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

during which it requested additional information relating to the proposed auction and bidding procedures relating thereto. The Court set the Second Sale Motion for hearing and instructed the Debtors to file a proposed notice for the auction sale that set forth the proposed auction procedure and expressly identified which items of estate property would be subject to the auction.

### B. Company History, Ownership and Operation

21. The Debtors were engaged in a single enterprise for the design, manufacture and sale of computer chips and systems utilized in Bitcoin mining. HF is the parent company of HFT and owner of 100% of the membership interest in HFT. *See* HFT Doc. 44. In turn, HF is owned by several individuals and entities in varying percentages, including, but not limited to, Eduardo de Castro (26.94%), Simon Barber (26.94%), Chad Spackman (11.97%), the Port Family Trust (11.97%), and the Wells Family Trust (11.97%).[13] *See* HF Doc. 5. In addition to being owners of HF, Eduardo de Castro and Simon Barber are executive or former executives of HFT—former CEO and CTO, respectively.

22. HF does not engage in any business independent of HFT. HF has no meaningful business operations, no employees,[14] the same officers as HFT,[15] and the same principal place of business as HFT. *See* HF Doc. 1, p. 1; Ex. B, 7:24-8:11. HF exists solely for the purpose of purportedly owning and developing certain intellectual property – identified on HF's schedules as two United States provisional patent applications and various "trade secrets, mask works related to chip design" (collectively, the "Intellectual Property") – solely for the benefit of HFT.

#### 1. Intellectual Property

23. The Intellectual Property purportedly held by HF is primarily related to the Golden Nonce chip. In or about June 2013, the Debtors began designing their first generation Golden Nonce ("GN1"), with the assistance of Sandgate and Uniquify, Inc. ("Uniquify"). HF claims to be the exclusive owner of the intellectual property relating to the GN1 (the "GN1 IP"). HF further claims to license (or have licensed) this intellectual property to HFT, although the Debtors

---

[13] Based on the testimony provided by HFT's CFO during the continued Meeting of Creditors held on July 15, 2014, it appears that the ownership interests of HF have been redistributed as Monica Hushen now holds a 3% interest and Tim Wong now holds a 1% interest in HF.

[14] *See* Ex. B, 53:20-23.

[15] *See* HF Doc. 17, p. 7; HFT Doc. 92, at p. 10.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 11 -

have yet to produce any licensing agreement memorializing this agreement.

24.    Following the development of the GN1, the Debtors worked with DXCorr Design ("DXC") to design and develop subsequent generations of the GN1—generations 1.5 ("GN1.5") and 2.0 ("GN2").  The ownership of the intellectual property related to the GN1.5 (the "GN1.5 IP") is uncertain.  The Debtors contend that they own the GN1.5 IP while simultaneously stating that the Debtors (or HF) received a license to use the GN1.5 IP from DXC.  These contentions are mutually exclusive unless the GN1.5 IP involves multiple rights or the GN1.5 is a derivative work and, although DXC owns the GN1.5 IP, the Debtors have blocking rights due to the GN1 IP.  The ambiguity is in part due to the fact that the contract between DXC and HF or HFT (another point that is uncertain) appears to have never been executed.

25.    The ownership of the GN2 intellectual property (the "GN2 IP") is not plagued by the same ambiguities as the GN1.5 IP.  Indeed, as the Debtors' representative testified, the GN2 IP is owned by DXC.

26.    Notwithstanding the question of ownership, the Debtors contend that HF or HFT (another uncertainty) holds a valid license or licenses to use the GN1.5 IP and GN2 IP.

    2.    Product Roll-out

27.    In or about July 2013, HFT began advertising a special purpose computer system built around the GN1 for sale and started accepting orders for the "batch one" mining computers in early August 2013.  "Batch one" sales were quickly followed by batches two through four.  Despite taking orders with short delivery guarantees, the Debtors had yet to fully develop a system capable of mass production; indeed, chips for the systems were not available until in or about November 2013.

28.    The delays in production ultimately resulted in unhappy customers.  The Debtors have yet to satisfactorily describe what led to the delays and the failures to fulfill customer orders by the guaranteed delivery dates; however, they do contend that the issues causing the delivery difficulties have now been corrected.

29.    Notwithstanding the delivery issues, the Debtors earned approximately $18,000,000 in the last five to six months of 2013—in other words, annualized revenues in excess

- 12 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  of $36,000,000. The Debtors quickly spent these funds on chip design and six-figure salaries for

2  nearly every employee.

3        30.     Despite substantial investments in developing product and Intellectual Property,

4  the Debtors could not meet delivery deadlines, which led to refund demands in early 2014 and a

5  corresponding "pinch point" or financial distress. The inability to fulfill orders lead to the

6  commencement of a variety of litigation and, ultimately, the HF Bankruptcy.

7        31.     During the course of the Bankruptcy Cases, the Committee and HFT have entered

8  into consensual agreements to allow for the continued sale of the Debtors' inventory subject to

9  certain safeguards.

10  **C.**    **Significant Events during the Bankruptcy Case**

11        1.    <u>Employment of Professionals</u>

12        32.     On or about March 5, 2014, the Committee moved to employ the Firm as its

13  general bankruptcy counsel (the "Baker Application", D.E. 7114). The Court granted the Baker

14  Application by order entered on or about July 23, 2014 (the "Baker Employment Order"). <u>See</u>

15  D.E. 153. The Firm's employment is effective as of June 25, 2014 (the "Employment Date").

16        33.     The Debtors and the Committee engaged in substantial negotiations in an effort to

17  devise a mutually acceptable plan for the reorganization or controlled liquidation of the Debtors.

18  As part of these negotiations, the Debtors and the Committee agreed to the appointment of Peter

19  Kravitz ("Kravitz") as the Chief Restructuring Officer for the Debtors. At that time, the

20  Committee was seeking to employ Province, Inc. (of which Kravitz is a principal) as its financial

21  advisor.

22        34.     On or about July 18, 2014, the Committee filed an application to employ Province,

23  Inc. as Financial Advisor of the Committee (the "Province Application"). <u>See</u> D.E. 133. On or

24  about July 23, 2014, the Committee filed a supplemental declaration of Peter Kraviz in support of

25  the Province Application. D.E. 150.

26        35.     On or about August 19, 2014, the Debtors filed an application to employ Kravitz

27  as the Designated Responsible Individual for the Debtors ("CRO"). *See* D.E. 181. Therefore, on

28  August 20, 2014, the Committee withdrew Kravitz Application and on the same day the court

Case: 14-30725    Doc# 268    Filed: 12/31/14    Entered: 01/05/15 14:05:59    Page 14 of
217
605643952.2

1  entered an Order allowing the Debtors designate Kravitz as the CRO. D.E. 191.

2      36.    Prior to the involvement of the CRO, the Debtors and Committee entered into a

3  series of stipulations authorizing the sale(s) of certain inventory. *See* D.E. 132. Specifically, the

4  stipulations limited the Debtors to selling 3000 chips and 5000 chips' worth of wafers, and up to

5  $200,000 per month in non-chip/wafer inventory.

6      37.    Since the appointment of the CRO, the Debtors have marketed the Debtors' assets,

7  and have entered into agreements for the sale of more than $1,200,000 in inventory in an effort to

8  further the Debtors' reorganization. *See* D.E. 191.

9              2.    Other Significant Matters

10     38.    Since its appointment, the Committee has been in the process of gathering

11  information regarding the Debtors, and to date has conducted the examination of the following

12  individuals:

13              a.  *Monica Hushen,* the Debtors' Chief Financial Officer;

14              b.  *Eduardo De Castro,* the Debtors' co-founder;

15              c.  *Simon Barber,* the Debtors' Chief Technology Officer; and

16              d.  *Tim Wong,* the Debtors' Chief Marketing Officer.

17     39.    The Committee believes that further examination may be necessary to obtain a

18  comprehensive understanding of the Debtors' financial condition and operations.

19  **D.    Debtors' Current Operation**

20     40.    The Bankruptcy Case is proceeding on to an orderly liquidation. The Debtors have

21  ceased ordinary course operations and are engaged in the process of selling their assets in a value

22  maximizing manner being led by Kravitz.

23     41.    To this point, the Debtors have liquidated all of their inventory other than

24  approximately 15,000 ASIC chips. Those chips will be sold by the Debtors pursuant to a new

25  board design and build led by Guido Ochoa ("Ochoa"). Ochoa purchased substantially all of the

26  Debtors' remaining non-chip inventory.   He is also a substantial creditor and member of the

27  Committee.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725   Doc# 268   Filed: 12/31/14   Entered: 01/05/15 14:05:59   Page 15 of
217

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## E. Status of Plan and Disclosure Statement

42. Since the hearing on the Motion to Convert on September 10, 2014, the Debtors and the Committee have worked diligently and collaboratively on bringing about a consensual resolution to this case.

43. The Debtors and the Committee will file imminently a joint plan and supporting disclosure statement (likely before January 15, 2015). The Debtors and the Committee are completing the negotiation of a plan term sheet that lays out the contents of their joint plan. In broad strokes, the plan, if confirmed, will vest all of the assets of the Debtors, or proceeds of their assets, in a post confirmation trust. The post-confirmation trust will be empowered to liquidate any remaining assets, bring any necessary litigation claims, and reconcile the claims and administrative expenses filed and asserted against the Debtors. Ultimately, the Debtors and the Committee anticipate that the plan will receive the support of the Debtors' creditor body and will yield the highest possible return to creditors at this point.

## III. DETAILED LISTING OF ALL TIME SPENT BY BAKER FOR WHICH COMPENSATION IS SOUGHT AND THE HOURLY RATES OF PROFESSIONALS

Baker expended a total of 638.70 hours of recorded time for services rendered during the Covered Period, at a blended rate of approximately $419.20 per hour. Baker respectfully submits that its fees incurred in this case are reasonable. A true and correct copy of the billing report for the Covered Period detailing the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, as well as the total fees for services performed in this case during the Covered Period, are attached to the Declaration of Ashley M. McDow (the "McDow Declaration") as **Exhibit "A,"** and is incorporated herein by reference. Attached hereto as **Exhibit "B"** is a copy of the invoice during the Covered Period sorted by the date services were performed. Attached hereto as **Exhibit "C"** is a summary sheet for the invoice, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Covered Period.

- 15 -

605643952.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

A. **Source and Amount of Cash Available to Pay Baker's Allowed Fees and Expenses**

Baker is informed by the Debtors' counsel that as of December 23, 2014, the Debtors had $168,030.25 in cash on hand.

B. **Narrative Regarding Services Rendered in Benefit to the Estate**

As counsel to the Committee, Baker has performed literally hundreds of discrete services and tasks. Descriptions of each of these services and tasks are contained in Baker's detailed time records, which are attached as **Exhibit "A"** and incorporated herein by reference.[16]

As demonstrated by these records, it would be an extremely time-consuming task to describe in detail all of the services provided to the Committee by Baker during the Covered Period. What follows, therefore, is a summary of the more significant services rendered by Baker in each of the respective task code categories.

Baker categorizes all time entries for fees into a number of categories. For bankruptcy matters, Baker utilizes several categories, which for the Covered Period include: (1) Case Administration; (2) Asset Analysis and Recover; (3) Asset Disposition; (4) Relief from Stay – Adequate Protection Proceedings; (5) Meeting and Communication with Creditors; (6) Fee - Employment Application; (7) Avoidance Action Analysis; (8) Business Operation; (9) Financing – Cash Collections; (10) Claims Administration and Objections; (11) Plan and Disclosure Statement. Baker also utilizes a number of time entry categories for litigation-related services, which for the Covered Period include: (1) Researching Laws; (2) Analysis/Strategy; (3) Experts/Consultants; (4) Pleadings; (5) Written Discovery; (6) Other Discovery; (7) Written Motions and Submissions; and (8) Trial and Hearing Attendance. Inevitably, certain time entries do not fit neatly into any one category, while other time entries cross over into more than one category. Baker therefore does its best to place time entries into categories that accurately reflect the work performed. In no event were any time entries for a single task by one attorney duplicated.

---

[16] The expense report is included at the end of the invoice.

605643952.2

### 1.     Administration (B100)/Case Administration (B110)

The work performed under these categories includes, but is not limited to, review of the Debtors' bankruptcy schedules, communications with the Committee and the Debtors regarding the Administration of the Bankruptcy Case, issues in the Bankruptcy Case, and assessment of the Debtors' assets, liabilities, operation, and monthly operating reports. The work performed under these categories also include,

- Review and analysis of the Debtors' first day pleadings and schedules;
- Communications with the Debtors, the Committee, and the U.S. Trustee regarding the administration of the Estate, including but not limited to the substantive consolidation of the Debtors, 341(a) hearing, the Debtors' bankruptcy schedules, assets, liabilities, monthly operating reports, and first day motions;
- Communications with the Debtors, the Committee, and the U.S. Trustee regarding the Debtors' operation, management, and the Debtors' exit strategy;
- Review and Preparation of the Committee bylaws, Committee website, notices, and related correspondences;
- Communications with the Court and the U.S. Trustee regarding compliance issues;
- Review and analysis of the Debtors' financial condition including its income and expense, as well as communications with the Committee regarding the same and the status of the Bankruptcy Case;
- Review and analysis of entered orders and other docket entries in the Bankruptcy Case;
- Analysis of the prospects for resolution of the Bankruptcy Case;
- Communications with the Debtors and the Committee regarding the administration of the Estate, including but not limited to the evaluation of the Bankruptcy Case, the status of the Bankruptcy Case, and efforts to address issues and move the Bankruptcy Case forward;
- Prepare and draft status reports and attend status conferences; and
- Communications regarding the valuation of the Debtors' assets and numerous

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605643952.2

communications with potential purchasers regarding the sale of the Debtors' assets.

These categories also involve time spent communicating with the Court, the U.S. Trustee, and various other parties regarding general issues of the Bankruptcy Case and reviewing various correspondences received regarding the Bankruptcy Case.

The total time billed to Administration (Code B100) is 5.90 hours for a total of $2,023.50. The total time billed to Case Administration (Code B110) is 42.00 hours for a total of $19,765.00.

### 2. Asset Analysis and Recovery (B120)

The work performed under this category includes, but is not limited to,

- Analysis of the Debtors' assets;

- Review, analysis, and address various issues regarding the potential fraudulent transfer and avoidance actions; and

- Communications with the Debtors, Province, and the Committee regarding obtaining the turnover of the Debtors' assets.

The total time billed to Asset Analysis and Recovery (B120) is 10.50 hours for a total of $ 4,873.50 in fees.

### 3. Asset Disposition (B130)

The work performed under this category includes, but is not limited to,

- Analysis regarding the potential disposition of the Estate's assets;

- Communications with the Debtors, Province, the Committee, and potential purchasers of the Debtors' assets regarding the sale of the Debtors' assets;

- Communications with potential purchasers, including LB regarding the sale of the Debtors' assets;

- Review and analysis of several proposals/offers/counteroffers regarding the sale of the Debtors' assets;

- Communications and analysis regarding the list of the Debtors' assets, the valuation of the Debtors' assets, the liens, the potential purchaser (i.e., LB), and potential listing price for the Debtors' assets, including drafting and negotiating of

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

documents related thereto;

- Engage in protracted discussions with the Debtors, the Committee, the U.S. Trustee, and other creditors in an effort to reach a global resolution of all disputes and establish a mechanism for the sale of the Debtors' assets;

- Communications regarding the First Sale Motion, the Second Sale Motion, the Opposition to the First Sale Motion, Motion to Approve Notice of Sale, the auction procedures, and order and other related pleadings thereon;

- Review and analysis of the First Sale Motion, Second Sale Motion, Motion to Approve Notice of Sale, and the auction procedures;

- Analyze and develop strategy regarding the disposition of substantially all of the Debtors' assets, the Debtors Second Sale Motion, potential auction and bidding procedures; and

- Preparation of the Opposition to the First Sale Motion, Motion to Approve Notice of Sale, the auction procedures, and other pleadings related to the sale of the Debtors' assets.

The total time billed to Asset Disposition (B130) is 100.20 hours for a total of $ 39,577.50 in fees.

4.     Meeting and Communication with Creditors (B150)

This category includes preparation for and attending meetings with Committee members. Baker spent time in this category preparing for conference calls with the Committee and engaging in the conference calls. Furthermore, during the Covered Period, the Firm responded to various questions from creditors with questions and concerns about the bankruptcy process, the status of their claims, and treatment of their claims in a proposed plan of reorganization. This category also includes communicating with the Committee and the creditors regarding various matters in this Bankruptcy Case including but not limited to:

- Status of the Bankruptcy Case and various pleadings filed in the Bankruptcy Case;

- Status of the potential sale and sale of the Debtors' assets, offers, counteroffers, appraisal, and settlement discussions for the sale of the Debtors' assets;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Efforts to settle and attempt to resolve various claims and disputes with the Debtors and creditors of the Bankruptcy Case;

- Debtors' operation, management of the Debtors' employees, the appointment of the CRO, the sale of the Debtors' assets, and the Debtors' exit strategy;

- The retention of professionals and forensic accountants in the Bankruptcy Case; and

- Creditors' claims, fees and expenses.

The total time billed to Meeting and Communication with Creditors (Code B150) is 73.40 hours for a total of $33,942.00 in fees.

5.  **Fee-Employment Application (B160)**

The work performed under this category includes, but is not limited to, addressing issues regarding the Baker Application, this Application, Province Application, and related notices and orders.  The work performed under these categories further includes, but is not limited to,

- Reviewing and analyzing the issues regarding the Baker Application, this Application, Province Application, Kravitz Application, and EKMP Application.

- Reviewing and preparing the Kravitz Application, Baker Application, and Kravitz Application;

- Analyzing the issues and communications related to the Kravitz Application, including preparing declaration(s), supplemental declaration(s) in support;

- Analyzing and addressing the Committee's, the U.S. Trustee's, and the Debtors' concern regarding Baker Application, Province Application, and Kravitz Application; and

- Communicating with the Committee, the Debtors, and other professionals regarding various applications filed in the Bankruptcy Case.

The total time billed to Fee-Employment Application (Code B160) is 14.90 hours for a total of $5,850.00 in fees.   The actual time spent to prepare the Application will be further reflected and charged in a future fee application.  Although an invoice has yet to be issued, the Firm does not anticipate such amount to exceed 5% to 10% of the total amount of fees and costs

- 20 -

605643952.2

requests in the Application.

6. <u>Avoidance Action Analysis (B180)/</u>

The work performed under this category includes, but is not limited to, researching and analyzing issues relating to avoidance actions (the "Avoidance Action"), and communications regarding the same to allow the Committee to prosecute the Avoidance Actions.

The total time billed to Avoidance Action Analysis (Code B180) is 0.40 hours for a total of $200.00 in fees.

7. <u>Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250)</u>

The work performed under these categories includes, but is not limited to,

- Analyzing issues regarding the Debtors' budget and the Debtors' operation;
- Meeting with Debtors' principals regarding potential resolution of issues in the Bankruptcy Case;
- Developing strategy and providing instruction for dealing with proposed critical vendors;
- Communications with the Debtors and the Committee regarding the Debtors' business operation, management of the Debtors' employees, the appointment of the CRO, and the sale of the Debtors' assets; and
- Communications regarding the Debtors' executory contract and unexpired leases;

The total time billed to Assumption – Rejection of Lease and Contracts (Code B185) is 0.60 hours for a total of $240.00 in fees. The total time billed to Business Operation (Code B200) is 1.70 hours for a total of $520.00 in fees. The total time billed to Operation (Code B210) is 13.60 hours for a total of $6,265.50 in fees. The total time billed to Real Estate (Code B250) is 0.80 hours for a total of $412.00 in fees.

8. <u>Claims and Plan (B300)/Claims Administration and Objections (B310)</u>

These categories involve time spent analyzing various proofs of claims in the Bankruptcy Case and other issues relating to the proofs of claims. The Firm also spent numerous hours communicating with the Debtors, as well as various other creditors regarding treatment of their

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

claims, and further discussions with the Debtors and the Committee regarding options, rights and defenses thereto. The work performed under this category also includes, but is not limited to,

- Analyzing and addressing critical vendors' issues;
- Review and analysis of claims and preparation of summary detail for the claims filed;
- Efforts to settle and attempt to resolve various claims and disputes with the Debtors and creditors of the Bankruptcy Case;
- Efforts to settle and attempt to resolve various claims and disputes with the critical vendors and other creditors of the Bankruptcy Case; and
- Analyzing and addressing tax claims against the Estate.

The total time billed to Claims and Plan (Code B300) is 1.10 hours for a total of $494.00. The total time billed to Claims Administration and Objections (Code B310) is 34.10 hours for a total of $9,124.00.

9. <u>Plan and Disclosure Statement (B320)</u>

This category includes time spent communicating with the Debtors and formulating and assisting the Debtors with drafting a consensual Disclosure Statement and the Plan. In an effort to propose a consensual disclosure statement and a plan, the Firm has been devoting considerable time obtaining and incorporating material concessions and compromises from the Debtors, U.S. Trustee, the Committee, and other creditors. This category also involves time spent for,

- Analyzing various issues including the potential sale of the Debtors' assets and strategizing for filing the Disclosure Statement and the Plan;
- Analyzing confirmation issues and requirements;
- Discussing the terms of the Disclosure Statement and the Plan with the Committee, the Debtors, the U.S. Trustee, as well as a number of the other creditors in the Bankruptcy Case;
- Researching and analyzing issues regarding the Debtors' exit and reorganization strategies, including but not limited to the effect of the sale of the Debtors' assets, cram down, claim bifurcation, and lien stripping options; and

- 22 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Analyzing various issues and strategizing for filing the Disclosure Statement and Plan, including but not limited to feasibility, liquidation, liabilities of the Estate, secured claims against the Estate, the sale of the Debtors' assets, and the status of the sale efforts.

The Debtors and the Committee will file imminently a joint plan and supporting disclosure statement. In broad strokes, the plan will vest all of the assets of the Debtors, or proceedings of their assets, in a post confirmation trust.

The total time billed to Plan and Disclosure Statement (Code B320) is 67.50 hours for a total of $30,288.50.

### 10. Bankruptcy Related Advice (B400)

Time in this category included communications with the Committee and the Debtors regarding the Debtors' operation, the bankruptcy proceedings, the Debtors' exit strategy, and Debtors' sale of assets alternatives.

The total time Bankruptcy Related Advise (Code B400) is 5.50 hours for a total of $2,637.50.

### 11. Fact Gathering (C100)/Researching Laws (C200)/Fact Investigation/Development (L110)/ Analysis / Strategy (L120)/ Expert/Consultants (L130)

The work performed under the categories includes, but is not limited to,

- Review and analysis of the Debtors' schedules, assets, pleadings, and corporate records and advise the Committee of strategy to proceed in the Bankruptcy Case;
- Communicate with the Debtors regarding the Debtors' cash management system;
- Analyze issues regarding the Rule 2004 Examination of the Debtors' principals;
- Evaluate the Debtors' First Sale Motion and advise the Committee of the same;
- Analyze issues regarding the Consolidation Motion and advise the Committee regarding the same;
- Advise the Committee regarding various issues in the Bankruptcy Case, potential sale of the Debtors' assets, the Debtors' operation, and Debtors' exit strategy;

Case: 14-30725    Doc# 268    Filed: 12/31/14    Entered: 01/05/15 14:05:59    Page 24 of 217

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Research and develop strategy regarding the Consolidation Motion, the sale of the Debtors' substantial assets, the Motion to Convert, the Debtors' exit strategy, including preparing a joint Disclosure Statement and Plan with the Debtors;

- Analyze and develop strategy regarding the disposition of substantially all of the Debtors' assets, the Debtors Second Sale Motion, potential auction and bidding procedures;

- Review and analyze various issues regarding the potential fraudulent transfer and avoidance actions;

- Communications with Province regarding Province and/or Kravitz employment as a financial advisor for the Debtors' operation;  and

- Communications with the Debtors, U.S. Trustees, and other professionals related to the analyses and strategies in the Bankruptcy Case.

The total time billed to fact Gathering (C100) is 1.40 hours for a total of $322.00 in fees. The total time billed to Researching Laws (Code C200) is 0.80 hours for a total of $280.00.   The total time billed to Fact Investigation/Development (Code L110) is 0.60 hours for a total of $210.00.  The total time billed to Analysis/Strategy (Code L120) is 40.40 hours for a total of $17,060.00.  The total time billed to Experts/ Consultants (Code L130) is 7.70 hours for a total of $3,481.00.

### 12.   Settlement/Nonbinding Adr (L160)

This category includes preparation for and attending meetings with the Debtor and the Committee for potential sale and settlement discussions for the sale of the Debtors' assets. Furthermore, during the Covered Period.  This category also includes the Firm's efforts to settle and attempt to resolve various claims and disputes with the Debtors and creditors of the Bankruptcy Case.

The total time billed to Settlement/Nonbinding Adr (L160) is 19.50 hours for a total of $9,870.00.

- 24 -

605643952.2

13.    Written Discovery (L310)/Deposition (L330)/ Discovery Motions (L350)/
Other Discovery (L390)/Fact Witness (L410)

The work performed under these categories includes strategizing and preparing discovery pleadings, including preparation of Rule 2004 Motions, Stipulations, discovery requests ("Discovery Requests"), notices, orders, and miscellaneous related filings in the Bankruptcy Case.  More specifically, after review of the Debtors' schedules, operations, and affairs, the Committee conducted the examination of *Monica Hushen,* the Debtors' Chief Financial Officer, *Eduardo De Castro,* the Debtors' co-founder, *Simon Barber,* the Debtors' Chief Technology Officer, and *Tim Wong,* the Debtors' Chief Marketing Officer (collectively, the "Deposed Parties").

The work performed under these categories further includes, but is not limited to,

- Communicating with the Committee, the Debtors, the principal of the Debtors, various creditors, and professionals to develop strategies for the discovery;

- Preparing the Rule 2004 Motions, Stipulations, and orders thereon, and communicating with the Deposed Parties regarding the foregoing;

- Analyzing dates and deadlines and preparing subpoena for deposition of the Deposed Parties;

- Reviewing, preparing, and analyzing documents obtained from the Deposed parties and documents necessary for deposition of the Deposed Parties;

- Deposing the Deposed Parties and analyzing their deposition transcripts; and

- Communicating with the Debtors, the U.S. Trustee and Trustee and Kaplan's counsel regarding Kaplan's deposition.

The total time billed to Written Discovery is 3.0 hours for a total of $1,215.00.  The total time billed to Deposition (Code L330) is 4.40 hours for a total of $882.00 in fees.  The total time billed to Discovery Motions (Code L350) is 5.90 hours for a total of $1,960.00 in fees.  The total time billed to Other Discovery (Code L390) is 78.70 hours for a total of $32,401.00 in fees.  The total time billed to Fact Witness (Code L410) is 1.60 hours for a total of $824.00 in fees.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

14. Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250)

The work performed under these categories includes, but is not limited to preparing, drafting, reviewing, and/or analyzing miscellaneous pleadings filed in the Bankruptcy Case. The work performed under these category includes, but is not limited to,

- Reviewing and preparing the status report in the Bankruptcy Case;

- Analyzing issues and preparing the Consolidation Motion and the related pleadings;

- Analyzing issues and preparing various 2004 Motions/Stipulations and orders thereon and communicating with the Debtors and the Committee relating to the foregoing;

- Communicating with the Debtors and the Committee and internal conferences regarding the Consolidation Motion, the 2004 Motions, the Motion to Convert, First Sale Motion, First Sale Opposition, Second Sale Motion and the related pleadings, potential over bidder, bidding and auction procedures;

- Analyzing issues and preparing the 2004 Motions, Consolidation Motion, and the Second Sale Motion;

- Preparing the Committee's Opposition to First Sale Motion and Opposition to the Motion to Convert;

- Analyzing issues and drafting Opposition to Debtors' Motion to Retain Cash Management System; and

- Evaluating and responding to various pleadings filed by the Debtors and the U.S. Trustee in the Bankruptcy Case.

The total time billed to Pleadings (L210) is 5.70 hours for a total of $2,833.50. The total time billed to Dispositive Motions (L240) is 2.10 hours for a total of $999.00. The total time billed to Written Motions and Submissions (Code L430) is 35.90 hours for a total of $13,085.00 in fees. The total time billed to Other Written Motions and Submissions (Code L250) is 28.60 hours for a total of $11,071.50 in fees.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

15.   <u>Trial and Hearing Attendance (L450)/ Court Mandated Conference (L230)</u>

The work performed under this category includes, but is not limited to, preparation for, travel to and attendance at hearings and status conferences in the Bankruptcy Case.

The total time billed to Trial and Hearing Attendance (Code L450) is 28.30 hours for a total of $14,058.50.  The total time billed to Court Mandated Conference (L230) is 1.30 hours for a total of $669.50.

**C.    Detailed Listing of Expenses by Category**

A true and correct copy of a listing of all expenses incurred by Baker during the Covered Period is attached to the McDow Declaration as **Exhibit "A,"** and incorporated herein by this reference.[17]  These include expenses Baker incurred for photocopying, online research, delivery services and mailing, travel, court fees, trial transcripts, and services of other professionals such as county recorder clerks.

Baker generally handles regular and routine photocopying in-house for which Baker charges clients $0.10 per page.  While Baker believes that this is less than its actual expenses incurred with regard to the supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge required by the OST.  Whenever feasible, Baker sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, Baker charges clients the same amount that it pays the outside service.

All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and/or Westlaw) for which Baker requests reimbursement are the actual expenses or less than the actual expenses incurred by Baker for such services to comply with the standards set forth by the OST.  All expenses that Bake advanced on behalf of the Committee were necessarily incurred and are properly charged as administrative expenses of the Estate.  Baker does not seek any additional amounts or profits with respect thereto.

---

[17] The expense report is included at the end of each invoice.

605643952.2

**D. Baker Faced Novel and Difficult Legal Questions Throughout the Covered Period.**

Due to the complex nature of the Debtors' case, it has been necessary for Baker to evaluate and respond to unique and complex factual and legal issues and skillfully respond in a prompt fashion. There can be no question that Baker faced novel and difficult legal issues in this case and demonstrated significant sill in advising the Committee.

**E. Description of Professional Education and Experience**

Baker is comprised, in part, of attorneys who specialize and practice in (among other areas) bankruptcy law, corporate and securities law, tax law, and business litigation, and is well qualified to represent the Committee as a general bankruptcy counsel. A list of all the attorneys and paraprofessionals that rendered service in this case, along with the attorney's billing rate and the amount of time spent by the attorney during the Covered Period, is detailed in the attached invoice. Attached hereto as **Exhibit "C"** is a summary sheet for the invoice, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Covered Period.

**IV. COMPLIANCE WITH GUIDELINES**

The Firm has prepared the Application in compliance with all applicable guidelines. The compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California (the "Court Guidelines") and the Guidelines of the Office of the United States Trustee for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 ("OUST Guidelines"), except to the extent set forth in the Application. The Firm will also timely provide a copy of the Application on the Committee in accordance with the Court Guidelines No. 7, "Client Review of Billing Statement."

The Firm has not entered into any agreement, written or oral, express or implied, with any other party-in-interest or any attorney for any party-in-interest in the cases for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the Estate.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 28 -

The Firm has read the Application. To the best of the Firm's knowledge, information, and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Firm's clients.

## V. STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to § 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). To this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy cases should be comparable to what is charged in non-bankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of in a debtor's case and multiply such number by a reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S. Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

as well as its experience, skill, and reputation, varies extensively -- even within a law firm.  Accordingly, the hourly rates of lawyers in private practice also vary widely.  The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys."  Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)); see In re Auto Parts Club, Inc., 224 B.R. 445, 449 (Bankr. S.D. Cal. 1998).  Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation.  Blum v. Stenson, 465 U.S. at 895 n.11.

Professional services rendered by Baker have been itemized by professional, noting each professional's rate, number of hours and total compensation requested.  Each duty and task performed by Baker has been performed by the attorney most qualified to render such services at his or her hourly rate in the most efficient manner as required by the circumstances of these cases.

Baker respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this Bankruptcy Case.  Baker's hourly rates have been approved in numerous other cases similar to the case at bar.  The Committee selected Baker as its bankruptcy counsel because of the Committee's confidence in Baker's ability to successfully deal with the issues arising in this Bankruptcy Case.  Baker respectfully submits that based upon the factors considered pursuant to Bankruptcy Code section 330, the quality of the services provided and the results that have been achieved to date more than justify the allowance of the amounts requested.   Baker's fees and expenses are reasonable, and the services of Baker have resulted in significant benefit to the Committee.

///

///

///

///

- 30 -

## VI. CONCLUSION

**WHEREFORE**, Baker respectfully requests that this Court enter an order:

(1) Granting the Application in its entirety;

(2) Finding that the notice of the Application was proper;

(3) Approving, on an interim basis, fees in the amount of **$267,349.50** and expenses in the amount of **$47,262.24**, which totals **$314,611.74** for the Covered Period;

(4) Authorizing payment to Baker of the total amount of **$314,611.74** or such amount that the Estate allows; and

(5) Granting such further and additional relief as the Court deems just and proper.


Dated:    December 31, 2014                    Respectfully submitted,


                                               **BAKER & HOSTETLER LLP**


                                               By:    */s/ Ashley M. McDow*
                                                      Ashley M. McDow
                                                      Michael T. Delaney
                                                      Fahim Farivar

                                               Attorneys for OFFICIAL COMMITTEE
                                               OF UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 31 -

## **DECLARATION OF ASHLEY M. MCDOW**

I, Ashley M. McDow, do hereby declare as follows:

1.      I make this declaration in support of the Amended First Interim Application of Baker & Hostetler LLP for Approval of Compensation for the Period of June 25, 2014 through and including November 10, 2014 (the "Covered Period")(the "Application").  I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am counsel at the law firm of Baker & Hostetler LLP ("Baker"), general bankruptcy counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of HashFast Technologies, LLC ("Hashfast" and/or the "Debtor").

3.      I am the attorney primarily responsible for the representation of the Committee in the Bankruptcy Case, and am licensed to practice law in all relevant courts in the states of California and Washington.

4.      I have personally read and reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

5.      Baker has not been paid or promised any compensation from any other source for services rendered in connection with the Bankruptcy Case.

6.      Baker has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with the Bankruptcy Case.

7.      The Firm has not entered into any agreement, written or oral, express or implied, with any other party-in-interest or any attorney for any party-in-interest in the cases for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the Estate.

8.      No agreement prohibited by Title 18, § 155 has been made.

9.      No division prohibited by the Bankruptcy Code will be made by Baker.

10.     To the best of my knowledge, information and belief, the compensation and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California (the "Court Guidelines"), except to the extent set forth in the Application.

11.     Baker will also timely serve a copy of the Application on the Committee in accordance with the Court Guidelines, No. 7, "Client Review of Billing Statement."

12.     I am also familiar with the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expense Filed under 11 U.S.C. § 330 (the "OST Guidelines"). I believe that the Application fully complies with the OST Guidelines.

13.     The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Baker to non-bankruptcy clients of Baker and generally accepted by such clients.

14.     I also believe that Baker's rates reflect the market rates, which law firms of similar size and status charge clients for such services.

15.     The amounts requested in the Application are based upon and supported by the business records the Firm keeps in the ordinary course of business.

16.     As the supervising attorney in this Bankruptcy Case, I carefully reviewed each Firm's monthly bill and carefully evaluated each and every billing entry. I made downwards adjustments to the Firm's bills as I believed was appropriate in the exercise of my billing judgment.

17.     The Application requests a total of $267,349.50 and expenses in the amount of $47,262.24, which totals $314,611.74 due for the Covered Period.

18.     Baker generally handles regular and routine photocopying in-house for which Baker charges clients $0.10 per page.  While Baker believes that this is less than its actual expenses incurred with regard to the supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge required by the OST.  Whenever feasible, Baker sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, Baker charges clients the same amount that it pays the outside

Case: 14-30725    Doc# 268    Filed: 12/31/14    Entered: 01/05/15 14:05:59    Page 34 of 217

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

service.

19.     All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and/or Westlaw) for which Baker requests reimbursement are the actual expenses or less than the actual expenses incurred by Baker for such services, and Baker does not seek any additional amounts or profits with respect thereto.

20.     All expenses that Baker advanced on behalf of the Committee were necessary and are properly charged as administrative expenses of the estate.

21.     A true and correct copy of the invoice for the Covered Period detailing the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, as well as the total fees for services performed in this case during the Covered Period, are attached hereto as **Exhibit "A,"** and incorporated herein by reference.[18] Attached hereto as **Exhibit "B"** is a copy of the invoice for the Covered Period sorted by the date services were performed. These include expenses Baker incurred for photocopying, online research, delivery services, mailing, travel, court fees, trial transcripts, and services of other professionals such as county recorder clerks.

22.     Baker is comprised, in part, of attorneys who specialize and practice in (among other areas) bankruptcy law, corporate and securities law, tax law, and business litigation, and is well qualified to represent the Committee as bankruptcy counsel.  A list of all the attorneys and paraprofessionals that rendered service in this case, along with the attorney's billing rate and the amount of time spent by the attorney during the Covered Period, is detailed in the attached invoice.  Attached hereto as **Exhibit "C"** is a summary sheet for the invoice, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Covered Period.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

---

[18] The expense report is included at the end of each invoice.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

2    31st day of December 2014, at Los Angeles, California.

3

4    _____

5    Ashley M. McDow

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 35 -

AMENDED FIRST INTERIM FEE APPLICATION OF BAKER & HOSTETLER LLP

605643952.2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP FOR THE PERIOD OF JUNE 25, 2014 THROUGH AND INCLUDING NOVEMBER 10, 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 31, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 31, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Presiding Judge:
Judge Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 31, 2014 | Fahim Farivar | */s/ Fahim Farivar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Kristen A. Palumbo    kristen.palumbo@morganlewis.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

605643952.2

**EXHIBIT "A": Invoices by Task**

# BakerHostetler

| | |
|---|---|
| Invoice Date: | 12/29/14 |
| Invoice Number: | 50039516 |
| B&H File Number: | 05493/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**       **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

**BALANCE FOR THIS INVOICE DUE BY 01/28/15**       $       314,611.74

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50039516**

**Firm Contact Information**

Sandra Summerville-Powell
(310) 979-8470
ssummerville@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u> |
|---|---|
| **Reference Invoice No:**<br>**50039516** | **Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

**Regarding:**      **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

| | | |
|---|---|---:|
| **Fees** | **$** | **267,349.50** |

**Expenses and Other Charges**

| | |
|---|---:|
| Copier / Duplication (E101) | 213.10 |
| Court Costs (E112) | 132.00 |
| Telephone Charges (E105) | 93.95 |
| Meals while Traveling (E110) | 329.43 |
| Ground Transportation Out of Town (E110) | 168.00 |
| Messenger Service (E107) | 834.41 |
| Airfare/Trainfare (E110) | 5,675.87 |
| Handling / Processing Charges (E119) | 26,878.99 |
| Teleconference Charges (E105) | 97.00 |
| Transcripts (E116) | 7,874.70 |
| Teleconference (E105) | 445.87 |
| Lodging (E110) | 3,590.77 |
| Postage (E108) | 2.88 |
| Automated Research (E106) | 148.73 |
| Ground Transportation Local (E109) | 115.00 |
| Electronic Court Fees (E112) | 457.70 |
| UCC Search Charges (E106) | 125.00 |
| Local Mileage (E109) | 78.84 |

| | | |
|---|---|---:|
| **Total Expenses** | **$** | **47,262.24** |

| | | |
|---|---|---:|
| **BALANCE FOR THIS INVOICE DUE BY 01/28/15** | **$** | **314,611.74** |

# BakerHostetler

Invoice Date:     12/29/14
Invoice Number:     50039516
B&H File Number:   05493/093044/000001
Taxpayer ID Number:     34-0082025
Page 3

**Regarding:**     **Hashfast Committee Counsel**

**PREVIOUS BALANCE**          37,385.03

**TOTAL BALANCE DUE**          351,996.77

Committee of Unsecured Creditors of HashFast Technologies, L LC

| | |
|---|---|
| Invoice Date: | 12/29/14 |
| Invoice Number: | 50039516 |
| Matter Number: | 093044.000001 |
| | Page 4 |

**Regarding:**     **Hashfast Committee Counsel**

Matter Number:     093044.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Green Elizabeth A. | 100.00 | $ 515.00 | $ 51,500.00 |
| Swope Michael J. | 1.00 | 555.00 | 555.00 |
| Damji Lisa I | 2.20 | 510.00 | 1,122.00 |
| Parrish Jimmy D. | 28.10 | 430.00 | 12,083.00 |
| Payne Tiffany D. | 1.80 | 360.00 | 648.00 |
| Delaney Michael T. | 159.30 | 350.00 | 55,755.00 |
| Farivar, Fahim | 18.50 | 320.00 | 5,920.00 |
| Layden Andrew V. | 60.30 | 280.00 | 16,884.00 |
| Kepple Brandon E | 0.80 | 370.00 | 296.00 |
| McDow Ashley M. | 227.00 | 500.00 | 113,500.00 |
| Garner Harry | 4.50 | 350.00 | 1,575.00 |
| Beckmann Silvia Elena | 3.80 | 180.00 | 684.00 |
| Lane Deanna L | 31.40 | 230.00 | 7,222.00 |
| **Total** | **638.70** | | **$ 267,744.00** |

| Date | Name | Rate | Hours | Amount | Activity |
|---|---|---|---|---|---|
| 08/11/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 | |

Continue review of issues regarding proposed notice to creditors of Committee website and other information.

| Date | Name | Rate | Hours | Amount | Activity |
|---|---|---|---|---|---|
| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 | |

Review issues regarding CRO Engagement Letter and revise same.

| | | | | | |
|---|---|---|---|---|---|
| 08/13/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 | |

Review issues regarding adding additional content to Committee Website.

| | | | | | |
|---|---|---|---|---|---|
| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 | |

Telephone call with Peter Siddiqui regarding CRO letter.

| | | | | | |
|---|---|---|---|---|---|
| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 | |

Emails to Peter Siddiqui regarding Engagement Letter of CRO.

08/14/14   Green Elizabeth A.   515.00   0.70   360.50
Review issues regarding Engagement letter, revise same regarding CRO.

08/19/14   Layden Andrew V.   280.00   0.20   56.00
Finalize notice to unsecured creditors.

08/27/14   Layden Andrew V.   280.00   0.80   224.00
Review issues regarding committee's website and potential improvements to same.

10/14/14   Lane Deanna L   230.00   1.00   230.00
Continuation of the review of amended schedules for comparison with existing proof of claim register.

10/31/14   Lane Deanna L   230.00   0.50   115.00
Review of claims register for new and amended filed claims.

**Administration (B100)**   **5.90**   **2,023.50**

06/26/14   Delaney Michael T.   350.00   1.20   420.00
Prepare preliminary draft of committee bylaws.

06/26/14   McDow Ashley M.   500.00   0.50   250.00
Conference call with Julie Glosson regarding appointment as committee counsel, need for certain information from committee, and committee's approach for upcoming hearings.

06/30/14   McDow Ashley M.   500.00   1.20   600.00
Revise by-laws in accordance with input from various members of the committee (and/or their counsel), and correspondence to members of committee regarding same.

06/30/14   McDow Ashley M.   500.00   0.20   100.00
Correspondence to/from counsel for debtor and UST regarding proposed modifications to various orders.

07/02/14   Delaney Michael T.   350.00   0.20   70.00
Review correspondence regarding proposed revisions to committee bylaws.

07/02/14   Layden Andrew V.   280.00   0.90   252.00
Review pleadings, status of case, and information necessary to setup unsecured creditors' committee website.

07/02/14   McDow Ashley M.   500.00   1.30   650.00
Prepare detailed summary of conference call with Debtors' counsel and Monica Hushen to be circulated amongst committee members.

07/02/14   McDow Ashley M.   500.00   0.50   250.00
Conference call with counsel for the Debtors and Monica Hushen regarding concerns of the committee with the budget proposed by the Debtors.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 6

07/03/14    McDow Ashley M.                    500.00        0.40        200.00

Review correspondence from Debtors' counsel regarding emergency request to sell chips and correspondence to/from committee regarding same.

07/04/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Debtors' counsel regarding outline of dual exit strategies and correspondence to/from committee regarding same.

07/06/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Peter Kravitz and Vincent Delaglio regarding content of website to be formed for benefit of all general unsecured creditors.

07/08/14    McDow Ashley M.                    500.00        1.10        550.00

Meeting with Simon Barber, Monica Hushen, Rob Edgeworth and Jessica Mickelson regarding potential resolution of various issues in case.

07/10/14    Green Elizabeth A.                 515.00        0.40        206.00

Review email from client and telephone call regarding bank account payment.

07/11/14    McDow Ashley M.                    500.00        0.10         50.00

Correspondence to/from Willem regarding appointment of alternative representative for Digimex.

07/11/14    McDow Ashley M.                    500.00        0.50        250.00

Correspondence to/from Jessica Mikelson regarding modifications to be made to amended stipulated order in light of various requests from parties and instructions from Court at hearing on same.

07/11/14    McDow Ashley M.                    500.00        0.30        150.00

Conference call with Jessica Mikelson regarding results of hearing and approach for stipulated order in light of same.

07/12/14    Delaney Michael T.                 350.00        1.90        665.00

Review and draft multiple responses to correspondence with Debtors' counsel regarding revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

07/12/14    McDow Ashley M.                    500.00        0.40        200.00

Correspondence to/from Jessica Mickelson regarding content of audio recording of hearing and implications of same on provisions of proposed stipulated order.

07/14/14    Delaney Michael T.                 350.00        0.30        105.00

Confer with Debtors' counsel regarding stipulated order regarding the continued operation of the companies.

07/14/14    McDow Ashley M.                    500.00        0.30        150.00

Conference call with Jessica Mikelson regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to committee regarding same.

07/14/14    McDow Ashley M.                   500.00      0.30        150.00
Conference call with and correspondence to/from Ori Katz, counsel for Simon Barber, regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to/from committee regarding same.

07/16/14    Delaney Michael T.                350.00      0.20         70.00
Draft correspondence to Debtors' counsel regarding executed confidentiality agreement.

07/16/14    McDow Ashley M.                   500.00      0.10         50.00
Conference call with Pete Morici regarding new information learned with respect to Monica Hushen.

07/18/14    McDow Ashley M.                   500.00      0.10         50.00
Correspondence to/from Ori Katz regarding call to discuss culpability of Simon Barber.

07/18/14    McDow Ashley M.                   500.00      0.20        100.00
Correspondence to/from Willem van Rooyen regarding designation of Ben Lindner as representative for DigiMex, and correspondence to/from Julie Glosson regarding same.

07/19/14    Green Elizabeth A.                515.00      0.20        103.00
Emails with Peter Siddiqui regarding substantive consolidation.

07/22/14    Green Elizabeth A.                515.00      0.30        154.50
Telephone call with Peter Siddiqui regarding consent to sub-consolidation motion.

07/27/14    Green Elizabeth A.                515.00      0.90        463.50
Review issues for Committee call regarding next steps.

07/27/14    Green Elizabeth A.                515.00      1.60        824.00
Telephone call with Committee regarding next steps.

07/28/14    Payne Tiffany D.                  360.00      0.20         72.00
Review judge's docket order; correspondence with L. Green regarding same.

07/29/14    Green Elizabeth A.                515.00      0.30        154.50
Telephone call with Pete Siddiqui regarding issues related to case.

07/29/14    McDow Ashley M.                   500.00      0.80        400.00
Review "emerging" proposal from Monica Hushen regarding authority to exceed scope of stipulated order and correspondence to/from Monica Hushen, committee and representatives of Province regarding same

07/29/14    McDow Ashley M.                   500.00      1.10        550.00
Conference call with Rob Edgeworth, Eduardo DeCastro, and Craig Stuppi regarding details of alternative exit strategy

07/29/14    McDow Ashley M.                   500.00      0.40        200.00
Conference call with Robert Edgeworth, chair of committee, regarding recent correspondence from Monica Hushen and appropriate response to same in light of posture of case

| 07/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Monica Hushen regarding rejection of committee to proposal to exceed authority under stipulated order

| 07/30/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Elizabeth Green regarding results of committee call and recent discussions with Debtors' counsel

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to meeting.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Monica Hushen, Peter Siddiqui and Willem von Roon regarding questions related to operations.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and analyze Monthly Operating Report for June, identify specific questions to be asked, and identify how to address irregularities in same.

| 08/01/14 | McDow Ashley M. | 500.00 | 2.50 | 1,250.00 |

Committee call regarding alternative plan(s) to be proposed to Debtors.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding recent developments in case.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro regarding developments with respect to various employees and affiliates of Debtors.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Compose and respond to emails from and to Pete Siddiqui regarding meeting agenda and documents.

| 08/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Eduardo DeCastro regarding most recent reports submitted.

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Attendance on call with Committee.

| 08/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Eduardo DeCastro regarding concerns relating to Sean Taffler.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Pete Saddiqui regarding status update to be provided to UST and Court, conference call with Pete Siddiqui and Julie Glosson regarding same, and telephone call to Court regarding setting special status conference.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Eduardo DeCastro and Rob Edgeworth regarding recent developments with respect to Sean Taffler.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Elizabeth Green and Andrew Layden regarding content and updating of website for creditor body.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Status Conference.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding manner in which to handle certain matters in "transition" period.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence from Peter Siddiqui regarding scope of CRO powers and correspondence to committee regarding same.

| 08/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from Province regarding launch of Committee website.

| 08/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz regarding status of CRO retention agreement.

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Attend telephonic hearing regarding status conference.

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone conference with Peter Siddiqui regarding issues related to reappointment of Trustee.

| 08/08/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Review issues regarding and draft proposed notice to creditors of website.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding website for all creditors.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review and revise Notice to Creditors.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Attend weekly committee call.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding Engagement Letter and concerns.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Committee call regarding retention of Peter Kravitz as CRO and business developments since same.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Hendrickson, creditor in case, regarding modification to be made to contact information.

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 08/22/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |

Finalize proof of service of notice to all unsecured creditors.

| 08/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review notice to creditors regarding status of case and case information.

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Further, telephone call with Peter Siddiqui regarding Trustee response.

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding Trustee response.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth, chair of committee, regarding how to proceed in light of absence of Hamilton Hee and appointment of Davide Cavion as alternate for Antony Vo.

| 08/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding issues related to Trustee hearing.

| 08/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ray Gallo regarding whereabouts of Hamilton Hee.

| 09/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Harry Garner regarding process to fill vacancy on committee in event of resignation or removal and correspondence to Rob Edgeworth regarding same.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Peter Kravitz, Victor Delaglio and Rob Harris regarding conference call to discuss release of inventory.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Julie Glosson and Rob Edgeworth regarding absence of Hamilton Hee and how to proceed in light of same.

| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding mailing addresses for equity interest holders in Hashfast LLC.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding questions posed to Debtors related to recently filed Monthly Operating Reports.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding Tim Wong.

| 09/09/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 11

| Date | Name | | | |
|---|---|---|---|---|
| 09/12/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding status of website and inquires to committee.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding contact information for Tim Wong.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review Monthly Operating Report for July and Declaration of Peter Kravitz accompanying same and identify irregularities contained in same to be addressed with Debtors.

| 09/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review and draft response to correspondence from debtors' counsel regarding contact information for Tim Wong.

| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding status of "offers" presented to committee for review.

| 09/17/14 | Damji Lisa I | 510.00 | 0.20 | 102.00 |
|---|---|---|---|---|

Conference with Ms. McDow regarding various aspects of case; attention to issues regarding Committee Chair R. Edgeworth's reimbursement for expenses; telephone conference with Mr. Edgeworth regarding same.

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Lisa Damji regarding status of various aspects of case.

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson regarding correspondence to Hamilton Hee with respect to fulfillment of his fiduciary duty.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson and Robert Edgeworth regarding most recent communications with Hamilton Hee.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding agenda for weekly committee call.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding potential effect of receiver appointed over Butterfly Labs on current case.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Ori Katz, Peter Siddiqui, and Jessica Mickelson regarding status of additional documents to be produced.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Notice of Change of Address for Debtors and correspondence to/from Peter Kravitz regarding same

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Amended Statement of Gallo LLP Under Rule 2019 and correspondence to Julie Glosson regarding same.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding recent correspondence relating to whereabouts of Hamilton Hee.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails with Peter Siddiqui regarding status issues.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review and revise status report.

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proposed Joint Status Report and correspondence to/from counsel for Debtors regarding same.

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Request for Special Notice to be filed in adversary proceeding against Uniquify and Signetics and approve same for filing.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings and correspondence to/from Liz Green in preparation for status conference.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding hearing.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding hearing and next steps.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Monthly Operating Reports for August and September and confer with Robert Edgeworth regarding content and implications of same.

| 11/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding Hashfast Technologies monthly operating reports and need to amend same to include accrued professional fees.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' September 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' August 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

**Case Administration (B110)**      **42.00**      **19,765.00**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 13

| 06/25/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
|---|---|---|---|---|

Review schedules and statement of financial affairs.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |
|---|---|---|---|---|

Conduct weekly committee conference call.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review proposal from Rob Harris, counsel for Uniquify, regarding sale of existing chips, and correspondence to chair of committee regarding same.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Ms. Green regarding launch of committee website and final content.

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Telephone call with Simon Barber, Victor Delgado and Mike Swope regarding patents.

| 08/22/14 | Swope Michael J. | 555.00 | 1.00 | 555.00 |
|---|---|---|---|---|

Consult with president of Hashfast regarding patent applications.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Rob Harris regarding compromise relating to release of chips.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, Victor Delaglio and Peter Siddiqui regarding approach for trustee hearing and status of motion for turnover relating to Uniquify and/or Signetics.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review turnover issues related to Uniquify.

| 09/11/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding plan and chips in Korea regarding turnover.

| 09/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Emails to Peter Siddiqui regarding issues related to turnover.

| 09/17/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Review turnover issues and analyze ability to obtain turnover.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding potential lawsuit against Uniquify.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.20 | 86.00 |
|---|---|---|---|---|

Talk with Mr. Siddiqui regarding D&O policy.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |
|---|---|---|---|---|

Review HashFast D&O policy.

| | | | | |
|---|---|---|---|---|
| 10/29/14 | Payne Tiffany D. | 360.00 | 0.30 | 108.00 |

Correspondence to E. Green detailing pertinent language from Scottsdale Insurance Company Policy relevant to claims brought by creditors' committees.

| | | | | |
|---|---|---|---|---|
| 10/29/14 | Payne Tiffany D. | 360.00 | 0.80 | 288.00 |

Analyze Scottsdale Insurance Company Policy.

| | | | | |
|---|---|---|---|---|
| **Asset Analysis And Recovery (B120)** | | | **10.50** | **4,873.50** |

| | | | | |
|---|---|---|---|---|
| 07/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review proposed term sheet from Liquidbits for emergency section 363 sale and confer with members of committee regarding same.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.40 | 490.00 |

Review materials regarding and attend telephonic meeting regarding proposed sale of Hashfast Technologies to Liquidbits Inc.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with representatives of Province regarding analysis of most recent term sheet by and between Liquidbits and Debtors and appropriate response of committee to same.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and representatives of Liquidbits relating to details of current proposal to purchase assets of Hashfast.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Ed Smith regarding terms of sale which require additional due diligence to move forward.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding proposed sale.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Analyze motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and attached documentation.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Attend meeting regarding the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed response thereto.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding expedited motion and sale.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Follow up telephone call with Peter Siddiqui regarding expedited motion and sale.

| | | | | |
|---|---|---|---|---|
| 07/18/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review term sheet for proposed Liquidbits transaction.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Michael Delaney and Rob Edgeworth regarding recent sale motion and approach of committee to opposition.

| 07/18/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |

Review and analyze Debtors' Motion to Sell Assets Free and Clear of Liens, and documents in support thereof, and provide detailed outline for opposition to same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Confer with Michael Delaney regarding content of opposition to Debtors' Motion to Sell Assets Free and Clear, including structure of same and additional legal research to be conducted with respect to same.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review revised Term Sheet from Liquidbits.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Ashley McDow regarding sale motion, expedited motions and shortening time.

| 07/20/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Review issues regarding Debtors' sale motion and motion to shorten time and assess basis for committee's objection to same.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Confer with Mr. Edgeworth regarding potential declarations in support of the opposition to the sale motion.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Draft argument outline for opposition to sale motion and evidence needed to support same.

| 07/21/14 | Garner Harry | 350.00 | 2.00 | 700.00 |

Assist with research and preparation of Committee opposition to sale motion.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sales process.

| 07/21/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Review Court's order granting Motion to Shorten Time; review issues regarding potential motion for reconsideration of order.

| 07/21/14 | Layden Andrew V. | 280.00 | 4.30 | 1,204.00 |

Continue reviewing basis for, draft and finalize Committee's objection to motion to shorten time on Debtors' Sale Motion.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft email to potential overbidder for the sale of the Debtors businessor their assets.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to sale motion and delivery of documents.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding objection to sale motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 5.40 | 1,890.00 |
|---|---|---|---|---|

Draft opposition to motion to sell substantially all of the Debtors' assets to Liquidbits.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Confer with Willem van Rooyen regarding declaration in support of opposition to the sale motion

| 07/23/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |
|---|---|---|---|---|

Review and analyze sale motion and supporting documents.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding affidavits in opposition of sale motion.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding DIP lending and asset information.

| 07/23/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |
|---|---|---|---|---|

Review issues regarding opposition to sale motion, and draft affidavit of Jody Bloodworth.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Research requirements for sale under 363(b) in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Review/revise declaration of Ashley McDow in support of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research standards regarding sales free and clear of liens under 363(f) in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Research regarding 363(m) good faith findings and the limitations placed thereon in preparation of opposition to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |
|---|---|---|---|---|

Research standards for assuming executory contracts in preparation of opposition to sale motion.

| 07/24/14 | Garner Harry | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Draft McDow declaration in support of committee's sale objection.

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review information from Debtors regarding call related to sale motion.

| 07/24/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui, Monica Hushen, Committee chair, and Ashley McDow regarding sale and alternatives.

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise affidavits for opposition to sale.

| 07/24/14 | Kepple Brandon E | 370.00 | 0.80 | 296.00 |

Telephone call with Mr. Layden to discuss the term sheet proposed by Liquidbits Corp; review the term sheet provided by Mr. Layden; meet with Mr. Layden to discuss the status of the case and letter of intent.

| 07/24/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Multiple telephone call with Mr. Van Rooyen and draft affidavit of Digimex in opposition to Debtors' Sale Motion.

| 07/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Multiple telephone calls with Mr. Shawn O'Connor in preparation of affidavit of Timefire in opposition to Debtors' Sale Motion.  Draft affidavit in support of opposition.

| 07/24/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Telephone call regarding and review expert analysis of Province Inc. in connection with opposition to Debtor's Sale Motion.

| 07/24/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft affidavit of Jody Bloodworth in opposition to Sale Motion.

| 07/24/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding potential purchasers and affidavits in opposition to Debtors' sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and analyze the declaration of Province in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review declaration of Digimex in support of opposition to sale motion and prepare same for filing.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare final version of opposition to sale motion for filing.

| 07/25/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sale hearing.

| 07/25/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Revise and finalize affidavit of Province Inc. in opposition to Debtors' Sale Motion.

| 07/25/14 | Layden Andrew V. | 280.00 | 1.80 | 504.00 |

Review issues regarding and draft affidavit of Province Inc. in opposition to Debtors' Sale Motion.

Committee of Unsecured Creditors of HashFast Technologies,
LLC

Invoice Date:        12/29/14
Invoice Number:    50039516
Matter Number:   093044.000001
Page 18

07/26/14    Layden Andrew V.        280.00      1.00      280.00
Review issues regarding revisions to and execution of affidavts of Province Inc., Digimex, Timefire and Bloodworth in opposition to Debtors' Sale Motion.

07/27/14    Green Elizabeth A.      515.00      0.40      206.00
Telephone call with Pete Siddiqui regarding court order related to sale.

07/27/14    McDow Ashley M.      500.00      1.60      800.00
Conference call with committee and Elizabeth Green regarding approach for hearing on Motion to Approve Sale of Assets and approach for case moving forward in light of tentative ruling from Court on same.

07/28/14    Garner Harry        350.00      0.60      210.00
Assist with finalizing declarations in support of sale objection; discuss same with Delaney.

07/28/14    Layden Andrew V.        280.00      0.70      196.00
Review Term Sheet filed by the Debtors' and note regarding propoed sale.

07/29/14    Green Elizabeth A.      515.00      0.40      206.00
Telephone call with Pete Siddiqui regarding proposals.

07/30/14    Delaney Michael T.      350.00      0.50      175.00
Review and analyze correspondence regarding proposed Liquidbits bulk sale and license agreement

07/30/14    Delaney Michael T.      350.00      1.30      455.00
Analyze potential options for competing plan and additional support for substantive consolidation motion

07/30/14    Delaney Michael T.      350.00      1.20      420.00
Prepare for and attend conference call with Committee regarding proposed Liquidbits bulk sale and license agreement and timing of the motion to appoint trustee

07/30/14    Green Elizabeth A.      515.00      0.40      206.00
Telephone call with Pete Siddiqui regarding meeting related to issues related to proposal.

07/30/14    Green Elizabeth A.      515.00      0.20      103.00
Telephone call with Pete Siddiqui, Monica and William regarding proposal.

07/31/14    Green Elizabeth A.      515.00      0.50      257.50
Provide comments to proposal.

07/31/14    McDow Ashley M.      500.00      0.20      100.00
Conference call with Ori Katz regarding recent information relating to potential "purchase" of next generation chip

08/01/14    Green Elizabeth A.      515.00      1.20      618.00
Review proposal of Committee regarding bitcoin sales.

08/17/14    McDow Ashley M.      500.00      0.40      200.00
Confer with Peter Kravitz, newly appointed CRO, regarding manner in which to proceed with wafer and chip sales in light of cash flow issues and potential alternatives to previous proposal.

08/19/14    McDow Ashley M.                500.00         0.10         50.00
Telephone calls to/from Peter Siddiqui regarding potential offer to be received from Liquidbits.

08/26/14    McDow Ashley M.                500.00         1.10         550.00
Weekly committee call regarding Liquidbits offer and status of business operations.

08/26/14    McDow Ashley M.                500.00         0.10         50.00
Correspondence to Ed Smith regarding status of committee's review of proposal of Liquidbits to purchase assets of Debtor(s).

08/27/14    McDow Ashley M.                500.00         0.10         50.00
Correspondence to Ed Smith, counsel for Liquidbits, regarding status of response of committee to most recent term sheet submitted.

08/28/14    McDow Ashley M.                500.00         0.30         150.00
Confer with Rob Edgeworth regarding topics discussed in committee call, including additional details regarding appropriate response to Liquidbits' "offer".

09/01/14    McDow Ashley M.                500.00         0.50         250.00
Conference call with Peter Kravitz, Rob Edgeworth and Peter Siddiqui regarding structure of proposed counter to Liquidbits and Shawn O'Connor.

09/02/14    Delaney Michael T.             350.00         0.30         105.00
Draft correspondence to Ms. McDow regarding the term sheet for Committee counter-proposal for asset sale.

09/02/14    Delaney Michael T.             350.00         2.00         700.00
Draft term sheet for Committee counter-proposal for asset sale.

09/02/14    Delaney Michael T.             350.00         0.30         105.00
Confer with Ms. McDow regarding term sheet for Committee counter-proposal for asset sale.

09/03/14    Delaney Michael T.             350.00         0.20         70.00
Confer with Mr. Edgeworth regarding Committee's term sheet for counter-proposal for the sale of debtors' assets.

09/03/14    Delaney Michael T.             350.00         1.30         455.00
Review and revise Committee's term sheet for counter-proposal for the sale of debtors' assets.

09/03/14    McDow Ashley M.                500.00         0.10         50.00
Correspondence to Ed Smith and Peter Siddiqui regarding status of response to term-sheet.

09/05/14    Delaney Michael T.             350.00         0.30         105.00
Draft correspondence to Debtors' counsel regarding the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

09/05/14    Delaney Michael T.             350.00         0.20         70.00
Finalize the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

| 09/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence regarding Committee approval of counter-proposal for the disposition of all or substantially all of the Debtors' assets.

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz regarding "counter" to Shawn O'Connor and correspondence to Shawn O'Connor regarding same.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem Van Rooyen and Rob Edgeworth regarding conference to discuss O'Connor proposal.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review term sheet presented by Time Fire in preparation for call with Shawn O'Connor, Willem Van Rooyen, and Rob Edgeworth and confer with Rob Edgeworth regarding same.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Willem Van Rooyen, Shawn O'Connor, and Robert Edgeworth regarding response of committee to proposal made by Time Fire to purchase all or substantially all of the assets of the Debtors.

| 10/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding status of sale and proposed sale motion.

| 10/06/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and revise Debtors' Motion for Entry of Order Authorizing Sale of Property and correspondence to Debtors' counsel regarding modifications that must likely be made to same in order to obtain approval of Committee

| 10/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding potential purchase of claims against Simon Barber.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding sale motion.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Peter Siddiqui, Victor Delaglio and Elizabeth Green regarding manner in which proposed sale should be structured, content of plan of reorganization, and potential sales on the horizon.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Complaint filed by Debtors against Uniquify and Signetics and assess potential impact of same on auction.

| 10/14/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review asset sale alternatives and term sheet.

| 10/15/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review issues regarding sale motion and status.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review timeline for sale.

| 10/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to sale motion.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Research regarding local rules governing sale and auction motions and procedures.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |
|---|---|---|---|---|

Continue reviewing and revising proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Review and revise Motion to Approve Sale of Assets Free and Clear, confer with Michael Delaney regarding same; and correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to same.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Telephone call with Pete Siddiqui and Ashley McDow regarding bid procedures.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review and revise bid procedures.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Elizabeth Green regarding modifications to be made to sale motion (with respect to the nature and extent of marketing efforts in particular).

| 10/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Review and revise the bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |
|---|---|---|---|---|

Begin drafting the motion to approve bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding preparation of motion to approve bidding procedure and notice of sale.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding bid notice.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Liz Green and confer with Michael Delaney regarding results of hearing and structure of "revised" motion to approve notice of sale and bidding procedures.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Continue drafting motion to approve notice of sale of certain assets at auction.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the motion to approve notice of sale of certain assets at auction and proposed auction procedures.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review revised Notice of Sale of Certain Assets at Auction and identify potential revisions to be made to same (particularly with respect to auction of avoidance actions).

| 10/28/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review revised auction sale notice in preparation of motion to approve auction notice and bidding procedures.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtor's counsel regarding the motion to approve auction notice and bidding procedures.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Finalize motion to approve auction notice and bidding procedures.

| 10/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone conference regarding notice of bid procedures with Peter Siddiqui and Ashley Mcdow.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures to confirm terms reflect those approved.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding structure of Notice of Sale of Certain Assets at Auction and motion to approve same in light of potential ordinary course sale in process.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Peter Siddiqui regarding auction of all claims and causes of action against Simon Barber and conference call with Robert Edgeworth, chair of the committee, regarding same.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and revise Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings, including various notice(s) and motion(s), in preparation for hearing on Motion to Approve Notice and to approve bidding procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata With Respect to Motion to Approve Notice of Sale of Certain Assets At Auction and Auction Procedures and Proposed Notice.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Finalize notice of sale and auction procedure to incorporate the Court's comments.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from opposing counsel regarding the notice of sale and auction procedure.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review order approving notice of sale and auction procedure and prepare same for filing.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui regarding modifications to be made to Notice of Sale of Assets.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review revised Notice of Sale of Certain Assets at Auction and correspondence to/from Peter Siddiqui regarding revisions to be made.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz, counsel for Simon Barber, regarding potential structure of bid from Simon Barber.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with and correspondence from Peter Siddiqui regarding location of auction to be held.

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Sididiqui and to/from Michael Delaney regarding status of order granting Motion to Approve Notice and to approve bidding procedures.

| 11/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from debtor's counsel and Ms. McDow regarding the order on the motion to approve auction procedures.

| **Asset Disposition (B130)** | | | **100.20** | **39,577.50** |

| 06/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Meeting with committee chair regarding the selection of Baker & Hostetler as counsel for the committee.

| 06/25/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Robert Edgeworth, chair of committee, regarding immediate steps to be taken moving forward

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward

| 06/26/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |

Conduct first meeting of creditors' committee.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with and correspondence to/from Elizabeth Green regarding results of hearing, and impact of same on strategy of committee moving forward.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Caroline Djang and representative of Digimex regarding discussions relating to validity of claim filed by Digimex and procedure relating to any potential objection(s) thereto.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jeff Golden, counsel for Koi Enterprises, regarding results of hearings and impact of same on various moving parts.

| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Draft detailed summary of results of hearing and correspondence to committee members related to same.

| 06/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with committee chair regarding agenda for weekly committee conference call.

| 06/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Prepare agenda for weekly committee conference call and circulate same to group.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for Antony Vo regarding attendance at committee meetings.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Rob Harris, counsel for Uniquify, regarding proposal for release of various orders.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ed Smith regarding proposed sale of chips and revisions to be made to sale proposal.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from chair of committee regarding changes to be made to proposed orders regarding joint administration, employment of Katten Muchin, and cash management.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Draft declaration of Ashley McDow in support of the application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glossen regarding status of employment application of committee to retain Baker Hostetler.

| 07/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Correspondence to/from Ray Gallo and committee regarding continued interference of non-committee members in committee business.

07/01/14   McDow Ashley M.        500.00     0.40     200.00

Conference call with Julie Glossen, Ankie To, and Rob Edgeworth regarding potential remedies for committee interference by member's lawyer.

07/01/14   McDow Ashley M.        500.00     0.40     200.00

Conference call with Julie Glosson and Ankie To regarding content and terms of cash management order proposed by debtors.

07/02/14   McDow Ashley M.        500.00     0.90     450.00

Correspondence to/from the committee regarding specific concerns with the budget proposed by the Debtors.

07/02/14   McDow Ashley M.        500.00     0.50     250.00

Correspondence to/from committee regarding distribution of price list provided by debtors (and associated "confidentiality" issues related thereto).

07/02/14   McDow Ashley M.        500.00     0.30     150.00

Conference call with chair of committee regarding circulation of and protocol relating to application to employ Baker Hostetler as counsel for the committee.

07/02/14   McDow Ashley M.        500.00     0.10     50.00

Conference call with Ed Smith regarding budget proposed by Debtors and approach of respective parties at upcoming hearing.

07/02/14   McDow Ashley M.        500.00     0.30     150.00

Conference call with Rob Harris regarding recent correspondence by and among committee and Ray Gallo.

07/02/14   McDow Ashley M.        500.00     0.10     50.00

Conference call with Julie Glosson regarding recent correspondence by and among committee members and Ray Gallo.

07/02/14   McDow Ashley M.        500.00     0.30     150.00

Conference calls with Rob Edgeworth, chair of committee, regarding results of hearing and strategy moving forward in light of same.

07/02/14   McDow Ashley M.        500.00     0.20     100.00

Conference call with Julie Glosson regarding results of hearing and intent of committee moving forward in light of same.

07/03/14   McDow Ashley M.        500.00     0.20     100.00

Review and evaluate proposed engagement letter by and between committee and Province.

07/03/14   McDow Ashley M.        500.00     0.80     400.00

Conference call with committee regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and appropriate response to be made to same.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and need for emergency committee hearing to address next course of action.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Jeff Golden regarding recent communications from Ray Gallo and impact of same on ability of committee to function appropriately.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Rob Edgeworth regarding potential removal of Hamilton Hee based upon recent disruptive behavior exhibited by Ray Gallo.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review correspondence from various committee members regarding concerns with proposed budget and price list and prepare list of same to discuss with counsel for the Debtors and Province.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with chair regarding feedback from committee call with respect to budget and price list in particular.

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with representatives of Province and chair of committee regarding due diligence request and potential issues with proposed budget.

| | | | | |
|---|---|---|---|---|
| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference call with Rob Edgeworth regarding recent information learned about Guido Ochoa and manner in which to approach same, particularly in light of current make use of committee.

| | | | | |
|---|---|---|---|---|
| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Steve Gubner counsel for Antony Vo, regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

| | | | | |
|---|---|---|---|---|
| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Jeff Golden counsel for Koi Systems regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

| | | | | |
|---|---|---|---|---|
| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding role of Province in committee meeting to discuss proposed sale terms.

| | | | | |
|---|---|---|---|---|
| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding need for emergency motion for appointment of Chapter 11 trustee, particularly in light of recent sale proposal from Debtors and Liquidbits.

| | | | | |
|---|---|---|---|---|
| 07/06/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |

Conference call with committee regarding motion to approve amendment to stipulated order and proposed modifications to be made to stipulated order.

| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding preparation for committee call.

| 07/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Steve Gubner, counsel for Antony Vo, regarding new developments with respect to particular members of committee.

| 07/07/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Confer with Jeff Golden counsel for Koi Systems, regarding results of continued hearing on motion to amend stipulation and recent discussions with counsel for Debtor regarding same.

| 07/07/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth, chair of committee, regarding preparation for 341(a) meeting of creditors of Debtors.

| 07/08/14 | McDow Ashley M. | 500.00 | 6.30 | 3,150.00 |
|---|---|---|---|---|

Attend 341(a) meeting of creditors.

| 07/08/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with committee regarding results of 341(a) meeting of creditors.

| 07/09/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from and conference calls with Pete Morici regarding discussions with Willem relating to potential mining alternatives.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference calls with Rob Edgeworth and Michael Delaney regarding terms of most recent negotiations with Debtors' counsel and responses of committee to be made to same.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from Ray Gallo regarding "resolution" of disputes between Liquidbits and Debtors and impropriety of direct communication with represented individual members.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth, chair for committee, regarding revisions to amended stipulated order requested by Liquidbits and approved by Debtors.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from and conference call with Rob Edgeworth, chair of committee, regarding modifications to be made to request(s) for production of documents in support of various motions for 2004 examination.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Correspondence to committee regarding results of hearing, audio of same, status of case, and upcoming motions to be filed.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Jeff Golden counsel for Koi, regarding results of continued hearing of motion to amend stipulated order.

07/12/14    McDow Ashley M.                    500.00        0.10         50.00
    Correspondence to Julie Glosson regarding audio recording of initial 341(a) meeting.

07/13/14    Delaney Michael T.                 350.00        0.30         105.00
    Draft correspondence to the Committee regarding proposed revisions to the proposed stipulated order
    approving the operation of Hashfast Technologies in accordance with the agreement to avoid the
    appointment of a trustee.

07/13/14    McDow Ashley M.                    500.00        0.20         100.00
    Correspondence to/from Willem van Rooyen regarding ability of committee to "negotiate" with Liquidbits.

07/13/14    McDow Ashley M.                    500.00        0.20         100.00
    Correspondence to/from Kevin Delport, unsecured creditor, regarding rights and remedies of general
    unsecured creditors in bankruptcy case.

07/13/14    McDow Ashley M.                    500.00        0.50         250.00
    Correspondence to/from Ray Gallo regarding confidentiality of committee information.

07/14/14    McDow Ashley M.                    500.00        0.50         250.00
    Conference calls with and correspondence to/from Rob Harris, counsel for Uniquify, regarding modifications
    to be made to Stipulated Order.

07/14/14    McDow Ashley M.                    500.00        1.10         550.00
    Conduct weekly committee conference call.

07/15/14    Delaney Michael T.                 350.00        0.30         105.00
    Review and draft response to correspondence from Mr. Gallo regarding the production/availability of non-
    confidential information for general unsecured creditors.

07/15/14    Green Elizabeth A.                 515.00        0.60         309.00
    Review issues regarding confidentiality agreement between debtor and committee.

07/15/14    Green Elizabeth A.                 515.00        0.20         103.00
    Telephone call with Peter Siddiqui regarding issues related to confidentiality agreement.

07/15/14    Layden Andrew V.                   280.00        0.40         112.00
    Review correspondence with Committee regarding upcoming Rule 2004 examinations and Liquidbits' offer
    term sheet.

07/15/14    Layden Andrew V.                   280.00        0.40         112.00
    Continue implementing website for general unsecured creditors.

07/15/14    McDow Ashley M.                    500.00        1.30         650.00
    Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of
    Debtor(s).

07/16/14    Delaney Michael T.                 350.00        0.30         105.00
    Confer with creditor Gary Milling regarding status of case and creation of creditor committee website.

07/16/14    McDow Ashley M.                500.00        0.20        100.00

Correspondence to/from Graeme Middleton, creditor, regarding various aspects of case and rights and remedies of creditors with respect to same.

07/16/14    McDow Ashley M.                500.00        1.20        600.00

Meeting with Rob Edgeworth, chair of committee, in preparation of 2004 examination of Monica Hushen.

07/18/14    Delaney Michael T.             350.00        0.40        140.00

Review and draft response to correspondence from Mr. Edgeworth regarding the status of the substantive consolidation motion.

07/18/14    Delaney Michael T.             350.00        1.30        455.00

Draft correspondence to the Committee analyzing the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed opposition to same.

07/18/14    McDow Ashley M.                500.00        0.20        100.00

Correspondence to/from members of the committee regarding the confidentiality agreement by and between the debtors and the committee.

07/19/14    McDow Ashley M.                500.00        0.50        250.00

Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss approach of committee to Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

07/20/14    Green Elizabeth A.             515.00        1.40        721.00

Telephone call with Committee regarding sale motion, objection and strategy.

07/21/14    Layden Andrew V.               280.00        3.10        868.00

Review transcripts of 341(a) meeting; docket for issues relating to substantive consolidations.

07/30/14    McDow Ashley M.                500.00        1.20        600.00

Conduct committee call regarding advancing hearing on motion to appoint trustee

07/31/14    McDow Ashley M.                500.00        0.30        150.00

Conference call with Ralph Crowder regarding claim in case and overall status of same.  Correspondence with Mr. Crowder regarding claim in case and overall status of same.

07/31/14    McDow Ashley M.                500.00        0.30        150.00

Conference call with Corey Weiss, creditor of Hashfast Technologies, regarding nature of claim and process in general.

08/01/14    McDow Ashley M.                500.00        0.50        250.00

Conference call with Shawn O'Conner regarding suggestions for alternative plan.

08/05/14    Green Elizabeth A.             515.00        1.20        618.00

Prepare for Committee meeting.

08/05/14    McDow Ashley M.                    500.00         0.70          350.00
Conference call with committee regarding results of settlement negotiations and steps moving forward in light of same.

08/07/14    Layden Andrew V.                   280.00         1.60          448.00
Draft report from Committee to creditors regarding status of case.

08/08/14    McDow Ashley M.                    500.00         0.30          150.00
Conference call with Rob Edgeworth and correspondence to/from Pete Morici regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

08/12/14    Delaney Michael T.                 350.00         0.60          210.00
Prepare for and attend creditor committee status conference call.

08/12/14    Layden Andrew V.                   280.00         1.00          280.00
Finalize proposed notice to unsecured creditor and draft correspondence to Ms. Green regarding same.

08/13/14    Green Elizabeth A.                 515.00         0.80          412.00
Review issues regarding notice to creditors and obligations of committee to all creditors for reporting purposes.

08/13/14    Layden Andrew V.                   280.00         0.70          196.00
Finalize notice to unsecured creditors.

08/19/14    McDow Ashley M.                    500.00         0.10           50.00
Correspondence to/from Robert Stehr, creditor, regarding status of bankruptcy case.

08/21/14    McDow Ashley M.                    500.00         0.20          100.00
Confer with Rob Edgeworth, chair of committee, regarding business operations update.

08/21/14    McDow Ashley M.                    500.00         0.20          100.00
Correspondence to/from Peter Morici regarding Hashfast D&O policy.

08/22/14    McDow Ashley M.                    500.00         0.20          100.00
Correspondence to/from Rob Edgeworth regarding involvement of Hamilton Hee within the committee and correspondence to Julie Glosson regarding same.

08/22/14    McDow Ashley M.                    500.00         0.30          150.00
Conference call with Sam Ha regarding status of case and correspondence to Sam Ha regarding Notice of Creditors.

08/22/14    McDow Ashley M.                    500.00         0.30          150.00
Conference call with Rob Harris regarding resolution with Uniquify to release inventory in order to fulfill orders.

08/25/14    Delaney Michael T.                 350.00         0.60          210.00
Review and draft response to correspondence from Regan Reckman regarding status of case and filing a proof of claim.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 31

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Michael Pryor, creditor of Hashfast, regarding claims process and disposition of estate assets.

| 08/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review and draft response from creditor regarding status of bankruptcy case.

| 09/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding details of proposed counter to Liquidbits and Shawn O'Connor.

| 09/02/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Weekly committee call to discuss, among other things, appropriate response to Liquidbits and Shawn O'Connor, approach for trustee motion and motion for substantive consolidation, and appointment of new member to committee.

| 09/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding modifications to be made to "counter" term sheet and confer with Michael Delaney regarding same.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding recap of 2004 examination, potential continuance of same, and production of documents.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding discussions with Ori Katz and potential impact of same on continued 2004 examination and potential global resolution.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Rob Harris regarding status of negotiations with Signetics.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to committee regarding results of hearing and 2004 examination of Simon Barber.

| 09/16/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Participate in Committee call.

| 09/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Weekly committee call.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Telephone call to Eric Christmas, general unsecured creditor, to discuss status of case.

| 09/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding status of business operations and position of committee with respect to manner in which to liquidate inventory.

| 09/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding need for conference call with CRO.

| 09/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding content of conference call with Victor Delaglio and committee response to same.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review correspondence from potential creditor Xiwen Wang and confer with Ms. McDow regarding the same.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review correspondence from Kang Lu regarding contact information and identify appropriate internal changes to be based thereon.

| 09/30/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
|---|---|---|---|---|

Weekly committee call.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding structure of vote to be proposed to committee members.

| 10/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding vote tally with respect to "final" disposition of estate assets.

| 10/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with creditor Frank Chapel regarding Hashfast bankruptcy and the filing of a proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding decision to pursue Uniquify.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Davide Cavion regarding transcripts of Eduardo DeCastro and Simon Barber.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Chad Eller regarding filing proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Jeff Golden, counsel for Koi Systems, regarding deadline (if any) for filing of administrative claim(s) in case.

| 10/07/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |
|---|---|---|---|---|

Review issues regarding question raised by unsecured creditor and respond to same.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Committee regarding recent production of documents by Debtors.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Committee regarding Simon Barber transcript.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Weekly committee call.

Committee of Unsecured Creditors of HashFast Technologies,
L L C

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 33

| 10/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Rob Harris regarding solicitations with respect to avoidance actions.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding agenda for weekly committee call.

| 10/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from potential unsecured creditors regarding status of the case and filing of proof of claims.

| 10/14/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Weekly committee status call.

| 10/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Confer with Mr. Layden regarding creditor inquiry about filing an untimely proof of claim and the proposed response to the same

| 10/15/14 | Layden Andrew V. | 280.00 | 0.60 | 168.00 |
|---|---|---|---|---|

Review issues regarding multiple creditor inquiries and respond to same.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding agenda for conference call with counsel for Tim Wong regarding 2004 examination

| 10/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding logistics relating to future weekly committee calls.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding suggestions for appropriate nature and extent of marketing efforts.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding results of hearing status conference.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Harris, counsel for Uniquify, regarding various matters, including but not limited to status of adversary proceeding against Uniquify and Signetics and current business operations of Debtors.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding agenda for bi-monthly committee call.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Weekly committee call.

| 11/04/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Matthew Richards regarding case status and filing a proof of claim and draft follow-up correspondence regarding the same.

| 11/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review creditor inquiry and draft correspondence to Mr. Layden regarding the same.

| **Meeting And Communication With Creditors (B150)** | | | **73.40** | **33,942.00** |
|---|---|---|---|---|

| 06/26/14 | Damji Lisa I | 510.00 | 1.20 | 612.00 |
|---|---|---|---|---|

Review conflicts reports in preparation of retention application to employ Baker Hostetler as committee counsel. Staff preparation of motions (L250).

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |
|---|---|---|---|---|

Review Katten Muchin employment application and draft opposition to same.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review amended application for employment of Katten Muchin and identify differences in same and original application.

| 06/27/14 | Damji Lisa I | 510.00 | 0.50 | 255.00 |
|---|---|---|---|---|

Continue review and analysis of conflict reports in preparation of retention application to employ Baker Hostetler as committee counsel.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review and revise proposed Order Approving Employment of Katten Muchin as General Bankruptcy Counsel.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered order for relief and confirm no interlineations made by court.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Review Statement of Qualifications for Province, conference call with committee chair regarding same, and correspondence to committee regarding "pitch" of same.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review local rules regarding the filing of employment applications.

| 07/01/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |
|---|---|---|---|---|

Draft application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Research rules governing the employment of creditors' committee counsel.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Review and revise Application of Creditors Committee to Employ Baker Hostetler as general counsel and Declaration of Ashley McDow in support thereof.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Amanda Derby of Province regarding Application for Employment of Province.

07/02/14   Delaney Michael T.     350.00    0.60    210.00

Review/revise application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/02/14   Delaney Michael T.     350.00    0.40    140.00

Review/revise declaration in support of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/02/14   Delaney Michael T.     350.00    0.20    70.00

Review results of conflicts check review in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/02/14   Delaney Michael T.     350.00    0.30    105.00

Review United States Trustee's guidelines for employment application in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/02/14   McDow Ashley M.     500.00    0.10    50.00

Correspondence to counsel for Debtors regarding approval of "final" proposed Order Approving Application of Debtors' to Employ Katten Muchin as General Bankruptcy Counsel.

07/02/14   McDow Ashley M.     500.00    0.30    150.00

Review final version of committee application to employ Baker Hostetler as committee counsel and confer with Michael Delaney regarding additional modifications to be made to same.

07/03/14   Delaney Michael T.     350.00    0.50    175.00

Prepare exhibits to application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/03/14   Delaney Michael T.     350.00    1.10    385.00

Finalize and prepare application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

07/03/14   Delaney Michael T.     350.00    0.10    35.00

Draft correspondence to the United States Trustee regarding the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/03/14   Delaney Michael T.     350.00    0.20    70.00

Confer with Ms. McDow regarding the exhibits for inclusion with the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/03/14   Delaney Michael T.     350.00    0.40    140.00

Review/revise proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee in light of order limiting service.

07/03/14   Delaney Michael T.     350.00    0.10    35.00

Review order limiting service in preparation of proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee.

07/03/14   Delaney Michael T.     350.00    0.20    70.00

Prepare proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

| 07/23/14 | Garner Harry | 350.00 | 0.80 | 280.00 |

Correspondence with Province regarding additional disclosure for retention application; finalize, file and direct service of same.

| 07/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Approving Official Committee of Unsecured Creditors' Application to Employ Baker Hostetler as General Bankruptcy Counsel and confirm no interlineations made by Court.

| 08/19/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and revise notice of withdrawal of Province employment application.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the preparation of an interim fee application for Baker & Hostetler LLP.

| 11/03/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research procedure for approval of interim fee applications in the Northern District Bankruptcy Court.

| 11/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Patricia Martin of UST regarding accrued professional expenses.

| 11/07/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Analyze dates and deadlines for filing a fee application; correspond with the Debtor's counsel regarding the same; Confer with Ashley M. McDow regarding date and time of filing of the Fee Application.

**Fee - Employment Application (B160)** | | | **14.90** | **5,850.00**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Victor Delaglio regarding particulars of potential avoidance actions.

**Avoidance Action Analysis (B180)** | | | **0.40** | **200.00**

| 08/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Notice of Assumption and Cure Amount With Respect to Executory Contracts or Unexpired Leases and assess need to object in light of denial/withdrawal of sale motion.

| 08/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Draft proposed correspondence to debtor's counsel regarding the notice of assumption of executory contracts and confer with Ms. McDow regarding the same.

**Assumption - Rejection Of Leases And Contracts (B185)** | | **0.60** | **240.00**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jessica Mikelson regarding scheduling, timing, nature and scope of various 2004 examinations.

| 07/12/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Research regarding potential motion for substantive consolidation of debtors' estates.

**Operations (B200)**      **1.70**      **520.00**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Jessica Mikelson regarding remaining terms of budget to be resolved, including comprises with respect to employee wages.

| 07/13/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| 07/22/14 | Delaney Michael T. | 350.00 | 2.20 | 770.00 |

Review and analyze proposed alternate reorganization from Eduardo de Castro regarding franchising the mining operations.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review potential retention agreement for Province (Kravitz) as CRO and correspondence regarding modifications to be made to same.

| 08/09/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Confer with Peter Kravitz regarding process relating to implementation of CRO.

| 08/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro and Rob Edgeworth regarding process relating to implementation of CRO.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues related to CRO retention in light of status conference.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Elizabeth Green regarding modifications to be made to retention agreement for CRO.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui and to/from Peter Kravitz regarding status of retention agreement for CRO.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and analyze amendments to Statement of Financial Affairs, Summary of Schedules, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims and evaluate impact of amendments and manner in which to address same.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Kravitz regarding status of business operations, including resignation of CEO and cancellation of orders, and plan moving forward in light of same.

08/17/14   McDow Ashley M.                    500.00        0.60        300.00
Conference call with Peter Siddiqui, counsel for Debtor, and Peter Kravitz, newly appointed CRO, regarding plan moving forward in light of current status of business operations.

08/18/14   McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Eduardo DeCastro regarding status of business operations and correspondence to Peter Kravitz and Victor Delaglio regarding same.

08/20/14   Damji Lisa I                       510.00        0.30        153.00
Strategize with Ms. McDow regarding business operations and 2004 examinations.

08/20/14   McDow Ashley M.                    500.00        0.20        100.00
Review Debtor's Application For Order Approving Peter Kravitz as the successor responsible individual and Debtor's Statement of Appointment of Peter Kravitz as the successor individual, with the cessation of Monica Hushen, and confirm nothing therein is inconsistent with retention agreement of Peter Kravitz as CRO.

08/20/14   McDow Ashley M.                    500.00        0.30        150.00
Confer with Lisa Damji regarding status of case, including 2004 examinations, and business operations.

08/21/14   McDow Ashley M.                    500.00        0.90        450.00
Conference call with Victor Delaglio regarding business operations since implementation of CRO, including recent sales of inventory, likely future sales, and need for alternate exit strategies.

08/21/14   McDow Ashley M.                    500.00        0.30        150.00
Conference call with Peter Kravitz, Victor Delaglio, and Peter Siddiqui regarding status of business operations since implementation of CRO.

08/21/14   McDow Ashley M.                    500.00        0.30        150.00
Review and analyze Supply Agreement and Addendum thereto for Ciara and correspondence to/from Victor Delaglio regarding same.

08/22/14   McDow Ashley M.                    500.00        0.40        200.00
Conference call with Julie Glosson regarding status of case, including business operations since CRO was appointed, position of committee with respect to motion of UST to appoint Chapter 11 trustee or convert, and Hamilton Hee.

08/26/14   McDow Ashley M.                    500.00        0.40        200.00
Conference call with Peter Kravitz, CRO, regarding status of business operations and plan moving forward, including potential additional sources of capital and settlement with Simon Barber.

09/16/14   Parrish Jimmy D.                   430.00        0.50        215.00
Review issues regarding Uniquify payment and delivery alternatives.

09/23/14   McDow Ashley M.                    500.00        1.00        500.00
Conference call with Victor Delaglio and Robert Edgeworth regarding status of business operations, including pending orders.

| 09/25/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Victor Delaglio regarding current status of business operations, most recent proposal to Liquidbits, status of avoidance actions, turnover action, pending orders for inventory, plan term sheet, and structure of potential auction.

**Business Operations (B210)**      **13.60**      **6,265.50**

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding hearing on substantive consolidation motion.

**Real Estate (B250)**      **0.80**      **412.00**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim for Yousesef Rassi-fenni, Stacey Robinson (Robinson SM Consulting), and Thadius Boron and documents in support thereof and identify nature of claims of particular creditors.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Proofs of Claim and documents in support thereof filed by Selim Soler and Jose Amguiano II and assess need to object to same based on timeliness and need to incorporate same into plan.

| 10/28/14 | Parrish Jimmy D. | 430.00 | 0.80 | 344.00 |

Review priority claim issues under 507(a)(7).

**Claims And Plan (B300)**      **1.10**      **494.00**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documents in support thereof filed by James F. Johnson III, Grant Pederson, Shi Lei, Jennifer Austin, Michael Shannon, Daniel Herbon, and Thomas Stiegler, assess impact of same on creditor pool, and evaluate need to object to same.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Proof of Claims filed by Fabio Miceli, Ilan Elfassy, John Turley, Andrew Bester, Suresh Chandra, Nir Nahum, Henzy Pazy, and documents in support thereof and assess impact of same on totality of unsecured creditor pool.

| 07/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and analyze proofs of claim filed by Nathan Ruble, Christian Golbs, Uwe Schaum, Mark Fiorentino, Paul Erickson, Christopher Fetterly, and Charie Shen, and various documentation in support thereof.

| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze proofs of claim for Terri Avery, Look Smart, Ltd., Tom Postma, PC Central, Bryce Thomas, Alan Vit, Jason Yi, Edward Mosley, Ray Calderon, Irwin Ahmad, Adrian Coroama, Patrick Sadowski, and Monsoon Company, Inc., and analyze various documents provided in support thereof, in order to identify varying types of transactions that form basis of claims.

08/06/14    McDow Ashley M.                    500.00        0.30        150.00

Review proofs of claim filed by Benjamin Beckwith, Daniel Casacci, Wolfgang Riedel, Fabio Miceli, Alexey Minchenkov, Maximin Parotte, Kevin Fu Hong Yee, Damon Jiang,Seth Duppstadt, Tony Hoang, Dominic Froud, Roland Payu Harris, Mark Pescatrice, Matrice Consulting LLC, Donald Weinberg, Craig LaShot, Ryan Stonn, Hot Sun, Anthony Lauck, Jeremy L. Johnson, Shaun Kelly, and Youssef Raiss-Elfenni and assess nature of claims and creditors, particularly in light of newly defined alternative exit strategy.

08/08/14    McDow Ashley M.                    500.00        0.30        150.00

Review proof of claim and documents in support thereof (including Order Confirmation Agreement and Memorandum of Understanding) filed by Liquidbits, identify bases upon which to object, and correspondence to/from Peter Siddiqui regarding same.

08/12/14    McDow Ashley M.                    500.00        0.20        100.00

Review proofs of claim filed by Eric Christmas, American Arbitration Association, Jiongye Li, Muhammad Zahid Faruqi, and Peter Smallwood and documents in support thereof and assess nature of claims of recent claimants.

08/15/14    McDow Ashley M.                    500.00        0.10        50.00

Review proof of claim and documents in support thereof filed by Franchise Tax Board and assess potential impact of same on ability to sell wafers and/or chips and/or procure DIP financing secured by same.

08/19/14    McDow Ashley M.                    500.00        0.10        50.00

Review proof of claim filed by Michael McGugan, Michael Desotell, and Nick Simmons and documents in support thereof and attempt to identify whether any creditors are potentially suitable for purchase of assets remaining in Hashfast.

08/20/14    McDow Ashley M.                    500.00        0.30        150.00

Review proofs of claim and agreements in support thereof in order to determine potential offsets against Liquidbits and viability of claim in light of revised offer to purchase assets.

08/20/14    McDow Ashley M.                    500.00        0.10        50.00

Correspondence to/from Julie Glosson regarding claim(s) of Hamilton Hee and Elton Seah.

08/25/14    Delaney Michael T.                 350.00        0.70        245.00

Review and draft response to correspondence from William Gouger regarding status of case and filing a proof of claim.

09/02/14    McDow Ashley M.                    500.00        0.20        100.00

Review proof of claim and documents in support thereof (email communication in particular) filed by Ralph Crowder, former employee and customer of Hashfast, assess need to conduct 2004 examination of Mr. Crowder based on content of same, and confer with Rob Edgeworth regarding same.

09/03/14    McDow Ashley M.                    500.00        0.30        150.00

Review proofs of claim and documents in support thereof filed by Drew Johnson, Myron Davis, Richard Chang, Stephen Bywater, Dylan Hall, Yichun Catherine Liu, Thomas Schortmann, Servas Tilkin, Kang Lu, Mr. Peter Symons. John Twohy, Hani Hajje, Jun Ding, Koi Systems, Ltd., Sinisa Devcic, Rafez Noorullah, James Ries, Brian Barbee, Lei Bao, Cort Wenzel, Amanda Van Nuys Consulting, Jason Larson and Carl Schultz in order to assess impact of same on proposal relating to sale.

09/15/14   McDow Ashley M.                          500.00        0.20        100.00
Conference call with David Matthews, creditor of estate, regarding submission of proof of claim.

09/18/14   Lane Deanna L                            230.00        3.50        805.00
Review of Hashfast, LLC docket sheet, schedules, and claims register; downloading 19 Proof of Claims (and attachments) and preparing a detailed claims analysis for Ms. Green.

09/19/14   Delaney Michael T.                       350.00        0.40        140.00
Confer with creditors regarding status of the case and filing proof of claim; draft correspondence to same.

09/19/14   Lane Deanna L                            230.00        2.80        644.00
Review of Hashfast Technologies, LLC docket sheet, schedules, and claims register; downloading Proof of Claims 1-30 (and attachments) and preparing a detailed claims analysis for Ms. Green.

09/23/14   McDow Ashley M.                          500.00        0.30        150.00
Review proofs of claim and documentation in support thereof filed by Nicolas Vincent Fusaro, Randall Elliot, Hans Hess Elevation Franchise Ventures, Acacia NPU dba Cater2.me, Jason Plowman, Ales Prikryl, Verne Paul Riley, Bernard Chenqxi Siew, Matthew Ford Silvia, Evan Lawrence Skreen, Aleksandar Slavkov, David Springer, Tanard Corporation (Kevin Michael Mahan), Samuel Koh Innerspin,, Jeanette Arna, Hong-Quan Yue, Kris Howery, Jun Ding, and M&K Truck Leasing, LLC and assess nature of claim and impact of one or more claims on plan term sheet and categorization of claims.

09/25/14   McDow Ashley M.                          500.00        0.30        150.00
Review proofs of claim and documents in support thereof filed by Nathen Lam, Jan Irvin, Hyptertechnologie Ciara Inc., Nik Arghavan, Trevor Michael Watson, Grigory Yampolskiv, Jeffrey Raymond Vongermeten, Robert Todd Worrall, James Thomas, Jess Williams, and Timothy Wong and identify nature of claims in order to assess manner in which same should be categorized in plan of reorganization.

09/26/14   Lane Deanna L                            230.00        2.90        667.00
Download Proof of Claims 31-75 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

09/26/14   McDow Ashley M.                          500.00        0.30        150.00
Review proofs of claim and documents in support thereof filed by David Matheu, Thanh Lanh Tran, Weng Kay Poon, Alessandro Bottai, Osric Proctor Jr., Jess Williams, Phat Tran, Ferdinand Nepomuceno, Christopher Goes, Garrett Griffin, Jason Thor Hall, I-P Mart Network USA, Ltd., James F. Johnson III, Marcus Killion, Law Yui Kwan, Dennis F. Lambert, Michael David Mantle, Matthew McCormick, Tim McGough, Peter Myers, and Phuc Nguyen and assess basis for claims for purposes of plan term sheet.

09/29/14   Lane Deanna L                            230.00        2.70        621.00
Download Proof of Claims 76-150 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

10/01/14   Lane Deanna L                            230.00        2.60        598.00
Downloading Proof of Claims 151-215 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:       12/29/14
Invoice Number:      50039516
Matter Number:    093044.000001
Page 42

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 10/02/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |

Downloading Proof of Claims 216-219 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green; comparison of amounts scheduled and amounts claimed for all unsecured claims to date

| 10/09/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |

Continuation of the preparation of an updated claims matrix and downloading new and recently amended claims.

| 10/13/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |

Extensive review and update of amended schedule information and amounts in order to update claims register.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Proofs of Claim and documents in support thereof filed by Frank Chappell and Regan Reckman and assess appropriate manner in which to incorporate same (and similarly situated claims) into plan of reorganization.

| 10/22/14 | Lane Deanna L | 230.00 | 4.50 | 1,035.00 |

Updating claims spreadsheet to add new and amended claims; revising spreadsheet to reflect all priority claims; preparing a notebook of all claims which indicate all or a portion of their claim as priority.

| 10/27/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding consumer buyers' entitlement to priority claim.

**Claims Administration And Objections (B310)**      **34.10**      **9,124.00**

| 07/29/14 | Green Elizabeth A. | 515.00 | 2.80 | 1,442.00 |

Review issues regarding plan and proposal for debtors.

| 07/31/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |

Review alternative plan proposed by Rob Edgeworth, identify potential hurdles to same, and confer with Rob Edgeworth regarding content of same.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Elizabeth Green regarding strategy for response to Monica Hushen and evaluation of various plans presented by committee members.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Eduardo DeCastro regarding alternative exit strategies.

| 08/01/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to plan.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Correspondence to Debtors' counsel regarding alternative plan proposal.

| | | | | |
|---|---|---|---|---|
| 08/05/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
| Meeting with debtor regarding potential committee or consensual plan. | | | | |
| 08/05/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
| Meeting with Ms. McDow and Mr. Edgeworth regarding proposed consensual plan. | | | | |
| 09/10/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
| Telephone call with Peter Siddiqui regarding plan of reorganization. | | | | |
| 09/11/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |
| Review Hashfast plan alternatives. | | | | |
| 09/15/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| Review issues for plan treatment. | | | | |
| 09/15/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |
| Review issues regarding Signetics and Uniquify as they pertain to the potential plan. | | | | |
| 09/15/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| Telephone call with Peter Siddiqui regarding issues related to plan and turnover from Signetics. | | | | |
| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
| Conference call with Elizabeth Green regarding content and structure of potential joint plan of reorganization with Debtors. | | | | |
| 09/15/14 | Parrish Jimmy D. | 430.00 | 2.80 | 1,204.00 |
| Review pleadings and case status for disclosure statement draft. | | | | |
| 09/16/14 | Parrish Jimmy D. | 430.00 | 2.30 | 989.00 |
| Review and outline disclosure statement background. | | | | |
| 09/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
| Analyze potential strategies for reorganization. | | | | |
| 09/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| Review issues regarding plan. | | | | |
| 09/18/14 | Parrish Jimmy D. | 430.00 | 3.10 | 1,333.00 |
| Review issues regarding plan structure and alternatives. | | | | |
| 09/18/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |
| Talk with Mr. Siddiqui regarding plan alternatives. | | | | |
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| Review trust issues and reorganization of debtor relationship for plan. | | | | |
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| Telephone call with Peter Siddiqui regarding plan issues. | | | | |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 44

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review and revise term sheet for plan. | | | |
| 09/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
| | Review and revise plan term sheet. | | | |
| 09/22/14 | Parrish Jimmy D. | 430.00 | 2.10 | 903.00 |
| | Review pleadings for disclosure statement preparation. | | | |
| 09/22/14 | Parrish Jimmy D. | 430.00 | 0.10 | 43.00 |
| | Talk with Mr. Siddiqui regarding plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Review plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
| | Draft correspondence to Peter Siddiqui, regarding plan term sheet. | | | |
| 09/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding plan term sheet. | | | |
| 09/23/14 | Parrish Jimmy D. | 430.00 | 3.20 | 1,376.00 |
| | Begin preparing disclosure statement. | | | |
| 09/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Confer with Ms. McDow regarding proposed chapter 11 plan term sheet. | | | |
| 09/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
| | Analyze proposed chapter 11 plan term sheet. | | | |
| 09/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding disclosure statement. | | | |
| 09/24/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Conference call with Peter Kravitz regarding status of plan term sheet. | | | |
| 09/25/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
| | Review proposed plan term sheet, identify modifications to be made to same, and confer with Rob Edgeworth and Peter Kravitz regarding same. | | | |
| 09/25/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Correspondence to/from Peter Kravitz and Peter Siddiqui regarding plan term sheet. | | | |
| 09/25/14 | Parrish Jimmy D. | 430.00 | 2.40 | 1,032.00 |
| | Continue drafting disclosure statement. | | | |
| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Draft correspondence to Ms. McDow and Ms. Green regarding the chapter 11 plan term sheet. | | | |

| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed revisions to chapter 11 plan term sheet.

| 09/29/14 | Delaney Michael T. | 350.00 | 1.70 | 595.00 |
|---|---|---|---|---|

Review and revise chapter 11 plan term sheet to incorporate additional revisions and terms.

| 09/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review and revise plan term sheet.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Jeff Golden, counsel for Rob Edgeworth, and Michael Delaney regarding plan term sheet (function of liquidating trust and role of liquidating trustee in particular).

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Michael Delaney regarding strategic modifications to be made to proposed term sheet for plan of reorganization.

| 09/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding status of proposed liquidation and overall reorganization strategy.

| 09/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review plan terms.

| 10/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding vote of committee with respect to orderly liquidation.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Draft correspondence to Ms. Green regarding the revised plan term sheet.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Finalize revised plan term sheet.

| 10/03/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Review issues regarding plan.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Make further revisions to revised plan term sheet.

| 10/06/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review and revise plan term sheet.

| 10/07/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Review issues regarding disclosure.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding plan term sheet and motion to sell.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding sale motion and plan.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding structure and content of plan of reorganization and timing for auction.

| 10/20/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |

Review issues regarding priority deposit claims under 507(a)(7).

| 10/21/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.

| 10/21/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review creditor trust and reorganized debtor structure alternatives.

| 10/22/14 | Parrish Jimmy D. | 430.00 | 2.70 | 1,161.00 |

Review and revise plan.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding structure of creditors trust for plan.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding plan and bid procedures.

| 10/23/14 | Parrish Jimmy D. | 430.00 | 0.70 | 301.00 |

Review claims register and schedules in connection with plan treatment and classes.

| 10/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Research regarding consumer buyers' entitlement to priority claim and draft email summarizing research to Mr. Parrish.

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review sale of cause of action cases in the Ninth Circuit.

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review D & O Policy.

| 10/27/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |

Begin drafting the disclosure statement describing the chapter 11 plan of reorganization.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Mr. Parrish regarding the preparation of a disclosure statement describing the chapter 11 plan of reorganization.

| 10/27/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding plan.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |

Talk with Mr. Delaney regarding disclosure statement revisions.

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |
| | Review issues regarding insurance agreement impact on plan structure. | | | |
| 10/28/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
| | Continue drafting disclosure statement describing chapter 11 plan of reorganization. | | | |

**Plan And Disclosure Statement (B320)**      **67.50**      **30,288.50**

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
| | Telephone call with Pete Siddiqui regarding issues related to case and discovery. | | | |
| 07/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding objection to sale motion. | | | |
| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Telephone call with William regarding proposal. | | | |
| 07/30/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
| | Review William proposal. | | | |
| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review monetary issues related with alternative proposals and cost estimates. | | | |
| 08/05/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
| | Prepare email to Pete Siddiqui regarding agreements at meeting. | | | |
| 08/07/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |
| | Review issues regarding status of case and website. | | | |
| 10/29/14 | Payne Tiffany D. | 360.00 | 0.50 | 180.00 |
| | Review case law on 363 and sale of estate assets. | | | |

**Bankruptcy Related Advice (B400)**      **5.50**      **2,637.50**

| | | | | |
|---|---|---|---|---|
| 07/21/14 | Lane Deanna L | 230.00 | 0.90 | 207.00 |
| | Creation of a Master Case Index; loading three transcripts from the July 8 and July 15 341(a) meetings into the document management system. | | | |
| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |
| | Load the transcript of the 2004 Examination of Monica Hushen to the document management system and Master File Index. | | | |
| 08/01/14 | Lane Deanna L | 230.00 | 0.20 | 46.00 |
| | Load transcript of the 2004 Examination of Eduardo de Castro to the DMS and Master File Index. | | | |

**Fact Gathering (C100)**      **1.40**      **322.00**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research standards for substantive consolidation.

| **Researching Laws (C200)** | | | **0.80** | **280.00** |

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research DXCorr Design corporate records.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research Sandgate corporate records.

| **Fact Investigation / Development (L110)** | | | **0.60** | **210.00** |

| 06/25/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding proposed response to motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

| 06/26/14 | Green Elizabeth A. | 515.00 | 1.50 | 772.50 |

Telephone calls regarding committee first day issues, motions and strategy.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Michael Delaney regarding content of various oppositions.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with Elizabeth Green regarding agenda for first committee meeting.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Appearance filed by Sustenas Operationos Saitarias and identify appropriate contact information contained therein.

| 06/30/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Listen to audio recording of hearing in order to identify affirmative obligations of debtor with respect to information and documentation to be provided by debtor.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from and conference call with counsel for debtor regarding modifications to be made to order approving continued use of cash management system.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Attend strategy meeting regarding potential exit strategies for the debtor and the position of the committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and analyze budget (and amended budget) provided by Debtors, and correspondence to/from members of committee and Debtors' counsel regarding same.

07/07/14    McDow Ashley M.                    500.00        3.90        1,950.00
Review file, including relevant correspondence and pleadings in preparation for 341(a) examination of Debtors, and prepare outline of questions for same.

07/09/14    Layden Andrew V.                   280.00        0.20        56.00
Confer with Ms. Green regarding status of case.

07/11/14    McDow Ashley M.                    500.00        0.90        450.00
Review audio recording of hearing in order and identify accurate terms to be included in proposed order and correspondence to/from Jessica Mikelson regarding same.

07/12/14    Delaney Michael T.                 350.00        0.30        105.00
Confer with Ms. McDow regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

07/14/14    Green Elizabeth A.                 515.00        0.70        360.50
Review issues regarding case and sale proposal.

07/14/14    McDow Ashley M.                    500.00        0.70        350.00
Conference call with Elizabeth Green regarding non-appearance of Simon Barber at 341(a) hearing, non-appearance of Eduardo for 2004 examination, status of various motions, and strategy for continued 341(a) hearing.

07/15/14    Delaney Michael T.                 350.00        0.30        105.00
Confer with Ms. McDow regarding the testimony and developments from the 341a meeting.

07/15/14    Green Elizabeth A.                 515.00        0.60        309.00
Review issues regarding website and sharing of information.

07/17/14    Green Elizabeth A.                 515.00        0.40        206.00
Telephone call with Peter Siddiqui regarding issues related to sale.

07/17/14    Green Elizabeth A.                 515.00        0.40        206.00
Review issues regarding sale.

07/19/14    Delaney Michael T.                 350.00        1.00        350.00
Strategize regarding the response the sale motion and request for application for order shortening time

07/19/14    McDow Ashley M.                    500.00        0.80        400.00
Conference call with Michael Delaney, Andrew Layden, and Elizabeth Green regarding delegation of responsibilities and content of Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

07/20/14    Green Elizabeth A.                 515.00        0.80        412.00
Review 11 USC 1104 and case law in preparation for Committee call.

07/21/14    Delaney Michael T.                 350.00        4.60        1,610.00
Review transcript from 341(a) hearing.

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Conference with Ashley McDow regarding strategy.

| 07/22/14 | Delaney Michael T. | 350.00 | 6.90 | 2,415.00 |

Continue reviewing transcript from 341(a) hearing.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the Willem van Rooyen declaration in support of opposition to the sale motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 4.80 | 1,680.00 |

Continue review of transcript of continued 341(a) meeting.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding objection to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Research regarding proposed sale without overbid in preparation of opposition to sale motion.

| 07/24/14 | Garner Harry | 350.00 | 0.60 | 210.00 |

Research regarding Northern District of California's asset sale procedures and guidelines regarding sub rosa plans.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review purported due diligence provided by Debtors' counsel.

| 07/26/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding court order on sale motion.

| 07/28/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Meeting with Eduardo Decastro and Craig Stuppi regarding viability of alternative exit strategy moving forward

| 07/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with Rob Edgeworth, chair of committee, and representatives of Province regarding details of alternative plan

| 08/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Approving Stipulation to Continue Pretrial Conference and Related Dates and Deadlines in Adversary Proceeding relating to non-dischargeability and assess impact of changes of Court on trustee's own intentions moving forward.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Peter Kravitz, Craig Stuppi, Eduardo DeCastro and Rob Edgeworth regarding status of case since CRO appointment.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:          12/29/14
Invoice Number:        50039516
Matter Number:         093044.000001
Page 51

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review schedules regarding patents.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Analyze issues with Michael Delaney regarding procedural aspects of the case.

| 09/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Elizabeth Green and Michael Delaney regarding language to be included in proposed order
approving substantive consolidation motion and basic structure of plan of reorganization.

| 09/26/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding status of various aspects of case, including plan term sheet,
various offers, potential lawsuit against Coinlab.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Lisa Damji regarding status of case.

**Analysis / Strategy (L120)**                                    **40.40**      **17,060.00**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference call with Province regarding potential retention of forensic accountant on behalf of committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Conference call with committee members and representatives of Province regarding potential retention as
forensic accountant(s) for committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Follow up conference call with representatives of Province regarding immediate steps to be taken.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio and Rob Edgeworth regarding recent term sheet between Liquidbits
and Debtors and impact of same on valuation and previous financial analysis and need for expedited
review.

| 07/08/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meetings with Victor Delaglio and Rob Edgeworth in preparation of 341(a) hearing and to discuss results of
341(a) hearing.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Confer with Province regarding the creation and launch of the committee's website and its content.

| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Mr. Delaglio regarding application to employ Province as financial advisor to the committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review biographies to be appended to the application to employ Province as financial advisor to the
committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |
|---|---|---|---|---|

Review/revise application to employ Province as financial advisor to the committee.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to Province regarding the filing of their employment application.

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Paul Hguyens regarding questions to be posed of Monica Hushen at 2004 examination of same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio of Province and Michael Delaney regarding recently filed motion for approval of sale and role of Province in opposition to same.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Province regarding valuation.

**Experts / Consultants (L130)**                    **7.70**      **3,481.00**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding proposal for mining and other alternatives in preparation for settlement meeting.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Conference with Rob Edgeworth and Ashley McDow regarding settlement meeting.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth, chair of committee, and Elizabeth Green in preparation for all hands on settlement meeting with Debtors.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Prepare for settlement negotiations with Debtor, including reviewing relevant pleadings, documents, and correspondence and confer with Elizabeth Green and Rob Edgeworth regarding same.

| 08/05/14 | Green Elizabeth A. | 515.00 | 6.50 | 3,347.50 |
|---|---|---|---|---|

Attend meeting with Committee and Debtors regarding potential settlement.

| 08/05/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Elizabeth Green and Rob Edgeworth regarding results of settlement negotiation and steps moving forward in light of same.

| 08/05/14 | McDow Ashley M. | 500.00 | 7.90 | 3,950.00 |
|---|---|---|---|---|

Settlement negotiation meeting with Debtor.

**Settlement / Nonbinding Adr (L160)**               **19.50**     **9,870.00**

| 08/06/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Prepare outline of action items.

| Other Cases Assessment, Development And Administration (L190) | | | 0.60 | 309.00 |
|---|---|---|---|---|

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review Trustee issues.

| 07/30/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |
|---|---|---|---|---|

Review documents produced by Debtors, including order reports, bank "ledgers," and communications relating to attempts to procure DIP financing and to pursue alternative exit strategies, identify portions to be included in potential motion for appointment of Chapter 11 trustee, and confer with Rob Edgeworth, chair of committee, regarding same

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review proposal from Rob Edgeworth regarding plan to go forward with HashFast.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Stipulation to Extend Deadline for Specifying Cure Amount Owing To Uniquify and assess whether need for committee to object.

| 08/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |
|---|---|---|---|---|

Review alternative plans proposed by Guido and Willem and identify potential bankruptcy hurdles with respect to same in preparation for committee call to discuss all proposed plans.

| 08/07/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review issues regarding Agreement with Debtors and CRO.

| 10/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review complaint filed by Debtors against Uniquify.

| Pleadings (L210) | | | 5.70 | 2,833.50 |
|---|---|---|---|---|

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui and Ashley McDow regarding meet and confer.

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding meet and confer ordered by Court.

| Court Mandated Conferences (L230) | | | 1.30 | 669.50 |
|---|---|---|---|---|

| 08/08/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and analyze Motion of United States Trustee to Appoint Chapter 11 Trustee or, in Alternative, to Convert Case to Chapter 7 and assess manner in which committee should respond based upon recent agreement regarding appointment of CRO.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Elizabeth Green regarding results of status conference, and manner in which to proceed with substantive consolidation in particular.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Craig Stuppi, counsel for Eduardo DeCastro, regarding Motion to Appoint Chapter 11 Trustee filed by UST.

| 08/27/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.

| 08/27/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding Trustee motion.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Elizabeth Green regarding approach for opposition to UST Motion to Appoint Trustee or Convert.

**Dispositive Motions (L240)**                                   **2.10**      **999.00**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review and analyze motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

| 06/26/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |

Review motion to retain cash maintenance system post-petition and draft opposition to same.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Edwin Smith regarding respective oppositions to motion to amend stipulation.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and analyze Verified Statement of Gallo LLP Under Rule 2019 and assess impact of same on committee affiliation.

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Chambers regarding service of oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to United States Trustee transmitting copies of the oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

06/27/14    Delaney Michael T.    350.00    0.30    105.00

Finalize certificate of service for oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

06/27/14    McDow Ashley M.    500.00    1.20    600.00

Meetings with counsel for debtors, Ray Gallo, and/or the UST regarding resolution of numerous issues relating to motions and exit strategy moving forward.

06/27/14    McDow Ashley M.    500.00    0.10    50.00

Review entered Order granting Debtors' Motion For Order Limiting Service of Notice of Certain Matters and confirm no interlineations made by Court.

06/30/14    McDow Ashley M.    500.00    0.30    150.00

Review and revise proposed Order Approving Joint Administration of Estates.

06/30/14    McDow Ashley M.    500.00    0.20    100.00

Review objection of Liquidbits to debtor's motion to amend stipulation and further order with respect to emergency motion for appointment of trustee and identify similarities and discrepancies between same and objection of committee.

07/01/14    McDow Ashley M.    500.00    1.70    850.00

Review and revise revised Order Approving Continued Use of Cash Management System and various correspondence to/from counsel for debtor and counsel for UST regarding same.

07/10/14    Layden Andrew V.    280.00    1.10    308.00

Review issues regarding new motion for Rule 2004 examination of Debtor's CTO/Co-Founder.

07/11/14    Delaney Michael T.    350.00    0.40    140.00

Review/revise 2004 examination motion for Simon Barber.

07/11/14    McDow Ashley M.    500.00    0.90    450.00

Telephonically attend continued hearing on motion to amend stipulated order.

07/13/14    Delaney Michael T.    350.00    1.80    630.00

Revise the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

07/13/14    McDow Ashley M.    500.00    2.20    1,100.00

Review and revise various versions of proposed stipulated order, and correspondence to/from Elizabeth Green, Andy Layden and Michael Delaney, and counsel for Debtors.

07/14/14    Delaney Michael T.    350.00    0.20    70.00

Draft correspondence to chambers regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

07/14/14    Delaney Michael T.    350.00    0.50    175.00

Review/revise motion for 2004 examination of Monica Hushen.

07/14/14   Delaney Michael T.          350.00      1.30      455.00

Review and draft multiple responses to correspondence from Debtors' counsel regarding stipulated order to allow the continued operation of the companies.

07/15/14   Layden Andrew V.          280.00      2.40      672.00

Draft Confidentiality Agreement between Debtors and Committee.

07/16/14   Delaney Michael T.          350.00      0.40      140.00

Review proposed revisions to confidentiality agreement with the debtors for the production of documents.

07/16/14   Delaney Michael T.          350.00      0.30      105.00

Confer with Ms. McDow regarding the proposed revisions to confidentiality agreement with the debtors for the production of documents,

07/16/14   Delaney Michael T.          350.00      0.90      315.00

Review confidentiality agreement with the debtors for the production of documents.

07/16/14   Green Elizabeth A.          515.00      0.30      154.50

Review changes to confidentiality agreement.

07/16/14   McDow Ashley M.          500.00      0.30      150.00

Review proposed confidentiality agreement and correspondence to/from Michael Delaney regarding same.

07/18/14   McDow Ashley M.          500.00      0.50      250.00

Review portions of transcript from first 341(a) examination of Hashfast Technologies and confer with Elizabeth Green, Andrew Layden, and Michael Delaney regarding portions thereof to be included in Motion for Substantive Consolidation.

07/22/14   Layden Andrew V.          280.00      2.10      588.00

Review transcripts of Section 341 meetings of creditors for facts relating to potential substantive consolidation motion.

09/08/14   Delaney Michael T.          350.00      0.20      70.00

Telephone call to chambers regarding Committee's intent to renotice hearing on substantive consolidation hearing.

09/08/14   Delaney Michael T.          350.00      0.30      105.00

Review proof of service for substantive consolidation motion to evaluate the adequacy of service of same.

09/09/14   Delaney Michael T.          350.00      0.20      70.00

Telephone call to chambers regarding notice of continued hearing for substantive consolidation motion.

09/10/14   Delaney Michael T.          350.00      0.20      70.00

Confer with Ms. McDow regarding outcome of hearing and preparation of order on substantive consolidation motion.

09/10/14   McDow Ashley M.          500.00      0.50      250.00

Conference call with Elizabeth Green regarding results of hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation and approach moving forward in light of same.

| | | | | |
|---|---|---|---|---|
| 09/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise proposed order granting motion for substantive consolidation.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding substantive consolidation order and potential plans for reorganization.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize and prepare substantive consolidation order for filing.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding substantive consolidation order.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise cover letter to be sent to equity holders of Hashfast LLC with respect to substantive consolidation motion.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Michael Delaney regarding content of proposed order approving motion for substantive consolidation in light of potential service issues and assess appropriate manner in which to handle same.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Draft supplemental order granting committee's motion to substantively consolidate the Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with clerk of Court for Judge Montali regarding supplemental order approving substantive consolidation motion and confer with Michael Delaney regarding same.

| | | | | |
|---|---|---|---|---|
| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Supplemental Order Granting Official Committee of Unsecured Creditor's Motion for Substantive Consolidation and confirm no interlineations made by Court

| | | |
|---|---|---|
| **Other Written Motions And Submissions (L250)** | **28.60** | **11,071.50** |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 58

07/10/14   Delaney Michael T.     350.00     1.90     665.00

Prepare for and attend conference call with Debtors' counsel regarding the 2004 examination schedule, document production and proposed budget.

08/18/14   McDow Ashley M.     500.00     0.20     100.00

Conference call with and correspondence to/from Rob Edgeworth regarding 2004 examinations of Simon Barber and Tim Wong.

08/20/14   McDow Ashley M.     500.00     0.60     300.00

Conference call with Ori Katz regarding potential settlement with Simon, position on substantive consolidation motion, and scheduling of 2004 examination.

10/08/14   McDow Ashley M.     500.00     0.10     50.00

Correspondence to/from Ori Katz regarding extension of time to review transcript from initial portion of 2004 examination of Simon Barber.

11/05/14   McDow Ashley M.     500.00     0.20     100.00

Conference call with Peter Siddiqui, counsel for Debtors, regarding production of documents by Tim Wong (and need for no-waiver agreement with respect to same) and information to be provided by committee with respect to accrued professional expenses.

**Written Discovery (L310)**     **3.00**     **1,215.00**

08/06/14   Beckmann Silvia Elena     180.00     0.80     144.00

Prepare 2004 Examination summary of Monica Hushen.

08/07/14   Beckmann Silvia Elena     180.00     3.00     540.00

Continue summarizing 2004 Examination of Monica Hushen.

09/12/14   Delaney Michael T.     350.00     0.20     70.00

Review and draft response to correspondence from debtors' counsel regarding Tim Wong contact information.

10/27/14   Farivar, Fahim     320.00     0.40     128.00

Correspond with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Revise and update Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments; Correspond with Mr. Schwartz regarding the same.

**Depositions (L330)**     **4.40**     **882.00**

09/11/14   Farivar, Fahim     320.00     1.70     544.00

Initial preparation of Motion for 2004 Examination of Tim Wong.

09/16/14   Farivar, Fahim     320.00     1.30     416.00

Prepare Meet and Confer letter to Tim Wong regarding his 2004 examination; update the 2004 motion regarding same.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Draft correspondence to Tim Wong regarding the meet & confer and 2004 Examination.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Final review and update of the letter regarding Meet & Confer to Tim Wong.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Begin reviewing Motion for 2004 Examination of Tim Wong and document request relating thereto in preparation for conference call with counsel for Tim Wong.

| 10/14/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue updating motion for Rule 2004 Examination of Tim Wong, Order, and Document Requests thereon.

| 10/15/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Meet and confer with Douglas Schwartz, Tim Wong's attorney regarding the 2004 motion and follow up correspondence regarding the same.

| 10/17/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |

Finalize Motion, Order, and Request for Production of Documents for Tim Wong post conversation with his attorney, Douglas Schwartz.

| 10/17/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Telephone conference with Douglas Schwartz regarding meet and confer for Tim Wong's Rule 2004 Examination.

**Discovery Motions (L350)** **5.90** **1,960.00**

| 07/02/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting document request to accompany motions for 2004 examinations of the debtor and debtor's key employees.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding contents of emergency motion for 2004 examination of Simon Barber,

| 07/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Michael Delaney regarding status of due diligence request and need to incorporate same into motion for various 2004 examinations.

| 07/06/14 | Layden Andrew V. | 280.00 | 5.40 | 1,512.00 |

Draft proposed motions for rule 2004 examinations of Debtors' corporate representative and Eduardo de Castro, and draft orders granting same.

| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding content of motions for 2004 examination of various individuals associated with Debtor(s).

| 07/07/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting omnibus document request for 2004 examination motions.

| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Hashfast Technologies person most knowledgeable.

| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Eduardo de Castro.

| 07/07/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review 2004 Exam issues.

| 07/09/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding 2004 examination schedule and finalizing 2004 motions and omnibus document request.

| 07/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Layden regarding the preparation of 2004 examination motion for Debtor's chief financial officer Monica Hushen.

| 07/09/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding 2004 Exams and document requests.

| 07/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the 2004 examination schedule and proposed budget.

| 07/10/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Continue drafting omnibus document request for 2004 examinations.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise Request for Production of Documents in support of 2004 motions for Eduardo DeCastro, Simon Barber, Monica Hushen, and personal most knowledgeable for respective debtors.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |

Conference call with Jessica Mickelson and Michael Delaney regarding counter-terms for budget proposal and scheduling of various 2004 examinations.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Eduardo de Castro.

| 07/11/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Continue drafting and revising omnibus document requests for 2004 examination motions.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Monica Hushen.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Hashfast Technologies' person most knowledgeable.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review draft 2004 examination motions for Monica Hushen and Simon Barber.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Revise omnibus document request for 2004 examination motions.

| 07/11/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |
|---|---|---|---|---|

Draft motion for Rule 2004 exam of Monica Hushen.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Michael Delaney regarding content of various motions for 2004 examinations, including the request for production of documents.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review Committee's comments on proposed omnibus document request for 2004 examination motions.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Revise omnibus document request for 2004 examination motions to incorporate Committee's comments.

| 07/12/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding 2004 exams.

| 07/12/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |
|---|---|---|---|---|

Review and revise Committee's proposed document request to the Debtors.

| 07/13/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
|---|---|---|---|---|

Finalize omnibus document request for 2004 examination motions.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review/revise proof of service for motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to Debtors' counsel regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |
|---|---|---|---|---|

Analyze 2004 examination document requests and prioritize document requests to identify those documents for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Prepare motion for 2004 examination of Monica Hushen for filing.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Draft proposed order granting motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |
|---|---|---|---|---|

Review and draft multiple responses to correspondence regarding the 2004 examinations of Monica Hushen and Eduardo de Castro and the associated document request.

| 07/14/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Draft correspondence to Debtor's counsel identifying specific requests from the document request for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Revise document request regarding 2004 exams.

| 07/14/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Finalize motions for 2004 examination of Monica Hushen and Eduardo de Castro.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review final version of 2004 examination of Monica Hushen and request for production of documents in support thereof and approve same for filing.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft response to correspondence from Debtor's counsel regarding 2004 examination of Monica Hushen and document production.

| 07/16/14 | McDow Ashley M. | 500.00 | 4.40 | 2,200.00 |

Review documents, correspondence and relevant pleadings in preparation for 2004 examination of Monica Hushen.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare documents for 2004 examination of Monica Hushen.

| 07/17/14 | McDow Ashley M. | 500.00 | 6.70 | 3,350.00 |

Conduct 2004 examination of Monica Hushen.

| 07/17/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review questions prepared by Province to be asked of Monica Hushen at 2004 examination and correspondence to/from Paul Hgyuns of Province regarding same.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise document request for Eduardo de Castro 2004 examination.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to opposing counsel regarding document request for Eduardo de Castro 2004 examination.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft responses to multiple correspondence from Debtors' counsel regarding the production of documents.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding documents to be produced.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Begin reviewing transcript of 2004 examination of Monica Hushen.

| 07/25/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Review transcript of 2004 examination of Monica Hushen.

| 08/04/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review documents produced by HashFast.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding designation of Davide as alternate representative for Antony Vo.

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding 2004 examination of Simon Barber.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui regarding status of negotiations with Liquidbits, discussions with Uniquify, approach for trustee hearing, and 2004 examination of Simon Barber.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference calls with Rob Edgeworth regarding manner in which to deal with absence of Hamilton Hee, terms sheets sent to Liquidbits and and Shawn O'Connor, upcoming trustee hearing, and potential 2004 examination of Simon Barber.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz, Jessica Mickelson, and Peter Siddiqui regarding topics to be covered at 2004 examination of Simon Barber.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review questions proposed by Willem Van Rooyen, Pete Morici, and Robert Edgeworth for 2004 examination by Simon Barber and create topic list for same to be sent to Ori Katz, Jessica Mickelson and Peter Siddiqui.

| 09/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding Tim Wong and Simon Barber 2004 examinations and document requests.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Prepare proposed order for Stipulation for 2004 Examination of Simon Barber.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Correspondences to/from Ms. McDow regarding stipulation concerning 2004 Examination of Simon Barber; Revise and update, and finalize the Stipulation per Ms. McDow's comments.

| 09/10/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Review related pleadings and prepare stipulation regarding 2004 Examination of Mr. Simon Barber.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Conference call with Ms. McDow and Mr. Delaney regarding discovery strategy and issues in the case.

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 64

| 09/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Robert Edgeworth regarding questions posed by committees to be asked at 2004 examination of Simon Barber.

| 09/10/14 | McDow Ashley M. | 500.00 | 4.30 | 2,150.00 |

Prepare for 2004 examination of Simon Barber.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |

Continue preparing list of questions regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare declaration of Michael Delaney regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Prepare proposed order regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Review and analysis of pleadings regarding preparation of 2004 Examination of Tim Wong.

| 09/11/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |

Travel to and conduct 2004 examination of Simon Barber.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise letter to be sent to Tim Wong regarding meet and confer in preparation for 2004 examination and confer with Fahim Farivar regarding modifications to be made to same.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review and analyze issues related to Tim Wong 2004 Examination with Ms. McDow.

| 09/29/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Correspond with new counsel, Douglas Schwartz regarding meet & confer for the Rule 2004 Examination.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Fahim Farivar regarding manner in which to respond to Douglas Schwartz, counsel for Tim Wong, with respect to 2004 examination of Tim Wong

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Karla Davis of SF Reporters regarding availability of transcript of Simon Barber to Simon Barber.

| 10/13/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney, regarding meet & confer for the Rule 2004 Examination.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ori Katz regarding transcript of Simon Barber with respect to initial portion of 2004 examination.

| 10/14/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney regarding the meet and confer.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with counsel for Tim Wong regarding nature and scope of 2004 examination

| 10/17/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Finish reviewing Motion for 2004 Examination of Tim Wong in light of conference call with counsel for Tim Wong, review and revise Request for Production of Documents relating to same in light of information obtained at initial 2004 examination of Simon Barber, and review proposed order approving Motion for 2004 Examination of Tim Wong.

| 10/21/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Continue preparing, updating, and revising Tim Wong's request for production of documents.

| 10/21/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Review and analyze Simon Barber deposition transcript for preparation of Tim Wong's request for production of documents.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Update Document Request for Production of Documents and confer with Douglas Schwartz regarding executing a stipulation.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare order on the stipulation for 2004 examination of Tim Wong.

| 10/22/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Prepare stipulation for 2004 examination of Tim Wong.

| 10/22/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and revise revised request for production of documents to be served in support of 2004 examination of Tim Wong and correspondence to the Committee regarding same.

| 10/24/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Finalize stipulation and order for examination of Tim Wong and confer with Douglas Schwartz regarding the same.

| 10/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding modifications to be made to transcript of 2004 examination of Simon Barber.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review modifications proposed by counsel for Tim Wong with respect to document production in support of 2004 examination and correspondence to/from Fahim Farivar regarding acceptability of same.

| 10/28/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue corresponding with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Continue revising and updating Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments and correspond with Mr. Schwartz regarding the same.

| 10/31/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Review entered order granting Stipulation and Order for examination of Tim Wong and Correspond with Mr. Schwartz regarding the same.

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Granting Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 and confirm no interlineations made by Court.

| 11/06/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review non-waiver of privilege agreement and revise.

| 11/06/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review proposed Non-Waiver Agreement with respect to Wong examination; and correspondence to/from Peter Siddiqui regarding modifications to be made to same.

| **Other Discovery (L390)** | | | **78.70** | **32,401.00** |
|---|---|---|---|---|

| 07/21/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to case.

| **Fact Witness (L410)** | | | **1.60** | **824.00** |
|---|---|---|---|---|

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |
|---|---|---|---|---|

Review motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory and draft opposition to same.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review and revise proposed Order Approving Continued Use of Existing Bank Accounts, etc.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review proposed order to modify stipulated order and correspondence to/from committee members regarding same.

| 07/12/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
|---|---|---|---|---|

Analyze proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Correspondence to/from Michael Delaney, Elizabeth Green, and Andrew Layden regarding proposed amendments to stipulated order.

| 07/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review motion for order shortening time relating to the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Review/revise draft opposition to application for order shortening time for sale motion.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review Motion for sub-consolidation.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise sub-consolidation motion.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft declaration in support of the motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review and revise motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise sub-consolidation motion.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review and revise sub-consolidation motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Draft motion to shorten time, declaration in support and order granting motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Research regarding basis for substantive consolidation motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 3.90 | 1,092.00 |

Draft substantive consolidation motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates and supporting documents

| 07/31/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise Notice of Hearing on Substantive Consolidation motion.

| 08/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow and Ms. Green regarding the United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding issues related to Motion to Appoint a Trustee.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise Notice of Rescheduled Hearing on Motion for Substantive Consolidation.

| 08/26/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Start drafting opposition to US Trustee motion to appoint trustee.

| 08/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Analyze US Trustee motion to appoint trustee and supporting documents.

| 08/26/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research regarding permissive versus mandatory conversion of bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with debtors' counsel regarding preparation of Kravitz declaration in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review declaration of Mr. Kravitz in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze debtors' opposition to motion to appoint trustee or convert bankruptcy case and supporting documents.

| 08/27/14 | Delaney Michael T. | 350.00 | 6.70 | 2,345.00 |

Draft Committee opposition to motion to appoint trustee or convert bankruptcy case.

| 08/27/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Research regarding standards and bases for converting bankruptcy case under section 1112(b).

| 08/27/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Research regarding standards and bases for appointing trustee under section 1104.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case to Chapter 7 and assess need to address issues which were omitted therein in supplemental declaration.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Siddiqui and Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with Vic Delaglio regarding content of Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

08/27/14    McDow Ashley M.                    500.00          0.90          450.00

Review and revise Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

08/28/14    McDow Ashley M.                    500.00          0.10          50.00

Review Declaration of Peter Kravitz in support of Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case, and confirm same comports with discussions with Peter Siddiqui and Peter Kravitz regarding same.

09/08/14    Delaney Michael T.                 350.00          0.30          105.00

Confer with Ms. McDow regarding substantive consolidation supplemental declaration and hearing schedule.

09/08/14    McDow Ashley M.                    500.00          0.20          100.00

Review Reply in Support of UST's Motion to Appoint Chapter 11 Trustee Under 1104(a), And In The Alternative To Convert Case To Chapter 7 Under 11 USC 1112(b) and identify points to be addressed at hearing on same.

09/15/14    McDow Ashley M.                    500.00          0.10          50.00

Review and revise proposed Order Granting Motion for Substantive Consolidation.

09/16/14    McDow Ashley M.                    500.00          0.10          50.00

Review entered Order Denying United States Trustee's Motion to Appoint Chapter 11 Trustee And In The Alternative to Convert The Case and confirm no interlineations made by Court.

09/30/14    McDow Ashley M.                    500.00          0.10          50.00

Review entered Order Granting Official Committee of Unsecured Creditors' Motion For Substantive Consolidation and confirm no interlineations made by Court.

**Written Motions And Submissions (L430)**                    **35.90**    **13,085.00**


06/26/14    McDow Ashley M.                    500.00          2.30          1,150.00

Prepare for hearings on motion to approve employment of Katten Muchin, to jointly administer estates, to amend stipulated order, and to approve continued use of cash management systems.

06/27/14    McDow Ashley M.                    500.00          2.00          1,000.00

Attend hearings on motions to approve employment of Katten Muchin, joint administration of estates, to continue use of cash management systems, etc., and to amend stipulated order.

06/27/14    McDow Ashley M.                    500.00          0.50          250.00

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward.

07/01/14    McDow Ashley M.                    500.00          0.40          200.00

Review file, including relevant pleadings, documents, and correspondence in preparation for hearing.

07/02/14    McDow Ashley M.                    500.00          0.60          300.00

Telephonically attend hearing on Motion to Amend Stipulated Order.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with chair of committee regarding continued hearing on Motion to Amend Stipulated Order.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Prepare for continued hearing on Motion to Amend Stipulated Order.

| 07/07/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Travel to and attend continued hearing on motion to amend stipulation.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review most recent pleadings filed and correspondence relating to motion to amend stipulated order in preparation for hearing on same.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Rob Edgeworth, chair of committee, regarding results of hearing, including modifications requested and/or imposed by Court.

| 07/14/14 | McDow Ashley M. | 500.00 | 4.20 | 2,100.00 |

Prepare for continued 341(a) hearings of Debtors.

| 07/15/14 | McDow Ashley M. | 500.00 | 4.80 | 2,400.00 |

Attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward.

| 07/28/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Attend telephonic hearing on Application to Approve Sale of Assets.

| 07/28/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding approach moving forward in light of same.

| 08/08/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Prepare for and attend status conference.

| 08/08/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review relevant pleadings and review docket for tentative ruling in preparation for hearing on Motion to Appoint Trustee.

| 09/10/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |

Attend hearing on substantive consolidation and trustee motion.

| 09/10/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |

Attend hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation.

| 10/24/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Telephonically attend hearing on Motion to Approve Notice and Bidding Procedures.

| **Trial And Hearing Attendance (L450)** | | | **28.30** | **14,058.50** |
|---|---|---|---|---|

## Expenses and Other Charges

| 07/17/14 | Transcripts (E116) - VENDOR: FIRST CHOICE REPORTING SERVICES, INC. Audio Transcription of the 341 Meeting of Creditors for HashFast matter. | 1,385.00 |
|---|---|---|
| 08/21/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Transcript-Exam of Monica Hushen | 5,244.70 |
| 10/10/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Certified transcript of Simon Barber. | 1,245.00 |
| | **Subtotal - Transcripts (E116)** | **7,874.70** |

| 06/18/14 | Telephone Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 6/18/2014 | 58.00 |
|---|---|---|
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 15, 2014; | 8.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 27, 2014; | 8.00 |
| 10/02/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 28, 2014; | 5.00 |
| 10/23/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Internet use during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 14.95 |
| | **Subtotal - Telephone Charges (E105)** | **93.95** |

| 07/17/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 17, 2014; | 5.99 |
|---|---|---|
| 08/21/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley M. McDow; Dinner re Lodging for Creditors Committee Meeting; Jul 15, 2014; | 37.39 |
| 08/29/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 26.14 |

| 08/29/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 6.52 |
|---|---|---|
| 09/10/14 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Honor Bar (Bottled Water) in room while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 13.08 |
| 09/10/14 | ELIZABETH A. GREEN - Dinner; Elizabeth Green; Dinner in Hotel room upon arrival to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 85.85 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 28, 2014; | 25.12 |
| 09/12/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).; Jul 15, 2014; | 21.79 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Meals during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 51.00 |
| 10/23/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 56.55 |

**Subtotal - Meals while Traveling (E110)**     **329.43**

| 07/17/14 | Handling / Processing Charges (E119) - VENDOR: ACE ATTORNEY SERVICE, INC. Matrix Mailing | 3,863.88 |
|---|---|---|
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing Services | 173.40 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 2,899.58 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 983.73 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 808.38 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 4,334.24 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing | 37.31 |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:          12/29/14
Invoice Number:        50039516
Matter Number:    093044.000001
Page 73

|  |  |  |
|---|---|---|
|  | Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. |  |
| 09/10/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management Services for HashFast case. | 1,645.80 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 1,013.88 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 3,270.81 |
| 09/25/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 874.06 |
| 09/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services. | 3,516.72 |
| 10/01/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management, Technology Development and Maintenance Services related to HashFast Technologies, LLC. | 3,457.20 |

**Subtotal - Handling / Processing Charges (E119)**      **26,878.99**

|  |  |  |
|---|---|---|
| 07/25/14 | Lodging; Ashley M. McDow; Lodging for attending creditors committee meeting; Jul 25, 2014 | 336.15 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley M. McDow; Dinner after Creditors Committee Meeting; Jul 16, 2014; | 161.76 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Amy J Traub; Aug 08, 2014; | 988.68 |
| 08/29/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 18.47 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/05/2014 | 480.75 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/04/2014 | 480.75 |
| 09/10/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 155.31 |
| 09/12/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley Malinger; | 319.87 |

lodging in San Francisco 07/24/2014

| 10/14/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel to attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding moving in light of same.; Jul 28, 2014 | 312.88 |
|---|---|---|
| 10/23/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Lodging to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014 | 336.15 |

**Subtotal - Lodging (E110)** **3,590.77**

| 06/27/14 | Airfare; Bonita J. Paul; Travel for Ashley McDow to Oakland; | 454.00 |
|---|---|---|
| 07/07/14 | Airfare; Ashley M. McDow; Travel to/from Oakland International Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Airfare; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Travel Service Fees; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Travel Service Fees; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Airfare; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 434.00 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Return Airline Travel from San Francisco, CA after attending hearing in HashFast matter on 7/28/14.; | 598.09 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Airline Travel to San Francisco, CA to attend hearing in HashFast matter on 7/28/14.; | 859.09 |
| 08/21/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth A. Green; Attorney got paid for airline ticket cost and the hearing was cancelled at the last minute. The ticket out to California for the hearing was a refundable ticket. She will need to reimburse the Firm for this amount.; | (859.09) |
| 08/29/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; | 465.20 |
| 09/10/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Air travel to California to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; | 1,820.18 |
| 09/10/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to San Francisco to attend hearing on Application to | 465.20 |

Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.;

| Date | Description | Amount |
|---|---|---|
| 10/23/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 496.20 |
| 10/23/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 25.00 |

**Subtotal - Airfare/Trainfare (E110)    5,675.87**

| Date | Description | Amount |
|---|---|---|
| 06/27/14 | Parking; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; Jun 27, 2014; | 23.00 |
| 06/27/14 | Parking; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; Jun 27, 2014; | 23.00 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 46.00 |
| 09/12/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 14, 2014; | 30.00 |
| 10/02/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; Jul 28, 2014; | 46.00 |

**Subtotal - Ground Transportation Out of Town (E110)    168.00**

| Date | Description | Amount |
|---|---|---|
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on August 8, 2014 in the HashFast matter) | 37.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on 7.28.14 in the HashFast matter. | 37.00 |
| 09/18/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call - Hashfast Hrng on 9.10.14. | 58.00 |

**Subtotal - Court Costs (E112)    132.00**

| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. US Bankruptcy Court Norther Dist 235 Pine Street, 19th Floor San Francisco 7/17/2014 | 126.88 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 253.85 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 79.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC SF 235 Pine Street San Francisco, CA 7/16/2014 | 87.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 7/28/2014 | 214.63 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 8/1/2014 | 71.63 |

**Subtotal - Messenger Service (E107)**    **834.41**

| 06/27/14 | UCC Search Charges (E106) - VENDOR: CAPITOL SERVICES, INC. UCC Searches | 125.00 |

**Subtotal - UCC Search Charges (E106)**    **125.00**

| 06/27/14 | Mileage; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 06/27/14 | Mileage; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 07/09/14 | Mileage; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; 35.20 Miles @ Rate .56; Jul 09, 2014; | 19.71 |
| 07/17/14 | Mileage; Ashley M. McDow; Round trip Mileage to Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jul 17, 2014; | 19.71 |

**Subtotal - Local Mileage (E109)**    **78.84**

| | | |
|---|---|---|
| 07/09/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; Jul 09, 2014; | 46.00 |
| 07/17/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; Jul 17, 2014; | 69.00 |
| | **Subtotal - Ground Transportation Local (E109)** | **115.00** |

| | | |
|---|---|---|
| 07/10/14 | Teleconference Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/2/2014 | 30.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 8/8/2014 | 37.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/11/2014 | 30.00 |
| | **Subtotal - Teleconference Charges (E105)** | **97.00** |

| | | |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 173.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 4.50 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 34.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 1.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 24.80 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 26.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.2 | 28.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 2.70 |
| 06/30/14 | Pacer Research - 06/30/14 by 9900.80 | 61.30 |
| 09/30/14 | PACER 93044.1 | 9.30 |
| 09/30/14 | PACER HASFAST | 1.70 |
| 09/30/14 | PACER HASHFAST | 1.00 |
| 09/30/14 | PACER HASHFAST | 13.20 |
| 09/30/14 | PACER 93044.1 | 19.50 |
| 09/30/14 | PACER HASHFST | 13.60 |
| 09/30/14 | PACER 93044.1 | 3.20 |
| 09/30/14 | PACER 93044.1 | 38.40 |
| | **Subtotal - Electronic Court Fees (E112)** | **457.70** |

| | | |
|---|---|---|
| 06/10/14 | 218 minute conference call by Ashley Mcdow at 03:58 PM | 10.22 |
| 06/26/14 | 1298 minute conference call by Ashley Mcdow at 10:56 AM | 60.86 |
| 06/30/14 | 548 minute conference call by Ashley Mcdow at 01:25 PM | 25.70 |
| 07/01/14 | 1036 minute conference call by Ashley Mcdow at 08:49 AM | 48.57 |
| 07/03/14 | 159 minute conference call by Ashley Mcdow at 02:56 PM | 7.46 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 6.69 |
| 07/05/14 | 21 minute conference call by Ashley Mcdow at 08:02 AM | 0.98 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/06/14 | 932 minute conference call by Ashley Mcdow at 09:54 AM | 43.70 |
| 07/07/14 | INTCALL MICHAEL DELANEY | 0.77 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 3.48 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.60 |
| 07/10/14 | INTCALL MICHAEL DELANEY | 19.58 |
| 07/11/14 | INTCALL MICHAEL DELANEY | 6.02 |
| 07/12/14 | INTCALL MICHAEL DELANEY | 9.28 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.72 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.81 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 5.36 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 8.79 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 1.20 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 0.10 |
| 07/16/14 | INTCALL MICHAEL DELANEY | 3.30 |
| 07/17/14 | INTCALL MICHAEL DELANEY | 0.29 |
| 07/18/14 | INTCALL MICHAEL DELANEY | 5.39 |
| 07/20/14 | INTCALL MICHAEL DELANEY | 13.81 |
| 07/22/14 | INTCALL MICHAEL DELANEY | 3.03 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 8.66 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 2.16 |
| 07/24/14 | INTCALL MICHAEL DELANEY | 0.62 |
| 07/26/14 | INTCALL MICHAEL DELANEY | 2.96 |
| 07/27/14 | INTCALL MICHAEL DELANEY | 17.21 |
| 07/29/14 | 234 minute conference call by Ashley Mcdow at 03:27 PM | 10.98 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 5.13 |

| | | |
|---|---|---|
| 07/29/14 | INTCALL MICHAEL DELANEY | 4.62 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 0.01 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 11.57 |
| 08/01/14 | INTCALL MICHAEL DELANEY | 27.58 |
| 08/05/14 | INTCALL MICHAEL DELANEY | 5.27 |
| 08/12/14 | INTCALL MICHAEL DELANEY | 4.13 |
| 08/15/14 | INTCALL MICHAEL DELANEY | 3.34 |
| 08/18/14 | INTCALL MICHAEL DELANEY | 2.93 |
| 08/19/14 | INTCALL MICHAEL DELANEY | 4.34 |
| 08/26/14 | INTCALL MICHAEL DELANEY | 9.32 |
| 08/28/14 | INTCALL MICHAEL DELANEY | 4.53 |
| 08/29/14 | INTCALL MICHAEL DELANEY | 1.00 |
| 09/01/14 | INTCALL MICHAEL DELANEY | 2.36 |
| 09/02/14 | INTCALL MICHAEL DELANEY | 8.30 |
| 09/04/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 09/08/14 | INTCALL MICHAEL DELANEY | 0.98 |
| 09/09/14 | INTCALL MICHAEL DELANEY | 4.56 |
| 09/16/14 | INTCALL MICHAEL DELANEY | 12.74 |
| 09/23/14 | INTCALL MICHAEL DELANEY | 3.26 |

**Subtotal - Teleconference (E105)**    **445.87**

| | | |
|---|---|---|
| 06/26/14 | Westlaw Research - 06/26/14 by DELANEY MICHAEL | 15.74 |
| 07/12/14 | Westlaw Research - 07/12/14 by LAYDEN ANDREW V | 25.45 |
| 07/18/14 | Westlaw Research - 07/18/14 by MCDOW ASHLEY | 5.25 |
| 07/23/14 | Westlaw Research - 07/23/14 by MCDOW ASHLEY | 34.08 |
| 07/25/14 | Westlaw Research - 07/25/14 by MCDOW ASHLEY | 5.25 |
| 07/25/14 | Westlaw Research - 07/25/14 by DELANEY MICHAEL | 15.74 |
| 08/26/14 | Westlaw Research - 08/26/14 by DELANEY MICHAEL | 15.74 |
| 08/27/14 | Westlaw Research - 08/27/14 by DELANEY MICHAEL | 31.48 |

**Subtotal - Automated Research (E106)**    **148.73**

| Date | Description | Amount |
|---|---|---|
| 07/22/14 | Postage | 0.96 |
| 07/24/14 | POSTAGE 1st Class Letter | 1.92 |
| | **Subtotal - Postage (E108)** | **2.88** |
| 07/14/14 | 9 Copies | 0.90 |
| 07/16/14 | 6 Copies | 0.60 |
| 07/22/14 | 6 Copies | 0.60 |
| 07/22/14 | 1 Copy | 0.10 |
| 08/19/14 | 1980 Copies | 198.00 |
| 08/24/14 | 1 Copy | 0.10 |
| 09/19/14 | 127 Copies | 12.70 |
| 10/24/14 | 1 Copy | 0.10 |
| | **Subtotal - Copier / Duplication (E101)** | **213.10** |
| | **Total** | **$ 47,262.24** |

**EXHIBIT "B": Invoices by Date**

# BakerHostetler

| | |
|---|---|
| Invoice Date: | 12/29/14 |
| Invoice Number: | 50039516 |
| B&H File Number: | 05493/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

**BALANCE FOR THIS INVOICE DUE BY 01/28/15**     $     314,611.74

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50039516**

**Firm Contact Information**

Sandra Summerville-Powell
(310) 979-8470
ssummerville@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u> |
|---|---|
| **Reference Invoice No:**<br>**50039516** | **Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

**Regarding:** **Hashfast Committee Counsel**

For professional services rendered through November 10, 2014

**Fees** $ **267,349.50**

**Expenses and Other Charges**

| | |
|---|---:|
| **Copier / Duplication (E101)** | **213.10** |
| **Court Costs (E112)** | **132.00** |
| **Telephone Charges (E105)** | **93.95** |
| **Meals while Traveling (E110)** | **329.43** |
| **Ground Transportation Out of Town (E110)** | **168.00** |
| **Messenger Service (E107)** | **834.41** |
| **Airfare/Trainfare (E110)** | **5,675.87** |
| **Handling / Processing Charges (E119)** | **26,878.99** |
| **Teleconference Charges (E105)** | **97.00** |
| **Transcripts (E116)** | **7,874.70** |
| **Teleconference (E105)** | **445.87** |
| **Lodging (E110)** | **3,590.77** |
| **Postage (E108)** | **2.88** |
| **Automated Research (E106)** | **148.73** |
| **Ground Transportation Local (E109)** | **115.00** |
| **Electronic Court Fees (E112)** | **457.70** |
| **UCC Search Charges (E106)** | **125.00** |
| **Local Mileage (E109)** | **78.84** |

**Total Expenses** $ **47,262.24**

**BALANCE FOR THIS INVOICE DUE BY 01/28/15** $ **314,611.74**

**Regarding:** **Hashfast Committee Counsel**

Matter Number: 093044.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Green Elizabeth A. | 100.00 | $ 515.00 | $ 51,500.00 |
| Swope Michael J. | 1.00 | 555.00 | 555.00 |
| Damji Lisa I | 2.20 | 510.00 | 1,122.00 |
| Parrish Jimmy D. | 28.10 | 430.00 | 12,083.00 |
| Payne Tiffany D. | 1.80 | 360.00 | 648.00 |
| Delaney Michael T. | 159.30 | 350.00 | 55,755.00 |
| Farivar, Fahim | 18.50 | 320.00 | 5,920.00 |
| Layden Andrew V. | 60.30 | 280.00 | 16,884.00 |
| Kepple Brandon E | 0.80 | 370.00 | 296.00 |
| McDow Ashley M. | 227.00 | 500.00 | 113,500.00 |
| Garner Harry | 4.50 | 350.00 | 1,575.00 |
| Beckmann Silvia Elena | 3.80 | 180.00 | 684.00 |
| Lane Deanna L | 31.40 | 230.00 | 7,222.00 |
| **Total** | **638.70** | | **$ 267,744.00** |

| Date | Name | Rate | Hours | Amount | Activity |
|------|------|------|-------|--------|----------|
| 06/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 | |

Review and analyze motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.
**Other Written Motions And Submissions (L250)**

| | | | | | |
|------|------|------|-------|--------|----------|
| 06/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 | |

Meeting with committee chair regarding the selection of Baker & Hostetler as counsel for the committee.
**Meeting And Communication With Creditors (B150)**

| | | | | | |
|------|------|------|-------|--------|----------|
| 06/25/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 | |

Review schedules and statement of financial affairs.
**Asset Analysis And Recovery (B120)**

| | | | | | |
|------|------|------|-------|--------|----------|
| 06/25/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 | |

Confer with Ms. McDow regarding proposed response to motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.
**Analysis / Strategy (L120)**

06/25/14   McDow Ashley M.     500.00     0.50     250.00

Conference call with Robert Edgeworth, chair of committee, regarding immediate steps to be taken moving forward
**Meeting And Communication With Creditors (B150)**

06/26/14   Damji Lisa I     510.00     1.20     612.00

Review conflicts reports in preparation of retention application to employ Baker Hostetler as committee counsel. Staff preparation of motions (L250).
**Fee - Employment Application (B160)**

06/26/14   Delaney Michael T.     350.00     1.20     420.00

Prepare preliminary draft of committee bylaws.
**Case Administration (B110)**

06/26/14   Delaney Michael T.     350.00     2.50     875.00

Review Katten Muchin employment application and draft opposition to same.
**Fee - Employment Application (B160)**

06/26/14   Delaney Michael T.     350.00     3.40     1,190.00

Review motion to retain cash maintenance system post-petition and draft opposition to same.
**Other Written Motions And Submissions (L250)**

06/26/14   Delaney Michael T.     350.00     2.50     875.00

Review motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory and draft opposition to same.
**Written Motions And Submissions (L430)**

06/26/14   Green Elizabeth A.     515.00     1.50     772.50

Telephone calls regarding committee first day issues, motions and strategy.
**Analysis / Strategy (L120)**

06/26/14   McDow Ashley M.     500.00     0.50     250.00

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward
**Meeting And Communication With Creditors (B150)**

06/26/14   McDow Ashley M.     500.00     0.30     150.00

Review proofs of claim and documents in support thereof filed by James F. Johnson III, Grant Pederson, Shi Lei, Jennifer Austin, Michael Shannon, Daniel Herbon, and Thomas Stiegler, assess impact of same on creditor pool, and evaluate need to object to same.
**Claims Administration And Objections (B310)**

06/26/14   McDow Ashley M.     500.00     0.10     50.00

Review and analyze Verified Statement of Gallo LLP Under Rule 2019 and assess impact of same on committee affiliation.
**Other Written Motions And Submissions (L250)**

06/26/14    McDow Ashley M.                    500.00        0.20        100.00

Conference call with and correspondence to/from Edwin Smith regarding respective oppositions to motion to amend stipulation.
**Other Written Motions And Submissions (L250)**

06/26/14    McDow Ashley M.                    500.00        0.20        100.00

Review amended application for employment of Katten Muchin and identify differences in same and original application.
**Fee - Employment Application (B160)**

06/26/14    McDow Ashley M.                    500.00        0.30        150.00

Confer with Michael Delaney regarding content of various oppositions.
**Analysis / Strategy (L120)**

06/26/14    McDow Ashley M.                    500.00        0.50        250.00

Conference call with Julie Glosson regarding appointment as committee counsel, need for certain information from committee, and committee's approach for upcoming hearings.
**Case Administration (B110)**

06/26/14    McDow Ashley M.                    500.00        2.30        1,150.00

Prepare for hearings on motion to approve employment of Katten Muchin, to jointly administer estates, to amend stipulated order, and to approve continued use of cash management systems.
**Trial And Hearing Attendance (L450)**

06/26/14    McDow Ashley M.                    500.00        0.50        250.00

Conference calls with Elizabeth Green regarding agenda for first committee meeting.
**Analysis / Strategy (L120)**

06/26/14    McDow Ashley M.                    500.00        1.40        700.00

Conduct first meeting of creditors' committee.
**Meeting And Communication With Creditors (B150)**

06/27/14    Damji Lisa I                      510.00        0.50        255.00

Continue review and analysis of conflict reports in preparation of retention application to employ Baker Hostetler as committee counsel.
**Fee - Employment Application (B160)**

06/27/14    Delaney Michael T.                350.00        0.20        70.00

Confer with Chambers regarding service of oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

06/27/14    Delaney Michael T.                350.00        0.30        105.00

Finalize certificate of service for oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to United States Trustee transmitting copies of the oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with counsel for debtors, Ray Gallo, and/or the UST regarding resolution of numerous issues relating to motions and exit strategy moving forward.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 2.00 | 1,000.00 |

Attend hearings on motions to approve employment of Katten Muchin, joint administration of estates, to continue use of cash management systems, etc., and to amend stipulated order.
**Trial And Hearing Attendance (L450)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Caroline Djang and representative of Digimex regarding discussions relating to validity of claim filed by Digimex and procedure relating to any potential objection(s) thereto.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward.
**Trial And Hearing Attendance (L450)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with and correspondence to/from Elizabeth Green regarding results of hearing, and impact of same on strategy of committee moving forward.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Draft detailed summary of results of hearing and correspondence to committee members related to same.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jeff Golden, counsel for Koi Enterprises, regarding results of hearings and impact of same on various moving parts.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 06/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order granting Debtors' Motion For Order Limiting Service of Notice of Certain Matters and confirm no interlineations made by Court.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 06/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Prepare agenda for weekly committee conference call and circulate same to group.
**Meeting And Communication With Creditors (B150)**

06/29/14   McDow Ashley M.        500.00     0.40     200.00

Conference call with committee chair regarding agenda for weekly committee conference call.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.        500.00     0.40     200.00

Correspondence to/from and conference call with counsel for debtor regarding modifications to be made to order approving continued use of cash management system.
**Analysis / Strategy (L120)**

06/30/14   McDow Ashley M.        500.00     0.60     300.00

Review Statement of Qualifications for Province, conference call with committee chair regarding same, and correspondence to committee regarding "pitch" of same.
**Fee - Employment Application (B160)**

06/30/14   McDow Ashley M.        500.00     0.90     450.00

Conduct weekly committee conference call.
**Asset Analysis And Recovery (B120)**

06/30/14   McDow Ashley M.        500.00     0.20     100.00

Correspondence to/from counsel for Antony Vo regarding attendance at committee meetings.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.        500.00     0.30     150.00

Review and analyze Proof of Claims filed by Fabio Miceli, Ilan Elfassy, John Turley, Andrew Bester, Suresh Chandra, Nir Nahum, Henzy Pazy, and documents in support thereof and assess impact of same on totality of unsecured creditor pool.
**Claims Administration And Objections (B310)**

06/30/14   McDow Ashley M.        500.00     0.70     350.00

Conference call with Province regarding potential retention of forensic accountant on behalf of committee.
**Experts / Consultants (L130)**

06/30/14   McDow Ashley M.        500.00     0.20     100.00

Conference call with and correspondence to/from chair of committee regarding changes to be made to proposed orders regarding joint administration, employment of Katten Muchin, and cash management.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.        500.00     0.20     100.00

Conference call with Ed Smith regarding proposed sale of chips and revisions to be made to sale proposal.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.        500.00     0.40     200.00

Conference call with Rob Harris, counsel for Uniquify, regarding proposal for release of various orders.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.        500.00     0.10     50.00

Review Notice of Appearance filed by Sustenas Operationos Saitarias and identify appropriate contact information contained therein.
**Analysis / Strategy (L120)**

06/30/14    McDow Ashley M.                    500.00        1.20        600.00

Revise by-laws in accordance with input from various members of the committee (and/or their counsel), and correspondence to members of committee regarding same.
**Case Administration (B110)**

06/30/14    McDow Ashley M.                    500.00        0.10        50.00

Review entered order for relief and confirm no interlineations made by court.
**Fee - Employment Application (B160)**

06/30/14    McDow Ashley M.                    500.00        0.30        150.00

Review and revise proposed Order Approving Joint Administration of Estates.
**Other Written Motions And Submissions (L250)**

06/30/14    McDow Ashley M.                    500.00        0.20        100.00

Review and revise proposed Order Approving Employment of Katten Muchin as General Bankruptcy Counsel.
**Fee - Employment Application (B160)**

06/30/14    McDow Ashley M.                    500.00        0.30        150.00

Review and revise proposed Order Approving Continued Use of Existing Bank Accounts, etc.
**Written Motions And Submissions (L430)**

06/30/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from counsel for debtor and UST regarding proposed modifications to various orders.
**Case Administration (B110)**

06/30/14    McDow Ashley M.                    500.00        0.20        100.00

Review objection of Liquidbits to debtor's motion to amend stipulation and further order with respect to emergency motion for appointment of trustee and identify similarities and discrepancies between same and objection of committee.
**Other Written Motions And Submissions (L250)**

06/30/14    McDow Ashley M.                    500.00        1.10        550.00

Listen to audio recording of hearing in order to identify affirmative obligations of debtor with respect to information and documentation to be provided by debtor.
**Analysis / Strategy (L120)**

06/30/14    McDow Ashley M.                    500.00        0.20        100.00

Review proposal from Rob Harris, counsel for Uniquify, regarding sale of existing chips, and correspondence to chair of committee regarding same.
**Asset Analysis And Recovery (B120)**

07/01/14    Delaney Michael T.                 350.00        0.20        70.00

Review local rules regarding the filing of employment applications.
**Fee - Employment Application (B160)**

07/01/14    Delaney Michael T.                 350.00        0.50        175.00

Attend strategy meeting regarding potential exit strategies for the debtor and the position of the committee.
**Analysis / Strategy (L120)**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 10

| 07/01/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Draft application to employ general bankruptcy counsel for the Unsecured Creditors Committee.
**Fee - Employment Application (B160)**

| 07/01/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Research rules governing the employment of creditors' committee counsel.
**Fee - Employment Application (B160)**

| 07/01/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Draft declaration of Ashley McDow in support of the application to employ general bankruptcy counsel for the Unsecured Creditors Committee.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review file, including relevant pleadings, documents, and correspondence in preparation for hearing.
**Trial And Hearing Attendance (L450)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glossen regarding status of employment application of committee to retain Baker Hostetler.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Application of Creditors Committee to Employ Baker Hostetler as general counsel and Declaration of Ashley McDow in support thereof.
**Fee - Employment Application (B160)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Julie Glossen, Ankie To, and Rob Edgeworth regarding potential remedies for committee interference by member's lawyer.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Amanda Derby of Province regarding Application for Employment of Province.
**Fee - Employment Application (B160)**

| 07/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Correspondence to/from Ray Gallo and committee regarding continued interference of non-committee members in committee business.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise revised Order Approving Continued Use of Cash Management System and various correspondence to/from counsel for debtor and counsel for UST regarding same.
**Other Written Motions And Submissions (L250)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Follow up conference call with representatives of Province regarding immediate steps to be taken.
**Experts / Consultants (L130)**

07/01/14   McDow Ashley M.                    500.00        1.00         500.00

Conference call with committee members and representatives of Province regarding potential retention as forensic accountant(s) for committee.
**Experts / Consultants (L130)**

07/01/14   McDow Ashley M.                    500.00        0.40         200.00

Conference call with Julie Glosson and Ankie To regarding content and terms of cash management order proposed by debtors.
**Meeting And Communication With Creditors (B150)**

07/01/14   McDow Ashley M.                    500.00        0.60         300.00

Review and analyze budget (and amended budget) provided by Debtors, and correspondence to/from members of committee and Debtors' counsel regarding same.
**Analysis / Strategy (L120)**

07/02/14   Delaney Michael T.                 350.00        0.20          70.00

Review results of conflicts check review in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/02/14   Delaney Michael T.                 350.00        1.10         385.00

Begin drafting document request to accompany motions for 2004 examinations of the debtor and debtor's key employees.
**Other Discovery (L390)**

07/02/14   Delaney Michael T.                 350.00        0.40         140.00

Review/revise declaration in support of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/02/14   Delaney Michael T.                 350.00        0.30         105.00

Review United States Trustee's guidelines for employment application in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/02/14   Delaney Michael T.                 350.00        0.60         210.00

Review/revise application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/02/14   Delaney Michael T.                 350.00        0.20          70.00

Review correspondence regarding proposed revisions to committee bylaws.
**Case Administration (B110)**

07/02/14   Layden Andrew V.                   280.00        0.90         252.00

Review pleadings, status of case, and information necessary to setup unsecured creditors' committee website.
**Case Administration (B110)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Telephonically attend hearing on Motion to Amend Stipulated Order.
**Trial And Hearing Attendance (L450)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Julie Glosson regarding recent correspondence by and among committee members and Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Rob Harris regarding recent correspondence by and among committee and Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Julie Glosson regarding results of hearing and intent of committee moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference calls with Rob Edgeworth, chair of committee, regarding results of hearing and strategy moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Ed Smith regarding budget proposed by Debtors and approach of respective parties at upcoming hearing.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review final version of committee application to employ Baker Hostetler as committee counsel and confer with Michael Delaney regarding additional modifications to be made to same.
**Fee - Employment Application (B160)**

| 07/02/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
|---|---|---|---|---|

Prepare detailed summary of conference call with Debtors' counsel and Monica Hushen to be circulated amongst committee members.
**Case Administration (B110)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to counsel for Debtors regarding approval of "final" proposed Order Approving Application of Debtors' to Employ Katten Muchin as General Bankruptcy Counsel.
**Fee - Employment Application (B160)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with counsel for the Debtors and Monica Hushen regarding concerns of the committee with the budget proposed by the Debtors.
**Case Administration (B110)**

07/02/14    McDow Ashley M.                    500.00        0.30        150.00

Conference call with chair of committee regarding circulation of and protocol relating to application to employ Baker Hostetler as counsel for the committee.
**Meeting And Communication With Creditors (B150)**

07/02/14    McDow Ashley M.                    500.00        0.50        250.00

Correspondence to/from committee regarding distribution of price list provided by debtors (and associated "confidentiality" issues related thereto).
**Meeting And Communication With Creditors (B150)**

07/02/14    McDow Ashley M.                    500.00        0.90        450.00

Correspondence to/from the committee regarding specific concerns with the budget proposed by the Debtors.
**Meeting And Communication With Creditors (B150)**

07/03/14    Delaney Michael T.                 350.00        0.10        35.00

Review order limiting service in preparation of proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        0.40        140.00

Review/revise proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee in light of order limiting service.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        0.20        70.00

Confer with Ms. McDow regarding the exhibits for inclusion with the application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        0.20        70.00

Prepare proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        0.10        35.00

Draft correspondence to the United States Trustee regarding the application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        1.10        385.00

Finalize and prepare application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.
**Fee - Employment Application (B160)**

07/03/14    Delaney Michael T.                 350.00        0.50        175.00

Prepare exhibits to application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Rob Edgeworth regarding potential removal of Hamilton Hee based upon recent disruptive behavior exhibited by Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Jeff Golden regarding recent communications from Ray Gallo and impact of same on ability of committee to function appropriately.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference calls with Rob Edgeworth regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and need for emergency committee hearing to address next course of action.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review correspondence from various committee members regarding concerns with proposed budget and price list and prepare list of same to discuss with counsel for the Debtors and Province.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review correspondence from Debtors' counsel regarding emergency request to sell chips and correspondence to/from committee regarding same.
**Case Administration (B110)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with chair regarding feedback from committee call with respect to budget and price list in particular.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review proposed order to modify stipulated order and correspondence to/from committee members regarding same.
**Written Motions And Submissions (L430)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with committee regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and appropriate response to be made to same.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with representatives of Province and chair of committee regarding due diligence request and potential issues with proposed budget.
**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review and evaluate proposed engagement letter by and between committee and Province.
**Meeting And Communication With Creditors (B150)**

07/03/14    McDow Ashley M.                    500.00        0.20        100.00

Prepare for continued hearing on Motion to Amend Stipulated Order.
**Trial And Hearing Attendance (L450)**

07/03/14    McDow Ashley M.                    500.00        0.10         50.00

Confer with chair of committee regarding continued hearing on Motion to Amend Stipulated Order.
**Trial And Hearing Attendance (L450)**

07/04/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from and conference call with Rob Edgeworth regarding recent information learned about Guido Ochoa and manner in which to approach same, particularly in light of current make use of committee.
**Meeting And Communication With Creditors (B150)**

07/04/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Debtors' counsel regarding outline of dual exit strategies and correspondence to/from committee regarding same.
**Case Administration (B110)**

07/04/14    McDow Ashley M.                    500.00        0.20        100.00

Confer with Steve Gubner counsel for Antony Vo, regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.
**Meeting And Communication With Creditors (B150)**

07/04/14    McDow Ashley M.                    500.00        1.20        600.00

Review proposed term sheet from Liquidbits for emergency section 363 sale and confer with members of committee regarding same.
**Asset Disposition (B130)**

07/04/14    McDow Ashley M.                    500.00        0.20        100.00

Confer with Jeff Golden counsel for Koi Systems regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.
**Meeting And Communication With Creditors (B150)**

07/05/14    McDow Ashley M.                    500.00        0.20        100.00

Conference call with Rob Edgeworth regarding role of Province in committee meeting to discuss proposed sale terms.
**Meeting And Communication With Creditors (B150)**

07/05/14    McDow Ashley M.                    500.00        0.10         50.00

Correspondence to/from Michael Delaney regarding status of due diligence request and need to incorporate same into motion for various 2004 examinations.
**Other Discovery (L390)**

07/05/14    McDow Ashley M.                    500.00        0.80        400.00

Conference call with Victor Delaglio and Rob Edgeworth regarding recent term sheet between Liquidbits and Debtors and impact of same on valuation and previous financial analysis and need for expedited review.
**Experts / Consultants (L130)**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 16

07/05/14   McDow Ashley M.                    500.00        0.20        100.00

Conference calls with Rob Edgeworth regarding need for emergency motion for appointment of Chapter 11
trustee, particularly in light of recent sale proposal from Debtors and Liquidbits.
**Meeting And Communication With Creditors (B150)**

07/05/14   McDow Ashley M.                    500.00        0.20        100.00

Confer with Andrew Layden regarding contents of emergency motion for 2004 examination of Simon
Barber,
**Other Discovery (L390)**

07/06/14   Layden Andrew V.                   280.00        5.40        1,512.00

Draft proposed motions for rule 2004 examinations of Debtors' corporate representative and Eduardo de
Castro, and draft orders granting same.
**Other Discovery (L390)**

07/06/14   McDow Ashley M.                    500.00        0.20        100.00

Confer with Andrew Layden regarding content of motions for 2004 examination of various individuals
associated with Debtor(s).
**Other Discovery (L390)**

07/06/14   McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Peter Kravitz and Vincent Delaglio regarding content of website to be formed for
benefit of all general unsecured creditors.
**Case Administration (B110)**

07/06/14   McDow Ashley M.                    500.00        0.20        100.00

Conference call with Rob Edgeworth regarding preparation for committee call.
**Meeting And Communication With Creditors (B150)**

07/06/14   McDow Ashley M.                    500.00        1.90        950.00

Conference call with committee regarding motion to approve amendment to stipulated order and proposed
modifications to be made to stipulated order.
**Meeting And Communication With Creditors (B150)**

07/07/14   Delaney Michael T.                 350.00        1.10        385.00

Begin drafting omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

07/07/14   Delaney Michael T.                 350.00        0.30        105.00

Review/revise 2004 examination motion for Eduardo de Castro.
**Other Discovery (L390)**

07/07/14   Delaney Michael T.                 350.00        0.30        105.00

Review/revise 2004 examination motion for Hashfast Technologies person most knowledgeable.
**Other Discovery (L390)**

07/07/14   Green Elizabeth A.                  515.00        0.40        206.00

Review 2004 Exam issues.
**Other Discovery (L390)**

07/07/14   McDow Ashley M.                    500.00        0.20        100.00

Conference call with Steve Gubner, counsel for Antony Vo, regarding new developments with respect to particular members of committee.
**Meeting And Communication With Creditors (B150)**

07/07/14   McDow Ashley M.                    500.00        3.90        1,950.00

Review file, including relevant correspondence and pleadings in preparation for 341(a) examination of Debtors, and prepare outline of questions for same.
**Analysis / Strategy (L120)**

07/07/14   McDow Ashley M.                    500.00        1.30        650.00

Travel to and attend continued hearing on motion to amend stipulation.
**Trial And Hearing Attendance (L450)**

07/07/14   McDow Ashley M.                    500.00        1.20        600.00

Meeting with Rob Edgeworth, chair of committee, regarding preparation for 341(a) meeting of creditors of Debtors.
**Meeting And Communication With Creditors (B150)**

07/07/14   McDow Ashley M.                    500.00        0.30        150.00

Confer with Jeff Golden counsel for Koi Systems, regarding results of continued hearing on motion to amend stipulation and recent discussions with counsel for Debtor regarding same.
**Meeting And Communication With Creditors (B150)**

07/08/14   McDow Ashley M.                    500.00        1.10        550.00

Meeting with Simon Barber, Monica Hushen, Rob Edgeworth and Jessica Mickelson regarding potential resolution of various issues in case.
**Case Administration (B110)**

07/08/14   McDow Ashley M.                    500.00        0.60        300.00

Conference call with committee regarding results of 341(a) meeting of creditors.
**Meeting And Communication With Creditors (B150)**

07/08/14   McDow Ashley M.                    500.00        6.30        3,150.00

Attend 341(a) meeting of creditors.
**Meeting And Communication With Creditors (B150)**

07/08/14   McDow Ashley M.                    500.00        1.20        600.00

Meetings with Victor Delaglio and Rob Edgeworth in preparation of 341(a) hearing and to discuss results of 341(a) hearing.
**Experts / Consultants (L130)**

07/09/14   Delaney Michael T.                 350.00        0.30        105.00

Confer with Ms. McDow regarding 2004 examination schedule and finalizing 2004 motions and omnibus document request.
**Other Discovery (L390)**

07/09/14    Delaney Michael T.      350.00      0.20      70.00

Confer with Mr. Layden regarding the preparation of 2004 examination motion for Debtor's chief financial officer Monica Hushen.
**Other Discovery (L390)**

07/09/14    Green Elizabeth A.      515.00      0.80      412.00

Review issues regarding 2004 Exams and document requests.
**Other Discovery (L390)**

07/09/14    Layden Andrew V.      280.00      0.20      56.00

Confer with Ms. Green regarding status of case.
**Analysis / Strategy (L120)**

07/09/14    McDow Ashley M.      500.00      0.20      100.00

Correspondence to/from and conference calls with Pete Morici regarding discussions with Willem relating to potential mining alternatives.
**Meeting And Communication With Creditors (B150)**

07/10/14    Delaney Michael T.      350.00      0.30      105.00

Draft correspondence to Debtors' counsel regarding the 2004 examination schedule and proposed budget.
**Other Discovery (L390)**

07/10/14    Delaney Michael T.      350.00      1.40      490.00

Review materials regarding and attend telephonic meeting regarding proposed sale of Hashfast Technologies to Liquidbits Inc.
**Asset Disposition (B130)**

07/10/14    Delaney Michael T.      350.00      1.90      665.00

Prepare for and attend conference call with Debtors' counsel regarding the 2004 examination schedule, document production and proposed budget.
**Written Discovery (L310)**

07/10/14    Delaney Michael T.      350.00      1.20      420.00

Continue drafting omnibus document request for 2004 examinations.
**Other Discovery (L390)**

07/10/14    Green Elizabeth A.      515.00      0.40      206.00

Review email from client and telephone call regarding bank account payment.
**Case Administration (B110)**

07/10/14    Layden Andrew V.      280.00      1.10      308.00

Review issues regarding new motion for Rule 2004 examination of Debtor's CTO/Co-Founder.
**Other Written Motions And Submissions (L250)**

07/10/14    McDow Ashley M.      500.00      0.30      150.00

Correspondence to/from Ray Gallo regarding "resolution" of disputes between Liquidbits and Debtors and impropriety of direct communication with represented individual members.
**Meeting And Communication With Creditors (B150)**

07/10/14   McDow Ashley M.                    500.00      0.70      350.00
Conference calls with Rob Edgeworth and Michael Delaney regarding terms of most recent negotiations with Debtors' counsel and responses of committee to be made to same.
**Meeting And Communication With Creditors (B150)**

07/10/14   McDow Ashley M.                    500.00      1.90      950.00
Conference call with Jessica Mickelson and Michael Delaney regarding counter-terms for budget proposal and scheduling of various 2004 examinations.
**Other Discovery (L390)**

07/10/14   McDow Ashley M.                    500.00      1.60      800.00
Conference call with committee and representatives of Liquidbits relating to details of current proposal to purchase assets of Hashfast.
**Asset Disposition (B130)**

07/10/14   McDow Ashley M.                    500.00      1.70      850.00
Review and revise Request for Production of Documents in support of 2004 motions for Eduardo DeCastro, Simon Barber, Monica Hushen, and personal most knowledgeable for respective debtors.
**Other Discovery (L390)**

07/10/14   McDow Ashley M.                    500.00      0.40      200.00
Conference call with representatives of Province regarding analysis of most recent term sheet by and between Liquidbits and Debtors and appropriate response of committee to same.
**Asset Disposition (B130)**

07/10/14   McDow Ashley M.                    500.00      0.30      150.00
Review most recent pleadings filed and correspondence relating to motion to amend stipulated order in preparation for hearing on same.
**Trial And Hearing Attendance (L450)**

07/11/14   Delaney Michael T.                 350.00      0.20       70.00
Review/revise 2004 examination motion for Hashfast Technologies' person most knowledgeable.
**Other Discovery (L390)**

07/11/14   Delaney Michael T.                 350.00      0.40      140.00
Review/revise 2004 examination motion for Monica Hushen.
**Other Discovery (L390)**

07/11/14   Delaney Michael T.                 350.00      0.40      140.00
Review/revise 2004 examination motion for Simon Barber.
**Other Written Motions And Submissions (L250)**

07/11/14   Delaney Michael T.                 350.00      0.40      140.00
Review draft 2004 examination motions for Monica Hushen and Simon Barber.
**Other Discovery (L390)**

07/11/14   Delaney Michael T.                 350.00      0.60      210.00
Revise omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

| 07/11/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Continue drafting and revising omnibus document requests for 2004 examination motions.
**Other Discovery (L390)**

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Eduardo de Castro.
**Other Discovery (L390)**

| 07/11/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |

Draft motion for Rule 2004 exam of Monica Hushen.
**Other Discovery (L390)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jeff Golden counsel for Koi, regarding results of continued hearing of motion to amend stipulated order.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Ed Smith regarding terms of sale which require additional due diligence to move forward.
**Asset Disposition (B130)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Telephonically attend continued hearing on motion to amend stipulated order.
**Other Written Motions And Submissions (L250)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Jessica Mikelson regarding remaining terms of budget to be resolved, including comprises with respect to employee wages.
**Business Operations (B210)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding results of hearing and approach for stipulated order in light of same.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Rob Edgeworth, chair of committee, regarding results of hearing, including modifications requested and/or imposed by Court.
**Trial And Hearing Attendance (L450)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jessica Mikelson regarding scheduling, timing, nature and scope of various 2004 examinations.
**Operations (B200)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Michael Delaney regarding content of various motions for 2004 examinations, including the request for production of documents.

**Other Discovery (L390)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from and conference call with Rob Edgeworth, chair of committee, regarding modifications to be made to request(s) for production of documents in support of various motions for 2004 examination.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Review audio recording of hearing in order and identify accurate terms to be included in proposed order and correspondence to/from Jessica Mikelson regarding same.
**Analysis / Strategy (L120)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth, chair for committee, regarding revisions to amended stipulated order requested by Liquidbits and approved by Debtors.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from Jessica Mikelson regarding modifications to be made to amended stipulated order in light of various requests from parties and instructions from Court at hearing on same.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem regarding appointment of alternative representative for Digimex.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to committee regarding results of hearing, audio of same, status of case, and upcoming motions to be filed.
**Meeting And Communication With Creditors (B150)**

| 07/12/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Case Administration (B110)**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Analysis / Strategy (L120)**

| 07/12/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Written Motions And Submissions (L430)**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Revise omnibus document request for 2004 examination motions to incorporate Committee's comments.

**Other Discovery (L390)**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Committee's comments on proposed omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research standards for substantive consolidation.
**Researching Laws (C200)**

| 07/12/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding 2004 exams.
**Other Discovery (L390)**

| 07/12/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Research regarding potential motion for substantive consolidation of debtors' estates.
**Operations (B200)**

| 07/12/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Review and revise Committee's proposed document request to the Debtors.
**Other Discovery (L390)**

| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Jessica Mickelson regarding content of audio recording of hearing and implications of same on provisions of proposed stipulated order.
**Case Administration (B110)**

| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Michael Delaney, Elizabeth Green, and Andrew Layden regarding proposed amendments to stipulated order.
**Written Motions And Submissions (L430)**

| 07/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Julie Glosson regarding audio recording of initial 341(a) meeting.
**Meeting And Communication With Creditors (B150)**

| 07/13/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to the Committee regarding proposed revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Meeting And Communication With Creditors (B150)**

| 07/13/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Finalize omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

| 07/13/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Revise the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Other Written Motions And Submissions (L250)**

07/13/14    Delaney Michael T.      350.00      1.20      420.00

Review and draft multiple responses to correspondence with Debtors' counsel regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Business Operations (B210)**

07/13/14    McDow Ashley M.      500.00      0.50      250.00

Correspondence to/from Ray Gallo regarding confidentiality of committee information.
**Meeting And Communication With Creditors (B150)**

07/13/14    McDow Ashley M.      500.00      0.20      100.00

Correspondence to/from Kevin Delport, unsecured creditor, regarding rights and remedies of general unsecured creditors in bankruptcy case.
**Meeting And Communication With Creditors (B150)**

07/13/14    McDow Ashley M.      500.00      0.20      100.00

Correspondence to/from Willem van Rooyen regarding ability of committee to "negotiate" with Liquidbits.
**Meeting And Communication With Creditors (B150)**

07/13/14    McDow Ashley M.      500.00      2.20      1,100.00

Review and revise various versions of proposed stipulated order, and correspondence to/from Elizabeth Green, Andy Layden and Michael Delaney, and counsel for Debtors.
**Other Written Motions And Submissions (L250)**

07/14/14    Delaney Michael T.      350.00      1.30      455.00

Review and draft multiple responses to correspondence from Debtors' counsel regarding stipulated order to allow the continued operation of the companies.
**Other Written Motions And Submissions (L250)**

07/14/14    Delaney Michael T.      350.00      0.30      105.00

Confer with Debtors' counsel regarding stipulated order regarding the continued operation of the companies.
**Case Administration (B110)**

07/14/14    Delaney Michael T.      350.00      0.90      315.00

Review and draft multiple responses to correspondence regarding the 2004 examinations of Monica Hushen and Eduardo de Castro and the associated document request.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.      350.00      1.00      350.00

Draft correspondence to Debtor's counsel identifying specific requests from the document request for production prior to the 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.      350.00      0.60      210.00

Draft proposed order granting motion for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.                350.00       0.20       70.00

Draft correspondence to Debtors' counsel regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.                350.00       0.30       105.00

Review/revise proof of service for motion for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.                350.00       0.90       315.00

Analyze 2004 examination document requests and prioritize document requests to identify those documents for production prior to the 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/14/14    Delaney Michael T.                350.00       0.50       175.00

Review/revise motion for 2004 examination of Monica Hushen.
**Other Written Motions And Submissions (L250)**

07/14/14    Delaney Michael T.                350.00       0.20       70.00

Draft correspondence to chambers regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.
**Other Written Motions And Submissions (L250)**

07/14/14    Delaney Michael T.                350.00       0.20       70.00

Prepare motion for 2004 examination of Monica Hushen for filing.
**Other Discovery (L390)**

07/14/14    Green Elizabeth A.                515.00       0.70       360.50

Review issues regarding case and sale proposal.
**Analysis / Strategy (L120)**

07/14/14    Green Elizabeth A.                515.00       0.70       360.50

Telephone call with Pete Siddiqui regarding issues related to case and discovery.
**Bankruptcy Related Advice (B400)**

07/14/14    Green Elizabeth A.                515.00       0.50       257.50

Revise document request regarding 2004 exams.
**Other Discovery (L390)**

07/14/14    Layden Andrew V.                 280.00       1.50       420.00

Finalize motions for 2004 examination of Monica Hushen and Eduardo de Castro.
**Other Discovery (L390)**

07/14/14    McDow Ashley M.                  500.00       0.50       250.00

Conference calls with and correspondence to/from Rob Harris, counsel for Uniquify, regarding modifications to be made to Stipulated Order.
**Meeting And Communication With Creditors (B150)**

| 07/14/14 | McDow Ashley M. | 500.00 | 4.20 | 2,100.00 |
|---|---|---|---|---|

Prepare for continued 341(a) hearings of Debtors.
**Trial And Hearing Attendance (L450)**

| 07/14/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review final version of 2004 examination of Monica Hushen and request for production of documents in support thereof and approve same for filing.
**Other Discovery (L390)**

| 07/14/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Conduct weekly committee conference call.
**Meeting And Communication With Creditors (B150)**

| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with and correspondence to/from Ori Katz, counsel for Simon Barber, regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to/from committee regarding same.
**Case Administration (B110)**

| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Jessica Mikelson regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to committee regarding same.
**Case Administration (B110)**

| 07/14/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding non-appearance of Simon Barber at 341(a) hearing, non-appearance of Eduardo for 2004 examination, status of various motions, and strategy for continued 341(a) hearing.
**Analysis / Strategy (L120)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Research Sandgate corporate records.
**Fact Investigation / Development (L110)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Debtor's counsel regarding 2004 examination of Monica Hushen and document production.
**Other Discovery (L390)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Confer with Province regarding the creation and launch of the committee's website and its content.
**Experts / Consultants (L130)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Ms. Green regarding launch of committee website and final content.
**Asset Analysis And Recovery (B120)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Research DXCorr Design corporate records.

**Fact Investigation / Development (L110)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the testimony and developments from the 341a meeting.
**Analysis / Strategy (L120)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from Mr. Gallo regarding the production/availability of non-confidential information for general unsecured creditors.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding website and sharing of information.
**Analysis / Strategy (L120)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Telephone call with Peter Siddiqui regarding issues related to confidentiality agreement.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding confidentiality agreement between debtor and committee.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Continue implementing website for general unsecured creditors.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Layden Andrew V. | 280.00 | 2.40 | 672.00 |

Draft Confidentiality Agreement between Debtors and Committee.
**Other Written Motions And Submissions (L250)**

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review correspondence with Committee regarding upcoming Rule 2004 examinations and Liquidbits' offer term sheet.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and analyze proofs of claim filed by Nathan Ruble, Christian Golbs, Uwe Schaum, Mark Fiorentino, Paul Erickson, Christopher Fetterly, and Charie Shen, and various documentation in support thereof.
**Claims Administration And Objections (B310)**

| 07/15/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | McDow Ashley M. | 500.00 | 4.80 | 2,400.00 |

Attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward.
**Trial And Hearing Attendance (L450)**

07/16/14    Delaney Michael T.      350.00      0.20      70.00

Draft correspondence to Debtors' counsel regarding executed confidentiality agreement.
**Case Administration (B110)**

07/16/14    Delaney Michael T.      350.00      0.20      70.00

Confer with Mr. Delaglio regarding application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

07/16/14    Delaney Michael T.      350.00      0.30      105.00

Confer with creditor Gary Milling regarding status of case and creation of creditor committee website.
**Meeting And Communication With Creditors (B150)**

07/16/14    Delaney Michael T.      350.00      0.40      140.00

Review proposed revisions to confidentiality agreement with the debtors for the production of documents.
**Other Written Motions And Submissions (L250)**

07/16/14    Delaney Michael T.      350.00      1.20      420.00

Review/revise application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

07/16/14    Delaney Michael T.      350.00      0.30      105.00

Review biographies to be appended to the application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

07/16/14    Delaney Michael T.      350.00      0.30      105.00

Confer with Ms. McDow regarding the proposed revisions to confidentiality agreement with the debtors for the production of documents,
**Other Written Motions And Submissions (L250)**

07/16/14    Delaney Michael T.      350.00      0.90      315.00

Review confidentiality agreement with the debtors for the production of documents.
**Other Written Motions And Submissions (L250)**

07/16/14    Green Elizabeth A.      515.00      0.40      206.00

Telephone call with Peter Siddiqui regarding proposed sale.
**Asset Disposition (B130)**

07/16/14    Green Elizabeth A.      515.00      0.30      154.50

Review changes to confidentiality agreement.
**Other Written Motions And Submissions (L250)**

07/16/14    McDow Ashley M.      500.00      0.30      150.00

Review proposed confidentiality agreement and correspondence to/from Michael Delaney regarding same.
**Other Written Motions And Submissions (L250)**

07/16/14    McDow Ashley M.      500.00      0.20      100.00

Correspondence to/from Graeme Middleton, creditor, regarding various aspects of case and rights and remedies of creditors with respect to same.

**Meeting And Communication With Creditors (B150)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze proofs of claim for Terri Avery, Look Smart, Ltd., Tom Postma, PC Central, Bryce Thomas, Alan Vit, Jason Yi, Edward Mosley, Ray Calderon, Irwin Ahmad, Adrian Coroama, Patrick Sadowski, and Monsoon Company, Inc., and analyze various documents provided in support thereof, in order to identify varying types of transactions that form basis of claims.

**Claims Administration And Objections (B310)**

| 07/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, in preparation of 2004 examination of Monica Hushen.

**Meeting And Communication With Creditors (B150)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Pete Morici regarding new information learned with respect to Monica Hushen.

**Case Administration (B110)**

| 07/16/14 | McDow Ashley M. | 500.00 | 4.40 | 2,200.00 |

Review documents, correspondence and relevant pleadings in preparation for 2004 examination of Monica Hushen.

**Other Discovery (L390)**

| 07/17/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare documents for 2004 examination of Monica Hushen.

**Other Discovery (L390)**

| 07/17/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Province regarding the filing of their employment application.

**Experts / Consultants (L130)**

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding sale.

**Analysis / Strategy (L120)**

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to sale.

**Analysis / Strategy (L120)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Paul Hguyens regarding questions to be posed of Monica Hushen at 2004 examination of same.

**Experts / Consultants (L130)**

| 07/17/14 | McDow Ashley M. | 500.00 | 6.70 | 3,350.00 |

Conduct 2004 examination of Monica Hushen.

**Other Discovery (L390)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim for Yousesef Rassi-fenni, Stacey Robinson (Robinson SM Consulting), and Thadius Boron and documents in support thereof and identify nature of claims of particular creditors.

**Claims And Plan (B300)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review questions prepared by Province to be asked of Monica Hushen at 2004 examination and correspondence to/from Paul Hgyuns of Province regarding same.
**Other Discovery (L390)**

| 07/18/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
|---|---|---|---|---|

Draft correspondence to the Committee analyzing the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed opposition to same.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |
|---|---|---|---|---|

Analyze motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and attached documentation.
**Asset Disposition (B130)**

| 07/18/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Mr. Edgeworth regarding the status of the substantive consolidation motion.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review motion for order shortening time relating to the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors.
**Written Motions And Submissions (L430)**

| 07/18/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Attend meeting regarding the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed response thereto.
**Asset Disposition (B130)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review term sheet for proposed Liquidbits transaction.
**Asset Disposition (B130)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Follow up telephone call with Peter Siddiqui regarding expedited motion and sale.
**Asset Disposition (B130)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding expedited motion and sale.
**Asset Disposition (B130)**

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Willem van Rooyen regarding designation of Ben Lindner as representative for DigiMex, and correspondence to/from Julie Glosson regarding same.
**Case Administration (B110)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.20　　100.00

Correspondence to/from members of the committee regarding the confidentiality agreement by and between the debtors and the committee.
**Meeting And Communication With Creditors (B150)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.20　　100.00

Conference call with Victor Delaglio of Province and Michael Delaney regarding recently filed motion for approval of sale and role of Province in opposition to same.
**Experts / Consultants (L130)**

07/18/14　McDow Ashley M.　　　　　500.00　　2.90　　1,450.00

Review and analyze Debtors' Motion to Sell Assets Free and Clear of Liens, and documents in support thereof, and provide detailed outline for opposition to same.
**Asset Disposition (B130)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.50　　250.00

Confer with Michael Delaney regarding content of opposition to Debtors' Motion to Sell Assets Free and Clear, including structure of same and additional legal research to be conducted with respect to same.
**Asset Disposition (B130)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.40　　200.00

Conference call with Michael Delaney and Rob Edgeworth regarding recent sale motion and approach of committee to opposition.
**Asset Disposition (B130)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.50　　250.00

Review portions of transcript from first 341(a) examination of Hashfast Technologies and confer with Elizabeth Green, Andrew Layden, and Michael Delaney regarding portions thereof to be included in Motion for Substantive Consolidation.
**Other Written Motions And Submissions (L250)**

07/18/14　McDow Ashley M.　　　　　500.00　　0.10　　50.00

Correspondence to/from Ori Katz regarding call to discuss culpability of Simon Barber.
**Case Administration (B110)**

07/19/14　Delaney Michael T.　　　　350.00　　1.00　　350.00

Strategize regarding the response the sale motion and request for application for order shortening time
**Analysis / Strategy (L120)**

07/19/14　Green Elizabeth A.　　　　515.00　　0.50　　257.50

Telephone call with Ashley McDow regarding sale motion, expedited motions and shortening time.
**Asset Disposition (B130)**

07/19/14　Green Elizabeth A.　　　　515.00　　0.40　　206.00

Review revised Term Sheet from Liquidbits.
**Asset Disposition (B130)**

07/19/14　Green Elizabeth A.　　　　515.00　　0.20　　103.00

Emails with Peter Siddiqui regarding substantive consolidation.

**Case Administration (B110)**

07/19/14    McDow Ashley M.            500.00        0.50        250.00

Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss approach of committee to Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.
**Meeting And Communication With Creditors (B150)**

07/19/14    McDow Ashley M.            500.00        0.80        400.00

Conference call with Michael Delaney, Andrew Layden, and Elizabeth Green regarding delegation of responsibilities and content of Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.
**Analysis / Strategy (L120)**

07/20/14    Green Elizabeth A.         515.00        0.80        412.00

Review 11 USC 1104 and case law in preparation for Committee call.
**Analysis / Strategy (L120)**

07/20/14    Green Elizabeth A.         515.00        1.40        721.00

Telephone call with Committee regarding sale motion, objection and strategy.
**Meeting And Communication With Creditors (B150)**

07/20/14    Layden Andrew V.           280.00        1.60        448.00

Review issues regarding Debtors' sale motion and motion to shorten time and assess basis for committee's objection to same.
**Asset Disposition (B130)**

07/21/14    Delaney Michael T.         350.00        1.20        420.00

Review/revise document request for Eduardo de Castro 2004 examination.
**Other Discovery (L390)**

07/21/14    Delaney Michael T.         350.00        4.60        1,610.00

Review transcript from 341(a) hearing.
**Analysis / Strategy (L120)**

07/21/14    Delaney Michael T.         350.00        1.10        385.00

Draft argument outline for opposition to sale motion and evidence needed to support same.
**Asset Disposition (B130)**

07/21/14    Delaney Michael T.         350.00        0.30        105.00

Draft correspondence to opposing counsel regarding document request for Eduardo de Castro 2004 examination.
**Other Discovery (L390)**

07/21/14    Delaney Michael T.         350.00        0.70        245.00

Review/revise draft opposition to application for order shortening time for sale motion.
**Written Motions And Submissions (L430)**

07/21/14    Delaney Michael T.         350.00        0.50        175.00

Confer with Mr. Edgeworth regarding potential declarations in support of the opposition to the sale motion.

**Asset Disposition (B130)**

| 07/21/14 | Garner Harry | 350.00 | 2.00 | 700.00 |
|---|---|---|---|---|

Assist with research and preparation of Committee opposition to sale motion.
**Asset Disposition (B130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Province regarding valuation.
**Experts / Consultants (L130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to case.
**Fact Witness (L410)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review Motion for sub-consolidation.
**Written Motions And Submissions (L430)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review issues regarding sales process.
**Asset Disposition (B130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Conference with Ashley McDow regarding strategy.
**Analysis / Strategy (L120)**

| 07/21/14 | Lane Deanna L | 230.00 | 0.90 | 207.00 |
|---|---|---|---|---|

Creation of a Master Case Index; loading three transcripts from the July 8 and July 15 341(a) meetings into the document management system.
**Fact Gathering (C100)**

| 07/21/14 | Layden Andrew V. | 280.00 | 4.30 | 1,204.00 |
|---|---|---|---|---|

Continue reviewing basis for, draft and finalize Committee's objection to motion to shorten time on Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/21/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |
|---|---|---|---|---|

Review Court's order granting Motion to Shorten Time; review issues regarding potential motion for reconsideration of order.
**Asset Disposition (B130)**

| 07/21/14 | Layden Andrew V. | 280.00 | 3.10 | 868.00 |
|---|---|---|---|---|

Review transcripts of 341(a) meeting; docket for issues relating to substantive consolidations.
**Meeting And Communication With Creditors (B150)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft declaration in support of the motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates.
**Written Motions And Submissions (L430)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review and revise motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates
**Written Motions And Submissions (L430)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft email to potential overbidder for the sale of the Debtors businessor their assets.
**Asset Disposition (B130)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft responses to multiple correspondence from Debtors' counsel regarding the production of documents.
**Other Discovery (L390)**

| 07/22/14 | Delaney Michael T. | 350.00 | 6.90 | 2,415.00 |

Continue reviewing transcript from 341(a) hearing.
**Analysis / Strategy (L120)**

| 07/22/14 | Delaney Michael T. | 350.00 | 2.20 | 770.00 |

Review and analyze proposed alternate reorganization from Eduardo de Castro regarding franchising the mining operations.
**Business Operations (B210)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding documents to be produced.
**Other Discovery (L390)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to sale motion and delivery of documents.
**Asset Disposition (B130)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding consent to sub-consolidation motion.
**Case Administration (B110)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.
**Asset Disposition (B130)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Draft motion to shorten time, declaration in support and order granting motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Layden Andrew V. | 280.00 | 3.90 | 1,092.00 |

Draft substantive consolidation motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Layden Andrew V. | 280.00 | 2.10 | 588.00 |

Review transcripts of Section 341 meetings of creditors for facts relating to potential substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 07/22/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Research regarding basis for substantive consolidation motion.
**Written Motions And Submissions (L430)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the Willem van Rooyen declaration in support of opposition to the sale motion.
**Analysis / Strategy (L120)**

| 07/23/14 | Delaney Michael T. | 350.00 | 5.40 | 1,890.00 |

Draft opposition to motion to sell substantially all of the Debtors' assets to Liquidbits.
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates and supporting documents
**Written Motions And Submissions (L430)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Willem van Rooyen regarding declaration in support of opposition to the sale motion
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Review and analyze sale motion and supporting documents.
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 4.80 | 1,680.00 |

Continue review of transcript of continued 341(a) meeting.
**Analysis / Strategy (L120)**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 35

07/23/14    Garner Harry                    350.00        0.80          280.00
Correspondence with Province regarding additional disclosure for retention application; finalize, file and direct service of same.
**Fee - Employment Application (B160)**

07/23/14    Green Elizabeth A.              515.00        0.80          412.00
Review issues regarding DIP lending and asset information.
**Asset Disposition (B130)**

07/23/14    Green Elizabeth A.              515.00        0.80          412.00
Review issues regarding objection to sale motion.
**Analysis / Strategy (L120)**

07/23/14    Green Elizabeth A.              515.00        0.90          463.50
Review issues regarding affidavits in opposition of sale motion.
**Asset Disposition (B130)**

07/23/14    Layden Andrew V.                280.00        1.30          364.00
Review issues regarding opposition to sale motion, and draft affidavit of Jody Bloodworth.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.              350.00        0.60          210.00
Research regarding proposed sale without overbid in preparation of opposition to sale motion.
**Analysis / Strategy (L120)**

07/24/14    Delaney Michael T.              350.00        0.50          175.00
Begin reviewing transcript of 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/24/14    Delaney Michael T.              350.00        0.50          175.00
Research requirements for sale under 363(b) in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.              350.00        0.70          245.00
Review/revise declaration of Ashley McDow in support of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.              350.00        1.20          420.00
Research standards for assuming executory contracts in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.              350.00        0.80          280.00
Research regarding 363(m) good faith findings and the limitations placed thereon in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.              350.00        0.60          210.00
Research standards regarding sales free and clear of liens under 363(f) in preparation of opposition to sale motion.

**Asset Disposition (B130)**

| 07/24/14 | Garner Harry | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Draft McDow declaration in support of committee's sale objection.
**Asset Disposition (B130)**

| 07/24/14 | Garner Harry | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research regarding Northern District of California's asset sale procedures and guidelines regarding sub rosa plans.
**Analysis / Strategy (L120)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review information from Debtors regarding call related to sale motion.
**Asset Disposition (B130)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding objection to sale motion.
**Bankruptcy Related Advice (B400)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review and revise affidavits for opposition to sale.
**Asset Disposition (B130)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui, Monica Hushen, Committee chair, and Ashley McDow regarding sale and alternatives.
**Asset Disposition (B130)**

| 07/24/14 | Kepple Brandon E | 370.00 | 0.80 | 296.00 |
|---|---|---|---|---|

Telephone call with Mr. Layden to discuss the term sheet proposed by Liquidbits Corp; review the term sheet provided by Mr. Layden; meet with Mr. Layden to discuss the status of the case and letter of intent.
**Asset Disposition (B130)**

| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |
|---|---|---|---|---|

Load the transcript of the 2004 Examination of Monica Hushen to the document management system and Master File Index.
**Fact Gathering (C100)**

| 07/24/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |
|---|---|---|---|---|

Review issues regarding potential purchasers and affidavits in opposition to Debtors' sale motion.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |
|---|---|---|---|---|

Multiple telephone call with Mr. Van Rooyen and draft affidavit of Digimex in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |
|---|---|---|---|---|

Draft affidavit of Jody Bloodworth in opposition to Sale Motion.
**Asset Disposition (B130)**

07/24/14   Layden Andrew V.    280.00    1.50    420.00

Telephone call regarding and review expert analysis of Province Inc. in connection with opposition to Debtor's Sale Motion.
**Asset Disposition (B130)**

07/24/14   Layden Andrew V.    280.00    2.00    560.00

Multiple telephone calls with Mr. Shawn O'Connor in preparation of affidavit of Timefire in opposition to Debtors' Sale Motion. Draft affidavit in support of opposition.
**Asset Disposition (B130)**

07/25/14   Delaney Michael T.    350.00    0.40    140.00

Review purported due diligence provided by Debtors' counsel.
**Analysis / Strategy (L120)**

07/25/14   Delaney Michael T.    350.00    0.50    175.00

Review declaration of Digimex in support of opposition to sale motion and prepare same for filing.
**Asset Disposition (B130)**

07/25/14   Delaney Michael T.    350.00    0.60    210.00

Review and analyze the declaration of Province in support of opposition to sale motion.
**Asset Disposition (B130)**

07/25/14   Delaney Michael T.    350.00    0.50    175.00

Review/revise declaration of Ashley McDow in support of opposition to sale motion.
**Analysis / Strategy (L120)**

07/25/14   Delaney Michael T.    350.00    0.30    105.00

Confer with Ms. McDow regarding the declaration of Ashley McDow in support of opposition to sale motion.
**Asset Disposition (B130)**

07/25/14   Delaney Michael T.    350.00    1.80    630.00

Review transcript of 2004 examination of Monica Hushen.
**Other Discovery (L390)**

07/25/14   Delaney Michael T.    350.00    0.40    140.00

Prepare final version of opposition to sale motion for filing.
**Asset Disposition (B130)**

07/25/14   Delaney Michael T.    350.00    0.50    175.00

Prepare exhibits to declaration of Ashley McDow in support of opposition to sale motion.
**Asset Disposition (B130)**

07/25/14   Green Elizabeth A.    515.00    0.50    257.50

Review issues regarding sale hearing.
**Asset Disposition (B130)**

07/25/14   Layden Andrew V.    280.00    1.80    504.00

Review issues regarding and draft affidavit of Province Inc. in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

07/25/14   Layden Andrew V.     280.00     0.80     224.00

Revise and finalize affidavit of Province Inc. in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

07/26/14   Green Elizabeth A.     515.00     0.40     206.00

Review issues regarding court order on sale motion.
**Analysis / Strategy (L120)**

07/26/14   Layden Andrew V.     280.00     1.00     280.00

Review issues regarding revisions to and execution of affidavits of Province Inc., Digimex, Timefire and Bloodworth in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

07/27/14   Green Elizabeth A.     515.00     0.40     206.00

Telephone call with Pete Siddiqui regarding court order related to sale.
**Asset Disposition (B130)**

07/27/14   Green Elizabeth A.     515.00     0.90     463.50

Review issues for Committee call regarding next steps.
**Case Administration (B110)**

07/27/14   Green Elizabeth A.     515.00     1.60     824.00

Telephone call with Committee regarding next steps.
**Case Administration (B110)**

07/27/14   McDow Ashley M.     500.00     1.60     800.00

Conference call with committee and Elizabeth Green regarding approach for hearing on Motion to Approve Sale of Assets and approach for case moving forward in light of tentative ruling from Court on same.
**Asset Disposition (B130)**

07/28/14   Garner Harry     350.00     0.60     210.00

Assist with finalizing declarations in support of sale objection; discuss same with Delaney.
**Asset Disposition (B130)**

07/28/14   Green Elizabeth A.     515.00     0.70     360.50

Telephone call with Peter Siddiqui regarding meet and confer ordered by Court.
**Court Mandated Conferences (L230)**

07/28/14   Green Elizabeth A.     515.00     0.60     309.00

Telephone call with Peter Siddiqui and Ashley McDow regarding meet and confer.
**Court Mandated Conferences (L230)**

07/28/14   Green Elizabeth A.     515.00     1.10     566.50

Attend telephonic hearing on Application to Approve Sale of Assets.
**Trial And Hearing Attendance (L450)**

07/28/14   Layden Andrew V.     280.00     0.70     196.00

Review Term Sheet filed by the Debtors' and note regarding propoed sale.
**Asset Disposition (B130)**

| 07/28/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Meeting with Eduardo Decastro and Craig Stuppi regarding viability of alternative exit strategy moving forward
**Analysis / Strategy (L120)**

| 07/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Approving Official Committee of Unsecured Creditors' Application to Employ Baker Hostetler as General Bankruptcy Counsel and confirm no interlineations made by Court.
**Fee - Employment Application (B160)**

| 07/28/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding approach moving forward in light of same.
**Trial And Hearing Attendance (L450)**

| 07/28/14 | Payne Tiffany D. | 360.00 | 0.20 | 72.00 |

Review judge's docket order; correspondence with L. Green regarding same.
**Case Administration (B110)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 2.80 | 1,442.00 |

Review issues regarding plan and proposal for debtors.
**Plan And Disclosure Statement (B320)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Pete Siddiqui regarding issues related to case.
**Case Administration (B110)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding proposals.
**Asset Disposition (B130)**

| 07/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Robert Edgeworth, chair of committee, regarding recent correspondence from Monica Hushen and appropriate response to same in light of posture of case
**Case Administration (B110)**

| 07/29/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Conference call with Rob Edgeworth, Eduardo DeCastro, and Craig Stuppi regarding details of alternative exit strategy
**Case Administration (B110)**

| 07/29/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Review "emerging" proposal from Monica Hushen regarding authority to exceed scope of stipulated order and correspondence to/from Monica Hushen, committee and representatives of Province regarding same
**Case Administration (B110)**

| 07/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with Rob Edgeworth, chair of committee, and representatives of Province regarding details of alternative plan

**Analysis / Strategy (L120)**

| 07/30/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Analyze potential options for competing plan and additional support for substantive consolidation motion
**Asset Disposition (B130)**

| 07/30/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and analyze correspondence regarding proposed Liquidbits bulk sale and license agreement
**Asset Disposition (B130)**

| 07/30/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Prepare for and attend conference call with Committee regarding proposed Liquidbits bulk sale and license agreement and timing of the motion to appoint trustee
**Asset Disposition (B130)**

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Telephone call with Pete Siddiqui, Monica and William regarding proposal.
**Asset Disposition (B130)**

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review Trustee issues.
**Pleadings (L210)**

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding meeting related to issues related to proposal.
**Asset Disposition (B130)**

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with William regarding proposal.
**Bankruptcy Related Advice (B400)**

| 07/30/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review William proposal.
**Bankruptcy Related Advice (B400)**

| 07/30/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Elizabeth Green regarding results of committee call and recent discussions with Debtors' counsel
**Case Administration (B110)**

| 07/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Monica Hushen regarding rejection of committee to proposal to exceed authority under stipulated order
**Case Administration (B110)**

| 07/30/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Review documents produced by Debtors, including order reports, bank "ledgers," and communications relating to attempts to procure DIP financing and to pursue alternative exit strategies, identify portions to be included in potential motion for appointment of Chapter 11 trustee, and confer with Rob Edgeworth, chair of committee, regarding same

**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 07/30/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Conduct committee call regarding advancing hearing on motion to appoint trustee
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to meeting.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Provide comments to proposal.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review proposal from Rob Edgeworth regarding plan to go forward with HashFast.
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Monica Hushen, Peter Siddiqui and Willem von Roon regarding questions related to operations.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |

Review alternative plan proposed by Rob Edgeworth, identify potential hurdles to same, and confer with Rob Edgeworth regarding content of same.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ralph Crowder regarding claim in case and overall status of same. Correspondence with Mr. Crowder regarding claim in case and overall status of same.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise Notice of Hearing on Substantive Consolidation motion.
**Written Motions And Submissions (L430)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz regarding recent information relating to potential "purchase" of next generation chip
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Elizabeth Green regarding strategy for response to Monica Hushen and evaluation of various plans presented by committee members.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Eduardo DeCastro regarding alternative exit strategies.
**Plan And Disclosure Statement (B320)**

07/31/14    McDow Ashley M.                  500.00          0.30          150.00

Conference call with Corey Weiss, creditor of Hashfast Technologies, regarding nature of claim and process in general.
**Meeting And Communication With Creditors (B150)**

08/01/14    Green Elizabeth A.               515.00          0.40          206.00

Telephone call with Peter Siddiqui regarding issues related to plan.
**Plan And Disclosure Statement (B320)**

08/01/14    Green Elizabeth A.               515.00          1.20          618.00

Review proposal of Committee regarding bitcoin sales.
**Asset Disposition (B130)**

08/01/14    Lane Deanna L                    230.00          0.20          46.00

Load transcript of the 2004 Examination of Eduardo de Castro to the DMS and Master File Index.
**Fact Gathering (C100)**

08/01/14    McDow Ashley M.                  500.00          0.50          250.00

Conference call with Shawn O'Conner regarding suggestions for alternative plan.
**Meeting And Communication With Creditors (B150)**

08/01/14    McDow Ashley M.                  500.00          1.80          900.00

Review alternative plans proposed by Guido and Willem and identify potential bankruptcy hurdles with respect to same in preparation for committee call to discuss all proposed plans.
**Pleadings (L210)**

08/01/14    McDow Ashley M.                  500.00          0.80          400.00

Correspondence to Debtors' counsel regarding alternative plan proposal.
**Plan And Disclosure Statement (B320)**

08/01/14    McDow Ashley M.                  500.00          0.20          100.00

Review Notice of Assumption and Cure Amount With Respect to Executory Contracts or Unexpired Leases and assess need to object in light of denial/withdrawal of sale motion.
**Assumption - Rejection Of Leases And Contracts (B185)**

08/01/14    McDow Ashley M.                  500.00          0.40          200.00

Review and analyze Monthly Operating Report for June, identify specific questions to be asked, and identify how to address irregularities in same.
**Case Administration (B110)**

08/01/14    McDow Ashley M.                  500.00          0.10          50.00

Review Stipulation to Extend Deadline for Specifying Cure Amount Owing To Uniquify and assess whether need for committee to object.
**Pleadings (L210)**

08/01/14    McDow Ashley M.                  500.00          2.50          1,250.00

Committee call regarding alternative plan(s) to be proposed to Debtors.
**Case Administration (B110)**

| 08/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro regarding developments with respect to various employees and affiliates of Debtors.
**Case Administration (B110)**

| 08/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding recent developments in case.
**Case Administration (B110)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review documents produced by HashFast.
**Other Discovery (L390)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Conference with Rob Edgeworth and Ashley McDow regarding settlement meeting.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Compose and respond to emails from and to Pete Siddiqui regarding meeting agenda and documents.
**Case Administration (B110)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding proposal for mining and other alternatives in preparation for settlement meeting.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review monetary issues related with alternative proposals and cost estimates.
**Bankruptcy Related Advice (B400)**

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Prepare for settlement negotiations with Debtor, including reviewing relevant pleadings, documents, and correspondence and confer with Elizabeth Green and Rob Edgeworth regarding same.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Eduardo DeCastro regarding most recent reports submitted.
**Case Administration (B110)**

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, and Elizabeth Green in preparation for all hands on settlement meeting with Debtors.
**Settlement / Nonbinding Adr (L160)**

| 08/05/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Meeting with debtor regarding potential committee or consensual plan.
**Plan And Disclosure Statement (B320)**

| 08/05/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Meeting with Ms. McDow and Mr. Edgeworth regarding proposed consensual plan.

**Plan And Disclosure Statement (B320)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 6.50 | 3,347.50 |

Attend meeting with Committee and Debtors regarding potential settlement.
**Settlement / Nonbinding Adr (L160)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Attendance on call with Committee.
**Case Administration (B110)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Prepare email to Pete Siddiqui regarding agreements at meeting.
**Bankruptcy Related Advice (B400)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Prepare for Committee meeting.
**Meeting And Communication With Creditors (B150)**

| 08/05/14 | McDow Ashley M. | 500.00 | 7.90 | 3,950.00 |

Settlement negotiation meeting with Debtor.
**Settlement / Nonbinding Adr (L160)**

| 08/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with committee regarding results of settlement negotiations and steps moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 08/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Eduardo DeCastro regarding concerns relating to Sean Taffler.
**Case Administration (B110)**

| 08/05/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Elizabeth Green and Rob Edgeworth regarding results of settlement negotiation and steps moving forward in light of same.
**Settlement / Nonbinding Adr (L160)**

| 08/06/14 | Beckmann Silvia Elena | 180.00 | 0.80 | 144.00 |

Prepare 2004 Examination summary of Monica Hushen.
**Depositions (L330)**

| 08/06/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Prepare outline of action items.
**Other Cases Assessment, Development And Administration (L190)**

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Status Conference.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                    500.00       0.30        150.00

Review proofs of claim filed by Benjamin Beckwith, Daniel Casacci, Wolfgang Riedel, Fabio Miceli, Alexey Minchenkov, Maximin Parotte, Kevin Fu Hong Yee, Damon Jiang,Seth Duppstadt, Tony Hoang, Dominic Froud, Roland Payu Harris, Mark Pescatrice, Matrice Consulting LLC, Donald Weinberg, Craig LaShot, Ryan Stonn, Hot Sun, Anthony Lauck, Jeremy L. Johnson, Shaun Kelly, and Youssef Raiss-Elfenni and assess nature of claims and creditors, particularly in light of newly defined alternative exit strategy.
**Claims Administration And Objections (B310)**

08/06/14    McDow Ashley M.                    500.00       0.10         50.00

Correspondence to/from Elizabeth Green and Andrew Layden regarding content and updating of website for creditor body.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                    500.00       0.20        100.00

Conference call with Peter Kravitz regarding manner in which to handle certain matters in "transition" period.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                    500.00       0.10         50.00

Correspondence from Peter Siddiqui regarding scope of CRO powers and correspondence to committee regarding same.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                    500.00       0.30        150.00

Review potential retention agreement for Province (Kravitz) as CRO and correspondence regarding modifications to be made to same.
**Business Operations (B210)**

08/06/14    McDow Ashley M.                    500.00       0.30        150.00

Conference call with Eduardo DeCastro and Rob Edgeworth regarding recent developments with respect to Sean Taffler.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                    500.00       0.50        250.00

Conference call with Pete Saddiqui regarding status update to be provided to UST and Court, conference call with Pete Siddiqui and Julie Glosson regarding same, and telephone call to Court regarding setting special status conference.
**Case Administration (B110)**

08/07/14    Beckmann Silvia Elena              180.00       3.00        540.00

Continue summarizing 2004 Examination of Monica Hushen.
**Depositions (L330)**

08/07/14    Delaney Michael T.                350.00       0.30        105.00

Review and draft response to correspondence from Province regarding launch of Committee website.
**Case Administration (B110)**

08/07/14    Green Elizabeth A.                515.00       0.50        257.50

Review issues regarding Agreement with Debtors and CRO.

### Pleadings (L210)

08/07/14   Layden Andrew V.     280.00     1.60     448.00

Draft report from Committee to creditors regarding status of case.
**Meeting And Communication With Creditors (B150)**

08/07/14   Layden Andrew V.     280.00     0.50     140.00

Review issues regarding status of case and website.
**Bankruptcy Related Advice (B400)**

08/07/14   McDow Ashley M.     500.00     0.20     100.00

Correspondence to/from Peter Kravitz regarding status of CRO retention agreement.
**Case Administration (B110)**

08/08/14   Delaney Michael T.     350.00     0.40     140.00

Review United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.
**Dispositive Motions (L240)**

08/08/14   Delaney Michael T.     350.00     0.30     105.00

Confer with Ms. McDow and Ms. Green regarding the United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.
**Written Motions And Submissions (L430)**

08/08/14   Delaney Michael T.     350.00     0.90     315.00

Prepare for and attend status conference.
**Trial And Hearing Attendance (L450)**

08/08/14   Green Elizabeth A.     515.00     0.40     206.00

Telephone conference with Peter Siddiqui regarding issues related to reappointment of Trustee.
**Case Administration (B110)**

08/08/14   Green Elizabeth A.     515.00     0.90     463.50

Attend telephonic hearing regarding status conference.
**Case Administration (B110)**

08/08/14   Green Elizabeth A.     515.00     0.40     206.00

Telephone call with Ashley McDow regarding issues related to Motion to Appoint a Trustee.
**Written Motions And Submissions (L430)**

08/08/14   Layden Andrew V.     280.00     1.30     364.00

Review issues regarding and draft proposed notice to creditors of website.
**Case Administration (B110)**

08/08/14   McDow Ashley M.     500.00     0.50     250.00

Review and analyze Motion of United States Trustee to Appoint Chapter 11 Trustee or, in Alternative, to Convert Case to Chapter 7 and assess manner in which committee should respond based upon recent agreement regarding appointment of CRO.
**Dispositive Motions (L240)**

08/08/14    McDow Ashley M.                    500.00      0.30      150.00

Review proof of claim and documents in support thereof (including Order Confirmation Agreement and Memorandum of Understanding) filed by Liquidbits, identify bases upon which to object, and correspondence to/from Peter Siddiqui regarding same.
**Claims Administration And Objections (B310)**

08/08/14    McDow Ashley M.                    500.00      0.20      100.00

Conference call with Craig Stuppi, counsel for Eduardo DeCastro, regarding Motion to Appoint Chapter 11 Trustee filed by UST.
**Dispositive Motions (L240)**

08/08/14    McDow Ashley M.                    500.00      0.30      150.00

Conference call with Elizabeth Green regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.
**Written Motions And Submissions (L430)**

08/08/14    McDow Ashley M.                    500.00      0.30      150.00

Conference call with Rob Edgeworth and correspondence to/from Pete Morici regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.
**Meeting And Communication With Creditors (B150)**

08/08/14    McDow Ashley M.                    500.00      0.20      100.00

Conference call with Elizabeth Green regarding results of status conference, and manner in which to proceed with substantive consolidation in particular.
**Dispositive Motions (L240)**

08/08/14    McDow Ashley M.                    500.00      1.00      500.00

Telephonically attend status conference.
**Trial And Hearing Attendance (L450)**

08/09/14    McDow Ashley M.                    500.00      1.20      600.00

Confer with Peter Kravitz regarding process relating to implementation of CRO.
**Business Operations (B210)**

08/11/14    Delaney Michael T.                 350.00      0.40      140.00

Draft proposed correspondence to debtor's counsel regarding the notice of assumption of executory contracts and confer with Ms. McDow regarding the same.
**Assumption - Rejection Of Leases And Contracts (B185)**

08/11/14    Layden Andrew V.                   280.00      1.10      308.00

Continue review of issues regarding proposed notice to creditors of Committee website and other information.
**Administration (B100)**

08/11/14    McDow Ashley M.                    500.00      0.40      200.00

Conference call with Eduardo DeCastro and Rob Edgeworth regarding process relating to implementation of CRO.
**Business Operations (B210)**

| 08/12/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare for and attend creditor committee status conference call.
**Meeting And Communication With Creditors (B150)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review and revise Notice to Creditors.
**Case Administration (B110)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues related to CRO retention in light of status conference.
**Business Operations (B210)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding website for all creditors.
**Case Administration (B110)**

| 08/12/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Finalize proposed notice to unsecured creditor and draft correspondence to Ms. Green regarding same.
**Meeting And Communication With Creditors (B150)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Attend weekly committee call.
**Case Administration (B110)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui and to/from Peter Kravitz regarding status of retention agreement for CRO.
**Business Operations (B210)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim filed by Eric Christmas, American Arbitration Association, Jiongye Li, Muhammad Zahid Faruqi, and Peter Smallwood and documents in support thereof and assess nature of claims of recent claimants.
**Claims Administration And Objections (B310)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Elizabeth Green regarding modifications to be made to retention agreement for CRO.
**Business Operations (B210)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise Notice of Rescheduled Hearing on Motion for Substantive Consolidation.
**Written Motions And Submissions (L430)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding CRO Engagement Letter and revise same.
**Administration (B100)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding Engagement Letter and concerns.

**Case Administration (B110)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding notice to creditors and obligations of committee to all creditors for reporting purposes.
**Meeting And Communication With Creditors (B150)**

| 08/13/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |
|---|---|---|---|---|

Review issues regarding adding additional content to Committee Website.
**Administration (B100)**

| 08/13/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |
|---|---|---|---|---|

Finalize notice to unsecured creditors.
**Meeting And Communication With Creditors (B150)**

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding CRO letter.
**Administration (B100)**

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Emails to Peter Siddiqui regarding Engagement Letter of CRO.
**Administration (B100)**

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding Engagement letter, revise same regarding CRO.
**Administration (B100)**

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Committee call regarding retention of Peter Kravitz as CRO and business developments since same.
**Case Administration (B110)**

| 08/15/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding status of business operations, including resignation of CEO and cancellation of orders, and plan moving forward in light of same.
**Business Operations (B210)**

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Review and analyze amendments to Statement of Financial Affairs, Summary of Schedules, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims and evaluate impact of amendments and manner in which to address same.
**Business Operations (B210)**

| 08/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review proof of claim and documents in support thereof filed by Franchise Tax Board and assess potential impact of same on ability to sell wafers and/or chips and/or procure DIP financing secured by same.
**Claims Administration And Objections (B310)**

08/15/14   McDow Ashley M.                    500.00        0.10        50.00

Review entered Order Approving Stipulation to Continue Pretrial Conference and Related Dates and Deadlines in Adversary Proceeding relating to non-dischargeability and assess impact of changes of Court on trustee's own intentions moving forward.
**Analysis / Strategy (L120)**

08/17/14   McDow Ashley M.                    500.00        0.60        300.00

Conference call with Peter Siddiqui, counsel for Debtor, and Peter Kravitz, newly appointed CRO, regarding plan moving forward in light of current status of business operations.
**Business Operations (B210)**

08/17/14   McDow Ashley M.                    500.00        0.40        200.00

Confer with Peter Kravitz, newly appointed CRO, regarding manner in which to proceed with wafer and chip sales in light of cash flow issues and potential alternatives to previous proposal.
**Asset Disposition (B130)**

08/18/14   McDow Ashley M.                    500.00        0.50        250.00

Conference call with Peter Kravitz, Craig Stuppi, Eduardo DeCastro and Rob Edgeworth regarding status of case since CRO appointment.
**Analysis / Strategy (L120)**

08/18/14   McDow Ashley M.                    500.00        0.20        100.00

Conference call with Robert Edgeworth regarding designation of Davide as alternate representative for Antony Vo.
**Other Discovery (L390)**

08/18/14   McDow Ashley M.                    500.00        0.20        100.00

Conference call with and correspondence to/from Rob Edgeworth regarding 2004 examinations of Simon Barber and Tim Wong.
**Written Discovery (L310)**

08/18/14   McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Eduardo DeCastro regarding status of business operations and correspondence to Peter Kravitz and Victor Delaglio regarding same.
**Business Operations (B210)**

08/18/14   McDow Ashley M.                    500.00        0.10        50.00

Correspondence to/from Peter Hendrickson, creditor in case, regarding modification to be made to contact information.
**Case Administration (B110)**

08/19/14   Delaney Michael T.                 350.00        0.20        70.00

Review and revise notice of withdrawal of Province employment application.
**Fee - Employment Application (B160)**

08/19/14   Layden Andrew V.                   280.00        0.20        56.00

Finalize notice to unsecured creditors.
**Administration (B100)**

08/19/14    McDow Ashley M.                500.00        0.10        50.00

Review proof of claim filed by Michael McGugan, Michael Desotell, and Nick Simmons and documents in support thereof and attempt to identify whether any creditors are potentially suitable for purchase of assets remaining in Hashfast.
**Claims Administration And Objections (B310)**

08/19/14    McDow Ashley M.                500.00        0.10        50.00

Correspondence to/from Robert Stehr, creditor, regarding status of bankruptcy case.
**Meeting And Communication With Creditors (B150)**

08/19/14    McDow Ashley M.                500.00        0.10        50.00

Telephone calls to/from Peter Siddiqui regarding potential offer to be received from Liquidbits.
**Asset Disposition (B130)**

08/20/14    Damji Lisa I                   510.00        0.30        153.00

Strategize with Ms. McDow regarding business operations and 2004 examinations.
**Business Operations (B210)**

08/20/14    McDow Ashley M.                500.00        0.60        300.00

Conference call with Ori Katz regarding potential settlement with Simon, position on substantive consolidation motion, and scheduling of 2004 examination.
**Written Discovery (L310)**

08/20/14    McDow Ashley M.                500.00        0.30        150.00

Confer with Lisa Damji regarding status of case, including 2004 examinations, and business operations.
**Business Operations (B210)**

08/20/14    McDow Ashley M.                500.00        0.10        50.00

Correspondence to/from Julie Glosson regarding claim(s) of Hamilton Hee and Elton Seah.
**Claims Administration And Objections (B310)**

08/20/14    McDow Ashley M.                500.00        0.30        150.00

Review proofs of claim and agreements in support thereof in order to determine potential offsets against Liquidbits and viability of claim in light of revised offer to purchase assets.
**Claims Administration And Objections (B310)**

08/20/14    McDow Ashley M.                500.00        0.20        100.00

Review Debtor's Application For Order Approving Peter Kravitz as the successor responsible individual and Debtor's Statement of Appointment of Peter Kravitz as the successor individual, with the cessation of Monica Hushen, and confirm nothing therein is inconsistent with retention agreement of Peter Kravitz as CRO.
**Business Operations (B210)**

08/21/14    McDow Ashley M.                500.00        0.30        150.00

Conference call with Peter Kravitz, Victor Delaglio, and Peter Siddiqui regarding status of business operations since implementation of CRO.
**Business Operations (B210)**

08/21/14   McDow Ashley M.                 500.00        0.20        100.00

Confer with Rob Edgeworth, chair of committee, regarding business operations update.
**Meeting And Communication With Creditors (B150)**

08/21/14   McDow Ashley M.                 500.00        0.90        450.00

Conference call with Victor Delaglio regarding business operations since implementation of CRO, including recent sales of inventory, likely future sales, and need for alternate exit strategies.
**Business Operations (B210)**

08/21/14   McDow Ashley M.                 500.00        0.20        100.00

Correspondence to/from Peter Morici regarding Hashfast D&O policy.
**Meeting And Communication With Creditors (B150)**

08/21/14   McDow Ashley M.                 500.00        0.30        150.00

Review and analyze Supply Agreement and Addendum thereto for Ciara and correspondence to/from Victor Delaglio regarding same.
**Business Operations (B210)**

08/22/14   Green Elizabeth A.              515.00        0.60        309.00

Telephone call with Simon Barber, Victor Delgado and Mike Swope regarding patents.
**Asset Analysis And Recovery (B120)**

08/22/14   Green Elizabeth A.              515.00        0.30        154.50

Review schedules regarding patents.
**Analysis / Strategy (L120)**

08/22/14   Layden Andrew V.                280.00        0.20        56.00

Finalize proof of service of notice to all unsecured creditors.
**Case Administration (B110)**

08/22/14   McDow Ashley M.                 500.00        0.20        100.00

Correspondence to/from Rob Edgeworth regarding involvement of Hamilton Hee within the committee and correspondence to Julie Glosson regarding same.
**Meeting And Communication With Creditors (B150)**

08/22/14   McDow Ashley M.                 500.00        0.30        150.00

Conference call with Rob Harris regarding resolution with Uniquify to release inventory in order to fulfill orders.
**Meeting And Communication With Creditors (B150)**

08/22/14   McDow Ashley M.                 500.00        0.30        150.00

Conference call with Sam Ha regarding status of case and correspondence to Sam Ha regarding Notice of Creditors.
**Meeting And Communication With Creditors (B150)**

08/22/14   McDow Ashley M.                 500.00        0.40        200.00

Conference call with Julie Glosson regarding status of case, including business operations since CRO was appointed, position of committee with respect to motion of UST to appoint Chapter 11 trustee or convert, and Hamilton Hee.

**Business Operations (B210)**

| 08/22/14 | Swope Michael J. | 555.00 | 1.00 | 555.00 |
|---|---|---|---|---|

Consult with president of Hashfast regarding patent applications.
**Asset Analysis And Recovery (B120)**

| 08/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Regan Reckman regarding status of case and filing a proof of claim.
**Meeting And Communication With Creditors (B150)**

| 08/25/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Review and draft response to correspondence from William Gouger regarding status of case and filing a proof of claim.
**Claims Administration And Objections (B310)**

| 08/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review notice to creditors regarding status of case and case information.
**Case Administration (B110)**

| 08/26/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Research regarding permissive versus mandatory conversion of bankruptcy case.
**Written Motions And Submissions (L430)**

| 08/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |
|---|---|---|---|---|

Analyze US Trustee motion to appoint trustee and supporting documents.
**Written Motions And Submissions (L430)**

| 08/26/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |
|---|---|---|---|---|

Start drafting opposition to US Trustee motion to appoint trustee.
**Written Motions And Submissions (L430)**

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Trustee response.
**Case Administration (B110)**

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Further, telephone call with Peter Siddiqui regarding Trustee response.
**Case Administration (B110)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, CRO, regarding status of business operations and plan moving forward, including potential additional sources of capital and settlement with Simon Barber.
**Business Operations (B210)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Michael Pryor, creditor of Hashfast, regarding claims process and disposition of estate assets.
**Meeting And Communication With Creditors (B150)**

08/26/14    McDow Ashley M.                    500.00      0.20       100.00

Conference call with Rob Edgeworth, chair of committee, regarding how to proceed in light of absence of Hamilton Hee and appointment of Davide Cavion as alternate for Antony Vo.
**Case Administration (B110)**

08/26/14    McDow Ashley M.                    500.00      0.10        50.00

Correspondence to Ed Smith regarding status of committee's review of proposal of Liquidbits to purchase assets of Debtor(s).
**Asset Disposition (B130)**

08/26/14    McDow Ashley M.                    500.00      1.10       550.00

Weekly committee call regarding Liquidbits offer and status of business operations.
**Asset Disposition (B130)**

08/27/14    Delaney Michael T.                 350.00      0.30       105.00

Confer with debtors' counsel regarding preparation of Kravitz declaration in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

08/27/14    Delaney Michael T.                 350.00      0.30       105.00

Review declaration of Mr. Kravitz in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

08/27/14    Delaney Michael T.                 350.00      1.20       420.00

Research regarding standards and bases for converting bankruptcy case under section 1112(b).
**Written Motions And Submissions (L430)**

08/27/14    Delaney Michael T.                 350.00      6.70     2,345.00

Draft Committee opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

08/27/14    Delaney Michael T.                 350.00      1.10       385.00

Analyze debtors' opposition to motion to appoint trustee or convert bankruptcy case and supporting documents.
**Written Motions And Submissions (L430)**

08/27/14    Delaney Michael T.                 350.00      1.80       630.00

Research regarding standards and bases for appointing trustee under section 1104.
**Written Motions And Submissions (L430)**

08/27/14    Green Elizabeth A.                 515.00      0.30       154.50

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.
**Dispositive Motions (L240)**

08/27/14    Green Elizabeth A.                 515.00      0.30       154.50

Review issues regarding Trustee motion.
**Dispositive Motions (L240)**

08/27/14    Layden Andrew V.              280.00      0.80      224.00

Review issues regarding committee's website and potential improvements to same.
**Administration (B100)**

08/27/14    McDow Ashley M.              500.00      0.30      150.00

Conference call with Peter Siddiqui and Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.              500.00      0.20      100.00

Conference call with Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.              500.00      0.20      100.00

Confer with Elizabeth Green regarding approach for opposition to UST Motion to Appoint Trustee or Convert.
**Dispositive Motions (L240)**

08/27/14    McDow Ashley M.              500.00      0.30      150.00

Conference calls with Vic Delaglio regarding content of Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.              500.00      0.90      450.00

Review and revise Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.              500.00      0.10      50.00

Correspondence to Ed Smith, counsel for Liquidbits, regarding status of response of committee to most recent term sheet submitted.
**Asset Disposition (B130)**

08/27/14    McDow Ashley M.              500.00      0.20      100.00

Review Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case to Chapter 7 and assess need to address issues which were omitted therein in supplemental declaration.
**Written Motions And Submissions (L430)**

08/28/14    Delaney Michael T.            350.00      0.20      70.00

Review and draft response from creditor regarding status of bankruptcy case.
**Meeting And Communication With Creditors (B150)**

08/28/14    Green Elizabeth A.            515.00      0.50      257.50

Telephone call with Peter Siddiqui regarding issues related to Trustee hearing.
**Case Administration (B110)**

08/28/14    McDow Ashley M.                    500.00        0.10        50.00

Review Declaration of Peter Kravitz in support of Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case, and confirm same comports with discussions with Peter Siddiqui and Peter Kravitz regarding same.
**Written Motions And Submissions (L430)**

08/28/14    McDow Ashley M.                    500.00        0.30        150.00

Confer with Rob Edgeworth regarding topics discussed in committee call, including additional details regarding appropriate response to Liquidbits' "offer".
**Asset Disposition (B130)**

08/29/14    McDow Ashley M.                    500.00        0.10        50.00

Correspondence to/from Ray Gallo regarding whereabouts of Hamilton Hee.
**Case Administration (B110)**

09/01/14    McDow Ashley M.                    500.00        0.50        250.00

Conference call with Peter Kravitz, Rob Edgeworth and Peter Siddiqui regarding structure of proposed counter to Liquidbits and Shawn O'Connor.
**Asset Disposition (B130)**

09/01/14    McDow Ashley M.                    500.00        1.00        500.00

Conference call with Rob Edgeworth regarding details of proposed counter to Liquidbits and Shawn O'Connor.
**Meeting And Communication With Creditors (B150)**

09/02/14    Delaney Michael T.                 350.00        0.30        105.00

Confer with Ms. McDow regarding term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14    Delaney Michael T.                 350.00        2.00        700.00

Draft term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14    Delaney Michael T.                 350.00        0.30        105.00

Draft correspondence to Ms. McDow regarding the term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14    McDow Ashley M.                    500.00        0.20        100.00

Confer with Harry Garner regarding process to fill vacancy on committee in event of resignation or removal and correspondence to Rob Edgeworth regarding same.
**Case Administration (B110)**

09/02/14    McDow Ashley M.                    500.00        0.20        100.00

Review proof of claim and documents in support thereof (email communication in particular) filed by Ralph Crowder, former employee and customer of Hashfast, assess need to conduct 2004 examination of Mr. Crowder based on content of same, and confer with Rob Edgeworth regarding same.
**Claims Administration And Objections (B310)**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 57

09/02/14   McDow Ashley M.        500.00      1.00      500.00

Weekly committee call to discuss, among other things, appropriate response to Liquidbits and Shawn O'Connor, approach for trustee motion and motion for substantive consolidation, and appointment of new member to committee.
**Meeting And Communication With Creditors (B150)**

09/03/14   Delaney Michael T.     350.00     0.20      70.00

Confer with Mr. Edgeworth regarding Committee's term sheet for counter-proposal for the sale of debtors' assets.
**Asset Disposition (B130)**

09/03/14   Delaney Michael T.     350.00     1.30     455.00

Review and revise Committee's term sheet for counter-proposal for the sale of debtors' assets.
**Asset Disposition (B130)**

09/03/14   McDow Ashley M.        500.00     0.20     100.00

Confer with Rob Edgeworth regarding modifications to be made to "counter" term sheet and confer with Michael Delaney regarding same.
**Meeting And Communication With Creditors (B150)**

09/03/14   McDow Ashley M.        500.00     0.10      50.00

Correspondence to Ed Smith and Peter Siddiqui regarding status of response to term-sheet.
**Asset Disposition (B130)**

09/03/14   McDow Ashley M.        500.00     0.30     150.00

Review proofs of claim and documents in support thereof filed by Drew Johnson, Myron Davis, Richard Chang, Stephen Bywater, Dylan Hall, Yichun Catherine Liu, Thomas Schortmann, Servas Tilkin, Kang Lu, Mr. Peter Symons. John Twohy, Hani Hajje, Jun Ding, Koi Systems, Ltd., Sinisa Devcic, Rafez Noorullah, James Ries, Brian Barbee, Lei Bao, Cort Wenzel, Amanda Van Nuys Consulting, Jason Larson and Carl Schultz in order to assess impact of same on proposal relating to sale.
**Claims Administration And Objections (B310)**

09/05/14   Delaney Michael T.     350.00     0.30     105.00

Review and draft response to correspondence regarding Committee approval of counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

09/05/14   Delaney Michael T.     350.00     0.20      70.00

Finalize the counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

09/05/14   Delaney Michael T.     350.00     0.30     105.00

Draft correspondence to Debtors' counsel regarding the counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

09/07/14   McDow Ashley M.        500.00     0.20     100.00

Correspondence to/from Peter Kravitz regarding "counter" to Shawn O'Connor and correspondence to Shawn O'Connor regarding same.

**Asset Disposition (B130)**

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review proof of service for substantive consolidation motion to evaluate the adequacy of service of same.
**Other Written Motions And Submissions (L250)**

| 09/08/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Telephone call to chambers regarding Committee's intent to renotice hearing on substantive consolidation hearing.
**Other Written Motions And Submissions (L250)**

| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding substantive consolidation supplemental declaration and hearing schedule.
**Written Motions And Submissions (L430)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding compromise relating to release of chips.
**Asset Analysis And Recovery (B120)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Reply in Support of UST's Motion to Appoint Chapter 11 Trustee Under 1104(a), And In The Alternative To Convert Case To Chapter 7 Under 11 USC 1112(b) and identify points to be addressed at hearing on same.
**Written Motions And Submissions (L430)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui regarding status of negotiations with Liquidbits, discussions with Uniquify, approach for trustee hearing, and 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Peter Kravitz, Victor Delaglio and Rob Harris regarding conference call to discuss release of inventory.
**Case Administration (B110)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem Van Rooyen and Rob Edgeworth regarding conference to discuss O'Connor proposal.
**Asset Disposition (B130)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference calls with Rob Edgeworth regarding manner in which to deal with absence of Hamilton Hee, terms sheets sent to Liquidbits and and Shawn O'Connor, upcoming trustee hearing, and potential 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Julie Glosson and Rob Edgeworth regarding absence of Hamilton Hee and how to proceed in light of same.
**Case Administration (B110)**

| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Telephone call to chambers regarding notice of continued hearing for substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding mailing addresses for equity interest holders in Hashfast LLC.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Weekly committee call.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, Victor Delaglio and Peter Siddiqui regarding approach for trustee hearing and status of motion for turnover relating to Uniquify and/or Signetics.
**Asset Analysis And Recovery (B120)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review relevant pleadings and review docket for tentative ruling in preparation for hearing on Motion to Appoint Trustee.
**Trial And Hearing Attendance (L450)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson regarding questions posed to Debtors related to recently filed Monthly Operating Reports.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding Tim Wong.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |
|---|---|---|---|---|

Conference call with Willem Van Rooyen, Shawn O'Connor, and Robert Edgeworth regarding response of committee to proposal made by Time Fire to purchase all or substantially all of the assets of the Debtors.
**Asset Disposition (B130)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz, Jessica Mickelson, and Peter Siddiqui regarding topics to be covered at 2004 examination of Simon Barber.
**Other Discovery (L390)**

09/09/14   McDow Ashley M.                    500.00      0.40      200.00

Review term sheet presented by Time Fire in preparation for call with Shawn O'Connor, Willem Van Rooyen, and Rob Edgeworth and confer with Rob Edgeworth regarding same.
**Asset Disposition (B130)**

09/09/14   McDow Ashley M.                    500.00      0.50      250.00

Review questions proposed by Willem Van Rooyen, Pete Morici, and Robert Edgeworth for 2004 examination by Simon Barber and create topic list for same to be sent to Ori Katz, Jessica Mickelson and Peter Siddiqui.
**Other Discovery (L390)**

09/10/14   Delaney Michael T.                 350.00      0.30      105.00

Confer with Ms. McDow regarding Tim Wong and Simon Barber 2004 examinations and document requests.
**Other Discovery (L390)**

09/10/14   Delaney Michael T.                 350.00      0.20      70.00

Confer with Ms. McDow regarding outcome of hearing and preparation of order on substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

09/10/14   Farivar, Fahim                     320.00      0.50      160.00

Prepare proposed order for Stipulation for 2004 Examination of Simon Barber.
**Other Discovery (L390)**

09/10/14   Farivar, Fahim                     320.00      0.20      64.00

Conference call with Ms. McDow and Mr. Delaney regarding discovery strategy and issues in the case.
**Other Discovery (L390)**

09/10/14   Farivar, Fahim                     320.00      1.80      576.00

Review related pleadings and prepare stipulation regarding 2004 Examination of Mr. Simon Barber.
**Other Discovery (L390)**

09/10/14   Farivar, Fahim                     320.00      0.30      96.00

Correspondences to/from Ms. McDow regarding stipulation concerning 2004 Examination of Simon Barber; Revise and update, and finalize the Stipulation per Ms. McDow's comments.
**Other Discovery (L390)**

09/10/14   Farivar, Fahim                     320.00      0.30      96.00

Analyze issues with Michael Delaney regarding procedural aspects of the case.
**Analysis / Strategy (L120)**

09/10/14   Green Elizabeth A.                 515.00      0.30      154.50

Telephone call with Peter Siddiqui regarding plan of reorganization.
**Plan And Disclosure Statement (B320)**

09/10/14   Green Elizabeth A.                 515.00      1.80      927.00

Attend hearing on substantive consolidation and trustee motion.
**Trial And Hearing Attendance (L450)**

Case: 14-30725   Doc# 268   Filed: 12/31/14   Entered: 01/05/15 14:05:55   Page 179 of 217

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding hearing on substantive consolidation motion.
**Real Estate (B250)**

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review turnover issues related to Uniquify.
**Asset Analysis And Recovery (B120)**

| 09/10/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |
|---|---|---|---|---|

Attend hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation.
**Trial And Hearing Attendance (L450)**

| 09/10/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation and approach moving forward in light of same.
**Other Written Motions And Submissions (L250)**

| 09/10/14 | McDow Ashley M. | 500.00 | 4.30 | 2,150.00 |
|---|---|---|---|---|

Prepare for 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Robert Edgeworth regarding questions posed by committees to be asked at 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Prepare declaration of Michael Delaney regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |
|---|---|---|---|---|

Continue preparing list of questions regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Prepare proposed order regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Review and analysis of pleadings regarding preparation of 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 1.70 | 544.00 |
|---|---|---|---|---|

Initial preparation of Motion for 2004 Examination of Tim Wong.
**Discovery Motions (L350)**

| 09/11/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding plan and chips in Korea regarding turnover.
**Asset Analysis And Recovery (B120)**

| 09/11/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |

Travel to and conduct 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/11/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |

Review Hashfast plan alternatives.
**Plan And Disclosure Statement (B320)**

| 09/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding Tim Wong contact information.
**Depositions (L330)**

| 09/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise proposed order granting motion for substantive consolidation.
**Other Written Motions And Submissions (L250)**

| 09/12/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding status of website and inquires to committee.
**Case Administration (B110)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to debtors' counsel regarding contact information for Tim Wong.
**Case Administration (B110)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues for plan treatment.
**Plan And Disclosure Statement (B320)**

| 09/15/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Review issues regarding Signetics and Uniquify as they pertain to the potential plan.
**Plan And Disclosure Statement (B320)**

09/15/14    Green Elizabeth A.                515.00        0.90          463.50

Telephone call with Peter Siddiqui regarding issues related to plan and turnover from Signetics.
**Plan And Disclosure Statement (B320)**

09/15/14    McDow Ashley M.                  500.00        0.60          300.00

Conference call with Elizabeth Green regarding content and structure of potential joint plan of reorganization with Debtors.
**Plan And Disclosure Statement (B320)**

09/15/14    McDow Ashley M.                  500.00        0.20          100.00

Conference call with Robert Edgeworth regarding discussions with Ori Katz and potential impact of same on continued 2004 examination and potential global resolution.
**Meeting And Communication With Creditors (B150)**

09/15/14    McDow Ashley M.                  500.00        0.60          300.00

Conference call with Ori Katz regarding recap of 2004 examination, potential continuance of same, and production of documents.
**Meeting And Communication With Creditors (B150)**

09/15/14    McDow Ashley M.                  500.00        0.10           50.00

Correspondence to Rob Harris regarding status of negotiations with Signetics.
**Meeting And Communication With Creditors (B150)**

09/15/14    McDow Ashley M.                  500.00        0.30          150.00

Review Monthly Operating Report for July and Declaration of Peter Kravitz accompanying same and identify irregularities contained in same to be addressed with Debtors.
**Case Administration (B110)**

09/15/14    McDow Ashley M.                  500.00        0.20          100.00

Correspondence to committee regarding results of hearing and 2004 examination of Simon Barber.
**Meeting And Communication With Creditors (B150)**

09/15/14    McDow Ashley M.                  500.00        0.20          100.00

Conference call with David Matthews, creditor of estate, regarding submission of proof of claim.
**Claims Administration And Objections (B310)**

09/15/14    McDow Ashley M.                  500.00        0.10           50.00

Review and revise proposed Order Granting Motion for Substantive Consolidation.
**Written Motions And Submissions (L430)**

09/15/14    Parrish Jimmy D.                 430.00        2.80        1,204.00

Review pleadings and case status for disclosure statement draft.
**Plan And Disclosure Statement (B320)**

09/16/14    Delaney Michael T.               350.00        0.20           70.00

Review and draft response to correspondence from debtors' counsel regarding contact information for Tim Wong.
**Case Administration (B110)**

| 09/16/14 | Farivar, Fahim | 320.00 | 1.30 | 416.00 |

Prepare Meet and Confer letter to Tim Wong regarding his 2004 examination; update the 2004 motion regarding same.
**Discovery Motions (L350)**

| 09/16/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Participate in Committee call.
**Meeting And Communication With Creditors (B150)**

| 09/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails to Peter Siddiqui regarding issues related to turnover.
**Asset Analysis And Recovery (B120)**

| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Kravitz regarding status of "offers" presented to committee for review.
**Case Administration (B110)**

| 09/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Denying United States Trustee's Motion to Appoint Chapter 11 Trustee And In The Alternative to Convert The Case and confirm no interlineations made by Court.
**Written Motions And Submissions (L430)**

| 09/16/14 | Parrish Jimmy D. | 430.00 | 2.30 | 989.00 |

Review and outline disclosure statement background.
**Plan And Disclosure Statement (B320)**

| 09/16/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review issues regarding Uniquify payment and delivery alternatives.
**Business Operations (B210)**

| 09/17/14 | Damji Lisa I | 510.00 | 0.20 | 102.00 |

Conference with Ms. McDow regarding various aspects of case; attention to issues regarding Committee Chair R. Edgeworth's reimbursement for expenses; telephone conference with Mr. Edgeworth regarding same.
**Case Administration (B110)**

| 09/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize and prepare substantive consolidation order for filing.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding substantive consolidation order and potential plans for reorganization.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Analyze potential strategies for reorganization.
**Plan And Disclosure Statement (B320)**

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding substantive consolidation order.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 09/17/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review turnover issues and analyze ability to obtain turnover.
**Asset Analysis And Recovery (B120)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise cover letter to be sent to equity holders of Hashfast LLC with respect to substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Elizabeth Green and Michael Delaney regarding language to be included in proposed order approving substantive consolidation motion and basic structure of plan of reorganization.
**Analysis / Strategy (L120)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of various aspects of case.
**Case Administration (B110)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Michael Delaney regarding content of proposed order approving motion for substantive consolidation in light of potential service issues and assess appropriate manner in which to handle same.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding correspondence to Hamilton Hee with respect to fulfillment of his fiduciary duty.
**Case Administration (B110)**

| 09/18/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |

Review of Hashfast, LLC docket sheet, schedules, and claims register; downloading 19 Proof of Claims (and attachments) and preparing a detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Telephone call to Eric Christmas, general unsecured creditor, to discuss status of case.
**Meeting And Communication With Creditors (B150)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson and Robert Edgeworth regarding most recent communications with Hamilton Hee.
**Case Administration (B110)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise letter to be sent to Tim Wong regarding meet and confer in preparation for 2004 examination and confer with Fahim Farivar regarding modifications to be made to same.
**Other Discovery (L390)**

| 09/18/14 | Parrish Jimmy D. | 430.00 | 3.10 | 1,333.00 |

Review issues regarding plan structure and alternatives.
**Plan And Disclosure Statement (B320)**

| 09/18/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Talk with Mr. Siddiqui regarding plan alternatives.
**Plan And Disclosure Statement (B320)**

| 09/19/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with creditors regarding status of the case and filing proof of claim; draft correspondence to same.
**Claims Administration And Objections (B310)**

| 09/19/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Final review and update of the letter regarding Meet & Confer to Tim Wong.
**Discovery Motions (L350)**

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Draft correspondence to Tim Wong regarding the meet & confer and 2004 Examination.
**Discovery Motions (L350)**

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review and analyze issues related to Tim Wong 2004 Examination with Ms. McDow.
**Other Discovery (L390)**

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding plan issues.
**Plan And Disclosure Statement (B320)**

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review trust issues and reorganization of debtor relationship for plan.
**Plan And Disclosure Statement (B320)**

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise term sheet for plan.
**Plan And Disclosure Statement (B320)**

| 09/19/14 | Lane Deanna L | 230.00 | 2.80 | 644.00 |

Review of Hashfast Technologies, LLC docket sheet, schedules, and claims register; downloading Proof of Claims 1-30 (and attachments) and preparing a detailed claims analysis for Ms. Green.

**Claims Administration And Objections (B310)**

| 09/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/22/14 | Parrish Jimmy D. | 430.00 | 0.10 | 43.00 |
|---|---|---|---|---|

Talk with Mr. Siddiqui regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/22/14 | Parrish Jimmy D. | 430.00 | 2.10 | 903.00 |
|---|---|---|---|---|

Review pleadings for disclosure statement preparation.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Draft correspondence to Peter Siddiqui, regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding need for conference call with CRO.
**Meeting And Communication With Creditors (B150)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review proofs of claim and documentation in support thereof filed by Nicolas Vincent Fusaro, Randall Elliot, Hans Hess Elevation Franchise Ventures, Acacia NPU dba Cater2.me, Jason Plowman, Ales Prikryl, Verne Paul Riley, Bernard Chenqxi Siew, Matthew Ford Silvia, Evan Lawrence Skreen, Aleksandar Slavkov, David Springer, Tanard Corporation (Kevin Michael Mahan), Samuel Koh Innerspin,, Jeanette Arna, Hong-Quan Yue, Kris Howery, Jun Ding, and M&K Truck Leasing, LLC and assess nature of claim and impact of one or more claims on plan term sheet and categorization of claims.
**Claims Administration And Objections (B310)**

| 09/23/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio and Robert Edgeworth regarding status of business operations, including pending orders.
**Business Operations (B210)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding status of business operations and position of committee with respect to manner in which to liquidate inventory.
**Meeting And Communication With Creditors (B150)**

| 09/23/14 | Parrish Jimmy D. | 430.00 | 3.20 | 1,376.00 |
|---|---|---|---|---|

Begin preparing disclosure statement.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Analyze proposed chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding disclosure statement.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding status of plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding content of conference call with Victor Delaglio and committee response to same.
**Meeting And Communication With Creditors (B150)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Kravitz and Peter Siddiqui regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review proposed plan term sheet, identify modifications to be made to same, and confer with Rob Edgeworth and Peter Kravitz regarding same.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding current status of business operations, most recent proposal to Liquidbits, status of avoidance actions, turnover action, pending orders for inventory, plan term sheet, and structure of potential auction.
**Business Operations (B210)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review proofs of claim and documents in support thereof filed by Nathen Lam, Jan Irvin, Hyptertechnologie Ciara Inc., Nik Arghavan, Trevor Michael Watson, Grigory Yampolskiv, Jeffrey Raymond Vongermeten, Robert Todd Worrall, James Thomas, Jess Williams, and Timothy Wong and identify nature of claims in order to assess manner in which same should be categorized in plan of reorganization.
**Claims Administration And Objections (B310)**

| 09/25/14 | Parrish Jimmy D. | 430.00 | 2.40 | 1,032.00 |
|---|---|---|---|---|

Continue drafting disclosure statement.

**Plan And Disclosure Statement (B320)**

09/26/14    Lane Deanna L    230.00    2.90    667.00

Download Proof of Claims 31-75 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

09/26/14    McDow Ashley M.    500.00    0.60    300.00

Conference call with Peter Siddiqui regarding status of various aspects of case, including plan term sheet, various offers, potential lawsuit against Coinlab.
**Analysis / Strategy (L120)**

09/26/14    McDow Ashley M.    500.00    0.30    150.00

Review proofs of claim and documents in support thereof filed by David Matheu, Thanh Lanh Tran, Weng Kay Poon, Alessandro Bottai, Osric Proctor Jr., Jess Williams, Phat Tran, Ferdinand Nepomuceno, Christopher Goes, Garrett Griffin, Jason Thor Hall, I-P Mart Network USA, Ltd., James F. Johnson III, Marcus Killion, Law Yui Kwan, Dennis F. Lambert, Michael David Mantle, Matthew McCormick, Tim McGough, Peter Myers, and Phuc Nguyen and assess basis for claims for purposes of plan term sheet.
**Claims Administration And Objections (B310)**

09/29/14    Delaney Michael T.    350.00    0.30    105.00

Review correspondence from potential creditor Xiwen Wang and confer with Ms. McDow regarding the same.
**Meeting And Communication With Creditors (B150)**

09/29/14    Delaney Michael T.    350.00    0.30    105.00

Draft correspondence to Ms. McDow and Ms. Green regarding the chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14    Delaney Michael T.    350.00    1.70    595.00

Review and revise chapter 11 plan term sheet to incorporate additional revisions and terms.
**Plan And Disclosure Statement (B320)**

09/29/14    Delaney Michael T.    350.00    0.50    175.00

Confer with Ms. McDow regarding proposed revisions to chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14    Delaney Michael T.    350.00    0.50    175.00

Draft supplemental order granting committee's motion to substantively consolidate the Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

09/29/14    Farivar, Fahim    320.00    0.30    96.00

Correspond with new counsel, Douglas Schwartz regarding meet & confer for the Rule 2004 Examination.
**Other Discovery (L390)**

09/29/14    Green Elizabeth A.    515.00    0.40    206.00

Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14   Lane Deanna L     230.00    2.70    621.00

Download Proof of Claims 76-150 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

09/29/14   McDow Ashley M.     500.00    0.50    250.00

Conference call with Jeff Golden, counsel for Rob Edgeworth, and Michael Delaney regarding plan term sheet (function of liquidating trust and role of liquidating trustee in particular).
**Plan And Disclosure Statement (B320)**

09/29/14   McDow Ashley M.     500.00    0.40    200.00

Conference call with Rob Edgeworth regarding agenda for weekly committee call.
**Case Administration (B110)**

09/29/14   McDow Ashley M.     500.00    0.10    50.00

Conference call with clerk of Court for Judge Montali regarding supplemental order approving substantive consolidation motion and confer with Michael Delaney regarding same.
**Other Written Motions And Submissions (L250)**

09/29/14   McDow Ashley M.     500.00    0.40    200.00

Confer with Michael Delaney regarding strategic modifications to be made to proposed term sheet for plan of reorganization.
**Plan And Disclosure Statement (B320)**

09/29/14   McDow Ashley M.     500.00    0.10    50.00

Correspondence to/from Victor Delaglio regarding potential effect of receiver appointed over Butterfly Labs on current case.
**Case Administration (B110)**

09/30/14   Delaney Michael T.     350.00    0.20    70.00

Confer with Ms. McDow regarding status of proposed liquidation and overall reorganization strategy.
**Plan And Disclosure Statement (B320)**

09/30/14   Green Elizabeth A.     515.00    0.50    257.50

Review plan terms.
**Plan And Disclosure Statement (B320)**

09/30/14   McDow Ashley M.     500.00    0.10    50.00

Review correspondence from Kang Lu regarding contact information and identify appropriate internal changes to be based thereon.
**Meeting And Communication With Creditors (B150)**

09/30/14   McDow Ashley M.     500.00    0.20    100.00

Conference call with Rob Edgeworth regarding structure of vote to be proposed to committee members.
**Meeting And Communication With Creditors (B150)**

09/30/14   McDow Ashley M.     500.00    1.30    650.00

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

09/30/14   McDow Ashley M.    500.00    0.10    50.00

Review entered Order Granting Official Committee of Unsecured Creditors' Motion For Substantive Consolidation and confirm no interlineations made by Court.
**Written Motions And Submissions (L430)**

10/01/14   Lane Deanna L    230.00    2.60    598.00

Downloading Proof of Claims 151-215 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green
**Claims Administration And Objections (B310)**

10/01/14   McDow Ashley M.    500.00    0.20    100.00

Conference call with Rob Edgeworth regarding vote tally with respect to "final" disposition of estate assets.
**Meeting And Communication With Creditors (B150)**

10/02/14   Delaney Michael T.    350.00    0.30    105.00

Confer with creditor Frank Chapel regarding Hashfast bankruptcy and the filing of a proof of claim.
**Meeting And Communication With Creditors (B150)**

10/02/14   Lane Deanna L    230.00    3.00    690.00

Downloading Proof of Claims 216-219 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green; comparison of amounts scheduled and amounts claimed for all unsecured claims to date
**Claims Administration And Objections (B310)**

10/02/14   McDow Ashley M.    500.00    0.10    50.00

Correspondence to/from Peter Siddiqui regarding vote of committee with respect to orderly liquidation.
**Plan And Disclosure Statement (B320)**

10/03/14   Delaney Michael T.    350.00    0.50    175.00

Finalize revised plan term sheet.
**Plan And Disclosure Statement (B320)**

10/03/14   Delaney Michael T.    350.00    0.10    35.00

Draft correspondence to Ms. Green regarding the revised plan term sheet.
**Plan And Disclosure Statement (B320)**

10/03/14   Green Elizabeth A.    515.00    1.20    618.00

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

10/03/14   McDow Ashley M.    500.00    0.10    50.00

Review entered Supplemental Order Granting Official Committee of Unsecured Creditor's Motion for Substantive Consolidation and confirm no interlineations made by Court
**Other Written Motions And Submissions (L250)**

10/03/14   McDow Ashley M.    500.00    0.40    200.00

Make further revisions to revised plan term sheet.
**Plan And Disclosure Statement (B320)**

10/03/14    McDow Ashley M.                    500.00        0.10        50.00
Correspondence to/from Fahim Farivar regarding manner in which to respond to Douglas Schwartz, counsel for Tim Wong, with respect to 2004 examination of Tim Wong
**Other Discovery (L390)**

10/06/14    Delaney Michael T.                 350.00        0.20        70.00
Confer with Ms. McDow regarding status of sale and proposed sale motion.
**Asset Disposition (B130)**

10/06/14    Green Elizabeth A.                 515.00        0.80        412.00
Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

10/06/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Rob Edgeworth regarding decision to pursue Uniquify.
**Meeting And Communication With Creditors (B150)**

10/06/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Peter Siddiqui regarding potential lawsuit against Uniquify.
**Asset Analysis And Recovery (B120)**

10/06/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Chad Eller regarding filing proof of claim.
**Meeting And Communication With Creditors (B150)**

10/06/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Davide Cavion regarding transcripts of Eduardo DeCastro and Simon Barber.
**Meeting And Communication With Creditors (B150)**

10/06/14    McDow Ashley M.                    500.00        0.10        50.00
Correspondence to Karla Davis of SF Reporters regarding availability of transcript of Simon Barber to Simon Barber.
**Other Discovery (L390)**

10/06/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Jeff Golden, counsel for Koi Systems, regarding deadline (if any) for filing of administrative claim(s) in case.
**Meeting And Communication With Creditors (B150)**

10/06/14    McDow Ashley M.                    500.00        1.10        550.00
Review and revise Debtors' Motion for Entry of Order Authorizing Sale of Property and correspondence to Debtors' counsel regarding modifications that must likely be made to same in order to obtain approval of Committee
**Asset Disposition (B130)**

10/06/14    McDow Ashley M.                    500.00        0.10        50.00
Correspondence to Ori Katz, Peter Siddiqui, and Jessica Mickelson regarding status of additional documents to be produced.
**Case Administration (B110)**

10/06/14   McDow Ashley M.                    500.00        0.30        150.00
Conference call with Ori Katz regarding potential purchase of claims against Simon Barber.
**Asset Disposition (B130)**

10/07/14   Delaney Michael T.                 350.00        0.30        105.00
Review complaint filed by Debtors against Uniquify.
**Pleadings (L210)**

10/07/14   Green Elizabeth A.                 515.00        1.10        566.50
Review issues regarding disclosure.
**Plan And Disclosure Statement (B320)**

10/07/14   Green Elizabeth A.                 515.00        0.90        463.50
Review issues regarding plan term sheet and motion to sell.
**Plan And Disclosure Statement (B320)**

10/07/14   Green Elizabeth A.                 515.00        0.70        360.50
Telephone call with Peter Siddiqui regarding sale motion and plan.
**Plan And Disclosure Statement (B320)**

10/07/14   Green Elizabeth A.                 515.00        0.70        360.50
Review issues regarding sale motion.
**Asset Disposition (B130)**

10/07/14   Layden Andrew V.                   280.00        0.40        112.00
Review issues regarding question raised by unsecured creditor and respond to same.
**Meeting And Communication With Creditors (B150)**

10/07/14   McDow Ashley M.                    500.00        0.80        400.00
Conference call with Peter Siddiqui, Victor Delaglio and Elizabeth Green regarding manner in which proposed sale should be structured, content of plan of reorganization, and potential sales on the horizon.
**Asset Disposition (B130)**

10/07/14   McDow Ashley M.                    500.00        0.70        350.00
Weekly committee call.
**Meeting And Communication With Creditors (B150)**

10/07/14   McDow Ashley M.                    500.00        0.10        50.00
Review Notice of Change of Address for Debtors and correspondence to/from Peter Kravitz regarding same
**Case Administration (B110)**

10/07/14   McDow Ashley M.                    500.00        0.10        50.00
Correspondence to Committee regarding Simon Barber transcript.
**Meeting And Communication With Creditors (B150)**

10/07/14   McDow Ashley M.                    500.00        0.10        50.00
Correspondence to Committee regarding recent production of documents by Debtors.
**Meeting And Communication With Creditors (B150)**

10/08/14    McDow Ashley M.                500.00        0.10        50.00

Correspondence to/from Ori Katz regarding extension of time to review transcript from initial portion of 2004 examination of Simon Barber.
**Written Discovery (L310)**

10/09/14    Lane Deanna L                  230.00        3.00        690.00

Continuation of the preparation of an updated claims matrix and downloading new and recently amended claims.
**Claims Administration And Objections (B310)**

10/12/14    McDow Ashley M.                500.00        0.10        50.00

Correspondence to/from Rob Harris regarding solicitations with respect to avoidance actions.
**Meeting And Communication With Creditors (B150)**

10/13/14    Farivar, Fahim                 320.00        0.10        32.00

Correspond with Douglas Schwartz, Tim Wong's attorney, regarding meet & confer for the Rule 2004 Examination.
**Other Discovery (L390)**

10/13/14    Lane Deanna L                  230.00        3.50        805.00

Extensive review and update of amended schedule information and amounts in order to update claims register.
**Claims Administration And Objections (B310)**

10/13/14    McDow Ashley M.                500.00        0.20        100.00

Review Amended Statement of Gallo LLP Under Rule 2019 and correspondence to Julie Glosson regarding same.
**Case Administration (B110)**

10/13/14    McDow Ashley M.                500.00        0.30        150.00

Conference call with Elizabeth Green regarding structure and content of plan of reorganization and timing for auction.
**Plan And Disclosure Statement (B320)**

10/13/14    McDow Ashley M.                500.00        0.20        100.00

Confer with Rob Edgeworth regarding agenda for weekly committee call.
**Meeting And Communication With Creditors (B150)**

10/13/14    McDow Ashley M.                500.00        0.40        200.00

Begin reviewing Motion for 2004 Examination of Tim Wong and document request relating thereto in preparation for conference call with counsel for Tim Wong.
**Discovery Motions (L350)**

10/13/14    McDow Ashley M.                500.00        0.10        50.00

Review Proofs of Claim and documents in support thereof filed by Selim Soler and Jose Amguiano II and assess need to object to same based on timeliness and need to incorporate same into plan.
**Claims And Plan (B300)**

10/13/14    McDow Ashley M.              500.00      0.10        50.00

Review Proofs of Claim and documents in support thereof filed by Frank Chappell and Regan Reckman and assess appropriate manner in which to incorporate same (and similarly situated claims) into plan of reorganization.
**Claims Administration And Objections (B310)**

10/13/14    McDow Ashley M.              500.00      0.10        50.00

Correspondence to/from Julie Glosson regarding recent correspondence relating to whereabouts of Hamilton Hee.
**Case Administration (B110)**

10/13/14    McDow Ashley M.              500.00      0.10        50.00

Correspondence to Ori Katz regarding transcript of Simon Barber with respect to initial portion of 2004 examination.
**Other Discovery (L390)**

10/13/14    McDow Ashley M.              500.00      0.20        100.00

Review Complaint filed by Debtors against Uniquify and Signetics and assess potential impact of same on auction.
**Asset Disposition (B130)**

10/14/14    Delaney Michael T.           350.00      0.60        210.00

Review and draft responses to multiple correspondence from potential unsecured creditors regarding status of the case and filing of proof of claims.
**Meeting And Communication With Creditors (B150)**

10/14/14    Farivar, Fahim              320.00      0.20        64.00

Correspond with Douglas Schwartz, Tim Wong's attorney regarding the meet and confer.
**Other Discovery (L390)**

10/14/14    Farivar, Fahim              320.00      0.40        128.00

Continue updating motion for Rule 2004 Examination of Tim Wong, Order, and Document Requests thereon.
**Discovery Motions (L350)**

10/14/14    Lane Deanna L               230.00      1.00        230.00

Continuation of the review of amended schedules for comparison with existing proof of claim register.
**Administration (B100)**

10/14/14    McDow Ashley M.              500.00      0.80        400.00

Weekly committee status call.
**Meeting And Communication With Creditors (B150)**

10/14/14    Parrish Jimmy D.             430.00      0.50        215.00

Review asset sale alternatives and term sheet.
**Asset Disposition (B130)**

10/15/14  Delaney Michael T.                    350.00      0.10        35.00

Confer with Mr. Layden regarding creditor inquiry about filing an untimely proof of claim and the proposed response to the same
**Meeting And Communication With Creditors (B150)**

10/15/14  Farivar, Fahim                        320.00      0.50       160.00

Meet and confer with Douglas Schwartz, Tim Wong's attorney regarding the 2004 motion and follow up correspondence regarding the same.
**Discovery Motions (L350)**

10/15/14  Green Elizabeth A.                     515.00      1.10       566.50

Review issues regarding sale motion and status.
**Asset Disposition (B130)**

10/15/14  Layden Andrew V.                       280.00      0.60       168.00

Review issues regarding multiple creditor inquiries and respond to same.
**Meeting And Communication With Creditors (B150)**

10/15/14  McDow Ashley M.                        500.00      0.10        50.00

Confer with Rob Edgeworth regarding agenda for conference call with counsel for Tim Wong regarding 2004 examination
**Meeting And Communication With Creditors (B150)**

10/15/14  McDow Ashley M.                        500.00      0.30       150.00

Conference call with counsel for Tim Wong regarding nature and scope of 2004 examination
**Other Discovery (L390)**

10/17/14  Farivar, Fahim                        320.00      0.20        64.00

Telephone conference with Douglas Schwartz regarding meet and confer for Tim Wong's Rule 2004 Examination.
**Discovery Motions (L350)**

10/17/14  Farivar, Fahim                        320.00      0.90       288.00

Finalize Motion, Order, and Request for Production of Documents for Tim Wong post conversation with his attorney, Douglas Schwartz.
**Discovery Motions (L350)**

10/17/14  Green Elizabeth A.                     515.00      0.30       154.50

Emails with Peter Siddiqui regarding status issues.
**Case Administration (B110)**

10/17/14  Green Elizabeth A.                     515.00      0.70       360.50

Review timeline for sale.
**Asset Disposition (B130)**

10/17/14  Green Elizabeth A.                     515.00      0.90       463.50

Review and revise status report.
**Case Administration (B110)**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 77

10/17/14    McDow Ashley M.              500.00        0.10        50.00

Review Request for Special Notice to be filed in adversary proceeding against Uniquify and Signetics and approve same for filing.
**Case Administration (B110)**

10/17/14    McDow Ashley M.              500.00        0.70        350.00

Finish reviewing Motion for 2004 Examination of Tim Wong in light of conference call with counsel for Tim Wong, review and revise Request for Production of Documents relating to same in light of information obtained at initial 2004 examination of Simon Barber, and review proposed order approving Motion for 2004 Examination of Tim Wong.
**Other Discovery (L390)**

10/17/14    McDow Ashley M.              500.00        0.10        50.00

Review proposed Joint Status Report and correspondence to/from counsel for Debtors regarding same.
**Case Administration (B110)**

10/20/14    McDow Ashley M.              500.00        0.10        50.00

Correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to sale motion.
**Asset Disposition (B130)**

10/20/14    McDow Ashley M.              500.00        0.20        100.00

Conference call with Robert Edgeworth regarding logistics relating to future weekly committee calls.
**Meeting And Communication With Creditors (B150)**

10/20/14    Parrish Jimmy D.             430.00        1.30        559.00

Review issues regarding priority deposit claims under 507(a)(7).
**Plan And Disclosure Statement (B320)**

10/21/14    Delaney Michael T.           350.00        0.20        70.00

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

10/21/14    Delaney Michael T.           350.00        0.50        175.00

Research regarding local rules governing sale and auction motions and procedures.
**Asset Disposition (B130)**

10/21/14    Delaney Michael T.           350.00        0.20        70.00

Confer with Ms. McDow regarding the proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

10/21/14    Delaney Michael T.           350.00        2.40        840.00

Continue reviewing and revising proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

10/21/14    Farivar, Fahim               320.00        1.80        576.00

Review and analyze Simon Barber deposition transcript for preparation of Tim Wong's request for production of documents.

**Other Discovery (L390)**

| 10/21/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Continue preparing, updating, and revising Tim Wong's request for production of documents.
**Other Discovery (L390)**

| 10/21/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 10/21/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Motion to Approve Sale of Assets Free and Clear, confer with Michael Delaney regarding same; and correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to same.
**Asset Disposition (B130)**

| 10/21/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review creditor trust and reorganized debtor structure alternatives.
**Plan And Disclosure Statement (B320)**

| 10/22/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Update Document Request for Production of Documents and confer with Douglas Schwartz regarding executing a stipulation.
**Other Discovery (L390)**

| 10/22/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Prepare stipulation for 2004 examination of Tim Wong.
**Other Discovery (L390)**

| 10/22/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare order on the stipulation for 2004 examination of Tim Wong.
**Other Discovery (L390)**

| 10/22/14 | Lane Deanna L | 230.00 | 4.50 | 1,035.00 |

Updating claims spreadsheet to add new and amended claims; revising spreadsheet to reflect all priority claims; preparing a notebook of all claims which indicate all or a portion of their claim as priority.
**Claims Administration And Objections (B310)**

| 10/22/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and revise revised request for production of documents to be served in support of 2004 examination of Tim Wong and correspondence to the Committee regarding same.
**Other Discovery (L390)**

| 10/22/14 | Parrish Jimmy D. | 430.00 | 2.70 | 1,161.00 |

Review and revise plan.
**Plan And Disclosure Statement (B320)**

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise bid procedures.
**Asset Disposition (B130)**

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding structure of creditors trust for plan.
**Plan And Disclosure Statement (B320)**

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Telephone call with Pete Siddiqui and Ashley McDow regarding bid procedures.
**Asset Disposition (B130)**

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding plan and bid procedures.
**Plan And Disclosure Statement (B320)**

| 10/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Elizabeth Green regarding modifications to be made to sale motion (with respect to the nature and extent of marketing efforts in particular).
**Asset Disposition (B130)**

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding suggestions for appropriate nature and extent of marketing efforts.
**Meeting And Communication With Creditors (B150)**

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review relevant pleadings and correspondence to/from Liz Green in preparation for status conference.
**Case Administration (B110)**

| 10/23/14 | Parrish Jimmy D. | 430.00 | 0.70 | 301.00 |
|---|---|---|---|---|

Review claims register and schedules in connection with plan treatment and classes.
**Plan And Disclosure Statement (B320)**

| 10/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding preparation of motion to approve bidding procedure and notice of sale.
**Asset Disposition (B130)**

| 10/24/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |
|---|---|---|---|---|

Begin drafting the motion to approve bidding procedure and notice of sale.
**Asset Disposition (B130)**

| 10/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Review and revise the bidding procedure and notice of sale.
**Asset Disposition (B130)**

| 10/24/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Finalize stipulation and order for examination of Tim Wong and confer with Douglas Schwartz regarding the same.
**Other Discovery (L390)**

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding hearing.

**Case Administration (B110)**

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding bid notice.
**Asset Disposition (B130)**

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding hearing and next steps.
**Case Administration (B110)**

| 10/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Research regarding consumer buyers' entitlement to priority claim and draft email summarizing research to Mr. Parrish.
**Plan And Disclosure Statement (B320)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Monthly Operating Reports for August and September and confer with Robert Edgeworth regarding content and implications of same.
**Case Administration (B110)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding results of hearing status conference.
**Meeting And Communication With Creditors (B150)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Harris, counsel for Uniquify, regarding various matters, including but not limited to status of adversary proceeding against Uniquify and Signetics and current business operations of Debtors.
**Meeting And Communication With Creditors (B150)**

| 10/24/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.
**Trial And Hearing Attendance (L450)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Liz Green and confer with Michael Delaney regarding results of hearing and structure of "revised" motion to approve notice of sale and bidding procedures.
**Asset Disposition (B130)**

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review D & O Policy.
**Plan And Disclosure Statement (B320)**

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review sale of cause of action cases in the Ninth Circuit.
**Plan And Disclosure Statement (B320)**

| 10/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding modifications to be made to transcript of 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the motion to approve notice of sale of certain assets at auction and proposed auction procedures.
**Asset Disposition (B130)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Continue drafting motion to approve notice of sale of certain assets at auction.
**Asset Disposition (B130)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Mr. Parrish regarding the preparation of a disclosure statement describing the chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |

Begin drafting the disclosure statement describing the chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Correspond with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Revise and update Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments; Correspond with Mr. Schwartz regarding the same.
**Depositions (L330)**

| 10/27/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding consumer buyers' entitlement to priority claim.
**Claims Administration And Objections (B310)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of case.
**Analysis / Strategy (L120)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth regarding agenda for bi-monthly committee call.
**Meeting And Communication With Creditors (B150)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review modifications proposed by counsel for Tim Wong with respect to document production in support of 2004 examination and correspondence to/from Fahim Farivar regarding acceptability of same.
**Other Discovery (L390)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review revised Notice of Sale of Certain Assets at Auction and identify potential revisions to be made to same (particularly with respect to auction of avoidance actions).
**Asset Disposition (B130)**

10/27/14   Parrish Jimmy D.                      430.00        1.20        516.00
Review issues regarding insurance agreement impact on plan structure.
**Plan And Disclosure Statement (B320)**

10/27/14   Parrish Jimmy D.                      430.00        0.60        258.00
Talk with Mr. Delaney regarding disclosure statement revisions.
**Plan And Disclosure Statement (B320)**

10/27/14   Parrish Jimmy D.                      430.00        0.20         86.00
Talk with Mr. Siddiqui regarding D&O policy.
**Asset Analysis And Recovery (B120)**

10/27/14   Parrish Jimmy D.                      430.00        1.30        559.00
Review HashFast D&O policy.
**Asset Analysis And Recovery (B120)**

10/28/14   Delaney Michael T.                    350.00        0.20         70.00
Confer with Ms. McDow regarding the preparation of an interim fee application for Baker & Hostetler LLP.
**Fee - Employment Application (B160)**

10/28/14   Delaney Michael T.                    350.00        0.30        105.00
Review revised auction sale notice in preparation of motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

10/28/14   Delaney Michael T.                    350.00        0.40        140.00
Finalize motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

10/28/14   Delaney Michael T.                    350.00        0.20         70.00
Draft correspondence to debtor's counsel regarding the motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

10/28/14   Delaney Michael T.                    350.00        1.10        385.00
Continue drafting disclosure statement describing chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

10/28/14   Farivar, Fahim                        320.00        0.40        128.00
Continue corresponding with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Continue revising and updating Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments and correspond with Mr. Schwartz regarding the same.
**Other Discovery (L390)**

10/28/14   Green Elizabeth A.                    515.00        0.50        257.50
Telephone conference regarding notice of bid procedures with Peter Siddiqui and Ashley Mcdow.
**Asset Disposition (B130)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review and revise Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures.
**Asset Disposition (B130)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding particulars of potential avoidance actions.
**Avoidance Action Analysis (B180)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding auction of all claims and causes of action against Simon Barber and conference call with Robert Edgeworth, chair of the committee, regarding same.
**Asset Disposition (B130)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Elizabeth Green regarding structure of Notice of Sale of Certain Assets at Auction and motion to approve same in light of potential ordinary course sale in process.
**Asset Disposition (B130)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures to confirm terms reflect those approved.
**Asset Disposition (B130)**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

| 10/28/14 | Parrish Jimmy D. | 430.00 | 0.80 | 344.00 |
|---|---|---|---|---|

Review priority claim issues under 507(a)(7).
**Claims And Plan (B300)**

| 10/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review relevant pleadings, including various notice(s) and motion(s), in preparation for hearing on Motion to Approve Notice and to approve bidding procedures.
**Asset Disposition (B130)**

| 10/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Notice of Errata With Respect to Motion to Approve Notice of Sale of Certain Assets At Auction and Auction Procedures and Proposed Notice.
**Asset Disposition (B130)**

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.50 | 180.00 |
|---|---|---|---|---|

Review case law on 363 and sale of estate assets.
**Bankruptcy Related Advice (B400)**

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.30 | 108.00 |
|---|---|---|---|---|

Correspondence to E. Green detailing pertinent language from Scottsdale Insurance Company Policy relevant to claims brought by creditors' committees.
**Asset Analysis And Recovery (B120)**

| | | | | |
|---|---|---|---|---|
| 10/29/14 | Payne Tiffany D. | 360.00 | 0.80 | 288.00 |

Analyze Scottsdale Insurance Company Policy.
**Asset Analysis And Recovery (B120)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review order approving notice of sale and auction procedure and prepare same for filing.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from opposing counsel regarding the notice of sale and auction procedure.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Finalize notice of sale and auction procedure to incorporate the Court's comments.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review revised Notice of Sale of Certain Assets at Auction and correspondence to/from Peter Siddiqui regarding revisions to be made.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui regarding modifications to be made to Notice of Sale of Assets.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Telephonically attend hearing on Motion to Approve Notice and Bidding Procedures.
**Trial And Hearing Attendance (L450)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with and correspondence from Peter Siddiqui regarding location of auction to be held.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz, counsel for Simon Barber, regarding potential structure of bid from Simon Barber.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/31/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review entered order granting Stipulation and Order for examination of Tim Wong and Correspond with Mr. Schwartz regarding the same.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/31/14 | Lane Deanna L | 230.00 | 0.50 | 115.00 |

Review of claims register for new and amended filed claims.
**Administration (B100)**

| 11/03/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research procedure for approval of interim fee applications in the Northern District Bankruptcy Court.
**Fee - Employment Application (B160)**

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 and confirm no interlineations made by Court.
**Other Discovery (L390)**

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Sididiqui and to/from Michael Delaney regarding status of order granting Motion to Approve Notice and to approve bidding procedures.
**Asset Disposition (B130)**

| 11/04/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Matthew Richards regarding case status and filing a proof of claim and draft follow-up correspondence regarding the same.
**Meeting And Communication With Creditors (B150)**

| 11/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from debtor's counsel and Ms. McDow regarding the order on the motion to approve auction procedures.
**Asset Disposition (B130)**

| 11/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Patricia Martin of UST regarding accrued professional expenses.
**Fee - Employment Application (B160)**

| 11/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Siddiqui, counsel for Debtors, regarding production of documents by Tim Wong (and need for no-waiver agreement with respect to same) and information to be provided by committee with respect to accrued professional expenses.
**Written Discovery (L310)**

| 11/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding Hashfast Technologies monthly operating reports and need to amend same to include accrued professional fees.
**Case Administration (B110)**

| 11/06/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review non-waiver of privilege agreement and revise.
**Other Discovery (L390)**

| 11/06/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review proposed Non-Waiver Agreement with respect to Wong examination; and correspondence to/from Peter Siddiqui regarding modifications to be made to same.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 11/07/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Analyze dates and deadlines for filing a fee application; correspond with the Debtor's counsel regarding the same; Confer with Ashley M. McDow regarding date and time of filing of the Fee Application.
**Fee - Employment Application (B160)**

| | | | | |
|---|---|---|---|---|
| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' September 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' August 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 11/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review creditor inquiry and draft correspondence to Mr. Layden regarding the same.
**Meeting And Communication With Creditors (B150)**

## Expenses and Other Charges

| | | |
|---|---|---|
| 07/17/14 | Transcripts (E116) - VENDOR: FIRST CHOICE REPORTING SERVICES, INC. Audio Transcription of the 341 Meeting of Creditors for HashFast matter. | 1,385.00 |
| 08/21/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Transcript-Exam of Monica Hushen | 5,244.70 |
| 10/10/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Certified transcript of Simon Barber. | 1,245.00 |
| | **Subtotal - Transcripts (E116)** | **7,874.70** |

| | | |
|---|---|---|
| 06/18/14 | Telephone Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 6/18/2014 | 58.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 15, 2014; | 8.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 27, 2014; | 8.00 |
| 10/02/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 28, 2014; | 5.00 |

| 10/23/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Internet use during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 14.95 |
|---|---|---|
| | **Subtotal - Telephone Charges (E105)** | **93.95** |

| 07/17/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 17, 2014; | 5.99 |
|---|---|---|
| 08/21/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley M. McDow; Dinner re Lodging for Creditors Committee Meeting; Jul 15, 2014; | 37.39 |
| 08/29/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 26.14 |
| 08/29/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 6.52 |
| 09/10/14 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Honor Bar (Bottled Water) in room while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 13.08 |
| 09/10/14 | ELIZABETH A. GREEN - Dinner; Elizabeth Green; Dinner in Hotel room upon arrival to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 85.85 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 28, 2014; | 25.12 |
| 09/12/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).; Jul 15, 2014; | 21.79 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Meals during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 51.00 |
| 10/23/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 56.55 |
| | **Subtotal - Meals while Traveling (E110)** | **329.43** |

| 07/17/14 | Handling / Processing Charges (E119) - VENDOR: ACE ATTORNEY SERVICE, INC. Matrix Mailing | 3,863.88 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing Services | 173.40 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 2,899.58 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 983.73 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 808.38 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 4,334.24 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 37.31 |
| 09/10/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management Services for HashFast case. | 1,645.80 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 1,013.88 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 3,270.81 |
| 09/25/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 874.06 |
| 09/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services. | 3,516.72 |
| 10/01/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management, Technology Development and Maintenance Services related to HashFast Technologies, LLC. | 3,457.20 |

**Subtotal - Handling / Processing Charges (E119)**    **26,878.99**

| 07/25/14 | Lodging; Ashley M. McDow; Lodging for attending creditors committee meeting; Jul 25, 2014 | 336.15 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley M. McDow; | 161.76 |

|   |   |   |
|---|---|---|
|  | Dinner after Creditors Committee Meeting; Jul 16, 2014; |  |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Amy J Traub; Aug 08, 2014; | 988.68 |
| 08/29/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 18.47 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/05/2014 | 480.75 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/04/2014 | 480.75 |
| 09/10/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 155.31 |
| 09/12/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley Malinger; lodging in San Francisco 07/24/2014 | 319.87 |
| 10/14/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel to attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding moving in light of same.; Jul 28, 2014 | 312.88 |
| 10/23/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Lodging to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014 | 336.15 |

|   |   |
|---|---|
| **Subtotal - Lodging (E110)** | **3,590.77** |

|   |   |   |
|---|---|---|
| 06/27/14 | Airfare; Bonita J. Paul; Travel for Ashley McDow to Oakland; | 454.00 |
| 07/07/14 | Airfare; Ashley M. McDow; Travel to/from Oakland International Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Airfare; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Travel Service Fees; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Travel Service Fees; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Airfare; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 434.00 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Return Airline Travel from San Francisco, CA after attending hearing in HashFast matter on 7/28/14.; | 598.09 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; | 859.09 |

Case: 14-30725   Doc# 268   Filed: 12/31/14   Entered: 01/05/15 14:05:55   Page 208 of 217

| | Airline Travel to San Francisco, CA to attend hearing in HashFast matter on 7/28/14.; | |
|---|---|---|
| 08/21/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth A. Green; Attorney got paid for airline ticket cost and the hearing was cancelled at the last minute. The ticket out to California for the hearing was a refundable ticket. She will need to reimburse the Firm for this amount.; | (859.09) |
| 08/29/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; | 465.20 |
| 09/10/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Air travel to California to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; | 1,820.18 |
| 09/10/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to San Francisco to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; | 465.20 |
| 10/23/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 496.20 |
| 10/23/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 25.00 |

**Subtotal - Airfare/Trainfare (E110)**     **5,675.87**

| 06/27/14 | Parking; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; Jun 27, 2014; | 23.00 |
|---|---|---|
| 06/27/14 | Parking; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; Jun 27, 2014; | 23.00 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 46.00 |
| 09/12/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 14, 2014; | 30.00 |

| | | |
|---|---|---:|
| 10/02/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; Jul 28, 2014; | 46.00 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **168.00** |
| | | |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on August 8, 2014 in the HashFast matter) | 37.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on 7.28.14 in the HashFast matter. | 37.00 |
| 09/18/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call - Hashfast Hrng on 9.10.14. | 58.00 |
| | **Subtotal - Court Costs (E112)** | **132.00** |
| | | |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. US Bankruptcy Court Norther Dist 235 Pine Street, 19th Floor San Francisco 7/17/2014 | 126.88 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 253.85 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 79.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC SF 235 Pine Street San Francisco, CA 7/16/2014 | 87.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 7/28/2014 | 214.63 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 8/1/2014 | 71.63 |
| | **Subtotal - Messenger Service (E107)** | **834.41** |
| | | |
| 06/27/14 | UCC Search Charges (E106) - VENDOR: CAPITOL SERVICES, INC. UCC Searches | 125.00 |
| | **Subtotal - UCC Search Charges (E106)** | **125.00** |

| | | |
|---|---|---|
| 06/27/14 | Mileage; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 06/27/14 | Mileage; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 07/09/14 | Mileage; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; 35.20 Miles @ Rate .56; Jul 09, 2014; | 19.71 |
| 07/17/14 | Mileage; Ashley M. McDow; Round trip Mileage to Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jul 17, 2014; | 19.71 |

**Subtotal - Local Mileage (E109)**      **78.84**

| | | |
|---|---|---|
| 07/09/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; Jul 09, 2014; | 46.00 |
| 07/17/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; Jul 17, 2014; | 69.00 |

**Subtotal - Ground Transportation Local (E109)**      **115.00**

| | | |
|---|---|---|
| 07/10/14 | Teleconference Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/2/2014 | 30.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 8/8/2014 | 37.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/11/2014 | 30.00 |

**Subtotal - Teleconference Charges (E105)**      **97.00**

| | | |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 173.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 4.50 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 34.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 1.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 24.80 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 26.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.2 | 28.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 2.70 |

| Date | Description | Amount |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 9900.80 | 61.30 |
| 09/30/14 | PACER 93044.1 | 9.30 |
| 09/30/14 | PACER HASFAST | 1.70 |
| 09/30/14 | PACER HASHFAST | 1.00 |
| 09/30/14 | PACER HASHFAST | 13.20 |
| 09/30/14 | PACER 93044.1 | 19.50 |
| 09/30/14 | PACER HASHFST | 13.60 |
| 09/30/14 | PACER 93044.1 | 3.20 |
| 09/30/14 | PACER 93044.1 | 38.40 |
| | **Subtotal - Electronic Court Fees (E112)** | **457.70** |

| Date | Description | Amount |
|---|---|---|
| 06/10/14 | 218 minute conference call by Ashley Mcdow at 03:58 PM | 10.22 |
| 06/26/14 | 1298 minute conference call by Ashley Mcdow at 10:56 AM | 60.86 |
| 06/30/14 | 548 minute conference call by Ashley Mcdow at 01:25 PM | 25.70 |
| 07/01/14 | 1036 minute conference call by Ashley Mcdow at 08:49 AM | 48.57 |
| 07/03/14 | 159 minute conference call by Ashley Mcdow at 02:56 PM | 7.46 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 6.69 |
| 07/05/14 | 21 minute conference call by Ashley Mcdow at 08:02 AM | 0.98 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/06/14 | 932 minute conference call by Ashley Mcdow at 09:54 AM | 43.70 |
| 07/07/14 | INTCALL MICHAEL DELANEY | 0.77 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 3.48 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.60 |
| 07/10/14 | INTCALL MICHAEL DELANEY | 19.58 |
| 07/11/14 | INTCALL MICHAEL DELANEY | 6.02 |
| 07/12/14 | INTCALL MICHAEL DELANEY | 9.28 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.72 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.81 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 5.36 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 8.79 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 1.20 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 0.10 |

| | | |
|---|---|---|
| 07/16/14 | INTCALL MICHAEL DELANEY | 3.30 |
| 07/17/14 | INTCALL MICHAEL DELANEY | 0.29 |
| 07/18/14 | INTCALL MICHAEL DELANEY | 5.39 |
| 07/20/14 | INTCALL MICHAEL DELANEY | 13.81 |
| 07/22/14 | INTCALL MICHAEL DELANEY | 3.03 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 8.66 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 2.16 |
| 07/24/14 | INTCALL MICHAEL DELANEY | 0.62 |
| 07/26/14 | INTCALL MICHAEL DELANEY | 2.96 |
| 07/27/14 | INTCALL MICHAEL DELANEY | 17.21 |
| 07/29/14 | 234 minute conference call by Ashley Mcdow at 03:27 PM | 10.98 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 5.13 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 4.62 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 0.01 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 11.57 |
| 08/01/14 | INTCALL MICHAEL DELANEY | 27.58 |
| 08/05/14 | INTCALL MICHAEL DELANEY | 5.27 |
| 08/12/14 | INTCALL MICHAEL DELANEY | 4.13 |
| 08/15/14 | INTCALL MICHAEL DELANEY | 3.34 |
| 08/18/14 | INTCALL MICHAEL DELANEY | 2.93 |
| 08/19/14 | INTCALL MICHAEL DELANEY | 4.34 |
| 08/26/14 | INTCALL MICHAEL DELANEY | 9.32 |
| 08/28/14 | INTCALL MICHAEL DELANEY | 4.53 |
| 08/29/14 | INTCALL MICHAEL DELANEY | 1.00 |
| 09/01/14 | INTCALL MICHAEL DELANEY | 2.36 |
| 09/02/14 | INTCALL MICHAEL DELANEY | 8.30 |
| 09/04/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 09/08/14 | INTCALL MICHAEL DELANEY | 0.98 |
| 09/09/14 | INTCALL MICHAEL DELANEY | 4.56 |
| 09/16/14 | INTCALL MICHAEL DELANEY | 12.74 |
| 09/23/14 | INTCALL MICHAEL DELANEY | 3.26 |

**Subtotal - Teleconference (E105)**     **445.87**

| | | |
|---|---|---|
| 06/26/14 | Westlaw Research - 06/26/14 by DELANEY MICHAEL | 15.74 |
| 07/12/14 | Westlaw Research - 07/12/14 by LAYDEN ANDREW V | 25.45 |
| 07/18/14 | Westlaw Research - 07/18/14 by MCDOW ASHLEY | 5.25 |
| 07/23/14 | Westlaw Research - 07/23/14 by MCDOW ASHLEY | 34.08 |
| 07/25/14 | Westlaw Research - 07/25/14 by MCDOW ASHLEY | 5.25 |
| 07/25/14 | Westlaw Research - 07/25/14 by DELANEY MICHAEL | 15.74 |
| 08/26/14 | Westlaw Research - 08/26/14 by DELANEY MICHAEL | 15.74 |
| 08/27/14 | Westlaw Research - 08/27/14 by DELANEY MICHAEL | 31.48 |

**Subtotal - Automated Research (E106)** **148.73**

| | | |
|---|---|---|
| 07/22/14 | Postage | 0.96 |
| 07/24/14 | POSTAGE 1st Class Letter | 1.92 |

**Subtotal - Postage (E108)** **2.88**

| | | |
|---|---|---|
| 07/14/14 | 9 Copies | 0.90 |
| 07/16/14 | 6 Copies | 0.60 |
| 07/22/14 | 6 Copies | 0.60 |
| 07/22/14 | 1 Copy | 0.10 |
| 08/19/14 | 1980 Copies | 198.00 |
| 08/24/14 | 1 Copy | 0.10 |
| 09/19/14 | 127 Copies | 12.70 |
| 10/24/14 | 1 Copy | 0.10 |

**Subtotal - Copier / Duplication (E101)** **213.10**

**Total** **$ 47,262.24**

**EXHIBIT "C": Summary Sheet for First Interim Fee Application**

# SUMMARY SHEET

| | | | |
|---|---|---|---|
| In re | Lead Case No.: 14-30725 DM | | NAME OF APPLICANT: |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Cases No. 14-30866 | | **BAKER & HOSTETLER LLP** 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 Telephone: 310.820.8800 Facsimile: 310.820.8859 |
| Debtor and Debtor in Possession. | Chapter 11 | | |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | | | Email: amcdow@bakerlaw.com mdelaney@bakerlaw.com ffarivar@bakerlaw.com |
| Debtor and Debtor in Possession. | | | Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

| | |
|---|---|
| Fees Previously Requested | $0.00 |
| Fees Previously Awarded | $0.00 |
| Expenses Previously Requested | $0.00 |
| Expenses Previously Awarded | $0.00 |
| Retainer Paid | $0.00 |
| CURRENT APPLICATION | |
| Fees Requested | $267,349.50 |
| Expenses Requested | $47,262.24 |

605643850.1

FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | Title | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|---|
| Green, Elizabeth A. | Partner | 10/16/1986 | 102.00 | $ 515.00 | $ 51,500.00 |
| Swope, Michael J. | Partner | 11/29/2001 | 1.00 | $ 555.00 | $ 555.00 |
| Damji, Lisa I | Partner | 12/7/1999 | 2.20 | $ 510.00 | $ 1,122.00 |
| Parrish, Jimmy D. | Associate | 10/22/2001 | 28.10 | $ 430.00 | $ 12,083.00 |
| Payne, Tiffany D. | Associate | 10/31/2000 | 1.80 | $ 360.00 | $ 648.00 |
| Delaney, Michael T. | Associate | 12/19/2008 | 159.30 | $ 350.00 | $ 55,755.00 |
| Farivar, Fahim | Associate | 12/2/2007 | 18.50 | $ 320.00 | $ 5,920.00 |
| Layden, Andrew V. | Associate | 10/01/2010 | 60.30 | $ 280.00 | $ 16,884.00 |
| Kepple, Brandon E | Associate | 04/17/2008 | 0.80 | $ 370.00 | $ 296.00 |
| McDow, Ashley M. | Counsel | 12/1/2006 | 227.10 | $ 500.00 | $ 113,500.00 |
| Garner, Harry | Staff Attorney | 01/11/2008 | 4.50 | $ 350.00 | $ 1,575.00 |
| Beckmann, Silvia Elena | Paralegal | n/a | 3.80 | $ 180.00 | $ 684.00 |
| Lane, Deanna L | Paralegal | n/a | 33.40 | $ 230.00 | $ 7,222.00 |
| **Total** | | | **638.70** | **$ 419.20** | **$ 267,744.00** |

605643850.1