KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR STIPULATED ORDER REGARDING STANDING OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No hearing required, per Local Rule 9014-1(b)(3), unless objection is made] |

**NOTICE IS HEREBY GIVEN THAT** debtors and debtors-in-possession (the "Debtors") and the Official Committee of Unsecured Creditors ("Committee") are seeking entry of the Stipulated Order Regarding Standing of the Official Committee of Unsecured Creditors

("Stipulated Order"), attached as Exhibit A to the Motion for the Stipulated Order ("Motion"). The Stipulated Order is designed to grant the Committee standing to pursue certain potential avoidance actions and other litigation, some of which may involve insiders of the Debtors, prior to the assignment of those claims to a liquidating trust. The Debtors plan to establish the liquidating trust pursuant to a joint plan of liquidation, and contemplate that the Committee will elect and monitor the liquidating trustee.

Pursuant to the Local Rules of the United States District Court for the Northern District of California, Rule 9014-1, any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for hearing or objection must be accompanied by declarations or memoranda of law that the party objecting or requesting wishes to present in support of its position. The Debtors will give at least 7 days written notice of hearing to the objecting or requesting party, and to the Committee appointed in this case, in the event an objection or request for hearing is timely made. If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default. If that is the case, the Debtors will submit a request for entry of an order by default, including a copy of the original motion and certificate of service of the original motion, along with a declaration confirming that no response has been received and a proposed order thereon.

This Notice is based upon the Motion, the Stipulated Order as Exhibit A thereto, the files and records in this matter, any oral argument the Court may consider at a hearing should objection be made, and any other information presented before a ruling hereon.

Dated: January 9, 2015

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC