**ORIGINAL**


FILED
JAN 12 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1   Ainsley G. Moloney
2   Morgan, Lewis & Bockius LLP
    1 Federal Street
3   Boston, MA 02110
    Telephone: (617) 951-8000

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 3:14-BK-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
|     Debtor and Debtor-In-Possession, | |
|     Debtor(s). | |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Ainsley G. Moloney, a member in good standing of the bar of Massachusetts (active), New York (active), and Illinois (inactive), hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Creditor Liquidbits Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address and telephone number of those attorneys are:

David M. Balabanian
Kristen Palumbo
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111
(415) 393-2000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 17, 2014

_____
Ainsley Moloney