```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611101571
Cashier ID: almaceh
Transaction Date: 12/18/2014
Payer Name: Bingham
--------------------------------
PRO HAC VICE
 For: AINSLEY G MOLONEY
 Case/Party: D-CAN-3-14-AT-PROHAC-001
 Amount:         $305.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 10235402
 Amt Tendered:   $305.00
--------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

3:14-bk-30725
BANKRUPTCY CT

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```