Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br><u>Hearing Date:</u><br>Date:  January 23, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 22<br>        U.S. Bankruptcy Court<br>        235 Pine Street<br>        San Francisco, CA 94104 |

**COMMITTEE'S RESERVATION OF RIGHTS REGARDING THE AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)**

On or about December 31, 2014, KATTEN MUCHIN ROSENMAN LLP ("Katten"), general bankruptcy counsel for HASHFAST TECHNOLOGIES, LLC and HASHFAST, LLC (collectively, the Debtors") in the above-captioned substantially consolidated bankruptcy cases (the "Bankruptcy Case") submitted the *Amended First Interim Application for Compensation and*

*Reimbursement of Expenses of Counsel to the Debtor and Debtor-in-Possession (Katten Muchin Rosenman LLP)* (the "Amended Katten Application") [Docket Entries 262 and 267].

After reviewing the Amended Katten Application, the OFFICIAL COMMITTEE OF UNSECURED CREDITORS (the "Committee") in the Bankruptcy Case has determined that it is most advantageous and cost-effective to preserve and raise any and all objections to Katten's fees and/or expenses ostensibly incurred in the representation of the Debtors in the Bankruptcy Case at a later time. Accordingly, the Committee hereby expressly reserves any and all objections to the allowance and/or payment of the fees and/or expenses sought by and through the Amended Katten Application.

Dated: January 15, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **COMMITTEE'S RESERVATION OF RIGHTS REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 15, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **January 15, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Regular U.S. Mail*
Hon. Dennis Montali
U.S. Bankruptcy Court Northern Division of California
PO Box 7341
San Francisco, CA 94120-7341

*Via Email*

| | | | |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Craig Beech | craigbeech@gmail.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Michael Gao | Urazexo378@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Scott Gray | elphenom@yahoo.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Wy Gost | wygost@yahoo.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | | |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Kristen A. Palumbo    kristen.palumbo@morganlewis.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served):

### 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| Antony Vo<br>c/o Steven T. Gubner<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 | Benjamin Lindner<br>9035 Grayland Drive<br>Apartment E<br>Knoxville, TN 37923-4014 | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5<br>Canada |
| Craig Beech<br>(served via e-mail only) | Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 | DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086-1101 |
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123-2319 | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674-0032 | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Hamilton Hee<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Koi Systems Ltd<br>1191 Center Point Drive #A<br>Attention: Brian Edgeworth<br>Henderson, NV 89074-7891 |

| | | |
|---|---|---|
| Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180-3282 | Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148-4411 | Michael Gao<br>~~c/o Hongqui Yang~~<br>~~105 Tamalpais Pt.~~<br>~~Chapel Hill, NC 27514-1453~~<br>(Served via email<br>Urazexo378@gmail.com) |
| Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401-3441 |
| Uniquify, Inc.<br>Binder & Malter, LLP<br>2775 Park Ave.<br>Santa Clara Ca 95050-6004 | WY Gost<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen~~<br>~~China~~<br>(Served via email<br>wygost@yahoo.com) | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 |
| Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017-5800 | | |

## Manual Notice List

| | | |
|---|---|---|
| David M. Balabanian<br>Morgan, Lewis and Bockius LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 |
| Ray E. Gallo<br>~~Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~<br>(Served via email rgallo@gallo-law.com) | <u>Petitioning Creditor</u><br>Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | <u>Petitioning Creditor</u><br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 |
| Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | <u>Petitioning Creditor</u><br>Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-2860~~<br>(Served via email<br>NEF@Processgeneral.com) |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Edwin E. Smith<br>Morgan, Lewis and Bockius LLP<br>399 Park Ave.<br>New York, NY 10022-4689 | <u>Petitioning Creditor</u><br>UBE Enterprises<br>7425 Creek Rd.<br>Sandy, UT 84093 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | City and County of San Francisco<br>Tax Collector<br>Bureau of Delinquent Revenue<br>P.O. Box 7027<br>San Francisco, CA 94120-7027 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 |

## The Official Committee of Unsecured Creditors

~~Antony Vo~~
~~319 S. Mitchell St.~~
~~Bloomington, IN 47401-3742~~
(Returned mail 12/11/2014)

Digimex Ltd.
Bel Air on the Peak, Phase 4
Attn: Willem van Rooyen
Tower 7, Unit 19A
Pok Fu Lam, Hong Kong

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NY 89123-2319

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

LookSmart, Ltd.
c/o Nancy Weng/Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

LookSmart,Ltd.
C/O Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523

Sistemas Operativos Sanitarios ca
Calle 35 entre Av. 2 y #2-34
Attn: Guido Ochoa
Merida, Venezuela 5101

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835