1  CHRISTOPHER D. SULLIVAN (148083)
   GREGORY A. ROUGEAU (194437)
2  DIAMOND McCARTHY LLP
   150 California Street, Suite 2200
3  San Francisco, CA 94111
   Telephone: (415) 692-5200
4  Facsimile: (415) 263-9200
   e-mail: csullivan@diamondmccarthy.com
5          grougeau@diamondmccarthy.com

6  Counsel for Creditor
7  LIQUIBITS CORPORATION

8

9                 UNITED STATES BANKRUPTCY COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  In re:                                Case No. 14-30725

13  HASHFAST TECHNOLOGIES LLC, a          (Substantively consolidated with *In re*
14  California limited liability company,  *HashFast LLC*, Case No. 14-30866)

15         Debtor and Debtor-In-Possession.   Chapter 11

16  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    ☒Affects HASHFAST LLC, a Delaware     **NOTICE OF SUBSTITUTION OF**
17  limited liability company,            **COUNSEL FOR LIQUIBITS**
                                          **CORPORATION**
18         Debtor and Debtor-In-Possession.

19

20

21

22  **TO:   THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY**
23  **JUDGE; THE UNITED STATES TRUSTEE; and ALL CREDITORS AND**
    **PARTIES IN INTEREST:**

24

25        PLEASE TAKE NOTICE that LIQUIBITS CORPORATION ("Liquibits"), a creditor in

26  the above-captioned Chapter 11 case, hereby substitutes Diamond McCarthy LLP as its counsel,

27  in place of Morgan, Lewis & Bockius LLP .

28

-1-

NOTICE OF SUBSTITUTION OF COUNSEL FOR LIQUIBITS CORPORATION

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Liquibits hereby requests that copies of all |
| 2 | notice and papers to be served upon it in the above-captioned Chapter 11 case be directed to |
| 3 | Diamond McCarthy LLP, at the following address: |
| 4 | Christopher D. Sullivan |
| | Gregory A. Rougeau |
| 5 | DIAMOND McCARTHY LLP |
| | 150 California Street, Suite 2200 |
| 6 | San Francisco, CA  94111 |
| | Telephone: (415) 692-5200 |
| 7 | Facsimile: (415) 263-9200 |
| 8 | e-mail:  csullivan@diamondmccarthy.com |
| | grougeau@diamondmccarthy.com |
| 9 | |
| 10 | |
| 11 | Dated:  January 15, 2015                    DIAMOND McCARTHY LLP |
| 12 | |
| 13 | By:   /s/ Gregory A. Rougeau |
| | Gregory A. Rougeau |
| 14 | Attorneys for |
| | LIQUIBITS CORPORATION |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-

NOTICE OF SUBSTITUTION OF COUNSEL FOR LIQUIBITS CORPORATION