Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Petitioning Creditors Hamilton Hee, et al.*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866) |
| Debtor and Debtor-In-Possession. | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN LIQUIDBITS CORP.'S OBJECTION TO THE AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION** |
| Debtor and Debtor-In-Possession. | Judge: Hon. Dennis Montali |

Page 1

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "Gallo Creditors")[1] hereby join in Liquidbits Corp.'s Objection to Amended First Interim Application for Compensation and Reimbursement of Expenses by Counsel to Official Committee of Unsecured Creditors (Docket #275). The grounds for Liquidbits' objections apply equally to the Gallo Creditors.

DATED: January 15, 2015

RESPECTFULLY SUBMITTED,

GALLO LLP

By: */s/ Patrick V. Chesney*
Ray E. Gallo
Patrick V. Chesney
Attorneys for the Gallo Creditors

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.