Entered on Docket
January 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 15 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **HASHFAST TECHNOLOGIES, LLC**, a California limited liability company,<br>   Debtor(s). | Case No. **14-30725 DM**<br>Chapter **11** |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Ainsley G. Moloney**, whose business address and telephone number is **Morgan Lewis & Bockius LLP, One Federal Street, Boston, MA 02210-1726** and who is an active member in good standing of the bar of **Massachusetts** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Creditor Liquidbits Corp.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: January 15 2015

_____
**Judge Dennis Montali**
United States Bankruptcy Judge