Entered on Docket
January 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 15 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **HASHFAST TECHNOLOGIES, LLC, a California limited liability company,**

Debtor(s).

Case No. **14-30725 DM**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Ainsley G. Moloney**, whose business address and telephone number is **Morgan Lewis & Bockius LLP, One Federal Street, Boston, MA 02210-1726**

and who is an active member in good standing of the bar of **Massachusetts** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Creditor Liquidbits Corp.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: January 15 2015

**Judge Dennis Montali**
United States Bankruptcy Judge