Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for the 81 Gallo Creditors*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866) |
| Debtor and Debtor-In-Possession. | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF ERRATA TO NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN LIQUIDBITS CORP.'S OBJECTION TO THE AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION** |
| Debtor and Debtor-In-Possession. | Judge: Hon. Dennis Montali |

Page 1

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "<u>Gallo Creditors</u>")[1] hereby request the Court to take notice of the following errata:

On January 15, 2015, the Gallo Creditors filed a Notice of Joinder and Joinder of Gallo Creditors in Liquidbits Corp.'s Objection to the Amended First Interim Application for Compensation (ECF No. 276). On line 5 of the first page, in the top-left corner, counsel for the Gallo Creditors inadvertently and erroneously stated that they are the "*Attorneys for Petitioning Creditors* [¶] *Hamilton Hee, et al.*"

Page 1, line 5 should read "*Attorneys for the 81 Gallo Creditors.*"

DATED: January 21, 2015          **RESPECTFULLY SUBMITTED,**

                                                  **GALLO LLP**

By: */s/ Patrick V. Chesney*
      Ray E. Gallo
      Patrick V. Chesney
      Attorneys for the 81 Gallo Creditors

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.