# Exhibit "A"

# United States Bankruptcy Court
## Northern District of California

In re    **HashFast Technologies LLC**
                                                                        ,
                          Debtor

Case No. _____**14-30725**_____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HashFast LLC**<br>**100 Bush Street, Suite 650**<br>**San Francisco, CA 94104** | | **100%** | **Membership Interest** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Technology Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 6, 2014**_____

Signature _**/s/ Simon Barber**_____
                **Simon Barber**
                **Chief Technology Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **HashFast LLC**                 ,    Case No.    **14-30866**

Debtor

Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amy Abascal | Class A Option | 30,000 | Option |
| Asia Alternative Asset Management | Preferred Units | 455,000 | 4.09% |
| Cara Johnson | Class A Option | 15,000 | Option |
| Chad Spackman | Class A | 666,667 | 11.97% |
| EarthRise Trust | Preferred Units | 200,200 | 1.80% |
| Eduardo de Castro | Class B | 3,000,000 | 26.94% |
| Hannes Eisele | Preferred Units | 75,834 | 0.68% |
| James de Castro | Class A Option | 400,000 | Option |
| Joe Russel | Class A Option | 20,000 | Option |
| John Skrodenis | Class A | 43,740 | 0.39% |
| Mardi Jackson | Class A Option | 120,000 | Option |
| Mark Willey | Class A Option | 50,000 | Option |
| Mike Damn | Class A Option | 20,000 | Option |
| Monica Hushen | Class A Option | 370,000 | Option |
| Naval Ravikant | Preferred Units | 75,834 | 0.68% |
| Naval Ravikant | Class A Option | 40,000 | Option |
| Phil Sadow | Class A Option | 200,000 | Option |
| Port Family Trust | Class A | 666,667 | 11.97% |
| Roy Petrushka | Class A Option | 30,000 | Option |
| RS Ventures Ltd. | Preferred Units | 37,917 | 0.34% |
| Sean Taffler | Class A Option | 80,000 | Option |

<u>1</u> continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re    **HashFast LLC**                          ,      Case No.    **14-30866**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Simon Barber** | **Class B** | **3,000,000** | **26.94%** |
| **Spring Surprise Limited** | **Preferred Units** | **75,834** | **0.68%** |
| **Strategic Counsel Corp** <br> **227 Broadway, Suite 306** <br> **Santa Monica, CA 90401** | **Preferred Units** | **52,539** | **0.47%** |
| **Tim Wong** | **Class A Option** | **280,000** | **Option** |
| **Wells Family Trust** | **Class A** | **666,667** | **11.97%** |
| **Xavier** | **Class A Option** | **20,000** | **Option** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 6, 2014**                           Signature  **/s/ Simon Barber**

                                                                     **Simon Barber**

                                                                      **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Case: 14-30866    Doc# 38   Filed: 06/06/14   Entered: 06/06/14 16:32:50   Page 2 of 4

# Exhibit "B"

In re __HashFast LLC__ ,      Case No. __14-30866__

Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank account at Bridge Bank, 55 Almaden Boulevard, San Jose, CA 95113** | - | 302.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **302.47**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  **HashFast LLC**              Case No. **14-30866**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% membership interest in HashFast Technologies LLC** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against DxCorr Design, Inc. for breach of non-compete and contract (exclusivity and confidentiality)** | - | Unknown |

Sub-Total >      **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

In re __HashFast LLC__                                     Case No. ___ __14-30866__

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **US Provisional Patent Application No. 61/917,828 (Stacked Chips Powered from Shared Voltage Sources)** | - | Unknown |
| | | **Trade secrets, mask works related to chip design** | - | Unknown |
| | | **US Provisional Patent Application No. 61/896,559 (GOLDEN NONCE (GN) ASIC INTERFACE PROTOCOL)** | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 302.47 |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **HashFast Technologies LLC**                                   Case No. ___**14-30725**___
_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Employee advance to Eduardo De Castro** | - | **31,087.69** |
| | | **Employee advance to Carmel Manion** | - | **1,221.06** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **California State Tax Refund** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **32,308.75**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **HashFast Technologies LLC**                                    Case No.    **14-30725**
_____
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Uniquify, Inc. for breach of non-compete, warranty and contract** | - | 330,000.00 |
| | | **Claims against DxCorr Design, Inc. for breach of non-compete and contract (exclusivity and confidentiality)** | - | Unknown |
| | | **Claims against Ciara Technologies for breach of contract** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License from DxCorr Design Inc. for use of DXCorr Design Inc.'s technology** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list** | - | 100,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment (market value) see attached** | - | 55,700.00 |
| 30. Inventory. | | **Inventory (market value) see attached** | - | 7,846,638.19 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        8,332,338.19
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**HashFast Technologies LLC Equipment List**

| QTY | Manufacturer | Description | Location | Total |
|---|---|---|---|---|
| 2 | Kobalt | 41" Tool Chest (Base Chest and Top Chest) | San Francisco | $1,600.00 |
| 2 | Various | Electronic height adjustable workbench | San Francisco | $2,400.00 |
| 4 | Various | Fixed height workbench | San Francisco | $1,200.00 |
| 1 | BK Precision | 1796: High Current DC Power Supply 0-16V/0-50A | San Francisco | $1,500.00 |
| 1 | CyberPower | OR1500 UPS | San Francisco | $200.00 |
| 1 | Various | Mechanical and electrical tools | San Francisco | $3,500.00 |
| 1 | Daewoo | 2.4 Cu Ft. Refrigerator FR-024RBE | San Francisco | $75.00 |
| 1 | Panasonic | The Genius Sensor 1200W Stainless Steel Microwave Oven | San Francisco | $150.00 |
| 1 | DeLonghi | Lattissima Plus Nespresso Capsule System Coffee Maker | San Francisco | $250.00 |

| | | | | |
|---|---|---|---|---|
| 1 | Keurig | Cofee Maker | San Francisco | $50.00 |
| 2 | Unknown | Articulating wall mount for 32" to 50" LCD TVs | San Francisco | $40.00 |
| 16 | Ikea | 60" black table, silver metal legs | San Francisco | $800.00 |
| 26 | Unknown | Black leather swivel office chairs | San Francisco | $1,560.00 |
| 3 | Unknown | Black mesh swivel office chairs | San Francisco | $180.00 |
| 1 | Ikea | Large conference table | San Francisco | $100.00 |
| 1 | Ikea | Large kitchen table | San Francisco | $80.00 |
| 18 | Ikea | Black leather office chairs | San Francisco | $630.00 |
| 4 | Ikea | Yellow Stockholm swivel chair | San Francisco | $1,000.00 |
| 2 | Ikea | Oval (leaf) end table | San Francisco | $50.00 |
| 2 | Unknown | 90" Gray fabric sofa | San Francisco | $200.00 |

| | | | | |
|---|---|---|---|---|
| 2 | Ikea | Glass VITTSJÖ nesting coffee table | San Francisco | $100.00 |
| 1 | Unknown | 39" wooden coffee table | San Francisco | $30.00 |
| 2 | Unknown | 8' x 5'4" dark grey shag area rug | San Francisco | $60.00 |
| 1 | Unknown | 21.5" square wooden end table | San Francisco | $25.00 |
| 1 | Various | 25+ pieces of framed artwork and prints | San Francisco | $500.00 |
| 2 | Unknown | Large 72" wide dry-erase board | San Francisco | $200.00 |
| 4 | Unknown | 36"x24" dry-erase board | San Francisco | $120.00 |
| 1 | Polycom | SoundStation IP 7000 PoE - Conference VoIP phone - SIP | San Francisco | $500.00 |
| 1 | Ubiquiti Networks | UniFi AP Enterprise Wi-Fi System | San Francisco | $50.00 |
| 2 | Samsung | Smart Cam SNH-1011N | San Francisco | $300.00 |

| 1 | HP | LaserJet P1102w | San Francisco | $80.00 |
|---|---|---|---|---|
| 1 | HP | LaserJet Pro 200 color MFP M276nw | San Francisco | $300.00 |
| 1 | HP | LaserJet Pro 400 color MFP M475dw | San Francisco | $600.00 |
| 1 | Plantronics | Wireless Headset Savi 720 (83544-01) | San Francisco | $200.00 |
| 2 | Samsung | DP500A2D All-in-One 21.5" Windows PC | San Francisco | $1,000.00 |
| 1 | Apple | MacBook Pro A1398 | San Francisco | $1,500.00 |
| 2 | Samsung | NP900X Notebook PC | San Francisco | $2,200.00 |
| 1 | Dell | Inspiron 15R 5537 | San Francisco | $500.00 |
| 1 | Asus | X550L Notebook PC | San Francisco | $500.00 |
| 1 | HP | Pavillion Notebook PC | San Francisco | $500.00 |
| 1 | HP | Envy 17 Notebook PC | San Francisco | $800.00 |
| 1 | Samsung | NP940X Notebook PC | San Francisco | $900.00 |
| 1 | Asus | Ubuntu Test Laptop | San Francisco | $300.00 |
| 1 | Asus | 22" HDMI Monitor | San Francisco | $100.00 |
| 1 | Dell | S2340M 23" Monitor | San Francisco | $135.00 |
| 1 | Acer | S231HL 23" Monitor | San Francisco | $135.00 |

| | | | | |
|---|---|---|---|---|
| 2 | Philips | 298p4q 29" Monitor | San Francisco | $1,600.00 |
| 1 | Unknown | 42U Server Rack Cabinet | San Francisco | $800.00 |
| 1 | Optoma | H1011 1080P 3000 Lumen Full 3D DLP Projector with HDMI | San Francisco | $600.00 |
| 1 | Central Computer | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | Berkeley | $500.00 |
| 50 | HashFast | Rev 0/1/2/3 boards in various states | Berkeley | $10,000.00 |
| 1 | Various | Lab/Test equipment, PSUs, Fans, Cooling Systems | Berkeley | $15,000.00 |
| | | | Total | $55,700.00 |

**HashFast Technologies LLC Inventory List**

| QTY | Description | Location | Total |
|---|---|---|---|
| 16,882 | Golden Nonce ASIC | San Jose | $3,038,760.00 |
| 2,850 | Golden Nonce ASIC (Assembly in Progress) | Korea | $513,000.00 |
| 17,151 | 80 Wafers, each wafer makes 186 Golden Nonce ASICs | Korea | $1,659,702.27 |
| 2,396 | Golden Nonce ASIC Substrate | San Jose | $34,502.40 |
| 108 | Golden Nonce ASIC | San Francisco | $28,404.00 |
| 30 | Golden Nonce ASIC | San Francisco | $9,000.00 |
| 12 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Danville | $1,500.00 |
| 12 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Danville | $240.00 |
| 12 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Danville | $1,080.00 |
| 128 | Rev 1 boards (tested) | Montreal | $39,680.00 |
| 15 | Rev 2 boards (tested) | Montreal | $6,000.00 |
| 98 | Baby Jet Chassis, 1000W PSU, Baby Jet Liquid Cooler, 5 fans, cabling | Montreal | $44,100.00 |
| 608 | Sierra Chassis, 2 x 850 PSU, 3 x Sierra Liquid Cooler, 3 x 224 CFM Fans | Montreal | $343,520.00 |
| 1 | Sierra Chassis | Montreal | $70.00 |
| 1,673 | Sierra cable kit | Montreal | $16,730.00 |
| 1,868 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Montreal | $224,160.00 |
| 5,286 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Montreal | $396,450.00 |
| 14,267 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Montreal | $214,005.00 |
| 1,864 | Indium Foil Squares | Montreal | $3,728.00 |
| 158 | Rev 0 boards (needs 30 minutes of rework, then test) | Fremont | $60,830.00 |
| 195 | Rev 1 boards (tested) | Fremont | $75,075.00 |
| 100 | Rev 1 boards (tested) | Fremont | $38,500.00 |
| 227 | Rev 1 Boards (Need re-work or has issues) | Fremont | $87,395.00 |
| 5 | Rev 2 boards (tested) | Fremont | $2,400.00 |
| 53 | Rev 2 boards (bone pile) | Fremont | $25,440.00 |
| 20 | Rev 2 boards (tested) | Fremont | $9,600.00 |
| 108 | Rev 2 boards (tested) | Fremont | $51,840.00 |
| 558 | Heatsinks for Rev 0/Rev 1/Rev 2 boards | Fremont | $1,116.00 |
| 26 | Sierra Chassis, 2 x 850 PSU, 3 x Sierra Liquid Cooler, 3 x 224 CFM Fans | Fremont | $14,690.00 |
| 6 | Sierra Chassis (empty) | Fremont | $420.00 |
| 2 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Fremont | $280.00 |
| 7 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Fremont | $840.00 |
| 66 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Fremont | $4,950.00 |

| | | | |
|---|---|---|---|
| 9 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Fremont | $450.00 |
| 12 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM (used) | Fremont | $120.00 |
| 20 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Fremont | $500.00 |
| 12 | Baby Jet Chassis | Fremont | $960.00 |
| 550 | Yellow/Black Heavy Guage PCIe 12V power cables | Fremont | $2,750.00 |
| 24 | Yellow/Black Heavy Guage PCIe 12V power cables | Fremont | $120.00 |
| 200 | Black Ribbon PCIe 12V power cables | Fremont | $400.00 |
| 600 | Seasonic Jumper Plug | Fremont | $600.00 |
| 12 | Seasonic Power-on Cable | Fremont | $24.00 |
| 30 | Seasonic Power-on Cable | Fremont | $30.00 |
| 12 | Seasonic Jumper Plug | Fremont | $24.00 |
| 30 | Heavy-duty thick AC power cords | Fremont | $30.00 |
| 120 | Sierra cable kit | Fremont | $480.00 |
| 1 | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | Fremont | $500.00 |
| 8,800 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $21,472.00 |
| 450 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $1,098.00 |
| 450 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $1,098.00 |
| 250 | ICE40HX1K-VQ100 FPGA 72 I/O - 100TQFP – requires 1 per Yoli board | Fremont | $635.00 |
| 214,600 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $154,512.00 |
| 9,100 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $6,552.00 |
| 9,100 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $6,552.00 |
| 6,000 | FP1007R3-R17-R (IND,SMT,10x7mm, 60A, 150-170nH) – requires 24 per Yoli board | Fremont | $4,680.00 |
| 214,800 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $350,124.00 |
| 9,000 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $14,670.00 |
| 9,000 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $14,670.00 |
| 6,000 | IR3550 PQFN 6x6mm – requires 24 per Yoli board | Fremont | $10,560.00 |
| 38,800 | IR3566B Digital PWM Controller IC – requires 4 per Yoli board | Fremont | $69,064.00 |
| 1,000 | IR3566B Digital PWM Controller IC – requires 4 per Yoli board | Fremont | $1,880.00 |

| | | | |
|---|---|---|---|
| 9,700 | IR3823MTRPBF PQFN 4x5mm – requires 1 per Yoli board | Fremont | $4,656.00 |
| 250 | IR3823MTRPBF PQFN 4x5mm – requires 1 per Yoli board | Fremont | $135.00 |
| 8 | Misc Hardware and parts | Fremont | $1,065.00 |
| 40,000 | LTC3855 Dual, Multiphase Synchronous DC/DC Controller (Rev 2 boards) | Fremont | $60,000.00 |
| 1 | GOM-802 Digital Multimeter | Fremont | $400.00 |
| 1 | 1796: High Current DC Power Supply 0-16V/0-50A | Fremont | $1,500.00 |
| 1 | Dual-station pnumatic press liquid cooled manufacturing test system | Fremont | $550.00 |
| 1 | UniFi AP Enterprise Wi-Fi System | Fremont | $50.00 |
| 1 | Inspiron One 2020 20" All-in-PC | Fremont | $400.00 |
| 1 | 2844 CTP Label Printer | Fremont | $200.00 |
| 1 | HL-5470DW Laser Printer | Fremont | $125.00 |
| 1 | ZP 505 Fedex label printer | Fremont | $250.00 |
| 1 | Ubuntu Test Laptop | Fremont | $300.00 |
| 3 | Ubuntu Test Laptop | Fremont | $900.00 |
| 1 | Dual-station pnumatic press liquid cooled manufacturing test system | Fremont-A | $550.00 |
| 2 | HP ProBook 440 G1 Laptop | Fremont-A | $1,000.00 |
| 10 | Rev 3  boards  Yoli Evo | San Francisco | $12,000.00 |
| 1 | Rev 3 boards Yoli Evo Mining Boards | San Francisco | $1,200.00 |
| 2 | Rev 3 boards Yoli Evo Mining Boards | San Francisco | $3,000.00 |
| 45 | Rev 3 boards Yoli Evo Mining Boards | San Francisco | $46,800.00 |
| 25 | Bolster Plates for Rev3 Boards | San Francisco | $575.00 |
| 20 | Bolster Plates for Rev3 Boards | San Francisco | $360.00 |
| 20 | Indium Foil Squares | San Francisco | $40.00 |
| 128 | Bolster Plates for Rev3 Boards | San Francisco | $2,304.00 |
| 9 | TP-260 thermal pad 200x400mm | San Francisco | $360.00 |
| 2 | POWER SUPPLY 1000W ATX12V 80 PLUS PLATINUM | San Francisco | $400.00 |
| 11 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | San Francisco | $1,320.00 |
| 6 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | San Francisco | $840.00 |
| 19 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | San Francisco | $1,425.00 |
| 19 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | San Francisco | $285.00 |
| 1 | Asus 2U Celeron 2.7 GHz controller with 10 USB ports | San Francisco | $500.00 |
| 75 | Sierra cable kit | San Francisco | $750.00 |
| 200 | Sierra cable kit | San Francisco | $800.00 |
| 5 | Prototype 4U Chassis with beveled front | San Francisco | $500.00 |
| 6 | Sierra Chassis | San Francisco | $420.00 |
| 5 | Baby Jet Chassis | San Francisco | $400.00 |

| 1 | Baby Jet System | San Francisco | $600.00 |
|---|---|---|---|
| 1 | Sierra System | San Francisco | $1,500.00 |
| 10 | 1000W+ ATX Power Supplies | San Francisco | $1,500.00 |
| 10 | Liquid Cooling Systems | San Francisco | $1,000.00 |
| 4 | Rev 0 Prototype Board  - one die out | Philadelphia | $1,540.00 |
| 4 | Rev 0 Prototype Board  - might be functional, needs further testing | Philadelphia | $1,540.00 |
| 9 | Rev 0 Prototype Board - abused during bring up | Philadelphia | $3,465.00 |
| 1 | Rev 1 Board - Needs 12V connector replaced | Philadelphia | $385.00 |
| 4 | Rev 1 Board - one die out | Philadelphia | $1,540.00 |
| 1 | Rev 2 Board | Philadelphia | $480.00 |
| 2 | Rev 2 Board - 3 die | Philadelphia | $960.00 |
| 1 | Baby Jet Chassis - Preproduction | Philadelphia | $80.00 |
| 2 | Sierra Chassis | Philadelphia | $140.00 |
| 1 | Lenovo Y510p | San Francisco | $715.09 |
| 1 | P633 | San Francisco | $357.43 |
| 31 | POWER SUPPLY 850W ATX12V V2.3 80 PLUS GOLD | Fremont | $3,875.00 |
| 20 | ECO III-120FB HASHFAST LIQUID COOLING SIERRA 430 | Fremont | $1,500.00 |
| 20 | AXIAL FAN, 120MM, 12VDC, 3A, 224 CFM | Fremont | $400.00 |
| 4 | Rev 2 Board from Bone Pile | Philadelphia | $1,920.00 |
| 97 | Golden Nonce ASIC | San Francisco | $14,550.00 |
| 40 | Golden Nonce ASIC - 1 Dead Die | San Francisco | $6,000.00 |
| 45 | Golden Nonce ASIC - 2 Dead Die | San Francisco | $6,750.00 |
| 216 | Golden Nonce ASIC - Completely | San Francisco | $32,400.00 |
| 1 | Rev 3 board Yoli Evo Mining Boards | Sunnyvale | $1,000.00 |
| 1 | Rev 1.1 Board | Sunnyvale | $385.00 |
| 1 | Rev1.2 Board | Sunnyvale | $385.00 |
| 1 | Rev Unknown Board | Sunnyvale | $385.00 |
| 1 | H80i Cooler | Sunnyvale | $50.00 |
| 1 | H100i Cooler | Sunnyvale | $50.00 |
| 2 | H80i Cooler - working | Sunnyvale | $100.00 |
| 1 | H80I Cooler - Failed | Sunnyvale | $50.00 |
| 1 | Platinum 860XP PSU | Sunnyvale | $100.00 |
| 2 | X Series X-660KM PSU | Sunnyvale | $150.00 |
| 1 | HP ProBook 440 G1, Ubuntu | Sunnyvale | $500.00 |
| 1 | HP ProBook 440 G1, Windows | Sunnyvale | $500.00 |
| 1 | Raspberry Pi with case and power supply in original boxes | Sunnyvale | $30.00 |
| 3 | Raspberry Pi in case, used | Sunnyvale | $75.00 |
| 2 | Beagle Bone Black Boards, used | Sunnyvale | $50.00 |
| 2 | Beagle Bone Black Cases | Sunnyvale | $60.00 |
| 2 | AVR32 EVK - 1101 boards, modified | Sunnyvale | $200.00 |
| 1 | Power Supplies | Sunnyvale | $5.00 |
| 1 | USB 12 Protocol Analyzer | Sunnyvale | $300.00 |

| | | | |
|---|---|---|---|
| 1 | Book "USB Complete: Developer's Guide, Fourth Edition" by Jan Axelson | Sunnyvale | $15.00 |
| 2 | Indium Foil - Unused | Sunnyvale | $4.00 |
| 1 | Leather | Sunnyvale | $1.00 |
| 1 | Cooler Brackets | Sunnyvale | $1.00 |
| 2 | Cooler plates | Sunnyvale | $24.00 |
| 5 | USB 2.0 Multi Board Readers/Writers new in packaging | Sunnyvale | $50.00 |
| 1 | USB SD Card reader/writer used | Sunnyvale | $5.00 |
| 1 | AVR JTAG debugger | Sunnyvale | $20.00 |
| 1 | pile of cables (usb, power supply, network, HDMI) | Sunnyvale | $20.00 |
| 1 | Cleaning supplies: Isopropyl Alcohol and cotton tipped cleaning swabs | Sunnyvale | $1.00 |
| 1 | Box of washers, screws, bolts and mounting coolers | Sunnyvale | $2.00 |

|  | Total | $7,846,638.19 |
|---|---|---|

In re   **HashFast Technologies LLC**                                    Case No. ___**14-30725**___
_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **5.1680623 Bitcoins** | - | **2,316.48** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **2,316.48** |
| Total > | **8,451,278.43** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **HashFast Technologies LLC**                                        Case No.    **14-30725**
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____
* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** ____ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# Exhibit "C"

In re   **HashFast LLC**     ,    Case No.   **14-30866**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

Case: 14-30866   Doc# 25   Filed: 06/23/14   Entered: 06/23/14 17:37:50   Page 24 of 38

In re **HashFast Technologies LLC**        Case No.    **14-30725**

                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 100 Bush Corporation<br>100 Bush St.<br>San Francisco, CA 94104 | Lease Assumption and Assignment Agreement regarding 100 Bush Street Suites 625 and 650, San Francisco, California 94104 between 100 Bush Corporation, as Landlord, San Francisco Court Appointed Special Advocates, as Tenant, and Debtor, as Assignee |
| Allan N. Hessenflow<br>23097 Summit Road<br>Los Gatos, CA 95033-9318 | Independent Contractor |
| Amanda Van Nuys Consulting<br>845 Montgomery Street<br>Unit 1<br>San Francisco, CA 94133 | Independent Contractor |
| AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Electronics manufacturing and engineering solutions |
| Avram Cheaney<br>1305 Laguna Street<br>Apt. 4<br>San Francisco, CA 94115 | Independent Contractor |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Montreal, Quebec<br>H4S 1K5, Canada | Manufacture, sale and distribution of electronics products and accessories |
| Dan Das Mann | Independent Contractor |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Memorandum of Understanding regarding design of digital currency-related microchips dated August 21, 2013 |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Proposal for G1.5 Design Projected dated December 1, 2013 |
| Federal Express Corporation<br>942 South Shady Grove Road<br>Memphis, TN 38120 | Pricing Agreement regarding shipping dated April 9, 2014 |

**3**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Purchase of parts dated November 26, 2013 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Purchase of parts dated December 5, 2013 |
| Hawk Ridge Systems<br>4 Orinda Way<br>Orinda, CA 94563 | Professional subscription support and service dated March 13, 2014 |
| International Rectifier<br>101 N Sepulveda Bldv.<br>El Segundo, CA 90245 | Parts and schematics |
| Kaloopy Media<br>Attn: Kurt Heim, President<br>2510 Main St.<br>Santa Monica, CA 90405 | Website development dated October 3, 2013 |
| Linear Technology Corporation<br>1630<br>McCarthy Blvd<br>Milpitas, CA 95035-7417 | Manufacturing of analog integrated circuits dated September 2012 |
| Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 | Evaluation to assit in optimizing software and hardware dated January 13, 2014 |
| Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 | Memorandum of Understanding dated March 4, 2014 |
| Monsoon Company, Inc.<br>1714 Franklin Street<br>#100-142<br>Oakland, CA 94612 | Website design dated December 9, 2013 |
| Package Science Services LLC<br>3287 Kifer Road<br>Santa Clara, CA 95051 | Design, analysis and generation of manufacturing documents and files for processor dated January 7, 2014 |
| Peter Henrickson<br>773 East El Camino Real<br>#142<br>Sunnyvale, CA 94087-2919 | Independent Contractor |
| Richard G. Bahr<br>[email address only] | Advisory Services Agreement and Proprietary Information Agreement |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC – www.bestcase.com         Best Case Bankruptcy

In re **HashFast Technologies LLC** , Case No. **14-30725**
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Robert Alkire Consulting<br>1081 Neptune Lane<br>La Grande, WA 98348 | Independent Contractor |
| S.F. Court Appointed Special Advocates<br>2535 Mission Street<br>San Francisco, CA 94110 | Lease Assumption and Assignment Agreement regarding 100 Bush Street Suites 625 and 650, San Francisco, California 94104 between 100 Bush Corporation, as Landlord, San Francisco Court Appointed Special Advocates, as Tenant, and Debtor, as Assignee |
| Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Manufacturing support agreement |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Invoice for hardware manufacturing dated February 17, 2014 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Quotation for hardware manufacturing dated January 8, 2014 |
| Sonny Mirador<br>Miratek Design<br>706 Michael Street<br>Milpitas, CA 95035 | Nondisclosure Agreement |
| Stacy Robinson<br>3876 Muirwood Lane<br>Roseville, CA 95747 | Independent Contractor |
| Stephen Hamner<br>51 Gladys St.<br>San Francisco, CA 94110 | Independent Contractor |
| Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | Independent Contractor |
| Tommy E. Contreras<br>855 Folsom Street<br>#514<br>San Francisco, CA 94107 | Independent Contractor |
| Uniquify, Inc.<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | Manufacturing services for TSMC 28HPM ASIC Project: "G1" dated September 6, 2013 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Uniquify, Inc.<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | Master Design, Manufacturing, Operations Services & Consulting Agreement dated April 9, 2013 |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# Exhibit "D"

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: HashFast LLC

Case No.

**Actual**
**Current Month**

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED:    Dec-14        PETITION DATE:      05/09/14

1.   Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here   X___
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $290 | $290 | $302 |
| b. Total Assets | $290 | $290 | |
| c. Current Liabilities | $0 | $0 | 0 |
| d. Total Liabilities | $0 | $0 | |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $290 | $290 | $580 |
| e. Cash Balance End of Month (c + d) | $290 | $290 | $580 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $0 | $0 | $0 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

**At the end of this reporting month:**

8.   Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    No

9.   Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    No

10. If the answer is yes to 8 or 9, were all such payments approved by the court?    No

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    No

12. Is the estate insured for replacement cost of assets and for general liability?    Yes

13. Are a plan and disclosure statement on file?

14. Was there any post-petition borrowing during this reporting period?    No

15. Check if paid: Post-petition taxes   N/A  ;   U.S. Trustee Quarterly Fees  ____; Check if filing is current for: Post-petition tax reporting and tax returns:  ____.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    9/8/14 0:00

Peter Kravitz
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
HashFast LLC

For the Month Ended _____ 11/30/14 _____

| | Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | | |
| | | | | **Revenues:** | | | |
| $0 | | $0 | 1 | Gross Sales | | $0 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | $0 | |
| $0 | $0 | $0 | 3 | Net Sales | | $0 | |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | $0 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | | $0 | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: _____ | | | |
| | | $0 | 8 | _____ | | | |
| | | $0 | 9 | _____ | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | | $0 | $0 |
| | | | | **Expenses:** | | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | $0 | |
| $0 | | $0 | 12 | Salaries (all Other including Employee taxes) | | $0 | |
| $0 | | $0 | 13 | Commissions | | $0 | |
| $0 | | $0 | 14 | Contract Labor | | $0 | |
| | | | | Rent/Lease: | | | |
| $0 | | $0 | 15 | Personal Property | | $0 | |
| $0 | | $0 | 16 | Real Property | | $0 | |
| $0 | | $0 | 17 | Insurance | | $0 | |
| $0 | | $0 | 18 | Management Fees | | $0 | |
| $0 | | $0 | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| $0 | | $0 | 20 | Employer Payroll Taxes | | $0 | |
| $0 | | $0 | 21 | Real Property Taxes | | $0 | |
| $0 | | $0 | 22 | Other Taxes | | $0 | |
| $0 | | $0 | 23 | Other Selling | | $0 | |
| $0 | | $0 | 24 | Other Administrative | | $15 | |
| $0 | | $0 | 25 | Interest | | | |
| $0 | | $0 | 26 | Other Expenses: _____ | | | |
| $0 | | $0 | 27 | _____ | | | |
| $0 | | $0 | 28 | _____ | | | |
| $0 | | $0 | 29 | _____ | | | |
| $0 | | $0 | 30 | _____ | | | |
| $0 | | $0 | 31 | _____ | | | |
| $0 | | $0 | 32 | _____ | | | |
| $0 | | $0 | 33 | _____ | | | |
| $0 | | $0 | 34 | _____ | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | | $15 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | | ($15) | $0 |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | 42 | _____ | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($15) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | | ($15) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____11/30/14_____

| | | | HashFast LLC | | |
|---|---|---|---|---|---|
| **Assets** | **Actual Current Month** | | **From Schedules** | | **Market Value** |

**Current Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| 1 | Cash and cash equivalents - unrestricted | | $290 |
| 2 | Bitcoins | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | - |
| 7 | Other: | | $0 |
| 8 | | | |
| 9 | **Total Current Assets** | | $290 |

**Property and Equipment (Market Value)**

| | | From Schedules | Market Value |
|---|---|---|---|
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |

**Other Assets**

| | | | Market Value |
|---|---|---|---|
| 22 | Loans to shareholders | | $0 |
| 23 | Loans to affiliates | | $0 |
| 24 | | | |
| 25 | Intellectual Property | | TBD |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $290 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

Revised 1/1/98

**Post-Petition**

    **Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $0 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $0 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ( TBD) |
| 53 | Capital Stock | | ( TBD) |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $0 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)                                    11/30/14

## Schedule A
**Accounts Receivable and (Net) Payable**

HashFast  LLC
**Current Month**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | | | $0 |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | $0 |
| Distribution - Products for resale | $0 |
| Manufacturer - Raw Materials | $0 |
| Work-in-progress | $0 |
| Finished goods/System Components | $0 |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
| Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | $0 |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
NO   x
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was  _____

Date of next physical inventory is  _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | |
| LIFO cost | |
| Lower of cost or market | ___ |
| Retail method | ___ |
| Other | ___ |
| Explain | |

Market value- cost basis for inventory still in process

Revised 1/1/98

## Schedule C
## Real Property

| Description | 11/30/14<br>HashFast LLC | Cost | Market Value |
|---|---|---|---|
| N/A | | N/A | Actual<br>Current Month |
| Total | | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - <br> N/A | | |
| Total | $0 | $0 |
| Furniture & Fixtures - <br> N/A | | |
| Total | $0 | $0 |
| Office Equipment - <br> N/A | | |
| Total | $0 | $0 |
| Leasehold Improvements - <br> N/A | N/A | N/A |
| Total | $0 | $0 |
| Vehicles - <br> N/A | N/A | N/A |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

11/30/14

HashFast LLC

| Taxes Payable | 0-30 Days | 31-60 Days | Actual Current Month | 91+ Days | |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) | |
|---|---|---|---|
| Secured claims (a) | $0 | $0 | |
| Priority claims other than taxes | $0 | $0 | |
| Priority tax claims | $0 | $0 | |
| General unsecured claims | $0 | $0 | << DxCorr Claim is |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at June 30, 2014

| | Bridge Bank | | | |
|---|---|---|---|---|
| Bank | Bridge | | | |
| Account Type | General | | | |
| Account No. | 102782083 | | | |
| Account Purpose | General | | | |
| Balance, End of Month | $290 | << Estimate, account statement not yet received; | | |
| Total Funds on Hand for all Accounts | $290 | No transaction for July. April Stmt balance - $320.40 with monthly fees ~$15-$ | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___11/30/14___

HashFast LLC

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | |
| 2 | Cash Received from Sales | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | $0 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 0 | |
| 14 | Selling | | |
| 15 | Administrative | $0 | |
| 16 | Capital Expenditures | $0 | $15 |
| 17 | Principal Payments on Debt | $0 | |
| 18 | Interest Paid | $0 | |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | |
| 20 | Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | |
| 22 | Draws | $0 | |
| 23 | Commissions/Royalties | $0 | |
| 24 | Expense Reimbursements | $0 | |
| 25 | Other | $0 | |
| 26 | Salaries/Commissions (less employee withholding) | $0 | |
| 27 | Management Fees | $0 | |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | |
| 29 | Employer Payroll Taxes | $0 | |
| 30 | Real Property Taxes | $0 | |
| 31 | Other Taxes | $0 | |
| 32 | Other Cash Outflows: | | |
| 33 | Contractors (Employer Services) | $0 | |
| 34 | Manufacturing Subcontract Services | $0 | |
| 35 | Freight for Product Shipments | $0 | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $0 | $15 |
| 39 | **Net Increase (Decrease) in Cash** | $0 | ($15) |
| 40 | **Cash Balance, Beginning of Period** | 290.00 | |
| 41 | **Cash Balance, End of Period** | $290 | ($15) |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___11/30/14___

| | Cash Flows From Operating Activities | HashFast LLC | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 1 | Cash Received from Sales | | $0 | |
| 2 | Rent/Leases Collected | | $0 | |
| 3 | Interest Received | | $0 | |
| 4 | Cash Paid to Suppliers | | $0 | |
| 5 | Cash Paid for Selling Expenses | | $0 | |
| 6 | Cash Paid for Administrative Expenses | | $0 | $15 |
| | Cash Paid for Rents/Leases: | | | |
| 7 | Personal Property | | $0 | |
| 8 | Real Property | | $0 | |
| 9 | Cash Paid for Interest | | $0 | |
| 10 | Cash Paid for Net Payroll and Benefits | | $0 | |
| | Cash Paid to Owner(s)/Officer(s) | | | |
| 11 | Salaries | | $0 | |
| 12 | Draws | | $0 | |
| 13 | Commissions/Royalties | | $0 | |
| 14 | Expense Reimbursements | | $0 | |
| 15 | Other | | $0 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | | |
| 16 | Employer Payroll Tax | | $0 | |
| 17 | Employee Withholdings | | $0 | |
| 18 | Real Property Taxes | | $0 | |
| 19 | Other Taxes | | $0 | |
| 20 | Cash Paid for General Expenses | | | |
| 21 | Contractors (Employer Services) | | $0 | |
| 22 | Freight for Product Shipments | | $0 | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | | $0 | ($15) |
| | **Cash Flows From Reorganization Items** | | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | | |
| 30 | U.S. Trustee Quarterly Fees | | | |
| 31 | | | | |
| 32 | Net Cash Provided (Used) by Reorganization Items | | $0 | $0 |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | | $0 | ($15) |
| | **Cash Flows From Investing Activities** | | | |
| 34 | Capital Expenditures | | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | | |
| 36 | | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | | $0 | $0 |
| | **Cash Flows From Financing Activities** | | | |
| 38 | Net Borrowings (Except Insiders) | | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | | |
| 40 | Capital Contributions | | | |
| 41 | Principal Payments | | | |
| 42 | | | | |
| 43 | Net Cash Provided (Used) by Financing Activities | | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | | $0 | ($15) |
| 45 | Cash and Cash Equivalents at Beginning of Month | | 290.00 | |
| 46 | Cash and Cash Equivalents at End of Month | | $290 | ($15) |

Revised 1/1/98