| | |
|---|---|
| 1 | TRACY HOPE DAVIS |
| | United States Trustee for Region 17 |
| 2 | Office of the United States Trustee |
| | 235 Pine Street, Suite 700 |
| 3 | San Francisco, CA 94104-2745 |
| | Telephone: (415) 705-3333 |
| 4 | Facsimile: (415) 705-3379 |
| 5 | By: JULIE M. GLOSSON |
| | Trial Attorney (#230709) |
| 6 | Email: Julie.m.glosson@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re ) Lead Case No. 14-30725 DM
)
HASHFAST TECHNOLOGIES LLC, ) Substantively consolidated with:
)
) Case No. 14-30866
)
Debtor-In Possession ) Chapter 11
)
)
)
HASHFAST LLC, )
)
)
Debtor-In Possession. )
)
)

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR STIPULATED ORDER REGARDING STANDING OF COMMITTEE**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

//

| | |
|---|---|
| 1 | Debtors |
| 2 | Hashfast Technologies LLC<br>HashFast LLC |
| 3 | 100 Bush Street, Suite 650<br>San Francisco, CA 94103 |
| 4 | |
| 5 | Debtors' Counsel<br>Peter A. Siddiqui |
| 6 | Katten Muchin Rosenman LLP<br>525 W. Monroe St. |
| 7 | Chicago, IL 60661-3693 |
| 8 | |
| 9 | Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl. |
| 10 | Los Angeles, CA 90067-3012 |
| 11 | |
| 12 | Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl. |
| 13 | Costa Mesa, CA 92626-7122 |
| 14 | |
| 15 | Counsel for Creditors Committee<br>Ashley McDow<br>Baker & Hostetler, LLP |
| 16 | 11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025-0509 |
| 17 | |
| 18 | Request for Special Notice |

| | |
|---|---|
| Christopher D. Sullivan | Ray E. Gallo |
| Gregory A. Rougeau | Gallo LLP |
| Diamond McCarthy LLP | 1299 Fourth St., Suite 505 |
| 150 California Street, Suite 2200 | San Rafael, CA 94901 |
| San Francisco, CA 94111 | |
| | Venkat Balasubramani |
| Eric W. Benisek | Focal PLLC |
| Vasquez Benisek & Lindgren LLP | 800 Fifth Ave, Suite 4100 |
| 3685 Mt. Diablo Blvd., Suite 300 | Seattle, WA 98104 |
| Lafayette, CA 94549 | |
| | Nancy Weng |
| Patrick V. Chesney | Trinh Law |
| Gallo LLP | 99 N. 1st St., Suite 200 |
| 801 S. Figueroa Street, Suite 2170 | San Jose, CA 95113 |
| Los Angeles, CA 90017 | |

| | | |
|---|---|---|
| 1 | W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 | Craig Stuppi<br>Law Offices of Stuppi & Stuppi<br>1655 N. Main Street, Suite 106, #360<br>Walnut Creek, CA 94596 |
| 4 | Caroline R. Djang, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626 | Robert G. Harris, Esq.<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| 7 | Ori Katz<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 30, 2015.

By: /s/
     Ianthe V. del Rosario