Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for the 81 Gallo Creditors*

**UNITED STATE BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866) |
| Debtor and Debtor-In-Possession. | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN LIQUIDBITS CORP.'S OPPOSITION TO MOTION FOR STIPULATED ORDER REGARDING STANDING OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR HEARING** |
| Debtor and Debtor-In-Possession. | Judge: Hon. Dennis Montali |

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "Gallo Creditors")[1] hereby join in Liquidbits Corp.'s Opposition to Motion for Stipulated Order Regarding Standing of the Official Committee of Unsecured Creditors, and Request for Hearing (Docket #289).

DATED:  January 30, 2015           **RESPECTFULLY SUBMITTED,**

                                     **GALLO LLP**

                        By:   */s/ Ray E. Gallo*
                              Ray E. Gallo
                              Patrick V. Chesney
                              Attorneys for the 81 Gallo Creditors

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.