Entered on Docket
February 02, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 30, 2015

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c
mdelaney@bakerlaw

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>  Debtor and Debtor in Possession.<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>  Debtor and Debtor in Possession. | Case No.: 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP FOR THE PERIOD OF JUNE 25, 2014 THROUGH AND INCLUDING NOVEMBER 10, 2014**<br><br>Hearing:<br>Date: January 23, 2015<br>Time: 1:30 p.m. |

On or about December 31, 2014, the Official Committee of Unsecured Creditors (the "Committee") filed an *Amended First Interim Application for Compensation and Reimbursement of Expenses of Baker & Hostetler LLP for the Period of June 25, 2014 Through and Including November 10, 2014* (the "Motion") [Docket Entry 266].

The Motion came on for hearing on January 23, 2015, at 1:30 p.m., in the above-referenced bankruptcy court (the "Court"), the Honorable Dennis Montali presiding. Appearances were made as stated on the record.

Having considered the Motion and the evidence attached thereto, and the objection, finding good cause therefor, and for the reasons stated on the record during the hearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in part and in part deferred. The allowance of the fees requested by and through the Motion shall be deferred; however, expenses requested by and through the Motion in the amount of $47,262.24 are hereby allowed in their entirety.

**IT IS SO ORDERED.**

** END OF ORDER **