

1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)

2  **BAKER & HOSTETLER LLP**    Signed and Filed: January 30, 2015
   11601 Wilshire Boulevard, Suite 1400

3  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800

4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.c

5                mdelaney@bakerlaw
                                        **DENNIS MONTALI**
                                        U.S. Bankruptcy Judge

6  Attorneys for OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11  In re                                  Case No.: 14-30725

12  HASHFAST TECHNOLOGIES, LLC, a          (Jointly Administered with HashFast LLC,
    California limited liability company,  Case No. 14-30866)

13
         Debtor and Debtor in Possession.  Chapter 11

14
                                           **ORDER ON OFFICIAL COMMITTEE OF**
15  ☒ Affects HASHFAST LLC, a Delaware     **UNSECURED CREDITORS' AMENDED**
      limited liability company,           **FIRST INTERIM APPLICATION FOR**
16                                         **COMPENSATION AND**
         Debtor and Debtor in Possession.  **REIMBURSEMENT OF EXPENSES OF**
17                                         **BAKER & HOSTETLER LLP FOR THE**
                                           **PERIOD OF JUNE 25, 2014 THROUGH**
18                                         **AND INCLUDING NOVEMBER 10, 2014**

19                                         Hearing:
                                           Date:  January 23, 2015
20                                         Time:  1:30 p.m.

21

22        On or about December 31, 2014, the Official Committee of Unsecured Creditors (the

23  "Committee") filed an *Amended First Interim Application for Compensation and Reimbursement*

24  *of Expenses of Baker & Hostetler LLP for the Period of June 25, 2014 Through and Including*

25  *November 10, 2014* (the "Motion") [Docket Entry 266].

26        The Motion came on for hearing on January 23, 2015, at 1:30 p.m., in the above-

27  referenced bankruptcy court (the "Court"), the Honorable Dennis Montali presiding.

28  Appearances were made as stated on the record.

*BAKER & HOSTETLER LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES*

1

1

Having considered the Motion and the evidence attached thereto, and the objection,

2

finding good cause therefor, and for the reasons stated on the record during the hearing,

3

4

**IT IS HEREBY ORDERED** that the Motion is GRANTED in part and in part deferred.

5

The allowance of the fees requested by and through the Motion shall be deferred; however,

6

expenses requested by and through the Motion in the amount of $47,262.24 are hereby allowed in

7

their entirety.

8

9

**IT IS SO ORDERED.**

10

11

**\*\* END OF ORDER \*\***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES