Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
Jimmy D. Parrish, Esquire
Florida Bar No. 0526401
**BAKER & HOSTETLER, LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone: 407. 649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com
jparrish@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Hearing Date:<br>Date: February 17, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 22<br>       U.S. Bankruptcy Court<br>       235 Pine Street<br>       San Francisco, CA 94104 |

**NOTICE OF MOTION AND MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER CONDITIONALLY APPROVING CONSOLIDATED DISCLOSURE STATEMENT AND PLAN**

**PLEASE TAKE NOTICE THAT** on February 17, 2015 at 9:30 a.m. (the "Hearing"), the Official Committee of Unsecured Creditors for HashFast Technologies LLC (the "Committee"), by and through its undersigned counsel, shall move and hereby moves this Court for an order tentatively approving the Committee's Plan of Liquidation and Disclosure Statement filed on February 2, 2015 (the "Consolidated Plan") pursuant to 11 U.S.C. § 1125(a) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of Motion (the "Notice"), the attached Memorandum of Points and Authorities, the Consolidated Plan, all pleadings and papers filed in the Bankruptcy Case, any other matters as to which the Court may take judicial notice, and such other argument and evidence as the Court may consider at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any interest party may obtain a copy of the Motion from the Court's docket or by contacting: Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509, Attn: Sonia Gaeta; Telephone (310) 979-8467; Email: SGaeta@Bakerlaw.com.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion shall be filed and served on counsel for the Committee in accordance with the Bankruptcy Local Rules and the Court's standing order.

Dated: February 2, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  BACKGROUND

1. On or about May 9, 2014 (the "Petition Date"), certain creditors commenced an involuntary bankruptcy case against Hashfast Technologies, LLC ("HFT") under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code")—commencing the bankruptcy case styled *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy").

2. Thereafter, HFT consented to entry of an order for relief and moved to convert the HFT Bankruptcy to one under chapter 11 of the Bankruptcy Code. On or about June 4, 2014, the Court entered an order converting the HFT Bankruptcy to one under chapter 11 of the Bankruptcy Code. *See* D.E. 40.

3. On or about June 6, 2014, Hashfast, LLC ("HF" and, collectively with HFT, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code—commencing the bankruptcy case styled *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy").

4. On or about June 23, 2014, the Committee was appointed in the HFT Bankruptcy. *See* D.E. 82.

5. On or about September 28, 2014, the Court entered an order substantively consolidating the estates in the HFT Bankruptcy and HF Bankruptcy (collectively, the "Bankruptcy Cases"). *See* D.E. 202. No trustee or examiner has been appointed in the Bankruptcy Cases.

6. On or about October 4, 2014, the exclusivity period provided for in 11 U.S.C. § 1121(d) expired. The Debtors did not timely seek or obtain an extension of this exclusivity period.

7. On or about February 2, 2015, the Committee filed the Consolidated Plan pursuant to the Court's instruction. In short, the Consolidated Plan calls for the creation of a liquidating trust into which all assets of the consolidated bankruptcy estates shall vest on the effective date of the Plan. The trustee for the liquidating trust shall thereafter administer the assets of the liquidating trust, including, without limitation, certain pending or potential causes of action, and

disburse the proceeds to creditors of the consolidated estate.

## II. JURISDICTION

This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

## III. ARGUMENT

In order to expedite confirmation of the Plan and the distribution to holders of allowed claims, the Committee believes it is appropriate to tentatively approve the Consolidate Plan for circulation in accordance with 11 U.S.C. § 1125, authorize dissemination of the same to creditors for voting, and schedule a combined hearing on final approval and confirmation of the Consolidated Plan. Additionally, the consolidated estate has limited resources and combining the hearings on the Consolidated Plan will reduce administrative expenses without prejudicing any creditor or party-in-interest.

## IV. CONCLUSION

WHEREFORE, the Committee respectfully requests that this Court enter an order: (1) tentatively approving the Consolidated Plan pursuant to 11 U.S.C. § 1125; (2) setting a combined hearing to consider final approval and confirmation of the Consolidated Plan; (3) setting deadlines for the solicitation of votes for the Consolidated Plan and submission of any objections thereto or supplemental documents in support thereof; and (4) granting any further or additional relief the Court deems just and proper.

Dated: February 2, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS