KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

**Signed and Filed: February 3, 2015**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br>_____<br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | ) Lead Case No. 14-30725<br>) Jointly Administered and Substantively Consolidated with:<br>) Case No. 14-30866<br>) Chapter 11<br>)<br>) **ORDER ON AMENDED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)**<br>)<br>) Hearing Held:<br>) Date: January 23, 2015<br>) Time: 1:30 p.m. |

This matter having come before the Court on the Amended First Interim Application for

Compensation and Reimbursement of Expenses of Counsel to the Debtor and Debtor-in-Possession (Katten Muchin Rosenman LLP) [Docket No. 262] (the "Application"); the Court having reviewed the Application and having held a hearing on January 23, 2015;

**IT IS HEREBY ORDERED** as follows:

1. The Application is GRANTED in part and deferred in part.

2. Katten Muchin Rosenman LLP shall be allowed to apply the retainer it is currently holding in the amount of $30,000 against the outstanding fees and expenses sought in the Application.

3. The balance of the Application is deferred.

*END OF ORDER*

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax