Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        amcdow@bakerlaw.com
              mdelaney@bakerlaw.com

Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
**BAKER & HOSTETLER, LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone:    407. 649.4000
Facsimile:    407.841.0168
Email:        egreen@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Hearing Date:<br>Date:   February 17, 2015<br>Time:   9:30 a.m.<br>Place:   Courtroom 22<br>          U.S. Bankruptcy Court<br>          235 Pine Street<br>          San Francisco, CA 94104 |

**NOTICE OF HEARING ON THE TENTATIVE APPROVAL OF THE CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGY, LLC, AND HASHFAST, LLC**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors for Hashfast Technologies LLC (the "Committee"), by and through its undersigned counsel, filed a

*Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC* (the "Consolidated Plan") [Docket Entry ("D.E.") 293] and *Notice of Motion and Motion by the Official Committee of Unsecured Creditors for Entry of an Order Conditionally Approving Consolidated Disclosure Statement and Plan* (the "Motion") [D.E. 294] on or about February 2, 2015. By and through the Motion, the Committee seeks tentative approval of the Consolidated Plan pursuant to 11 U.S.C. § 1125(a) and authority to hold a consolidated hearing on the final approval and confirmation of the Consolidated Plan. As previously noted in the notice provision of the Motion, the Consolidated Plan shall come on for hearing regarding its tentative approval on February 17, 2015, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the above-referenced Court (the "Court") in Courtroom 22 of the United States Bankruptcy Court located at 235 Pine Street, San Francisco, CA 94104.

**PLEASE TAKE FURTHER NOTICE** that any opposition or objection to the Motion must be filed with the Court and served on counsel for the Committee in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules for the Northern District of California, and the Court's standing order(s).

Dated: February 4, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON THE TENTATIVE APPROVAL OF THE CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGY, LLC, AND HASHFAST, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **February 4, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via personal delivery*
Hon. Dennis Montali
U.S. Bankruptcy Court Northern Division of California
235 Pine Street, 19th Floor
San Francisco, CA 94104

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 4, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani	venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell	ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney	pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney	mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang	cdjang@rutan.com
Fahim Farivar	ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick	keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Julie M. Glosson	julie.m.glosson@usdoj.gov
Elizabeth A. Green	egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris	rob@bindermalter.com
Ori Katz	okatz@sheppardmullin.com
Ashley McDow	amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen	jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF	USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Gregory A. Rougeau	grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi	craig@stuppilaw.com
Sarah M. Stuppi	sarah@stuppilaw.com
Christopher D. Sullivan	csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng	nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served):

*Via Email*

| Recipient Name | Email |
| --- | --- |
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |

*Via U.S. Mail*

### MANUAL NOTICE PARTIES

| | | |
| --- | --- | --- |
| Eric W. Benisek, *on behalf of Interested Party* Timefire, Inc. Vasquez Benisek & Lindgren LLP 3685 Mt. Diablo Blvd., Suite 300 Lafayette, CA 94549 | David M. Balabanian, *on behalf of Creditor* Liquidbits Corp. Law Offices of Bingham McCutchen Three Embarcadero Center San Francisco, CA 94111-4067 | Elizabeth A. Green, *on behalf of Creditor Committee* Official Committee Of Unsecured Creditors Baker & Hostetler LLP 200 S. Orange Ave. #2300 Orlando, FL 32801 |

Case: 14-30725    Doc# 299    Filed: 02/04/15    Entered: 02/04/15 14:36:12    Page 4 of 5
605858170.1

Craig A. Barbarosh, *on behalf of Interested Party*
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Kang Lu, *on behalf of Interested Party*
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney, *on behalf of Interested Party*
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Peter A. Siddiqui, *on behalf of Interested Party*
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

*Petitioning Creditor:*
Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

*Petitioning Creditor:*
Edward Hammond
3103 Powell Circle
Austin, TX 78704-6343

*Petitioning Creditor:*
Grant Pederson
12538 Botanical Lane
Frisco, TX 75035-0433

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Edwin E. Smith
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

AQS
401 Kato Terrace
Fremont, CA 94539

100 Bush Corporation
100 Bush Street, Suite 218
San Francisco, CA 94104

San Francisco Court Appointed Special
Advocates
2535 Mission Street
San Francisco, CA 94110