| | |
|---|---|
| 1 | KATTEN MUCHIN ROSENMAN LLP |
| | Craig A. Barbarosh (SBN 160224) |
| 2 | craig.barbarosh@kattenlaw.com |
| | 650 Town Center Drive, Suite 700 |
| 3 | Costa Mesa, CA 92626-7122 |
| | Telephone: (714) 966-6822 |
| 4 | |
| | Jessica M. Mickelsen (SBN 277581) |
| 5 | jessica.mickelsen@kattenlaw.com |
| | 2029 Century Park East, Suite 2600 |
| 6 | Los Angeles, CA 90067-3012 |
| | Telephone: (310) 788-4425 |
| 7 | Facsimile: (310) 788-4471 |
| 8 | Peter A. Siddiqui (*pro hac vice*) |
| | peter.siddiqui@kattenlaw.com |
| 9 | 525 W. Monroe Street |
| | Chicago, IL 60661-3693 |
| 10 | Telephone: (312) 902-5455 |
| | Facsimile: (312) 902-1061 |
| 11 | |
| | Counsel for Debtor and Debtor-In-Possession |
| 12 | HashFast Technologies LLC and HashFast LLC |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **NOTICE OF WITHDRAWAL OF MOTION FOR STIPULATED ORDER REGARDING STANDING OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DOCKET NO. 269]** |
| Debtor and Debtor-In-Possession | |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** that debtors and debtors-in-possession (the "Debtors") withdraw their Motion ("Motion") for Stipulated Order Regarding Standing of the Official Committee of Unsecured Creditors ("Committee") [Docket No. 269]. Based on further discussions between the Committee and the Debtors, the Debtors and the Committee believe that the Motion should be withdrawn, without a hearing required. The Motion is thus hereby withdrawn.

Dated: February 5, 2015

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

Dated: February 5, 2015

BAKER HOSTETLER
Ashley McDow

By: Ashley McDow - signed by Jessica Michele with Ashley McDow's express permission
Counsel for the Official Committee of Unsecured Creditors