TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   JULIE M. GLOSSON
      Trial Attorney (#230709)
      Email: Julie.m.glosson@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re | ) | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | ) | Substantively consolidated with: |
| | ) | Case No. 14-30866 |
| Debtor-In Possession | ) | Chapter 11 |
| HASHFAST LLC, | ) | |
| Debtor-In Possession. | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S OBJECTION TO COMMITTEE'S CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

CERTIFICATE OF SERVICE -1-

Case: 14-30725   Doc# 304   Filed: 02/11/15   Entered: 02/11/15 08:27:46   Page 1 of 3

<u>Debtors</u>
Hashfast Technologies LLC
Attention: HashFast CRO
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301-1919

<u>Debtors' Counsel</u>
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

<u>Counsel for Creditors Committee</u>
Michael Delaney
Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

<u>Request for Special Notice</u>
Christopher D. Sullivan
Gregory A. Rougeau
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Venkat Balasubramani
Focal PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104

Patrick V. Chesney
Gallo LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

Nancy Weng
Trinh Law
99 N. 1st St., Suite 200
San Jose, CA 95113

CERTIFICATE OF SERVICE -2-

| | |
|---|---|
| W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 | Craig Stuppi<br>Law Offices of Stuppi & Stuppi<br>1630 N. Main Street, Suite 332<br>Walnut Creek, CA 94596 |
| Caroline R. Djang, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626 | Robert G. Harris, Esq.<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Ori Katz<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 11, 2015.

By: /s/
    Ianthe V. del Rosario