Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for the 81 Gallo Creditors*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br>―――――――――――――――――<br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN LIQUIDBITS CORP.'S OBJECTION TO CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST LLC**<br><br>Date: February 17, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 22<br>Judge: Hon. Dennis Montali |

# NOTICE OF JOINDER AND JOINDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "Gallo Creditors")[1] hereby join in the Objection Of Liquidbits Corporation To Consolidated Plan Of Liquidation And Disclosure Statement For HashFast Technologies, LLC and HashFast, LLC (Docket #303).

DATED: February 11, 2015	**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: */s/ Ray E. Gallo*
Ray E. Gallo
Patrick V. Chesney
Attorneys for the 81 Gallo Creditors

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.