TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: JULIE M. GLOSSON
    Trial Attorney (#230709)
    Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC,<br><br>　　　　　Debtor-In Possession<br><br>Affects HASHFAST LLC,<br><br>　　　　　Debtor-In Possession. | Lead Case No. 14-30725 DM<br><br>Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11 |

**DECLARATION OF PATRICIA A. MARTIN IN SUPPORT OF
UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE
TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE,
TO APPOINT A CHAPTER 11 TRUSTEE**

I, Patricia A. Martin, declare:

1. I am employed as a Bankruptcy Auditor by the U.S. Department of Justice, Office of the U.S. Trustee, in the San Francisco field office at 235 Pine Street, Suite 700, San Francisco, California.

2. I make this declaration based on my own personal knowledge of the facts of this matter, if called upon would and could testify to the following.

3. As a Bankruptcy Auditor, I perform a number of duties for the Office of the U.S. Trustee with respect to Chapter 11 cases. In the regular course of my duties, I conduct an initial debtor interview at the initial stage of the case. I request documents from the debtor which are necessary to prepare for and conduct the initial interview. I review the financial issues in the case by reviewing Schedules and Statement of Financial Affairs, the Monthly Operating Reports ("MOR"), historical financial documents, and the disclosure statement and plan of reorganization filed by debtors-in-possession in Chapter 11 cases. I am familiar with the above referenced substantively consolidated cases of HashFast Technologies LLC and HashFast LLC (collectively "Debtors") and their respective case files as I am part of the Chapter 11 team which monitors the Debtors on behalf of the U.S. Trustee.

4. As part of my responsibilities, I have reviewed the Debtors' monthly operating reports ("Reports") and the revised plan and disclosure statement filed by the Committee ("Committee's Plan" or "Plan").

## Monthly Operating Reports

5. Based upon my review of the Debtors' Reports and as discussed in more detail below, the Reports do not provide the Court and creditors with an accurate picture of Debtors' financial condition and, for that reason, the Committee's proposed disclosure statement and plan cannot be properly evaluated. The only figure which appears certain is cash on hand; post-petition payables are unknown; and the market value of the Debtor's remaining assets has not been estimated.

6. Using information obtained from the Reports, I have prepared side-by-side summaries of the Debtors' monthly balance sheets (**EXHIBIT 1**), statements of cash receipts and disbursements (**EXHIBIT 2**), and detail information from its monthly bank statements (**EXHIBIT 3**) for the period of June through December, 2014.

7. <u>Accrued Professional Fees.</u> Debtors' Reports from July to September, signed by Peter Kravitz as responsible individual, do not reflect any unpaid expenses, including accrued

professional fees.[1] I first brought this to Debtors' attention on November 5, 2014, in an email to Debtors' counsel, Peter Siddiqui. However, Debtors have never corrected the Reports for July to September and the Reports for October, November, and December, filed on January 22, 2015, and signed by Mr. Kravitz, continue to omit the accrual of professional fees and other unpaid expenses.

8. A partial knowledge of the amount of accrued but unpaid professional fees was available to the Debtors because professionals representing the Debtors and Committee filed applications for compensation through October (for Debtors' counsel) and November 10, 2014 (for Committee's counsel), when combined total $668,509[2]. See Notice of Hearing [dkt. #263 and 266].

9. The Committee's Plan estimates administrative fees upon confirmation at $1.2 million but fails to allocate the estimated amount amongst the professionals and other unpaid administrative expenses.

10. In addition, the Reports do not reflect how much may be claimed as an unpaid, accrued administrative expense by Mr. Kravitz as of December 31, 2014.

11. On November 5, 2014, I contacted Mr. Siddiqui, Debtors' counsel, and Ms. McDow, the Committee's counsel, to alert them to the fact that the Reports should include accrued, unpaid professional fees for all professionals who will seek funds from the Debtors' estate. I also requested that Reports be amended; they were not. See Exhibit 4.

12. By November 5, 2014, Mr. Kravitz had also been made aware of the necessity to accurately report unpaid, accrued professional fees in Chapter 11 cases by the U. S. Trustee. I had found similar inaccuracies in the monthly operating reports and disclosure statement filed by Mr. Kravitz, as Chapter 11 trustee, in the case of In re The Zuercher Trust, Case No. 12-32747. Despite amending the reports in that case, the same deficiencies and inaccuracies persisted.

---

[1] The June Report, signed by Monica Hushen as responsible individuals, does reflect unpaid payroll and taxes but not unpaid accrued professional fees.
[2] $314,612 + $353,897 = $668,509

MARTIN DECL. ISO UST'S MOTION TO CONVERT CASE/APPOINT TRUSTEE: 14-30725    3

13. <u>Financial Statements.</u>  The Debtors' financial statements suffer from **four** material deficiencies that render the Reports incomplete and inaccurate.

14. First, the Balance Sheets do not balance as reflected in **Exhibit 1** – Balance Sheet – Line 29 versus Line 60.  On the balance sheet, total assets should always equal total liabilities and equity.  This is a basic accounting concept.  On the Reports, the lines used to balance the balance sheet are Line 52 – "retained earnings/deficit at time of filing" which Debtors always reported as "TBD" and line 58 "market value adjustment" which was always left blank.

15. Second, the Balance Sheets value inventory for <u>every</u> month at $7,412,819, when the Debtors bank statements show receipts suggesting that some assets have been liquidated. From June through December, 2014 the value of Hashfast's inventory has remained constant at $7,412,819 on its reported balance sheets (**Exhibit 1** – Balance Sheet – line 4) even though the Debtors reported cumulative product sales of $1,242,617 on its *Statement of Cash Receipts and Disbursements*.  <u>See</u> **Exhibit 2** –Cash Receipts & Disbursements - Line 2 – P. Kravitz Cumulative Column.

16. Third, the Balance Sheets – most significantly the balance sheet as of December 31, 2014 – inaccurately and seriously understate the Debtors' cumulative loss as of that date.  It reports a cumulative **<u>profit</u>** of $91,791.  (Exhibit 1 – Balance Sheet – line 55, last column.) Rather than a cumulative profit, the Debtors should be reporting a cumulative loss if the Debtors had accurately accrued unpaid professionals fees (at least $668,000).  Moreover, it appears the Debtors did not include the associated cost of their booked inventory in their cost of goods sold since cost of goods sold appears to only include post-petition payments to subcontractors and inventory on their MORS remains constant at $7,412,819 from June through December, 2014. Debtors' profit figure appears grossly overstated and inaccurate.  In addition, as of December 31, 2014, Debtors had $168,000 in the bank.  <u>See</u> Exhibit 1.  Thus, as of December 31, 2014, the case was administratively insolvent.

17. Fourth, the cumulative figures for cash receipts and disbursements do not reconcile.  This is reflected in **Exhibit 2.**  According to the Debtors, the accumulated receipts

total $1,245,723 but based upon my calculation the amount should be $935,362. I arrived at my figure by simply adding the reported amounts from each Report. The same is true for disbursements. Debtors reported total disbursements of $1,153,932, but I calculated that amount to be $924,427.

18. <u>Unexplained Transfers.</u> The Reports reflect three significant but unexplained transfers of funds to third parties.

19. First, Debtors bank statements show wire payments to ADP Payroll for a total of $120,789 in October ($39,479) and December ($63,310). <u>See</u> **Exhibit 3** –Bank Statement Summary - line 12 – October and November columns. The Debtors' balance sheets provides no insight as to the nature of the payments since the Debtors show no post-petition payroll liabilities since July, 2014. <u>See</u> Exhibit 1 – Balance Sheet – lines 30 and 31.

20. Second, bank statements show payments to insider and creditor Sandgate Technologies continued through October, 2014 and totaled $72,985. <u>See</u> **Exhibit 3** –Bank Statement Summary – Line 20.

21. Third, Debtors' December, 2014 bank statement shows a single payment of $4,800 to law firm Davis Wright Tremaine LLP $4,800, however, I could not locate corresponding orders authorizing employment or payment. <u>See</u> **Exhibit 3**– Bank Statements – line 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct, and, if called upon to testify thereon as a witness, I would be competent to so testify. Executed this 13th day of February, 2015, at San Francisco, California.

                                                /s/ Patricia A. Martin
                                                Bankruptcy Auditor

# EXHIBIT 1

**HASHFAST TECHNOLOGIES LLC**
Case No. 14-30725 DM

## BALANCE SHEET AS REPORTED IN MONTHLY OPERATING REPORTS

| | | Pacer No.: | 145 | 197 | 217 | 218 | 279 | 280 | 281 |
|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed: | 7/22/2014 | 9/8/2014 | 10/24/2014 | 10/24/2014 | 1/22/2015 | 1/22/2015 | 1/22/2015 |
| | | Signed by: | M.Hushen | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz |
| | | | June | July | August | September | October | November | December |
| | **ASSETS** | | | | | | | | |
| | **Current Assets** | | | | | | | | |
| 1 | Cash and cash equivalents - unrestricted | | $16,322 | $105,977 | $25,948 | $123,559 | $15,777 | $247,484 | $167,902 |
| 2 | Bitcoins | | $379 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | Accounts receivable (net) | | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 |
| 4 | Inventory | | $7,412,819 | $7,412,819 | $7,412,819 | $7,412,819 | $7,412,819 | $7,412,819 | $7,412,819 |
| 5 | Prepaid expenses | | $42,677 | $42,677 | $42,677 | $42,677 | $42,677 | $42,677 | $42,677 |
| 6 | Professional retainers | | $135,000 | $135,000 | $135,000 | $135,000 | $135,000 | $135,000 | $135,000 |
| 7 | Other: | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | **Total Current Assets** | | $7,628,806 | $7,718,082 | $7,638,053 | $7,735,664 | $7,627,882 | $7,859,589 | $7,780,007 |
| | **Property and Equipment (Market Value)** | | | | | | | | |
| 10 | Real property | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | Machinery and equipment | | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 |
| 12 | Furniture and fixtures | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 13 | Office equipment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 14 | Leasehold improvements | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15 | Vehicles | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 16 | Other: | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 21 | **Total Property and Equipment** | | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 | $55,700 |
| | **Other Assets** | | | | | | | | |
| 22 | Loans to shareholders | | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 |
| 23 | Loans to affiliates | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 28 | **Total Other Assets** | | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 | $21,609 |
| 29 | **Total Assets** | | $7,706,115 | $7,795,391 | $7,715,362 | $7,812,973 | $7,705,191 | $7,936,898 | $7,857,316 |

### Liabilities and Equity

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **LIABILITIES** | | | | | | | | |
| | **Post-Petition** | | | | | | | | |
| | **Current Liabilities** | | | | | | | | |
| 30 | Salaries and wages | | $110,256 | $0 | $0 | $0 | $0 | $0 | $0 |
| 31 | Payroll taxes | | $44,516 | $0 | $0 | $0 | $0 | $0 | $0 |
| 32 | Real and personal property taxes | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 33 | Income taxes | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 34 | Sales taxes | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 35 | Notes payable (short term) | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 36 | Accounts payable (trade) | | $20,991 | $0 | $0 | $0 | $0 | $0 | $0 |
| 37 | Real property lease arrearage | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 38 | Personal property lease arrearage | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 39 | Accrued professional fees | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 41 | Other: | | | $0 | $0 | $0 | $0 | $2,467 | $2,467 |
| 42 | | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 43 | | | | $0 | $0 | $0 | $0 | $0 | $0 |
| 44 | **Total Current Liabilities** | | $175,763 | $0 | $0 | $0 | $0 | $2,467 | $2,467 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | | | | | | |
| 46 | **Total Post-Petition Liabilities** | | $175,763 | $0 | $0 | $0 | $0 | $2,467 | $2,467 |
| | **Pre-Petition Liabilities (allowed amount)** | | | | | | | | |
| 47 | Secured claims | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 48 | Priority unsecured claims | | $10,719 | $10,719 | $10,719 | $10,719 | $10,719 | $10,719 | $10,719 |
| 49 | General unsecured claims | | $14,815,841 | $14,815,841 | $14,815,841 | $14,815,841 | $14,815,841 | $14,815,841 | $14,815,841 |
| 50 | **Total Pre-Petition Liabilities** | | $14,826,560 | $14,826,560 | $14,826,560 | $14,826,560 | $14,826,560 | $14,826,560 | $14,826,560 |
| 51 | **Total Liabilities** | | $15,002,323 | $14,826,560 | $14,826,560 | $14,826,560 | $14,826,560 | $14,829,027 | $14,829,027 |
| | **Equity (Deficit)** | | | | | | | | |
| 52 | Retained Earnings/(Deficit) at time of filing | | (TBD) | (TBD) | (TBD) | (TBD) | (TBD) | (TBD) | (TBD) |
| 53 | Capital Stock | | | | | | | | |
| 54 | Additional paid-in capital | | | | | | | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($59,819) | $30,482 | ($50,163) | $47,448 | ($60,334) | $171,373 | $91,791 |
| 56 | Post-petition contributions/(distributions) or (draws) | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | Market value adjustment | | | | | | | | |
| 59 | **Total Equity (Deficit)** | | ($59,819) | $30,482 | ($50,163) | $47,448 | ($60,334) | $171,373 | $91,791 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $14,942,504 | $14,857,042 | $14,776,397 | $14,874,008 | $14,766,226 | $15,000,400 | $14,920,818 |

# EXHIBIT 2

**HASHFAST TECHNOLOGIES LLC**
Case No. 14-30725 DM

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**
AS REPORTED IN DEBTOR'S MONTHLY OPERATING REPORTS

| | | Pacer No.: | 145 | 197 | 217 | 218 | 279 | 280 | 281 | | 281 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed: | 7/22/2014 | 9/8/2014 | 10/24/2014 | 10/24/2014 | 1/22/2015 | 1/22/2015 | 1/22/2015 | | 1/22/2015 | |
| | | Signed by; | M.Hushen | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz | P.Kravitz | UST | P.Kravitz | |
| | **Cash Receipts** | | June | July | August | September | October | November | December | Cumulative | Cumulative | Difference |
| 1 | Rent/Leases Collected | | | | | | | | | $0 | $0 | $0 |
| 2 | Cash Received from Sales | | $175,079 | $286,387 | | $171,313 | | $299,476 | | $932,255 | $1,242,617 | $310,362 |
| 3 | Interest Received | | | | | | | | | $0 | | $0 |
| 4 | Borrowings | | | | | | | | | $0 | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | | | | | | | | $0 | | $0 |
| 6 | Capital Contributions | | | | | | | | | $0 | | $0 |
| 7 | Deposits | | | | | | | $2,467 | | $2,467 | $3,106 | $639 |
| 8 | Rebates | | | | | | | $640 | | $640 | | ($640) |
| 9 | | | | | | | | | | $0 | | $0 |
| 12 | **Total Cash Receipts** | | $175,079 | $286,387 | $0 | $171,313 | $0 | $302,583 | $0 | $935,362 | $1,245,723 | $310,361 |
| | **Cash Disbursements** | | | | | | | | | | | |
| 13 | Payments for Inventory | | | | | | | | | $0 | | $0 |
| 14 | Selling | | | | $660 | $637 | $428 | $395 | $395 | $2,515 | $2,515 | $0 |
| 15 | Administrative | | $12,606 | $1,741 | $3,774 | $1,213 | $193 | $193 | $273 | $19,993 | $24,326 | $4,333 |
| 16 | Capital Expenditures | | | | | | | | | $0 | | $0 |
| 17 | Principal Payments on Debt | | | | | | | | | $0 | | $0 |
| 18 | Interest Paid | | | | | | | | | $0 | | $0 |
| | Rent/Lease: | | | | | | | | | $0 | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | | | | | | | | $0 | | $0 |
| 21 | Salaries | | $26,050 | | | | | | | $26,050 | $57,658 | $31,608 |
| 22 | Draws | | | | | | | | | $0 | | $0 |
| 23 | Commissions/Royalties | | | | | | | | | $0 | | $0 |
| 24 | Expense Reimbursements | | | | | | | | | $0 | | $0 |
| 25 | Other | | | | $6,041 | | | | | $6,041 | $6,041 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | | $103,837 | $107,121 | $24,519 | $114 | $39,479 | | $63,311 | $338,381 | $480,917 | $142,536 |
| 27 | Management Fees | | | | | | | | | $0 | | $0 |
| | Taxes: | | | | | | | | | $0 | | $0 |
| 28 | Employee Withholding | | $66,070 | | | | | | | $66,070 | | ($66,070) |
| 29 | Employer Payroll Taxes | | $7,989 | | | | | | | $7,989 | $15,977 | $7,988 |
| 32 | Other Cash Outflows: | | | | | | | | | $0 | | $0 |
| 33 | Contractors (Employer Services) | | $57,484 | $18,900 | $17,694 | | | | | $94,078 | $94,078 | $0 |
| 34 | Manufacturing Subcontractor Services | | $19,617 | $68,234 | $23,460 | $71,704 | $20,635 | | | $203,650 | $277,363 | $73,713 |
| 35 | Freight for Product Shipments | | $22,102 | | | | | | | $22,102 | | ($22,102) |
| 36 | Bank Fees/Shipping/Parking | | | $1,039 | $3,222 | $34 | $39 | $9,406 | $10,477 | $24,217 | $24,217 | $0 |
| | UST Fees | | | | $325 | | $4,879 | $4,871 | $325 | $10,400 | $10,400 | $0 |
| 37 | Professional Fees | | | | | | $42,130 | $56,011 | $4,800 | $102,941 | $160,440 | $57,499 |
| 38 | **Total Cash Disbursements:** | | $315,755 | $197,035 | $79,695 | $73,702 | $107,783 | $70,876 | $79,581 | $924,427 | $1,153,932 | $229,505 |
| 39 | **Net Increase (Decrease) in Cash** | | ($140,676) | $89,352 | ($79,695) | $97,611 | ($107,783) | $231,707 | ($79,581) | $10,935 | $91,791 | $80,856 |
| 40 | **Cash Balance, Beginning of Period** | | $156,998 | $16,624 | $105,643 | $25,948 | $123,559 | $15,777 | $247,484 | $156,998 | | |
| 41 | **Cash Balance, End of Period** | | $16,322 | $105,976 | $25,948 | $123,559 | $15,776 | $247,484 | $167,903 | $167,933 | | |

# EXHIBIT 3

**HASHFAST TECHNOLOGIES LLC**
Case No. 14-30725 DM

**SUMMARY OF HASHFAST CASH FLOW FROM BANK STATEMENTS**
**ATTACHED TO DEBTOR'S MONTHLY OPERATING REPORTS**

| | Pacer No.: | 145 | 197 | 217 | 218 | 279 | 280 | 281 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date Filed: | 7/22/2014 | 9/8/2014 | 10/24/2014 | 10/24/2014 | 1/22/2015 | 1/22/2015 | 1/22/2015 | |
| **Cash Activity per MORS** | | June | July | August | September | October | November | December | Total |
| Beg Balance | | 156,998 | 16,625 | 105,643 | 25,948 | 123,560 | 15,778 | 247,485 | 156,998 |
| Receipts | | 175,079 | 286,387 | 0 | 171,313 | 0 | 302,582 | 0 | 935,361 |
| Disbursements | | -315,755 | -197,035 | -79,695 | -73,701 | -107,782 | -70,875 | -79,583 | -924,426 |
| Ending Balance | | 16,322 | 105,977 | 25,948 | 123,560 | 15,778 | 247,485 | 167,902 | 167,933 |
| VERSUS | | | | | | | | | |
| **Cash Activity per Bk Statements** | | June | July | August | September | October | November | December | Total |
| Beg Balance | | 130,917 | 15,342 | 105,643 | 25,948 | 123,559 | 15,778 | 247,485 | 130,917 |
| Receipts | | 200,264 | 287,858 | 0 | 172,406 | 529 | 302,582 | 0 | 963,639 |
| Disbursements | | -315,839 | -197,557 | -79,695 | -74,795 | -108,310 | -70,875 | -79,583 | -926,654 |
| Ending Balance | | 15,342 | 105,643 | 25,948 | 123,559 | 15,778 | 247,485 | 167,902 | 167,902 |

| | **Receipts (Bk Stmts)** | June | July | August | September | October | November | December | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Guido Ochoa | 134,350 | | | 171,312 | | 261,942 | | 567,604 |
| 2 | Liquidbits | | 282,773 | | | | | | 282,773 |
| 3 | Kaysid LLC | | | | | | 40,000 | | 40,000 |
| 4 | BF Trading | 19,749 | 2,220 | | | | | | 21,969 |
| 5 | Proceeds from 3301… | 20,000 | | | | | | | 20,000 |
| 6 | Direct Deposit | 17,890 | | | | | | | 17,890 |
| 7 | Transfer from 8576 | 5,100 | | | | | | | 5,100 |
| 8 | Marconn Global Enterprise | 3,090 | | | | | | | 3,090 |
| 9 | ADP | 85 | 1,471 | | | | 640 | | 2,196 |
| 10 | Black Electro | | 1,394 | | | | | | 1,394 |
| 11 | SF Circuits | | | | 1,094 | | | | 1,094 |
| | | 200,264 | 287,858 | 0 | 172,406 | 0 | 302,582 | 0 | 963,110 |

| | **Disbursements (Bk Stmts)** | June | July | August | September | October | November | December | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | ADP Payroll | 151,446 | 92,641 | 21,393 | | 39,479 | | 63,310 | 368,269 |
| 13 | Directly paid payroll | 45,315 | | | | | | | 45,315 |
| 14 | Province | | | | | 42,130 | 56,010 | | 98,140 |
| 15 | Hypertechnologies-Ciara Inc | | | | | | 5,200 | 10,400 | 15,600 |
| 16 | Davis Wright Tremaine LLP | | | | | | | 4,800 | 4,800 |
| 17 | BNF Freight Center | | | | | | 4,100 | | 4,100 |
| 18 | Sonic Manufacturing | 16,688 | 67,320 | 2,000 | | | | | 86,008 |
| 19 | Uniquify | | | | 54,000 | | | | 54,000 |
| 20 | Sandgate Technologies | 24,850 | | 17,500 | 10,000 | 20,635 | | | 72,985 |
| 21 | Workbridge Consulting | 29,025 | 12,870 | 7,560 | | | | | 49,455 |
| 22 | Anthem Blue Cross | 5,554 | 13,049 | 4,785 | | | | | 23,388 |
| 23 | BCC payment | 18,175 | | | | | | | 18,175 |
| 24 | Tricom Funding/Kula Consulting | | 5,130 | 10,808 | | | | | 15,938 |
| 25 | SF Circuits | 1,254 | | | 8,798 | | | | 10,052 |
| 26 | Robert Half | 3,609 | | | | | | | 3,609 |
| 27 | Tim Wong | 1,073 | | 2,392 | | | | | 3,465 |
| 28 | Copower | 1,941 | 1,377 | | | | | | 3,318 |
| 29 | Accountemps | | | | 3,286 | | | | 3,286 |
| 30 | Charles Spackman | | | | 1,926 | | | | 1,926 |
| 31 | Monica Hushen | | | | 985 | | | | 985 |
| 32 | US Trustee | | | | | 4,879 | 4,872 | 325 | |
| 33 | Other | 16,909 | 5,170 | 7,060 | 1,997 | 660 | 693 | 748 | 33,237 |
| | | 315,839 | 197,557 | 79,695 | 74,795 | 107,782 | 70,875 | 79,583 | 916,050 |

# EXHIBIT 4

**Martin, Patricia (USTP)**

| | |
|---|---|
| **From:** | Martin, Patricia (USTP) |
| **Sent:** | Wednesday, November 05, 2014 8:54 AM |
| **To:** | amcdow@bakerlaw.com; peter.siddiqui@kattenlaw.com |
| **Cc:** | Glosson, Julie M. (USTP) |
| **Subject:** | Hashfast Accruing Professional Fees |
| **Categories:** | FILE |

In reviewing Hashfast's monthly operating reports, I noted that Hashfast is not accruing its and the creditor committee's professionals' fees on a monthly basis. Please ensure the debtor has billing statements from your firms so that the debtor can amend previously filed MORs and include accrued, unpaid fees as of 10/31/14 on its October report. Hashfast should be reporting all professionals fees for any professionals who will seek funds from the debtor's estate.

Peter, when Hashfast amends it reports, please ask them to review the monthly balance sheets which currently do not balance.

Please email me the amount of unpaid, accrued fees and expenses for each of your firm's as of 10/31/14.

Thank you.