TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: JULIE M. GLOSSON
    Trial Attorney (#230709)
    Email: julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

HASHFAST TECHNOLOGIES LLC,

                Debtor-In Possession

Affects HASHFAST LLC,

                Debtor-In Possession.

Lead Case No. 14-30725 DM

Substantively Consolidated with:

Case No. 14-30866

Chapter 11

Date: March 13, 2015
Time: 11:00 a.m.
Ctrm: Hon. Dennis Montali
      235 Pine Street, Courtroom 22
      San Francisco, CA

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that a hearing will be held on **March 13, 2015 at 11:00 a.m.**, before the **Honorable Dennis Montali, 235 Pine Street, Courtroom 22, San Francisco, California**, on the United States Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b), Or In The Alternative, To Appoint a Chapter 11 Trustee.

The Motion is based upon the notice of hearing, the memorandum in support, and the declaration(s) filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the motion. You may obtain a copy of the Motion, the memorandum in support, and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).

Dated: February 13, 2015

Tracy Hope Davis, United States Trustee
By: /s/ Julie M. Glosson
    Attorney for the United States Trustee

NOTICE OF HEARING - UST'S MOTION TO CONVERT CASE/APPOINT TRUSTEE: 14-30725

Case: 14-30725   Doc# 309   Filed: 02/13/15   Entered: 02/13/15 14:26:35   Page 1 of 1