# Exhibit "C"



Eduardo de Castro <eduardo@hashfast.com>

---

# (no subject)
1 message

---

**Cypher** <cipherdoc@gmail.com>  Mon, Sep 2, 2013 at 1:13 PM
To: Eduardo De Castro <eduardo@hashfast.com>

Hi E,

Now that we are officially sold out do you think I could be paid by Friday?

How was Burning Man?

Cypher



Eduardo de Castro <eduardo@hashfast.com>

# Payment
5 messages

**joe <cipherdoc@gmail.com>**　　　　　　　　　　　　　　　　Wed, Sep 4, 2013 at 7:26 AM

E,

Didn't hear from you last night.

I haven't received any payments from our 550 Babyjet contract. As i recall, the contract called for complete payout within 7 days of completion of sales.

My calculations go like this:

550 BJ's @ $5600 each = $3,080,000. 10% of that = $308,000. We shouldn't have to worry about deducting taxes or shipping since you charged for those upfront. We also know that BitPay used the Bitstamp exchange rate allowing you to collect more BTC than if you had used Gox.

Since sales started on Aug 8, the Bitstamp rate on that day averaged $95. Thus, the most optimistic calculation (from my standpoint) would be $308,000/95 = 3242.1 BTC payout.

Let me know your thoughts.

cypher

P.S.: without my continued thread posting activity, all the HF threads have slipped way down off the main Custom Hardware page for several days now. that's really *not good* even though you aren't actively selling at the moment. out of sight, out of mind, so they say.

---

**Eduardo de Castro <eduardo@hashfast.com>**　　　　　　　　　Wed, Sep 4, 2013 at 12:02 PM
To: cypherdoc <cipherdoc@gmail.com>

Cypher,

Apologies for that - I called back, but got the medical office, and then got into a whirlwind of calls.

Im going to be driving down to SJ in 20 mins or so and will have time to talk - does that work for you?

E

Sent from my mobile phone

[Quoted text hidden]

---

**joe <cipherdoc@gmail.com>**　　　　　　　　　　　　　　　　Wed, Sep 4, 2013 at 12:13 PM

yeah, sure.
[Quoted text hidden]

---

**joe <cipherdoc@gmail.com>**　　　　　　　　　　　　　　　　Wed, Sep 4, 2013 at 9:24 PM

you should try to attend some of these conferences to make connections and sales. set up a booth and be a sponsor. i'm sick of seeing Sam's mug in pics ;)



if you don't want to do that, you could send me. but after thinking about it, you'd have to pay me a 10% commission for any sales i make otherwise it wouldn't be worth my time. you'd do that for any other distributor.

which is why you should be the one to go if you're willing.

On 9/4/13 12:02 PM, Eduardo de Castro wrote:
[Quoted text hidden]

---

**cypherdoc** <cipherdoc@gmail.com>  Thu, Sep 5, 2013 at 11:25 AM
To: Eduardo de Castro <eduardo@hashfast.com>

is this going to be with HF?:

https://bitcointalk.org/index.php?topic=288443.0
[Quoted text hidden]