# Exhibit "E"



Eduardo de Castro <eduardo@hashfast.com>

## Fwd: need:
3 messages

---

**John Skrodenis <john@hashfast.com>**  Sat, Sep 14, 2013 at 3:47 PM
To: Eduardo de Castro <eduardo@hashfast.com>

---------- Forwarded message ----------
From: John Skrodenis <john@hashfast.com>
Date: Sat, Sep 14, 2013 at 3:42 PM
Subject: Re: need:
To: Cypher <cipherdoc@gmail.com>


Can you confirm receipt of 250 btc?
More to come from another account...

John


On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>
> John Skrodenis <john@hashfast.com> wrote:
>> your btc addy...
>> J

---

**John Skrodenis <john@hashfast.com>**  Mon, Sep 16, 2013 at 8:50 AM
To: Eduardo de Castro <eduardo@hashfast.com>

Begin forwarded message:

> From: joe <cipherdoc@gmail.com>
> Date: September 15, 2013, 4:42:45 PM PDT
> To: undisclosed-recipients:;
> Subject: Re: need:
>
> fyi, i haven't gotten anything else after receiving the 250.
>
> On 9/14/13 3:42 PM, John Skrodenis wrote:
>> Can you confirm receipt of 250 btc?
>> More to come from another account...

> John
>
> On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
>> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>>
>> John Skrodenis <john@hashfast.com> wrote:
>>> your btc addy...
>>> J

---

John Skrodenis <john@hashfast.com>　　　　　　　　　　　　　　　　Tue, Sep 17, 2013 at 5:10 PM
To: Eduardo de Castro <eduardo@hashfast.com>

> ---------- Forwarded message ----------
> From: John Skrodenis <john@hashfast.com>
> Date: Tue, Sep 17, 2013 at 4:27 PM
> Subject: Re: need:
> To: cypherdoc <cipherdoc@gmail.com>
>
>
> I realize that.  We will be working to change that today.
> I'll talk to E about getting you paid.
>
> J
>
>
> On Tue, Sep 17, 2013 at 12:19 PM, cypherdoc <cipherdoc@gmail.com> wrote:
>> your presence on the forum is exactly zero.
>>
>> and ppl are noticing that.  questions are not being answered.
>>
>> perhaps i could help but i need to get paid off first.  2 wks late.  any more coins?  750 to go...
>>
>> On 9/17/2013 12:03 PM, John Skrodenis wrote:
>>> Wholesale is good, retail is very slow.
>>>
>>> I really need to extract more info from engineering to put more info out there and step up our presence...
>>>
>>> John
>>>
>>> On Tue, Sep 17, 2013 at 11:30 AM, cypherdoc <cipherdoc@gmail.com> wrote:
>>>> how are sales going?
>>>>
>>>> On 9/14/2013 3:42 PM, John Skrodenis wrote:

> Can you confirm receipt of 250 btc?
> More to come from another account…
>
> John
>
>
> On Sat, Sep 14, 2013 at 3:33 PM, Cypher <cipherdoc@gmail.com> wrote:
>> 1KFrqkEGy6Yq7X4SYCbYoj8HEwfbWVUDJ9
>>
>> John Skrodenis <john@hashfast.com> wrote:
>>> your btc addy…
>>> J