# Exhibit "F"

---------- Forwarded message ----------
From: **Bitcoin Forum** <noreply@bitcointalk.org>
Date: Sat, Oct 12, 2013 at 8:56 PM
Subject: New Personal Message: HashFast Support Team
To: willem@petamex.com

You have just been sent a personal message by HashFast on Bitcoin Forum.

IMPORTANT: Remember, this is just a notification. Please do not reply to this email.

The message they sent you was:

Dear Will,

This past summer, HashFast created a huge splash in the Bitcoin community after the announcement of its Golden Nonce chip. The Golden Nonce—a 28nm ASIC chip that performs 400 Ghash/s at nominal speed while consuming notably less than 1.0 W/GH—is projected to change the future of Bitcoin mining.

Your thoughts, comments, and questions have acknowledged just how far HashFast has pushed the envelope in the Bitcoin market. Your interest in HashFast's products, as well as your expertise in Bitcoin mining hardware, makes you the perfect candidate to join HashFast's BitcoinTalk support team.

As a member of the HashFast support team, your overall role will be to facilitate healthy debate and insight within the two HashFast threads in order to make sure that those threads remain at the top of the Custom Hardware message board. Sustaining a flow of supporting posts will encourage interest in the HashFast company and our products, which will lead to increased traffic on the HashFast website, and ultimately drive up purchases of HashFast equipment.

In order to achieve this goal, the HashFast support team member will be responsible for posting at least 1 – 2 supporting posts in each thread every day, or how ever many posts are deemed necessary to maintain a top position in the message board. Because we want to focus on the positive aspects of being a part of the Bitcoin community, verbal attacks by other forum members should only be met with immediate, persistent, reasoned, knowledgeable, and mature responses. Therefore, posts will be monitored to make sure that the language reflects the genuine nature and main objective of being a part of HashFast's support team.

In exchange for your services, HashFast will keep the support team reasonably updated on engineering information, and any other valuable details, that can be used to enlighten forum participants. Compensation will be $15/hr for 10 hours per week – paid in silicon.

If you are interested in the position as a HashFast support team member, please contact us team@hashfast.com. Hope to hear from you soon.

Cheers,

HashFast Forum Liaison

Reply to this Personal Message here:
https://bitcointalk.org/index.php?action=pm;sa=send;f=inbox;pmsg=1154588;quote;u=139624

------------------
You are receiving this message because you are a member of the
Bitcoin Forum. If you do not want to receive further messages, you
can change your notification preferences here:
https://bitcointalk.org/index.php?action=profile;sa=notification
https://bitcointalk.org/index.php?action=profile;sa=pmprefs

If you have forgotten your password, you can reset it here:
https://bitcointalk.org/index.php?action=reminder