**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Case No. 14-30866 |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | Hearing:<br>Date: March 20, 2015<br>Time: 10:00 a.m. |
| ■ Affects HASHFAST LLC, a Delaware limited liability company, | Place: Courtroom 22<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |
| Debtor and Debtor-in-Possession. | Judge: Hon. Dennis Montali |

**MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

1019499.1                                   1                                   MOTION

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Koi Systems Ltd. ("Koi"), petitioning creditor and member of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of HashFast Technologies, LLC and HashFast LLC (collectively, "HashFast" and/or the "Debtors"), submits this Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503 (the "Motion").

## I. INTRODUCTION

By this Motion, Koi seeks an order of the Court allowing reimbursement to Koi for certain legal fees and expenses it incurred that relate directly to the involuntary petition and for certain travel expenses it incurred in carrying out its Committee duties. In particular, Koi is requesting that it be paid: (1) $39,230.72 for legal fees and expenses directly related to bringing the involuntary petition; and (2) $9,957.91 for travel expenses for the performance of its duties as a member of the Committee. Koi believes the Estates have sufficient funds to pay the expenses requested. Accordingly, Koi respectfully requests that the Bankruptcy Court grant the Motion.

In support of this Motion, Koi requests that the Court consider the following documents filed concurrently herewith: (1) Memorandum of Points and Authorities in Support of Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503; and (2) Declaration of Robert Edgeworth in Support of Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503, and Exhibits referenced therein.

## II. BACKGROUND FACTS

The Debtors were engaged in a single enterprise for the design, manufacture and sale of computer chips and systems utilized in Bitcoin mining. HashFast, LLC ("HF") is the parent company of HashFast Technologies, LLC ("HFT") and owner of 100% of the membership interest of HFT.

On or about May 9, 2014, Koi, UBE Enterprises, Timothy Lam, Edward Hammond, and Grant Pederson (collectively, the "Petitioning Creditors") commenced an involuntary bankruptcy under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") against HFT.

On June 3, 2014, HFT filed the *Debtors' Conditional Consent to an Order for Relief Regarding Involuntary Petition and Debtors' Motion to Convert to Chapter 11*. On June 4, 2014, the Court entered an order converting the Bankruptcy Case to one under chapter 11 of the Bankruptcy Code. Thereafter, HFT has acted as debtor-in-possession pursuant to Sections 1107 and 1008 of the Bankruptcy Code.

HF filed a voluntary petition under chapter 11 of the Bankruptcy Code on June 6, 2014.

On or about June 6, 2014, HFT filed the *Debtors' Motion for an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of Their Chapter 11 Cases*, seeking to administratively consolidate the HFT Bankruptcy and the HF Bankruptcy. On or about July 8, 2014, the Court entered an order in the HFT Bankruptcy consolidating the Bankruptcy Case and naming the HFT Bankruptcy the lead bankruptcy case.

On or about June 23, 2014, the Office of the United States Trustee appointed the following creditors of HFT to serve on the Committee: Hamilton Hee; Sistemas Operativos Sanitarios Ca; Uniquify, Inc.; Antony Vo; Koi Systems Ltd.; Digimex Ltd; and Peter Morici. A copy of the *Appointment of the Official Committee of Unsecured Creditors* is attached as Exhibit "1" to the concurrently filed Edgeworth Declaration.

The Court granted the Debtors' motion to jointly administer the Debtors' bankruptcy cases on July 8, 2014. Thereafter, the Committee filed its motion for an order substantively consolidating the Bankruptcy Case and the estates (collectively, the "Estates") into a single estate, which motion was granted at the hearing held on September 10, 2014.

### III. EXPENSES INCURRED BY KOI

Koi is requesting reimbursement of its necessary expenses as follows:

#### A. Legal Fees and Expenses

Beginning in April 2014, Koi retained Baker & Hostetler LLP ("Baker")[1] to render legal services in connection with the involuntary bankruptcy petition filed against HFT. From April 9, 2014 through May 23, 2014, Koi incurred $38,715.00 for legal fees and $515.72 for expenses that were directly related to the preparation and filing of the involuntary petition. A copy of the invoices for legal services is attached as Exhibit "2" to the concurrently filed Edgeworth Declaration.

#### B. Committee Expenses

Koi also incurred $9,957.91 in expenses in connection with the performance of its duties as a member of the Committee. Mr. Edgeworth, Koi's founder, traveled to the Committee formation meeting held on June 6, 2014. He also traveled to creditor meetings, management negotiations, and four separate Federal Rule of Bankruptcy Procedure ("FRBP") 2004 examinations that were conducted in order for the Committee to obtain a comprehensive understanding of the Debtor's financial condition and operations.

Following is a summary of Koi's travel expenses:

---

[1] The Committee is authorized to employ Baker as its counsel pursuant to the order entered July 24, 2014.

| Date | Purpose | Amount |
|---|---|---|
| June 16-17, 2014 | Committee formation meeting | $1,227.26 |
| July 6-9, 2014 | Meeting of creditors | $1,876.38 |
| July 14-18, 2014 | 341(a) hearing and FRBP 2004 examination of Monica Hushen | $2,783.09 |
| July 24-28, 2014 | FRBP 2004 examination of Eduardo DeCastro and leveraged buyout purchase hearing | $2,375.12 |
| August 4-6, 2014 | Management negotiations | $ 591.67 |
| September 10-11, 2014 | FRBP 2004 examination of Simon Barber | $ 588.19 |
| November 17, 2014 | FRBP 2004 examination of Tim Wong | $ 516.20 |
| | **Total:** | **$9,957.91** |

Mr. Edgeworth's receipts for travel expenses are attached as Exhibit "3" to the concurrently filed Edgeworth Declaration.

## IV. KOI'S CONTRIBUTION TO THE BANKRUPTCY CASE

Koi, a petitioning creditor, has made a substantial contribution to the bankruptcy case. Koi conceived of bringing an involuntary chapter 7 petition against HFT and took the lead in convincing other creditors to join in the petition which was filed on May 9, 2014. On June 3, 2014, HFT filed its conditional consent to the order for relief and its motion to convert to chapter 11. The Court entered an order on June 4, 2014, converting the Bankruptcy Case to one under chapter 11.

Koi's travel expenses were necessary in order for Koi to participate in Committee meetings, court hearings, management negotiations and examinations of several individuals who have significant knowledge of the Debtors' financial condition and operations. Koi believes the expenses requested are reasonable and that there are sufficient funds available to pay the requested expenses. *See* Edgeworth Declaration.

## V. CONCLUSION

**WHEREFORE**, Koi respectfully requests that the Court enter an order providing for the following relief:

1. Granting the Motion;

2. Authorizing payment of the sum of $39,230.72 to Koi for administrative expenses pursuant to 11 U.S.C. §§ 503(b)(3)(A), 503(b)(3)(D) and 503(b)(4);

3. Authorizing payment of the sum of $9,957.91 to Koi for travel expenses pursuant to 11 U.S.C. § 503(b)(3)(F); and

4. For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: February 27, 2015  WEILAND GOLDEN LLP

By: /s/ BETH E. GASCHEN
BETH E. GASCHEN
Attorneys for Koi Systems Ltd.

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002