**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No.:  14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br><u>Hearing</u>:<br>Date:     March 20, 2015<br>Time:     10:00 a.m.<br>Place:    Courtroom 22<br>          235 Pine Street, 19th Floor<br>          San Francisco, CA 94104<br>Judge:    Hon. Dennis Montali |

**DECLARATION OF ROBERT EDGEWORTH IN SUPPORT OF
MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF
KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

I, Robert Edgeworth, declare:

1.     I am the founder of Koi Systems Ltd., a petitioning creditor and one of the members of the Official Committee of Unsecured Creditors of the consolidated estates of HashFast Technologies, LLC, and HashFast LLC (the "Debtors").  I make this declaration in support of the *Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C.*

*§ 503* (the "Motion"). I know each of the following facts of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. Capitalized terms in this declaration shall have the meanings set forth in the Motion.

2. A true and correct copy of the *Appointment of the Official Committee of Unsecured Creditors* is attached as Exhibit "1."

3. Koi incurred $39,230.72 in legal fees and expenses directly related to bringing the involuntary bankruptcy petition against HFT. All entries not related to bringing the involuntary petition have been deleted from the attached itemization. Likewise, all entries after the entry of the order for relief have been deleted from the attached itemization. A true and correct copy of the invoices for legal services is attached as Exhibit "2."

4. Koi incurred $9,957.91 for my travel expenses in connection with meetings, hearings, negotiations and FRBP 2004 examinations, as detailed below. A true and correct copy of my receipts is attached as Exhibit "3."

   a. On June 16-17, 2014, I traveled round trip from Phoenix to San Francisco for the purpose of attending the Committee formation meeting. I incurred certain expenses in making this trip, including flight ($678.99), hotel ($506.27), parking ($22.00) and BART ($20.00), for a total of $1,227.26.

   b. On July 6-9, 2014, I traveled round trip from Las Vegas to San Francisco in order to attend the HashFast 341(a) meeting of creditors. I incurred certain expenses in making this trip, including flight ($572.00), baggage fees ($50.00), hotel ($1,165.38), parking ($69.00) and BART ($20.00), for a total of $1,876.38.

   c. On July 14-18, 2014, I traveled round trip from Las Vegas to San Francisco for the purpose of attending the HashFast 341(a) hearing and the FRBP 2004 examination of Monica Hushen. I incurred certain expenses for making this

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

trip, including flight ($490.99), hotel ($2,222.10), taxi ($50.00) and BART ($20.00), for a total of $2,783.09.

  d. On July 24-28, 2014, I traveled round trip from Las Vegas to San Francisco to attend the HashFast Liquidbits sale hearing and the FRBP 2004 examination of Eduardo DeCastro. I incurred certain expenses for making this trip, including flight ($497.19), hotel ($1,857.93) and BART ($20.00), for a total of $2,375.12.

  e. On August 4-6, 2014, I traveled round trip by car from Las Vegas to Los Angeles for the purpose of attending the HashFast CRO negotiation. I incurred certain expenses for making this trip, including mileage ($378.00) and hotel ($213.67), for a total of $591.67.

  f. On September 10-11, 2014, I traveled round trip from Las Vegas to San Francisco for the purpose of attending the HashFast FRBP 2004 examination of Simon Barber. I incurred certain expenses for making this trip, including flight ($524.19), BART ($20.00) and parking ($44.00), for a total of $588.19.

  g. On November 17, 2014, I traveled round trip from Burbank to San Francisco for the purpose of attending the FRBP 2004 examination of Tim Wong, and incurred $516.20 for my flight.

5. I believe the amounts requested are reasonable and that there are sufficient funds available to pay the requested expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of February, 2015, at _____, _____.

             SIGNATURE TO BE PROVIDED
             ——————————————————————
             Robert Edgeworth

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: DONNA S. TAMANAHA (WI#1013199)
Assistant United States Trustee
Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re ) No. 14-30725 DM
)
**HASHFAST TECHNOLOGIES, LLC,** ) Chapter 11
)
)
Debtor. )

## APPOINTMENT OF THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

1. **Hamilton Hee**
   761 Irwindale Ave.
   Las Vegas, NV 89123

2. **Sistemas Operativos Sanitarios ca**
   Calle 35 entre Av. 2 y 3 #2-34
   Merida, Venezuela 5101
   Attn: Guido Ochoa

3. **Uniquify, Inc.**
   2030 Fortune Drive #200
   San Jose, CA 95131
   Attn: Robert Smith

4. **Antony Vo**
   319 S. Mitchell St.
   Bloomington, IN 47401

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

5. **Koi Systems Ltd**
   1191 Center Point Drive
   Suite A
   Henderson, NV 89074
   Attn: Robert Edgeworth

6. **Digimex Ltd.**
   Bel Air on the Peak, Phase 4
   Tower 7, Unit 19A
   Pok Fu Lam, Hong Kong
   Attn: Willem van Rooyen

7. **Peter Morici**
   1430 Patapsco St.
   Baltimore, MD 21230

Dated: June 23, 2014

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Donna S. Tamanaha
Donna S. Tamanaha
Assistant United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Case: 14-30725   Doc# 82   Filed: 06/23/14   Entered: 06/23/14 13:33:33   Page 2 of 2

Case: 14-30725   Doc# 325   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 5 of 17

EXHIBIT 15 PAGE 5

TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: DONNA S. TAMANAHA (WI#1013199)
Assistant United States Trustee
Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re ) No. 14-30725 DM
)
HASHFAST TECHNOLOGIES, LLC, ) Chapter 11
)
)
Debtor. )

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Debtor
Hashfast Technologies LLC
100 Bush Street, Suite 650
San Francisco, CA 94103

Debtor's Counsel
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

-1-

Case: 14-30725 Doc# 325 Filed: 02/27/15 Entered: 02/27/15 10:28:58 Page 6 of 17

EXHIBIT 15 PAGE 6

| | |
|---|---|
| 1 | Jessica M. Mickelsen |
| 2 | Katten Muchin Rosenman LLP |
|   | 2029 Century Park E 26th Fl. |
| 3 | Los Angeles, CA 90067-3012 |
| 4 | Craig A. Barbarosh |
| 5 | Katten Muchin Rosenman LLP |
|   | 650 Town Center Dr. 7th Fl. |
| 6 | Costa Mesa, CA 92626-7122 |

7  Members of Unsecured Creditors Committee
Hamilton Hee
8  761 Irwindale Ave.
9  Las Vegas, NV 89123

10  Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
11  Calle 35 entre Av. 2 y 3 #2-34
12  Merida, Venezuela 5101

13  Uniquify, Inc.
Attn: Robert Smith
14  2030 Fortune Drive #200
15  San Jose, CA 95131

16  Antony Vo
319 S. Mitchell St.
17  Bloomington, IN 47401

18
Koi Systems Ltd
19  Attention: Brian Edgeworth
1191 Center Point Drive
20  Suite A
21  Henderson, NV 89074

22  Digimex Ltd.
Attn: Willem van Rooyen
23  Bel Air on the Peak, Phase 4
24  Tower 7, Unit 19A
Pok Fu Lam, Hong Kong
25
Peter Morici
26  1430 Patapsco St.
27  Baltimore, MD 21230
28

-2-

Case: 14-30725   Doc# 82-1   Filed: 06/23/14   Entered: 06/23/14 13:33:33   Page 2 of 3

Case: 14-30725   Doc# 325   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 7 of 17

EXHIBIT 15 PAGE 7

Request for Special Notice
Christopher D. Sullivan
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

David M. Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Patrick V. Chesney
Gallo LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Venkat Balasubramani
Focal PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 23, 2014.

By: /s/
Ianthe V. del Rosario

-3-

# BakerHostetler

Mr. Brian Edgeworth  
Koi Systems Ltd.  
1191 Center Point Drive  
Henderson, NV 89074

Invoice Date: 05/31/2014  
Invoice Number: 1671494  
B&H File Number: 05493/092312/000002  
Taxpayer ID Number: 34-0082025  
Page 1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/14 | Lisa I Damji | Telephone conference with Mr. Edgeworth regarding legal strategy concerning demand from Hashfast; confer with Mr. Delaney regarding involuntary bankruptcy considerations; analyze issues regarding same; provide direction to Mr. Edgeworth regarding response to HashFast concerning refund requirements; emails with Mr. Edgeworth regarding same; review HashFast's response to Mr. Edgeworth's April 8 request for refund; review email from Mr. Edgeworth to HashFast; review results of Mr. Rawles' research concerning HashFast. | 2.70 | 1,377.00 |
| 4/24/14 | Michael T. Delaney | Research standards for filing involuntary bankruptcy petition; research potential liability for petition creditors; draft memorandum regarding same; confer with Ms. Damji regarding preparation of memorandum and necessary analysis; draft correspondence to client regarding the memorandum and need for further research in the event the client is interested in filing an involuntary bankruptcy petition. | 4.50 | 1,575.00 |
| 4/30/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding involuntary bankruptcy against Hashfast; attention to issues regarding same; respond to Mr. Edgeworth's email. | 0.70 | 357.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver  
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

# BakerHostetler

Mr. Brian Edgeworth  
Koi Systems Ltd.  
1191 Center Point Drive  
Henderson, NV 89074  

Invoice Date: 06/30/2014  
Invoice Number: 1682150  
B&H File Number: 05493/092312/000002  
Taxpayer ID Number: 34-0082025  
Page 1  

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/14 | Lisa I Damji | Respond to email from Mr. Edgeworth regarding first steps for instituting involuntary bankruptcy proceedings. | 0.20 | 102.00 |
| 5/5/14 | Michael T. Delaney | Prepare for and attend conference call regarding the filing of an involuntary bankruptcy against HashFast Technologies | 1.00 | 350.00 |
| 5/8/14 | Harry Garner | Research and prepare involuntary bankruptcy filing against Hashfast. | 1.30 | 455.00 |
| 5/9/14 | Harry Garner | Research and prepare involuntary bankruptcy filing against Hashfast; finalize and file involuntary bankruptcy petition. | 3.20 | 1,120.00 |

**Expenses and Other Charges**

| | | | |
|---|---|---|---|
| 05/13/14 | 14 Copies | | 1.40 |
| | Subtotal - Copying (E101) | | 1.40 |
| 05/08/14 | Westlaw Research - 05/08/14 by Michael Delaney | | 19.00 |
| 05/08/14 | Westlaw Research - 05/08/14 by Michael Delaney | | 15.74 |
| 05/23/14 | Westlaw Research - 05/23/14 by Michael Delaney | | 20.99 |
| | Subtotal - Online Research (E106) | | 55.73 |
| 05/13/14 | Filing Fees and Related; Ashley M. McDow; Filing fee for Involuntary Petition (Chapter 7) 14-30725; May 13, 2014 | | 306.00 |
| | Subtotal - Court Fees (E112) | | 306.00 |
| 05/12/14 | Other Professional Services (E123) - VENDOR: PARACORP INC. DBA PARASEC RECORDS RETRIEVAL FEES | | 40.00 |
| | Subtotal - Other Professionals (E123) | | 40.00 |
| | Total | $ | 403.13 |

# BakerHostetler

Koi Systems, Ltd.
Units 1403-5, 14/F
Nan Fung Tower
173 Des Voeux Road Central
HONG KONG
N/A

Invoice Date: 06/30/2014
Invoice Number: 1682154
B&H File Number: 05493/092312/000003
Taxpayer ID Number: 34-0082025
Page 1

Regarding: Involuntary bankruptcy

Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/4/14 | Lisa I Damji | Email Ms. McDow information regarding Koi Systems for petition and client instruction concerning preparation of involuntary bankruptcy | .40 | 204.00 |
| 5/5/14 | Lisa I Damji | Prepare for conference call with Mr. Edgeworth regarding involuntary bankruptcy against HashFast; telephone conference with Ms. McDow and Messrs. Edgeworth and Delaney to determine type of bankruptcy to seek; emails with Mr. Edgeworth regarding creditor information; review emails from Mr. Edgeworth and Mr. Hammond regarding outstanding orders. | 1.00 | 510.00 |
| 5/6/14 | Ashley M. McDow | Review correspondence received from client and various creditors of HashFast and assess impact of correspondence on ability to commence involuntary proceeding against HashFast; meeting with Michael Delaney, Harry Gardner and Lisa Damji regarding strategy for commencing involuntary proceeding. | 1.00 | 500.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Koi Systems, Ltd.

Invoice Date: 08/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/14 | Harry Garner | Meeting with Ms. McDow and Mr. Delaney regarding preparation of Involuntary bankruptcy against Hashfast. | 0.50 | 175.00 |
| 5/6/14 | Lisa I Damji | Exchange emails with Mr. Edgeworth regarding article detailing legal matters against HashFast entities; review and analysis of article regarding same; Provide direction to Mr. Rawles regarding corporate documents needed. | 0.50 | 255.00 |
| 5/6/14 | Michael T. Delaney | Attend planning meeting regarding the commencement of an involuntary bankruptcy proceeding against HashFast Technologies. | 0.50 | 175.00 |
| 5/7/14 | Harry Garner | Research and draft involuntary petition documents for Hashfast filing. | 1.80 | 630.00 |
| 5/7/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding timing of filing of petition; telephone conference with Mr. Edgeworth regarding same. | 0.20 | 102.00 |
| 5/7/14 | Michael T. Delaney | Conduct research regarding HashFast Technology's business operations and relationship with HashFast LLC. | 0.30 | 105.00 |
| 5/8/14 | Ashley M. McDow | Research local rules for Northern District of California relating to filing involuntary petition; review recent research relating to grounds for, and procedure relating to, filing involuntary petition. | 1.80 | 900.00 |
| 5/8/14 | Lisa I Damji | Exchange emails with Ms. McDow regarding preparation of petition; review email from Mr. Edgeworth and HashFast notice of reorganization; provide direction to Mr. Delaney regarding same. | 1.00 | 510.00 |
| 5/8/14 | Michael T. Delaney | Research regarding filing requirements for involuntary petition in the Northern District of California; draft correspondence to client regarding necessary documentation and information to finalize the involuntary petition. | 0.90 | 315.00 |

Baker & Hostetler LLP

Atlanta   Chicago      Cincinnati  Cleveland  Columbus      Costa Mesa  Denver
Houston   Los Angeles  New York    Orlando    Philadelphia  Seattle     Washington, DC

Case: 14-30725   Doc# 325   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 12 of 17
EXHIBIT 5 PAGE 12

Koi Systems, Ltd.

Invoice Date: 06/30/2014  
Invoice Number: 1682154  
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/8/14 | Michael T. Delaney | Review documentation provided by client regarding HashFast Technologies, HashFast LLC, the HashFast products, HashFast's business performance, and the claims held by the potential petitioning creditors. | 3.80 | 1,330.00 |
| 5/8/14 | Michael T. Delaney | Prepare involuntary petition. | 0.50 | 175.00 |
| 5/9/14 | Ashley M. McDow | Review involuntary petition and documents in support thereof in order to approve same for filing; review recent press releases relating to Hashfast. | 1.20 | 600.00 |
| 5/9/14 | Lisa I Damji | Review and work on petition; conduct legal research in preparation of same; review email from Mr. Edgeworth regarding signature pages from creditors and corporate status concerning same; provide direction to Mr. Delaney regarding same; attention to issues regarding preparation of corporate ownership statement; provide direction to Mr. Garner regarding preparation of same. | 1.90 | 969.00 |
| 5/9/14 | Lisa I Damji | Prepare for telephone conference with Mr. Edgeworth; telephone conference with Ms. McDow and Mr. Edgeworth regarding options concerning appointment of trustee. | 0.50 | 255.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver  
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/12/14 | Harry Garner | Follow up on filing of involuntary petition against Hashfast, issuance of summons, and completion of service. | 0.80 | 280.00 |
| 5/13/14 | Harry Garner | Follow up on service of involuntary bankruptcy petition against Hashfast. | 0.60 | 210.00 |
| 5/13/14 | Lisa I Damji | Review correspondence regarding service of process on Hashfast and filing fee for petition. | 0.20 | 102.00 |
| 5/13/14 | Michael M Rawles | Further research regarding relationship between Hasfast LLC and Hashfast Technologies LLC; correspondence with Parasec regarding Hashfast Technologies statement of information filings. | 0.60 | 129.00 |
| 5/15/14 | Ashley M. McDow | Review summons and Notice to Debtor of Status Conference in Involuntary Case, identify important dates and obligations contained therein, and discuss service issues relating thereto with Michael Delaney and Harry Garner. | 0.20 | 100.00 |
| 5/15/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding service; review research regarding addresses for Hashfast, including California Secretary of State information; review certificate of service on Hashfast; confer with Messrs. | 1.20 | 612.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Delaney and Rawles regarding additional service on CT Corporation to ensure receipt by Hashfast; provide direction to Messrs. Delaney and Rawles regarding additional service on Hashfast address and agent for service of process. | | |
| 5/15/14 | Michael M Rawles | Research location of agent for service of process for Hashfast Technologies LLC. | 0.20 | 43.00 |
| 5/15/14 | Michael T. Delaney | Review certificate of service for involuntary petition; review involuntary petition; review secretary of state records for HashFast's agent for service of process; draft correspondence to client regarding service of summons for involuntary petition. | 0.60 | 210.00 |
| 5/19/14 | Ashley M. McDow | Conference call with Kurt Heizenga regarding potential involvement of petitioning creditor(s) in liquidation of company assets. | 0.10 | 50.00 |
| 5/22/14 | Ashley M. McDow | Conference call with Kiristen Palumbo regarding Motion to Appoint Interim Trustee; review Motion to Appoint Interim Trustee and supporting documents and assess need to join and/or appear at hearing; conference call with Mr. Edgeworth and Ms. Damji regarding same; confer with Michael Delaney regarding content of joinder; review joinder and approve same for filing. | 0.90 | 450.00 |
| 5/22/14 | Lisa I Damji | Review joinder to motion to appoint trustee; attention to issues regarding same for appearance at hearing on same; exchange emails with Ms. McDow regarding same; review summary prepared by Mr. Delaney regarding Liquidbits' position and next steps; call with Mr. R. Edgeworth and Ms. McDow concerning hearing. | 2.30 | 1,173.00 |
| 5/22/14 | Michael T. Delaney | Analyze motion for the appointment of an interim trustee and associated documents; draft memorandum for client | 4.60 | 1,610.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding the motion to appoint a trustee; conference call with client regarding whether to joint in the same; draft/revise joinder for the motion to appoint an interim trustee; confer with Ms. McDow regarding the joinder; prepare the same for filing. | | |
| 5/23/14 | Ashley M. McDow | Telephonically attend hearing on motion to appoint interim trustee; correspondence to/from client regarding results of hearing; confer with Ms. Damji regarding same; correspondence to/from counsel for debtor and other creditors regarding discussions to be made with respect to collective exit strategy and documents to be produced prior thereto; conference call with client regarding results of hearing and objectives for meeting with various constituents. | 3.20 | 1,600.00 |
| 5/23/14 | Lisa I Damji | Emails with Ms. McDow regarding preparation for hearing on motion to appoint interim trustee; briefing from Ms. McDow regarding same | 2.20 | 1,122.00 |
| 5/23/14 | Michael T. Delaney | Contact court chambers regarding telephonic appears; research regarding sua sponte entry of an order for relief in an involuntary bankruptcy; confer with Ms. McDow regarding the results of research and the outcome of the hearing; strategize with Ms. McDow regarding how to proceed given the Debtor's threat to convert the bankruptcy case to a voluntary chapter 11. | 1.20 | 420.00 |
| 5/24/14 | Ashley M. McDow | Conference call with counsel for the debtor regarding status of case and intentions of debtor moving forward, including current and future operations of company and various exit strategies; review audio recording of hearing on emergency motion to appoint interim trustee; correspondence to/from clients | 2.70 | 1,350.00 |

Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding same, instructions for court and preparation for conference call; confer with Ms. Damji regarding same. | | |
| 5/24/14 | Lisa I Damji | Review and analysis of audio from court hearing on Liquidbits Corp.'s motion for appointment of trustee; review email from Mr. Siddiqui, bankruptcy counsel for HashFast; confer with Ms. McDow regarding same; review emails from client regarding hearing and prepare strategy going forward in anticipation of Chapter 11 proceedings. | 1.50 | 765.00 |
| 5/25/14 | Ashley M. McDow | Prepare for and participate in conference call with David Balbanian (counsel for Liquibids), Ray Gallo (counsel for numerous unsecured creditors), Ms. Damji, and various company representatives regarding needs and desires of creditors in chapter 11 moving forward; confer with same group and debtor's counsel regarding intention of debtor in impending chapter 11 and potential for "global resolution" with respect to same; conference call with and correspondence to/from Rob Edgeworth and Lisa Damji regarding particulars of proposed "global resolution" with respect to Koi. | 3.30 | 1,650.00 |
| 5/25/14 | Lisa I Damji | Review multiple emails regarding post-hearing activities concerning Liquidbits Corp.'s motion for appointment of interim trustee for HashFast; participate in telephone conference with creditors of HashFast and extended call with counsel for HashFast and HashFast principals; multiple calls and emails with Ms. McDow and Mr. Edgeworth regarding same; follow-up call with Mr. Edgeworth regarding next steps. | 2.80 | 1,428.00 |
| 5/26/14 | Ashley M. McDow | Correspondence to/from Ray Gallo and David Balbanian regarding terms of stipulation and impact of same on strategy of creditors moving forward; correspondence to/from Lisa Damji and | 1.20 | 600.00 |

Baker & Hostetler LLP

Atlanta　　Chicago　　Cincinnati　　Cleveland　　Columbus　　Costa Mesa　　Denver
Houston　　Los Angeles　　New York　　Orlando　　Philadelphia　　Seattle　　Washington, DC