Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Rob Edgeworth regarding same; review stipulation proposed by debtor's counsel and identify modifications to be made to same. | | |
| 5/26/14 | Lisa I Damji | Review emails from Mr. Balabanian regarding further call with creditors and HashFast; review and analysis of HashFast's draft stipulation and further order regarding entry of an order appointing Chapter 7 Trustee; email to Ms. McDow regarding issues with stipulation. | 0.90 | 459.00 |
| 5/27/14 | Ashley M. McDow | Review revised Stipulation and further Order with respect to emergency motion of Liquidbits for entry of order approve interim chapter 7 trustee; conference calls with counsel for creditors regarding content of same; correspondence to/from Lisa Damji and Rob Edgeworth regarding same; correspondence to Ed Smith regarding modifications to be made to Stipulation and further Order; prepare for hearing. | 1.90 | 950.00 |
| 5/27/14 | Lisa I Damji | Review emails from creditors' counsel; review revised stipulation and edit same; email to Ms. McDow regarding additional points to raise in call with creditors' counsel; review emails from counsel regarding proposed stipulation; edit stipulation and transmit to creditors' counsel. | 1.60 | 816.00 |
| 5/28/14 | Ashley M. McDow | Telephonically attend continued hearing on Motion to Appoint Interim Chapter 7 Trustee; conference calls with Rob Edgeworth regarding results of hearing and modifications to be made to proposed Stipulated Order; correspondence to/from Rob Edgeworth and Lisa Damji regarding same; conference call with Ed Smith regarding proposed modifications to be made to Stipulated Order, particularly with respect to those which are wholly unacceptable; review various drafts of | 3.80 | 1,900.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | revised Stipulated Order and correspondence to/from debtor's counsel and counsel for various creditors regarding same; conference call with debtor's counsel regarding cash on hand and manner in which same will be used. | | |
| 5/28/14 | Lisa I Damji | Review multiple emails from counsel for creditors and Mr. Siddiqui regarding stipulation; exchange emails with Ms. McDow regarding same; review emails from Mr. Edgeworth regarding same; briefing from Ms. McDow regarding hearing; review further emails from counsel regarding further revisions to order. | 1.40 | 714.00 |
| 5/28/14 | Michael T. Delaney | Confer with chambers regarding telephonic appearance for continued emergency hearing on motion to appoint an interim trustee; analyze proposed stipulated order to limit HashFast's sale of inventory; confer with Ashley McDow regarding the same. | 0.50 | 175.00 |
| 5/29/14 | Ashley M. McDow | Review spreadsheet regarding cash inflows and outflows for Hashfast; correspondence to client and Lisa Damji regarding same. | 0.20 | 100.00 |
| 5/29/14 | Lisa I Damji | Review email from Mr. Smith regarding status of HashFast's report on uses of sales proceeds; review email from Mr. Siddiqui and HashFast cash inflow; review correspondence from Mr. Gallo. | 0.50 | 255.00 |
| 5/30/14 | Ashley M. McDow | Review entered Stipulated and Further Order with respect to emergency motion of Liquidbits for entry of order appointing Chapter 7 Trustee and assess need to object based upon failure to distinguish between income and appropriate use of proceeds; correspondence to/from Peter Kravitz regarding potential role as CRO; review weekly "sources/uses sheet" and forward same to client and Lisa Damji. | 0.40 | 200.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

# BakerHostetler

Mr. Brian Edgeworth  
Koi Systems Ltd.  
1191 Center Point Drive  
Henderson, NV 89074

Invoice Date: 07/24/2014  
Invoice Number: 1691043  
B&H File Number: 05493/092312/000003  
Taxpayer ID Number: 34-0082025  
Page 1

Regarding: Involuntary bankruptcy

Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/1/14 | Ashley M. McDow | Correspondence to/from Ed Smith and Ray Gallo regarding recent "proposal" from Liquidbits to Hashfast and correspondence to/from client and Lisa Damji regarding same. | 0.20 | 100.00 |
| 6/1/14 | Lisa I Damji | Review email from Mr. Smith regarding proposed conference call concerning Liquidbits' proposal to HashFast; emails with Ms. McDow and client regarding call concerning litigation strategy. | 0.20 | 102.00 |
| 6/2/14 | Ashley M. McDow | Conference call with Ed Smith, Ray Gallo, and Rob Edgeworth regarding recent "proposal" made by Liquidbits to Hashfast and initial creditor response to same; conference call with Rob Edgeworth, Brian Edgeworth, and Lisa Damji regarding same and overall process and strategy in light of same; confer with Lisa Damji regarding foregoing. | 1.70 | 850.00 |
| 6/2/14 | Lisa I Damji | Prepare for meeting with Messrs. Edgeworth, Ms. McDow regarding status of proceedings and Liquidbits' proposal to HashFast; telephone conference with Messrs. Edgeworth regarding strategy and next steps; strategize with Ms. McDow regarding same. | 1.10 | 561.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver  
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Koi Systems, Ltd.

Invoice Date: 07/24/2014
Invoice Number: 1691043
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/4/14 | Lisa I Damji | Review emails from Mr. Edgeworth regarding creditors and Mr. Bachrach's declaration; review and analysis of of declaration; telephone conference with Messrs. Edgeworth and Ms. McDow regarding committee process and next steps; review emails from Mr. Gallo concerning trustee motion; attention to issue of proposed CRO of Hashfast; review Ms. McDow's email to Messrs. Siddiqi; Gallo and Smith regarding same. | 2.40 | 1,224.00 |
| 6/5/14 | Ashley M. McDow | Review entered Order Granting Motion to Convert Case to Chapter 11 and confirm no interlineations made by Court. | 0.10 | 50.00 |
| 6/6/14 | Ashley M. McDow | Review and analyze motion of Hashfast to procedurally consolidate cases in California and Delaware and correspondence to client and Lisa Damji regarding same; correspondence to/from client regarding deadlines relating to certain filings. | 0.30 | 150.00 |
| 6/6/14 | Lisa I Damji | Review and analysis of Hashfast's Motion to Consolidate Cases and Debtor's Motion for an Order pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure directing the joint administration of Hashfast's Chapter 11 cases; review emails from Mr. Edgeworth; review email from Mr. Edgeworth regarding disclosure statement deadline. | 0.40 | 204.00 |
| 6/10/14 | Ashley M. McDow | Review and analyze creditor mailing matrix, Order to File Required Documents, Order for Payment of State and Federal Taxes, Application for Order Authorizing Debtor to Employ Katten Muchin as General Bankruptcy Counsel, and Statement of Distinterestedness in support thereof, Debtor's First Day Motion for an Order Approving Continued Use of Existing Bank | 2.30 | 1,150.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725   Doc# 325-1   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 4 of 17
EXHIBIT 2 / PAGE 21

Koi Systems, Ltd.

Invoice Date: 07/24/2014
Invoice Number: 1691043
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/14 | Ashley M. McDow | Conference calls with and correspondence to/from Steve Gubner regarding committee meeting and details relating thereto; conference call with Rob Edgeworth regarding same and potential creditors to be represented by proxy at same; correspondence to/from counsel for Liquidbits regarding delay in response from debtor to offer proposed by same and correspondence to/from client regarding same; prepare proxy to be sent to potential committee members and correspondence to/from Steve Gubner and Rob Edgeworth regarding same; confer with Lisa Damji regarding status of foregoing. | 2.70 | 1,350.00 |
| 6/18/14 | Michael T. Delaney | Review motion to amend stipulation regarding the appointment of a trustee. | 0.20 | 70.00 |
| 6/24/14 | Michael T. Delaney | Review Statement of Financial Affairs and forward copy of same to client; research Northern District local rules regarding requests for tax returns; review Fed. R. Bankr. P. provisions regarding the provision of debtor's tax returns; confer with Ms. McDow regarding the same. | 1.10 | 385.00 |

Expenses and Other Charges

| | | | |
|---|---|---|---|
| 06/06/14 | Messenger Service (E107) - VENDOR: ACE ATTORNEY SERVICE, INC. Delivery to US Bankruptcy Court - North District 325 Pine Street, 19th Floor San Francisco, CA 5/23/2014 | | 92.88 |
| | Subtotal - Delivery Services/ Messengers (E107) | | 92.88 |
| 06/17/14 | Mileage; Ashley M. McDow; Formation meeting for the creditors committee; 35.20 Miles @ Rate .56; Jun 17, 2014; | | 19.71 |
| | Subtotal - Local Travel (E109) | | 19.71 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC



## Expense Report

Traveler: Rob Edgeworth
Purpose of Trip: Hashfast Unsecured Creditor Committee Formation Meeting
Dates of Trip: June 16-17 2014
Total Amount for Reimbursement: $1227.26

Details

| | |
|---|---|
| Flight: | 678.99 |
| Hotel: | 506.27 |
| Parking: | 22.00 |
| BART: | 20.00 |

Sky Harbor Intl.

Entry: 06/16/14 12:15  Lane: 102
Exit:  06/17/14 23:08  Lane: EC 6

Amount Paid: $22.00

American Express
xxxx xxxxxx xx047



PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545
Visit us at skyharbor.com/parking



Robert Edgeworth

## Your Reservation Confirmation for Trip ID:

American Express Travel <customerservice@amextravel.com>   Sun, Jun 15, 2014 at 9:23 AM
To:

### AMERICAN EXPRESS TRAVEL

FLIGHTS   HOTELS   VACATIONS   CARS   CRUISES

Online Travel Services

### Trip ID (8 digits):

Thank you for booking with American Express Travel

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States 1-800-297-2977
- If you are currently traveling outside the United States 1-312-980-7807

### YOUR FLIGHT DETAILS

**DEPARTURE FLIGHT** ⏱ 1H 59M

US Airways 0407 Operated by US Airways

Mon, Jun 16, 2014                Non-Stop | Economy

1:59pm Phoenix, AZ (PHX)         3:58pm San Francisco, CA (SFO)

Your Seats: 03F

**RETURN FLIGHT** ⏱ 1H 57M

US Airways 1899 Operated by US Airways

Tue, Jun 17, 2014                Non-Stop | Economy

8:50pm San Francisco, CA (SFO)   10:47pm Phoenix, AZ (PHX)

Your Seats: 05D

Additional airline baggage fees may apply. Prices include Taxes & Airline/American Express Imposed Fees

### TICKET & TRAVELER INFORMATION

### RECORD LOCATORS

US Airways FQW0BJ

US Airways

TRAVELERS

Passenger 1: ROBERT EDGEWORTH
Ticket Number:
Request:    Accessibility - --
           Meal - Standard
Loyalty Program:

YOUR HOTEL DETAILS

Your Selected Hotel

## The Westin St. Francis San Francisco on Union Square

335 Powell Street, San Francisco, CA

IN Mon, Jun 16, 2014   OUT: Tue, Jun 17, 2014

1 Room 1 Night

### ROOM DETAILS
High floor, bay window w/ seating, bedside power outlets, hdtv, mini fridge, coffee maker, rainfall shower, desk, iron 2 doubles bed

Room Restrictions and Cancellation Policy

Cancellations or changes made more than 3 days prior to 4:00 PM local hotel time on the day of arrival are subject to a $506.27 charge. Cancellations or changes made within 3 days prior to 4:00 PM local hotel time on the day of arrival are subject to a 100% charge. Cancellations or changes made after 4:00 PM local hotel time on the day of arrival are subject to a 100% charge. We are sorry but refunds are not available for early check-out.

TRAVELER INFORMATION

| Guest | Contact Information |
|---|---|
| Room 1 main guest: ROBERT EDGEWORTH | Main Contact |
| Request: None | robert edgeworth |
| | XXXXX94171 |

ADD EVEN MORE TO YOUR GETAWAY

Select A Hotel in San Francisco      View All Hotels →
Dates: Mon, Jun 16, 2014 - Tue, Jun 17, 2014   Night: 1   Room: 1   Traveler: 1





Nob Hill Hotel →
★★★★★ ?
Starting From
$119 Average Per Night

Omni San Francisco Hotel →
★★★★★ ?
Starting From
$400 Average Per Night

Parc 55 Wyndham San Francisco - Union... →
★★★★★ ?
Starting From
$319 Average Per Night

Prices shown as of Jun 15, 2014 are based on the dates, the number of nights, rooms, and travelers listed above.

## PLAN THE PERFECT GETAWAY
Add a car for your trip to San Francisco

 ADD A CAR

## COMPLETE YOUR TRAVEL PLANS

 Add Flight
Book Now

 Add Car
Book Now

### COST AND BILLING INFORMATION

**Cost Information**

| | |
|---|---|
| Adult | $604.66 |
| Taxes & Airline/American Express Imposed Fees | $74.33 |
| Total Cost | $678.99 |

**Credit Card Information**

Cardholder: On File
Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

**Billing Information**

Your billing information for the selected card account is on file.

YOUR BENEFITS

Cardmember Travel Benefits

Case: 14-30725 Doc# 325-1 Filed: 02/27/15 Entered: 02/27/15 10:28:58 Page 10 of 17
EXHIBIT 3 / PAGE 27

- Airport Club Access with Priority Pass Select

    As a Platinum Card® member, you can enjoy access to airport lounges around the globe with Priority Pass Select. Learn More

- $200 Airline Fee Credit

    You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on your eligible Platinum Card®. Learn More

- Fine Hotels & Resorts

    Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when you use your eligible American Express® Card. Learn More

## COST & BILLING INFORMATION

### Cost Information

| | |
|---|---|
| Room 1 (1 Night) | $435.01 |
| Taxes & Fees | $71.26 |
| Cost | $506.27 |

### Credit Card Information

Cardholder: On File
Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

Billing Information

Your billing information for the selected card account is on file.

NOTE: Additional government taxes & fees may be charged by the hotel upon check-out and are not included in the price details above.

## YOUR BENEFITS


## Cardmember Travel Benefits

- Airport Club Access with Priority Pass Select

    As a Platinum Card® member, you can enjoy access to airport lounges around the globe with Priority Pass Select. Learn More

- $200 Airline Fee Credit

    You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on your eligible Platinum Card®. Learn More

- Fine Hotels & Resorts

    Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when you use your eligible American Express® Card. Learn More

## PLAN FOR YOUR TRIP

 Planning ahead so you'll know the things to do, see, and eat while you travel is the fun part, but don't forget to help protect your trip against unforeseen events, and then relax. Click here for more information on our travel insurance options.

 For peace of mind wherever you go, carry American Express Travelers Cheques. They never expire, and we'll refund them if lost or stolen. We also give you 24/7 customer support, so you can get help when you need it. Learn More →

 **DON'T MISS OUT**
Get exciting travel savings and inspiration in our emails.

SIGN UP

## POLICIES, RULES AND RESTRICTIONS

- American Express Travel - Lowest Rate Guaranteed: Look for our hotel rates backed by our "Lowest Rate Guaranteed" policy. We're so confident they're the lowest online, we're willing to put money on it. Log in to the "My Trips" section of American Express Travel for further information.

- Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

- Any incidental charges will be assessed directly to you by the hotel upon check-out. Examples: Parking, Phone Calls, and Room Service.

- American Express Fine Hotels & Resorts benefits do not apply to prepaid hotel bookings.

- Redeeming Membership Rewards points for travel purchases online is subject to the following Terms and Conditions.

- You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions

- Additional government taxes & fees may be charged by the hotel upon check-out and are not included in the price details above.

[Quoted text hidden]



## Expense Report

Traveler: Rob Edgeworth
Purpose of Trip: Hashfast Creditor Meeting
Dates of Trip: July 6-9 2014
Total Amount for Reimbursement: **1876.38**
Details

| | |
|---|---|
| Flight: | 572.00 |
| Baggage Fees: | 50.00 |
| Hotel: | 1165.38 |
| Parking: | 69.00 |
| BART: | 20.00 |

# OMNI ❦ HOTELS & RESORTS
## san francisco
500 California Street
San Francisco, CA 94104
Phone: 415-677-9494 • Fax: 415-677-4108
Reservations: 800-843-6664

EDGEWORTH, ROBERT

Room Number: 930
Daily Rate: 301.75
Room Type: KNPRI
No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 7/6/2014 | 7/9/2014 | XXXXXXXXXXXX1047 | CRPOOW | OTHER | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 7/6/2014 | 930 | ROOM CHARGE | #930 EDGEWORTH, ROBERT | $301.75 |
| 7/6/2014 | 930 | ROOM TAX | ROOM TAX | $42.25 |
| 7/6/2014 | 930 | TOURISM TAX | TOURISM TAX | $0.20 |
| 7/6/2014 | 930 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.02 |
| 7/6/2014 | 930 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $3.77 |
| 7/7/2014 | 930 | BOB'S STEAK & CHOP HOUSE | 930/6454/08:10/BOB'S STEAK & CHOP HOUSE | $37.54 |
| 7/7/2014 | 930 | ROOM CHARGE | #930 EDGEWORTH, ROBERT | $301.75 |
| 7/7/2014 | 930 | ROOM TAX | ROOM TAX | $42.25 |
| 7/7/2014 | 930 | TOURISM TAX | TOURISM TAX | $0.20 |
| 7/7/2014 | 930 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.02 |
| 7/7/2014 | 930 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $3.77 |
| 7/8/2014 | 930 | ROOM CHARGE | #930 EDGEWORTH, ROBERT | $301.75 |
| 7/8/2014 | 930 | ROOM TAX | ROOM TAX | $42.25 |
| 7/8/2014 | 930 | TOURISM TAX | TOURISM TAX | $0.20 |
| 7/8/2014 | 930 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.02 |
| 7/8/2014 | 930 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $3.77 |
| 7/9/2014 | 930 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,120.41) |
| 7/9/2014 | 930 | BOB'S STEAK & CHOP HOUSE | 930/6560/07:53/BOB'S STEAK & CHOP HOUSE | $30.02 |
| 7/9/2014 | 930 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($44.97) |
| 7/9/2014 | 930 | AMERICAN EXPRESS | AMERICAN EXPRESS 1047 CREDIT | $44.85 |

CREDIT DUE: ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.



Robert Edgeworth <rob@edgeworth.org>

## Your Reservation Confirmation for Trip ID:

American Express Travel <customerservice@amextravel.com>  Sat, Jul 12, 2014 at 12:36 PM
To:

---

### AMERICAN EXPRESS **TRAVEL**

FLIGHTS    HOTELS    VACATIONS    CARS    CRUISES

Online Travel Services

### Trip ID (8 digits):

Thank you for booking with American Express Travel

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States 1-800-297-2977
- If you are currently traveling outside the United States 1-312-980-7807

**YOUR FLIGHT DETAILS**



Virgin America 0919 Operated by Virgin America

**DEPARTURE FLIGHT**  ⏲ 1H 25M

Mon, Jul 14, 2014                          Non-Stop | Premium Coach

5:20pm Las Vegas, NV (LAS)          6:45pm San Francisco, CA (SFO)

Your Seats: 03B



Virgin America 0902 Operated by Virgin America

**RETURN FLIGHT**  ⏲ 1H 35M

Fri, Jul 18, 2014                           Non-Stop | Premium Coach

9:00am San Francisco, CA (SFO)     10:35am Las Vegas, NV (LAS)

Your Seats: 03C

Additional airline baggage fees may apply. Prices include Taxes & Airline/American Express Imposed Fees

**TICKET & TRAVELER INFORMATION**

### RECORD LOCATORS

Virgin America

Virgin America

TRAVELERS

Passenger 1: ROBERT EDGEWORTH
Ticket Number:
Request: Accessibility - --
Meal - Standard
Loyalty Program:

ADD EVEN MORE TO YOUR GETAWAY

Select A Hotel in San Francisco     View All Hotels →
Dates: Mon, Jul 14, 2014 - Fri, Jul 18, 2014   Nights: 4   Room: 1   Traveler: 1



Omni San Francisco Hotel
☆☆☆☆☆ ?
Starting From
$445 Average Per Night

Argonaut, a Kimpton Hotel
☆☆☆☆☆ ?
Starting From
$364 Average Per Night

Parc 55 Wyndham San Francisco - Union... →
☆☆☆☆★ ?
Starting From
$396 Average Per Night

Prices shown as of Jul 12, 2014 are based on the dates, the number of nights, rooms, and travelers listed above.

PLAN THE PERFECT GETAWAY
Add a car for your trip to San Francisco

 ADD A CAR

### COST AND BILLING INFORMATION

**Cost Information**

| | |
|---|---|
| Adult | $429.76 |
| Taxes & Airline/American Express Imposed Fees | $61.23 |
| Total Cost | $490.99 |

**Credit Card Information**

Cardholder: On File
Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

**Billing Information**

Your billing information for the selected card account is on file.

YOUR BENEFITS

## Cardmember Travel Benefits

- **Airport Club Access with Priority Pass Select**

  As a Platinum Card® member, you can enjoy access to airport lounges around the globe with Priority Pass Select. Learn More

- **$200 Airline Fee Credit**

  You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on your eligible Platinum Card®. Learn More

- **Fine Hotels & Resorts**

  Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when you use your eligible American Express® Card. Learn More

PLAN FOR YOUR TRIP

 Planning ahead so you'll know the things to do, see, and eat while you travel is the fun part, but don't forget to help protect your trip against unforeseen events, and then relax. Click here for more information on our travel insurance options.

 For peace of mind wherever you go, carry American Express Travelers Cheques. They never expire, and we'll refund them if lost or stolen. We also give you 24/7 customer support so you can get help when you need it. Learn More →

 DON'T MISS OUT
Get exciting travel savings and inspiration in our emails.

[SIGN UP]

POLICIES, RULES AND RESTRICTIONS

- Photo ID - Every passenger must have a valid government-issued photo ID (such as a driver's license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.
- Once the ticket has been issued the name on the ticket cannot be changed.
- The trip cost includes your selected products/services and any applicable fees.
- You agree to the airline's ticket terms and conditions.
- Changes to this ticket, if permitted, will incur change fees.
- You agree to the fare rules and restrictions applicable for this fare.
- International trips require special travel documentation such as passport and visas for each traveler. It is the traveler's responsibility to obtain and travel with the required travel documents.
- Baggage fees are not charged at booking.
- This ticket may be non-refundable. Please read the airline fare rules and restrictions for more information.
- You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer

Case: 14-30725 Doc# 325-1 Filed: 02/27/15 Entered: 02/27/15 10:28:58 Page 17 of 17
EXHIBIT 3 / PAGE 34