agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions. Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

Air Transportation. Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES for more information.

Liability Statement. American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

Intermediary Disclosure. American Express assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

CALIFORNIA:

This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

WASHINGTON:

If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

NEVADA:

RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax:

fax:775.688.1803, e-mail: ncad@fyiconsumer.org

California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.

[1] Double Points:

Eligible purchases are travel purchases, excluding car reservations and non-prepaid hotels, booked on amextravel.com on your Membership Rewards program-enrolled American Express Card. To earn 2X points on each dollar of eligible purchases, you must charge air, prepaid hotel, vacation packages (flight + hotel packages), American Express Vacations packages or cruise reservations through amextravel.com to your eligible, Membership Rewards program-enrolled American Express Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and vacation packages); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Extra points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Extra Points:

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Pay with Points:

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used, if points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

Lowest Hotel Rate Guaranteed:

If you book a qualifying prepaid hotel rate on amextravel.com and then find the same room, in the same hotel, for the same dates, the same number of children and adults, at a lower price online, before taxes and fees, we'll refund you the difference. The "Lowest Hotel Rate Guaranteed" policy applies only to online rates available to the general public and excludes (1) rates or discounts that are not available to the general public, including, but not limited to, corporate, group, charter, meeting/convention, AAA, government/military, and senior citizen rates/discounts; or (2) hotel rooms booked through or in combination with frequent stay, loyalty, points, coupon promotions, rooms won through contests or sweepstakes or transferred, or rooms booked on opaque websites that do not allow you to see the name of the hotel until your reservation is complete. Details

## DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES AT AMERICAN EXPRESS TRAVEL



# UNITED

## Baggage Receipt
Issue Date: 06 JUL 2014 LAS ATO

A STAR ALLIANCE MEMBER

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 01626008619710 | First Bag Fee | 1 | $25.00 |

Method of Payment
American Express XXXXXXXXXXXX1047

Ticket Number

Cardholder Name
ROBERT EDGEWORTH

## BAGGAGE FEES    Total Fees    USD $25.00

Confirmation:

| Carrier | Routing |
|---|---|
| UA | LAS – SFO |

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

AGENT REFERENCE= GG ESC BAG



# UNITED

**Baggage Receipt**
Issue Date: 09 JUL 2014 SFO ATO

A STAR ALLIANCE MEMBER

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| | First Bag Fee | 1 | $25.00 |

Ticket Number
0167463851275

Method of Payment
American Express XXXXXXXXXXXX1047

Cardholder Name
ROBERT EDGEWORTH

**BAGGAGE FEES** Total Fees USD $25.00

Confirmation:

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | SFO - LAS |

AGENT REFERENCE: EG ES1 SAF



## Expense Report

Traveler: Rob Edgeworth
Purpose of Trip: Hashfast 341a Hearing and Monica Hushen 2004 Examination
Dates of Trip: July 14-18 2014
Total Amount for Reimbursement: **2783.09**
Details

| | |
|---|---|
| Flight: | 490.99 |
| Hotel: | 2222.10 |
| Taxi : | 50.00 |
| BART: | 20.00 |

# UNITED ✈

eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER ✪

| Day | Date | Flight | Depart | | Time | Arrive | | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|---|---|
| Sun | 06JUL14 | UA258U | Las Vegas | | 4:54 PM | San Francisco | | 6:33 PM | | |
| Wed | 09JUL14 | UA1472U | San Francisco | | 10:45 AM | Las Vegas | | 12:27 PM | 737-900 | |

### EDGEWORTH/ROBERT

Party of 1

| | Seats | | Confirmation Number: | |
|---|---|---|---|---|
| EDGEWORTH/ROBERT | ---/38A | | Ticket Number | Frequent Flyer |
| | | | ..... | |

Fare: 511.63   Tax: 60.37   Per Person: 572.00   eTicket Total: 572.00   Issue Date: July 04, 2014

Method of Payment: American Express XXXXXXXXXXXXX3001

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

# McCarran Intl Airport

AMPCO SYSTEM PARKING
P.O. Box 11749
Las Vegas, NV 89111-1005
Phone # (702) 261-1966

Receipt 9180/8079/762   07/09/14 13:42:09

 010100 Pay Parking Ticket $      69.00
07/06/14 15:09 - 07/09/14 13:42
Length of stay: 2 Dy. 22 Hr. 33 Min.

| Total Amount | $ | 69.00 |

| Accepted Total | $ | 100.00 |
| Change | $ | 31.00 |

********************************************
**              Thank you              **
********************************************

# OMNI HOTELS & RESORTS
### san francisco
500 California Street
San Francisco, CA 94104
Phone: 415-677-9494 • Fax: 415-677-4108
Reservations: 800-843-6664

EDGEWORTH, ROBERT

Room Number: 1614
Daily Rate: 465.00
Room Type: KNSIG
No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 07/14/14 | 07/18/14 | XXXXXXXXXXXX1047 | BAR2 | BAR2 | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 07/14/14 | 1614 | ROOM CHARGE | #1614 EDGEWORTH, ROBERT | $465.00 |
| 07/14/14 | 1614 | ROOM TAX | ROOM TAX | $65.10 |
| 07/14/14 | 1614 | TOURISM TAX | TOURISM TAX | $0.30 |
| 07/14/14 | 1614 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.65 |
| 07/14/14 | 1614 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $5.81 |
| 07/15/14 | 1614 | ROOM CHARGE | #1614 EDGEWORTH, ROBERT | $465.00 |
| 07/15/14 | 1614 | ROOM TAX | ROOM TAX | $65.10 |
| 07/15/14 | 1614 | TOURISM TAX | TOURISM TAX | $0.30 |
| 07/15/14 | 1614 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.65 |
| 07/15/14 | 1614 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $5.81 |
| 07/16/14 | 1614 | ROOM CHARGE | #1614 EDGEWORTH, ROBERT | $465.00 |
| 07/16/14 | 1614 | ROOM TAX | ROOM TAX | $65.10 |
| 07/16/14 | 1614 | TOURISM TAX | TOURISM TAX | $0.30 |
| 07/16/14 | 1614 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.65 |
| 07/16/14 | 1614 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $5.81 |
| 07/17/14 | 1614 | BOB'S LOUNGE | 1614/1252/19:25/BOB'S LOUNGE | $58.66 |
| 07/17/14 | 1614 | ROOM CHARGE | #1614 EDGEWORTH, ROBERT | $465.00 |
| 07/17/14 | 1614 | ROOM TAX | ROOM TAX | $65.10 |
| 07/17/14 | 1614 | TOURISM TAX | TOURISM TAX | $0.30 |
| 07/17/14 | 1614 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.65 |
| 07/17/14 | 1614 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $5.81 |
| 07/18/14 | 1614 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($2,222.10) |

TOTAL DUE: $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# WHITTLESEA / HENDERSON TAXI
# RECEIPT FOR TAXI FARE

FROM: 7/18/14

TO: Airport

FARE: $50.00  TIP: _____

SIGNATURE: _____



## Expense Report

Traveler: Rob Edgeworth
Purpose of Trip: Hashfast Liquidbits Sale Hearing and Eduardo DeCastro 2004 Examination
Dates of Trip: July 24-28 2014
Total Amount for Reimbursement:  **$2375.12**

Details

| | |
|---|---|
| Flight: | 497.19 |
| Hotel: | 1857.93 |
| BART: | 20.00 |



Robert Edgeworth <rob@edgeworth.org>

## Your Reservation Confirmation for Trip ID: 1624-9245

American Express Travel <customerservice@amextravel.com>      Tue, Jul 22, 2014 at 10:16 PM

---

### AMERICAN EXPRESS TRAVEL

FLIGHTS     HOTELS     VACATIONS     CARS     CRUISES

Online Travel Services

### Trip ID (8 digits):

Thank you for booking with American Express Travel

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States 1-800-297-2977
- If you are currently traveling outside the United States 1-312-980-7807

**YOUR FLIGHT DETAILS**

**DEPARTURE FLIGHT**    ⓘ 1H 30M

Virgin America 0251 Operated by Virgin America

Thu, Jul 24, 2014             Non-Stop | Premium Coach

1:05pm Las Vegas, NV (LAS)      2:35pm San Francisco, CA (SFO)

Your Seats: 03F

**RETURN FLIGHT**    ⓘ 1H 35M

Virgin America 0260 Operated by Virgin America

Mon, Jul 28, 2014             Non-Stop | Premium Coach

7:15pm San Francisco, CA (SFO)      8:50pm Las Vegas, NV (LAS)

Your Seats: 03A

Additional airline baggage fees may apply. Prices include Taxes & Airline/American Express Imposed Fees

**TICKET & TRAVELER INFORMATION**

### RECORD LOCATORS

Virgin America

Virgin America

TRAVELERS

Passenger 1: ROBERT EDGEWORTH
Ticket Number:
Request: Accessibility - --
Meal - Standard
Loyalty Program:

## ADD EVEN MORE TO YOUR GETAWAY

Select A Hotel in San Francisco                View All Hotels →
Dates: Thu, Jul 24, 2014 - Mon, Jul 28, 2014   Nights: 4   Room: 1   Traveler: 1


Omni San Francisco Hotel →
★★★★★ ?
Starting From
$391 Average Per Night


Parc 55 Wyndham San Francisco - Union... →
★★★★★ ?
Starting From
$314 Average Per Night


Hotel Nikko San Francisco →
★★★★ ?
Starting From
$344 Average Per Night

Prices shown as of Jul 23, 2014 are based on the dates, the number of nights, rooms, and travelers listed above.

## PLAN THE PERFECT GETAWAY
Add a car for your trip to San Francisco

 ADD A CAR

### COST AND BILLING INFORMATION

Cost Information

| | |
|---|---|
| Adult | $429.76 |
| Taxes & Airline/American Express Imposed Fees | $67.43 |
| Total Cost | $497.19 |

Credit Card Information

Cardholder: On File
Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

Billing Information

Your billing information for the selected card account is on file.

YOUR BENEFITS

## Cardmember Travel Benefits

- Airport Club Access with Priority Pass Select

  As a Platinum Card® member, you can enjoy access to airport lounges around the globe with Priority Pass Select. Learn More

- $200 Airline Fee Credit

  You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on your eligible Platinum Card®. Learn More

- Fine Hotels & Resorts

  Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when you use your eligible American Express® Card. Learn More

PLAN FOR YOUR TRIP

 Planning ahead so you'll know the things to do, see, and eat while you travel is the fun part, but don't forget to help protect your trip against unforeseen events, and then relax. Click here for more information on our travel insurance options.

 For peace of mind wherever you go, carry American Express Travelers Cheques. They never expire, and we'll refund them if lost or stolen. We also give you 24/7 customer support so you can get help when you need it. Learn More →

 **DON'T MISS OUT**
Get exciting travel savings and inspiration in our emails.

[ SIGN UP ]

### POLICIES, RULES AND RESTRICTIONS

- Photo ID - Every passenger must have a valid government-issued photo ID (such as a driver's license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.
- Once the ticket has been issued the name on the ticket cannot be changed.
- The trip cost includes your selected products/services and any applicable fees.
- You agree to the airline's ticket terms and conditions.
- Changes to this ticket, if permitted, will incur change fees.
- You agree to the fare rules and restrictions applicable for this fare.
- International trips require special travel documentation such as passport and visas for each traveler. It is the traveler's responsibility to obtain and travel with the required travel documents.
- Baggage fees are not charged at booking.
- This ticket may be non-refundable. Please read the airline fare rules and restrictions for more information.
- You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer

agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions. Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

Air Transportation. Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES for more information.

Liability Statement. American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

Intermediary Disclosure. American Express assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

CALIFORNIA:

This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

WASHINGTON:

If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

NEVADA:

RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax:

fax:775.688.1803, e-mail: ncad@tylconsumer.org

California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.

¹ Double Points:

Eligible purchases are travel purchases, excluding car reservations and non-prepaid hotels, booked on amextravel.com on your Membership Rewards program-enrolled American Express Card. To earn 2X points on each dollar of eligible purchases, you must charge air, prepaid hotel, vacation packages (flight + hotel packages), American Express Vacations packages or cruise reservations through amextravel.com to your eligible, Membership Rewards program-enrolled American Express Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and vacation packages); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Extra points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Extra Points:

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Pay with Points:

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay In Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

Lowest Hotel Rate Guaranteed:

If you book a qualifying prepaid hotel rate on amextravel.com and then find the same room, in the same hotel, for the same dates, the same number of children and adults, at a lower price online, before taxes and fees, we'll refund you the difference. The "Lowest Hotel Rate Guaranteed" policy applies only to online rates available to the general public and excludes (1) rates or discounts that are not available to the general public, including, but not limited to, corporate, group, charter, meeting/convention, AAA, government/military, and senior citizen rates/discounts; or (2) hotel rooms booked through or in combination with frequent stay, loyalty, points, coupon promotions, rooms won through contests or sweepstakes or transferred, or rooms booked on opaque websites that do not allow you to see the name of the hotel until your reservation is complete. Details

---

## DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES
## AT AMERICAN EXPRESS TRAVEL



# OMNI ❊ HOTELS & RESORTS
### san francisco
500 California Street
San Francisco, CA 94104
Phone: 415-677-9494 • Fax: 415-677-4108
Reservations: 800-843-6664

EDGEWORTH, ROBERT

Room Number: 1232
Daily Rate: 391.50
Room Type: KNPRI
No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 07/24/14 | 07/28/14 | XXXXXXXXXXXX1047 | PRO1F1 | OTHER | |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 07/24/14 | 1232 | ROOM CHARGE | #1232 EDGEWORTH, ROBERT | $391.50 |
| 07/24/14 | 1232 | ROOM TAX | ROOM TAX | $54.81 |
| 07/24/14 | 1232 | TOURISM TAX | TOURISM TAX | $0.25 |
| 07/24/14 | 1232 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.92 |
| 07/24/14 | 1232 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $4.89 |
| 07/25/14 | 1232 | ROOM CHARGE | #1232 EDGEWORTH, ROBERT | $391.50 |
| 07/25/14 | 1232 | ROOM TAX | ROOM TAX | $54.81 |
| 07/25/14 | 1232 | TOURISM TAX | TOURISM TAX | $0.25 |
| 07/25/14 | 1232 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.92 |
| 07/25/14 | 1232 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $4.89 |
| 07/25/14 | 1232 | BOB'S LOUNGE | 1232/2335/19:51/BOB'S LOUNGE | $36.45 |
| 07/26/14 | 1232 | ROOM CHARGE | #1232 EDGEWORTH, ROBERT | $391.50 |
| 07/26/14 | 1232 | ROOM TAX | ROOM TAX | $54.81 |
| 07/26/14 | 1232 | TOURISM TAX | TOURISM TAX | $0.25 |
| 07/26/14 | 1232 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.92 |
| 07/26/14 | 1232 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $4.89 |
| 07/27/14 | 1232 | ROOM CHARGE | #1232 EDGEWORTH, ROBERT | $391.50 |
| 07/27/14 | 1232 | ROOM TAX | ROOM TAX | $54.81 |
| 07/27/14 | 1232 | TOURISM TAX | TOURISM TAX | $0.25 |
| 07/27/14 | 1232 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.92 |
| 07/27/14 | 1232 | MOSCONE DISTRICT ASSESSMENT | MOSCONE DISTRICT ASSESSMENT | $4.89 |
| 07/28/14 | 1232 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,857.93) |

TOTAL DUE: $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.



## Expense Report

Traveler: Rob Edgeworth
Dates: August 4-6 2014
Purpose of Trip: Hashfast CRO Negotiation
Total for Reimbursement: **$591.67**

Details

Mileage (Las Vegas – Los Angeles): 675 miles @ 0.56 / mile = $378
Hotel :                                                                                        213.67