

Robert Edgeworth

## Your Reservation Confirmation for Trip ID:

American Express Travel <customerservice@amextravel.com>        Sun, Aug 3, 2014 at 6:46 PM
To:

| ——— AMERICAN EXPRESS **TRAVEL** ——— | | | | |
| --- | --- | --- | --- | --- |
| FLIGHTS | HOTELS | VACATIONS | CARS | CRUISES |

Online Travel Services

### Trip ID (8 digits):

Thank you for booking with American Express Travel

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States 1-800-297-2977
- If you are currently traveling outside the United States 1-312-980-7807

YOUR HOTEL DETAILS

Your Selected Hotel

# Grand Vista Hotel
999 Enchanted Way, Simi Valley, CA

IN Mon, Aug 4, 2014   OUT Wed, Aug 6, 2014

1 Room 2 Nights

### ROOM DETAILS
Standard Room - 1 king bed

Room Restrictions and Cancellation Policy

If you cancel or change your reservation before 12:01 AM on 8/4/14, the hotel will charge you $112. If you cancel or change your reservation after 12:01 AM on 8/4/14, the hotel will charge you for the total cost of your reservation.

TRAVELER INFORMATION

Guest                                    Contact Information

https://mail.google.com/mail/u/0/?ui=2&ik=3c9897a884&view=pt&q=american%20expre...   12/8/2014

Room 1 main guest:  ROBERT EDGEWORTH        Main Contact
Request: None                                robert edgeworth
                                             XXXXX31590

## COMPLETE YOUR TRAVEL PLANS

    Add Flight
                        Book Now

    Add Car
                        Book Now

## COST & BILLING INFORMATION

### Cost Information

| | |
|---|---|
| Room 1 (2 Nights) | $ 191.62 |
| Taxes & Fees | $ 22.05 |
| Cost | $ 213.67 |

NOTE: Additional government taxes
& fees may be charged by the hotel
upon check-out and are not included
in the price details above.

### Credit Card Information

Cardholder: On File
Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

**Billing Information**

Your billing information for the selected
card account is on file.

## YOUR BENEFITS

### Cardmember Travel Benefits

· Airport Club Access with Priority Pass Select

As a Platinum Card® member, you can enjoy access to airport lounges around the globe with
Priority Pass Select. Learn More

· $200 Airline Fee Credit

You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on
your eligible Platinum Card®. Learn More

· Fine Hotels & Resorts

Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when
you use your eligible American Express® Card. Learn More

Case: 14-30725    Doc# 325-3    Filed 02/27/15    Entered: 02/27/15 10:28:58    Page 2
of 17
EXHIBIT 3 PAGE 53

PLAN FOR YOUR TRIP

 Planning ahead so you'll know the things to do, see, and eat while you travel is the fun part, but don't forget to help protect your trip against unforeseen events, and then relax. Click here for more information on our travel insurance options.

 For peace of mind wherever you go, carry American Express Travelers Cheques. They never expire, and we'll refund them if lost or stolen. We also give you 24/7 customer support so you can get help when you need it. Learn More ->

 **DON'T MISS OUT**
Get exciting travel savings and inspiration in our emails.                    [ SIGN UP ]

## POLICIES, RULES AND RESTRICTIONS

- American Express Travel - Lowest Rate Guaranteed: Look for our hotel rates backed by our "Lowest Rate Guaranteed" policy. We're so confident they're the lowest online, we're willing to put money on it. Log in to the "My Trips" section of American Express Travel for further information.

- Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

- Any incidental charges will be assessed directly to you by the hotel upon check-out. Examples: Parking, Phone Calls, and Room Service.

- American Express Fine Hotels & Resorts benefits do not apply to prepaid hotel bookings.

- Redeeming Membership Rewards points for travel purchases online is subject to the following Terms and Conditions.

- You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions

- Additional government taxes & fees may be charged by the hotel upon check-out and are not included in the price details above.

---

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions. Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

Liability Statement. American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts or omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

Intermediary Disclosure. Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific

Case: 14-30725    Doc# 325-3    Filed 02/27/15    Entered: 02/27/15 10:28:58    Page 3
EXHIBIT 3 PAGE 54 of 17

Itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

CALIFORNIA:

This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

WASHINGTON:

If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

NEVADA:

RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: fax:775.688.1803, e-mail: ncad@fyiconsumer.org

California CST#1022318, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.

[1] Double Points:

Eligible purchases are travel purchases, excluding car reservations and non-prepaid hotels, booked on amextravel.com on your Membership Rewards program-enrolled American Express Card. To earn 2X points on each dollar of eligible purchases, you must charge air, prepaid hotel, vacation packages (flight + hotel packages), American Express Vacations packages or cruise reservations through amextravel.com to your eligible, Membership Rewards program-enrolled American Express Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and vacation packages); Bonus ID 5432 (Cruise); Bonus ID 5955 (American Express Vacations Packages). Extra points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

Case: 14-30725    Doc# 325-3    Filed 02/27/15    Entered: 02/27/15 10:28:58    Page 4
EXHIBIT 3 PAGE 55
of 17

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Extra Points:

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Pay with Points:

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay In Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

Lowest Hotel Rate Guaranteed:

If you book a qualifying prepaid hotel rate on amextravel.com and then find the same room, in the same hotel, for the same dates, the same number of children and adults, at a lower price online, before taxes and fees, we'll refund you the difference. The "Lowest Hotel Rate Guaranteed" policy applies only to online rates available to the general public and excludes (1) rates or discounts that are not available to the general public, including, but not limited to, corporate, group, charter, meeting/convention, AAA, government/military, and senior citizen rates/discounts; or (2) hotel rooms booked through or in combination with frequent stay, loyalty, points, coupon promotions, rooms won through contests or sweepstakes or transferred, or rooms booked on opaque websites that do not allow you to see the name of the hotel until your reservation is complete. Details

## DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES
## AT AMERICAN EXPRESS TRAVEL



Case: 14-30725   Doc# 325-3   Filed 02/27/15   Entered: 02/27/15 10:28:58   Page 5 of 17   EXHIBIT 3 PAGE 56



## Expense Report

Traveler: Rob Edgeworth
Dates:  September 10-11 2014
Purpose of Trip: Hashfast Simon Barber 2004 Examination
Total for Reimbursement: **$588.19**

Details

| | |
|---|---|
| Flight: | $524.19 |
| BART: | 20.00 |
| Parking | 44.00 |

EXHIBIT 3 PAGE 57



Robert Edgeworth

## Your Reservation Confirmation for Trip ID:

American Express Travel <customerservice@amextravel.com>        Mon, Sep 8, 2014 at 8:12 PM
To

## ———— AMERICAN EXPRESS **TRAVEL** ————

FLIGHTS        HOTELS        VACATIONS        CARS        CRUISES

Online Travel Services

### Trip ID (8 digits):

Thank you for booking with American Express Travel

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States 1-800-297-2977
- If you are currently traveling outside the United States 1-312-980-7807

**YOUR FLIGHT DETAILS**

DEPARTURE FLIGHT      ⏲ 1H 30M

Virgin America 0905 Operated by Virgin America

Wed, Sep 10, 2014                              Non-Stop | Economy

11:15am Las Vegas, NV (LAS)          12:45pm San Francisco, CA (SFO)

Your Seats: 12D

RETURN FLIGHT      ⏲ 1H 30M

Virgin America 1916 Operated by Virgin America

Thu, Sep 11, 2014                              Non-Stop | Premium Economy

9:15pm San Francisco, CA (SFO)       10:45pm Las Vegas, NV (LAS)

Your Seats: 03A

Additional airline baggage fees may apply. Prices include Taxes & Airline/American Express Imposed Fees

**TICKET & TRAVELER INFORMATION**

https://mail.google.com/mail/u/0/?ui=2&ik=3c9897a884&view=pt&q=american%20expre...  12/8/2014

Case: 14-30725    Doc# 325-3    Filed 02/27/15    Entered: 02/27/15 10:28:58    Page 7 of 17        EXHIBIT 3 PAGE 58

RECORD LOCATORS

Virgin America
Virgin America

TRAVELERS

Passenger 1: ROBERT
EDGEWORTH
Ticket Number.
Request:         Accessibility - ··
                Meal - Standard

Loyalty Program:

## ADD EVEN MORE TO YOUR GETAWAY

Select A Hotel In San Francisco                    View All Hotels →
Dates: Wed, Sep 10, 2014 - Thu, Sep 11, 2014   Night: 1   Room: 1   Traveler: 1


Omni San Francisco Hotel
→
☆☆☆☆☆   ?
Starting From
$418  Average Per Night


Parc 55 Wyndham San
Francisco - Union...  →
☆☆☆☆★   ?
Starting From
$499  Average Per Night


Fairmont San Francisco  →
☆☆☆☆☆   ? ·
Starting From
$399  Average Per Night

Prices shown as of Sep 08, 2014 are based on the dates, the number of nights, rooms, and travelers listed above.

PLAN THE PERFECT GETAWAY                  
Add a car for your trip to San Francisco

COST AND BILLING INFORMATION

Cost Information                           Credit Card Information

Adult                      $ 454.88        Cardholder: On File

https://mail.google.com/mail/u/0/?ui=2&ik=3c9897a884&view=pt&q=american%20expre...   12/8/2014

| Taxes & Airline/American Express Imposed Fees | $ 69.31 |
| Total Cost | $524.19 |

Card Type: American Express
Card Number: XXXX-XXXX-XXXX-3001

**Billing Information**

Your billing information for the selected card account is on file.

---

☐ YOUR BENEFITS

 **Cardmember Travel Benefits**

> • Airport Club Access with Priority Pass Select

As a Platinum Card® member, you can enjoy access to airport lounges around the globe with Priority Pass Select. Learn More

> • $200 Airline Fee Credit

You can enjoy up to $200 in statement credits each year for airline incidental fees you incur on your eligible Platinum Card®. Learn More

> • Fine Hotels & Resorts

Receive access to complimentary benefits with each FINE HOTELS & RESORTS booking when you use your eligible American Express® Card. Learn More

---

PLAN FOR YOUR TRIP

 Planning ahead so you'll know the things to do, see, and eat while you travel is the fun part, but don't forget to help protect your trip against unforeseen events, and then relax. Click here for more information on our travel insurance options.

 For peace of mind wherever you go, carry American Express Travelers Cheques. They never expire, and we'll refund them if lost or stolen. We also give you 24/7 customer support so you can get help when you need it. Learn More →

---

DON'T MISS OUT
Get exciting travel savings and inspiration in our emails.

[ SIGN UP ]

---

POLICIES, RULES AND RESTRICTIONS

• Photo ID - Every passenger must have a valid government-issued photo ID (such as a driver's license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.

• Once the ticket has been issued the name on the ticket cannot be changed.

• The trip cost includes your selected products/services and any applicable fees.

• You agree to the airline's ticket terms and conditions.

https://mail.google.com/mail/u/0/?ui=2&ik=3c9897a884&view=pt&q=american%20expre...   12/8/2014

Case: 14-30725    Doc# 325-3    Filed 02/27/15    Entered: 02/27/15 10:28:58    Page 9
EXHIBIT 3 PAGE 60
of 17

. Changes to this ticket, if permitted, will incur change fees.

. You agree to the fare rules and restrictions applicable for this fare.

. International trips require special travel documentation such as passport and visas for each traveler. It is the traveler's responsibility to obtain and travel with the required travel documents.

. Baggage fees are not charged at booking.

. This ticket may be non-refundable. Please read the airline fare rules and restrictions for more information.

. You acknowledge and agree that your bookings on this site are subject to the Important Travel Notices, Terms and Conditions

---

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions. Please be advised that certain mandatory hotel-imposed charges, including, but not limited to, daily resort or facility fees, may be applicable to your stay and payable to the hotel operator at check-out from the property. You may wish to inquire with the hotel before your trip regarding the existence and amount of such charges.

Air Transportation. Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES for more information.

Liability Statement. American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

Intermediary Disclosure. American Express assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

CALIFORNIA:

This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file

Case: 14-30725   Doc# 325-3   Filed 02/27/15   Entered: 02/27/15 10:28:58   Page 10 of 17   EXHIBIT 3 / PAGE 61

a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

WASHINGTON:

If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

NEVADA:

RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fylconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: fax:775.688.1803, e-mail: ncad@fylconsumer.org

California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.

¹ Double Points:

Eligible purchases are travel purchases, excluding car reservations and non-prepaid hotels, booked on amextravel.com on your Membership Rewards program-enrolled American Express Card. To earn 2X points on each dollar of eligible purchases, you must charge air, prepaid hotel, vacation packages (flight + hotel packages), American Express Vacations packages or cruise reservations through amextravel.com to your eligible, Membership Rewards program-enrolled American Express Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points, Bonus ID A2EM (Air, Hotel, and vacation packages); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Extra points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Extra Points:

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points, Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

Pay with Points:

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

Case: 14-30725   Doc# 325-3   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 11
of 17
EXHIBIT 3 / PAGE 62

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

Lowest Hotel Rate Guaranteed:

If you book a qualifying prepaid hotel rate on amextravel.com and then find the same room, in the same hotel, for the same dates, the same number of children and adults, at a lower price online, before taxes and fees, we'll refund you the difference. The "Lowest Hotel Rate Guaranteed" policy applies only to online rates available to the general public and excludes (1) rates or discounts that are not available to the general public, including, but not limited to, corporate, group, charter, meeting/convention, AAA, government/military, and senior citizen rates/discounts; or (2) hotel rooms booked through or in combination with frequent stay, loyalty, points, coupon promotions, rooms won through contests or sweepstakes or transferred, or rooms booked on opaque websites that do not allow you to see the name of the hotel until your reservation is complete. Details

## DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES
## AT AMERICAN EXPRESS TRAVEL



Case: 14-30725    Doc# 325-3    Filed: 02/27/15    Entered: 02/27/15 10:28:58    Page 12 of 17

EXHIBIT 3 / PAGE 63



**Expense Report**

Traveler: Rob Edgeworth
Purpose of Trip: Tim Wong 2004 Examination
Dates of Trip: November 17 2014
Total Amount for Reimbursement: $516.20

Details

Flight:                              516.20



Robert Edgeworth ·

## eTicket Itinerary and Receipt for Confirmation

United Airlines, Inc. <unitedairlines@united.com>                    Fri, Nov 7, 2014 at 9:38 AM
To:

**UNITED**  | A STAR ALLIANCE MEMBER ⭐

Confirmation:

Check-In >

Issue Date: November 07, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| EDGEWORTH/ROBERTM | | | ---/6A |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 16NOV14 | UA6410 | U | BURBANK, CA (BUR) 4:23 PM | SAN FRANCISCO, CA (SFO) 5:40 PM | CRJ-700 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

| Mon, 17NOV14 | UA6441 | U | SAN FRANCISCO, CA (SFO) 8:16 PM | BURBANK, CA (BUR) 9:30 PM | CRJ-200 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

### FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 453.96USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 34.04 | Last Four Digits 3001 |
| U.S. Flight Segment Tax: | 8.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 516.20USD | |

| eTicket Total: | 516.20USD |
|---|---|

The airfare you paid on this itinerary totals: 453.96 USD

The taxes, fees, and surcharges paid total: 62.24 USD

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Baggage allowance and charges for this itinerary.

Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/16/2014 Burbank, CA (BUR) to San Francisco, CA (SFO) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

12/1/2014 8:21 PM

Case: 14-30725   Doc# 325-3   Filed: 02/27/15   Entered: 02/27/15 10:28:58   Page 14
of 17
EXHIBIT 3 / PAGE 65

| | | | |
|---|---|---|---|
| 11/17/2014 San Francisco, CA (SFO) to Burbank, CA (BUR) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

### Additional Baggage Information

The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.

If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

### Carry-on baggage information

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

### General Baggage Information

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

### eTicket Reminders

- Check-in Requirement - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

  EXCEPTION: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles,

  Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

- Boarding Requirement - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the Boarding Requirements may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.

- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

- For the most current status of your reservation, flights and other important policies, go to united.com.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

Case: 14-30725    Doc# 325-3    Filed: 02/27/15    Entered: 02/27/15 10:28:58    Page 15 of 17
EXHIBIT 3 / PAGE 66

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care contact form at united.com

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124).

Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods

include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials.

Additional Information can be found on:

united.com restricted items page

FAA website Pack Safe page

TSA website Prohibited Items page

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## IMPORTANT CONSUMER NOTICES

- Incorporated Terms - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- Additional Terms - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- Baggage Liability - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

Case: 14-30725    Doc# 325-3    Filed: 02/27/15    Entered: 02/27/15 10:28:58    Page 16 of 17

EXHIBIT 3 / PAGE 67

- ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY -- Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

- Notice—Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- Personal Health - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

Thank you for choosing United Airlines
united.com

Legal Notices, Privacy Policy
Copyright © (0) United Airlines, Inc. All rights reserved.

Please do not reply to this message using the " reply " address.
For assistance, please contact United Airlines via telephone or via e-mail.2014