**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br>Hearing:<br>Date:     March 20, 2015<br>Time:    10:00 a.m.<br>Place:    Courtroom 22<br>             235 Pine Street, 19th Floor<br>             San Francisco, CA 94104<br>Judge:    Hon. Dennis Montali |

**NOTICE OF HEARING ON MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that a hearing will be held on **March 20, 2015, at 10:00 a.m., before the Honorable Dennis Montali, 235 Pine Street, Courtroom 22, San Francisco, California**, on the Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503 (the "Motion").

   The Motion is based upon the notice of hearing, the memorandum of points and authorities in support, and the declaration of Robert Edgeworth filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, the memorandum of points and authorities in support, and

1  accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

2  **PLEASE TAKE FURTHER NOTICE** that a response, if any, to the Motion shall be made in writing and served upon the undersigned at the address listed on page 1 of this Notice and on the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, CA 94104-3484, and filed with the Bankruptcy Court at least seven (7) days prior to the hearing date pursuant to B.L.R. 9014-1(c)(2).

If you fail to file a written response to the Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: February 27, 2015                WEILAND GOLDEN LLP

                                        By:  /s/ BETH E. GASCHEN
                                             BETH E. GASCHEN
                                             Attorneys for Koi Systems Ltd.

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002