KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HashFast Technologies LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>---<br><br>☒ Affects HashFast LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**DEBTORS' STATEMENT IN OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE TO APPOINT A CHAPTER 11 TRUSTEE**<br><br>Date: March 27, 2015<br>Time: 10:00 am<br>Place: 235 Pine St., 19th Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby respectfully submit this statement in opposition to the United States Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b), or in the Alternative, To Appoint Chapter 11 Trustee the "Trustee Motion").

## STATEMENT

The Debtors' bankruptcy cases on the brink of being resolved. The Official Committee of Unsecured Creditors (the "Committee") has filed a plan and disclosure statement that will, upon confirmation, vest the Debtors' then-remaining assets with a trust, run by a third-party, independent professional with the sole authority, subject to Court oversight, over the disposition of those assets and the distribution of funds to creditors. The Committee's plan is the result of the good faith and diligent effort of the Committee and its professionals and reflects input from this Court, the United States Trustee, certain of the Debtors' creditors, as well as the Debtors. The choice of the creditors is paramount in this liquidating case, and their voice should be heard on the Committee's plan. To convert this case prior to solicitation and balloting would deprive the creditors of their choice as to how the Debtors are liquidated.

WHEREFORE, the Debtors' respectfully submit that the Trustee Motion should be deferred pending the outcome of the Committee's plan.

Dated: February 27, 2015

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By:/s/ Jessica M. Mickelsen
Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC