KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | Date: March 27, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 19th floor<br>San Francisco, CA 94104 |
| Debtor and Debtor-In-Possession | Judge: Honorable Dennis Montali |

**NOTICE OF HEARING RE DEBTORS' MOTION FOR COMPROMISE WITH HYPERTECHNOLOGIE CIARA, INC.**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors"), have a filed a Motion for Approval of Compromise with Hypertechnologie Ciara, Inc. (the "Motion"), which is set for hearing on **March 27,** 2015 at 10:00

**a.m.** at **235 Pine Street, San Francisco, California 94104** before the **Honorable Dennis Montali**.

A response, if any, to the Motion shall be made in writing and served upon the Debtors, and filed with the Bankruptcy Court, at least fourteen (14) days prior to the hearing date pursuant to B.L.R. 9014-1(c)(1).

Dated: March 2, 2015       KATTEN MUCHIN ROSENMAN LLP
                Peter A. Siddiqui
                Jessica M. Mickelsen

                By:/s/ Jessica M. Mickelsen
                Counsel for Debtor and Debtor-In-Possession
                HashFast Technologies LLC and HashFast LLC