Signed and Filed: March 25, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession<br><br>☒Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession | Case No. 14-30725<br><br>(Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S SETTLEMENT WITH HYPERTECHNOLOGIE CIARA, INC.** |

1             This matter having come before the Court on the Motion for Approval of
Compromise with Hypertechnologie Ciara, Inc. ("Motion") filed by HashFast Technologies LLC (the "Debtor"), and the Court having reviewed the Motion and the record in the case, and having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; (d) the settlement set forth in the Motion is fair, equitable, and in the best interest of the estate; (e) no objections to the Motion have been filed; and (f) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.
2. The Settlement Agreement (as that term is defined in the Motion) is approved, and the Debtor is authorized the execute the Settlement Agreement and take all actions reasonably required to implement its terms.

\*\*END OF ORDER\*\*