KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | (Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866) |
| Debtor and Debtor in Possession. | Chapter 11 |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | **PROOF OF SERVICE** |
| Debtor and Debtor in Possession. | |

///

///

///

PROOF OF SERVICE

Case: 14-30725    Doc# 343    Filed: 03/26/15    Entered: 03/26/15 11:22:13    Page 1 of 2
US_102480129v1_385402-00007 3/26/2015 11:14 AM

STATE OF CALIFORNIA       )

COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On March 26, 2015, I served the foregoing document(s): **ORDER APPROVING DEBTOR'S SETTLEMENT WITH HYPERTECHNOLOGIE CIARA, INC. (SIGNED AND FILED ON MARCH 25, 2015)** by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Hypertechnologie Ciara Inc.
 dba Ciara Technologies
9300, Transcanada Highway
Saint-Laurent
Montreal, QC H4S 1K5
Canada

Neil G. Oberman
Spiegel Sohmer
1255 Peel, Suite 1000
Montreal, Quebec H3B 2T9
Canada

( )  By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)  By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

( )  By E-Mail. By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

Executed on March 26, 2015 at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

        *Adelle Shafer*
        Adelle Shafer

- 2 -

PROOF OF SERVICE

Case: 14-30725  Doc# 343  Filed: 03/26/15  Entered: 03/26/15 11:22:13  Page 2 of 2
US_102480129v1_385402-00007 3/26/2015 11:14 AM