

1 | Ashley M. McDow (245114)
Michael T. Delaney (261714)

**Signed and Filed: April 1, 2015**

2 | **BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400

3 | Los Angeles, CA 90025-0509
Telephone: 310.820.8800

4 | Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c

5 | mdelaney@bakerlaw

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6 | Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11 | In re | Lead Case No.: 14-30725 DM

12 | HASHFAST TECHNOLOGIES, LLC, a
California limited liability company, | Jointly Administered and Substantively
Consolidated with:

13 |

14 | Debtor and Debtor in Possession. | Case No.: 14-30866 DM

Chapter 11

15 |

16 | x Affects HASHFAST LLC, a Delaware
limited liability company, | Disclosure Statement Hearing:
Date: March 20, 2015
Time: 1:30 p.m.

17 | Debtor and Debtor in Possession. | Place: Courtroom 22
U.S. Bankruptcy Court

18 | | 235 Pine Street
San Francisco, CA 94104

19 |

20 | **ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND
DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND**

21 | **FILING OBJECTIONS TO CONFIRMATION OF PLAN
AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING**

22 |

23 | A combined plan and disclosure statement dated February 25, 2015 having been filed by

24 | the Official Committee of Unsecured Creditors (the "Committee") on February 25, 2015, a

25 | hearing on tentative approval thereof having occurred on March 20, 2015, and an amended

26 | combined plan (the "plan") and disclosure statement (the "disclosure statement") dated March 27,

27 | 2015 (together, the "Plan/DS") incorporating the amendments requested by the Court and

28 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1 Liquidbits Corporation during the March 20, 2015 hearing having been filed by the Committee on

2 March 27, 2015, it is hereby ordered that

3       A.     The disclosure statement is tentatively approved.

4       B.     No later than April 6, 2015, the Committee shall serve the Plan/DS, a copy of this

5 order, and a ballot conforming to Official Form 14 on creditors, equity security holders, and

6 other parties in interest, and the United States Trustee.

7       C.     May 6, 2015 is the last day for submitting written ballots accepting or rejecting the

8 plan.  All ballots must be received by 5:00 p.m. (PST) on May 6, 2015.  Ballots may be

9 submitted by any of the following methods: (1) via U.S. Mail addressed to Ashley M. McDow,

10 Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509; (2) via

11 facsimile to (310) 820-8859 to the attention of Ashley M. McDow; and (3) via email addressed

12 to mdelaney@bakerlaw.com and sgaeta@bakerlaw.com with a subject line reading "Hashfast

13 Ballot for [Name of Creditor]".

14       D.     May 6, 2015 is the last day for filing and serving written objections to the

15 disclosure statement and/or to confirmation of the plan.

16       E.     The hearing on final approval of the disclosure statement and on confirmation of

17 the plan will occur on May 13, 2015, at 1:30 p.m., in Courtroom 22 of the United States

18 Bankruptcy Court located at 235 Pine Street, San Francisco, California 94104.  If any objections

19 to the disclosure statement or to confirmation of the plan place disputed facts at issue, the

20 hearing will also be a status conference to set a schedule for resolution of those factual disputes.

21 Committee counsel shall notify the Court no later than three (3) days before the scheduled

22 hearing whether the hearing on final approval of the disclosure statement and on confirmation of

23 the plan is going forward or whether factual disputes have been raised regarding the disclosure

24 statement or plan.

25                \*\*END OF ORDER\*\*

26

27

28

- 2 -