Signed and Filed: April 1, 2015

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

| | |
|---|---|
| Ashley M. McDow (245114) | |
| Michael T. Delaney (261714) | |
| **BAKER & HOSTETLER LLP** | |
| 11601 Wilshire Boulevard, Suite 1400 | |
| Los Angeles, CA 90025-0509 | |
| Telephone: 310.820.8800 | |
| Facsimile: 310.820.8859 | |
| Email: amcdow@bakerlaw.c | |
| mdelaney@bakerlaw | |

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | Disclosure Statement Hearing: Date: March 20, 2015 Time: 1:30 p.m. Place: Courtroom 22 U.S. Bankruptcy Court 235 Pine Street San Francisco, CA 94104 |
| Debtor and Debtor in Possession. | |

**ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING**

A combined plan and disclosure statement dated February 25, 2015 having been filed by the Official Committee of Unsecured Creditors (the "Committee") on February 25, 2015, a hearing on tentative approval thereof having occurred on March 20, 2015, and an amended combined plan (the "plan") and disclosure statement (the "disclosure statement") dated March 27, 2015 (together, the "Plan/DS") incorporating the amendments requested by the Court and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER TENTATIVELY APPROVING DISCLOSURE STATEMENT
Case: 14-30725  Doc# 345  Filed: 04/01/15  Entered: 04/02/15 09:14:03  Page 1 of 2
606118939.1

1 Liquidbits Corporation during the March 20, 2015 hearing having been filed by the Committee on
2 March 27, 2015, it is hereby ordered that

3     A.     The disclosure statement is tentatively approved.

4     B.     No later than April 6, 2015, the Committee shall serve the Plan/DS, a copy of this
5 order, and a ballot conforming to Official Form 14 on creditors, equity security holders, and
6 other parties in interest, and the United States Trustee.

7     C.     May 6, 2015 is the last day for submitting written ballots accepting or rejecting the
8 plan. All ballots must be received by 5:00 p.m. (PST) on May 6, 2015. Ballots may be
9 submitted by any of the following methods: (1) via U.S. Mail addressed to Ashley M. McDow,
10 Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509; (2) via
11 facsimile to (310) 820-8859 to the attention of Ashley M. McDow; and (3) via email addressed
12 to mdelaney@bakerlaw.com and sgaeta@bakerlaw.com with a subject line reading "Hashfast
13 Ballot for [Name of Creditor]".

14     D.     May 6, 2015 is the last day for filing and serving written objections to the
15 disclosure statement and/or to confirmation of the plan.

16     E.     The hearing on final approval of the disclosure statement and on confirmation of
17 the plan will occur on May 13, 2015, at 1:30 p.m., in Courtroom 22 of the United States
18 Bankruptcy Court located at 235 Pine Street, San Francisco, California 94104. If any objections
19 to the disclosure statement or to confirmation of the plan place disputed facts at issue, the
20 hearing will also be a status conference to set a schedule for resolution of those factual disputes.
21 Committee counsel shall notify the Court no later than three (3) days before the scheduled
22 hearing whether the hearing on final approval of the disclosure statement and on confirmation of
23 the plan is going forward or whether factual disputes have been raised regarding the disclosure
24 statement or plan.

**END OF ORDER**