UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HashFast LLC

Case No. 14-30725

Actual
Current Month

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Feb-15          **PETITION DATE:** 05/09/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if che    X
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $290 | $290 | |
| b. Total Assets | $290 | $290 | $302 |
| c. Current Liabilities | $0 | $0 | 0 |
| d. Total Liabilities | $0 | $0 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $290 | $290 | $580 |
| e. Cash Balance End of Month (c + d) | $290 | $290 | $580 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $0 | $0 | $0 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

**At the end of this reporting month:**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    No
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    No
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    No
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    No
12. Is the estate insured for replacement cost of assets and for general liability?    Yes
13. Are a plan and disclosure statement on file?
14. Was there any post-petition borrowing during this reporting period?    No

15. Check if paid: Post-petition taxes  N/A ;   U.S. Trustee Quarterly Fees ____ ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ____ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  3/17/2015 0:00

Peter Kravitz
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)  HashFast LLC
### For the Month Ended  02/28/15

| Current Month | | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | | |
| $0 | | $0 | 1 | Gross Sales | | $0 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | $0 | |
| $0 | $0 | $0 | 3 | Net Sales | | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | $0 | |
| $0 | $0 | $0 | 5 | Gross Profit | | $0 | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: | | | |
| | | $0 | 8 | | | | |
| | | $0 | 9 | | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | | $0 | $0 |
| | | | | **Expenses:** | | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | $0 | |
| $0 | | $0 | 12 | Salaries (all Other including Employee taxes) | | $0 | |
| $0 | | $0 | 13 | Commissions | | $0 | |
| $0 | | $0 | 14 | Contract Labor | | $0 | |
| | | | | Rent/Lease: | | | |
| $0 | | $0 | 15 | Personal Property | | $0 | |
| $0 | | $0 | 16 | Real Property | | $0 | |
| $0 | | $0 | 17 | Insurance | | $0 | |
| $0 | | $0 | 18 | Management Fees | | $0 | |
| $0 | | $0 | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| $0 | | $0 | 20 | Employer Payroll Taxes | | $0 | |
| $0 | | $0 | 21 | Real Property Taxes | | $0 | |
| $0 | | $0 | 22 | Other Taxes | | $0 | |
| $0 | | $0 | 23 | Other Selling | | $0 | |
| $0 | | $0 | 24 | Other Administrative | | $15 | |
| $0 | | $0 | 25 | Interest | | | |
| $0 | | $0 | 26 | Other Expenses: | | | |
| $0 | | $0 | 27 | | | | |
| $0 | | $0 | 28 | | | | |
| $0 | | $0 | 29 | | | | |
| $0 | | $0 | 30 | | | | |
| $0 | | $0 | 31 | | | | |
| $0 | | $0 | 32 | | | | |
| $0 | | $0 | 33 | | | | |
| $0 | | $0 | 34 | | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | | $15 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | | ($15) | $0 |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | 42 | | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($15) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | | ($15) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

Case: 14-30725   Doc# 349   Filed: 04/14/15   Entered: 04/14/15 11:33:46   Page 2 of 9

# BALANCE SHEET
## (General Business Case)
For the Month Ended ___02/28/15___

**Assets** — Actual Current Month — HashFast LLC

| # | Assets | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $290 |
| 2 | Bitcoins | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | - |
| 6 | Professional retainers | | $0 |
| 7 | Other: _____ | | |
| 8 | _____ | | |
| 9 | **Total Current Assets** | | $290 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: _____ | D | |
| 17 | _____ | D | |
| 18 | _____ | D | |
| 19 | _____ | D | |
| 20 | _____ | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $0 |
| 23 | Loans to affiliates | | $0 |
| 24 | | | |
| 25 | Intellectual Property | | TBD |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $290 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

Revised 1/1/98

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $0 |
| 31 | Payroll taxes | | | $0 |
| 32 | Real and personal property taxes | | | $0 |
| 33 | Income taxes | | | $0 |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | $0 |
| 36 | Accounts payable (trade) | A | | $0 |
| 37 | Real property lease arrearage | | | $0 |
| 38 | Personal property lease arrearage | | | $0 |
| 39 | Accrued professional fees | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | $0 |
| 41 | Other: _____ | | | |
| 42 | _____ | | | |
| 43 | _____ | | | |
| 44 | **Total Current Liabilities** | | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $0 |
| 50 | **Total Pre-Petition Liabilities** | | | $0 |
| 51 | **Total Liabilities** | | | $0 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ( TBD) |
| 53 | Capital Stock | | ( TBD) |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | _____ | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $0 |

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)      02/28/15

## Schedule A
### Accounts Receivable and (Net) Payable

HashFast LLC
**Current Month**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**     Inventory(ies) Balance at End of Month

| | |
|---|---|
| Retail/Restaurants - | |
|   Product for resale | $0 |
| Distribution - | |
|   Products for resale | $0 |
| Manufacturer - | |
|   Raw Materials | $0 |
|   Work-in-progress | $0 |
|   Finished goods/System Components | $0 |
| Other - Explain | |
| **TOTAL** | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
|   Net purchase | |
|   Direct labor | |
|   Manufacturing overhead | |
|   Freight in | |
|   Other: | |
| Less - | |
|   Inventory End of Month | |
|   Shrinkage | |
|   Personal Use | $0 |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    NO   x
How often do you take a complete physical inventory?

Weekly     _____
Monthly     _____
Quarterly     _____
Semi-annually     _____
Annually     _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost     ___
  LIFO cost     ___
  Lower of cost or market     ___
  Retail method     ___
  Other     ___
  Explain
Market value- cost basis for inventory still in process

Revised 1/1/98

## Schedule C
## Real Property

| Description | 02/28/15 HashFast LLC | Cost | Market Value Actual Current Month |
|---|---|---|---|
| N/A | | N/A | |
| Total | | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| N/A | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| N/A | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| N/A | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| N/A | N/A | N/A |
| Total | $0 | $0 |
| Vehicles - | | |
| N/A | N/A | N/A |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

02/28/15

HashFast LLC

| Taxes Payable | 0-30 Days | 31-60 Days | Actual Current Month | 91+ Days | |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) | |
|---|---|---|---|
| Secured claims (a) | $0 | $0 | |
| Priority claims other than taxes | $0 | $0 | |
| Priority tax claims | $0 | $0 | |
| General unsecured claims | $0 | $0 | << DxCorr Claim i: |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at June 30, 2014

| | **Bridge Bank** | | | |
|---|---|---|---|---|
| Bank | Bridge | | | |
| Account Type | General | | | |
| Account No. | 102782083 | | | |
| Account Purpose | General | | | |
| Balance, End of Month | $290 | << Estimate, account statement not yet received; | | |
| Total Funds on Hand for all Accounts | $290 | No transaction for July. April Stmt balance - $320.40 with monthly fees - | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/15

| HashFast LLC | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| 1  Rent/Leases Collected | $0 | |
| 2  Cash Received from Sales | $0 | |
| 3  Interest Received | $0 | |
| 4  Borrowings | $0 | |
| 5  Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6  Capital Contributions | $0 | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12  **Total Cash Receipts** | $0 | $0 |
| **Cash Disbursements** | | |
| 13  Payments for Inventory | 0 | |
| 14  Selling | $0 | |
| 15  Administrative | $0 | $15 |
| 16  Capital Expenditures | $0 | |
| 17  Principal Payments on Debt | $0 | |
| 18  Interest Paid | $0 | |
| Rent/Lease: | | |
| 19    Personal Property | $0 | |
| 20    Real Property | $0 | |
| Amount Paid to Owner(s)/Officer(s) | | |
| 21    Salaries | $0 | |
| 22    Draws | $0 | |
| 23    Commissions/Royalties | $0 | |
| 24    Expense Reimbursements | $0 | |
| 25    Other | $0 | |
| 26  Salaries/Commissions (less employee withholding) | $0 | |
| 27  Management Fees | $0 | |
| Taxes: | | |
| 28    Employee Withholding | $0 | |
| 29    Employer Payroll Taxes | $0 | |
| 30    Real Property Taxes | $0 | |
| 31    Other Taxes | $0 | |
| 32  Other Cash Outflows: | | |
| 33    Contractors (Employer Services) | $0 | |
| 34    Manufacturing Subcontract Services | $0 | |
| 35    Freight for Product Shipments | $0 | |
| 36 | | |
| 37 | | |
| 38  **Total Cash Disbursements:** | $0 | $15 |
| 39  Net Increase (Decrease) in Cash | $0 | ($15) |
| 40  Cash Balance, Beginning of Period | 290.00 | |
| 41  Cash Balance, End of Period | $290 | ($15) |

Revised 1/1/98

Case: 14-30725   Doc# 349   Filed: 04/14/15   Entered: 04/14/15 11:33:46   Page 8 of 9

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/15

HashFast LLC

| # | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | $0 | |
| 2 | Rent/Leases Collected | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Cash Paid to Suppliers | $0 | |
| 5 | Cash Paid for Selling Expenses | $0 | |
| 6 | Cash Paid for Administrative Expenses | $0 | $15 |
|   | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | |
| 8 | Real Property | $0 | |
| 9 | Cash Paid for Interest | $0 | |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | |
|   | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $0 | |
| 12 | Draws | $0 | |
| 13 | Commissions/Royalties | $0 | |
| 14 | Expense Reimbursements | $0 | |
| 15 | Other | $0 | |
|   | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $0 | |
| 17 | Employee Withholdings | $0 | |
| 18 | Real Property Taxes | $0 | |
| 19 | Other Taxes | $0 | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Contractors (Employer Services) | $0 | |
| 22 | Freight for Product Shipments | $0 | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | ($15) |
|   | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | ($15) |
|   | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|   | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | ($15) |
| 45 | Cash and Cash Equivalents at Beginning of Month | 290.00 | |
| 46 | Cash and Cash Equivalents at End of Month | $290 | ($15) |

Revised 1/1/98

Case: 14-30725    Doc# 349    Filed: 04/14/15    Entered: 04/14/15 11:33:46    Page 9 of 9