Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	amcdow@bakerlaw.com
	mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Current Hearing:<br>Date:	May 13, 2015<br>Time:	1:30 p.m.<br>Place:	Courtroom 22<br>       U.S. Bankruptcy Court<br>       235 Pine Street<br>       San Francisco, CA 94104 |

### *EX PARTE* MOTION TO CONTINUE CONFIRMATION HEARING AND EXTEND SOLICITATION DEADLINES

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned, substantively consolidated bankruptcy cases (collectively, the "Bankruptcy Case") hereby moves for entry of an order granting the within *Ex Parte Motion to Continue Confirmation Hearing and Extend Solicitation Deadlines* (the "Motion").  In support thereof, the Committee respectfully submits the following:

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

By and through the instant Motion, the Committee requests a continuance of the confirmation hearing regarding the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (as applicable, the "Disclosure Statement" or "Plan") [Docket Entry[1] ("D.E.") 344] from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m. Additionally, the Committee hereby requests a two-week extension of all solicitation and objection deadlines contained in the *Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan and/or Disclosure Statement, and Setting Hearing* (the "Solicitation Order") [D.E. 345] as to the creditors and equity security holders identified on Exhibit A. The Committee respectfully submits that the requested continuance and extensions are necessary to ensure all creditors have a full and fair opportunity to evaluate and vote on the Plan.

## II. STATEMENT OF FACTS

1. On or about April 1, 2015, the Court entered the Solicitation Order and thereby tentatively approved the disclosures set forth in the Disclosure Statement. *See* D.E. 345. The Solicitation Order instructed the Committee to serve the Plan and associated solicitation materials on all creditors, equity security holders, other parties in interest, and the United States Trustee no later than April 6, 2015. *Id.* at p. 2.

2. On or before April 6, 2015, the Committee served the Plan and associated solicitation materials on the United States Trustee and all creditors, equity security holders and parties in interest listed on the Court's mailing matrices for the Bankruptcy Cases. *See* D.E. 347.

3. On or about April 15, 2015, while preparing a solicitation letter to creditors, the Committee discovered that certain creditors listed on Amended Schedule F for Hashfast Technology, LLC [D.E. 179] and in the list of equity security holders in Hashfast, LLC were not listed on the mailing matrices for the Bankruptcy Cases. The Committee immediately served the

---

[1] Unless otherwise noted, all docket entry citations refer to the docket in *Hashfast Technologies, LLC*, case no. 14-30725 DM.

- 2 -

omitted creditors and equity security holders, a proof of service for which is attached hereto as **Exhibit A** and shall be filed contemporaneously herewith.

4. A review of the docket indicates that Hashfast Technologies, LLC filed an Amended Creditor Matrix [D.E. 176] contemporaneously with its Amended Schedule F on or about August 14, 2014. Notwithstanding, some of the creditors added by the Amended Schedule F and/or Amended Creditor Matrix were not incorporated into the mailing matrices for the Bankruptcy Cases.

## III. DISCUSSION

The Court has the authority to manage its dockets and issue any necessary or appropriate order to carry out the provisions of the bankruptcy code. *See Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also Telemac Corp. v. Teledigital, Inc.*, 450 F. Supp. 2d 1107, 1110 (N.D. Cal. 2006); *see* 11 U.S.C. § 105(a).

The Court required the Committee to all creditors and equity interest holders by April 6, 2015. In the case at bar, the Committee discovered the omission of certain creditors listed on Amended Schedule F for Hashfast Technology, LLC and equity security holders in Hashfast, LLC from the mailing matrices for the Bankruptcy Cases on or about April 15, 2015. While the Committee was able to serve the omitted creditors on April 15, 2015, and the omitted equity security holders on April 16, 2015, the Committee was unable to comply with the service deadline established by the Solicitation Order.

Accordingly, the Committee respectfully requests that the Court continue the Plan confirmation hearing from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m., and extend all solicitation deadlines provided in the Solicitation Order by two weeks to permit the omitted creditors and equity security holders sufficient time to evaluate and vote on the Plan. The Committee and the United States Trustee have agreed to continue the hearing on the *United States Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b), or in the Alternative, to Appoint a Chapter 11 Trustee* [D.E. 306] from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m., so confirmation and conversion may be evaluative contemporaneously.

- 3 -

## IV. CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court enter an order: (1) granting this Motion in its entirety; (2) continuing the Plan confirmation hearing from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m.; (3) extending all deadline set by the Solicitation Order as to the creditors and equity security holders omitted from the mailing matrices in the Bankruptcy Cases by fourteen (14) calendar days; and (4) granting any further or additional relief the Court deems appropriate. A proposed order is attached hereto as **Exhibit B**.

Dated: April 28, 2015

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# EXHIBIT A

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Current Hearing:<br>Date: May 13, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 22<br>       U.S. Bankruptcy Court<br>       235 Pine Street<br>       San Francisco, CA 94104 |

**PROOF OF SERVICE OF**
**(1) ENTERED ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING;**
**(2) BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION DATED MARCH 27, 2015 FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC; AND**
**(3) CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC, AND HASHFAST, LLC, DATED MARCH 27, 2015**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*):
**(1) ENTERED ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING;
(2) BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION DATED MARCH 27, 2015 FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC; AND
(3) CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC, AND HASHFAST, LLC, DATED MARCH 27, 2015** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served)**: On (*date*) **as noted**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 2. SERVED BY UNITED STATES MAIL ON APRIL 15, 2015:

David Mathue
18044 Saxony Lane
Orlando, FL 32820

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia

Martin Medeiros
11 Gilbert-Garneau Gatineau
Quebec J8T 4A7 Canada

Merkabahnk
19 Watchung Ave Loor 2
West Orange, NJ 07052

Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom

Amos Mengel
58 Raphael Rd
Winnellie Northern Territory
0820 Australia

Charles Mosner
28 Avenue des Chalets
1180 Bruzelles, Belgium

Warren Miller
57 Dongola Road, First Floor Flat
London N17 6EB
United Kingdom

Ahmed Minhaj
11410 Nagel St
Hamtramck, Ml 48212

Albert Navarry
Calle Entenza num. 239 piso 4
puerta 2 08029 Barcelona
Barcelona Spain

Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile

Wrablewski, Ryszrd
Sportowa 17 55-003
Ratowice, Poland

Zizka, Andreas
Fasangartengasse 1 1130
Vienna, Austria

Jimson Ngo
Suite 1213, 3620 Kaneff Crescent
Mississauga, Ontario
L5A 3X1 Canada

Weinderg, Donald
4010 Oak Circle
Boca Raton, FL 33431

Zepeda, Manuel
2310 Westgate Rd
Unit 14
Santa Maria, CA 93455

Zizka, Jochen
Fasangartengasse 1 1130
Vienna, Austria

Wagner, Marcel
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel Germany

Xu, Zhengxian
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495
Guangdon

Wiesman, Jazz
2031 SE 38th Ave
Portland, OR 97214

Vermaat, L.J.
Kanaalweg 81 3041JE
Rotterdam, Netherlands

Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603

Wang, George
1707-2008 Madison Ave.
Burnaby, British Columbia
V5C 6T5 Canada

093044.000001 606298299.1

| | | |
|---|---|---|
| Van Vuuren, Henco Janse<br>71 Louis Both Ave Roodepoort<br>Gauten 1734 South Africa | Wang, Hamilton<br>No. 101, Songjiang Road, Floor 11<br>Taipei City Zhongshan District 104<br>Taiwan | Vorac, Oldrich<br>10 Gort a Lin John Street Dingle Kerry<br>Kerry, Republic of Ireland |
| Tucker, Matt<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303 | Vykoukal, Ferdinand<br>Calle Alonso Heredia 6<br>Madrid, Spain 28028 | Tipple, Peter<br>30 St Andrews Terrace Ashington<br>Northumberland NE63 DR United Kingdom |
| Tilkin, Servaas<br>Bloemenplein 9 2200 Herentals<br>Belgium | Vela, Allan<br>19 Rocks Rd<br>Redlynch Queensland 4870 Australia | Teo, Albert<br>Unit 17, 7730 6th Street<br>Burnaby, British Columbia<br>V3N 4S3 Canada |
| Teltarif.de<br>Falko Hansen-Hogrefe<br>Brauweg 40<br>37073 Gottingen, Germany | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second Floor<br>Delhi, Delhi 110024 India | Feler System Integration<br>Joerg Feler Buhrowstr 20a EORD<br>Nr DE832084235955060<br>12167 Berlin Germany |
| Endres, Alexander<br>An der Halde 18 87471<br>Durach Germany | Thomas, Bryce<br>330 Clareview Station Drive NW Unit 1420<br>Edmonton, Alberta<br>T5Y 0E6 Canada | Glocovs, Aleksandrs<br>119 Adelaide Grove<br>London W12 OJH United Kingdom |
| Fernandez, Jensy<br>12 Diamond St, Apt. 19<br>Lawrence, MA 01841 | Ernst, Sven<br>Alte Weingartener Str. 1<br>76227 Karlsruhe Germany | Halley, Zach<br>Fieldstone Tramore Co.<br>Waterford, Ireland |
| Froud, Dominic<br>Lodge Farm<br>The Heywood Diss Norfolk<br>IP22 5TA United Kingdom | Fetterly, Christopher<br>9603 78th Avenue NW<br>Edmonton, Alberta<br>T6C 0P2 Canada | Harris, Peter<br>538 Birmingham Road<br>Bromsgrove, Worcester<br>England B61 0HT United Kingdom |
| Gamborino, Joah<br>Carrer Esteve Dolsa N29<br>Andorra la Vella AD500<br>Andorra | Galburt, Gamain Jean<br>3 Rue de la Belle Meuniere<br>28190 Saint-George-sur-Eure, France | Hennequin, Franck<br>42 Avenue De L'arche<br>Apartment 33<br>92400 Courbevoie France |
| Hazlehurst, Harry<br>22 Bewley Road Angmering<br>Littlehampton West Sussex<br>BN16 4JL United Kingdom | Gladden, David<br>[email address not indicated on Amended Sched. F] | Huyang, Kevin<br>52 Albright Crescent<br>Richmond Hill, Ontario<br>L4E 4Z4 Canada |

Henriksen, Tore
Lystheia 18 4817
His Norway

Huber, Beat
Badenerstrasse 881
8048 Altstetten Switzerland

Ino, Yasuo
1-1-1-808 Minami-kasai Edogawa-ku
Tokyo

James Lowry, LLC
400 E College, Ste. A
Roswell, NM 88201

Jelle, Maes (BVBA)
Kardinaal Cardijnstraat 39
2260 Westerlo Belgium

Juez, Alejandro Besada
Adolfo Perez Esquivel 3. ofi 11 28323
Las Rozas de Madrid
Madrid, Spain

Kondrat'ev, Ivan
13 Parkovaya 16-2-8
MoscowMoscow 105077 Russia

Kravchik, Oren
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada

Lehming, Tim
Drossener Str. 63 13053 Berlin
Germany

Greinier, Michael
49 Pennsylvania Ct
Morton, IL 61550

Harnett, Dane
18 Sallows Street
Alex Hills Queensland
4161 Australia

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong

Huckvale, Stephen
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom

JK Internet Solutions Partner
Sebastianstr, 2 47055 Duisburg
Germany

Klien, Oliver
Zeller Str 17 73271 Holzmaden
Germany

Kovach, Kenneth
PO BOX 951
Golden, British Columbia
V0A1H0 Canada

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands

Michael Mathias
Waldhofer Str. 102
69123 Heidelberg Germany

Janke, Larson
Unit 1 / 284 Barkers Road
Hawthorn Melbourne Victoria
3122 Australia

Komissarov, Aleksandr
Fortunatovskaya St. 31/35 Apartment 67
Moscow 105187 Russia

Kozachenko, Igor
2124 Kittredge Street #108
Berkeley, CA 94704

Le, Dat
22 Golden Gate Bay Winnipeg
Manitoba R3J

Leong, Matthew
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia

Malinen, Juri
Vaasankatu 14B D5 04410
Jyvaskyla, Finland

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

Montague, Paul
4/33 Yarrowonga Street
Ngunnawal Australian Capital Territory
2913 Australia

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Arberg, Lars
Skalbakken 17 2720
Vanlose, Denmark

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

Benoit, Bergic
8 Rue Anatole France
92000 Nanterre France

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay Hong Kong Island
Hong Kong

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Armatys, Zbigniew
Interaktywny Powiat Tarnowski
Zbignlew A

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen Germany

Beckwith, Ted
Computer G
8218 Grimchester
Converse, TX 78109

Biggin, Shawn
13370 140 Street NW
Edmonton, Alberta, Canada T5L 2E3

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

Carver, Dain
240 Maritime Ave
White Plains, NY 10601

Chan, Jeremy
28A Jalan Medan Ipoh 9 Bander Baru Medan
Ipoh Ipoh 31400 Malaysia

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Bressler, Brandon
3638 San Onofre Ave.
San Onofre, CA 95340

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

Castro, Damian
32 Allen Road
Stoke Newington London
London N16 8SA United Kingdom

Carroll, James
1505 Westheimer Road
Houston, TX 77006

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

Day, Jonathan
8 Mahara Apartments, Upper Kings Cliff
St. Helier, Jersey JE23GP

Pushkin, Sergey
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia

Ramos, Dominic
Weizackerstrasse 17
8405 Winterhur, Switzerland

093044.000001 606298299.1

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southhampton Hampshire
SO18 1JB United Kingdom

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
J0R 1R5 Canada

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

Santos, Michel
7620 Old Georgetown Rd, Apt 723
Bethesda, MD 20814

Sattler, Detlef
Austr. 18 53604 Bad Honnef
Germany

Samios, Nicholas
3 /1 4 Ogilvie Road Unit
Mount Pleasant Western Australia

Schildknecht, Timo
APDO 10034 Can Ramell
07819 Jesus, Ibiza Baleares
Spain

Simpson, Craig
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom

Schicker, Florian
Fernkorngasse 10/3/501
1100 Vienna, Austria

Sim, Sylvia
l-P Mart Network Adn Bhd Lot 2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching Sarawak
93150
Malaysia

Starr, Daniel
d o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia

Schwarz, Viktor
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland

Sorenson, Marcus
4960 Shadow Wood Dr
Lehi, UT 84043

Suter, Heinz
Rickenbachstrasse 104 6430
Schwyz, Switzerland

Stoychev, Ivo
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Tanaka, Hideyuki
Koishikawa 1-2-5, Forecity Korakuen 1002
Bungkyo-Ku, Tokyo-to 112-0002,
Japan

**SERVED BY UNITED STATES MAIL ON APRIL 16, 2015:**

| | | |
|---|---|---|
| Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 | Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 |
| Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 | John Skrodenis<br>97 S. Second St., #175<br>San Jose, CA 95113 | Edward DeCastro<br>340 11th Street<br>San Francisco, CA 94103 |

# EXHIBIT B

| | |
|---|---|
| 1 | Ashley M. McDow (245114)<br>Michael T. Delaney (261714) |
| 2 | **BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, Suite 1400 |
| 3 | Los Angeles, CA  90025-0509<br>Telephone:    310.820.8800 |
| 4 | Facsimile:    310.820.8859<br>Email:        amcdow@bakerlaw.com |
| 5 | mdelaney@bakerlaw.com |
| 6 | Attorneys for the OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a<br>California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST LLC, a Delaware<br>limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively<br>Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Current Hearing:<br>Date:   May 13, 2015<br>Time:   1:30 p.m.<br>Place:  Courtroom 22<br>        U.S. Bankruptcy Court<br>        235 Pine Street<br>        San Francisco, CA 94104 |

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE CONFIRMATION
HEARING AND EXTEND SOLICITATION DEADLINES**

An *Ex Parte* Motion to Continue Confirmation Hearing and Extend Solicitation Deadlines (the "Motion") having been filed by Official Committee of Unsecured Creditors (the "Committee") in the above-captioned, substantively consolidated bankruptcy cases on or about April 23, 2015, and finding good cause to grant the relief therein requested, it is hereby ordered that

    1.    The Motion is granted in its entirety;

2. The hearing plan confirmation hearing relating to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* [Docket Entry[1] ("D.E.") 344] is continued from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m.; and

3. All deadlines contained in the *Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan and/or Disclosure Statement, and Setting Hearing* [D.E. 345] as applicable to the creditors and equity security holders identified on Exhibit A to the Motion are hereby extended by fourteen (14) calendar days.

** END OF ORDER **

---

[1] All docket entry citations refer to the docket in *Hashfast Technologies, LLC*, case no. 14-30725 DM.

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **EX PARTE MOTION TO CONTINUE CONFIRMATION HEARING AND EXTEND SOLICITATION DEADLINES** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 28, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **April 28, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Presiding Judge
Judge Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): On (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## 2. SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served):

| Recipient Name | Email |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech (20 largest Unsec. Cred.) | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |

## 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Liquidbits Corp.<br>20201 E. County Club Dr. #1502<br>Aventura, FL 33180-3282 | Liquidbits Corp.<br>20201 E. County Club Dr. #1502<br>Aventura, FL 33180-3282 | ~~Benjamin Lindner~~<br>~~9035 Grayland Drive~~<br>~~Apartment E~~<br>~~Knoxville, TN 37923-4014~~<br>(Returned mail 1/8/15) |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada | Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III,<br>Deans& Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 | DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086-1101 |
| Davide Cavion | Elton Seah | Future Electronics Corp. |

Case: 14-30725    Doc#350    Filed: 04/28/15    Entered: 04/28/15 18:20:50    Page 18 of 19
606277616.2

c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

761 Irwindale Avenue
Las Vegas, NV 89123-2319

3255 Paysphere Circle
Chicago, IL 60674-0032

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

Mark Roy
21745 Duck Creek Square
Ashburn, VA 20148-4411

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401-3441

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~
(Returned mail 11/17/2014)

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

**Requested Manual Notice**

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693