Ino, Yasuo
1-1-1-808 Minami-kasai Edogawa-ku
Tokyo

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong

Kozachenko, Igor
2124 Kittredge Street #108
Berkeley, CA 94704

James Lowry, LLC
400 E College, Ste. A
Roswell, NM 88201

Huckvale, Stephen
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom

Le, Dat
22 Golden Gate Bay Winnipeg
Manitoba R3J

Jelle, Maes (BVBA)
Kardinaal Cardijnstraat 39
2260 Westerlo Belgium

JK Internet Solutions Partner
Sebastianstr, 2 47055 Duisburg
Germany

Leong, Matthew
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia

Juez, Alejandro Besada
Adolfo Perez Esquivel 3. ofi 11 28323
Las Rozas de Madrid
Madrid, Spain

Klien, Oliver
Zeller Str 17 73271 Holzmaden
Germany

Malinen, Juri
Vaasankatu 14B D5 04410
Jyvaskyla, Finland

Kondrat'ev, Ivan
13 Parkovaya 16-2-8
MoscowMoscow 105077 Russia

Kovach, Kenneth
PO BOX 951
Golden, British Columbia
V0A1H0 Canada

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Kravchik, Oren
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Lehming, Tim
Drossener Str. 63 13053 Berlin
Germany

Michael Mathias
Waldhofer Str. 102
69123 Heidelberg Germany

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Montague, Paul
4/33 Yarrowonga Street
Ngunnawal Australian Capital Territory
2913 Australia

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Bressler, Brandon
3638 San Onofre Ave.
San Onofre, CA 95340

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Armatys, Zbigniew
Interaktywny Powiat Tarnowski
Zbignlew A

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

Arberg, Lars
Skalbakken 17 2720
Vanlose, Denmark

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

Castro, Damian
32 Allen Road
Stoke Newington London
London N16 8SA United Kingdom

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Beckwith, Ted
Computer G
8218 Grimchester
Converse, TX 78109

Carroll, James
1505 Westheimer Road
Houston, TX 77006

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

Biggin, Shawn
13370 140 Street NW
Edmonton, Alberta, Canada T5L 2E3

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

Benoit, Bergic
8 Rue Anatole France
92000 Nanterre France

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

Day, Jonathan
8 Mahara Apartments, Upper Kings Cliff
St. Helier, Jersey JE23GP

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Carver, Dain
240 Maritime Ave
White Plains, NY 10601

Pushkin, Sergey
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay Hong Kong Island
Hong Kong

Chan, Jeremy
28A Jalan Medan Ipoh 9 Bander Baru Medan
Ipoh Ipoh 31400 Malaysia

Ramos, Dominic
Weizackerstrasse 17
8405 Winterhur, Switzerland

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southampton Hampshire
SO18 1JB United Kingdom

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
JOR 1R5 Canada

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

| | | |
|---|---|---|
| Santos, Michel<br>7620 Old Georgetown Rd, Apt 723<br>Bethesda, MD 20814 | Sattler, Detlef<br>Austr. 18 53604 Bad Honnef<br>Germany | Samios, Nicholas<br>3 /1 4 Ogilvie Road Unit<br>Mount Pleasant Western Australia |
| Schildknecht, Timo<br>APDO 10034 Can Ramell<br>07819 Jesus, Ibiza Baleares<br>Spain | Simpson, Craig<br>10a Murley Road Bournemouth Dorset<br>BH9 1NS United Kingdom | Schicker, Florian<br>Fernkorngasse 10/3/501<br>1100 Vienna, Austria |
| Sim, Sylvia<br>l-P Mart Network Adn Bhd Lot 2975<br>Plot 6, Blk 10, 3rd Miles Jalan Tun<br>Ahmad Zaidi Adruce Kuching Sarawak<br>93150<br>Malaysia | Starr, Daniel<br>d o NCIT 14 Industrial Drive Unite 2<br>Coffs Harbour, New South Wales<br>2450 Australia | Schwarz, Viktor<br>Tobelmuhlestrasse 5<br>7270 Davos Platz<br>Switzerland |
| Sorenson, Marcus<br>4960 Shadow Wood Dr<br>Lehi, UT 84043 | Suter, Heinz<br>Rickenbachstrasse 104 6430<br>Schwyz, Switzerland | Stoychev, Ivo<br>Simeonovo District 25,'197' street<br>Vitosha Park, Sofia Bulgaria 1434<br>Bulgaria |
| Talmacel, Milhail<br>Calle Beleten<br>16 1B 35118 Cruce de Arinaga<br>Las Palmas Spain | Tanaka, Hideyuki<br>Koishikawa 1-2-5, Forecity Korakuen 1002<br>Bungkyo-Ku, Tokyo-to 112-0002,<br>Japan | |

# 14-30866 DM

| | | |
|---|---|---|
| ~~HashFast LLC~~<br>~~100 Bush Street #650~~<br>~~San Francisco, CA 94104-3932~~<br>(Returned mail 11/17/2014) | Nationstar Mortgage LLC<br>Pite Duncan, LLP<br>c/o Gregory P. Campbell<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Sistemas Operativos Sanitarios C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Aaron Collins<br>21851 Schieffer rd<br>Colton, OR 97017-9400 | Alexey Minchenkov<br>Asafeva St 2-1-60, St Petersburg, Russia<br>St Petersburg, AK 194-356 |
| ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>(Duplicate from 14-30725) | Brian C Connelly<br>22601 Asheville Highway<br>Landrum, SC 29356-9633 | Cypher Enterprises, LLC<br>Attn: Robert Bogdanowicz III<br>Deans and Lyons LLP<br>325 N. Saint Paul St., #1500<br>Dallas, TX 75201-3891 |

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

~~Sandgate Technologies~~
~~595 Fellowship Road~~
~~Chester Springs, PA 19425-3618~~
(Duplicate from 14-30725)


Paul Dolak
P.O. Box 590276
San Francisco, CA 94159-0276

Nathan Wallace
3836 Tamarisk Court
South Jordan, UT 84095-4181

UBE Enterprises
7425 CREEK RD.
SANDY, UT 84093-6152


Thomas Schortmann
3 Village Green N
STE 448
Plymouth, MA 02360-8803

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432


Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100

TimeFire, Inc.
Eric W. Benisek, Esq.
Vasquez Benisek & Lindgren
3685 Mt Diablo Blvd #300
Lafayette, CA 94549-6833

~~Pete Morici~~
~~800 Fifth Avenue, Suite 4100~~
~~Seattle, wa 98104-3100~~
(Returned Mail 9/19/2014)


Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Zhongwei Ni
41-70 Main St B3-182
Flushing, NY 11355-3823

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166


Accountemps of Robert Half
Attn: Karen Lima
P.O. Box 5024
San Ramon, CA 94583-5024

~~Franchise Tax Board~~
~~Bankruptcy Section MS A340~~
~~PO Box 2952~~
~~Sacramento, CA 95812-2952~~
(Duplicate from 14-30725)

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
(Duplicate from 14-30725)


~~Jetmir Celaj~~
~~1740 Mulford Ave. 7G~~
~~Bronx, NY 10461-4321~~
(Duplicate from 14-30725)

~~Kevin Krieger~~
~~4230 Northwest Point Dr.~~
~~House Springs, MO 63051-4302~~
(Duplicate from 14-30725)

~~Monsoon Company, Inc.~~
~~1714 Franklin St. #100-142~~
~~Oakland, CA 94612-3488~~
(Duplicate from 14-30725)


Paul Erickson
10 N Livingston #405
Madison, WI 53703-2347

Perkins Coie LLP
Douglas R. Pahl
1120 NW Couch St., 10th Fl.
Portland, OR 97209-4128

~~Rajpreet Ahluwalia~~
~~20338 102nd Ave SE~~
~~Kent, WA 98031-5500~~
(Duplicate from 14-30725)