Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
        mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Current Hearing:<br>Date:  May 13, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 22<br>        U.S. Bankruptcy Court<br>        235 Pine Street<br>        San Francisco, CA 94104 |

**PROOF OF SERVICE OF**
**(1) ENTERED ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING;**
**(2) BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION DATED MARCH 27, 2015 FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC; AND**
**(3) CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC, AND HASHFAST, LLC, DATED MARCH 27, 2015**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*):
**(1) ENTERED ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE STATEMENT, AND SETTING HEARING;
(2) BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION DATED MARCH 27, 2015 FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC; AND
(3) CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC, AND HASHFAST, LLC, DATED MARCH 27, 2015** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **as noted**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 2. SERVED BY UNITED STATES MAIL ON APRIL 15, 2015:

David Mathue
18044 Saxony Lane
Orlando, FL 32820

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia

Martin Medeiros
11 Gilbert-Garneau Gatineau
Quebec J8T 4A7 Canada

Merkabahnk
19 Watchung Ave Loor 2
West Orange, NJ 07052

Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom

Amos Mengel
58 Raphael Rd
Winnellie Northern Territory
0820 Australia

Charles Mosner
28 Avenue des Chalets
1180 Bruzelles, Belgium

Warren Miller
57 Dongola Road, First Floor Flat
London N17 6EB
United Kingdom

Ahmed Minhaj
11410 Nagel St
Hamtramck, Ml 48212

Albert Navarry
Calle Entenza num. 239 piso 4
puerta 2 08029 Barcelona
Barcelona Spain

Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile

Wrablewski, Ryszrd
Sportowa 17 55-003
Ratowice, Poland

Zizka, Andreas
Fasangartengasse 1 1130
Vienna, Austria

Jimson Ngo
Suite 1213, 3620 Kaneff Crescent
Mississauga, Ontario
L5A 3X1 Canada

Weinderg, Donald
4010 Oak Circle
Boca Raton, FL 33431

Zepeda, Manuel
2310 Westgate Rd
Unit 14
Santa Maria, CA 93455

Zizka, Jochen
Fasangartengasse 1 1130
Vienna, Austria

Wagner, Marcel
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel Germany

Xu, Zhengxian
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495
Guangdon

Wiesman, Jazz
2031 SE 38th Ave
Portland, OR 97214

Vermaat, L.J.
Kanaalweg 81 3041JE
Rotterdam, Netherlands

Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603

Wang, George
1707-2008 Madison Ave.
Burnaby, British Columbia
V5C 6T5 Canada

Van Vuuren, Henco Janse
71 Louis Both Ave Roodepoort
Gauten 1734 South Africa

Wang, Hamilton
No. 101, Songjiang Road, Floor 11
Taipei City Zhongshan District 104
Taiwan

Vorac, Oldrich
10 Gort a Lin John Street Dingle Kerry
Kerry, Republic of Ireland

Tucker, Matt
2830 E College Ave
Unit 101
Boulder, CO 80303

Vykoukal, Ferdinand
Calle Alonso Heredia 6
Madrid, Spain 28028

Tipple, Peter
30 St Andrews Terrace Ashington
Northumberland NE63 DR United Kingdom

Tilkin, Servaas
Bloemenplein 9 2200 Herentals
Belgium

Vela, Allan
19 Rocks Rd
Redlynch Queensland 4870 Australia

Teo, Albert
Unit 17, 7730 6th Street
Burnaby, British Columbia
V3N 4S3 Canada

Teltarif.de
Falko Hansen-Hogrefe
Brauweg 40
37073 Gottingen, Germany

Valcheva, Indra Koli
Weblink E-Commerce Limited
E-23, Lajpat Nagar 3, Second Floor
Delhi, Delhi 110024 India

Feler System Integration
Joerg Feler Buhrowstr 20a EORD
Nr DE832084235955060
12167 Berlin Germany

Endres, Alexander
An der Halde 18 87471
Durach Germany

Thomas, Bryce
330 Clareview Station Drive NW Unit 1420
Edmonton, Alberta
T5Y 0E6 Canada

Glocovs, Aleksandrs
119 Adelaide Grove
London W12 OJH United Kingdom

Fernandez, Jensy
12 Diamond St, Apt. 19
Lawrence, MA 01841

Ernst, Sven
Alte Weingartener Str. 1
76227 Karlsruhe Germany

Halley, Zach
Fieldstone Tramore Co.
Waterford, Ireland

Froud, Dominic
Lodge Farm
The Heywood Diss Norfolk
IP22 5TA United Kingdom

Fetterly, Christopher
9603 78th Avenue NW
Edmonton, Alberta
T6C 0P2 Canada

Harris, Peter
538 Birmingham Road
Bromsgrove, Worcester
England B61 0HT United Kingdom

Gamborino, Joah
Carrer Esteve Dolsa N29
Andorra la Vella AD500
Andorra

Galburt, Gamain Jean
3 Rue de la Belle Meuniere
28190 Saint-George-sur-Eure, France

Hennequin, Franck
42 Avenue De L'arche
Apartment 33
92400 Courbevoie France

Hazlehurst, Harry
22 Bewley Road Angmering
Littlehampton West Sussex
BN16 4JL United Kingdom

Gladden, David
[email address not indicated on Amended Sched. F]

Huyang, Kevin
52 Albright Crescent
Richmond Hill, Ontario
L4E 4Z4 Canada

093044.000001 606298299.1

Henriksen, Tore  
Lystheia 18 4817  
His Norway

Greinier, Michael  
49 Pennsylvania Ct  
Morton, IL 61550

Janke, Larson  
Unit 1 / 284 Barkers Road  
Hawthorn Melbourne Victoria  
3122 Australia

Huber, Beat  
Badenerstrasse 881  
8048 Altstetten Switzerland

Harnett, Dane  
18 Sallows Street  
Alex Hills Queensland  
4161 Australia

Komissarov, Aleksandr  
Fortunatovskaya St. 31/35 Apartment 67  
Moscow 105187 Russia

Ino, Yasuo  
1-1-1-808 Minami-kasai Edogawa-ku  
Tokyo

Hu, Wenxie  
Room 2113-5,21  
Landmark North, 39 Lung Sum Ave.  
Hong Kong

Kozachenko, Igor  
2124 Kittredge Street #108  
Berkeley, CA 94704

James Lowry, LLC  
400 E College, Ste. A  
Roswell, NM 88201

Huckvale, Stephen  
55 Thornbury Road  
Walsall, West Midlands WS2 8JJ  
United Kingdom

Le, Dat  
22 Golden Gate Bay Winnipeg  
Manitoba R3J

Jelle, Maes (BVBA)  
Kardinaal Cardijnstraat 39  
2260 Westerlo Belgium

JK Internet Solutions Partner  
Sebastianstr, 2 47055 Duisburg  
Germany

Leong, Matthew  
Suite 7 / Level 2  
73 Little Ryrie St.  
Geelong Victoria 3220 Australia

Juez, Alejandro Besada  
Adolfo Perez Esquivel 3. ofi 11 28323  
Las Rozas de Madrid  
Madrid, Spain

Klien, Oliver  
Zeller Str 17 73271 Holzmaden  
Germany

Malinen, Juri  
Vaasankatu 14B D5 04410  
Jyvaskyla, Finland

Kondrat'ev, Ivan  
13 Parkovaya 16-2-8  
MoscowMoscow 105077 Russia

Kovach, Kenneth  
PO BOX 951  
Golden, British Columbia  
V0A1H0 Canada

Ag, Elpix and Joerg Margane  
Alfredstrasse 73  
45130 Essen Germany

Kravchik, Oren  
900 Steeprock Drive  
Downsview, Ontario  
M3J 2X2 Canada

Luecke, Christian  
FM Parker Brady Rembradtweg 378  
1181HC Amstelveen Netherlands

Araujo, Leopoldo Martinez  
Amadeo Gomez 45 Portal B  
Piso 2-izda 28035 Madrid, Spain

Lehming, Tim  
Drossener Str. 63 13053 Berlin  
Germany

Michael Mathias  
Waldhofer Str. 102  
69123 Heidelberg Germany

Beju, Catalin  
246 Waterbury St.  
Bolton, Ontario  
L7E 2j1 Canada

093044.000001 606298299.1

| | | |
|---|---|---|
| Matas, Francisco<br>Joee Romero<br>Paseo de la Copla<br>17 Bajo B 14005 Cordoba<br>Cordoba, Spain | Ambar, Abraham<br>Christoph Merian-Ring 29a<br>4153 Reinach Switzerland | Bigler, Benjamin<br>Laandgarben 456<br>3176 Neuenegg Switzerland |
| Montague, Paul<br>4/33 Yarrowonga Street<br>Ngunnawal Australian Capital Territory<br>2913 Australia | Anthem Blue Cross<br>Attn: FEP Claims<br>PO Box 70000<br>Van Nuys, CA 91470 | Bressler, Brandon<br>3638 San Onofre Ave.<br>San Onofre, CA 95340 |
| Alexiou, Antonios<br>1253 Buck Jones Rd.<br>Raleigh, NC 27606 | Armatys, Zbigniew<br>Interaktywny Powiat Tarnowski<br>Zbignlew A | Carmichael, Craig<br>820 Dunsmuir Road<br>Victoria, British Columbia<br>V9A 5B7 Canada |
| Arberg, Lars<br>Skalbakken 17 2720<br>Vanlose, Denmark | Badarlis, Andreas<br>Zum Holzfeld 36H 30880 Laatzen<br>Germany | Castro, Damian<br>32 Allen Road<br>Stoke Newington London<br>London N16 8SA United Kingdom |
| Babcock, James<br>8368 NW 70th Street<br>Potwin, KS 67123 | Beckwith, Ted<br>Computer G<br>8218 Grimchester<br>Converse, TX 78109 | Carroll, James<br>1505 Westheimer Road<br>Houston, TX 77006 |
| Beaumont, Adam<br>11-15 Hunslet Road<br>Leeds Wst Yorkshire<br>LS10 1JQ United Kingdom | Biggin, Shawn<br>13370 140 Street NW<br>Edmonton, Alberta, Canada T5L 2E3 | Conangla, Xavier<br>350, 4a Planta 08019<br>Barcelona, Spain |
| Benoit, Bergic<br>8 Rue Anatole France<br>92000 Nanterre France | Bit-Stop Computer<br>Silberburgstrasse 29<br>72458 Albstadt, Germany | Day, Jonathan<br>8 Mahara Apartments, Upper Kings Cliff<br>St. Helier, Jersey JE23GP |
| Birke, Marian<br>Voosener Str. 105<br>41179 Monchengladbach Germany | Carver, Dain<br>240 Maritime Ave<br>White Plains, NY 10601 | Pushkin, Sergey<br>Oleynikova 33 Krasnoyarsk<br>Russian Federation 660050<br>Russia |
| Chan, Hing tat<br>No 38/21/F Russell Street<br>Soundwill Plaza Causeway Bay Hong Kong Island<br>Hong Kong | Chan, Jeremy<br>28A Jalan Medan Ipoh 9 Bander Baru Medan<br>Ipoh Ipoh 31400 Malaysia | Ramos, Dominic<br>Weizackerstrasse 17<br>8405 Winterhur, Switzerland |

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southhampton Hampshire
SO18 1JB United Kingdom

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
J0R 1R5 Canada

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

Santos, Michel
7620 Old Georgetown Rd, Apt 723
Bethesda, MD 20814

Sattler, Detlef
Austr. 18 53604 Bad Honnef
Germany

Samios, Nicholas
3 /1 4 Ogilvie Road Unit
Mount Pleasant Western Australia

Schildknecht, Timo
APDO 10034 Can Ramell
07819 Jesus, Ibiza Baleares
Spain

Simpson, Craig
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom

Schicker, Florian
Fernkorngasse 10/3/501
1100 Vienna, Austria

Sim, Sylvia
l-P Mart Network Adn Bhd Lot 2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching Sarawak
93150
Malaysia

Starr, Daniel
d o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia

Schwarz, Viktor
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland

Sorenson, Marcus
4960 Shadow Wood Dr
Lehi, UT 84043

Suter, Heinz
Rickenbachstrasse 104 6430
Schwyz, Switzerland

Stoychev, Ivo
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Tanaka, Hideyuki
Koishikawa 1-2-5, Forecity Korakuen 1002
Bungkyo-Ku, Tokyo-to 112-0002,
Japan

093044.000001 606298299.1

**SERVED BY UNITED STATES MAIL ON APRIL 16, 2015**:

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

Tim Wong
195 Tenby Terrace
Danville, CA 94506

Monica Hushen
62 Esparito Place
Fremont, CA 94539

John Skrodenis
97 S. Second St., #175
San Jose, CA 95113

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

Edward DeCastro
340 11th Street
San Francisco, CA 94103

093044.000001 606298299.1