Entered on Docket
April 30, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 29, 2015

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        amcdow@bakerlaw.c
              mdelaney@bakerlaw

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x   Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Current Hearing:<br>Date:    May 13, 2015<br>Time:   1:30 p.m.<br>Place:   Courtroom 22<br>            U.S. Bankruptcy Court<br>            235 Pine Street<br>            San Francisco, CA 94104 |

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE CONFIRMATION HEARING AND EXTEND SOLICITATION DEADLINES**

An *Ex Parte* Motion to Continue Confirmation Hearing and Extend Solicitation Deadlines (the "Motion") having been filed by Official Committee of Unsecured Creditors (the "Committee") in the above-captioned, substantively consolidated bankruptcy cases on or about April 23, 2015, and finding good cause to grant the relief therein requested, it is hereby ordered that

    1.    The Motion is granted in its entirety;

2. The hearing plan confirmation hearing relating to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* [Docket Entry[1] ("D.E.") 344] is continued from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m.; and

3. All deadlines contained in the *Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan and/or Disclosure Statement, and Setting Hearing* [D.E. 345] as applicable to the creditors and equity security holders identified on Exhibit A to the Motion are hereby extended by fourteen (14) calendar days.

** END OF ORDER **

---

[1] All docket entry citations refer to the docket in *Hashfast Technologies, LLC*, case no. 14-30725 DM.