Osmany Barrinat
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Pawel Pilecki
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Sistemas Operativos Sanitarios C.A.
c/o Guido Ochoa
W Keith Fendrick, Esq. at Holland et al
100 North Tampa Street, Suite 4100
Tampa, FL 33602-3642

Thomas Wingquist
3385 Larkspur Dr
Longmont, CO 80503-7524

Trent Nathan Park
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Venkat Balasubramani
Focal PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104-3100

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

Tim Wong
195 Tenby Terrace
Danville, CA 94506

David Mathue
18044 Saxony Lane
Orlando, FL 32820

Tim John McGough
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Trevor Michael Watson
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Verne Paul Riley
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536-9365

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Robert G. Harris
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Monica Hushen
62 Esparito Place
Fremont, CA 94539

John Skrodenis
97 S. Second St., #175
San Jose, CA 95113

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia

Thanh Lanh Tran
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Timothy G. Wong
195 Tenby Terrace
Danville, CA 94506-1273

Tudor Ovidiu Vaida
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

William Henry Smith
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

~~San Francisco Court Appointed~~
~~Special~~
~~Advocates~~
~~2535 Mission Street~~
~~San Francisco, CA 94110~~
(Removed per recipient's request
Mark Willey
5230 Twin Falls Road
Morgan Hill, CA  95037

Edward DeCastro
340 11th Street
San Francisco, CA 94103

Martin Medeiros
11 Gilbert-Garneau Gatineau
Quebec J8T 4A7 Canada

Merkabahnk
19 Watchung Ave Loor 2
West Orange, NJ 07052

Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom

Amos Mengel
58 Raphael Rd
Winnellie Northern Territory
0820 Australia

Charles Mosner
28 Avenue des Chalets
1180 Bruzelles, Belgium

Warren Miller
57 Dongola Road, First Floor Flat
London N17 6EB
United Kingdom

Ahmed Minhaj
11410 Nagel St
Hamtramck, Ml 48212

Albert Navarry
Calle Entenza num. 239 piso 4
puerta 2 08029 Barcelona
Barcelona Spain

Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile

Wrablewski, Ryszrd
Sportowa 17 55-003
Ratowice, Poland

Zizka, Andreas
Fasangartengasse 1 1130
Vienna, Austria

Jimson Ngo
Suite 1213, 3620 Kaneff Crescent
Mississauga, Ontario
L5A 3X1 Canada

Weinderg, Donald
4010 Oak Circle
Boca Raton, FL 33431

~~Zepeda, Manuel~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455~~
(Returned mail received 4/23/15)

Zizka, Jochen
Fasangartengasse 1 1130
Vienna, Austria

Wagner, Marcel
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel Germany

Xu, Zhengxian
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495
Guangdon

Wiesman, Jazz
2031 SE 38th Ave
Portland, OR 97214

Vermaat, L.J.
Kanaalweg 81 3041JE
Rotterdam, Netherlands

Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603

Wang, George
1707-2008 Madison Ave.
Burnaby, British Columbia
V5C 6T5 Canada

Van Vuuren, Henco Janse
71 Louis Both Ave Roodepoort
Gauten 1734 South Africa

Wang, Hamilton
No. 101, Songjiang Road, Floor 11
Taipei City Zhongshan District 104
Taiwan

Vorac, Oldrich
10 Gort a Lin John Street Dingle
Kerry
Kerry, Republic of Ireland

Tucker, Matt
2830 E College Ave
Unit 101
Boulder, CO 80303

Vykoukal, Ferdinand
Calle Alonso Heredia 6
Madrid, Spain 28028

Tipple, Peter
30 St Andrews Terrace Ashington
Northumberland NE63 DR United Kingdom

606274590.1

| | | |
|---|---|---|
| Tilkin, Servaas<br>Bloemenplein 9 2200 Herentals<br>Belgium | Vela, Allan<br>19 Rocks Rd<br>Redlynch Queensland 4870 Australia | Teo, Albert<br>Unit 17, 7730 6th Street<br>Burnaby, British Columbia<br>V3N 4S3 Canada |
| Teltarif.de<br>Falko Hansen-Hogrefe<br>Brauweg 40<br>37073 Gottingen, Germany | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second Floor<br>Delhi, Delhi 110024 India | Feler System Integration<br>Joerg Feler Buhrowstr 20a EORD<br>Nr DE832084235955060<br>12167 Berlin Germany |
| Endres, Alexander<br>An der Halde 18 87471<br>Durach Germany | Thomas, Bryce<br>330 Clareview Station Drive NW Unit 1420<br>Edmonton, Alberta<br>T5Y 0E6 Canada | Glocovs, Aleksandrs<br>119 Adelaide Grove<br>London W12 OJH United Kingdom |
| Fernandez, Jensy<br>12 Diamond St, Apt. 19<br>Lawrence, MA 01841 | Ernst, Sven<br>Alte Weingartener Str. 1<br>76227 Karlsruhe Germany | Halley, Zach<br>Fieldstone Tramore Co.<br>Waterford, Ireland |
| Froud, Dominic<br>Lodge Farm<br>The Heywood Diss Norfolk<br>IP22 5TA United Kingdom | Fetterly, Christopher<br>9603 78th Avenue NW<br>Edmonton, Alberta<br>T6C 0P2 Canada | Harris, Peter<br>538 Birmingham Road<br>Bromsgrove, Worcester<br>England B61 0HT United Kingdom |
| Gamborino, Joah<br>Carrer Esteve Dolsa N29<br>Andorra la Vella AD500<br>Andorra | Galburt, Gamain Jean<br>3 Rue de la Belle Meuniere<br>28190 Saint-George-sur-Eure, France | Hennequin, Franck<br>42 Avenue De L'arche<br>Apartment 33<br>92400 Courbevoie France |
| Hazlehurst, Harry<br>22 Bewley Road Angmering<br>Littlehampton West Sussex<br>BN16 4JL United Kingdom | Gladden, David<br>[email address not indicated on Amended Sched. F] | Huyang, Kevin<br>52 Albright Crescent<br>Richmond Hill, Ontario<br>L4E 4Z4 Canada |
| Henriksen, Tore<br>Lystheia 18 4817<br>His Norway | Greinier, Michael<br>49 Pennsylvania Ct<br>Morton, IL 61550 | Janke, Larson<br>Unit 1 / 284 Barkers Road<br>Hawthorn Melbourne Victoria<br>3122 Australia |
| Huber, Beat<br>Badenerstrasse 881<br>8048 Altstetten Switzerland | Harnett, Dane<br>18 Sallows Street<br>Alex Hills Queensland<br>4161 Australia | Komissarov, Aleksandr<br>Fortunatovskaya St. 31/35 Apartment 67<br>Moscow 105187 Russia |

606274590.1

Ino, Yasuo
1-1-1-808 Minami-kasai Edogawa-ku
Tokyo

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong

Kozachenko, Igor
2124 Kittredge Street #108
Berkeley, CA 94704


James Lowry, LLC
400 E College, Ste. A
Roswell, NM 88201

Huckvale, Stephen
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom

Le, Dat
22 Golden Gate Bay Winnipeg
Manitoba R3J


Jelle, Maes (BVBA)
Kardinaal Cardijnstraat 39
2260 Westerlo Belgium

JK Internet Solutions Partner
Sebastianstr, 2 47055 Duisburg
Germany

Leong, Matthew
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia


Juez, Alejandro Besada
Adolfo Perez Esquivel 3. ofi 11 28323
Las Rozas de Madrid
Madrid, Spain

Klien, Oliver
Zeller Str 17 73271 Holzmaden
Germany

~~Malinen, Juri~~
~~Vaasankatu 14B D5 04410~~
~~Jyvaskyla, Finland~~
(Returned mail received 4/30/15)


Kondrat'ev, Ivan
13 Parkovaya 16-2-8
MoscowMoscow 105077 Russia

Kovach, Kenneth
PO BOX 951
Golden, British Columbia
V0A1H0 Canada

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany


Kravchik, Oren
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain


Lehming, Tim
Drossener Str. 63 13053 Berlin
Germany

Michael Mathias
Waldhofer Str. 102
69123 Heidelberg Germany

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada


Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland


Montague, Paul
4/33 Yarrowonga Street
Ngunnawal Australian Capital Territory
2913 Australia

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned Mail 4/28/2015)

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Armatys, Zbigniew
Interaktywny Powiat Tarnowski
Zbignlew A

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

Arberg, Lars
Skalbakken 17 2720
Vanlose, Denmark

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

Castro, Damian
32 Allen Road
Stoke Newington London
London N16 8SA United Kingdom

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Beckwith, Ted
Computer G
8218 Grimchester
Converse, TX 78109

Carroll, James
1505 Westheimer Road
Houston, TX 77006

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

Biggin, Shawn
13370 140 Street NW
Edmonton, Alberta, Canada T5L 2E3

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

Benoit, Bergic
8 Rue Anatole France
92000 Nanterre France

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

~~Day, Jonathan~~
~~8 Mahara Apartments, Upper Kings~~
~~Cliff~~
~~St. Helier, Jersey JE23GP~~
(Returned mail received 4/21/15)

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Carver, Dain
240 Maritime Ave
White Plains, NY 10601

Pushkin, Sergey
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay Hong Kong Island
Hong Kong

Chan, Jeremy
28A Jalan Medan Ipoh 9 Bander Baru Medan
Ipoh Ipoh 31400 Malaysia

Ramos, Dominic
Weizackerstrasse 17
8405 Winterhur, Switzerland

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southhampton Hampshire
SO18 1JB United Kingdom

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
JOR 1R5 Canada

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

606274590.1

Santos, Michel
7620 Old Georgetown Rd, Apt 723
Bethesda, MD 20814

Sattler, Detlef
Austr. 18 53604 Bad Honnef
Germany

Samios, Nicholas
3 /1 4 Ogilvie Road Unit
Mount Pleasant Western Australia

Schildknecht, Timo
APDO 10034 Can Ramell
07819 Jesus, Ibiza Baleares
Spain

Simpson, Craig
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom

Schicker, Florian
Fernkorngasse 10/3/501
1100 Vienna, Austria

Sim, Sylvia
l-P Mart Network Adn Bhd Lot 2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching Sarawak
93150
Malaysia

Starr, Daniel
d o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia

Schwarz, Viktor
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland

Sorenson, Marcus
4960 Shadow Wood Dr
Lehi, UT 84043

Suter, Heinz
Rickenbachstrasse 104 6430
Schwyz, Switzerland

Stoychev, Ivo
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Tanaka, Hideyuki
Koishikawa 1-2-5, Forecity Korakuen 1002
Bungkyo-Ku, Tokyo-to 112-0002,
Japan

# 14-30866 DM

~~HashFast LLC~~
~~100 Bush Street #650~~
~~San Francisco, CA 94104-3932~~
(Returned mail 11/17/2014)

Nationstar Mortgage LLC
Pite Duncan, LLP
c/o Gregory P. Campbell
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aaron Collins
21851 Schieffer rd
Colton, OR 97017-9400

Alexey Minchenkov
Asafeva St 2-1-60, St Petersburg,
Russia
St Petersburg, AK 194-356

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
(Duplicate from 14-30725)

Brian C Connelly
22601 Asheville Highway
Landrum, SC 29356-9633

Cypher Enterprises, LLC
Attn: Robert Bogdanowicz III
Deans and Lyons LLP
325 N. Saint Paul St., #1500
Dallas, TX 75201-3891

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

~~Sandgate Technologies~~
~~595 Fellowship Road~~
~~Chester Springs, PA 19425-3618~~
(Duplicate from 14-30725)

Paul Dolak
P.O. Box 590276
San Francisco, CA 94159-0276

Nathan Wallace
3836 Tamarisk Court
South Jordan, UT 84095-4181

UBE Enterprises
7425 CREEK RD.
SANDY, UT 84093-6152

Thomas Schortmann
3 Village Green N
STE 448
Plymouth, MA 02360-8803

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432

Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100

TimeFire, Inc.
Eric W. Benisek, Esq.
Vasquez Benisek & Lindgren
3685 Mt Diablo Blvd #300
Lafayette, CA 94549-6833

~~Pete Morici~~
~~800 Fifth Avenue, Suite 4100~~
~~Seattle, wa 98104-3100~~
(Returned Mail 9/19/2014)

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Zhongwei Ni
41-70 Main St B3-182
Flushing, NY 11355-3823

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

Accountemps of Robert Half
Attn: Karen Lima
P.O. Box 5024
San Ramon, CA 94583-5024

~~Franchise Tax Board~~
~~Bankruptcy Section MS A340~~
~~PO Box 2952~~
~~Sacramento, CA 95812-2952~~
(Duplicate from 14-30725)

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
(Duplicate from 14-30725)

~~Jetmir Celaj~~
~~1740 Mulford Ave. 7G~~
~~Bronx, NY 10461-4321~~
(Duplicate from 14-30725)

~~Kevin Krieger~~
~~4230 Northwest Point Dr.~~
~~House Springs, MO 63051-4302~~
(Duplicate from 14-30725)

~~Monsoon Company, Inc.~~
~~1714 Franklin St. #100-142~~
~~Oakland, CA 94612-3488~~
(Duplicate from 14-30725)

Paul Erickson
10 N Livingston #405
Madison, WI 53703-2347

Perkins Coie LLP
Douglas R. Pahl
1120 NW Couch St., 10th Fl.
Portland, OR 97209-4128

~~Rajpreet Ahluwalia~~
~~20338 102nd Ave SE~~
~~Kent, WA 98031-5500~~
(Duplicate from 14-30725)