Entered on Docket
May 04, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 1, 2015

_____
DENNIS MONTALI
U.S. Bankruptcy Judge



**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 24
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>   Debtor and Debtor-in-Possession.<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>   Debtor and Debtor-in-Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br>Hearing:<br>Date:    March 20, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 22<br>         235 Pine Street, 19th Floor<br>         San Francisco, CA 94104<br>Judge:   Hon. Dennis Montali |

**ORDER GRANTING, IN PART, MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

On March 20, 2015, at 10:00 a.m. in Courtroom 22 of the United States Bankruptcy Court located at 235 Pine Street, 19th Floor, San Francisco, California, the Court held a hearing on the *Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* [Docket No. 323] (the "Motion") filed by Koi Systems Ltd.

("Koi"), petitioning creditor and member of the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case of HashFast Technologies, LLC and HashFast LLC. Jeffrey I. Golden of Weiland Golden LLP appeared on behalf of Koi. Any other appearances were as noted on the record.

Having considered the Motion and all papers filed in support thereof, oral argument presented at the hearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, in part.

2. Koi's travel expenses in the sum of $9,957.91 are allowed as requested pursuant to 11 U.S.C. § 503(b)(3)(F).

3. The balance of the Motion is subject to further order of the Court.

**END OF ORDER**

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002