**Entered on Docket**
**May 05, 2015**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c
mdelaney@bakerlaw

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**Signed and Filed: May 4, 2015**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Hearing:<br>Date: May 13, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 |

**ORDER APPROVING THE STIPULATION TO CONTINUE HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE**

A *Stipulation to Continue Hearing on United States Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b), or in the Alternative, to Appoint a Chapter 11 Trustee* (the "Stipulation") by and between Tracy Hope Davis, the United States Trustee for Region 17, and the Official Committee of Unsecured Creditors having been filed by the Committee on May 1, 2015, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that



Case: 14-30725 Doc# 356 Filed: 05/04/15 Entered: 05/05/15 11:42:44 Page 1 of 2

A. The Stipulation is approved;

B. The hearing on the *United States Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b), or in the Alternative, to Appoint a Chapter 11 Trustee* (the "Motion") [Docket Entry 307] is hereby continued from May 13, 2015, at 1:30 p.m., to May 27, 2015, at 1:30 p.m., in Courtroom 22 of the United States Bankruptcy Court for the Northern District of California located at 235 Pine Street, San Francisco, California 94104, the Honorable Dennis Montali presiding; and

C. The United States Trustee's supplement, if any, to the Motion shall be filed no later than May 13, 2015. Any reply or response to the supplement shall be filed no later than May 20, 2015.

** END OF ORDER **





Case: 14-30725 Doc# 356 Filed: 05/04/15 Entered: 05/05/15 11:42:44 Page 2 of 2