In re: HashFast Technologies LLC

Case No. *14 - 30725*

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Mar-15      **PETITION DATE:** 05/09/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if ch   X
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $208,017 | $208,032 | |
| b. Total Assets | $229,626 | $229,641 | $8,555,710 |
| c. Current Liabilities | $1,003,158 | $928,406 | |
| d. Total Liabilities | $15,829,718 | $15,754,966 | $14,815,841 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $1,284 | $10,500 | $1,242,617 |
| b. Total Disbursements | $1,299 | $88,731 | $1,067,271 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($15) | ($78,231) | $175,346 |
| d. Cash Balance Beginning of Month | $15,139 | $93,370 | $76,141 |
| e. Cash Balance End of Month (c + d) | $15,124 | $15,139 | $15,124 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($15) | ($78,231) | ($60,987) |
| 5. **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. **Post-Petition Liabilities** | $1,003,158 | $928,406 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | x |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | Yes, Salaries Per SVB Bank Recon. | |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ;     U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition
tax reporting and tax returns: ___
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:   4/20/2015 0:00      /s/ Peter Kravitz
                                     Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 03/31/15 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | **Revenues:** | | | |
| $0 | | $0 | 1 | Gross Sales | $1,242,617 | |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $0 | $0 | $0 | 3 | Net Sales | $1,242,617 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $282,173 | |
| $0 | $0 | $0 | 5 | Gross Profit | $960,445 | $0 |
| | | $0 | 6 | Interest | $0 | |
| $0 | | $0 | 7 | Other Income: Settlements | $10,500 | |
| ($2,467) | | ($2,467) | 8 | Deposits | $3,029 | |
| $3,750 | | $3,750 | 9 | Rebates/Refunds | $9,253 | |
| $1,284 | $0 | $1,284 | 10 | **Total Revenues** | $983,227 | $0 |
| | | | **Expenses:** | | $0 | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $57,658 | |
| $14 | | ($14) | 12 | Salaries (all Other including Employee taxes) | $531,139 | |
| $0 | | $0 | 13 | Commissions | $0 | |
| $0 | | $0 | 14 | Contract Labor | $94,078 | |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 | Personal Property | $0 | |
| $0 | | $0 | 16 | Real Property | $0 | |
| $0 | | $0 | 17 | Insurance | $6,041 | |
| $0 | | $0 | 18 | Management Fees | $0 | |
| $0 | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| $0 | | $0 | 20 | Employer Payroll Taxes | $15,977 | |
| $0 | | $0 | 21 | Real Property Taxes | $0 | |
| $0 | | $0 | 22 | Other Taxes | $0 | |
| $429 | | ($429) | 23 | Other Selling | $3,824 | |
| $507 | | ($507) | 24 | Other Administrative | $30,493 | |
| $0 | | $0 | 25 | Interest | $0 | |
| $0 | | $0 | 26 | Other Expenses: | $0 | |
| $74 | | ($74) | 27 | Bank Fees | $922 | |
| $0 | | $0 | 28 | Shipping | $41,593 | |
| $0 | | $0 | 29 | Parking | $698 | |
| $0 | | $0 | 30 | travel | $2,677 | |
| $0 | | $0 | 31 | | $0 | |
| $0 | | $0 | 32 | | $0 | |
| $0 | | $0 | 33 | | $0 | |
| $0 | | $0 | 34 | | $0 | |
| $1,024 | $0 | ($1,024) | 35 | **Total Expenses** | $785,099 | $0 |
| $260 | $0 | $260 | 36 | **Subtotal** | $198,128 | $0 |
| | | | **Reorganization Items:** | | | |
| $275 | | ($275) | 37 | Professional Fees | $246,439 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| $0 | | $0 | 41 | U.S. Trustee Quarterly Fees | $12,675 | |
| | | $0 | 42 | | $0 | |
| $275 | $0 | $275 | 43 | **Total Reorganization Items** | $259,114 | $0 |
| ($15) | $0 | ($15) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($60,987) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | $0 | |
| ($15) | $0 | ($15) | 46 | **Net Profit (Loss)** | ($60,987) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended     03/31/15

| | Assets | Actual<br>Current Month | From Schedules | Market Value |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | | $15,124 |
| 2 | Bitcoins | | | $216 |
| 3 | Accounts receivable (net) | | A | $150,000 ** |
| 4 | Inventory | | B | $0 |
| 5 | Prepaid expenses | | | $42,677 ** |
| 6 | Professional retainers | | | $0 ** |
| 7 | Other: | | | |
| 8 | | | | |
| 9 | **Total Current Assets** | | | $208,017 |
| | **Property and Equipment (Market Value)** | | | |
| 10 | Real property | | C | $0 |
| 11 | Machinery and equipment | | D | $0 ** |
| 12 | Furniture and fixtures | | D | $0 |
| 13 | Office equipment | | D | $0 |
| 14 | Leasehold improvements | | D | $0 |
| 15 | Vehicles | | D | $0 |
| 16 | Other: | | D | |
| 17 | | | D | |
| 18 | | | D | |
| 19 | | | D | |
| 20 | | | D | |
| 21 | **Total Property and Equipment** | | | $0 |
| | **Other Assets** | | | |
| 22 | Loans to shareholders | | | $21,609 ** |
| 23 | Loans to affiliates | | | $0 |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | **Total Other Assets** | | | $21,609 |
| 29 | **Total Assets** | | | $229,626 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**Records taken from pre-engagement reports, not confirmed

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $1,003,158 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other:    Deposits | | $0 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $1,003,158 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $1,003,158 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $10,719 ** |
| 49 | General unsecured claims | F | $14,815,841 ** |
| 50 | **Total Pre-Petition Liabilities** | | $14,826,560 |
| 51 | **Total Liabilities** | | $15,829,718 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | ( TBD) |
| 53 | Capital Stock | | $0 |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | ($60,987) |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | ($60,987) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $15,768,732 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

03/31/15

## Schedule A

**Accounts Receivable and (Net) Payable**

**Current Month**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | ** | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | $150,000 | | |
| Total accounts receivable/payable | $150,000 | $0 ** | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $150,000 ** | | |

## Schedule B
## Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|

**Cost of Goods Sold**

| | | | |
|---|---|---|---|
| Retail/Restaurants - | | **Inventory Beginning of Month** | |
| Product for resale | $0 | Add - | |
| | | Net purchase | |
| Distribution - | | Direct labor | |
| Products for resale | $0 | Manufacturing overhead | |
| | | Freight in | |
| Manufacturer - | | Other: | |
| Raw Materials | $0 ** | | |
| Work-in-progress | $0 ** | Less - | |
| Finished goods/System Components | $0 ** | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | N/A |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

NO __x__

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | |
| Monthly | |
| Quarterly | |
| Semi-annually | |
| Annually | |

Date of last physical inventory was  6/14/2014 0:00

Date of next physical inventory is  TBD

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | |
| LIFO cost | |
| Lower of cost or market | |
| Retail method | |
| Other | X |
| Explain | |

Market value- cost basis for inventory still in process

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | 03/31/15 | Cost | Market Value |
|---|---|---|---|
| | | | **Actual** |
| N/A | | | **Current Month** |
| | | N/A | |
| | | | |
| | | | |
| Total | | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | $0 ** |
| (See Schedule) | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| included above | | included above |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| included above | | included above |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| N/A | N/A | N/A |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| N/A | N/A | N/A |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**       03/31/15
**(As of the End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | Actual Current Month | 91+ Days | All Current end |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) | |
|---|---|---|---|
| Secured claims  (a) | $0 | $0 | |
| Priority claims other than taxes | $10,719 | $10,719 | ** |
| Priority tax claims | | $0 | |
| General unsecured claims | $14,815,840.62 | $14,815,841 | ** |

(a)     List total amount of claims even it under secured.

(b)     Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at July 31, 2014**

| | SVB 3301138576 | SVB 3301032418 | Collateral Acct | Petty Cash | BTC |
|---|---|---|---|---|---|
| Bank | SVB | SVB | SVB | Office Safe | N/A |
| Account Type | Merchant (DIP) | Operating (DIP) | CC Collateral | Cash | Transaction |
| Account No. | 3301138576 | 3301032418 | 3301069535 | N/A | Multi |
| Account Purpose | Creditor Fund | General Operating | N/A Closed | Misc. Office | Transaction |
| Balance, End of Month | $0 | $15,124 | $0 | | $0.00 |
| Total Funds on Hand for all Accounts | $15,124 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    02/28/15

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | |
| 2 | Cash Received from Sales | $0 | $1,242,617 |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | $0 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | |
| 7 | Settlements | $0 | $10,500 |
| 8 | Deposits | ($2,467) | $3,029 |
| 9 | Rebates/Refunds | $3,750 | $9,253 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,284 | $1,265,399 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 0 | |
| 14 | Selling | $429 | $3,824 |
| 15 | Administrative | $507 | $30,493 |
| 16 | Capital Expenditures | $0 | |
| 17 | Principal Payments on Debt | $0 | |
| 18 | Interest Paid | $0 | |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | |
| 20 | Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $57,658 |
| 22 | Draws | $0 | |
| 23 | Commissions/Royalties | $0 | |
| 24 | Expense Reimbursements | $0 | |
| 25 | Other | $0 | $6,041 |
| 26 | Salaries/Commissions (less employee withholding) | $14 | $531,139 |
| 27 | Management Fees | $0 | |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | |
| 29 | Employer Payroll Taxes | $0 | $15,977 |
| 30 | Real Property Taxes | $0 | |
| 31 | Other Taxes | $0 | |
| 32 | Other Cash Outflows: | | |
| 33 | Contractors (Employer Services) | $0 | $94,078 |
| 34 | Manufacturing Subcontract Services | $0 | $282,173 |
| 35 | Bank Fees/Shipping/Parking/Travel | $74 | $45,889 |
| 36 | UST Fees | $0 | $12,675 |
| 37 | Professional Fees | $275 | $246,439 |
| 38 | **Total Cash Disbursements:** | $1,299 | $1,326,386 |
| 39 | **Net Increase (Decrease) in Cash** | ($15) | ($60,987) |
| 40 | **Cash Balance, Beginning of Period** | 15,139 | |
| 41 | **Cash Balance, End of Period** | $15,124 | |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    03/31/15

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | $0 | $1,242,617 |
| 2 | Rent/Leases Collected | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Other: Deposits | ($2,467) | $3,029 |
| | Other: Rebates/Refunds | $3,750 | $9,253 |
| 5 | Cash Paid to Suppliers | $0 | $282,173 |
| 6 | Cash Paid for Selling Expenses | $429 | $3,824 |
| 7 | Cash Paid for Administrative Expenses | $507 | $30,493 |
| | Cash Paid for Rents/Leases: | | |
| 8 | Personal Property | $0 | |
| 9 | Real Property | $0 | |
| 10 | Cash Paid for Interest | $0 | |
| 11 | Cash Paid for Net Payroll and Benefits | $14 | $531,139 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 12 | Salaries | $0 | $57,658 |
| 13 | Draws | $0 | |
| 14 | Commissions/Royalties | $0 | |
| 15 | Expense Reimbursements | $0 | |
| 16 | Other | $0 | $6,041 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 17 | Employer Payroll Tax | $0 | $15,977 |
| 18 | Employee Withholdings | $0 | |
| 19 | Real Property Taxes | $0 | |
| 20 | Other Taxes | $0 | |
| 21 | Cash Paid for General Expenses | | |
| 22 | Contractors (Employer Services) | $0 | $94,078 |
| 23 | Freight for Product Shipments/Bank Fees/Travel | $74 | $45,889 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $260 | $187,628 |
| | **Cash Flows From Reorganization Items** | | |
| 29 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 30 | Professional Fees Paid for Services in Connection with Chp 11 Case | $275 | $246,439 |
| 31 | U.S. Trustee Quarterly Fees | $0 | $12,675 |
| 32 | | | |
| 33 | **Net Cash Provided (Used) by Reorganization Items** | ($275) | ($259,114) |
| 34 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($15) | ($71,487) |
| | **Cash Flows From Investing Activities** | | |
| 35 | Capital Expenditures | | |
| 36 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 37 | | | |
| 38 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 39 | Net Borrowings (Except Insiders) | | |
| 40 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 41 | Capital Contributions | | |
| 42 | Principal Payments | | |
| 43 | | | |
| 44 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 45 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($15) | ($71,487) |
| 46 | **Cash and Cash Equivalents at Beginning of Month** | 15,139.31 | |
| 47 | **Cash and Cash Equivalents at End of Month** | $15,124 | ($71,487) |

Revised 1/1/98



**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>003026 5164325 0001 092196 10Z

HASHFAST TECHNOLOGIES LLC
DEBTOR IN POSSESSION
100 BUSH STREET, SUITE 650
SAN FRANCISCO CA 94014

## Managing Your Accounts

| | | |
|---|---|---|
| (i) | **Phone:** | (408) 654-4636 |
| | **Toll-Free:** | (800) 774-7390 |
| | **Email:** | clientservice@svb.com |
| | **Online:** | www.svb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Checking | XXXXXX2418 | $15,124.31 |
| **Total Balance** | | **$15,124.31** |

## Business Checking - XXXXXX2418

### Account Summary

| Date | Description | |
|---|---|---|
| 03/01/2015 | **Beginning Balance** | **$15,139.31** |
| 03/31/2015 | **Ending Balance** | **$15,124.31** |
| | Total debits this period | $3,740.00 |
| | Total credits this period | $3,750.00 |
| | Service Charge | $25.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2015 | Beginning Balance | | | $15,139.31 |
| 03/02/2015 | COPOWER INVOICES | -$314.00 | | $14,825.31 |
| | HASHFAST TECHNOLOGIES | | | |
| 03/09/2015 | GOOGLE*SVCS APPS_HASHF | -$339.10 | | $14,486.21 |
| | HASHFAST TECHNOLOGIES | | | |
| 03/09/2015 | RINGCENTRAL, INC | -$5.90 | | $14,480.31 |
| | SAN MATEO CA | | | |
| | Ref25247702406 Crd6326 Dt 3/08 | | | |
| 03/11/2015 | FOG CREEK SOFTWARE, IN | -$90.00 | | $14,390.31 |
| | 8663642773 NY | | | |
| | Ref554295025HJ Crd6326 Dt 3/10 | | | |
| 03/13/2015 | SOLVE CRM | -$39.00 | | $14,351.31 |
| | 06503317336 CA | | | |
| | Ref555062927BM Crd6326 Dt 3/12 | | | |

Member **FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

## CHECKS OUTSTANDING

| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT |
|-----------|--------|-----------|--------|-----------|--------|
|           |        |           |        |           |        |
|           |        |           |        |           |        |
|           |        |           |        |           |        |
|           |        |           |        |           |        |
|           |        |           |        |           |        |
|           |        |           |        |           |        |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER BALANCE THIS STATEMENT | $ |
| ADD | |
| RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | $ |
| SUBTOTAL | $ |
| SUBTRACT TOTAL ITEMS OUTSTANDING | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



# Business Checking - XXXXXX2418 (continued)

## Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/19/2015 | WIRE OUT 150781039900 | -$2,500.00 | | $11,851.31 |
| | 201507810399;BNF GUIDO OCHOA H | | | |
| | OMES | | | |
| 03/19/2015 | WIRE FEE 150781039900 | -$25.00 | | $11,826.31 |
| 03/20/2015 | ADP PAYROLL FEES ADP - FEES | -$14.00 | | $11,812.31 |
| | HASHFAST TECHNOLOGIES | | | |
| 03/23/2015 | TRAPP ONLINE TRAPP ONLI | -$49.00 | | $11,763.31 |
| | HASHFAST TECHNOLOGY | | | |
| 03/23/2015 | CHECK #1683 | -$275.00 | | $11,488.31 |
| 03/25/2015 | WP ENGINE INC | -$99.00 | | $11,389.31 |
| | 877-9736446 TX | | | |
| | Ref75418232K0D Crd6326 Dt 3/24 | | | |
| 03/26/2015 | ANALYSIS SERVICE CHARGE | -$15.00 | | $11,374.31 |
| 03/27/2015 | SFFCU A2A ORIG | | $500.00 | $11,874.31 |
| | HASHFAST | | | |
| 03/31/2015 | DEPOSIT | | $3,250.00 | $15,124.31 |
| 03/31/2015 | Ending Balance | | | $15,124.31 |

## Checks Cleared

| Check Date | Check Number | Check Amount |
|---|---|---|
| 03/23/2015 | 1683 | $275.00 |

* Indicates skipped check number

Case: 14-30725    Doc# 357    Filed: 05/08/15    Entered: 05/08/15 11:58:36    Page 12 of
15


THIS PAGE LEFT INTENTIONALLY BLANK





#1683          20150323          $275.00

Case: 14-30725    Doc# 357    Filed: 05/08/15    Entered: 05/08/15 11:58:36    Page 14 of
15


THIS PAGE LEFT INTENTIONALLY BLANK