TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
        Trial Attorney (#230709)
        Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | Substantively consolidated with: |
| | Case No. 14-30866 |
| Debtor-In Possession | Chapter 11 |
| HASHFAST LLC, | |
| Debtor-In Possession. | |

## CERTIFICATE OF SERVICE

      I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S OBJECTION TO COMMITTEE'S PLAN OF LIQUIDATION**

**UNITED STATES TRUSTEE'S SUPPLEMENT TO THE MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

<u>Debtors</u>
Hashfast Technologies LLC
Hashfast LLC
Attention: HashFast CRO
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301-1919

<u>Debtors' Counsel</u>
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

<u>Counsel for Creditors Committee</u>
Michael Delaney
Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

<u>Request for Special Notice</u>
Christopher D. Sullivan
Gregory A. Rougeau
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

Patrick V. Chesney
Gallo LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

Eric W. Benisek
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

CERTIFICATE OF SERVICE -2-

| | |
|---|---|
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Ave, Suite 4100<br>Seattle, WA 98104 | Ori Katz<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| Nancy Weng<br>Trinh Law<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113 | Craig Stuppi<br>Law Offices of Stuppi & Stuppi<br>1630 N. Main Street, Suite 332<br>Walnut Creek, CA 94596 |
| W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 | Robert G. Harris, Esq.<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Caroline R. Djang, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on May 14, 2015.

By: /s/
    Ankey To