Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for the 81 Gallo Creditors*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**NOTICE OF JOINDER AND JOINDER OF GALLO CREDITORS IN U.S. TRUSTEE'S OBJECTION TO COMMITTEE'S PLAN OF LIQUIDATION**<br><br>Date: May 27, 2015<br>Time: 1:30 a.m.<br>Place: Courtroom 22<br>Judge: Hon. Dennis Montali |

Page 1

**NOTICE OF JOINDER AND JOINDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 81 creditors represented by Gallo LLP (the "Gallo Creditors")[1] hereby join in the *United States Trustee's Objection to Committee's Plan of Liquidation* (Docket #361) and join in the *United States Trustee's Supplement to the Motion to Convert Case to Chapter 7 under 11 U.S.C. § 1112(b), Or in the Alternative, to Appoint a Chapter 11 Trustee* (Docket #362).

DATED: May 21, 2015

RESPECTFULLY SUBMITTED,

GALLO LLP

By: */s/ Ray E. Gallo*
Ray E. Gallo
Patrick V. Chesney
Attorneys for the 81 Gallo Creditors

---

[1] The Gallo Creditors were identified in Exhibit A to the Amended Verified Statement of Gallo LLP under Rule 2019 (ECF No. 213), filed on October 13, 2014.