| | |
|---|---|
| 1 | Ashley M. McDow (245114) |
| | Michael T. Delaney (261714) |
| 2 | **BAKER & HOSTETLER LLP** |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 3 | Los Angeles, CA 90025-0509 |
| | Telephone:   310.820.8800 |
| 4 | Facsimile:   310.820.8859 |
| | Email:       amcdow@bakerlaw.com |
| 5 |              mdelaney@bakerlaw.com |

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company, | Confirmation Hearing: |
| | Date:  May 27, 2015 |
| | Time:  1:30 p.m. |
| Debtor and Debtor in Possession. | Place: Courtroom 22 |
| | U.S. Bankruptcy Court |
| | 235 Pine Street |
| | San Francisco, CA 94104 |

**NOTICE OF FILING WAIVERS OF RIGHT TO EFFECTIVE DATE PAYMENT OF ADMINISTRATIVE CLAIM**

The Official Committee of Unsecured Creditors hereby files the attached Waivers of Right to Effective Date Payment of Administrative Claim under the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* [Docket Entry 344] for Katten Muchin Rosenman LLP, Baker & Hostetler LLP, Province Inc., and Koi Systems.

| | | |
|---|---|---|
| Dated: May 22, 2015 | | Respectfully submitted, |

BAKER & HOSTETLER LLP

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

## WAIVER OF EFFECTIVE DATE PAYMENT OF ADMINISTRATIVE CLAIM

Katten Muchin Rosenman, LLP ("Katten") is retained and serving as bankruptcy counsel for HashFast Technologies, LLC and HashFast LLC (together, the "Debtors") in the substantively consolidated bankruptcy case styled *In re HashFast Technologies, LLC*, case no. 14-30725 DM (the "Case") pending in the United States Bankruptcy Court for the Northern District of California. Katten has asserted an administrative claim (the "Katten Claim") against the substantively consolidated bankruptcy estate arising out of fees and costs incurred in connection with the representation of the Debtors in the Case.

On March 27, 2015, the Official Committee of Unsecured Creditors appointed in the Case (the "Committee") proposed the *Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC, and HashFast, LLC, Dated March 27, 2015* (the "Plan") [Docket Entry 344]. Under the Plan, the Katten Claim will not be paid on the effective date of the Plan. Pursuant to the terms of the Plan, the Katten Claim will be paid over time as set forth in the Plan.

By and through the undersigned, Katten hereby agrees to and accepts the proposed treatment of the Katten Claim in the Plan and agrees that it shall not receive payment of the Katten Claim in full on the effective date of the Plan as required pursuant to 11 U.S.C. § 1129(a)(9).

_____
Katten Muchin Rosenman LLP
By: Peter A. Siddiqui
Its: Partner

US_106078084v1

Case: 14-30725   Doc# 366   Filed: 05/22/15   Entered: 05/22/15 12:05:28   Page 3 of 10

# WAIVER OF RIGHT TO EFFECTIVE DATE PAYMENT
# OF ADMINISTRATIVE CLAIM

Baker & Hostetler, LLP ("Baker") serves as general insolvency counsel for the Official Committee of Unsecured Creditors in the bankruptcy case styled *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy"), pending in the United States Bankruptcy Court for the Northern District of California. Baker has asserted an administrative claim (the "Baker Claim") against the substantively consolidated bankruptcy estate (the "Estate") in the HFT Bankruptcy and bankruptcy case styled *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy" and, collectively with the HFT Bankruptcy, the "Bankruptcy Case") arising out of the representation of the Committee in the Bankruptcy Case.

On or about March 27, 2015, the Committee proposed the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (the "Plan") [Docket Entry 344]. Under the Plan, the Baker Claim will not be paid on the effective date of the Plan; rather, the Baker Claim will be paid over time pursuant to the terms of the proposed liquidating trust.

By and through the undersigned, Baker hereby agrees to the proposed treatment of the Baker Claim in the Plan and waives any right to receive payment of the Baker Claim in full on the effective date of the Plan pursuant to 11 U.S.C. § 1129(a)(9).

_____
Ashley M. McDow, Esq.
Counsel
Baker & Hostetler, LLP

# WAIVER OF RIGHT TO EFFECTIVE DATE PAYMENT OF ADMINISTRATIVE CLAIM

Province, Inc. ("Province") serves as chief restructuring officer for Hashfast Technologies, LLC ("HFT") in the bankruptcy case styled *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy"), and Hashfast Technologies, LLC ("HF") in the bankruptcy case styled *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy"), pending in the United States Bankruptcy Court for the Northern District of California. Province has asserted an administrative claim (the "Province Claim") against the substantively consolidated bankruptcy estate (the "Estate") in the HFT Bankruptcy and HF Bankruptcy (collectively, the "Bankruptcy Case") relating to the services provided to HFT and HF in the course of the Bankruptcy Case.

On or about March 27, 2015, the Official Committee of Unsecured Creditors in the HFT Bankruptcy (the "Committee") proposed the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (the "Plan") [Docket Entry 344]. Under the Plan, the Province Claim will not be paid on the effective date of the Plan; rather, the Province Claim will be paid over time pursuant to the terms of the proposed liquidating trust.

By and through the undersigned, Province hereby agrees to the proposed treatment of the Province Claim in the Plan and waives any right to receive payment of the Province Claim in full on the effective date of the Plan pursuant to 11 U.S.C. § 1129(a)(9).

_____
Peter Kravitz, Esq.
Principal & General Counsel
Province, Inc.

606407318.1

## WAIVER OF RIGHT TO EFFECTIVE DATE PAYMENT
## OF ADMINISTRATIVE CLAIM

Koi Systems Ltd. ("Koi") was one of the petitioning creditors that commenced the involuntary bankruptcy case styled *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy"), pending in the United States Bankruptcy Court for the Northern District of California. Koi has asserted an administrative claim (the "Koi Claim") against the substantively consolidated bankruptcy estate (the "Estate") in the HFT Bankruptcy and bankruptcy case styled *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy" and, collectively with the HFT Bankruptcy, the "Bankruptcy Case") relating to the costs of commencing the HFT Bankruptcy.

On or about March 27, 2015, the Committee proposed the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (the "Plan") [Docket Entry 344]. Under the Plan, the Koi Claim will not be paid on the effective date of the Plan; rather, the Koi Claim will be paid over time pursuant to the terms of the proposed liquidating trust.

By and through the undersigned, Koi hereby agrees to the proposed treatment of the Koi Claim in the Plan and waives any right to receive payment of the Koi Claim in full on the effective date of the Plan pursuant to 11 U.S.C. § 1129(a)(9).

_____
Robert Edgeworth
President
Koi Systems Ltd.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING WAIVERS OF RIGHT TO EFFECTIVE DATE PAYMENT OF ADMINISTRATIVE CLAIM** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 22, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served)**: On (*date*) **May 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. mail*
Presiding Judge
Hon. Dennis Montali
U.S. Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, CA 94104

*Via U.S. mail*
Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104

*Via Email:*
Ray E. Gallo  rgallo@gallo-law.com
Graham Adams  gadams@takelap.com
Servaas Tilkin  servaas.tilkin@gmail.com
Process General c/o Victor Delaglio  NEF@Processgeneral.com
William R. Gougér  bill.gouger@summitcapitalllc.com
20 Largest Unsecured Creditor: Craig Beech  craigbeech@gmail.com
Michael Gao  Urazexo378@gmail.com
Scott Gray  elphenom@yahoo.com
Wy Gost  wygost@yahoo.com

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION (state method for each person or entity served)**: On (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 22, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL:**

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

Employment Development
Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Peter Kravitz
Province
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

### PARTIES REQUESTING SPECIAL NOTICE:

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**MEMBERS OF THE UNSECURED CREDITORS COMMITTEE:**

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NV 89123

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

Uniquify Inc.
Attn: Robert Smith
2030 Fortune Drive #200
San Jose, CA 95131

Antony Vo
c/o Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
(Returned mail 3/31/15)

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

**20 LARGEST UNSECURED CREDITORS:**

Liquidbits Corp.
20201 E. County Club Dr. #1502
Aventura, FL 33180-3282

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
(Returned mail 1/8/15)

Ciara Technologies
鋒300 Transcanada Highway
Saint-Laurent, Quebec H451K5
Canada

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086-1101

Davide Cavion
c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

Elton Seah
761 Irwindale Avenue
Las Vegas, NV 89123-2319

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

Mark Roy
21745 Duck Creek Square
Ashburn, VA 20148-4411

Michael Gao *(Served via email)*
~~c/o Hongqui Yang~~
~~105 Tamalpais Pt.~~
~~Chapel Hill, NC 27514-1453~~

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401-3441

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~ (Returned mail 11/17/2014)

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

606407041.1