Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email:         amcdow@bakerlaw.com
               mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company, | Confirmation Hearing:<br>Date:   May 27, 2015 |
| Debtor and Debtor in Possession. | Time:   1:30 p.m.<br>Place:  Courtroom 22<br>            U.S. Bankruptcy Court<br>            235 Pine Street<br>            San Francisco, CA 94104 |

## BALLOT TABULATION[1]

---

[1] This tabulation does not include any claims which were not timely submitted. The Declaration of Michael T. Delaney in support of *Memorandum in Support of Confirmation of the Consolidated Plan of Liquidation and Disclosure Statement Dated March 27, 2015* provides further information regarding such claims.

Case: 14-30725    Doc# 367    Filed: 05/23/15    Entered: 05/23/15 01:41:31    Page 1 of 5

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|

### Class 1 – Voting Priority Unsecured Claims

| | |
|---|---|
| Number of Votes: | 10 |
| Number of Votes Accepting: | 10 |
| Dollar Amount of Votes: | $42,199.43 |
| Dollar Amount of Votes Accepting: | $42,199.43 |
| % of Votes Accepting: | 100% |
| % of Dollar Amounts Accepting: | 100% |
| Impaired Class: | Yes |
| Requisite Vote: | Yes |

### Class 2 – General Unsecured Claims

| | |
|---|---|
| Number of Votes: | 137 |
| Number of Votes Accepting: | 106 |
| Dollar Amount of Votes: | $6,679,301.46 |
| Dollar Amount of Votes Accepting: | $4,964,993.09 |
| % of Votes Accepting: | 77.4% |
| % of Dollar Amounts Accepting: | 74.3% |
| Impaired Class: | Yes |
| Requisite Vote: | Yes |

### Class 3 – Equity Interests

| | |
|---|---|
| Number of Votes: | 0 |
| Number of Votes Accepting: | 0 |
| Dollar Amount of Votes: | $0.00 |
| Dollar Amount of Votes Accepting: | $0.00 |
| % of Votes Accepting: | 0% |
| % of Dollar Amounts Accepting: | 0% |
| Impaired Class: | No [2] |
| Requisite Vote: | N/A |

---

[2] Class 3 is unimpaired because the Plan does not alter the legal, equitable, or contractual rights of the equity interest holders.

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

Dated: May 23 2015

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:

Ashley M. McDow
Michael T. Delaney

Attorneys for OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **BALLOT TABULATION** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **May 23, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via U.S. mail*
<u>Presiding Judge</u>
Hon. Dennis Montali
U.S. Bankruptcy Court
PO Box 7341
San Francisco, CA 94120-7341

*Via U.S. mail*
Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104

*Via Email:*
Ray E. Gallo  rgallo@gallo-law.com
Graham Adams  gadams@takelap.com
Servaas Tilkin  servaas.tilkin@gmail.com
Process General c/o Victor Delaglio  NEF@Processgeneral.com
William R. Gougér  bill.gouger@summitcapitalllc.com
Michael Gao  Urazexo378@gmail.com
Scott Gray  elphenom@yahoo.com
Wy Gost  wygost@yahoo.com

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): On (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2015 | Sonia Gaeta | */s/Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

606421424.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com


**2. SERVED BY UNITED STATES MAIL:**

**PARTIES REQUESTING SPECIAL NOTICE:**

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

606421424.1