Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Hearing:<br>Date: May 27, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 |

**DECLARATION OF HAMILTON HEE IN SUPPORT OF PLAN CONFIRMATION**

I, Hamilton Hee, hereby declare:

1. I am a member of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case of Hashfast Technologies, LLC. I am also a creditor of the estate (the "Estate") in the above-captioned substantively consolidated bankruptcy cases (collectively, the "Bankruptcy Case"). I submit the within declaration in my capacity as a Committee member and creditor to support confirmation of the *Consolidated Plan*

Case: 14-30725 Doc# 369 Filed: 05/23/15 Entered: 05/23/15 01:46:01 Page 1 of 4

*of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (the "Plan") [Docket Entry 344].

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called to testify, I would and could competently testify to the same.

3. I am represented by Gallo LLP in my individual capacity in the Bankruptcy Case.

4. I hold a general unsecured claim against the Estate in the sum of $1,228,123.83.

5. While serving in my capacity as a member of the Committee, it came to my attention that Gallo LLP cast a vote in my name rejecting the Plan. I was never contacted by Gallo LLP regarding my opinion of the Plan or whether I supported the Plan, nor did I ever authorize Gallo LLP to reject the Plan on my behalf.

6. I believe that the Plan represents the best chance for unsecured creditors to recoup any of the funds paid to the debtors in the Bankruptcy Case. As such, I would have cast my vote in favor of the Plan.

I declare the foregoing is true and correct under penalty of perjury. Executed this 22nd day of May, at Las Vegas, Nevada.

Hamilton Hee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF HAMILTON HEE IN SUPPORT OF PLAN CONFIRMATION** will be served or was served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **May 23, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via U.S. mail***
Presiding Judge
Hon. Dennis Montali
U.S. Bankruptcy Court
PO Box 7341
San Francisco, CA 94120-7341

***Via U.S. mail***
Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104

***Via Email:***
Ray E. Gallo rgallo@gallo-law.com
Graham Adams gadams@takelap.com
Servaas Tilkin servaas.tilkin@gmail.com
Process General c/o Victor Delaglio NEF@Processgeneral.com
William R. Gougér bill.gouger@summitcapitalllc.com
Michael Gao Urazexo378@gmail.com
Scott Gray elphenom@yahoo.com
Wy Gost wygost@yahoo.com

☒Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): On (*date*) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2015 | Sonia Gaeta | */s/Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang cdjang@rutan.com
Fahim Farivar ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen bgaschen@wgllp.com
Julie M. Glosson julie.m.glosson@usdoj.gov
Elizabeth A. Green egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris rob@bindermalter.com
Ori Katz okatz@sheppardmullin.com
Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras dpoitras@jmbm.com
Gregory A. Rougeau grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi craig@stuppilaw.com
Sarah M. Stuppi sarah@stuppilaw.com
Christopher D. Sullivan csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL:**

**PARTIES REQUESTING SPECIAL NOTICE:**

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693