# EXHIBIT 2

# Gaeta, Sonia

| | |
|---|---|
| **From:** | Gaeta, Sonia |
| **Sent:** | Monday, April 06, 2015 3:52 PM |
| **To:** | 'gadams@takelap.com'; 'servaas.tilkin@gmail.com'; 'rgallo@gallo-law.com'; 'NEF@Processgeneral.com'; 'bill.gouger@summitcapitalllc.com'; 'craigbeech@gmail.com'; 'Urazexo378@gmail.com'; 'elphenom@yahoo.com'; 'wygost@yahoo.com' |
| **Cc:** | McDow, Ashley M. (amcdow@bakerlaw.com); Delaney, Michael T. (mdelaney@bakerlaw.com); Farivar, Fahim (ffarivar@bakerlaw.com) |
| **Subject:** | Hashfast - Order Tentatively Approving Disclosures.., Plan and Disclosure Statement, Ballot |
| **Attachments:** | DOCKET 345 ENTERED Order Tentatively Approving Disclosures In Combined P....pdf; Plan and Disclosure Statement.pdf; Ballot.pdf |

Please see attachments.

**Sonia Gaeta | BakerHostetler**
Legal Secretary to Ashley McDow, Michael Delaney and Fahim Farivar
11601 Wilshire Boulevard | Suite 1400 | Los Angeles, CA 90025-0509
T 310.979.8467 | C 310.462.9856 | F 310.820.8859
sgaeta@bakerlaw.com

 Please consider the environment before printing this e-mail

# EXHIBIT 3

**Gaeta, Sonia**

| | |
|---|---|
| From: | Dario <dariodipardo@gmail.com> |
| Sent: | Friday, May 15, 2015 8:38 AM |
| To: | Delaney, Michael T.; Gaeta, Sonia |
| Subject: | Hashfast Ballot for Di Pardo BVBA |
| Attachments: | Hashfast Ballot for Di Pardo BVBA.pdf |

Dear,

Please find my ballot in attachment.

Best regards,
Dario Di Pardo
Di Pardo BVBA

# BALLOT FOR ACCEPTING OR REJECTING
# PLAN OF LIQUIDATION DATED MARCH 27, 2015
# FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before **5:00 p.m. (Pacific Standard Time) on May 6, 2015**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __6696,58__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[X] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Print or type name: __Di Parolo BVBA__
State which class you are a member of: __14-30725__
Signed: __(signature)__
If appropriate, by: _____ as _____
Address: __Rijvenstraat 27__
__3620 Lanaken, Belgium__

RETURN THIS BALLOT TO:   Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# EXHIBIT 4

Gaeta, Sonia

| | |
|---|---|
| **From:** | Marc van Anda <mvananda@gallo-law.com> |
| **Sent:** | Monday, May 18, 2015 3:40 PM |
| **To:** | Delaney, Michael T.; Gaeta, Sonia |
| **Cc:** | Ray E. Gallo; Patrick Chesney |
| **Subject:** | HashFast Ballots for Gallo Creditors (81) |
| **Attachments:** | Ballot table Gallo creditors (81).pdf; Ballots atty sgnd all (49).pdf; Ballots creditor sgnd all (32).pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Attached please find ballots cast by the 81 Gallo Creditors rejecting the plan of liquidation for HashFast Technologies, LLC and HashFast LLC.

1. Table showing each creditor, claim number, and whether ballot was signed by the creditor or by the creditor's attorney.
2. Ballots signed by creditor's attorney, Ray Gallo. 49 ballots. Bookmarks identify name of creditor.
3. Ballots signed by creditors. 32 ballots. Bookmarks identify name of creditor. These should have been submitted previously by the creditors themselves.

Marc van Anda | Paralegal



415.257.8800 x 17 • Gallo LLP, 1299 Fourth St., Suite 505, San Rafael, CA 94901
mvananda@gallo-law.com
Please consider the environment before printing this e-mail. This email is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it and notify me. We do not give tax advice or opinions. Any tax ideas or information contained in this email are for discussion with your tax advisor only.

| Unsecured Creditor Name | Claim # | Ballot Cast | Ballot Signed by |
|---|---|---|---|
| Antoine Alary | 230 | Reject Plan | Creditor |
| Lee Ash | 231 | Reject Plan | Creditor |
| Max Avroutski | 232 | Reject Plan | Attorney |
| Joseph William Baker | 280 | Reject Plan | Attorney |
| Mattia Baldinger | 258 | Reject Plan | Attorney |
| Osmany Barrinat | 177 | Reject Plan | Creditor |
| Jason Cameron Bond | 233 | Reject Plan | Creditor |
| Alessandro Bottai | 226 | Reject Plan | Attorney |
| Jeffrey Bradian | 242 | Reject Plan | Attorney |
| Peter Lukas Bradley | 178 | Reject Plan | Attorney |
| Justin Bronder | 179 | Reject Plan | Attorney |
| Toby Brusseau | 180 | Reject Plan | Creditor |
| Otto Bubenicek | 181 | Reject Plan | Creditor |
| Royce Bui | 251 | Reject Plan | Creditor |
| Craig Burke | 182 | Reject Plan | Creditor |
| Ryan Casey | 234 | Reject Plan | Attorney |
| Jarod Clark | 183 | Reject Plan | Attorney |
| Chaz Curtiss | 184 | Reject Plan | Attorney |
| Jamshed Dadachanji | 185 | Reject Plan | Attorney |
| Brian Dankowski | 186 | Reject Plan | Attorney |
| Mike Deming | 261 | Reject Plan | Attorney |
| Gautam Desai | 187 | Reject Plan | Attorney |
| Aristeidis Dionisatos | 188 | Reject Plan | Attorney |
| Joshua Dorman | 255 | Reject Plan | Attorney |
| Jack Dorr | 189 | Reject Plan | Attorney |
| Randall Elliott | 190 | Reject Plan | Attorney |
| Alvaro Fraguas Jover | 191 | Reject Plan | Creditor |
| Nicholas Vincent Fusaro | 192 | Reject Plan | Attorney |
| Ryan Gatchalian | 256 | Reject Plan | Creditor |
| Price Givens | 193 | Reject Plan | Attorney |
| Edgar Godoy | 245 | Reject Plan | Attorney |
| Christopher Goes | 194 | Reject Plan | Attorney |
| Garrett Griffin | 195 | Reject Plan | Attorney |
| Luis Guerrero | 235 | Reject Plan | Creditor |
| Jason Thor Hall | 196 | Reject Plan | Attorney |
| Larry Han | 259 | Reject Plan | Attorney |
| Harmacolindor Informatikai Kft. | 244 | Reject Plan | Creditor |
| Hamilton Hee | 295 | Reject Plan | Attorney |
| David R Henson | 236 | Reject Plan | Creditor |
| David Govinder Hunt | 262 | Reject Plan | Attorney |
| Intervid FZ LLC (Lance Dixon) | 273 | Reject Plan | Attorney |
| I-PMart Network USA Ltd | 197 | Reject Plan | Attorney |

*In re HashFast Technologies, 14-30725*
Table of ballots cast by Gallo creditors

| Unsecured Creditor Name | Claim # | Ballot Cast | Ballot Signed by |
|---|---|---|---|
| James Fred Johnson | 60-a | Reject Plan | Attorney |
| Jeremy Ray Jones | 237 | Reject Plan | Creditor |
| Marcus Killion | 198 | Reject Plan | Attorney |
| Robert Kulys | 257 | Reject Plan | Creditor |
| Frank Lachmann | 238 | Reject Plan | Creditor |
| Dennis F. Lambert | 200 | Reject Plan | Creditor |
| Kjetil Larsen | 267 | Reject Plan | Creditor |
| Yui Kwan Law | 199 | Reject Plan | Creditor |
| Andy Lo | 239 | Reject Plan | Attorney |
| Mick Mantle | 201 | Reject Plan | Creditor |
| Matthew Michael McCormick | 202 | Reject Plan | Attorney |
| Tim John McGough | 203 | Reject Plan | Attorney |
| Peter Myers | 204 | Reject Plan | Creditor |
| Van Nguyen | 205 | Reject Plan | Attorney |
| Trent Nathan Park | 296 | Reject Plan | Creditor |
| Pawel Pilecki | 250 | Reject Plan | Creditor |
| Derek Piper | 275 | Reject Plan | Attorney |
| Jason Plowman | 206 | Reject Plan | Attorney |
| Ales Prikryl | 207 | Reject Plan | Attorney |
| Osric Proctor Jr | 227 | Reject Plan | Creditor |
| Verne Paul Riley | 208 | Reject Plan | Attorney |
| Sebastian Pawel Schmidt | 240 | Reject Plan | Attorney |
| Christopher Shaw | 271-a | Reject Plan | Creditor |
| Bernad Chengxi Siew | 209 | Reject Plan | Creditor |
| Matthew Ford Silvia | 210 | Reject Plan | Creditor |
| Evan Lawrence Skreen | 211 | Reject Plan | Creditor |
| Aleksandar Slavkov | 212 | Reject Plan | Attorney |
| William Henry Smith | 228 | Reject Plan | Attorney |
| David Springer | 213 | Reject Plan | Creditor |
| Tanard Corporation | 214 | Reject Plan | Attorney |
| James Thomas | 215 | Reject Plan | Creditor |
| Thanh Lanh Tran | 229 | Reject Plan | Creditor |
| Tudor Ovidiu Vaida | 260 | Reject Plan | Attorney |
| Joshua Vidana | 263 | Reject Plan | Attorney |
| Jeffrey Raymond Vongermeten | 216 | Reject Plan | Attorney |
| Erik Voorhees | 272 | Reject Plan | Attorney |
| Trevor Michael Watson | 217 | Reject Plan | Attorney |
| Robert Todd Worrall | 218 | Reject Plan | Creditor |
| Greg Yampolskiy | 219 | Reject Plan | Attorney |
|  | -a = amended claim filed | | |

Case: 14-30725   Doc# 370-1   Filed: 05/23/15   Entered: 05/23/15 01:48:32   Page 9 of 15

# EXHIBIT 5

# Gaeta, Sonia

| | |
|---|---|
| **From:** | Debbie J. Ellis <dellis@zuberlaw.com> |
| **Sent:** | Wednesday, May 20, 2015 12:29 PM |
| **To:** | Delaney, Michael T. |
| **Cc:** | Gaeta, Sonia; Josh Lawler; Michael Resnick |
| **Subject:** | Hashfast Ballot for Zuber Lawler & Del Duca LLP |
| **Attachments:** | Ballot for Accepting or Rejecting Plan of Liquidation.pdf |

Dear Mr. Delaney:

Attached is the Zuber Lawler & Del Duca LLP's Ballot regarding the Hashfast bankruptcy. Should you have any questions, please feel free to contact this office.

Regards,

Debbie J. Ellis
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 S. Figueroa Street • 37th Floor • Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
dellis@zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.

If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 133,651.58 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[X] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Print or type name: Zuber Lawler & Del Duca LLP
State which class you are a member of: Class 2 - HFT General Unsecured Claims
Signed: _____
If appropriate, by: Josh D. H. Lawler   as Partner
Address: 777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017

RETURN THIS BALLOT TO:    Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# EXHIBIT 6

|    | DATE SUBMITTED | LATE SUBMISSION | CLASS | AMOUNT | VOTE | RECEIVED NOTICE OF DEADLINE |
|----|----------------|-----------------|-------|--------|------|------------------------------|
| 1  | 5/20/2015 | Zuber Lawler & Del Duca LLP | 2 - General Unsecured | $133,651.58 | Accepts | in April 6 Mailing |
| 2  | 5/18/2015 | Alessandro Bottai | 2 - General Unsecured | $1,765.59 | Rejects | Gallo email |
| 3  | 5/18/2015 | Aristeidis Dionisatos | 2 - General Unsecured | $3,812.03 | Rejects | Gallo email |
| 4  | 5/18/2015 | Aupacom Enterprises | 2 - General Unsecured | $9,329.00 | Rejects | in April 6 Mailing |
| 5  | 5/18/2015 | Brian Dankowski | 2 - General Unsecured | $1,588.40 | Rejects | Gallo email |
| 6  | 5/18/2015 | Chaz Curtiss | 2 - General Unsecured | $3,835.52 | Rejects | Gallo email |
| 7  | 5/18/2015 | Christopher Goes | 2 - General Unsecured | $5,743.10 | Rejects | in April 6 Mailing and Gallo email |
| 8  | 5/18/2015 | David Govinder Hunt | 2 - General Unsecured | $28,500.00 | Rejects | Gallo email |
| 9  | 5/18/2015 | Edgar Godoy | 2 - General Unsecured | $40,919.75 | Rejects | in April 6 Mailing and Gallo email |
| 10 | 5/18/2015 | Garrett Griffin | 2 - General Unsecured | $2,495.67 | Rejects | in April 6 Mailing and Gallo email |
| 11 | 5/18/2015 | Gautam Desai | 2 - General Unsecured | $2,495.67 | Rejects | in April 6 Mailing and Gallo email |
| 12 | 5/18/2015 | Hamilton Hee | 2 - General Unsecured | $1,228,123.88 | Rejects | in April 6 Mailing and Gallo email |
| 13 | 5/18/2015 | Intervid FZ LLC | 2 - General Unsecured | $72,300.00 | Rejects | Gallo email |
| 14 | 5/18/2015 | Jack Dorr | 2 - General Unsecured | $7,096.11 | Rejects | Gallo email |
| 15 | 5/18/2015 | James Thomas | 2 - General Unsecured | $8,725.24 | Rejects | in April 6 Mailing and Gallo email |
| 16 | 5/18/2015 | Jamshed Dadachanji | 2 - General Unsecured | $4,384.27 | Rejects | Gallo email |
| 17 | 5/18/2015 | Jarod Clark | 2 - General Unsecured | $2,397.41 | Rejects | in April 6 Mailing and Gallo email |
| 18 | 5/18/2015 | Jason Thor Hall | 2 - General Unsecured | $2,481.63 | Rejects | Gallo email |
| 19 | 5/18/2015 | Jeffrey Bradian | 2 - General Unsecured | $49,107.47 | Rejects | Gallo email |
| 20 | 5/18/2015 | Joseph William Baker | 2 - General Unsecured | $11,400.00 | Rejects | Gallo email |
| 21 | 5/18/2015 | Joshua Dorman | 2 - General Unsecured | $48,588.20 | Rejects | Gallo email |
| 22 | 5/18/2015 | Justin Bronder | 2 - General Unsecured | $4,603.85 | Rejects | in April 6 Mailing and Gallo email |
| 23 | 5/18/2015 | Larry Han | 2 - General Unsecured | $7,321.11 | Rejects | in April 6 Mailing and Gallo email |
| 24 | 5/18/2015 | Lee Ash | 2 - General Unsecured | $37,342.36 | Rejects | in April 6 Mailing and Gallo email |
| 25 | 5/18/2015 | Luis Guerrero | 2 - General Unsecured | $48,283.34 | Rejects | Gallo email |
| 26 | 5/18/2015 | Matthew F. Silvia | 2 - General Unsecured | $6,565.70 | Rejects | in April 6 Mailing and Gallo email |
| 27 | 5/18/2015 | Mattia Baldinger | 2 - General Unsecured | $7,509.79 | Rejects | in April 6 Mailing and Gallo email |
| 28 | 5/18/2015 | Max Avroutski | 2 - General Unsecured | $38,212.22 | Rejects | in April 6 Mailing and Gallo email |
| 29 | 5/18/2015 | Michael Mantle | 2 - General Unsecured | $2,563.54 | Rejects | Gallo email |
| 30 | 5/18/2015 | Mike Deming | 2 - General Unsecured | $38,390.72 | Rejects | in April 6 Mailing and Gallo email |
| 31 | 5/18/2015 | Nicholas Vincent Fusaro | 2 - General Unsecured | $2,275.17 | Rejects | in April 6 Mailing and Gallo email |
| 32 | 5/18/2015 | Otto Bubenicek | 2 - General Unsecured | $2,563.54 | Rejects | Gallo email |
| 33 | 5/18/2015 | Peter Lukas Bradley | 2 - General Unsecured | $74,400.00 | Rejects | Gallo email |
| 34 | 5/18/2015 | Price Givens | 2 - General Unsecured | $7,169.69 | Rejects | in April 6 Mailing |
| 35 | 5/18/2015 | Randall Elliott | 2 - General Unsecured | $7,735.88 | Rejects | in April 6 Mailing |
| 36 | 5/18/2015 | Ryan Casey | 2 - General Unsecured | $34,203.91 | Rejects | in April 6 Mailing |
| 37 | 5/18/2015 | Thanh Lanh Tran | 2 - General Unsecured | $6,794.27 | Rejects | Gallo email |
| 38 | 5/18/2015 | Toby Brusseau | 2 - General Unsecured | $4,038.30 | Rejects | Gallo email |
| 39 | 5/15/2015 | Di Pardo BVBA | 2 - General Unsecured | $6,696.58 | Accepts | in April 6 Mailing |
| 40 | 5/18/2015 | James Fred Johnson | 2 - General Unsecured | $6,551.72 | Rejects | Gallo email |
| 41 | 5/18/2015 | Marcus Killion | 2 - General Unsecured | $2,268.39 | Rejects | in April 6 Mailing and Gallo email |
| 42 | 5/18/2015 | Kjetil Larsen | 2 - General Unsecured | $14,736.47 | Rejects | Gallo email |
| 43 | 5/18/2015 | Andy Lo | 2 - General Unsecured | $31,308.30 | Rejects | Gallo email |
| 44 | 5/18/2015 | Matthew Michael McCormick | 2 - General Unsecured | $6,565.70 | Rejects | in April 6 Mailing and Gallo email |
| 45 | 5/18/2015 | Tim John McGough | 2 - General Unsecured | $2,020.88 | Rejects | in April 6 Mailing and Gallo email |
| 46 | 5/18/2015 | Van Nguyen | 2 - General Unsecured | $2,420.34 | Rejects | in April 6 Mailing |
| 47 | 5/18/2015 | Derek Piper | 2 - General Unsecured | $7,290.33 | Rejects | in April 6 Mailing and Gallo email |
| 48 | 5/18/2015 | Jason Plowman | 2 - General Unsecured | $2,275.28 | Rejects | in April 6 Mailing and Gallo email |
| 49 | 5/18/2015 | Ales Prikryl | 2 - General Unsecured | $3,897.24 | Rejects | in April 6 Mailing and Gallo email |
| 50 | 5/18/2015 | Verne Riley | 2 - General Unsecured | $6,939.00 | Rejects | Gallo email |
| 51 | 5/18/2015 | Christopher Shaw | 2 - General Unsecured | $9,329.00 | Rejects | Gallo email |
| 52 | 5/18/2015 | Aleksandar Slavkov | 2 - General Unsecured | $2,992.78 | Rejects | Gallo email |
| 53 | 5/18/2015 | William Henry Smith | 2 - General Unsecured | $7,303.58 | Rejects | Gallo email |
| 54 | 5/18/2015 | Kevin Mahan (Tanard Corp.) | 2 - General Unsecured | $3,873.86 | Rejects | in April 6 Mailing and Gallo email |
| 55 | 5/18/2015 | Tudor Ovidiu Vaida | 2 - General Unsecured | $7,708.30 | Rejects | Gallo email |
| 56 | 5/18/2015 | Joshua Vidana | 2 - General Unsecured | $85,260.36 | Rejects | in April 6 Mailing and Gallo email |
| 57 | 5/18/2015 | Jeffrey Raymond vonGermeten | 2 - General Unsecured | $2,284.75 | Rejects | Gallo email |
| 58 | 5/18/2015 | Erik Voorhees | 2 - General Unsecured | $243,872.18 | Rejects | in April 6 Mailing and Gallo email |
| 59 | 5/18/2015 | Trevor Michael Watson | 2 - General Unsecured | $6,881.73 | Rejects | Gallo email |

| 60 | 5/18/2015 | Greg Yampolskiy | 2 - General Unsecured | $2,397.41 | Rejects | in April 6 Mailing and Gallo email |
|----|-----------|-----------------|------------------------|-----------|---------|-----------------------------------|
|    |           |                 | TOTAL AMOUNT: | $2,463,588.09 |         |                                   |