# EXHIBIT 7

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _6696,58_ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Print or type name: _Di Parolo BVBA_
State which class you are a member of: _nh- 30495_
Signed: _(signature)_
If appropriate, by: _____ as _____
Address: _Roizenstradt 27_
_3620 Lanaken, Belgium_

RETURN THIS BALLOT TO:        Michael T. Delaney
                              Baker & Hostetler LLP
                              11601 Wilshire Blvd., Ste. 1400
                              Los Angeles, CA 90025
                              Facsimile: (310) 820-8859
                              Email: mdelaney@bakerlaw.com
                                     sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 133,651.58 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Print or type name: Zuber Lawler & Del Duca LLP
State which class you are a member of: Class 2 - HFT General Unsecured Claims
Signed:
If appropriate, by: Josh D. H. Lawler     as  Partner
Address: 777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 36,448.11 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [✓] REJECTS THE PLAN

Print or type name: Lee Ash
State which class you are a member of: Unsecured
Signed: _____
If appropriate, by: _____ as _____
Address: 304 189th Pl SW
Bothell WA 98012

RETURN THIS BALLOT TO:        Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _____38,212.22_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Max Avroutski _____

State which class you are a member of: ___Unsecured creditors___

Signed: _____

If appropriate, by: ___Ray E. Gallo___ as ___attorney___

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___
___San Rafael, CA 94901___

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $___11,400.00___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Joseph William Baker _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: ___Gallo LLP, 1299 Fourth St., Suite 505_____

_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:        Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $___7,509.79_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN      [x] REJECTS THE PLAN

Print or type name: _____ Mattia Baldinger _____

State which class you are a member of: ___Unsecured creditors_____

Signed: _____

If appropriate, by: ___Ray E. Gallo_____ as __attorney_____

Address: ___Gallo LLP, 1299 Fourth St., Suite 505_____

        ___San Rafael, CA 94901_____

RETURN THIS BALLOT TO:      Michael T. Delaney
                           Baker & Hostetler LLP
                           11601 Wilshire Blvd., Ste. 1400
                           Los Angeles, CA 90025
                           Facsimile: (310) 820-8859
                           Email: mdelaney@bakerlaw.com
                                  sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ ___1,765.59___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Alessandro Bottai _____
State which class you are a member of: __Unsecured creditors__
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney__
Address: __Gallo LLP, 1299 Fourth St., Suite 505__
__San Rafael, CA 94901__

RETURN THIS BALLOT TO:        Michael T. Delaney
                             Baker & Hostetler LLP
                             11601 Wilshire Blvd., Ste. 1400
                             Los Angeles, CA 90025
                             Facsimile: (310) 820-8859
                             Email: mdelaney@bakerlaw.com
                                    sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $_____49,107.47_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jeffrey Bradian _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $___74,400.00____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Peter Lukas Bradley _____
State which class you are a member of: ___Unsecured creditors_____
Signed: _____
If appropriate, by: ___Ray E. Gallo_____ as ___attorney_____
Address: ___Gallo LLP, 1299 Fourth St., Suite 505_____
___San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $___4,603.85___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Justin Bronder _____

State which class you are a member of: Unsecured creditors _____

Signed: _____

If appropriate, by: ___Ray E. Gallo___ as ___attorney_____

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___

___San Rafael, CA 94901___

RETURN THIS BALLOT TO:    Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

BALLOT FOR ACCEPTING OR REJECTING

PLAN OF LIQUIDATION DATED MARCH 27, 2015

FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosu respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides informatio deciding how to vote your ballot. If you do not have a Disclosure Statement, you may ob counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Co. disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may w advice concerning the Plan and your classification and treatment under the Plan. If yo equity interests in more than one class, please make a copy of this ballot and return a bal in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. N

If your ballot is not received by counsel for the Committee at the address for the r indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May ( deadline is not extended, your vote will not count as either an acceptance or rejection of t

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or no

ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ ___ 4538. 30 ___

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, T. Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN            [✗] REJECTS THE PLAN

Print or type name: _Tony Braydan_
State which class you are a member of. _____
Signed: _Tony Braydan_
If appropriate, by: _____ as _____
Address: _____
         _____

RETURN THIS BALLOT TO:        Michael T. Delaney
                              Baker & Hostetler LLP
                              11601 Wilshire Blvd., Ste. 1400
                              Los Angeles, CA 90025
                              Facsimile: (310) 820-8859
                              Email: mdelaney@bakerlaw.com
                                     sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Nam
606159079.1

Case: 14-30725    Doc# 370-2    Filed: 05/23/15    Entered: 05/23/15 01:48:32    Page 12
of 32

BALLOT FOR ACCEPTING OR REJECTING

PLAN OF LIQUIDATION DATED MARCH 27, 2015

FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _____1909.07EUR_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Print or type name: _____Otto Bubenicek_____
State which class you are a member of: _____Germany_____
Signed: _____
If appropriate, by: _____ as _____
Address: _____Bundsensweg 7, 20537 Hamburg Germany_____
_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $____34,203.91____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Ryan Casey _____

State which class you are a member of: ___Unsecured creditors___

Signed: _____

If appropriate, by: ___Ray E. Gallo___ as ___attorney___

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___
___San Rafael, CA 94901___

RETURN THIS BALLOT TO:  Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ ___2,397.41___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jarod Clark _____

State which class you are a member of: ___Unsecured creditors_____

Signed: _____

If appropriate, by: ___Ray E. Gallo_____ as ___attorney_____

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___

___San Rafael, CA 94901___

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _3,835.52_ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Chaz Curtiss _____
State which class you are a member of: _Unsecured creditors_
Signed: _____
If appropriate, by: _Ray E. Gallo_ as _attorney_
Address: _Gallo LLP, 1299 Fourth St., Suite 505_
_San Rafael, CA 94901_

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __4,384.27__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jamshed Dadachanji _____

State which class you are a member of: __Unsecured creditors__

Signed: _____

If appropriate, by: __Ray E. Gallo__ as __attorney__

Address: __Gallo LLP, 1299 Fourth St., Suite 505__

__San Rafael, CA 94901__

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $    1,588.40          .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name:                        Brian Dankowski
State which class you are a member of:    Unsecured creditors
Signed:
If appropriate, by:    Ray E. Gallo                as    attorney
Address:    Gallo LLP, 1299 Fourth St., Suite 505
            San Rafael, CA 94901

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __38,390.72__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Mike Deming _____
State which class you are a member of: __ Unsecured creditors _____
Signed: _____
If appropriate, by: ___ Ray E. Gallo _____ as __ attorney __
Address: ____ Gallo LLP, 1299 Fourth St., Suite 505 _____
_____ San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,495.67_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN       [x] REJECTS THE PLAN

Print or type name: _____ Gautam Desai _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: _____Gallo LLP, 1299 Fourth St., Suite 505_____

_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:      Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __3,812.03_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____    Aristeidis Dionisatos_____
State which class you are a member of: __Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u> 48,588.20 </u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN      [x] REJECTS THE PLAN

Print or type name: _____ Joshua Dorman _____

State which class you are a member of:  Unsecured creditors_____

Signed: _____

If appropriate, by:  Ray E. Gallo _____ as  attorney_____

Address:  Gallo LLP, 1299 Fourth St., Suite 505 _____

     San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:     Michael T. Delaney
                        Baker & Hostetler LLP
                        11601 Wilshire Blvd., Ste. 1400
                        Los Angeles, CA 90025
                        Facsimile: (310) 820-8859
                        Email: mdelaney@bakerlaw.com
                             sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __7,096.11__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jack Dorr _____
State which class you are a member of: __Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                               Baker & Hostetler LLP
                               11601 Wilshire Blvd., Ste. 1400
                               Los Angeles, CA 90025
                               Facsimile: (310) 820-8859
                               Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __7,735.88__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Randall Elliott _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:        Michael T. Delaney
                               Baker & Hostetler LLP
                               11601 Wilshire Blvd., Ste. 1400
                               Los Angeles, CA 90025
                               Facsimile: (310) 820-8859
                               Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $__2,275.17_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Nicholas Vincent Fusaro _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>  7,169.69          </u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Price Givens _____

State which class you are a member of: _ Unsecured creditors _____

Signed: _____

If appropriate, by: _ Ray E. Gallo _____ as _ attorney _____

Address: _ Gallo LLP, 1299 Fourth St., Suite 505 _____

_ San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                        sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>  40,919.75  </u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Edgar Godoy _____

State which class you are a member of: _ Unsecured creditors _____

Signed: _____

If appropriate, by: _ Ray E. Gallo _____ as _ attorney _____

Address: ____ Gallo LLP, 1299 Fourth St., Suite 505 _____

_____ San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:         Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ ___5,743.10___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Christopher Goes _____

State which class you are a member of: ___Unsecured creditors_____

Signed: _____

If appropriate, by: ___Ray E. Gallo___ as ___attorney___

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___

___San Rafael, CA 94901___

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,495.67__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN         [x] REJECTS THE PLAN

Print or type name: ~~Garrett Griffin~~   Garrett Griffin
State which class you are a member of:   Unsecured creditors
Signed: _____
If appropriate, by:   Ray E. Gallo             as   attorney
Address:   Gallo LLP, 1299 Fourth St., Suite 505
           San Rafael, CA 94901

RETURN THIS BALLOT TO:        Michael T. Delaney
                              Baker & Hostetler LLP
                              11601 Wilshire Blvd., Ste. 1400
                              Los Angeles, CA 90025
                              Facsimile: (310) 820-8859
                              Email: mdelaney@bakerlaw.com
                                     sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

BALLOT FOR ACCEPTING OR REJECTING

PLAN OF LIQUIDATION DATED MARCH 27, 2015

FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.

If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __48,283.34__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Print or type name: __Luis Guerrero__
State which class you are a member of: __Unsecured Creditor__
Signed: __Luis Guerrero__
If appropriate, by: _____ as _____
Address: _____
_____

RETURN THIS BALLOT TO:     Michael T. Delaney
                           Baker & Hostetler LLP
                           11601 Wilshire Blvd., Ste. 1400
                           Los Angeles, CA 90025
                           Facsimile: (310) 820-8859
                           Email: mdelaney@bakerlaw.com
                                  sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

Scanned by CamScanner

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>2,481.63</u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jason Thor Hall _____

State which class you are a member of: ___Unsecured creditors_____

Signed: _____

If appropriate, by: ___Ray E. Gallo_____ as ___attorney_____

Address: ___Gallo LLP, 1299 Fourth St., Suite 505_____

___San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _7,321.11_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Larry Han _____

State which class you are a member of: _Unsecured creditors_____

Signed: _____

If appropriate, by: _Ray E. Gallo_____ as _attorney_____

Address: _Gallo LLP, 1299 Fourth St., Suite 505_____

_San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
          sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1