# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>1,228,123.83</u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Hamilton Hee _____
State which class you are a member of: Unsecured creditors _____
Signed: _____
If appropriate, by: Ray E. Gallo _____ as attorney _____
Address: Gallo LLP, 1299 Fourth St., Suite 505 _____
San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:        Michael T. Delaney
                              Baker & Hostetler LLP
                              11601 Wilshire Blvd., Ste. 1400
                              Los Angeles, CA 90025
                              Facsimile: (310) 820-8859
                              Email: mdelaney@bakerlaw.com
                              sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $  28,500.00          .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name:  David Govinder Hunt

State which class you are a member of:  Unsecured creditors

Signed: _____

If appropriate, by:  Ray E. Gallo          as  attorney

Address:  Gallo LLP, 1299 Fourth St., Suite 505

San Rafael, CA 94901

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>72,300.00</u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Intervid FZ LLC _____
State which class you are a member of: _Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: _____Gallo LLP, 1299 Fourth St., Suite 505_____
_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $  6,551.72 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: James Fred Johnson

State which class you are a member of: Unsecured creditors

Signed: _____

If appropriate, by: Ray E. Gallo          as attorney

Address: Gallo LLP, 1299 Fourth St., Suite 505

San Rafael, CA 94901

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _2,268.39_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name:        Marcus Killion _____

State which class you are a member of:  Unsecured creditors _____

Signed: _____

If appropriate, by:   Ray E. Gallo        as   attorney _____

Address:      Gallo LLP, 1299 Fourth St., Suite 505 _____

San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:        Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _14 736.47_

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [✓] REJECTS THE PLAN

Print or type name: ___KJETIL  LARSEN_____

State which class you are a member of: __Unsecured  creditor__

Signed: __[signature]__

If appropriate, by: _____ as _____

Address: _____

_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __31,308.30__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Andy Lo _____
State which class you are a member of: Unsecured creditors _____
Signed: _____
If appropriate, by: Ray E. Gallo _____ as attorney _____
Address: Gallo LLP, 1299 Fourth St., Suite 505 _____
San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.

If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 8, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, as a creditor with an allowed claim in the amount of $ 2563-54

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Print or type name: Michael Mantle
State which class you are a member of: Unsecured Creditor
Signed: _____          24/04/2015
If appropriate, by: _____ its
Address: _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606153079.1

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _6,565.70_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Matthew Michael McCormick_____

State which class you are a member of: _Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as _attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _2,020.88_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Tim John McGough _____
State which class you are a member of: _ Unsecured creditors _____
Signed: _____
If appropriate, by: _ Ray E. Gallo _____ as _ attorney _____
Address: _ Gallo LLP, 1299 Fourth St., Suite 505 _____
_____ San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                        sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $__2,420.34_____.

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN       [x] REJECTS THE PLAN

Print or type name: _____ Van Nguyen _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:    Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _7,290.33_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: ~~_____~~ Derek Piper _____

State which class you are a member of: Unsecured creditors _____

Signed: ~~_____~~

If appropriate, by: Ray E. Gallo _____ as attorney

Address: Gallo LLP, 1299 Fourth St., Suite 505 _____

San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:        Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
     sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,275.28__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jason Plowman _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:        Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $___3,897.24___ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Ales Prikryl _____

State which class you are a member of: ___Unsecured creditors___

Signed: _____

If appropriate, by: ___Ray E. Gallo___ as ___attorney___

Address: ___Gallo LLP, 1299 Fourth St., Suite 505___

___San Rafael, CA 94901___

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __6,939.80__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Verne Riley _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __89,582.10__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Sebastian Pawel Schmidt _____
State which class you are a member of: __Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
        __San Rafael, CA 94901_____

RETURN THIS BALLOT TO:      Michael T. Delaney
                              Baker & Hostetler LLP
                              11601 Wilshire Blvd., Ste. 1400
                              Los Angeles, CA 90025
                              Facsimile: (310) 820-8859
                              Email: mdelaney@bakerlaw.com
                                    sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 6565.70

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [√] REJECTS THE PLAN

Print or type name: Matthew F. Silvia

State which class you are a member of: Unsecured Creditor

Signed: _Matthew F. S._

If appropriate, by: _____ as _____

Address: _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                        sguela@bakerlaw.com

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,992.78__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Aleksandar Slavkov _____
State which class you are a member of: __Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ <u>7,303.58</u> .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____  William Henry Smith _____

State which class you are a member of: _ Unsecured creditors _____

Signed: _____

If appropriate, by: _ Ray E. Gallo _____ as _ attorney _____

Address: _ Gallo LLP, 1299 Fourth St., Suite 505 _____

_____ San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __3,873.86__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Tanard Corp. _____
State which class you are a member of: __Unsecured creditors__
Signed: _____
If appropriate, by: __Ray E. Gallo__ as __attorney__
Address: __Gallo LLP, 1299 Fourth St., Suite 505__
__San Rafael, CA 94901__

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

# BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 9,329.00 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [X] REJECTS THE PLAN

Print or type name: AUPACOM ENTERPRISES

State which class you are a member of: UNSECURED CREDITOR

Signed: Christopher S Kam, OWNER

If appropriate, by: _____ as _____

Address: _____

RETURN THIS BALLOT TO:     Michael T. Delaney
                           Baker & Hostetler LLP
                           11601 Wilshire Blvd., Ste. 1400
                           Los Angeles, CA 90025
                           Facsimile: (310) 820-8859
                           Email: mdelaney@bakerlaw.com
                                  sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ _8725.24_ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [X] REJECTS THE PLAN

Print or type name: _James Thomas_
State which class you are a member of: _Unsecured Creditor_
Signed: _____
If appropriate, by: _____ as _____
Address: _____
_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                       sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ 6794, 27 .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN     [X] REJECTS THE PLAN

Print or type name: Thanh Lanh Tran
State which class you are a member of: unsecured creditor
Signed: _____
If appropriate, by: _____ as _____
Address: Tochtstraat 18
3208 NG Spijkenisse

RETURN THIS BALLOT TO:     Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
        sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __7,708.30_____ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN        [x] REJECTS THE PLAN

Print or type name: _____ Tudor Ovidiu Vaida _____
State which class you are a member of: __Unsecured creditors_____
Signed: _____
If appropriate, by: __Ray E. Gallo_____ as __attorney_____
Address: __Gallo LLP, 1299 Fourth St., Suite 505_____
__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:        Michael T. Delaney
                             Baker & Hostetler LLP
                             11601 Wilshire Blvd., Ste. 1400
                             Los Angeles, CA 90025
                             Facsimile: (310) 820-8859
                             Email: mdelaney@bakerlaw.com
                                    sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"
606159079.1

## BALLOT FOR ACCEPTING OR REJECTING

## PLAN OF LIQUIDATION DATED MARCH 27, 2015

## FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __85,260.36__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Joshua Vidana _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505_____

__San Rafael, CA 94901_____

RETURN THIS BALLOT TO:    Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,284.75__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Jeffrey Raymond vonGermeten _____

State which class you are a member of: __Unsecured creditors__

Signed: _____

If appropriate, by: __Ray E. Gallo__ as __attorney__

Address: __Gallo LLP, 1299 Fourth St., Suite 505__

__San Rafael, CA 94901__

RETURN THIS BALLOT TO:          Michael T. Delaney
                                Baker & Hostetler LLP
                                11601 Wilshire Blvd., Ste. 1400
                                Los Angeles, CA 90025
                                Facsimile: (310) 820-8859
                                Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __243,872.18__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: ~~~~ Erik Voorhees _____

State which class you are member of: Unsecured creditors _____

Signed: _____

If appropriate, by: Ray E. Gallo _____ as __attorney__

Address: Gallo LLP, 1299 Fourth St., Suite 505 _____

San Rafael, CA 94901 _____

RETURN THIS BALLOT TO:      Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION DATED MARCH 27, 2015
### FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before 5:00 p.m. (Pacific Standard Time) on May 6, 2015, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __6,881.73__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Trevor Michael Watson _____

State which class you are a member of: Unsecured creditors _____

Signed: _____

If appropriate, by: __Ray E. Gallo__ as __attorney__

Address: __Gallo LLP, 1299 Fourth St., Suite 505__

__San Rafael, CA 94901__

RETURN THIS BALLOT TO:          Michael T. Delaney
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Facsimile: (310) 820-8859
Email: mdelaney@bakerlaw.com
sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

**BALLOT FOR ACCEPTING OR REJECTING**

**PLAN OF LIQUIDATION DATED MARCH 27, 2015**

**FOR HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC**

The Official Committee of Unsecured Creditors (the "Committee") filed a plan of liquidation dated March 27, 2015 (the "Plan") for the Debtors in this case. The Court has tentatively approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel for the Committee by contacting Michael T. Delaney via U.S. mail, email, or facsimile at the address or facsimile number indicated for the return of this ballot or via telephone at (310) 442-8858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, please make a copy of this ballot and return a ballot for each class in which you are entitled to vote. You may return this ballot via email, facsimile or U.S. Mail.**

**If your ballot is not received by counsel for the Committee at the address for the return of ballots indicated on the following page on or before <u>5:00 p.m. (Pacific Standard Time) on May 6, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

Complete the appropriate line below, which describes your claim or interest:

A. The undersigned, is a creditor with an allowed claim in the amount of $ __2,397.41__ .

B. The undersigned, is the holder of a _____ percentage membership interest in Hashfast, LLC / Hashfast Technologies, LLC [Circle the appropriate entity].

[Check one box only]

[ ] ACCEPTS THE PLAN          [x] REJECTS THE PLAN

Print or type name: _____ Greg Yampolskiy _____

State which class you are a member of: __Unsecured creditors_____

Signed: _____

If appropriate, by: __Ray E. Gallo_____ as __attorney_____

Address: __Gallo LLP, 1299 Fourth St., Suite 505____

_____San Rafael, CA 94901_____

RETURN THIS BALLOT TO:          Michael T. Delaney
                               Baker & Hostetler LLP
                               11601 Wilshire Blvd., Ste. 1400
                               Los Angeles, CA 90025
                               Facsimile: (310) 820-8859
                               Email: mdelaney@bakerlaw.com
                                      sgaeta@bakerlaw.com

If submitting via email, please state the following in the subject line: "Hashfast Ballot for [Name]"

606159079.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MICHAEL T. DELANEY** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served): On (*date*) **May 23, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. mail*
Presiding Judge
Hon. Dennis Montali
U.S. Bankruptcy Court
PO Box 7341
San Francisco, CA 94120-7341

*Via U.S. mail*
Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, CA 94104

*Via Email:*
Ray E. Gallo  rgallo@gallo-law.com
Graham Adams  gadams@takelap.com
Servaas Tilkin  servaas.tilkin@gmail.com
Process General c/o Victor Delaglio  NEF@Processgeneral.com
William R. Gougér  bill.gouger@summitcapitalllc.com
Michael Gao  Urazexo378@gmail.com
Scott Gray  elphenom@yahoo.com
Wy Gost  wygost@yahoo.com

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION** (state method for each person or entity served): On (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2015 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

606421424.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell    ecfcanb@piteduncan.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Ori Katz    okatz@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com


2. **SERVED BY UNITED STATES MAIL:**

**PARTIES REQUESTING SPECIAL NOTICE:**

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693