Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for the 81 Gallo Creditors*

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**GALLO DECLARATION IN OPPOSITION TO PLAN CONFIRMATION AND IN RESPONSE TO HEE DECLARATION**<br><br>Date: May 27, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 22<br>Judge: Hon. Dennis Montali |

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

1. I am a member of the California bar in good standing. I submit this declaration in response to the declaration of Hamilton Hee, filed by Creditors' Committee Counsel. If called and sworn as a witness, I could and would testify as follows.

2. Because of the attorney privilege and my duty of loyalty to my client Mr. Hee, I am not at liberty to fully explain the situation to this Court. Subject to that limitation, and without waiving the privilege, I offer the following.

3. My firm's agreement with Mr. Hee expressly authorizes us to communicate with him *via* the internet, both through a secure website that we maintain to inform and exchange information with the 81 "Gallo Creditors" and via email. Mr. Hee has, for reasons of his own, failed to log in to that website since June 2014. Mr. Hee has not communicated directly with me or anyone at my law firm since last summer, despite numerous calls and emails to him we have sent to him. Until we saw the declaration at issue, we were under the impression that he was, for reasons unrelated to this proceeding, unable to respond to us

4. Each of the emails described below was sent from our system (and the email address [lawyers@hfrefunds.com](mailto:lawyers@hfrefunds.com)) to Mr. Hee at the email address he provided to us for this purpose. Our website at [www.hfrefunds.com](http://www.hfrefunds.com) enables Mr. Hee to update any and all of his contact information, including that email address, any time if he wishes to do so (assuming he has access to the internet). He has not done so, and I have no reason to believe that the email address he provided to us and authorized us to use to email him is not a current email address for him. (We are not receiving any "bounce backs" or other error messages when we email him at it.)

5. On April 16, 2015 at 4:21 PM (all times are Pacific Time zone) I emailed Mr. Hee and the other 80 Gallo creditors providing them with my initial thoughts regarding the proposed Hashfast reorganization plan.

6. On April 22, 2015 at 11:10 AM Pacific time I emailed Mr. Hee and the other 80 Gallo creditors providing them with my recommendation regarding how to vote on the proposed reorganization plan.

7. On April 22, 2015 at 1:42 PM Pacific time I emailed Mr. Hee and the other 80 Gallo creditors providing them with the disclosure materials and ballot with instructions for how to vote on the proposed reorganization plan.

8. On April 30, 2015 at 7:57 AM my paralegal Mr. Van Anda emailed Mr. Hee and the other 80 Gallo creditors (again from lawyers@hfrefunds.com) reminding them to vote and again providing the disclosure materials, a ballot, and instructions for how to vote. *That email also advised Mr. Hee that for any client who did not cast his own vote, or provide us with a contrary instruction, we would cast his vote according to our recommendation.*

9. After my office did not receive notice of Mr. Hee's vote on the proposed reorganization plan, nor any objection or instruction from him regarding how we should cast his vote, I proceeded to cast his vote, as his attorney and agent in this proceeding, consistent with my recommendation.

DATED: May 26, 2015                          **RESPECTFULLY SUBMITTED,**

                                                            **GALLO LLP**

By:   */s/ Ray E. Gallo*
      Ray E. Gallo
      Patrick V. Chesney
      Attorneys for the 81 Gallo Creditors