KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> HASHFAST TECHNOLOGIES LLC, a California limited liability company, <br><br> Debtor and Debtor-In-Possession <br><br> ☒ Affects HASHFAST LLC, a Delaware limited liability company, <br><br> Debtor and Debtor-In-Possession | Lead Case No. 14-30725 <br><br> Jointly Administered with: <br><br> Case No. 14-30866 <br><br> Chapter 11 <br><br> **MOTION FOR APPROVAL OF COMPROMISE WITH LIQUIDBITS CORPORATION** <br><br> Date: June 12, 2015 <br> Time: 11:00 am <br> Place: 235 Pine St., 19th Floor <br> San Francisco, CA 94104 <br> Judge: Honorable Dennis Montali. |

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit their Motion for Approval of Compromise Relating to Liquidbits Corporation ("Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9019(a), for approval of a compromise of mutual claims by and between the Debtors and Liquidbits Corporation ("Liquidbits"), and in support of this Motion, respectfully represents:

1. The Debtors respectfully request that the Court enter an order granting the following relief:

   (a) authorizing and approving the Debtor to enter into the Settlement Agreement (the "Settlement Agreement"), which is attached to the Memorandum in Support of the Motion as **Exhibit 1**, with Liquidbits to resolve and settle all disputes and claims the Debtors and Liquidbits have against one another and

   (b) granting such other and further relief as the Court deems just.

2. The terms of the Settlement Agreement provide for the exchange of mutual, general releases by the Debtors and the Liquidbits, without any money changing hands.

3. The Debtors have determined that the Settlement Agreement is fair and equitable, reasonable, and in the best interests of the creditors and the estate.

4. This Motion is based on the information and evidence contained in this Motion, the Memorandum of Points of Authorities accompanying this Motion, and the Notice of Hearing filed concurrently herewith.

WHEREFORE, the Debtors respectfully request that this Court grant the relief requested herein.

Dated: May 29, 2015

KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen


By: /s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC