KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession | Lead Case No. 14-30725<br><br>Jointly Administered with:<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF DEBTORS' MOTION FOR APPROVAL OF COMPROMISE WITH LIQUIDBITS CORPORATION**<br><br>Date: June 12, 2015<br>Time: 11:00 am<br>Place: 235 Pine St., 19th Floor<br>       San Francisco, CA 94104<br>Judge: Honorable Dennis Montali. |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, LIQUIDBITS CORPORATION, THE 20 LARGEST UNSECURED CREDITORS, AND ALL PARTIES-IN-INTEREST AND THEIR COUNSEL:

**PLEASE TAKE NOTICE THAT** that on June 12, 2015 at 11:00 a.m. on the 19th Floor of the above-captioned court, located at 235 Pine Street, San Francisco, CA 94104, the above-captioned debtors and debtors-in-possession (the "Debtors") will hereby move this Honorable Court for entry of an order on its Motion for Approval of Compromise Relating to Liquidbits Corporation ("Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9019(a). The Motion is brought to approve a compromise of mutual claims by and between the Debtors and Liquidbits Corporation ("Liquidbits"), in accordance with the Settlement Agreement, submitted with the Motion as Exhibit 1, to resolve and settle all disputes and claims the Debtors and Liquidbits have against one another. Any objections may be made at the hearing, according to the Court's scheduling order.

Dated: May 29, 2015  KATTEN MUCHIN ROSENMAN LLP
Peter A. Siddiqui
Jessica M. Mickelsen

By: /s/ Jessica M. Mickelsen
Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC