KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast LLC Technologies LLC and HashFast LLC

**Signed and Filed: May 29, 2015**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 DM |
| | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | **ORDER GRANTING DEBTORS' ORAL MOTION TO SHORTEN TIME ON DEBTORS' MOTION FOR APPROVAL OF COMPROMISE WITH LIQUIDBITS CORPORATION** |
| Debtor and Debtor-In-Possession | |

The Court having considered the Debtors' oral motion made at the hearing on May 27, 2015, to shorten notice of Debtors' forthcoming Motion to Approve Compromise with Liquidbits Corporation (the "Motion"),

**IT IS HEREBY ORDERED** as follows:

1. So long as the Debtors file and properly serve the Motion on or before May 29, 2015, the Court shall conduct a hearing on the Motion on June 12, 2015, at 11:00 a.m. (prevailing Pacific time).

2. Any objections to the relief requested in the Motion may be raised at the hearing.

*END OF ORDER*