KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

**Signed and Filed: June 15, 2015**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession<br><br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession | Case No. 14-30725<br><br>(Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S COMPROMISE WITH LIQUIDBITS CORPORATION** |

This matter having come before the Court on the Motion for Approval of Compromise with Liquidbits Corporation ("Motion") filed by HashFast Technologies LLC (the "Debtor"), and the Court having reviewed the Motion and the record in the case, and having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; (d) the settlement set forth in the Motion is fair, equitable, and in the best interest of the estate; (e) no objections to the Motion have been filed or raised at the hearing; and (f) for the reasons stated on the record at the hearing on June 12, 2015:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.
2. The Settlement Agreement (as that term is defined in the Motion) is approved, and the Debtor is authorized to execute the Settlement Agreement and take all actions reasonably required to implement its terms.

**END OF ORDER**