**Entered on Docket
June 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: June 15, 2015**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
) No. 14-30725DM
HASHFAST TECHNOLOGIES LLC, )
) Chapter 11
)
Debtor. )
_____ )

ORDER DENYING MOTION

The United States Trustee's Motion To Convert Case To Chapter 7 Under 11 U.S.C. Section 1112(b), Or In the Alternative, To Appoint A Chapter 11 Trustee ("Motion") was heard on June 12, 2015, and for the reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is DENIED.

**END OF ORDER**

-1-