Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
        mdelaney@bakerlaw.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>---<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **ORDER APPROVING ON A FINAL BASIS AND CONFIRMING THE CONSOLIDATED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR HASHFAST TECHNOLOGIES, LLC, AND HASHFAST, LLC, DATED JUNE 4, 2015** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 19, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR EMAIL (state method for each person or entity served):** On (*date*) **June 19, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, addressed and/or by email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| *Via U.S. Mail* <br> Hon. Dennis Montali <br> U.S. Bankruptcy Court <br> Northern Division of California <br> PO Box 7341 <br> San Francisco, CA 94120-7341 | *Via U.S. Mail* <br> Peter A. Siddiqui <br> Katten Muchin Rosenman LLP <br> 525 W. Monroe St. <br> Chicago, IL 60661-3693 |
|---|---|

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR FACSIMILE TRANSMISSION (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), and/or by facsimile transmission as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2015 | Michael T. Delaney | /s/ Michael T. Delaney |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Caroline R. Djang   cdjang@rutan.com
Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen   bgaschen@wgllp.com
Julie M. Glosson   julie.m.glosson@usdoj.gov
Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris   rob@bindermalter.com
Ori Katz   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
David M. Poitras   dpoitras@jmbm.com
Gregory A. Rougeau   grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi   craig@stuppilaw.com
Sarah M. Stuppi   sarah@stuppilaw.com
Christopher D. Sullivan   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng   nweng@trinhlawfirm.com, kim@trinhlawfirm.com