Form OCP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Hashfast Technologies LLC | Case No.: 14–30725 DM 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 06/25/2015 confirming the plan of reorganization filed on June 4, 2015 .

Dated: 6/25/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court