Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
**Gallo LLP**
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com
pchesney@gallo-law.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>    Debtor and Debtor-In-Possession.<br>_____<br>☒ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-In-Possession. | Case No. 14-30725<br><br>(Substantively consolidated with *In re HashFast LLC*, Case No. 14-30866)<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR MAX AVROUTSKI**<br><br>Judge: Hon. Dennis Montali |

TO THE COURT:

PLEASE TAKE NOTICE THAT the mailing address of creditor Max Avroutski in the above captioned matter has changed. The new mailing address for Max Avroutski is 172 Bay 31st St., #10, Brooklyn, NY 11214.

Service on Max Avroutski may be effected through his counsel of record, Ray E. Gallo and Patrick Chesney, at their respective email addresses: rgallo@gallo-law.com and pchesney@gallo-law.com.

DATED: July 7, 2015	RESPECTFULLY SUBMITTED,

GALLO LLP

By: /s/ *Patrick V. Chesney*
Patrick V. Chesney