Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Liquidating Trustee for the
Liquidating Trust, MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>**DECLARATION OF ARON M. OLINER IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SPECIAL COUNSEL FOR LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST**<br><br>[NO HEARING REQUIRED] |

I, Aron M. Oliner, declare:

1. I am an attorney duly admitted to practice before this Court and am a partner in the law firm of Duane Morris LLP. If called upon to testify to the matters set forth herein, I would competently testify thereto as the matters set forth herein are personally known to me to be true.

2. The law firm of Duane Morris has extensive experience in bankruptcy, insolvency and debtor/creditor law. The firm is well-qualified to represent Michael G. Kasolas

("Liquidating Trustee") generally herein, and is willing to accept employment on the basis set forth in the Trustee's Application.

3. The law firm of Duane Morris does not hold any interest adverse to the Debtor or to the estate with respect to matters on which it is to be employed, as described in the Application submitted herewith. Neither is Duane Morris LLP connected with Debtor's principals, attorneys, accountants, creditors, or the attorneys or accountants of any other party-in-interest in this case. Furthermore, to the best of my knowledge, the firm does not hold any interest adverse to the Debtor's estate and the firm is a disinterested person as defined in 11 U.S.C. §101(14).

4. In addition, my firm's disclosures of connections in this case will be ongoing. As actions are taken that affect or otherwise involve other parties in the Adversary Proceeding, I will supplement this declaration to disclose any connections to such persons, to the extent any connections exist. Under no circumstances will I or my firm represent any creditor or party-in-interest in connection with this case.

5. To the best of my knowledge, after reasonable inquiry, I believe that the firm will be able to provide representation to the Liquidating Trustee in the Adversary Proceeding without conflict. However, in the unlikely event a conflict arises, the Liquidating Trustee and said conflicting party will be advised immediately.

6. This declaration is made pursuant to Bankruptcy Rule 2014(a).

7. The law firm of Duane Morris, its members and associates, have no connection with the Office of the United States Trustee or any person employed in the Office of the United States Trustee.

8. I have reviewed the Application for Order Appointing Counsel and I agree to perform the legal services specified on the terms described therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2015, at San Francisco, California.

                                                /s/ Aron M. Oliner (152373)
                                                ARON M. OLINER