1    Aron M. Oliner (SBN: 152373)
2    Geoffrey A. Heaton (SBN: 206990)
     **DUANE MORRIS LLP**
3    One Market Plaza
     Spear Street Tower, Suite 2200
4    San Francisco, CA 94105-1127
     Telephone: (415) 957-3000
5    Facsimile: (415) 957-3001
     Email: roliner@duanemorris.com
6
7    Attorneys for Liquidating Trustee for the
     Liquidating Trust, MICHAEL G. KASOLAS
8
9               **UNITED STATES BANKRUPTCY COURT**
10              **NORTHERN DISTRICT OF CALIFORNIA**
11              **SAN FRANCISCO DIVISION**
12
13   In re                                    Case No. 14-30725 DM
14   HASHFAST TECHNOLOGIES LLC, a             Chapter 11
     California limited liability company,
15                                            **CERTIFICATE OF SERVICE**
16              Debtor.
17
18        I am a citizen of the United States, over the age of 18 years, and not a party to or
19   interested in the within entitled cause. I am an employee of Duane Morris LLP and my business
20   address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-
21   1127. I am readily familiar with the business practice for collection and processing of
22   correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email,
23   courier and other modes. On September 2, 2015, I served the following documents:
24
25   **(1) APPLICATION FOR ORDER APPOINTING SPECIAL COUNSEL FOR**
26   **LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST; (2) DECLARATION OF**
27   **ARON M. OLINER IN SUPPORT OF APPLICATION FOR ORDER APPOINTING**
28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\3530429.1 99998/10002                    1

**SPECIAL COUNSEL FOR LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST; AND (3) [PROPOSED] ORDER APPOINTING SPECIAL COUNSEL FOR LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST**,

**X**     <u>BY MAIL</u>: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

| | | |
|---|---|---|
| United States Trustee, Region 17<br>United States Department of Justice<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2736 | Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122<br>Debtor's Counsel | Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, 26th Floor<br>Los Angeles, CA 90067-3012<br>Debtor's Counsel |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 West Monroe Sreet<br>Chicago, IL 60661-3693<br>Debtor's Counsel | Michael Delaney<br>Ashley McDow<br>Baker & Hostetler, LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Counsel to Creditors Committee | Fahim Farivar<br>Law Offices of Fahim Farivar<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br>Counsel to Creditors Committee |
| Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>Counsel to Creditors Committee | | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 2, 2015, in San Francisco, California.

/s/ Aristela Wise (xxx-xx-2624)
ARISTELA WISE

DUANE MORRIS LLP
SAN FRANCISCO

DM3\3530429.1 99998/10002

2

COS / APPLICATION TO EMPLOY DUANE MORRIS LLP – CASE NO. 14-30725 DM