Re: Change of address request in Case No. 14-30725DM 11

August 28, 2015

To:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

**FILED**

SEP -2 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Dear Mr. Emmons,

As one of the creditors in the bankruptcy case of Hashfast Technologies LLC (Case No. 14-30725DM 11), I'd like to request an update of the court records to reflect my recent address change.
The old address: 10959 Rochester Ave Apt 511, Los Angeles, CA 90024

The new address is **5824 Oak Bend Lane #101, Oak Park, CA 91377**.
For verification purposes, I'm enclosing a copy of my most recent vehicle registration.

Please let me know if you require any additional information to process my request.

Respectfully,

*[signature]*

Oleksandr V. Buzko

# STATE OF CALIFORNIA - DEPARTMENT OF MOTOR VEHICLES — VALIDATED REGISTRATION CARD

| TYPE VEHICLE USE | REGISTRATION VALID FROM | LICENSE NUMBER | TYPE | ENGINE NUMBER | |
|---|---|---|---|---|---|
| AUTOMOBILE | 03/31/2015 TO 04/02/2016 | 7KJX689 | 11 | | |
| VEHICLE IDENTIFICATION NUMBER | MAKE | VLF CLASS | *YR | YR MODEL | TYPE VEH | DATE ISSUED |
| 1HGCR6F55FA007720 | HOND | JF | | 2015 | 110 | 04/17/2015 |
| BODY TYPE MODEL | YEAR FIRST SOLD | MP | AXLE | WC | UNLADEN/G/CGW | TOTAL FEES PAID | CC/ALCO |
| 4D | 2015 | Q | | | | $306.00 | 56 |
| STICKER ISSUED | PRIOR HISTORY | PIC | DATE FEES RECEIVED | OFFICE/TECH ID/SEQ | MISC/EQ NO |
| U0709648 | | 4 | 04/17/2015 | VD11H 0005 | |

**STICKER INSTRUCTIONS**
1) CLEAN SURFACE - SCRAPE OFF ACCUMULATED STICKERS (WILL NOT STICK IF WET OR DIRTY).
2) PEEL STICKER FROM BACKING BY BENDING SHEET AT PEEL HERE LINE.
3) PLACE STICKER ON REAR PLATE AS SHOWN BELOW.
4) EXCEPT: TRUCK TRACTORS AND COMMERCIAL VEHICLES WITH A DECLARED GROSS VEHICLE WEIGHT OF 10,000 LBS. OR MORE-MUST APPLY STICKER TO FRONT PLATE.

**REGISTERED OWNER**
BUZKO OLEKSANDR
5824 OAK BEND LN
UNIT 101
OAK PARK CA 91377

**LIENHOLDER**
AMERCN HONDA FIN CORP
PO BX 997509
SACRAMENTO CA 95899



W 00000
R 00043
L 00206

A00 041715 11 7KJX689 720

VEHICLES: In Top Right Corner

CALIFORNIA
7KJX689

IMPORTANT INSTRUCTIONS ON REVERSE SIDE

PEEL HERE