Signed and Filed: September 9, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Liquidating Trustee for the
Liquidating Trust, MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>**ORDER APPOINTING SPECIAL COUNSEL FOR LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST** |

Michael G. Kasolas, Liquidating Trustee for the Liquidating Trust has filed an Application for Order Appointing Special Counsel for Liquidating Trustee for the Liquidating Trust. No adverse interest being represented or shown, and the Court being satisfied that the firm of Duane Morris LLP, is disinterested and does not hold or represent an interest adverse to the Debtor or the estate with respect to the matter on which it is to be employed, and that its appointment will be in the best interests of the estate, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Application of Michael G. Kasolas, Liquidating Trustee for the Liquidating Trust, for the appointment of Duane Morris LLP as his counsel, is hereby approved on the terms set forth in the Application.

DUANE MORRIS LLP
SAN FRANCISCO

DM3\3530424.1 99998/10002

1

ORDER APPOINTING SPECIAL COUNSEL – CASE NO. 14-30725 DM

**IT IS FURTHER ORDERED** that compensation shall be paid to Duane Morris LLP as described in the Application without requiring a separate fee application or order.

**\*\*\*END OF ORDER\*\*\***

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]