To The Clerk of:

**United States Bankruptcy Court
Northern District of California
San Francisco Division
CA, 94120-7341**



Hello respectable Sir/Madam

I am a Hashfast Technologies LLC customer from Austria. I have bin receiving letters regarding Case No. 14-30725 and 14-30866 from United States Bankruptcy Court of California. Now my address in Austria is changed. I request you to send letters on my address below or email them to zahid_faruqi@yahoo.com.

Thanks lot for this favor,

With regards,


Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria
Tel: 06645102337