# United States Bankruptcy Court
## Northern District of California

In re **HashFast Technologies LLC**

Debtor(s)

Case No. **14-30725**
Chapter **11**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

The Creditor's former mailing address was:

Name: **Strategic Counsel Corp.**

Address: **227 Broadway, Suite 306**
**Santa Monica, CA 90401**

Please be advised that effective **April 16, 2015,**
The Creditor's new mailing address is:

Name:
**Strategic Counsel Corp.**

Address:
**c/o Adam T. Ettinger**
**Sheppard Mullin Richter & Hampton LLP**
**1901 Avenue of the Stars, Suite 1600**
**Los Angeles, CA 90067-6017**

_____
**Adam Ettinger**
Authorized Signer/Title

If you have any questions regarding this form, please call Adam Ettinger at: 310.228.3700