1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.com
5                mdelaney@bakerlaw.com

6  Attorneys for MICHAEL G. KASOLAS,
   Liquidating Trustee
7

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | |

18

19             **LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS**

20             **(DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE)**

21         Michael G. Kasolas (the "Trustee" or "Mr. Kasolas"), the duly appointed, qualified and

22  acting trustee for the Hashfast Liquidating Trust (the "Trust"), by and through counsel, Baker &

23  Hostetler LLP ("Baker"), hereby files his Fourth Omnibus Objection to Claims (Disallowance of

24  Claims for Lack of Evidence) (the "Fourth Omnibus Objection"). The list of claimants in the

25  Fourth Omnibus Objection is as follows:

26

27

28

| Last Name or Company's Name | First Name |
|---|---|
| Collins | Aaron |
| Bit Coin LLC | |
| Cavion | Davide |
| Wallace | Nathan |
| Damm | Michael |
| LockSmart Ltd | |
| Senegal | Brenton |
| Harris | Roland Payu |
| Croscup | Paul |
| Hoang | Tony |
| Schultz | Carl |
| Crain | Donald |
| Pope | Bryan |
| Calderon | Ray |
| Golbs | Christian |
| Barbee | Brian |
| Greenwood | Evan L. |
| Terry | Bruce |
| Boytler | Bruce James |
| Diener | Jonas |
| Reid | Novia |
| Herbon | Daniel |
| Erickson | Paul |
| Moc | LyLy |
| Poon | Weng Kay |
| Lee Schwuchow, Monkey Business | |
| Black Oak Computers | |
| Lord | Michael |
| Montague | Paul |
| Riedel | Wolfgang |
| Pederson | Grant |
| Erickson | Gpaul |
| Gallo LLP c/o Price Givens | |
| Gallo LLP c/o Christopher Goes | |
| Gallo LLP c/o Dennis F. Lambert | |
| Babcock | James A. |
| Gallo LLP c/o Evan Lawrence Skreen | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| Last Name or Company's Name | First Name |
|---|---|
| Santos | Michel |
| Gallo LLP c/o David Springer | |
| Tom | Bouckaert |
| EarthRise Trust | |
| Safranek | Martin |
| Ruble | Nathan P. |
| Shannon | Michael |
| Gallo LLP c/o Thanh Lanh Tran | |
| Mosley | Edward |
| Duke | Fon Allan |
| Grust | Michael |
| Sattler | Detlef |
| UBE Enterprises | |
| Parotte | Maximin |
| Chandra | Suresh |
| Avery | Terri |
| Matheu | David |
| Sneddon | Russell |
| Vokey | Corey |
| Gallo LLP c/o Aristeidis Dionisatos | |
| Gallo LLP c/o Craig Burke | |
| Gallo LLP c/o Peter Lukas Bradley | |
| Lam | Nathan |
| Howery | Kris |
| Arna | Jeanette |
| Nepomuceno | Ferdinand |
| Ries | James A. |
| Montague | Paul |
| Karen Miller c/o Eberhart Accounting Services, P.C. | |
| Aupacom Enterprises | |
| Burgin | Daniel |
| Stiegler | Thomas |
| Kelly | Shaun |
| Chappell | Frank |
| Avery | Terri |
| Mark Pescatrice -- Hot Sun | |
| Filippov | Alex |
| Wise | Cory |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

LIQUIDATING TRUSTEE'S FOURTH . OBJECTION TO CLAIMS

| Last Name or Company's Name | First Name |
|---|---|
| Wingquist | Thomas |
| Weinberg | Donald |
| Alonso | Jess Martn |
| Wroblewski | Ryszard |
| Fu | Zhao |
| Anguiano II | Jose |
| Maximillian N. Fischer and Gerald R. Fisher1 | |
| Cypher Enterprises, LLC | |

True and correct copies of the objections to the claims held by the above-referenced claimants are attached hereto as **Exhibit A.**

Dated:     November 30, 2015                     Respectfully submitted,

                                                **BAKER & HOSTETLER LLP**

                                                        */s/ Ashley M. Mcdow*
                                                By:     _____
                                                        Ashley M. McDow
                                                        Michael T. Delaney

                                                Attorneys for MICHAEL G. KASOLAS,
                                                Liquidating Trustee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4
LIQUIDATING TRUSTEE'S FOURTH . OBJECTION TO CLAIMS