Ashley M. McDow (245114)
Michael T. Delaney (261714)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |

## LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CLAIMS

## (DISALLOWANCE OF LEGALLY DEFICIENT CLAIMS)

Michael G. Kasolas (the "Trustee" or "Mr. Kasolas"), the duly appointed, qualified and acting trustee for the Hashfast Liquidating Trust (the "Trust"), by and through counsel, Baker & Hostetler LLP ("Baker"), hereby files his Fifth Omnibus Objection to Claims (Disallowance of Legally Deficient Claims) (the "Fifth Omnibus Objection"). The list of claimants in the Fifth Omnibus Objection is as follows:

| Last Name or Company's Name | First Name |
|---|---|
| Vidana | Joshua |
| Beck | Tara N. |
| Oshea | James |
| Digimex, Ltd | |
| Elfassy | Ilan |
| Murray | Stuart A. |
| Vit | Alan |
| Soler | Selim |
| TimeFire, Inc. | |
| Sistemas Operativos Sanitarios C.A. | |
| Cheaney | Avram |
| Cheaney | Avram |
| Hunt | David Govinder |
| Larsen | Kjetil |
| Vaida | Tudor Ovidiu |
| Baldinger | Mattia |
| Piper | Derek |
| Baker | Joseph William |
| Zuber Lawler & Del Duca LLP | |
| Hypertechnologie Ciara Inc. | |
| Strategic Counsel Corp. | |
| Hamner | Stephen |
| Perkins Coie LLP | |
| Hessenflow | Allan N. |
| Acacia NPU dba Cater2.me | |
| Future Electronics | |
| Barber | Simon |
| EarthRise Trust | |
| Liquidbits Corp. | |
| Uniquify, Inc. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

True and correct copies of the objections to the claims held by the above-referenced claimants are attached hereto as **Exhibit A.**

Dated:   November 30, 2015           Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Ashley M. Mcdow*
_____
       Ashley M. McDow
       Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee