Ashley M. McDow (245114)
Michael T. Delaney (261714)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |

## LIQUIDATING TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO CLAIMS

## (DISALLOWANCE OF SCHEDULED CLAIMS)

Michael G. Kasolas (the "Trustee" or "Mr. Kasolas"), the duly appointed, qualified and acting trustee for the Hashfast Liquidating Trust (the "Trust"), by and through counsel, Baker & Hostetler LLP ("Baker"), hereby files this Seventh Omnibus Objection to Claims (Disallowance of Scheduled Claims) (the "Seventh Omnibus Objection"). In support of the Seventh Omnibus Objection, the Trustee states as follows:

## I. BACKGROUND

On or about June 25, 2015, the Court entered the *Order Approving on a Final Basis and Confirming the Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* (the "Confirmation Order") [D.E. 387]—thereby confirming the Plan and approving the creation of the Trust.

On or about July 31, 2015, the Official Committee of Unsecured Creditors (the "Committee") filed the *Notice of Effective Date of Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* [D.E. 390]. The Effective Date of the Plan (as defined in the Plan) was July 31, 2015.

As of the Effective Date, the Trust came into existence and Mr. Kasolas became the first trustee of the Trust. Mr. Kasolas continues to serve as trustee for the Trust.

Following the Effective Date of the Plan, Province, Inc. ("Province"), former chief restructuring officer for Hashfast Technologies, LLC, and Hashfast, LLC (collectively, the "Debtors"), and the Trustee have worked together to transition control of the Debtors' assets and related records to the Trustee. Due to the status of the pre-petition books and records, the Trustee and Province have yet to complete the transition of all books and records.

## II. ARGUMENT

At present, the Trustee has been unable to confirm the validity of the claims scheduled by the Debtors; however, the Trustee has been able to identify several inaccuracies in the pre-petition books and records, which lead the Trustee to believe that these documents are likely to be unreliable and/or incapable of accurately accounting for the validity and amount of the scheduled claims. Accordingly, the Trustee hereby objects to the allowance of the scheduled claims.

Although objections to scheduled claims are unusual and, perhaps, unorthodox, the present circumstances warrant such an objection to ensure that the creditors of the estate are *bona fide* and the distributions to these *bona fide* creditors are maximized. Furthermore, the instant objection does not unduly prejudice any of the scheduled creditors as creditors bear the ultimate burden of proving the validity and amount of their claims, *see Lundell v. Anchor Construction Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000), and the scheduled creditors

will have an opportunity to present evidence in response to this objection establishing the validity and amount of their respective claims.

The list of subject claimants is as follows:

| Claimant |
| --- |
| Aamodt, Eivind |
| Abdelgawad, Amro |
| Ag, Elpix and Joerg Margane |
| Ahluwalia, Rajpreet |
| Albarron, Dario |
| Alexiou, Antonios |
| Allure Marine Limited |
| Ambar, Abraham |
| Anders, John |
| Anthem Blue Cross |
| Appel, Sascha |
| Araujo, Leopoldo Martinez |
| Arberg, Lars |
| Armada Works Inc. |
| Armatys, Zbigniew |
| Askar, Allan (Allancolabs LLP) |
| Atlas, Yazz (EntropyWorks Inc.) |
| Aupacom Enterprises |
| Ayotte, Shawn |
| Badarlis, Andreas |
| Badua, Jason |
| Baldkinger, Mattia |
| Baranbdiaran, Jose |
| Baringer, Maximilian |
| Baum, Luke |
| Bayona, Roberto |
| Beauchesne, Thierry |
| Beaumont, Adam |
| Beckwith, Ted |
| Beech, Craig |
| Beju, Catalin |
| Belfield, Justin (AGNQ Tech LLC) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| # | Name |
|---|---|
| 1 | Bellosta, Marcelino |
| 2 | Bemmira, Lotfi |
| 3 | Benoit, Bergic |
| 4 | Berger, Kyle |
| 5 | Bigler, Benjamin |
| 6 | Billaud, Matthieu |
| 7 | Birke, Marian |
| 8 | Bit-Stop Computer |
| 9 | Blancett, Phil |
| 10 | Boothby, David |
| 11 | Bosse, Donald |
| 12 | Bower, Jonathan |
| 13 | Bressler, Brandon |
| 14 | Brewis, Deon |
| 15 | Brewis, Deon |
| 16 | Bulcke, Lieven Vanden |
| 17 | Bullock, Trenton |
| 18 | Cain, James |
| 19 | Cameron, Scott |
| 20 | Carmichael, Craig |
| 21 | Carrillo, Anthony |
| 22 | Carver, Dain |
| 23 | Castro, Damian |
| 24 | Central Computers |
| 25 | Chan, Hing tat |
| 26 | Chan, Jeremy |
| 27 | Chase, Kyle |
| 28 | Chino, Theo |
| | Chiong, Michael |
| | Cho, David |
| | Clauw, Sven |
| | Coe, Laruen |
| | Cogent Communications |
| | Coie, Perkins |
| | Collins, Aaron |
| | Conangla, Xavier |
| | Connors, Wayne |
| | Contreras, Tommy E. |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Cooke, Harrison |
| 2 | Cordova, Luis |
| 3 | Courtright, William |
| 4 | Craig-Wood, Kate (Wood Technology LLP) |
| 5 | Cremer, Shlomo |
| 6 | Crockford, Andrew |
| 7 | Cypher Enterprises, LLC |
| 8 | Davies, Aneurin |
| 9 | Day, Jonathan |
| 10 | de Romijn, Alwin |
| 11 | DeLeon, Eddie |
| 12 | Delporte, Kevin |
| 13 | Dewey, Antonio |
| 14 | DigiKey Corporation |
| 15 | Ditthardt, Robert (Olivine Labs LLC) |
| 16 | Dixon, Lance (Intervid FZ LLC) |
| 17 | Dolak, Paul |
| 18 | Dolman, Christopher |
| 19 | DXCorr Design, Inc. |
| 20 | Eclipse Metal Fabrication |
| 21 | Edwards, Robert (Awesome Possum LLC) |
| 22 | Employment Matter Counseling & Consulting |
| 23 | Endres, Alexander |
| 24 | Ergen, Chris (c/o Summit Capital LLC) |
| 25 | Ernst, Sven |
| 26 | Famania, Fernando |
| 27 | Farag, Joseph (Trinity Bitcoin) |
| 28 | Farnsworth, Eli |
| | Farry, Dean |
| | Fefer, Vladimir |
| | Feler System Integration |
| | Fernandez, Jensy |
| | Fiechter, Frederick |
| | Fishchenko, Andrey |
| | Floyd, Raymond (Floyd Company) |
| | Franko, Janez |
| | Galburt, Gamain Jean |
| | Gallegos, Matt |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Gamborino, Joah |
| 2 | Gao, Michael (c/o Honqui Yang) |
| 3 | Giovinco, Michael |
| 4 | Gladden, David |
| 5 | GLO Ventures |
| 6 | Glocovs, Aleksandrs |
| 7 | Gorman, Pete |
| 8 | Gotleib, Jon |
| 9 | Gray, Scott |
| 10 | Greinier, Michael |
| 11 | Grevich, Justin |
| 12 | Grez, Patricio |
| 13 | Grimes, Aaron |
| 14 | Haden, Doug |
| 15 | Halley, Zach |
| 16 | Haltiner, Maia |
| 17 | Hancock, Mark |
| 18 | Handler, Dan |
| 19 | Harnett, Dane |
| 20 | Harris, Peter |
| 21 | Haverstock, Adam |
| 22 | Hazlehurst, Harry |
| 23 | Hellmann, Ronny |
| 24 | Henderson, Reginald |
| 25 | Hendrick, Glenn, Bitminer |
| 26 | Hendrickson, Peter |
| 27 | Hennequin, Franck |
| 28 | Hennessy, Adam |
| | Henriksen, Tore |
| | Hicks, James |
| | Hilderal, Daniel |
| | Hill, Derek |
| | Hilt, Charles |
| | Hlavaty, Jack |
| | Hu, Wenxie |
| | Huang, Kevin |
| | Huber, Beat |
| | Huckvale, Stephen |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Hui, Lin Cheng |
| 2 | Huizinga, Patrick |
| 3 | Ino, Yasuo |
| 4 | Islamov, Timur |
| 5 | Jacos, Peter |
| 6 | Jaffe, Nicholas |
| 7 | James Lowry, LLC |
| 8 | Jang, Lewis |
| 9 | Janke, Larson |
| 10 | Jelle, Maes (BVBA) |
| 11 | JK Internet Solutions Partner |
| 12 | Johnson, Darwin |
| 13 | Juez, Alejandro Besada |
| 14 | Kaarakainen, Mika |
| 15 | Kalram, Mohit |
| 16 | Karau, Holden |
| 17 | Keyes, Marion (Riverstone LLC) |
| 18 | King, David |
| 19 | Klein, Oliver |
| 20 | Komissarov, Aleksandr |
| 21 | Kondrat'ev, Ivan |
| 22 | Kovach, Kenneth |
| 23 | Kozachenko, Igor |
| 24 | Kraus, Alfred |
| 25 | Kravchik, Oren |
| 26 | Kwok, Tin Yan |
| 27 | Lance, Edward |
| 28 | Laron, Etamar |
| | Lau, Brion (Financial Fitness Por) |
| | Laun, Duane |
| | Le, Dat |
| | Lee, Edward |
| | Lehming, Tim |
| | Lehrer, Mark |
| | Lenet, Adam (Lenit IT Solutions) |
| | Leong, Matthew |
| | Listener Approved LLC |
| | Liu, Eric |

| # | Name |
|---|---|
| 1 | Loudon, George |
| 2 | Luecke, Christian |
| 3 | Ma, Ting |
| 4 | Malinen, Juri |
| 5 | Mann, Elkin (LDI Imports) |
| 6 | Marin, Santiago |
| 7 | Matas, Francisco Joee Romero |
| 8 | Mathias, Michael |
| 9 | Maxwell, Gregory |
| 10 | Mazovec, Anze |
| 11 | McCray, Nathaniel |
| 12 | McGhan, Allen |
| 13 | McKittrick, Brian |
| 14 | McNamara Financial |
| 15 | Medeiros, Martin |
| 16 | Meese, Kelly |
| 17 | Meijburg, Cees |
| 18 | Mengel, Amos |
| 19 | Merkabahnk |
| 20 | Metzler, Jared |
| 21 | Mikesell, Jean-Andrew |
| 22 | Miller, James |
| 23 | Miller, Warren |
| 24 | Minhaj, Ahmed |
| 25 | Miranda, Joaquin Mellado |
| 26 | Miratek |
| 27 | Moc, Tong |
| 28 | Molai, Bo |
| 29 | Morales, Jose |
| 30 | Mosneron, Charles |
| 31 | Mueller, Florian |
| 32 | Munoz, Victor |
| 33 | Navarry, Albert |
| 34 | Neth, Alex |
| 35 | Neumann, Tobias |
| 36 | Newbern, Saint Clair |
| 37 | Ngo, Jimson |
| 38 | Nguyen, Phuc |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Nguyen, Thang |
| 2 | Ni, Zhongwei |
| 3 | Nimtsch, Daniel |
| 4 | Nirvana Digital, Inc. |
| 5 | Noble, Julian |
| 6 | North, Jonathon |
| 7 | Novtech, Inc. |
| 8 | Oregan Networks Ltd. |
| 9 | Package Science |
| 10 | Patel, Siraj |
| 11 | Peace, William |
| 12 | Peay, Timothy |
| 13 | Pei, Qingshou |
| 14 | Peregoy, John |
| 15 | Perez, Julio |
| 16 | Petersen, Russell |
| 17 | Pirestani, Kayvon |
| 18 | Pojar, Daniel |
| 19 | Poluhin, Anton |
| 20 | Polymathica Pte. Ltd |
| 21 | Pop, Adrian |
| 22 | Prasanna, Jeyaraman |
| 23 | Prentice, Jonathan (Network Service Prov) |
| 24 | Proven Tolerance Specialist |
| 25 | Pryor, Michael |
| 26 | Pushkin, Sergey |
| 27 | Quirante, Joseph John |
| 28 | Raday, Christopher |
| 29 | Radhawa, Ram |
| 30 | Ramos, Dominic |
| 31 | Randall, Scott (Advanced Legal Systems, Inc.) |
| 32 | Rankin, Frank |
| 33 | Rebeyrat, Olivier |
| 34 | Reed, Mari |
| 35 | Reith, Bruno |
| 36 | Richardson, Alan |
| 37 | Richardson, Robert Alan |
| 38 | Richmond, George |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| | |
|---|---|
| 1 | Richmond, George |
| 2 | Rihn, Bernie (Prudentia Permanens LLC) |
| 3 | Rising, Joshua |
| 4 | Ritz, Jay |
| 5 | Robert Alkire Consulting |
| 6 | Roeder, Paul |
| 7 | Romero, Hugo Gonzlalez |
| 8 | Rooney, Ric (Sun Spot) |
| 9 | Rouvier, Joe |
| 10 | Roy, Mark |
| 11 | Russell, Joe |
| 12 | Sajan, Anthony |
| 13 | Samios, Nicholas |
| 14 | Sanders, Bruce (Bruce Sanders Design) |
| 15 | Sandgate Technologies |
| 16 | Santos, Jose |
| 17 | Schemenauer, Neil |
| 18 | Schicker, Florian |
| 19 | Schildknecht, Timo |
| 20 | Schwartz, Vicki |
| 21 | Schwarz, Steven |
| 22 | Schwarz, Viktor |
| 23 | Shanghai Chooyu Chemical Company, Ltd |
| 24 | Shave, John |
| 25 | Shy, Kathleen |
| 26 | Sidles, Kyle (Kaysid, LLC) |
| 27 | Sierra Proto Express |
| 28 | Sim, Sylvia (IP Mart Network) |
| 29 | Simms, Jonathan (Jhashybor Mining) |
| 30 | Simpson, Craig |
| 31 | Sine, Terry |
| 32 | Slavkov, Evan Lawrence |
| 33 | Snisarenko, Kostyantyn |
| 34 | Sonic Manufacturing Technologies |
| 35 | Starr, Daniel |
| 36 | Stehr Music Productions |
| 37 | Steinberg, David |
| 38 | Steiner, Raymond |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Stolowitz Ford Cowger, LLP |
| 2 | Stoychev, Ivo |
| 3 | Su, Hsiaofen |
| | Sudakov, Sergiy |
| 4 | Suddarth, James |
| 5 | Sullivan, Mark (Cyclotronics) |
| | Suter, Heinz |
| 6 | Synter Resource Group, LLC |
| 7 | Syvert Holbeck Feed |
| 8 | Tait, Ian |
| | Talmacel, Milhail (Calle Beleten) |
| 9 | Tanaka, Hideyuki |
| 10 | Taylor, Guy |
| 11 | Telford, Jeannie |
| | Teltarif.de |
| 12 | Teo, Albert |
| 13 | Teta, Jesse |
| | Theron Rodriguez Bitlab LLC |
| 14 | Thompson, Chris |
| 15 | Tipple, Peter |
| 16 | Tooley, Marc |
| | Traver, Elric |
| 17 | Trowbridge, Douglas |
| 18 | TrueTech Communications |
| 19 | Tucker, Matt |
| | Turygin, Ivan |
| 20 | Twigg, Simon |
| 21 | Uline |
| 22 | Valcheva, Indra Koli |
| | van der Feest, Stephan |
| 23 | Van Vuuren, Henco Janse |
| 24 | Vasquez, Raul |
| | Vela, Allan |
| 25 | Vermaat, L.J. |
| 26 | Vkal Design LLC |
| 27 | von Germeten, Mark |
| | Vorac, Oldrich |
| 28 | Vykoukal, Ferdinand |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Wagner, Marcel |
| 2 | Wallace, Nathan |
| 3 | Walsh, Kat and Gregory Maxwell |
| | Walsh, Sean (Bertram Capital) |
| 4 | Wang, George |
| 5 | Wang, Hamilton |
| | Wang, Xiwen |
| 6 | Weiner, Bryce |
| 7 | Wen, Luke |
| 8 | Whyne, Eric |
| | Wiesman, Jazz |
| 9 | Williams, Daniel |
| 10 | Williams, Mark (Off Road Unlimited) |
| 11 | Witty, Stephen |
| | Workbridge Associates |
| 12 | World Electronics |
| 13 | Wu, Gonbo |
| | Wu, James |
| 14 | WY Gost |
| 15 | Wysong, Corey |
| 16 | Xu, Zhengxian |
| | Xue, Yipu |
| 17 | Yang, Xunyu |
| 18 | Yap, Jet |
| | Yellowlees, Jon (Dan Rose Tech Set) |
| 19 | Yotov, Tsvetomir |
| 20 | Young, Alexander |
| 21 | Zepeda, Manuel |
| | Zheng, Chris |
| 22 | Zhou, Wie |
| 23 | Zifon, Toshiya |
| | Zizka, Andreas |
| 24 | Zizka, Jochen |

True and correct copies of the objections to the claims held by the above-referenced claimants are attached hereto as **Exhibit A.**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## III. CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court enter an order disallowing the aforementioned scheduled claims.

Dated: November 30, 2015

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _/s/ Ashley M. Mcdow_
  Ashley M. McDow
  Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee