## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____/

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Marcelino Bellosta**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Marcelino Bellosta<br>* 1600 Ponce de Leon Boulevard, Floor 10<br>* Coral Gables, FL 33134<br>* | $7,210.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Lotfi Bemmira**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Lotfi Bemmira | $6,161.67 | N/A (Sch. F) |
| \* 1852 E Sesame Street | | |
| \* Tempe, AZ 85283 | | |
| \* | | |

The basis for the objection is that the claim:

\_\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_\_ does not include a copy of the underlying judgment.
\_\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_\_ fails to assert grounds for priority.
\_\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_\_ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_\_ allowed as a secured claim in the amount of: $ _____.
\_\_\_\_ allowed as an unsecured claim in the amount of: $ _____.
\_\_\_\_ allowed as a priority claim in the amount of: $ _____.
**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's
DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:                                          Chapter  11

    HASHFAST TECHNOLOGIES, LLC, a               Case No.  14-30725 (Lead Case) (Jointly Administered and
    California limited liability company        Substantively Consolidated with Case No. 14-30866 DM)
                                                OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
    * Affects HASHFAST LLC, a Delaware limited  HEARING; CERTIFICATE OF SERVICE
    liability company                           CLAIMANT: Bergic Benoit
                                                CLAIM NO:  Schedule F
Debtor(s)_____/

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Bergic Benoit | $2,602.00 | N/A (Sch. F) |
| * 8 Rue Anatole France | | |
| * 92000 Nanterre France | | |
| * | | |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
_X_    The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
       nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:        $_____.
___    allowed as an unsecured claim in the amount of:     $_____.
___    allowed as a priority claim in the amount of:       $_____.
_X_    disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                              Ashley M. McDow

Trustee's                                      [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S)~~ ADDRESS:                         * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* P.O. Box 26650                               * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126                      * Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.
*                              *                              *
*                              *                              *
*                              *                              *
*                              *                              *
Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                      Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a               Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company        Substantively Consolidated with Case No. 14-30866 DM)
                                            OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited  HEARING; CERTIFICATE OF SERVICE
liability company                           CLAIMANT: **Kyle Berger**

Debtor(s)                              /    CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Kyle Berger | $2,478.00 | N/A (Sch. F) |
| * 3179 Cortese Circle | | |
| * San Jose, CA 95127 | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                           Ashley M. McDow

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:                      [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
                                            * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* P.O. Box 26650                            * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126                   * Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____/

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Benjamin Bigler**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Benjamin Bigler | $2,640.84 | N/A (Sch. F) |
| * Laandgarben 456 | | |
| * 3176 Neuenegg Switzerland | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a            Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company      Substantively Consolidated with Case No. 14-30866 DM)
                                          OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited   HEARING; CERTIFICATE OF SERVICE
liability company                         CLAIMANT: **Matthieu Billaud**
                                     /    CLAIM NO: **Schedule F**
Debtor(s)

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:
NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)      DOLLAR AMT       DATE FILED
* Matthieu Billaud                                               $26,925.00       N/A (Sch. F)
* testory 31310 Montesquieu
* Volvestre France
*

The basis for the objection is that the claim:
___   duplicates claim no. _____ filed on _____ by _____.
___   does not include a copy of the underlying judgment.
___   does not include a copy of the security agreement and evidence of perfection.
___   fails to assert grounds for priority.
___   does not include a copy of the assignment(s) upon which it is based.
___   appears to include interest or charges accrued after the filing of this case on _____
___   is not timely filed.
_X_   The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
      nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___   allowed as a secured claim in the amount of:      $_____.
___   allowed as an unsecured claim in the amount of:   $_____.
___   allowed as a priority claim in the amount of:     $_____.
_X_   disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                         Ashley M. McDow

Trustee's                                 [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S)~~ ADDRESS:                    * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* P.O. Box 26650                          * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126
                                          * Telephone:  310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509 .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.
*                         *                              *
*                         *                              *
*                         *                              *
*                         *                              *
Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Marian Birke**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Marian Birke | $20,237.99 | N/A (Sch. F) |
| \* Voosener Str. 105 | | |
| \* 41179 Monchengladbach Germany | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| **X** | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| **X** | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____/

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Bit-Stop Computer**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Bit-Stop Computer | $1,765.59 | N/A (Sch. F) |
| \* Silbergurgstrasse 29 | | |
| \* 72458 Albstadt, Germany | | |
| \* | | |

The basis for the objection is that the claim:

|   |   |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|   |   |   |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

Trustee's
~~DEBTOR(S')~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____/

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Phil Blancett**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Phil Blancett<br>\* PO Box 19719 South<br>\* Lake Tahoe, CA 96151<br>\* | $6,925.73 | N/A (Sch. F) |

The basis for the objection is that the claim:

_____ duplicates claim no. _____ filed on _____ by _____.
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____.
_____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim._____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____ allowed as a secured claim in the amount of:  $_____.
_____ allowed as an unsecured claim in the amount of:  $_____.
_____ allowed as a priority claim in the amount of:  $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.
\*                           \*                           \*
\*                           \*                           \*
\*                           \*                           \*
\*                           \*                           \*
Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: David Boothby
CLAIM NO:  Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* David Boothby<br>\* 1800 Holleman Drive, Apt. 1404<br>\* College Station, TX 77840<br>\* | $2,422.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

___   duplicates claim no. _____ filed on _____ by _____.
___   does not include a copy of the underlying judgment.
___   does not include a copy of the security agreement and evidence of perfection.
___   fails to assert grounds for priority.
___   does not include a copy of the assignment(s) upon which it is based.
___   appears to include interest or charges accrued after the filing of this case on _____.
___   is not timely filed.
**X**   The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___   allowed as a secured claim in the amount of:   $_____.
___   allowed as an unsecured claim in the amount of:   $_____.
___   allowed as a priority claim in the amount of:   $_____.
**X**   disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: Donald Bosse

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Donald Bosse | $2,893.14 | N/A (Sch. F) |
| \* 9 E 9th Street | | |
| \* Frederick, MD 21701 | | |
| \* | | |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.

___    does not include a copy of the underlying judgment.

___    does not include a copy of the security agreement and evidence of perfection.

___    fails to assert grounds for priority.

___    does not include a copy of the assignment(s) upon which it is based.

___    appears to include interest or charges accrued after the filing of this case on _____.

___    is not timely filed.

**X**    The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:   $_____.

___    allowed as an unsecured claim in the amount of:   $_____.

___    allowed as a priority claim in the amount of:   $_____.

**X**    disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:                                        Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a               Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company         Substantively Consolidated with Case No. 14-30866 DM)
                                             OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited   HEARING; CERTIFICATE OF SERVICE
liability company                            CLAIMANT: **Jonathan Bower**

Debtor(s)                                /   CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Jonathan Bower | $2,670.00 | N/A (Sch. F) |
| * Alstrommergatan 32N 11247 | | |
| * Stockholm Sweden | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                                    Ashley M. McDow

~~Trustee's~~                                        [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S')~~ ADDRESS:                              * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* P.O. Box 26650                                     * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126
                                                     * Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter 11

Case No. 14-30725 (Lead Case) (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Brandon Bressler
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Brandon Bressler | $2,496.00 | N/A (Sch. F) |
| \* 2638 San Onofre Avenue | | |
| \* San Onofre, CA 95340 | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party , Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                    . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                    , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

| Dated | at Los Angeles | , California. |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Deon Brewis**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Deon Brewis | $1,553.59 | N/A (Sch. F) |
| \* 15610 NE 59th Way | | |
| \* Redmond, WA 98052 | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.
| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:                          Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a         Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company    Substantively Consolidated with Case No. 14-30866 DM)
                                        OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited   HEARING; CERTIFICATE OF SERVICE
liability company                       CLAIMANT: **Deon Brewis**
                                        /  CLAIM NO:  **Schedule F**
Debtor(s)

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Deon Brewis | $5,785.30 | N/A (Sch. F) |
| * 15610 NE 59th Way | | |
| * Redmond, WA 98052 | | |
| * | | |

The basis for the objection is that the claim:

|     | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____          Ashley M. McDow

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:                    [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
                                           * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* P.O. Box 26650                           * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126
                                           * Telephone:  310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 _____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

| Dated _____ | at Los Angeles _____ , California. | |
|---|---|---|
| * _____ | * _____ | * _____ |
| * _____ | * _____ | * _____ |
| * _____ | * _____ | * _____ |
| * _____ | * _____ | * _____ |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

   HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

   * Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)              /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Lieven Vanden Bulcke**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Lieven Vanden Bulcke | $4,365.60 | N/A (Sch. F) |
| * Zandbeekstraat 32 | | |
| * 8554 Sint-Denijs, Belgium | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| **X** | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| **X** | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a          Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company    Substantively Consolidated with Case No. 14-30866 DM)
                                        OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited   HEARING; CERTIFICATE OF SERVICE
liability company                       CLAIMANT: **Trenton Bullock**
                                        CLAIM NO: **Schedule F**
Debtor(s)                          /

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Trenton Bullock | $6,000.00 | N/A (Sch. F) |
| * 1072 Mclaren Drive | | |
| * Belmont, NC 27012 | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no._____ filed on_____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____ |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____ |
| ___ | allowed as an unsecured claim in the amount of: | $_____ |
| ___ | allowed as a priority claim in the amount of: | $_____ |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                         Ashley M. McDow

Trustee's                                 [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S)~~ ADDRESS:                    * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* P.O. Box 26650                          * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126                 * Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509_____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles_____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles_____, California. ___

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:                                        Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a             Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company       Substantially Consolidated with Case No. 14-30866 DM)
                                          OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
* Affects HASHFAST LLC, a Delaware limited  HEARING; CERTIFICATE OF SERVICE
liability company                          CLAIMANT: James Cain

Debtor(s) _____ /       CLAIM NO:  **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * James Cain | $4,068.96 | N/A (Sch. F) |
| * [email address only] | | |
| * | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                          Ashley M. McDow

Trustee's                                  [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S)~~) ADDRESS:                     * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)  * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* P.O. Box 26650                           * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126                  * Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Avenue, Suite 1400
Los Angeles, CA  90025-0509              .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____        at Los Angeles        , California. _____.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:                                          Chapter **11**

  HASHFAST TECHNOLOGIES, LLC, a              Case No. **14-30725 (Lead Case)** (Jointly Administered and
  California limited liability company        Substantively Consolidated with Case No. 14-30866 DM)
                                              OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
  * Affects HASHFAST LLC, a Delaware limited  HEARING; CERTIFICATE OF SERVICE
  liability company                           CLAIMANT: **Scott Cameron**
  Debtor(s)                              /    CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Scott Cameron | $2,291.71 | N/A (Sch. F) |
| * 1332 Rue des Cypres Pincourt | | |
| * Quebec J7W 0A8 Canada | | |
| * | | |

The basis for the objection is that the claim:

|     | duplicates claim no. _____ filed on _____ by _____. |
|-----|---|
|     | does not include a copy of the underlying judgment. |
|     | does not include a copy of the security agreement and evidence of perfection. |
|     | fails to assert grounds for priority. |
|     | does not include a copy of the assignment(s) upon which it is based. |
|     | appears to include interest or charges accrued after the filing of this case on _____. |
|     | is not timely filed. |
| X   | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     | allowed as a secured claim in the amount of:        | $_____. |
|-----|-----------------------------------------------------|----------------------|
|     | allowed as an unsecured claim in the amount of:     | $_____. |
|     | allowed as a priority claim in the amount of:       | $_____. |
| X   | disallowed in its entirety                           |                      |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                              Ashley M. McDow

Trustee's                                      [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
~~DEBTOR(S)~~ ADDRESS:                         * BAKER HOSTETLER LLP
* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* P.O. Box 26650                               * Email: amcdow@bakerlaw.com
* San Francisco, CA 94126                      * Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509          . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles          , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____  at Los Angeles          , California.    __  _____
*                                    *                                    *
*                                    *                                    *
*                                    *                                    *
*                                    *                                    *
Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Craig Carmichael**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Craig Carmichael | $2,461.39 | N/A (Sch. F) |
| \* 820 Dunsmuir Road | | |
| \* Victoria, British Columbia | | |
| \* V9A 5B7 Canada | | |

The basis for the objection is that the claim:

|     | |
|---|---|
| \_\_\_\_ | duplicates claim no. _____ filed on _____ by _____. |
| \_\_\_\_ | does not include a copy of the underlying judgment. |
| \_\_\_\_ | does not include a copy of the security agreement and evidence of perfection. |
| \_\_\_\_ | fails to assert grounds for priority. |
| \_\_\_\_ | does not include a copy of the assignment(s) upon which it is based. |
| \_\_\_\_ | appears to include interest or charges accrued after the filing of this case on _____. |
| \_\_\_\_ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     | | |
|---|---|---|
| \_\_\_\_ | allowed as a secured claim in the amount of: | $_____. |
| \_\_\_\_ | allowed as an unsecured claim in the amount of: | $_____. |
| \_\_\_\_ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of this notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                              /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Anthony Carrillo**
CLAIM NO:   **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Anthony Carrillo<br>* 1130 NE 104th Ave.<br>* Portland, OR 97022<br>* | $1,623.82 | N/A (Sch. F) |

The basis for the objection is that the claim:

|     |     |
|-----|-----|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X   | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     |     |     |
|-----|-----|-----|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X   | disallowed in its entirety |     |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S²)~~) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509_____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Dain Carver**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Dain Carver<br>* 240 Martine Avenue<br>* White Plains, NY 10601<br>* | $6,430.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~DEBTOR(S)~~ Trustee's ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____/

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Damian Castro**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Damian Castro <br> \* 32 Allen Road <br> \* Stoke Newington London <br> \* London N16 8SA United Kingdom | $4,244.27 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

Trustee's
~~DEBTOR(S)~~) ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow _____

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 _____
Los Angeles, CA 90025-0509 _____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

  HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

  * Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                          /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Central Computers**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Central Computers | $840.00 | N/A (Sch. F) |
| * 837 Howard Street | | |
| * San Francisco, California 94103 | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

| Dated: | at Los Angeles | , California. | |
|---|---|---|---|
| * | * | | * |
| * | * | | * |
| * | * | | * |
| * | * | | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Hing tat Chan**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Hing tat Chan<br>* No 38/21/f Russell Street<br>* Soundwill Plaza Causeway Bay<br>* Hong Kong Island, Hong Kong | $6,707.36 | N/A (Sch. F) |

The basis for the objection is that the claim:

|   |   |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|   |   |   |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.
* _____ * _____ * _____
* _____ * _____ * _____
* _____ * _____ * _____
* _____ * _____ * _____

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Jeremy Chan**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Jeremy Chan<br>\* 28A Jalan Medan Ipoh 9 Bandar Baru Medan<br>\* Ipoh Ipoh Perak 31400 Malaysia<br>\* | $6,939.80 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

Trustee's
~~DEBTOR(S~~) ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow _____

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles _____, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.
| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Kyle Chase**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Kyle Chase | $7,615.29 | N/A (Sch. F) |
| \* | | |
| \* | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

| Dated _____ at Los Angeles , California. | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Amro Abdelgawad**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Amro Abdelgawad<br>\* 57 Ira Road, #187<br>\* Syosset, NY 11791<br>\* | $7,999.25 | N/A (Sch. F) |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.

___ does not include a copy of the underlying judgment.

___ does not include a copy of the security agreement and evidence of perfection.

___ fails to assert grounds for priority.

___ does not include a copy of the assignment(s) upon which it is based.

___ appears to include interest or charges accrued after the filing of this case on _____.

___ is not timely filed.

**X** The books and records of the Debtors are not reliable. Therefore, the liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.

___ allowed as an unsecured claim in the amount of: $_____.

___ allowed as a priority claim in the amount of: $_____.

**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S~~) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **L.J. Vermaat**

CLAIM NO:  **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* L.J. Vermaat<br>\* Kanaalweg 81 3041JE<br>\* Rotterdam, Netherlands | 6,794.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

\_\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_\_ does not include a copy of the underlying judgment.
\_\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_\_ fails to assert grounds for priority.
\_\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_\_ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. _____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_\_ allowed as a secured claim in the amount of: $_____.
\_\_\_\_ allowed as an unsecured claim in the amount of: $_____.
\_\_\_\_ allowed as a priority claim in the amount of: $_____.
**X** disallowed in its entirety _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone:  310.820.8800

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Mark Von Germeten
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Mark Von Germeten<br>\* 20792 SW Nettle Pl<br>\* Sherwood, OR 97140 | 3,848.35 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage prepaid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010