UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Oldrich Vorac**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Oldrich Vorac<br>\* 10 Gort a Lin John Street Dingle Kerry<br>\* Kerry, Republic of Ireland | 5,048.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ by _____.
____ does not include a copy of the underlying judgment.
____ does not include a copy of the security agreement and evidence of perfection.
____ fails to assert grounds for priority.
____ does not include a copy of the assignment(s) upon which it is based.
____ appears to include interest or charges accrued after the filing of this case on _____.
____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____ allowed as a secured claim in the amount of: $_____.
____ allowed as an unsecured claim in the amount of: $_____.
____ allowed as a priority claim in the amount of: $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Ferdinand Vykoukal
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Ferdinand Vykoukal<br>* Calle Alonso Heredia 6<br>* Madrid, Spain 28028 | 5,282.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____/

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Marcel Wagner**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Marcel Wagner | 4,244.27 | N/A (Sch. F) |
| * Beutelsdorf 39a | | |
| * 07407 Uhlstaedt-Kirchhasel Germany | | |

The basis for the objection is that the claim:

|   |   |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. _____. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|   |   |   |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | _____. |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Nathan Wallace**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Nathan Wallace | 6,322.00 | N/A (Sch. F) |
| * 3836 W. Tamarisk Ct. | | |
| * South Jordan, UT 84095 | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, on Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Kat Walsh & Gregory Maxwell**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Kat Walsh & Gregory Maxwell<br>\* 650 Castro St.<br>\* Ste. 120-293<br>\* Mountain View, CA 94041 | 6,143.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____ . |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____ . |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the<br>nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____ . |
| ____ | allowed as an unsecured claim in the amount of: | $_____ . |
| ____ | allowed as a priority claim in the amount of: | $_____ . |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Sean Walsh (Bertram Capital)**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Sean Walsh (Bertram Capital)<br>\* 800 Concar Drive<br>\* Suite 100<br>\* San Mateo, CA 94402 | 6,888.71 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| \_\_\_ | duplicates claim no. \_\_\_\_\_ filed on _____ by _____. |
| \_\_\_ | does not include a copy of the underlying judgment. |
| \_\_\_ | does not include a copy of the security agreement and evidence of perfection. |
| \_\_\_ | fails to assert grounds for priority. |
| \_\_\_ | does not include a copy of the assignment(s) upon which it is based. |
| \_\_\_ | appears to include interest or charges accrued after the filing of this case on _____. |
| \_\_\_ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| \_\_\_ | allowed as a secured claim in the amount of: | $_____. |
| \_\_\_ | allowed as an unsecured claim in the amount of: | $_____. |
| \_\_\_ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **George Wang**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* George Wang | 2,290.00 | N/A (Sch. F) |
| \* 1707-2008 Madison Ave. | | |
| \* Burnaby, British Columbia | | |
| \* V5C 6T5 Canada | | |

The basis for the objection is that the claim:

_____  duplicates claim no. _____ filed on _____ by _____.
_____  does not include a copy of the underlying judgment.
_____  does not include a copy of the security agreement and evidence of perfection.
_____  fails to assert grounds for priority.
_____  does not include a copy of the assignment(s) upon which it is based.
_____  appears to include interest or charges accrued after the filing of this case on _____.
_____  is not timely filed.
__X__  The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
        nature of the claim. _____

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____  allowed as a secured claim in the amount of:       $_____.
_____  allowed as an unsecured claim in the amount of:    $_____.
_____  allowed as a priority claim in the amount of:      $_____.
__X__  disallowed in its entirety _____

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR('S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509            .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                  , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Hamilton Wang**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Hamilton Wang | 13,228.00 | N/A (Sch. F) |
| \* No. 101, Songjiang Road, Floor 11 | | |
| \* Taipei City Zhongshan District 104 | | |
| \* Taiwan | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____ . |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____ . |
| ____ | is not timely filed. |
| **X** | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $ _____ . |
| ____ | allowed as an unsecured claim in the amount of: | $ _____ . |
| ____ | allowed as a priority claim in the amount of: | $ _____ . |
| **X** | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Xiwen Wang**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Xiwen Wang | 34,038.55 | N/A (Sch. F) |
| * 165 BAYSHORE DR. | | |
| * BRECHIN Ontario L0K 1B0 | | |
| * Canada | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter 11
Case No. 14-30725 (Lead Case) (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Bryce Weiner
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Bryce Weiner<br>\* 621 W Monetcito St #4<br>\* Santa Barbara, CA 93101 | 2,515.94 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509_____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage prepaid, at Los Angeles_____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles_____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Luke Wen
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Luke Wen | 2,365.25 | N/A (Sch. F) |
| * 4370 Blossom Hill Trl | | |
| * Ann Arbor, MI 48108 | | |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.
___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
___ fails to assert grounds for priority.
___ does not include a copy of the assignment(s) upon which it is based.
___ appears to include interest or charges accrued after the filing of this case on _____.
___ is not timely filed.
_X_ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.
___ allowed as an unsecured claim in the amount of: $_____.
___ allowed as a priority claim in the amount of: $_____.
_X_ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Eric Whyne
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Eric Whyne | 2,420.34 | N/A (Sch. F) |
| * 21860 Regents Park Circle | | |
| * Sterling, VA 20166 | | |

The basis for the objection is that the claim:

|     | duplicates claim no. _____ filed on _____ by _____. |
|-----|---|
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X   | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     | allowed as a secured claim in the amount of: | $_____. |
|-----|---|---|
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X   | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Jazz Wiesman**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * **Jazz Wiesman** <br> * **2031 SE 38th Ave** <br> * **Portland, OR 97214** | 4,040.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.

___ does not include a copy of the underlying judgment.

___ does not include a copy of the security agreement and evidence of perfection.

___ fails to assert grounds for priority.

___ does not include a copy of the assignment(s) upon which it is based.

___ appears to include interest or charges accrued after the filing of this case on _____.

___ is not timely filed.

**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.

___ allowed as an unsecured claim in the amount of: $_____.

___ allowed as a priority claim in the amount of: $_____.

**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, on Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

* _____ * _____ * _____
* _____ * _____ * _____
* _____ * _____ * _____
* _____ * _____ * _____

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)             /

Chapter 11

Case No. 14-30725 (Lead Case) (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

CLAIMANT: Daniel Williams

CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Daniel Williams<br>* 10211 Portland Road<br>* Silver Spring, MD 20901 | 2,275.28 | N/A (Sch. F) |

The basis for the objection is that the claim:

|     |     |
|-----|-----|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     |     |
|-----|-----|
| ___ | allowed as a secured claim in the amount of:   $_____. |
| ___ | allowed as an unsecured claim in the amount of:   $_____. |
| ___ | allowed as a priority claim in the amount of:   $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Mark Williams, Off Road Unlimited**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Mark Williams, Off Road Unlimited<br>\* 1712 Historic Hwy 441<br>\* Clarkesville, GA 30523 | 3,890.37 | N/A (Sch. F) |

The basis for the objection is that the claim:

|   |   |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____ |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|   |   |   |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $ _____. |
| ____ | allowed as an unsecured claim in the amount of: | $ _____. |
| ____ | allowed as a priority claim in the amount of: | $ _____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated. _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Stephen Witty**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Stephen Witty | 3,795.44 | N/A (Sch. F) |
| * 3019 Jade Drive | | |
| * Harrison, AR 72601 | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | |
|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, on Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:                               Chapter **11**

  HASHFAST TECHNOLOGIES, LLC, a       Case No. **14-30725 (Lead Case)** (Jointly Administered and
  California limited liability company       Substantively Consolidated with Case No. 14-30866 DM)
                               OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
  * Affects HASHFAST LLC, a Delaware limited   HEARING; CERTIFICATE OF SERVICE
  liability company                  CLAIMANT: Gonbo Wu
  Debtor(s)                        /   CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Gonbo Wu | 6,010.00 | N/A (Sch. F) |
| * N/A | | |
| * | | |

The basis for the objection is that the claim:

|     | |
|-----|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____ |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     | |
|-----|---|
| ___ | allowed as a secured claim in the amount of:    $_____. |
| ___ | allowed as an unsecured claim in the amount of: $_____. |
| ___ | allowed as a priority claim in the amount of:    $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                     Ashley M. McDow

Trustee's
~~DEBTOR(S)~~ ADDRESS:              [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* Michael G. Kasolas (the Trustee for the Liquidating Trust)   * BAKER HOSTETLER LLP
* P.O. Box 26650                   * 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* San Francisco, CA 94126            * Email: amcdow@bakerlaw.com

                                    * Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **James Wu**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * James Wu | 2,459.00 | N/A (Sch. F) |
| * 1221 North Vineyard Ave., Unit #1 | | |
| * Ontario, CA 91764 | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be made and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____
* * *
* * *
* * *
* * *

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                        /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Corey Wysong**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Corey Wysong | 2,277.31 | N/A (Sch. F) |
| \* 4499 E Fox Run Drive | | |
| \* Syracuse, IN 46567 | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| \_\_\_ | duplicates claim no. _____ filed on _____ by _____. |
| \_\_\_ | does not include a copy of the underlying judgment. |
| \_\_\_ | does not include a copy of the security agreement and evidence of perfection. |
| \_\_\_ | fails to assert grounds for priority. |
| \_\_\_ | does not include a copy of the assignment(s) upon which it is based. |
| \_\_\_ | appears to include interest or charges accrued after the filing of this case on _____. |
| \_\_\_ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| \_\_\_ | allowed as a secured claim in the amount of: | $_____. |
| \_\_\_ | allowed as an unsecured claim in the amount of: | $_____. |
| \_\_\_ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Zhengxian Xu
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Zhengxian Xu<br>* Guangzhou, 12A2F, 9 Street,<br>  Butterfly Garden, QIFU XINCUN<br>* Panyu District, China 511495<br>* Guangdon | 2,636.78 | N/A (Sch. F) |

The basis for the objection is that the claim:

_____ duplicates claim no. _____ filed on _____ by _____.
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____.
_____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
nature of the claim. _____

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____ allowed as a secured claim in the amount of: $_____.
_____ allowed as an unsecured claim in the amount of: $_____.
_____ allowed as a priority claim in the amount of: $_____.
__X__ disallowed in its entirety _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Yipu Xue**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Yipu Xue | 3,158.57 | N/A (Sch. F) |
| * 229 Lady Nadia Drive Vaughan Ontario | | |
| * L6A | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. _____. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $ _____. |
| ___ | allowed as an unsecured claim in the amount of: | $ _____. |
| ___ | allowed as a priority claim in the amount of: | $ _____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Avenue, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Xunyu Yang**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Xunyu Yang<br>* 15223 Edgemoor St<br>* San Leandro, CA 94579 | 7,716.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

|     |     |
|-----|-----|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|     |     |     |
|-----|-----|-----|
| ___ | allowed as a secured claim in the amount of: | $_____ |
| ___ | allowed as an unsecured claim in the amount of: | $_____ |
| ___ | allowed as a priority claim in the amount of: | $_____ |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

|   |   |   |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Jet Yap
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Jet Yap | 8,241.95 | N/A (Sch. F) |
| \* N/A | | |
| \* | | |

The basis for the objection is that the claim:

\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_ does not include a copy of the underlying judgment.
\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_ fails to assert grounds for priority.
\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim. _____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_ allowed as a secured claim in the amount of: $_____.
\_\_\_ allowed as an unsecured claim in the amount of: $_____.
\_\_\_ allowed as a priority claim in the amount of: $_____.
**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document I declare, under penalty of perjury, that the foregoing is true and correct.

| Dated | at Los Angeles , California. |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Jon Yellowlees (Dan Rose Tech Set)**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Jon Yellowlees<br>* Dan Rose Tech Set<br>* 3326 Catherine Street<br>* Jackson, MI 49203 | 3,805.80 | N/A (Sch. F) |

The basis for the objection is that the claim:

_____ duplicates claim no. _____ filed on _____ by _____.
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____.
_____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____ allowed as a secured claim in the amount of:      $_____.
_____ allowed as an unsecured claim in the amount of:   $_____.
_____ allowed as a priority claim in the amount of:     $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509         . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles              , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.   _____
* _____        * _____        * _____
* _____        * _____        * _____
* _____        * _____        * _____
* _____        * _____        * _____

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____/

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Tsvetomir Yotov
CLAIM NO: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Tsvetomir Yotov | 7,376.69 | N/A (Sch. F) |
| * N/A | | |
| * | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____ |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                        /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Alexander Young**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Alexander Young | 2,264.96 | N/A (Sch. F) |
| \* 5015 N Avenida De La Colina | | |
| \* Tanque Verde, AZ 85749 | | |
| \* | | |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
**X**    The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:    $_____.
___    allowed as an unsecured claim in the amount of:    $_____.
___    allowed as a priority claim in the amount of:    $_____.
**X**    disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantially Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Manuel Zepeda**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Manuel Zepeda | 13,777.00 | N/A (Sch. F) |
| \* 2310 Westgate Road, Unit 14 | | |
| \* Santa Maria, CA 93455 | | |
| \* | | |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.
___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
___ fails to assert grounds for priority.
___ does not include a copy of the assignment(s) upon which it is based.
___ appears to include interest or charges accrued after the filing of this case on _____.
___ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.
___ allowed as an unsecured claim in the amount of: $_____.
___ allowed as a priority claim in the amount of: $_____.
**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: **11/25/2015** _____

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

**Ashley M. McDow**

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                     /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantially Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Chris Zheng**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Chris Zheng | 2,275.00 | N/A (Sch. F) |
| \* N/A | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | |
|---|---|
| ___ | allowed as a secured claim in the amount of: $_____. |
| ___ | allowed as an unsecured claim in the amount of: $_____. |
| ___ | allowed as a priority claim in the amount of: $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Wei Zhou**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Wei Zhou | 7,009.10 | N/A (Sch. F) |
| \* N/A | | |
| \* | | |
| \* | | |

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ by _____.
____ does not include a copy of the underlying judgment.
____ does not include a copy of the security agreement and evidence of perfection.
____ fails to assert grounds for priority.
____ does not include a copy of the assignment(s) upon which it is based.
____ appears to include interest or charges accrued after the filing of this case on _____
____ is not timely filed.
_X_ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____ allowed as a secured claim in the amount of: $_____
____ allowed as an unsecured claim in the amount of: $_____
____ allowed as a priority claim in the amount of: $_____
_X_ disallowed in its entirety

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015
Trustee's
~~DEBTOR(S)~~ ) ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California. _____
\* \* \*
\* \* \*
\* \* \*
\* \* \*
Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Toshiya Zifon**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Toshiya Zifon | 2,584.70 | N/A (Sch. F) |
| \* N/A | | |
| \* | | |

The basis for the objection is that the claim:

\_\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_\_ does not include a copy of the underlying judgment.
\_\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_\_ fails to assert grounds for priority.
\_\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_\_ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_\_ allowed as a secured claim in the amount of: $ _____.
\_\_\_\_ allowed as an unsecured claim in the amount of: $ _____.
\_\_\_\_ allowed as a priority claim in the amount of: $ _____.
**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR('S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010