UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a<br>California limited liability company<br><br>* Affects HASHFAST LLC, a Delaware limited<br>liability company<br><br>Debtor(s) / | Chapter **11**<br>Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)<br>OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE<br>CLAIMANT: **Santiago Marin**<br>CLAIM NO: **Schedule F** |

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Santiago Marin<br>* 1601 NW 82 Avenue<br>Flybox #6834<br>* Miami, FL 33126<br>* | $2,326.02 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____ |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S²)~~) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Matas, Francisco Joee Romero**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Francisco Joee Romero Matas<br>* Paseo de la Copla<br>* 17 Bajo B 14005 Cordoba<br>* Cordoba, Spain<br>* | $4,292.11 | N/A (Sch. F) |

The basis for the objection is that the claim:

___   duplicates claim no. _____ filed on _____ by _____.

___   does not include a copy of the underlying judgment.

___   does not include a copy of the security agreement and evidence of perfection.

___   fails to assert grounds for priority.

___   does not include a copy of the assignment(s) upon which it is based.

___   appears to include interest or charges accrued after the filing of this case on _____.

___   is not timely filed.

**X**   The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___   allowed as a secured claim in the amount of:   $_____.

___   allowed as an unsecured claim in the amount of:   $_____.

___   allowed as a priority claim in the amount of:   $_____.

**X**   disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S~~²) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.   _____

*      *      *
*      *      *
*      *      *
*      *      *

Rev. 1/2010

In re:

Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

\* Affects HASHFAST LLC, a Delaware limited liability company

CLAIMANT: **Michael Mathias**

CLAIM NO: **Schedule F**

Debtor(s) /

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Michael Mathias <br> \* Waldhofer Str. 102 <br> \* 69123 Heidelberg Germany <br> \* | $2,600.01 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Ashley M. McDow

Trustee's
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Gregory Maxwell**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Gregory Maxwell<br>* 650 Castro Street<br>* Suite 120-293<br>* Mountain View, CA 90410<br>* | $6,136.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: **11/25/2015**

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles        , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)          /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Anze Mazovec
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Anze Mazovec<br>* Pod Rebrom 24<br>* 4264 Bohinjska Bistrica Slovenia<br>* | $2,854.82 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| \_\_\_\_ | duplicates claim no. _____ filed on _____ by _____. |
| \_\_\_\_ | does not include a copy of the underlying judgment. |
| \_\_\_\_ | does not include a copy of the security agreement and evidence of perfection. |
| \_\_\_\_ | fails to assert grounds for priority. |
| \_\_\_\_ | does not include a copy of the assignment(s) upon which it is based. |
| \_\_\_\_ | appears to include interest or charges accrued after the filing of this case on _____. |
| \_\_\_\_ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | |
|---|---|
| \_\_\_\_ | allowed as a secured claim in the amount of:   $_____. |
| \_\_\_\_ | allowed as an unsecured claim in the amount of:   $_____. |
| \_\_\_\_ | allowed as a priority claim in the amount of:   $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~) ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated _____ at Los Angeles , California. _____
| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Nathaniel McCray**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Nathaniel McCray<br>* 3723 Saddle Horn Trl<br>* Ogden, KS 66517<br>* | $4,038.30 | N/A (Sch. F) |

The basis for the objection is that the claim:

___   duplicates claim no. _____ filed on _____ by _____.
___   does not include a copy of the underlying judgment.
___   does not include a copy of the security agreement and evidence of perfection.
___   fails to assert grounds for priority.
___   does not include a copy of the assignment(s) upon which it is based.
___   appears to include interest or charges accrued after the filing of this case on _____.
___   is not timely filed.
**X**   The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___   allowed as a secured claim in the amount of:   $_____.
___   allowed as an unsecured claim in the amount of:   $_____.
___   allowed as a priority claim in the amount of:   $_____.
**X**   disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: **11/25/2015**

Trustee's
~~DEBTOR(S²)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

**Ashley M. McDow**

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                      . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles             , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California. _____

*     *     *
*     *     *
*     *     *
*     *     *

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Allen McGhan**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Allen McGhan | $4,109.89 | N/A (Sch. F) |
| \* Keylink IT | | |
| \* 535 Shute Ln | | |
| Hendersonville, TN 37075 | | |
| \* | | |

The basis for the objection is that the claim:

\_\_\_  duplicates claim no. _____ filed on _____ by _____.
\_\_\_  does not include a copy of the underlying judgment.
\_\_\_  does not include a copy of the security agreement and evidence of perfection.
\_\_\_  fails to assert grounds for priority.
\_\_\_  does not include a copy of the assignment(s) upon which it is based.
\_\_\_  appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_  is not timely filed.
 X  The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
        nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_  allowed as a secured claim in the amount of:      $_____.
\_\_\_  allowed as an unsecured claim in the amount of:   $_____.
\_\_\_  allowed as a priority claim in the amount of:      $_____.
 X  disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                    . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                    , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____/

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Brian McKittrick**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Brian McKittrick | $6,416.00 | N/A (Sch. F) |
| * 813 Whitney St | | |
| * Cedar Hill, TX  75104 | | |
| * | | |

The basis for the objection is that the claim:

_____ duplicates claim no. _____ filed on _____ by _____.
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____.
_____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____ allowed as a secured claim in the amount of:    $_____.
_____ allowed as an unsecured claim in the amount of:    $_____.
_____ allowed as a priority claim in the amount of:    $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA  90025-0509 .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____

*      *      *
*      *      *
*      *      *
*      *      *

Rev. I/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Martin Medeiros**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Martin Medeiros<br>\* 11 Gilbert-Garneau Gatineau<br>\* Quebec J8T 4A7 Canada<br>\* | $3,791.52 | N/A (Sch. F) |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
**X**    The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:    $_____
___    allowed as an unsecured claim in the amount of:    $_____
___    allowed as a priority claim in the amount of:    $_____
**X**    disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Kelly Meese**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Kelly Meese | $2,397.00 | N/A (Sch. F) |
| \* [email address only] | | |
| \* | | |
| \* | | |

The basis for the objection is that the claim:

|      | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| **X** | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|      | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| **X** | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is made.

Dated: 11/25/2015

Trustee's
DEBTOR(S) ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                      /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Cees Meijburg**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Cees Meijburg<br>* 300 Topsham Road Exeter Devon<br>* EX2 6HG United Kingdom<br>* | $2,590.34 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | |
|---|---|
| ____ | allowed as a secured claim in the amount of: $_____. |
| ____ | allowed as an unsecured claim in the amount of: $_____. |
| ____ | allowed as a priority claim in the amount of: $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; 4)
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509       . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Amos Mengel**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Amos Mengel | $2,692.00 | N/A (Sch. F) |
| \* 58 Raphael Rd | | |
| Winnellie Northern Territory | | |
| \* 0820 Australia | | |
| \* | | |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.
___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
___ fails to assert grounds for priority.
___ does not include a copy of the assignment(s) upon which it is based.
___ appears to include interest or charges accrued after the filing of this case on _____.
___ is not timely filed.
_X_ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.
___ allowed as an unsecured claim in the amount of: $_____.
___ allowed as a priority claim in the amount of: $_____.
_X_ disallowed in its entirety

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.
\* _____ \* _____ \* _____
\* _____ \* _____ \* _____
\* _____ \* _____ \* _____
\* _____ \* _____ \* _____

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                          /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Merkabahnk**
CLAIM NO:  **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Merkabahnk | $3,795.30 | N/A (Sch. F) |
| * 19 Watchung Ave Loor 2 | | |
| * West Orange, NJ 07052 | | |
| * | | |

The basis for the objection is that the claim:

_____  duplicates claim no. _____ filed on _____ by _____.
_____  does not include a copy of the underlying judgment.
_____  does not include a copy of the security agreement and evidence of perfection.
_____  fails to assert grounds for priority.
_____  does not include a copy of the assignment(s) upon which it is based.
_____  appears to include interest or charges accrued after the filing of this case on _____.
_____  is not timely filed.
__X__  The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
        nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____  allowed as a secured claim in the amount of:        $_____.
_____  allowed as an unsecured claim in the amount of:   $_____.
_____  allowed as a priority claim in the amount of:         $_____.
__X__  disallowed in its entirety                                                                              .

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509          . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles          , California.

| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                        /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Jared Metzler**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Jared Metzler | $3,784.03 | N/A (Sch. F) |
| * 826 N 3rd St | | |
| * Lincoln, KS 67455 | | |
| * | | |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
_X_    The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
       nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:   $_____.
___    allowed as an unsecured claim in the amount of:   $_____.
___    allowed as a priority claim in the amount of:   $_____.
_X_    disallowed in its entirety

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S²)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Jean-Andrew Mikesell**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Jean-Andrew Mikesell<br>* 26652 Calle Salida<br>* Capistrano Beach, CA  92624<br>* | $6,928.88 | N/A (Sch. F) |

The basis for the objection is that the claim:

____    duplicates claim no. _____ filed on _____ by _____.
____    does not include a copy of the underlying judgment.
____    does not include a copy of the security agreement and evidence of perfection.
____    fails to assert grounds for priority.
____    does not include a copy of the assignment(s) upon which it is based.
____    appears to include interest or charges accrued after the filing of this case on _____.
____    is not timely filed.
__X__   The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
        nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____    allowed as a secured claim in the amount of:        $_____.
____    allowed as an unsecured claim in the amount of:     $_____.
____    allowed as a priority claim in the amount of:       $_____.
__X__   disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509                . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles                    , California, on the date noted below and addressed to the
Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **James Miller**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * James Miller <br> * 410 Cahill Rd <br> * Streamwood, IL 60107 <br> * | $2,326.02 | N/A (Sch. F) |

The basis for the objection is that the claim:

___    duplicates claim no. _____ filed on _____ by _____.

___    does not include a copy of the underlying judgment.

___    does not include a copy of the security agreement and evidence of perfection.

___    fails to assert grounds for priority.

___    does not include a copy of the assignment(s) upon which it is based.

___    appears to include interest or charges accrued after the filing of this case on _____.

___    is not timely filed.

**X**    The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___    allowed as a secured claim in the amount of:    $_____.

___    allowed as an unsecured claim in the amount of:    $_____.

___    allowed as a priority claim in the amount of:    $_____.

**X**    disallowed in its entirety

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's DEBTOR(S')~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Warren Miller**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Warren Miller<br>* 57 Dongola Road, First Floor Flat<br>  London N17 6EB<br>* United Kingdom<br>* | $1,756.25 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S²)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                          /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Andrey Fishchenko**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Andrey Fishchenko<br>\* 100 Naamans Road 4B<br>\* Ste 131986<br>\* Claymont, DE 19703 | $3,955.58 | N/A (Sch. F) |

The basis for the objection is that the claim:

_____ duplicates claim no. _____ filed on _____ by _____.
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____.
_____ is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the
nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_____ allowed as a secured claim in the amount of:          $_____.
_____ allowed as an unsecured claim in the amount of:       $_____.
_____ allowed as a priority claim in the amount of:         $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

**Ashley M. McDow**

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509         . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles         , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: **Raymond Floyd**

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Raymond Floyd<br>\* Floyd Company<br>\* 191 E. Main Street<br>\* Tustin, CA 92780 | 7,067.00 | N/A (Sch. F) |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.

___ does not include a copy of the underlying judgment.

___ does not include a copy of the security agreement and evidence of perfection.

___ fails to assert grounds for priority.

___ does not include a copy of the assignment(s) upon which it is based.

___ appears to include interest or charges accrued after the filing of this case on _____.

___ is not timely filed.

**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.

___ allowed as an unsecured claim in the amount of: $_____.

___ allowed as a priority claim in the amount of: $_____.

**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Janez Franko**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Janez Franko | $2,854.82 | N/A (Sch. F) |
| * [email address only] | | |
| * | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Gamain Jean Galburt**
CLAIM NO.: Schedule F

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Gamain Jean Galburt | $2,563.54 | N/A (Sch. F) |
| \* 3 Rue de la Belle Meuniere | | |
| \* 28190 Saint-George-sur-Eure, France | | |
| \* | | |

The basis for the objection is that the claim:

\_\_\_\_ duplicates claim no. _____ filed on _____ by _____.
\_\_\_\_ does not include a copy of the underlying judgment.
\_\_\_\_ does not include a copy of the security agreement and evidence of perfection.
\_\_\_\_ fails to assert grounds for priority.
\_\_\_\_ does not include a copy of the assignment(s) upon which it is based.
\_\_\_\_ appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_\_ is not timely filed.
**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

\_\_\_\_ allowed as a secured claim in the amount of: $_____.
\_\_\_\_ allowed as an unsecured claim in the amount of: $_____.
\_\_\_\_ allowed as a priority claim in the amount of: $_____.
**X** disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter **11** |
| HASHFAST TECHNOLOGIES, LLC, a<br>California limited liability company | Case No. **14-30725 (Lead Case)** (Jointly Administered and<br>Substantively Consolidated with Case No. 14-30866 DM)<br>OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR<br>HEARING; CERTIFICATE OF SERVICE |
| * Affects HASHFAST LLC, a Delaware limited<br>liability company | CLAIMANT: **Matt Gallegos** |
| Debtor(s) | CLAIM NO: **Schedule F** |

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Matt Gallegos<br>* [email address only]<br>*<br>* | $2,422.71 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the<br>nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com
* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:                                          Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a               Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company         Substantively Consolidated with Case No. 14-30866 DM)
                                            OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
\* Affects HASHFAST LLC, a Delaware limited  HEARING; CERTIFICATE OF SERVICE
liability company                            CLAIMANT: **Joah Gamborino**

Debtor(s)_____/          CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Joah Gamborino | $6,842.00 | N/A (Sch. F) |
| \* Carrer Esteve Dolsa N29 | | |
| \* Andorra la Vella AD500 | | |
| \* Andorra | | |

The basis for the objection is that the claim:

____  duplicates claim no. _____ filed on _____ by _____.
____  does not include a copy of the underlying judgment.
____  does not include a copy of the security agreement and evidence of perfection.
____  fails to assert grounds for priority.
____  does not include a copy of the assignment(s) upon which it is based.
____  appears to include interest or charges accrued after the filing of this case on _____.
____  is not timely filed.
__X__ The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
      nature of the claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____  allowed as a secured claim in the amount of:        $_____.
____  allowed as an unsecured claim in the amount of:     $_____.
____  allowed as a priority claim in the amount of:       $_____.
__X__ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015                            Ashley M. McDow

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:                      [Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)   \* BAKER HOSTETLER LLP
\* P.O. Box 26650                            \* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* San Francisco, CA 94126                   \* Email: amcdow@bakerlaw.com

                                             \* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509_____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles_____, California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles_____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Michael Giovinco**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Michael Giovinco<br>\* 61 Sterling St<br>\* Somerville, MA 02144<br>\* | $1,638.62 | N/A (Sch. F) |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **David Gladden**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* David Gladden | $3,873.20 | N/A (Sch. F) |
| \* [email address only] | | |
| \* | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ____ | allowed as a secured claim in the amount of: | $_____. |
| ____ | allowed as an unsecured claim in the amount of: | $_____. |
| ____ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: **310.820.8800**

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                              /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Aleksandrs Glocovs**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Aleksandrs Glocovs | $5,068.19 | N/A (Sch. F) |
| \* 119 Adelaide Grove | | |
| \* London W12 OJH United Kingdom | | |
| \* | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| **X** | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| **X** | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com
\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____ /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Pete Gorman**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Pete Gorman | $2,670.40 | N/A (Sch. F) |
| * 52 Doctors Point Road | | |
| * Waitati 9085 New Zealand | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:
* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com
* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| | | |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)_____ /

Chapter **11**
Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Jon Gotleib**
CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* Jon Gotleib | $51,250.00 | N/A (Sch. F) |
| \* [email address only] | | |
| \* | | |
| \* | | |

The basis for the objection is that the claim:

|    | |
|---|---|
| ____ | duplicates claim no. _____ filed on _____ by _____. |
| ____ | does not include a copy of the underlying judgment. |
| ____ | does not include a copy of the security agreement and evidence of perfection. |
| ____ | fails to assert grounds for priority. |
| ____ | does not include a copy of the assignment(s) upon which it is based. |
| ____ | appears to include interest or charges accrued after the filing of this case on _____. |
| ____ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

|    | |
|---|---|
| ____ | allowed as a secured claim in the amount of: $_____. |
| ____ | allowed as an unsecured claim in the amount of: $_____. |
| ____ | allowed as a priority claim in the amount of: $_____. |
| X | disallowed in its entirety |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S')~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| \* | \* | \* |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

In re:                                          Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a                    Case No. **14-30725 (Lead Case)** (Jointly Administered and
California limited liability company             Substantively Consolidated with Case No. 14-30866 DM)
                                                 OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
 * Affects HASHFAST LLC, a Delaware limited      HEARING; CERTIFICATE OF SERVICE
 liability company                               CLAIMANT: **Scott Gray**
Debtor(s)                                      / CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Scott Gray | $6,507.52 | N/A (Sch. F) |
| * 612 W. 10th St. | | |
| * Juneau, AK 99801 | | |
| * | | |

The basis for the objection is that the claim:

| | |
|---|---|
| ___ | duplicates claim no. _____ filed on _____ by _____. |
| ___ | does not include a copy of the underlying judgment. |
| ___ | does not include a copy of the security agreement and evidence of perfection. |
| ___ | fails to assert grounds for priority. |
| ___ | does not include a copy of the assignment(s) upon which it is based. |
| ___ | appears to include interest or charges accrued after the filing of this case on _____. |
| ___ | is not timely filed. |
| X | The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount,validity, and/or the nature of the claim. |

The Objecting Party will ask the Court to enter an Order providing that the claim is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| ___ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| X | disallowed in its entirety | |

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

~~Trustee's~~
~~DEBTOR(S)~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com
* Telephone: 310.820.8800

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010

In re:

Chapter **11**

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

* Affects HASHFAST LLC, a Delaware limited
liability company

CLAIMANT: **Michael Greiner**

Debtor(s) _____ /

CLAIM NO: **Schedule F**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Michael Greiner | $11,523.80 | N/A (Sch. F) |
| * 49 Pennsylvania Ct | | |
| * Morton, IL 61550 | | |
| * | | |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.

___ does not include a copy of the underlying judgment.

___ does not include a copy of the security agreement and evidence of perfection.

___ fails to assert grounds for priority.

___ does not include a copy of the assignment(s) upon which it is based.

___ appears to include interest or charges accrued after the filing of this case on _____.

___ is not timely filed.

**X** The books and records of the Debtors are not reliable. Therefore, the Liquidating Trustee does not have sufficient evidence to determine amount, validity, and/or the
nature of the claim. _____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.

___ allowed as an unsecured claim in the amount of: $_____.

___ allowed as a priority claim in the amount of: $_____.

**X** disallowed in its entirety _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S)~~ ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26650
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
* Email: amcdow@bakerlaw.com

* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.

| * | * | * |
|---|---|---|
| * | * | * |
| * | * | * |
| * | * | * |

Rev. 1/2010