NANCY WENG, ESQ. (SBN: 251215)
DAVID TRINH, ESQ. (SBN: 269958)
Trinh Law
99 North First Street, Suite 200
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
dtrinh@trinhlawfirm.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Hashfast Technologies, LLC,<br><br>A California Limited Liability Company<br><br>Debtor(s). | Case No. 14-30725<br><br>Chapter 11<br><br>LOOKSMART LTD.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 68-1 AND REQUEST FOR HEARING |

LOOKSMART LTD ("Claimant"), an unsecured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following response to the Debtor's Objection to Claim # 68-1, and requests that this matter be set for hearing.

1. LOOKSMART LTD entered into a contract for purchase of goods from the Debtor on September 25, 2013 in the amount of $208,000.
2. The Debtor breached the agreement by failing to deliver the goods.

1

3. In support of its claim, Claimant filed an "Order Confirmation" from the Debtor along with proof that the funds were wired to the Debtor for payment of the goods in the amount of $208,000.
4. The claim included an amount and an agreement between the parties. The Claimant has filed a Proof of Claim in accordance with Rule 3001 and has therefore mad a prima facie showing of the validity of its claim.
5. Although the contract was not signed, it was emailed by the Hasfastfast Technologies LLC VP of Marketing, John Skrodenis and intended to be a fully executed contract and therefore an enforceable contract under California Commercial Code §2201.
6. The Claimant therefore requests a hearing where additional evidence may be submitted should it be necessary.
7. Should the Court sustain the objection, Claimant requests that it be without prejudice.

Dated: December 8, 2015

By: */s/ Nancy Weng*
    NANCY WENG