NANCY WENG, ESQ. (SBN: 251215)
DAVID TRINH, ESQ. (SBN: 269958)
Trinh Law
99 North First Street, Suite 200
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774

Attorneys for Looksmart

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

Hashfast Technologies, LLC,

A California Limited Liability Company

Debtor(s).

Case No. 14-30725

Chapter 11

**CERTIFICATE OF SERVICE**

---

I am employed in the County of Santa Clara, State of California. I am at least 18 years of age and not a party to the within action; my business address is 99 N. First St, Ste 200; San Jose, CA 95112.

On December 9, 2015, I served the interested parties with the document described as follows: LOOKSMART LTD.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 68-1 AND REQUEST FOR HEARING by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ashley M. McDow
Baker Hostetler
11601 Wilshire Blvd. suite 1400
Los Angeles, CA 90025

I certify and declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed at San Jose, California on December 9, 2015      /s/Kim Do_____

Kim Do

1