Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
      mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: |
| | Case No. 14-30866 DM |
| | Chapter 11 |

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), by and through his undersigned counsel, and Hypertechnologie Ciara Inc. (the "**Claimant**") hereby stipulate and agree as follows:

1. The Trustee filed an objection to claim, dated November 25, 2015 (the "**Objection to Claim**"), against Proof of Claim No 174 filed by Claimant.

2. The current deadline to respond to the Objection to Claim is December 16, 2015 (the "**Response Deadline**").

3. The Trustee and the Claimant hereby agreed to extend the Response Deadline to and including January 15, 2016 without prejudice to any further extensions as agreed by the parties.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2015 | |
| 2 | BAKER HOSTETLER LLP | GREENBERG TRAURIG, P.A. |
| 3 | | |
| 4 | /s/Ashley M. McDow | *John R. Dodd* (signature) |
| | Ashley M. McDow, Esq. | John R. Dodd, Esq. |
| 5 | Michael T. Delaney, Esq. | 333 S.E. 2nd Avenue |
| | 11601 Wilshire Blvd., Suite 1400 | Miami, FL 33131 |
| 6 | Los Angeles, CA 90025-0509 | Telephone: 305.579.0819 |
| | Telephone: 310.820.8800 | Email: doddj@gtlaw.com |
| 7 | Facsimile: 310.820.8859 | |
| | Email: amcdow@bakerlaw.com | |
| 8 | mdelaney@bakerlaw.com | |
| 9 | *Counsel for Michael G. Kasolas, the Trustee* | *Counsel to Hypertechnologie Ciara Inc.* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara, Inc. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 15, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, December 15, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2015 | Barbara Migdal | /s/Barbara Migdal |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
607834967.1

F 9013-3.1.PROOF.SERVICE

Case: 14-30725    Doc# 413    Filed: 12/15/15    Entered: 12/15/15 15:35:22    Page 3 of 6

# Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

    Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
    Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
    Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
    Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
    Caroline R. Djang    cdjang@rutan.com
    Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
    W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
    Beth E. Gaschen    bgaschen@wgllp.com
    Julie M. Glosson    julie.m.glosson@usdoj.gov
    Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
    Robert G. Harris    rob@bindermalter.com
    Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
    Ashley McDow    amcdow@bakerlaw.com, bmigdal@bakerlaw.com
    Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
    Aron M. Oliner    roliner@duanemorris.com
    David M. Poitras    dpoitras@jmbm.com
    Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
    Craig Stuppi    craig@stuppilaw.com
    Sarah M. Stuppi    sarah@stuppilaw.com
    Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
    Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

**2. SERVED BY UNITED STATES MAIL**

    Craig A. Barbarosh
    Katten Muchin Rosenman LLP
    650 Town Center Dr. 7th Fl.
    Costa Mesa, CA 92626-7122

    Eric W. Benisek
    Vasquez Benisek and Lindgren LLP
    3685 Mt. Diablo Blvd., Suite 300
    Lafayette, CA 94549

Oleksandr V Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377

Duane Morris,LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria
,

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Brian E. Klein
Baker Marquart, LLP
10990 Wilshire Blvd., 4th Floor
Los Angeles, CA 90024

Peter S. Kravitz
,

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017