W. Keith Fendrick (Florida Bar #612154)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6707
Facsimile: (813) 229-0134

David I. Holtzman (California Bar #299287)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Claimant
Sistemas Operativos Sanitarios, C.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company,<br><br>Debtor(s). | Case No. 14-30725<br><br>**SISTEMAS OPERATIVOS SANITARIOS, C.A.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 286 AND REQUEST FOR HEARING**<br><br>**BANKRUPTCY CODE CHAPTER 11** |

SISTEMAS OPERATIVOS SANITARIOS, C.A. ("Claimant"), an unsecured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following response to the Debtor's Objection to Claim # 286, and requests that this matter be set for hearing.

1. In 2014, Claimant entered into agreements to purchase goods from the Debtor.
2. The total purchase price for the goods was $832,000.00, which Claimant paid.
3. Despite being paid, the Debtor failed to deliver the goods.
4. Claimant, in support of its claim number 286, filed 17 pages of supporting documents.

5. On Schedule F filed by the Debtor in this case, the Debtor listed Claimant (through Guido Ochoa, an individual) as an unsecured creditor to whom the Debtor owed $800,000.00. The debt was not scheduled as contingent, unliquidated, or disputed.

6. The Claimant's proof of claim, filed in accordance with Rule 3001, presents a prima facie showing of the claim's validity.

7. Additionally, attached to this response are the proofs of payment to the extend Debtor now claims it was mistake on its Schedule F.

8. The Objection also references an "Addendum to Ochoa Purchase Order Final" dated on or about June 11, 2015. No such document was attached to the Objection and Claimant is not aware of any such document.

9. The Claimant therefor requests a hearing where additional evidence may be submitted should it be necessary.

10. Should the Court sustain the objection, Claimant requests that it be without prejudice.

Dated: December 16, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____
David I. Holtzman
W. Keith Fendrick, Esq.

Attorneys for Claimant
Sistemas Operativos Sanitarios, C.A.

**Detalle de Transferencia**  GUIDO ERNESTO OCHOA HOMES

| | |
|---|---|
| Vía/Tipo INTERNET | Referencia Principal |
| Fecha Proceso 20/3/14 | Nuestra Referencia 0036927 |
| Fecha Valor 3/20/14 | Su Referencia |
| Moneda USD | Monto 400000.00 |
| Emisor BANSPAPAAXXX | SILICON VALLEY BAN |
| Receptor SCBLUS33XXXX | |

**Parte Ordernante**

GUIDO ERNESTO OCHOA
HOMES
LA HECHICERA
TORRE 4 PISO 6 APTO 23
CIUDAD

**Banco Ordernante**

**Banco Intermediario**

**Banco Beneficiario**

//FW121140399
SILICON VALLEY BANK

SANTA CLARA CA

**Beneficiario**

/3301032418
HASHFAST TECHNOLOGIES
LLC
100 BUSH STREET SUITE 650

**Detalles y Cargos**

Imprimir    Regresar

## Detalle de Transferencia

| | |
|---|---|
| Vía/Tipo INTERNET | Referencia Principal |
| Fecha Proceso 10/1/14 | Nuestra Referencia 0036574 |
| Fecha Valor 1/8/14 | Su Referencia |
| Moneda USD | Monto 432400.00 |
| Emisor BANSPAPAAXXX | SILICON VALLEY BAN |
| Receptor BKTRUS33XXXX | |

**Parte Ordernante**

GUIDO ERNESTO OCHOA
HOMES
LA HECHICERA
TORRE 4 PISO 6 APTO 23
CIUDAD

**Banco Ordernante**

**Banco Intermediario**

**Banco Beneficiario**

SVBKUS6SXXXX

**Beneficiario**

/3301015645
HASHFAST TECHNOLOGIES
LLC
100 BUSH STREET SUITE 650
SAN FRANCISCO, CA 94104

**Detalles y Cargos**

Imprimir    Regresar