W. Keith Fendrick (Florida Bar #612154)
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6707
Facsimile: (813) 229-0134

David I. Holtzman (California Bar #299287)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Claimant
Sistemas Operativos Sanitarios, C.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, | Chapter 11 |
| Debtor(s). | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE BY MAIL

I am at least 18 years of age and not a party to the within action; my business address is 50 California Street, 28th Floor, San Francisco, CA 94111.

On December 16, 2015, I served the interested parties with the document described as follows: SISTEMAS OPERATIVOS SANITARIOS, C.A.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 286 AND REQUEST FOR HEARING by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael G. Kasolas, Trustee for the Liquidating Trust
P.O. Box 26650
San Francisco, CA 94126

- 1 -

Certificate of Service

Case No. 14-30725

and

Ashley M. McDow, Esq.
Baker Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509

I certify and declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed at San Francisco, California on December 16, 2015.

                                                                    /s/ Myrna M. Yee
                                                                    Myrna M. Yee