Douglas R. Pahl, Oregon Bar No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Creditor
Perkins Coie LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Hashfast Technologies, LLC, a California limited liability company<br><br>Debtor. | Case No. 14-30725<br><br>Chapter: 11<br><br>PERKINS COIE LLP'S RESPONSE TO TRUSTEE'S OBJECTIONS TO CLAIM |

Perkins Coie LLP ("Perkins Coie"), an unsecured creditor in the above-entitled proceeding, hereby submits the following response to Objection to Claim No. 19 (the "Objection") and a separate objection to Perkins Coie's scheduled amount of $101,769.89 as a duplicate ("Duplicate Objection") filed by Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee").

1.  Perkins Coie filed a claim on September 15, 2014 for $107,871.50 ("Claim No. 19") for unpaid legal fees incurred prior to the bankruptcy filing on May 15, 2014.

2.  The Trustee filed an Objection to Claim No. 19 stating that "the claimant is not entitled to payment on account of its claim due to the receipt of a transfer avoidable under 11 U.S.C. § 547. The Liquidating Trustee has made demand for repayment."

3. To date, Perkins Coie has not received a demand for repayment, although it has requested that Trustee's counsel, Ashley M. McDow, provide such demand. Perkins Coie will respond appropriately to the demand once it is received.

4. The Objection does not question the underlying validity of Claim No. 19. The Trustee's potential Chapter 5 claim should be handled on its own merit.

5. The Objection should be overruled and Perkins Coie's Claim No. 19 should be allowed. The Duplicate Objection may be granted. In the alternative, Perkins Coie requests a hearing or an opportunity for further briefing.

DATED: December 17, 2015  **PERKINS COIE LLP**

By: /s/ Douglas R. Pahl
 Douglas R. Pahl, Oregon Bar No. 950476
 DPahl@perkinscoie.com

Attorneys for Creditor
Perkins Coie LLP

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **Perkins Coie LLP's Response to Trustee's Objections to Claim** upon the Attorney for the Objecting Party, Ashley M. McDow, Baker Hostetler, 11601 Wilshire Blvd., Suite 1400, Los Angeles, CA 90025, by email to amcdow@bakerlaw.com and by U.S. Mail, by mailing a full, true and correct copy thereof in a sealed, first-class, postage prepaid envelope, and deposited with the United States Postal Service at Portland, Oregon on the date shown below.

DATED: November 17, 2015

**PERKINS COIE LLP**

By: /s/ Douglas R. Pahl
     Douglas R. Pahl

Attorneys for Perkins Coie LLP