NANCY WENG, ESQ. (SBN: 251215)
DAVID TRINH, ESQ. (SBN: 269958)
Trinh Law
99 North First Street, Suite 200
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
dtrinh@trinhlawfirm.com

Attorneys for Davide Cavion

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>Hashfast Technologies, LLC,<br><br>A California Limited Liability Company<br><br><br>Debtor(s). | Case No. 14-30725<br><br>Chapter 11<br><br>DAVIDE CAVION'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 68-1 AND REQUEST FOR HEARING |

DAVIDE CAVION ("CAVION" or "Claimant"), an unsecured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following response to the Debtor's Objection to Claim # 249-1, and requests that this matter be set for hearing.

1. CAVION entered into a contract for purchase of goods from the Debtor on September 13, 2013 in the amount of BTC $798.65201025.
2. The Debtor breached the agreement by failing to deliver the goods.

1

3. CAVION filed claim no. 249-1, in the amount of BTC $798.65201025 or $364,840.21 USD with $2,600.00 entitled to priority on September 23, 2014, before the claims bar date.
4. On December 17, 2015, Claimant filed an amended proof of claim in the amount of $364,840.21 with attachments.
5. In support of its amended claim, Claimant filed an Invoice, Order Confirmation, proof of payment, and email from the Debtor 's salesperson acknowledging receipt of payment.
6. The Claimant has filed a Proof of Claim in accordance with Rule 3001 and has therefore mad a prima facie showing of the validity of its claim.
7. The Claimant therefore requests a hearing where additional evidence may be submitted should it be necessary.
8. Should the Court sustain the objection, Claimant requests that it be without prejudice.

Dated: December 17, 2015

By: */s/ Nancy Weng*
    NANCY WENG