Michael G. Kasolas
P.O. Box 26650
San Francisco, CA 94126

John E. Hlavaty
35 Swanson Court – 16D
Boxborough, MA 01719
Email: laser1960@netzero.net
Telephone: 978-660-8818

December 8, 2015

Case:
Chapter 11
Case No. 14-30725 (Lead Case) (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)
Hashfast

Subject: Claimant response to Objection to Claim dated 11/25/2015

I placed an order with Hashfast on November 10, 2013, and never received delivery of the ordered item. I offer the following documents in support of my claim for $2,275.28:

- Email dated November 10, 2013 – from Hashfast - Your Hashfast Technologies order receipt from November 10, 2013
- Email dated November 13, 2013 – from Bank of America - Your Same Day wire transfer was successfully sent
- Email dated November 13, 2013 – from Hashfast - Your Hashfast Technologies order receipt from November 10, 2013 is complete

Regards,

*[signature]* 12/8/2015

John E. Hlavaty (a.k.a Jack Hlavaty)

cc:

United States Bankruptcy Court
Northern District of California
San Francisco Division
P.O. Box 7341
San Francisco, CA 94120-7341

Ashley M. McDow, Esquire
Baker Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Email: amcdow@bakerlaw.com
Telephone: 310-820-8800

## Jack Hlavaty

**From:** "HashFast Technologies" <sales@hashfast.com>
**To:** <laser1960@netzero.net>
**Sent:** Sunday, November 10, 2013 5:24 PM
**Subject:** Your HashFast Technologies order receipt from November 10, 2013

HashFast Technologies

# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

## Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number: **3301015645**
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

## Order: #2805

| Product | Quantity | Price |
|---------|----------|-------|
|         |          |       |

| | | |
|---|---|---|
| Baby Jet 400 GH/s | 1 | $2,250 |
| **Cart Subtotal:** | | $2,250 |
| **Shipping:** | | $25.28 via Ground (UPS) |
| **Order Total:** | | $2,275.28 |

## Customer details

Email: laser1960@netzero.net

Tel: 978-660-8818

## Billing address

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, Massachusetts 01719

## Shipping address

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, Massachusetts 01719

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

## Jack Hlavaty

**From:** "Online Transfers from Bank of America"
&lt;bankofamericatransfers@mail.transfers.bankofamerica.com&gt;
**To:** &lt;laser1960@netzero.net&gt;
**Sent:** Wednesday, November 13, 2013 5:21 AM
**Subject:** Your Same Day wire transfer was successfully sent

We have successfully sent the following transfer:

*******************************************

Item #: 110617734
Amount: $2,275.28
To: HashFast Technologies LLC
Fee: 25.00
Send on Date: 11/12/2013
Service: Same Day

*******************************************

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

------------------------------------------------------------------------------
------------------------------------------------------------------------------

Email Preferences

This is a service email from Bank of America. Please note that you may receive service email in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

------------------------------------------------------------------------------
------------------------------------------------------------------------------

Contact us about this email

Please do not reply to this email with sensitive information, such as an account number, PIN, password, or Online ID. The security and confidentiality of your personal information is important to us. If you have any questions, please either call the phone number on your account statement or go to the Contact Us page below, so we can properly verify your identity:

http://www.bankofamerica.com/contact/

Privacy and Security

Case: 14-30725   Doc# 418   Filed: 12/16/15   Entered: 12/18/15 10:47:44   Page 4 of 7

12/8/2015

Keeping your financial information secure is one of our most important responsibilities. For an explanation of how we manage customer information, please read our Privacy Policy:
http://www.bankofamerica.com/privacy

You can also learn how Bank of America keeps your personal information secure and how you can help protect yourself:
http://www.bankofamerica.com/privacy/index.cfm?template=privacysecur_prevent_fraud

Bank of America Email, 8th Floor, 101 South Tryon St.,
Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:
http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2013 Bank of America Corporation. All rights reserved.

This email was sent to: laser1960@netzero.net

---

Gaviscon&#174; Liquid Antacid
Gaviscon&#174; Helps Keep Acid Down For Hours! See Products, Info & More.
http://thirdpartyoffers.netzero.net/TGL3265/528360deddc3860dd0c21mp05duc

**Jack Hlavaty**

| | |
|---|---|
| **From:** | "HashFast Technologies" <sales@hashfast.com> |
| **To:** | <laser1960@netzero.net> |
| **Sent:** | Wednesday, November 13, 2013 1:27 PM |
| **Subject:** | Your HashFast Technologies order from November 10, 2013 is complete |

HashFast Technologies

# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #2805

| Product | Quantity | Price |
|---|---|---|
| Baby Jet 400 GH/s | 1 | $2,250 |

Thank you for your business. Please contact sales@hashfast.com, if you have any questions about your order. We will be sending you a confirmation of your purchase within the next few days.

| | |
|---|---|
| **Cart Subtotal:** | $2,250 |
| **Shipping:** | $25.28 via Ground (UPS) |
| **Order Total:** | $2,275.28 |

# Customer details

**Email:** laser1960@netzero.net

Tel: 978-660-8818

## Billing address

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, Massachusetts 01719

## Shipping address

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, Massachusetts 01719

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.