PAUL DOLAK
P.O. Box 590276
San Francisco, CA 94159-0276
Telephone: 415-3594860

In Pro Per



FILED

DEC 16 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

HASHFAST TECHNOLOGIES, LLC

           Debtor.

_____/

Chapter 11
Bankruptcy No. 14-30725

**REQUEST FOR HEARING ON
OBJECTION TO CLAIM**

      PLEASE TAKE NOTICE, that creditor Paul Dolak hereby request a hearing be held in relation to the Debtor's objection to his claim on the grounds that the Debtor's book and records are deficient. Creditor Paul Dolak filed his bankruptcy claim at the court, with supporting documentation, on or about July 5, 2014. Therefore the claim should be allowed in full for $5670.

December 16, 2015

                                 PAUL DOLAK
                                 In Pro Per