Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**SECOND AMENDED VERIFIED STATEMENT OF GALLO LLP UNDER RULE 2019**<br><br>Judge: Hon. Dennis Montali |

Rule 2019(b) applies to unaffiliated creditors acting in concert. We have no reason to believe Gallo LLP's 82 unaffiliated clients have any agreement among them, express or implied, regarding the Hashfast bankruptcy or otherwise. Gallo LLP has a separate, written, individually executed agreement with each of them and no joint agreement with any of them. In sum, our clients are not acting in concert to our knowledge and as we understand that term. We have other questions about whether 2019 applies to us acting as a law firm on behalf of individual clients.

But we have and will often speak for our clients as a group, we believe at least some of our clients sought that advantage in engaging us, and we believe at least some of our clients sought to engage an attorney jointly with other Hashfast customers because sharing an attorney likely would be more cost effective. Accordingly, in an abundance of caution, Gallo LLP files this amended Rule 2019 statement. We do so without prejudice and reserving all rights, however, and we decline to disclose attorney-client privileged or other confidential matter, such as the content of our agreements with our clients.

1. Gallo LLP currently represents 82 creditors of Hashfast. All are customers of Hashfast who purchased and paid for goods (Bitcoin mining equipment) from Hashfast. Time was of the essence. One of these creditors received defective goods. Eleven of these creditors received only partial delivery. The remaining 70 creditors never received any of the products they paid for at all. These 82 creditors' names, addresses, and dates of retaining Gallo LLP as their attorneys are reflected on Exhibit A attached hereto, which is incorporated by this reference as though repeated here. Exhibit A further states (without prejudice and to our current knowledge and calculation) the value of each creditor's claim on the date of acquisition, and the date of acquisition.

2. As reflected on Exhibit A, each of these creditors retained Gallo LLP as his or its attorney by signing one of three different written agreements for professional services, hereafter referred to as (a) the Hee Agreement, (b) the Mass Arbitration Agreement, or (c) the Bankruptcy Agreement.

Page 2

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

3. The facts and circumstances relating to with Gallo LLP's employment by these persons are as follows:

   a. Gallo LLP has represented Hamilton Hee since about January 22, 2014 when Mr. Hee retained Gallo LLP to represent him in the arbitration of his claim against HashFast Technologies, LLC. Hee is the claimant in the JAMS arbitration styled *Hee v. HashFast Techologies, LLC,* JAMS Reference number 1100076574. That proceeding was stayed by the commencement of this bankruptcy case.

   b. Gallo LLP has represented signers of the Mass Arbitration Agreement beginning on or about January 14, 2014 when the first of these 18 individuals retained Gallo LLP to prosecute refund claims against HashFast Technologies, LLC in arbitration. The last of these individuals retained Gallo LLP on or about May 7, 2014. Each of these 18 individuals is a claimant in one of two arbitrations pending before JAMS: *Alary, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100076577, and *Ash, et al. v. HashFast Technologies, LLC,* JAMS Reference Number 1100077381. Both of these proceedings were stayed by the commencement of this bankruptcy case.

   c. Gallo LLP has represented signers of the Bankruptcy Agreement beginning on or about May 22, 2014 when the first of 63 additional HashFast creditors retained Gallo LLP to represent them in this bankruptcy case.

4. Gallo LLP has individual, signed, written contracts for legal services with each of the 82 aforementioned creditors whom we currently represent in this case. We anticipate that we may represent additional creditors.

5. To the best of our knowledge neither Gallo LLP, nor its members, nor any of its employees own, nor have any of them ever owned, any direct claim whatever

against the debtor in this case, nor any equity securities of the debtor. We are a law firm and do not compete with the debtor. We do not mine bitcoins or manufacture Bitcoin mining equipment or components. Without waiving the attorney-client privilege, we note that by operation of law and/or pursuant to the terms of our written agreements with our clients, depending upon those terms (which we decline to disclose), and in connection with our work on our clients' behalf, Gallo LLP could have or acquire liens against or other interests or contingent interests in our clients' claims against Hashfast that would arguably constitute an indirect interest in or claim against the debtor.

6. On the dual grounds of (1) attorney-client privilege, and (2) having no factual basis to believe that our clients are acting in concert and therefore believing that Rule 2019 does not presently apply to our efforts, we decline to disclose our fee arrangements with our clients, or any other privileged matter contained in those privileged agreements or otherwise.

DATED: December 21, 2015

**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: /s/ *Ray E. Gallo*
    Ray E. Gallo

I, Ray E. Gallo, certify under penalty of perjury under the law of the United States of America that the foregoing statement is true and correct to the best of my knowledge and information. Executed on December 21, 2015 at San Rafael, California.

Ray E. Gallo