In re HashFast Technologies, LLC
Case No. 14-30725

**EXHIBIT A**

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Antoine Alary | 1516 Lima Ct, San Jose, CA 95126-4255, USA | Mass Arbitration | 1/14/2014 | No product received | 230 | $33,466.89 | 9/2/2013 |
| 2 | Lee Ash | 304 189th PL SW, Bothell, WA 98012, USA | Mass Arbitration | 2/22/2014 | No product received | 231 | $37,342.36 | 8/29/2013 |
| 3 | Max Avroutski | 2223 Bath Ave, Brooklyn, NY 11214, USA | Mass Arbitration | 3/20/2014 | No product received | 232 | $38,212.22 | 8/26/2013 |
| 4 | Joseph William Baker | 530 Lawrence Expwy #441, Sunnyvale, CA 94085, USA | Bankruptcy | 8/22/2014 | Received partial product | 280 | $11,400.00 | 8/29/2013 |
| 5 | Mattia Baldinger | Zunzgerstrasse 24, Sissach BL 4450, Switzerland | Bankruptcy | 8/7/2014 | Received partial product | 258 | $7,509.79 | 9/3/2013 |
| 6 | Osmany Barrinat | 2600 NW 75th Ave., Suite 200, Miami FL 33122, USA | Bankruptcy | 6/25/2014 | No product received | 177 | $4,058.96 | 12/12/2013 |
| 7 | Jason Cameron Bond | 824 Danville Blvd., Danville, CA 94526, USA | Mass Arbitration | 1/16/2014 | No product received | 233 | $47,340.88 | 8/18/2013 |
| 8 | Alessandro Bottai | Via della Paglia, 44, Rome, RM 153, Italy | Bankruptcy | 6/17/2014 | Received partial product | 226 | $1,765.59 | 11/8/2013 |
| 9 | Jeffrey Bradian | 148 Melbourne Ave, Boardman, OH 44512, USA | Mass Arbitration | 1/14/2014 | No product received | 242 | $49,107.47 | 8/15/2013 |
| 10 | Peter Lukas Bradley | 95 Bradley St. NE, Atlanta, GA 30312, USA | Bankruptcy | 7/8/2014 | No product received | 178 | $74,400.00 | 1/6/2014 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 11 | Justin Bronder | 633 Villa Centre Way, San Jose, CA 95128, USA | Bankruptcy | 6/4/2014 | No product received | 179 | $4,603.85 | 12/13/2013 |
| 12 | Toby Brusseau | 10652 Canyon Place, Rapid City, SD 57702, USA | Bankruptcy | 7/23/2014 | No product received | 180 | $4,038.30 | 11/23/2013 |
| 13 | Otto Bubenicek | Bundsensweg 7, Hamburg, HH 20537, Germany | Bankruptcy | 6/1/2014 | No product received | 181 | $2,563.54 | 12/11/2013 |
| 14 | Royce Bui | 636 Spruce st, Winnipeg, MB R3G 2Z1, Canada | Mass Arbitration | 1/29/2014 | No product received | 251 | $168,943.47 | 8/19/2013 |
| 15 | Craig Burke | 608 Sage Hills Dr, Wenatchee, WA 98801, USA | Bankruptcy | 5/28/2014 | No product received | 182 | $6,556.41 | 12/30/2013 |
| 16 | Ryan Casey | 904 NE 157th Ave, Portland, OR 97230-5462, USA | Mass Arbitration | 1/19/2014 | No product received | 234 | $34,203.91 | 8/29/2013 |
| 17 | Jarod Clark | 2314 Broadway, Denver, CO 80205, USA | Bankruptcy | 7/23/2014 | No product received | 183 | $2,397.41 | 11/21/2013 |
| 18 | Chaz Curtiss | 6551 Jordan River Dr., Las Vegas, NV 89156, USA | Bankruptcy | 7/11/2014 | No product received | 184 | $3,835.52 | 12/4/2013 |
| 19 | Jamshed Dadachanji | C7 Godrej Baug, Off Nepeansea Road, Mumbai MH 400036, India | Bankruptcy | 8/22/2014 | No product received | 185 | $4,384.27 | 12/5/2013 |
| 20 | Brian Dankowski | 4025 River Branch Trail, Plano, TX 75024, USA | Bankruptcy | 7/22/2014 | Received partial product | 186 | $1,588.40 | 11/21/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 21 | Mike Deming | 1458 Monroe Ave , Rochester, NY 14618, USA | Mass Arbitration | 1/26/2014 | No product received | 261 | $38,390.72 | 8/26/2013 |
| 22 | Gautam Desai | 116 Blackstone Dr., Danville, CA 94506, USA | Bankruptcy | 7/7/2014 | No product received | 187 | $2,495.67 | 12/18/2013 |
| 23 | Aristeidis Dionisatos | 46 North Park Gardens, Belleville, ON k8p2m3, Canada | Bankruptcy | 5/29/2014 | No product received | 188 | $3,812.03 | 11/28/2013 |
| 24 | Joshua Dorman | 809 Plockton Ave, Henderson , NV 89012, USA | Mass Arbitration | 1/28/2014 | No product received | 255 | $48,588.20 | 8/9/2013 |
| 25 | Jack Dorr | P.O. Box 3378, Nederland, CO 80466, USA | Bankruptcy | 8/17/2014 | No product received | 189 | $7,096.11 | 3/24/2014 |
| 26 | Randall Elliott | 202 Jefferson Street, Martinsburg, WV 25401, USA | Bankruptcy | 6/13/2014 | No product received | 190 | $7,735.88 | 10/18/2013 |
| 27 | Alvary Fraguas Jover | Ed. Terratorta B 1-1, Ordino, 5 AD300, AD | Bankruptcy | 5/23/2014 | No product received | 191 | $7,624.57 | 10/24/2013 |
| 28 | Nicholas Vincent Fusaro | 35 Kohlanaris Dr, Poughkeepsie, NY 12601-1632, USA | Bankruptcy | 5/22/2014 | No product received | 192 | $2,275.17 | 12/5/2013 |
| 29 | Ryan Gatchalian | 7594 San Rafael Dr, Buena Park, CA 90620-1532, USA | Bankruptcy | 5/25/2014 | No product received | 256 | $312,103.27 | 8/13/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 30 | Price Givens | 103 Orange Blossom Cir, Ladera Ranch, CA 92694, USA | Bankruptcy | 5/22/2014 | No product received | 193 | $7,169.69 | 10/17/2013 |
| 31 | Edgar Godoy | 88 Bush St #C2103, Bldg C, San Jose, CA 95126, USA | Mass Arbitration | 1/16/2014 | No product received | 245 | $40,919.75 | 8/19/2013 |
| 32 | Christopher Goes | P.O. Box 100, Cottage Grove, OR 97424, USA | Bankruptcy | 6/23/2014 | Received partial product | 194 | $5,743.10 | 9/10/2013 |
| 33 | Garrett Griffin | 9150 Crest Ave., Oakland, CA 94605, USA | Bankruptcy | 7/13/2014 | No product received | 195 | $2,495.67 | 11/11/2013 |
| 34 | Luis Guerrero | 619 E 9th St, San Bernardino, CA 92410, USA | Mass Arbitration | 1/26/2014 | No product received | 235 | $48,283.34 | 8/9/2013 |
| 35 | Jason Thor Hall | 13922 Tustin East, Apt D82, Tustin, CA 92780 | Bankruptcy | 7/11/2014 | No product received | 196 | $2,481.63 | 11/28/2013 |
| 36 | Larry Han | 100 W Chestnut St., Apt 2104, Chicago, IL 60610, USA | Bankruptcy | 5/25/2014 | Received partial product | 259 | $7,321.11 | 9/23/2013 |
| 37 | Harmacolindor Informatikai Kft | Attila Utca 41, Zsambek, PE 2072, Hungary | Mass Arbitration | 1/29/2014 | No product received | 244 | $40,251.24 | 8/26/2013 |
| 38 | Hamilton Hee | 761 Irwindale Ave, Las Vegas, NV 89123, USA | Hee | 1/22/2014 | No product received | 295 | $1,228,123.83 | 9/4/2013 |
| 39 | David R. Henson | 47125 Frances Helen Ave., Soldotna, AK 99669, USA | Mass Arbitration | 1/21/2014 | No product received | 236 | $68,779.87 | 8/31/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 40 | David Govinder Hunt | 9400 128 St., Unit 30, Surrey, BC V3V 5N4, Canada | Bankruptcy | 7/17/2014 | Received partial product | 262 | $28,500.00 | 8/26/2013 |
| 41 | Intervid FZ LLC | Dubai Internet City, Building 2, Suite 128, Dubai, DU 92777, United Arab Emirates | Bankruptcy | 5/26/2014 | No product received | 273 | $72,300.00 | 1/7/2014 |
| 42 | I-PMart Network USA Ltd | 17870 New Hope Street, Ste 104-488, Fountain Valley, CA 92708, USA | Bankruptcy | 6/12/2014 | No product received | 197 | $62,332.00 | 12/30/2013 |
| 43 | James Fred Johnson | 825 28th St., Ste F, Fargo, ND 58103, USA | Bankruptcy | 7/24/2014 | No product received | 60-a | $6,551.72 | 11/18/2013 |
| 44 | Jeremy Ray Jones | PO Box 1401, Mountain View, AR 72560, USA | Mass Arbitration | 1/24/2014 | No product received | 237 | $45,527.90 | 8/15/2013 |
| 45 | Marcus Killion | 1000 W. Garden Ct., Wichita, KS 67217, USA | Bankruptcy | 6/28/2014 | No product received | 198 | $2,268.39 | 12/16/2013 |
| 46 | Robert Kulys | 1905 Evergreen Terrace Drive E, Apt 4, Carbondale, IL 62901, USA | Bankruptcy | 6/10/2014 | No product received | 257 | $7,564.33 | 11/19/2013 |
| 47 | Law Yui Kwan | Flat D, 14/F, Block 3, 32 Lee On Road, Kowloon 00000-0, Hong Kong | Bankruptcy | 8/6/2014 | No product received | 199 | $2,638.90 | 12/4/2013 |
| 48 | Frank Lachmann | Rueckerstr. 6, Berlin, BE 10119, Germany | Mass Arbitration | 1/16/2014 | No product received | 238 | $31,460.78 | 9/2/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 49 | Dennis F. Lambert | 9450 SW Gemini Drive, ECM# 31535, Beaverton, OR 97008, USA | Bankruptcy | 8/11/2014 | Received partial product | 200 | $1,638.62 | 9/23/2013 |
| 50 | Kjetil Gunnar Larsen | Lijnbaansgracht 113, Amsterdam 1016KT, Netherlands | Bankruptcy | 8/18/2014 | Received partial product | 267 | $14,736.47 | 8/22/2013 |
| 51 | Andy Lo | 581 South Unionville Avenue, Markham, ON L3R 5G8, Canada | Mass Arbitration | 1/26/2014 | No product received | 239 | $31,308.30 | 8/23/2013 |
| 52 | Mick Mantle | 8 Chapel Street, Potton, BDF SG19 2PT, Great Britain | Bankruptcy | 6/3/2014 | No product received | 201 | $2,563.54 | 12/13/2013 |
| 53 | Matthew Michael McCormick | 33 Hollandale Ln Apt A, Clifton Park, NY 12065, USA | Bankruptcy | 6/8/2014 | No product received | 202 | $6,565.70 | 11/22/2013 |
| 54 | Tim John McGough | 2412 Pinehurst Ln, Mesquite, TX 75250, USA | Mass Arbitration | 5/31/2014 | No product received | 203 | $2,020.88 | 10/4/2013 |
| 55 | Edward Mosley | 329 Maple Rd NE, Ludowici, GA 31316, USA | Bankruptcy | 12/16/2015 | No product received | 72 | $6,346.45 | 11/22/2013 |
| 56 | Peter Myers | 4344 East Mulberry Drive, Phoenix, AZ 85018, USA | Bankruptcy | 6/11/2014 | No product received | 204 | $7,627.00 | 12/24/2013 |
| 57 | Van Nguyen | 82 Union St, Brooklyn, NY 11231, USA | Bankruptcy | 6/10/2014 | No product received | 205 | $2,420.34 | 11/20/2013 |

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 58 | Trent Nathan Park | 14844 W Sunset Blvd, Pacific Palisades, CA 90272, USA | Bankruptcy | 5/24/2014 | Warranty Claim, product failed | 296 | $4,466.51 | 10/17/2013 |
| 59 | Pawel Pilecki | 1225 S. Washington Ave., Park Ridge, IL 60068, USA | Bankruptcy | 7/22/2014 | No product received | 250 | 13,131.40 | 12/4/2013 |
| 60 | Derek Piper | 3706 Woodmere Way, Bloomington, IN 47403, USA | Bankruptcy | 6/1/2014 | Received partial product | 275 | $7,290.33 | 10/3/2013 |
| 61 | Jason Plowman | 13508 Jamieson Place, Germantown, MD 20874, USA | Bankruptcy | 7/9/2014 | No product received | 206 | $2,275.28 | 11/11/2013 |
| 62 | Ales Prikryl | 6838 E 5th Street, Scottsdale, AZ 85251, USA | Bankruptcy | 6/12/2014 | No product received | 207 | $3,897.24 | 12/30/2013 |
| 63 | Osric Proctor Jr. | PO Box 701, Sandston, VA 23150, USA | Bankruptcy | 6/8/2014 | No product received | 227 | $7,991.50 | 11/19/2013 |
| 64 | Verne Riley | 65 Shamley Heath Rd., Kureelpa, QLD 4560, Australia | Bankruptcy | 6/23/2014 | No product received | 208 | $6,939.80 | 11/22/2013 |
| 65 | Sebastian Pawel Schmidt | Felczaka 3/13, Szczecin, ZP 71-412, Poland | Mass Arbitration | 1/27/2014 | No product received | 240 | $89,582.10 | 8/25/2013 |
| 66 | Christopher Shaw | 9620 Sepulveda Blvd, Unit 33, North Hills, CA 91343-3370, USA | Bankruptcy | 5/22/2014 | No product received | 271-a | $9,329.00 | 12/20/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 67 | Bernad Chengxi Siew | 18, Jalan 89/26, Taman Sri Rampai, Setapak, Kuala Lumpur, W.P. Kuala Lumpur 53300, Malaysia | Bankruptcy | 8/24/2014 | No product received | 209 | $2,670.40 | 11/25/2013 |
| 68 | Matthew Ford Silvia | 30 Oak St, Cohasset, MA 2025, USA | Bankruptcy | 6/4/2014 | No product received | 210 | $6,565.70 | 12/17/2013 |
| 69 | Evan Lawrence Skreen | 21205 Torch St., Fort Bliss, TX 79916, USA | Bankruptcy | 6/15/2014 | No product received | 211 | $6,330.21 | 3/4/2014 |
| 70 | Aleksandar Slavkov | Braka Kapcevi 27a, Veles, VE 1400, Macedonia | Bankruptcy | 5/22/2014 | No product received | 212 | $2,992.78 | 12/11/2013 |
| 71 | William Henry Smith | Fricourt, Grande Maison Road, Vale, Channel Islands GY6 8LF, Guernsey | Bankruptcy | 8/19/2014 | No product received | 228 | $7,303.58 | 12/31/2013 |
| 72 | David Springer | 4095 Lomar Drive, Mount Airy, MD 21771, USA | Bankruptcy | 5/22/2014 | No product received | 213 | $32,950.99 | 11/9/2013 |
| 73 | Tanard Corp (Mahan) | 9101 W. Sahara Ave., Suite 105-K6, Las Vegas, NV 89117, USA | Bankruptcy | 7/22/2014 | No product received | 214 | $3,873.86 | 11/26/2013 |
| 74 | James Thomas | 1679 E 337th St., Eastlake, OH 44095, USA | Bankruptcy | 6/18/2014 | No product received | 215 | $8,725.24 | 11/26/2013 |
| 75 | Thanh Lanh Tran | Torellistraat 18, Spijkenisse ZH 3208NG, Netherlands | Bankruptcy | 8/11/2014 | No product received | 229 | $6,794.27 | 11/19/2013 |

*In Re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., 14-30725
Creditors represented by Gallo LLP

| No. | Creditor Name | Address | Gallo LLP Agreement Type | Date Agreement Signed | Nature of Claim | Proof of Claim No. | Amount of Claim in U.S. dollars | Claim Origination Date |
|---|---|---|---|---|---|---|---|---|
| 76 | Tudor Ovidiu Vaida | P-ta I.I.C. Bratianu Nr. 5 Ap. 30, Timisoara 30005-6, Romania | Bankruptcy | 7/16/2014 | No product received | 260 | $7,708.30 | 8/29/2013 |
| 77 | Joshua Vidana | 3602 Tilson Ln., Houston, TX 77080, USA | Bankruptcy | 7/10/2014 | Received partial product | 263 | $85,260.36 | 10/2/2013 |
| 78 | Jeffrey Raymond vonGermeten | 351 W. 1600 S., Apt C108, Logan, UT 84341, USA | Bankruptcy | 7/11/2014 | No product received | 216 | $2,284.75 | 12/25/2013 |
| 79 | Erik Voorhees | 35 Snowberry Way, Dillon, CO 80435, USA | Mass Arbitration | 5/7/2014 | No product received | 272 | $243,872.18 | 8/15/2013 |
| 80 | Trevor Michael Watson | 1 Gaine Crt, Bayswater North, Melbourne, VIC 3153, Australia | Bankruptcy | 5/26/2014 | No product received | 217 | $6,881.73 | 11/18/2013 |
| 81 | Robert Todd Worrall | 31 Troon Terrace, Annandale, NJ 08801, USA | Bankruptcy | 7/11/2014 | No product received | 218 | $13,165.62 | 12/30/2013 |
| 82 | Greg Yampolskiy | 7870 W 87 Dr. #K, Arvada, CO 80005, USA | Bankruptcy | 7/7/2014 | No product received | 219 | $2,397.41 | 12/3/2013 |

Case: 14-30725    Doc# 420-1    Filed: 12/21/15    Entered: 12/21/15 10:24:58    Page 10 of 10
EXHIBIT A, Page 9 of 9