
Entered on Docket
December 21, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 17, 2015

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER HOSTETLER LLP**
   11601 Wilshire Blvd., Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
4  Facsimile: 310.820.8859
   Email: amcdow@bakerlaw.com
5         mdelaney@bakerlaw.com

6  Counsel for Michael G. Kasolas, the Trustee for the
   Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 11 |
|---|---|
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company | Case No. 14-30725 |
| Debtor and Debtor in Possession. | Jointly Administered and Substantively Consolidated with: |
| | Case No. 14-30866 DM |
| | Chapter 11 |

### ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.

A Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara Inc., by and between Michael G. Kasolas, the Trustee for the Liquidating Trust, and Hypertechnologie Ciara Inc., having been filed on December 15, 2015, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved;

    B. The deadline for Hypertchnologie Ciara Inc. to respond to the objection to its claim is hereby extended from December 16, 2015 to January 15, 2016.

**END OF ORDER**