Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS**<br><br>Judge: Hon. Dennis Montali |

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), by and through his undersigned counsel, and the creditors listed in the table below (the "Gallo Creditors"), by and through their undersigned counsel, Gallo LLP, hereby stipulate and agree as follows.

1. On or about November 30, 2015 the Trustee filed multiple Ojections to claims, including certain claims filed by the Gallo Creditors (the "Objections to Claims").

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

2. The current deadline to respond to the Objections to Claim is December 21, 2014 (the "Response Deadline").

3. The Gallo Creditors and the Trustee wish to meet and confer regarding the Trustee's objections so as to resolve those that can be resolved without a hearing before the Gallo Creditors are requiring to file their various (and by necessity voluminous) responses with the Court.

4. To allow time to do so, and in light of the holiday season, the Trustee and the Gallo Creditors, and each and all of them, by and through their attorneys, hereby agree to extend the Response Deadline. The responses of the Gallo Creditors', and each and all of them, to any and all of the Objections to Claims shall be timely if filed on or before January 15, 2016, without prejudice to any further extensions as agreed by the parties.

5. The Gallo Creditors are as follows:

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 1 | Antoine Alary | 230 |
| 2 | Lee Ash | 231 |
| 3 | Max Avroutski | 232 |
| 4 | Joseph William Baker | 280 |
| 5 | Mattia Baldinger | 258 |
| 6 | Osmany Barrinat | 177 |
| 7 | Jason Cameron Bond | 233 |
| 8 | Alessandro Bottai | 226 |
| 9 | Jeffrey Bradian | 242 |
| 10 | Peter Lukas Bradley | 178 |
| 11 | Justin Bronder | 179 |
| 12 | Toby Brusseau | 180 |

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 13 | Otto Bubenicek | 181 |
| 14 | Royce Bui | 251 |
| 15 | Craig Burke | 182 |
| 16 | Ryan Casey | 234 |
| 17 | Jarod Clark | 183 |
| 18 | Chaz Curtiss | 184 |
| 19 | Jamshed Dadachanji | 185 |
| 20 | Brian Dankowski | 186 |
| 21 | Mike Deming | 261 |
| 22 | Gautam Desai | 187 |
| 23 | Aristeidis Dionisatos | 188 |
| 24 | Joshua Dorman | 255 |
| 25 | Jack Dorr | 189 |
| 26 | Randall Elliott | 190 |
| 27 | Alvaro Fraguas Jover | 191 |
| 28 | Nicholas Vincent Fusaro | 192 |
| 29 | Ryan Gatchalian | 256 |
| 30 | Price Givens | 193 |
| 31 | Edgar Godoy | 245 |
| 32 | Christopher Goes | 194 |
| 33 | Garrett Griffin | 195 |
| 34 | Luis Guerrero | 235 |
| 35 | Jason Thor Hall | 196 |
| 36 | Larry Han | 259 |
| 37 | Harmacolindor Informatikai Kft. | 244 |

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 38 | Hamilton Hee | 295 |
| 39 | David R Henson | 236 |
| 40 | David Govinder Hunt | 262 |
| 41 | Intervid FZ LLC (Lance Dixon) | 273 |
| 42 | I-PMart Network USA Ltd | 197 |
| 43 | James Fred Johnson | 60-a |
| 44 | Jeremy Ray Jones | 237 |
| 45 | Marcus Killion | 198 |
| 46 | Robert Kulys | 257 |
| 47 | Law Yui Kwan | 199 |
| 48 | Frank Lachmann | 238 |
| 49 | Dennis F. Lambert | 200 |
| 50 | Kjetil Larsen | 267 |
| 51 | Andy Lo | 239 |
| 52 | Mick Mantle | 201 |
| 53 | Matthew Michael McCormick | 202 |
| 54 | Tim John McGough | 203 |
| 55 | Edward Mosley | 72 |
| 56 | Peter Myers | 204 |
| 57 | Van Nguyen | 205 |
| 58 | Trent Nathan Park | 296 |
| 59 | Pawel Pilecki | 250 |
| 60 | Derek Piper | 275 |
| 61 | Jason Plowman | 206 |
| 62 | Ales Prikryl | 207 |

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 63 | Osric Proctor Jr | 227 |
| 64 | Verne Paul Riley | 208 |
| 65 | Sebastian Pawel Schmidt | 240 |
| 66 | Christopher Shaw | 271-a |
| 67 | Bernad Chengxi Siew | 209 |
| 68 | Matthew Ford Silvia | 210 |
| 69 | Evan Lawrence Skreen | 211 |
| 70 | Aleksandar Slavkov | 212 |
| 71 | William Henry Smith | 228 |
| 72 | David Springer | 213 |
| 73 | Tanard Corporation (Kevin Michael Mahan) | 214 |
| 74 | James Thomas | 215 |
| 75 | Thanh Lanh Tran | 229 |
| 76 | Tudor Ovidiu Vaida | 260 |
| 77 | Joshua Vidana | 263 |
| 78 | Jeffrey Raymond Vongermeten | 216 |
| 79 | Erik Voorhees | 272 |
| 80 | Trevor Michael Watson | 217 |
| 81 | Robert Todd Worrall | 218 |
| 82 | Greg Yampolskiy | 219 |

| | | |
|---|---|---|
| 1 | DATED: December 18, 2015 | **BAKER HOSTETLER LLP** |
| 2 | | */s/* Michael T. Delaney |
| 3 | | Ashley M. McDow<br>Michael T. Delaney<br>*Counsel for Michael G. Kasolas, the Trustee* |
| 5 | DATED: December 18, 2015 | **GALLO LLP** |
| 6 | | */s/* Ray E. Gallo |
| 7 | | Ray E. Gallo<br>*Attorneys for the Hee Creditors* |

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**