Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS**<br><br>Judge: Hon. Dennis Montali |

Pursuant to FRBP 9006(b)(1) and B.L.R. 9006-1, having reviewed the stipulation of the parties to extend the deadline for the 82 Gallo Creditors (as identified in the stipulation) to respond to Trustee's Omnibus Objections to Claims, the Court approves the stipulation. The deadline for the Gallo Creditors to respond to the Objections to Claims is extended to January 15, 2016.

It is so ordered.

**END OF ORDER**

DATED: _____, 2015

_____
Dennis Montali

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901