MICHELE M. DESOER (SBN 119667)
mdesoer@zuberlaw.com
ALAN C. CHEN (SBN 224220)
achen@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for
Claimant Zuber Lawler & Del Duca LLP

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Hashfast Technologies, LLC,<br><br>A California Limited Liability Company<br><br>Debtor(s). | CASE NO. 14-30725<br><br>**CERTIFICATE OF SERVICE** |

    I am employed in the County of Los Angeles, State of California. I am at least 18 years of age and not a party to the within action; my business address is 777 S. Figueroa Street, Suite 37th Floor, Los Angeles, CA 90017

    On December 21, 2015, I served the interested parties with the document described as follows: ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 322 AND REQUEST FOR HEARING by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Ashely M. McDow
    Baker Hostetler
    11601 Wilshire Boulevard, Suite 1400
    Los Angeles, CA 90025
    Email: amcdow@bakerlaw.com

1

2   I certify and declare under penalty of perjury under the laws of the State of California, that
3   the foregoing is true and correct and that this declaration was executed at Los Angeles, California
4   on December 21, 2015.

5

6                                           /s/ Debbie Ellis
7                                           Debbie Ellis