W. Keith Fendrick (FL BAR #612154)
HOLLAND & KNIGHT LLP
100 North Tampa St., Ste. 4100
Tampa, FL 33602


FILED
DEC 17 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

HASHFAST TECHNOLOGIES, LLC, a California limited liability company,

Debtor(s).

Case No. 14-30725
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jointly Administered with HashFast, LLC
Case No. 14-30866

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __W. Keith Fendrick, Esq.__, an active member in good standing of the bar of __the State of Florida__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Sistemas Operativos Sanitarios__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Charles L. Coleman III (CA SBN65496) HOLLAND & KNIGHT LLP
50 California Street, 28th Floor, San Francisco, CA 94111
(415) 743-6970

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/15

W. Keith Fendrick

Case: 14-30725    Doc# 425    Filed: 12/17/15    Entered: 12/22/15 08:38:35    Page 1 of 2

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611111344
Cashier ID: voltzs
Transaction Date: 12/10/2015
Payer Name: holland and knight llp
------------------------------------
PRO HAC VICE
 For: w keith fendrick
 Case/Party: D-CAN-3-15-AT-PROHAC-001
 Amount:         $305.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 85020742
 Amt Tendered:   $305.00
------------------------------------
Total Due:       $305.00
Total Tendered:  $305.00
Change Amt:      $0.00
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.