

FILED
DEC 18 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **HashFast Technologies, LLC, a California limited liability company**

Debtor(s).

Case No. **14-30725**

Chapter **11**

(Jointly Administered with HashFast, LLC Case No. 14-30866)

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**W. Keith Fendrick, Esq.**, whose business address and telephone number is **Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602, (813) 227-6707**

and who is an active member in good standing of the bar of **the State of Florida** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Sistemas Operativos Sanitarios C.A.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: December 18, 2015

**Honorable Dennis Montali**
United States Bankruptcy Judge