

**FILED**

DEC 2 1 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**FILED**

DEC 2 1 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

I am writing a response to an objection to claim filed against me.

I have amended my claim (claim 157) with addition documentation in case there was not enough proof as stated.

I am a creditor, I paid $7550.50, Confirmed it was paid in email and bank statements. Also I provided the information that showed they did authorize a refund, but I never received funds.

Provided documents show beyond a shadow of a doubt that my claim is valid and my allowed amount should be in full. The $7550.50

I will be providing the newly amended Claim to support this response.

If for some reason there is more proof needed, I can have my bank confirm payment.

Thank you for your time.

I also wish to point out and dispute document 406(disallowance of claims due to lack of evidence), It was improperly filed, my name is not James A. Ries  It is James Jonah Ries.

No other claimant by the name of James Ries is on the docket so to me this objection to claim was improperly filed and should be rejected in entirety.

Attached: Amended claim and supporting documents and Original objection to claim provided.

James J. Ries
Hashfast Creditor
450 Sunlight Ct Apt 2
Powell Wyoming 82435
3072544340
KBF_JIMBO@hotmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

\* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s) _____ /

Chapter 11

Case No. 14-30725 (Lead Case)  (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE

CLAIMANT: James Ries

CLAIM NO: 157

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| \* James Ries | 7,550.50 | 09/02/2014 |
| \* 450 Sunlight Ct. Apt. 2 | | |
| \* Powell, Wyoming 82435 | | |
| \* | | |

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ _____ by _____.

____ does not include a copy of the underlying judgment.

____ does not include a copy of the security agreement and evidence of perfection.

____ fails to assert grounds for priority.

____ does not include a copy of the assignment(s) upon which it is based.

____ appears to include interest or charges accrued after the filing of this case on _____.

____ is not timely filed.

_X_ Claimant failed to provide any evidence demonstrating a payment to or debt owing by the Debtor or Estate. _____

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____ allowed as a secured claim in the amount of: $_____.

____ allowed as an unsecured claim in the amount of: $_____.

____ allowed as a priority claim in the amount of: $_____.

_X_ disallowed in its entirety _____

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

Trustee's

~~DEBTOR(S)~~ ADDRESS:

\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow _____

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee

\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California.  . _____

| | | |
|---|---|---|
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |
| \* | \* | \* |

Rev. 1/2010

# Bank of the West Popmoney Payment Request to Hashfast Technologies Has Been Executed

From: **onlinebanking@bankofthewest.com**
Sent: Sat 12/07/13 5:06 AM
To:    kbf_jimbo@hotmail.com


popmoney

Dear James,

The payment referenced below has completed successfully.

**Payment Details**

| | |
|---|---|
| Payment ID | 288457071 |
| Amount | $2,550.50 |
| From | Bank of the West, EASY CHECKING, *****9908 |
| To | Hashfast Technologies (Checking) |

As of December 06, 2013, the funds have been credited to Hashfast and deducted from the account

You may always review this payment request by logging into Bank of the West Online Banking and vi

Thank you for using Popmoney offered by Bank of the West.

Sincerely,
Bank of the West Customer Service


*****************************************************************

Email Preferences
This is a notification email from Bank of the West. You are receiving this email in accordance with you
agreement. This is not a promotional email, and an opt-out service is not available.

Do Not Reply

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 3 of 26

Please do not reply to this email. This is a system generated email with no return in box. For question
option 3. You may also send us a secure email within Online Banking. Simply click on the Messages
message link.

https://www.bankofthewest.com/BOW/assets/vcmStaticContent/BOW%20Internet%20Contents/Devel

Email ID: POP203

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 4 of
26

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830

>
JAMES J RIES
450 SUNLIGHT CT APT 2
POWELL WY 82435-1633

## At your service

 bankofthewest.com

📱 1-800-488-2265

## Switch to Online Statements

Going paperless not only saves trees, it also saves you the hassle of dealing with piles of paper statements. Switch all of your deposit accounts to paperless and get instant and secure access to your statements online. View your current and past transactions without having to sort through a mountain of paperwork. Enroll in Online Statements today at bankofthewest.com/onlinebanking.

Take advantage of a *special offer* for Bank of the West customers.

Visit www.botw.com/specialoffer

## ACCOUNTS SUMMARY

| Checking | Account Number | Previous Balance | Balance as of 12/11/13 |
|---|---|---|---|
| Easy Checking | | $347.51 | $24.38 |
| **Money Market & Savings** | | | |
| Classic Savings | | 0.00 | 0.00 |
| **Total Assets** | | **$347.51** | **$24.38** |
| **Loans and Credit** | Account Number | | Balance as of 12/11/13 |
| Gold Line | | | 0.00 |
| **Total Liabilities** | | | **$0.00** |

## ACCOUNT SERVICES

One or more of your accounts includes the convenient services checked below. See individual account sections for specific services.

- ☐ Auto-Save
- ☑ Debit Card
- ☑ Direct Deposit
- ☑ Gold Line
- ☑ Mobile Banking
- ☑ Online Banking
- ☑ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

Member **FDIC**  EQUAL HOUSING LENDER

**YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).**

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
  a. Examine the figures used in this reconcilement for accuracy.
  b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
  c. Verify addition and subtraction in your register(s).
  d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits     $ _____

List outstanding debit transactions

| Number or Date | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com      📱 1-800-488-2265

Case: 14-30725   Doc# 428   Filed: 12/21/15   Entered: 12/29/15 11:20:56   Page 6 of 26

**BANK OF THE WEST**



# Statement of Accounts

## EASY CHECKING  xxx-xx9908

JAMES J RIES

### ACCOUNT SERVICES
This account has the following services:
- ☑ Debit Card
- ☑ Direct Deposit
- ☑ Gold Line
- ☑ Mobile Banking
- ☑ Online Banking
- ☑ Online Statements

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$347.51** |
| Total deposits and additions | 10,486.82 |
| Total withdrawals and subtractions | -10,809.95 |
| **Ending Balance** | **$24.38** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,660.52 |

### ACTIVITY DETAIL

#### Deposits

| Date | Description | Amount |
|---|---|---:|
| 11/15 | ELECTRONIC DEP ELEUTIAN TECHNOL PAYROLL   111513PPD | $1,343.41 |
| 11/18 | Deposit | 200.00 |
| 11/25 | Deposit | 7,500.00 |
| 11/26 | ONLINE TRANSFER | 100.00 |
| 11/29 | ELECTRONIC DEP ELEUTIAN TECHNOL PAYROLL   112913PPD | 1,343.41 |
| **Total Deposits** | | **$10,486.82** |

#### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---:|---:|---:|
| **Beginning Balance** | | | | **$347.51** |
| 11/13 | ELECTRONIC DBT EDUCAP ACH PAYMT 111213 WEB | | -50.00 | 297.51 |
| 11/13 | ELECTRONIC DBT EDUCAP ACH PAYMT 111213 WEB | | -50.00 | 247.51 |
| 11/13 | ELECTRONIC DBT DEPT EDUCATION STUDENT LN 111313 WEB | | -150.00 | 97.51 |
| 11/15 | ELECTRONIC DEP ELEUTIAN TECHNOL PAYROLL 111513 PPD | 1,343.41 | | 1,440.92 |
| 11/15 | DEBIT CARD POS | | -10.92 | 1,430.00 |
| | CHINA TOWN POWELL WY ON 131115 | | | |
| 11/15 | ONLINE TRANSFER | | -200.00 | 1,230.00 |
| | TRANSFER TO SAVINGS ***-**5425 | | | |
| 11/18 | Deposit | 200.00 | | 1,430.00 |
| 11/18 | DEBIT CARD POS | | -45.85 | 1,384.15 |
| | BLAIRS MARKET POWELL WY ON 131117 | | | |
| 11/18 | DEBIT CARD POS | | -7.61 | 1,376.54 |
| | BLAIRS MARKET POWELL WY ON 131118 | | | |
| 11/18 | ELECTRONIC DBT DELL PREFERRED ONLINE PMT 111813 PPD | | -100.00 | 1,276.54 |
| 11/18 | ELECTRONIC DBT PAYPAL ECHECK 111813 WEB | | -200.00 | 1,076.54 |
| 11/19 | DEBIT CARD POS | | -7.07 | 1,069.47 |
| | MCDONALD'S F12530 POWELL WY ON 131119 | | | |

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 7 of 26

03720 3753635 012152 024303 0002/0005

## EASY CHECKING  xxx-xx9908 *(continued)*

### ACTIVITY DETAIL

#### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 11/19 | DEBIT CARD POS | | -$83.26 | $986.21 |
| | SHIKI JAPANESE RESTAUR CODY WY ON 131119 | | | |
| 11/19 | ELECTRONIC DBT WalMart DC WM EPAY 111913 WEB | | -500.00 | 486.21 |
| 11/20 | DEBIT CARD POS | | -2.29 | 483.92 |
| | PIT STOP #12 POWELL WY ON 131120 | | | |
| 11/20 | DEBIT CARD POS | | -5.20 | 478.72 |
| | MCDONALD'S F12530 POWELL WY ON 131120 | | | |
| 11/20 | POS PURCHASE | | -20.61 | 458.11 |
| | 419230 WAL-MART #1778 CODY WY | | | |
| 11/21 | DEBIT CARD POS | | -17.22 | 440.89 |
| | CODY HONG KONG RESTAUR CODY WY ON 131121 | | | |
| 11/21 | DEBIT CARD POS | | -15.50 | 425.39 |
| | TACO JOHNS POWELL Q65 POWELL WY ON 131121 | | | |
| 11/21 | CASH WD ATM | | -202.50 | 222.89 |
| | 008671 331 WEST COULTIER POWELL WY | | | |
| 11/22 | DEBIT CARD POS | | -11.58 | 211.31 |
| | BLAIRS MARKET POWELL WY ON 131122 | | | |
| 11/22 | DEBIT CARD POS | | -38.82 | 172.49 |
| | CHINA TOWN POWELL WY ON 131122 | | | |
| 11/22 | DEBIT CARD POS | | -11.26 | 161.23 |
| | BLAIRS MARKET POWELL WY ON 131122 | | | |
| 11/25 | Deposit | 7,500.00 | | 7,661.23 |
| 11/25 | DEBIT CARD POS | | -37.50 | 7,623.73 |
| | LAVINA PACKAGE LIQUORS POWELL WY ON 131124 | | | |
| 11/25 | DEBIT CARD POS | | -12.01 | 7,611.72 |
| | ARAMARK NW 7TH ST GRIL POWELL WY ON 131125 | | | |
| 11/25 | DEBIT CARD POS | | -25.99 | 7,585.73 |
| | RADIOSHACK DEA00013714 POWELL WY ON 131125 | | | |
| 11/25 | DEBIT CARD POS | | -3.38 | 7,582.35 |
| | PIT STOP #12 POWELL WY ON 131124 | | | |
| 11/25 | DEBIT CARD POS | | -9.68 | 7,572.67 |
| | MAVERICK COUNTRY STO POWELL WY ON 131125 | | | |
| 11/26 | ONLINE TRANSFER | 100.00 | | 7,672.67 |
| | TRANSFER FROM SAVINGS ***-**5425 | | | |
| 11/27 | DEBIT CARD POS | | -7.28 | 7,665.39 |
| | MAVERIK CNTRY STRE 2 LOVELL WY ON 131127 | | | |
| 11/27 | ELECTRONIC DBT H TECHNOLOGIES FEE $01.00 112713 WEB | | -5,001.00 | 2,664.39 |
| 11/29 | ELECTRONIC DEP ELEUTIAN TECHNOL PAYROLL 112913 PPD | 1,343.41 | | 4,007.80 |
| 11/29 | DEBIT CARD POS | | -9.84 | 3,997.96 |
| | BURGER KING #6118 Q07 CODY WY ON 131128 | | | |
| 11/29 | CASH WD ATM | | -300.00 | 3,697.96 |
| | 3451-000837 BK WEST EAST SECOND POWELL WY | | | |
| 11/29 | AUTOMATIC | | -25.00 | 3,672.96 |
| | TRANSFER TO SAVINGS ACCT # 033715425 | | | |
| 12/02 | DEBIT CARD POS | | -41.91 | 3,631.05 |
| | BLAIRS MARKET POWELL WY ON 131130 | | | |

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 8 of 26



# BANK OF THE WEST

## EASY CHECKING xxx-xx9908 *(continued)*

### ACTIVITY DETAIL

#### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 12/02 | DEBIT CARD POS | | -$25.36 | $3,605.69 |
| | WWW.WINEANTHOLOGY.COM CLARK NJ ON 131202 | | | |
| 12/02 | DEBIT CARD POS | | -8.62 | 3,597.07 |
| | MCDONALD'S F12530 POWELL WY ON 131202 | | | |
| 12/02 | ELECTRONIC DBT CAPITAL ONE ONLINE PMT 120213 WEB | | -5.99 | 3,591.08 |
| 12/02 | ELECTRONIC DBT PAYPAL ECHECK 120213 WEB | | -100.00 | 3,491.08 |
| 12/02 | ELECTRONIC DBT CAPITAL ONE ONLINE PMT 120213 WEB | | -100.00 | 3,391.08 |
| 12/03 | DEBIT CARD POS | | -11.41 | 3,379.67 |
| | TACO JOHNS POWELL Q65 POWELL WY ON 131203 | | | |
| 12/03 | DEBIT CARD POS | | -63.76 | 3,315.91 |
| | BLAIRS MARKET POWELL WY ON 131203 | | | |
| 12/03 | ELECTRONIC DBT Amazon Credit AMZC EPAY 120313 WEB | | -100.00 | 3,215.91 |
| 12/04 | DEBIT CARD POS | | -13.32 | 3,202.59 |
| | BLAIRS MARKET POWELL WY ON 131204 | | | |
| 12/04 | DEBIT CARD POS | | -3.68 | 3,198.91 |
| | MAVERICK COUNTRY STO POWELL WY ON 131204 | | | |
| 12/04 | ELECTRONIC DBT H TECHNOLOGIES FEE $01.00 120413 WEB | | -2,551.50 | 647.41 |
| 12/05 | CASH WD ATM | | -40.00 | 607.41 |
| | 3451-001023 BK WEST EAST SECOND POWELL WY | | | |
| 12/05 | Check Paid #1112 | | -60.00 | 547.41 |
| 12/09 | DEBIT CARD POS | | -31.04 | 516.37 |
| | BLAIRS MARKET POWELL WY ON 131209 | | | |
| 12/09 | DEBIT CARD POS | | -6.24 | 510.13 |
| | REDBOX *DVD RENTAL 866-733-2693 IL ON 131209 | | | |
| 12/09 | ELECTRONIC DBT Credit One Bank Payment 120613 WEB | | -8.25 | 501.88 |
| 12/09 | ELECTRONIC DBT PAYPAL INST XFER 120913 WEB | | -50.00 | 451.88 |
| 12/10 | Check Paid #1113 | | -425.00 | 26.88 |
| 12/11 | NON-BOW ATM FEE | | -2.50 | 24.38 |
| **Totals** | | **$10,486.82** | **−$10,809.95** | |
| **Ending Balance** | | | | **$24.38** |

#### Checks Paid

| Number | Date paid | Amount | | Number | Date paid | Amount |
|--------|-----------|--------|---|--------|-----------|--------|
| 1112 | 12/05 | 60.00 | | 1113 | 12/10 | 425.00 |
| **Total Checks Paid** | | **$485.00** | | | | |



Case: 14-30725   Doc# 428   Filed: 12/21/15   Entered: 12/29/15 11:20:56   Page 9 of 26

 **BANK**OF**WEST**

# Statement of Accounts

This space intentionally left blank.

---

bankofthewest.com

 1-800-488-2265

**BANK OF THE WEST**

# Statement of Accounts

November 13, 2013 - December 11, 2013

## GOLD LINE  xxx-xx9908

JAMES J RIES



03720 3753635 012154 024307 00040/0005

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Other Credits - | | $0.00 |
| Advances | + | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $0.00 |
| | | |
| Credit Limit | | $1,500.00 |
| Available Credit | | $1,500.00 |
| Past Due Amount | | $0.00 |
| Statement Closing Date | | 12/11/2013 |
| Days in Billing Cycle | | 29 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | |

**QUESTIONS/INQUIRIES?**
Call Customer Service:
1-800-488-2265

Or send correspondence to:
Bank of the West
PO Box 2573, Omaha, NE 68103-2573

**PAYMENTS?**
Mail payments to:
Bank of the West
PO Box 4022, Alameda, CA 94501-0422

NOTICE: SEE REVERSE SIDE FOR IMPORTANT
INFORMATION

| Transactions | | |
|---|---|---|
| **Date** | **Description of Transaction or Credit** | **Amount** |
| | **Fees** | |
| | **Total Fees For This Period** | **$0.00** |
| | **Interest Charged** | |
| | **Total Interest For This Period** | **$0.00** |

| Totals Year to Date | |
|---|---|
| Total Fees Charged in 2013 | $15.00 |
| Total Interest Charged in 2013 | $0.00 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | | | |
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| ADVANCES | 18.00% | $0.00 | $0.00 |

---

 bankofthewest.com

 1-800-488-2265


## IMPORTANT INFORMATION ABOUT YOUR GOLD LINE

### AVERAGE DAILY BALANCE

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and subtract any unpaid interest or other finance charges, late charges, annual fees and any payments or credits. This gives us the daily balance. Then, we add up all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### LATE CHARGES

If the full minimum payment due is not received by the due date, you may be assessed a late charge as provided in the most recent terms of your credit line agreement. Please review your copy of the credit line agreement and any change in terms communication we may have sent you for a description of when any late charge would be assessed and the amount of any late charge.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement write us at:
Bank of the West (In South Dakota, Bank of the West operates under the name of Bank of the West California), Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573

In your letter, give us the following information:
1. Account Information: your name and account number
2. Dollar Amount: the dollar amount of the suspected error
3. Description of Problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential error in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
1. We cannot try to collect the amount in question, or report you as delinquent on that amount.
2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4. We can apply any unpaid amount against your credit limit.

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 12 of 26

**BANK OF THE WEST**

# Statement of Accounts

## CLASSIC SAVINGS  xxx-xx9150

JAMES J RIES

### ACCOUNT SERVICES
This account has the following services:

 Mobile Banking
Online Banking

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$0.00** |
| Total deposits and additions | 0.00 |
| Total withdrawals and subtractions | 0.00 |
| **Ending Balance** | **$0.00** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest earned not paid | $0.00 |
| Interest credited year-to-date | $0.03 |
| Federal tax withheld year-to-date | $0.00 |
| State tax withheld year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average balance this statement period | $0.00 |

### AVERAGE MONTHLY BALANCE - PAST 12 MONTHS





03720 3753635 012155 024309 000050/0005

bankofthewest.com

1-800-488-2265

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 13 of 26

**BANK OF THE WEST**

This space intentionally left blank.

bankofthewest.com

1-800-488-2265

Print                                                                                    Close

# RE: Your Refund [ ref:_00DG0jcES._500G0MmS3x:ref ]

From: **James Ries** (kbf_jimbo@hotmail.com)
Sent: Tue 5/27/14 10:23 AM
To:    Refunds (refunds@hashfast.com)

Since the signed document was delivered to you guys on 4/24/2014, i was expecting the refund by the
24 of May... i have yet to receive the refund and was wondering when this might be completed.

> Date: Wed, 30 Apr 2014 05:00:22 +0000
> From: refunds@hashfast.com
> To: kbf_jimbo@hotmail.com
> Subject: RE: Your Refund [ ref:_00DG0jcES._500G0MmS3x:ref ]
>
> Hi James,
> Thank you for your patience. We have a long queue of refund requests and we are processing them as
fast as we are able to.
>
> We know you are anxiously awaiting your refund and want to assure you your request will be
processed at the earliest possible time. Understandably, we must process refund requests in the order
that they were received. We sincerely appreciate your continued patience.
>
> Thanks,
> HashFast Customer Support - Refunds
>
> -------------- Original Message --------------
> From: Refunds [refunds@hashfast.com]
> Sent: 4/28/2014 12:21 PM
> To: kbf_jimbo@hotmail.com
> Subject: Your Refund [ ref:_00DG0jcES._500G0MmS3x:ref ]
>
> Hi James,
>
> My apologies for being unable to respond to your inquiries to this point. I understand how this can
rise suspicion and anger towards the situation, and we are trying to do everything we can to alleviate
your symptoms. We have every intention of returning your investment.
>
> In solution toward having your questions properly answered, I have made your case apparent to my
supervisor. It is my hope that you will receive resolution soon.
>
> Best Regards,
>
> Paul
> HashFast Customer Support
>
> -------------- Original Message --------------

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 15 of
26

> From: Grasshopper [notifications@grasshopper.com]
> Sent: 4/22/2014 3:01 PM
> To: support@hashfast.com
> Subject: Voicemail from 1-307-254-4340
>
> New Grasshopper Voicemail
>
> Caller: 1-307-254-4340
> Extension: 2 - Support
> Grasshopper #: 1-800-609-3445
> Timestamp: 4/22/2014 5:59:45 PM Eastern Daylight Time
>
>
> Read Your Voicemail
> "Hi this is James Reese it's my second call I'm probably six Email I am trying to figure out request a refund for order 3419 and I have gotten no response either through phone call or Email and so I'm sorry Judy it's little worried-small(?) change anything so if you can gimme a call back my phone number is 3072544340 my Email address is CES Jimbo@Hotmail.com and once again the orders 3419 Please contact me as soon thank you."
>
>
> Listen to the original message attached or have a human transcribe this voicemail for better accuracy
>
> Play this voicemail on your mobile phone or online
>
> Sign in to your account
>
>
>
> Find us on Twitter &amp; Facebook
>
> Love Grasshopper? Tell a Friend &amp; spread the word!
>
>
> ref:_00DG0jcES._500G0MmS3x:ref
>
>

Case: 14-30725   Doc# 428   Filed: 12/21/15   Entered: 12/29/15 11:20:56   Page 16 of 26

# Your HashFast Technologies order receipt from November 26, 2013

From: **HashFast Technologies** (sales@hashfast.com)
Sent:  Tue 11/26/13 6:07 AM
To:    kbf_jimbo@hotmail.com

## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

# Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number:
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 17 of
26

# Order: #3419

| Product | Quantity | Price |
|---|---|---|
| Baby Jet 400 GH/s (Batch 4) | 2 | $4,500 |
| Baby Jet Upgrade Kit 400 GH/s (Batch 4) | 2 | $3,000 |
| **Cart Subtotal:** | | $7,500 |
| **Shipping:** | | $50.50 via Ground (UPS) |
| **Order Total:** | | $7,550.50 |

# Customer details

**Email:** kbf_jimbo@hotmail.com

**Tel:** 3072544340

# Billing address

James Ries
450 Sunlight Ct Apt 2
Powell, Wyoming 82435

# Shipping address

James Ries
450 Sunlight Ct Apt 2
Powell, Wyoming 82435

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445, during pacific standard business hours (GMT-8).

## VOLUNTARY REFUND REQUEST AND RELEASE

Hashfast Technologies LLC ("**Hashfast**")
100 Bush Street, Suite 650
San Francisco, California 94104 United States

**DATE:**

Apr 24, 2014

**Order Number(s):**

3419

**Equipment List:**

2 Baby Jets

**Refund Amount:**

7550.50

2 upgrades

("**Buyer**")

[Name]   James Ries

**WIRE INFORMATION**
*Account names must be the same as the Buyer's name*

Bank Name:   Bank Of the West

[Company Name]

[Street Address]   450 Sunlight Ct Apt 2

Bank Address:   1130 Sheridan Ave

[City, Street, ZIP Code]   Powell wyoming 82435

Bank Routing Number:

Account Number:

[Country]   USA

**BITCOIN WALLET INFORMATION**

[Phone]   3072544340

Wallet Address:

I, the Buyer, have chosen to execute this Voluntary Refund Request and Release Agreement (this "**Agreement**") with Hashfast Technologies LLC (referred to as "**Hashfast**" or "**Company**"). Hashfast will process this request under the terms and conditions that follow.

Please select and check **ONLY ONE** of the following:

☑ I hereby cancel all of my Batch order and request a prompt refund in the amount shown above, paid to me in **United States Dollars (USD)**.

- OR -

☐ I hereby cancel all of my Batch orders and request a **USD equivalent refund to be paid in BITCOIN** at the exchange rate quoted by Bitstamp on the day Hashfast provides such Bitcoins. I hereby attest that it is legal for me to receive Bitcoin under the applicable laws of my jurisdiction.

Hashfast will process this request no later than 30 days after the receipt of this refund request, indicated by a returned.

BUYER INITIALS: _____

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 19 of 26

**IN ADDITION.** If you have opted to voluntarily cancel your order and receive a refund, in addition to the refund amount, Hashfast will designate you as a **Batch. Special Customer** and provide you with a **credit worth 5% of the refunded amount** that you may use if you decide to purchase Hashfast products again. As a Batch Special Customer, you will also get **air shipping to anywhere in the world for free** on your next order. If Hashfast is providing the refund by check, we will send the check to you by courier, request overnight or two-day delivery, and pay the delivery fee.

**GENERAL RELEASE**

1. Release. In consideration of the refund, and the separate and additional consideration described in the paragraph with the heading titled "In Addition" that Buyer acknowledges Buyer would not otherwise be entitled to receive, Buyer (on its own behalf and on behalf of Buyer's parent companies, subsidiaries and affiliates, and each of their officers, directors, equity owners, agents, staff, employees, representatives and attorneys, each in their individual and corporate capacities) hereby fully, forever, irrevocably and unconditionally releases, remises and discharges Hashfast Technologies LLC (referred to as "Hashfast" or "Company"), its parent companies, subsidiaries and affiliates, and each of their officers, directors, equity owners, agents, staff, employees, representatives and attorneys (each in their individual and corporate capacities) (hereinafter, the "**Released Parties**") from any and all actions, claims, charges, complaints, demands, causes of action, suits, rights, debts, sums of money, costs, accounts, reckonings, covenants, contracts, agreements, promises, doings, omissions, damages, executions, obligations, liabilities, damages, injuries, consequences, and expenses (including attorneys' fees and costs), of every kind and nature which Buyer ever had or now has against the Released Parties (the "**Claims**").

2. It is further understood and agreed that the general release referred to in Section 1 above a are a full and final release and shall apply to all unknown and unanticipated Claims, including, without limitation, those resulting from or based upon or in any way connected with the matters referred to herein as well as those now known or disclosed. Buyer hereby agrees that all rights under Section 1542 of the California Civil Code are hereby waived. Such section reads as follows: "A general release does not extend to claims which a creditor does not know of or suspect to exist in his favor at the time of executing the release which if known by him must have materially affected his settlement with the debtor."

3. Authority to Enter Agreement. Buyer represents and warrants that it is the buyer of the equipment under the order numbers set forth above. Buyer represents and warrants that it has full authority to enter into this Agreement, grant the release hereunder, and to perform the obligations assumed hereunder, and that this Agreement, when executed by Buyer, represents Buyer's valid and binding obligation, enforceable against it in accordance with its terms, subject to certain general legal enforceability exceptions.

4. Assignment and Transfer. Buyer represents and warrants that Buyer has not heretofore assigned or transferred any Claim released herein. Buyer further agrees to indemnify and hold the Company Releases, and each of them, harmless and defend the Company Releases, and each of them, against any such Claim based on any such transfer or assignment or purported transfer or assignment.

5. No Reliance; No Admissions. Buyer acknowledges and agrees that in making its decision to cancel its order that Buyer is not relying on any representations, assurances, statements or promises made by any of the Released Parties. It is understood and agreed that this is a compromise settlement of disputed claims, and that nothing herein shall be construed as an admission of liability or previous obligation of Company to Buyer.

6. Non-Disparagement. Buyer agrees that Buyer shall disparage, libel, or criticize the Company or publish any statement concerning the other that this is critical. Buyer likewise shall keep confidential the fact of the settlement, the terms of this Agreement, and the fact and amount of the consideration paid or to be paid hereunder and shall not release or disseminate any information concerning such matters or the terms hereof to any third party without the express written consent of the other parties hereto, except (a) to a party's attorney or accountant or where disclosure is required by regularly issued judicial process, (b) to the extent such information is publically known through no fault of Buyer. This obligation of confidentiality shall survive the release hereunder.

7. **Attorneys' Fees.** In the event that Buyer commences litigation or arbitration based on one or more Claims, Company shall be entitled to recover reasonable attorneys' fees, expenses and court and arbitration costs as it may incur in connection with such litigation.

8. **GOVERNING LAW AND ARBITRATION.** ANY CLAIM, DISPUTE OR CONTROVERSY (WHETHER IN CONTRACT, TORT OR OTHERWISE, WHETHER PRE-EXISTING, PRESENT OR FUTURE, AND INCLUDING STATUTORY, CONSUMER PROTECTION, COMMON LAW, INTENTIONAL TORT) BETWEEN BUYER AND HASHFAST, its agents, employees, principals, successors, assigns, affiliates, subsidiaries, arising from or relating to the purchase of Hashfast products, this Agreement, its interpretation or the breach, termination or validity thereof, (each, a *"Dispute"*) SHALL BE RESOLVED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION. Any Dispute shall be governed by the laws of the State of California and the F e d e r a l Laws of the U.S.A., each without regard to conflicts of law. The parties agree that the UN Convention for the International Sale of Goods will have no force or effect on this Agreement.

   8.1. THE ARBITRATION WILL BE CONDUCTED IN IN SANTA CLARA COUNTY, CALIFORNIA, U.S.A.

   8.2. The arbitrator shall have exclusive authority to resolve any dispute relating to arbitrability or enforceability of this arbitration provision including any unconscionability challenge or any other challenge that the arbitration provision or this Agreement is void, voidable or otherwise invalid. The arbitration shall be administered by the American Arbitration Association (AAA) or JAMS (or a substitute forum if both are unavailable). Arbitration proceedings shall be governed by this provision and the applicable procedures of the selected arbitration administrator, including any applicable procedures for consumer-related disputes, in effect at the time the claim is filed. The arbitrator(s) will not have the jurisdiction or power to award punitive damages, treble damages or any other damages which are not compensatory, even if permitted under the laws of the California or any other applicable law. Unless otherwise directed by the arbitrator(s), the parties will bear their own costs and expenses that are reasonable and necessary to participate in such arbitration, including attorneys' fees.

   8.3. NEITHER BUYER NOR HASHFAST SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS BY OR AGAINST OTHER BUYERS, OR ARBITRATE OR OTHERWISE PARTICIPATE IN ANY CLAIM AS A CLASS REPRESENTATIVE, CLASS MEMBER OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.

   8.4. The arbitrator shall be empowered to grant whatever relief would be available in court under law or in equity. This transaction shall be governed by the Federal Arbitration Act 9 U.S.C. sec. 1-16 (FAA). Any award of the arbitrator(s) shall be final and binding on each of the parties, and may be entered as a judgment in any court of competent jurisdiction.

   8.5. Notwithstanding any other provision in this Section 8 to the contrary, either party will at all times be entitled to seek and obtain injunctive relief in relation to infringement or threatened infringement of its intellectual property rights, in in relation to misappropriation of its trade secrets, in any court having jurisdiction.

9. **CHOICE OF FORUM IN LIEU OF ARBITRATION.** IF ARBITRATION CANNOT BE COMPELLED UNDER THE TERMS SET FORTH IN SECTION 8, OR IF SECTION 8.3 IS NOT ENFORCEABLE, BUYER AND COMPANY AGREE AND IRREVOCABLY CONSENT TO SUBMIT TO THE EXCLUSIVE JURISDICTION AND VENUE OF THE FEDERAL AND STATE COURTS LOCATED IN THE COUNTY OF SANTA CLARA COUNTY, CALIFORNIA, U.S.A. FOR ALL DISPUTES ARISING OUT OF OR RELATING TO THIS AGREEMENT.

10. **Contract Construction.** In the event that any provision(s) of this Agreement shall be held invalid or unenforceable by a court of competent jurisdiction or by any future legislative or administrative action, such holding or action shall not negate the validity or enforceability of any other provisions hereof. The word "or" as used in this Agreement has the meaning equivalent to "and/or". The terms 'include', 'includes' and 'including' will be deemed to be immediately followed by the phrase "without limitation." If a party is the subject of a sentence, then the word "will" expresses an obligation, and deemed equivalent to "shall". The parties agree the rules contract interpretation that would otherwise require ambiguities to be construed against the drafting party will not apply to this Agreement. These Terms are in the English language only, which language will be controlling in all respects. Any versions of this Agreement in any other language will be for accommodation only and will not be binding upon either party. All communications and documentation to be furnished under this Agreement will be in the English language.

11. **Waiver.** The failure on the part of either party to exercise, or any delay in exercising, any right or remedy shall not operate as a waiver thereof unless expressly stated herein.

12. **Acknowledgment.** Buyer and Company certify and acknowledge that both have carefully read all of the provisions of this Agreement and understand and will fully and faithfully comply with such provisions. Buyer and Company certify

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 21 of 26

and acknowledge that each has had the opportunity to review this Agreement with legal counsel, has either reviewed this Agreement with legal counsel, or has decided not to seek such counsel.

13. Electronic Signatures. All parties (a) agree that electronic signatures to this Agreement are binding, and (b) agree to the provisions of the U.S. E-SIGN Act (i.e., the Electronic Signatures in Global and National Commerce Act - ESIGN, Pub.L. 106-229, 14 Stat. 464, enacted June 30, 2000, 15 U.S.C. ch.96). Nevertheless, Company may require Buyer to sign this Agreement manually depending on the jurisdiction of Buyer.

   IN WITNESS WHEREOF, the parties have entered into this Voluntary Refund and Release Agreement as of the date first written above.

**BUYER:**

Customer Signature

*James Ries (Apr 24, 2014)*

Printed Name

James Ries

Title

IT Manager

Company Name

Eleutian Technology

Email

kbf_jimbo@hotmail.com

Phone

3072544340

Fax

Apr 24, 2014

**HASHFAST TECHNOLOGIES LLC:**

Signature:

Title: Director of Customer Support

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 22 of 26

Print                                                              Close

# Re: (Case 3972) I sent you money

From: **HashFast Sales** (sales@hashfast.com)
Sent: Mon 12/16/13 11:10 AM
To: James Ries (kbf_jimbo@hotmail.com)


Hi James,

We have received both your wires and order#3419 is confirmed.

Thank you so much for ordering with us!

HashFast Sales
sales@hashfast.com

-----Original Message-----
From: "James Ries" <kbf_jimbo@hotmail.com>
Reply-To: "James Ries" <kbf_jimbo@hotmail.com>
Date: Wed, 11 Dec 2013 04:24:43 -0800
To: "HashFast Sales" <sales@hashfast.com>
Subject: RE: (Case 3972) I sent you money

>i just wanted to verify this is no longer pending and the money has been received.
>
>Date: Tue, 3 Dec 2013 13:58:50 -0500
>From: sales@hashfast.com
>To: kbf_jimbo@hotmail.com
>Subject: Re: (Case 3972) I sent you money
>
>Hi James,
>
>Orders are confirmed in the order that payments are received. At this time, orders confirmed now are
anticipated to ship mid February.
>
>Kindly,
>
>--
>
>HashFast Sales
>
>sales@hashfast.com

Case: 14-30725    Doc# 428    Filed: 12/21/15    Entered: 12/29/15 11:20:56    Page 23 of
26

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Hashfast Technologies LLC |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court | **Northern District of California** |
| Case number: | **14-30725** |

FILED

U.S. Bankruptcy Court
Northern District of California

12/16/2015

Edward J. Emmons, Clerk

## Official Form 410
## Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

James Ries

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

James Ries

Name

450 Sunlight Ct
Apt 2
Powell, WY 82435

Contact phone _____ 307254440 _____
Contact email ___ KBF_JIMBO@hotmail.com ___

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) __157__ Filed on __09/02/2014__
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410 — Proof of Claim — page 1

Case: 14-30725   Doc# 428   Filed: 12/21/15   Entered: 12/29/15 11:20:56   Page 24 of 26

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**

$ _____7550.50_____

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Goods purchased but never received, Refund ordered, never issued. _____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.
  **Nature of property:**
  ☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $ _____

  **Amount of the claim that is secured:** $ _____

  **Amount of the claim that is unsecured:** $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $ _____

  **Annual Interest Rate** (when case was filed) _____ %

  ☐ Fixed
  ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410 · Proof of Claim · page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the lawl limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/16/2015
                   MM / DD / YYYY

/s/  James Jonah Ries

Signature

Print the name of the person who is completing and signing this claim:

Name         James Jonah Ries
             First name    Middle name    Last name

Title        _____

Company      _____
             Identify the corporate servicer as the company if the authorized agent is a servicer

Address      450 Sunlight Ct Apt 2
             Number   Street
             Powell, WY 82435
             City   State   ZIP Code

Contact phone   3072544340        Email   KBF_JIMBO@hotmail.com

Case 14-30725   Claim 157-2   Filed 12/16/15   Desc Main Document   Page 3 of 3
Case: 14-30725   Doc# 428   Filed: 12/21/15   Entered: 12/29/15 11:20:56   Page 26 of 26