Notice mailing postmark: 12/1/2015
Objection Deadline: 12/22/2015

**FILED**

DEC 30 2015

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523
Telephone: (206) 203-5256

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>  HASHFAST TECHNOLOGIES, LLC, a<br>  California limited liability company<br><br>* Affects HASHFAST LLC, a Delaware limited<br>liability company<br><br>Debtor(s) | Chapter 11<br><br>Case No. 14-30725 (Lead Case) (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)<br>OBJECTION TO OBJECTION TO CLAIM<br>CLAIMANT: Luke Dashjr<br>CLAIM NO: 329 |

RESPONSE OF LUKE DASHJR TO DEBTORS' OBJECTION TO CLAIM

    I, Luke Dashjr, hereby file this response to Debtors' Objection to Claim, objecting to claim number 329 (the "Claim Objection"), on the basis that it is not timely filed. With respect to the Claim Objection, I assert that I have adequately supported my claim and that it should be allowed. While I acknowledge that the claim was not filed by the stated deadline for claims, I was not informed of this deadline nor even the opportunity to file claims until afterward, on 4/15/2015, following having inquired with Michael Delaney (counsel for the creditors committee) as to why my name was not listed among the creditors on a mailing I received directly on 4/10/2015. I immediately sought to understand how to file a claim properly, and believed I did so to case 14-30866 on the same day, 4/15/2015 (Claim No. 24). However, I learned later that the claim needed to be filed under a different case number for some reason, and corrected this by submitting my claim to Case No. 14-30725 on 4/27/2015. To summarise, I was not notified in a timely manner of the opportunity to file claims nor of the deadline to do so, and I filed in a timely manner as soon as I became aware of this process. I ask that the court take this into consideration and enter an order allowing my claim given these circumstances.

This objection may also be being filed later than the 21 days allowable. This is due to being unable to ascertain a method of filing with this court within the allowed timeframe. On 12/5/2015 (day of receipt of the Claim Objection), I contacted Ashley M. McDow (Attorney for Objecting Party, Michael G. Kasolas, the Trustee) by the email address specified on the Claim Objection for correspondance, politely requesting that she withdraw the Claim Objection, or alternatively let me know how I can file this response. I received an automated "email-has-been-read notification" the same day, however no response from Ashley M. McDow to this correspondance has been received by 12/22/2015. As a pro se filer, I am unable to obtain an ECF login and file these documents electronically. Without any further leads on how to file this response, I am therefore mailing it to the Clerk of the Bankruptcy Court in the San Francisco Division in hopes that it will be filed appropriately. A copy of this response will also be sent to Ashley M. McDow on 12/22/2015. I believe I have made every possible effort to meet the requirements set by the notice given in the Claim Objection, and hope the court will take this into consideration.

Dated: 12/22/2015

*(signature)*

Luke Dashjr (Creditor)
17318 Sweetwater Rd
Dade City, FL 33523
Email: luke_hfclaim329@dashjr.org
Telephone: 206.203.5256

To the Clerk of the Bankruptcy Court:

I hope I am sending this to the right place; I have been unable to figure out how I am supposed to file it. Please accept the enclosed response to file on case 14-30725. If there is a fee to file this or anything else I need to do, the quickest way to reach me is usually by phone, but please feel free to contact me in whichever way you find most convenient.

Thank you,

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523
Email: luke_hfclaim329@dashjr.org
Telephone: 206.203.5256