Reginald R. Hindley #113144
Ryan A. Henderson #257487
Law Office of Hindley & Henderson
718 Orchard Street
Santa Rosa, CA  95404
Telephone:  (707) 575-3700
Facsimile:    (707) 575-3020
Email: HindleyLaw@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>HASHFAST TECHNOLOGIES LLC,<br><br>       Debtor,<br><br>_____/ | Chapter  11<br>Bankruptcy Case No. 14-30725<br><br>**REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that THE LAW OFFICE OF HINDLEY & HENDERSON desires notice of the filing of any motions, applications or proceedings in the above matter pursuant to Bankruptcy Rule 2002.  Said notices shall be served upon:

Law Office of Hindley & Henderson
718 Orchard Street
Santa Rosa CA  95404

December 30, 2015                    /s/ Reginald R. Hindley
                                     REGINALD R. HINLDEY

Bankruptcy Case No. 14-30725

### Proof of Service by Mail

I am over the age of eighteen years, employed in the County of Sonoma, and not a party to the within-entitled proceeding. My business address is: 718 Orchard Street, Santa Rosa, California 95404.

On December 31, 2015, I served the following document:

### REQUEST FOR SPECIAL NOTICE

on the interested parties in said proceeding by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail in Santa Rosa, California, addressed as follows:

**Debtor's attorney:**
Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

**Electronic Service:**
**U.S. Trustee (SR)**
**USTPRegion17.SF.ECF@usdoj.gov**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

December 31, 2015      /s/ Tabetha Vough
                       Tabetha Vough
                       Legal Assistant