Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866 DM<br><br>Chapter 11 |

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.**

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), by and through his undersigned counsel, and Hypertechnologie Ciara Inc. (the "**Claimant**") hereby stipulate and agree as follows:

1. The Trustee filed an objection to claim, dated November 25, 2015 (the "**Objection to Claim**"), against Proof of Claim No 174 filed by Claimant.

2. The current deadline to respond to the Objection to Claim is January 15, 2016 (the "**Response Deadline**").

3. The Trustee and the Claimant hereby agreed to extend the Response Deadline to and including February 15, 2016 without prejudice to any further extensions as agreed by the parties.

Dated: January 15, 2016

| BAKER HOSTETLER LLP | GREENBERG TRAURIG, P.A. |
|---|---|
| */s/ Ashley M. McDow* | |
| Ashley M. McDow, Esq. | John R. Dodd, Esq. |
| Michael T. Delaney, Esq. | 333 S.E. 2nd Avenue Suite 4400 |
| 11601 Wilshire Blvd., Suite 1400 | Miami, FL 33131 |
| Los Angeles, CA 90025-0509 | Telephone: 305.579.0500 |
| Telephone: 310.820.8800 | Facsimile: 305.579.0717 |
| Facsimile: 310.820.8859 | Email: doddj@gtlaw.com |
| Email: amcdow@bakerlaw.com | |
| mdelaney@bakerlaw.com | |
| *Counsel for Michael G. Kasolas, the Trustee* | *Counsel to Hypertechnologie Ciara Inc.* |

608211645.1

| | |
|---|---|
| 1 | Dated: January 13, 2016 |
| 2 | BAKER HOSTETLER LLP        GREENBERG TRAURIG, P.A. |

BAKER HOSTETLER LLP

Ashley M. McDow, Esq.
Michael T. Delaney, Esq.
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
     mdelaney@bakerlaw.com

*Counsel for Michael G. Kasolas, the Trustee*

GREENBERG TRAURIG, P.A.

/s/ John R. Dodd

John R. Dodd, Esq.
333 S.E. 2nd Avenue Suite 4400
Miami, FL 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
Email: doddj@gtlaw.com

*Counsel to Hypertechnologie Ciara Inc.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 15, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On January 15, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F-9013-3.1.PROOF.SERVICE
608211645.1

Case: 14-30725    Doc# 431    Filed: 01/15/16    Entered: 01/15/16 17:38:26    Page 4 of 6

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu
Greg P. Campbell   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer   mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang   cdjang@rutan.com
Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen   bgaschen@wgllp.com
Julie M. Glosson   julie.m.glosson@usdoj.gov
Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris   rob@bindermalter.com
Reginald R. Hindley   hindleylaw@gmail.com
David Holtzman   david.holtzman@hklaw.com, angela.ius@hklaw.com
Ori Katz   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner   roliner@duanemorris.com
Douglas R. Pahl   dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras   dpoitras@jmbm.com
Gregory A. Rougeau   grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi   craig@stuppilaw.com
Sarah M. Stuppi   sarah@stuppilaw.com
Christopher D. Sullivan   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng   nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## 2. SERVED BY UNITED STATES MAIL:

### MANUAL NOTICE PARTIES:

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris, LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

~~Ray E. Gallo~~
~~Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901~~
(Service preferred via email
rgallo@gallo-law.com)

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Fl.
Los Angeles, CA 90067

| | | |
|---|---|---|
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | |

608211645.1