**Entered on Docket**
**January 19, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 17, 2016



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866 DM<br><br>Chapter 11 |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.**

A Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara Inc., by and between Michael G. Kasolas, the Trustee for the Liquidating Trust, and Hypertechnologie Ciara Inc., having been filed on January 15, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved; and

    B. The deadline for Hypertchnologie Ciara Inc. to respond to the objection to its claim is hereby extended from January 15, 2016 to February 15, 2016.

**END OF ORDER**

608211697.1