Thomas R. Burns - #152493
Attorney at Law
703 Market St., #1109
San Francisco, CA 94103
tel: (415)543-9900
fax: (415) 543-9449
email: tom@tburnslaw.com

Attorney for Creditor Duane Laun

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

Hashfast Technologies LLC,

    Debtor.

No. 14-30725
Ch. 13

REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004

**PLEASE TAKE NOTICE** that Thomas R. Burns, Attorney at Law has been retained by creditor Duane Laun in the above-referenced bankruptcy case.

Thomas R. Burns hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local Rules at the following:

Thomas R. Burns
Attorney at Law
703 Market St., Suite 1109
San Francisco, CA 94103
Tel: (415) 543-9900
Fax: (415) 543-9449
Email: tom@tburnslaw.com

Any appearance or filings of other documents in the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. Creditor Duane Laun must be served directly and does not authorize Thomas R. Burns to act as his agent for purposes of services under Fed.R.Bankr. Rule 7004.

Dated: January 20, 2015        By:    /S/Thomas R. Burns
                                                      Thomas R. Burns
                                                      Attorney for Creditor Duane Luan

1