Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |
| | **SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS** |
| | Judge: Hon. Dennis Montali |

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), by and through his undersigned counsel, and the creditors listed in the table below (the "Gallo Creditors"), by and through their undersigned counsel, Gallo LLP, hereby stipulate and agree as follows.

1.      On or about November 30, 2015 the Trustee filed multiple Objections to claims, including certain claims filed by the Gallo Creditors (the "Objections to Claims").

Page 1

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS
TO CLAIMS OF THE GALLO CREDITORS

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

2. On December 21, 2015 the Gallo Creditors and the Trustee filed a joint stipulation (Dckt #422) extending the deadline to respond to the Objections to Claims from December 21, 2015 to January 15, 2016 (the "Response Deadline"). Counsel for the Gallo Creditors mistakenly attached the corresponding Order to the lead document (Dckt #422-1) instead of uploading the Order using the ECF E-Order system. Consequently, the Court did not sign the Order.

3. On December 23, 2015 counsel for the Gallo Creditors and counsel for the Trustee met and conferred regarding the Trustee's objections so as to resolve those that can be resolved without a hearing before the Gallo Creditors are required to file their various (and by necessity voluminous) responses with the Court.

4. On December 30, 2015 the Gallo Creditors provided the Trustee with documents supporting 16 of the claims that had received objections from the Trustee.

5. Accordingly, the Trustee and the Gallo Creditors, and each and all of them, by and through their attorneys, hereby agree to extend the Response Deadline to February 15, 2016, to allow the Trustee sufficient time to evaluate the evidence provided and, if warranted, negotiate a resolution of any or all of the Objections to Claims. The responses of the Gallo Creditors', and each and all of them, to any and all of the Objections to Claims shall be timely if filed on or before February 15, 2016, without prejudice to any further extensions as agreed by the parties.

6. The Gallo Creditors are as follows:

| Line No. | Gallo Creditor Name | Claim # |
|----------|---------------------|---------|
| 1 | Antoine Alary | 230 |
| 2 | Lee Ash | 231 |
| 3 | Max Avroutski | 232 |
| 4 | Joseph William Baker | 280 |
| 5 | Mattia Baldinger | 258 |

Page 2

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS
TO CLAIMS OF THE GALLO CREDITORS

| Line No. | Gallo Creditor Name | Claim # |
|----------|---------------------|---------|
| 6 | Osmany Barrinat | 177 |
| 7 | Jason Cameron Bond | 233 |
| 8 | Alessandro Bottai | 226 |
| 9 | Jeffrey Bradian | 242 |
| 10 | Peter Lukas Bradley | 178 |
| 11 | Justin Bronder | 179 |
| 12 | Toby Brusseau | 180 |
| 13 | Otto Bubenicek | 181 |
| 14 | Royce Bui | 251 |
| 15 | Craig Burke | 182 |
| 16 | Ryan Casey | 234 |
| 17 | Jarod Clark | 183 |
| 18 | Chaz Curtiss | 184 |
| 19 | Jamshed Dadachanji | 185 |
| 20 | Brian Dankowski | 186 |
| 21 | Mike Deming | 261 |
| 22 | Gautam Desai | 187 |
| 23 | Aristeidis Dionisatos | 188 |
| 24 | Joshua Dorman | 255 |
| 25 | Jack Dorr | 189 |
| 26 | Randall Elliott | 190 |
| 27 | Alvaro Fraguas Jover | 191 |
| 28 | Nicholas Vincent Fusaro | 192 |
| 29 | Ryan Gatchalian | 256 |
| 30 | Price Givens | 193 |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 31 | Edgar Godoy | 245 |
| 32 | Christopher Goes | 194 |
| 33 | Garrett Griffin | 195 |
| 34 | Luis Guerrero | 235 |
| 35 | Jason Thor Hall | 196 |
| 36 | Larry Han | 259 |
| 37 | Harmacolindor Informatikai Kft. | 244 |
| 38 | Hamilton Hee | 295 |
| 39 | David R Henson | 236 |
| 40 | David Govinder Hunt | 262 |
| 41 | Intervid FZ LLC (Lance Dixon) | 273 |
| 42 | I-PMart Network USA Ltd | 197 |
| 43 | James Fred Johnson | 60-a |
| 44 | Jeremy Ray Jones | 237 |
| 45 | Marcus Killion | 198 |
| 46 | Robert Kulys | 257 |
| 47 | Law Yui Kwan | 199 |
| 48 | Frank Lachmann | 238 |
| 49 | Dennis F. Lambert | 200 |
| 50 | Kjetil Larsen | 267 |
| 51 | Andy Lo | 239 |
| 52 | Mick Mantle | 201 |
| 53 | Matthew Michael McCormick | 202 |
| 54 | Tim John McGough | 203 |
| 55 | Edward Mosley | 72 |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS
TO CLAIMS OF THE GALLO CREDITORS

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 56 | Peter Myers | 204 |
| 57 | Van Nguyen | 205 |
| 58 | Trent Nathan Park | 296 |
| 59 | Pawel Pilecki | 250 |
| 60 | Derek Piper | 275 |
| 61 | Jason Plowman | 206 |
| 62 | Ales Prikryl | 207 |
| 63 | Osric Proctor Jr | 227 |
| 64 | Verne Paul Riley | 208 |
| 65 | Sebastian Pawel Schmidt | 240 |
| 66 | Christopher Shaw | 271-a |
| 67 | Bernad Chengxi Siew | 209 |
| 68 | Matthew Ford Silvia | 210 |
| 69 | Evan Lawrence Skreen | 211 |
| 70 | Aleksandar Slavkov | 212 |
| 71 | William Henry Smith | 228 |
| 72 | David Springer | 213 |
| 73 | Tanard Corporation (Kevin Michael Mahan) | 214 |
| 74 | James Thomas | 215 |
| 75 | Thanh Lanh Tran | 229 |
| 76 | Tudor Ovidiu Vaida | 260 |
| 77 | Joshua Vidana | 263 |
| 78 | Jeffrey Raymond Vongermeten | 216 |
| 79 | Erik Voorhees | 272 |

Page 5

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

| Line No. | Gallo Creditor Name | Claim # |
|---|---|---|
| 80 | Trevor Michael Watson | 217 |
| 81 | Robert Todd Worrall | 218 |
| 82 | Greg Yampolskiy | 219 |

DATED:  January 25, 2016               **BAKER HOSTETLER LLP**

                                       */s/* Michael T. Delaney
                                              Ashley M. McDow
                                              Michael T. Delaney
                                       *Counsel for Michael G. Kasolas, the Trustee*


DATED:  January 25, 2016               **GALLO LLP**

                                       */s/* Ray E. Gallo
                                              Ray E. Gallo
                                       *Attorneys for the Hee Creditors*

STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS
TO CLAIMS OF THE GALLO CREDITORS

Case: 14-30725    Doc# 435    Filed: 01/25/16    Entered: 01/25/16 11:04:06    Page 6 of 6