Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I am over the age of 18 years and not a party to this bankruptcy case or adversary proceeding. My business address is 1299 Fourth Street, Suite 505, San Rafael, CA 94901. My address for electronic service is mvananda@gallo-law.com.

A true and correct copy of the document(s) entitled:

**SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS**

**[PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS**

will be served or was served in the manner stated below:

_X_ **To be served by the Court via notice of electronic filing (NEF):** Pursuant to controlling General Order and LBR, the document(s) will be served via NEF and hyperlink to the document. On January 25, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns tom@tburnslaw.com
Greg P. Campbell ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang cdjang@rutan.com
Fahim Farivar ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen bgaschen@wgllp.com
Julie M. Glosson julie.m.glosson@usdoj.gov
Elizabeth A. Green egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris rob@bindermalter.com
Geoffrey A. Heaton gheaton@duanemorris.com
Reginald R. Hindley hindleylaw@gmail.com
David Holtzman david.holtzman@hklaw.com, angela.ius@hklaw.com
Ori Katz okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner roliner@duanemorris.com
Douglas R. Pahl dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras dpoitras@jmbm.com
Gregory A. Rougeau grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi craig@stuppilaw.com
Sarah M. Stuppi sarah@stuppilaw.com

Christopher D. Sullivan  csullivan@diamondmccarthy.com,
mdomer@diamondmccarthy.com
Nancy Weng  nweng@trinhlawfirm.com, kim@trinhlawfirm.com

____ **Served by United States Mail:** On January 25, 2016, I served the following persons and/or entities (manual notice parties) at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 | Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
|---|---|---|
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 |
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 |
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton LLP<br>1901 Avenue of the Stars, #1600<br>Los Angeles, CA 90067-6017 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wein, Austria | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 |
| Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 25, 2016.

*Marc van Anda* (signature)
Marc van Anda

Page 2

CERTIFICATE OF SERVICE

Case: 14-30725    Doc# 436    Filed: 01/25/16    Entered: 01/25/16 11:08:33    Page 3 of 3