Entered on Docket
January 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 25, 2016



_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |
| | **ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS** |
| | Judge: Hon. Dennis Montali |

Pursuant to FRBP 9006(b)(1) and B.L.R. 9006-1, having reviewed the Second Stipulation to Extend Deadline to Respond to Trustee's Objections to Claims of the Gallo Creditors (the "Stipulation") of the parties to extend the deadline for the 82 Gallo Creditors (as identified in the stipulation) to respond to Trustee's Objections to Claims (as defined in the Stipulation), finding notice thereof due and proper, receiving no

Page 1

1. objection thereto, and finding good and adequate cause therefor, the Court approves the

2. Stipulation and orders that the deadline for the Gallo Creditors to respond to the

3. Objections to Claims is extended to February 15, 2016.

4.

5.     It is so ordered.

                                **END OF ORDER**

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Case: 14-30725    Doc# 437    Filed: 01/25/16    Entered: 01/26/16 10:42:23    Page 2 of 3

## COURT SERVICE LIST

Manual notice parties:

| | | |
|---|---|---|
| Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 | Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 |
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 |
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, #1600<br>Los Angeles, CA 90067-6017 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wein, Austria | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 |
| Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | | |