# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: awong | Date Created: 1/26/2016 |
| Case: 14–30725 | Form ID: pdfeoc | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| ptcrd | Timothy Lam | 6156 Temple City Blvd. | Temple City, CA 91780 | |
| ptcrd | Edward Hammond | 3103 Powell Cir. | Austin, TX 78704 | |
| ptcrd | Grant Pederson | 12538 Botanical Ln. | Frisco, TX 75035 | |
| intp | Process General | 5915 Edmond St. #102 | Las Vegas, NV 89118–2860 | |
| cr | Kang Lu | 5753 Hwy 85 North #2442 | Crestview, FL 32536 | |
| cr | Oleksandr V Buzko | 5824 Oak Bend Lane #101 | Oak Park, CA 91377 | |
| sp | Duane Morris,LLP | One Market Plaza | Spear Street Tower, Suite 2200 | San Francisco, CA 94105–1127 |
| cr | Strategic Counsel Corp | c/o Adam T. Ettinger | Sheppard Mullin Richter & Hampton LLP | 1901 Ave of the Stars, #1600   Los Angeles, CA 90067–6017 |
| cr | John E. Hlavaty | 35 Swanson Court, #16D | Boxborough, MA 01719 | |
| cr | Paul M. Dolak | P.O. Box 590276 | San Francisco, CA 94159 | |
| cr | Avram S. Cheaney | 1305 Laguna Street, #4 | San Francisco, CA 94115 | |
| cr | James J Ries | 450 Sunlight Ct, #2 | Powell, WY 82435 | |
| cr | Luke Dashjr | 17318 Sweetwater Rd. | Dade City, FL 33523 | |
| aty | Ainsley G. Moloney | Morgan Lewis & Bockius LLP | 1 Federal St. | Boston, MA 02110 |
| aty | Craig A. Barbarosh | Katten Muchin Rosenman LLP | 650 Town Center Dr. 7th Fl. | Costa Mesa, CA 92626–7122 |
| aty | Eric W. Benisek | Vasquez Benisek and Lindgren LLP | 3685 Mt. Diablo Blvd., Suite 300 | Lafayette, CA 94549 |
| aty | Peter A. Siddiqui | Katten Muchin Rosenman LLP | 525 W. Monroe St. | Chicago, IL 60661–3693 |
| | Brian E. Klein | Baker Marquart, LLP | 2029 Century Park East, 16th floor | Los Angeles, CA 90067 |
| | Mohammad Zahid Faruqi | Ruthnergasse 42/Tuer 9 | 1210–Wein, Austria | AUSTRIA |

TOTAL: 19