```
                    United States Bankruptcy Court
                     Northern District of California
```

In re:                                                    Case No. 14-30725-DM
Hashfast Technologies LLC                                 Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-3        User: awong          Page 1 of 2        Date Rcvd: Jan 26, 2016
                            Form ID: pdfeoc       Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
```
aty          +Ainsley G. Moloney,    Morgan Lewis & Bockius LLP,    1 Federal St.,   Boston, MA 02110-2003
aty          #Craig A. Barbarosh,   Katten Muchin Rosenman LLP,    650 Town Center Dr. 7th Fl.,
               Costa Mesa, CA  92626-7122
aty          +Eric W. Benisek,   Vasquez Benisek and Lindgren LLP,    3685 Mt. Diablo Blvd., Suite 300,
               Lafayette, CA 94549-6833
aty           Peter A. Siddiqui,   Katten Muchin Rosenman LLP,    525 W. Monroe St.,   Chicago, IL  60661-3693
cr           +Avram S. Cheaney,   1305 Laguna Street, #4,   San Francisco, CA 94115-4249
             +Brian E. Klein,   Baker Marquart, LLP,    2029 Century Park East, 16th floor,
               Los Angeles, CA 90067-3001
sp           +Duane Morris,LLP,   One Market Plaza,   Spear Street Tower, Suite 2200,
               San Francisco, CA 94105-1198
ptcrd        +Edward Hammond,   3103 Powell Cir.,   Austin, TX 78704-6343
ptcrd        +Grant Pederson,   12538 Botanical Ln.,   Frisco, TX 75035-0433
cr           +John E. Hlavaty,   35 Swanson Court, #16D,   Boxborough, MA 01719-1353
cr           +Kang Lu,   5753 Hwy 85 North #2442,   Crestview, FL 32536-9365
cr           +Luke Dashjr,   17318 Sweetwater Rd.,   Dade City, FL 33523-6246
              Mohammad Zahid Faruqi,   Ruthnergasse 42/Tuer 9,    1210-Wein, Austria,   AUSTRIA
cr           +Oleksandr V Buzko,    5824 Oak Bend Lane #101,   Oak Park, CA 91377-5662
cr           +Paul M. Dolak,   P.O. Box 590276,   San Francisco, CA 94159-0276
intp         #Process General,   5915 Edmond St. #102,   Las Vegas, NV  89118-2860
cr           +Strategic Counsel Corp,   c/o Adam T. Ettinger,    Sheppard Mullin Richter & Hampton LLP,
               1901 Ave of the Stars, #1600,   Los Angeles, CA 90067-6055
ptcrd        +Timothy Lam,   6156 Temple City Blvd.,   Temple City, CA 91780-1747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: kbf_jimbo@hotmail.com Jan 27 2016 01:50:32    James J Ries,   450 Sunlight Ct, #2,
               Powell, WY 82435-1633
                                                                                  TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
```
             Aron M. Oliner    on behalf of Plaintiff Michael G. Kasolas roliner@duanemorris.com
             Aron M. Oliner    on behalf of Interested Party Michael G. Kasolas roliner@duanemorris.com
             Ashley  McDow   on behalf of Interested Party Michael G. Kasolas amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
             Ashley  McDow   on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com,   SGaeta@bakerlaw.com
             Ashley  McDow   on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
             Ashley  McDow   on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
             Ashley  McDow   on behalf of Interested Party    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com,   SGaeta@bakerlaw.com
             Ashley  McDow   on behalf of Interested Party    Official Committee of Unsecured Creditors
               amcdow@bakerlaw.com,   SGaeta@bakerlaw.com
             Beth E. Gaschen   on behalf of Petitioning Creditor    Koi Systems bgaschen@wgllp.com
             Caroline R. Djang   on behalf of Creditor   DigiMex Ltd cdjang@rutan.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
           csullivan@diamondmccarthy.com,   mdomer@diamondmccarthy.com
          Craig  Stuppi    on behalf of Interested Party Eduardo  DeCastro craig@stuppilaw.com
          David  Holtzman    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
           david.holtzman@hklaw.com,   angela.ius@hklaw.com
          David M. Poitras    on behalf of Defendant Marc A. Lowe dpoitras@jmbm.com
          Douglas R. Pahl    on behalf of Creditor    Perkins Coie LLP dpahl@perkinscoie.com,
           etherrien@perkinscoie.com
          Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com,
           jdriggers@bakerlaw.com
          Elizabeth A. Green    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           egreen@bakerlaw.com,   jdriggers@bakerlaw.com
          Fahim  Farivar    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           ffarivar@bakerlaw.com,   sgaeta@bakerlaw.com
          Geoffrey A. Heaton    on behalf of Plaintiff Michael G. Kasolas gheaton@duanemorris.com
          Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@aldridgepite.com,
           gc@ecf.inforuptcy.com
          Gregory A. Rougeau    on behalf of Creditor    Liquidbits Corp. grougeau@diamondmccarthy.com,
           MDomer@diamondmccarthy.com
          Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast Technologies LLC
           jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC
           jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast LLC jessica.mickelsen@kattenlaw.com
          Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
           julie.m.glosson@usdoj.gov
          Michael  Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com,
           SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           mdelaney@bakerlaw.com,   SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Interested Party Michael G. Kasolas mdelaney@bakerlaw.com,
           SGaeta@bakerlaw.com
          Michele M. Desoer    on behalf of Creditor    Zuber Lawler & Del Duca LLP mdesoer@zuberlaw.com,
           dellis@zuberlaw.com
          Nancy  Weng    on behalf of Creditor Davide  Cavion nweng@trinhlawfirm.com,  kim@trinhlawfirm.com
          Nancy  Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com,  kim@trinhlawfirm.com
          Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
          Ori  Katz    on behalf of Interested Party Simon  Barber okatz@sheppardmullin.com,
           smccabe@sheppardmullin.com
          Patrick  Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com,
           mvananda@gallo-law.com
          Reginald R. Hindley    on behalf of Interested Party    Hindley & Henderson hindleylaw@gmail.com
          Robert G. Harris    on behalf of Defendant    Uniquify, Inc. rob@bindermalter.com
          Robert G. Harris    on behalf of Creditor    Uniquify, Inc. rob@bindermalter.com
          Sarah M. Stuppi    on behalf of Interested Party Eduardo  DeCastro sarah@stuppilaw.com
          Thomas R. Burns    on behalf of Creditor Duane  Laun tom@tburnslaw.com
          Venkat  Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com,
           pete.morici@alumni.purdue.edu
          W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
           keith.fendrick@hklaw.com,   Andrea.Olson@hklaw.com
                                                                        TOTAL: 42

1 | Ray E. Gallo (State Bar No. 158903) Signed and Filed: January 25, 2016
2 | Gallo LLP
1299 Fourth St., Suite 505
3 | San Rafael, CA 94901
Phone: 415.257.8800
4 | rgallo@gallo-law.com

_____
5 | *Attorneys for Gallo Creditors* **DENNIS MONTALI**
*Hamilton Hee, et al.* **U.S. Bankruptcy Judge**
6 |
7 |
8 |
9 |               UNITED STATES BANKRUPTCY COURT
10 |               NORTHERN DISTRICT OF CALIFORNIA
11 |               SAN FRANCISCO DIVISION
12 |
13 | In re:                                  Case No. 14-30725
14 | HASHFAST TECHNOLOGIES LLC, a            Jointly Administered and Substantively
California limited liability company,   Consolidated with *In re HashFast LLC*, Case
15 |                                         No. 14-30866
16 |       Debtor.                           Chapter 11
17 |
18 |                                         **ORDER TO EXTEND DEADLINE TO
RESPOND TO TRUSTEE'S OMNIBUS
19 |                                         OBJECTIONS TO CLAIMS OF THE
GALLO CREDITORS**
20 |
21 |                                         Judge: Hon. Dennis Montali
22 |
         Pursuant to FRBP 9006(b)(1) and B.L.R. 9006-1, having reviewed the Second
23 |
Stipulation to Extend Deadline to Respond to Trustee's Objections to Claims of the Gallo
24 |
Creditors (the "Stipulation") of the parties to extend the deadline for the 82 Gallo
25 |
Creditors (as identified in the stipulation) to respond to Trustee's Objections to Claims
26 |
(as defined in the Stipulation), finding notice thereof due and proper, receiving no
27 |
28 |

**Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901**

                                    Page 1
ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO
CLAIMS OF THE GALLO CREDITORS

objection thereto, and finding good and adequate cause therefor, the Court approves the

Stipulation and orders that the deadline for the Gallo Creditors to respond to the

Objections to Claims is extended to February 15, 2016.

It is so ordered.

**END OF ORDER**

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Page 2

ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO CLAIMS OF THE GALLO CREDITORS

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

1

## COURT SERVICE LIST

2

Manual notice parties:

3

| Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 | Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
|---|---|---|
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 |
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 |
| Duane Morris,LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton LLP<br>1901 Avenue of the Stars, #1600<br>Los Angeles, CA 90067-6017 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wein, Austria | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 |
| Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3

ORDER TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTIONS TO
CLAIMS OF THE GALLO CREDITORS