# EXHIBIT A

| Line No. | Claimant full name | Claim No. |
|---|---|---|
| 1 | Antoine Alary | 230 |
| 2 | Lee Ash | 231 |
| 3 | Max Avroutski | 232 |
| 4 | Joseph William Baker | 280 |
| 5 | Mattia Baldinger | 258 |
| 6 | Osmany Barrinat | 177 |
| 7 | Jason Cameron Bond | 233 |
| 8 | Alessandro Bottai | 226 |
| 9 | Jeffrey Bradian | 242 |
| 10 | Peter Lukas Bradley | 178 |
| 11 | Justin Bronder | 179 |
| 12 | Toby Brusseau | 180 |
| 13 | Otto Bubenicek | 181 |
| 14 | Royce Bui | 251 |
| 15 | Craig Burke | 182 |
| 16 | Ryan Casey | 234 |
| 17 | Jarod Clark | 183 |
| 18 | Chaz Curtiss | 184 |
| 19 | Jamshed Dadachanji | 185 |
| 20 | Brian Dankowski | 186 |
| 21 | Mike Deming | 261 |
| 22 | Gautam Desai | 187 |
| 23 | Aristeidis Dionisatos | 188 |
| 24 | Joshua Dorman | 255 |
| 25 | Jack Dorr | 189 |
| 26 | Randall Elliott | 190 |
| 27 | Alvaro Fraguas Jover | 191 |
| 28 | Nicholas Vincent Fusaro | 192 |
| 29 | Ryan Gatchalian | 256 |
| 30 | Price Givens | 193 |
| 31 | Edgar Godoy | 245 |
| 32 | Christopher Goes | 194 |
| 33 | Garrett Griffin | 195 |
| 34 | Luis Guerrero | 235 |
| 35 | Jason Thor Hall | 196 |
| 36 | Larry Han | 259 |
| 37 | Harmacolindor Informatikai Kft. | 244 |
| 38 | Hamilton Hee | 295 |
| 39 | David R Henson | 236 |
| 40 | David Govinder Hunt | 262 |
| 41 | Intervid FZ LLC (Lance Dixon) | 273 |

| Line No. | Claimant full name | Claim No. |
|---|---|---|
| 42 | I-PMart Network USA Ltd | 197 |
| 43 | James Fred Johnson | 60 |
| 44 | Jeremy Ray Jones | 237 |
| 45 | Marcus Killion | 198 |
| 46 | Robert Kulys | 257 |
| 47 | Law Yui Kwan | 199 |
| 48 | Frank Lachmann | 238 |
| 49 | Dennis F. Lambert | 200 |
| 50 | Kjetil Larsen | 267 |
| 51 | Andy Lo | 239 |
| 52 | Mick Mantle | 201 |
| 53 | Matthew Michael McCormick | 202 |
| 54 | Tim John McGough | 203 |
| 55 | Edward Mosley | 72 |
| 56 | Peter Myers | 204 |
| 57 | Van Nguyen | 205 |
| 58 | Trent Nathan Park | 296 |
| 59 | Pawel Pilecki | 250 |
| 60 | Derek Piper | 275 |
| 61 | Jason Plowman | 206 |
| 62 | Ales Prikryl | 207 |
| 63 | Osric Proctor Jr | 227 |
| 64 | Verne Paul Riley | 208 |
| 65 | Sebastian Pawel Schmidt | 240 |
| 66 | Christopher Shaw | 271 |
| 67 | Bernad Chengxi Siew | 209 |
| 68 | Matthew Ford Silvia | 210 |
| 69 | Evan Lawrence Skreen | 211 |
| 70 | Aleksandar Slavkov | 212 |
| 71 | William Henry Smith | 228 |
| 72 | David Springer | 213 |
| 73 | Tanard Corporation (Kevin Michael Mahan) | 214 |
| 74 | James Thomas | 215 |
| 75 | Thanh Lanh Tran | 229 |
| 76 | Tudor Ovidiu Vaida | 260 |
| 77 | Joshua Vidana | 263 |
| 78 | Jeffrey Raymond Vongermeten | 216 |
| 79 | Erik Voorhees | 272 |
| 80 | Trevor Michael Watson | 217 |
| 81 | Robert Todd Worrall | 218 |
| 82 | Greg Yampolskiy | 219 |