1  Ray E. Gallo (State Bar No. 158903)
Gallo LLP
2  1299 Fourth St., Suite 505
San Rafael, CA 94901
3  Phone: 415.257.8800
rgallo@gallo-law.com
4
*Attorneys for Gallo Creditors*
5  *Hamilton Hee, et al.*

6

7

8

9              **UNITED STATES BANKRUPTCY COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11              **SAN FRANCISCO DIVISION**

12

13  In re:                                   Case No. 14-30725

14  HASHFAST TECHNOLOGIES LLC, a              Jointly Administered and Substantively
    California limited liability company      Consolidated with *In re HashFast LLC*, Case
15                                            No. 14-30866

16                                            Chapter 11

17                                            **DECLARATION OF MARC VAN ANDA**
                                             **IN SUPPORT OF RESPONSE OF GALLO**
18                                            **CREDITORS TO LIQUIDATING**
                                             **TRUSTEE'S FIFTH OMNIBUS**
19                                            **OBJECTION TO CLAIMS**

20

21                                            Judge: Hon. Dennis Montali

22

23

24

25

26

27

28

Case: 14-30725   Doc# 441-1   DECLARATION OF MARC VAN ANDA 10:57:28   Page 1
of 3

*Gallo LLP*
*1299 Fourth St., Suite 505*
*San Rafael, CA 94901*

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

## **DECLARATION OF MARC VAN ANDA**

I, Marc van Anda, declare as follows:

      1.      I am a paralegal employed by the law office of Gallo LLP. I have personal knowledge of the following facts and, if called as a witness, I would testify as follows:

      2.      Exhibit A is a true and correct copy of the terms and conditions for HashFast's Minor Protection Plan, as it appeared on HashFast's website on October 30, 2013, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20131030054919/https://hashfast.com/miner-protection-program/.

      3.      Exhibit B is a true and correct copy of each Claimants' "Expected Bitcoin Mining Production Calculation Per Machine" chart submitted with each of their claims as Exhibit 2.

      4.      Exhibit C is a true and correct copy of the notice email HashFast sent to its Batch-1 customers who were eligible for the Miner Protection Plan, sent by "support@hashfast.com" on March 27, 2014. This exhibit was submitted with each of the Claimants' claims as Exhibit 3-C.

      5.      Exhibit D is a true and correct copy of HashFast's pricing information for its Yoli Evo boards, as it appeared on HashFast's website on February 20, 2014, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20140220232912/http://hashfast.com/shop/yolievo/. This exhibit was submitted in each of the Claimants' claims as Exhibit 3-D.

      6.      Exhibit E is a true and correct copy of each of the Claims submitted by the seven MPP Claimants.

      7.      Exhibit F is a true and correct copy of the Declaration of Marc van Anda submitted with the Proof of Claim #238 of Mattia Baldinger as Exhibit 3 of the Claim.

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

1    I certify under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct. Signed on February 10, 2016 at San Rafael, California.

3

4                             _Marc van Anda_
                             

5                             Marc van Anda

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28