# EXHIBIT A



NAVIGATION

# Miner Protection Program™

## We want our customers to succeed.

At HashFast, we understand that healthy, prosperous customers make for a healthy and prosperous company. We know that our customers are concerned about the rapid growth of the network hashrate – and we stand by our customers. We designed our silicon so efficiently per square mm, that we are able offer you this protection.

If the Bitcoin network hashrate increases so that your Baby Jet doesn't generate more Bitcoins in ninety days than you paid for it, HashFast will give you additional ASICs. In fact, **we will give you up to 400% more hashing capacity** than the Baby Jet you purchased. Yes, that does mean that if you don't make your money back in 90 days, we will increase your mining capacity to up to **2 Terahashes!**

The Miner Protection Program™ applies to all customers of Baby Jets purchased from Batch 1 of our production. For the second batch, the Miner Protection Program™ will be sold separately.

## Two examples of how it will work:

**Example 1** – You buy a Baby Jet from HashFast for 50 BTC and we ship it October 25th. By January 23, your machine has mined 60 BTC. You are happy and the miner protection is not needed.

**Example 2** – You buy a Baby Jet for 50 BTC, and we ship it on October 25$^{th.}$ January 23, 2014 comes and goes, and it turns out that at the Baby Jet's nominal hashrate, it would only have generated 25 BTC during that 90 day period. Calculated out, it would have taken an additional 400 Ghash/s of capacity shipped with your Baby Jet on October 25, 2013 to generate 50 BTC. We can't go back in time to give you that 400Ghash/s. Instead, HashFast *will double* that and give you 800 Ghash/s in additional capacity. In this example, HashFast will give you two additional Golden Nonce ASICs, each with 400 nominal GHash/s.

## Frequently Asked Questions

### What if I overclock? Underclock?

We calculate the ROI based on network difficulty adjustments, the estimated hashrate, and what hashrate the average Baby Jet achieves. If, in the example above, you overclock your machine and generated more Bitcoin, it will not affect our calculations. Likewise, if you underclocked it to save energy costs, it will not affect our calculations.

Case: 14-30725    Doc# 441-2    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 2 of 4

*What if I have to turn off my Baby Jet during a terrible storm?*

Again, we do not calculate the ROI for the MPP based on your individual operation of the Baby Jet. Thus, we don't need to figure out if you went on vacation, underclocked, or forgot to plug it in for the first month.

*What do I do with the ASIC(s) you send me? They can't generate Bitcoin while I hold it in my hand, can it?*

No, generating Bitcoin while grasping any semiconductor is very unlikely. You will need a rig that has everything but the HashFast ASIC. We designed our ASIC with this in mind. We will sell ASIC-ready rigs, and expect licensed rig manufacturers to also offer ASIC-ready rigs.

*What if a super-duper Exa-hash machine shows up?*

The MPP coverage extends to up to 400% of the capacity purchased. For a Baby Jet, with a nominal 400 Ghash/s capacity, the MPP is limited to sending an additional 1.6 Terrahash/s of additional ASIC hashing capacity, **for a total of 2 Terahashes**!

*If BTC value doubles against the dollar, are you still going to give me up to four times my original capacity?*

Yes. The entire MPP program is based on BTC, which is a key reason we sell our machines for BTC. The increase in BTC-to-USD exchange rates may mean that you achieve fantastic ROI, even though your Baby Jet doesn't generate the amount of Bitcoin you paid for it. We ignore that in our MPP calculations, and will give you additional hashing capacity even though you achieved ROI on a USD basis.

*If I didn't pay in Bitcoin, how do you calculate the purchase price under the MPP and compare it to the amount Bitcoin generated?*

If you paid in USD or other fiat currency, HashFast will base the calculations on the BTC to USD (or other currency) exchange rate we gave our customers the day of your purchase.

**Limitations**

The Miner Protection Program is not a form of insurance, has no cash value, and cannot be sold, licensed or transferred by a customer. Customer will pay and be responsible for all taxes, duties and shipping for ASICs supplied under the Miner Protection Program. Additional ASICs supplied under the Miner Protection Program will be supplied only to the original purchaser, and may only be shipped to the same address as the original purchase. Nothing in the description of the Miner Protection Program should be read as a reliable or binding forecast of network hashrates, difficulty levels or other future events. The HashFast Terms of Sale sent to you (or if not sent to you, then found here: [Terms of Sale](#)) apply to the Miner Protection Program. "HashFast" as used above refers to HashFast Technologies LLC. HashFast™, the HashFast logo, Miner Protection Program™, and MPP™ are the trademarks and service marks of HashFast Technologies LLC.

**LATEST NEWS**

Golden Nonce Interface Protocol Released

Pictures of the Ciara Assembly Floor

Pictures of the Sierra

UPDATED SHIPPING NEWS

We're Upping the Power on HashFast Rigs!

Case: 14-30725   Doc# 441-2   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 3 of 4



© HASHFAST TECHNOLOGIES LLC 2013

All Rights Reserved.

**SIGN UP FOR THE HASHFAST NEWSLETTER!**

First Name*

Last Name*

Email Address*

\* = required field

Terms of Sale | Terms of Use | Privacy Policy

SUBSCRIBE

Case: 14-30725    Doc# 441-2    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 4 of 4