**EXHIBIT B**

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| **Expected Bitcoin Mining Production Calculation Per Machine** | | | | | |
|---|---|---|---|---|---|
| **Creditor Joseph William Baker Orders 1451 and 1459** | | | | | |
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty | | | | | |
| | | | | | |
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 1/31/2014 | 1/24/2014 | 5 | 0.091695 | 0.4585 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 2 | 0.025143 | 0.0503 |
| 8,853,416,309 | 5/1/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.5652** |
| | | | | | |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| **Expected Bitcoin Mining Production Calculation Per Machine** | | | | | |
|---|---|---|---|---|---|
| **Creditor Mattia Baldinger** | | | | | |
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32 / Difficulty | | | | | |
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 1/30/2014 | 1/24/2014 | 6 | 0.091695 | 0.5502 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 1 | 0.025143 | 0.0251 |
| 8,853,416,309 | 4/30/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.6318** |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| Expected Bitcoin Mining Production Calculation Per Machine ||||||
|---|---|---|---|---|---|
| **Creditor David Govinder Hunt** ||||||
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32 / Difficulty ||||||
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 1/31/2014 | 1/24/2014 | 5 | 0.091695 | 0.4585 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 2 | 0.025143 | 0.0503 |
| 8,853,416,309 | 5/1/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.5652** |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty ||||||

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| **Expected Bitcoin Mining Production Calculation Per Machine** | | | | | |
|---|---|---|---|---|---|
| **Creditor Kjetil Larsen** | | | | | |
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty | | | | | |
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 2/4/2014 | 1/24/2014 | 1 | 0.091695 | 0.0917 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 6 | 0.025143 | 0.1509 |
| 8,853,416,309 | 5/5/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.2990** |
| | | | | | |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| **Expected Bitcoin Mining Production Calculation** ||||||
| **Creditor Derek Piper** ||||||
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty ||||||
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 1/29/2014 | 1/24/2014 | 7 | 0.091695 | 0.6419 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | | | | |
| | | Total days | 90 | **Total BTC expected** | **4.6983** |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty ||||||

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| **Expected Bitcoin Mining Production Calculation Per Machine** | | | | | |
|---|---|---|---|---|---|
| **Creditor Tudor Ovidiu Vaida** | | | | | |
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty | | | | | |
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 2/1/2014 | 1/24/2014 | 4 | 0.091695 | 0.3668 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 3 | 0.025143 | 0.0754 |
| 8,853,416,309 | 5/2/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.4987** |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| Expected Bitcoin Mining Production Calculation Per Machine ||||||
|---|---|---|---|---|---|
| **Creditor Joshua Vidana** ||||||
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty ||||||
| **BTC Mining Difficulty*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 1/27/2014 | 1/24/2014 | 9 | 0.091695 | 0.8253 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 10 | 0.028825 | 0.2883 |
| 8,000,872,136 | 4/27/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.8240** |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty ||||||