# EXHIBIT C



&lt;@gmail.com&gt;

# HashFast MPP Update
1 message

**The HashFast Team** &lt;support@hashfast.com&gt;     Thu, Mar 27, 2014 at
Reply-To: us7-9be0ae35ba-0e8edadd2e@conversation01.mailchimpapp.com
To:

Is this email not displaying correctly?
View it in your browser.



## MPP Update

Dear ,

First, thank you very much for being a HashFast supporter. We are grateful for all of you who chose to participate in the Bitcoin mining community by choosing our products.

**Miner Protection Plan (MPP)**

We will be shipping **MPP** after we have finished shipping to our Batch-2, Batch-3 and Batch-4 customers. It will consist of [Yoli Evo Mining Boards](#) and should exceed the 4X capacity promise of 1.6 TH/s* of mining performance. We expect to start shipping MPP in June, 2014.

Thank You,

The HashFast Team

follow on Twitter | friend on Facebook | forward to a friend

Copyright © 2014 HashFast Technologies LLC, All rights reserved.
HashFast Technologies Customer
**Our mailing address is:**
HashFast Technologies
100 Bush St