**EXHIBIT D**





INTERNET ARCHIVE WaybackMachine
http://hashfast.com/shop/yolievo/ Go
3 captures
20 Feb 14 - 4 Jul 14
JAN FEB M
20
2013 2014 20

SALE!

Case: 14-30725 Doc# 441-5 Filed: 02/11/16 Entered: 02/11/16 10:57:28 Page 2 of 5

# Yoli Evo Mining Board

**From:** $1,900

**10 UNIT MINIMUM ORDER** The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC Each board can be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining co

$1,900 USD     up to 800 GH/s     60A@12VDC +/- 20%     Ships April 2014

**Bundle Pricing**  [ Choose an option… ▼ ]

Clear selection

## Product Description

The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC with significantly inc be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining controlle

## Board Highlights

Maximum Bitcoin Mining Performance: **800 GH/s** (with a proper cooling system)

Typical Bitcoin Mining Performance:  675 GH/s +/- 20%

Typical Power Requirements:  12 volts of DC power @ **60 Amps** +/- 20% (power supplies not included)

Availability:  Evo Batch 1 will ship throughout the month of **April 2014**, completing by month-end

Minimum Order: 10 Boards

Case: 14-30725    Doc# 441-5    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 3 of 5

Size:  4.5″ wide by 12″ long

Mining Processor:  1 HashFast Golden Nonce (GN) ASIC

Cooling System: A high-performance liquid cooling system is recommended (not included)

Mining Host Connectivity:  USB 2.0 IDC Motherboard 5-pin male header

# Processor Highlights

28nm ASIC

Designed to be underclocked for greater efficiency, and overclocked for greater performance

Die has built in thermal controls that allow the chip to pushed to the edge without damaging cores

# Payment

Prices are listed in USD, please follow payment instructions at checkout.

We accept payments in USD via wire transfer or of the USD equivalent in BTC online.

Direct BTC Transfers utilize the exchange rate posted on [bitstamp.net](bitstamp.net).

A full payment must be received to complete and reserve an order. A partial payment does not reserve a place in line. W confirm.

All Sales Final. No cancellations or returns will be accepted.

# Shipping

Boards are shipped in the same order payment was received.

Orders placed today will begin shipping in early April 2014 and guaranteed to ship by April 30, 2014.

# Additional Information

| | |
|---|---|
| **Bundle Pricing** | 10 Pack – 6.76 TH/s, 15 Pack – 10.125 TH/s, 20 Pack – 13.5 TH/s, 25 Pack – 16.875 TH/s, 30 40 Pack – 27 TH/s, 45 Pack – 30.375 TH/s, 50 Pack – 33.75 TH/s |

# Related Products

Case: 14-30725   Doc# 441-5   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 4 of 5



ADD TO CART



READ MORE

**Sierra Evo 3**

$6,800

**Chip Sales**

Sign up for the HashFast Newsletter!

HashFast - Tweets

@HashFast 02/04/2014

How to Update BabyJet's Raspberry Pi SD card software http://t.co/QQjIS3VYwD

First Name | Last Name

Email Address

**SUBSCRIBE**

© HASHFAST TECHNOLOGIES LLC 2014 All Rights Reserved.

Terms of Sale | Terms of Use | Privacy Policy

Case: 14-30725    Doc# 441-5    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 5 of 5