# EXHIBIT E, PART 2

Case: 14-30725   Doc# 441-7   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 1 of 71

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Northern District of California | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor:<br><br>Hashfast Technologies, LLC and HashFast LLC | Case Number:<br><br>14-30725 and<br>14-30866 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Kjetil Larsen

**COURT USE ONLY**

Name and address where notices should be sent:
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Notice by email delivery is acceptable and preferred to:

rgallo@gallo-law.com and copied to:

Telephone number: (415) 257-8800    email: pchesney@gallo-law.com, mvananda@gallo-law.com

❐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):



Telephone number:                    email:

❐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**        $_____14,736.47_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❐Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**  Goods sold
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**

_ _ _ _

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❐Real Estate  ❐Motor Vehicle  ❐Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate_____%** ❐Fixed  or  ❐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**  $_____

**Amount Unsecured:**  $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                 or their authorized agent.                  (See Bankruptcy Rule 3005.)
                                                                 (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Ray E. Gallo
Title:        Attorney
Company:      Gallo LLP                                                                              9/29/2014
Address and telephone number (if different from notice address above):    (Signature)                         (Date)

Telephone number:                        email:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number.  If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing.  Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.  You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured.  Skip this section if the

claim is entirely unsecured.  (See Definitions.)  If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority.  (See Definitions.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____     _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# ADDENDUM TO PROOF OF CLAIM

## *In re HashFast Tech., LLC*, Case No. 14-30725 &

## *In re HashFast, LLC*, Case No. 14-30866

## 1. List of Exhibits

| Exhibit # | Title |
| --- | --- |
| 1 | Calculation of claim and proof of purchase documentation |
| 2 | Calculation of expected Bitcoin mining production |
| 3 | Declaration of Marc van Anda |
| 3-A | HashFast MPP Terms & Conditions |
| 3-B | Bitcoin mining difficulty chart |
| 3-C | HashFast notice to MPP customers |
| 3-D | HashFast sales description of Yoli Evo boards |

## 2. Summary of Claim and Exhibits

Claimant was an early (Batch-1) customer of HashFast. The terms of sale for Claimant's Batch-1 order(s) included HashFast's Miner Protection Program ("MPP").

The MPP was a guarantee, provided by HashFast to its Batch-1 customers that, based upon normal operating conditions, the Batch-1 BabyJets they purchased would recoup in Bitcoin the purchase price they paid for their BabyJet machines within 90 days of delivery. If the machines failed to mine at least as many bitcoins equivalent to the purchase price that the customer paid within 90 days of delivery under normal operation, then HashFast would provide additional hardware (Bitcoin mining capacity), free of charge, with the amount of equipment based on the amount of extra processing power that would have been required to mine enough Bitcoins to make up the difference within that 90 day period, times two, up to a maximum of 400% of the machine's base processing power. (Because each BabyJet had a nominal hashrate of 400 Gh/s, this meant that HashFast promised to provide up to an additional 1600 Gh/s of hardware.) For a HashFast-provided example of how the MPP would work, please see Exhibit 3-

<u>A</u> at p.1 ("Example 2").

The purpose of the MPP was to assure Batch-1 customers that, in the event of a late delivery, their machines would still perform well economically, notwithstanding the ever-increasing difficulty curve for Bitcoin mining. HashFast also used the MPP to dissuade customers from demanding a refund in the event of a late delivery (each Batch-1 order included a "Guaranteed Delivery Date" of no later than December 31, 2013) by promising them that HashFast would upgrade their BabyJets' processing power at no extra cost.

HashFast failed to deliver Claimant's order(s) by the Guaranteed Delivery Date and, in reliance upon the MPP, Claimant did not demand a refund. To date, HashFast has failed to provide the extra hardware guaranteed pursuant to Claimant's MPP.

By the time Claimant's order(s) were delivered, their speed and quality was so much less than that of other, newer machines operated by competing miners that Claimant was only able to recover a small fraction in bitcoins of the purchase price that Claimant paid for those machine(s). The difference between what was promised and what was received is so great that Claimant is entitled to the maximum additional 1600 Gh/s in extra processing power, per machine, available under the terms of the MPP. (See <u>Exhibit 2</u>.)

The portion of Claimant's claim amount pertaining to the MPP is calculated based upon the advertised price of additional Yoli Evo boards (which would supply the extra processing power). These were the boards that HashFast promised to its MPP customers. (See <u>Exhibit 3-C</u>.) HashFast valued each board at $1,900, and each has a nominal hashrate of 650 Gh/s, (see <u>Exhibit 3-D</u>,) meaning three boards are required to satisfy each MPP guarantee of 1600 Gh/s.

<u>Exhibit 1</u> consists of a schedule explaining how Claimant's Box 1 amount was calculated, including the value of the additional hardware Claimant is entitled to pursuant to the MPP, and Claimant's proof of purchase documentation.

<u>Exhibit 2</u> consists of calculations showing the number of bitcoins Claimant should have been able to mine within the 90 day period after delivery, at the nominal hashrate of 400 Gh/s for each BabyJet, as calculated pursuant to the MPP. As Exhibit 2 notes, the number of bitcoins that

Addendum to Proof of Claim, Page **2** of **3**

Case: 14-30725   Doc# 461-7   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 5 of 32
Case: 14-30725   Doc# 267   Filed: 09/29/14   Desc Main Document   Page 5 of 32
of 71

could be mined during this period does not approach the price Claimant paid in Bitcoin.

Exhibit 3 consists of the declaration of Marc van Anda, and supporting exhibits. Mr. van Anda's declaration and supporting exhibits establish the terms of the MPP and the method of calculating Claimant's expected Bitcoin mining production, as reflected on Exhibit 2.

# EXHIBIT 1

In re HashFast Technologies, LLC
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and In re HashFast LLC, Case No. 14-30866

| Proof of Claim Calculation | | | | |
|---|---|---|---|---|
| Creditor Kjetil Larsen | | | | |
| | | | | |
| Order No. | MPP claim | BabyJet Units | MPP value per BabyJet | Claim Amount |
| 1238 | Yes | 2 | $5,700.00 | $11,400.00 |
| 1987 | No | | | $3,336.47 |
| | | | | |
| | | | Total Claim | $14,736.47 |

Delivered-To: kjakman@gmail.com
Received: by 10.64.132.69 with SMTP id os5csp307510ieb;
Wed, 23 Oct 2013 16:55:00 -0700 (PDT)
X-Received: by 10.50.47.101 with SMTP id c5mr2422212ign.32.1382572499837;
Wed, 23 Oct 2013 16:54:59 -0700 (PDT)
Return-Path:
Received: from louis (louis.knxx.net. [50.56.58.218])
by mx.google.com with ESMTP id yy10si6991096icb.142.2013.10.23.16.54.59
for ;
Wed, 23 Oct 2013 16:54:59 -0700 (PDT)
Received-SPF: softfail (google.com: domain of transitioning www-data@hashfast.com does not designate
50.56.58.218 as permitted sender) client-ip=50.56.58.218;
Authentication-Results: mx.google.com;
spf=softfail (google.com: domain of transitioning www-data@hashfast.com does not designate 50.56.58.218 as
permitted sender) smtp.mail=www-data@hashfast.com
Received: from hashfast.members.linode.com (li156-60.members.linode.com [173.230.146.60])
by louis (Postfix) with ESMTP id 2B987814ED8
for ; Wed, 23 Oct 2013 17:08:02 -0700 (PDT)
Received: by hashfast.members.linode.com (Postfix, from userid 33)
id 03EE7131DC; Wed, 23 Oct 2013 16:54:58 -0700 (PDT)
To: hashfast@kjakman.com
Subject: Your HashFast Technologies order from August 22, 2013 is complete
X-PHP-Originating-Script: 33:class-phpmailer.php
Date: Wed, 23 Oct 2013 23:54:57 +0000
From: HashFast Technologies
Message-ID: <174edc48d9db105364b12471ad9d96c6@hashfast.com>
X-Priority: 3
X-Mailer: PHPMailer 5.2.4 (http://code.google.com/a/apache-extras.org/p/phpmailer/)
MIME-Version: 1.0
Content-Transfer-Encoding: 8bit
Content-Type: text/html; charset=UTF-8

## Your HashFast Technologies order from August 22, 2013 is complete

**HashFast Technologies** <sales@hashfast.com>                    Thu, Oct 24, 2013 at 1:54 AM
To: hashfast@kjakman.com



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order
details are shown below for your reference:

# Order: #1238

| Product | Quantity | Price |
|---|---|---|
| Baby Jet (nominal 400 Ghash/s) | 2 | $11,200 |

Thank you for your purchase. If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

– The HashFast Team

| | |
|---|---|
| **Cart Subtotal:** | $11,200 |
| **Shipping:** | $609.62 via Worldwide Express Plus (UPS) |
| **Order Total:** | $11,809.62 |

# Customer details

**Email:** hashfast@kjakman.com

**Tel:** +31 642200934

# Billing address

Syspensa
Kjetil Larsen
Lijnbaansgracht 113
1016KT Amsterdam
Netherlands

# Shipping address

Your Amsterdam Housing
Kjetil Larsen
Korte Prinsengracht 48-bel
1013GT Amsterdam
Netherlands

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

Delivered-To: kjakman@gmail.com
Received: by 10.49.85.193 with SMTP id j1csp166681qez;
Tue, 24 Sep 2013 01:53:24 -0700 (PDT)
X-Received: by 10.43.169.130 with SMTP id nm2mr7448610icc.61.1380012803710;
Tue, 24 Sep 2013 01:53:23 -0700 (PDT)
Return-Path:
Received: from louis (louis.knxx.net. [50.56.58.218])
by mx.google.com with ESMTP id mq3si4716463icc.120.1969.12.31.16.00.00;
Tue, 24 Sep 2013 01:53:22 -0700 (PDT)
Received-SPF: softfail (google.com: domain of transitioning www-data@hashfast.com does not designate
50.56.58.218 as permitted sender) client-ip=50.56.58.218;
Authentication-Results: mx.google.com;
spf=softfail (google.com: domain of transitioning www-data@hashfast.com does not designate 50.56.58.218 as
permitted sender) smtp.mail=www-data@hashfast.com
Received: from hashfast.members.linode.com (li156-60.members.linode.com [173.230.146.60])
by louis (Postfix) with ESMTP id A9EEE814DEE
for ; Tue, 24 Sep 2013 02:05:42 -0700 (PDT)
Received: by hashfast.members.linode.com (Postfix, from userid 33)
id DA26313399; Tue, 24 Sep 2013 01:53:14 -0700 (PDT)
To: hashfast@kjakman.com
Subject: Your HashFast Technologies order from September 24, 2013 is complete
X-PHP-Originating-Script: 33:class-phpmailer.php
Date: Tue, 24 Sep 2013 08:53:14 +0000
From: HashFast Technologies
Message-ID:
X-Priority: 3
X-Mailer: PHPMailer 5.2.4 (http://code.google.com/a/apache-extras.org/p/phpmailer/)
MIME-Version: 1.0
Content-Transfer-Encoding: 8bit
Content-Type: text/html; charset=UTF-8

## Your HashFast Technologies order from September 24, 2013 is complete

**HashFast Technologies** <sales@hashfast.com>                          Tue, Sep 24, 2013 at 10:53 AM
To: hashfast@kjakman.com



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order
details are shown below for your reference:

# Order: #1987

| Product | Quantity | Price |
| --- | --- | --- |
| Baby Jet Upgrade Kit – $3.75/Ghash! | 2 | $3,000 |
| Cart Subtotal: | | $3,000 |
| Shipping: | | $336.47 via Worldwide Express Plus (UPS) |
| Order Total: | | $3,336.47 |

**Note:** Can't you just ship these with my existing Hash Fast order, thus not having to pay shipment twice? Order: #1238

# Customer details

**Email:** hashfast@kjakman.com

**Tel:** +31 642200934

# Billing address

Syspensa
Kjetil Larsen
Lijnbaansgracht 113
1016KT Amsterdam
Netherlands

# Shipping address

Your Amsterdam Housing
Kjetil Larsen
Korte Prinsengracht 48
Bel etage
1013GT Amsterdam
Netherlands

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

**EXHIBIT 2**

*In re HashFast Technologies, LLC*
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and *In re HashFast LLC,* Case No. 14-30866

| Expected Bitcoin Mining Production Calculation Per Machine | | | | | |
|---|---|---|---|---|---|
| **Creditor Kjetil Larsen** | | | | | |
| Hashrate in GH/s | 400 | | | |
| Block reward (BTC) | 25 | | | |
| Hours/day | 24 | | | |
| Seconds/hr | 3600 | | | |
| Base share difficulty | 2^32 | | | |
| | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty | | | | | |
| | | | | | |
| **BTC Mining Difficulty\*** | **Date Started/ Ended Mining @ Difficulty** | **Date BTC Difficulty Changed** | **Number of Days @ Difficulty rate** | **Expected BTC mining rate per day** | **Expected BTC mined per difficulty period** |
| 2,193,847,870 | 2/4/2014 | 1/24/2014 | 1 | 0.091695 | 0.0917 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | 4/29/2014 | 6 | 0.025143 | 0.1509 |
| 8,853,416,309 | 5/5/2014 | | | | |
| | | Total days | 90 | **Total BTC expected per machine** | **4.2990** |
| | | | | | |
| \* Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

# EXHIBIT 3

1   Ray E. Gallo (State Bar No. 158903)
    Patrick V. Chesney (SBN 267587)
2   Gallo LLP
    1299 Fourth St., Suite 505
3   San Rafael, CA  94901
    Phone:  415.257.8800
4   rgallo@gallo-law.com

5   *Attorneys for Petitioning Creditors*
    *Hamilton Hee, et al.*
6

7

8

9
                        **UNITED STATE BANKRUPTCY COURT**
10
                        **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN FRANCISCO DIVISION**
12

13
    In re                                    Case No. 14-30725
14                                           (jointly administered with Case No. 14-
    HASHFAST TECHNOLOGIES, LLC,              30866)
15
                        Debtor,              Chapter 11
16
    and                                      **DECLARATION OF MARC VAN ANDA**
17                                           **IN SUPPORT OF PROOFS OF CLAIMS**
    In re
18
    HASHFAST LLC,
19
                        Debtor.              Judge: Honorable Dennis Montali
20

21

22

23

24

25

26

27

28

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

# DECLARATION OF MARC VAN ANDA

I, Marc van Anda, declare as follows:

1. I am a paralegal employed by the law office of Gallo LLP. I have personal knowledge of the following facts and, if called as a witness, I would testify as follows:

2. Exhibit 3-A is a true and correct copy of the terms and conditions for HashFast's Minor Protection Plan, as it appeared on HashFast's website on October 30, 2013, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20131030054919/https://hashfast.com/miner-protection-program.

3. Exhibit 3-B is a true and correct copy of the Bitcoin mining difficulty rates referenced in Claimant's chart (Exhibit 2), entitled "Expected Bitcoin Mining Production Calculation." It is also available online at https://bitcoinwisdom.com/bitcoin/difficulty.

4. Exhibit 3-C is a true and correct copy of the notice email HashFast sent to its Batch-1 customers who were eligible for the Miner Protection Plan, sent by "support@hashfast.com" on March 27, 2014.

5. Exhibit 3-D is a true and correct copy of HashFast's pricing information for its Yoli Evo boards, as it appeared on HashFast's website on February 20, 2014, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20140220232912/http://hashfast.com/shop/yolievo.

I certify under penalty of perjury under California law that the foregoing is true and correct. Signed this 23rd day of September 2014 at San Rafael, California.

*Marc van Anda*
Marc van Anda

# EXHIBIT 3-A

Case 14-30725   Claim 267   Filed 09/29/14   Desc Main Document   Page 18 of 32



NAVIGATION

# Miner Protection Program™

## We want our customers to succeed.

At HashFast, we understand that healthy, prosperous customers make for a healthy and prosperous company. We know that our customers are concerned about the rapid growth of the network hashrate – and we stand by our customers. We designed our silicon so efficiently per square mm, that we are able offer you this protection.

If the Bitcoin network hashrate increases so that your Baby Jet doesn't generate more Bitcoins in ninety days than you paid for it, HashFast will give you additional ASICs. In fact, **we will give you up to 400% more hashing capacity** than the Baby Jet you purchased. Yes, that does mean that if you don't make your money back in 90 days, we will increase your mining capacity to up to **2 Terahashes!**

The Miner Protection Program™ applies to all customers of Baby Jets purchased from Batch 1 of our production. For the second batch, the Miner Protection Program™ will be sold separately.

## Two examples of how it will work:

**Example 1** – You buy a Baby Jet from HashFast for 50 BTC and we ship it October 25th. By January 23, your machine has mined 60 BTC. You are happy and the miner protection is not needed.

**Example 2** – You buy a Baby Jet for 50 BTC, and we ship it on October 25th. January 23, 2014 comes and goes, and it turns out that at the Baby Jet's nominal hashrate, it would only have generated 25 BTC during that 90 day period. Calculated out, it would have taken an additional 400 Ghash/s of capacity shipped with your Baby Jet on October 25, 2013 to generate 50 BTC. We can't go back in time to give you that 400Ghash/s. Instead, HashFast *will double* that and give you 800 Ghash/s in additional capacity. In this example, HashFast will give you two additional Golden Nonce ASICs, each with 400 nominal GHash/s.

## Frequently Asked Questions

*What if I overclock? Underclock?*

We calculate the ROI based on network difficulty adjustments, the estimated hashrate, and what hashrate the average Baby Jet achieves. If, in the example above, you overclock your machine and generated more Bitcoin, it will not affect our calculations. Likewise, if you underclocked it to save energy costs, it will not affect our calculations.

Case: 14-30725    Doc# 267-7   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 19 of 32

**What if I have to turn off my Baby Jet during a terrible storm?**

Again, we do not calculate the ROI for the MPP based on your individual operation of the Baby Jet. Thus, we don't need to figure out if you went on vacation, underclocked, or forgot to plug it in for the first month.

**What do I do with the ASIC(s) you send me? They can't generate Bitcoin while I hold it in my hand, can it?**

No, generating Bitcoin while grasping any semiconductor is very unlikely. You will need a rig that has everything but the HashFast ASIC. We designed our ASIC with this in mind. We will sell ASIC-ready rigs, and expect licensed rig manufacturers to also offer ASIC-ready rigs.

**What if a super-duper Exa-hash machine shows up?**

The MPP coverage extends to up to 400% of the capacity purchased. For a Baby Jet, with a nominal 400 Ghash/s capacity, the MPP is limited to sending an additional 1.6 Terrahash/s of additional ASIC hashing capacity, **for a total of 2 Terahashes**!

**If BTC value doubles against the dollar, are you still going to give me up to four times my original capacity?**

Yes. The entire MPP program is based on BTC, which is a key reason we sell our machines for BTC. The increase in BTC-to-USD exchange rates may mean that you achieve fantastic ROI, even though your Baby Jet doesn't generate the amount of Bitcoin you paid for it. We ignore that in our MPP calculations, and will give you additional hashing capacity even though you achieved ROI on a USD basis.

**If I didn't pay in Bitcoin, how do you calculate the purchase price under the MPP and compare it to the amount Bitcoin generated?**

If you paid in USD or other fiat currency, HashFast will base the calculations on the BTC to USD (or other currency) exchange rate we gave our customers the day of your purchase.

**Limitations**

The Miner Protection Program is not a form of insurance, has no cash value, and cannot be sold, licensed or transferred by a customer. Customer will pay and be responsible for all taxes, duties and shipping for ASICs supplied under the Miner Protection Program. Additional ASICs supplied under the Miner Protection Program will be supplied only to the original purchaser, and may only be shipped to the same address as the original purchase. Nothing in the description of the Miner Protection Program should be read as a reliable or binding forecast of network hashrates, difficulty levels or other future events. The HashFast Terms of Sale sent to you (or if not sent to you, then found here: Terms of Sale) apply to the Miner Protection Program. "HashFast" as used above refers to HashFast Technologies LLC. HashFast™, the HashFast logo, Miner Protection Program™, and MPP™ are the trademarks and service marks of HashFast Technologies LLC.

**LATEST NEWS**

Golden Nonce Interface Protocol Released

Pictures of the Ciara Assembly Floor

Pictures of the Sierra

UPDATED SHIPPING NEWS

We're Upping the Power on HashFast Rigs!



© HASHFAST TECHNOLOGIES LLC 2013

All Rights Reserved.

**SIGN UP FOR THE HASHFAST NEWSLETTER!**

First Name*

Last Name*

Email
Address*                    * = required field
Terms of Sale | Terms of Use | Privacy Policy

SUBSCRIBE

Case: 14-30725    Doc# 461-7    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 21 of 32

# EXHIBIT 3-B

Case: 14-30725    Doc #: 461-7    Filed: 09/29/14    Desc: Main Document    Page: 22 of 32



BitcoinWisdom | **Bitcoin Difficulty** | Litecoin Difficulty | Bitcoin Calculator | Litecoin Calculator | Markets

| | |
|---|---|
| Bitcoin Difficulty: | 29,829,733,124 |
| Estimated Next Difficulty: | 34,318,657,291 (+15.05%) |
| Adjust ime: | After 1332 Blocks, About 8.1 days |
| Hashrate(?): | 254,423,196 GH/s |
| Block Generation Time(?): | 1 block: 8.8 minutes |
| | 3 blocks: 26.4 minutes |
| | 6 blocks: 52.7 minutes |
| Updated: | 14:24 (7.1 minutes ago) |

| Difficulty: | 29829733124 | BTC/USD: | 439.2 |
|---|---|---|---|
| 1000000 | KH/s | 7.025e-7 | BTC/hour | 0.0003085 | USD/hour |
| 1000 | MH/s | 0.00001686 | BTC/day | 0.007405 | USD/day |
| 1 | GH/s | 0.000118 | BTC/week | 0.05183 | USD/week |
| 0.001 | TH/s | 0.0005058 | BTC/month | 0.2221 | USD/month |





**Chart Explained**

**Red line**
   The difficulty.

**Green line**
   The estimated next difficulty.

**Blue line**

Case: 14-30725   Doc# 4417   Filed: 09/29/16   Entered: 02/11/16 10:57:28   Page 23 of 34
of 71

Grey line
    Average block generation time of **1008** blocks.

If grey line less than blue line, The generation time is **decreasing**.

The more grey line is lower than blue line, the faster genera ion time is decreasing.

After **2016** blocks generated, Bitcoin will adjust difficulty to estimated difficulty in order to keep the block generation ime at **600** seconds.

---

## Difficulty History

| Date | Difficulty | Change | Hash Rate |
|------|-----------|--------|-----------|
| Sep 13 2014 | 29,829,733,124 | 8.75% | 213,529,547 GH/s |
| Aug 31 2014 | 27,428,630,902 | 15.03% | 196,341,788 GH/s |
| Aug 19 2014 | 23,844,670,039 | 20.86% | 170,686,797 GH/s |
| Aug 08 2014 | 19,729,645,941 | 5.30% | 141,230,307 GH/s |
| Jul 25 2014 | 18,736,441,558 | 8.08% | 134,120,673 GH/s |
| Jul 12 2014 | 17,336,316,979 | 3.08% | 124,098,191 GH/s |
| Jun 29 2014 | 16,818,461,371 | 24.93% | 120,391,236 GH/s |
| Jun 18 2014 | 13,462,580,115 | 14.51% | 96,368,902 GH/s |
| Jun 05 2014 | 11,756,551,917 | 12.44% | 84,156,677 GH/s |
| May 24 2014 | 10,455,720,138 | 18.10% | 74,844,960 GH/s |
| May 12 2014 | 8,853,416,309 | 10.66% | 63,375,223 GH/s |
| Apr 29 2014 | 8,000,872,136 | 14.64% | 57,272,474 GH/s |
| Apr 17 2014 | 6,978,842,650 | 14.04% | 49,956,502 GH/s |
| Apr 05 2014 | 6,119,726,089 | 22.23% | 43,806,706 GH/s |
| Mar 24 2014 | 5,006,860,589 | 17.80% | 35,840,504 GH/s |
| Mar 13 2014 | 4,250,217,920 | 11.39% | 30,424,245 GH/s |
| Feb 28 2014 | 3,815,723,799 | 21.92% | 27,314,015 GH/s |
| Feb 17 2014 | 3,129,573,175 | 19.39% | 22,402,357 GH/s |
| Feb 05 2014 | 2,621,404,453 | 19.49% | 18,764,744 GH/s |
| Jan 24 2014 | 2,193,847,870 | 22.59% | 15,704,175 GH/s |
| Jan 13 2014 | 1,789,546,951 | 26.16% | 12,810,076 GH/s |
| Jan 02 2014 | 1,418,481,395 | 20.12% | 10,153,885 GH/s |
| Dec 21 2013 | 1,180,923,195 | **30.01%** | 8,453,378 GH/s |
| Dec 10 2013 | 908,350,862 | 28.41% | 6,502,229 GH/s |
| Nov 29 2013 | 707,408,283 | 16.07% | 5,063,826 GH/s |
| Nov 17 2013 | 609,482,680 | 19.29% | 4,362,847 GH/s |
| Nov 05 2013 | 510,929,738 | **30.70%** | 3,657,378 GH/s |
| Oct 26 2013 | 390,928,788 | **46.02%** | 2,798,377 GH/s |
| Oct 16 2013 | 267,731,249 | **41.45%** | 1,916,495 GH/s |
| Oct 06 2013 | 189,281,249 | 27.19% | 1,354,928 GH/s |
| Sep 25 2013 | 148,819,200 | **32.13%** | 1,065,289 GH/s |
| Sep 14 2013 | 112,628,549 | 29.56% | 806,227 GH/s |
| Sep 04 2013 | 86,933,018 | **32.22%** | 622,291 GH/s |
| Aug 24 2013 | 65,750,060 | 29.40% | 470,657 GH/s |
| Aug 13 2013 | 50,810,339 | **35.88%** | 363,715 GH/s |
| Aug 03 2013 | 37,392,766 | 19.63% | 267,668 GH/s |
| Jul 22 2013 | 31,256,961 | 19.47% | 223,746 GH/s |
| Jul 11 2013 | 26,162,876 | 22.63% | 187,281 GH/s |
| Jun 29 2013 | 21,335,329 | 10.32% | 152,724 GH/s |
| Jun 16 2013 | 19,339,258 | 23.92% | 138,436 GH/s |
| Jun 05 2013 | 15,605,633 | 28.41% | 111,709 GH/s |
| May 25 2013 | 12,153,412 | 8.64% | 86,998 GH/s |
| May 12 2013 | 11,187,257 | 11.03% | 80,082 GH/s |
| Apr 30 2013 | 10,076,293 | 12.28% | 72,129 GH/s |
| Apr 17 2013 | 8,974,296 | 16.96% | 64,241 GH/s |
| Apr 05 2013 | 7,673,000 | 14.59% | 54,925 GH/s |
| Mar 24 2013 | 6,695,826 | **38.13%** | 47,931 GH/s |
| Mar 14 2013 | 4,847,647 | 10.98% | 34,701 GH/s |
| Mar 04 2013 | 4,367,876 | 18.63% | 31,266 GH/s |

© 2013-2014 BitcoinWisdom.com

# EXHIBIT 3-C

Case 14-30725   Claim 267   Filed 09/29/14   Desc Main Document   Page 26 of 32
of 71



@gmail.com>

# HashFast MPP Update

1 message

**The HashFast Team** <support@hashfast.com>                          Thu, Mar 27, 2014 at
Reply-To: us7-9be0ae35ba-0e8edadd2e@conversation01.mailchimpapp.com
To:

Is this email not displaying correctly?
View it in your browser.



## MPP Update

Dear ,

First, thank you very much for being a HashFast supporter.  We are grateful for all of you who
chose to participate in the Bitcoin mining community by choosing our products.

**Miner Protection Plan (MPP)**

We will be shipping **MPP** after we have finished shipping to our Batch-2, Batch-3 and Batch-4
customers.  It will consist of **Yoli Evo Mining Boards** and should exceed the 4X capacity
promise of 1.6 TH/s* of mining performance.  We expect to start shipping MPP in June, 2014.

Thank You,

The HashFast Team

follow on Twitter | friend on Facebook | forward to a friend

Copyright © 2014 HashFast Technologies LLC, All rights
reserved.
HashFast Technologies Customer
**Our mailing address is:**
HashFast Technologies
100 Bush St

# EXHIBIT 3-D



INTERNET ARCHIVE
WayBackMachine
http://hashfast.com/shop/yolievo/ Go
JAN FEB M
3 captures 20
20 Feb 14 - 4 Jul 14 2013 2014 20

SALE!

# Yoli Evo Mining Board

From: $1,900

**10 UNIT MINIMUM ORDER** The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC
Each board can be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining c

$1,900 USD      up to 800 GH/s      60A@12VDC +/- 20%      Ships April 2014

Bundle Pricing      Choose an option…                 ▼

Clear selection

# Product Description

**The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC with significantly inc
be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining controlle**

# Board Highlights

Maximum Bitcoin Mining Performance: **800 GH/s** (with a proper cooling system)

Typical Bitcoin Mining Performance:  675 GH/s +/- 20%

Typical Power Requirements:  12 volts of DC power @ **60 Amps** +/- 20% (power supplies not included)

Availability:  Evo Batch 1 will ship throughout the month of **April 2014**, completing by month-end

Minimum Order: 10 Boards

Case: 14-30725    Doc# 461-7   Filed 09/29/14   Entered 02/11/16 10:57:28   Page 30 of 31
Case 14-30725    Doc# 461-7   Filed 09/29/14   Desc Main Document    Page 3 of 31
of 71

Size:  4.5″ wide by 12″ long

Mining Processor:  1 HashFast Golden Nonce (GN) ASIC

Cooling System: A high-performance liquid cooling system is recommended (not included)

Mining Host Connectivity:  USB 2.0 IDC Motherboard 5-pin male header

# Processor Highlights

28nm ASIC

Designed to be underclocked for greater efficiency, and overclocked for greater performance

Die has built in thermal controls that allow the chip to pushed to the edge without damaging cores

# Payment

Prices are listed in USD, please follow payment instructions at checkout.

We accept payments in USD via wire transfer or of the USD equivalent in BTC online.

Direct BTC Transfers utilize the exchange rate posted on bitstamp.net.

A full payment must be received to complete and reserve an order. A partial payment does not reserve a place in line. Wi confirm.

All Sales Final. No cancellations or returns will be accepted.

# Shipping

Boards are shipped in the same order payment was received.

Orders placed today will begin shipping in early April 2014 and guaranteed to ship by April 30, 2014.

# Additional Information

| Bundle Pricing | 10 Pack – 6.76 TH/s, 15 Pack – 10.125 TH/s, 20 Pack – 13.5 TH/s, 25 Pack – 16.875 TH/s, 30 |
| --- | --- |
|  | 40 Pack – 27 TH/s, 45 Pack – 30.375 TH/s, 50 Pack – 33.75 TH/s |

# Related Products



Case: 14-30725   Doc# 267-7   Filed 02/11/16   Entered 02/11/16 10:57:28   Page 31 of 32



ADD TO CART



READ MORE

**Sierra Evo 3**

$6,800

**Chip Sales**

## Sign up for the HashFast Newsletter!

| First Name | Last Name |

| Email Address |

SUBSCRIBE

## HashFast - Tweets

@HashFast                                02/04/2014

How to Update BabyJet's Raspberry Pi SD card
software http://t.co/QQjIS3VYwD

© HASHFAST TECHNOLOGIES LLC 2014 All Rights Reserved.
Terms of Sale | Terms of Use | Privacy Policy

Case: 14-30725   Doc# 461-7   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 32 of 33
of 71

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Northern District of California | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: | Case Number: |
|---|---|
| Hashfast Technologies, LLC and HashFast LLC | 14-30725 and 14-30866 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Derek Piper

**COURT USE ONLY**

Name and address where notices should be sent:
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Notice by email delivery is acceptable and preferred to:

rgallo@gallo-law.com and copied to:

Telephone number: (415) 257-8800    email: pchesney@gallo-law.com, mvananda@gallo-law.com

❒ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:              email:

❒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $_____ 7,290.33

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❒Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods sold
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:** | **3b. Uniform Claim Identifier (optional):** |
|---|---|---|
| __ __ __ __ | _____ (See instruction #3a) | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❒Real Estate  ❒Motor Vehicle  ❒Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate_____%** ❒Fixed  or  ❒Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❒ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❒ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❒ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❒ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❒ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.      ☑ I am the creditor's authorized agent.      ☐ I am the trustee, or the debtor,      ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                        or their authorized agent.                  (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Ray E. Gallo
Title:        Attorney                                                                                              9/30/2014
Company:      Gallo LLP
Address and telephone number (if different from notice address above):      (Signature)                           (Date)

Telephone number:                     email:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number.  If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing.  Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.  You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4.  Secured Claim:**
Check whether the claim is fully or partially secured.  Skip this section if the

claim is entirely unsecured.  (See Definitions.)  If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority.  (See Definitions.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6.  Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.  Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence.  You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d).  If the claim is based on delivering health care goods or services, limit disclosing confidential health care information.  Do not send original documents, as attachments may be destroyed after scanning.

**8.  Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature.  If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirements of FRBP 9011(b).  Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent.  If the authorized agent is a servicer, identify the corporate servicer as the company.  Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____                                                                          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing.  See 11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing.  The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor.  The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors.  The amount of the secured claim cannot exceed the value of the property.  Any amount owed to the creditor in excess of the value of the property is an unsecured claim.  Examples of liens on property include a mortgage on real estate or a security interest in a car.  A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.  In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim.  A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information.  A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims.  One or more of these entities may contact the creditor and offer to purchase the claim.  Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor.  These entities do not represent the bankruptcy court or the debtor. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# ADDENDUM TO PROOF OF CLAIM

## *In re HashFast Tech., LLC*, Case No. 14-30725 &

## *In re HashFast, LLC*, Case No. 14-30866

## 1. List of Exhibits

| Exhibit # | Title |
| --- | --- |
| 1 | Calculation of claim and proof of purchase documentation |
| 2 | Calculation of expected Bitcoin mining production |
| 3 | Declaration of Marc van Anda |
| 3-A | HashFast MPP Terms & Conditions |
| 3-B | Bitcoin mining difficulty chart |
| 3-C | HashFast notice to MPP customers |
| 3-D | HashFast sales description of Yoli Evo boards |

## 2. Summary of Claim and Exhibits

Claimant was an early (Batch-1) customer of HashFast. The terms of sale for Claimant's Batch-1 order(s) included HashFast's Miner Protection Program ("MPP").

The MPP was a guarantee, provided by HashFast to its Batch-1 customers that, based upon normal operating conditions, the Batch-1 BabyJets they purchased would recoup in Bitcoin the purchase price they paid for their BabyJet machines within 90 days of delivery. If the machines failed to mine at least as many bitcoins equivalent to the purchase price that the customer paid within 90 days of delivery under normal operation, then HashFast would provide additional hardware (Bitcoin mining capacity), free of charge, with the amount of equipment based on the amount of extra processing power that would have been required to mine enough Bitcoins to make up the difference within that 90 day period, times two, up to a maximum of 400% of the machine's base processing power. (Because each BabyJet had a nominal hashrate of 400 Gh/s, this meant that HashFast promised to provide up to an additional 1600 Gh/s of hardware.) For a HashFast-provided example of how the MPP would work, please see <u>Exhibit 3-</u>

Addendum to Proof of Claim, Page **1** of **3**

Case 14-30725    Doc# 4157    Filed 09/01/16    Entered 09/01/16 10:57:28    Page 1 of 3
Case 14-30725    Claim #4157    Filed 09/01/16    Desc Main Document    Page 4 of 37
of 71

A at p.1 ("Example 2").

The purpose of the MPP was to assure Batch-1 customers that, in the event of a late delivery, their machines would still perform well economically, notwithstanding the ever-increasing difficulty curve for Bitcoin mining. HashFast also used the MPP to dissuade customers from demanding a refund in the event of a late delivery (each Batch-1 order included a "Guaranteed Delivery Date" of no later than December 31, 2013) by promising them that HashFast would upgrade their BabyJets' processing power at no extra cost.

HashFast failed to deliver Claimant's order(s) by the Guaranteed Delivery Date and, in reliance upon the MPP, Claimant did not demand a refund. To date, HashFast has failed to provide the extra hardware guaranteed pursuant to Claimant's MPP.

By the time Claimant's order(s) were delivered, their speed and quality was so much less than that of other, newer machines operated by competing miners that Claimant was only able to recover a small fraction in bitcoins of the purchase price that Claimant paid for those machine(s). The difference between what was promised and what was received is so great that Claimant is entitled to the maximum additional 1600 Gh/s in extra processing power, per machine, available under the terms of the MPP. (See Exhibit 2.)

The portion of Claimant's claim amount pertaining to the MPP is calculated based upon the advertised price of additional Yoli Evo boards (which would supply the extra processing power). These were the boards that HashFast promised to its MPP customers. (See Exhibit 3-C.) HashFast valued each board at $1,900, and each has a nominal hashrate of 650 Gh/s, (see Exhibit 3-D,) meaning three boards are required to satisfy each MPP guarantee of 1600 Gh/s.

Exhibit 1 consists of a schedule explaining how Claimant's Box 1 amount was calculated, including the value of the additional hardware Claimant is entitled to pursuant to the MPP, and Claimant's proof of purchase documentation.

Exhibit 2 consists of calculations showing the number of bitcoins Claimant should have been able to mine within the 90 day period after delivery, at the nominal hashrate of 400 Gh/s for each BabyJet, as calculated pursuant to the MPP. As Exhibit 2 notes, the number of bitcoins that

could be mined during this period does not approach the price Claimant paid in Bitcoin.

Exhibit 3 consists of the declaration of Marc van Anda, and supporting exhibits. Mr. van Anda's declaration and supporting exhibits establish the terms of the MPP and the method of calculating Claimant's expected Bitcoin mining production, as reflected on Exhibit 2.

# EXHIBIT 1

Case 14-30725   Claim 275   Filed 09/30/16   Desc Main Document   Page 1 of 33

In re HashFast Technologies, LLC
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and In re HashFast LLC, Case No. 14-30866

| Proof of Claim Calculation | | | | |
|---|---|---|---|---|
| Creditor Derek Piper | | | | |
| Order No. | MPP claim | BabyJet Units | MPP value per BabyJet | Claim Amount |
| 2078 | Yes | 1 | $5,700.00 | $5,700.00 |
| 2079 | No[1] | | | $1,590.33 |
| | | | | |
| | | | Total Claim | $7,290.33 |

1  Claimant also purchased a defective BabyJet Upgrade kit, which he returned. HashFast never provided a repaired unit or a refund of the purchase price. (See below emails dated April 1, 2014 through May 3, 2014).



Derek Piper <derek.piper@gmail.com>

## Your HashFast Technologies order from September 29, 2013 is complete

2 messages

**HashFast Technologies** <sales@hashfast.com>
To: hashfast@doofer.org

Mon, Oct 7, 2013 at 4:46 PM



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #2078

| Product | Quantity | Price |
|---|---|---|
| Baby Jet 400GH | 1 | $5,600 |
| Cart Subtotal: | | $5,600 |
| Shipping: | | $115.25 via 2nd Day Air (UPS) |
| Order Total: | | $5,715.25 |

# Customer details

**Email:** hashfast@doofer.org

**Tel:** 812 219 2909

# Billing address

Derek Piper
3706 W Woodmere Way
Bloomington, Indiana 47403

# Shipping address

Derek Piper
3706 W Woodmere Way
Bloomington, Indiana 47403

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

---

**HashFast Technologies** <sales@hashfast.com>
To: hashfast@doofer.org

Mon, Oct 7, 2013 at 4:47 PM

[Quoted text hidden]



## Your HashFast Technologies order from September 29, 2013 is complete

2 messages

**HashFast Technologies** <sales@hashfast.com>
To: hashfast@doofer.org

Mon, Oct 7, 2013 at 4:47 PM



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #2079

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| Cart Subtotal: | | $1,500 |
| Shipping: | | $90.33 via 2nd Day Air (UPS) |
| Order Total: | | $1,590.33 |

# Customer details

**Email:** hashfast@doofer.org

**Tel:** 812 219 2909

# Billing address

Derek Piper
3706 W Woodmere Way
Bloomington, Indiana 47403

# Shipping address

Derek Piper
3706 W Woodmere Way
Bloomington, Indiana 47403

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

**HashFast Technologies** <sales@hashfast.com>
To: hashfast@doofer.org

Mon, Oct 7, 2013 at 4:47 PM

[Quoted text hidden]



# Re: (Case 1925) Confirmation of Miner Protection for Order 2078

1 message

**HashFast Support** <support@hashfast.com>                    Wed, Nov 27, 2013 at 3:33 PM
To: Derek Piper <hashfast@doofer.org>

Hi Derek,

Sorry for the delay in getting back to you, we have been overwhelmed with calls and emails.

Yes, your 1st Batch Backorder is considered Batch 1 and is covered by the Miner Protection Program.

Happy Thanksgiving!

Thanks,

HashFast Support
support@hashfast.com

-----Original Message-----
From: "Derek Piper" <hashfast@doofer.org>
Reply-To: "Derek Piper" <hashfast@doofer.org>
Date: Thu, 14 Nov 2013 01:21:54 -0500
To: "HashFast Support" <support@hashfast.com>
Subject: Confirmation of Miner Protection for Order 2078

>Hi,
>
>Can I get confirmed via this email that my order number 2078 will be still
>be considered a Batch 1 Baby Jet and be covered by the miner
>protection program as of October 30th?
>
>Thanks,
>
>Derek



# RE: Technical Support [ ref:_00DG0jcES._500G0LdRxD:ref ]
8 messages

**Support** <support@hashfast.com>                                          Tue, Apr 1, 2014 at 10:15 PM
To: "hashfast@doofer.org" <hashfast@doofer.org>

Hi Derek,

Apologies for the delay in communication. I will get you the proper forms tomorrow. Thank you for your patience during this time.

Best Regards,

Chris
HashFast Technical Support

-------------- Original Message --------------
From: DerekPiper [hashfast@doofer.org]
Sent: 3/20/2014 5:01 PM
To: support@hashfast.com
Subject: Technical Support

What can we help with?

Technical Support

Phone

8122192909

Email

hashfast@doofer.org

Name

Derek Piper

The upgrade unit I received is defective. It was in operation only for couple of days but now fails. Upon closer inspection I see one of the capacitors had fallen off. It's a dry solder joint.

I need to RMA this unit.

ref:_00DG0jcES._500G0LdRxD:ref

**Derek Piper** <hashfast@doofer.org>                                    Fri, Apr 4, 2014 at 1:06 AM
To: Support <support@hashfast.com>

Okay, where are these forms then? How on earth can I get any response from you people within a decent timeframe?

I am now out of this 400GH for 2 weeks now, thanks to your company.

[Quoted text hidden]

**Support** <support@hashfast.com>                                    Tue, Apr 8, 2014 at 4:34 PM
To: "hashfast@doofer.org" <hashfast@doofer.org>

Hi Derek,

Do you want the whole kit or just the board to RMA? Please reply with whichever you choose, and what pieces you are returning. We will then send you a shipping label to send back the RMA.

Best Regards,

Chris
HashFast Technical Support

-------------- Original Message --------------
From: Derek Piper [hashfast@doofer.org]

[Quoted text hidden]

**Derek Piper** <hashfast@doofer.org>                                    Tue, Apr 8, 2014 at 4:50 PM
To: Support <support@hashfast.com>

I would like to return the board along with the chip and cooler, since they're all attached. So, the whole upgrade kit. I don't know if anything was damaged by the cooler stopping work (I noticed the problem since it was resetting due to thermal limit). I shut it all down then opened the unit up and saw the capacitor had fallen off.

Since then I disconnected the upgrade unit and put it to one side pending resolving this.

[Quoted text hidden]

---

**Support** <support@hashfast.com>                          Mon, Apr 14, 2014 at 12:56 PM
To: "hashfast@doofer.org" <hashfast@doofer.org>

Hi Derek,

Just confirming that you are sending the entire upgrade kit -- probably the best way to go.

Best Regards,

Chris
HashFast Technical Support

-------------- Original Message --------------
From: Derek Piper [hashfast@doofer.org]

[Quoted text hidden]

---

**Derek Piper** <hashfast@doofer.org>                       Mon, Apr 14, 2014 at 1:08 PM
To: Support <support@hashfast.com>

Hi, yes, it was all sent together since the cooler is attached. It
arrived with you guys last Friday

https://www.fedex.com/fedextrack/?tracknumbers=795921351847&cntry_code=us

Derek

[Quoted text hidden]

---

**Derek Piper** <hashfast@doofer.org>                       Thu, Apr 24, 2014 at 11:01 PM
To: Support <support@hashfast.com>

What's going on with this? When are you sending me a new unit back?

[Quoted text hidden]

---

**Derek Piper** <hashfast@doofer.org>                       Sat, May 3, 2014 at 10:18 AM
To: HashFast <support@hashfast.com>

When am I getting this unit back? ?

You've had it for a MONTH now.

Do you have any ifs how much your company has lost me in profits?

[Quoted text hidden]



# Tendered to FedEx

1 message

**trackingupdates@fedex.com** <trackingupdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: hashfast@doofer.org

Wed, Apr 9, 2014 at 10:25 AM

_____
_____

This tracking update has been requested by:

Company Name:              null
Name:                      DEREK PIPER
E-mail:                    avram@hashfast.com

_____
_____

This shipment was tendered to FedEx Express on 04/09/2014.

Reference information includes:

Reference:                 RMA 2079 HAS-UPGK
RMA:                       2079-1
Estimated delivery:        Apr 11, 2014
Service type:              FedEx 2Day
Packaging type:            Your Packaging
Number of pieces:          1
Weight:                    8.00 lb.
Special handling/Services: Direct Signature Required
                           Deliver Weekday
Status:                    Picked up

Tracking number:           795921351847

Please do not respond to this message. This email was sent from an unattended mailbox. This
report was generated at approximately 9:25 AM CDT on 04/09/2014.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

Estimated Delivery displayed above is not valid for Money-Back Guarantee or delay claim
purposes. Shipments delayed because of Customs or other regulatory delays are not subject to
refund or credit under FedEx Money-Back Guarantee Policy. Please see FedEx Service Guide for
terms and conditions of service, including FedEx Money-Back Guarantee. For more information,
please contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number above, or visit us at
fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above.

FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



**795921351847**

Ship (P/U) date :
**Wed 4/09/2014 10:25 am**

BLOOMINGTON, IN  US



**Delivered**
*Signed for by: F.MANION*

Actual delivery :
**Fri 4/11/2014 2:14 pm**

SAN FRANCISCO, CA  US

**Let us tell you when your shipment arrives. Sign up for delivery notifications**

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▬ 4/11/2014 - Friday | | |
| 2:14 pm | Delivered | SAN FRANCISCO, CA |
| | | Local Scan Time |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 795921351847 | **Service** | FedEx 2Day |
| **Signature services** | Direct signature required | **Shipper reference** | RMA 2079 HAS-UPGK |
| **Special handling section** | Deliver Weekday, Direct Signature Required | | |

# EXHIBIT 2

In re HashFast Technologies, LLC
U.S. Bankruptcy Court, ND Calif., Case No. 14-30725
and In re HashFast LLC, Case No. 14-30866

| Expected Bitcoin Mining Production Calculation | | | | | |
|---|---|---|---|---|---|
| **Creditor Derek Piper** | | | | | |
| Hashrate in GH/s | 400 | | | | |
| Block reward (BTC) | 25 | | | | |
| Hours/day | 24 | | | | |
| Seconds/hr | 3600 | | | | |
| Base share difficulty | 2^32 | | | | |
| | | | | | |
| Formula for expected BTC mining rate per day: GH/s * 10^9 * 25 * 24 * 3,600 / 2^32/ Difficulty | | | | | |
| | | | | | |
| BTC Mining Difficulty* | Date Started/ Ended Mining @ Difficulty | Date BTC Difficulty Changed | Number of Days @ Difficulty rate | Expected BTC mining rate per day | Expected BTC mined per difficulty period |
| 2,193,847,870 | 1/29/2014 | 1/24/2014 | 7 | 0.091695 | 0.6419 |
| 2,621,404,453 | 2/5/2014 | 2/5/2014 | 12 | 0.076740 | 0.9209 |
| 3,129,573,175 | 2/17/2014 | 2/17/2014 | 11 | 0.064279 | 0.7071 |
| 3,815,723,799 | 2/28/2014 | 2/28/2014 | 13 | 0.052720 | 0.6854 |
| 4,250,217,920 | 3/13/2014 | 3/13/2014 | 11 | 0.047331 | 0.5206 |
| 5,006,860,589 | 3/24/2014 | 3/24/2014 | 12 | 0.040178 | 0.4821 |
| 6,119,726,089 | 4/5/2014 | 4/5/2014 | 12 | 0.032872 | 0.3945 |
| 6,978,842,650 | 4/17/2014 | 4/17/2014 | 12 | 0.028825 | 0.3459 |
| 8,000,872,136 | 4/29/2014 | | | | |
| | | | | | |
| | | Total days | 90 | **Total BTC expected** | **4.6983** |
| | | | | | |
| * Source for BTC Mining Difficulty: https://bitcoinwisdom.com/bitcoin/difficulty | | | | | |

# EXHIBIT 3

Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Petitioning Creditors*
*Hamilton Hee, et al.*

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

# UNITED STATE BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC,<br><br>                Debtor,<br><br>and<br><br>In re<br><br>HASHFAST LLC,<br><br>                Debtor. | Case No. 14-30725<br>(jointly administered with Case No. 14-30866)<br><br>Chapter 11<br><br>**DECLARATION OF MARC VAN ANDA IN SUPPORT OF PROOFS OF CLAIMS**<br><br>Judge: Honorable Dennis Montali |

Page 1

# DECLARATION OF MARC VAN ANDA

I, Marc van Anda, declare as follows:

1.  I am a paralegal employed by the law office of Gallo LLP. I have personal knowledge of the following facts and, if called as a witness, I would testify as follows:

2.  Exhibit 3-A is a true and correct copy of the terms and conditions for HashFast's Minor Protection Plan, as it appeared on HashFast's website on October 30, 2013, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20131030054919/https://hashfast.com/miner-protection-program.

3.  Exhibit 3-B is a true and correct copy of the Bitcoin mining difficulty rates referenced in Claimant's chart (Exhibit 2), entitled "Expected Bitcoin Mining Production Calculation." It is also available online at https://bitcoinwisdom.com/bitcoin/difficulty.

4.  Exhibit 3-C is a true and correct copy of the notice email HashFast sent to its Batch-1 customers who were eligible for the Miner Protection Plan, sent by "support@hashfast.com" on March 27, 2014.

5.  Exhibit 3-D is a true and correct copy of HashFast's pricing information for its Yoli Evo boards, as it appeared on HashFast's website on February 20, 2014, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20140220232912/http://hashfast.com/shop/yolievo.

I certify under penalty of perjury under California law that the foregoing is true and correct. Signed this 23rd day of September 2014 at San Rafael, California.

Marc van Anda

Marc van Anda

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Page 2

DECLARATION OF MARC VAN ANDA

Case 14-30725   Doc# 245-7   Filed 09/30/14   Entered 09/30/14 10:57:28   Page 25 of 58
Case 14-30725   Doc# 241-5   Filed 09/11/14   Desc Main Document   Page 23 of 71

# EXHIBIT 3-A



NAVIGATION

# Miner Protection Program™

## We want our customers to succeed.

At HashFast, we understand that healthy, prosperous customers make for a healthy and prosperous company. We know that our customers are concerned about the rapid growth of the network hashrate – and we stand by our customers. We designed our silicon so efficiently per square mm, that we are able offer you this protection.

If the Bitcoin network hashrate increases so that your Baby Jet doesn't generate more Bitcoins in ninety days than you paid for it, HashFast will give you additional ASICs. In fact, **we will give you up to 400% more hashing capacity** than the Baby Jet you purchased. Yes, that does mean that if you don't make your money back in 90 days, we will increase your mining capacity to up to **2 Terahashes!**

The Miner Protection Program™ applies to all customers of Baby Jets purchased from Batch 1 of our production. For the second batch, the Miner Protection Program™ will be sold separately.

## Two examples of how it will work:

**Example 1** – You buy a Baby Jet from HashFast for 50 BTC and we ship it October 25th. By January 23, your machine has mined 60 BTC. You are happy and the miner protection is not needed.

**Example 2** – You buy a Baby Jet for 50 BTC, and we ship it on October 25th. January 23, 2014 comes and goes, and it turns out that at the Baby Jet's nominal hashrate, it would only have generated 25 BTC during that 90 day period.  Calculated out, it would have taken an additional 400 Ghash/s of capacity shipped with your Baby Jet on October 25, 2013 to generate 50 BTC. We can't go back in time to give you that 400Ghash/s. Instead, HashFast *will double* that and give you 800 Ghash/s in additional capacity. In this example, HashFast will give you two additional Golden Nonce ASICs, each with 400 nominal GHash/s.

## Frequently Asked Questions

### *What if I overclock?  Underclock?*

We calculate the ROI based on network difficulty adjustments, the estimated hashrate, and what hashrate the average Baby Jet achieves. If, in the example above, you overclock your machine and generated more Bitcoin, it will not affect our calculations.  Likewise, if you underclocked it to save energy costs, it will not affect our calculations.

Case: 14-30725    Doc#: 241-7  Filed: 09/30/14  Entered: 02/11/16 10:57:28    Page 60 of 71

**What if I have to turn off my Baby Jet during a terrible storm?**

Again, we do not calculate the ROI for the MPP based on your individual operation of the Baby Jet.   Thus, we don't need to figure out if you went on vacation, underclocked, or forgot to plug it in for the first month.

**What do I do with the ASIC(s) you send me?  They can't generate Bitcoin while I hold it in my hand, can it?**

No, generating Bitcoin while grasping any semiconductor is very unlikely.  You will need a rig that has everything but the HashFast ASIC.  We designed our ASIC with this in mind.  We will sell ASIC-ready rigs, and expect licensed rig manufacturers to also offer ASIC-ready rigs.

**What if a super-duper Exa-hash machine shows up?**

The MPP coverage extends to up to 400% of the capacity purchased. For a Baby Jet, with a nominal 400 Ghash/s capacity, the MPP is limited to sending an additional 1.6 Terrahash/s of additional ASIC hashing capacity, **for a total of 2 Terahashes**!

**If BTC value doubles against the dollar, are you still going to give me up to four times my original capacity?**

Yes. The entire MPP program is based on BTC, which is a key reason we sell our machines for BTC. The increase in BTC-to-USD exchange rates may mean that you achieve fantastic ROI, even though your Baby Jet doesn't generate the amount of Bitcoin you paid for it.  We ignore that in our MPP calculations, and will give you additional hashing capacity even though you achieved ROI on a USD basis.

**If I didn't pay in Bitcoin, how do you calculate the purchase price under the MPP and compare it to the amount Bitcoin generated?**

If you paid in USD or other fiat currency, HashFast will base the calculations on the BTC to USD (or other currency) exchange rate we gave our customers the day of your purchase.

**Limitations**

The Miner Protection Program is not a form of insurance, has no cash value, and cannot be sold, licensed or transferred by a customer. Customer will pay and be responsible for all taxes, duties and shipping for ASICs supplied under the Miner Protection Program. Additional ASICs supplied under the Miner Protection Program will be supplied only to the original purchaser, and may only be shipped to the same address as the original purchase. Nothing in the description of the Miner Protection Program should be read as a reliable or binding forecast of network hashrates, difficulty levels or other future events. The HashFast Terms of Sale sent to you (or if not sent to you, then found here: Terms of Sale) apply to the Miner Protection Program. "HashFast" as used above refers to HashFast Technologies LLC. HashFast™, the HashFast logo, Miner Protection Program™, and MPP™ are the trademarks and service marks of HashFast Technologies LLC.

**LATEST NEWS**

Golden Nonce Interface Protocol Released

Pictures of the Ciara Assembly Floor

Pictures of the Sierra

UPDATED SHIPPING NEWS

We're Upping the Power on HashFast Rigs!

Case: 14-30725    Doc# 241-7   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 26 of 36



© HASHFAST TECHNOLOGIES LLC 2013

All Rights Reserved.

**SIGN UP FOR THE HASHFAST NEWSLETTER!**

First Name*

Last Name*

Email

Address*            * = required field

Terms of Sale | Terms of Use | Privacy Policy

SUBSCRIBE

# EXHIBIT 3-B

Bitcoin Difficulty:        29,829,733,124

Estimated Next Difficulty:  34,318,657,291 (+15.05%)

Adjust ime:               After 1332 Blocks, About 8.1 days

Hashrate(?):              254,423,196 GH/s

Block Generation Time(?):  1 block: 8.8 minutes
                          3 blocks: 26.4 minutes
                          6 blocks: 52.7 minutes

Updated:                  14:24 (7.1 minutes ago)



| Difficulty: | 29829733124 | BTC/USD: | 439.2 | |
|---|---|---|---|---|
| 1000000 | KH/s | 7.025e-7 | BTC/hour | 0.0003085 | USD/hour |
| 1000 | MH/s | 0.00001686 | BTC/day | 0.007405 | USD/day |
| 1 | GH/s | 0.000118 | BTC/week | 0.05183 | USD/week |
| 0.001 | TH/s | 0.0005058 | BTC/month | 0.2221 | USD/month |

### Bitcoin Hash Rate vs Difficulty (2 Months)



2 Months          9 Months          Hash Rate

### Bitcoin Block Generation Time vs Difficulty



**Chart Explained**

Red line
    The difficulty.

Green line
    The estimated next difficulty.

Blue line
    Average block generation time of **2016** blocks. Block generation time is also known as **confirmation time**.

Case 14-30725    Doc# 441-7   Filed 09/30/14   Entered 02/11/16 10:57:28    Page 31 of 34
Case 14-30725    Doc# 241-7   Filed 09/30/14   Document   Doc# 241-7   10:57:28   Page 64 of 71

**Grey line**

Average block generation time of **1008** blocks.

If grey line less than blue line, The generation time is **decreasing**.

The more grey line is lower than blue line, the faster genera ion time is decreasing.

After **2016** blocks generated, Bitcoin will adjust difficulty to estimated difficulty in order to keep the block generation ime at **600** seconds.

## Difficulty History

| Date | Difficulty | Change | Hash Rate |
|---|---|---|---|
| Sep 13 2014 | 29,829,733,124 | 8.75% | 213,529,547 GH/s |
| Aug 31 2014 | 27,428,630,902 | 15.03% | 196,341,788 GH/s |
| Aug 19 2014 | 23,844,670,039 | 20.86% | 170,686,797 GH/s |
| Aug 08 2014 | 19,729,645,941 | 5.30% | 141,230,307 GH/s |
| Jul 25 2014 | 18,736,441,558 | 8.08% | 134,120,673 GH/s |
| Jul 12 2014 | 17,336,316,979 | 3.08% | 124,098,191 GH/s |
| Jun 29 2014 | 16,818,461,371 | 24.93% | 120,391,236 GH/s |
| Jun 18 2014 | 13,462,580,115 | 14.51% | 96,368,902 GH/s |
| Jun 05 2014 | 11,756,551,917 | 12.44% | 84,156,677 GH/s |
| May 24 2014 | 10,455,720,138 | 18.10% | 74,844,960 GH/s |
| May 12 2014 | 8,853,416,309 | 10.66% | 63,375,223 GH/s |
| Apr 29 2014 | 8,000,872,136 | 14.64% | 57,272,474 GH/s |
| Apr 17 2014 | 6,978,842,650 | 14.04% | 49,956,502 GH/s |
| Apr 05 2014 | 6,119,726,089 | 22.23% | 43,806,706 GH/s |
| Mar 24 2014 | 5,006,860,589 | 17.80% | 35,840,504 GH/s |
| Mar 13 2014 | 4,250,217,920 | 11.39% | 30,424,245 GH/s |
| Feb 28 2014 | 3,815,723,799 | 21.92% | 27,314,015 GH/s |
| Feb 17 2014 | 3,129,573,175 | 19.39% | 22,402,357 GH/s |
| Feb 05 2014 | 2,621,404,453 | 19.49% | 18,764,744 GH/s |
| Jan 24 2014 | 2,193,847,870 | 22.59% | 15,704,175 GH/s |
| Jan 13 2014 | 1,789,546,951 | 26.16% | 12,810,076 GH/s |
| Jan 02 2014 | 1,418,481,395 | 20.12% | 10,153,885 GH/s |
| Dec 21 2013 | 1,180,923,195 | **30.01%** | 8,453,378 GH/s |
| Dec 10 2013 | 908,350,862 | 28.41% | 6,502,229 GH/s |
| Nov 29 2013 | 707,408,283 | 16.07% | 5,063,826 GH/s |
| Nov 17 2013 | 609,482,680 | 19.29% | 4,362,847 GH/s |
| Nov 05 2013 | 510,929,738 | **30.70%** | 3,657,378 GH/s |
| Oct 26 2013 | 390,928,788 | **46.02%** | 2,798,377 GH/s |
| Oct 16 2013 | 267,731,249 | **41.45%** | 1,916,495 GH/s |
| Oct 06 2013 | 189,281,249 | 27.19% | 1,354,928 GH/s |
| Sep 25 2013 | 148,819,200 | **32.13%** | 1,065,289 GH/s |
| Sep 14 2013 | 112,628,549 | 29.56% | 806,227 GH/s |
| Sep 04 2013 | 86,933,018 | **32.22%** | 622,291 GH/s |
| Aug 24 2013 | 65,750,060 | 29.40% | 470,657 GH/s |
| Aug 13 2013 | 50,810,339 | **35.88%** | 363,715 GH/s |
| Aug 03 2013 | 37,392,766 | 19.63% | 267,668 GH/s |
| Jul 22 2013 | 31,256,961 | 19.47% | 223,746 GH/s |
| Jul 11 2013 | 26,162,876 | 22.63% | 187,281 GH/s |
| Jun 29 2013 | 21,335,329 | 10.32% | 152,724 GH/s |
| Jun 16 2013 | 19,339,258 | 23.92% | 138,436 GH/s |
| Jun 05 2013 | 15,605,633 | 28.41% | 111,709 GH/s |
| May 25 2013 | 12,153,412 | 8.64% | 86,998 GH/s |
| May 12 2013 | 11,187,257 | 11.03% | 80,082 GH/s |
| Apr 30 2013 | 10,076,293 | 12.28% | 72,129 GH/s |
| Apr 17 2013 | 8,974,296 | 16.96% | 64,241 GH/s |
| Apr 05 2013 | 7,673,000 | 14.59% | 54,925 GH/s |
| Mar 24 2013 | 6,695,826 | **38.13%** | 47,931 GH/s |
| Mar 14 2013 | 4,847,647 | 10.98% | 34,701 GH/s |
| Mar 01 2013 | 4,367,876 | 19.63% | 31,266 GH/s |

© 2013-2014 BitcoinWisdom.com

# EXHIBIT 3-C


# HashFast MPP Update

1 message

**The HashFast Team** <support@hashfast.com>                    Thu, Mar 27, 2014 at ▓▓▓
Reply-To: us7-9be0ae35ba-0e8edadd2e@conversation01.mailchimpapp.com
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Is this email not displaying correctly?
View it in your browser.



## MPP Update

Dear ▓▓▓,

First, thank you very much for being a HashFast supporter.  We are grateful for all of you who chose to participate in the Bitcoin mining community by choosing our products.

**Miner Protection Plan (MPP)**

We will be shipping **MPP** after we have finished shipping to our Batch-2, Batch-3 and Batch-4 customers.  It will consist of **Yoli Evo Mining Boards** and should exceed the 4X capacity promise of 1.6 TH/s* of mining performance.  We expect to start shipping MPP in June, 2014.

Thank You,

The HashFast Team

follow on Twitter | friend on Facebook | forward to a friend

*Copyright © 2014 HashFast Technologies LLC, All rights reserved.*
HashFast Technologies Customer
**Our mailing address is:**
HashFast Technologies
100 Bush St.

# EXHIBIT 3-D





INTERNET ARCHIVE WaybackMachine
http://hashfast.com/shop/yolievo/ Go
JAN FEB M
3 captures 20
20 Feb 14 - 4 Jul 14 2013 2014 20

SALE!

Case: 14-30725    Doc# 241-7   Filed: 09/30/14   Entered: 02/11/16 10:57:28   Page 71
of 71