# EXHIBIT F

Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (SBN 267587)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Petitioning Creditors*
*Hamilton Hee, et al.*

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, | (jointly administered with Case No. 14-30866) |
| Debtor, | |
| and | Chapter 11 |
| In re | **DECLARATION OF MARC VAN ANDA IN SUPPORT OF PROOFS OF CLAIMS** |
| HASHFAST LLC, | |
| Debtor. | Judge: Honorable Dennis Montali |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

## DECLARATION OF MARC VAN ANDA

I, Marc van Anda, declare as follows:

1.     I am a paralegal employed by the law office of Gallo LLP. I have personal knowledge of the following facts and, if called as a witness, I would testify as follows:

2.     Exhibit 3-A is a true and correct copy of the terms and conditions for HashFast's Minor Protection Plan, as it appeared on HashFast's website on October 30, 2013, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20131030054919/https://hashfast.com/miner-protection-program.

3.     Exhibit 3-B is a true and correct copy of the Bitcoin mining difficulty rates referenced in Claimant's chart (Exhibit 2), entitled "Expected Bitcoin Mining Production Calculation." It is also available online at https://bitcoinwisdom.com/bitcoin/difficulty.

4.     Exhibit 3-C is a true and correct copy of the notice email HashFast sent to its Batch-1 customers who were eligible for the Miner Protection Plan, sent by "support@hashfast.com" on March 27, 2014.

5.     Exhibit 3-D is a true and correct copy of HashFast's pricing information for its Yoli Evo boards, as it appeared on HashFast's website on February 20, 2014, as preserved by the Internet Archive. It is also available online at http://web.archive.org/web/20140220232912/http://hashfast.com/shop/yolievo.

I certify under penalty of perjury under California law that the foregoing is true and correct. Signed this 23rd day of September 2014 at San Rafael, California.

*Marc van Anda*

Marc van Anda

Case: 14-30725   Doc# 444-9   Filed: 09/26/14   Entered: 02/11/16 10:57:28   Page 1 Page 3
of 18

# EXHIBIT 3-A

Case: 14-30725    Claim 25-3   Filed 09/26/14   Desc Main Document    Page 18 of 32
of 18



NAVIGATION

# Miner Protection Program™

## We want our customers to succeed.

At HashFast, we understand that healthy, prosperous customers make for a healthy and prosperous company. We know that our customers are concerned about the rapid growth of the network hashrate – and we stand by our customers. We designed our silicon so efficiently per square mm, that we are able offer you this protection.

If the Bitcoin network hashrate increases so that your Baby Jet doesn't generate more Bitcoins in ninety days than you paid for it, HashFast will give you additional ASICs. In fact, **we will give you up to 400% more hashing capacity** than the Baby Jet you purchased. Yes, that does mean that if you don't make your money back in 90 days, we will increase your mining capacity to up to **2 Terahashes!**

The Miner Protection Program™ applies to all customers of Baby Jets purchased from Batch 1 of our production. For the second batch, the Miner Protection Program™ will be sold separately.

## Two examples of how it will work:

**Example 1** – You buy a Baby Jet from HashFast for 50 BTC and we ship it October 25th. By January 23, your machine has mined 60 BTC. You are happy and the miner protection is not needed.

**Example 2** – You buy a Baby Jet for 50 BTC, and we ship it on October 25th. January 23, 2014 comes and goes, and it turns out that at the Baby Jet's nominal hashrate, it would only have generated 25 BTC during that 90 day period.  Calculated out, it would have taken an additional 400 Ghash/s of capacity shipped with your Baby Jet on October 25, 2013 to generate 50 BTC. We can't go back in time to give you that 400Ghash/s. Instead, HashFast **will double** that and give you 800 Ghash/s in additional capacity. In this example, HashFast will give you two additional Golden Nonce ASICs, each with 400 nominal GHash/s.

## Frequently Asked Questions

*What if I overclock?  Underclock?*

We calculate the ROI based on network difficulty adjustments, the estimated hashrate, and what hashrate the average Baby Jet achieves. If, in the example above, you overclock your machine and generated more Bitcoin, it will not affect our calculations.  Likewise, if you underclocked it to save energy costs, it will not affect our calculations.

Case: 14-30725    Doc# 441-9 Filed: 09/26/14 Entered: 02/11/16 10:57:28    Page 5
of 18
Case: 14-30725    Claim 258-9    Filed 02/11/16    Desc Main Document    Page 19 of 32

*What if I have to turn off my Baby Jet during a terrible storm?*

Again, we do not calculate the ROI for the MPP based on your individual operation of the Baby Jet.   Thus, we don't need to figure out if you went on vacation, underclocked, or forgot to plug it in for the first month.

*What do I do with the ASIC(s) you send me?  They can't generate Bitcoin while I hold it in my hand, can it?*

No, generating Bitcoin while grasping any semiconductor is very unlikely.  You will need a rig that has everything but the HashFast ASIC.  We designed our ASIC with this in mind.  We will sell ASIC-ready rigs, and expect licensed rig manufacturers to also offer ASIC-ready rigs.

*What if a super-duper Exa-hash machine shows up?*

The MPP coverage extends to up to 400% of the capacity purchased. For a Baby Jet, with a nominal 400 Ghash/s capacity, the MPP is limited to sending an additional 1.6 Terrahash/s of additional ASIC hashing capacity, **for a total of 2 Terahashes**!

*If BTC value doubles against the dollar, are you still going to give me up to four times my original capacity?*

Yes. The entire MPP program is based on BTC, which is a key reason we sell our machines for BTC. The increase in BTC-to-USD exchange rates may mean that you achieve fantastic ROI, even though your Baby Jet doesn't generate the amount of Bitcoin you paid for it.  We ignore that in our MPP calculations, and will give you additional hashing capacity even though you achieved ROI on a USD basis.

*If I didn't pay in Bitcoin, how do you calculate the purchase price under the MPP and compare it to the amount Bitcoin generated?*

If you paid in USD or other fiat currency, HashFast will base the calculations on the BTC to USD (or other currency) exchange rate we gave our customers the day of your purchase.

**Limitations**

The Miner Protection Program is not a form of insurance, has no cash value, and cannot be sold, licensed or transferred by a customer. Customer will pay and be responsible for all taxes, duties and shipping for ASICs supplied under the Miner Protection Program. Additional ASICs supplied under the Miner Protection Program will be supplied only to the original purchaser, and may only be shipped to the same address as the original purchase. Nothing in the description of the Miner Protection Program should be read as a reliable or binding forecast of network hashrates, difficulty levels or other future events. The HashFast Terms of Sale sent to you (or if not sent to you, then found here: [Terms of Sale](#)) apply to the Miner Protection Program. "HashFast" as used above refers to HashFast Technologies LLC. HashFast™, the HashFast logo, Miner Protection Program™, and MPP™ are the trademarks and service marks of HashFast Technologies LLC.

**LATEST NEWS**

Golden Nonce Interface Protocol Released

Pictures of the Ciara Assembly Floor

Pictures of the Sierra

UPDATED SHIPPING NEWS

We're Upping the Power on HashFast Rigs!

Case: 14-30725    Doc# 441-9 Filed: 02/11/16  Entered: 02/11/16 10:57:28   Page 6
Case: 14-30725    Claim 258-9 Filed: 09/26/14  Desc Main Document    Page 20 of 32
of 18



© HASHFAST TECHNOLOGIES LLC 2013

All Rights Reserved.

**SIGN UP FOR THE HASHFAST NEWSLETTER!**

First Name*

Last Name*

Email

Address*        * = required field

Terms of Sale | Terms of Use | Privacy Policy

SUBSCRIBE

# EXHIBIT 3-B

Bitcoin Difficulty: 29,829,733,124

Estimated Next Difficulty: 34,318,657,291 (+15.05%)

Adjust ime: After 1332 Blocks, About 8.1 days

Hashrate(?): 254,423,196 GH/s

Block Generation Time(?): 1 block: 8.8 minutes
3 blocks: 26.4 minutes
6 blocks: 52.7 minutes

Updated: 14:24 (7.1 minutes ago)



| | | | | | |
|---|---|---|---|---|---|
| Difficulty: | 29829733124 | | BTC/USD: | 439.2 | |
| 1000000 | KH/s | 7.025e-7 | BTC/hour | 0.0003085 | USD/hour |
| 1000 | MH/s | 0.00001686 | BTC/day | 0.007405 | USD/day |
| 1 | GH/s | 0.000118 | BTC/week | 0.05183 | USD/week |
| 0.001 | TH/s | 0.0005058 | BTC/month | 0.2221 | USD/month |





**Chart Explained**

Red line
The difficulty.

Green line
The estimated next difficulty.

Blue line

Case: 14-30725    Doc# 441-9    Filed: 02/11/16    Entered: 02/11/16 10:57:28    Page 9
of 18

Average block generation time of **2016** blocks. Block generation time is also called confirmation time. Case 14-30725  Claim 29-1  Filed 09/26/14  Desc Main Document  Page 23 of 32

Grey line
   Average block generation time of **1008** blocks.

If grey line less than blue line, The generation time is **decreasing**.

The more grey line is lower than blue line, the faster genera ion time is decreasing.

After **2016** blocks generated, Bitcoin will adjust difficulty to estimated difficulty in order to keep the block generation  ime at **600** seconds.

## Difficulty History

| Date | Difficulty | Change | Hash Rate |
|---|---|---|---|
| Sep 13 2014 | 29,829,733,124 | 8.75% | 213,529,547 GH/s |
| Aug 31 2014 | 27,428,630,902 | 15.03% | 196,341,788 GH/s |
| Aug 19 2014 | 23,844,670,039 | 20.86% | 170,686,797 GH/s |
| Aug 08 2014 | 19,729,645,941 | 5.30% | 141,230,307 GH/s |
| Jul 25 2014 | 18,736,441,558 | 8.08% | 134,120,673 GH/s |
| Jul 12 2014 | 17,336,316,979 | 3.08% | 124,098,191 GH/s |
| Jun 29 2014 | 16,818,461,371 | 24.93% | 120,391,236 GH/s |
| Jun 18 2014 | 13,462,580,115 | 14.51% | 96,368,902 GH/s |
| Jun 05 2014 | 11,756,551,917 | 12.44% | 84,156,677 GH/s |
| May 24 2014 | 10,455,720,138 | 18.10% | 74,844,960 GH/s |
| May 12 2014 | 8,853,416,309 | 10.66% | 63,375,223 GH/s |
| Apr 29 2014 | 8,000,872,136 | 14.64% | 57,272,474 GH/s |
| Apr 17 2014 | 6,978,842,650 | 14.04% | 49,956,502 GH/s |
| Apr 05 2014 | 6,119,726,089 | 22.23% | 43,806,706 GH/s |
| Mar 24 2014 | 5,006,860,589 | 17.80% | 35,840,504 GH/s |
| Mar 13 2014 | 4,250,217,920 | 11.39% | 30,424,245 GH/s |
| Feb 28 2014 | 3,815,723,799 | 21.92% | 27,314,015 GH/s |
| Feb 17 2014 | 3,129,573,175 | 19.39% | 22,402,357 GH/s |
| Feb 05 2014 | 2,621,404,453 | 19.49% | 18,764,744 GH/s |
| Jan 24 2014 | 2,193,847,870 | 22.59% | 15,704,175 GH/s |
| Jan 13 2014 | 1,789,546,951 | 26.16% | 12,810,076 GH/s |
| Jan 02 2014 | 1,418,481,395 | 20.12% | 10,153,885 GH/s |
| Dec 21 2013 | 1,180,923,195 | **30.01%** | 8,453,378 GH/s |
| Dec 10 2013 | 908,350,862 | 28.41% | 6,502,229 GH/s |
| Nov 29 2013 | 707,408,283 | 16.07% | 5,063,826 GH/s |
| Nov 17 2013 | 609,482,680 | 19.29% | 4,362,847 GH/s |
| Nov 05 2013 | 510,929,738 | **30.70%** | 3,657,378 GH/s |
| Oct 26 2013 | 390,928,788 | **46.02%** | 2,798,377 GH/s |
| Oct 16 2013 | 267,731,249 | **41.45%** | 1,916,495 GH/s |
| Oct 06 2013 | 189,281,249 | 27.19% | 1,354,928 GH/s |
| Sep 25 2013 | 148,819,200 | **32.13%** | 1,065,289 GH/s |
| Sep 14 2013 | 112,628,549 | 29.56% | 806,227 GH/s |
| Sep 04 2013 | 86,933,018 | **32.22%** | 622,291 GH/s |
| Aug 24 2013 | 65,750,060 | 29.40% | 470,657 GH/s |
| Aug 13 2013 | 50,810,339 | **35.88%** | 363,715 GH/s |
| Aug 03 2013 | 37,392,766 | 19.63% | 267,668 GH/s |
| Jul 22 2013 | 31,256,961 | 19.47% | 223,746 GH/s |
| Jul 11 2013 | 26,162,876 | 22.63% | 187,281 GH/s |
| Jun 29 2013 | 21,335,329 | 10.32% | 152,724 GH/s |
| Jun 16 2013 | 19,339,258 | 23.92% | 138,436 GH/s |
| Jun 05 2013 | 15,605,633 | 28.41% | 111,709 GH/s |
| May 25 2013 | 12,153,412 | 8.64% | 86,998 GH/s |
| May 12 2013 | 11,187,257 | 11.03% | 80,082 GH/s |
| Apr 30 2013 | 10,076,293 | 12.28% | 72,129 GH/s |
| Apr 17 2013 | 8,974,296 | 16.96% | 64,241 GH/s |
| Apr 05 2013 | 7,673,000 | 14.59% | 54,925 GH/s |
| Mar 24 2013 | 6,695,826 | **38.13%** | 47,931 GH/s |
| Mar 14 2013 | 4,847,647 | 10.98% | 34,701 GH/s |
| Mar 01 2013 | 4,367,876 | 18.63% | 31,266 GH/s |

© 2013-2014 BitcoinWisdom.com

# EXHIBIT 3-C



███████████████ @gmail.com>

# HashFast MPP Update

1 message

**The HashFast Team** <support@hashfast.com>          Thu, Mar 27, 2014 at ██████
Reply-To: us7-9be0ae35ba-0e8edadd2e@conversation01.mailchimpapp.com
To: ████████████████

Is this email not displaying correctly?
View it in your browser.



## MPP Update

Dear ████,

First, thank you very much for being a HashFast supporter.  We are grateful for all of you who chose to participate in the Bitcoin mining community by choosing our products.

**Miner Protection Plan (MPP)**

We will be shipping **MPP** after we have finished shipping to our Batch-2, Batch-3 and Batch-4 customers.  It will consist of **Yoli Evo Mining Boards** and should exceed the 4X capacity promise of 1.6 TH/s* of mining performance.  We expect to start shipping MPP in June, 2014.

Thank You,

The HashFast Team

follow on Twitter | friend on Facebook | forward to a friend

*Copyright © 2014 HashFast Technologies LLC, All rights reserved.*
HashFast Technologies Customer
**Our mailing address is:**
HashFast Technologies
100 Bush St

# EXHIBIT 3-D







INTERNET ARCHIVE WaybackMachine
http://hashfast.com/shop/yolievo/ Go
3 captures
20 Feb 14 - 4 Jul 14
JAN FEB MA
20
2013 2014 20

SALE!

Case: 14-30725 Doc# 441-9 Filed: 02/11/16 Entered: 02/11/16 10:57:28 Page 15 of 18
Case 14-30725 Claim 25b Filed 09/26/14 Desc Main Document Page 29 of 32

# Yoli Evo Mining Board

From: $1,900

**10 UNIT MINIMUM ORDER** The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC
Each board can be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining co

$1,900 USD     up to 800 GH/s     60A@12VDC +/- 20%     Ships April 2014

**Bundle Pricing**   Choose an option… ▼
Clear selection

# Product Description

**The HashFast Yoli Evo Mining Board is a next generation board for our Golden Nonce ASIC with significantly inc
be implemented into a best-in-class Bitcoin mining system by just adding power, cooling, and a mining controlle**

# Board Highlights

Maximum Bitcoin Mining Performance: **800 GH/s** (with a proper cooling system)

Typical Bitcoin Mining Performance:  675 GH/s +/- 20%

Typical Power Requirements:  12 volts of DC power @ **60 Amps** +/- 20% (power supplies not included)

Availability:  Evo Batch 1 will ship throughout the month of **April 2014**, completing by month-end

Minimum Order: 10 Boards

Case: 14-30725    Doc# 441-9   Filed 02/11/16   Entered: 02/11/16 10:57:28   Page 16
of 18

Size:  4.5″ wide by 12″ long

Mining Processor:  1 HashFast Golden Nonce (GN) ASIC

Cooling System: A high-performance liquid cooling system is recommended (not included)

Mining Host Connectivity:  USB 2.0 IDC Motherboard 5-pin male header

# Processor Highlights

28nm ASIC

Designed to be underclocked for greater efficiency, and overclocked for greater performance

Die has built in thermal controls that allow the chip to pushed to the edge without damaging cores

# Payment

Prices are listed in USD, please follow payment instructions at checkout.

We accept payments in USD via wire transfer or of the USD equivalent in BTC online.

Direct BTC Transfers utilize the exchange rate posted on bitstamp.net.

A full payment must be received to complete and reserve an order. A partial payment does not reserve a place in line. Wi confirm.

All Sales Final. No cancellations or returns will be accepted.

# Shipping

Boards are shipped in the same order payment was received.

Orders placed today will begin shipping in early April 2014 and guaranteed to ship by April 30, 2014.

# Additional Information

| Bundle Pricing | 10 Pack – 6.76 TH/s, 15 Pack – 10.125 TH/s, 20 Pack – 13.5 TH/s, 25 Pack – 16.875 TH/s, 30 ⌐ 40 Pack – 27 TH/s, 45 Pack – 30.375 TH/s, 50 Pack – 33.75 TH/s |
|---|---|

# Related Products

Case: 14-30725    Doc# 241-9   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 17
Claim 256-9   Filed 09/26/14   Desc Main Document   Page 31 of 32







ADD TO CART

READ MORE

**Sierra Evo 3**

$6,800

**Chip Sales**

## Sign up for the HashFast Newsletter!

| First Name | Last Name |

Email Address

SUBSCRIBE

## HashFast - Tweets

@HashFast                    02/04/2014

How to Update BabyJet's Raspberry Pi SD card
software http://t.co/QQjIS3VYwD

© HASHFAST TECHNOLOGIES LLC 2014 All Rights Reserved.
Terms of Sale | Terms of Use | Privacy Policy

Case: 14-30725    Doc# 441-9   Filed: 02/11/16   Entered: 02/11/16 10:57:28   Page 18
of 18