Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |
| | **GALLO CREDITORS'** |
| | **(1) RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE IN WHOLE OR IN PART OF CLAIMS SEEKING REPAYMENT OF BITCOIN OR BITCOIN EQUIVALENT VALUE) AS TO ANTOINE ALARY'S CLAIM #230 AND** |
| | **(2) REQUEST FOR HEARING** |
| | Judge: Hon. Dennis Montali |

Page 1

RESPONSE TO TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby responds to the Liquidating Trustee's Third Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Antoine Alary ("Alary") is identified in the Liquidating Trustee's Third Omnibus Objection to Claims (Docket #405). Alary is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Antoine Alary | 230 | $34,333.10 | $7,819.85 | Docket #179, p. 31 |

Alary submitted the timely claim #230 (See Exhibit A) arising from his two separate purchases of HashFast mining equipment (Orders #1586 and #2077), his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order reducing Alary's claim to only that claim made for Order #2077 for $1,676.85 based on the his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #1586. See Exhibit B for the Liquidating Trustee's Objection to Alary's claim #230.

(The Trustee additionally seeks to disallow Alary's claim arising from order #1586 for a bitcoin refund or the U.S. dollar equivalent at the January 1, 2014 exchange rate. For the Court's convenience Alary presents his argument to sustain this portion of his claim along with 19 other Batch-1 purchasers who are Gallo Creditors in their concurrently filed Response to the Liquidating Trustee's Third Omnibus Objection to Claims.)

## 2. Claimant paid for his orders and, because HashFast did not deliver any product, was due a refund.

Because HashFast's sales were bitcoin transactions, sometimes effected through third parties, the usual payment records do not always exist or can be difficult to obtain. Bitcoin transactions are by their very nature anonymous. But records are maintained at the website https://blockchain.info/address for all bitcoin transactions and comprise the "blockchain" of each transaction, reflecting: transaction number, date of transaction, amount of bitcoin (BTC) transacted, sending address, and receiving address. After placing an order, a HashFast customer received a confirmation with instructions for sending bitcoin payments from the customer's bitcoin transaction address to the designated HashFast address.

HashFast instructed Alary to pay for order #1586 by sending 42.38672621 BTC to its receiving bitcoin address 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp. See accompanying Declaration of Antoine Alary ("Alary Declaration"), ¶1 and Exhibit C thereto for a copy of the September 2, 2013 email from HashFast with this instruction.

On September 2, 2013 Alary completed the bitcoin transaction 377092a684b19b25c3e1c94b0affc8baddbb65bd7f081c32284f1068ffc1bfbd by sending 42.38672621 BTC from his addresses 1EK6pDEXy9314uZunJPCfrkG6EoNVcmEdq; 19oRUPsSDu8kUcpiwUzayry5XKKtMxNSSw; 1Euk5g1FbJmdrYmLt4tcn6uGuCu7Fic9a9; and 1two3E7YXFYwroz7g5mbPXabj4YDoAmrx. to the HashFast address 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp. See Alary Declaration, ¶2 and Exhibit D thereto for the blockchain record of Alary's purchase for Order #1586.

The U.S. dollar exchange value for these bitcoins as of January 1, 2014, the day after the deadline HashFast had promised delivery, was $32,656.25.

On September 2, 2013 HashFast sent Alary an email confirming receipt of his payment and completion of order 1586. See Alary Declaration ¶4 and Exhibit E thereto.

HashFast instructed Alary on September 28, 2013 to pay for his second order, #2077, by sending 13.25887562 BTC to the HashFast address

14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn. Alary completed transaction 6b41829e3a71aba997063852c169ca628190d4ee1148b487993d09541aad5b56 on September 28, 2013 by sending 13.25887562 BTC from his addresses

1CAmCuruD84ZCdJoXhDs1Z2agbJcpBHzmr;

1AALARY8rzTKqGbDxx4Rk4wwax2s7xyhNL;

1HHGG42rNwtdL99Tj7YYQiekjWYN7an3xc; and

1CoLdK9qenQ49sYgZ72wrnQEdYxg4tDwap to the HashFast address 14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn. See Alary Declaration, ¶6 and Exhibit G thereto for the blockchain record of Alary's purchase of Order #2077.

On September 28, 2013 HashFast sent Alary an email confirming receipt of his payment and completion of order 2077. See Alary Declaration ¶7 and Exhibit H thereto.

The sum of the U.S. dollar equivalent of what Alary paid in bitcoin for his two orders, #1586 and #2077, is $34,333.10, the amount of his claim #230.

Acknowledging the failed delivery of Batch-1 orders and in response to Alary's request for a refund, HashFast sent Alary a letter dated January 10, 2014 and enclosed a partial refund of the $34,333.10 Alary had paid. Enclosed with the letter were check #1100 for $6,449.96 and check #1101 for $1,760.69. *Alary did not present these checks for payment*. See Alary Declaration, ¶10 and Exhibit I thereto for a copy of the letter and the checks.

## 3. Conclusion

The blockchain evidence, HashFast's written admissions acknowledging receipt of payment, and Alary's declaration establish that Alary paid for his two orders in bitcoin. The Court should overrule the Liquidating Trustee's Third Omnibus Objection as to Claim #230 submitted by Antoine Alary.

DATED: February 11, 2016  **RESPECTFULLY SUBMITTED,**

                                              **GALLO LLP**

By: */s/ Ray E. Gallo*
      Ray E. Gallo
      Attorneys for the Gallo Creditors

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901