Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT ANTOINE ALARY IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM #230**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF ANTOINE ALARY

I, Antoine Alary, declare as follows:

1. I ordered a HashFast BabyJet on order #1586 and HashFast instructed me to send my bitcoin payment of 42.38672621 BTC to their address 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp. <u>Exhibit C</u> hereto is a true and correct copy of the email dated September 2, 2013 that I received from HashFast with bitcoin payment instructions.

2. I paid for my order #1586 on September 2, 2013 by completing the bitcoin transaction 377092a684b19b25c3e1c94b0affc8baddbb65bd7f081c32284f1068ffc1bfbd for 42.38672621 BTC. <u>Exhibit D</u> hereto is a true and correct copy of the printed website page from https://blockchain.info/address/1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp. This was a Batch-1 order qualifying for a bitcoin refund if the order was not delivered by December 31, 2013. The U.S. dollar exchange value for these bitcoins was $32,656.25 on January 1, 2014.

3. I am the owner of the sending addresses shown on <u>Exhibit D</u>:
1EK6pDEXy9314uZunJPCfrkG6EoNVcmEdq;
19oRUPsSDu8kUcpiwUzayry5XKKtMxNSSw;
1Euk5g1FbJmdrYmLt4tcn6uGuCu7Fic9a9; and
1two3E7YXFYwroz7g5mbPXabj4YDoAmrx.

4. <u>Exhibit E</u> hereto is a true and correct copy of the email HashFast sent me on September 2, 2013 confirming receipt of my payment for order #1586.

5. I ordered a HashFast Upgrade Kit on order #2077. <u>Exhibit F</u> hereto is a true and correct copy of the email dated September 28, 2013 that I received from HashFast confirming my order and giving me instructions to send my bitcoin payment of 13.25887562 BTC to address 14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn.

6. I paid for order #2077 on September 28, 2013 by completing the bitcoin

Page 2

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

1 transaction
2 6b41829e3a71aba997063852c169ca628190d4ee1148b487993d09541aad5b56 for
3 13.25887562 BTC. Exhibit G hereto is a true and correct copy the printed website page
4 https://blockchain.info/address/14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn showing
5 my payment transaction.

6     7. Exhibit H hereto is a true and correct copy of the email dated September
7 28, 2013 that I received from HashFast, confirming their receipt of my payment,
8 completion of my order #2077, and the U.S. dollar exchange value for my bitcoins in the
9 amount of $1,676.85.

10     8. I am the owner of the sending addresses displayed in Exhibit H:
11 1CAmCuruD84ZCdJoXhDs1Z2agbJcpBHzmr;
12 1AALARY8rzTKqGbDxx4Rk4wwax2s7xyhNL;
13 1HHGG42rNwtdL99Tj7YYQiekjWYN7an3xc; and
14 1CoLdK9qenQ49sYgZ72wrnQEdYxg4tDwap.

15     9. The sum of my two orders, order #1586 and order #2077, in U.S. dollars is
16 $34,333.10, the amount of my claim #230, timely filed on September 18, 2014.

17     10. Exhibit I hereto is a true and correct copy of the letter dated January 10,
18 2014 I received from HashFast offering to refund a portion of my purchase price because
19 they had failed to delivery any product by the December 31, 2013 deadline. I did not
20 present for payment the two partial refund checks enclosed with that letter, check #1100
21 for $6,449.96 and check #1101 for $1,760.69, as shown in Exhibit I.

22     11. I have not received the products I purchased and I have not received any
23 refund of my purchase.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 4Th day of February 2016 at SAN JOSÉ (city), CALIFORNIA (State or province), UNITED -STATES (Country).

_____
Antoine Alary