# EXHIBIT C

Case: 14-30725    Doc# 442-4    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 1 of 3

| | |
|---|---|
| **Subject:** | Your HashFast Technologies order receipt from September 2, 2013 |
| **From:** | HashFast Technologies (sales@hashfast.com) |
| **To:** | spam@alary.org; |
| **Date:** | Sunday, September 1, 2013 10:54 PM |



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | **42.38672621** |
| Address: | **1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp** |
| QR Code: |  |

Case: 14-30725    Doc# 442-4   Filed: 02/11/16   Entered: 02/11/16 11:34:34   Page 2 of 3
Case: 14-30725    Claim 230-1   Filed 09/18/14   Desc Main Document   Page 8 of 57

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #1586

| Product | Quantity | Price |
|---|---|---|
| First Batch Baby Jet – as low as $2.80/Ghash! | 1 | $5,600 |
| **Cart Subtotal:** | | $5,600 |
| **Shipping:** | | $48.57 via Next Day Air Saver (UPS) |
| **CA Sales Tax:** | | $494.25 |
| **Order Total:** | | $6,142.82 |

## Customer details

**Email:** spam@alary.org

**Tel:** (408)250-1922

## Billing address

Antoine Alary
1516 Lima Ct
San Jose, California 95126

## Shipping address

Antoine Alary
Altera Corporation
101 Innovation Dr
MS3202
San Jose, California 95134

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

2 of 2	01/09/2014 10:08 PM

Case: 14-30725    Doc# 442-4    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 9 of 35
Case: 14-30725    Claim 230-4    Filed 09/28/14    Desc Main Document    Page 9 of 13 of 3