**EXHIBIT D**

| Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address  Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp | No Transactions | 2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 42.38672621 BTC |
| | | Final Balance | 0 BTC |

[Request Payment] [Donation Button]

## Transactions (Oldest First)                                    [Filter ▼]

| bd4be55ebaff4f9c11fb9af3831ee9570b6980c8d5850693c9cc5da4e2375c2c | | 2013-09-02 17:31:04 |
|---|---|---|
| 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp | → | 17hCi8apMUkzzLLJgUwfXxRJuykuo5Lcur   1,000 BTC |
| | | 1EvpgbGSvEDrhusXHrqKqMZBZBgTmR9d8i   0.40108674 BTC |
| | | -42.38672621 BTC |

| 377092a684b19b25c3e1c94b0affc8baddbb65bd7f081c32284f1068ffc1bfbd | | 2013-09-02 06:00:55 |
|---|---|---|
| 1EK6pDEXy9314uZunJPCfrkG6EoNVcmEdq  19oRUPsSDu8kUcpiwUzayry5XKKtMxNSSw  1Euk5g1FbJmdrYmLt4tcn6uGuCu7Fic9a9  1two3E7YXFYwroz7g5mbPXabj4YDoAmrx | → | 1MwYNCFkS7WbcoGCaBgz58DFQ8WaDxg6jp   42.38672621 BTC |
| | | 42.38672621 BTC |

