**EXHIBIT E**

| | |
|---|---|
| **Subject:** | Your HashFast Technologies order from September 2, 2013 is complete |
| **From:** | HashFast Technologies (sales@hashfast.com) |
| **To:** | spam@alary.org; |
| **Date:** | Monday, September 2, 2013 9:09 AM |



## Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #1586

| Product | Quantity | Price |
|---|---|---|
| First Batch Baby Jet – as low as $2.80/Ghash! | 1 | $5,600 |
| **Cart Subtotal:** | | $5,600 |
| **Shipping:** | | $48.57 via Next Day Air Saver (UPS) |
| **CA Sales Tax:** | | $494.25 |
| **Order Total:** | | $6,142.82 |

Case: 14-30725    Doc# 442-6    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 2 of 3

| Product | Quantity | Price |
|---|---|---|
| Thank you for your purchase. If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.<br><br>– The HashFast Team | | |
| **Cart Subtotal:** | | $5,600 |
| **Shipping:** | | $48.57 via Next Day Air Saver (UPS) |
| **CA Sales Tax:** | | $494.25 |
| **Order Total:** | | $6,142.82 |

# Customer details

**Email:** spam@alary.org

**Tel:** (408)250-1922

## Billing address

Antoine Alary
1516 Lima Ct
San Jose, California 95126

## Shipping address

Antoine Alary
Altera Corporation
101 Innovation Dr
MS3202
San Jose, California 95134

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.