**EXHIBIT F**

| | |
|---|---|
| **Subject:** | Your HashFast Technologies order receipt from September 28, 2013 |
| **From:** | HashFast Technologies (sales@hashfast.com) |
| **To:** | spam@alary.org; |
| **Date:** | Saturday, September 28, 2013 3:54 PM |



# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | **13.25887562** |
| Address: | **14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn** |
| QR Code: |  |

Case: 14-30725  Doc# 442-7  Filed: 02/11/16  Entered: 02/11/16 11:34:34  Page 2
Case: 14-30725  Claim 236-7  Filed 09/12/14  Desc Main Document  Page 10 of 37
of 3

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #2077

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $41.93 via Next Day Air Saver (UPS) |
| **CA Sales Tax:** | | $134.92 |
| **Order Total:** | | $1,676.85 |

## Customer details

**Email:** spam@alary.org

**Tel:** (408)250-1922

## Billing address

Antoine Alary
1516 Lima Ct
San Jose, California 95126

## Shipping address

Antoine Alary
Altera Corporation
101 Innovation Dr
MS3202
San Jose, California 95134

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

Case: 14-30725    Doc# 442-7    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 3
Case: 14-30725    Claim 23-7    Filed 09/12/14    Desc Main Document    Page 11 of 37
of 3