**EXHIBIT G**

Case: 14-30725    Doc# 442-8    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 1 of 2

| Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address
Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn | No. Transactions | 2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 13.25887562 BTC |
| | | Final Balance | 0 BTC |

[Request Payment] [Donation Button]

## Transactions (Oldest First)                                    [Filter ▼]

**221ac55c2dd5c890716726bf2af57f58f09c3b0af2d5b35ebcbfd95bc8ac9364**                    2013-10-04 06:49:21

14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn      →     1LcnBSsJuitaUfDwUfDxYX95JWadumVzUj
                                                420 BTC
                                              19MnJdLh32jvxYyM68MbdjtdqTVQWJXArA
                                                0.33798654 BTC

                                              **-13.25887562 BTC**

**6b41829e3a71aba997063852c169ca628190d4ee1148b487993d09541aad5b56**                    2013-09-28 22:57:51

1MinorHQM2PKV… (Minor )
1CAmCuruD84ZCdJoXhDs1Z2agbJcpBHzmr
1AALARY8rzTKqGbDxx4Rk4wwax2s7xyhNL          →     14CNbs94yYJSP6nhWbswP4TRWYpfF9Epqn
1HHGG42rNwtdL99Tj7YYQiekjWYN7an3xc                 13.25887562 BTC
1CoLdK9qenQ49sYgZ72wrnQEdYxg4tDwap

                                              **13.25887562 BTC**

About Us & Contact - Privacy Policy - Terms of Service - Ok (425 Nodes Connected) - Advanced: Enable -

[Bitcoin                                        ]

Case: 14-30725    Doc# 442-8    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 2 of 2