# EXHIBIT H

| | |
|---|---|
| **Subject:** | Your HashFast Technologies order from September 28, 2013 is complete |
| **From:** | HashFast Technologies (sales@hashfast.com) |
| **To:** | spam@alary.org; |
| **Date:** | Saturday, September 28, 2013 7:16 PM |



## Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #2077

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $41.93 via Next Day Air Saver (UPS) |
| **CA Sales Tax:** | | $134.92 |
| **Order Total:** | | $1,676.85 |

Case: 14-30725    Doc# 443-9    Filed: 02/11/16    Entered: 02/11/16 11:34:34    Page 2 of 3
Case: 14-30725    Claim 230-9    Filed 02/11/16    Desc Main Document    Page 12 of 37

## Customer details

**Email:** spam@alary.org

**Tel:** (408)250-1922

## Billing address

Antoine Alary
1516 Lima Ct
San Jose, California 95126

## Shipping address

Antoine Alary
Altera Corporation
101 Innovation Dr
MS3202
San Jose, California 95134

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

Case: 14-30725   Doc# 112   Filed: 09/12/14   Entered: 09/12/14 11:34:34   Page 3 of 3
Case: 14-30725   Claim# 230-9 Filed 02/11/16 Desc Main Document   Page 13 of 37