# EXHIBIT I

January 10, 2014



HashFast Technologies LLC ("Hashfast")
100 Bush Street, Suite 625
San Francisco, CA 94104 USA

Dear Mr. Alary,

Regarding your order number 1586 with HashFast Technologies;

Enclosed you will find a check for the refund you requested for your Batch 1 order(s) and associated upgrade (if applicable). We are sending you this refund as we did not meet our intended December 31, 2013 ship date.

Please refer to the Frequently Asked Question section of the email "HashFast Refund & Release" sent out on Tuesday, January 7, 2014 at 10:48pm PT if you have any questions.

Additionally, you may contact us on 1-888-508-0811 or 1-415-481-0888 (both phone numbers will also accept faxes) or email at refunds@hashfast.com.

Best Regards,

The HashFast Team

**Hashfast Technologies LLC**
100 Bush Street, Suite 650
San Francisco, CA 94104

Silicon Valley Bank
Santa Clara, CA 95054

No. 1100
90-4039-1211

Date 1/10/2014

Pay To The Order Of  Antoine Alary     $ **6,449.96

Six Thousand Four Hundred Forty-Nine and 96/100    Dollars

Antoine Alary
1516 Lima Ct
San Jose, California 95126

Order ID: 1586

⑈000001100⑈ ▓▓▓▓▓▓▓▓▓▓▓▓ 5645

---

1100                Amount: $6449.96                Date: 1/10/2014
Pay to: Antoine Alary

---

**Hashfast Technologies LLC**
100 Bush Street, Suite 650
San Francisco, CA 94104

Silicon Valley Bank
Santa Clara, CA 95054

No. 1101
90-4039-1211

Date 1/10/2014

Pay To The Order Of  Antoine Alary     $ **1,760.69

One Thousand Seven Hundred Sixty and 69/100    Dollars

Antoine Alary
1516 Lima Ct
San Jose, California 95126

Order ID: 2077

⑈000001101⑈ ▓▓▓▓▓▓▓▓▓▓▓▓ 5645

---

1101                Amount: $1760.69                Date: 1/10/2014
Pay to: Antoine Alary