Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT JEFFREY BRADIAN IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM #242**<br><br>Judge: Hon. Dennis Montali |

Page 1

**DECLARATION OF JEFFREY BRADIAN**

I, Jeffrey Bradian, declare as follows:

1. I ordered and paid for a HashFast BabyJet on order #595. Exhibit C hereto is a true and correct copy of the HashFast email dated August 15, 2013 that I received confirming my order and payment of 61.59190000 BTC. This was a Batch-1 order qualifying for a bitcoin refund if the order was not delivered by December 31, 2013. The U.S. dollar exchange value for these bitcoins was $47,452.60 on January 1, 2014.

2. I also ordered and paid for an Upgrade Kit on order #1900. Exhibit D hereto is a true and correct copy of the email dated September 24, 2013 that I received from HashFast instructing me to send 13.48382629 BTC to their bitcoin transaction address 16rKm6g1NpNGAwUPR7iQUwxjUweYi1oxTL.

3. Exhibit E hereto is a true and correct copy of the printed blockchain of bitcoin transaction c92585cdcd418f41766f3b3879b9e783e63e0fef731cb2e42e3640ad06728e52 dated September 24, 2013 from the website https://blockchain.info/address/16rKm6g1NpNGAwUPR7iQUwxjUweYi1oxTL showing the payment of 13.48382629 BTC from my bitcoin addresses 1FQ8xedH1ZTtR4bVoeisK7ixqU5759cgCz and 1BsLSbPZg1G4PzTfTUH5QUc1V2uL81Z3qG to the HashFast address 16rKm6g1NpNGAwUPR7iQUwxjUweYi1oxTL corresponding to the email confirmation for my order.

4. I am the owner of the sending addresses shown on Exhibit E: 1FQ8xedH1ZTtR4bVoeisK7ixqU5759cgCz and 1BsLSbPZg1G4PzTfTUH5QUc1V2uL81Z3qG.

5. Exhibit F hereto is a true and correct copy of the email HashFast sent me on September 24, 2013 confirming receipt of my payment for order #1990.

6. The sum of my two orders, order #595 and order #1990, in U.S. dollars is

Page 2

$47,452.60, the amount of my claim #242, timely filed on September 19, 2014.

7. Exhibit G, page 1, hereto is a true and correct copy of the letter dated January 10, 2014 I received from HashFast offering to refund a portion of my purchase price because they had failed to delivery any product by the December 31, 2013 deadline. I did not present for payment the partial refund check enclosed with that letter, check #1116 for $6,101.99, as shown in Exhibit G, page 2.

8. I have not received the products I purchased and I have not received any refund of my purchase.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 5th day of February 2016 at Boardman (city), Oh (State or province), USA (Country).

_____
Jeffrey Bradian

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Scanned by CamScanner