**EXHIBIT C**

---------- Forwarded message ----------
From: **HashFast Technologies LLC** <sales@hashfast.com>
Date: Thu, Aug 15, 2013 at 10:06 PM
Subject: HashFast Order Confirmation
To: Jeffrey Bradian <jjbradian@gmail.com>

Order Confirmation 595

Is this email not displaying correctly?
View it in your browser.



# Confirmation of Order 595

Hi Jeffrey Bradian

HashFast Technologies has received your order and payment in BTC for 1 Baby Jets, shipping via Next Day Air Early AM (UPS)

| QTY | PRODUCT | DESCRIPTION | PRODUCT USD | SHIPPING USD | TOTAL BTC |
|---|---|---|---|---|---|
| 1 | Baby Jet | Buyer purchases 1 Baby Jet unit(s) incorporating (1) GN ASICs @ 400 Ghash (at nominal clock speed and voltage).<br><br>Shipping Method: Next Day Air Early AM (UPS) | $5,600.00 | $211.42 | 61.5919 |

**This order will ship to:**
Jeffrey Bradian, 148 Melbourne Ave, Boardman, Ohio 44512

If you have any questions regarding your order, or if you believe any of the information above is incorrect, please contact us at support@hashfast.com

**This Order Confirmation and the sales of all product, licenses and services by HashFast are be governed by the HashFast terms and conditions.**

Your order is expected to ship between October 20 and October 30, 2013. Physical delivery of your order will take place within days, depending on the shipment method selected. HashFast guarantees that all "Baby Jet" units from our first production batch will be delivered by December 31, 2013. If Buyer ordered one or more Baby Jet units, and HashFast does not deliver such units by that date, then Buyer may at his or her discretion, cancel the undelivered portion and HashFast will issue a full refund the payment for the units that Buyer purchased but did not receive and cancelled. This cancellation and refund is

Buyer's sole and exclusive remedy for HashFast failing to deliver by the December 31, 2013 guaranteed delivery date. Buyer must cancel the order and request a refund by January 15, 2014 to avail him or herself of this remedy. Buyer to pay all taxes, duties and shipping costs on units delivered.

You are receiving this email because of a purchase from HashFast

**Our mailing address is:**
HashFast Technologies LLC
97 South Second Street #175
San Jose, CA 95113

Add us to your address book

unsubscribe from this list | update subscription preferences
Copyright © 2013 HashFast Technologies LLC, All rights reserved.

--
Jeffrey Bradian