# EXHIBIT D

---------- Forwarded message ----------
From: **HashFast Technologies** <sales@hashfast.com>
Date: Tue, Sep 24, 2013 at 6:05 AM
Subject: Your HashFast Technologies order receipt from September 24, 2013
To: jjbradian@gmail.com



# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | **13.48382629** |
| Address: | **16rKm6g1NpNGAwUPR7iQUwxjUweYi1oxTL** |
| QR Code: |  |

Please note:

1

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #1990

| Product | Quantity | Price |
| --- | --- | --- |
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $154.87 via Next Day Air (UPS) |
| **Order Total:** | | $1,654.87 |

## Customer details

**Email:** jjbradian@gmail.com

**Tel:** 330-557-0345

## Billing address

Jeffrey Bradian
148 Melbourne Ave
Boardman, Ohio 44512

## Shipping address

Jeffrey Bradian
148 Melbourne Ave
Boardman, Ohio 44512

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

--
Jeffrey Bradian