# EXHIBIT E

Case: 14-30725    Doc# 443-6    Filed: 02/11/16    Entered: 02/11/16 11:54:56    Page 1 of 2



Case: 14-30725    Doc# 443-6    Filed: 02/11/16    Entered: 02/11/16 11:54:56    Page 2 of 2