# EXHIBIT F



**Jeffrey Bradian <jjbradian@gmail.com>**

## Your HashFast Technologies order from September 24, 2013 is complete
2 messages

**HashFast Technologies** <sales@hashfast.com>  Tue, Sep 24, 2013 at 1:38 PM
To: jjbradian@gmail.com



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #1990

| Product | Quantity | Price |
|---|---|---|
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $154.87 via Next Day Air (UPS) |
| **Order Total:** | | $1,654.87 |

Case: 14-30725    Doc# 443-7    Filed: 02/11/16    Entered: 02/11/16 11:54:56    Page 2 of 4

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $154.87 via Next Day Air (UPS) |
| **Order Total:** | | $1,654.87 |

# Customer details

**Email:** jjbradian@gmail.com

**Tel:** 330-557-0345

# Billing address

Jeffrey Bradian
148 Melbourne Ave
Boardman, Ohio 44512

# Shipping address

Jeffrey Bradian
148 Melbourne Ave
Boardman, Ohio 44512

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

---

**Jeffrey Bradian** <jjbradian@gmail.com>　　　　　　　　　　　　　Tue, Dec 15, 2015 at 3:20 AM
To: bradian@zoominternet.net

Case: 14-30725    Doc# 443-7    Filed: 02/11/16    Entered: 02/11/16 11:54:56    Page 3 of 4

[Quoted text hidden]
--
Jeffrey Bradian

---

*Warning! NSA analysts could be reading this email. And because there's hardly any accountability, we have no idea how they may use it. If that bothers you, click here to do something about it.*

---

Case: 14-30725    Doc# 443-7    Filed: 02/11/16    Entered: 02/11/16 11:54:56    Page 4 of 4