**EXHIBIT G**

January 10, 2014



HashFast Technologies LLC ("Hashfast")
100 Bush Street, Suite 625
San Francisco, CA 94104 USA

Dear Mr. Bradian,

Regarding your order number 595 with HashFast Technologies;

Enclosed you will find a check for the refund you requested for your Batch 1 order(s) and associated upgrade (if applicable). We are sending you this refund as we did not meet our intended December 31, 2013 ship date.

Please refer to the Frequently Asked Question section of the email "HashFast Refund & Release" sent out on Tuesday, January 7, 2014 at 10:48pm PT if you have any questions.

Additionally, you may contact us on 1-888-508-0811 or 1-415-481-0888 (both phone numbers will also accept faxes) or email at refunds@hashfast.com.

Best Regards,

The HashFast Team

**Hashfast Technologies LLC**
100 Bush Street, Suite 650
San Francisco, CA 94104

Silicon Valley Bank
Santa Clara, CA 95054

No. 1116
90-4039-1211

Date 1/10/2014

Pay To The Order Of  Jeffrey Bradian    $ **6,101.99

Six Thousand One Hundred One and 99/100                                              **Dollars**

Jeffrey Bradian
148 Melbourne Ave
Boardman, Ohio 44512

Order ID: 595

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈00000 1116⑈  5645

1116                              Amount: $6101.99                              Date: 1/10/2014

Pay to: Jeffrey Bradian