Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT PETER LUKAS BRADLEY IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #178**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF PETER LUKAS BRADLEY

I, Peter Lukas Bradley, declare as follows:

1. I paid for my HashFast order #12.14.1 by completing a bitcoin transaction for 78.897 BTC on January 8, 2014. The U.S. dollar exchange value for these bitcoins then was $74,400.00. The amount of my claim #178 is $74,400.00.

2. Exhibit C hereto is a true and correct copy of the order confirmation dated January 6, 2014 that I received from HashFast showing the bitcoin transaction address 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk to which HashFast's confirmation instructed me to make my bitcoin payment of 78.897 BTC.

3. Exhibit D hereto is a true and correct copy of the printed version of the blockchain of the bitcoin transaction 922981f463c1edd100fc45ce5f580ddc03c7e7edd424c461d65b050fb5976c88 for order #12.14.1 as displayed by the website https://blockchain.info/address/1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk. It shows 78.897 BTC being sent from my bitcoin address 1MFVgs9DJd5hy3PaebMFzSD6L9ikj9jHU to the HashFast address 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk corresponding to my order #12.14.1 confirmation.

4. I own the sending addresses displayed in Exhibit D: 1MFVgs9DJd5hy3PaebMFzSD6L9ikj9jHU.

5. Exhibit E hereto is a true and correct copy of the refund request I submitted to HashFast on March 21, 2014 for my order #12.14.1. I did not receive a refund and I have not received my HashFast order #12.14.1.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 4TH day of February 2016 at ATLANTA (city), GA (State or province), USA (Country).

_Peter Lukas Bradley_

Case: 14-30725   Doc# 444-3   Filed: 02/11/16   Entered: 02/11/16 12:02:26   Page 2 of 2