# EXHIBIT C



HashFast Technologies LLC ("Hashfast")
100 Bush Street, Suite 625
San Francisco, CA  94104 USA

| DATE |
| --- |
| January 6, 2014 |

# Order Confirmation

*ORDER NUMBER: 12.14.1*
*Please have the Order Number appear on all related*
*correspondence and shipping papers*

*THIS EXPIRES IF NOT ACCEPTED BY:*
*January 7, 2014*

**To: Lucas Bradley, lukasbradley@gmail.com**

Ship To: Lucas Bradley
**3777 N. Clemons St. Unit F**
**East Wenatchee, WA  98802**

| QTY | PRODUCT | DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| 62 | Motherboard with HashFast Golden Nonce (GN) ASIC | Motherboard with HashFast Golden Nonce (GN) ASIC chip that includes:<br><br>• Micro-controller<br>• Voltage Regulator Module (VRM)<br>• Power and communication connectors<br>• USB port to connect to controller running CGMiner.*<br>• Several motherboards can be daisy-chained together to connect via one USB connection.<br><br>Recommended hardware for use with the mining motherboard w/ASIC Chip:<br><br>• 12V power supply that can supply at least 300W (450W minimum recommended) **<br>• Corsair H80i cooling system<br>• Computer, controller or server that running CGMiner connected via USB<br><br>**total system power consumption will depend on your choice of cooling components and other components. | $1200 USD | $74,400 USD |
| | | **TOTAL** | | $74,400 USD |

**Payment:**  Payment of the total above is due in Bitcoin (BTC) upon customer signature. Customer has agreed to the set Exchange rate of 1 BTC= $943 USD. Therefore customer agrees to transfer 78.897 BTC to Hashfast wallet # 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk and to forward the blockchain ID# to fergie@hashfast.com for tracking purposes.

**Buyer to pay all taxes, duties and shipping costs.  Shipping method and cost to be selected and paid for by Buyer before shipment.**

*- following pages include the signature page and additional terms and conditions –*

Case 14-30725   Doc# 114-4   Filed 09/11/16   Entered 03/11/16 12:02:26   Page 4   Page 2 of 3

**Delivery date.** Hashfast is currently planning to ship motherboard units to its customers from Batch 4 beginning February 28, 2014, beginning with accepted orders that have fully paid. However, **your guaranteed delivery date for this order is March 31, 2014**.

## ADDITIONAL TERMS AND CONDITIONS

**This Order Confirmation and the sales of all product, licenses and services by Hashfast are be governed by the Hashfast Terms and Conditions of Sale attached to this Order Confirmation. Please review Section 2(a) governing delivery and refunds, and other sections that include provisions regarding warranties and refunds.**

This Order Confirmation may be executed in counterparts, which together will constitute one document. Facsimile signatures and electronic signatures obtained through Echosign or Docusign shall have the same legal effect as original signatures.

**HashFast Technologies LLC**
*a California limited liability company*

*James Kottmeier* (Jan 20, 2014)
_____
Signature

James Kottmeier
_____
Print name

Director of Sales
_____
Print title

Jan 20, 2014
_____
Date

**BUYER: *Lucas Bradley***

*Lukas Bradley* (Jan 7, 2014)
_____
Signature

Lukas Bradley
_____
Print name

Partner
_____
Print title

Jan 7, 2014
_____
Date

## HASHFAST TERMS OF SALE

1. OFFER, QUOTATION, ACKNOWLEDGEMENT OR CONFIRMATION. These terms and conditions of sale (the "Terms") apply to and form an integral part of: (a) all quotations and offers (hereinafter both referred to as "Offer") of Hashfast Technologies, Inc. ("Hashfast") or by its subsidiaries or other affiliates (each, an "Affiliate") to Buyer, (b) all acceptances, acknowledgements or confirmations by Hashfast (hereinafter all referred to as "Confirmation") of any order of Buyer, including orders of Buyer resulting from any pricing or other framework agreement between any Buyer and Hashfast, (c) any agreement resulting from such Offer or Confirmation, and (d) any agreement sent by Hashfast incorporating these Terms by reference (both types of agreements referred to under (c) and (d) shall hereinafter be referred to as an "Agreement") regarding the sale by Hashfast and purchase by Buyer of goods or licenses to software ("Products").

These Terms shall constitute all of the terms and conditions of any Offer, Confirmation and Agreement between Hashfast and Buyer relating to the sale by Hashfast and purchase by Buyer of Products. Acceptance by Buyer of an Offer may be evidenced by Buyer or its representative's (i) written or verbal assent, (ii) acceptance of delivery of the Products or the first installment of the Products (if applicable), (iii) payment or partial payment, or (iv) other conduct constituting

acceptance. Hashfast' Offers are open for acceptance within the period stated by Hashfast in the Offer or, when no period is stated, within three (3) days from the date of the Offer, but any Offer may be withdrawn or revoked by Hashfast at any time prior to Buyer's acceptance. No Offer, Confirmation or Agreement constitutes an acceptance by Hashfast of any other terms and conditions provided by Buyer, and Hashfast does not intend to enter into an agreement other than under these Terms.

2. PURCHASE AND PAYMENT.

(a) Guaranteed Product Delivery Dates. The "Guaranteed Delivery Date" for Buyer's order is the "guaranteed delivery date" (if any) stated in the order confirmation to which these Terms are attached. Buyer may cancel the portion of such order that remains undelivered by Hashfast by the Guaranteed Delivery Date at Buyer's request, and Hashfast will refund the payment for such cancelled units. This cancellation and refund is Buyer's sole and exclusive remedy for Hashfast failing to deliver. To avail itself of this remedy, Buyer must cancel the order before such unit(s) are delivered by Hashfast.

(b) Other Delivery Dates. Except for the guaranteed delivery date described in

ORDER CONFIRMATION_LUKAS BRADLEY_12.14.1v4