# EXHIBIT D

Case: 14-30725   Doc# 444-5   Filed: 02/11/16   Entered: 02/11/16 12:02:26   Page 1 of 2

| | | |
|---|---|---|
| | | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk<br>6.9497 BTC |
| | | **-0.1 BTC** |
| 0a90f4a98c78180c34c7b97a7b62566f7b2b00eda338519e621c1a9b71db425e | | **2014-01-08 23:49:12** |
| 1M4kfBe3Bw8CHPRQhQ7BRRKBSDRS1EsN79 |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk<br>46.732 BTC |
| | | **46.732 BTC** |
| 922981f463c1edd100fc45ce5f580ddc03c7e7edd424c461d65b050fb5976c88 | | **2014-01-08 00:36:03** |
| 1MFVgs9DJd5hy3PaebMFzSD6L9ikj9jHUw |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk<br>78.897 BTC |
| | | **78.897 BTC** |
| 35507ff5b1a2ab36a3bc08f1c31b7e6cc5a7cb2d5a4d2e158d899b16646823be | | **2014-01-05 13:34:18** |
| 1JcnWKGNQfUFSPj43BTPKBcP7Nmy26p2Ge<br>1CRDKHWUPJ8WbSQRCuKhYiVzxy3hCceSDH<br>1LfEW5EBSKv9UNMDwyfTXMCQZQjkreCMs5 |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk<br>149.135 BTC |
| | | **149.135 BTC** |
| a1933e9da1758a138b6a2722219aae6cdbe923b7b0f3aa30ff27921004eba632 | | **2014-01-03 22:51:02** |
| 1LFXaiWw8x2r1Qs7HCFutHUFSLJ6TgRAQT<br>1nxcnsM2Gs5QRnWvaP5ZziihAfJ9DU11H<br>1EodAYDQ241CF1KKTjSf9hhnmGT1oapSwX |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk<br>15.9 BTC |
| | | **15.9 BTC** |
| 74bcfc61ccc06fc77b076dbab4f3123ccaf9c80ee81959f6e3e86ba8bb4d1dbd | | **2014-01-02 18:10:17** |
| 1JoeerW1Hnepzum95o8wNb9N2xiXkhfXVT<br>1M2MSdT7NTFReBr83zfB14iaVTJxDQWYwH |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk |

About Us & Contact - Privacy Policy - Terms of Service - Ok (431 Nodes Connected) - Advanced: Enable -

Bitcoin