**EXHIBIT E**



Lukas Bradley <lukas@narrowbit.com>

# Payment Confirmation Order 12.15.2
3 messages

---

**Jennifer Ferguson** <fergie@hashfast.com>   Thu, Jan 9, 2014 at 2:07 PM
To: Lukas Bradley <lukas@narrowbit.com>
Cc: "paul@narrowbit.com" <paul@narrowbit.com>, James Kottmeier <james@hashfast.com>

Hello Lukas,

I am happy to report that we have received your payment of 78.897 BTC. You should be receiving a copy your signed Order Confirmation today once James has signed it.

Order 12.15.2 is now complete, and you have been added to our shipment queue.

Feel free to contact James or me at any point if you have any questions.

Thank you again. Looking forward to doing more business with you in the future.

Sincerely,

Fergie

--
### Jennifer Ferguson
Marketing Administrative Assistant
Fergie@Hashfast.com
+1 415 429-4514

---

**Paul Dinin** <paul@narrowbit.com>   Thu, Jan 9, 2014 at 4:08 PM
To: Jennifer Ferguson <fergie@hashfast.com>, Lukas Bradley <lukas@narrowbit.com>
Cc: James Kottmeier <james@hashfast.com>

Hi Jennifer,

That's terrific news.

Is your shipping queue open to customers?

-Paul
[Quoted text hidden]

---

**Lukas Bradley** <lukas@narrowbit.com>   Mon, Jan 13, 2014 at 9:37 PM
To: Jennifer Ferguson <fergie@hashfast.com>
Cc: "paul@narrowbit.com" <paul@narrowbit.com>, James Kottmeier <james@hashfast.com>

Hey Jennifer,

We never received this signed document.  Would you please send it over?

Many thanks.

Lukas

[Quoted text hidden]