Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE) AS TO CRAIG BURKE, CLAIM #182, AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby respond to the Liquidating Trustee's Fourth Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Craig Burke ("Burke") is identified in the Liquidating Trustee's Fourth Omnibus Objection to Claims (Docket #406). Burke is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Craig Burke | 182 | $6,556.41 | $6,556.00 | Docket #179, p. 43 |

Burke submitted the timely claim #182 (See <u>Exhibit A</u>) arising from his purchase of HashFast mining equipment on Order #4390, his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Burke's claim of $6,566.41 in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #4390. See <u>Exhibit B</u> for the Liquidating Trustee's Objection to Burke's claim #182.

## 2. Claimant paid for his order and, because HashFast did not deliver any product, was due a refund, and his claim is valid.

Because HashFast's sales were bitcoin transactions, sometimes through third parties, the usual payment records do not always exist or can be difficult to obtain. Bitcoin transactions are by their very nature anonymous. But records maintained of all bitcoin transactions at the website https://blockchain.info/address provide the following data which comprise the "blockchain" of each transaction: transaction number, date of transaction, amount of bitcoin (BTC) transacted, sending address, and receiving address. After placing an order, a HashFast customer received a confirmation with instructions for

Page 2

sending bitcoin payments from the customer's bitcoin transaction address to the designated HashFast address.

HashFast instructed Burke to pay for order #4390 by sending 8.92016436 BTC to its receiving bitcoin address 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK. See accompanying Declaration of Craig Burke ("Burke Declaration"), ¶2 and Exhibit C thereto for the emailed order confirmation from HashFast with this instruction.

On December 20, 2013 Burke completed the bitcoin transaction ad1884ea99a123d7ab7e9e45ad3f5a299779a3ebc83d9d25f9ca71a624b67e65 by sending 8.92016436 BTC from his addresses 15gnSzLbGNYGpupVtY4Wrdsb9bcY9tozVD; 1DxDpp5miMSM3ioUVzh3metoQR33oUabdt; 1BneskN7CswJPpg2xE2Z5gNPuNwhN4WxkV; 1HioujNoPYzQmWgKMCTogMhRcr3zKJqadZ; 1Kyde1wKYRGahvKLZaeMZgsZ95nFVjeeeD; and 1NabhAZ3zQCMdBBZhoTe6BhKeDP7WwDso5 to the HashFast address 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK. See Burke Declaration, ¶3 and Exhibit D for the blockchain record of Burke's purchase for Order #4390.

The U.S. dollar exchange value for these bitcoins then was $6,556.41.

After he made his payment, Burke received from HashFast on December 30, 2013 an email confirming its receipt of his payment for order #4390. See Burke Declaration, ¶5 and Exhibit E thereto for a copy of this emailed confirmation.

Burke did not receive his HashFast order #4390. See Burke Declaration, ¶6.

## 3. Conclusion

The blockchain evidence, HashFast's own emails to Burke, and Burke's declaration establish that Burke paid for his HashFast order in bitcoin. The Court should reject the Liquidating Trustee's Fourth Omnibus Objection to Claim #182 submitted by Craig Burke.

DATED: February 11, 2016        **RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By:  */s/ Ray E. Gallo*
       Ray E. Gallo
       Attorneys for the Gallo Creditors

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901