Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT CRAIG BURKE IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #182**<br><br>Judge: Hon. Dennis Montali |

Page 1

# DECLARATION OF CRAIG BURKE

I, Craig Burke, declare as follows:

1. I paid for HashFast order #4390 by completing a bitcoin transaction for 8.92016436 BTC on December 30, 2013. The U.S. dollar exchange value for these bitcoins then was $6,556.41. The amount of my claim #182 is $6,556.41.

2. Exhibit C hereto is a true and correct copy of the order confirmation I received from HashFast showing the bitcoin address to which HashFast's confirmation instructed me to make my bitcoin payment: 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK.

3. Exhibit D hereto is a printed version of the blockchain of the bitcoin transaction ad1884ea99a123d7ab7e9e45ad3f5a299779a3ebc83d9d25f9ca71a624b67e65 for order #4390 as displayed by the website https://blockchain.info/address/1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK. It shows 8.92016436 BTC being sent to the HashFast address 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK corresponding to my order #4390 confirmation.

4. I own the sending addresses displayed in Exhibit D:
15gnSzLbGNYGpupVtY4Wrdsb9bcY9tozVD;
1DxDpp5miMSM3ioUVzh3metoQR33oUabdt;
1BneskN7CswJPpg2xE2Z5gNPuNwhN4WxkV;
1HioujNoPYzQmWgKMCTogMhRcr3zKJqadZ;
1Kyde1wKYRGahvKLZaeMZgsZ95nFVjeeeD; and
1NabhAZ3zQCMdBBZhoTe6BhKeDP7WwDso5.

5. Exhibit E hereto is a true and correct copy of the email I received from HashFast on December 30, 2013 confirming receipt of my payment for order #4390.

6. I have not received my HashFast order #4390.

Page 2

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 5th day of February 2016 at Wenatchee (city), WA (State or province), USA (Country).

_____
Craig Burke