# EXHIBIT C



# Checkout

Thank you. Your order has been received.

| ORDER: | DATE: | TOTAL: | PAYMENT METHOD: |
|---|---|---|---|
| #4390 | 12/30/2013 | $6,556.41 | Direct Bitcoin Transfer |

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (BTC): | 8.92016435 |
| Address: | 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK |
| QR Code: |  |

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order Details

| Product | Total |
|---|---|
| Sierra 1,200 GH/s (Batch 4) × 1 | $6,300.00 |
| Cart Subtotal: | $6,300.00 |
| Shipping: | $256.41 via Next Day Air (UPS) |
| Order Total: | $6,556.41 |

Order Again

## Customer details

Email:
cuz08@netscape.net
Telephone:
5094334204

### Billing Address
Craig Burke
2787 Fairview Canyon
Monitor, Washington 98836

### Shipping Address
Craig Burke
2787 Fairview Canyon
Monitor, Washington 98836

Case: 14-30725  Doc# 445-4  Filed: 02/11/16  Entered: 02/11/16 12:45:43  Page 4 of 4
Case 14-30725   Claim 182   Filed 09/11/14   Desc Main Document   Page 2 of 2