# EXHIBIT D

| Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address
Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK | No. Transactions | 3 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 11.17394 BTC |
| | | Final Balance | 0 BTC |

Request Payment    Donation Button

## Received Transactions (Oldest First)    Filter ▼

6c374793a336ae5945872900710322ef3c0db4959f8b611bf0ef44470aa19108    2013-12-31 21:18:07

1CZhD595aLhvnmWZyr9YF5txvYrohNrkUN        1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK    2.25377565 BTC

2.25377565 BTC

ad1884ea99a123d7ab7e9e45ad3f5a299779a3ebc83d9d25f9ca71a624b67e65    2013-12-30 09:53:37

15gnSzLbGNYGpupVtY4Wrdsb9bcY9tozVD
1DxDpp5miMSM3ioUVzh3metoQR33oUabdt
1BneskN7CswJPpg2xE2Z5gNPuNwhN4WxkV        1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK    8.92016435 BTC
1HioujNoPYzQmWgKMCTogMhRcr3zKJqadZ
1Kyde1wKYRGahvKLZaeMZgsZ95nFVjeeeD
1NabhAZ3zQCMdBBZhoTe6BhKeDP7WwDso5

8.92016435 BTC

About Us & Contact - Privacy Policy - Terms of Service - Ok (432 Nodes Connected) - Advanced: Enable -

Bitcoin