# EXHIBIT E

**From:** HashFast Technologies <sales@hashfast.com>
**To:** cuz08 <cuz08@netscape.net>
**Subject:** Your HashFast Technologies order from December 30, 2013 is complete
**Date:** Mon, Dec 30, 2013 2:09 pm



## Your order is complete

Thank you, we have received payment for your recent order with HashFast Technologies. Your order details are shown below for your reference:

**ALL SALES ARE FINAL: NO REFUNDS, NO CANCELATIONS**

## Order: #4390

| Product | Quantity | Price |
| --- | --- | --- |
| Sierra 1,200 GH/s (Batch 4) | 1 | $6,300 |
| **Cart Subtotal:** | | $6,300 |
| **Shipping:** | | $256.41 via Next Day Air (UPS) |
| **Order Total:** | | $6,556.41 |

## Customer details

**Email:** cuz08@netscape.net

**Tel:** 5094334204

## Billing address          ## Shipping address

Case: 14-30725   Doc# 445-6   Filed: 02/11/16   Entered: 02/11/16 12:45:43   Page 2 of 3

Craig Burke
2787 Fairview Canyon
Monitor, Washington 98836

Craig Burke
2787 Fairview Canyon
Monitor, Washington 98836

Guaranteed Delivery Date: March 31, 2014.

Your order is governed by the Terms of Sale found here: https://hashfast.com/checkout/terms-of-sale/. It includes additional terms and states our policies regarding delivery, returns, warranties and refunds, in particular, under Section 3 and Section 7. Buyer may cancel the portion of the order that remains undelivered by Hashfast Technologies by the Guaranteed Delivery Date, and Hashfast will provide a refund for such cancelled units. This cancellation and refund is Buyer's sole and exclusive remedy for Hashfast failing to deliver by a specific date.

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).