Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE IN WHOLE OR IN PART OF CLAIMS SEEKING REPAYMENT OF BITCOIN OR BITCOIN EQUIVALENT VALUE) AS TO RYAN CASEY'S CLAIM #234 AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

Page 1

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby responds to the Liquidating Trustee's Third Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Ryan Casey ("Casey") is identified in the Liquidating Trustee's Third Omnibus Objection to Claims (Docket #405). Casey is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Ryan Casey | 234 | $34,203.91 | $7,280.20 | Docket #179-1, p. 52 |

Casey submitted the timely claim #234 (See Exhibit A) arising from his purchase of HashFast mining equipment on order #1525, his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Casey's claim in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #1525. See Exhibit B for the Liquidating Trustee's Objection to Casey's claim #234.

(The Trustee alternatively seeks to reduce to $5,736.02 Casey's claim arising from order #1525 for a bitcoin refund or the U.S. dollar equivalent at the January 1, 2014 exchange rate. For the Court's convenience Casey presents his argument to sustain the full amount of his claim for $34,203.91 along with 19 other Batch-1 purchasers who are Gallo Creditors in their concurrently filed Response to the Liquidating Trustee's Third Omnibus Objection to Claims.)

## 2. Claimant paid for his orders and, because HashFast did not deliver any product, was due a refund.

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Because HashFast's sales were bitcoin transactions, sometimes through third parties, the usual payment records do not always exist or can be difficult to obtain. Bitcoin transactions are by their very nature anonymous. But records maintained of all bitcoin transactions at the website https://blockchain.info/address provide the following data which comprise the "blockchain" of each transaction: transaction number, date of transaction, amount of bitcoin (BTC) transacted, sending address, and receiving address. After placing an order, a HashFast customer received a confirmation with instructions for sending bitcoin payments from the customer's bitcoin transaction address to the designated HashFast address.

Casey placed Batch-1 order #1525 and received an email confirmation from HashFast on August 29, 2013 which contained instructions for sending 44.39554278 BTC to the HashFast address 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW. See accompanying Declaration of Ryan Casey ("Casey Declaration"), ¶1 and Exhibit C thereto (paginated in red type as page 8 of 33) for a copy of his order confirmation containing the instruction.

On August 29, 2013 Casey completed the bitcoin transaction 4aedaf39f21bc49ff4cfdf45fe40ae25383e18772f89d146f4a32ab51a8ea4ab by sending 44.39554278 BTC from his addresses 1DkqkbFLipp4dRLVyNgfu5UJudXZDxD4oy and 1NBrz3GUK8ir2yfGP1Nu3VEhNhZeqyXYDs to the HashFast address 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW corresponding to the emailed confirmation he received. See Casey Declaration, ¶2 and Exhibit D thereto for the blockchain record of Casey's purchase for order #1525.

The U.S. dollar exchange value for these bitcoins at the failed delivery date of January 1, 2014 is $34,203.91.

Acknowledging the failed delivery of Batch-1 orders and in response to Casey's request for a refund, HashFast sent Casey a letter dated January 10, 2014 and enclosed a partial refund of the $34,203.91 Casey had paid. Enclosed with the letter was check

#1125 for $6,022.82. *Casey did not present this check for payment.* See Casey Declaration, ¶4 and Exhibit E thereto for a copy of the letter and the check.

### 3. Conclusion

The blockchain evidence, HashFast's own correspondence with Casey, the partial refund offered to him, and Casey's declaration establish that Casey paid for his order #1525 in bitcoin. The Court should overrule the Liquidating Trustee's Third Omnibus Objection to Claim #234 submitted by Ryan Casey.

DATED: February 11, 2016

**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: */s/ Ray E. Gallo*
 Ray E. Gallo
 Attorneys for the Gallo Creditors