Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT RYAN CASEY IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM #234**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF RYAN CASEY

I, Ryan Casey, declare as follows:

1. I ordered and paid for a HashFast BabyJet on order #1525. <u>Exhibit C</u> hereto is a true and correct copy of the HashFast email dated August 29, 2013 that I received confirming my order and instructing me to send my bitcoin payment of 44.39554278 BTC to the HashFast bitcoin transaction address 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW. This was a Batch-1 order qualifying for a bitcoin refund if the order was not delivered by December 31, 2013. The U.S. dollar exchange value for these bitcoins was $34,203.91 on January 1, 2014.

2. I paid for my order #1990 on August 29, 2013 by completing the bitcoin transaction 4aedaf39f21bc49ff4cfdf45fe40ae25383e18772f89d146f4a32ab51a8ea4ab for 44.39554278 BTC. <u>Exhibit D</u> hereto is a true and correct copy of the printed website page from https://blockchain.info/address/1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW showing the payment of 44.39554278 BTC to the HashFast address 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW.

3. I am the owner of the sending addresses shown on <u>Exhibit D</u>: 1DkqkbFLipp4dRLVyNgfu5UJudXZDxD4oy and 1NBrz3GUK8ir2yfGP1Nu3VEhNhZeqyXYDs.

4. <u>Exhibit E</u> hereto is a true and correct copy of the letter dated January 10, 2014 I received from HashFast offering to refund a portion of my purchase price because they had failed to deliver any product by the December 31, 2013 deadline. I did not present for payment the partial refund check enclosed with that letter, check #1125 for $6,022.82, as shown in <u>Exhibit E</u>.

5. I have not received the products I purchased and I have not received any refund of my purchase payment.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 5th day of February 2016 at

Page 2

DECLARATION OF RYAN CASEY

Case: 14-30725  Doc# 446-3  Filed: 02/11/16  Entered: 02/11/16 12:58:33  Page 2 of 3

Portland (city), Oregon (State or province), United States (Country).

*Ryan Casey* (signature)
Ryan Casey

Page 3
DECLARATION OF RYAN CASEY

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901