# EXHIBIT C



Ryan C. <ryepdx@gmail.com>

# Your HashFast Technologies order receipt from August 29, 2013
1 message

**HashFast Technologies** <sales@hashfast.com>  Thu, Aug 29, 2013 at 1:55 PM
To: ryepdx@gmail.com



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | 44.39554278 |
| Address: | 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW |
| QR Code: |  |

Please note:

Case: 14-30725    Doc# 446-4    Filed: 02/11/16    Entered: 02/11/16 12:58:33    Page 2 of 3
Case: 14-30725    Claim 234    Filed: 09/28/14    Desc Main Document    Page 8 of 53

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #1525

| Product | Quantity | Price |
|---|---|---|
| First Batch Baby Jet – as low as $2.80/Ghash! | 1 | $5,600 |
| **Cart Subtotal:** | | $5,600 |
| **Shipping:** | | $136.02 via Next Day Air Saver (UPS) |
| **Order Total:** | | $5,736.02 |

## Customer details

**Email:** ryepdx@gmail.com

**Tel:** 503 913 1665

## Billing address

Ryan Casey
904 NE 157th Ave
Portland, Oregon 97230

## Shipping address

Ryan Casey
904 NE 157th Ave
Portland, Oregon 97230

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.