# EXHIBIT D

| | Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW | No. Transactions | 2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 44.39554278 BTC |
| | | Final Balance | 0 BTC |

Request Payment    Donation Button

## Transactions (Oldest First)                                            Filter

| 432869cd6f60e724a40e007fad1ba1961fb38facdbfc3a8a05bb3726eb38d35b | | 2013-09-01 23:44:01 |
|---|---|---|
| 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW | → | 1PiYQGLcFH8iVhCb7N72XoCNegTSX4QDs8  144.37345031 BTC |
| | | 17hCi8apMUkzzLLJgUwfXxRJuykuo5Lcur  400 BTC |
| | | -44.39554278 BTC |

| 4aedaf39f21bc49ff4cfdf45fe40ae25383e18772f89d146f4a32ab51a8ea4ab | | 2013-08-29 21:35:17 |
|---|---|---|
| 1DkqkbFLipp4dRLVyNgfu5UJudXZDxD4oy  1NBrz3GUK8ir2yfGP1Nu3VEhNhZeqyXYDs | → | 1FPFohodRQa3YkTksmkbc8tcwyWrsb5jwW  44.39554278 BTC |
| | | 44.39554278 BTC |

About Us & Contact - Privacy Policy - Terms of Service - Ok (428 Nodes Connected) - Advanced: Enable -

Bitcoin

Case: 14-30725    Doc# 446-5    Filed: 02/11/16    Entered: 02/11/16 12:58:33    Page 2 of 2