# EXHIBIT E

January 10, 2014



HashFast Technologies LLC ("Hashfast")
100 Bush Street, Suite 625
San Francisco, CA 94104 USA

Dear Mr. Casey,

Regarding your order number 1525 with HashFast Technologies;

Enclosed you will find a check for the refund you requested for your Batch 1 order(s) and associated upgrade (if applicable). We are sending you this refund as we did not meet our intended December 31, 2013 ship date.

Please refer to the Frequently Asked Question section of the email "HashFast Refund & Release" sent out on Tuesday, January 7, 2014 at 10:48pm PT if you have any questions.

Additionally, you may contact us on 1-888-508-0811 or 1-415-481-0888 (both phone numbers will also accept faxes) or email at refunds@hashfast.com.

Best Regards,

The HashFast Team

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Hashfast Technologies LLC**
100 Bush Street, Suite 650
San Francisco, CA 94104

Silicon Valley Bank
Santa Clara, CA 95054

No. 1125
90-4039-1211

Date 1/10/2014

Pay To The Order Of  Ryan Casey                                    $ **6,022.82

Six Thousand Twenty-Two and 82/100                                          Dollars

Ryan Casey
904 NE 157th Ave
Portland, Oregon 97230

Order ID: 1525

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑃000001125⑃ ⑄▮▮▮▮▮▮▮5645

1125                              Amount: $6022.82                          Date: 1/10/2014

Pay to: Ryan Casey