Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |
| | **GALLO CREDITORS'** |
| | **(1) RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE IN WHOLE OR IN PART OF CLAIMS SEEKING REPAYMENT OF BITCOIN OR BITCOIN EQUIVALENT VALUE) AS TO MIKE DEMING'S CLAIM #261 AND** |
| | **(2) REQUEST FOR HEARING** |
| | Judge: Hon. Dennis Montali |

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby responds to the Liquidating Trustee's Third Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Mike Deming ("Deming") is identified in the Liquidating Trustee's Third Omnibus Objection to Claims (Docket #405). Deming is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Mike Deming | 261 | $38,390.72 | $7,499.87 | Docket #179-1, p. 34 |

Deming submitted the timely claim #261 (See Exhibit A) arising from his two separate purchases of HashFast mining equipment (Orders #1383 and #2206), his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Deming's claim in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate." See Exhibit B for the Liquidating Trustee's Objection to Deming's claim #261.

(The Trustee additionally seeks to disallow Deming's claim arising from order #1383 for a bitcoin refund or the U.S. dollar equivalent at the January 1, 2014 exchange rate. For the Court's convenience Deming presents his argument to sustain this portion of his claim along with 19 other Batch-1 purchasers who are Gallo Creditors in their concurrently filed Response to the Liquidating Trustee's Third Omnibus Objection to Claims.)

## 2. Claimant paid for his orders and, because HashFast did not deliver any product, was due a refund.

Because HashFast's sales were bitcoin transactions, sometimes through third parties, the usual payment records do not always exist or can be difficult to obtain. Bitcoin transactions are by their very nature anonymous. But records maintained of all bitcoin transactions at the website https://blockchain.info/address provide the following data which comprise the "blockchain" of each transaction: transaction number, date of transaction, amount of bitcoin (BTC) transacted, sending address, and receiving address. After placing an order, a HashFast customer received a confirmation with instructions for sending bitcoin payments from the customer's bitcoin transaction address to the designated HashFast address.

On August 26, 2013 HashFast employee John Skrodenis ("Skrodenis") instructed Deming in an email to pay for order #1383 by sending 47.63778100 BTC to the HashFast address 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk. See accompanying Declaration of Mike Deming ("Deming Declaration"), ¶1 and Exhibit C thereto for a copy of the August 26, 2013 email with this instruction.

On August 26, 2013 Deming completed the bitcoin transaction 54e90ba51454d84bb53e06d7d53a8c4625288a267dcebd510b39f6a7db3fe0b2 by sending 47.63778100 BTC from his address 19gWf1sCdYg6R1fERXBwcA3S9JkiCV8PsR to the HashFast address 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk corresponding to the email from Skrodenis. See Deming Declaration, ¶2 and Exhibit D thereto for the blockchain record of Deming's purchase for Order #1383.

The U.S. dollar exchange value for these bitcoins as of January 1, 2014, the day after the deadline HashFast had promised delivery, was $36,701.85.

On August 25, 2013 HashFast sent Deming an emailed order payment confirmation for order #1383. See Deming Declaration ¶4 and Exhibit E thereto for a copy of the payment receipt.

On August 26, 2013 HashFast employee Skrodenis sent Deming an email in which he wrote, "Your payment has been received for order 1383. Cara will get you a

formal order confirmation later today." See Deming Declaration ¶4 and <u>Exhibit F</u> thereto for a copy of the email.

On October 11, 2013 HashFast sent Deming an email instructing him to pay for his second order, #2206, by sending 13.32126518 BTC to the HashFast address 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG. See Deming Declaration, ¶6 and <u>Exhibit G</u> thereto for the email confirming his order and giving him the payment instruction.

On October 11, 2013 Deming completed transaction c7f5f1dc200db21e6a924d4eed4b1a93c53e618bf5b2174b51d86f07a6313c27 by sending 13.32126518 BTC from his addresses 1JnMrqCjmQDtMzLAnXZoqAakaaQnQ86hio; 1DLm5G3qNuVYAsVwDdrhiGuaai6Zj14kKG; 1CBbhWPK41XHMkVa7L28EuSD4v7ZDTU5fF; and 1NKBviFkns4mMVijkDYCQejS8k4dfcNmER to the HashFast address 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG. See Deming Declaration, ¶7 and <u>Exhibit H</u> thereto for the blockchain record of Deming's purchase of order #2206.

On October 11, 2013 HashFast sent Deming an emailed order payment confirmation for order #2206. See Deming Declaration ¶9 and <u>Exhibit I</u> thereto for a copy of the payment receipt.

The sum of the U.S. dollar equivalent of what Deming paid in bitcoin for his two orders, #1383 and #2206, is $38,390.72, the amount of his claim #261.

Following the failure of HashFast to deliver any product to Deming by the December 31, 2013 deadline, on January 8, 2014 Deming sent HashFast an email, to sales@hashfast.com, documenting his payments made for both of his orders and requesting a refund in bitcoin. Deming has not received a refund or any equipment from HashFast. See Deming Declaration, ¶11 and ¶12, and <u>Exhibit J</u> thereto for a copy of the email requesting a refund.

**3. Conclusion**

RESPONSE TO TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS
Case: 14-30725 Doc# 447 Filed: 02/13/15 Entered: 02/13/15 06:16:06 Page 4 of 5

The blockchain evidence, HashFast's payment receipt acknowledgments, HashFast's own emails, and Deming's declaration establish that Deming paid for his two orders in bitcoin. The Court should reject the Liquidating Trustee's Third Omnibus Objection to Claim #261 submitted by Mike Deming.

DATED:  February 11, 2016       **RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: */s/ Ray E. Gallo*
     Ray E. Gallo
     Attorneys for the Gallo Creditors