Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT MIKE DEMING IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM #261**<br><br>Judge: Hon. Dennis Montali |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

## DECLARATION OF MIKE DEMING

I, Mike Deming, declare as follows:

1. I ordered a HashFast BabyJet on order #1383 and HashFast instructed me by email on August 26, 2013 to send my bitcoin payment of 47.63778100 BTC to their bitcoin transaction address 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk. <u>Exhibit C</u> hereto is a true and correct copy of the email dated August 26, 2013 that I received from HashFast with bitcoin payment instructions.

2. I paid for my order #1383 on August 26, 2013 by completing the bitcoin transaction 54e90ba51454d84bb53e06d7d53a8c4625288a267dcebd510b39f6a7db3fe0b2 for 47.63778100 BTC. <u>Exhibit D</u> hereto is a true and correct copy of the printed website page from https://blockchain.info/address/1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk containing my transaction. This was a Batch-1 order qualifying for a bitcoin refund if the order was not delivered by December 31, 2013. The U.S. dollar exchange value for these bitcoins was $36,701.85 on January 1, 2014.

3. I am the owner of the sending address shown on <u>Exhibit D</u>: 19gWf1sCdYg6R1fERXBwcA3S9JkiCV8PsR.

4. <u>Exhibit E</u> hereto is a true and correct copy of the emailed order payment confirmation for order #1383 that HashFast sent me on August 25, 2013.

5. <u>Exhibit F</u> hereto is a true and correct copy of the email HashFast sent me on August 26, 2013 also confirming receipt of my payment for order #1383.

6. I ordered a HashFast Upgrade Kit on order #2206. <u>Exhibit G</u> hereto is a true and correct copy of the email dated October 11, 2013 that I received from HashFast confirming my order and giving me instructions to send my bitcoin payment of 13.32126518 BTC to address 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG.

7. I paid for order #2206 on October 11, 2013 by completing the bitcoin transaction c7f5f1dc200db21e6a924d4eed4b1a93c53e618bf5b2174b51d86f07a6313c27

for 13.32126518 BTC sent to the Hashfast address 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG corresponding to the emailed instruction. <u>Exhibit H</u> hereto is a true and correct copy the printed website page https://blockchain.info/address/18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG showing my payment transaction.

8. I am the owner of the sending addresses shown in <u>Exhibit G</u>:

1JnMrqCjmQDtMzLAnXZoqAakaaQnQ86hio;

1DLm5G3qNuVYAsVwDdrhiGuaai6Zj14kKG;

1CBbhWPK41XHMkVa7L28EuSD4v7ZDTU5fF, and

1NKBviFkns4mMVijkDYCQcjS8k4dfeNmER.

9. <u>Exhibit I</u> hereto is a true and correct copy of the emailed order payment confirmation for order #2206 that HashFast sent me on October 11, 2013.

10. The sum of my two paid orders, order #1383 and order #2206, in U.S. dollars is $38,390.72, the amount of my claim #261, timely filed on September 26, 2014.

11. <u>Exhibit J</u> hereto is a true and correct copy of the email I sent HashFast on January 8, 2014 documenting the payment for my orders and requesting a refund in bitcoin for both of my orders because HashFast had not delivered anything by the December 31, 2013 deadline.

12. I have not received the products I purchased and paid for and I have not received any refund of my purchase.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 8th day of February 2016 at ROCHESTER (city), NEW YORK (State or province), UNITED STATES (Country).

Mike Deming

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901