**EXHIBIT C**

**Subject:** Re: (Case 344) Problem with Order.
**From:** "HashFast Support" <support@hashfast.com>
**Date:** 8/26/13 10:21 AM
**To:** "Mike" <umasattic@frontier.com>

Use the same wallet address that I sent you, and call my cell after you send it: (925)595-6769

Talk to you later today,
John

--
HashFast Support
support@hashfast.com


-----Original Message-----
From: "Mike" <umasattic@frontier.com>
Reply-To: "Mike" <umasattic@frontier.com>
Date: Mon, 26 Aug 2013 10:09:05 -0400
To: "HashFast Support" <support@hashfast.com>
Subject: Re: (Case 344) Problem with Order.

> Hi John,
>
> I just tried to send Bitcoin from my account at Mt. Gox and because I
> changed my password yesterday they won't let me send the coins till 24
> hours have passed. Ahhhh...
>
> If you can wait till later today ( I changed the password at 1:00 pm
> EST) I can send them to you then. I realize that you'll probably have to
> send a new address.
>
> If not I can do wire transfer.
>
> Apologies for being so "high maintenance".
>
> Regards,
>
> Mike
>
> On 8/26/13 9:52 AM, HashFast Support wrote:
>> Hi Mike,
>>
>> For order 1383, the total in USD is $5,811.42.
>> The current Mt Gox Weighted average is: 121.99181
>> This brings the BTC total to 47.637781
>>
>> Please send this amount to: 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk
>>
>> Thanks for your business!
>> John