**EXHIBIT D**

| | | |
|---|---|---|
| 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk |  | 1ByQSthkzorha4MKk6CRzMG8Eb192385Ek <br> 0.00769112 BTC <br> 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk <br> 31.46001862 BTC <br> **-0.00819112 BTC** |

| b42106bbc400874eae3c5e5fe2be1339c372b67c25829576a1f2ce5d81f4bab7 | | **2013-08-28 03:39:43** |
|---|---|---|
| 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk |  | 1KB7BDPotcQEvkB7m6t7RPgLGD23D7RaLi <br> 0.0085 BTC <br> 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk <br> 36.8855846 BTC <br> **-0.009 BTC** |

| 1439851254dd6da296ffe8fa149a4375053e476ec2ed3802cc1441d421b357ca | | **2013-08-28 03:32:00** |
|---|---|---|
| 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk |  | 13n7embrhUGyC9Shum1PxgK5wVBfENP69h <br> 0.00772483 BTC <br> 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk <br> 0.01133888 BTC <br> **-0.00822483 BTC** |

| 5dac7603b905892a65d46d7d833017bcfd77e2b646ef0b3a27c3d70eefa085a8 | | **2013-08-27 23:31:06** |
|---|---|---|
| 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk |  | 1NsoEMaFczatdsyVNFgEEdexw8UQiZqVZw <br> 0.03911396 BTC <br> 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk <br> 3.28889395 BTC <br> **-0.03911396 BTC** |

| 54e90ba51454d84bb53e06d7d53a8c4625288a267dcebd510b39f6a7db3fe0b2 | | **2013-08-26 16:54:01** |
|---|---|---|
| 19gWf1sCdYg6R1fERXBwcA3S9JkiCV8PsR |  | 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk <br> 47.637781 BTC <br> **47.637781 BTC** |

About Us & Contact - Privacy Policy - Terms of Service - Ok (425 Nodes Connected) - Advanced: Enable -

Bitcoin