**EXHIBIT E**

**Subject:** Your HashFast Technologies order from August 25, 2013 is complete
**From:** HashFast Technologies <sales@hashfast.com>
**Date:** 9/4/13, 1:18 AM
**To:** jdem@rochester.rr.com

HashFast Technologies

# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #1383

| Product | Quantity | Price |
|---|---|---|
| Baby Jet – as low as $2.80/Ghash! | 1 | $5,600 |

Thank you for your purchase. If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

– The HashFast Team

| | |
|---|---|
| **Cart Subtotal:** | $5,600 |
| **Shipping:** | $211.42 via Next Day Air Early AM (UPS) |
| **Order Total:** | $5,811.42 |

# Customer details

**Email:** jdem@rochester.rr.com

**Tel:** (585) 749-0153

| **Billing address** | **Shipping address** |
|---|---|
| Mike Deming | Mike Deming |
| 1458 Monroe Ave | 1458 Monroe Ave |
| Rochester, New York 14618 | Rochester, New York 14618 |

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at

Case: 14-30725    Doc# 447-6    Filed: 02/11/16    Entered: 02/11/16 13:06:15    Page 2 of 3

(800)609-3445.

Case: 14-30725    Doc# 447-6    Filed: 02/11/16    Entered: 02/11/16 13:06:15    Page 3
of 3