# EXHIBIT F

Case: 14-30725    Doc# 447-7    Filed: 02/11/16    Entered: 02/11/16 13:06:15    Page 1 of 2

**Subject:** Re: (Case 344) Problem with Order.
**From:** "HashFast Support" <support@hashfast.com>
**Date:** 8/26/13 2:11 PM
**To:** "Mike" <umasattic@frontier.com>

Hi Mike,

Your payment has been received for order 1383.
Cara will get you a formal order confirmation later today.

Thanks again!
John

--
HashFast Support
support@hashfast.com


-----Original Message-----
From: "Mike" <umasattic@frontier.com>
Reply-To: "Mike" <umasattic@frontier.com>
Date: Mon, 26 Aug 2013 10:22:33 -0400
To: "HashFast Support" <support@hashfast.com>
Subject: Re: (Case 344) Problem with Order.

> Your all right John!
>
> On 8/26/13 10:17 AM, HashFast Support wrote:
>> No worries, 1PM should work.
>>
>> Cheers!
>> John

Case: 14-30725   Doc# 447-7   Filed: 02/11/16   Entered: 02/11/16 13:06:15   Page 2
of 2