**EXHIBIT G**

**Subject:** Your HashFast Technologies order receipt from October 11, 2013
**From:** HashFast Technologies <sales@hashfast.com>
**Date:** 10/11/13 8:03 AM
**To:** jdem@rochester.rr.com

HashFast Technologies

# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

Amount (**BTC**): 13.32126518

Address: 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG

QR Code:

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #2206

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $188.87 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,688.87 |

## Customer details

Email: jdem@rochester.rr.com

Tel: 585 244-1999

## Billing address

Mike Deming
1458 Monroe Ave
Rochester, New York 14618

## Shipping address

Mike Deming
1458 Monroe Ave
Rochester, New York 14618

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.