# EXHIBIT H

| | Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address
Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

| Transactions | |
|---|---|
| No Transactions | 2 |
| Total Received | 13.32126518 BTC |
| Final Balance | 0 BTC |

Request Payment    Donation Button

## Transactions (Oldest First)    Filter

**588cc8e97728f7cda9821191d02c0db774a7cba3caccac16cb6aa0305aeb0261**    **2013-10-16 15:05:14**

18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG → 
1LcnBSsJuitaUfDwUfDxYX95JWadumVzUj    119 BTC
13drQCcgWgq24eixUvjedfDnFfkvfT4CLZ    104.19643824 BTC

-13.32126518 BTC

**c7f5f1dc200db21e6a924d4eed4b1a93c53e618bf5b2174b51d86f07a6313c27**    **2013-10-11 12:10:05**

1JnMrqCjmQDtMzLAnXZoqAakaaQnQ86hio
1DLm5G3qNuVYAsVwDdrhiGuaai6Zj14kKG
1CBbhWPK41XHMkVa7L28EuSD4v7ZDTU5fF
1NKBviFkns4mMVijkDYCQejS8k4dfcNmER
→ 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG    13.32126518 BTC

13.32126518 BTC

About Us & Contact - Privacy Policy - Terms of Service - Ok (425 Nodes Connected) - Advanced: Enable -

Bitcoin

Case: 14-30725    Doc# 447-9    Filed: 02/11/16    Entered: 02/11/16 13:06:15    Page 2 of 2