# EXHIBIT I

**Subject:** Your HashFast Technologies order from October 11, 2013 is complete
**From:** HashFast Technologies <sales@hashfast.com>
**Date:** 10/11/13, 2:29 PM
**To:** jdem@rochester.rr.com

HashFast Technologies

# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #2206

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $188.87 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,688.87 |

## Customer details

**Email:** jdem@rochester.rr.com

**Tel:** 585 244-1999

| Billing address | Shipping address |
|---|---|
| Mike Deming<br>1458 Monroe Ave<br>Rochester, New York 14618 | Mike Deming<br>1458 Monroe Ave<br>Rochester, New York 14618 |

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

Your HashFast Technologies order from October 11, 2013 is co...

2 of 2