# EXHIBIT J

**Subject:** Fwd: Fwd: Baby Jet Refund
**From:** Mike Deming <jdem@rochester.rr.com>
**Date:** 1/15/14 3:00 PM
**To:** mikedemingantiques@wny.twcbc.com

-------- Original Message --------
**Subject:** Fwd: Baby Jet Refund
   **Date:** Fri, 10 Jan 2014 19:30:52 -0500
   **From:** Mike Deming <jdem@rochester.rr.com>
     **To:** mikedemingantiques@wny.twcbc.com

-------- Original Message --------
**Subject:** Baby Jet Refund
   **Date:** Fri, 10 Jan 2014 19:26:33 -0500
   **From:** Mike Deming <jdem@rochester.rr.com>
     **To:** John Skrodenis <john@hashfast.com>

-------- Original Message --------
**Subject:** Re: Baby Jet / Upgrade Order
   **Date:** Wed, 08 Jan 2014 21:12:04 -0500
   **From:** Mike Deming <jdem@rochester.rr.com>
     **To:** sales@hashfast.com

```
Michael Deming
1458 Monroe Avenue
Rochester, NY 14618
(585) 749-0153

January 8,2014

HASHFAST TECHNOLOGIES LLC
% C T CORPORATION SYSTEM (C0168406)
649 MISSION ST 5TH FL
SAN FRANCISCO CA 90291

To Whom It May Concern;
```

I purchased a Baby Jet batch 1 unit (Order #1383) from your company on August 26, 2013. I hereby formally request a full refund for my direct payment of 47.63778100 BTC (bitcoin). The details of the original transaction are listed below:

Transaction ID: 1NawHvHnYy1VUqwch8GRdGgXhdanjmLpmk
Amount: 47.63778100
Date: August 26, 2013

In addition to my Baby Jet (Order #1383), I also purchased a Baby Jet Upgrade Kit (Order #2206) from your company on October 11, 2013. I hereby formally request a full refund for my direct payment of 13.32126518 BTC (bitcoin). The details of the original transaction are listed below:

Transaction ID: 18cgUoPQRGxX4mGrhNHoNYFzRiwEQRfiBG
Amount: 13.32126518
Date: October 11, 2013

Since delivery was not made by December 31, 2013, I require a refund of my full payment for both transactions amounting to a total of 60.95904618 BTC (bitcoin). You may send this payment to my account listed below:

Bitcoin Refund Address: 1Lx3nhPvuFctqq9PypF89fMngXoCyT7eGa

I look forward to a speedy resolution on the matter.

Regards,


Michael Deming, all rights reserved