Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT CHRISTOPHER GOES IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #194**<br><br>Judge: Hon. Dennis Montali |

Page 1

# DECLARATION OF CHRISTOPHER GOES

I, Christopher Goes, declare as follows:

1. I paid for HashFast order #1767 by completing a bitcoin transaction for 47.09002952 BTC on September 10, 2013. The U.S. dollar exchange value for these bitcoins then was $5,743.10. The amount of my claim #194 is $5,743.10.

2. Exhibit C hereto is a true and correct copy of the order confirmation I received from HashFast showing the bitcoin address to which HashFast's confirmation instructed me to make my bitcoin payment: 1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x.

3. Exhibit D hereto is a printed version of the blockchain of the bitcoin transaction c3e3ce4df053a41710796a26543acdc8d8811cd6c75872c8f6dbe28da863606a for order #1767 as displayed by the website https://blockchain.info/address/1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x. It shows 47.09002952 BTC being sent from my bitcoin addresses 14KguhsP2QRmuRNGpbvzJb429KjbpHNtq1; 1N3QEcfawFZVyUUjUQuZfL96z8XtLPUaUx; 184JjkhbLc1zqL9erTDRRgMRLzUYj72Gdi; and 16yhE5bHoCytwNvB88xwu963EbLgKkkVAx to the HashFast address 1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x corresponding to my order #1767 confirmation.

4. I own the sending addresses displayed in Exhibit D: 14KguhsP2QRmuRNGpbvzJb429KjbpHNtq1; 1N3QEcfawFZVyUUjUQuZfL96z8XtLPUaUx; 184JjkhbLc1zqL9erTDRRgMRLzUYj72Gdi; and 16yhE5bHoCytwNvB88xwu963EbLgKkkVAx.

5. I have not received my HashFast order #1767.

I certify under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct. Signed this __9__ day of February 2016 at __Ithaca__ (city), __NY__ (State or province), __United States__ (Country).

_(signature)_
Christopher Goes

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901