# EXHIBIT C



Christopher Goes <cwg46@cornell.edu>

# Your HashFast Technologies order receipt from September 10, 2013
1 message

**HashFast Technologies** <sales@hashfast.com>  Tue, Sep 10, 2013 at 12:10 AM
To: cwg46@cornell.edu



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | 47.09002952 |
| Address: | 1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x |
| QR Code: |  |

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.

3. You may send payments from multiple accounts to reach the total required.

## Order: #1767

| Product | Quantity | Price |
|---|---|---|
| Baby Jet – First Batch Backorders | 1 | $5,600 |
| Cart Subtotal: | | $5,600 |
| Shipping: | | $143.10 via Next Day Air (UPS) |
| Order Total: | | $5,743.10 |

## Customer details

Email: cwg46@cornell.edu

Tel: 5413156152

## Billing address

Christopher Goes
PO Box 100
Cottage Grove, Oregon 97424

## Shipping address

Christopher Goes
PO Box 100
Cottage Grove, Oregon 97424

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.