**EXHIBIT D**

Home    Charts    Stats    Markets    API    Wallet    English

# Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | 1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

| Transactions | |
|---|---|
| No. Transactions | 2 |
| Total Received | 47.09002952 BTC |
| Final Balance | 0 BTC |

Request Payment    Donation Button



## Transactions (Oldest First)    Filter

dc20803da2b33b8ef99f9ac2f5d4fbe03c64111e98f74644253d0c7de071b7fd    **2013-09-10 22:07:53**

1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x        17Y3VgbhK88xn3KRGzYyNqbMVRTqiUMPDW
15.52152952 BTC
14m5Y481mCp1SrX69BNhpkUePCno4QrAEh
31.5684 BTC

-47.09002952 BTC

c3e3ce4df053a41710796a26543acdc8d8811cd6c75872c8f6dbe28da863606a    **2013-09-10 04:12:02**

14KguhsP2QRmuRNGpbvzJb429KjbpHNtq1
1N3QEcfawFZVyUUjUQuZfL96z8XtLPUaUx
184JjkhbLc1zqL9erTDRRgMRLzUYj72Gdi
16yhE5bHoCytwNvB88xwu963EbLgKkkVAx        1N4DLvLLYKGPnMvg4SykFKrNxPWHaxYC3x
47.09002952 BTC

47.09002952 BTC

About Us & Contact - Privacy Policy - Terms of Service - Ok (418 Nodes Connected) - Advanced: Enable -    Bitcoin

Case: 14-30725    Doc# 448-5    Filed: 02/11/16    Entered: 02/11/16 13:11:22    Page 2 of 2