Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT DENNIS LAMBERT IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #200**<br><br>Judge: Hon. Dennis Montali |

Page 1

# DECLARATION OF DENNIS LAMBERT

I, Dennis Lambert, declare as follows:

1. I paid for HashFast order #1965 by completing a bitcoin transaction for 13.29724905 BTC on September 24, 2013. The U.S. dollar exchange value for these bitcoins then was $1,638.62. The amount of my claim #200 is $1,638.62.

2. Exhibit C hereto is a true and correct copy of the order confirmation I received from HashFast showing the bitcoin address to which HashFast's confirmation instructed me to make my bitcoin payment: 1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2.

3. Exhibit D hereto is a printed version of the blockchain of the bitcoin transaction 377fb15bacabd2bc7d03e01cb7edafa50e5b7cbe88a3c282cf61340f03619386 for order #1965 as displayed by the website https://blockchain.info/address/1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2. It shows 13.29724905 BTC being sent from my address 1CX6EtvCH9dWZNLPYPEZMk3cvpBuYmMEdV to the HashFast address 1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2 corresponding to my order #1965 confirmation.

4. I own the sending address displayed in Exhibit D: 1CX6EtvCH9dWZNLPYPEZMk3cvpBuYmMEdV.

5. Exhibit E is a true and correct copy of the emailed invitation I received from HashFast on April 3, 2014 instructing me to electronically sign the pre-filled Refund Form for my order #1965.

6. I have not received my HashFast order #1965, and I have not received a refund of my purchase payment.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 5 day of February 2016 at Las Vegas (city), NV (State or province), USA (Country).

*Dennis Lambert*
Dennis Lambert