# EXHIBIT C



Dennis Lambert <dennis.lambert.jr@gmail.com>

# Your HashFast Technologies order receipt from September 24, 2013

**HashFast Technologies** <sales@hashfast.com>  Mon, Sep 23, 2013 at 9:29 PM
To: miningcryptocoins@gmail.com



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | **13.29724905** |
| Address: | **1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2** |
| QR Code: |  |

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with

order delivery details.

3. You may send payments from multiple accounts to reach the total required.

# Order: #1965

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $138.62 via Next Day Air Saver (UPS) |
| **Order Total:** | | $1,638.62 |

# Customer details

**Email:** miningcryptocoins@gmail.com

**Tel:** 7088605753

## Billing address

Dennis Lambert
9450 SW Gemini Dr
Beaverton, Oregon 97008

## Shipping address

Dennis Lambert
616 Regner Rd
McHenry, Illinois 60051

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.