# EXHIBIT D

Home  Charts  Stats  Markets  API  Wallet  English

# Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | 1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

| Transactions | |
|---|---|
| No. Transactions | 2 |
| Total Received | 13.29724905 BTC |
| Final Balance | 0 BTC |

Request Payment  Donation Button



## Transactions (Oldest First)                                           Filter

41221a9bf8dfe2707bfea6e3a7679c76bc56208af8ace45d05d92c94d1cc6856     **2013-09-26 20:21:21**

1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2 → 1FX3UFK3qfYM4EiktMEYMTJTdLHGyPVAxg  0.05229601 BTC
1LcnBSsJuitaUfDwUfDxYX95JWadumVzUj  1,350 BTC
**-13.29724905 BTC**

377fb15bacabd2bc7d03e01cb7edafa50e5b7cbe88a3c282cf61340f03619386     **2013-09-24 04:34:10**

1CX6EtvCH9dWZNLPYPEZMk3cvpBuYmMEdV → 1BxtrCDQTBTM9smkiLsrd2jT9T3kiXsGb2  13.29724905 BTC
**13.29724905 BTC**