# EXHIBIT E

Please eSign HashFast Refund Form for Order #1965

Hashfast Support to miningcryptocoins@gmail.com					4/3/14



Send. Sign. Done.



# Hashfast Support Has Sent You HashFast Refund Form for Order #1965 to eSign

Hashfast Support (Hash Fast Technologies) says:
*"Please review and sign HashFast Refund Form for Order #1965."*

Click here to review and eSign **HashFast Refund Form for Order #1965**.

With just **one simple step,** you can electronically sign this document. After you eSign **HashFast Refund Form for Order #1965**, all parties will receive a final PDF copy by email.

Do you need to forward this to a party authorized to sign it? Click here

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Case: 14-30725   Doc# 449-6   Filed: 02/11/16   Entered: 02/11/16 13:16:01   Page 2 of 2