Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE IN WHOLE OR IN PART OF CLAIMS SEEKING REPAYMENT OF BITCOIN OR BITCOIN EQUIVALENT VALUE) AS TO ANDY LO'S CLAIM #239 AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

Page 1

RESPONSE TO TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS

Case: 14-30725  Doc# 450  Filed: 02/13/15  Entered: 02/13/15 06:13:27  Page 1 of 4

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby responds to the Liquidating Trustee's Third Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Andy Lo ("Lo") is identified in the Liquidating Trustee's Third Omnibus Objection to Claims (Docket #405). Lo is shown in the table below with his claim number and claim amount. [Unlike other Gallo claimants, Lo does not appear on the HashFast Schedule F. This is not remarkable because HashFast's own chief financial officer has admitted in this proceeding the company's sloppy operations (See Docket #54, Declaration of Monica Hushen)].

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Andy Lo | 239 | $31,308.30 | | |

Lo submitted the timely claim #239 (See Exhibit A) arising from his purchase of HashFast mining equipment on order #1246, his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Lo's claim in its entirety because Lo cashed a partial refund check in the amount of $6,161,88. See Exhibit B for the Liquidating Trustee's Objection to Lo's claim #239.

(The Trustee additionally seeks to disallow Lo's claim arising from order #1246 for a bitcoin refund or the U.S. dollar equivalent at the January 1, 2014 exchange rate. For the Court's convenience Lo presents his argument to sustain this portion of his claim along with 19 other Batch-1 purchasers who are Gallo Creditors in their concurrently filed Response to the Liquidating Trustee's Third Omnibus Objection to Claims.)

## 2. Claimant's acceptance of a partial refund does not mean HashFast doesn't owe him the balance of what he paid

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

As explained and documented in Lo's Claim #239, and as reiterated in the Gallo Creditors' concurrently filed Response to the Liquidating Trustee's Third Omnibus Objection to Claims, HashFast promised refunds in bitcoin and was contractually obligated to refund payment in the form orders were paid. Lo paid for his order #1246 in bitcoin. See accompanying Declaration of Andy Lo ("Lo Declaration"), ¶1 and Exhibit C for a copy of the HashFast order confirmation and receipt of payment submitted with Claim #239 acknowledging Lo's payment "100% via BTC" of 48.63505172 BTC.

The value of Lo's bitcoin payment for order #1246 was, on January 1, 2014, the day after HashFast's promised delivery deadline of December 31, 2013, $37,470.18.

Acknowledging the failed delivery of Batch-1 orders and in response to Lo's request for a refund, HashFast sent Lo check #1099 dated January 10, 2014 for $6,161.88. This check represented a partial refund of the $37,470.18 Lo had paid. See Lo Declaration, ¶2 and Exhibit D thereto for a copy of the check.

Lo cashed the partial refund check and submitted Claim #239 for the balance of what he is owed: $31,308.30. See Lo Declaration, ¶3.

## 3. Conclusion

HashFast's own order #1246 confirmation, HashFast's subsequent partial refund check, and Lo's declaration establish that Lo paid for his order in bitcoin. Lo's acceptance of the HashFast check #1099, a fraction of what he is owed, did not release Lo's claim to the remaining balance of what he paid for his order. The Court should overrule the Liquidating Trustee's Third Omnibus Objection to Claim #239 submitted by Andy Lo.

| | | |
|---|---|---|
| DATED: February 11, 2016 | | **RESPECTFULLY SUBMITTED,** |
| | | **GALLO LLP** |
| | By: | */s/ Ray E. Gallo* |
| | | Ray E. Gallo |
| | | Attorneys for the Gallo Creditors |