Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT ANDY LO IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIM #239**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF ANDY LO

I, Andy Lo, declare as follows:

1. I ordered a HashFast BabyJet on Batch-1 order #1246 and I paid 48.63505172 BTC. Exhibit C hereto is a true and correct copy of the order confirmation dated August 23, 2013 that I received from HashFast confirming my payment in bitcoin.

2. Exhibit D hereto is a true and correct copy of the HashFast check #1099 dated January 10, 2014 that I received from HashFast. The $6,161.88 amount of the check is portion of my purchase price, $37,470.18.

3. I cashed the HashFast check #1099. I have not received the products I purchased and I have not received a full refund of my purchase payment.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 9 day of February 2016 at Markham (city), Ontario (State or province), Canada (Country).

Andy Lo

Page 2
**DECLARATION OF ANDY LO**
Case: 14-30725    Doc# 450-3    Filed: 02/11/16    Entered: 02/11/16 13:22:12    Page 2 of 2