**EXHIBIT C**



HashFast Technologies, Inc.
("Hashfast")
97 South Second Street #175
San Jose, 95113 United States

| DATE |
|---|
| August 23, 2013 |

# Order Confirmation

ORDER NUMBER:1246
Please have the Order Number appear on all related
Correspondence and shipping papers

| To: ("Buyer") | Ship To: |
|---|---|
| Andy Lo | Andy Lo |
| Celestica | Celestica |
| 581 South Unionville Avenue | 581 South Unionville Avenue |
| Markham, Ontario L3R 5G8 | Markham, Ontario L3R 5G8 |
| Canada | Canada |

| QTY | PRODUCT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| [1] | Baby Jet | Buyer purchases Baby Jet unit(s) incorporating (20) GN ASICs @ 400 Ghash at nominal clock speed (nominal voltage).<br><br>Payment:<br><br>100% via **BTC**<br><br>In addition, for delivery 1 units UPS Worldwide Express Plusr.   Expected shipping date: October 30, 2013* | 48.63505172 BTC [$5,600 USD] | |
| | | | SUBTOTAL | |
| | | | SHIPPING | $ 268.46 |
| | | | TOTAL | 48.63505172 BTC  [$5,868.46 USDollars] |

- Baby Jet Delivery Dates.  All of the 550 Baby Jet units from HashFast's first production batch are guaranteed for delivery by December 31, 2013.  If Buyer ordered one or more units of such Baby Jets, and HashFast does not deliver such units by that date, then Buyer may cancel the undelivered portion of the order at Buyer's request and HashFast will refund the payment for the units that Buyer purchased but did not receive and cancelled.   This cancellation and refund is Buyer's sole and exclusive remedy for HashFast failing to deliver by the December 31, 2013 guaranteed delivery date, and Buyer must cancel the order by January 15, 2014 to avail itself of this remedy.  Buyer to pay all taxes, duties and shipping costs.

**Buyer to pay all taxes, duties and shipping costs.**

**ADDITIONAL TERMS  AND CONDITIONS**

ORDER CONFIRMATION - ANDY LO                                                                                                                           Page 1 of 4

Case: 14-30725    Doc# 450-4    Filed: 02/11/16    Entered: 02/11/16 13:22:12    Page 2 of 2

Case 14-30725    Claim 239-4    Filed 09/28/14    Desc Main Document    Page 8 of 35