Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE) AS TO EDWARD MOSLEY, CLAIM #72, AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

Page 1

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby respond to the Liquidating Trustee's Fourth Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Edward Mosley ("Mosley") is identified in the Liquidating Trustee's Fourth Omnibus Objection to Claims (Docket #406). Mosley is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Edward Mosley | 72 | $6,346.45 | $6,346.45 | Docket #179, p. 54 |

Mosley submitted the timely claim #72 (See Exhibit A) arising from his purchase of HashFast mining equipment on Order #3293, his payments to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Mosley's claim of $6,346.45 in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #3293. See Exhibit B for the Liquidating Trustee's Objection to Mosley's claim #72.

## 2. Claimant paid for his order and, because HashFast did not deliver any product, was due a refund, and his claim is valid.

On November 22, 2013 HashFast instructed Mosley to pay for order #3293 by sending $6,346.45 by wire transfer to its account at Silicon Valley Bank. See accompanying Declaration of Edward Mosley ("Mosley Declaration"), ¶1 and ¶2, and Exhibit C thereto for the emailed order confirmation from HashFast with this instruction.

On November 22, 2013 Mosley wired $6,346.45 from his bank account at USAA Federal Savings Bank to the HashFast account at Silicon Valley Bank. See Mosley Declaration, ¶3 and Exhibit D thereto for a copy of the wire transaction report

corresponding to Mosley's order #3293. See Mosley Declaration, ¶4 and Exhibit E thereto for a copy of Mosley's bank statement showing the wire transfer. See Mosley Declaration, ¶5 and Exhibit F thereto for a copy of the bank message sent to Mosley on January 12, 2016 confirming the wire transfer that was made on November 22, 2013.

Mosley did not receive his order or a refund. See Mosley Declaration, ¶6.

### 3. Conclusion

The order confirmation, the wire transfer report, and Mosley's declaration establish that Mosley paid for his order and never received any equipment. The Court should overrule the Liquidating Trustee's Fourth Omnibus Objection to Claim #72 submitted by Edward Mosley.

DATED: February 11, 2016

**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: */s/ Ray E. Gallo*
Ray E. Gallo
Attorneys for the Gallo Creditors