**EXHIBIT A**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>Hashfast Technologies LLC | Case Number:<br>14–30725 | **FILED**<br>**U.S. Bankruptcy Court**<br>**Northern District of California**<br>6/28/2014<br>**Edward J. Emmons, Clerk**<br>COURT USE ONLY |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Edward Mosley

Name and address where notices should be sent:
Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316

Telephone number: 9129806280    email: venture64@gmail.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____ (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 6346.45

If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** goods sold (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 3293

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $_____
**Annual Interest Rate** (when case was filed) __% ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $ 6346.45

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(_).

**Amount entitled to priority:** $_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open–end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Mosley
Title: _____
Company: _____
Address and telephone number (if different from notice address above):

s/ Edward Mosley        6/28/2014
(Signature)              (Date)

Telephone number: ___  email: ___

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Edward Mosley <venture64@gmail.com>

# Your HashFast Technologies order receipt from November 22, 2013
1 message

**HashFast Technologies** <sales@hashfast.com>  Fri, Nov 22, 2013 at 1:44 PM
To: venture64@gmail.com



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

## Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number: ███████
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

## Order: #3293

| Product | Quantity | Price |
| --- | --- | --- |

| | | |
|---|---|---|
| Sierra 1,200 GH/s (Batch 4) | 1 | $6,300 |
| **Cart Subtotal:** | | $6,300 |
| **Shipping:** | | $46.45 via Ground (UPS) |
| **Order Total:** | | $6,346.45 |

## Customer details

**Email:** venture64@gmail.com

**Tel:** 912-980-6280

## Billing address

Edward Mosley
329 Maple Rd NE
Ludowici, Georgia 31316

## Shipping address

Edward Mosley
329 Maple Rd NE
Ludowici, Georgia 31316

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).