Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT EDWARD MOSLEY IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #72**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF EDWARD MOSLEY

I, Edward Mosley, declare as follows:

1. I placed HashFast order #3293 on November 22, 2013 and received by email on November 19, 2013 a confirmation instructing me to complete a wire transfer from my bank account to HashFast's Silicon Valley Bank account in the amount of $6,346.45. I paid for order #3293 by completing the wire transfer of this amount to HashFast on November 22, 2013.

2. Exhibit C hereto is a true and correct copy of the order confirmation I received from HashFast showing the instruction to transfer $6,346.45 by wire to the HashFast Silicon Valley Bank account.

3. Exhibit D hereto is a true and correct copy of the wire transaction report dated November 22, 2013 corresponding to my order #3293 showing the transfer of U.S. $6,346.42 from my bank account at USAA Federal Savings Bank to HashFast's account at Silicon Valley.

4. Exhibit E hereto is a true and correct copy of page 2 of my December 9, 2013 statement from my bank account at USAA Federal Savings Bank showing the wire transfer of $6,346.42.

5. Exhibit F hereto is a true and correct copy of the message I received from USAA Federal Savings Bank on January 12, 2016 confirming the wire transfer made on November 22, 2013 for $6,346.42 from my account to the HashFast account.

6. I have not received my HashFast order #3293.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this _4_ day of February 2016 at Ludowici (city), Georgia (State or province), United States (Country).

Edward Mosley

Page 2
DECLARATION OF EDWARD MOSLEY