**EXHIBIT C**



Edward Mosley <venture64@gmail.com>

## Your HashFast Technologies order receipt from November 22, 2013
1 message

---

**HashFast Technologies** <sales@hashfast.com>  
To: venture64@gmail.com
Fri, Nov 22, 2013 at 1:44 PM



# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

## Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number: █████████
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

## Order: #3293

| Product | Quantity | Price |
| --- | --- | --- |

| Sierra 1,200 GH/s (Batch 4) | 1 | $6,300 |
|---|---|---|
| **Cart Subtotal:** | | $6,300 |
| **Shipping:** | | $46.45 via Ground (UPS) |
| **Order Total:** | | $6,346.45 |

## Customer details

**Email:** venture64@gmail.com

**Tel:** 912-980-6280

## Billing address

Edward Mosley
329 Maple Rd NE
Ludowici, Georgia 31316

## Shipping address

Edward Mosley
329 Maple Rd NE
Ludowici, Georgia 31316

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).