**EXHIBIT D**



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544

## Your Wire Transfer is Complete

Thank you for banking with USAA. This is confirmation that the following wire transfer was completed November 22, 2013:

| | |
|---|---|
| **Confirmation #:** | 20131122K4B74R1C001235 |
| **Wire amount:** | $6,346.42 |
| **Beneficiary:** | HASHFAST TECHNOLOGIES LLC |

A copy of this message is also available in your online documents on usaa.com. If you have questions, please call us at 1-800-531-USAA (8722). We value your business and the opportunity to serve all your financial needs.

023366245                                                                                                127663-0813