# EXHIBIT E



USAA FEDERAL SAVINGS BANK

EDWARD E MOSLEY
329 MAPLE RD NE
LUDOWICI GA   31316-5623

| | ACCOUNT NUMBER |
|---|---|
| 1 | ████████ |
| 10 | STATEMENT DATE |
| | 12/09/13 |

PAGE    2

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION  DESCRIPTION



11/22        6,346.42  WIRE OUT
                       004131122341871
11/22           20.00  WIRE FEE
                       0041311223418

Case: 14-30725    Doc# 451-6    Filed: 02/11/16    Entered: 02/11/16 13:27:42    Page 2 of 2

FDIC INSURED

105846-0511