**EXHIBIT F**

Case: 14-30725    Doc# 451-7    Filed: 02/11/16    Entered: 02/11/16 13:27:42    Page 1 of 3

Member Number: 023366245

Form Code: DEP-E

Subject: Outgoing Wire Transfer Confirmation

**USAA Message to Member 01/12/2016 08:33 AM-**

Dear Sergeant Mosley,

We're pleased to confirm that we've processed your wire transfer from your bank account ending in XXXX1709as of Nov. 22, 2013. Your wire transfer was sent with the following instructions:

| | |
|---|---|
| **Wire amount:** | $6,346.42 |
| **Wire fee:** | $20 |
| **Receiving financial institution:** | Silicon Valley Bank |
| **ABA transit routing #:** | 121140399 |
| **Federal tracking #:** | 20131122K4B74R1C001235 |
| **Beneficiary name:** | HASHFAST TECHNOLOGIES LLC |
| **Beneficiary account #:** | XXXX5645 |
| **Comments:** | N/A |

Please allow 24 hours for transfer delivery and posting. If you have any questions or if the wire confirmation is not correct, please call us at 1-800-531-8722.

**Get instant access to your accounts with USAA's texting service**

At USAA, we don't take your business for granted, so we're always looking for ways to make banking easier for you. With our fast and easy texting service, you'll always know where you stand when it comes to your account information. You can send USAA a quick text message command from any registered mobile device and get the information you need in seconds, including:

- 

  Checking and savings account balances.

- 

Credit card and prepaid card balances and available credit.

Sound interesting? Register your device today at usaa.com/mobile.

We value your business and the opportunity to serve all your financial needs.

Thank you,
Yolanda Martin
USAA

USAA means United Services Automobile Association and its affiliates.

**1/12/2016 8:33:56 AM**
69835 Yolanda Martin Message sent to member through E-mail reply type.

**1/12/2016 8:33:56 AM**
69835 Yolanda Martin initiated message of type Banking/Checking &Savings/Funds Transfer.