# EXHIBIT A

Case: 14-30725   Doc# 452-1   Filed: 02/11/16   Entered: 02/11/16 13:34:07   Page 1 of 13

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT  Northern District of California | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>Hashfast Technologies, LLC and HashFast LLC | Case Number:<br>14-30725 and<br>14-30866 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Christopher Shaw

**COURT USE ONLY**

Name and address where notices should be sent:
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Notice by email delivery is acceptable and preferred to:
rgallo@gallo-law.com and copied to:

Telephone number: (415) 257-8800    email: pchesney@gallo-law.com, mvananda@gallo-law.com

❒ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:        email:

❒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $         9,329.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods sold
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___ | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ❒Real Estate    ❒Motor Vehicle    ❒Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** _____%  ❒Fixed  or  ❒Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**    $_____

**Amount Unsecured:**    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❒ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❒ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❒ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**

$_____

❒ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❒ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Ray E. Gallo
Title:       Attorney
Company:     Gallo LLP
Address and telephone number (if different from notice address above):

_(Signature)_                                       9/30/2014
                                                    _(Date)_

Telephone number:         email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

| | |
|---|---|
| From: | noreply@salesforce.com on behalf of Support <support@hashfast.com> |
| Sent: | Friday, March 28, 2014 1:41 PM |
| To: | look2succeed@roadrunner.com |
| Subject: | Re: Spring Shipping Updates, Evo Upgrade Offer and MPP Details    [ ref:_00DG0jcES._500G0LfOyh:ref ] |

Dear Christopher,

Thank you for following up with us.

Your order numbers are 4211 (1 Baby Jet) and 4243 (1 Sierra).

To see the complete upgrade offer information please read our official blog post by visiting following link:

http://hashfast.com/spring-shipping-updates-evo-upgrade-offer-and-mpp-details/

Please confirm with us if you are interested in taking advantage of this offer.

Should you have any additional questions or concerns with completing your order, please feel free to email us at support@hashfast.com. We are happy to help!

Our Kindest Regards,
HashFast Support.
support@hashfast.com


--------------- Original Message ---------------
From:  [look2succeed@roadrunner.com]
Sent: 3/25/2014 11:42 PM
To: support@hashfast.com
Subject: Re: Spring Shipping Updates, Evo Upgrade Offer and MPP Details

I ordered the  1.2 TH/s Sierra on Sunday, Dec. 22, 2013, but I misplaced the order number.  Do you have it?  I would like further information on the upgrade to the Sierra Evo Kit.  What would be my new shipment date if I upgraded, and what is the cost?

Thank you,
Christopher Shaw
Look2Succeed@roadrunner.com
818-481-4011


---- The HashFast Team <support@hashfast.com> wrote:
> Welcome the Baby Jet!
> -----------------------------------------------------------
> http://us7.campaign-archive2.com/?u=43a3515a4cff1032dafe95c87&id=829fb9b972&e=1d2ff552b9
> http://www.hashfast.com/shop
> Spring Shipping Updates, Evo Upgrade Offer and MPP Details

1

# Chris Shaw

| | |
|---|---|
| **From:** | HashFast Sales <sales@hashfast.com> |
| **Sent:** | Thursday, February 13, 2014 2:37 PM |
| **To:** | Chris Shaw |
| **Subject:** | Re: (Case 5271) Your HashFast Technologies order receipt from December 20, 2013 |

Hi Chris,
I apologize for the delay in getting back to you. Thank you for your patience.

Your payment was received and you were sent out a Order Confirmation the day day you placed the order. They sometimes end up in Spam folders, so I would check around 12/20/2013 and see if you received it.

Thank you so much for placing an order with us! We greatly appreciate it.

HashFast Sales
sales@hashfast.com


-----Original Message-----
From: "Chris Shaw" <Look2Succeed@roadrunner.com>
Reply-To: "Chris Shaw" <Look2Succeed@roadrunner.com>
Date: Fri, 20 Dec 2013 14:16:31 -0800
To: "HashFast Technologies" <sales@hashfast.com>
Subject: Re: Your HashFast Technologies order receipt from December 20, 2013

>HashFast TechnologiesDid this order #4211 go through successfully?
>
>Thank you,
>Christopher Shaw
>Look2Succeed@roadrunner.com
>(818) 481-4011
>
>From: HashFast Technologies
>Sent: Friday, December 20, 2013 1:56 AM
>To: look2succeed@roadrunner.com
>Subject: Your HashFast Technologies order receipt from December 20,
>2013
>
>Thank you for your order
>
>If you purchased your order with a wire transfer please read the
>following below
>
>Your order has been initiated. Please complete your wire transfer immediately to complete your order. A FULL PAYMENT must be received to complete your order and reserve your mining equipment.
>
>Click Here View Wire Transfer Instructions If you purchased your order
>with Bitcoin please read the following below

1

Case: 14-30725   Doc# 452-1   Filed: 02/11/16   Entered: 02/11/16 13:34:07   Page 5 of 12
Case: 14-30725   Claim 257-1   Filed 09/30/14   Desc Main Document   Page 6 of 13

>
>Your order has been initiated. Please complete your BTC transfer immediatelyto complete your order. A FULL PAYMENT must be received to complete your order and reserve your mining equipment.
>
>Please send your bitcoin payment as follows:
>Amount (BTC):  3.51736518
>Address:  1Br4ebfPq6oYVfkahygwVoVxuFN3J7bLx6
>QR Code:
>
>Please note:
>
>1.. You must make a payment within 1 hour, or your order will be
>cancelled 2.. As soon as your payment is received in full you will receive email confirmation with order delivery details.
>3.. You may send payments from multiple accounts to reach the total required.
>Order: #4211
>Product Quantity Price
>Baby Jet 400 GH/s (Batch 4)
>1 $2,250
>Cart Subtotal: $2,250
>Shipping: $12.11 via Ground (UPS)
>CA Sales Tax: $196.88
>Order Total: $2,458.99
>
>Customer details
>Email: look2succeed@roadrunner.com
>
>Tel: 818-481-4011
>
>Billing address
>Christopher Shaw
>Aupacom Enterprises
>9620 Sepulveda Blvd
>Unit 33
>North Hills, California 91343
>Shipping address
>Christopher Shaw
>Aupacom Enterprises
>9620 Sepulveda Blvd
>Unit 33
>North Hills, California 91343
>
>If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).

2

Case: 14-30725    Doc# 452-1    Filed: 02/11/16    Entered: 02/11/16 13:34:07    Page 6 of 12
Case: 14-30725    Claim 452-1    Filed: 09/30/14    Desc Main Document    Page 7 of 13

Thu 2/13/2014 2:37 PM

HashFast Sales <sales@hashfast.com>

Re: (Case 5271) Your HashFast Technologies order receipt from December 20, 2013

To   Chris Shaw

ⓘ We removed extra line breaks from this message.

Hi Chris,
I apologize for the delay in getting back to you. Thank you for your patience.

Your payment was received and you were sent out a Order Confirmation the day day you placed the order. They sometimes end up in Spam folders, so I would check around 12/20/2013 and see if you received it.

Thank you so much for placing an order with us! We greatly appreciate it.

HashFast Sales
sales@hashfast.com



-----Original Message-----
From: "Chris Shaw" <Look2Succeed@roadrunner.com>
Reply-To: "Chris Shaw" <Look2Succeed@roadrunner.com>
Date: Fri, 20 Dec 2013 14:16:31 -0800
To: "HashFast Technologies" <sales@hashfast.com>
Subject: Re: Your HashFast Technologies order receipt from December 20, 2013

>HashFast TechnologiesDid this order #4211 go through successfully?
>
>Thank you,
>Christopher Shaw
>Look2Succeed@roadrunner.com
>(818) 481-4011
>
>From: HashFast Technologies
>Sent: Friday, December 20, 2013 1:56 AM
>To: look2succeed@roadrunner.com
>Subject: Your HashFast Technologies order receipt from December 20,
>2013

# VOLUNTARY REFUND REQUEST AND RELEASE

Hashfast Technologies LLC ("**Hashfast**")
100 Bush Street, Suite 650
San Francisco, California 94104 United States

DATE: April 2, 2014

**Order Number(s):**
4211 & 4243

**Equipment List:**
1 Baby Jet & 1 Sierra

**("Buyer")**

[Name] Christopher Shaw

[Company Name] Aupacom

[Street Address] 9620 Sepulveda Blvd #33

[City, Street, ZIP Code] North Hills, CA 91343

[Country] U.S.

[Phone] 818-481-4011

**WIRE INFORMATION**
*Account names must be the same as the Buyer's name*

Bank Name:

Bank Address:

Bank Routing Number:

Account Number:

**BITCOIN WALLET INFORMATION**

Wallet Address: 1MSoeRwXfVCFwFvqxfaS6SEK6PgcpqyGV

I, the Buyer, have chosen to execute this Voluntary Refund Request and Release Agreement (this "**Agreement**") with Hashfast Technologies LLC (referred to as "**Hashfast**" or "**Company**"). Hashfast will process this request under the terms and conditions that follow.

Please select and check **ONLY ONE** of the following:

☐ I hereby cancel all of my Batch ___ order and request a prompt refund in the amount shown above, paid to me in **United States Dollars (USD)**.

- OR -

☑ I hereby cancel all of my Batch ___ orders and request a **USD equivalent refund to be paid in BITCOIN** at the exchange rate quoted by Bitstamp on the day Hashfast provides such Bitcoins. I hereby attest that it is legal for me to receive Bitcoin under the applicable laws of my jurisdiction.

Hashfast will process this request no later than 30 days after the receipt of this refund request, indicated by a returned, Hashfast signed copy to the Buyer.

Page 1

BUYER INITIALS: CS

**IN ADDITION.** If you have opted to voluntarily cancel your order and receive a refund, in addition to the refund amount, Hashfast will designate you as a **Batch __ Special Customer** and provide you with a **credit worth 5% of the refunded amount** that you may use if you decide to purchase Hashfast products again. As a Batch __ Special Customer, you will also get **air shipping to anywhere in the world for free** on your next order. If Hashfast is providing the refund by check, we will send the check to you by courier, request overnight or two-day delivery, and pay the delivery fee.

**GENERAL RELEASE**

1. Release. In consideration of the refund, and the separate and additional consideration described in the paragraph with the heading titled "In Addition" that Buyer acknowledges Buyer would not otherwise be entitled to receive, Buyer (on its own behalf and on behalf of Buyer's parent companies, subsidiaries and affiliates, and each of their officers, directors, equity owners, agents, staff, employees, representatives and attorneys, each in their individual and corporate capacities) hereby fully, forever, irrevocably and unconditionally releases, remises and discharges Hashfast Technologies LLC (referred to as "**Hashfast**" or "**Company**"), its parent companies, subsidiaries and affiliates, and each of their officers, directors, equity owners, agents, staff, employees, representatives and attorneys (each in their individual and corporate capacities) (hereinafter, the "**Released Parties**") from any and all actions, claims, charges, complaints, demands, causes of action, suits, rights, debts, sums of money, costs, accounts, reckonings, covenants, contracts, agreements, promises, doings, omissions, damages, executions, obligations, liabilities, damages, injuries, consequences, and expenses (including attorneys' fees and costs), of every kind and nature which Buyer ever had or now has against the Released Parties (the "**Claims**").

2. It is further understood and agreed that the general release referred to in Section 1 above a are a full and final release and shall apply to all unknown and unanticipated Claims, including, without limitation, those resulting from or based upon or in any way connected with the matters referred to herein as well as those now known or disclosed. Buyer hereby agrees that all rights under Section 1542 of the California Civil Code are hereby waived. Such section reads as follows: "A general release does not extend to claims which a creditor does not know of or suspect to exist in his favor at the time of executing the release which if known by him must have materially affected his settlement with the debtor."

3. Authority to Enter Agreement. Buyer represents and warrants that it is the buyer of the equipment under the order numbers set forth above. Buyer represents and warrants that it has full authority to enter into this Agreement, grant the release hereunder, and to perform the obligations assumed hereunder, and that this Agreement, when executed by Buyer, represents Buyer's valid and binding obligation, enforceable against it in accordance with its terms, subject to certain general legal enforceability exceptions.

4. Assignment and Transfer. Buyer represents and warrants that Buyer has not heretofore assigned or transferred any Claim released herein. Buyer further agrees to indemnify and hold the Company Releases, and each of them, harmless and defend the Company Releases, and each of them, against any such Claim based on any such transfer or assignment or purported transfer or assignment.

5. No Reliance; No Admissions. Buyer acknowledges and agrees that in making its decision to cancel its order that Buyer is not relying on any representations, assurances, statements or promises made by any of the Released Parties. It is understood and agreed that this is a compromise settlement of disputed claims, and that nothing herein shall be construed as an admission of liability or previous obligation of Company to Buyer.

6. Non-Disparagement. Buyer agrees that Buyer shall disparage, libel, or criticize the Company or publish any statement concerning the other that this is critical. Buyer likewise shall keep confidential the fact of the settlement, the terms of this Agreement, and the fact and amount of the consideration paid or to be paid hereunder and shall not release or disseminate any information concerning such matters or the terms hereof to any third party without the express written consent of the other parties hereto, except (a) to a party's attorney or accountant or where disclosure is required by regularly issued judicial process, (b) to the extent such information is publically known through no fault of Buyer. This obligation of confidentiality shall survive the release hereunder.

CS

VOLUNTARY REFUND REQUEST AND RELEASE    Page 2    BUYER INITIALS: _____

7. Attorneys' Fees. In the event that Buyer commences litigation or arbitration based on one or more Claims, Company shall be entitled to recover reasonable attorneys' fees, expenses and court and arbitration costs as it may incur in connection with such litigation.

8. GOVERNING LAW AND ARBITRATION. ANY CLAIM, DISPUTE OR CONTROVERSY (WHETHER IN CONTRACT, TORT OR OTHERWISE, WHETHER PRE-EXISTING, PRESENT OR FUTURE, AND INCLUDING STATUTORY, CONSUMER PROTECTION, COMMON LAW, INTENTIONAL TORT) BETWEEN BUYER AND HASHFAST, its agents, employees, principals, successors, assigns, affiliates, subsidiaries, arising from or relating to the purchase of Hashfast products, this Agreement, its interpretation or the breach, termination or validity thereof, (each, a "*Dispute*") SHALL BE RESOLVED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION. Any Dispute shall be governed by the laws of the State of California and the Federal Laws of the U.S.A., each without regard to conflicts of law. The parties agree that the UN Convention for the International Sale of Goods will have no force or effect on this Agreement.

    8.1. THE ARBITRATION WILL BE CONDUCTED IN IN SANTA CLARA COUNTY, CALIFORNIA, U.S.A.

    8.2. The arbitrator shall have exclusive authority to resolve any dispute relating to arbitrability or enforceability of this arbitration provision including any unconscionability challenge or any other challenge that the arbitration provision or this Agreement is void, voidable or otherwise invalid. The arbitration shall be administered by the American Arbitration Association (AAA) or JAMS (or a substitute forum if both are unavailable). Arbitration proceedings shall be governed by this provision and the applicable procedures of the selected arbitration administrator, including any applicable procedures for consumer-related disputes, in effect at the time the claim is filed. The arbitrator(s) will not have the jurisdiction or power to award punitive damages, treble damages or any other damages which are not compensatory, even if permitted under the laws of the California or any other applicable law. Unless otherwise directed by the arbitrator(s), the parties will bear their own costs and expenses that are reasonable and necessary to participate in such arbitration, including attorneys' fees.

    8.3. NEITHER BUYER NOR HASHFAST SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS BY OR AGAINST OTHER BUYERS, OR ARBITRATE OR OTHERWISE PARTICIPATE IN ANY CLAIM AS A CLASS REPRESENTATIVE, CLASS MEMBER OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.

    8.4. The arbitrator shall be empowered to grant whatever relief would be available in court under law or in equity. This transaction shall be governed by the Federal Arbitration Act 9 U.S.C. sec. 1-16 (FAA). Any award of the arbitrator(s) shall be final and binding on each of the parties, and may be entered as a judgment in any court of competent jurisdiction.

    8.5. Notwithstanding any other provision in this Section 8 to the contrary, either party will at all times be entitled to seek and obtain injunctive relief in relation to infringement or threatened infringement of its intellectual property rights, in in relation to misappropriation of its trade secrets, in any court having jurisdiction.

9. CHOICE OF FORUM IN LIEU OF ARBITRATION. IF ARBITRATION CANNOT BE COMPELLED UNDER THE TERMS SET FORTH IN SECTION 8, OR IF SECTION 8.3 IS NOT ENFORCEABLE, BUYER AND COMPANY AGREE AND IRREVOCABLY CONSENT TO SUBMIT TO THE EXCLUSIVE JURISDICTION AND VENUE OF THE FEDERAL AND STATE COURTS LOCATED IN THE COUNTY OF SANTA CLARA COUNTY, CALIFORNIA, U.S.A. FOR ALL DISPUTES ARISING OUT OF OR RELATING TO THIS AGREEMENT.

10. Contract Construction. In the event that any provision(s) of this Agreement shall be held invalid or unenforceable by a court of competent jurisdiction or by any future legislative or administrative action, such holding or action shall not negate the validity or enforceability of any other provisions hereof. The word "or" as used in this Agreement has the meaning equivalent to "and/or". The terms 'include', 'includes' and 'including' will be deemed to be immediately followed by the phrase "without limitation." If a party is the subject of a sentence, then the word "will" expresses an obligation, and deemed equivalent to "shall". The parties agree the rules contract interpretation that would otherwise require ambiguities to be construed against the drafting party will not apply to this Agreement. These Terms are in the English language only, which language will be controlling in all respects. Any versions of this Agreement in any other language will be for accommodation only and will not be binding upon either party. All communications and documentation to be furnished under this Agreement will be in the English language.

11. Waiver. The failure on the part of either party to exercise, or any delay in exercising, any right or remedy shall not operate as a waiver thereof unless expressly stated herein.

12. Acknowledgment. Buyer and Company certify and acknowledge that both have carefully read all of the provisions of this Agreement and understand and will fully and faithfully comply with such provisions. Buyer and Company certify

VOLUNTARY REFUND REQUEST AND RELEASE    Page 3    BUYER INITIALS: CS _____

Case: 14-30725   Doc# 452-1   Filed: 09/30/16   Entered: 02/11/16 13:34:07   Page 10 of 11
Claim 271-1   Filed 02/11/16   Desc Main Document   Page 11 of 13

and acknowledge that each has had the opportunity to review this Agreement with legal counsel, has either reviewed this Agreement with legal counsel, or has decided not to seek such counsel.

13. Electronic Signatures. All parties (a) agree that electronic signatures to this Agreement are binding, and (b) agree to the provisions of the U.S. E-SIGN Act (i.e., the Electronic Signatures in Global and National Commerce Act - ESIGN, Pub.L. 106-229, 14 Stat. 464, enacted June 30, 2000, 15 U.S.C. ch.96). Nevertheless, Company may require Buyer to sign this Agreement manually depending on the jurisdiction of Buyer.

IN WITNESS WHEREOF, the parties have entered into this Voluntary Refund and Release Agreement as of the date first written above.

**BUYER:**

Customer Signature  Christopher Shaw            Email  Look2Succeed@roadrunner.com

Printed Name  Christopher Shaw                  Phone  818-481-4011

Title  owner                                    Fax

Company Name  Aupacom

{SIGNATURE PAGE OF HASHFAST TECHNOLOGIES LLC}

**HASHFAST TECHNOLOGIES LLC:**

Signature:

Name:

Title:

Signature: *Christopher Shaw*
Christopher Shaw (Apr 2, 2014)

Email: look2succeed@roadrunner.com

VOLUNTARY REFUND REQUEST AND RELEASE    Page 4    BUYER INITIALS: CS

Case: 14-30725   Doc# 452-1   Filed: 02/11/16   Entered: 02/11/16 13:34:07   Page 12 of 12
Case: 14-30725   Claim 274-1   Filed 09/30/14   Desc Main Document   Page 12 of 13

# HashFast Refund Form for Order #4243

EchoSign Document History        April 02, 2014



| | |
|---|---|
| Created: | April 02, 2014 |
| By: | Hashfast Support (pauls@hashfast.com) |
| Status: | SIGNED |
| Transaction ID: | X7KP6Q746266X43 |

## "HashFast Refund Form for Order #4243" History

- Document created by Paul Salguero (pauls@hashfast.com)
  April 02, 2014 - 9:35 AM PDT - IP address: 38.88.216.74

- Document emailed to Christopher Shaw (look2succeed@roadrunner.com) for signature
  April 02, 2014 - 9:35 AM PDT

- Document viewed by Christopher Shaw (look2succeed@roadrunner.com)
  April 02, 2014 - 1:08 PM PDT - IP address: 71.106.218.115

- Document esigned by Christopher Shaw (look2succeed@roadrunner.com)
  Signature Date: April 02, 2014 - 1:33 PM PDT - Time Source: server - IP address: 71.106.218.115

- Signed document emailed to Paul Salguero (pauls@hashfast.com) and Christopher Shaw (look2succeed@roadrunner.com)
  April 02, 2014 - 1:33 PM PDT