Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT CHRISTOPHER SHAW IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #271**<br><br>Judge: Hon. Dennis Montali |

Page 1

## DECLARATION OF CHRISTOPHER SHAW

I, Christopher Shaw, declare as follows:

1. I am the owner of Aupacom Enterprises. I submitted Claim #271 myself on September 29, 2014 and my attorney, Ray E. Gallo, submitted an amended claim #271 on September 30, 2014.

2. I paid for HashFast order #4211 by completing a bitcoin transaction for 3.51636518 BTC on December 20, 2013. The U.S. dollar exchange value for these bitcoins then was $2,458.99.

3. I paid for HashFast order #4243 by completing a bitcoin transaction for 10.94430815 BTC on December 22, 2013. The U.S. dollar exchange value for these bitcoins then was $6870.01.

4. The sum of my two orders in U.S. dollars is $9,329.00, the amount of my claim #271 as amended and timely filed on September 30, 2014.

5. Exhibit C hereto is a true and correct copy of emails I received from HashFast, one dated December 20, 2014 confirming my order #4211 and instructing me to make my bitcoin payment of 3.51636518 BTC to the bitcoin transaction address lBr4ebfPq6oYVfkahygwVoVxuFN3JTbLx6 (See Exhibit C, paginated in red type as pages 5 and 6 of 12) and one dated February 13, 2014 confirming payment was received (See Exhibit C, paginated in red type as page 7 of 12).

6. Exhibit D hereto is a true and correct copy of the printed version of the blockchain for bitcoin transaction c6f1474c2dd8d449a815b6d741a96f652156999ddd833fb0816de3935f365c97 for order #4211 as displayed by the website https://blockchain.info/address/lBr4ebfPq6oYVfkahygwVoVxuFN3JTbLx6. It shows 3.51636518 BTC was sent to the HashFast address lBr4ebfPq6oYVfkahygwVoVxuFN3JTbLx6, which is the address HashFast instructed me to send payment to, for my order #4211.

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

7. I own the sending address displayed in Exhibit D: 16V332yg81yU5CYLHDnvCDXBiKVq79hgrt.

8. Exhibit E hereto is a true and correct copy of the printed version of the blockchain of the bitcoin transaction c405c6f3668eb44059065297cac942ba2b2313272a2477a56d8da9c4bba5ea41 for order #4243 as displayed by the website https://blockchain.info/address/1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu. It shows 10.94430815 BTC being sent to the HashFast address 1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu corresponding to the HashFast instruction for my order #4243.

9. I own the sending address displayed in Exhibit E: 1KiwBDydevLw54t1evhZ3WGzJ7P4FGgUAk.

10. Exhibit F hereto is a true and correct copy of a screenshot of my bitcoin wallet activity including the December 22, 2013 HashFast transaction for order #4243.

11. Exhibit G hereto is a true and correct copy of the March 28, 2014 email I received from HashFast confirming both of my paid orders: #4211 and #4243.

12. Exhibit H hereto is a true and correct copy of the email I received from HashFast dated April 2, 2014 confirming that my refund request for order #4243 was accepted, signed, and filed with HashFast.

13. I have not received the products I purchased and I have not received any refund of my purchases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this __4TH__ day of February 2016 at __NORTH HILLS__ (city), __CALIF.__ (State or province), __UNITED STATES__ (Country).

*Christopher Shaw*
Christopher Shaw