# EXHIBIT C

# Chris Shaw

| | |
|---|---|
| **From:** | HashFast Sales <sales@hashfast.com> |
| **Sent:** | Thursday, February 13, 2014 2:37 PM |
| **To:** | Chris Shaw |
| **Subject:** | Re: (Case 5271) Your HashFast Technologies order receipt from December 20, 2013 |

Hi Chris,
I apologize for the delay in getting back to you. Thank you for your patience.

Your payment was received and you were sent out a Order Confirmation the day day you placed the order. They sometimes end up in Spam folders, so I would check around 12/20/2013 and see if you received it.

Thank you so much for placing an order with us! We greatly appreciate it.

HashFast Sales
sales@hashfast.com


-----Original Message-----
From: "Chris Shaw" <Look2Succeed@roadrunner.com>
Reply-To: "Chris Shaw" <Look2Succeed@roadrunner.com>
Date: Fri, 20 Dec 2013 14:16:31 -0800
To: "HashFast Technologies" <sales@hashfast.com>
Subject: Re: Your HashFast Technologies order receipt from December 20, 2013

>HashFast TechnologiesDid this order #4211 go through successfully?
>
>Thank you,
>Christopher Shaw
>Look2Succeed@roadrunner.com
>(818) 481-4011
>
>From: HashFast Technologies
>Sent: Friday, December 20, 2013 1:56 AM
>To: look2succeed@roadrunner.com
>Subject: Your HashFast Technologies order receipt from December 20,
>2013
>
>Thank you for your order
>
>If you purchased your order with a wire transfer please read the
>following below
>
>Your order has been initiated. Please complete your wire transfer immediately to complete your order. A FULL PAYMENT must be received to complete your order and reserve your mining equipment.
>
>Click Here View Wire Transfer Instructions If you purchased your order
>with Bitcoin please read the following below

1

Case: 14-30725    Doc# 452-4    Filed: 02/11/16    Entered: 02/11/16 13:34:07    Page 2
Claim #57-1    Filed 09/30/14    Desc Main Document    Page 5 of 12
of 4

>
>Your order has been initiated. Please complete your BTC transfer immediatelyto complete your order. A FULL PAYMENT must be received to complete your order and reserve your mining equipment.
>
>Please send your bitcoin payment as follows:
>Amount (BTC): 3.51736518
>Address: 1Br4ebfPq6oYVfkahygwVoVxuFN3J7bLx6
>QR Code:
>
>Please note:
>
>1.. You must make a payment within 1 hour, or your order will be
>cancelled 2.. As soon as your payment is received in full you will receive email confirmation with order delivery details.
>3.. You may send payments from multiple accounts to reach the total required.
>Order: #4211
>Product Quantity Price
>Baby Jet 400 GH/s (Batch 4)
>1 $2,250
>Cart Subtotal: $2,250
>Shipping: $12.11 via Ground (UPS)
>CA Sales Tax: $196.88
>Order Total: $2,458.99
>
>Customer details
>Email: look2succeed@roadrunner.com
>
>Tel: 818-481-4011
>
>Billing address
>Christopher Shaw
>Aupacom Enterprises
>9620 Sepulveda Blvd
>Unit 33
>North Hills, California 91343
>Shipping address
>Christopher Shaw
>Aupacom Enterprises
>9620 Sepulveda Blvd
>Unit 33
>North Hills, California 91343
>
>If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).

2

Case: 14-30725   Doc# 452-4   Filed: 02/11/16   Entered: 02/11/16 13:34:07   Page 6 of 12
Case: 14-30725   Claim 271-4   Filed: 09/30/14   Desc Main Document   Page 3 of 4

Thu 2/13/2014 2:37 PM



# HashFast Sales <sales@hashfast.com>

Re: (Case 5271) Your HashFast Technologies order receipt from December 20, 2013

To   Chris Shaw

ⓘ We removed extra line breaks from this message.

Hi Chris,
I apologize for the delay in getting back to you. Thank you for your patience.

Your payment was received and you were sent out a Order Confirmation the day day you placed the order. They sometimes end up in Spam folders, so I would check around 12/20/2013 and see if you received it.

Thank you so much for placing an order with us! We greatly appreciate it.

HashFast Sales
sales@hashfast.com


-----Original Message-----
From: "Chris Shaw" <Look2Succeed@roadrunner.com>
Reply-To: "Chris Shaw" <Look2Succeed@roadrunner.com>
Date: Fri, 20 Dec 2013 14:16:31 -0800
To: "HashFast Technologies" <sales@hashfast.com>
Subject: Re: Your HashFast Technologies order receipt from December 20, 2013

>HashFast TechnologiesDid this order #4211 go through successfully?
>
>Thank you,
>Christopher Shaw
>Look2Succeed@roadrunner.com
>(818) 481-4011
>
>From: HashFast Technologies
>Sent: Friday, December 20, 2013 1:56 AM
>To: look2succeed@roadrunner.com
>Subject: Your HashFast Technologies order receipt from December 20,
>2013