**EXHIBIT D**

Home    Charts    Stats    Markets    API    Wallet                                                English

# Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1Br4ebfPq6oYVfkahygwVoVxuFN3J7bLx6 | No. Transactions | 2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 3.51636518 BTC |
| | | Final Balance | 0 BTC |

Request Payment    Donation Button

## Transactions (Oldest First)                                                                    Filter ▼

**a6bffa6208c72412399997b0c504670662e259fd5ba50128d0e2823b739bd18b**                                2014-01-14 16:09:19

1Br4ebfPq6oYVfkahygwVoVxuFN3J7bLx6    →    19jfy8Lpg5jxFgWKRkzRiKQErnbBEDrnGX    126.06566411 BTC
                                            384hg3S5pMRq5F1MSMuN39Fvot9cuSpTik    300 BTC

**-3.51636518 BTC**

**c6f1474c2dd8d449a815b6d741a96f652156999ddd833fb0816de3935f365c97**                                2013-12-20 10:11:05

16V332yg81yU5CYLHDnvCDXBiKVq79hgrt    →    1Br4ebfPq6oYVfkahygwVoVxuFN3J7bLx6    3.51636518 BTC

**3.51636518 BTC**

About Us & Contact - Privacy Policy - Terms of Service - Ok (427 Nodes Connected) - Advanced: Enable -

Bitcoin