# EXHIBIT E

| | Home | Charts | Stats | Markets | API | Wallet | English |

# Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | | Transactions | |
|---|---|---|---|
| Address | 1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu | No. Transactions | 2 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs | Total Received | 10.94430815 BTC |
| | | Final Balance | 0 BTC |

Request Payment    Donation Button

## Transactions (Oldest First)    Filter

| a6bffa6208c72412399997b0c504670662e259fd5ba50128d0e2823b739bd18b | | 2014-01-14 16:09:19 |
|---|---|---|
| 1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu | → | 19jfy8Lpg5jxFgWKRkzRiKQErnbBEDrnGX  126.06566411 BTC  384hg3S5pMRq5F1MSMuN39Fvot9cuSpTik  300 BTC |
| | | -10.94430815 BTC |

| c405c6f3668eb44059065297cac942ba2b2313272a2477a56d8da9c4bba5ea41 | | 2013-12-22 08:09:55 |
|---|---|---|
| 1KiwBDydevLw54t1evhZ3WGzJ7P4FGgUAk | → | 1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu  10.94430815 BTC |
| | | 10.94430815 BTC |

About Us & Contact - Privacy Policy - Terms of Service - Ok (427 Nodes Connected) - Advanced: Enable -

Bitcoin