# EXHIBIT E

Case: 14-30725    Doc# 452-7    Filed: 02/11/16    Entered: 02/11/16 13:34:07    Page 1 of 2



Bitcoin - Wallet

File  Settings  Help

Overview | Send | Receive | Transactions | Addresses

| | | Enter address or label to search | Min amount |
|---|---|---|---|
| All ▾ | All ▾ | | |
| Date | Type | Address | Amount ^ |
| 1/31/2014 14:19 | Sent to | coinbase (1AfLwTnK4B25d5dUtGbdbAxy9kmMPGw56d) | -0.1201 |
| 1/31/2014 09:13 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.10 |
| 1/23/2014 16:17 | Sent to | (18D4A8j41TN1L4ZodUMKRPejHQooD92jrX) | -0.2001 |
| 1/23/2014 16:11 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.10 |
| 1/23/2014 15:00 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.10691098 |
| 1/21/2014 23:42 | Sent to | (1CCsnCovFS4MXRhctoXMzrt9AdDYpWvWjt) | -0.1001 |
| 1/21/2014 23:30 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.10 |
| 1/21/2014 08:10 | Sent to | Coin Base (1BfderBgkvM13BvkLriZrnaPk3hiJvi99h5) | -0.2001 |
| 1/21/2014 01:00 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.1074603 |
| 1/20/2014 07:08 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.10 |
| 1/6/2014 12:18 | Sent to | btc (1LefoibmrJ3VwgHj8PN2Bx3Erdy7PLs9dm) | -0.0501 |
| 12/22/2013 14:58 | Sent to | btc (1LefoibmrJ3VwgHj8PN2Bx3Erdy7PLs9dm) | -0.5001 |
| 12/22/2013 00:09 | Sent to | HashFast Technologies for Sierra 1,200 GH/s (Batch 4) (1Mv4cSgTciuk9FQazarMXfo8LfZfc3t1bu) | -10.94440815 |
| 12/21/2013 23:30 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 1.499 |
| 12/21/2013 23:18 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 10.00 |
| 8/27/2013 01:41 | Sent to | btc (1LefoibmrJ3VwgHj8PN2Bx3Erdy7PLs9dm) | -0.0051 |
| 8/17/2013 16:21 | Received with | (1Kiw8DydevLw54t1evhZ3WGzJ7P4FGgUAk) | 0.01 |

Export

Synchronizing with network...      54 weeks behind

⊞  ○ Ask me anything                                          5:58 PM
                                                              12/12/2015