**EXHIBIT G**

# Chris Shaw

| | |
|---|---|
| From: | noreply@salesforce.com on behalf of Support <support@hashfast.com> |
| Sent: | Friday, March 28, 2014 1:41 PM |
| To: | look2succeed@roadrunner.com |
| Subject: | Re: Spring Shipping Updates, Evo Upgrade Offer and MPP Details   [ ref:_00DG0jcES._500G0LfOyh:ref ] |

Dear Christopher,

Thank you for following up with us.

Your order numbers are 4211 (1 Baby Jet) and 4243 (1 Sierra).

To see the complete upgrade offer information please read our official blog post by visiting following link:

http://hashfast.com/spring-shipping-updates-evo-upgrade-offer-and-mpp-details/

Please confirm with us if you are interested in taking advantage of this offer.

Should you have any additional questions or concerns with completing your order, please feel free to email us at support@hashfast.com. We are happy to help!

Our Kindest Regards,
HashFast Support.
support@hashfast.com


--------------- Original Message ---------------
From:  [look2succeed@roadrunner.com]
Sent: 3/25/2014 11:42 PM
To: support@hashfast.com
Subject: Re: Spring Shipping Updates, Evo Upgrade Offer and MPP Details

I ordered the  1.2 TH/s Sierra on Sunday, Dec. 22, 2013, but I misplaced the order number.  Do you have it?  I would like further information on the upgrade to the Sierra Evo Kit.  What would be my new shipment date if I upgraded, and what is the cost?

Thank you,
Christopher Shaw
Look2Succeed@roadrunner.com
818-481-4011


---- The HashFast Team <support@hashfast.com> wrote:
> Welcome the Baby Jet!
> -----------------------------------------------------------
> http://us7.campaign-archive2.com/?u=43a3515a4cff1032dafe95c87&id=829fb9b972&e=1d2ff552b9
> http://www.hashfast.com/shop
> Spring Shipping Updates, Evo Upgrade Offer and MPP Details

1