**EXHIBIT H**



Wed 4/2/2014 1:34 PM

Hashfast Support <echosign@echosign.com>

HashFast Refund Form for Order #4243 (between Christopher Shaw and Hash Fast Technologies) is Signed and Filed!

To  Christopher Shaw

If there are problems with how this message is displayed, click here to view it in a web browser.

Message  HashFast Refund Form for Order #4243 - signed.pdf (628 KB)



Powered by Adobe EchoSign

Send. Sign. Done.



# HashFast Refund Form for Order #4243 (between Christopher Shaw and Hash Fast Technologies) is Signed and Filed!

**From:** Hashfast Support (Hash Fast Technologies)
**To:** Christopher Shaw

Attached is a final copy of **HashFast Refund Form for Order #4243**.

Copies have been automatically sent to all parties to the agreement.

You can view **the document** in your EchoSign account.

**Why use EchoSign:**

Case: 14-30725   Doc# 452-9   Filed: 02/11/16   Entered: 02/11/16 13:34:07   Page 2 of 2

 Hashfast Support Please eSign HashFast Refund Form for Order #4243

