Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT EVAN SKREEN IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #193**<br><br>Judge: Hon. Dennis Montali |

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Page 1

**DECLARATION OF EVAN SKREEN**

I, Evan Skreen, declare as follows:

       1.     Exhibit C hereto is a true and correct copy of the order confirmation I received on March 4, 2014 from HashFast showing the instruction to send $6,330.21 by wire transfer to its account at Silicon Valley Bank.

       2.     Exhibit D hereto is a true and correct copy of the wire transfer of $6,330.21 that I made on March 4, 2014 from my Wells Fargo bank account to the HashFast account at Silicon Valley Bank.

       3.     I completed the wire transfer and I have not received any HashFast equipment or a refund.

       4.     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this __4th__ day of February 2016 at Clinton Township(city), ___Michigan___ (State or province), _____USA_____(Country).

_____
Evan Skreen

Page 2

Page 2

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901