# EXHIBIT C



Evan Skreen <eskreen@gmail.com>

**Your HashFast order receipt from 03/04/2014**
1 message

**HashFast Technologies** <sales@hashfast.com>  Tue, Mar 4, 2014 at 12:03 PM
To: eskreen@gmail.com



# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

## Our Bank Details

### HashFast Technologies LLC - Silicon Valley Bank

- Account Number: ██████5645
- Sort Code: **121140399**
- BIC: **SVBKUS6S**

## Order: #6338

Case: 14-30725   Doc# 453   Filed: 02/11/16   Entered: 02/11/16 13:39:36   Page 2 of 3
Case 14-30725    Claim 231    Filed 09/11/14    Desc Main Document    Page 4 of 9

| Product | Quantity | Price |
|---|---|---|
| Sierra Evo (Batch 2) | 1 | $6,000.00 |
| **Cart Subtotal:** | | $6,000.00 |
| **Shipping:** | | $330.21 via FedEx Standard Overnight |
| **Order Total:** | | $6,330.21 |

**Note:** Notes about your order, e.g. special notes for delivery.

# Customer details

**Email:** eskreen@gmail.com

**Tel:** 7633811143

# Billing address

Evan Skreen
Company name
1886 North Budd Ave.
Apartment, suite, unit etc. (optional)
Maple Plain, Minnesota 55359

# Shipping address

Evan Skreen
Company name
1886 North Budd Ave.
Apartment, suite, unit etc. (optional)
Maple Plain, Minnesota 55359

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).