Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**DECLARATION OF CLAIMANT DAVID SPRINGER IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #213**<br><br>Judge: Hon. Dennis Montali |

Page 1

# DECLARATION OF DAVID SPRINGER

I, David Springer, declare as follows:

1. <u>Exhibit C</u> hereto is a true and correct copy of the order confirmation I received on November 9, 2013 from HashFast showing the instruction to transfer $6,606.53 by wire to the HashFast Silicon Valley Bank account to pay for order #2796. I completed this wire transfer on November 9, 2013.

2. <u>Exhibit D</u> hereto is a true and correct copy of the order confirmation I received on November 10, 2013 from HashFast showing the instruction to transfer $13,213.06 by wire to the HashFast Silicon Valley Bank account to pay for order #2807. I completed this wire transfer on November 10, 2013.

3. <u>Exhibit E</u> hereto is a true and correct copy of the order confirmation I received on November 16, 2013 from HashFast showing the instruction to transfer $6,56.70 by wire to the HashFast Silicon Valley Bank account to pay for order #2973. I completed this wire transfer on November 16, 2013.

4. <u>Exhibit F</u> hereto is a true and correct copy of the order confirmation I received on November 16, 2013 from HashFast showing the instruction to transfer $6,56.70 by wire to the HashFast Silicon Valley Bank account to pay for order #2974. I completed this wire transfer on November 16, 2013.

5. <u>Exhibit G</u> hereto is a true and correct copy of the email I sent HashFast CEO Eduardo deCastro ("deCastro") on February 7, 2014 requesting a refund because HashFast had failed to deliver any equipment.

6. <u>Exhibit H</u> hereto is a true and correct copy of the HashFast Refund Request Form that I received from HashFast and that I completed and attached to my February 7, 2014 email to deCastro.

7. <u>Exhibit I</u> hereto is a true and correct copy of the email I received on February 10, 2014 from deCastro in which he acknowledged that my orders were due a refund and that a refund would be forthcoming.

Page 2

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

8. I have not received my HashFast orders #2796, #2807, #2973, and #2974, and I have not received any refund of my purchase payments.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 4th day of February 2016 at MT. AiRy (city), MARYLAND (State or province), USA (Country).

*David Springer*