# EXHIBIT D

**David Springer**

From: HashFast Technologies <sales@hashfast.com>
Sent: Sunday, November 10, 2013 6:18 PM
To: d_springer@yahoo.com
Subject: Your HashFast Technologies order receipt from November 10, 2013



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

## Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number: ███████5645
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

## Order: #2807

| Product | Quantity | Price |
|---|---|---|
| Sierra 1,200 GH/s | 2 | $12,600 |
| **Cart Subtotal:** | | $12,600 |

1

| | |
|---|---|
| Shipping: | $613.06 via Next Day Air Early AM (UPS) |
| Order Total: | $13,213.06 |

# Customer details

Email: d_springer@yahoo.com

Tel: 410-730-4208

## Billing address

David Springer
4095 Lomar Drive
Mt. Airy, Maryland 21771

## Shipping address

David Springer
4095 Lomar Drive
Mt. Airy, Maryland 21771

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

2

Case 14-30725 Doc# 454-3 Filed: 02/11/16 Entered: 02/11/16 13:50:48 Page 3 of 3
Case 14-30725 Claim 213 Part 2 Filed 09/15/14 Desc Proof of Claim Order Confirmations Page 2 of 8