# EXHIBIT F

| | |
|---|---|
| **From:** | HashFast Technologies <sales@hashfast.com> |
| **Sent:** | Saturday, November 16, 2013 7:39 PM |
| **To:** | d_springer@yahoo.com |
| **Subject:** | Your HashFast Technologies order receipt from November 17, 2013 |



## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order wont be shipped until the funds have cleared in our account. ABA Routing number is listed as the Sort Code. BIC/Swift Code is used for International customers only.

# Our Details

- Account Name: **HashFast Technologies LLC**
- Account Number: ███████ **5645**
- Sort Code: **121140399**
- Bank Name: **Silicon Valley Bank**
- BIC: **SVBKUS6S**

# Order: #2974

| Product | Quantity | Price |
|---|---|---|
| Sierra 1,200 GH/s | 1 | $6,300 |
| **Cart Subtotal:** | | $6,300 |

1

| Shipping: | $265.70 via Next Day Air Saver (UPS) |
| Order Total: | $6,565.70 |

# Customer details

**Email:** d_springer@yahoo.com

**Tel:** 410-730-4208

## Billing address

David Springer
4095 Lomar Drive
Mount Airy, Maryland 21771

## Shipping address

David Springer
4095 Lomar Drive
Mount Airy, Maryland 21771

If you have quesitons about your order, please contact customer service at **sales@hashfast.com** or call us during pacific standard business hours at (800)609-3445.

2

Case 14-30725 Doc# 453 Filed 02/14/16 Entered 02/14/16 13:50:48 Page 3
Case 14-30725 Doc# 283 Filed 02/11/16 Entered 02/11/16 13:50:48 Desc Exhibit of Claim Order Confirmation 3 Page 8 of 8