**EXHIBIT G**

# Sovereign Funding Group

| | |
|---|---|
| **From:** | Sovereign Funding Group <info@sovereignfunding.com> |
| **Sent:** | Friday, February 07, 2014 3:53 PM |
| **To:** | Eduardo Decastro - Hashfast |
| **Cc:** | 'Refunds@HashFast.com'; Simon Barber - Hashfast; Amy Woodward - Hashfast; 'john.skrodenis@gmail.com'; 'samantha.a.owusu@gmail.com' |
| **Subject:** | Refund Request - Orders 2796, 2807, 2973, 2974 |
| **Attachments:** | HashFast Refund Demand Letter dated February 7, 2014.pdf |
| **Importance:** | High |

Dear Mr. Eduardo deCastro,

Please find attached a copy of our request for an immediate refund on orders 2796, 2807, 2973, 2974. A notarized copy of the attached document is being couriered to your office located at 100 Bush Street Suite 650, San Francisco, CA 94104.

When we purchased these units the HashFast sales page stated that the units would be delivered between the middle to the end of January 2014. Additionally Cara Johnson verbally confirmed directly to us on two separate occasions that our units would be delivered before the end of January 2014. At the time Ms. Johnson was calling our corporate office and our answering system states that all conversations are recorded.

Over the past month we have left literally dozens of messages requesting that someone at HashFast Customer Support give us a simple update on our orders but no one from HashFast has ever made a single attempt to reply to any of our calls/emails/faxes etc. We have been dealing with multiple other companies in this sector and we have never run into anything like this and we simply cannot do business with a company that treats its customers in this fashion.

Please immediately wire $32,950.99 to Bank of America, 1 E Ridgeville Blvd, Mt Airy, MD 21771, Routing ABA Number 122400724 and credit the account of David Springer, Account Number: ███████0854 so that no further action on our part is necessary.


Sincerely,

David Springer

1

Case: 14-30725　Doc# 454-3　Filed: 02/10/16　Entered: 02/11/16 13:50:48　Page 2
Case 14-30725　Claim 213 Part 3　Filed 09/17/14　Desc Proof of Claim Addendum of 2　Page 1 of 6
Supporting Docs