# EXHIBIT I

# Sovereign Funding Group

| | |
|---|---|
| **From:** | Sovereign Funding Group <info@sovereignfunding.com> |
| **Sent:** | Monday, February 10, 2014 5:00 PM |
| **To:** | 'Eduardo de Castro' |
| **Cc:** | Simon Barber - Hashfast; 'john.skrodenis@gmail.com' |
| **Subject:** | RE: Touching Base |
| **Importance:** | High |

Eduardo,

I appreciate your getting back to me so quickly! I am dealing with a small but very wealthy group of investors who have been calling me daily requesting updates and when I don't have firm dates etc. they become very unpleasant. Several of the investors are very successful attorneys and they like to threaten to sue every time they don't get exactly what they were expecting. It is exasperating at times.

Our orders were the following;

| | |
|---|---|
| HashFast #2807 | $13,213.06 |
| HashFast #2796 - | $ 6,606.53 |
| HashFast #2973 | $ 6,565.70 |
| HashFast #2974 | $ 6,565.70 |
| Total Wire Transfers | --------------- |
| To HashFast: | $32,950.99 |

The account to wire the funds to is below and my signed and notarized letter to HashFast is being delivered to your Bush Street address (UPS 1ZRW7251A692304832) tomorrow.

**Bank of America**
1 E Ridgeville Blvd, Mt Airy, MD 21771
To credit the account of:
**David Springer**
ABA: 122400724
Account: 004963030854

Sincerely,

**David Springer**
**Sovereign Funding Group**
www.SovereignFunding.com
Toll Free Phone/Fax: 877-836-4661
International Phone: 410-730-4208
International Fax: 443-458-7733

**From:** Eduardo de Castro [mailto:eduardo@hashfast.com]
**Sent:** Monday, February 10, 2014 3:04 PM
**To:** David Springer
**Subject:** Re: Touching Base

Hi Jerry,

Sorry to hear about that - and particularly about the customer support email issues.
We have had significant problems with that, which is not right; all emails to customer support should be answered, and promptly.

We are doing some changes to fix that - for one, firing the person in charge of it, and replacing her with someone far more capable.   The internal target is to get responses to all emails out in 24 hours or less by Friday.

As far as the refund, we'd be happy to; whenever we've failed to hit a delivery date we've sent a refund check to every customer who asked for a refund (including the small minority of Batch 1 customers who accused us of everything under the sun in the refund-us-in-BTC controversy)

I'm not sure where your orders are at (as I recall, you had several) - but absolutely; any order that's past it's deliver-by date we will promptly refund.

On other fronts, things are coming along - production is still not where it ought to be, but we are catching up and expect to be done with Batch 1 and proceed into batch 2 shortly.  The ASIC itself is preforming exceedingly well (see attached chip performance review - not yet public, BTW)  and the main thing we are focusing on now is fixing yield and manufacturability issues with the modules, which we are making good progress on.
Catch you soon, and

Regards,


E.




**Eduardo deCastro**
**Founder and CEO, HashFast**

**Confidentiality Notice:** This email message is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you for your cooperation.


On Mon, Feb 10, 2014 at 9:03 AM, David Springer <d_springer@yahoo.com> wrote:

Eduardo,



I emailed and couriered a cancellation for our 5 Sierras last Friday.  I just wanted to let you know that our {Securities & Exchange Regulation D} Cryptocurrency Fund (it has 11 "sophisticated" investors) and they are a bit of a paranoid group.

I just wasn't getting any feedback from HashFast Customer Support and they were getting more and more pissed by the day.

If you can refund the funds that we sent you in November sometime this week it would help reduce a lot of needless legal fees on both our sides.

The investors said that they will sue HashFast on February 17th, 2014 if the refund is not done by then.

I am sorry about all of this but I am behind a rock and a hard place on this one.

Regards,

David Springer

Sovereign Funding Group

www.SovereignFunding.com

Toll Free Phone/Fax: 877-836-4661

International Phone: 410-730-4208

International Fax: 443-458-7733