Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |

**GALLO CREDITORS'**

**(1) RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE) AS TO ARISTEIDIS DIONISATOS, CLAIM #188, AND**

**(2) REQUEST FOR HEARING**

Judge: Hon. Dennis Montali

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby respond to the Liquidating Trustee's Fourth Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1.    Identity of the Affected Gallo Creditors

Gallo Creditor Aristeidis Dionisatos ("Dionisatos") is identified in the Liquidating Trustee's Fourth Omnibus Objection to Claims (Docket #406). Dionisatos is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|----------|-----------|--------------|-------------------|---------------------|
| Aristeidis Dionisatos | 188 | $3,812.03 | $3,812.03 | Docket #179, p. 32 |

Dionisatos submitted the timely claim #188 (See Exhibit A) arising from his purchase of HashFast mining equipment on Order #3521, his payments in bitcoin to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Dionisatos's claim of $3,812.03 in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #3521. See Exhibit B for the Liquidating Trustee's Objection to Dionisatos's claim #188.

## 2.    Claimant paid for his order and, because HashFast did not deliver any product, was due a refund, and his claim is valid.

Because HashFast's sales were bitcoin transactions, sometimes through third parties, the usual payment records do not always exist or can be difficult to obtain. Bitcoin transactions are by their very nature anonymous. But records maintained of all bitcoin transactions at the website https://blockchain.info/address provide the following data which comprise the "blockchain" of each transaction: transaction number, date of transaction, amount of bitcoin (BTC) transacted, sending address, and receiving address. After placing an order, a HashFast customer received a confirmation with instructions for

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

sending bitcoin payments from the customer's bitcoin transaction address to the designated HashFast address.

On November 28, 2013, HashFast sent an email to Dionisatos confirming his order #3521 and instructing him to pay for his order by sending 3.81878926 BTC to its receiving bitcoin address 1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc. See accompanying Declaration of Aristeidis Dionisatos ("Dionisatos Declaration"), ¶1 and Exhibit C thereto for the emailed order confirmation from HashFast with this instruction.

On November 28, 2013 Dionisatos completed the bitcoin transaction dca5c0db54f885baff94c2badb80dbd12e8bae6698a7ee64012a924f79a45819 by sending 3.81878926 BTC from his addresses 13kUqgVDV2AmdDvRSM6Lxn3b9oZrrSHGcP and 17GqsoAJYsce9h7vCazuJE2RqRbDmipnjN to the HashFast address 1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc corresponding to the instruction in the order confirmation. See Dionisatos Declaration, ¶2 and Exhibit D thereto for the blockchain record of Dionisatos's purchase for order #3521.

The U.S. dollar exchange value for these bitcoins then was $3,812.03.

Dionisatos did not receive his order #3521. See Dionisatos Declaration, ¶4.

## 3.    Conclusion

The blockchain evidence, HashFast's own emails to Dionisatos, and Dionisatos' declaration establish that Dionisatos paid for his HashFast order in bitcoin. The Court should overrule the Liquidating Trustee's Fourth Omnibus Objection to Claim #188 submitted by Aristeidis Dionisatos.


DATED:  February 16, 2016            **RESPECTFULLY SUBMITTED,**

**GALLO LLP**


By:   */s/ Ray E. Gallo*
_____
                Ray E. Gallo
                Attorneys for the Gallo Creditors