Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866 |
| Debtor. | Chapter 11 |
| | **DECLARATION OF CLAIMANT ARISTEIDIS DIONISATOS IN SUPPORT OF RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIM #188** |
| | Judge: Hon. Dennis Montali |

Page 1

# DECLARATION OF ARISTEIDIS DIONISATOS

I, Aristeidis Dionisatos, declare as follows:

1. Exhibit C hereto is a true and correct copy of the emailed order confirmation I received November 28, 2013 from HashFast showing the bitcoin address 1LzQ37ohcCbv9ABpY6mXvnEieCojDLptTK to which HashFast's confirmation instructed me to make my bitcoin payment of 3.81878926 BTC.

2. Exhibit D hereto is a true and correct copy of a printed version of the blockchain for bitcoin transaction dca5c0db54f885baff94c2badb80dbd12e8bae6698a7ee64012a924f79a45819 dated November 28, 2013 for order #3521 as displayed by the website https://blockchain.info/address/1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc. It shows 3.81878926 BTC being sent from my addresses 13kUqgVDV2AmdDvRSM6Lxn3b9oZrrSHGcP and 17GqsoAJYsce9h7vCazuJE2RqRbDmipnjN to the HashFast address 1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc corresponding to my order #3521 confirmation. The U.S. dollar exchange value for these bitcoins then was $3,802.03. The amount of my claim #188 is $3,802.03.

3. I am the owner of the sending addresses shown in Exhibit D.

4. I have not received my HashFast order #3521.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 12 day of February 2016 at Belleville (city), Ontario (State or province), Canada (Country).

Aristeidis Dionisatos

1299 Fourth St., Suite 505
San Rafael, CA 94901