# EXHIBIT C



Case: 14-30725    Doc# 456    Filed 02/16/16    Entered: 02/16/16 09:19:46    Page 2 of 2
Case: 14-30725    Claim 108    Filed 09/11/14    Desc Main Document    Page 4 of 9

1 of 1    6/11/2014 1:27 PM