**EXHIBIT D**

Home Charts Stats Markets API Wallet English

# Bitcoin Address

Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | 1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

| Transactions | |
|---|---|
| No. Transactions | 2 |
| Total Received | 3.81878926 BTC |
| Final Balance | 0 BTC |

Request Payment Donation Button

## Transactions (Oldest First)

Filter

e8512a117d0e592b4f971a443789d40dc8dd0203e7b026ce7c7aac7a53ec69cf **2014-01-13 20:10:54**

1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc → 1FdoBVep7xteJpoqLgrB6QZdJs65uusGKX 28.6454567 BTC; 3JC8rjn9wLBV42ryLdPxUYtt53jBUxwfjc 300 BTC

-3.81878926 BTC

dca5c0db54f885baff94c2badb80dbd12e8bae6698a7ee64012a924f79a45819 **2013-11-28 23:41:37**

13kUqgVDV2AmdDvRSM6Lxn3b9oZrrSHGcP
17GqsoAJYsce9h7vCazuJE2RqRbDmipnjN
→ 1FP4PVoNkAKGuMFaYooAJLezojDfzqRAVc 3.81878926 BTC

3.81878926 BTC

