Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE) AS TO THANH LANH TRAN, CLAIM #229, AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

RESPONSE TO TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS

Case: 14-30725

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby respond to the Liquidating Trustee's Fourth Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1.    Identity of the Affected Gallo Creditors

Gallo Creditor Thanh Lanh Tran ("Tran") is identified in the Liquidating Trustee's Fourth Omnibus Objection to Claims (Docket #406). Tran is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Thanh Lanh Tran | 229 | $6,794.27 | $6,794.00 | Docket #179-1, p. 63 |

Tran submitted the timely claim #229 (See <u>Exhibit A</u>) arising from his purchase of HashFast mining equipment on Order #2992, his payments to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Tran's claim of $6,794.27 in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his Order #2992. See <u>Exhibit B</u> for the Liquidating Trustee's Objection to Tran's claim #229.

## 2.    Claimant paid for his order and, because HashFast did not deliver any product, was due a refund, and his claim is valid.

On November 19, 2013 HashFast instructed Tran to pay for order #2992 by sending $6,794.27 by wire transfer to its account at Silicon Valley Bank. See <u>Exhibit C</u> hereto for a copy of the emailed order confirmation from HashFast with this instruction.

On November 19, 2013 Tran wired $6,794.27 from his bank account at ABN AMRO Bank N.V. to the HashFast account at Silicon Valley Bank. See <u>Exhibit D</u> hereto for a copy of the wire transaction report corresponding to Tran's order #2992 and containing notations translating portions of the report from Dutch to English.

**Gallo LLP**
**1299 Fourth St., Suite 505**
**San Rafael, CA 94901**

After he made his payment and did not receive his order, Tran exchanged a series of emails with HashFast, including several authored by HashFast CEO Eduardo deCastro ("deCastro"). See Exhibit E hereto for a copy of the list of emails exchanged between Tran and HashFast.

In particular, on May 8, 2014 Tran received an email from deCastro apologizing for the non-delivery of his order: "again, thank you for bearing with us." DeCastro also said he did not know when Tran's "Batch 3 Sierra" he ordered would ship. See Exhibit F hereto for a copy of deCastro's email to Tran.

Tran also received, on May 9, 2014, an email from deCastro again acknowledging that his order had not and would not ship out. See Exhibit G hereto for a copy of deCastro's email to Tran.

Lastly, on May 13, 2014, Tran received from HashFast employee Amy Abascal ("Abascal") an email confirming his order #2992 would not ship because the company was in bankruptcy proceedings. See Exhibit H hereto for a copy of Abascal's email to Tran.

## 3.    Conclusion

The wire transfer statement and HashFast's own emails to Tran establish that Tran paid for his order and never received any equipment. The Court should overrule the Liquidating Trustee's Fourth Omnibus Objection to Claim #229 submitted by Thanh Lanh Tran.

DATED:  February 16, 2016                    **RESPECTFULLY SUBMITTED,**

**GALLO LLP**


By:  _/s/ Ray E. Gallo_
                                                    Ray E. Gallo
                                                    Attorneys for the Gallo Creditors