**EXHIBIT D**





betaald = paid