**EXHIBIT E**



