# EXHIBIT F



Date: Thu, 8 May 2014 16:26:20 -0700
Subject: Re: Call conversation and i wait for your 3 offers.
From: eduardo@hashfast.com
To: tltran@live.com
CC: amya@hashfast.com

Hi Thanh,

It was really good to speak with you as well - and again, thank you for bearing with us.
We really should have been doing a lot more communicating all along, back from when our contractor making the initial board did a bad job, and our delay problems started.

Even so - as we said, the thing to do right now it to focus on the way forward, and give customers who are waiting for their orders as many options as possible.
I've emailed our production folks to find out more about when your Batch 3 Sierra would ship - still dont have an answer for that, but I'll get that to you as soon as I get it.

Still, overall, for a Batch 3 Sierra your 3 options are:
=========================================
1- Continue on the refund queue
   as you are now

2- Receive your Sierra
   Which I expect to be able to give you more schedule clarity on in my next email

3- Receive ASICs instead of your Sierra
   Taking ASICs instead of finished units will be much more capacity, but it will also be more work (since it will be just the ASICs, not a finished mining board with ASICs in it)
   As far as the number, I just looked in the chip conversion chart, and for a Batch 3 Sierra you would get 9 ASICs.
   In terms of total capacity, 9 ASICs works out to between 6.3Th and 6.75Th (since each one can run at 700-750 Gh/s each - see setup.hashfast.com/rpi)

   That's 5.2X to 5.7x - which is good, but it's less than 8-10x. Apologies for that; as I said over the phone I didnt have the figure
   for Batch 3 Sierras in front of me when we spoke, so all I could really say is that it would be "many times more".
=========================================

I strongly feel this is the right thing to do; offer people multiple options, and let them select whichever one works best for them.
I'll email you with more details of each one as soon as I get it, and

Thank you again,

Eduardo