**EXHIBIT G**

Case: 14-30725   Doc# 457-7   Filed: 02/16/16   Entered: 02/16/16 09:24:15   Page 1 of 2

