Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors
Hamilton Hee, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**GALLO CREDITORS'**<br><br>**(1) RESPONSE TO LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE) AS TO PRICE GIVENS, CLAIM #193, AND**<br><br>**(2) REQUEST FOR HEARING**<br><br>Judge: Hon. Dennis Montali |

Page 1

The 82 creditors of HashFast represented by Gallo LLP (collectively, the "Gallo Creditors"), and each of them, but particularly the one identified below, hereby respond to the Liquidating Trustee's Fourth Omnibus Objection of Claims as follows and request an evidentiary hearing regarding the validity of their claims.

## 1. Identity of the Affected Gallo Creditors

Gallo Creditor Price Givens ("Givens") is identified in the Liquidating Trustee's Fourth Omnibus Objection to Claims (Docket #406). Givens is shown in the table below with his claim number, claim amount, and his Schedule F amount.

| Claimant | Claim No. | Claim amount | Schedule F Amount | Schedule F location |
|---|---|---|---|---|
| Price Givens | 193 | $7,169.69 | $7,170.00 | Docket #179-1, p. 46 |

Givens submitted the timely claim #193 (See Exhibit A) arising from his purchase of HashFast mining equipment on order #2335, his payments to HashFast for this equipment, and HashFast's failure to deliver that equipment.

The Liquidating Trustee seeks an Order disallowing Givens's claim of $7,169.69 in its entirety based on his purported failure "to provide any evidence demonstrating a payment to or debt owing to the Debtor or Estate" for his orders #2335. See Exhibit B for the Liquidating Trustee's Objection to Givens's claim #193.

## 2. Claimant paid for his order and, because HashFast did not deliver any product, was due a refund, and his claim is valid.

On October 17, 2013 HashFast instructed Givens to pay for order #2335 by sending 49.80334815 BTC to the address 1LAiYNLQffdYnwVvF665E6j6Ukd6bEPzYD or send $7,169.69 by wire transfer to its account at Silicon Valley Bank. See Exhibit C hereto for a copy of the emailed order confirmation from HashFast with this instruction. Givens wired $7,169.69 to Silicon Valley Bank on October 17, 2013.

After HashFast did not deliver his order and Givens submitted a request for a refund, HashFast sent Givens, on March 23, 2014, an email acknowledging that it was

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

processing his refund and offering him a special upgrade deal for faster "Evo" machines as an alternative to a refund. HashFast would not have made this upgrade offer to Givens if Givens had not paid for his order #2335. See <u>Exhibit D</u> hereto for a copy of this emailed acknowledgment and offer.

Givens has not received his order or his requested refund.

### 3. Conclusion

The evidence submitted with Givens's claim #193 and HashFast's own emails acknowledging Givens's refund request and offering him an upgrade instead of a refund establish that Givens paid for his orders. The Court should overrule the Liquidating Trustee's Fourth Omnibus Objection to Claim #193 submitted by Price Givens.

DATED: February 16, 2016　　　　　　　　　**RESPECTFULLY SUBMITTED,**

**GALLO LLP**

By: _/s/ Ray E. Gallo_
　　　Ray E. Gallo
　　　Attorneys for the Gallo Creditors

Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901