# EXHIBIT C

# Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

Amount (BTC): **49.80334815**

Address: **1LAiYNLQffdYnwVvF665E6j6Ukd6bEPzYD**

QR Code:



Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #2335

| Product | Quantity | Price |
|---|---|---|
| Sierra (1.2TH/s) – November → Second Batch Sierra – Without Miner Protection Program™ | 1 | $7,080 |
| Cart Subtotal: | | $7,080 |
| Shipping: | | $89.69 via 2nd Day Air AM (UPS) |
| Order Total: | | $7,169.69 |

Note: This will be purchased with a wire transfer.

## Customer details

Email: pricegivens@gmail.com

Tel: 5618868105

## Billing address

Price Givens
404 LLC
61875 Broken Top Dr #27
Bend, Oregon 97702

## Shipping address

Price Givens
404 LLC
61875 Broken Top Dr #27
Bend, Oregon 97702

If you have questions about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (900)609-3445

Using Opera's mail client: http://www.opera.com/mail/

Price Givens <pricegivens@gmail.com>   10/17/13

I've wired money from 404 LLC with my order #2335 as a reference. Remittance dkz357h29.

Case 14-30725   Doc# 458-3   Filed 02/16/16   Entered 02/16/16 09:30:10   Page 4 of 4
Case 14-30725   Claim 193   Filed 09/11/14   Desc Main Document   Page 2 of 2