# EXHIBIT D

Case: 14-30725    Doc# 458-4    Filed: 02/16/16    Entered: 02/16/16 09:30:10    Page 1 of 3

# Evo Upgrade Offer  Inbox x

**The HashFast Team** support@hashfast.com via mail150.wdc02.mcdlv.net    Mar 27
to me

Is this email not displaying correctly?
View it in your browser.



## Evo Upgrade Offer

Dear Price,

We are currently processing your refund request, however we wanted to inform you of an opportunity that we extended to customers to upgrade their order. We wanted to extend the same option to you and your order.

### Options to Upgrade to Evo

Please note that Evo batches are not only manufactured faster than our first-generation boards, but are also built at a manufacturing facility separate from our first-gen Batch-2, 3, and 4 orders. **And because we are able to produce Evo boards quicker, we would like to offer an upgrade to your order at no additional cost, with shipments beginning in May, 2014.**

- For every 400 GH/s **Baby Jet** ordered, we will send you our **Yoli Evo Mining Board** as well as a power supply and liquid cooling system. This will get you hashing up to 800 GH/s, in an open configuration without the chassis (just bring your own controller).
- For every 400 GH/s **Baby Jet Upgrade Kit**, we will send you a **Yoli Evo Mining Board**.
- For each 1.2 TH/s **Sierra** ordered, we are offering to upgrade your order to a **Sierra Evo Kit** capable of 2.0 TH/s, composed of three Yoli Evo Mining Boards, chassis and three liquid coolers (just bring your own power supplies).

### Shipping Updates

- All **Evo Batch**-1 orders are still on-track for April, 2014, and **Evo Batch**-2 for May, 2014.

If you wish to take advantage of any of these upgrade conversions, please reply to this email with your original order number(s) and further instructions will be provided.

Thank You,

The HashFast Team

Case: 14-30725    Doc# 458-4    Filed: 02/16/16    Entered: 02/16/16 09:30:10    Page 2 of 3

follow on Twitter | friend on Facebook | forward to a friend

Copyright © 2014 HashFast Technologies LLC, All rights reserved.
HashFast Customer
**Our mailing address is:**
HashFast Technologies
100 Bush St
San Francisco, CA 94103

Add us to your address book

unsubscribe from this list | update subscription preferences