Ray E. Gallo (State Bar No. 158903)
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800
rgallo@gallo-law.com

*Attorneys for Gallo Creditors*
*Hamilton Hee, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with *In re HashFast LLC*, Case No. 14-30866<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE IDENTIFICATION OF EXHIBITS IN DCKTS #452-7 AND #454-3**<br><br>Judge: Hon. Dennis Montali |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the slip sheet for Document No. 452-7 filed February 11, 2016, misidentified the exhibit as "Exhibit E." The slip sheet should have identified Document No. 452-7 as "Exhibit F." The Document No. 454-3, filed on February 11, 2016, is missing a slip sheet identifying the exhibit as "Exhibit B."

Page 1

DATED: February 16, 2016        **RESPECTFULLY SUBMITTED,**

                                                     **GALLO LLP**

                                       By:   */s/ Ray E. Gallo*
                                                                          Ray E. Gallo
                                                       Attorneys for the Gallo Creditors