Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: |
| | Case No. 14-30866 DM |
| | Chapter 11 |

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), by and through his undersigned counsel, and Hypertechnologie Ciara Inc. (the "**Claimant**") hereby stipulate and agree as follows:

1. The Trustee filed an objection to claim, dated November 25, 2015 (the "**Objection to Claim**"), against Proof of Claim No 174 filed by Claimant.

2. The current deadline to respond to the Objection to Claim is March 16, 2016 (the "**Response Deadline**").

3. The Trustee and the Claimant hereby agreed to extend the Response Deadline to and including April 16, 2016 without prejudice to any further extensions as agreed by the parties.

608514898.1

Dated: March 15, 2016

| BAKER HOSTETLER LLP | GREENBERG TRAURIG, P.A. |
|---|---|
| *[signature]* | *[signature]* |
| Ashley M. McDow, Esq. | John R. Dodd, Esq. |
| Michael T. Delaney, Esq. | 333 S.E. 2nd Avenue Suite 4400 |
| 11601 Wilshire Blvd., Suite 1400 | Miami, FL 33131 |
| Los Angeles, CA 90025-0509 | Telephone: 305.579.0500 |
| Telephone: 310.820.8800 | Facsimile: 305.579.0717 |
| Facsimile: 310.820.8859 | Email: doddj@gtlaw.com |
| Email: amcdow@bakerlaw.com | |
| mdelaney@bakerlaw.com | |
| | |
| *Counsel for Michael G. Kasolas, the Trustee* | *Counsel to Hypertechnologie Ciara Inc.* |

608514898.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.** will be served or was served **(a)** on the judge in chambers in the form; and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 15, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On March 15, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Graham Adams    gadams@takelap.com
Servaas Tilkin    servaas.tilkin@gmail.com
Ray E. Gallo    rgallo@gallo-law.com
Process General
c/o Victor Delaglio    NEF@Processgeneral.com
William R. Gougér    bill.gouger@summitcapitalllc.com
Craig Beech    craigbeech@gmail.com
Michael Gao    Urazexo378@gmail.com
Scott Gray    elphenom@yahoo.com
Wy Gost    wygost@yahoo.com
Paul Montague    paul_montague99@hotmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
- **Venkat Balasubramani**   venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**   tom@tburnslaw.com
- **Greg P. Campbell**   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**   pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**   mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**   cdjang@rutan.com
- **Fahim Farivar**   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- **W. Keith Fendrick**   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**   bgaschen@wgllp.com
- **Julie M. Glosson**   julie.m.glosson@usdoj.gov
- **Elizabeth A. Green**   egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**   rob@bindermalter.com
- **Geoffrey A. Heaton**   gheaton@duanemorris.com
- **Reginald R. Hindley**   hindleylaw@gmail.com
- **David Holtzman**   david.holtzman@hklaw.com, angela.ius@hklaw.com
- **Ori Katz**   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- **Ashley McDow**   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- **Jessica M. Mickelsen**   jessica.mickelsen@kattenlaw.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- **Aron M. Oliner**   roliner@duanemorris.com
- **Douglas R. Pahl**   dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**   dpoitras@jmbm.com
- **Gregory A. Rougeau**   grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
- **Craig Stuppi**   craig@stuppilaw.com
- **Sarah M. Stuppi**   sarah@stuppilaw.com
- **Christopher D. Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- **Nancy Weng**   nweng@trinhlawfirm.com, kim@trinhlawfirm.com

**2. SERVED BY UNITED STATES MAIL**:
MANUAL NOTICE PARTIES

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris, LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

~~Ray E. Gallo~~
~~Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901~~
(prefers email - rgallo@gallo-law.com)

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

| | | |
|---|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | 100 Bush Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA 94104 |
| San Francisco Court Appointed Special Advocates<br>2535 Mission Street<br>San Francisco, CA 94110 | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| | | |
|---|---|---|
| Liquidbits Corp.<br>20201 E. County Club Dr. #1502<br>Aventura, FL 33180-3282 | ~~Benjamin Lindner~~<br>~~9035 Grayland Drive~~<br>~~Apartment E~~<br>~~Knoxville, TN 37923-4014~~<br>(Returned mail 1/8/15) | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada |
| Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III,<br>Deans& Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 | ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~ | Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 |
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123-2319 | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674-0032 | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Koi Systems Ltd<br>1191 Center Point Drive #A<br>Attention: Brian Edgeworth<br>Henderson, NV 89074-7891 | Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148-4411 |
| Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton L<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>(New address 4/16/15) | Uniquify, Inc.<br>2030 Fortune Drive #200<br>Attn: Robert Smith<br>San Jose, CA 95131-1835 |

608514898.1

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~
(Returned mail 11/17/2014)

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

**MEMBERS OF THE UNSECURED CREDITORS COMMITTEE**

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NV 89123

Antony Vo
c/o Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
(Returned mail 3/31/15)

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Uniquify Inc.
Attn: Robert Smith
2030 Fortune Drive #200
San Jose, CA 95131

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230