

Ashley M. McDow (245114)  Signed and Filed: March 15, 2016
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
        mdelaney@bakerlaw.com

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No. 14-30866 DM |
| | Chapter 11 |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.**

A Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara Inc., by and between Michael G. Kasolas, the Trustee for the Liquidating Trust, and Hypertechnologie Ciara Inc., having been filed on March 15, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

  A. The Stipulation is approved; and

  B. The deadline for Hypertchnologie Ciara Inc. to respond to the objection to its claim is hereby extended from March 16, 2016 to April 16, 2016.

**END OF ORDER**