Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a California limited liability company.

Chapter 11

Case No. 14-30725

Jointly Administered and Substantively Consolidated with:

Case No. 14-30866 DM

Chapter 11

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), by and through his undersigned counsel, and Hypertechnologie Ciara Inc. (the "**Claimant**") hereby stipulate and agree as follows:

1. The Trustee filed an objection to claim, dated November 25, 2015 (the "**Objection to Claim**"), against Proof of Claim No 174 filed by Claimant.

2. The current deadline to respond to the Objection to Claim is April 16, 2016 (the "**Response Deadline**").

3. The Trustee and the Claimant hereby agreed to extend the Response Deadline to and including May 16, 2016 without prejudice to any further extensions as agreed by the parties.

608707758.1

Dated: April 15, 2016

| BAKER HOSTETLER LLP | GREENBERG TRAURIG, P.A. |
|---|---|
| *[signature]* | *[signature]* |
| Ashley M. McDow, Esq.<br>Michael T. Delaney, Esq.<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: amcdow@bakerlaw.com<br>    mdelaney@bakerlaw.com | John R. Dodd, Esq.<br>333 S.E. 2nd Avenue Suite 4400<br>Miami, FL 33131<br>Telephone: 305.579.0500<br>Facsimile: 305.579.0717<br>Email: doddj@gtlaw.com |
| *Counsel for Michael G. Kasolas, the Trustee* | *Counsel to Hypertechnologie Ciara Inc.* |

608707758.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.** will be served or was served **(a)** on the judge in chambers in the form and in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 15, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On April 15, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General | |
| c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
- Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns    tom@tburnslaw.com
- Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang    cdjang@rutan.com
- Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen    bgaschen@wgllp.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris    rob@bindermalter.com
- Geoffrey A. Heaton    gheaton@duanemorris.com
- Reginald R. Hindley    hindleylaw@gmail.com
- David Holtzman    david.holtzman@hklaw.com, angela.ius@hklaw.com
- Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner    roliner@duanemorris.com
- Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras    dpoitras@jmbm.com
- Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
- Craig Stuppi    craig@stuppilaw.com
- Sarah M. Stuppi    sarah@stuppilaw.com
- Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

   **MANUAL NOTICE PARTIES**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris,LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wien, Austria | ~~Ray E. Gallo~~<br>~~Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~<br>(prefers email - rgallo@gallo-law.com) |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |

| | | |
|---|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | 100 Bush Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA 94104 |
| San Francisco Court Appointed Special Advocates<br>2535 Mission Street<br>San Francisco, CA 94110 | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

**MEMBERS OF THE UNSECURED CREDITORS COMMITTEE**

| | | |
|---|---|---|
| Hamilton Hee<br>761 Irwindale Ave.<br>Las Vegas, NV 89123 | Sistemas Operativos Sanitarios ca<br>Attn: Guido Ochoa<br>Calle 35 entre Av. 2 y 3 #2-34<br>Merida, Venezuela 5101 | Uniquify Inc.<br>Attn: Robert Smith<br>2030 Fortune Drive #200<br>San Jose, CA 95131 |
| Antony Vo<br>c/o Steven T. Gubner<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 | Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074 | Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230 |
| ~~Digimex Ltd.~~<br>~~Attn: Willem van Rooyen~~<br>~~Bel Air on the Peak, Phase 4~~<br>~~Tower 7, Unite 19A~~<br>~~Pok Fu Lam, Hong Kong~~<br>(Returned mail 3/31/15) | Digimex, LTD<br>c/o Caroline R. Djang<br>RUTAN & TUCKER, LLP<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626-1931 | |

**LIST OF 20 LARGEST UNSECURED CREDITORS**

| | | |
|---|---|---|
| ~~Liquidbits Corp.~~<br>~~20201 E. County Club Dr. #1502~~<br>~~Aventura, FL 33180-3282~~<br>Undeliverable | ~~Benjamin Lindner~~<br>~~9035 Grayland Drive~~<br>~~Apartment E~~<br>~~Knoxville, TN 37923-4014~~<br>(Returned mail 1/8/15) | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada |
| Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III,<br>Deans& Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 | ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~ | Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 |
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123-2319 | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674-0032 | Graeme Middleton<br>Middleton Solicitors<br>135-137 Dale Street<br>Liverpool L2 2JH UK |
| Guido Ochoa<br>Calle 35 | Koi Systems Ltd<br>1191 Center Point Drive #A | Mark Roy<br>21745 Duck Creek Square |

| | | |
|---|---|---|
| Merida, Venezuela 5101 | Attention: Brian Edgeworth<br>Henderson, NV 89074-7891 | Ashburn, VA 20148-4411 |
| Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton L<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 | Uniquify, Inc.<br>2030 Fortune Drive #200<br>Attn: Robert Smith<br>San Jose, CA 95131-1835 |
| ~~WY Gost~~<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen~~<br>~~China~~<br>(Returned mail 11/17/2014) | (New address 4/16/15)<br>World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017-5800 |
| Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166 | | |