

1  Ashley M. McDow (245114)   Signed and Filed: April 19, 2016
   Michael T. Delaney (261714)
2  **BAKER HOSTETLER LLP**
   11601 Wilshire Blvd., Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
4  Facsimile: 310.820.8859
   Email: amcdow@bakerlaw.com
5         mdelaney@bakerlaw.com

   _____
   **DENNIS MONTALI**
6  Counsel for Michael G. Kasolas, the Trustee for the **U.S. Bankruptcy Judge**
   Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No. 14-30866 DM |
| | Chapter 11 |

### ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.

A Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara Inc., by and between Michael G. Kasolas, the Trustee for the Liquidating Trust, and Hypertechnologie Ciara Inc., having been filed on April 15, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A.  The Stipulation is approved; and

    B.  The deadline for Hypertchnologie Ciara Inc. to respond to the objection to its claim is hereby extended from April 16, 2016 to May 16, 2016.

**END OF ORDER**