Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Liquidating Trustee
MICHAEL G. KASOLAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866)<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On May 5, 2016, I served the following documents: **NOTICE OF LIQUIDATING TRUSTEE'S INTENTION TO COMPROMISE CONTROVERSY WITH MARC A. LOWE**,

DM3\3966191.1 R2495/00001

1

COS / NOTICE OF LIQUIDATING TRUSTEE'S INTENTION TO COMPROMISE CONTROVERSY WITH MARC A. LOWE – CASE NO. 14-30725 DM

**X** BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

United States Trustee, Region 17
United States Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104-2736

Peter Kravitz, CRO
Hashfast, LLC and Hashfast Technologies, LLC
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Peter Siddiqui
Katten Muchin Rosenman, LLP
525 West Monroe Street
Chicago, IL 60661-3693

Ashley McDow
Baker & Hostetler LLP
11601 Wilshire Boulevard, 14th floor
Los Angeles, CA 90025-0509

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2016, in San Francisco, California.

/s/ Aristela Wise (xxx-xx-2624)
ARISTELA WISE

DM3\3966191.1 R2495/00001

2

COS / NOTICE OF LIQUIDATING TRUSTEE'S INTENTION TO COMPROMISE CONTROVERSY WITH MARC A. LOWE – CASE NO. 14-30725 DM

DUANE MORRIS LLP
SAN FRANCISCO