Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866 DM<br><br>Chapter 11 |

**STIPULATION TO EXTEND: (I) STATUTE OF LIMITATIONS AS TO HYPERTECHNOLOGIE CIARA, INC.; AND (II) DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.**

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), by and through his undersigned counsel, and Hypertechnologie Ciara Inc. (the "**Ciara**") (collectively, the Trustee and Ciara are referred to herein as the "**Parties**") hereby stipulate and agree as follows:

### THE TRUSTEE'S OBJECTION TO CIARA'S CLAIM

1. The Trustee filed an objection to claim, dated November 25, 2015 (the "**Objection to Claim**"), against Proof of Claim No 174 filed by Ciara.

2. The current deadline to respond to the Objection to Claim is May 16, 2016 (the "**Response Deadline**") pursuant to this Court's *Order Approving Stipulation to Extend Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara Inc.* (Doc. No. 464).

3. As set forth in the Stipulation below, the Parties wish to extend the Response Deadline to July 9, 2016.

## THE TRUSTEE'S CAUSES OF ACTION AGAINST CIARA

4. Pursuant to the Debtors' *Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC and HashFast, LLC, Dated June 4, 2015* (the "**Plan**") confirmed by this Court's *Order Approving on a Final Basis and Confirmed the Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC, and HashFast, LLC Dated June 4, 2015* (Doc. No. 387) (the "**Confirmation Order**"), the Trustee has conducted an investigation of the Debtors' books and records and related financial documents, for the purposes of determining what claims or causes of action are available to the Hashfast Creditor Trust (the "**Trust**").

5. The Trustee has determined that the Trust may have one or more causes of action against Ciara or its affiliates (as defined in 11 U.S.C. § 101(2)) (collectively, the "**Causes of Action**"). Sections 108(a) and 546(a) of the Bankruptcy Code impose a statute of limitations on the Trustee's right to bring the Causes of Action (the "**Statute of Limitations**").

6. The Trustee and Ciara are reviewing the Causes of Action, Ciara's defenses to thereto, and discussing settlement options. The parties believe that tolling the Statute of Limitations during these discussions will reduce costs, promote judicial economy, and increase the likelihood of a consensual resolution. Many of the settlement options being considered by the Parties would globally resolve both the Causes of Action and the Objection to Claim.

7. As set forth in the Stipulation below, the Parties wish to extend any applicable Statute of Limitations to July 9, 2016.

## THE STIPULATION

8. <u>Extension of Response Time.</u> The Trustee and Ciara hereby agree to extend, to July 9, 2016, the Response Deadline (as defined above).

9. <u>Extension of Statute of Limitations.</u> The Trustee and Ciara hereby agree that the Statute of Limitations (as defined above), any and all limitations periods, statutes of repose, laches or other time-based limitations with respect to any claims between the Trustee and Ciara or any of its affiliates (as defined in 11 U.S.C. § 101(2)), will be tolled until July 9, 2016.

10. <u>No Admission.</u> This Stipulation is not an admission by either Party of any date on which a statute of limitations period may have or will have run. Additionally, the Parties agree that this Stipulation is not a waiver of any claims or defenses, other than the time-based defenses set forth herein.

WHEREFORE, the Trustee and Ciara hereby seek entry of an order pursuant to Sections 105(a), 108, 262 and 546(a) of the Bankruptcy Code approving this stipulation.

Dated: May 9, 2016

BAKER HOSTETLER LLP

Ashley M. McDow, Esq.
Michael T. Delaney, Esq.
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
  mdelaney@bakerlaw.com

*Counsel for Michael G. Kasolas, the Trustee*

GREENBERG TRAURIG, P.A.

John R. Dodd, Esq.
333 S.E. 2nd Avenue Suite 4400
Miami, FL 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
Email: doddj@gtlaw.com

*Counsel to Hypertechnologie Ciara Inc.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO HYPERTECHNOLOGIE CIARA, INC.; AND (II) DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA, INC.** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On May 11, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 11, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On May 11, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:
John R. Dodd, *counsel for Hypertechnologie Ciara Inc.*: doddj@gtlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 11, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Venkat Balasubramani  venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns  tom@tburnslaw.com
- Greg P. Campbell  ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney  pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney  mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer  mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang  cdjang@rutan.com
- Fahim Farivar  ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick  keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen  bgaschen@wgllp.com
- Julie M. Glosson  julie.m.glosson@usdoj.gov
- Elizabeth A. Green  egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris  rob@bindermalter.com
- Geoffrey A. Heaton  gheaton@duanemorris.com
- Reginald R. Hindley  hindleylaw@gmail.com
- David Holtzman  david.holtzman@hklaw.com, angela.ius@hklaw.com
- Ori Katz  okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Ashley McDow  amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen  jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner  roliner@duanemorris.com
- Douglas R. Pahl  dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras  dpoitras@jmbm.com
- Gregory A. Rougeau  grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
- Craig Stuppi  craig@stuppilaw.com
- Sarah M. Stuppi  sarah@stuppilaw.com
- Christopher D. Sullivan  csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- Nancy Weng  nweng@trinhlawfirm.com, kim@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

**MANUAL NOTICE PARTIES**

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Timefire, Inc.
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris, LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

| | | |
|---|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | |