Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Signed and Filed: May 17, 2016

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866 DM<br><br>Chapter 11 |

**ORDER APPROVING STIPULATION TO EXTEND: (I) STATUTE OF LIMITATIONS AS TO HYPERTECHNOLOGIE CIARA, INC.; AND (II) DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM OF HYPERTECHNOLOGIE CIARA INC.**

A *Stipulation to Extend: (I) Statute of Limitations as to Hypertechnologie Ciara, Inc.; and (II) Deadline to Respond to Trustee's Objection to Claim of Hypertechnologie Ciara, Inc.*, by and between Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), and Hypertechnologie Ciara Inc. ("Ciara"), having been filed on May 11, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved;

    B. The deadline for Ciara to respond to the objection to its claim is hereby extended from May 16, 2016 to July 9, 2016.

C. Any and all limitations periods applicable to any claims between the Trustee and Ciara or any of its affiliates (as defined in 11 U.S.C. § 101(2)) are hereby extended to July 9, 2016.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES