**Entered on Docket
May 17, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: May 17, 2016

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**



Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No. 14-30866 DM |
| | Chapter 11 |

**ORDER APPROVING STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.**

A *Stipulation to Extend Statute of Limitations as to Sonic Manufacturing Technologies, Inc.,* by and between Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), and Sonic Manufacturing Technologies, Inc. ("Sonic"), having been filed on May 11, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved;

    B. Any and all limitations periods applicable to any claims between the Trustee and Sonic or any of its affiliates (as defined in 11 U.S.C. § 101 (2)) are hereby extended to July 9, 2016.

**END OF ORDER**