Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Counsel for Liquidating Trustee
MICHAEL G. KASOLAS

Signed and Filed: June 1, 2016

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability corporation,<br><br>Debtor. | Case No. 14-30725 DM<br><br>Chapter 11<br><br>(Substantively Consolidated with In re HashFast LLC, Case No. 14-30866 DM)<br><br>**ORDER AUTHORIZING LIQUIDATING TRUSTEE TO ENTER INTO COMPROMISE WITH MARC A. LOWE** |

On the basis of the Application for Order Authorizing Liquidating Trustee to Enter into Compromise with Marc A. Lowe ("Application"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

2. The Settlement Agreement, a copy of which is attached to the Declaration of Aron M. Oliner submitted with the Application, is approved.

3. Michael G. Kasolas, trustee of the Hashfast Creditor Trust, and Marc A. Lowe are authorized to execute any and all documents and to take any and all steps necessary and

DM3\3972940.2 R2495/00001

proper to compromise the controversy as described in the Application and the Settlement Agreement.

4. In accordance with Section 12 of the Settlement Agreement, the Court shall retain jurisdiction to resolve any dispute or controversy of any kind arising from or relating to the Application, the Settlement Agreement or this Order.

**\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]