UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT

Debtor. For the quarter ending: 03/31/2016 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 06/25/2015

2. Cash balance at beginning of quarter: $ 1,000.00
   Total receipts during quarter: 5,425.27
   Total disbursements during quarter:
   Cash balance at end of quarter: $ 6,425.27

3. Payments made pursuant to the Plan this quarter: $ -

   Total payments to be made pursuant to the Plan: $ -
   Cumulative paid to date:
   Balance remaining to be made under the Plan: Not Determinable

   As of the end of this reporting period     Yes     No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]     X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)     X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?     X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|   |   | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | | X |
| 8. | Has the order confirming the Plan become nonappealable? | X | |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A | |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X | |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X | |

13. Anticipated date of motion for final decree: UNKNOWN

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 6/13/16 | /s/ Michael G. Kasolas |
|---|---|
| Dated: | Responsible Individual (signature) |

Michael G. Kasolas
Print Name

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM
POST CONFIRMATION REPORT-QUESTION 7
FOR THE PERIOD JANUARY 1, 2016 THROUGH MARCH 31, 2016

Open Adversary Proceedings as of June 13, 2016-

| Case No. | Plaintiff | Defendant | Description | Anticipated Resolution |
|---|---|---|---|---|
| 16-03046 | Kasolas, Trustee | Contreras | Preferential Transfers | Unknown |
| 16-03047 | Kasolas, Trustee | Digi-Key Corp. | Preferential Transfers | Unknown |
| 16-03048 | Kasolas, Trustee | Hendrickson | Preferential Transfers | Unknown |
| 16-03049 | Kasolas, Trustee | Bishop | Preferential Transfers | Unknown |
| 16-03050 | Kasolas, Trustee | Uniquify, Inc. | Preferential Transfers | Unknown |
| 16-03051 | Kasolas, Trustee | Hessenflow | Preferential Transfers | Unknown |
| 16-03052 | Kasolas, Trustee | Woodward | Preferential Transfers | Unknown |
| 16-03054 | Kasolas, Trustee | Hammer | Preferential Transfers | Unknown |
| 16-03055 | Kasolas, Trustee | Package Science | Preferential Transfers | Unknown |
| 16-03056 | Kasolas, Trustee | DeCastro | Preferential Transfers | Unknown |

# Ledger Report

Page: 1

**Case Number:** 14-30725 DM
**Case Name:** HASHFAST TECHNOLOGIES, LLC
**Taxpayer ID #:** █████3245
**Period Ending:** 05/27/16

**Trustee:** Mr. Michael Kasolas (001130)
**Bank Name:** Rabobank, N.A.
**Account:** █████9566 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 500.00 |
| 12/28/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 1,000.00 |
| 01/05/16 | | JAMS | CHECK #1 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES | 4009-001 | 1,362.64 | | 2,362.64 |
| 01/05/16 | | JAMS | CHECK #2 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES | 4009-001 | 2,562.63 | | 4,925.27 |
| 01/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-000 | 500.00 | | 5,425.27 |
| 02/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 5,925.27 |
| 03/28/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 6,425.27 |
| 04/12/16 | | FUTURE ELECTRONICS CORP. | SETTLEMENT PAYMENT. | 4009-000 | 7,500.00 | | 13,925.27 |
| 04/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-001 | 500.00 | | 14,425.27 |
| 05/19/16 | | MOUSER ELECTRONICS | FINAL SETTMENT PAYMENT | 4009-000 | 1,000.00 | | 15,425.27 |
| 05/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 15,925.27 |
| 05/27/16 | | United Parcel Service | SETTLEMENT PAYMENT | 4009-000 | 1,000.00 | | 16,925.27 |

**Subtotals:** $16,925.27  $0.00

{} Asset reference(s)

Case: 14-30725   Doc# 486   Filed: 06/14/16   Entered: 06/14/16 10:53:54   Page 4 of 9

# Ledger Report

| | | |
|---|---|---|
| Case Number: | 14-30725 DM | |
| Case Name: | HASHFAST TECHNOLOGIES, LLC | |
| Taxpayer ID #: | ▮▮▮3245 | |
| Period Ending: | 05/27/16 | |

| | |
|---|---|
| Trustee: | Mr. Michael Kasolas (001130) |
| Bank Name: | Rabobank, N.A. |
| Account: | ▮▮▮▮9566 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,925.27 | 0.00 | $16,925.27 |

**TOTAL - ACCOUNT ▮▮▮9566**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 | Deposits | 13,425.27 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $13,425.27 | 0 | Transfers Out | 0.00 |
| 7 | Adjustments In | 3,500.00 | | Total | $0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $16,925.27 | | | |

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ▮▮▮9566 | 16,925.27 | 0.00 | 16,925.27 | 0.00 | 16,925.27 |
| | $16,925.27 | $0.00 | $16,925.27 | $0.00 | $16,925.27 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 | Deposits | 13,425.27 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $13,425.27 | 0 | Transfers Out | 0.00 |
| 7 | Adjustments In | 3,500.00 | | Total | $0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $16,925.27 | | Net Total Balance | $16,925.27 |

{} Asset reference(s)



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
March 01, 2016 - March 31, 2016
Page 1 of 2

Michael Kasolas

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST TECHNOLOGIES, LLC |
| Trustee Number: | 0000001130 |
| Trustee Name: | Michael Kasolas |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 9566 | | $5,925.27 | $6,425.27 |
| Total | | | $5,925.27 | $6,425.27 |

## Notable Information For You...

Due to the delay in posting of the bank and technology fees for February 2016, the fee was posted on March 1, 2016 instead of February 29, 2016. As such, your March 2016 statements will show two bank and technology fee listings:

The February 2016 fee on March 1, 2016
The March 2016 fee on March 31, 2016

Rabobank, N.A.
P.O. Box 6010
Rabobank  Santa Maria, CA 93456

Account Number: 9566

Period Covered:
March 01, 2016 - March 31, 2016
Page 2 of 2

Michael Kasolas

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST TECHNOLOGIES, LLC |
| Trustee Number: | 0000001130 |
| Trustee Name: | Michael Kasolas |

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 9566 | Beginning balance | $5,925.27 |
| Avg collected balance | $5,989.00 | Total additions | $500.00 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $6,425.27 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 03-28 | PREAUTHORIZED CREDIT - SFFCU A2A ORIG 160328 | 500.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 5,925.27 | 03-28 | 6,425.27 | | |

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**March 31, 2016**

|  | Balance January 1, 2016 | Receipts | Disbursements | Balance March 31, 2016 |
|---|---:|---:|---:|---:|
| Per Bank | 1,000.00 | 5,425.27 | - | 6,425.27 |
| Outstanding- |  |  |  |  |
|   Beginning | - | - | - | - |
|   Ending | - |  | - | - |
| Deposit in Transit |  | - |  | - |
| Per Books | 1,000.00 | 5,425.27 | - | 6,425.27 |

# HASHFAST TECHNOLOGIES, LLC
# POST CONFIRMATION REPORT DISCLOSURE STATEMENT
# CASE NO. 14-30725 DM
# FOR THE PERIOD JANUARY 1, 2016 THROUGH MARCH 31, 2016

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.