Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: |
| | Case No. 14-30866 DM |
| | Chapter 11 |

## SECOND STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), and Sonic Manufacturing Technologies, Inc. ("**Sonic**") (collectively, the Trustee and Sonic are referred to herein as the "**Parties**") by and through their undersigned counsel, hereby stipulate and agree as follows:

### THE TRUSTEE'S CAUSES OF ACTION AGAINST SONIC

1. Pursuant to the Debtors' *Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC and HashFast, LLC, Dated June 4, 2015* (the "**Plan**") confirmed by this Court's *Order Approving on a Final Basis and Confirmed the Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC, and HashFast, LLC Dated June 4, 2015* (Doc. No. 387) (the "**Confirmation Order**"), the Trustee has conducted

609089338.1

an investigation of the Debtors' books and records and related financial documents, for the purposes of determining what claims or causes of action are available to the Hashfast Creditor Trust (the "**Trust**").

2. The Trustee has determined that the Trust may have one or more causes of action against Sonic or its affiliates (as defined in 11 U.S.C. § 101(2)) (collectively, the "**Causes of Action**"). Sections 108(a) and 546(a) of the Bankruptcy Code impose a statute of limitations on the Trustee's right to bring the Causes of Action.

3. The Trustee and Sonic previously filed a Stipulation to Extend the Statute of Limitations (Doc. No. 477), which requested a Court order approving a mutual agreement to extend the statute of limitations. Thereafter, the Court entered an order approving the stipulation and extending the statute of limitations to July 9, 2016 (Doc. No. 479) (the "**Statute of Limitations**").

4. The Trustee and Sonic are continuing to review the Causes of Action, Sonic's defenses thereto, and are in the process of analyzing the merits of each party's position. The Parties believe that tolling the Statute of Limitations during these discussions for an additional thirty (30) days, to August 8, 2016, will reduce costs, promote judicial economy, and increase the likelihood of a consensual resolution.

5. As set forth in the Stipulation below, the Parties wish to extend any applicable Statute of Limitations to August 8, 2016.

## THE STIPULATION

6. <u>Extension of Statute of Limitations.</u> The Trustee and Sonic hereby agree that the Statute of Limitations (as defined above), any and all limitations periods, statutes of repose, laches or other time-based limitations with respect to any claims between the Trustee and Sonic or any of its affiliates (as defined in 11 U.S.C. § 101(2)), will be tolled until August 8, 2016, but only to the extent that the Statute of Limitations has not already run.

7. <u>No Admission.</u> This Stipulation is not an admission by either Party of any date on which a statute of limitations period may have or will have run. Additionally, the Parties agree

that this Stipulation is not a waiver of any claims or defenses, other than the time-based defenses set forth herein.

WHEREFORE, the Trustee and Sonic hereby seek entry of an order pursuant to Sections 105(a), 108, 262 and 546(a) of the Bankruptcy Code approving this stipulation.

Dated: July 6, 2016

BAKER HOSTETLER LLP

_____
Ashley M. McDow, Esq.
Michael T. Delaney, Esq.
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

*Counsel for Michael G. Kasolas, the Trustee*

REHON & ROBERTS APC

_____
Peter M. Rehon
Tyler J. Olson
830 The Alameda
San Jose, California 95126
Telephone: 408.494.0900
Facsimile: 408.494.0909
Email: prehon@rehonroberts.com
       tolson@rehonroberts.com

*Counsel to Sonic Manufacturing Technologies, Inc.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On July 7, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 7, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On July 7, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:
Peter M. Rehon, *counsel for Sonic Manufacturing Technologies, Inc.*: prehon@rehonroberts.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns   tom@tburnslaw.com
- Greg P. Campbell   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer   mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang   cdjang@rutan.com
- Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen   bgaschen@wgllp.com
- Julie M. Glosson   julie.m.glosson@usdoj.gov
- Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris   rob@bindermalter.com
- Geoffrey A. Heaton   gheaton@duanemorris.com
- Reginald R. Hindley   hindleylaw@gmail.com
- David Holtzman   david.holtzman@hklaw.com, angela.ius@hklaw.com
- Michael G. Kasolas   trustee@kasolas.net, CA30@ecfcbis.com
- Ori Katz   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner   roliner@duanemorris.com
- Douglas R. Pahl   dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras   dpoitras@jmbm.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Craig Stuppi   craig@stuppilaw.com
- Sarah M. Stuppi   sarah@stuppilaw.com
- Christopher D. Sullivan   csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- Nancy Weng   nweng@trinhlawfirm.com, dtrinh@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

**MANUAL NOTICE PARTIES**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Timefire, Inc.<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris,LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~<br>~~1210 Wien, Austria~~<br>Undeliverable | Ray E. Gallo<br>Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |

| | | |
|---|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | |