**Entered on Docket
July 08, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 8, 2016

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**



Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
         mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No. 14-30866 DM<br><br>Chapter 11 |

**ORDER APPROVING SECOND STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.**

A *Second Stipulation to Extend Statute of Limitations as to Sonic Manufacturing Technologies, Inc.,* by and between Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), and Sonic Manufacturing Technologies, Inc. ("Sonic"), having been filed on July 7, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved;

    B. Any and all limitations periods applicable to any claims between the Trustee and Sonic or any of its affiliates (as defined in 11 U.S.C. § 101 (2)) are hereby extended to August 8, 2016.

**END OF ORDER**