DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
DOMINIQUE A. SOPKO, #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR STEPHEN HAMNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Hashfast Technologies, LLC,

           Debtor.

Case No. 14-30725 DM

CHAPTER 7

**WITHDRAWAL OF CLAIM NO. 21**

Judge: Hon. Dennis Montali

TO: THE HONORABLE DENNIS MONTALI, THE CHAPTER 7 TRUSTEE AND HIS ATTORNEY, DEBTOR AND ITS ATTORNEY, AND ALL INTERESTED PARTIES:

On June 12, 2014, Creditor Stephen Hamner filed Proof of Claim No. 21 in the amount of $5,589.43. Mr. Hamner hereby withdraws Claim No. 21.

Dated: July 22, 2016     DIEMER, WHITMAN & CARDOSI, LLP

By:  */s/ Dominique A. Sopko*
     Dominique A. Sopko
     Attorneys for Creditor

1
WITHDRAWAL OF CLAIM NO. 21