DONNA S. TAMANAHA (WI Bar No. 1013199)
Assistant United States Trustee
TIMOTHY S. LAFFREDI (WI Bar No. 1055133)
Assistant United States Trustee
United States Department of Justice
Phillip J. Burton Federal Building
   and United States Courthouse
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: donna.s.tamanaha@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ) | Case No. 14-30725 |
| ) | |
| HASHFAST TECHNOLOGIES LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record for Tracy Hope Davis, the United States Trustee for Region 17. Julie M. Glosson's association with this case is terminated, and all required notices should now be directed to:

    Office of the United States Trustee
    Attn: Donna S. Tamanaha
    Phillip J. Burton Federal Building
      and United States Courthouse
    450 Golden Gate Avenue
    5th Floor, Suite #05-0153
    San Francisco, CA 94102
    Email: donna.s.tamanaha@usdoj.gov

Dated: August 22, 2016                TRACY HOPE DAVIS
                                     UNITED STATES TRUSTEE

                                       /s/ Donna S. Tamanaha
                                       Assistant U.S. Trustee, San Francisco

Substitution of Counsel

| | |
|---|---|
| 1 | Acting Assistant U.S. Trustee, Oakland |
| 2 | Office of the United States Trustee |
| | Phillip J. Burton Federal Building |
| 3 | and United States Courthouse |
| | 450 Golden Gate Avenue |
| 4 | 5th Floor, Suite #05-0153 |
| | San Francisco, CA 94102 |
| 5 | Telephone: (415) 705-3333 |
| | Facsimile: (415) 705-3379 |
| 6 | Email: donna.s.tamanaha@usdoj.gov |

Substitution of Counsel