Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: |
| | Case No. 14-30866 DM |
| | Chapter 11 |

### FOURTH STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.

Michael G. Kasolas, the Trustee for the Liquidating Trust (the "**Trustee**"), and Sonic Manufacturing Technologies, Inc. ("**Sonic**") (collectively, the Trustee and Sonic are referred to herein as the "**Parties**") by and through their undersigned counsel, hereby stipulate and agree as follows:

### THE TRUSTEE'S CAUSES OF ACTION AGAINST SONIC

1. Pursuant to the Debtors' *Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC and HashFast, LLC, Dated June 4, 2015* (the "**Plan**") confirmed by this Court's *Order Approving on a Final Basis and Confirmed the Consolidated Plan of Liquidation and Disclosure Statement for HashFast Technologies, LLC, and HashFast, LLC Dated June 4, 2015* (Doc. No. 387) (the "**Confirmation Order**"), the Trustee has conducted

1. an investigation of the Debtors' books and records and related financial documents, for the purposes of determining what claims or causes of action are available to the Hashfast Creditor Trust (the "**Trust**").

2. The Trustee has determined that the Trust may have one or more causes of action against Sonic or its affiliates (as defined in 11 U.S.C. § 101(2)) (collectively, the "**Causes of Action**"). Sections 108(a) and 546(a) of the Bankruptcy Code impose a statute of limitations on the Trustee's right to bring the Causes of Action (the "**Statute of Limitations**").

3. The Trustee and Sonic previously filed three stipulations to extend the statute of limitations (Doc. Nos. 477, 487 and 492), each of which the Court approved (Doc. Nos. 479, 488, 493).

4. The Trustee and Sonic are continuing to review the Causes of Action, Sonic's defenses thereto, and are in the process of analyzing the merits of each party's position. The extensions provided by the previous stipulations have allowed the Parties to exchange substantive information regarding the Trust's claims and Sonic's defenses. The Parties believe that tolling the Statute of Limitations during these discussions will reduce costs, promote judicial economy, and increase the likelihood of a consensual resolution.

5. As set forth in the Stipulation below, the Parties wish to extend any applicable Statute of Limitations to September 26, 2016.

## THE STIPULATION

6. <u>Extension of Statute of Limitations.</u> The Trustee and Sonic hereby agree that the Statute of Limitations (as defined above), any and all limitations periods, statutes of repose, laches or other time-based limitations with respect to any claims between the Trustee and Sonic or any of its affiliates (as defined in 11 U.S.C. § 101(2)), will be tolled until September 26, 2016, but only to the extent that the Statute of Limitations has not already run.

7. <u>No Admission.</u> This Stipulation is not an admission by either Party of any date on which a statute of limitations period may have or will have run. Additionally, the Parties agree that this Stipulation is not a waiver of any claims or defenses, other than the time-based defenses set forth herein.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WHEREFORE, the Trustee and Sonic hereby seek entry of an order pursuant to Sections 105(a), 108, 262 and 546(a) of the Bankruptcy Code approving this stipulation.

Dated: August 29, 2016

BAKER HOSTETLER LLP

*/s/ Ashley M. McDow*

Ashley M. McDow, Esq.
Michael T. Delaney, Esq.
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

*Counsel for Michael G. Kasolas, the Trustee*

REHON & ROBERTS APC

*/s/ Peter M. Rehon*

Peter M. Rehon
830 The Alameda
San Jose, California 95126
Telephone: 408.494.0900
Facsimile: 408.494.0909
Email: prehon@rehonroberts.com

*Counsel to Sonic Manufacturing Technologies, I.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On 8/29/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 8/29/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On 8/29/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:
Peter M. Rehon, *counsel for Sonic Manufacturing Technologies, Inc.*: prehon@rehonroberts.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 29, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns   tom@tburnslaw.com
Greg P. Campbell   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer   mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang   cdjang@rutan.com
Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen   bgaschen@wgllp.com
Julie M. Glosson   julie.m.glosson@usdoj.gov
Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris   rob@bindermalter.com
Geoffrey A. Heaton   gheaton@duanemorris.com
Reginald R. Hindley   hindleylaw@gmail.com
David Holtzman   david.holtzman@hklaw.com, angela.ius@hklaw.com
Ori Katz   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner   roliner@duanemorris.com
Douglas R. Pahl   dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras   dpoitras@jmbm.com
Gregory A. Rougeau   grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi   craig@stuppilaw.com
Sarah M. Stuppi   sarah@stuppilaw.com
Christopher D. Sullivan   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng   nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## 2. SERVED BY UNITED STATES MAIL:

**MANUAL NOTICE PARTIES**

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122

Eric W. Benisek
Timefire, Inc.
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris, LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

Ray E. Gallo
Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

609573587.2

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

James J Ries
450 Sunlight Ct, #2
Powell, WY 82435