

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
  mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

Signed and Filed: August 30, 2016

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No. 14-30866 DM |
| | Chapter 11 |

**ORDER APPROVING FOURTH STIPULATION TO EXTEND STATUTE OF LIMITATIONS AS TO SONIC MANUFACTURING TECHNOLOGIES, INC.**

A *Fourth Stipulation to Extend Statute of Limitations as to Sonic Manufacturing Technologies, Inc.,* by and between Michael G. Kasolas, the Trustee for the Liquidating Trust (the "Trustee"), and Sonic Manufacturing Technologies, Inc. ("Sonic"), having been filed on August 29, 2016, receiving no objection or opposition thereto, and finding good cause to grant the relief therein requested, it is hereby ordered that

    A. The Stipulation is approved; and

    B. Any and all limitations periods applicable to any claims between the Trustee and Sonic or any of its affiliates (as defined in 11 U.S.C. § 101 (2)) are hereby extended to September 26, 2016.

**END OF ORDER**