DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: barbara.a.matthews@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re ) Case No 14-30725 DM
)
HASHFAST TECHNOLOGIES LLC, ) Chapter 11
)
)
Debtor. )
)
)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

Office of the United States Trustee
Attn: Barbara A. Matthews
450 Golden Gate Ave., Rm 05-0153
San Francisco, CA 94102
Email: Barbara.a.matthews@usdoj.gov

Dated: September 14, 2016       TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE

                                 /s/ Barbara A. Matthews_____
                                Trial Attorney
                                Office of the United States Trustee
                                450 Golden Gate Ave., Rm 05-0153
                                San Francisco, CA 94102
                                Telephone: (415) 705-3333
                                Facsimile: (415) 705-3379

Notice of Appearance