EXHIBIT A
All Objections listed by Omnibus Objection Number

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Alonso, Jesus Martin | 292 | $2,640.84 | | no response | sustain objection |
| | Alonso, Jesus Martin | 293-1 | $2,640.84 | | no response | sustain objection |
| | Alonso, Jesus Martin | 294 | $2,640.84 | | no response | sustain objection |
| | Bao, Lei | 18 (claim filed in Case No. 14-30866) | $66,374.14 | | no response | sustain objection |
| | Bao, Lei | 23 | $66,374.14 | | no response | sustain objection |
| | Bao, Lei | 154 | $66,374.14 | | no response | sustain objection |
| | Bao, Lei | 225 | $66,374.14 | | no response | sustain objection |
| | Celaj, Jetmir | 303 | $17,755.09 | | no response | sustain objection |
| | Chappell, Frank | 316 | $2,250.00 | | no response | sustain objection |
| | Erickson, Paul | 87 | $2,271.98 | | insufficient documentation and/or response | sustain objection |
| | Faruqi, Muhammad Zahid | 136 | $6,842.00 | | no response | sustain objection |
| 1 | Lei, Shi | 61 | $6,765.09 | | no response | sustain objection |
| 1 | Minchenkov, Alexey | 112 | $2,854.82 | | no response | sustain objection |
| | Monsoon Company, Inc. | 221 | $57,660.00 | | no response | sustain objection |
| | Monsoon Company, Inc. | 82 | $13,500.00 | | objection withdrawn | withdraw objection |
| | Morici, Peter | 29-1 | $157,315.64 | | no response | sustain objection |
| | Oshea, James | 18-1 | unknown | | no response | sustain objection |
| | Pederson, Grant | 59-1 | $3,790.01 | | no response | sustain objection |
| | Perkins Coie LLP | | | $101,769.89 | Perkins Coie's response (Doc. No. 145) consents to the disallowance of Perkins Coie's scheduled claim and the allowance of its filed claim. The Trustee agrees and is proposing this treatment of Perkins Coie's claims. | |
| | Schortmann, Thomas | 149 | $3,955.58 | | no response | sustain objection |
| | Shaw, Christopher (Gallo claimant) | 271-2 | $9,329.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 1 | Stonn, Ryan | 124 | $4,050.00 | | no response | sustain objection |
| 1 | TimeFire, Inc. | 115 | $21,500,000.00 | | no response | sustain objection |
| 1 | Williams, Jess | 164 | $3,826.80 | | no response | sustain objection |
| 2 | Accountemps of Robert Half Attn: Karen Lima | 22 (claim filed in Case No. 14-30866) | $6,412.42 | | no response | sustain objection |
| 2 | Accountemps of Robert Half Attn: Karen Lima | 23 (claim filed in Case No. 14-30866) | $1,802.78 | | no response | sustain objection |
| 2 | City and County of San Francisco Bureau of Delinquent Revenue | 325 | $7,938.58 | | no response | sustain objection |

Page 1 of 19

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 1 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 1 | Dahlke, Matthew Robert (incorrectly named Hashfast Technologies, LLC as claimant) | 327 | $100,000.00 | | no response | sustain objection |
| 2 | Dashjr, Luke | 24 (claim filed in Case No. 14-30866) | $38,942.30 | | objection withdrawn | withdraw objection |
| 2 | Dashjr, Luke | 329 | $38,942.30 | | objection withdrawn | withdraw objection |
| 2 | Grevich, Justin | 328 | $4,176.48 | | no response | sustain objection |
| 2 | Mikesell, Jean-Andrew | 330 | $6,928.88 | | no response | sustain objection |
| 2 | Richards, Matt | 326 | $10,000.00 | | no response | sustain objection |
| 2 | Solar, Selim | 324 | $10,000.00 | | no response | sustain objection |
| 3 | Alary, Antoine (Gallo claimant) | 230 | $34,333.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Ash, Lee (Gallo claimant) | 231 | $37,342.36 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Avroutski, Max (Gallo claimant) | 232 | $38,212.22 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Bao, Lei | 11 (claim filed in Case No. 14-30866) | $66,374.14 | | no response | sustain objection in part; allow unsecured claim in the amount of $11,966.60 |
| 3 | Bond, Jason Cameron (Gallo claimant) | 233 | $47,340.88 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Bradian, Jeffrey (Gallo claimant) | 242 | $49,107.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Bui, Royce (Gallo claimant) | 251 | $168,943.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

Case: 14-30725    Doc# 500-1    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 2 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Casey, Ryan (Gallo claimant) | 234 | $34,203.91 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Deming, Mike (Gallo claimant) | 261 | $38,390.72 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Dorman; Joshua (Gallo claimant) | 255 | $48,588.20 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Feng, Victor | 37 | $48,107.00 | | no response | sustain objection in part; allow unsecured claim in the amount of $6,142.82 |
| 3 | Gatchalian, Ryan (Gallo claimant) | 256 | $312,103.27 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Godoy, Edgar (Gallo claimant) | 245 | $40,919.75 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Guerrero, Luis (Gallo claimant) | 235 | $48,283.34 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Harmacolindor Informatikai Kft. (Gallo claimant) | 244 | $40,251.24 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Hee, Hamilton (Gallo claimant) | 295 | $1,228,123.83 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Henson, David R. (Gallo claimant) | 236 | $68,779.87 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Jones, Jeremy Ray (Gallo claimant) | 237 | $45,527.90 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Krieger, Kevin | 20-1 | $23,000.00 | | no response | sustain objection in part; allow unsecured claim in the amount of $2,932.55 |
| | Lachmann, Frank (Gallo claimant) | 238 | $31,460.78 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Lindner, Benjamin | 291 | $730,088.31 | | no response | sustain objection in part; allow unsecured claim in the amount of $112,000.00 |
| | Lo, Andy (Gallo claimant) | 239 | $31,308.30 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Morici, Peter | 1 | $157,315.64 | | no response | sustain objection in part; allow unsecured claim in the amount of $14,655.95 |
| | Schmidt, Sebastian Pawel (Gallo claimant) | 240 | $89,582.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Urakhchin, George | 6 | $30,000.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| | Vo, Antony | 28 | $464,273.25 | | objection withdrawn | withdraw objection |
| | Voorhees, Erik (Gallo claimant) | 272 | $243,872.18 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Wenzel, Cort | 152 | $24,389.98 | | no response | sustain objection in part; allow unsecured claim in the amount of $7,355.29 |

Case: 14-30725  Doc# 500-1  Filed: 10/20/16  Entered: 10/20/16 14:22:50  Page 4 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 1 | Alonso, Jesus Martin | 290 | $2,640.84 | | no response | sustain objection |
| 1 | Anguiano II, Jose | 323 | $2,535.00 | | no response | sustain objection |
| 1 | Arna, Jeanette | 171 | $7,622.11 | | no response | sustain objection |
| 3 | Aupacom Enterprises (see Christopher Shaw) (Gallo claimant) | 271-1 | $9,329.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 1 | Avery, Terri | 62-1 | $2,699.13 | | no response | sustain objection |
| 1 | Babcock, James A. | 270-1 | $7,556.17 | | no response | sustain objection |
| 1 | Barbee, Brian | 156 | $2,459.05 | | objection withdrawn | withdraw objection |
| 1 | Bit Coin LLC (James Braden) | 320 | $51,250.00 | | no response | sustain objection |
| 1 | Black Oak Computers | 254 | $29,380.11 | | no response | sustain objection |
| 1 | Bouckaert, Tom | 265-1 | $12,177.89 | | no response | sustain objection |
| 1 | Boytler, Bruce James | 298-1 | $6,500.00 | | no response | sustain objection |
| 4 | Bradley, Peter Lukas (Gallo claimant) | 178 | $74,400.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 2 | Burgin, Daniel | 104 | $25,161.60 | | no response | sustain objection in part; allow unsecured claim in the amount of $16,577.39 |
| 4 | Burke, Craig (Gallo claimant) | 182 | $6,556.41 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 1 | Calderone, Ray | 73-1 | $2,644.21 | | no response | sustain objection |
| 4 | Cavian, Davide | 249 | $2,600.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 1 | Chandra, Suresh | 54-1 | $2,326.02 | | no response | sustain objection |
| 1 | Chappell, Frank | 316 | $2,250.00 | | no response | sustain objection |
| 1 | Collins, Aaron | 7-1 | $2,250.00 | | no response | sustain objection |
| 1 | Crain, Donald | 25-1 | $4,548.26 | | no response | sustain objection |
| 1 | Croscup, Paul | 241 | $5,497.00 | | no response | sustain objection |
| 2 | Cypher Enterprises, LLC | 305 | $32,252.05 | | no response | sustain objection in part; allow unsecured claim in the amount of $6,018.50 |
| 1 | Damm, Michael | 90-1 | $41,642.24 | | no response | sustain objection |
| 1 | Diener, Jonas | 304-1 | $1,647.51 | | no response | sustain objection |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 4 | Dionisatos, Aristeidis (Gallo claimant) | 188 | $3,812.03 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Duke, Fon Allan | 16-1 | Unknown | | no response | sustain objection |
| 4 | EarthRise Trust | 248-1 | $28,358.96 | | no response | sustain objection |
| 4 | Erickson, Paul | 16-1 | $2,271.98 | | objection withdrawn | withdraw objection |
| 4 | Filippov, Alex | 306-1 | $73,457.00 | | no response | sustain objection |
| 4 | Fischer, Maximillian/Gerald | 288 | $40,858.36 | | no response | sustain objection in part; allow unsecured claim in the amount of $28,036.40 |
| 4 | Fu, Zhao | 318 | $2,362.02 | | no response | sustain objection |
| 4 | Givens, Price (Gallo claimant) | 193 | $7,169.69 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Goes, Christopher (Gallo claimant) | 194 | $5,743.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Golbs, Christian | 88-1 | $6,776.92 | | no response | sustain objection |
| 4 | Greenwood, Evan L. | 289 | $6,335.67 | | no response | sustain objection |
| 4 | Gruat, Michael | 10-1 | $1,766.00 | | no response | sustain objection |
| 4 | Harris, Roland Payu | 127 | $7,100.00 | | no response | sustain objection |
| 4 | Herbon, Daniel | 67-1 | $35,000.00 | | no response | sustain objection |
| 4 | Hoang, Tony | 126 | $7,862.78 | | no response | sustain objection |
| 4 | Howery, Kris | 170 | $2,275.28 | | objection withdrawn | withdraw objection |
| 4 | Kelly, Shaun | 125 | $3,111.16 | | no response | sustain objection |
| 4 | Lam, Nathan | 176 | $2,495.67 | | objection withdrawn | withdraw objection |
| 4 | Lambert, Dennis F (Gallo claimant) | 200 | $1,638.62 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | LookSmart, Ltd | 68-1 | $208,000.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 4 | Lord, Michael | 8 | $64,375.74 | | objection withdrawn | withdraw objection |
| 4 | Matheu, David | 224 | $3,955.58 | | no response | sustain objection |
| 4 | Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | $8,788.52 | | no response | sustain objection |
| 4 | Moc, Lyly | 319-1 | $7,716.85 | | objection withdrawn | withdraw objection |
| 4 | Monkey Business (c/o Lee Schwuchow) | 266 | $2,431.23 | | no response | sustain objection |
| 4 | Montague, Paul | 100-1 | $6,939.80 | | no response | sustain objection |

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 6 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 4 | Mosley, Edward (Gallo claimant) | 72-1 | $6,346.45 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Nepomuceno, Ferdinand | 167 | $6,498.96 | | objection withdrawn | withdraw objection |
| 4 | Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 | | no response | withdraw objection |
| 4 | Parotte, Maximin | 46-2 | $2,563.54 | | no response | sustain objection |
| 4 | Pederson, Grant | 17-1 | $3,790.00 | | no response | sustain objection |
| 4 | Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 | | objection withdrawn | withdraw objection |
| 4 | Poon, Weng Kay | 243 | $4,252.37 | | no response | sustain objection |
| 4 | Pope, Bryan | 47-1 | $8,000.00 | | no response | sustain objection |
| 4 | Reid, Novia | 317 | $6,429.62 | | no response | sustain objection |
| 4 | Riedel, Wolfgang | 110 | $2,590.34 | | no response | allow unsecured claim in the amount of $2,590.34 |
| 4 | Ries, James A. | 157 | $7,550.50 | | objection withdrawn | withdraw objection |
| 4 | Ruble, Nathan P. | 84-1 | $7,910.48 | | no response | sustain objection |
| 4 | Safranek, Martin | 246 | $4,583.11 | | no response | sustain objection |
| 4 | Santos, Michel | 269-1 | $4,195.30 | | objection withdrawn | withdraw objection |
| 4 | Sattler, Detlef | 9-1 | $21,943.95 | | no response | sustain objection |
| 4 | Schultz, Carl | 155 | $2,425.73 | | no response | sustain objection |
| 4 | Senegal, Brenton | 33-1 | $2,750.00 | | no response | sustain objection |
| 4 | Shannon, Michael | 65-1 | $2,583.51 | | objection withdrawn | withdraw objection |
| 4 | Skreen, Evan Lawrence (Gallo claimant) | 211 | $6,330.21 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Sneddon, Russell | 13-1 | $4,146.58 | | no response | sustain objection |
| 4 | Springer, David (Gallo claimant) | 213 | $32,950.99 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Stiegler, Thomas | 63-1 | $4,519.97 | | no response | sustain objection in part; allow unsecured claim in the amount of $2,691.78 |
| 4 | Terry, Bruce | 299-1 | $2,507.38 | | no response | sustain objection |
| 4 | Tran, Thanh Lanh (Gallo claimant) | 229 | $6,794.27 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | UBE Enterprises | 44-1 | $38,250.00 | | insufficient documentation and/or response | sustain objection |
| 4 | Vokey, Corey | 22-1 | $4,073.71 | | no response | sustain objection |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 4 | Wallace, Nathan | 8-2 | $6,321.64 | | no response | sustain objection |
| 4 | Weinberg, Donald | 118 | $7,354.61 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 4 | Wingquist, Thomas | 285 | $6,307.99 | | no response | sustain objection |
| 4 | Wise, Cory | 282-1 | $6,344.09 | | objection withdrawn | withdraw objection |
| 4 | Wroblewski, Ryszard | 321 | $7,334.94 | | no response | sustain objection |
| 5 | Acacia NPU d/b/a Cater2.me | 222 | $4,158.02 | | objection withdrawn | withdraw objection |
| 5 | Baker, Joseph William (Gallo claimant) | 280 | $11,400.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Baldinger, Mattia (Gallo claimant) | 258 | $7,509.79 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Barber, Simon | 301 | $14,550.94 | | no response | sustain objection |
| 5 | Beck, Tara | 81 | $6,377.63 | | no response | withdraw objection |
| 5 | Cheaney, Avram | 310 | $2,495.67 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 5 | Cheaney, Avram | 311 | $3,881.85 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 5 | Digimex, Ltd. | 48 | $3,608,946.20 | | no response | sustain objection |
| 5 | EarthRise Trust | 13-1 | $131,868.00 | | no response | sustain objection |
| 5 | Elfassy, Ilan | 70 | N/A | | objection withdrawn | allow unsecured claim in the amount of $4,226.92 |
| 5 | Future Electronics | 1 | $372,637.80 | | objection withdrawn | withdraw objection |
| 5 | Hamner, Stephen | 21 | $5,589.43 | | agreed treatment | disallow claim per Settlement Agreement |
| 5 | Hessenflow, Allan N. | 39 | $15,625.00 | | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| 5 | Hunt, David Govinder (Gallo claimant) | 262 | $28,500.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Hypertechnologie Ciara Inc. | 174 | $193,207.85 | | agreed treatment | disallow claim per Settlement Agreement |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Larsen, Kjetil (Gallo claimant) | 267 | $14,736.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Liquidbits Corp. | 111 | $5,364,725.00 | | objection withdrawn | withdraw objection |
| | Murray, Stuart A. | 79 | $14,183.61 | | no response | allow unsecured claim in the amount of $14,183.61 |
| | Oshea, James | 2 | N/A | | no response | allow unsecured claim in the amount of $23,078.28 |
| | Perkins Coie LLP | 19 | $107,871.53 | | objection withdrawn | withdraw objection |
| | Piper, Derek (Gallo claimant) | 275-1 | $7,290.33 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Sistemas Operativos Sanitarios C.A. | 286 | $832,000.00 | | objection withdrawn | withdraw objection |
| | Soler, Selim | 324 | $10,000.00 | | no response | sustain objection |
| | Strategic Counsel Corp. | 308 | $135,422.00 | | objection withdrawn | withdraw objection |
| | TimeFire, Inc. | 5-1 | $21,500,000.00 | | no response | sustain objection |
| | Uniquify, Inc. | 309-1 | $768,680.44 | | stayed pending resolution of adversary proceeding | request an additional 90 days |
| | Vaida, Tudor Ovidiu (Gallo claimant) | 260 | $7,708.30 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Vidana, Joshua (Gallo claimant) | 263 | $85,260.36 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Vit, Alan | 80 | N/A | | no response | allow unsecured claim in the amount of $11,479.73 |
| | Zuber Lawler & Del Duca LLP | 322 | $133,651.58 | | objection withdrawn | withdraw objection |
| | Amanda Van Nuys Consulting | 153 | $9,750.00 | | no response | allow unsecured claim in the amount of $9,750.00 |
| | Avery, Terri | 62 | $2,699.13 | | no response | sustain objection |
| | Cheaney, Avram | 311-1 | $3,881.85 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| | Connelly, Brian C | 10-1 | $5,000.00 | | no response | sustain objection |
| | Crowder, Ralph | 123 | $48,000.00 | | no response | sustain objection |
| | Dahlke, Matthew Robert (incorrectly named Hashfast Technology, LLC as claimant) | 327 | $100,000.00 | | no response | sustain objection |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 6 | Hall, Dylan | 146-2 | $7,999.25 | | no response | allow unsecured claim in the amount of $7,999.25 |
| 6 | Hammond, Edward | 64-1 | $6,000.00 | | no response | sustain objection |
| 6 | Hansen, Lonnie | 220-1 | $4,048.62 | | no response | sustain objection in part; allow unsecured claim in the amount of $1,478.62 |
| 6 | Lei, Shi | 12-1 | $6,765.09 | | no response | allow unsecured claim in the amount of $6,765.09 |
| 6 | Liu, Yinchun Catherine | 147 | $6,566.90 | | no response | sustain objection |
| 6 | Montague, Paul | 100 | $6,939.80 | | insufficient documentation and/or response | sustain objection |
| 6 | Riedel. Wolfgang | 110 | $2,590.34 | | no response | allow unsecured claim in the amount of $2,590.34 |
| 6 | Schmitt, William | 165 | $4,850.00 | | objection withdrawn | withdraw objection |
| 6 | Smallwood, Peter | 135 | $14,547.43 | | no response | allow unsecured claim in the amount of $14,547.43 |
| 6 | Sneddon, Russell | 13 | $4,146.58 | | no response | sustain objection |
| 6 | Walther, William (WaltherCorp, LLC) | 264-1 | $4,292.30 | | no response | allow unsecured claim in the amount of $4,292.30 |
| 6 | Woodward, Anthony | 297-1 | $2,495.67 | | no response | sustain objection |
| 6 | Yue, Hong-Quan | 169 | $7,586.86 | | no response | allow unsecured claim in the amount of $7,586.86 |
| 7 | Aamodt, Eivind | | | $2,656.20 | no response | sustain objection |
| 7 | Abdelgawad, Amro | | | $7,999.25 | no response | sustain objection |
| 7 | Ag, Elpix and Joerg Margane | | | $41,902.60 | no response | sustain objection |
| 7 | Ahluwalia, Rajpreet | | | $2,292.00 | no response | sustain objection |
| 7 | Albarron, Dario | | | $4,078.74 | no response | sustain objection |
| 7 | Alexiou, Antonios | | | $2,657.22 | no response | sustain objection |
| 7 | Allure Marine Limited (Matt Gibson) | | | $4,520.19 | no response | sustain objection |
| 7 | Ambar, Abraham | | | $8,052.06 | no response | sustain objection |
| 7 | Anders, John | | | $2,669.57 | no response | sustain objection |
| 7 | Anthem Blue Cross | | | $6,786.00 | no response | sustain objection |
| 7 | Appel, Sascha | | | $2,654.37 | no response | sustain objection |
| 7 | Araujo, Leopoldo Martinez | | | $13,689.14 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Arberg, Lars | | | $4,292.11 | no response | sustain objection |
| 7 | Armada Works Inc. | | | $7,432.87 | no response | sustain objection |
| 7 | Armatys, Zbigniew | | | $2,998.97 | no response | sustain objection |
| 7 | Askar, Allan (Allancolabs LLP) | | | $6,498.96 | objection withdrawn | withdraw objection |
| 7 | Atlas, Yazz (EntropyWorks Inc.) | | | $4,018.52 | no response | sustain objection |
| 7 | Aupacom Enterprises (see Christopher Shaw) | | | $9,329.00 | no response | sustain objection |
| 7 | Ayotte, Shawn | | | $2,468.24 | no response | sustain objection |
| 7 | Badarlis, Andreas | | | $2,590.34 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 10 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Badua, Jason | | | $24,029.54 | no response | sustain objection |
| 7 | Baldkinger, Mattia (Baldinger) | | | $1,809.96 | no response | sustain objection |
| 7 | Baranbdiaran, Jose | | | $6,861.78 | no response | sustain objection |
| 7 | Baringer, Maximilian | | | $2,590.34 | no response | sustain objection |
| 7 | Baum, Luke | | | $1,639.25 | no response | sustain objection |
| 7 | Bayona, Roberto | | | $2,698.57 | no response | sustain objection |
| 7 | Beauchesne, Thierry | | | $2,457.54 | no response | sustain objection |
| 7 | Beaumont, Adam | | | $2,590.34 | no response | sustain objection |
| 7 | Beckwith, Ted | | | $14,000.00 | no response | sustain objection |
| 7 | Beech, Craig | | | $512,960.00 | no response | sustain objection |
| 7 | Beju, Catalin | | | $3,812.03 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Belfield, Justin (AGNQ Tech LLC) | | | $2,278.59 | no response | sustain objection |
| 7 | Bellosta, Marcelino | | | $7,210.00 | no response | sustain objection |
| 7 | Bemmira, Lotfi | | | $6,161.67 | no response | sustain objection |
| 7 | Benoit, Bergic | | | $2,602.00 | no response | sustain objection |
| 7 | Berger, Kyle | | | $2,478.00 | no response | sustain objection |
| 7 | Bigler, Benjamin | | | $2,640.84 | no response | sustain objection |
| 7 | Billaud, Matthieu | | | $26,925.00 | no response | sustain objection |
| 7 | Birke, Marian | | | $20,237.99 | no response | sustain objection |
| 7 | Bit-Stop Computer | | | $1,765.59 | no response | sustain objection |
| 7 | Blancett, Phil | | | $6,925.73 | no response | sustain objection |
| 7 | Boothby, David | | | $2,422.00 | no response | sustain objection |
| 7 | Bosse, Donald | | | $2,893.14 | no response | sustain objection |
| 7 | Bower, Jonathan | | | $2,670.00 | no response | sustain objection |
| 7 | Bressler, Brandon | | | $2,496.00 | no response | sustain objection |
| 7 | Brewis, Deon | | | $5,785.30 | no response | sustain objection |
| 7 | Brewis, Deon | | | $1,553.59 | no response | sustain objection |
| 7 | Bulcke, Lieven Vanden | | | $4,365.60 | no response | sustain objection |
| 7 | Bullock, Trenton | | | $6,000.00 | objection withdrawn | withdraw objection |
| 7 | Cain, James | | | $4,068.96 | no response | sustain objection |
| 7 | Cameron, Scott | | | $2,291.71 | no response | sustain objection |
| 7 | Carmichael, Craig | | | $2,461.39 | no response | sustain objection |
| 7 | Carrillo, Anthony | | | $1,623.82 | no response | sustain objection |
| 7 | Carver, Dain | | | $6,430.00 | no response | sustain objection |
| 7 | Castro, Damian | | | $4,244.27 | objection withdrawn | withdraw objection |
| 7 | Central Computers | | | $840.00 | no response | sustain objection |
| 7 | Chan, Hing tat | | | $6,707.36 | no response | sustain objection |
| 7 | Chase, Jeremy | | | $6,939.80 | no response | sustain objection |
| 7 | Chase, Kyle | | | $7,615.29 | no response | sustain objection |
| 7 | Chino, Theo | | | $6,565.70 | no response | withdraw objection |
| 7 | Chiong, Michael | | | $3,797.53 | no response | sustain objection |
| 7 | Cho, David | | | $4,048.90 | no response | sustain objection |
| 7 | Clauw, Sven | | | $2,563.54 | no response | sustain objection |
| 7 | Coe, Laruen | | | $3,777.36 | objection withdrawn | withdraw objection |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Cogent Communications | | | $1,600.00 | no response | sustain objection |
| 7 | Collins, Aaron | | | $2,299.00 | no response | sustain objection |
| 7 | Conangla, Xavier | | | $2,654.00 | no response | sustain objection |
| 7 | Connors, Wayne | | | $3,927.13 | objection withdrawn | withdraw objection |
| 7 | Contreras, Tommy E. | | | $2,100.00 | no response | sustain objection |
| 7 | Cooke, Harrison | | | $8,957.59 | no response | sustain objection |
| 7 | Cordova, Luis | | | $7,190.00 | no response | sustain objection |
| 7 | Courtright, William | | | $2,498.31 | no response | sustain objection |
| 7 | Craig-Wood, Kate (Wood Technology LLP) | | | $12,493.17 | no response | sustain objection |
| 7 | Cremer, Shlomo | | | $7,547.26 | no response | sustain objection |
| 7 | Crockford, Andrew | | | $4,244.27 | no response | sustain objection |
| 7 | Cypher Enterprises, LLC | | | $6,018.00 | no response | sustain objection |
| 7 | Davies, Aneurin | | | $4,273.55 | no response | sustain objection |
| 7 | Day, Jonathan | | | $1,798.90 | no response | sustain objection |
| 7 | de Romijn, Alwin | | | $4,244.27 | no response | sustain objection |
| 7 | DeLeon, Eddie | | | $2,250.00 | no response | sustain objection |
| 7 | Delporte, Kevin | | | $2,600.00 | insufficient documentation and/or response | sustain objection |
| 7 | Dewey, Antonio | | | $2,318.00 | no response | sustain objection |
| 7 | DigiKey Corporation | | | $90.17 | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| 7 | Ditthardt, Robert (Olivine Labs LLC) | | | $4,058.96 | no response | sustain objection |
| 7 | Dixon, Lance (Intervid FZ LLC) (Gallo Claimant) | | | $72,300.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | sustain objection |
| 7 | Dolak, Paul | | | $5,670.00 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Dolman, Christopher | | | $2,607.17 | no response | sustain objection |
| 7 | DXCorr Design, Inc. | | | $0.00 | no response | sustain objection |
| 7 | Eclipse Metal Fabrication | | | $3,279.90 | no response | sustain objection |
| 7 | Edwards, Robert (Awesome Possum LLC) | | | $6,565.70 | no response | sustain objection |
| 7 | Employment Matter Counseling & Consulting | | | $2,170.00 | no response | sustain objection |
| 7 | Endres, Alexander | | | $6,776.90 | no response | sustain objection |
| 7 | Ergen, Chris (c/o Summit Capital LLC) | | | $36,758.96 | no response | sustain objection |
| 7 | Ernst, Sven | | | $4,454.00 | insufficient documentation and/or response | sustain objection |
| 7 | Famania, Fernando | | | $6,910.20 | no response | sustain objection |
| 7 | Farag, Joseph (Trinity Bitcoin) | | | $6,565.70 | no response | sustain objection |
| 7 | Farnsworth, Eli | | | $2,420.00 | no response | sustain objection |
| 7 | Farry, Dean | | | $4,168.85 | no response | sustain objection |
| 7 | Fefer, Vladimir | | | $2,331.00 | objection withdrawn | withdraw objection |

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 12 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Feler System Integration | | | $4,273.55 | no response | sustain objection |
| 7 | Fernandez, Jensy | | | $2,365.25 | no response | sustain objection |
| 7 | Flechter, Frederick | | | $20,777.19 | no response | sustain objection |
| 7 | Fishchenko, Andrey | | | $3,995.58 | no response | sustain objection |
| 7 | Floyd, Raymond (Floyd Company) | | | $7,067.00 | no response | sustain objection |
| 7 | Franko, Janez | | | $2,854.82 | no response | sustain objection |
| 7 | Galburt, Gamain Jean (Paula Jean) | | | $2,328.40 | no response | sustain objection |
| 7 | Gallegos, Matt | | | $2,422.71 | no response | sustain objection |
| 7 | Gamborino, Joah | | | $6,842.00 | no response | sustain objection |
| 7 | Gao, Michael (c/o Honqui Yang) | | | $682,038.00 | no response | sustain objection |
| 7 | Giovinco, Michael | | | $1,638.62 | no response | sustain objection |
| 7 | Gladden, David | | | $3,873.20 | no response | sustain objection |
| 7 | GLO Ventures | | | $25,000.00 | no response | sustain objection |
| 7 | Glocovs, Aleksandrs | | | $5,068.19 | no response | sustain objection |
| 7 | Gorman, Pete | | | $2,670.40 | no response | sustain objection |
| 7 | Gotleib, Jon | | | $51,250.00 | no response | sustain objection |
| 7 | Gray, Scott | | | $6,507.52 | no response | sustain objection |
| 7 | Greinier, Michael | | | $11,523.80 | no response | sustain objection |
| 7 | Grevich, Justin | | | $4,176.48 | no response | sustain objection |
| 7 | Grez, Patricio | | | $2,420.34 | no response | sustain objection |
| 7 | Grimes, Aaron | | | $2,275.28 | no response | sustain objection |
| 7 | Haden, Doug | | | $6,925.73 | no response | sustain objection |
| 7 | Halley, Zach | | | $2,600.01 | no response | sustain objection |
| 7 | Haltiner, Maia | | | $2,291.52 | no response | sustain objection |
| 7 | Hancock, Mark | | | $2,518.64 | no response | sustain objection |
| 7 | Handler, Dan | | | $0.00 | no response | withdraw objection |
| 7 | Harnett, Dane | | | $13,763.46 | no response | sustain objection |
| 7 | Harris, Peter | | | $4,244.27 | no response | sustain objection |
| 7 | Haverstock, Adam | | | $2,458.99 | no response | withdraw objection |
| 7 | Hazlehurst, Harry | | | $2,563.54 | no response | sustain objection |
| 7 | Hellmann, Ronny | | | $2,590.34 | no response | sustain objection |
| 7 | Henderson, Reginald | | | $6,342.70 | no response | sustain objection |
| 7 | Hendrick, Glenn, Bitminer | | | $1,639.25 | no response | sustain objection |
| 7 | Hendrickson, Peter | | | $11,006.25 | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| 7 | Hennequin, Franck | | | $2,590.34 | no response | sustain objection |
| 7 | Hennessy, Adam | | | $1,500.00 | no response | sustain objection |
| 7 | Henriksen, Tore | | | $4,418.91 | no response | sustain objection |
| 7 | Hicks, James | | | $2,446.88 | no response | sustain objection |
| 7 | Hilderal, Daniel | | | $2,590.00 | no response | sustain objection |
| 7 | Hill, Derek | | | $6,322.00 | no response | sustain objection |
| 7 | Hilt, Charles | | | $4,550.56 | no response | sustain objection |
| 7 | Hlavaty, Jack | | | $2,275.28 | objection withdrawn | withdraw objection |
| 7 | Hu, Wenxie | | | $2,584.70 | no response | sustain objection |

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Huang, Kevin | | | $2,293.55 | no response | sustain objection |
| 7 | Huber, Beat | | | $2,641.00 | no response | sustain objection |
| 7 | Huckvale, Stephen | | | $2,590.00 | no response | sustain objection |
| 7 | Hui, Lin Cheng | | | $29,631.20 | no response | sustain objection |
| 7 | Huizinga, Patrick | | | $1,756.25 | no response | sustain objection |
| 7 | Ino, Yasuo | | | $4,215.09 | no response | sustain objection |
| 7 | Islamov, Timur | | | $7,691.11 | no response | sustain objection |
| 7 | Jacos, Peter | | | $7,157.98 | no response | sustain objection |
| 7 | Jaffe, Nicholas | | | $2,675.65 | no response | sustain objection |
| 7 | James Lowry, LLC | | | $15,592.23 | no response | sustain objection |
| 7 | Jang, Lewis | | | $2,550.17 | no response | sustain objection |
| 7 | Janke, Larson | | | $38,252.00 | no response | sustain objection |
| 7 | JK Internet Solutions Partner | | | $2,590.00 | no response | sustain objection |
| 7 | Johnson, Darwin | | | $2,590.00 | no response | sustain objection |
| 7 | Juez, Alejandro Besada | | | $6,842.11 | no response | sustain objection |
| 7 | Kaarakainen, Mika | | | $2,669.57 | no response | sustain objection |
| 7 | Kalram, Mohit | | | $4,405.27 | no response | sustain objection |
| 7 | Karau, Holden | | | $2,495.67 | no response | sustain objection |
| 7 | Keyes, Marion (Riverstone LLC) | | | $13,076.70 | no response | sustain objection |
| 7 | King, David | | | $2,272.00 | no response | sustain objection |
| 7 | Klein, Oliver | | | $2,607.17 | no response | sustain objection |
| 7 | Komissarov, Aleksandr | | | $2,275.00 | no response | sustain objection |
| 7 | Kondrat'ev, Ivan | | | $1,561.88 | no response | sustain objection |
| 7 | Kovach, Kenneth | | | $2,301.63 | no response | sustain objection |
| 7 | Kozachenko, Igor | | | $38,250.00 | no response | sustain objection |
| 7 | Kraus, Alfred | | | $3,777.36 | no response | sustain objection |
| 7 | Kravchik, Oren | | | $6,652.99 | no response | sustain objection |
| 7 | Kwok, Tin Yan | | | $3,879.01 | no response | sustain objection |
| 7 | Lance, Edward | | | $4,551.56 | no response | sustain objection |
| 7 | Laron, Etamar | | | $7,547.26 | no response | sustain objection |
| 7 | Lau, Brion (Financial Fitness Pro) | | | $2,458.00 | no response | sustain objection |
| 7 | Laun, Duane | | | $32,940.30 | objection withdrawn | withdraw objection |
| 7 | Le, Dat | | | $4,048.90 | no response | sustain objection |
| 7 | Lee, Edward | | | $9,215.77 | no response | sustain objection |
| 7 | Lehming, Tim | | | $2,590.34 | no response | sustain objection |
| 7 | Lehrer, Mark | | | $2,386.63 | no response | sustain objection |
| 7 | Lenet, Adam (Lenit IT Solutions) | | | $38,250.00 | no response | sustain objection |
| 7 | Leong, Matthew | | | $2,291.52 | no response | sustain objection |
| 7 | Listener Approved LLC | | | $7,450.54 | no response | sustain objection |
| 7 | Liu, Eric | | | $7,332.86 | no response | sustain objection |
| 7 | Loudon, George | | | $1,634.98 | no response | sustain objection |
| 7 | Luecke, Christian | | | $2,275.28 | no response | sustain objection |
| 7 | Ma, Ting | | | $9,318.47 | no response | sustain objection |
| 7 | Maes Jelle (BVBA) | | | $4,466.48 | no response | sustain objection |
| 7 | Malinen, Juri | | | $13,144.00 | no response | sustain objection |
| 7 | Mann, Elkin (LDI Imports) | | | $2,628.74 | no response | sustain objection |
| 7 | | | | $2,275.28 | no response | sustain objection |

Case: 14-30725    Doc# 500-1    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 14 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Marin, Santiago | | | $2,326.02 | no response | sustain objection |
| 7 | Matas, Francisco Joee Romero | | | $4,292.11 | no response | sustain objection |
| 7 | Mathias, Michael | | | $2,600.01 | no response | sustain objection |
| 7 | Maxwell, Gregory | | | $6,136.00 | no response | sustain objection |
| 7 | Mazovec, Anze | | | $2,854.82 | insufficient documentation and/or response | sustain objection |
| 7 | McCray, Nathaniel | | | $4,038.30 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | McGhan, Allen | | | $4,109.89 | no response | sustain objection |
| 7 | McKittrick, Brian | | | $6,416.00 | objection withdrawn | withdraw objection |
| 7 | McNamara Financial | | | $25,145.00 | no response | sustain objection |
| 7 | Medeiros, Martin | | | $3,791.52 | insufficient documentation and/or response | sustain objection |
| 7 | Meese, Kelly | | | $2,397.00 | no response | sustain objection |
| 7 | Meijburg, Cees | | | $2,590.34 | no response | sustain objection |
| 7 | Mengel, Amos | | | $2,692.00 | no response | sustain objection |
| 7 | Merkabahnk | | | $3,795.30 | no response | sustain objection |
| 7 | Metzler, Jared | | | $3,784.03 | objection withdrawn | withdraw objection |
| 7 | Mikesell, Jean-Andrew | | | $6,928.88 | no response | sustain objection |
| 7 | Miller, James | | | $2,326.02 | no response | sustain objection |
| 7 | Miller, Warren | | | $1,756.25 | no response | sustain objection |
| 7 | Minhaj, Ahmed | | | $6,565.70 | no response | sustain objection |
| 7 | Miranda, Joaquin Mellado | | | $7,458.82 | no response | sustain objection |
| 7 | Miratek | | | $5,525.00 | no response | sustain objection |
| 7 | Moc, Tong | | | $4,583.43 | no response | sustain objection |
| 7 | Molai, Bo | | | $1,090.10 | no response | sustain objection |
| 7 | Morales, Jose | | | $2,460.00 | no response | sustain objection |
| 7 | Mosneron, Charles | | | $2,600.01 | no response | sustain objection |
| 7 | Mueller, Florian | | | $2,656.20 | no response | sustain objection |
| 7 | Munoz, Victor | | | $6,529.00 | no response | sustain objection |
| 7 | Navarry, Albert | | | $2,640.84 | no response | sustain objection |
| 7 | Neth, Alex | | | $12,151.30 | no response | sustain objection |
| 7 | Neumann, Tobias | | | $2,590.34 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Newbern, Saint Clair | | | $10,363.20 | no response | sustain objection |
| 7 | Ngo, Jimson | | | $2,431.56 | no response | sustain objection |
| 7 | Nguyen, Phuc (Gallo claimant) | | | $2,420.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | sustain objection |
| 7 | Nguyen, Thang | | | $3,795.50 | no response | sustain objection |
| 7 | Ni, Zhongwei | | | $3,982.16 | no response | sustain objection |
| 7 | Nimtsch, Daniel | | | $1,766.79 | no response | sustain objection |

EXHIBIT A
All Objections listed by Omnibus Objection Number

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Nirvana Digital | | | $8,172.03 | no response | sustain objection |
| 7 | Noble, Julian | | | $1,884.32 | no response | sustain objection |
| 7 | North, Jonathon | | | $6,128.20 | no response | sustain objection |
| 7 | Novtech, Inc. | | | $9,000.00 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Oregan Networks Ltd. | | | $2,590.00 | no response | sustain objection |
| 7 | Package Science | | | $32,000.00 | no response | sustain objection |
| 7 | Patel, Siraj | | | $4,308.15 | no response | sustain objection |
| 7 | Peace, William | | | $2,262.81 | no response | sustain objection |
| 7 | Peay, Timothy | | | $6,339.54 | no response | sustain objection |
| 7 | Pei, Qingshou | | | $3,811.74 | no response | sustain objection |
| 7 | Peregoy, John | | | $6,461.00 | objection withdrawn | withdraw objection |
| 7 | Perez, Julio | | | $15,551.74 | no response | sustain objection |
| 7 | Perkins Coie LLP | | | $101,769.89 | Perkins Coie's response (Doc. No. 145) consents to the disallowance of Perkins Coie's scheduled claim and the allowance of its filed claim. The Trustee agrees and is proposing this treatment of Perkins Coie's claims. | |
| 7 | Petersen, Russell | | | $2,271.88 | no response | sustain objection |
| 7 | Pirestani, Kayvon | | | $4,168.85 | no response | sustain objection |
| 7 | Pojar, Daniel | | | $2,326.00 | no response | sustain objection |
| 7 | Poluhin, Anton | | | $2,998.97 | no response | sustain objection |
| 7 | Polymathica Pte. Ltd | | | $4,448.01 | no response | sustain objection |
| 7 | Pop, Adrian | | | $4,583.42 | no response | sustain objection |
| 7 | Prasanna, Jeyaraman | | | $2,687.47 | no response | sustain objection |
| 7 | Prentice, Jonathan (Network Service Prov) | | | $1,500.00 | no response | sustain objection |
| 7 | Proven Tolerance Specialist | | | $5,706.96 | no response | sustain objection |
| 7 | Pryor, Michael | | | $6,328.18 | insufficient documentation and/or response | sustain objection |
| 7 | Pushkin, Sergey | | | $2,855.00 | no response | sustain objection |
| 7 | Quirante, Joseph John | | | $7,691.11 | no response | sustain objection |
| 7 | Raday, Christopher | | | $3,795.50 | no response | sustain objection |
| 7 | Radhawa, Ram | | | $6,598.90 | no response | sustain objection |
| 7 | Ramos, Dominic | | | $2,654.00 | no response | withdraw objection |
| 7 | Randall, Scott (Advanced Legal Systems, Inc.) | | | $3,997.68 | no response | withdraw objection |
| 7 | Rankin, Frank | | | $15,441.98 | no response | withdraw objection |
| 7 | Rebeyrat, Olivier | | | $4,081.50 | no response | withdraw objection |
| 7 | Reed, Mari | | | $1,688.02 | no response | withdraw objection |
| 7 | Reith, Bruno | | | $2,590.34 | no response | withdraw objection |
| 7 | Richardson, Alan | | | $9,200.00 | no response | withdraw objection |
| 7 | Richardson, Robert Alan | | | $29,900.00 | no response | withdraw objection |
| 7 | Richmond, George | | | $3,887.90 | no response | withdraw objection |

EXHIBIT A
All Objections listed by Omnibus Objection Number

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Richmond, George | | | $3,887.90 | no response | withdraw objection |
| 7 | Rihn, Bernie (Prudentia Permanens LLC) | | | $6,533.60 | no response | sustain objection |
| 7 | Rising, Joshua | | | $1,656.97 | no response | sustain objection |
| 7 | Ritz, Jay | | | $12,685.40 | no response | sustain objection |
| 7 | Robert Alkire Consulting | | | $28,800.00 | objection withdrawn | withdraw objection |
| 7 | Roeder, Paul | | | $2,318.45 | no response | sustain objection |
| 7 | Romero, Hugo Gonzalez | | | $4,292.11 | no response | sustain objection |
| 7 | Rooney, Ric (Sun Spot) | | | $15,260.54 | no response | sustain objection |
| 7 | Rouvier, Joe | | | $6,925.73 | no response | sustain objection |
| 7 | Roy, Mark | | | $120,729.17 | no response | withdraw objection |
| 7 | Russell, Joe | | | $353.61 | no response | sustain objection |
| 7 | Sajan, Anthony | | | $2,275.28 | no response | sustain objection |
| 7 | Samios, Nicholas | | | $7,723.00 | no response | sustain objection |
| 7 | Sanders, Bruce (Bruce Sanders Design) | | | $6,566.70 | no response | sustain objection |
| 7 | Sandgate Technologies | | | $89,377.00 | no response | withdraw objection |
| 7 | Santos, Jose | | | $2,600.01 | no response | sustain objection |
| 7 | Schemenauer, Neil | | | $6,572.77 | no response | sustain objection |
| 7 | Schicker, Florian | | | $4,292.11 | no response | sustain objection |
| 7 | Schildknecht, Timo | | | $6,871.00 | no response | sustain objection |
| 7 | Schwartz, Vicki (Schwarz) | | | $2,326.02 | no response | sustain objection |
| 7 | Schwarz, Steven | | | $6,000.00 | no response | sustain objection |
| 7 | Schwarz, Viktor | | | $6,842.11 | no response | sustain objection |
| 7 | Shanghai Chooyu Chemical Company, Ltd | | | $2,128.00 | no response | withdraw objection |
| 7 | Shave, John | | | $6,565.70 | no response | sustain objection |
| 7 | Shy, Kathleen | | | $515.00 | no response | withdraw objection |
| 7 | Sidles, Kyle (Kaysid, LLC) | | | $31,875.00 | no response | sustain objection |
| 7 | Sierra Proto Express | | | $11,160.98 | no response | sustain objection |
| 7 | Sim, Sylvia (IP Mart Network) (Gallo claimant) | | | $62,332.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | sustain objection |
| 7 | Simms, Jonathan (Jhashybor Mining) | | | $4,058.96 | no response | sustain objection |
| 7 | Simpson, Craig | | | $2,600.01 | no response | sustain objection |
| 7 | Sine, Terry | | | $3,773.67 | no response | sustain objection |
| 7 | Slavkov, Evan Lawrence | | | $0.00 | no response | withdraw objection |
| 7 | Snisarenko, Kostyantyn | | | $2,583.51 | no response | sustain objection |
| 7 | Sonic Manufacturing Technologies | | | $149,313.05 | no response | withdraw objection |
| 7 | Starr, Daniel | | | $2,699.13 | no response | sustain objection |
| 7 | Stehr Music Productions | | | $2,644.00 | no response | sustain objection |
| 7 | Steinberg, David | | | $6,928.00 | no response | sustain objection |
| 7 | Steiner, Raymond | | | $2,656.20 | no response | sustain objection |
| 7 | Stolowitz Ford Cowger, LLP | | | $5,637.55 | no response | withdraw objection |
| 7 | Stoychev, Ivo | | | $6,777.00 | no response | sustain objection |
| 7 | Su, Hsiaofen | | | $4,950.78 | no response | sustain objection |
| 7 | Sudakov, Sergiy | | | $2,275.28 | no response | sustain objection |

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 17 of 19

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 7 | Suddarth, James | | | $6,320.83 | insufficient documentation and/or response | sustain objection |
| 7 | Sullivan, Mark (Cyclotronics) | | | $19,018.05 | no response | sustain objection |
| 7 | Suter, Heinz | | | $4,292.11 | no response | sustain objection |
| 7 | Synter Resource Group, LLC | | | $40.72 | no response | withdraw objection |
| 7 | Syvert Holbeck Feed | | | $2,669.57 | no response | sustain objection |
| 7 | Tait, Ian | | | $13,414.16 | no response | sustain objection |
| 7 | Talmacel, Milhail | | | $19,899.68 | no response | sustain objection |
| 7 | Tanaka, Hideyuki | | | $3,271.50 | no response | sustain objection |
| 7 | Taylor, Guy | | | $2,590.34 | no response | sustain objection |
| 7 | Telford, Jeannie | | | $6,401.59 | no response | sustain objection |
| 7 | Teltarif.de | | | $1,765.59 | no response | sustain objection |
| 7 | Teo, Albert | | | $4,048.90 | no response | sustain objection |
| 7 | Teta, Jesse | | | $2,386.63 | no response | sustain objection |
| 7 | Theron Rodriguez Bitlab LLC | | | $6,549.00 | no response | sustain objection |
| 7 | Thompson, Chris | | | $1,561.66 | no response | sustain objection |
| 7 | Tipple, Peter | | | $2,563.54 | no response | sustain objection |
| 7 | Tooley, Marc | | | $3,203.54 | no response | sustain objection |
| 7 | Traver, Elric | | | $2,417.46 | objection withdrawn | withdraw objection |
| 7 | Trowbridge, Douglas | | | $1,638.62 | no response | sustain objection |
| 7 | TrueTech Communications | | | $560.00 | no response | withdraw objection |
| 7 | Tucker, Matt | | | $25,045.00 | no response | sustain objection |
| 7 | Turygin, Ivan | | | $25,000.00 | no response | withdraw objection |
| 7 | Twigg, Simon | | | $4,876.80 | no response | sustain objection |
| 7 | Uline | | | $1,044.88 | no response | withdraw objection |
| 7 | Valcheva, Indra Koli | | | $13,416.71 | no response | sustain objection |
| 7 | van der Feest, Stephan | | | $2,600.01 | no response | withdraw objection |
| 7 | Van Vuuren, Henco Janse | | | $3,012.89 | no response | sustain objection |
| 7 | Vasquez, Raul | | | $2,495.67 | no response | sustain objection |
| 7 | Vela, Allan | | | $4,418.53 | objection withdrawn | withdraw objection |
| 7 | Vermaat, L.J. | | | $6,794.00 | no response | sustain objection |
| 7 | Vkal Design LLC | | | $840.00 | no response | withdraw objection |
| 7 | von Germeten, Mark | | | $3,848.35 | no response | sustain objection |
| 7 | Vorac, Oldrich | | | $5,048.00 | no response | sustain objection |
| 7 | Vykoukal, Ferdinand | | | $5,282.00 | no response | sustain objection |
| 7 | Wagner, Marcel | | | $4,244.27 | no response | sustain objection |
| 7 | Wallace, Nathan | | | $6,322.00 | no response | sustain objection |
| 7 | Walsh, Kat and Gregory Maxwell | | | $6,143.00 | no response | sustain objection |
| 7 | Walsh, Sean (Bertram Capital) | | | $6,888.71 | no response | sustain objection |
| 7 | Wang, George | | | $2,290.00 | no response | sustain objection |
| 7 | Wang, Hamilton | | | $13,228.00 | insufficient documentation and/or response | sustain objection |
| 7 | Wang, Xiwen | | | $34,038.55 | no response | sustain objection |
| 7 | Weiner, Bryce | | | $2,515.94 | no response | sustain objection |
| 7 | Wen, Luke | | | $2,365.25 | no response | sustain objection |
| 7 | Whyne, Eric | | | $2,420.34 | no response | sustain objection |

Case: 14-30725    Doc# 500-1    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 18 of 19

EXHIBIT A
All Objections listed by Omnibus Objection Number

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Wiesman, Jazz | | | $4,040.00 | no response | sustain objection |
| | Williams, Daniel | | | $2,275.28 | no response | sustain objection |
| | Williams, Mark (Off Road Unlimited) | | | $3,890.37 | no response | sustain objection |
| | Witty, Stephen | | | $3,795.44 | no response | sustain objection |
| | Workbridge Associates | | | $19,890.00 | no response | sustain objection |
| | World Electronics | | | $196,940.22 | no response | sustain objection |
| 7 | Wu, Gonbo | | | $6,010.00 | no response | sustain objection |
| | Wu, James | | | $2,459.00 | no response | sustain objection |
| | WY Gost | | | $120,000.00 | no response | sustain objection |
| | Wysong, Corey | | | $2,277.31 | no response | sustain objection |
| | Xu, Zhengxian | | | $2,636.78 | no response | sustain objection |
| | Xue, Yipu | | | $3,158.57 | no response | sustain objection |
| | Yang, Xunyu | | | $7,716.00 | no response | sustain objection |
| | Yap, Jet | | | $8,241.95 | no response | sustain objection |
| 7 | Yellowlees, Jon | | | $3,805.80 | no response | sustain objection |
| | Yotov, Tsvetomir | | | $7,376.69 | no response | sustain objection |
| | Young, Alexander | | | $2,264.96 | no response | sustain objection |
| | Zepeda, Manuel | | | $13,777.00 | no response | sustain objection |
| | Zheng, Chris | | | $2,275.00 | no response | sustain objection |
| | Zhou, Wei | | | $7,009.10 | no response | sustain objection |
| | Zifon, Toshiya | | | $2,584.70 | no response | sustain objection |
| | Zizka, Andreas | | | $3,340.60 | no response | sustain objection |
| | Zizka, Jochen | | | $4,311.78 | no response | sustain objection |

Case: 14-30725   Doc# 500-1   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 19 of 19