EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Aamodt, Eivind | | | $2,656.20 | no response | sustain objection |
| | Abdelgawad, Amro | | | $7,999.25 | no response | sustain objection |
| | Accountemps of Robert Half Attn: Karen Lima | 22 (claim filed in Case No. 14-30866) | $6,412.42 | | no response | sustain objection |
| | Accountemps of Robert Half Attn: Karen Lima | 23 (claim filed in Case No. 14-30866) | $1,802.78 | | no response | sustain objection |
| | Ag, Elpix and Joerg Margane | | | $41,902.60 | no response | sustain objection |
| | Ahluwalia, Rajpreet | | | $2,292.00 | no response | sustain objection |
| | Albarron, Dario | | | $4,078.74 | no response | sustain objection |
| | Alexiou, Antonios | | | $2,657.22 | no response | sustain objection |
| | Allure Marine Limited (Matt Gibson) | | | $4,520.19 | no response | sustain objection |
| | Alonso, Jesus Martin | 290 | $2,640.84 | | no response | sustain objection |
| | Alonso, Jesus Martin | 292 | $2,640.84 | | no response | sustain objection |
| | Alonso, Jesus Martin | 293-1 | $2,640.84 | | no response | sustain objection |
| | Alonso, Jesus Martin | 294 | $2,640.84 | | no response | sustain objection |
| | Amanda Van Nuys Consulting | 153 | $9,750.00 | | no response | allow unsecured claim in the amount of $9,750.00 |
| | Ambar, Abraham | | | $8,052.06 | no response | sustain objection |
| | Anders, John | | | $2,669.57 | no response | sustain objection |
| | Anguiano II, Jose | 323 | $2,535.00 | | no response | sustain objection |
| | Anthem Blue Cross | | | $6,786.00 | no response | sustain objection |
| | Appel, Sascha | | | $2,654.37 | no response | sustain objection |
| 7 | Arberg, Lars | | | $4,292.11 | no response | sustain objection |
| | Armada Works Inc. | | | $7,432.87 | no response | sustain objection |
| | Armatys, Zbigniew | | | $2,998.97 | no response | sustain objection |
| | Arna, Jeanette | 171 | $7,622.11 | | no response | sustain objection |
| 4 | Atlas, Yazz (EntropyWorks Inc.) | | | $4,018.52 | no response | sustain objection |
| | Aupacom Enterprises (see Christopher Shaw) | | | $9,329.00 | no response | sustain objection |
| 4 | Avery, Terri | 62-1 | $2,699.13 | | no response | sustain objection |
| | Avery, Terri | 62 | $2,699.13 | | no response | sustain objection |
| | Ayotte, Shawn | | | $2,468.24 | no response | sustain objection |
| 4 | Babcock, James A. | 270-1 | $7,556.17 | | no response | sustain objection |
| | Badua, Jason | | | $24,029.54 | no response | sustain objection |
| | Baldkinger, Mattia (Baldinger) | | | $1,809.96 | no response | sustain objection |
| | Bao, Lei | 18 (claim filed in Case No. 14-30866) | $66,374.14 | | no response | sustain objection |
| 1 | Bao, Lei | 23 | $66,374.14 | | no response | sustain objection |
| 1 | Bao, Lei | 154 | $66,374.14 | | no response | sustain objection |
| 1 | Bao, Lei | 225 | $66,374.14 | | no response | sustain objection |
| 3 | Bao, Lei | 11 (claim filed in Case No. 14-30866) | | | no response | sustain objection in part; allow unsecured claim in the amount of $11,966.60 |
| 7 | Baranbdiaran, Jose | | | $6,861.78 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Barber, Simon | 301 | $14,550.94 | | no response | sustain objection |
| 7 | Baringer, Maximilian | | | $2,590.34 | no response | sustain objection |
| 7 | Baum, Luke | | | $1,639.25 | no response | sustain objection |
| 7 | Bayona, Roberto | | | $2,698.57 | no response | sustain objection |
| 7 | Beauchesne, Thierry | | | $2,457.54 | no response | sustain objection |
| 7 | Beaumont, Adam | | | $2,590.34 | no response | sustain objection |
| 7 | Beckwith, Ted | | | $14,000.00 | no response | sustain objection |
| 7 | Beech, Craig | | | $512,960.00 | no response | sustain objection |
| 7 | Belfield, Justin (AGNQ Tech LLC) | | | $2,278.59 | no response | sustain objection |
| 7 | Bellosta, Marcelino | | | $7,210.00 | no response | sustain objection |
| 7 | Bemmira, Lotfi | | | $6,161.67 | no response | sustain objection |
| 7 | Benoit, Bergic | | | $2,602.00 | no response | sustain objection |
| 7 | Berger, Kyle | | | $2,478.00 | no response | sustain objection |
| 7 | Bigler, Benjamin | | | $2,640.84 | no response | sustain objection |
| 7 | Billaud, Matthieu | | | $26,925.00 | no response | sustain objection |
| 7 | Birke, Marian | | | $20,237.99 | no response | sustain objection |
| 4 | Bit Coin LLC (James Braden) | 320 | $51,250.00 | | no response | sustain objection |
| 7 | Bit-Stop Computer | | | $1,765.59 | no response | sustain objection |
| 4 | Black Oak Computers | 254 | $29,380.11 | | no response | sustain objection |
| 7 | Blancett, Phil | | | $6,925.73 | no response | sustain objection |
| 7 | Boothby, David | | | $2,422.00 | no response | sustain objection |
| 7 | Bosse, Donald | | | $2,893.14 | no response | sustain objection |
| 3 | Bouckaert, Tom | 265-1 | $12,177.89 | | no response | sustain objection |
| 7 | Bower, Jonathan | | | $2,670.00 | no response | sustain objection |
| 4 | Boytler, Bruce James | 298-1 | $6,500.00 | | no response | sustain objection |
| 7 | Bressler, Brandon | | | $2,496.00 | no response | sustain objection |
| 7 | Brewis, Deon | | | $5,785.30 | no response | sustain objection |
| 7 | Brewis, Deon | | | $1,553.59 | no response | sustain objection |
| 7 | Bulcke, Lieven Vanden | | | $4,365.60 | no response | sustain objection |
| 1 | Burgin, Daniel | 104 | $25,161.60 | | no response | sustain objection in part; allow unsecured claim in the amount of $16,577.39 |
| 7 | Cain, James | | | $4,068.96 | no response | sustain objection |
| 3 | Calderone, Ray | 73-1 | $2,644.21 | | no response | sustain objection |
| 7 | Cameron, Scott | | | $2,291.71 | no response | sustain objection |
| 7 | Carmichael, Craig | | | $2,461.39 | no response | sustain objection |
| 7 | Carrillo, Anthony | | | $1,623.82 | no response | sustain objection |
| 7 | Carver, Dain | | | $6,430.00 | no response | sustain objection |
| 3 | Celaj, Jetmir | 303 | $17,755.09 | | no response | sustain objection |
| 7 | Central Computers | | | $840.00 | no response | sustain objection |
| 7 | Chan, Hing tat | | | $6,707.36 | no response | sustain objection |
| 7 | Chan, Jeremy | | | $6,939.80 | no response | sustain objection |
| 4 | Chandra, Suresh | 54-1 | $2,326.02 | | no response | sustain objection |
| 4 | Chappell, Frank | 316 | $2,250.00 | | no response | sustain objection |
| 4 | Chappell, Frank | 316 | $2,250.00 | | no response | sustain objection |
| 7 | Chase, Kyle | | | $7,615.29 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 2 | Chiong, Michael | | | $3,797.53 | no response | sustain objection |
| 2 | Cho, David | | | $4,048.90 | no response | sustain objection |
| 7 | City and County of San Francisco Bureau of Delinquent Revenue | 325 | $7,938.58 | | no response | sustain objection |
| 4 | Clauw, Sven | | | $2,563.54 | no response | sustain objection |
| 7 | Cogent Communications | | | $1,600.00 | no response | sustain objection |
| 4 | Collins, Aaron | 7-1 | $2,250.00 | | no response | sustain objection |
| 2 | Collins, Aaron | | | $2,299.00 | no response | sustain objection |
| 7 | Conangla, Xavier | | | $2,654.00 | no response | sustain objection |
| 4 | Connelly, Brian C | 10-1 | $5,000.00 | | no response | sustain objection |
| 7 | Contreras, Tommy E. | | | $2,100.00 | no response | sustain objection |
| 2 | Cooke, Harrison | | | $8,957.59 | no response | sustain objection |
| 2 | Cordova, Luis | | | $7,190.00 | no response | sustain objection |
| 7 | Courtright, William | | | $2,498.31 | no response | sustain objection |
| 7 | Craig-Wood, Kate (Wood Technology LLP) | | | $12,493.17 | no response | sustain objection |
| 7 | Crain, Donald | 25-1 | $4,548.26 | | no response | sustain objection |
| 2 | Cremer, Shlomo | | | $7,547.26 | no response | sustain objection |
| 2 | Crockford, Andrew | | | $4,244.27 | no response | sustain objection |
| 7 | Croscup, Paul | 241 | $5,497.00 | | no response | sustain objection |
| 7 | Crowder, Ralph | 123 | $48,000.00 | | no response | sustain objection |
| 7 | Cypher Enterprises, LLC | 305 | $32,252.05 | | no response | sustain objection in part; allow unsecured claim in the amount of $6,018.50 |
| 7 | Cypher Enterprises, LLC | | | $6,018.00 | no response | sustain objection |
| 7 | Dahlke, Matthew Robert (incorrectly named Hashfast Technologies, LLC as claimant) | 327 | $100,000.00 | | no response | sustain objection |
| 6 | Dahlke, Matthew Robert (incorrectly named Hashfast Technologies, LLC as claimant) | 327 | $100,000.00 | | no response | sustain objection |
| 4 | Damm, Michael | 90-1 | $41,642.24 | | no response | sustain objection |
| 2 | Davies, Aneurin | | | $4,273.55 | no response | sustain objection |
| 2 | Day, Jonathan | | | $1,798.90 | no response | sustain objection |
| 2 | de Romijn, Alwin | | | $4,244.27 | no response | sustain objection |
| 7 | DeLeon, Eddie | | | $2,250.00 | no response | sustain objection |
| 7 | Dewey, Antonio | | | $2,318.00 | no response | sustain objection |
| 7 | Diener, Jonas | 304-1 | $1,647.51 | | no response | sustain objection |
| 5 | Digimex, Ltd. | 48 | $3,608,946.20 | | no response | sustain objection |
| 2 | Ditthardt, Robert (Olivine Labs LLC) | | | $4,058.96 | no response | sustain objection |
| 7 | Dolman, Christopher | | | $2,607.17 | no response | sustain objection |
| 4 | Duke, Fon Allan | 16-1 | Unknown | $0.00 | no response | sustain objection |
| 7 | DXCorr Design, Inc. | | | | no response | sustain objection |
| 4 | EarthRise Trust | 248-1 | $28,358.96 | | no response | sustain objection |
| 5 | EarthRise Trust | 13-1 | $131,868.00 | | no response | sustain objection |
| 7 | Eclipse Metal Fabrication | | | $3,279.90 | no response | sustain objection |
| 7 | Edwards, Robert (Awesome Possum LLC) | | | $6,565.70 | no response | sustain objection |
| 7 | Employment Matter Counseling & Consulting | | | $2,170.00 | no response | sustain objection |
| 7 | Endres, Alexander | | | $6,776.90 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Ergen, Chris (c/o Summit Capital LLC) | | | $36,758.96 | no response | sustain objection |
| | Famania, Fernando | | | $6,910.20 | no response | sustain objection |
| | Farag, Joseph (Trinity Bitcoin) | | | $6,565.70 | no response | sustain objection |
| | Farnsworth, Eli | | | $2,420.00 | no response | sustain objection |
| | Farry, Dean | | | $4,168.85 | no response | sustain objection |
| | Faruqi, Muhammad Zahid | 136 | $6,842.00 | | no response | sustain objection |
| 7 | Feler System Integration | | | $4,273.55 | no response | sustain objection |
| 3 | Feng, Victor | 37 | $48,107.00 | | no response | sustain objection in part; allow unsecured claim in the amount of $6,142.82 |
| | Fernandez, Jensy | | | $2,365.25 | no response | sustain objection |
| | Fiechter, Frederick | | | $20,777.19 | no response | sustain objection |
| | Filippov, Alex | 306-1 | $73,457.00 | | no response | sustain objection |
| | Fischer, Maximillian/Gerald | 288 | $40,858.36 | | no response | sustain objection in part; allow unsecured claim in the amount of $28,036.40 |
| | Fishchenko, Andrey | | | $3,995.58 | no response | sustain objection |
| | Floyd, Raymond (Floyd Company) | | | $7,067.00 | no response | sustain objection |
| | Franko, Janez | | | $2,854.82 | no response | sustain objection |
| | Fu, Zhao | 318 | $2,362.02 | | no response | sustain objection |
| | Galburt, Gamain Jean (Paula Jean) | | | $2,328.40 | no response | sustain objection |
| | Gallegos, Matt | | | $2,422.71 | no response | sustain objection |
| | Gamborino, Joah | | | $6,842.00 | no response | sustain objection |
| 7 | Gao, Michael (c/o Honqui Yang) | | | $682,038.00 | no response | sustain objection |
| | Giovinco, Michael | | | $1,638.62 | no response | sustain objection |
| | Gladden, David | | | $3,873.20 | no response | sustain objection |
| | GLO Ventures | | | $25,000.00 | no response | sustain objection |
| | Glocovs, Aleksandrs | | | $5,068.19 | no response | sustain objection |
| 4 | Golbs, Christian | 88-1 | $6,776.92 | | no response | sustain objection |
| | Gorman, Pete | | | $2,670.40 | no response | sustain objection |
| | Gotleib, Jon | | | $51,250.00 | no response | sustain objection |
| | Gray, Scott | | | $6,507.52 | no response | sustain objection |
| | Greenwood, Evan L. | 289 | $6,335.67 | | no response | sustain objection |
| | Greinier, Michael | | | $11,523.80 | no response | sustain objection |
| | Grevich, Justin | | | $4,176.48 | no response | sustain objection |
| 2 | Grevich, Justin | 328 | $4,176.48 | | no response | sustain objection |
| | Grez, Patricio | | | $2,420.34 | no response | sustain objection |
| | Grimes, Aaron | | | $2,275.28 | no response | sustain objection |
| | Gruat, Michael | 10-1 | $1,766.00 | | no response | sustain objection |
| 7 | Haden, Doug | | | $6,925.73 | no response | sustain objection |
| | Hall, Dylan | 146-2 | $7,999.25 | | no response | allow unsecured claim in the amount of $7,999.25 |
| | Halley, Zach | | | $2,600.01 | no response | sustain objection |
| | Haltiner, Maia | | | $2,291.52 | no response | sustain objection |
| 6 | Hammond, Edward | 64-1 | $6,000.00 | | no response | sustain objection |
| 7 | Hancock, Mark | | | $2,518.64 | no response | sustain objection |

Case: 14-30725    Doc# 500-3    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 4 of 11

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 6 | Hansen, Lonnie | 220-1 | $4,048.62 | | no response | sustain objection in part; allow unsecured claim in the amount of $1,478.62 |
| 7 | Harnett, Dane | | | $13,763.46 | no response | sustain objection |
| 7 | Harris, Peter | | | $4,244.27 | no response | sustain objection |
| 7 | Harris, Roland Payu | 127 | $7,100.00 | | no response | sustain objection |
| 7 | Haverstock, Adam | | | $2,458.99 | no response | sustain objection |
| 7 | Hellmann, Ronny | | | $2,590.34 | no response | sustain objection |
| 7 | Henderson, Reginald | | | $6,342.70 | no response | sustain objection |
| 7 | Hendrick, Glenn, Bitminer | | | $1,639.25 | no response | sustain objection |
| 7 | Hennequin, Franck | | | $2,590.34 | no response | sustain objection |
| 7 | Hennessy, Adam | | | $1,500.00 | no response | sustain objection |
| 7 | Henriksen, Tore | | | $4,418.91 | no response | sustain objection |
| 7 | Herbon, Daniel | 67-1 | $35,000.00 | | no response | sustain objection |
| 7 | Hicks, James | | | $2,446.88 | no response | sustain objection |
| 7 | Hilderal, Daniel | | | $2,590.00 | no response | sustain objection |
| 7 | Hill, Derek | | | $6,322.00 | no response | sustain objection |
| 7 | Hilt, Charles | | | $4,550.56 | no response | sustain objection |
| 7 | Hoang, Tony | 126 | $7,862.78 | | no response | sustain objection |
| 7 | Hu, Wenxie | | | $2,584.70 | no response | sustain objection |
| 7 | Huang, Kevin | | | $2,293.55 | no response | sustain objection |
| 7 | Huber, Beat | | | $2,641.00 | no response | sustain objection |
| 7 | Huckvale, Stephen | | | $2,590.00 | no response | sustain objection |
| 7 | Hui, Lin Cheng | | | $29,631.20 | no response | sustain objection |
| 7 | Huizinga, Patrick | | | $1,756.25 | no response | sustain objection |
| 7 | Ino, Yasuo | | | $4,215.09 | no response | sustain objection |
| 7 | Islamov, Timur | | | $7,691.11 | no response | sustain objection |
| 7 | Jacos, Peter | | | $7,157.98 | no response | sustain objection |
| 7 | Jaffe, Nicholas | | | $2,675.65 | no response | sustain objection |
| 7 | James Lowry, LLC | | | $15,592.23 | no response | sustain objection |
| 7 | Jang, Lewis | | | $2,550.17 | no response | sustain objection |
| 7 | Janke, Larson | | | $38,252.00 | no response | sustain objection |
| 7 | JK Internet Solutions Partner | | | $2,590.00 | no response | sustain objection |
| 7 | Johnson, Darwin | | | $2,590.00 | no response | sustain objection |
| 7 | Juez, Alejandro Besada | | | $6,842.11 | no response | sustain objection |
| 7 | Kaarakainen, Mika | | | $2,669.57 | no response | sustain objection |
| 7 | Kalram, Mohit | | | $4,405.27 | no response | sustain objection |
| 7 | Karau, Holden | | | $2,495.67 | no response | sustain objection |
| 4 | Kelly, Shaun | 125 | $3,111.16 | | no response | sustain objection |
| 7 | Keyes, Marion (Riverstone LLC) | | | $13,076.70 | no response | sustain objection |
| 7 | King, David | | | $2,272.00 | no response | sustain objection |
| 7 | Klein, Oliver | | | $2,607.17 | no response | sustain objection |
| 7 | Komissarov, Aleksandr | | | $2,275.00 | no response | sustain objection |
| 7 | Kondrat'ev, Ivan | | | $1,561.88 | no response | sustain objection |
| 7 | Kovach, Kenneth | | | $2,301.63 | no response | sustain objection |
| 7 | Kozachenko, Igor | | | $38,250.00 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Kraus, Alfred | | | $3,777.36 | no response | sustain objection |
| 7 | Kravchik, Oren | | | $6,652.99 | no response | sustain objection |
| 3 | Krieger, Kevin | 20-1 | $23,000.00 | | no response | sustain objection in part; allow unsecured claim in the amount of $2,932.55 |
| | Kwok, Tin Yan | | | $3,879.01 | no response | sustain objection |
| 7 | Lance, Edward | | | $4,551.56 | no response | sustain objection |
| 7 | Laron, Etamar | | | $7,547.26 | no response | sustain objection |
| | Lau, Brion (Financial Fitness Pro) | | | $2,458.00 | no response | sustain objection |
| | Le, Dat | | | $4,048.90 | no response | sustain objection |
| | Lee, Edward | | | $9,215.77 | no response | sustain objection |
| | Lehming, Tim | | | $2,590.34 | no response | sustain objection |
| | Lehrer, Mark | | | $2,386.63 | no response | sustain objection |
| | Lei, Shi | 61 | $6,765.09 | | no response | sustain objection |
| 6 | Lei, Shi | 12-1 | $6,765.09 | | no response | allow unsecured claim in the amount of $6,765.09 |
| | Lenet, Adam (Lenit IT Solutions) | | | $2,291.52 | no response | sustain objection |
| | Leong, Matthew | | | $7,450.54 | no response | sustain objection |
| 3 | Lindner, Benjamin | 291 | $730,088.31 | | no response | sustain objection in part; allow unsecured claim in the amount of $112,000.00 |
| | Listener Approved LLC | | | $7,332.86 | no response | sustain objection |
| | Liu, Eric | | | $1,634.98 | no response | sustain objection |
| 6 | Liu, Yinchun Catherine | 147 | $6,566.90 | | no response | sustain objection |
| | Loudon, George | | | $2,275.28 | no response | sustain objection |
| | Luecke, Christian | | | $9,318.47 | no response | sustain objection |
| | Ma, Ting | | | $4,466.48 | no response | sustain objection |
| | Maes Jelle (BVBA) | | | $13,144.00 | no response | sustain objection |
| | Malinen, Juri | | | $2,628.74 | no response | sustain objection |
| | Mann, Elkin (LDI Imports) | | | $2,275.28 | no response | sustain objection |
| | Marin, Santiago | | | $2,326.02 | no response | sustain objection |
| | Matas, Francisco Joee Romero | | | $4,292.11 | no response | sustain objection |
| | Matheu, David | 224 | $3,955.58 | | no response | sustain objection |
| | Mathias, Michael | | | $2,600.01 | no response | sustain objection |
| | Maxwell, Gregory | | | $6,136.00 | no response | sustain objection |
| | McGhan, Allen | | | $4,109.89 | no response | sustain objection |
| | McNamara Financial | | | $25,145.00 | no response | sustain objection |
| | Meese, Kelly | | | $2,397.00 | no response | sustain objection |
| | Meijburg, Cees | | | $2,590.34 | no response | sustain objection |
| 7 | Mengel, Amos | | | $2,692.00 | no response | sustain objection |
| | Merkabahnk | | | $3,795.30 | no response | sustain objection |
| | Mikesell, Jean-Andrew | | | $6,928.88 | no response | sustain objection |
| | Mikesell, Jean-Andrew | 330 | $6,928.88 | | no response | sustain objection |
| | Miller, James | | | $2,326.02 | no response | sustain objection |
| 4 | Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | $8,788.52 | | no response | sustain objection |
| 7 | Miller, Warren | | | $1,756.25 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Minchenkov, Alexey | 112 | $2,854.82 | | no response | sustain objection |
| | Minhaj, Ahmed | | | $6,565.70 | no response | sustain objection |
| | Miranda, Joaquin Mellado | | | $7,458.82 | no response | sustain objection |
| | Miratek | | | $5,525.00 | no response | sustain objection |
| | Moc, Tong | | | $4,583.43 | no response | sustain objection |
| | Molai, Bo | | | $1,090.10 | no response | sustain objection |
| 4 | Monkey Business (c/o Lee Schwuchow) | 266 | $2,431.23 | | no response | sustain objection |
| 1 | Monsoon Company, Inc. | 221 | $57,660.00 | | no response | sustain objection |
| | Montague, Paul | 100-1 | $6,939.80 | | no response | sustain objection |
| | Morales, Jose | | | $2,460.00 | no response | sustain objection |
| | Morici, Peter | 29-1 | $157,315.64 | | no response | sustain objection |
| | Morici, Peter | 1 | $157,315.64 | | no response | sustain objection in part; allow unsecured claim in the amount of $14,655.95 |
| 7 | Mosneron, Charles | | | $2,600.01 | no response | sustain objection |
| | Mueller, Florian | | | $2,656.20 | no response | sustain objection |
| | Munoz, Victor | | | $6,529.00 | no response | sustain objection |
| | Murray, Stuart A. | 79 | $14,183.61 | | no response | allow unsecured claim in the amount of $14,183.61 |
| | Navarry, Albert | | | $2,640.84 | no response | sustain objection |
| | Neth, Alex | | | $12,151.30 | no response | sustain objection |
| | Newbern, Saint Clair | | | $10,363.20 | no response | sustain objection |
| | Ngo, Jimson | | | $2,431.56 | no response | sustain objection |
| 7 | Nguyen, Thang | | | $3,795.50 | no response | sustain objection |
| | Ni, Zhongwei | | | $3,982.16 | no response | sustain objection |
| | Nimtsch, Daniel | | | $1,766.79 | no response | sustain objection |
| | Nirvana Digital | | | $8,172.03 | no response | sustain objection |
| | Noble, Julian | | | $1,884.32 | no response | sustain objection |
| | North, Jonathon | | | $6,128.20 | no response | sustain objection |
| | Oregan Networks Ltd. | | | $2,590.00 | no response | sustain objection |
| | Oshea, James | 18-1 | unknown | | no response | sustain objection |
| | Oshea, James | 2 | N/A | | no response | allow unsecured claim in the amount of $23,078.28 |
| | Package Science | | | $32,000.00 | no response | sustain objection |
| | Parotte, Maximin | 46-2 | $2,563.54 | | no response | sustain objection |
| | Patel, Siraj | | | $4,308.15 | no response | sustain objection |
| | Peace, William | | | $2,262.81 | no response | sustain objection |
| | Peay, Timothy | | | $6,339.54 | no response | sustain objection |
| | Pederson, Grant | 59-1 | $3,790.01 | | no response | sustain objection |
| 4 | Pederson, Grant | 17-1 | $3,790.00 | | no response | sustain objection |
| | Pei, Qingshou | | | $3,811.74 | no response | sustain objection |
| | Perez, Julio | | | $15,551.74 | no response | sustain objection |
| | Petersen, Russell | | | $2,271.88 | no response | sustain objection |
| | Pirestani, Kayvon | | | $4,168.85 | no response | sustain objection |
| 7 | Pojar, Daniel | | | $2,326.00 | no response | sustain objection |
| 7 | Poluhin, Anton | | | $2,998.97 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Polymathica Pte. Ltd | | | $4,448.01 | no response | sustain objection |
| | Poon, Weng Kay | 243 | $4,252.37 | | no response | sustain objection |
| | Pop, Adrian | | | $4,583.42 | no response | sustain objection |
| | Pope, Bryan | 47-1 | $8,000.00 | | no response | sustain objection |
| | Prasanna, Jeyaraman | | | $2,687.47 | no response | sustain objection |
| | Prentice, Jonathan (Network Service Prov) | | | $1,500.00 | no response | sustain objection |
| | Proven Tolerance Specialist | | | $5,706.96 | no response | sustain objection |
| | Pushkin, Sergey | | | $2,855.00 | no response | sustain objection |
| | Quirante, Joseph John | | | $7,691.11 | no response | sustain objection |
| | Raday, Christopher | | | $3,795.50 | no response | sustain objection |
| | Radhawa, Ram | | | $6,598.90 | no response | sustain objection |
| | Reid, Novia | 317 | $6,429.62 | | | sustain objection |
| | Richards, Matt | 326 | $10,000.00 | | | sustain objection |
| | Riedel, Wolfgang | 110 | $2,590.34 | | | allow unsecured claim in the amount of $2,590.34 |
| | Riedel, Wolfgang | 110 | $2,590.34 | | no response | allow unsecured claim in the amount of $2,590.34 |
| | Rihn, Bernie (Prudentia Permanens LLC) | | | $6,533.60 | no response | sustain objection |
| | Rising, Joshua | | | $1,656.97 | no response | sustain objection |
| | Ritz, Jay | | | $12,685.40 | no response | sustain objection |
| | Roeder, Paul | | | $2,318.45 | no response | sustain objection |
| | Romero, Hugo Gonzalez | | | $4,292.11 | no response | sustain objection |
| | Rooney, Ric (Sun Spot) | | | $15,260.54 | no response | sustain objection |
| | Rouvier, Joe | | | $6,925.73 | no response | sustain objection |
| | Ruble, Nathan P. | 84-1 | $7,910.48 | | no response | sustain objection |
| | Russell, Joe | | | $353.61 | no response | sustain objection |
| | Safranek, Martin | 246 | $4,583.11 | | no response | sustain objection |
| | Sajan, Anthony | | | $2,275.28 | no response | sustain objection |
| | Samios, Nicholas | | | $7,723.00 | no response | sustain objection |
| | Sanders, Bruce (Bruce Sanders Design) | | | $6,566.70 | no response | sustain objection |
| | Santos, Jose | | | $2,600.01 | no response | sustain objection |
| | Sattler, Detlef | 9-1 | $21,943.95 | | no response | sustain objection |
| | Schemenauer, Neil | | | $6,572.77 | no response | sustain objection |
| | Schicker, Florian | | | $4,292.11 | no response | sustain objection |
| | Schildknecht, Timo | | | $6,871.00 | no response | sustain objection |
| | Schortmann, Thomas | 149 | $3,955.58 | | no response | sustain objection |
| | Schultz, Carl | 155 | $2,425.73 | | no response | sustain objection |
| | Schwartz, Vicki (Schwarz) | | | $2,326.02 | no response | sustain objection |
| | Schwarz, Steven | | | $6,000.00 | no response | sustain objection |
| | Schwarz, Viktor | | | $6,842.11 | no response | sustain objection |
| | Senegal, Brenton | 33-1 | $2,750.00 | | no response | sustain objection |
| | Shave, John | | | $6,565.70 | no response | sustain objection |
| | Sidles, Kyle (Kaysid, LLC) | | | $31,875.00 | no response | sustain objection |
| | Sierra Proto Express | | | $11,160.98 | no response | sustain objection |
| | Simms, Jonathan (Jhashybor Mining) | | | $4,058.96 | no response | sustain objection |
| | Simpson, Craig | | | $2,600.01 | no response | sustain objection |

Case: 14-30725   Doc# 500-3   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 8 of 11

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Sine, Terry | | | $3,773.67 | no response | sustain objection |
| 7 | Smallwood, Peter | 135 | $14,547.43 | | no response | allow unsecured claim in the amount of $14,547.43 |
| | Sneddon, Russell | 13-1 | $4,146.58 | | no response | sustain objection |
| | Sneddon, Russell | 13 | $4,146.58 | | no response | sustain objection |
| | Snisarenko, Kostyantyn | | | $2,583.51 | no response | sustain objection |
| 2 | Solar, Selim | 324 | $10,000.00 | | no response | sustain objection |
| 2 | Soler, Selim | 324 | $10,000.00 | | no response | sustain objection |
| | Starr, Daniel | | | $2,699.13 | no response | sustain objection |
| | Stehr Music Productions | | | $2,644.00 | no response | sustain objection |
| | Steinberg, David | | | $6,928.00 | no response | sustain objection |
| | Steiner, Raymond | | | $2,656.20 | no response | sustain objection |
| | Stiegler, Thomas | 63-1 | $4,519.97 | | no response | sustain objection in part; allow unsecured claim in the amount of $2,691.78 |
| | Stonn, Ryan | | | $6,777.00 | no response | sustain objection |
| | Stoychev, Ivo | 124 | $4,050.00 | | no response | sustain objection |
| | Su, Hsiaofen | | | $4,950.78 | no response | sustain objection |
| | Sudakov, Sergiy | | | $2,275.28 | no response | sustain objection |
| | Sullivan, Mark (Cyclotronics) | | | $19,018.05 | no response | sustain objection |
| | Suter, Heinz | | | $4,292.11 | no response | sustain objection |
| | Syvert Holbeck Feed | | | $2,669.57 | no response | sustain objection |
| | Tait, Ian | | | $13,414.16 | no response | sustain objection |
| 7 | Talmacel, Milhail | | | $19,899.68 | no response | sustain objection |
| | Tanaka, Hideyuki | | | $3,271.50 | no response | sustain objection |
| | Taylor, Guy | | | $2,590.34 | no response | sustain objection |
| | Telford, Jeannie | | | $6,401.59 | no response | sustain objection |
| | Teltarif.de | | | $1,765.59 | no response | sustain objection |
| | Teo, Albert | | | $4,048.90 | no response | sustain objection |
| 7 | Terry, Bruce | 299-1 | $2,507.38 | | no response | sustain objection |
| | Teta, Jesse | | | $2,386.63 | no response | sustain objection |
| | Theron Rodriguez Bitlab LLC | | | $6,549.00 | no response | sustain objection |
| | Thompson, Chris | | | $1,561.66 | no response | sustain objection |
| 13 | TimeFire, Inc. | 115 | $21,500,000.00 | | no response | sustain objection |
| 13 | TimeFire, Inc. | 5-1 | $21,500,000.00 | | no response | sustain objection |
| | Tipple, Peter | | | $2,563.54 | no response | sustain objection |
| | Tooley, Marc | | | $3,203.54 | no response | sustain objection |
| | Trowbridge, Douglas | | | $1,638.62 | no response | sustain objection |
| | Tucker, Matt | | | $25,045.00 | no response | sustain objection |
| 7 | Twigg, Simon | | | $4,876.80 | no response | sustain objection |
| 9 | Valcheva, Indra Koli | | | $13,416.71 | no response | sustain objection |
| 7 | van der Feest, Stephan | | | $2,600.01 | no response | sustain objection |
| | Van Vuuren, Henco Janse | | | $3,012.89 | no response | sustain objection |
| | Vasquez, Raul | | | $2,495.67 | no response | sustain objection |
| 7 | Vermaat, L.J. | | | $6,794.00 | no response | sustain objection |

Case 14-30725    Doc# 500-3    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 9 of 11

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 5 | Vit, Alan | 80 | N/A | | no response | allow unsecured claim in the amount of $11,479.73 |
| 4 | Vokey, Corey | 22-1 | $4,073.71 | $3,848.35 | no response | sustain objection |
| 7 | von Germeten, Mark | | | $5,048.00 | no response | sustain objection |
| 7 | Vorac, Oldrich | | | $5,282.00 | no response | sustain objection |
| 7 | Vykoukal, Ferdinand | | | $4,244.27 | no response | sustain objection |
| 7 | Wagner, Marcel | | | | no response | sustain objection |
| 7 | Wallace, Nathan | 8-2 | $6,321.64 | $6,322.00 | no response | sustain objection |
| 7 | Wallace, Nathan | | | $6,143.00 | no response | sustain objection |
| 7 | Walsh, Kat and Gregory Maxwell | | | $6,888.71 | no response | sustain objection |
| 7 | Walsh, Sean (Bertram Capital) | | | | no response | allow unsecured claim in the amount of $4,292.30 |
| 7 | Walther, William (WaltherCorp, LLC) | 264-1 | $4,292.30 | | no response | sustain objection in part; allow unsecured claim in the amount of $7,355.29 |
| 7 | Wang, George | | | $2,290.00 | no response | sustain objection |
| 7 | Wang, Xiwen | | | $34,038.55 | no response | sustain objection |
| 7 | Weiner, Bryce | | | $2,515.94 | no response | sustain objection |
| 7 | Wen, Luke | | | $2,365.25 | no response | sustain objection |
| 3 | Wenzel, Cort | 152 | $24,389.98 | | no response | |
| 7 | Whyne, Eric | | | $2,420.34 | no response | sustain objection |
| 7 | Wiesman, Jazz | | | $4,040.00 | no response | sustain objection |
| 7 | Williams, Daniel | | | $2,275.28 | no response | sustain objection |
| 1 | Williams, Jess | 164 | $3,826.80 | | no response | sustain objection |
| 7 | Williams, Mark (Off Road Unlimited) | | | $3,890.37 | no response | sustain objection |
| 4 | Wingquist, Thomas | 285 | $6,307.99 | | no response | sustain objection |
| 7 | Witty, Stephen | | | $3,795.44 | no response | sustain objection |
| 6 | Woodward, Anthony | 297-1 | $2,495.67 | | no response | sustain objection |
| 7 | Workbridge Associates | | | $19,890.00 | no response | sustain objection |
| 7 | World Electronics | | | $196,940.22 | no response | sustain objection |
| 1 | Wroblewski, Ryszard | 321 | $7,334.94 | | no response | sustain objection |
| 7 | Wu, Gonbo | | | $6,010.00 | no response | sustain objection |
| 7 | Wu, James | | | $2,459.00 | no response | sustain objection |
| 7 | WY Gost | | | $120,000.00 | no response | sustain objection |
| 7 | Wysong, Corey | | | $2,277.31 | no response | sustain objection |
| 7 | Xu, Zhengxian | | | $2,636.78 | no response | sustain objection |
| 7 | Xue, Yipu | | | $3,158.57 | no response | sustain objection |
| 7 | Yang, Xunyu | | | $7,716.00 | no response | sustain objection |
| 7 | Yap, Jet | | | $8,241.95 | no response | sustain objection |
| 7 | Yellowlees, Jon | | | $3,805.80 | no response | sustain objection |
| 7 | Yotov, Tsvetomir | | | $7,376.69 | no response | sustain objection |
| 7 | Young, Alexander | | | $2,264.96 | no response | sustain objection |
| 6 | Yue, Hong-Quan | 169 | $7,586.86 | | no response | allow unsecured claim in the amount of $7,586.86 |
| 7 | Zepeda, Manuel | | | $13,777.00 | no response | sustain objection |
| 7 | Zheng, Chris | | | $2,275.00 | no response | sustain objection |

EXHIBIT C
Claimants Who Did Not Respond To Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Zhou, Wei | | | $7,009.10 | no response | sustain objection |
| | Zifon, Toshiya | | | $2,584.70 | no response | sustain objection |
| | Zizka, Andreas | | | $3,340.60 | no response | sustain objection |
| | Zizka, Jochen | | | $4,311.78 | no response | sustain objection |