Case 14-30725    Doc# 500-4    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 1 of 2

EXHIBIT D
Withdrawn Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 9 | Acacia NPU d/b/a Cater2.me | 222 | $4,158.02 | | objection withdrawn | withdraw objection |
| 7 | Askar, Allan (Allancolabs LLP) | | | $6,498.96 | objection withdrawn | withdraw objection |
| 7 | Barbee, Brian | 156 | $2,459.05 | | objection withdrawn | withdraw objection |
| 2 | Beck, Tara | 81 | $6,377.63 | | no response | withdraw objection |
| 7 | Bullock, Trenton | | | $6,000.00 | objection withdrawn | withdraw objection |
| 7 | Castro, Damian | | | $4,244.27 | objection withdrawn | withdraw objection |
| 7 | Chino, Theo | | | $6,565.70 | no response | withdraw objection |
| 7 | Coe, Laruen | | | $3,777.36 | objection withdrawn | withdraw objection |
| 7 | Connors, Wayne | | | $3,927.13 | objection withdrawn | withdraw objection |
| 2 | Dashjr, Luke | 329 | $38,942.30 | | objection withdrawn | withdraw objection |
| 2 | Dashjr, Luke | 24 (claim filed in Case No. 14-30866) | $38,942.30 | | objection withdrawn | withdraw objection |
| | DigiKey Corporation | | | $90.17 | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| 9 | Elfassy, Ilan | 70 | N/A | | objection withdrawn | allow unsecured claim in the amount of $4,226.92 |
| 7 | Erickson, Paul | 16-1 | $2,271.98 | | objection withdrawn | withdraw objection |
| 7 | Fefer, Vladimir | | | $2,331.00 | objection withdrawn | withdraw objection |
| 2 | Future Electronics | 1 | $372,637.80 | | objection withdrawn | withdraw objection |
| 7 | Handler, Dan | | | $0.00 | no response | withdraw objection |
| 7 | Hazlehurst, Harry | | | $2,563.54 | no response | withdraw objection |
| 7 | Hendrickson, Peter | | | $11,006.25 | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| | Hessenflow, Allan N. | 39 | $15,625.00 | | claim withdrawn pursuant to settlement agreement in underlying adversary proceeding | withdraw objection |
| 7 | Hlavaty, Jack | | | $2,275.28 | objection withdrawn | withdraw objection |
| 7 | Howery, Kris | 170 | $2,275.28 | | objection withdrawn | withdraw objection |
| 7 | Lam, Nathan | 176 | $2,495.67 | | objection withdrawn | withdraw objection |
| 7 | Laun, Duane | | | $32,940.30 | objection withdrawn | withdraw objection |
| 2 | Liquidbits Corp. | 111 | $5,364,725.00 | | objection withdrawn | withdraw objection |
| 7 | Lord, Michael | 8 | $64,375.74 | | objection withdrawn | withdraw objection |
| 7 | McKittrick, Brian | | | $6,416.00 | objection withdrawn | withdraw objection |
| 7 | Metzler, Jared | | | $3,784.03 | objection withdrawn | withdraw objection |
| 7 | Moc, Lyly | 319-1 | $7,716.85 | | objection withdrawn | withdraw objection |
| 4 | Monsoon Company, Inc. | 82 | $13,500.00 | | objection withdrawn | withdraw objection |
| 7 | Nepomuceno, Ferdinand | 167 | $6,498.96 | | objection withdrawn | withdraw objection |
| | Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 | | no response | withdraw objection |
| 7 | Peregoy, John | | | $6,461.00 | objection withdrawn | withdraw objection |
| 5 | Perkins Coie LLP | 19 | $107,871.53 | | objection withdrawn | withdraw objection |

Page 1 of 2

EXHIBIT D
Withdrawn Objections

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 | | objection withdrawn | withdraw objection |
| | Ramos, Dominic | | | $2,654.00 | no response | withdraw objection |
| | Randall, Scott (Advanced Legal Systems, Inc.) | | | $3,997.68 | no response | withdraw objection |
| | Rankin, Frank | | | $15,441.98 | no response | withdraw objection |
| | Rebeyrat, Olivier | | | $4,081.50 | no response | withdraw objection |
| | Reed, Mari | | | $1,688.02 | no response | withdraw objection |
| | Reith, Bruno | | | $2,590.34 | no response | withdraw objection |
| 7 | Richardson, Alan | | | $9,200.00 | no response | withdraw objection |
| | Richardson, Robert Alan | | | $29,900.00 | no response | withdraw objection |
| | Richmond, George | | | $3,887.90 | no response | withdraw objection |
| | Richmond, George | | | $3,887.90 | no response | withdraw objection |
| | Ries, James A. | 157 | $7,550.50 | | objection withdrawn | withdraw objection |
| | Robert Alkire Consulting | | | $28,800.00 | objection withdrawn | withdraw objection |
| | Roy, Mark | | | $120,729.17 | no response | withdraw objection |
| 7 | Sandgate Technologies | | | $89,377.00 | no response | withdraw objection |
| 4 | Santos, Michel | 269-1 | $4,195.30 | | objection withdrawn | withdraw objection |
| | Schmitt, William | 165 | $4,850.00 | | objection withdrawn | withdraw objection |
| | Shanghai Chooyu Chemical Company, Ltd | | | $2,128.00 | no response | withdraw objection |
| | Shannon, Michael | 65-1 | $2,583.51 | | objection withdrawn | withdraw objection |
| | Shy, Kathleen | | | $515.00 | no response | withdraw objection |
| | Sistemas Operativos Sanitarios C.A. | 286 | $832,000.00 | | objection withdrawn | withdraw objection |
| | Slavkov, Evan Lawrence | | | $0.00 | no response | withdraw objection |
| | Sonic Manufacturing Technologies | | | $149,313.05 | no response | withdraw objection |
| 7 | Stolowitz Ford Cowger, LLP | | | $5,637.55 | no response | withdraw objection |
| | Strategic Counsel Corp. | 308 | $135,422.00 | | objection withdrawn | withdraw objection |
| | Synter Resource Group, LLC | | | $40.72 | no response | withdraw objection |
| | Traver, Elric | | | $2,417.46 | objection withdrawn | withdraw objection |
| | TrueTech Communications | | | $560.00 | no response | withdraw objection |
| | Turygin, Ivan | | | $25,000.00 | no response | withdraw objection |
| | Uline | | | $1,044.88 | no response | withdraw objection |
| | Vela, Allan | | | $4,418.53 | objection withdrawn | withdraw objection |
| | Vkal Design LLC | | | $840.00 | no response | withdraw objection |
| | Vo, Antony | 28 | $464,273.25 | | objection withdrawn | withdraw objection |
| | Wise, Cory | 282-1 | $6,344.09 | | objection withdrawn | withdraw objection |
| | Zuber Lawler & Del Duca LLP | 322 | $133,651.58 | | objection withdrawn | withdraw objection |

Case 14-30725 Doc# 500-4 Filed: 10/20/16 Entered: 10/20/16 14:22:50 Page 2 of 2