EXHIBIT E
Informal Response but Insufficient Information Provided

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Delporte, Kevin | | | $2,600.00 | insufficient documentation and/or response | sustain objection |
| | Erickson, Paul | 87 | $2,271.98 | | insufficient documentation and/or response | sustain objection |
| | Ernst, Sven | | | $4,454.00 | insufficient documentation and/or response | sustain objection |
| | Mazovec, Anze | | | $2,854.82 | insufficient documentation and/or response | sustain objection |
| | Medeiros, Martin | | | $3,791.52 | insufficient documentation and/or response | sustain objection |
| | Montague, Paul | 100 | $6,939.80 | | insufficient documentation and/or response | sustain objection |
| | Pryor, Michael | | | $6,328.18 | insufficient documentation and/or response | sustain objection |
| | Suddarth, James | | | $6,320.83 | insufficient documentation and/or response | sustain objection |
| | UBE Enterprises | 44-1 | $38,250.00 | | insufficient documentation and/or response | sustain objection |
| | Wang, Hamilton | | | $13,228.00 | insufficient documentation and/or response | sustain objection |