EXHIBIT F
Objections Which Are In Settlement Negotiations

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 1 | Araujo, Leopoldo Martinez | | | $13,689.14 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 2 | Badarlis, Andreas | | | $2,590.34 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Beju, Catalin | | | $3,812.03 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 2 | Cavian, Davide | 249 | $2,600.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 2 | Cheaney, Avram | 310 | $2,495.67 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 5 | Cheaney, Avram | 311 | $3,881.85 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 6 | Cheaney, Avram | 311-1 | $3,881.85 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Dolak, Paul | | | $5,670.00 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 4 | LookSmart, Ltd | 68-1 | $208,000.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | McCray, Nathaniel | | | $4,038.30 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 2 | Neumann, Tobias | | | $2,590.34 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 7 | Novtech, Inc. | | | $9,000.00 | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 5 | Uniquify, Inc. | 309-1 | $768,680.44 | | stayed pending resolution of adversary proceeding | request an additional 90 days |
| 5 | Urakhchin, George | 6 | $30,000.00 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |
| 4 | Weinberg, Donald | 118 | $7,354.61 | | Trustee intends to communicate further with or is in settlement negotiations with claimant | request an additional 90 days |

Page 1 of 1

Case: 14-30725    Doc# 500-6    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 1 of 1