| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Alary, Antoine (Gallo claimant) | 230 | $34,333.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 2 | Ash, Lee (Gallo claimant) | 231 | $37,342.36 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Aupacom Enterprises (see Christopher Shaw) (Gallo claimant) | 271-1 | $9,329.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Avroutski, Max (Gallo claimant) | 232 | $38,212.22 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Baker, Joseph William (Gallo claimant) | 280 | $11,400.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Baldinger, Mattia (Gallo claimant) | 258 | $7,509.79 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Bond, Jason Cameron (Gallo claimant) | 233 | $47,340.88 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Bradian, Jeffrey (Gallo claimant) | 242 | $49,107.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Bradley, Peter Lukas (Gallo claimant) | 178 | $74,400.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

Case: 14-30725   Doc# 500-7   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 1 of 6

EXHIBIT G
Agreed Treatment of Objection

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Bui, Royce (Gallo claimant) | 251 | $168,943.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Burke, Craig (Gallo claimant) | 182 | $6,556.41 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Casey, Ryan (Gallo claimant) | 234 | $34,203.91 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Deming, Mike (Gallo claimant) | 261 | $38,390.72 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Dionisatos, Aristeidis (Gallo claimant) | 188 | $3,812.03 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 7 | Dixon, Lance (Intervid FZ LLC) (Gallo Claimant) | | | $72,300.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Dorman; Joshua (Gallo claimant) | 255 | $48,588.20 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Gatchalian, Ryan (Gallo claimant) | 256 | $312,103.27 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 4 | Givens, Price (Gallo claimant) | 193 | $7,169.69 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

Case: 14-30725  Doc# 500-7  Filed: 10/20/16  Entered: 10/20/16 14:22:50  Page 2 of 6

EXHIBIT G
Agreed Treatment of Objection

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Godoy, Edgar (Gallo claimant) | 245 | $40,919.75 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Goes, Christopher (Gallo claimant) | 194 | $5,743.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Guerrero, Luis (Gallo claimant) | 235 | $48,283.34 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Hamner, Stephen | 21 | $5,589.43 | | agreed treatment | disallow claim per Settlement Agreement |
| 3 | Harmacolindor Informatikai Kft. (Gallo claimant) | 244 | $40,251.24 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Hee, Hamilton (Gallo claimant) | 295 | $1,228,123.83 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Henson, David R. (Gallo claimant) | 236 | $68,779.87 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 3 | Hunt, David Govinder (Gallo claimant) | 262 | $28,500.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| 5 | Hypertechnologie Ciara Inc. | 174 | $193,207.85 | | agreed treatment | disallow claim per Settlement Agreement |
| 3 | Jones, Jeremy Ray (Gallo claimant) | 237 | $45,527.90 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

Case: 14-30725    Doc# 500-7    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 3 of 6

EXHIBIT G
Agreed Treatment of Objection

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| 3 | Lachmann, Frank (Gallo claimant) | 238 | $31,460.78 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Lambert, Dennis F (Gallo claimant) | 200 | $1,638.62 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Larsen, Kjetil (Gallo claimant) | 267 | $14,736.47 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Lo, Andy (Gallo claimant) | 239 | $31,308.30 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Mosley, Edward (Gallo claimant) | 72-1 | $6,346.45 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Nguyen, Phuc (Gallo claimant) | | | $2,420.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Perkins Coie LLP | | | $101,769.89 | Perkins Coie's response (Doc. No. 145) consents to the disallowance of Perkins Coie's scheduled claim and the allowance of its filed claim. The Trustee agrees and is proposing this treatment of Perkins Coie's claims. | sustain objection |
| | Perkins Coie LLP | | | $101,769.89 | Perkins Coie's response (Doc. No. 145) consents to the disallowance of Perkins Coie's scheduled claim and the allowance of its filed claim. The Trustee agrees and is proposing this treatment of Perkins Coie's claims. | sustain objection |

Case: 14-30725   Doc# 500-7   Filed: 10/20/16   Entered: 10/20/16 14:22:50   Page 4 of 6

EXHIBIT G
Agreed Treatment of Objection

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Status of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Piper, Derek (Gallo claimant) | 275-1 | $7,290.33 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Schmidt, Sebastian Pawel (Gallo claimant) | 240 | $89,582.10 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Shaw, Christopher (Gallo claimant) | 271-2 | $9,329.00 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Sim, Sylvia (IP Mart Network) (Gallo claimant) | | | $62,332.00 | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Skreen, Evan Lawrence (Gallo claimant) | 211 | $6,330.21 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Springer, David (Gallo claimant) | 213 | $32,950.99 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Tran, Thanh Lanh (Gallo claimant) | 229 | $6,794.27 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Vaida, Tudor Ovidiu (Gallo claimant) | 260 | $7,708.30 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |
| | Vidana, Joshua (Gallo claimant) | 263 | $85,260.36 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |

Case: 14-30725    Doc# 500-7    Filed: 10/20/16    Entered: 10/20/16 14:22:50    Page 5 of 6

EXHIBIT G
Agreed Treatment of Objection

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Stauts of Objection | Trustee's Recommended Action |
|---|---|---|---|---|---|---|
| | Voorhees, Erik (Gallo claimant) | 272 | $243,872.18 | | parties have reached an agreement in principle, and anticipate filing a motion to approve the compromise agreement in the near future | request an additional 90 days |