# EXHIBIT H – Proposed Order

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |

**ORDER ON LIQUIDATING TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS**

THIS CASE came on for hearing on _____, of the *Status Report and Request for Order on Liquidating Trustee's Omnibus Objections to Claims* (Doc. No. ____) ("Status Report") filed on _____, 2016, by Michael G. Kasolas (the "Trustee"), the duly appointed, qualified and acting trustee for the Hashfast Liquidating Trust (the "Trust"). The Court having reviewed and considered the Status Report, the representations made in the Status Report, and the arguments of counsel at the hearing, and all other papers filed in connection with the Status Report, finds that the relief requested in the Status Report is appropriate, and good cause appearing thereof, it is

ORDERED

1. The Trustee's objections to the claims identified on **Exhibit A** attached hereto are hereby sustained, and the claims referenced on Exhibit A are hereby disallowed in their entirety, except for the following claims, which shall be allowed as set forth below:

| Omnibus Objection No. | Claimant | Claim # (lead case unless otherwise noted) | Claim Amount | Resolution of Claim |
|---|---|---|---|---|
| 6 | Amanda Van Nuys Consulting | 153 | $9,750.00 | allow unsecured claim in the amount of $9,750.00 |
| 3 | Bao, Lei | 11 (30866) | $66,374.14 | allow unsecured claim in the amount of $11,966.60 |
| 4 | Burgin, Daniel | 104 | $25,161.60 | allow unsecured claim in the amount of $16,577.39 |
| 4 | Cypher Enterprises, LLC | 305 | $32,252.05 | allow unsecured claim in the amount of $6,018.50 |
| 3 | Feng, Victor | 37 | $48,107.00 | allow unsecured claim in the amount of $6,142.82 |
| 4 | Fischer, Maximillian/Gerald | 288 | $40,858.36 | allow unsecured claim in the amount of $28,036.40 |
| 6 | Hall, Dylan | 146-2 | $7,999.25 | allow unsecured claim in the amount of $7,999.25 |
| 6 | Hansen, Lonnie | 220-1 | $4,048.62 | allow unsecured claim in the amount of $1,478.62 |
| 3 | Krieger, Kevin | 20-1 | $23,000.00 | allow unsecured claim in the amount of $2,932.55 |
| 6 | Lei, Shi | 12-1 | $6,765.09 | allow unsecured claim in the amount of $6,765.09 |
| 3 | Lindner, Benjamin | 291 | $730,088.31 | allow unsecured claim in the amount of $112,000.00 |
| 3 | Morici, Peter | 1 | $157,315.64 | allow unsecured claim in the amount of $14,655.95 |
| 5 | Murray, Stuart A. | 79 | $14,183.61 | allow unsecured claim in the amount of $14,183.61 |
| 5 | Oshea, James | 2 | N/A | allow unsecured claim in the amount of $23,078.28 |
| 4 | Riedel, Wolfgang | 110 | $2,590.34 | allow unsecured claim in the amount of $2,590.34 |
| 6 | Riedel. Wolfgang | 110 | $2,590.34 | allow unsecured claim in the amount of $2,590.34 |
| 6 | Smallwood, Peter | 135 | $14,547.43 | allow unsecured claim in the amount of $14,547.43 |
| 4 | Stiegler, Thomas | 63-1 | $4,519.97 | allow unsecured claim in the amount of $2,691.78 |
| 5 | Vit, Alan | 80 | N/A | allow unsecured claim in the amount of $11,479.73 |

| 6 | Walther, William (WaltherCorp, LLC) | 264-1 | $4,292.30 | allow unsecured claim in the amount of $4,292.30 |
| 3 | Wenzel, Cort | 152 | $24,389.98 | allow unsecured claim in the amount of $7,355.29 |
| 6 | Yue, Hong-Quan | 169 | $7,586.86 | allow unsecured claim in the amount of $7,586.86 |

2. The Trustee's objections to the claims identified on **Exhibit B** attached hereto are hereby withdrawn. All claims on Exhibit B shall be deemed Allowed Claims under the Debtors' confirmed Chapter 11 Plan, and shall be entitled to receive distributions from the Hashfast Liquidating Trust, if an when funds are available to do so.[4]

3. The Trustee's objections to the claims identified on **Exhibit C** attached hereto as hereby sustained, and each claim identified in Exhibit C is hereby disallowed in its entirety.

4. The Trustee's objections to the claims identified on **Exhibit D**, and any filed responses thereto, are hereby continued for a period of ninety (90) days from the date of this Order. On or before ninety (90) days after the date of this Order, the Trustee shall file a status report advising the Court of the status of the claims.

5. The Trustee's objections to the claims identified on **Exhibit E** are hereby continued to allow for the filing of a document finalizing the agreement in principal that has been reached by the Trustee and the parties represented by Gallo LLP, except for the following claims, which shall be allowed or disallowed as set forth below:

| Omnibus Objection No. | Claimaint | Claim # (lead case unless otherwise noted) | Claim Amount | Scheduled Amount | Resolution of Claim |
|---|---|---|---|---|---|
| 5 | Hamner, Stephen | 21 | $5,589.43 | | disallow claim per Settlement Agreement |
| 5 | Hypertechnologie Ciara Inc. | 174 | $193,207.85 | | disallow claim per Settlement Agreement |
| 7 | Perkins Coie LLP | | | $101,769.89 | sustain objection |

---

[4] All capitalized terms used but not defined in this Status Report shall have the meaning ascribed to them in the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* (Doc. No. 379) as confirmed by *Order Approving on a Final Basis and Confirming the Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast LLC, Dated June 4, 2015* (Doc. No. 387).

| 1 | Perkins Coie LLP | | $101,769.89 | sustain objection |

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | [Exhibits to Order to be submitting following hearing].
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -
STATUS REPORT AND REQUEST FOR ORDER ON LIQUIDATING TRUSTEE'S OBJECTIONS TO CLAIMS

608821488.5