# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT AND REQUEST FOR ORDER ON LIQUIDATING TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On October 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On October 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:

| Recipient Name | Email |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns    tom@tburnslaw.com
Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Geoffrey A. Heaton    gheaton@duanemorris.com
Reginald R. Hindley    hindleylaw@gmail.com
David Holtzman    david.holtzman@hklaw.com, angela.ius@hklaw.com
Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner    roliner@duanemorris.com
Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@brlawsf.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, dtrinh@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

**MANUAL NOTICE PARTIES**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Timefire, Inc.<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris,LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~<br>~~1210 Wien, Austria~~<br>Undeliverable | Ray E. Gallo<br>Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

James J Ries
450 Sunlight Ct, #2
Powell, WY 82435

Aaron Collins
21851 Schieffer Rd
Colton, OR 97017-9400

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621-0013

Acacia NPU dba Cater2.me
345 E 93rd St. 19H
New York, NY 10128-5521

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021-3506

Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148-3267

Adam Lenet, Lenit IT Solutions
88 Farnham Drive Beaconsfield Quebec
H9W

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Alan Richardson
11975 Greywing Court
Reston VA 20191

Alan Vit
680 Caron Ave
Apt 2-right side entrance Windsor
ontario, N9A 5B6, Canada

Alex Filippov
12 Sherborne Cir
Ashland, MA 01721-2313

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749-8751

Alexey Minchenkov
Asafeva St 2-1-60 St Petersburg Russia 1

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557-3520

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147-3181

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075-5848

Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands

Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133-5139

Amro Abdelgawad
57 Ira Road
#187
Syosset, NY 11791-3504

Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703-2737

Anthony Sajan
4786 Oakhurst Ridge
Clarkston, MI 48348-5049

| | | |
|---|---|---|
| Anthony Woodward<br>2697 Derby Drive<br>San Ramon, CA 94583-4312 | Antonio Dewey<br>1211 San Dario Ave<br>Suite 369<br>Laredo, TX 78040-4505 | Antonios Alexiou<br>1253 Buck Jones Rd<br>Raleigh, NC 27606-3326 |
| Antony Vo<br>319 S. Mitchell St.<br>Bloomington, IN 47401-3742 | Antony Vo<br>C/o Steven T. Gubner,<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 | Aristeidis Dionisatos<br>46 North Park Gardens Belleville Ontario |
| Armada Works Inc.<br>2223 Bath Ave<br>Brooklyn, NY 11214-5603 | Benjamin Lindner<br>9035 Grayland Drive<br>Apartment E<br>Knoxville, TN 37923-4014 | Bernie Rihn, Prudentia Permanens LLC<br>3628 Linden Ave<br>N #214<br>Seattle, WA 98103-8793 |
| Bit Coin LLC<br>James Braden<br>4010 Granada<br>El Sobrante, CA 94803-1708 | Black Oak Computers<br>PO Box 19719<br>South Lake Tahoe, CA 96151-0719 | Brandon Bressler<br>3638 San Onofre Ave<br>San Onofre, CA 95348-8405 |
| Brenton Senegal<br>5355 South Rainbow Blvd<br>Unit #138<br>Las Vegas, NV 89118-1844 | Brian Barbee<br>701 Blossom St.<br>Bakersfield, CA 93306-5801 | Brian Connelly<br>22601 Asheville Hwy<br>Landrum, SC 29356-9633 |
| Brian McKittrick<br>813 Whitney St<br>Cedar Hill, TX 75104-2257 | Brion Lau<br>Financial Fitness Pro<br>21600 Rainbox Drive<br>Cupertino, CA 95014-4815 | Bruce James Boytler<br>1014 37 ST SE<br>APT.2<br>Auburn, WA 98002-8749 |
| Bruce Sanders Bruce Sanders Design & Ill<br>12 Bridge St.<br>Westford, MA 01886-2102 | Bruce Terry<br>21073 Niagara River Drive<br>Sonora, CA 95370-9102 | Bruno Reith<br>Repkering 36 58791 Werdohl Germany |
| Bryan Pope<br>6196 Westminster Dr<br>Parma, OH 44129-4954 | Bryce Weiner<br>621 W Monetcito St #4<br>Santa Barbara, CA 93101-4522 | Carl Schultz<br>1827 Harold Street<br>Houston, TX 77098-1603 |
| Central Computers<br>837 Howard Street<br>San Francisco, CA 94103-3009 | Charles Hilt<br>2800 Ruleme St<br>Apt 24<br>Eustis, FL 32726-8327 | Chris Ergen C/O Summit Capital LLC<br>5701 S. Santa Fe Drive<br>Littleton, CO 80120-1813 |

| | | |
|---|---|---|
| Chris Thompson<br>3617 Wind Rose Pl<br>Castle Rock, CO 80108-8488 | Christian Golbs<br>Muehlburgweg 47 99094 Erfurt Germany | Christopher Raday<br>4215 W 142 St<br>Crestwood, IL 60445-2307 |
| City and County of San Francisco<br>Tax Collector<br>Bureau of Delinquent Revenue<br>P.O. Box 7027<br>San Francisco, CA 94120-7027 | Cogent Communications<br>P.O. Box 791087<br>Baltimore, MD 21279-1087 | Corey Vokey<br>2249 Burrows Ave Winnipeg Manitoba<br>R2R 1 |
| Corey Wysong<br>4499 E Fox Run Drive<br>Syracuse, IN 46567-9167 | Cort Wenzel<br>858 Boardwalk Place<br>Redwood City, CA 94065-1806 | Cory Wise<br>2315 West alberson Dr.<br>Albany, GA 31721-2043 |
| Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III<br>Deans & Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 | Dain Carver<br>240 Martine Ave<br>White Plains, NY 10601-3456 | Daniel Burgin<br>St-Roch 30 1004 Lausanne Switzerland |
| Daniel Herbon<br>683 barrington dr e.<br>shakopee, MN 55379-8976 | Daniel Hilderal<br>40 Hardinge road LONDON England<br>NW10 3PJ | Daniel Nimtsch<br>Meinigstr 46a 38667 Bad Harzburg<br>Germany |
| Daniel Pojar<br>1253 Grace Drive<br>Sycamore, IL 60178-9515 | Daniel Williams<br>10211 Portland Road<br>Silver Spring, MD 20901-2023 | Dario Albarron<br>512 Sherman Ave<br>Roselle Park, NJ 07204-2145 |
| David Cho<br>158 L'Amoreaux Drive Scarborough On | Dat Le<br>22 Golden Gate Bay Winnipeg Manitoba<br>R3J | David Boothby<br>1800 Holleman Drive<br>Apt 1404<br>College Station, TX 77840-7215 |
| David Matheu<br>727 Roughbeard Rd<br>Winter Park, FL 32792-4518 | David King<br>10106 E 69th Ter<br>Raytown, MO 64133-6037 | David Matheu<br>18044 Saxony Lane<br>Orlando, FL 32820-2715 |
| Davide Cavion<br>c/o Nancy Weng Trinh Law<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 | David Steinberg<br>3164 Sycamore Pl<br>Carmel, CA 93923-9005 | Davide Cavion<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 |

Derek Hill
Advantage mortgage 29875 S Black Bear Dr
Canby, OR 97013-9508

Dean Farry
1250 HalifaxWay
San Ramon, CA 94582-5909

Deon Brewis
15610 NE 59TH WAY
REDMOND, WA 98052-4818

Donald Bosse
9 E 9th St
Frederick, MD 21701-4606

Detlef Sattler
Austr. 18
53604 Bad Honnef, GERMANY, DE 53604

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701-2757

Doug Haden
973 Iron Mountain Circle South
Lake Tahoe, CA 96150-6118

Donald Crain
110 N Lee St
Lexington, IL 61753-1215

Donald Weinderg
9522 New Waterford Ct.
Delray Beach, FL 33446-9747

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086-1101

Douglas Trowbridge
2045 Waterbury Rd
Lakewood, OH 44107-6212

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

Edward Lance
1324 Treasure Cove
Niceville, FL 32578-7001

Eddie DeLeon
2203 Ripley Ave.
Unit B
Redondo Beach, CA 90278-5024

Edward Hammond
3103 Powell Circle
Austin, TX 78704-6343

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087-3210

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879-1797

Elric Traver
1221 River Ln
Mosinee, WI 54455-9573

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514-2641

Elkin Mann, LDI Imports
378 Johnston Ave.
Jersey City, NJ 07304-3766

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166-9241

Employment Matter Counseling &Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656-2677

Eric Liu
3630 Sadge Ln
Irving, TX 75062-8400

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

Evan L Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772-5069

Frank Rankin
518 Freehold Road
Jackson, NJ 08527-4629

Fon Allan Duke
19333 Seabiscuit Way
Apple Valley, CA 92308-4570

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511-1801

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

Frederick Fiechter
1825 S. Grant Street
Suite 240
San Mateo, CA 94402-2678

Future Electronics
c/o Diane Svendsen
41 Main Street
Boiton, MA 01740-1134

George Urakhchin
111 W Maple St
Apt 2203
Chicago, IL 60610-5454

George Loudon
161 Helen
Garden City, MI 48135-3183

George Richmond
3580 Egret Drive
Melbourne, FL 32901-8152

GLO Ventures
1550 17th Street
San Francisco, CA 94107-2331

George Urakhchin
568 Broadway
11th Fl Coinsetter/Fueled
New York, IL 10012-3225

Glenn Hendrick, Bitminer
Bitminer128 223 Pameto Rd
Nokomis, FL 34275-3917

Hong-Quan Yue
606-210 Woodridge Crescent
Nepean, Ontario
Canada K2B 8E9

Grant Pederson
12538 Botanical Ln
Frisco, TX 75035-0433

Holden Karau
3407 24th St
Apt 2
San Francisco, CA 94110-3756

Hypertechnologie Ciara Inc.
Monty Rider
9300 TransCanada Highway
Saint-laurent, Quebec
Canada H4S 1K5

Hoo Shao Pin
Polymathica Pte. Ltd.
10 Raeburn Park #02-08
Singapore 088702

Hot Sun LLC
Attn: Mark Pescatrice
6 Shenandoah Drive
Newark, DE 19711-3700

Ivan Kondrat'ev
13 Parkovaya 16-2-8 Moscow Moscow
105077

Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

Ilan Elfassy
177 Bury Old Road
Salford, Manchester, Lancashire M7 4PZ
UK

James Babcock
8368 NW 70th Street
Potwin, KS 67123-9611

Jack Hlavaty
35 Swanson Ct
16D
Boxborough, MA 01719-1353

James A. Babcock
8368 NW 70th St.
Potwin, KS 67123-9611

| | | |
|---|---|---|
| James Lowry, LLC<br>400 E College<br>Suite A<br>Roswell, NM 88201-7525 | James Hicks<br>PO Box 1296<br>Helendale, CA 92342-1296 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435-1633 |
| James Ries<br>450 Sunlight Ct<br>Apt 2<br>Powell, WY 82435-1633 | James Miller<br>410 Cahill Rd<br>Streamwood, IL 60107-1203 | James OShea<br>9 Ledum Run Rd<br>West Grove, PA 19390-9411 |
| Jared Metzler<br>826 N 3rd St<br>Lincoln, KS 67455-1722 | James Suddarth<br>1645 International Dr<br>Unit 102<br>McLean, VA 22102-4818 | James Wu<br>1221 North Vineyard Ave<br>#1<br>Ontario, CA 91764-2278 |
| Jeanette Arna<br>Haneholmveien 19 3212 Sandefjord<br>Norway | Jason Badua<br>4039 Palikea St.<br>Lihue, HA 96766-9258 | Jean-Andrew Mikesell<br>26652 Calle Salida<br>Capistrano Beach, CA 92624-1413 |
| Jess Williams<br>PO Box 50801<br>Albuquerque, NM 87181-0801 | Jensy Fernandez<br>12 Diamond St<br>Apt 19<br>Lawrence, MA 01843-2049 | Jess Martn Alonso<br>C/ Federico Carlos Sainz de Robles N15 7<br>Madrid Madrid Spain, AK 28035 |
| Joe Russell<br>4079B 18th Street<br>San Francisco, CA 94114-2535 | Jesse Teta<br>3804 Triora St<br>Las Vegas, NV 89129-2709 | Jetmir Celaj<br>1740 Mulford Ave.<br>Apt.7G<br>Bronx, NY 10461-4321 |
| Jon Yellowlees<br>Dan Rose Tech Set<br>3326 Catherine St<br>Jackson, MI 49203-1003 | John Peregoy<br>982 NC Hwy 82<br>Dunn, NC 28334-6360 | John Shave<br>8805 Tamiami Trail North<br>#219<br>Naples, FL 34108-2525 |
| Jonathan Prentice, Network Service Prov<br>13 Farnham St Parnell<br>Auckland 1052 New Zealand | Jonas Diener<br>1528 Country Club Rd<br>Harrisonburg, VA 22802-5071 | Jonathan Bower<br>Alstrommergatan 32N 11247<br>Stockholm Sweden |
| Jose Anguiano II<br>620 Cathy Ct<br>Escondido, CA 92026-3116 | Jonathan Simms, Jhashybor Mining<br>1808 E Columbus Dr Apt# 3 Tampa FL<br>Apt. #3<br>Tampa, FL 33605-2655 | Jonathon North<br>240 Milledgeville Rd<br>Enville, TN 38332-1972 |

Julio Perez
109 S Melville Ave
Unit 1
Tampa, FL 33606-1860

Joseph Farag, Trinity Bitcoin Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

Juri Malinen
Mannilantie 23 D 35
Jrvenp
Finland 04400
Mannilantie 23 D 34 Jrvenp 04400

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Justin Grevich
3348 Via Alicante
La Jolla, CA 92037-2745

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109-6322

Kevin Delporte
briekhoekstraat 32 8940 wervik Belgium

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Lee Schwuchow, Monkey Business
2740 N. Andrews Ave
Wilton Manors, FL 33311-2512

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

Liquidbits Corporation
20201 E. Country Club Drive, #1502
Aventura, FL 33180-3282

Kyle Sidles, Kaysid, LLC
4000 Dow Road
Unit 10
Melbourne, FL 32934-9276

Lauren Coe
3303 226th Pl SW
Brier, WA 98036-8049

Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283-2213

LEI BAO
2315 S WENTWORTH AVE
CHICAGO, IL 60616-2013

Looksmart Ltd.
Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, Ca 95113-1203

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108-4302

Lonnie J. Hansen
205 Duncan st #6
Ashland, VA 23005-1941

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523-6246

| | | |
|---|---|---|
| Manu Kaushish, Nirvana Digital, Inc.<br>3632 Whitworth Drive<br>Dublin, CA 94568-4562 | Luke Baum<br>PO Box 101<br>Pleasant Unity, PA 15676-0101 | Maia Haltiner<br>1545 Dawson Ave<br>Dorval Quebec H9S 1Y5 Canada |
| Marion Keyes, Riverstone LLC<br>189 Eagle Drive<br>Golden, CO 80403-7775 | LyLy Moc<br>14 Hamilton St<br>Toronto Ontario M4M 2C5 Canada | Marcelino Bellosta<br>1600 Ponce de Leon Blvd. FL 10<br>Suite 1001<br>Coral Gables, FL 33134-4031 |
| Mark Pescatrice, Matrice Consulting LLC<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 | Manuel Zepeda<br>2310 Westgate Rd<br>Unit 14<br>Santa Maria, CA 93455-1004 | Mark Pescatrice-- Hot Sun<br>LLC 6 Shenandoah Drive<br>Newark, DE 19711-3700 |
| Mark von Germeten<br>20792 SW Nettle Pl<br>Sherwood, OR 97140-8844 | Mark Hancock<br>512 Grant Terrace<br>Taft, CA 93268-4434 | Mark Sullivan, Cyclotronics<br>6430 FM 1960 #321<br>Houston, TX 77069-3902 |
| Matt Gibson<br>Allure Marine Limited<br>2/69 Hinemoa Street<br>Birkenhead Auckland 0626 New Zealand | Mark Roy<br>21745 Duck Creek Square<br>Ashburn, VA 20148-4411 | Martin Safranek<br>Linecka 351 38241 Kaplice Czech Republic |
| Matthew Dahlke<br>950 Snipes Pump Road<br>Sunnyside, WA 98944-9716 | Mark Williams, Off Road Unlimited<br>1712 Historic Hwy 441<br>Clarkesville, GA 30523 | Matt Tucker<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303-1974 |
| Maximilian Baringer<br>August-Bebel Platz 4 99423<br>Weimar Germany | Matt Richards<br>3253 S E Ct.<br>Springfield, OR 97478-6348 | Max Fischer<br>11728 Wilshire blvd B713<br>Los Angeles, CA 90025-6409 |
| McNamara Financial<br>980 N Michigan<br>#1400<br>Chicago, IL 60611-7500 | Matthieu Billaud<br>testory 31310 Montesquieu Volvestre France | Maximin Parotte<br>Dorpsstraat 112 A 3927BG<br>Renswoude Netherlands |
| Michael Giovinco<br>61 Sterling St<br>Somerville, MA 02144-1116 | Maximilian N. Fischer and Gerald R. Fischer<br>Jon Michaelson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1080 Marsh Road<br>Menlo Park. CA 94025-1022 | Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 |

Michael Pryor
5 Windy Ridge Rd
Hudson, WY 82515

Michael Damm
140 South Van Ness Ave.
Unit 807
San Francisco, CA 94103-2586

Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106-7684

Miratek
706 Michael Street
Milpitas, CA 95035-4771

Michael Gruat
Silberburgstrasse 29
Albstadt, Germany, AK 72458

Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814-6158

Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612-3488

Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009-9301

Mohit Kalram
2A/73 Punjabi Bagh West New Delhi
Delhi

Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517-4000

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84009-4181

Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562

Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260-2826

Neil Schemenauer
727 9th St Humboldt
Saskatchewan S0K 2A0 Canada

Oliver Klein
Zeller Str 17 73271 Holzmaden Germany

Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624-4058

Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067-2036

Patrick Huizinga
Anjerstraat 50 3333GD Zwijndrecht
Nether

Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120-2505

Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33195-4875

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159-0276

Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051-0826

Paul Erickson
2925 Union St
Madison, WI 53704-5138

Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955-4729

Paul Croscup
585 Harts Road
Madoc, Ontario K0K 2K0
Canada

Paul Roeder
10315 Raritan Dr
Houston, TX 77043-2935

| | | |
|---|---|---|
| Pete Morici<br>800 Fifth Avenue, Suite 4100<br>Seattle, wa 98104-3100 | Paul Montague<br>4/33 Yarrawonga Street Ngunnawal<br>Austral | Pete Gorman<br>52 Doctors Point Road Waitati 9085 New Z |
| Peter Smallwood<br>189 Woodcroft Drive<br>New South Wales 2767 Australia | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230-4523 |
| Qhengxian Xu<br>China 511495 Guangdong / ? ? guangzho | Peter Harris<br>538 Birmingham Road Bromsgrove Worcester | Proven Tolerance Specialist<br>570 Suite C Marine View Avenue<br>Belmont, CA 94002-2574 |
| Rajpreet Ahluwalia<br>20338 102nd Ave SE<br>Kent, WA 98031-5500 | Peter Tipple<br>30 St Andrews Terrace Ashington Northumb | Rafez Noorullah<br>Gazelle Informatics Ltd<br>Hadia House, 2b Lincoln Street Kingsthorpe, Northhampton, UK NN2 6NR |
| Ray Calderon<br>170 Quinlan Ave<br>Staten Island, NY 10314-5110 | Qingshou Pei<br>1112 Gossamer Dr<br>Pickering Ontario L1X 2<br>Canada | Raul Vasquez |
| Ric Rooney, Sun Spot<br>4310 Austin Bluffs Parkway<br>Colorado Springs, CO 80918-2932 | Ralph Crowder<br>6843 Kenilworth Ave.<br>El Cerrito, CA 94530-1841 | Raymond Steiner<br>Gespermoosstrasse 4 2540 Grenchen Switze |
| Robert Ditthardt<br>Olivine Labs LLC<br>32-22 37th Street, #1<br>Astoria, NY 11103-4004 | Raymond Floyd Floyd Company<br>191 E. Main Street<br>Tustin, CA 92780-4406 | Robert Alkire Consulting<br>1081 Neptune Lane<br>La Grande, WA 98348 |
| Roland Payu Harris<br>110 Denver ST<br>Apt # 201<br>Rapid city, SD 57701-1175 | Robert Alan Richardson<br>1713 Nordic Hill Cir.<br>Silver Spring, ME 20906-5950 | Roberto Bayona<br>Esfinge 53 2B 28022 Madrid Madrid Spain |
| Russell Sneddon<br>name address missing | Robert Edwards Awesome Possum LLC<br>7341 W Cypresshead Drive<br>Parkland, FL 33067-2313 | Russell Petersen<br>4260 Comanche Dr<br>Carrollton, TX 75010-3300 |

| | | |
|---|---|---|
| Saint Clair Newbern IV<br>c/o Kelly Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3129 | Ronny Hellmann<br>Hickenweg 32 35708 Haiger Germany | Ryszard Wroblewski<br>PO Box 7912<br>Wilmington, DE 19803-0912 |
| Sascha Appel<br>Eigerweg 11 4852 Rothrist Switzerland | Ryan Stonn<br>Nidarosgatan 7 bv 16434 stockholm Sweden | Santiago Marin<br>1601 NW 82 Avenue<br>Flybox #6834<br>Miami, FL 33126-1017 |
| Scott Randall<br>Advanced Legal Systems Inc.<br>840 S Rancho Dr<br>Ste 4313<br>Las Vegas, NV 89106-3837 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 | Scott Gray<br>612 W. 10th St.<br>Juneau, AK 99801-1820 |
| Sergey Pushkin<br>Oleynikova 33 Krasnoyarsk Russian Fed?<br>r | Scott Cameron<br>1332 Rue des Cypres Pincourt Quebec J7W | Selim Soler<br>2103 SW Danforth Cir<br>Palm City, FL 34990-7706 |
| Shaun Kelly<br>52 Cross Street Warrimoo<br>NSW, Australia 2774 | Sean Walsh Bertram Capital<br>800 Concar Drive<br>Suite 100<br>San Mateo, CA 94402-7045 | Shanghai Chooyu Chemical Company Ltd.<br>1107 Liberty Square Road<br>Boxborough, MA 01719-1113 |
| Shi Lei<br>BLK 62 Teban Gardens Rd<br>#16-627<br>Singapore 600062 | Sergiy Sudakov<br>108 Business Center Dr<br>Reisterstown, MD 21136-1229 | Shi Lei<br>1000 Lakes Drive, Suite 430<br>West Covina, CA 91790-2928 |
| Simon Barber<br>c/o Sheppard, Mullin, Richter et al<br>Attn: Ori Katz<br>4 Embarcadero Ctr., 17th flr.<br>San Francisco, CA 94111-4158 | Shawn Ayotte | Sierra Proto Express<br>1108 W Evelyn Ave<br>Sunnyvale, CA 94086-5742 |
| Siraj Patel<br>135 Shear brow Blackburn Lancashire<br>BB1 | Sierra Photo Express | Simon Twigg<br>Cartrader Mail 11<br>Ardleigh Green Road<br>Hornchurch Essex RM11 2JY UK |
| Sistemas Operativos Sanitarios ca<br>Calle 35 entre Av. 2 y #2-34<br>Attn: Guido Ochoa<br>Merida, Venezuela 5101 | Simon Barber<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111-4158 | Sistemas Operativos Sanitarios C.A.<br>c/o Guido Ochoa<br>W Keith Fendrick, Esq. at Holland et al<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602-3642 |

Stephan van der Feest
Accordeonlaan 42 3438GD Nieuwegein
Nethe

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Stehr Music Productions
Waaienberg 58
2716pc Zoetermeer
Holland

Stolowitz Ford Cowger LLP
1140 SW 11th Avenue
Suite 400
Portland, OR 97205-2492

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Stephen Huckvale
55 Thornbury Rd , Walsall West midlands

Strategic Counsel Corp.
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles. CA 90067-6055

Stephen Hamner
51 Gladys Street
San Francisco, CA 94110-5427

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401-3441

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6055

Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430-2263

Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Stuart Murray
75 Westover Road
Downley, High Wycombe HP13 5th
ENGLAND

Sylvia Sim
Pmart Network Sdn Bhd Lot 2975, Plot 6,

Terri Avery
91 Bradley Street Guyra New South
Wales

Sven Ernst
Alte Weingartener Str 1 76227 Karlsruhe

Tara Beck
3101 South Roosevelt
St Boise, ID 83705-4752

Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001-7617

Syvert Holbek Feed
Kvernhusbakken 6 4900 Tvedestrand
Norway

Thang Nguyen
21 Millplace Ct
Irmo, SC 29063-7768

Thomas Stiegler
23 Stewart Drive Werribee Victoria 3030

Terry Sine
1154 N Pine St
Canby, OR 97013-3249

Thomas Schortmann
3 Village Green N
Ste 448
Plymouth, MA 02360-8803

Timefire, Inc
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833

Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531-9317

Tim Lehming
Drossener Str. 63 13053 Berlin Germany

| | | |
|---|---|---|
| Ting Ma<br>China 100083 Beijing Beijing Room 30-1- | Thomas Wingquist<br>3385 Larkspur Dr<br>Longmont, CO 80503-7524 | Tin Yan Kwok<br>9642 Callita Street<br>Acradia, CA 91007-7803 |
| Tommy E. Contreras<br>855 Folsom Street<br>#514<br>San Francisco, CA 94107-1180 | Timo Schildknecht<br>APDO 10034 Can Ramell 07819 Jesus Ibiza | Tom Bouckaert<br>Henri Dunantlaan 20/502 9000 Gent Belgiu |
| Tore Henriksen<br>Implement??rene as Lystheia 18 4817 His | Tobias Neumann<br>Buchenweg 30 90556 Seukendorf Germany | Tony Hoang<br>557 Gerrard St. East Toronto Ontario M4M |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Tong Moc<br>328 Main Street Toronto Ontario M4C 4X7 | TrueTech Communications<br>241 Elinor Ave.<br>Mill Valley, CA 94941-1281 |
| Vicki Schwarz<br>305 W Fullerton 1E<br>Chicago, IL 60614-2816 | Trenton Bullock<br>1072 Mclaren Drive<br>Belmont, NC 28012-8674 | Uniquify, Inc.<br>Binder & Malter, LLP<br>2775 Park Ave.<br>Santa Clara Ca 95050-6004 |
| Viktor Schwarz, K. Melliger & S??hne AG<br>Tobelm? hlestrasse 5 7270 Davos Platz Sw | Uniquify, Inc.<br>Law Office of Binder & Malter<br>c/o Robert G. Harris<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Victor Munoz<br>Condor 1107 depto 1402 Santiago Santiago |
| Warren Miller<br>57 dongola road 1st floor london london | Victor Feng, VIP Networks<br>43532 Ocaso Corte<br>Fremont, CA 94539-5632 | Vladimir Fefer<br>2620 W Greenleaf<br>1W<br>Chicago, IL 60645-3298 |
| Wenxie Hu<br>Rico Kohki (Hong Kong) Limited<br>Wenxie HU | Vkal Design LLC<br>2290 Ringwood Ave.<br>Suite C<br>San Jose, CA 95131-1718 | Weng Kay Poon<br>44 Choa Chu Kang Street 64 #09-19<br>Singapore 689105 |
| William Schmitt<br>33 Paffendorf Dr<br>Newburgh, NY 12550-1717 | Wayne Connors<br>13514 Tufts Pl<br>Tampa, FL 33626-2947 | William Peace<br>14821 N Hana Maui Dr<br>Phoenix, AZ 85022-3656 |

| | | |
|---|---|---|
| World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | William Courtright<br>146 Escolta Way<br>San Francisco, CA 94116-2940 | Wolfgang Riedel<br>Wilmersdorfer Str.3 D-14959 Trebbin<br>Germ |
| Xiwen Wang<br>165 BAYSHORE DR.<br>BRECHIN Ontario L0K 1B0<br>Canada | William Walther<br>WaltherCorp LLC<br>1342 Virginia Ave<br>Havertown, PA 19083-2020 | Xavier Conangla<br>Pujades 350 4a Planta 08019 Barcelona<br>Ba |
| Yazz Atlas, EntropyWorks Inc.<br>1429 E. Aloha St.<br>Seattle, WA 98112-3931 | WY Gost<br>Building A, Haocheng Tech Park<br>Yanshan Ave.<br>Baoan District, Shenzen<br>China | Yasuo Ino<br>1-1-1-808 Minami-kasai Edogawa-ku<br>Tokyo |
| Zach Halley<br>Fieldstone Tramore Co. Waterford 0000<br>Re | Xunyu Yang<br>15223 Edgemoor St<br>San Leandro, CA 94579-1631 | Yipu Xue<br>229 Lady Nadia Drive Vaughan Ontario<br>L6A |
| Zhongwei Ni<br>4170 Main St<br>B3-182<br>Flushing, NY 11355-3823 | Yichun Catherine Liu<br>502 Rudbeckia PL<br>Gaithersburg, MD 20878-4050 | Zhao Fu<br>191 West Woodruff Ave<br>Columbus, OH 43210-1117 |
| Zbigniew Armatys<br>Interaktywny Powiat Tarnowski<br>Zbigniew A | Zuber Lawler and Del Duca, LLP<br>777 S. Figeroa St., 37th Flr.<br>Los Angeles, CA 90017-5800 | |