Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the Liquidating Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM |
| | **APPLICATION FOR ENTRY OF ORDER BY DEFAULT APPROVING THE LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.** |
| | [NO HEARING REQUIRED] |

Michael G. Kasolas (the "Liquidating Trustee"), the trustee for the Hashfast Creditor Trust ("Trust"), pursuant to Bankruptcy Local Rule 9014-1(b)(4), files this application ("Application") for entry of an order by default approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara Inc. (Doc. No. 498) (the "Settlement Motion"), and states as follows in support:

1. The background of the above-captioned bankruptcy cases and the basis for the Liquidating Trustee's proposed settlement with Hypertechnologie Ciara Inc. ("Ciara") are set forth in the Settlement Motion.

2. On September 20, 2016, the Liquidating Trustee filed and served the Settlement Motion, seeking Court approval of the proposed settlement with Ciara (Doc. No. 498).

3. In accordance with Local Bankruptcy Rule ("Local Rule") 9014-1(b)(3), the Settlement Motion contained the language required under Local Rule 9014-1(b)(3)(A).

4. No objections were filed prior to the objection deadline of October 11, 2016, or at any time thereafter. In accordance with Local Rule 9014-1(b)(4), attached hereto as **Exhibit A** is a declaration confirming that no response has been received or filed.

5. Because no party has filed an objection to the Settlement Motion, pursuant to Bankruptcy Local Rule 9014-1(b)(4), the Liquidating Trustee files this Request, seeking entry of the proposed order attached hereto as **Exhibit B.**

WHEREFORE, the Liquidating Trustee respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit B, granting the Settlement Motion and granting all other relief that is appropriate under the circumstances.

Dated: October ___, 2016

BAKER HOSTETLER LLP

_____
Ashley M. McDow, Esq.
Michael T. Delaney, Esq.

*Counsel for Michael G. Kasolas, The Liquidating Trustee*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ENTRY OF ORDER BY DEFAULT APPROVING THE LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 21, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On October 21, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Venkat Balasubramani  venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns  tom@tburnslaw.com
- Greg P. Campbell  ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney  pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney  mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer  mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang  cdjang@rutan.com
- Fahim Farivar  ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick  keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen  bgaschen@wgllp.com
- Julie M. Glosson  julie.m.glosson@usdoj.gov
- Elizabeth A. Green  egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris  rob@bindermalter.com
- Geoffrey A. Heaton  gheaton@duanemorris.com
- Reginald R. Hindley  hindleylaw@gmail.com
- David Holtzman  david.holtzman@hklaw.com, angela.ius@hklaw.com
- Ori Katz  okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Ashley McDow  amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen  jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner  roliner@duanemorris.com
- Douglas R. Pahl  dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras  dpoitras@jmbm.com
- Gregory A. Rougeau  grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
- Craig Stuppi  craig@stuppilaw.com
- Sarah M. Stuppi  sarah@stuppilaw.com
- Christopher D. Sullivan  csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
- Nancy Weng  nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## 2. SERVED BY UNITED STATES MAIL:

**MANUAL NOTICE PARTIES**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Timefire, Inc.<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wien, Austria | Ray E. Gallo<br>Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |

| | | |
|---|---|---|
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>5915 Edmond St. #102<br>Las Vegas, NV 89118-2860 | James J Ries<br>450 Sunlight Ct, #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | |