Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM<br><br>**APPLICATION FOR ENTRY OF ORDER BY DEFAULT APPROVING THE LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.**<br><br>[NO HEARING REQUIRED] |

Michael G. Kasolas (the "Liquidating Trustee"), the trustee for the Hashfast Creditor Trust ("Trust"), pursuant to Bankruptcy Local Rule 9014-1(b)(4), files this application ("Application") for entry of an order by default approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara Inc. (Doc. No. 498) (the "Settlement Motion"), and states as follows in support:

1. The background of the above-captioned bankruptcy cases and the basis for the Liquidating Trustee's proposed settlement with Hypertechnologie Ciara Inc. ("Ciara") are set forth in the Settlement Motion.

2. On September 20, 2016, the Liquidating Trustee filed and served the Settlement Motion, seeking Court approval of the proposed settlement with Ciara (Doc. No. 498).

3. In accordance with Local Bankruptcy Rule ("Local Rule") 9014-1(b)(3), the Settlement Motion contained the language required under Local Rule 9014-1(b)(3)(A).

4. No objections were filed prior to the objection deadline of October 11, 2016, or at any time thereafter. In accordance with Local Rule 9014-1(b)(4), attached hereto as **Exhibit A** is a declaration confirming that no response has been received or filed.

5. Because no party has filed an objection to the Settlement Motion, pursuant to Bankruptcy Local Rule 9014-1(b)(4), the Liquidating Trustee files this Request, seeking entry of the proposed order attached hereto as **Exhibit B.**

WHEREFORE, the Liquidating Trustee respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit B, granting the Settlement Motion and granting all other relief that is appropriate under the circumstances.

Dated: October 21 , 2016

BAKER HOSTETLER LLP

*/s/ Ashley M. McDow*
Ashley M. McDow, Esq.
Michael T. Delaney, Esq.

*Counsel for Michael G. Kasolas, The Liquidating Trustee*

# EXHIBIT A

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
  mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Liquidating
Trustee for the Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM<br><br>**DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF THE APPLICATION FOR ENTRY OF ORDER BY DEFAULT APPROVING THE LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.**<br><br>[NO HEARING REQUIRED] |

I, Ashley M. McDow, do hereby declare:

1. I am an attorney at law duly licensed to practice before this Court, and am an associate at the law firm of Baker & Hostetler LLP, counsel to Michael G. Kasolas, the trustee of the Hashfast Creditor Trust. The matters stated below are made and based upon my personal knowledge. If called as a witness, I could and would testify to the matters set forth below.

2. I submit this declaration in support of the Application for Entry of Order by Default Approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. (the "Request" and "Settlement Motion", respectively)

3. On September 20, 2016, my office filed and served the Settlement Motion as set forth on the Proof of Service attached to the Settlement Motion.

4. Pursuant to Bankruptcy Local Rule 9014, the last day for any party to object to the compromise as set forth in the Settlement Motion was October 11, 2016.

5. As of the date of this declaration, my office has not received either an objection to the Settlement Motion, or a request for hearing. In addition, I have reviewed the docket in this matter and confirmed that no objection(s) were filed.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21st, 2016 at Los Angeles, California.

*Ashley M. McDow, Esq.*

# EXHIBIT B

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Liquidating Trustee for the Liquidating Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Case No. 14-30725 |
| | Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM |
| | **ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.** |

On the basis of the Application for Entry of Order by Default Granting Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. (Doc. No. ____) (the "Request"), the Application for Entry of Order by Default Approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

IT IS ORDERED:

1. The Application is approved.

2. The Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. (Doc. No. 498) (the "Settlement Motion") is granted.

3. The Settlement Agreement, a copy of which is attached to the Settlement Motion as Exhibit A is approved.

4. Michael G. Kasolas, liquidating trustee of the Hashfast Creditor Trust, is hereby authorized to execute any and all documents and to take any and all steps necessary to effectuate the terms and carry out the intent of the Settlement Agreement.

5. The Court shall retain jurisdiction to resolve any dispute or controversy of any kind arising from or relating to the Settlement Motion, Settlement Agreement, Application or this Order.

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ENTRY OF ORDER BY DEFAULT APPROVING THE LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 21, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On October 21, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns    tom@tburnslaw.com
Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Julie M. Glosson    julie.m.glosson@usdoj.gov
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Geoffrey A. Heaton    gheaton@duanemorris.com
Reginald R. Hindley    hindleylaw@gmail.com
David Holtzman    david.holtzman@hklaw.com, angela.ius@hklaw.com
Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner    roliner@duanemorris.com
Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras    dpoitras@jmbm.com
Gregory A. Rougeau    grougeau@diamondmccarthy.com, MDomer@diamondmccarthy.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com
Nancy Weng    nweng@trinhlawfirm.com, kim@trinhlawfirm.com

## 2. SERVED BY UNITED STATES MAIL:

### MANUAL NOTICE PARTIES

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122 | Eric W. Benisek<br>Timefire, Inc.<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wien, Austria | Ray E. Gallo<br>Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901 |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-2860

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

James J Ries
450 Sunlight Ct, #2
Powell, WY 82435