

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
       mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Liquidating Trustee for the Liquidating Trust

Signed and Filed: October 24, 2016

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company. | Chapter 11<br><br>Case No. 14-30725<br><br>Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM<br><br>**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HYPERTECHNOLOGIE CIARA, INC.** |

On the basis of the Application for Entry of Order by Default Granting Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. (Doc. No. 498) (the "Request"), the Application for Entry of Order by Default Approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

IT IS ORDERED:

1. The Application is approved.

2. The Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc. (Doc. No. 498) (the "Settlement Motion") is granted.

3. The Settlement Agreement, a copy of which is attached to the Settlement Motion as Exhibit A is approved.

4. Michael G. Kasolas, liquidating trustee of the Hashfast Creditor Trust, is hereby authorized to execute any and all documents and to take any and all steps necessary to effectuate the terms and carry out the intent of the Settlement Agreement.

5. The Court shall retain jurisdiction to resolve any dispute or controversy of any kind arising from or relating to the Settlement Motion, Settlement Agreement, Application or this Order.

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES