Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:         amcdow@bakerlaw.com
               mdelaney@bakerlaw.com

Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Case No.: 14-30725 |
| | Jointly Administered and Substantively Consolidated with: Case No. 14-30866 DM |
| | **NOTICE OF WITHDRAWAL** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that Michael G. Kasolas (the "Liquidating Trustee"), the trustee for the Hashfast Creditor Trust, hereby withdraws the *Application for Entry of Order by Default Approving the Liquidating Trustee's Motion to Approve Compromise of Controversy with Hypertechnologie Ciara, Inc.*, (the "Application") [Docket Entry 502] filed by Liquidating Trustee on October 21, 2016. The Application was filed inadvertently. The correct Application was filed as docket entry 503.

Dated:     October 24 , 2016

Respectfully submitted,
**BAKER & HOSTETLER LLP**

By:     /s/ Ashley M. McDow
        Ashley M. McDow
Counsel for Michael G. Kasolas, the Trustee for the
Liquidating Trust

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES