Dylan Hall
79 Madison Ave
2nd Floor
New York, NY 10016



**FILED**

DEC - 5 2016

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Nov 4, 2016

United States Bankruptcy Court
Northern District of California

In re: HASHFAST TECHNOLOGIES, LLC

Case No.: 14-30725 DM

Chapter 11

Claimant: Dylan Hall

Claim No: 146-2

Request for Consideration of Objection to Claim

Your Honor,

I am writing to respectfully request that the court consider my objection to the OBJECTION TO CLIAM submitted by Baker Hostetler late. I am attaching my objection to this document.

I did not submit an objection sooner because I could not afford legal council to help me understand all the legal proceeding documents I have received and I did not understand the OBJECTION TO CLAIM. The legal-ease style of this document and the 21-day deadline may be reasonable when the recipient is a lawyer or corporation; However, it is not reasonable to expect a private layperson to be able to understand this document and respond to it within 21 days of their postmark.

Baker Hostetler previously set a precedent in prior communications that when action is required by the claimant this would be clearly and plainly indicated. The "Ballot for Accepting or Rejecting Plan of Liquidation" was accompanied by plain English instructions. It seems that the design, wording, terms, and layout of the Objection to Claim, are intended to make responding to this claim difficult. This fact is also evidenced by rate of response by the Claimants.

In light of the incomprehensibility of this document for its intended recipients and the unreasonable 21-day from postmark response, I would like to respectfully request the court require Baker Hostetler to re-issue notice to claimants that includes a specific note indicating "Your Action Required."

I greatly appreciate your consideration in this matter.

Sincerely,

Dylan F. Hall

Case: 14-30725   Doc# 508   Filed: 12/05/16   Entered: 12/07/16 15:51:44   Page 1 of 4

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>Hashfast Technologies LLC | Case Number:<br>14-30725 | **FILED**<br>U.S. Bankruptcy Court<br>Northern District of California<br>8/25/2014<br>Edward J. Emmons, Clerk<br>COURT USE ONLY |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Dylan Hall

Name and address where notices should be sent:
Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528

Telephone number: 914-562-1800   email: dfhall@geeks-on-wheels.net

☑ Check this box if this claim amends a previously filed claim.
Court Claim Number: 146
*(If known)*
Filed on: 08/25/2014

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:   email:

1. **Amount of Claim as of Date Case Filed:** $ 7999.25
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Deposit for Unfulfilled Purchase (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___
   3a. Debtor may have scheduled account as: ___ (See instruction #3a)
   3b. Uniform Claim Identifier (optional): ___ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $___
Annual Interest Rate (when case was filed) __% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $___
Basis for perfection: ___
Amount of Secured Claim: $___
Amount Unsecured: $ 5224.25

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). | Amount entitled to priority: |
|---|---|---|---|
| ☑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(_). | $ 2775.00 |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a California limited liability company

\* Affects HASHFAST LLC, a Delaware limited liability company

Debtor(s)

Chapter 11

Case No. 14-30725 (Lead Case) (Jointly Administered and Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE
CLAIMANT: Dylan Hall
CLAIM NO: 146-2

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Dylan Hall<br>Geeks on Wheels<br>47 Halstead Avenue, Suite LL1, Harrison NY 10528 | $7,999.25 | 08/25/2014 |

The basis for the objection is that the claim:

___ duplicates claim no. _____ filed on _____ by _____.
___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
_X_ fails to assert grounds for priority.
___ does not include a copy of the assignment(s) upon which it is based.
___ appears to include interest or charges accrued after the filing of this case on _____.
___ is not timely filed.
_X_ Claim is related to a business related purchase and, thus, is not entitled to priority under 507(a)(7)

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____.
_X_ allowed as an unsecured claim in the amount of: $ 7,999.25 .
___ allowed as a priority claim in the amount of: $_____.
___ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015

Trustee's
~~DEBTOR(S')~~ ADDRESS:
\* Michael G. Kasolas (the Trustee for the Liquidating Trust)
\* P.O. Box 26650
\* San Francisco, CA 94126

Ashley M. McDow
[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
\* BAKER HOSTETLER LLP
\* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509
\* Email: amcdow@bakerlaw.com

\* Telephone: 310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles , California. _____
\* \* \*
\* \* \*
\* \* \*
\* \* \*

Rev. 1/2010

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being **filed** with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dylan Hall
Title:
Company:
Address and telephone number (if different from notice address above):

s/ Dylan Hall
(Signature)

8/25/2014
(Date)

Telephone number: email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.