Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: mfelger@cozen.com

**FILED**
**DEC - 8 2016**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

HASHFAST TECHNOLOGIES, LLC, *et al.*,

Debtors.

Case No. 14-30725 (DM)

Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Mark E. Felger, an active member in good standing of the bars of the States of Delaware, New Jersey, New York and the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Hashfast Creditor Trust in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ashley M. McDow and Michael T. Delaney, Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025. Telephone: (310) 820-8800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2016

_____
Mark E. Felger

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611120519
Cashier ID: voltzs
Transaction Date: 12/07/2016
Payer Name: Cozen OConnor attorneys
----------------------------------------
PRO HAC VICE
 For: mark felger
 Case/Party: D-CAN-3-16-AT-PROHAC-001
 Amount:         $310.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 246523
 Amt Tendered:   $310.00
----------------------------------------
Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```