UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

HASHFAST TECHNOLOGIES, LLC, *et al.*,

Debtors.

Case No. 14-30725 (DM)

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF**
**MARK E. FELGER** *PRO HAC VICE*

**Mark E. Felger**, whose business address and telephone number is:

**Cozen O'Connor, 1201 N. Market Street, Suite 1001, Wilmington, DE 19801, Telephone: (302) 295-2000** and who is an active member in good standing of the **bars of the States of Delaware, New Jersey, New York and the Commonwealth of Pennsylvania**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Hashfast Creditor Trust**,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: Dec 17, 2016

_____
Judge Dennis Montali
United States Bankruptcy Judge