Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>　　　Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>　　　Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET**

**ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT**

On or about December 1, 2016, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Motion to Set Administrative Claims Bar Date* (the "Motion") [Docket Entry 507] and served the same on all interested parties. No timely opposition and request for hearing has been filed with respect to the Motion. Accordingly, the Trustee hereby respectfully requests entry of the proposed order granting the Motion, a copy of which is attached hereto as Exhibit A, by default pursuant to B.L.R. 9014-1(b)(4).

Respectfully submitted,

Dated: December 23, 2016    **BAKER & HOSTETLER LLP**

By: /s/ Michael T. Delaney
Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# DECLARATION OF MICHAEL T. DELANEY

I, Michael T. Delaney, hereby declare:

1. I am an associate with the law firm of Baker & Hostetler LLP, general insolvency counsel for Michael G. Kasolas, the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, in the above-captioned bankruptcy cases. I am duly admitted to practice before the above-referenced court. I submit this declaration in support of the *Request for Entry of Order Granting Motion to Set Administrative Claims Bar Date by Default* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2. Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3. On or about December 1, 2016, the Trustee filed the *Motion to Set Administrative Claims Bar Date* (the "Motion") [Docket Entry 507]. Based on the proof of service appended thereto, the Motion was served on all interested parties. As of the submission of the Request, no opposition and request for hearing has been filed with respect to the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2016, at Los Angeles, California.

/s/ Michael T. Delaney_____
Michael T. Delaney

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE**

The Court having reviewed and considered the *Motion to Set Administrative Claims Bar Date* (the "Motion") [Docket Entry 507], finding notice of the Motion due and proper, receiving no opposition or objection thereto or the relief requested therein, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety;

**IT IS FURTHER ORDERED** that January 31, 2017 shall be the deadline to file any and all motions seeking the allowance of non-professional administrative claims arising prior to the effective date of the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*—more precisely, July 31, 2015; and

1  **IT IS FURTHER ORDERED** that the movant shall serve a copy of this order on all
2  interested parties no later than January 6, 2017.
3  **IT IS SO ORDERED.**
4  ***END OF ORDER***

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On December 23, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2016 | Michael T. Delaney | /s/ Michael T. Delaney |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Venkat Balasubramani**   venkat@focallaw.com, pete.morici@alumni.purdue.edu
   - **Thomas R. Burns**   tom@tburnslaw.com
   - **Greg P. Campbell**   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
   - **Patrick Chesney**   pchesney@gallo-law.com, mvananda@gallo-law.com
   - **Michael Delaney**   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
   - **Michele M. Desoer**   mdesoer@zuberlaw.com, dellis@zuberlaw.com
   - **Caroline R. Djang**   cdjang@rutan.com
   - **Fahim Farivar**   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
   - **W. Keith Fendrick**   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
   - **Beth E. Gaschen**   bgaschen@wgllp.com
   - **Elizabeth A. Green**   egreen@bakerlaw.com, jdriggers@bakerlaw.com
   - **Robert G. Harris**   rob@bindermalter.com
   - **Geoffrey A. Heaton**   gheaton@duanemorris.com
   - **Reginald R. Hindley**   hindleylaw@gmail.com
   - **David Holtzman**   david.holtzman@hklaw.com
   - **Michael G. Kasolas**   trustee@kasolas.net, CA30@ecfcbis.com
   - **Ori Katz**   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
   - **Barbara A. Matthews**   barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
   - **Ashley McDow**   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
   - **Jessica M. Mickelsen**   jessica.mickelsen@kattenlaw.com
   - **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
   - **Aron M. Oliner**   roliner@duanemorris.com
   - **Tyler Olson**   tolson@rehonroberts.com
   - **Douglas R. Pahl**   dpahl@perkinscoie.com, etherrien@perkinscoie.com
   - **David M. Poitras**   dpoitras@jmbm.com
   - **Gregory A. Rougeau**   grougeau@brlawsf.com
   - **Dominique Sopko**   dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
   - **Craig Stuppi**   craig@stuppilaw.com
   - **Sarah M. Stuppi**   sarah@stuppilaw.com
   - **Christopher D. Sullivan**   csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
   - **Donna S. Tamanaha**   Donna.S.Tamanaha@usdoj.gov
   - **Nancy Weng**   nweng@trinhlawfirm.com, monique@trinhlawfirm.com