**Entered on Docket**
**December 27, 2016**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c
mdelaney@bakerlaw.

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

**Signed and Filed: December 24, 2016**



**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE**

The Court having reviewed and considered the *Motion to Set Administrative Claims Bar Date* (the “Motion”) [Docket Entry 507], finding notice of the Motion due and proper, receiving no opposition or objection thereto or the relief requested therein, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety;

**IT IS FURTHER ORDERED** that January 31, 2017 shall be the deadline to file any and all motions seeking the allowance of non-professional administrative claims arising prior to the effective date of the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*—more precisely, July 31, 2015; and

**IT IS FURTHER ORDERED** that the movant shall serve a copy of this order on all interested parties no later than January 6, 2017.

**IT IS SO ORDERED.**

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



Case: 14-30725 Doc# 512 Filed: 12/24/16 Entered: 12/27/16 09:05:55 Page 2 of 2