1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  Fahim Farivar (252153)
   **BAKER & HOSTETLER LLP**
3  11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025-0509
4  Telephone:  310.820.8800
   Facsimile:  310.820.8859
5  Email:      amcdow@bakerlaw.com
               mdelaney@bakerlaw.com
6              ffarivar@bakerlaw.com

7  Attorneys for MICHAEL G. KASOLAS,
   Liquidating Trustee

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

    In re                                    Lead Case No.: 14-30725 DM
12
    HASHFAST TECHNOLOGIES, LLC, a            Jointly Administered and Substantively
13  California limited liability company,    Consolidated with Cases No. 14-30866

14            Debtor and Debtor in           Chapter 11
              Possession.
15

16  ─────────────────────────────────

    x  Affects HASHFAST LLC, a Delaware
17     limited liability company,

18  Debtor and Debtor in Possession.

19

20

21

22          **PROOF OF SERVICE OF ORDER GRANTING MOTION TO SET**
23              **ADMINISTRATIVE CLAIMS BAR DATE**

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 6, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 4, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On January 4, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Email:

| Recipient Name | Email |
| --- | --- |
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |
| Eduardo DeCastro | eduardo.decastro@gmail.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Venkat Balasubramani**   venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**   tom@tburnslaw.com
- **Greg P. Campbell**   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**   pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**   mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**   cdjang@rutan.com
- **Fahim Farivar**   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- **W. Keith Fendrick**   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**   bgaschen@wgllp.com
- **Elizabeth A. Green**   egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**   rob@bindermalter.com
- **Geoffrey A. Heaton**   gheaton@duanemorris.com
- **Reginald R. Hindley**   hindleylaw@gmail.com
- **David Holtzman**   david.holtzman@hklaw.com
- **Michael G. Kasolas**   trustee@kasolas.net, CA30@ecfcbis.com
- **Ori Katz**   okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- **Lynette C. Kelly**   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Barbara A. Matthews**   barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Ashley McDow**   amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- **Jessica M. Mickelsen**   jessica.mickelsen@kattenlaw.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- **Aron M. Oliner**   roliner@duanemorris.com
- **Tyler Olson**   tolson@rehonroberts.com
- **Douglas R. Pahl**   dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**   dpoitras@jmbm.com
- **Gregory A. Rougeau**   grougeau@brlawsf.com
- **Dominique Sopko**   dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **Craig Stuppi**   craig@stuppilaw.com
- **Sarah M. Stuppi**   sarah@stuppilaw.com
- **Christopher D. Sullivan**   csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Donna S. Tamanaha**   Donna.S.Tamanaha@usdoj.gov
- **Nancy Weng**   nweng@trinhlawfirm.com, monique@trinhlawfirm.com

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**2. SERVED BY UNITED STATES MAIL:**
    PARTIES REQUESTING SPECIAL NOTICE

Craig A. Barbarosh
Katten Muchin Rosenman LLP
100 Spectrum Center Dr, Ste 1050
Irvine CA 92618-4977

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377-5662

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris,LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210-Wien, Austria

~~Ray E. Gallo~~
~~Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901~~
(prefers email - rgallo@gallo-
law.com)

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

~~Process General~~
~~5915 Edmond St. #102~~
~~Las Vegas, NV 89118-2860~~
(Returned 11/28/16)

James J. Ries
450 Sunlight Ct., #2
Powell, WY 82435

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton
LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

100 Bush Corporation
100 Bush Street, Suite 218
San Francisco, CA 94104

San Francisco Court Appointed
Special
Advocates
2535 Mission Street
San Francisco, CA 94110

AQS
401 Kato Terrace
Fremont, CA 94539

Robert G. Harris
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dylan Hall
79 Madison Ave, 2nd fl
New York, NY 10016

610172791.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## STATE AND FEDERAL AGENCIES

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development
Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

## MEMBERS OF THE UNSECURED CREDITORS COMMITTEE

~~Hamilton Hee~~
~~761 Irwindale Ave.~~
~~Las Vegas, NV 89123~~
Undeliverable

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

~~Uniquify Inc.~~
~~Attn: Robert Smith~~
~~2030 Fortune Drive #200~~
~~San Jose, CA 95131~~
(Returned 09/28/16)

~~Antony Vo~~
~~c/o Steven T. Gubner~~
~~Ezra Brutzkus Gubner LLP~~
~~21650 Oxnard Street, Suite 500~~
~~Woodland Hills, CA 91367-4911~~
(Returned 11/16/16)

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
Undeliverable

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

## LIST OF 20 LARGEST UNSECURED CREDITORS

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5
Canada

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Davide Cavion
c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

~~Elton Seah~~
~~761 Irwindale Avenue~~
~~Las Vegas, NV 89123-2319~~
Undeliverable

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter &
Hampton L
1901 Avenue of the Stars, Suite
1600
Los Angeles, CA 90067

~~Uniquify, Inc.~~
~~2030 Fortune Drive #200~~
~~Attn: Robert Smith~~
~~San Jose, CA 95131-1835~~

(New address 4/16/15)

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~
(Returned mail 11/17/2014)

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

## LIST OF EQUITY SECURITY HOLDERS

~~Amy Abascal~~

~~Asia Alternative Asset Management~~

~~Carason~~

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160

~~Eduardo DeCastro~~
~~c/o Craig Stuppi~~
~~Law Offices of Stuppi & Stuppi~~
~~1655 N. Main Street, Suite 106, #360~~
~~Walnut Creek, CA 94596-4679~~

~~Edward DeCastro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~

~~Hannes Eisele~~

~~James de Castro~~

Undeliverable

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

~~John Skrodenis~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
(listed in SEC)
(Returned mail 5/4/15)

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

~~Mike Damn~~

Monica Hushen
62 Esparito Place
Fremont, CA 94539

~~Naval Ravikant~~

~~Phil Sado~~

~~Port Family Trust~~

~~Xavier~~

Roy Petrushka

Roy Petrushka

- 6 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

|   |   |   |
|---|---|---|
| | 17 Tamar Street<br>Kiriat Tivo'n, Israel | Hadekel Street 1,<br>Kiriat Tivo'n, Israel |
| ~~RS Ventures Ltd.~~ | Sean Taffler<br>40 Quartz Way<br>San Francisco, CA 94131-1636 | Simon Barber<br>9 Ignacio Ave.<br>San Francisco, CA 94124-3725 |
| Simon Barber<br>97 S. Second St., #175<br>San Jose, CA 95113<br>(listed in SEC) | ~~Strategic Counsel Corp~~<br>~~227 Broadway, Suite 306~~<br>~~Santa Monica, CA 90401~~<br>(Returned Mail 6/5/15) | Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 |
| ~~Spring Surprise Limited~~ | ~~Tim Wong~~<br>~~100 Bush Street, Suite 650~~<br>~~San Francisco, Ca 94103~~ | ~~Lieven Vanden Bulcke~~<br>~~Zandbeekstraat 32~~<br>~~8554 Sint-Denijs, Belgium~~ |
| ~~Wells Family Trust~~ | Undeliverable | Undeliverable |

## CASE MAILING LIST

|   |   |   |
|---|---|---|
| Diamond McCarthy<br>150 California Street, Suite 2200<br>San Francisco, CA 94111-4547 | DigiMex Ltd<br>Rutan & Tucker, LLP<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626-1931 | ~~Hashfast Technologies LLC~~<br>~~29209 Canwood Street, Suite 210~~<br>~~Agoura Hills, CA 91301~~<br>~~Attention: HashFast CRO~~<br>Undeliverable |
| ~~Koi Systems~~<br>~~Units 1403-5, 14/F~~<br>~~173 Des Voeux Rd. Central~~<br>~~Hong Kong, CN 00000~~<br>Undeliverable | ~~Liquidbits Corp.~~<br>~~20201 E. County Club Dr. #1502~~<br>~~Aventura, FL 33180-3282~~<br>Undeliverable | ~~Looksmart Ltd.~~<br>~~Trinh Law Firm~~<br>~~99 N. 1st St., Suite 200~~<br>~~San Jose, Ca 95113-1203~~<br>Undeliverable |
| Sistemas Operativos Sanitarios<br>C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | Timefire, Inc<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd, Suite 300<br>Lafayette, CA 94549-6833 | UBE Enterprises<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 |
| ~~Uniquify, Inc.~~<br>~~Binder & Malter, LLP~~<br>~~2775 Park Ave.~~<br>~~Santa Clara Ca 95050-6004~~<br>(Returned 09/28/16) | Aaron Collins<br>21851 Schieffer Rd<br>Colton, OR 97017-9400 | 100 Bush Corporation<br>100 Bush St., Suite 218<br>San Francisco, CA 94104-3905 |
| AQS<br>401 Kato Terrace<br>Fremont, CA 94539-8333 | Adam Hennessy<br>Hennessy Hemp 917 Parkview<br>Blvd<br>Lombard, IL 60148-3267 | Aaron Grimes<br>PSC 822<br>Box 1221<br>FPO, AE 09621-0013 |

610172791.1

| | | |
|---|---|---|
| Adam Haverstock<br>14236 Maya Circle<br>Moorpark, CA 93021-3506 | Adrian Clarkson<br>Software Engineering Services Ltd.<br>30 Thistle Green, Swavesey<br>Cambridge, Cambridgeshire CB24 4RJ, UK | Adam Lenet, Lenit IT Solutions<br>88 Farnham Drive Beaconsfield<br>Quebec H9W |
| Adamo Di Stefano<br>9879 Saint-Firmin Montreal<br>Quebec H2B 2G | Ahmed Muhsin<br>11410 Nagel St<br>Hamtramck, MI 48212-2909 | Adrian Coroama<br>426 Sandra Timis 307065 Romania |
| Adrian Pop<br>62 Goodview Rd Unit 85<br>Toronto, Ontario Canada M2J2K6 | Ales Prikryl<br>6838 E 5th Street<br>Scottsdale, AZ 85251-5526 | ~~Alan Richardson~~<br>~~11975 Greywing Court Reston VA 20191~~<br>~~Silver Springs, MD 20906~~<br>Undeliverable |
| Alan Vit<br>680 Caron Ave<br>Apt 2-right side entrance Windsor ontario, N9A 5B6, Canada | Alexander Stroh<br>Waagenstr.39 40229 Dusseldorf Germany | Alex Filippov<br>12 Sherborne Cir<br>Ashland, MA 01721-2313 |
| Alexander Roganov<br>1881 Willoughby Ave<br>Ridgewood, NY 11385-1152 | Alfred Kraus<br>9934 Pasatiempo Place<br>Moreno Valley, CA 92557-3520 | Alexander Young<br>5015 N Avenida De La Colina<br>Tanque Verde, AZ 85749-8751 |
| Alexey Minchenkov<br>Asafeva St 2-1-60 St Petersburg Russia 1 | Allan N. Hessenflow<br>23097 Summit Road<br>Los Gatos, CA 95033-9318 | Allan Askar, Allancolabs LLC<br>20061 Blackwolf Run Pl<br>Ashburn, VA 20147-3181 |
| Allan Martin<br>5009 Northlawn Circle<br>Murrysville, PA 15668-9423 | ~~Amanda Dick~~<br>~~1601 W Main #90-105~~<br>~~Willimantic, CT 06226-1100~~<br>Undeliverable | Allen McGhan<br>Keylink IT<br>535 Shute Ln<br>Hendersonville, TN 37075-5848 |
| Alwin de Romijn<br>Jacob Catsstraat 25 2613HA Delft Netherlands | American Arbitration Association<br>One Sansome Street, 16th Floor<br>San Francisco, CA 94104-4449 | Amanda Van Nuys Consulting<br>845 Montgomery Street<br>Unit 1<br>San Francisco, CA 94133-5139 |
| American Arbitration Association<br>120 Broadway, 21st Fl<br>New York, NY 10271-0016 | Andrew Bester<br>92 William Street<br>Westbury, Tasmania, 7303<br>Australia | ~~Amro Abdelgawad~~<br>~~57 Ira Road~~<br>~~#187~~<br>~~Syosset, NY 11791-3504~~<br>(Returned 11/26/16) |

| | | | |
|---|---|---|---|
| 1 | Amy Woodward | ~~Anthony Carrillo~~ | ~~Andrew Fader~~ |
| 2 | 57 Oakwood Street<br>San Francisco, CA 94110-1529 | ~~1130 NE 104th Ave~~<br>~~Portland, OR 97220-3914~~<br>(Returned 10/03/16) | ~~2 Fox Run Road~~<br>~~Briarcliff Manor, NY 10510-1736~~<br>Undeliverable |
| 3 | | | |
| 4 | Andrey Fishchenko | Anthony Woodward | Anthony Lauck |
| 5 | 100 Naamans Road 4B<br>Ste 131986<br>Claymont, DE 19703-2737 | 2697 Derby Drive<br>San Ramon, CA 94583-4312 | PO Box 59<br>Warren, VT 05674-0059 |
| 6 | | | |
| 7 | Anthony Sajan | ~~Antonios Alexiou~~ | Antoine Alary |
| 8 | 4786 Oakhurst Ridge<br>Clarkston, MI 48348-5049 | ~~1253 Buck Jones Rd~~<br>~~Raleigh, NC 27606-3326~~<br>(Duplicate address) | 1516 Lima Ct<br>San Jose, CA 95126-4255 |
| 9 | | | |
| 10 | ~~Antonio Dewey~~ | ~~Aristeidis Dionisatos~~ | ~~Antony Vo~~ |
| 11 | ~~1211 San Dario Ave~~<br>~~Suite 369~~ | ~~46 North Park Gardens Belleville~~<br>~~Ontario~~ | ~~319 S. Mitchell St.~~<br>~~Bloomington, IN 47401-3742~~ |
| 12 | ~~Laredo, TX 78040-4505~~<br>Undeliverable | Undeliverable | Undeliverable |
| 13 | Antony Vo | Avram Cheaney | Armada Works Inc. |
| 14 | c/o Steven T. Gubner<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500 | 1305 Laguna Street<br>Apt. 4<br>San Francisco, CA 94115-4249 | 2223 Bath Ave<br>Brooklyn, NY 11214-5603 |
| 15 | Woodland Hills, CA 91367-4911 | | |
| 16 | Aupacom Enterprises | Benjamin Hopson II | Bas Bosschert |
| 17 | 9620 Sepulveda Blvd Unit 33<br>North Hills, CA 91343-3370 | 2640 Alexandria Pl<br>Janesville, Wi 53548-3314 | Kruisgang 12<br>1613 DC Grootebroek |
| 18 | | | Netherlands |
| 19 | ~~David M. Balabanian~~ | ~~Morgan, Lewis & Bockius LLP~~ | ~~Benjamin Lindner~~ |
| 20 | ~~Morgan, Lewis and Bockius LLP~~<br>~~Three Embarcadero Center~~ | ~~Three Embarcadero Center~~<br>~~San Francisco, CA 94111-4079~~ | ~~9035 Grayland Drive~~<br>~~Apartment E~~ |
| 21 | ~~San Francisco, CA 94111-4067~~<br>Undeliverable | Undeliverable | ~~Knoxville, TN 37923-4014~~<br>Undeliverable |
| 22 | ~~Benjamin C. Beckwith~~ | Brenton Senegal | ~~Brandon Bressler~~ |
| 23 | ~~8218 Grimchester~~<br>~~Converse, TX 78109-3234~~<br>Undeliverable | 5355 S Rainbow Blvd #138<br>Las Vegas, NV 89118-1844 | ~~3638 San Onofre Ave~~<br>~~San Onofre, CA 95348-8405~~<br>Undeliverable |
| 24 | | | |
| 25 | ~~Bernie Rihn, Prudentia Permanens~~ | Brian Barbee | Brenton Senegal |
| 26 | ~~LLC~~<br>~~3628 Linden Ave~~ | 701 Blossom St.<br>Bakersfield, CA 93306-5801 | 5355 South Rainbow Blvd<br>Unit #138 |
| 27 | ~~N #214~~<br>~~Seattle, WA 98103-8793~~ | | Las Vegas, NV 89118-1844 |
| 28 | Undeliverable | | |

610172791.1

Case: 14-30725    Doc# 514    Filed: 01/06/17    Entered: 01/06/17 16:19:22    Page 9 of 40

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Breck Pedersen~~<br>~~3712 Denehoe CV~~<br>~~Austin, TX 78725-4708~~<br>Undeliverable | Brian Samas<br>123 Bridge Street<br>Groton, CT 06340-3603 | Brian Connelly<br>22601 Asheville Hwy<br>Landrum, SC 29356-9633 |
| ~~Bret Motyl~~<br>~~148 Townsend St~~<br>~~Suite 21~~<br>~~San Francisco, CA 94107-1919~~<br>Undeliverable | Bruce Sanders Bruce Sanders<br>Design & Ill<br>12 Bridge St.<br>Westford, MA 01886-2102 | Brion Lau, Financial Fitness Pro<br>21600 Rainbow Drive<br>Cupertino, CA 95014-4815 |
| ~~Brian McKittrick~~<br>~~813 Whitney St~~<br>~~Cedar Hill, TX 75104-2257~~<br>(Returned 11/14/16) | ~~Bruno Reith~~<br>~~Repkering 36 58791 Werdohl~~<br>~~Germany~~<br>Undeliverable | Bruce Terry<br>21073 Niagara River Drive<br>Sonora, CA 95370-9102 |
| Bruce Boytler<br>1014 37 St SE<br>APT. 2<br>Auburn, WA 98002-8749 | ~~Bryce Weiner~~<br>~~621 W Montecito St #4~~<br>~~Santa Barbara, CA 93101-4522~~<br>Undeliverable | Bryan Carter<br>330 Carriage Dr. E<br>Santa Ana, CA 92707-4156 |
| Bruno Lemonnier<br>16 Rue Victor Hugo 17300<br>Rochefort France | Central Computers<br>837 Howard Street<br>San Francisco, CA 94103-3009 | CT Corp.<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| ~~Bryan Pope~~<br>~~6196 Westminster Dr~~<br>~~Parma, OH 44129-4954~~<br>Undeliverable | ~~Chaz Curtiss~~<br>~~6551 Jordan River Dr~~<br>~~Las Vegas, NV 89156-3750~~<br>Undeliverable | Chad Eller<br>1910 Lomita Dr<br>San Leandro, CA 94578-1218 |
| Carl Schultz<br>1827 Harold Street<br>Houston, TX 77098-1603 | ~~Christian Calvo~~<br>~~3 Peartree Ln~~<br>~~Rolling Hills Estates, CA 90274-4824~~<br>Undeliverable | Chris Ergen C/O Summit Capital<br>LLC<br>5701 S. Santa Fe Drive<br>Littleton, CO 80120-1813 |
| ~~Charles Hilt~~<br>~~2800 Ruleme St~~<br>~~Apt 24~~<br>~~Eustis, FL 32726-8327~~<br>(Returned 10/28/16) | ~~Christopher Fetterly~~<br>~~9603 86th Avenue, NW~~<br>~~Edmonton, Alberta, Canada~~<br>~~T6E2L6~~<br>Undeliverable | Christian Golbs<br>Muehlburgweg 47 99094 Erfurt<br>Germany |
| Chris Thompson<br>3617 Wind Rose Pl<br>Castle Rock, CO 80108-8488 | ~~Chunliu Shen~~<br>~~56 Ffordd Dryden~~<br>~~Swansea, UK~~<br>~~Swansea, CA 93545~~<br>Undeliverable | Christopher Goes<br>PO Box 100<br>Cottage Grove, OR 97424-0004 |

- 10 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Christina Jepson
7 Cross St Dundas Ontario L9H 2R3 Canada | Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087 | Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada |
| Christopher Raday
4215 W 142 St
Crestwood, IL 60445-2307 | ~~Cort Wenzel~~
~~858 Boardwalk Place~~
~~Redwood City, CA 94065-1806~~
(Returned 11/01/16) | Corey Vokey
2249 Burrows Ave Winnipeg
Manitoba R2R 1 |
| CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402-3768 | Craig LaShot
88304 Charley Lane
Springfield, OR 97478-9634 | Cory Wise
2315 West alberson Dr.
Albany, GA 31721-2043 |
| ~~Corey Wysong~~
~~4499 E Fox Run Drive~~
~~Syracuse, IN 46567-9167~~
Undeliverable | ~~Dain Carver~~
~~240 Martine Ave~~
~~White Plains, NY 10601-3456~~
Undeliverable | Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891 |
| Craig Burke
2787 Fairview
Canyon Monitor, WA 98836 | ~~Dan Charbonneau,CBT Nuggets~~
~~44 Club Rd~~
~~Suite 150~~
~~Eugene, OR 97401-2461~~
Undeliverable | Damon Jiang
1210 Alemany Blvd.
San Francisco, CA 94112-1404 |
| ~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable | Daniel Casacci
31 Clearwater Dr
Amherst, NY 14228-1492 | Dan Fuchs
member of K2RED LLC
526 Shoup Ave W Ste K
Twin Falls, ID 83301-5050 |
| Dan Casacci
31 Clearwater Dr
Amherst, NY 14228-1492 | ~~Daniel Nimtsch~~
~~Meinigstr 46a 38667 Bad Harzburg~~
~~Germany~~
(Returned mail 3/16/15)
Undeliverable | Daniel Herbon
683 barrington dr e.
shakopee, MN 55379-8976 |
| Daniel Burgin
St-Roch 30 1004 Lausanne
Switzerland | Daniel Raedel
Juethornstrasse 39 22043 Hamburg
Germany | Daniel Petreley
19378 East Brunswick Drive
Aurora, CO 80013-9420 |
| Daniel Hilderal
40 Hardinge road LONDON
England NW10 3PJ | ~~Darwin Johnson, Schwaahed~~
~~73 Eastern Parkway 4B~~
~~Brooklyn, NY 11238-5920~~
(Returned Mail 6/16/15) | ~~Daniel Williams~~
~~10211 Portland Road~~
~~Silver Spring, MD 20901-2023~~
(Returned Mail 10/6/14) |

Case: 14-30725    Doc# 514    Filed: 01/06/17    Entered: 01/06/17 16:19:22    Page 11 of 40
610172791.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Daniel Pojar<br>1253 Grace Drive<br>Sycamore, IL 60178-9515 | ~~David Boothby~~<br>~~1800 Holleman Drive, Apt 1404~~<br>~~College Station, TX 77840-7215~~<br>(Returned Mail 9/24/2014) | ~~Dat Le~~<br>~~22 Golden Gate Bay Winnipeg~~<br>~~Manitoba R3J~~<br>(Returned Mail 10/2/14) |
| Dario Albarron<br>512 Sherman Ave<br>Roselle Park, NJ 07204-2145 | David King<br>10106 E 69th Ter<br>Raytown, MO 64133-6037 | David Cho<br>158 L'Amoreaux Drive<br>Scarborough On |
| Dave Gutelius<br>1259 El Camino Real, #230<br>Menlo Park, CA 94025-4208 | David Springer<br>4095 Lomar Drive<br>Mt. Airy, MD 21771-4572 | David Steinberg<br>3164 Sycamore Pl<br>Carmel, CA 93923-9005 |
| David Gutelius<br>1259 El Camino Real, Suite 230<br>Menlo Park, CA 94025-4208 | Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 | Dean Farry<br>1250 HalifaxWay<br>San Ramon, CA 94582-5909 |
| David Miller<br>1751 NE 91st Street<br>Seattle, WA 98115-3251 | Dennis Lambert<br>9450 SW Gemini Dr<br>Beaverton, OR 97008-7105 | Deon Brewis<br>15610 NE 59th Way<br>Redmond, WA 98052-4818 |
| Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 | Derek Piper<br>3706 W Woodmere Way<br>Bloomington, IN 47403-4125 | Detlef Sattler<br>Alexander-von-Humboldt-Str. 23<br>53604 Bad Honnef<br>Germany |
| Del Wong<br>3233 Pawaina Place<br>Hawaii, HI 96822-1339 | DigiKey Corporation<br>701 Brooks Avenue South<br>Thief River Falls, MN 56701-2757 | ~~Digimex Ltd.~~<br>~~Bel Air on the Peak, Phase 4~~<br>~~Attn: Willem van Rooyen~~<br>~~Tower 7, Unit 19A~~<br>~~Pok Fu Lam, Hong Kong~~<br>(Returned mail 3/31/15) |
| Derek Hill<br>Advantage mortgage<br>29875 S Black Bear Dr<br>Canby, OR 97013-9508 | Donald Bosse<br>9 E 9th St<br>Frederick, MD 21701-4606 | Donald Crain<br>110 N Lee St<br>Lexington, IL 61753-1215<br>(Updated on 10/31/16) |
| Di Pardo BVBA<br>Rozijnenstraat 27<br>3620 Lanaken<br>Belgium | ~~Doug Haden~~<br>~~973 Iron Mountain Circle South~~<br>~~Lake Tahoe, CA 96150-6118~~<br>(Returned Mail 5/11/15) | Douglas Trowbridge<br>30945 Winterbury Ln.<br>Westlake, OH 44145 |

- 12 -

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

~~Duncan Wallace, Duncwa LLC~~
~~1001 National Avenue 139~~
~~San Bruno, CA 94066-5816~~
Undeliverable

~~Donald Weinberg~~
~~9522 New Waterford Ct.~~
~~Delray Beach, FL 33446-9747~~
(Returned Mail 8/26/2014)

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

~~Eddie DeLeon~~
~~2203 Ripley Ave., Unit B~~
~~Redondo Beach, CA 90278-5024~~
(Returned Mail 5/11/15)

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257-2448

Petitioning Creditor:
Edward Hammond
3103 Powell Cir.
Austin, TX 78704-6343

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481-3515

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087-3210

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879-1797

Edgar Godoy
88 Bush St
#C2103 Building C
San Jose, CA 95126-4863

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo
Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514-2641

Edward Lance
1324 Treasure Cove
Niceville, FL 32578-7001

~~Elkin Mann, LDI Imports~~
~~378 Johnston Ave.~~
~~Jersey City, NJ 07304-3766~~
(Returned mail 8/13/14)

Elric Traver
1221 River Ln
Mosinee, WI 54455-9573

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316-5623

Embedded Wits LLC
10574 Culbertson Dr
Cupertino, CA 95014-3556

Employment Matter Counseling
&Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656-2677

Eliott Spencer
23 Sunwood Ln
Sandy, UT 84092-4802

~~Eric Corlew Creative X Pressions~~
~~409 S Locust St~~
~~Wayland, MI 49348-1312~~
(Returned mail 8/13/2014)

Eric Denny
204 Lauren Ln
Minden, LA 71055-6286

Employment Development
Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Eric Nicholas Christmas
5940 NW 13th Street
Sunrise, FL 33313-6211

Eric Tollefson
740 Dillon Ct
Grayslake, IL 60030-3374

- 13 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Elton Seah | Erik Voorhees, Bitcoin FTW | Evan Greenwood |
| 761 Irwindale Avenue | 35 Snowberry Way | 501 S. Van Buren |
| Las Vegas, NV 89123-2319 | Dillon, CO 80435-8805 | Hugoton, KS 67951-2105 |
| | | |
| Eric Cochran | Federal Express Corporation | Ferdinand Nepomuceno |
| 615 Shelley Ave | 942 South Shady Grove Road | 12476 old colony drive upper |
| Ames, IA 50014-7905 | Memphis, TN 38120-4117 | Marlboro, MA 20772-5069 |
| | | |
| ~~Eric Liu~~ | Fon Allan Duke | Forrest Voight |
| ~~3630 Sadge Ln~~ | 19333 Seabiscuit Way | 2360 SW Archer Rd. |
| ~~Irving, TX 75062-8400~~ | Apple Valley, CA 92308-4570 | Apt. 910 |
| (Undeliverable) | | Gainesville, FL 32608-1049 |
| | | |
| Eric Whyne | Frank Chappell | Frank Rankin |
| 21860 Regents Park Circle | 1236 Tuxford Dr | 518 Freehold Road |
| Sterling, VA 20166-9241 | Brandon, FL 33511-1801 | Jackson, NJ 08527-4629 |
| | | |
| ~~Fabio Miceli~~ | Frederick Fiechter | Future Electronics |
| ~~Westerdok GiG~~ | 1825 S. Grant Street | c/o Diane Svendsen |
| ~~1013 BV Amsterdam~~ | Suite 240 | 41 Main Street |
| ~~The Netherlands~~ | San Mateo, CA 94402-2678 | Boiton, MA 01740-1134 |
| (Returned mail 11/17/2014) | | |
| | | |
| Fernando Famania | GLO Ventures | Garrett Griffin |
| F174 Avenida Altamira | 1550 17th Street | 9150 Crest Ave |
| Chula Vista, CA 91914 | San Francisco, CA 94107-2331 | Oakland, CA 94605-4422 |
| | | |
| Franchise Tax Board | George Loudon | George Richmond |
| Bankruptcy Section MS A340 | 161 Helen | 3580 Egret Drive |
| PO BOX 2952 | Garden City, MI 48135-3183 | Melbourne, FL 32901-8152 |
| Sacramento CA 95812-2952 | | |
| | | |
| Frank Vuong | ~~George Urakhchin~~ | Gerald Davis |
| 3891 Madera Way | ~~568 Broadway~~ | Tangible Cryptography LLC |
| San Bruno, CA 94066-1023 | ~~11th Fl Coinsetter/Fueled~~ | 510 Bridge Dr |
| | ~~New York, IL 10012-3225~~ | Chesapeake, VA 23322-6020 |
| | (Returned mail 8/19/14) | |
| | | |
| Future Electronics Corp. | ~~Glenn Hendrick, Bitminer~~ | ~~Graeme Middleton~~ |
| 3255 Paysphere Circle | ~~Bitminer128 223 Pameto Rd~~ | ~~Middleton Solicitors~~ |
| Chicago, IL 60674-0032 | ~~Nokomis, FL 34275-3917~~ | ~~135-137 Dale Street~~ |
| | (Returned Mail 8/20/2014) | ~~Liverpool L2 2JH UK~~ |

- 14 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Gautam Desai<br>116 Blackstone Dr<br>Danville, CA 94506-1345 | Grant Pederson<br>12538 Botanical Ln<br>Frisco, TX 75035-0433 | Greg Yampolskiy<br>7870 West 87th Drive<br>Unit K<br>Arvada, CO 80005-1668 |
| ~~George Urakhchin~~<br>~~111 W Maple St~~<br>~~Apt 2203~~<br>~~Chicago, IL 60610-5454~~<br>(Returned Mail 8/20/2014) | Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Hamilton Hee<br>761 Irwindale Ave.<br>Las Vegas, NY 89123-2319 |
| Gerry Gorman, World Media<br>Group LLC<br>25 Mountainview Blvd<br>100 Marketplace Suite 204<br>Basking Ridge, NJ 07920 | ~~HashFast Technologies LLC~~<br>~~Bruennerstrasse 63-65/Stg.4/Tuer~~<br>~~63~~<br>~~1210 Vienna, Austria~~<br>~~Austria~~<br>(Returned Mail 6/8/15) | Hawk Ridge Systems LLC<br>4 Orinda Way<br>Suite 100B<br>Orinda, CA 94563-2507 |
| ~~Graeme Tee~~<br>~~12 Bromley Road Hilton Western~~<br>~~Australia~~<br>(Returned mail 6/10/15) | ~~Holden Karau~~<br>~~3407 24th St~~<br>~~Apt 2~~<br>~~San Francisco, CA 94110-3756~~<br>(Returned 11/11/16) | Hong-Quan Yue<br>606-210 Woodridge Crescent<br>Nepean, Ontario<br>Canada K2B 8E9 |
| ~~Gregory Maxwell~~<br>~~650 Castro St.~~<br>~~Suite 120-293~~<br>~~Mountain View, CA 94041-2055~~<br>(Returned mail 8/13/14) | Hot Sun LLC<br>Attn: Mark Pescatrice<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 | Ian Tait<br>Apartment 2, 34 Golf Links Road<br>Ferndown, Dorset Bh22 8BY UK |
| Hans Hess<br>Elevation Franchise Ventures<br>6402 Arlington Boulevard, Suite<br>800<br>Falls Church, VA 22042 | ~~Immanuel Ambar~~<br>~~Christoph Merian-Ring 299~~<br>~~4153 Reinach, Switzerland~~<br>(Returned mail 8/1/14) | International Rectifier<br>101 N Sepulveda Bldv.<br>El Segundo, CA 90245-4318 |
| Henzy Paez<br>890 E. 6th St., Apt 7A<br>New York, NY 10009 | ~~JAMS, Inc.~~<br>~~P.O. Box 512850~~<br>~~Los Angeles, CA 90051-0850~~<br>Undeliverable | Jack Hlavaty<br>35 Swanson Ct, 16D<br>Boxborough, MA 01719-1353 |
| ~~Hoo Shao Pin~~<br>~~Polymathica Pte. Ltd.~~<br>~~10 Raeburn Park #02-08~~<br>~~Singapore 088702~~<br>(Returned 11/17/16) | ~~James Carroll~~<br>~~1505 Westheimer Rd~~<br>~~Houston, TX 77006-3735~~<br>(Returned mail 9/26/14) | James F. Johnson III<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-<br>law.com) |
| Ilan Elfassy<br>177 Bury Old Road<br>Salford, Manchaster, Lancashire<br>M7 4PZ<br>UK | ~~James Lowry, LLC~~<br>~~400 E College, Suite A~~<br>~~Roswell, NM 88201-7525~~<br>(Returned mail 9/25/14) | James Miller<br>410 Cahill Rd<br>Streamwood, IL 60107-1203 |

| | | |
|---|---|---|
| ~~Ivan Marcak~~<br>~~10101 Palace Way, Apt B~~<br>~~Henrico, VA 23238-5647~~<br>Undeliverable | James Ries<br>450 Sunlight Ct<br>Apt 2<br>Powell, WY 82435-1633 | James Suddarth<br>1645 International Dr<br>Unit 102<br>McLean, VA 22102-4818 |
| James Babcock<br>8368 NW 70th Street<br>Potwin, KS 67123-9611 | James Wu<br>1221 North Vineyard Ave<br>#1<br>Ontario, CA 91764-2278 | ~~Jamie Hall, Bright Mining LLC~~<br>~~3042 Whitemark Court~~<br>~~Lexington, KY 40516~~<br>(Returned mail 3/16/15) |
| James Hicks<br>PO Box 1296<br>Helendale, CA 92342-1296 | Jared Metzler<br>826 N 3rd St<br>Lincoln, KS 67455-1722 | Jarod Clark<br>2314 Broadway<br>Denver, CO 80205-2088 |
| James OShea<br>9 Ledum Run Rd<br>West Grove, PA 19390-9411 | Jason Hall<br>2202 E Lowena Dr<br>Long Beach, CA 90803-5711 | Jason Larson<br>7697 Hawthorn Ave<br>Livermore, CA 94550-7121 |
| ~~James Thomas, eServiZes~~<br>~~1679 E 337th St.~~<br>~~Eastlake, OH 44095-3915~~<br><br>Undeliverable | Jason Shurb<br>3615 Trailway Park St<br>San Antonio, TX 78247-2938 | Jason Yi<br>1367 E Garfield Ave<br>Glendale, CA 91205-2661 |
| Jan Irvin<br>PO Box 3819<br>Crestline, CA 92325-3819 | Jay Weaver<br>5-3936 Mountainview Ave<br>Thornhill, British Columbia V8G 3V8<br>Canada | Jean-Andrew Mikesell<br>26652 Calle Salida<br>Capistrano Beach, CA 92624-1413 |
| Jason Badua<br>4039 Palikea St.<br>Lihue, HA 96766-9258 | Jeff Unruh<br>2650 Beauty Creek Drive<br>Valparaiso, IN 46385-7038 | Jeffrey Spielberg<br>1524 Cottonwood Ave<br>Lafayette, CO 80026-9414 |
| Jason Plowman<br>13508 Jamieson Place<br>Germantown, MD 20874-1464 | Jennifer Austin<br>1751 Kings Gate Lane<br>Crystal Lake, IL 60014-2906 | ~~Jensy Fernandez~~<br>~~12 Diamond St, Apt 19~~<br>~~Lawrence, MA 01843-2049~~<br>(Returned Mail 8/13/2014) |
| ~~Jawad Quddus~~<br>~~1020 Brand Ln, Apt 638~~<br>~~Stafford, TX 77477-5761~~<br>(Returned mail 9/15/14) | Jerry Whatley JWC Consulting<br>192 Fuller Road<br>Chehalis, WA 98532-9108 | Jess Williams<br>PO Box 50801<br>Albuquerque, NM 87181-0801 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

- 16 -

| | | |
|---|---|---|
| ~~Jeanette Arna~~ | Jetmir Celaj | Jiongye Li |
| ~~Haneholmveien 19 3212~~ | 1740 Mulford Ave. | 77 Louise Rd |
| ~~Sandefjord Norway~~ | Apt.7G | Braintree, MA 02184-5901 |
| (Returned Mail 8/20/2014) | Bronx, NY 10461-4321 | |
| | | |
| ~~Jeffrey vonGermeten~~ | ~~Joe Peng~~ | Joe Russell |
| ~~650 E 500 N~~ | ~~55 West 21st Street 6FL~~ | 4079B 18th Street |
| ~~Apt #6~~ | ~~New York, NY 10010-6809~~ | San Francisco, CA 94114-2535 |
| ~~Logan, UT 84321-4228~~ | Undeliverable | |
| Undeliverable | | |
| | | |
| Jeremy L Johnson | ~~John Cronin~~ | John Peregoy |
| 65 Rue Saint-Paul O. #505 | ~~2535 Verde Dr.~~ | 982 NC Hwy 82 |
| Montreal, Quebec, H2Y 3S5 | ~~Apartment 215~~ | Dunn, NC 28334-6360 |
| Canada | ~~Colorado Springs, CO 80910-2107~~ | |
| Undeliverable | Undeliverable | |
| | | |
| Jesse Teta | John Twohy, 24K Gold Plating | Jon Yellowlees |
| 3804 Triora St | 10920 4th Ave W | Dan Rose Tech Set |
| Las Vegas, NV 89129-2709 | Everett, WA 98204-7066 | 3326 Catherine St |
| | | Jackson, MI 49203-1003 |
| | | |
| Joe Baker | ~~Jonathan Bower~~ | Jonathan Hardison |
| 530 Lawrence Expressway #441 | ~~Alstrommergatan 32N 11247~~ | 650 S Adam Ave |
| Sunnyvale, CA 94085-4014 | ~~Stockholm Sweden~~ | Republic, MO 65738-8100 |
| | (Returned Mail 8/20/2014) | |
| | | |
| John A. Twohy | ~~Jonathan Simms, Jhashybor~~ | Jonathon North |
| 10920 4th Ave. W | ~~Mining~~ | 240 Milledgeville Rd |
| Eeverett, WA 98204-7066 | ~~1808 E Columbus Dr Apt# 3~~ | Enville, TN 38332-1972 |
| | ~~Tampa, FL 33605-2655~~ | |
| | (Returned Mail 8/20/14) | |
| | | |
| John Shave | Jose L.W. Martinez | Joseph Cavallero |
| 8805 Tamiami Trail North | 9250 W Bay Harbor Dr | 2644 Fulton Street |
| #219 | Apt 7 D | Berkeley, CA 94704-3230 |
| Naples, FL 34108-2525 | Miami, FL 33154-2715 | |
| | | |
| ~~Jonas Diener~~ | Josh Gold | Joshua Lytle |
| ~~1528 Country Club Rd~~ | 8 forman lane | 347 Millcreek Rd |
| ~~Harrisonburg, VA 22802-5071~~ | Manalapan, NJ 07726-2907 | Pleasant Grove, UT 84062-8815 |
| (Returned Mail 9/29/14) | | |
| | | |
| Jonathan Prentice, Network | Joshua Vidana, Skidhacker.com | Julio Perez |
| Service Prov | 3602 Tilson Ln. | 109 S Melville Ave |
| 13 Farnham St Parnell | Houston, TX 77080-1620 | Unit 1 |
| Auckland 1052 New Zealand | | Tampa, FL 33606-1860 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026-3116

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008-2454

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Joseph Farag, Trinity Bitcoin
Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

~~Justin Grevich~~
~~3348 Via Alicante~~
~~La Jolla, CA 92037-2745~~
Undeliverable

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642-8922

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

KH Joo
SilverBlue Inc.
11693 Seven Springs Drive
Cupertino, CA 95014-5128

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Karen Miller
c/o Eberhart Accounting Services,
P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

~~Kate Craig-Wood, Wood~~
~~Technology LLP~~
~~25 Frederick Sanger Road,~~
~~Guildford~~
~~Surrey GU6 8TB United Kingdom~~
(Returned mail 11/17/2014)

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532-9108

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company
1 Park
New York, NY 10016-5802

~~Kaloopy Media~~
~~Attn: Kurt Heim, President~~
~~2510 Main St.~~
~~Santa Monica, CA 90405-3535~~
(Returned Mail 8/20/2014)

~~Kevin Fu Hong Yee~~
~~#2918 – 608 9th St SW~~
~~Calgary, Alberta~~
~~T2P 2B3, Canada~~
Undeliverable

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

Koi Systems Ltd.
1191 Centerpoint Drive, Suite A
Henderson, NV 89074-7891

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Kevin Delporte<br>briekhoekstraat 32 8940 wervik<br>Belgium | ~~Lance Dixon~~<br>~~Intervid FZ LLC~~<br>~~Suite 128, Building 2~~<br>~~Dubai Internet City, Dubai, UAE~~<br>(Returned Mail 7/3/2014) | Larry Han<br>970 NW 198th PL<br>Shoreline, WA 98177-2663 |
| ~~Kevin Mahan, Tanard Corporation~~<br>~~9101 W. Sahara Ave.~~<br>~~Suite 105 K 6~~<br>~~Las Vegas, NV 89117 5772~~<br>Undeliverable | LEI  BAO<br>2315 S Wentworth Ave<br>Chicago, IL 60616-2013 | Le Van Hanh<br>V Spa & Nails<br>159 Cypresswood Dr<br>Spring, TX 77388-6038 |
| Kostyantyn Snisarenko<br>1476 La Playa Ave<br>Unit A<br>San Diego, CA 92109-6322 | Lautaro Cline<br>8327 Aster Ave Oakland<br>CA 94605-4101 | Linear Technology Corporation<br>1630 McCarthy Blvd<br>Milpitas, CA 95035-7487 |
| ~~Kyle Sidles, Kaysid, LLC~~<br>~~4000 Dow Road~~<br>~~Unit 10~~<br>~~Melbourne, FL 32934 9276~~<br>(Returned mail 11/17/2014) | Lee Schwuchow , Monkey<br>Business<br>2740 N. Andrews Ave<br>Wilton Manors, FL 33311-2512 | ~~LookSmart, Ltd.~~<br>~~c/o Nancy Weng/Trinh Law Firm~~<br>~~99 N. 1st St., Suite 200~~<br>~~San Jose, CA 95113 1203~~<br>(Returned mail 1/29/15) |
| Lauren Coe<br>3303 226th Pl SW<br>Brier, WA 98036-8049 | Lonnie J. Hansen<br>205 Duncan St, #6<br>Ashland, VA 23005-1941 | Lukas Bradley<br>3777 N. Clemons St.<br>Unit F<br>East Wenatchee, WA 98802-9369 |
| Lee Ash<br>304 189th PL SW<br>Bothell, WA 98012-6236 | Lotfi Bemmira<br>1852 E Sesame St<br>Tempe, AZ 85283-2213 | Luke Dashjr<br>17318 Sweetwater Rd<br>Dade City, FL 33523-6246 |
| ~~Liquidbits Corporation~~<br>~~20201 E. Country Club Drive,~~<br>~~#1502~~<br>~~Aventura, FL 33180 3282~~<br>(Returned 11/10/16) | Luke Baum<br>PO Box 101<br>Pleasant Unity, PA 15676-0101 | Madalin Ionascu<br>51 Goldhill Plaza #12-11 Singapore |
| LookSmart,Ltd.<br>C/O Trinh Law Firm<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 | LyLy Moc<br>14 Hamilton St<br>Toronto Ontario M4M 2C5 Canada | Manuel Rojas<br>1121 Torrance Blvd<br>Torrance, CA 90502-1613 |
| Lukas Zingg<br>Breitestrasse 1 4132 Muttenz<br>Switzerland | ~~Manu Kaushish, Nirvana Digital,~~<br>~~Inc.~~<br>~~6200 Stoneridge Mall Road, Suite~~<br>~~300~~<br>~~Pleasanton, CA 94588~~ | ~~Marcus Killion~~<br>~~1000 W Garden Ct~~<br>~~Wichita, KS 67217 4515~~<br>Undeliverable |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108-4302

~~Marcelino Bellosta~~
~~1600 Ponce de Leon Blvd. FL 10~~
~~Suite 1001~~
~~Coral Gables, FL 33134-3988~~
Undeliverable

~~Marion Keyes, Riverstone LLC~~
~~189 Eagle Drive~~
~~Golden, CO 80403-7775~~
(Returned 10/31/16)

Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Pescatrice, Matrice Consulting
LLC
6 Shenandoah Drive
Newark, DE 19711-3700

~~Manuel Zepeda~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455-1004~~
(Returned mail 8/1/14)

Mark Hancock
512 Grant Terrace
Taft, CA 93268-4434

~~Mark Sullivan, Cyclotronics~~
~~6430 FM 1960 #321~~
~~Houston, TX 77069-3902~~
(Returned mail 8/13/14)

Marcus Sorensen
2397 Romano Cir
Pleasanton, CA 94566

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable

Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362-1317

Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880-3137

~~Mark von Germeten~~
~~20792 SW Nettle Pl~~
~~Sherwood, OR 97140-8844~~
Undeliverable

Matt Richards
3253 S E Ct.
Springfield, OR 97478-6348

Mark Pescatrice--  Hot Sun LLC
6 Shenandoah Drive
Newark, DE 19711-3700

Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626
New Zealand

Matthew Hagan
17 Prospect Heights
Carrickfergus
BT388QY
County Antrim, United Kingdom

Mark Williams, Off Road
Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944-9716

Matthieu Billaud
testory 31310 Montesquieu
Volvestre France

Martin Safranek
Linecka 351 38241 Kaplice Czech
Republic

Matthew Silvia
30 Oak St
Cohasset, MA 02025-2213

~~Max Fischer~~
~~11728 Wilshire blvd B713~~
~~Los Angeles, CA 90025-6409~~

Undeliverable

~~Matt Tucker~~
~~2830 E College Ave~~
~~Unit 101~~
~~Boulder, CO 80303-1974~~
(Returned mail 11/17/2014)

Max Avroutski
172 Bay 31st St., #10
Brooklyn, NY 11214-5640

McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611-7500

- 20 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Matthew McCormick~~ | ~~Maximin Parotte~~ | Michael Damm |
| ~~33 Hollandale Ln~~ | ~~Dorpsstraat 112 A 3927BG~~ | 140 South Van Ness Ave. |
| ~~Apt A~~ | ~~Renswoude Netherlands~~ | Unit 807 |
| ~~Clifton Park, NY 12065-5228~~ | (Returned mail 11/17/2014) | San Francisco, CA 94103-2586 |
| Undeliverable | | |
| Mattia Baldinger | Michael Burke | Michael Giovinco |
| Zunzgerstrasse 24 4450 | 1500 Tauromee Ave | 61 Sterling St |
| Sissach Switzerland | Kansas City, KS 66102 | Somerville, MA 02144-1116 |
| Maximilian Baringer | Michael Gao | Michael Lord |
| August-Bebel Platz 4 99423 | c/o Hongqui Yang | 10022 Winding Ridge Dr. |
| Weimar Germany | 105 Tamalpais Pt. | Shreveport, LA 71106-7684 |
| | Chapel Hill, NC 27514-1453 | |
| ~~Mediabistro.com, Inc.~~ | Michael Gruat | Michael Shannon |
| ~~50 Washington Street~~ | Silberburgstrasse 29 | 3273 Avenida Anacapa |
| ~~Suite 902~~ | Albstadt, Germany, AK 72458 | Carlsbad, CA 92009-9301 |
| ~~Norwalk, CT 06854-2792~~ | | |
| (Returned 11/09/16) | | |
| Michael Desotell | Michael Pryor | Mike Deming |
| 7101 S County Road 750 W | 5 Windy Ridge Rd | 1458 Monroe Ave |
| Knightstown, IN 46148-9053 | Hudson, WY 82515 | Rochester, NY 14618-1008 |
| Michael Greiner | Mike Damm | Mr Piotr Kwiecien |
| 49 Pennsylvania Ct | 140 South Van Ness Avenue | 80 Delancey Street |
| Morton, IL 61550-1795 | Unit 807 | Flat B, Ground Floor |
| | San Francisco, CA 94103-2586 | NW1 7SA, London, CA 00-00 |
| Michael McGurgan | Monsoon Company, Inc. | Myron Davis |
| 2913 Coach Ct | 1714 Franklin Street | 333 Willoughby Ave |
| Norman, OK 73071-5505 | #100-142 | ETS / 5th Floor |
| | Oakland, CA 94612-3488 | Juneau, AK 99801-1770 |
| Michel Santos | Murat Konal | Nathan Ruble |
| 7620 Old Georgetown Rd | Putselaan 102 3074 JE | 1223 Stockton Street |
| Apt 723 | Rotterdam, Netherlands | Indianapolis, IN 46260-2826 |
| Bethesda, MD 20814-6158 | | |
| Miratek | ~~Nathan Ross~~ | Nathen Lam |
| 706 Michael Street | ~~Exel 85 D Liberty Commons Rd~~ | 9569 Crystal Water Way |
| Milpitas, CA 95035-4771 | ~~Columbus, OH 43235-1568~~ | Elk Grove, CA 95624-4058 |
| | Undeliverable | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 21 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Mohammad Zahid Faruqi~~ ~~Ruthnergasse 42/Tuer 9~~ ~~1210 Wien, Austria~~ Undeliverable | ~~Nathaniel McCray~~ ~~3723 Saddle Horn Tr~~ ~~Ogden, KS 66517-4000~~ (Returned 10/30/16) | Nicholas Fusaro 35 Kohlanaris Dr Poughkeepsie, NY 12601-1632 |
| Nathan Ho 2201 Stratford Dr Round Rock, TX 78664-7340 | ~~Nenko Garchev~~ ~~4001 Lyman Dr~~ ~~Philadelphia, PA 19114-2107~~ Undeliverable | Nir Nahum Mashabim 19 Hod-Hasharon 4520122 Israel |
| Nathan Wallace 3836 W. Tamarisk Ct. South Jordan, UT 84095-4181 | ~~Nik Arghavan~~ ~~25 Bishop Tutu Blvd 713~~ ~~Toronto Ontario M5V 279 Canada~~ Undeliverable | Novia Reid 453 Albany Ave Apt A1 Hartford, CT 06120-2505 |
| ~~Neil Schemenauer~~ ~~727 9th St Humboldt~~ ~~Saskatchewan S0K 2A0 Canada~~ (Returned 11/7/16) | ~~Nolan Shadbolt / Win It Gaming~~ ~~Ltd~~ ~~No. 2 The Leys~~ ~~Lyneham~~ ~~Chipping Norton~~ ~~Oxon — OX7 6QH~~ | Oleksandr V. Buzko 5824 Oak Bend Lane #101 Oak Park, CA 91377-5662 |
| Nick Simmons 6613 Goosander Ct. Frederick, MD 21703-9536 | Osric Proctor Jr 202 Garland Ave. Sandston, VA 23150-1616 | PHILLIP MARASHIAN 812 Saratoga Ave Apt. Q-211 San Jose, CA 95129-2567 |
| ~~Nirvana Digital Inc.~~ ~~3632 Whitworth Drive~~ ~~Dublin, CA 94568-4562~~ (Returned 11/16/16) | Pascal Martin 181 De la Grande-Coulee Orford Quebec J1X 6Z6 Canada | Patricio Grez 7339 NW 54th St Ste 252416 Miami, FL 33195-4875 |
| Novtech, Inc. 7401 Wiles Road Suite 229 Pompano Beach, FL 33067-2036 | Patrick Sadowski 146 Dawlish Ave Aurora Ontario L4G 6R2 C | ~~Paul Croscup~~ ~~585 Harts Road~~ ~~Madoc, Ontario K0K 2K0~~ ~~Canada~~ (Returned 11/02/16) |
| ~~Oliver Klein~~ ~~Zeller Str 17 73271 Holzmaden~~ ~~Germany~~ Undeliverable | ~~Paul Montague~~ ~~4/84 Kings Canyon Street~~ ~~Harrison~~ ~~ACT 2914~~ ~~Australia~~ (Prefers email) | Paul Roeder 10315 Raritan Dr Houston, TX 77043-2935 |
| Package Science Services LLC 3287 Kifer Road Santa Clara, CA 95051-0826 | Perkins Coie 131 S. Dearborn St. #1700 Chicago, IL 60603-5559 | ~~Pete Gorman~~ ~~52 Doctors Point Road Waitati 9085~~ ~~New Zealand~~ (Returned Mail 8/13/2014) |

- 22 -

| | | |
|---|---|---|
| ~~Patrick Huizinga~~<br>~~Anjerstraat 50 3333GD~~<br>~~Zwijndrecht Netherlands~~<br>(Undeliverable) | Peter Hornyak<br>Nyiregyhaza 48 Ibolya street 4400<br>Hungary | Peter Kamstra<br>De Goorns 15 7824RG Emmen<br>Netherlands |
| ~~Paul Erickson~~<br>~~2925 Union St~~<br>~~Madison, WI 53704-5138~~<br>Undeliverable | ~~Peter Myers~~<br>~~6320 North 16th Street~~<br>~~Apt 34~~<br>~~Phoenix, AZ 85016-1521~~ | Peter Smallwood<br>Peter Smallwood 189 Woodcroft<br>Drive<br>New South Wales 2767<br>Australia |
| Paula Jean Galburt<br>26158 Stillwater Circle<br>Punta Gorda, FL 33955-4729 | Petr Dvorak<br>Komenskeho 37<br>Boskovice, 68001<br>Czech Republic | Phat Tran<br>7714 75th St N<br>Pinellas Park, FL 33781-2800 |
| Peter Hendrickson<br>773 East El Camino Real, #142<br>Sunnyvale, CA 94087-2919 | ~~Phuc Nguyen~~<br>~~Van Nguyen 895 Broadway~~<br>~~Floor 3~~<br>~~New York, NY 10003~~<br>Undeliverable | Price Givens, 404 LLC<br>61875 Broken Top Dr #27<br>Bend, OR 97702-1182 |
| Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230-4523 | ~~Qhengxian Xu~~<br>~~China 511495 Guangdong~~<br>~~guangzho~~<br>Undeliverable | Public Service Insurance Company<br>One Park Avenue<br>New York, NY 10016-5807 |
| Peter Symons<br>149C Shirehampton Road Sea<br>Mills<br>Bristol BS9 2EE United Kingdom | Proven Tolerance Specialist<br>570 Suite C Marine View Avenue<br>Belmont, CA 94002-2574 | Rajpreet Ahluwalia<br>20338 102nd Ave SE<br>Kent, WA 98031-5500 |
| ~~Phil Blancett~~<br>~~P.O. Box 19719 South~~<br>~~Lake Tahoe, CA 96151-0719~~<br>Undeliverable | Rafez Noorullah<br>Gazelle Informatics Ltd<br>Hadia House, 2b Lincoln Street<br>Kingsthorpe, Northhampton, UK<br>NN2 6NR | ~~Randy Jones~~<br>~~Kinetica Technology Solutions~~<br>~~403 Da Vinci Ln~~<br>~~Wylie, TX 75098-8469~~<br>Undeliverable |
| ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-286~~<br>(Returned 11/14/16) | Randall Elliott<br>202 Jefferson Street<br>Martinsbug, WV 25401-1606 | ~~Raymond Steiner~~<br>~~Gespermoosstrasse 4 2540~~<br>~~Grenchen Switze~~<br>(Returned 11/21/16) |
| Qingshou Pei<br>1112 Gossamer Dr<br>Pickering Ontario L1X 2<br>Canada | Raymond Floyd Floyd Company<br>191 E. Main Street<br>Tustin, CA 92780-4406 | Reno Devito<br>9370 Coral Berry Street<br>Las Vegas, NV 89123-5831 |

Case: 14-30725    Doc# 514    Filed: 01/06/17    Entered: 01/06/17 16:19:22    Page 23 of<br>610172791.1                                          40

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Ralph Crowder | Reinoud Vaandrager | Rick Windham |
| 6843 Kenilworth Ave. | 255 South Rengstorff Avenue | 166 State Street |
| El Cerrito, CA 94530-1841 | Apt 179 | #8 |
| | Mountain View, CA 94040-1764 | Brooklyn, NY 11201-5612 |

| | | |
|---|---|---|
| Ray Calderon | Richard Chang | Robert Cacioppo |
| 170 Quinlan Ave | 1253 Buck Jones Rd | 1 Fresh Spring Cove Somers Point |
| Staten Island, NY 10314-5110 | Raleigh, NC 27606-3326 | Somers Point, NJ 08244 |

| | | |
|---|---|---|
| Regan Reckman | ~~Robert Alkire Consulting~~ | ~~Robert Kulys~~ |
| 1574 Georgetown | ~~1081 Neptune Lane~~ | ~~1905 Evergreen Terrance Drive E~~ |
| Loveland, OH 45140-8035 | ~~La Grande, WA 98348~~ | ~~Apt 4~~ |
| | (Returned 11/03/16) | ~~Carbondale, IL 62901-3904~~ |
| | | Undeliverable |

| | | |
|---|---|---|
| Ric Rooney, Sun Spot | ~~Robert Edwards Awesome Possum~~ | ~~Roberto Bayona~~ |
| 4310 Austin Bluffs Parkway | ~~LLC~~ | ~~Esfinge 53 2B 28022 Madrid~~ |
| Colorado Springs, CO 80918-2932 | ~~7341 W Cypresshead Drive~~ | ~~Madrid Spain~~ |
| | ~~Parkland, FL 33067-2313~~ | Undeliverable |
| | (Returned 11/14/16) | |

| | | |
|---|---|---|
| Robert Alan Richardson | Robert Worrall | Rodney Batchelor |
| 1713 Nordic Hill Cir. | 31 Troon terrace | 217 E 25th st |
| Silver Spring, ME 20906-5950 | Annandale, NJ 08801-1603 | Tacoma, WA 98421-1106 |

| | | |
|---|---|---|
| ~~Robert Ditthardt~~ | Robin van der Linden | ~~Ronny Hellmann~~ |
| ~~Olivine Labs LLC~~ | mimoCloud Computing UG | ~~Hickenweg 32 35708 Haiger~~ |
| ~~32-22 37th Street, #1~~ | Rudolf strasse 65 52070 Aachen | ~~Germany~~ |
| ~~Astoria, NY 11103-4004~~ | Germany | Undeliverable |
| (ReturnPaied 10/28/16) | | |

| | | |
|---|---|---|
| Robert Mudryk | Roland Payu Harris | Ryan Gatchalian |
| 29118 Weybridge Drive | 110 Denver ST | 2786 West Trojan Place |
| Westlake, OH 44145-6744 | Apt # 201 | Anaheim, CA 92804-2030 |
| | Rapid City, SD 57701-1175 | |

| | | |
|---|---|---|
| Robin van der Linden | Ryan Casey | Sam Ha |
| mimoCloud Computing  UG | 904 NE 157th Ave | 591 Ferrero Ln |
| Rudolfstrasse 65 52070 Aachen | Portland, OR 97230-5462 | La Puente, CA 91744-4961 |
| Germany | | |

| | | |
|---|---|---|
| Rodrigo Hernandez | Saint Clair Newbern IV | Sandgate Technologies |
| 118 Kipling Ave | c/o Kelly Hart &  Hallman, LLP | 595 Fellowship Road |
| Springfield, NJ 07081-3216 | 201 Main Street, Suite 2500 | Chester Springs, PA 19425-3618 |
| | Fort Worth, TX 76102-3129 | |

Case: 14-30725    Doc# 514    Filed: 01/06/17    Entered: 01/06/17 16:19:22    Page 24 of 40
610172791.1

Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010-3300

Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010-1614

Saul Jose Maldonado Rodriguez,
Global AP
14500 SW 160 Terr
Miami, FL 33177-1708

Ryan Stonn
Nidarosgatan 7 bv 16434
stockholm Sweden

Sascha Appel
Eigerweg 11 4852 Rothrist
Switzerland

~~Scott Gray~~
~~612 W. 10th St.~~
~~Juneau, AK 99801-1820~~
(Served by email per party's
request)

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

~~Sean Taffler~~
~~40 Quartz Way~~
~~San Francisco, CA 94131-1636~~
Undeliverable

Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402-7045

Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126-1017

Selim Soler
2103 SW Danforth Cir
Palm City, FL 34990-7706

Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136-1229

Scott Cameron
1332 Rue des Cypres Pincourt
Quebec J7W

Shamus Robinson
8675 Mink Rd
Apt 2
Harbor Springs, MI 49740-9466

Shanghai Chooyu Chemical
Company Ltd.
1107 Liberty Square Road
Boxborough, MA 01719-1113

Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr, Ste 4313
Las Vegas, NV 89106-3837

Shaun Kelly
52 Cross Street Warrimoo
NSW, Australia 2774

Sierra Proto Express
1108 W Evelyn Ave
Sunnyvale, CA 94086-5742

Sean Wang
910 Lenora
#S802
Seattle, WA 98121-2754

Sierra Circuits, Inc.
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5745

Sinisa Devcic
Antilopespoor 504 3605VS
Maarssen Netherland

Seth Duppstadt
2109 Broadway 1379
New York, NY 10023-2149

Shi Lei
BLK 62 Teban Gardens Rd
#16-627
Singapore 600062

Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747-9795

Shaun Andrew Biggin
1208 6 Street N
Lethbridge, AB
T1H1Y5
Updated address per 2/9/16 email)

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK

Stehr Music Productions
De Dreef 173
2542ND Den Haag
Holland

- 25 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Shi Lei~~<br>~~1000 Lakes Drive, Suite 430~~<br>~~West Covina, CA 91790-2928~~<br>Undeliverable | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Stephen Bywater<br>22 Orr Hatch Dr<br>Cornwall, NY 12518-1728 |
| ~~Simon Barber~~<br>~~c/o Sheppard, Mullin, Richter et al~~<br>~~Attn: Ori Katz~~<br>~~4 Embarcadero Ctr., 17th flr.~~<br>~~San Francisco, CA 94111-4158~~<br>Undeliverable | Stephan van der Feest<br>Accordeonlaan 42 3438GD<br>Nieuwegein Netherlands | Steve Govoni<br>938 Moosehead Trail<br>Jackson, ME 04921-3009 |
| Sistemas Operativos Sanitarios ca<br>Calle 35 entre Av. 2 y #2-34<br>Attn: Guido Ochoa<br>Merida, Venezuela 5101 | Stephen Witty<br>3019 Jade Drive<br>Harrison, AR 72601-1865 | Stolowitz Ford Cowger LLP<br>1211 SW 5th Ave<br>Suite 1900<br>Portland, OR 97204-3719 |
| Stephen Hamner<br>51 Gladys St.<br>San Francisco, CA 94110-5427 | Steven Cacchione, Acute Air<br>Conditioning<br>75 Medway rd Cragieburn<br>Victoria 3064 Au | ~~Sungkyun Lee~~<br>~~45530 Market way 311 Chilliwack~~<br>~~British~~<br>Undeliverable |
| Steve Manos<br>226 Center St.<br>Suite A-7<br>Jupiter, FL 33458-4365 | Stuart Murray<br>75 Westover Road<br>Downley, High Wycombe HP13<br>5th<br>ENGLAND | Synter Resource Group, LLC<br>P.O. Box 63247<br>North Charleston, SC 29419-3247 |
| Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6055 | Sven Clauw<br>Parnassialaan 6 8660 De Panne<br>Belgium | Terri Avery<br>91 Bradley Street Guyra<br>New South Wales |
| ~~Suresh Chandra~~<br>~~101 Bellgrove Drive 3A~~<br>~~Mahwah, NJ 07430-2263~~<br>Undeliverable | Tara Beck<br>3101 South Roosevelt<br>St Boise, ID 83705-4752 | Thang Nguyen<br>21 Millplace Ct<br>Irmo, SC 29063-7768 |
| Syvert Holbek Feed<br>Kvernhusbakken 6 4900<br>Tvedestrand Norway | ~~Thadius Bolton~~<br>~~6640 Ditmars St~~<br>~~Las Vegas, NV 89166-8028~~<br>Undeliverable | Thomas Scortmann<br>3 Village Green N<br>Ste 448<br>Plymouth, MA 02360-8803 |
| Terry Sine<br>1154 N Pine St<br>Canby, OR 97013-3249 | Thierry Beauchesne<br>4520 Quarterhorse Ct<br>Antioch, CA 94531-9317 | ~~Tim Lehming~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable |

- 26 -

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Theron Rodriguez Bitlab LLC<br>6302 Settlement Dr.<br>Arlington, TX 76001-7617 | Tie Hu, Targetalk Inc.<br>28 Empress Ave. 516 North York<br>Ontario M | TimeFire, Inc.<br>Eric W. Benisek, Esq.<br>Vasquez Benisek & Lindgren<br>3685 Mt Diablo Blvd #300<br>Lafayette, CA 94549-6833 |
| ~~Thomas Stiegler~~<br>~~23 Stewart Drive Werribee~~<br>~~Victoria 3030~~<br>Undeliverable | Tim Oster<br>3068 Evergreen Rd<br>Pittsburgh, PA 15237-2725 | Tin Yan Kwok<br>9642 Callita Street<br>Acradia, CA 91007-7803 |
| Tim McGough<br>2412 Pinehurst Ln<br>Mesquite, TX 75150-1129 | <u>Petitioning Creditor:</u><br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747 | Tobias Neumann<br>Buchenweg 30 90556 Seukendorf<br>Germany |
| Timothy Cyrus<br>630 Oldfield Dr SE<br>Byron Center, MI 49315-8114 | Tobias Bucher<br>Chnuebraechi 7 8197 Rafz<br>Switzerland | Tom Bouckaert<br>Henri Dunantlaan 20/502 9000 Gent<br>Belgiu |
| Ting Ma<br>China 100083 Beijing  Beijing<br>Room 30-1- | Todd Gould<br>Loren Data Corp. PO Box 1438<br>Lake Forest, CA 92609-1438 | Tong Moc<br>328 Main Street Toronto Ontario<br>M4C 4X7 |
| Toby Brusseau<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | ~~Tommy E. Contreras~~<br>~~855 Folsom Street~~<br>~~#514~~<br>~~San Francisco, CA 94107-1180~~<br>Undeliverable | ~~TrueTech Communications~~<br>~~241 Elinor Ave.~~<br>~~Mill Valley, CA 94941-1281~~<br>(Returned 11/01/16) |
| Tom Postma, PC Central<br>Jan Vermeerstraat 41 7545BN<br>Enschede Net | Trenton Bullock<br>1072 Mclaren Drive<br>Belmont, NC 28012-8674 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Tony Hoang<br>557 Gerrard St. East Toronto<br>Ontario M4M | UBE Enterprises<br>Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 | Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104-3100 |
| Tyler Doyle<br>2112 Hayden Ave<br>Aloona, WI 54720-1547 | ~~Uwe Schaum~~<br>~~Grabenstr. 5 35625 Huettenberg~~<br>~~Germany~~<br>Undeliverable | Victor Feng, VIP Networks<br>43532 Ocaso Corte<br>Fremont, CA 94539-5632 |

- 27 -

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| ~~Uniquify, Inc.~~ ~~2030 Fortune Drive #200~~ ~~Attn: Robert Smith~~ ~~San Jose, CA 95131-1835~~ | Vicki Schwarz 305 W Fullerton 1E Chicago, IL 60614-2816 | Vladimir Fefer 2620 W Greenleaf 1W Chicago, IL 60645-3298 |
| ~~Verne Riley~~ ~~65 Shamley Heath rd Kureelpa~~ ~~Queensland~~ Undeliverable | ~~WY Gost~~ ~~Building A, Haocheng Tech Park~~ ~~Yanshan Ave.~~ ~~Baoan District, Shenzen~~ ~~China~~ Undeliverable | Wayne Connors 12416 Tattersall Park Ln Tampa, FL 33625-3912 |
| ~~Vkal Design LLC~~ ~~2290 Ringwood Ave.~~ ~~Suite C~~ ~~San Jose, CA 95131-1718~~ Undeliverable | ~~Wenxie Hu~~ ~~Rico Kohki (Hong Kong) Limited~~ ~~Wenxie HU~~ (Returned 11/28/16) | ~~Werner Artz~~ ~~habergasse 4 82380 Pei? enberg~~ ~~Germany~~ Undeliverable |
| Warren Tsang LogicShark Consulting 274 Madison Avenue, Suite # 1804 New York, NY 10016-0716 | Will Wong 500 Oracle Parkway Redwood City, CA 94065-1677 | ~~William Chevallier~~ ~~15 Rue Des Basses- Mathouzines~~ ~~95170 DEU~~ Undeliverable |
| WaltherCorp LLC 1342 Virginia Ave Havertown, PA 19083-2020 | William Peace 14821 N Hana Maui Dr Phoenix, AZ 85022-3656 | William Schmitt 22 Spackenkill Rd Poughkeepsie NY 12603-5335 |
| Weng Kay Poon 44 Choa Chu Kang Street 64 #09-19 Singapore 689105 | William Walther WaltherCorp LLC 1342 Virginia Ave Havertown, PA 19083-2020 | Wim Vandeputte Oostveld Kouter 13 9920 Lovendegem Flanders (Belgium) |
| ~~Will McGirr~~ ~~39 Bruton Place Winnipeg~~ ~~Manitoba R2N 2V~~ Undeliverable | World Electronics 3000 Kutztown Road Reading, PA 19605-2617 | Xiwen Wang 165 BAYSHORE DR. BRECHIN Ontario L0K 1B0 Canada |
| William Courtright 146 Escolta Way San Francisco, CA 94116-2940 | Yazz Atlas, EntropyWorks Inc. 1429 E. Aloha St. Seattle, WA 98112-3931 | Yichun Catherine Liu 502 Rudbeckia PL Gaithersburg, MD 20878-4050 |
| ~~William Smith~~ ~~Fricourt, Grande Maison Road~~ ~~Vale Guernsey HG1 3LH UK~~ Undeliverable | Youssef Raiss-Elfenni 6322 Dakine Circle Springfield, VA 22150-1193 | Zhao Fu 191 West Woodruff Ave Columbus, OH 43210-1117 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Wolfgang Riedel~~ ~~Wilmersdorfer Str.3 D-14959~~ ~~Trebbin Germ~~ Undeliverable | Zhichao Zhang 760 North Mary Ave Sunnyvale, CA 94085-2908 | Zhongwei Ni 4170 Main St B3-182 Flushing, NY 11355-3823 |
| Xunyu Yang 15223 Edgemoor St San Leandro, CA 94579-1631 | hani hajje 708 Clay St. Ashland, OR 97520-1420 | ~~Craig A. Barbarosh~~ ~~Katten Muchin Rosenman LLP~~ ~~100 Spectrum Center Dr, Ste 1050~~ ~~Irvine CA 92618-4977~~ |
| Yipu Xue 229 Lady Nadia Drive Vaughan Ontario L6A | Jessica M. Mickelsen Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl. Los Angeles, CA 90067-3012 | ~~Pete Morici~~ ~~800 Fifth Avenue, Suite 4100~~ ~~Seattle, WA 98104-3100~~ (Returned 10/31/16) |
| Zhichao Chen 3165 Russell St Apt 406 Windsor Ontario | Peter A. Siddiqui Katten Muchin Rosenman LLP 525 W. Monroe St. Chicago, IL 60661-3693 | ~~Eduardo De Castro~~ ~~340 11th Street~~ ~~San Francisco, CA 94103~~ Undeliverable |
| Zuber Lawler & Del Duca LLP 777 S. Figeroa Street 37th Floor Los Angeles, CA 90017-5800 | ~~Simon Barber~~ ~~c/o Ori Katz~~ ~~Sheppard Mullin Richter &~~ ~~Hampton LLP~~ ~~Four Embarcadero Center, 17th~~ ~~Floor~~ | Edwin E. Smith Morgan, Lewis & Bockius LLP 399 Park Avenue New York, NY 10022-4689 |
| ~~Eduardo DeCastro~~ ~~c/o Craig Stuppi~~ ~~Law Offices of Stuppi & Stuppi~~ ~~1655 N. Main Street, Suite 106,~~ ~~#36~~ ~~Walnut Creek, CA 94596-4679~~ (Returned 10/21/16) | Ales Prikryl C/O Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) | Alessandro Bottai c/o Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) |
| Satish Ambarti c/o Eric Benisek 3685 Mt. Diablo Blvd, Suite 300 Lafayette, CA 94549-6833 | Antoine Alary c/o Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) | Aristeidis Dionisatos C/O Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) |
| ~~Bejamin Lindner~~ ~~9035 Grayland Drive, Apt. E~~ ~~Knoxville, TN 37923-4014~~ Undeliverable | Bernad Chengxi Siew C/O Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) | Bit Coin LLC James Braden 4010 Granada El Sobrante, CA 94803-1708 |
| Aleksandar Slavkov C/O Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) | Bouckaert Tom Henri Dunantlaan 20 box 502 9000 Gent Belgium ( Europe) Belgium, AK 1111-1112 | Brian Dankowski C/O Gallo LLP 1299 Fourth St., Suite 505 San Rafael, CA 94901-3031 (Served via email rgallo@gallo-law.com) |

- 29 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Andy Lo | ~~C/O Gallo LLP~~ | Chaz Curtiss |
| ~~c/o Gallo LLP~~ | ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ |
| ~~1299 Fourth St., Suite 505~~ | ~~San Rafael, CA 94901-3031~~ | ~~1299 Fourth St., Suite 505~~ |
| ~~San Rafael, CA 94901-3031~~ | (Served via email rgallo@gallo- | ~~San Rafael, CA 94901-3031~~ |
| (Served via email rgallo@gallo- | law.com) | (Served via email rgallo@gallo- |
| law.com) | | law.com) |
| | | |
| Ation, s.r.o. | Christopher Shaw | City and County of San Francisco |
| Tallerova 4 | ~~c/o Gallo LLP~~ | Tax Collector |
| 811 02 Bratislava | ~~1299 Fourth St., Suite 505~~ | Bureau of Delinquent Revenue |
| Slovak Republic | ~~San Rafael, CA 94901-~~ | P.O. Box 7027 |
| | ~~3031~~(Served via email | San Francisco, CA 94120-7027 |
| | rgallo@gallo-law.com) | |
| | | |
| ~~Black Oak Computers~~ | David Govinder Hunt | David Matheu |
| ~~PO Box 19719~~ | ~~c/o Gallo LLP~~ | 727 Roughbeard Rd |
| ~~South Lake Tahoe, CA 96151-~~ | ~~1299 Fourth St., Suite 505~~ | Winter Park, FL 32792-4518 |
| ~~0719~~ | ~~San Rafael, CA 94901-~~ | |
| (Returned 10/29/16) | ~~3031~~(Served via email | |
| | rgallo@gallo-law.com) | |
| | | |
| Bruce James Boytler | David Springer | Davide Cavion |
| 1014 37 ST SE | ~~C/O Gallo LLP~~ | Via Breganze |
| APT.2 | ~~1299 Fourth St., Suite 505~~ | 72 36036 Torrebelvicino |
| Auburn, WA 98002-8749 | ~~San Rafael, CA 94901-3031~~ | Vicenza, Italy |
| | (Served via email rgallo@gallo- | |
| | law.com) | |
| | | |
| Christopher Goes | Derek Piper | EarthRise Trust |
| ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ | William R. Gouger, Trustee |
| ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ | PO Box 610| |
| ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ | Littleton, CO 80160-0610 |
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo- | |
| law.com) | law.com) | |
| | | |
| Craig Burke | Erik Voorhees | Evan L Greenwood |
| ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ | 501 S. Van Buren |
| ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ | Hugoton, KS 67951-2105 |
| ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ | |
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo- | |
| law.com) | law.com) | |
| | | |
| David R. Henson | Frank Lachmann | Garrett Griffin |
| ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ |
| ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ |
| ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ |
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo- | (Served via email rgallo@gallo- |
| law.com) | law.com) | law.com) |
| | | |
| F. Lambert | Alvaro Fraguas Jover | Gautam Desai |
| ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ |
| ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ |
| ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ |
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo- | (Served via email rgallo@gallo- |
| law.com) | law.com) | law.com) |
| | | |
| Edgar Godoy | Harmacolindor Informatikai Kft. | Grigoriy "Greg" Yampolskiy |
| ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ | ~~C/O Gallo LLP~~ |
| ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ |
| ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~ |
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo- | (Served via email rgallo@gallo- |
| law.com) | law.com) | law.com) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Evan Lawrence Skreen
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Intervid FZ LLC (Lance Dixon)
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Hypertechnologie Ciara Inc.
Monty Rider
9300 TransCanada Highway
Saint-laurent, Quebec
Canada H4S 1K5

Acacia NPU dba Cater2.me
345 E 93rd St. 19H
New York, NY 10128-5521

Jamshed Dadachanji
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jack Dorr
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Hamilton Hee
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jason Plowman
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jarod Clark
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

I-PMart Network USA Ltd
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jeffrey Raymond Vongermeten
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jason Thor Hall
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

James Thomas
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Joseph William Baker
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jeremy Ray Jones
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jason Cameron Bond
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Justin Bronder
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Joshua Dorman
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jeffrey Bradian
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Law Yui Kwan
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Kjetil Larsen
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jess Martn Alonso
C/ Federico Carlos Sainz de Robles
N15
7 Madrid Spain

Luis Guerrero
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Lee Ash
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Jon Michaelson
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025-1022

Matthew Michael McCormick
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Marcus Killion
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Joshua Vidana
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Maximilian N. Fischer and Gerald R. Fischer
Jon Michaelson, Esq.
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road

Mattia Baldinger
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Larry Han
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

~~MimoCloud Computing UG~~
~~Konradstr. 14~~
~~Aachen, CA 00-00~~
(Undeliverable)

Michael David Mantle
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Matthew Ford Silvia
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Osric Proctor Jr
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Nicholas Vincent Fusaro
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Max Avroutski
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Peter Lukas Bradley
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Otto Bubenicek
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Mike Deming
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Tanard Corporation (Kevin Michael Mahan) ~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Peter Myers
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Osmany Barrinat
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Tim John McGough
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Thanh Lanh Tran
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Pawel Pilecki
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Trevor Michael Watson
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Timothy G. Wong
195 Tenby Terrace
Danville, CA 94506-1273

Sistemas Operativos Sanitarios C.A.
c/o Guido Ochoa
W Keith Fendrick, Esq. at Holland et al
100 North Tampa Street, Suite

Verne Paul Riley
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Tudor Ovidiu Vaida
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Thomas Wingquist
3385 Larkspur Dr
Longmont, CO 80503-7524

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536-9365

William Henry Smith
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

- 32 -

| | | |
|---|---|---|
| Trent Nathan Park<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Ave, Suite 4100<br>Seattle, WA 98104-3100 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | ~~San Francisco Court Appointed~~<br>~~Special~~<br>~~Advocates~~<br>~~2535 Mission Street~~<br>~~San Francisco, CA 94110~~<br>(Removed per recipient's request |
| David Mathue<br>18044 Saxony Lane<br>Orlando, FL 32820 | Anze Mazovec<br>Pod Rebrom 24<br>4264 Bohinjska Bistrica Slovenia | Martin Medeiros<br>11 Gilbert-Garneau Gatineau<br>Quebec J8T 4A7 Canada |
| Kelly Meese<br>[email address not indicated on Sched Amend. F] | Cees Meijburg<br>300 Topsham Road Exeter Devon<br>EX2 6HG United Kingdom | ~~Amos Mengel~~<br>~~58 Raphael Rd~~<br>~~Winnellie Northern Territory~~<br>~~0820 Australia~~ |
| ~~Merkabahnk~~<br>~~19 Watchung Ave Loor 2~~<br>~~West Orange, NJ 07052~~<br>(Returned mail 5/14/15) | ~~Warren Miller~~<br>~~57 Dongola Road, First Floor Flat~~<br>~~London N17 6EB~~<br>~~United Kingdom~~<br>(Returned 11/03/16) | Ahmed Minhaj<br>11410 Nagel St<br>Hamtramck, MI 48212 |
| Joaquin Mellado Miranda<br>[email address not indicated on Sched Amend. F] | Bo Molai<br>[email address not indicated on Sched Amend. F] | Jose Morales<br>[email address not indicated on Sched Amend. F] |
| Charles Mosner<br>28 Avenue des Chalets<br>1180 Bruzelles, Belgium | Florian Mueller<br>[email address not indicated on Sched Amend. F] | Victor Munoz<br>Condor 1107, Depto 1402<br>Santiago 8330419<br>Chile |
| Albert Navarry<br>Calle Entenza num. 239 piso 4 puerta 2 08029 Barcelona<br>Barcelona Spain | Alex Neth<br>[email address not indicated on Sched Amend. F] | Jimson Ngo<br>Suite 1213, 3620 Kaneff Crescent<br>Mississauga, Ontario<br>L5A 3X1 Canada |
| Julian Noble<br>[email address not indicated on Sched Amend. F] | Nicholas Jaffe<br>14 Gundawarra Street<br>Lilli Pilli New South Wales<br>2229 Australia | Zhou, Wie<br>[email address not indicated on Sched Amend. F] |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Zifon, Toshiya<br>[email address not indicated on<br>Sched Amend. F] | Zizka, Andreas<br>Fasangartengasse 1 1130<br>Vienna, Austria | Zizka, Jochen<br>Fasangartengasse 1 1130<br>Vienna, Austria |
| Zheng, Chris<br>[email address not indicated on<br>Sched Amend. F] | ~~Zepeda, Manuel~~<br>~~2310 Westgate Rd~~<br>~~Unit 14~~<br>~~Santa Maria, CA 93455~~<br>(Returned mail 5/4/15) | Yotov, Tsvetomir<br>[email address not indicated on<br>Sched Amend. F] |
| Yap, Jet<br>[email address not indicated on<br>Sched Amend. F] | Xu, Zhengxian<br>Guangzhou, 12A2F, 9 Street,<br>Butterfly Garden, QIFU XINCUN<br>Panyu District, China 511495<br>Guangdon | Wu, Gonbo<br>[email address not indicated on<br>Sched Amend. F] |
| Wrablewski, Ryszrd<br>Sportowa 17 55-003<br>Ratowice, Poland | Workbridge Associates<br>10 S LaSalle St #1330<br>Chicago, IL 60603 | ~~Wiesman, Jazz~~<br>~~2031 SE 38th Ave~~<br>~~Portland, OR 97214~~<br>Undeliverable |
| ~~Weinderg, Donald~~<br>~~4010 Oak Circle~~<br>~~Boca Raton, FL 33431~~<br>(Returned Mail 5/15/15) | Wang, Hamilton<br>No. 101, Songjiang Road, Floor 11<br>Taipei City Zhongshan District 104<br>Taiwan | ~~Wang, George~~<br>~~1707-2008 Madison Ave.~~<br>~~Burnaby, British Columbia~~<br>~~V5C 6T5 Canada~~<br>(Undeliverable) |
| Wagner, Marcel<br>Beutelsdorf 39a<br>07407 Uhlstaedt-Kirchhasel<br>Germany | Vykoukal, Ferdinand<br>Calle Alonso Heredia 6<br>Madrid, Spain 28028 | Vorac, Oldrich<br>10 Gort a Lin John Street Dingle<br>Kerry<br>Kerry, Republic of Ireland |
| Vermaat, L.J.<br>Kanaalweg 81 3041JE<br>Rotterdam, Netherlands | ~~Vela, Allan~~<br>~~19 Rocks Rd~~<br>~~Redlynch Queensland 4870~~<br>~~Australia~~<br>(prefers notice via email) | Vasquez, Raul<br>[email address not indicated on<br>Sched Amend. F] |
| ~~Van Vuuren, Henco Janse~~<br>~~71 Louis Both Ave Roodepoort~~<br>~~Gauten 1734 South Africa~~<br>(Returned 10/03/16) | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second<br>Floor<br>Delhi, Delhi 110024 India | Turygin, Ivan<br>[email address not indicated on<br>Sched Amend. F] |
| Tucker, Matt<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303 | Tooley, Marc<br>[email address not indicated on<br>Sched Amend. F] | Tipple, Peter<br>30 St Andrews Terrace Ashington<br>Northumberland NE63 DR United<br>Kingdom |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 34 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Tilkin, Servaas
Bloemenplein 9 2200 Herentals
Belgium

Thomas, Bryce
330 Clareview Station Drive NW
Unit 1420
Edmonton, Alberta
T5Y 0E6 Canada

Teo, Albert
Unit 17, 7730 6th Street
Burnaby, British Columbia
V3N 4S3 Canada

Teltarif.de
Falko Hansen-Hogrefe
Brauweg 40
37073 Gottingen, Germany

Ernst, Sven
Alte Weingartener Str. 1
76227 Karlsruhe Germany

Feler System Integration
Joerg Feler Buhrowstr 20a EORD
Nr DE832084235955060
12167 Berlin Germany

Endres, Alexander
An der Halde 18 87471
Durach Germany

~~Fetterly, Christopher~~
~~9603 78th Avenue NW~~
~~Edmonton, Alberta~~
~~T6C 0P2 Canada~~
Undeliverable

Franko, Janez
[email address not indicated on
Sched Amend. F]

~~Jensy Fernandez~~
~~12 Diamond St, Apt 19~~
~~Lawrence, MA 01843-2049~~
Undeliverable

Galburt, Gamain Jean
3 Rue de la Belle Meuniere
28190 Saint-George-sur-Eure,
France

Gallegos, Matt
[email address not indicated on
Sched Amend. F]

Froud, Dominic
The Workshop | Lodge Farm
The Heywood
Diss Norfolk, CA 00000-0000

Gladden, David
[email address not indicated on
Sched Amend. F]

Glocovs, Aleksandrs
119 Adelaide Grove
London W12 OJH United Kingdom

Gamborino, Joah
Carrer Esteve Dolsa N29
Andorra la Vella AD500
Andorra

Greinier, Michael
49 Pennsylvania Ct
Morton, IL 61550

Halley, Zach
Fieldstone Tramore Co.
Waterford, Ireland

Handler, Dan
[email address not indicated on
Sched Amend. F]

Harnett, Dane
18 Sallows Street
Alex Hills Queensland
4161 Australia

Harris, Peter
538 Birmingham Road
Bromsgrove, Worcester
England B61 0HT United Kingdom

Hazlehurst, Harry
22 Bewley Road Angmering
Littlehampton West Sussex
BN16 4JL United Kingdom

Henderson, Reginald
[email address not indicated on
Sched Amend. F]

Hennequin, Franck
42 Avenue De L'arche
Apartment 33
92400 Courbevoie France

Henriksen, Tore
Lystheia 18 4817
His Norway

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum
Ave.
Hong Kong

~~Huyang, Kevin~~
~~52 Albright Crescent~~
~~Richmond Hill, Ontario~~
~~L4E 4Z4 Canada~~
(Returned mail 5/15/15)

| | | |
|---|---|---|
| Huber, Beat<br>Badenerstrasse 881<br>8048 Altstetten Switzerland | Huckvale, Stephen<br>55 Thornbury Road<br>Walsall, West Midlands WS2 8JJ<br>United Kingdom | Hui, Lin Cheng<br>[email address not indicated on<br>Sched Amend. F] |
| Ino, Yasuo<br>1-1-1-808 Minami-kasai Edogawa-ku<br>Tokyo | Islamov, Timur<br>[email address not indicated on<br>Sched Amend. F] | Jacos, Peter<br>[email address not indicated on<br>Sched Amend. F] |
| ~~James Lowry, LLC~~<br>~~400 E College, Ste. A~~<br>~~Roswell, NM 88201~~<br>Undeliverable | Jang, Lewiss<br>[email address not indicated on<br>Sched Amend. F] | Janke, Larson<br>Unit 1 / 284 Barkers Road<br>Hawthorn Melbourne Victoria<br>3122 Australia |
| Jelle, Maes (BVBA)<br>Meerledorp 36/1<br>2328 Meerle<br>Belgium | ~~JK Internet Solutions Partner~~<br>~~Sebastianstr, 2 47055 Duisburg~~<br>~~Germany~~<br>(Returned Mail 6/10/15) | Johnson, Darwin<br>[email address not indicated on<br>Sched Amend. F] |
| Juez, Alejandro Besada<br>Adolfo Perez Esquivel 3. ofi 11<br>28323<br>Las Rozas de Madrid<br>Madrid, Spain | Klien, Oliver<br>Zeller Str 17 73271 Holzmaden<br>Germany | ~~Komissarov, Aleksandr~~<br>~~Fortunatovskaya St. 31/35~~<br>~~Apartment 67~~<br>~~Moscow 105187 Russia~~ |
| Kondrat'ev, Ivan<br>13 Parkovaya 16-2-8<br>MoscowMoscow 105077 Russia | Kovach, Kenneth<br>PO BOX 951<br>Golden, British Columbia<br>V0A1H0 Canada | Kozachenko, Igor<br>2124 Kittredge Street #108<br>Berkeley, CA 94704 |
| Kravchik, Oren<br>900 Steeprock Drive<br>Downsview, Ontario<br>M3J 2X2 Canada | Laron, Etamar<br>[email address not indicated on<br>Sched Amend. F] | Le, Dat<br>22 Golden Gate Bay Winnipeg<br>Manitoba R3J |
| ~~Lehming, Tim~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable | Lehrer, Mark<br>[email address not indicated on<br>Sched Amend. F] | Leong, Matthew<br>Suite 7 / Level 2<br>73 Little Ryrie St.<br>Geelong Victoria 3220 Australia |
| Listener Approved, LLC<br>[email address not indicated on<br>Sched Amend. F] | Luecke, Christian<br>FM Parker Brady Rembradtweg<br>378<br>1181HC Amstelveen Netherlands | ~~Malinen, Juri~~<br>~~Vaasankatu 14B D5 04410~~<br>~~Jyvaskyla, Finland~~<br>(Returned mail 5/4/15) |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

~~Michael Mathias~~
~~Waldhofer Str. 102~~
~~69123 Heidelberg Germany~~
(Returned 11/14/16)

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Montague, Paul
301 Anthony Rolfe Ave
Gungahlin
ACT 2912
Australia

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

~~Arberg, Lars~~
~~Skalbakken 17 2720~~
~~Vanlose, Denmark~~
(Returned Mail 6/15/15)

~~Armatys, Zbigniew~~
~~Interaktywny Powiat Tarnowski~~
~~Zbignlew A~~
(Returned mail 5/13/15)

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned mail 4/28/15)

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

~~Beckwith, Ted~~
~~Computer G~~
~~8218 Grimchester~~
~~Converse, TX 78109~~
Undeliverable

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

~~Benoit, Bergie~~
~~8 Rue Anatole France~~
~~92000 Nanterre France~~
Undeliverable

~~Biggin, Shawn~~
~~13370 140 Street NW~~
~~Edmonton, Alberta, Canada T5L~~
~~2E3~~
undeliverable

Castro, Damian
1 Clive House Union Grove SW8
2RA United Kingdom

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

Carroll, James
1505 Westheimer Road
Houston, TX 77006

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay
Hong Kong Island
Hong Kong

~~Carver, Dain~~
~~240 Maritime Ave~~
~~White Plains, NY 10601~~
(Returned 11/07/16)

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| | | |
|---|---|---|
| Crockford, Andrew<br>1 Elphistone Road Christchurch<br>Dorset<br>BH23 5LL United Kingdom | Chan, Jeremy<br>28A Jalan Medan Ipoh 9 Bander<br>Baru<br>Medan<br>Ipoh Ipoh 31400 Malaysia | Day, Jonathan<br>8 Mahara Apartments, Upper Kings<br>Cliff<br>St. Helier, Jersey JE23GP |
| Davies, Aneurin<br>Flat 4, 2 Thoroid Road<br>Southhampton Hampshire<br>SO18 1JB United Kingdom | Cordova, Luis<br>San Jose de los Olleros Mz F1 Lote<br>34<br>Urb. Las Lomas de la Molina Lima<br>Lima 12 Peru | Ramos, Dominic<br>Weizackerstrasse 17<br>8405 Winterhur, Switzerland |
| Pushkin, Sergey<br>Oleynikova 33 Krasnoyarsk<br>Russian Federation 660050<br>Russia | Reed, Mari<br>200 Yorkshire Way<br>Mountville, PA 17554 | Riedel, Wolfgang<br>Wilmersdorfer Str.3 D-14959<br>Trebbin Germany |
| Rebeyrat, Olivier<br>531 Chemin du Lac Millette<br>St-Sauveur, Quebec<br>JOR 1R5 Canada | Santos, Michel<br>7620 Old Georgetown Rd, Apt 723<br>Bethesda, MD 20814 | ~~Schildknecht, Timo~~<br>~~APDO 10034 Can Ramell~~<br>~~07819 Jesus, Ibiza Baleares~~<br>~~Spain~~<br>Undeliverable |
| Samios, Nicholas<br>3 /1 4 Ogilvie Road Unit<br>Mount Pleasant Western Australia | ~~Sattler, Detlef~~<br>~~Austr. 18 53604 Bad Honnef~~<br>~~Germany~~<br>Undeliverable | Starr, Daniel<br>d o NCIT 14 Industrial Drive Unite<br>2<br>Coffs Harbour, New South Wales<br>2450 Australia |
| Schicker, Florian<br>Fernkorngasse 10/3/501<br>1100 Vienna, Austria | ~~Sorenson, Marcus~~<br>~~4960 Shadow Wood Dr~~<br>~~Lehi, UT 84043~~<br>Undeliverable | Schwarz, Viktor<br>Tobelmuhlestrasse 5<br>7270 Davos Platz<br>Switzerland |
| Sim, Sylvia<br>l-P Mart Network Adn Bhd Lot<br>2975<br>Plot 6, Blk 10, 3rd Miles Jalan Tun<br>Ahmad Zaidi Adruce Kuching<br>Sarawak<br>93150 | Simpson, Craig<br>10a Murley Road Bournemouth<br>Dorset<br>BH9 1NS United Kingdom | Stoychev, Ivo<br>Simeonovo District 25,'197' street<br>Vitosha Park, Sofia Bulgaria 1434<br>Bulgaria |
| ~~Tanaka, Hideyuki~~<br>~~Koishikawa 1-2-5, Forecity~~<br>~~Korakuen 1002~~<br>~~Bungkyo Ku, Tokyo to 112-0002,~~<br>~~Japan~~<br>(Returned 10/15/16) | Suter, Heinz<br>Rickenbachstrasse 104 6430<br>Schwyz, Switzerland | ~~John Skrodenis~~<br>~~97 S. Second St., #175~~<br>~~San Jose, CA 95113~~<br>Undeliverable |

610172791.1

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Talmacel, Milhail<br>Calle Beleten<br>16 1B 35118 Cruce de Arinaga<br>Las Palmas Spain | Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Tim Wong<br>195 Tenby Terrace<br><br>Danville, CA 94506 |
| ~~Edward DeCastro~~<br>~~340 11th Street~~<br>~~San Francisco, CA 94103~~<br>Undeliverable | Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 |
| ~~Jose Santos~~<br>~~35 Wycliffe Road Bourmermouth~~<br>~~Dorset~~<br>~~BH9 1JS United Kingdom~~<br>Underliverable | Irwin Ahmad<br>44 Jalan Hillview Utama<br>Off Jalan Ulu Klang,<br>Malaysia<br>Ampang, KS 68000 | ~~HashFast LLC~~<br>~~100 Bush Street #650~~<br>~~San Francisco, CA 94104-3932~~<br>(Returned mail 11/17/2014) |
| ~~Nationstar Mortgage LLC~~<br>~~Pite Duncan, LLP~~<br>~~c/o Gregory P. Campbell~~<br>~~4375 Jutland Drive, Suite 200~~<br>~~P.O. Box 17933~~<br>~~San Diego, CA 92177-7921~~<br>(Returned Mail 5/27/15) | Sistemas Operativos Sanitarios C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | Alexey Minchenkov<br>Asafeva St 2-1-60, St Petersburg,<br>Russia<br>St Petersburg, AK 194-356 |
| American InfoSource LP as agent<br>for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Aaron Collins<br>21851 Schieffer rd<br>Colton, OR 97017-9400 | Cypher Enterprises, LLC<br>Attn: Robert Bogdanowicz III<br>Deans and Lyons LLP<br>325 N. Saint Paul St., #1500<br>Dallas, TX 75201-3891 |
| ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>(Duplicate from 14-30725) | Brian C Connelly<br>22601 Asheville Highway<br>Landrum, SC 29356-9633 | ~~Sandgate Technologies~~<br>~~595 Fellowship Road~~<br>~~Chester Springs, PA 19425-3618~~<br>(Duplicate from 14-30725) |
| LEI BAO<br>2315 S Wentworth Ave<br>Chicago, IL 60616-2013 | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610<br>Littleton, CO 80160-0610 | UBE Enterprises<br>7425 CREEK RD.<br>SANDY, UT 84093-6152 |
| Paul Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159-0276 | Nathan Wallace<br>3836 Tamarisk Court<br>South Jordan, UT 84095-4181 | Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801-3432 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

610172791.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Thomas Schortmann                Peter Morici                          Pete Morici
   3 Village Green N                1430 Patapsco St.                     800 Fifth Avenue, Suite 4100
2  STE 448                          Baltimore, MD 21230-4523              Seattle, wa 98104-3100
   Plymouth, MA 02360-8803                                                (Returned Mail 9/19/2014)
3

4  Venkat Balasubramani            TimeFire, Inc.                         Anthony Vo
   Focal PLLC                      Eric W. Benisek, Esq.                  c/o Bryan Reyhani
5  800 Fifth Avenue, Suite 4100    Vasquez Benisek & Lindgren             Reyhani Nemirovsky LLP
   Seattle, WA 98104-3100          3685 Mt Diablo Blvd #300               200 Park Avenue, 17th floor
6                                  Lafayette, CA 94549-6833               New York, NY 10166

7  Jessica M. Mickelsen           Zhongwei Ni                            Grant Pederson
   Katten Muchin Rosenman LLP      41-70 Main St B3-182                   12538 Botanical Ln
8  2029 Century Park E 26th Fl.    Flushing, NY 11355-3823               Frisco, TX 75035-0433
   Los Angeles, CA 90067-3012                                            (Duplicate from 14-30725)
9

10 Accountemps of Robert Half      Franchise Tax Board                    Monsoon Company, Inc.
   Attn: Karen Lima                Bankruptcy Section MS A340             1714 Franklin St. #100-142
11 P.O. Box 5024                   PO Box 2952                            Oakland, CA 94612-3488
   San Ramon, CA 94583-5024        Sacramento, CA 95812-2952             (Duplicate from 14-30725)
12                                 (Duplicate from 14-30725)

13 Jetmir Celaj                    Kevin Krieger                          Rajpreet Ahluwalia
   1740 Mulford Ave. 7G            4230 Northwest Point Dr.              20338 102nd Ave SE
14 Bronx, NY 10461-4321            House Springs, MO 63051-4302          Kent, WA 98031-5500
   (Duplicate from 14-30725)       (Duplicate from 14-30725)             (Duplicate from 14-30725)
15

16 Paul Erickson                   Perkins Coie LLP                       Davide Cavion
   10 N Livingston #405            Douglas R. Pahl                        c/o Nancy Weng Trinh Law
17 Madison, WI 53703-2347          1120 NW Couch St., 10th Fl.           99 N. 1st St., Suite 200
                                   Portland, OR 97209-4128                San Jose, CA 95113-1203
18

19 Hindley & Henderson            U.S. Bankruptcy Court                  Luecke, Christian
   Law Office of R. Hindley       450 Golden Gate Avenue, 18th Fl.       FM Parker Brady Rembradtweg 378
20 718 Orchard Street             (94102)                                1181 HC Amstelveen Netherlands
   Santa Rosa, CA 95404-3739      Mail Box 36099                         (Returned 10/19/16)
21                                San Francisco, CA 91402-3428

22 Sylvia Sim                     Stephen Huckvale                       Ryszard Wroblewski
   Pmart Network Sdn Bhd Lot 2975, 55 Thorbury Rd                        PO Box 7912
23 Plot 6                         Walsall West Midlands                  Wilmington, DE 19803-0912
   (Returned 10/26/16)           (Returned 10/31/16)                    (Returned 10/31/16)
24

25 Craig Barbarosh               Glenn Hendrick, Bitminer               Peter Tipple
   Katten Muchin Rosenman LLP    Bitminer 128 223 Pameto Rd             30 St. Andrews Terrace Ashington
26 650 Town Center Dr., #700     Nokomis, Fl 34275-3917                 Northumb
   Costa Mesa, CA 92626-7122     (Returned 11/07/16)                    (Returned 12/1/16)
27 (Returned 11/05/16)

28