1  Ashley M. McDow (245114)
2  Michael T. Delaney (261714)
   **BAKER & HOSTETLER LLP**
3  11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
4  Facsimile: 310.820.8859
   Email: amcdow@bakerlaw.com
5           mdelaney@bakerlaw.com

6  - and -

7  Mark E. Felger (*pro hac vice*)
   **COZEN O'CONNOR**
8  1201 North Market Street, Suite 1001
   Wilmington, DE 19899
9  Telephone: 302-295-2000
   Facsimile: 302-295-2013
10 Email: mfelger@cozen.com

11 Attorneys for MICHAEL G. KASOLAS,
   Trustee of the Hashfast Creditor Trust
12

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

13         **UNITED STATES BANKRUPTCY COURT**

14         **NORTHERN DISTRICT OF CALIFORNIA**

15            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company, | [No Hearing Required – B.L.R. 9014-1(b)(3)] |
| Debtor. | |

25 **NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY
   WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS**

26

27

28

**TO THE HONORABLE DENNIS MONTALI, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michael G. Kasolas (the "Liquidating Trustee"), the trustee for the Liquidating Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC and Hashfast, LLC, Dated June 4, 2015* [Docket Entry 379], contemporaneously herewith has moved for entry of an order approving a settlement agreement (the "Settlement Agreement") by and between the Trust, certain former directors and/or officers of Hashfast Technologies LLC and/or Hashfast LLC (the "Former Directors and Officers"), including, without limitation, Eduardo DeCastro, Simon Barber and Roy Petruschka, and Scottsdale Insurance Company ("D&O Carrier"), the issuer of the business and management indemnity policy (the "D&O Policy") held by Hashfast Technologies LLC and/or Hashfast LLC, which settles certain potential claims and causes of action (the "D&O Claims") against the Former Directors and Officers. A true and correct copy of the Settlement Agreement is attached to the contemporaneously filed motion to approve the same (the "Motion") as Exhibit A.

The complete terms and conditions of the Liquidating Trustee's settlement with the Former Directors and Officers are more fully set forth in the Settlement Agreement, which should be read in its entirety. Key provisions of the Settlement Agreement include, *inter alia*, the following:[1]

    a.    **Consideration and the Timing Requirements Thereof.**

        (i)    The Insureds shall cause to be paid $650,000 (six hundred and fifty thousand dollars) by check to the Liquidating Trustee or his authorized representative (the "Settlement Payment").

        (ii)    It is a condition precedent to the duty to make the Settlement Payment that the Settlement Agreement become effective and binding upon the Parties as provided in the above section describing the requirement of the Approval Order becoming final, and if that condition is met, the Settlement Payment will be made within ten (10) business days after all of the following events have occurred:

            (a)    D&O Carrier's receipt of a copy of its confidential related separate agreement with the Insureds signed by each of the Insureds (which confidential related separate agreement the Insureds represent is currently in a form acceptable to the D&O Carrier and the Insureds and will be delivered to the D&O Carrier within five (5) days after the Approval Order becomes final);

            (b)    D&O Carrier's receipt of a fully executed copy of the Settlement Agreement (which the Insureds represent they will provide to the D&O Carrier promptly after receiving a fully executed copy of the Settlement Agreement);

            (c)    D&O Carrier's receipt of a copy of the Approval Order (which the Insureds represent they will promptly provide to

---

[1] To the extent the settlement terms referenced in the Motion are inconsistent with the provisions of the Settlement Agreement, the provisions of the Settlement Agreement shall control. Further, capitalized terms not defined in this Motion shall have the meaning ascribed to such terms in the Settlement Agreement.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

610145840.3

the D&O Carrier after receiving it from the Liquidating Trustee);

(d) The expiration of fifteen (15) calendar days after the date of entry of the Approval Order without any appeal having been filed therefrom, affirmation of the Approval Order on appeal, or dismissal of all appeals from the Approval Order, whichever occurs first; and

(e) D&O Carrier's receipt of a completed W-9 form for the payee of the Settlement Payment and all necessary payment instructions (which the Insureds represent that they will provide to the D&O Carrier promptly after the Liquidating Trustee provides it to them), which document and payment instructions will need to be provided to the D&O Carrier within five (5) business days prior to the deadline to send the Settlement Payment.

b. **Releases**

(i) **The Liquidating Trustee's Release of the Insured Parties.** Except for the rights and obligations created or preserved by the Settlement Agreement, and contingent upon full and timely performance by the Insureds of their obligations hereunder, as well as the entry of the Approval Order described herein, Liquidating Trustee, on behalf of the Trust and the Estate, fully and forever generally releases, acquits and discharges the Insureds, Monica Hushen, Tim Wong, all other "Directors and Officers" as defined under the D&O Policy, Roy Petruschka,[2] and their respective past, present, and future agents, representatives, attorneys, successors, heirs, executors, administrators, principals, assigns and insurers, including but not limited to D&O Carrier (collectively, the "Insured Parties") from any and all claims, demands, rights, rights to fees of all kinds, causes of action, damages, losses, attorneys' fees and expenses, and costs of every kind and nature whatsoever, known or unknown, fixed or contingent, which the Estate and Trust ever had or now have against the Insured Parties, without limitation, but expressly including (i) the D&O Claims, (ii) D&O claims the Liquidating Trustee alluded to at the mediation against Monica Hushen and Tim Wong and (iii) preference claims against the Insureds, Monica Hushen, Tim Wong and all other individuals who are covered under the D&O Policy, and Roy Petruschka. The Liquidating Trustee expressly agrees that each and every person and entity identified above within the scope of the definition of "Insured Parties," who is not a signatory to the Settlement Agreement, is nonetheless, a third party beneficiary of this Release.

(ii) **The Insureds' Release of the Trustee.** Except for the rights and obligations created or preserved by the Settlement Agreement, and

---

[2] The D&O Claims identify Roy Petruschka as a former director of the Debtors, with the corresponding fiduciary duties alleged in the D&O Claims. The Parties are informed and believe that Mr. Petruschka denies ever serving as an officer or director of the Debtors, and for purposes of the Settlement Agreement, the Parties do not dispute his denial. Therefore, the Parties specifically agree that the Liquidating Trustee's release of the Insureds is special, as pertaining to Mr. Petruschka, in two important respects: (1) it is granted to him even though he denies ever serving as an officer, director or executive of the Debtors, and (2) it is voidable by the Liquidating Trustee in the event Mr. Petruschka asserts a claim against the Estate or the Trust.

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725   Doc# 516   Filed: 01/06/17   Entered: 01/06/17 16:28:42   Page 3 of 46

contingent upon the entry of an Approval Order as described herein, the Insureds fully and forever generally release, acquit and discharge the Liquidating Trustee, the Debtors and the Estate, together with any and all of the Liquidating Trustee's and/or the Estate's past and present affiliates, parents, subsidiaries, predecessors, successors, employees, agents, partners, officers, directors, shareholders, members, insurers, attorneys, assigns, servants, heirs, executors, administrators and representatives (the "Estate Released Parties"), from any and all claims, demands, rights, rights to fees of all kinds, causes of action, damages, losses, attorneys' fees and expenses, and costs of every kind and nature whatsoever, known or unknown, fixed or contingent, which the Insureds ever had or now have against the Estate Released Parties, including, without limitation, any rights or interest in any distribution that may be made by the Trust in connection with the Debtors' bankruptcy cases.

(iii)   **Waiver of California Civil Code § 1542.**   The Parties acknowledge that they have read, considered and understand the provisions and significance of Section 1542 of the California Civil Code which presently provides as follows:

**"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."**

The Parties expressly waive any and all rights they have or may have under Civil Code § 1542, as now worded or hereafter amended, with respect to the releases set forth in Section 4 of the Settlement Agreement.   In connection with this waiver, the Parties acknowledge that they are aware that they may hereafter discover claims presently unknown or unsuspected or facts in addition to or different from those which they now know or believe to be true with respect to the claims, matters and causes of action released by the Settlement Agreement.  Nevertheless, the Parties intend by the Settlement Agreement to release fully, finally and forever all matters released in the Settlement Agreement.  In furtherance of such intention, the releases as set forth in the Settlement Agreement shall be and remain in effect as full and complete releases of such matters notwithstanding the discovery or existence of any additional or different claims or facts relevant thereto.   It is expressly understood and agreed that this waiver of Civil Code § 1542 and the releases are material terms of the Settlement Agreement, and were negotiated between and among the Parties.

c.   **Tolling of Statutes of Limitations and Time Based Defenses.**   The Parties stipulate and agree that all statutes of limitations, statutes of repose, all other time limitations or constraints, and defenses based upon the passage of time that have not expired before the date of the Settlement Agreement (pursuant to applicable law and/or prior tolling agreements executed by the Parties) including, without limitation, laches, waiver, estoppel, and the two year extension of all applicable statutes of limitations under 11 U.S.C. §§ 108(a) and 546(a), applicable to any and all claims against or relating to the Insureds, including, but not limited to the D&O Claims, are and shall be tolled from the date of the Settlement Agreement through and including the sixtieth (60th) day after the Approval Order

- 4 -

becomes final (the "<u>Tolling Period</u>"), unless the Tolling Period is further extended in writing by the Parties to be affected. Notwithstanding anything herein to the contrary, this provision shall survive and remain in effect and binding on the Parties, even in the event that the Settlement Agreement is not approved by the Bankruptcy Court.

The Settlement Agreement is the product of arm's length, good faith negotiations between and among the Liquidating Trustee, the Former Directors and Officers and the D&O Carrier in the course of mediation before former California Superior Court (now with ADR Services, Inc.) Judge Enrique Romero.

The Liquidating Trustee believes the Settlement Agreement represents the best resolution of the D&O Claims as it avoids complex, expensive and uncertain litigation that may substantially limit the potential recovery under the D&O Policy due to the wasting provisions. This belief is further supported by the fact that resolving the D&O Claims pursuant to the Settlement Agreement provides a guaranteed recovery for the Estate without the need to incur potentially substantial costs, risk and delay of prosecuting the D&O Claims.

The Motion is based upon this notice, the Motion, the memorandum of points and authorities as well as any and all evidence submitted in support thereof, the arguments of counsel presented at any hearing on the Motion, the docket in the above-captioned bankruptcy cases, and any and all other matters duly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is brought pursuant to Bankruptcy Local Rule ("B.L.R.") 9014-1(b)(3). B.L.R. 9014-1(b)(3) provides in pertinent part:

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, (either):

The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

The tentative hearing date, location and time are (insert date location and time).

B.L.R. 9014-1(b)(3)(A).

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Motion and all documents filed in support thereof may be obtained by submitting a written request for the same to counsel for the Liquidating Trustee via email addressed to mdelaney@bakerlaw.com and sgaeta@bakerlaw.com. Upon receipt of such request a copy of the Motion and all documents filed in support thereof shall be provided via email at the address from which the request for the same was transmitted.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | Dated: January 6, 2017

Respectfully submitted,

2

**BAKER & HOSTETLER LLP**

3

4 | By: <u>/s/ Michael T. Delaney</u>
Ashley M. McDow

5 | Michael T. Delaney

6 | Attorneys for for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

7

8

9

10

11

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

Case: 14-30725   Doc# 516   Filed: 01/06/17   Entered: 01/06/17 16:28:42   Page 6 of 46
610145840.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 6, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 6, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Presiding Judge</u>
Judge Dennis Montali
Mail Box 36099
San Francisco, CA 94102

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On January 6, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Email:</u>

| Recipient Name | Email |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |
| Eduardo DeCastro | eduardo.decastro@gmail.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY
610145840.3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Venkat Balasubramani**     venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**     tom@tburnslaw.com
- **Greg P. Campbell**     ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**     pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**     mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**     mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**     cdjang@rutan.com
- **Fahim Farivar**     ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- **W. Keith Fendrick**     keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**     bgaschen@wgllp.com
- **Elizabeth A. Green**     egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**     rob@bindermalter.com
- **Geoffrey A. Heaton**     gheaton@duanemorris.com
- **Reginald R. Hindley**     hindleylaw@gmail.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Michael G. Kasolas**     trustee@kasolas.net, CA30@ecfcbis.com
- **Ori Katz**     okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Barbara A. Matthews**     barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Ashley McDow**     amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- **Jessica M. Mickelsen**     jessica.mickelsen@kattenlaw.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- **Aron M. Oliner**     roliner@duanemorris.com
- **Tyler Olson**     tolson@rehonroberts.com
- **Douglas R. Pahl**     dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**     dpoitras@jmbm.com
- **Gregory A. Rougeau**     grougeau@brlawsf.com
- **Dominique Sopko**     dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **Craig Stuppi**     craig@stuppilaw.com
- **Sarah M. Stuppi**     sarah@stuppilaw.com
- **Christopher D. Sullivan**     csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Donna S. Tamanaha**     Donna.S.Tamanaha@usdoj.gov
- **Nancy Weng**     nweng@trinhlawfirm.com, monique@trinhlawfirm.com

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**2. SERVED BY UNITED STATES MAIL:**
  **PARTIES REQUESTING SPECIAL NOTICE**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>100 Spectrum Center Dr, Ste 1050<br>Irvine CA 92618-4977 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377-5662 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |
| Duane Morris,LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210-Wien, Austria | ~~Ray E. Gallo~~<br>~~Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~<br>(prefers email - rgallo@gallo-law.com) |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-2860~~<br>(Returned 11/28/16) | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | 100 Bush Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA 94104 |
| San Francisco Court Appointed Special Advocates<br>2535 Mission Street<br>San Francisco, CA 94110 | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Dylan Hall<br>79 Madison Ave, 2nd fl<br>New York, NY 10016 | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**STATE AND FEDERAL AGENCIES**

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development
Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

**MEMBERS OF THE UNSECURED CREDITORS COMMITTEE**

~~Hamilton Hee~~
~~761 Irwindale Ave.~~
~~Las Vegas, NV 89123~~
Undeliverable

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

~~Uniquify Inc.~~
~~Attn: Robert Smith~~
~~2030 Fortune Drive #200~~
~~San Jose, CA 95131~~
(Returned 09/28/16)

~~Antony Vo~~
~~c/o Steven T. Gubner~~
~~Ezra Brutzkus Gubner LLP~~
~~21650 Oxnard Street, Suite 500~~
~~Woodland Hills, CA 91367-4911~~
(Returned 11/16/16)

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
Undeliverable

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

**LIST OF 20 LARGEST UNSECURED CREDITORS**

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5
Canada

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Davide Cavion
c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

~~Elton Seah~~
~~761 Irwindale Avenue~~
~~Las Vegas, NV 89123-2319~~
Undeliverable

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

Guido Ochoa
Calle 35
Merida, Venezuela 5101

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton L<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br><br>(New address 4/16/15) | ~~Uniquify, Inc.~~<br>~~2030 Fortune Drive #200~~<br>~~Attn: Robert Smith~~<br>~~San Jose, CA 95131-1835~~ |
| ~~WY Gost~~<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen~~<br>~~China~~<br>(Returned mail 11/17/2014) | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017-5800 |
| Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166 | | |

**LIST OF EQUITY SECURITY HOLDERS**

| | | |
|---|---|---|
| ~~Amy Abascal~~ | ~~Asia Alternative Asset Management~~ | ~~Carason~~ |
| Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610<br>Littleton, CO 80160 | ~~Eduardo DeCastro~~<br>~~c/o Craig Stuppi~~<br>~~Law Offices of Stuppi & Stuppi~~<br>~~1655 N. Main Street, Suite 106, #360~~<br>~~Walnut Creek, CA 94596-4679~~ |
| ~~Edward DeCastro~~<br>~~340 11th Street~~<br>~~San Francisco, CA 94103~~<br><br>Undeliverable | ~~Hannes Eisele~~ | ~~James de Castro~~ |
| Joe Russell<br>4079B 18th Street<br>San Francisco, CA 94114-2535 | ~~John Skrodenis~~<br>~~97 S. Second St., #175~~<br>~~San Jose, CA 95113~~<br>(listed in SEC)<br>(Returned mail 5/4/15) | ~~Mardi Jackson F8 Mobile Inc.~~<br>~~50 Sunset Way~~<br>~~Sausalito, CA 94965-9741~~<br>(Returned mail 3/18/15) |
| Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 | ~~Mike Damn~~ | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 |
| ~~Naval Ravikant~~ | ~~Phil Sado~~ | ~~Port Family Trust~~ |
| ~~Xavier~~ | Roy Petrushka | Roy Petrushka |

Case: 14-30725    Doc# 516    Filed: 01/06/17    Entered: 01/06/17 16:28:42    Page 11 of 46

| | | |
|---|---|---|
| | 17 Tamar Street<br>Kiriat Tivo'n, Israel | Hadekel Street 1,<br>Kiriat Tivo'n, Israel |
| Roy Petruschka<br>c/o David Bayles<br>Arent Fox LLP<br>555 W. Fifth St., 48th Fl.<br>Los Angeles, CA 90013 | Sean Taffler<br>40 Quartz Way<br>San Francisco, CA 94131-1636 | Simon Barber<br>9 Ignacio Ave.<br>San Francisco, CA 94124-3725 |
| RS Ventures Ltd. | Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401<br>(Returned Mail 6/5/15) | Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 |
| Simon Barber<br>97 S. Second St., #175<br>San Jose, CA 95113<br>(listed in SEC) | Tim Wong<br>100 Bush Street, Suite 650<br>San Francisco, Ca 94103<br>Undeliverable | Lieven Vanden Bulcke<br>Zandbeekstraat 32<br>8554 Sint-Denijs, Belgium<br>Undeliverable |
| Spring Surprise Limited | Wells Family Trust | |

## CASE MAILING LIST

| | | |
|---|---|---|
| Diamond McCarthy<br>150 California Street, Suite 2200<br>San Francisco, CA 94111-4547 | DigiMex Ltd<br>Rutan & Tucker, LLP<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626-1931 | Hashfast Technologies LLC<br>29209 Canwood Street, Suite 210<br>Agoura Hills, CA 91301<br>Attention: HashFast CRO<br>Undeliverable |
| Koi Systems<br>Units 1403-5, 14/F<br>173 Des Voeux Rd. Central<br>Hong Kong, CN 00000<br>Undeliverable | Liquidbits Corp.<br>20201 E. County Club Dr. #1502<br>Aventura, FL 33180-3282<br>Undeliverable | Looksmart Ltd.<br>Trinh Law Firm<br>99 N. 1st St., Suite 200<br>San Jose, Ca 95113-1203<br>Undeliverable |
| Sistemas Operativos Sanitarios C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | Timefire, Inc<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd, Suite 300<br>Lafayette, CA 94549-6833 | UBE Enterprises<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 |
| Uniquify, Inc.<br>Binder & Malter, LLP<br>2775 Park Ave.<br>Santa Clara Ca 95050-6004<br>(Returned 09/28/16) | Aaron Collins<br>21851 Schieffer Rd<br>Colton, OR 97017-9400 | 100 Bush Corporation<br>100 Bush St., Suite 218<br>San Francisco, CA 94104-3905 |
| AQS<br>401 Kato Terrace<br>Fremont, CA 94539-8333 | Adam Hennessy<br>Hennessy Hemp 917 Parkview Blvd<br>Lombard, IL 60148-3267 | Aaron Grimes<br>PSC 822<br>Box 1221<br>FPO, AE 09621-0013 |

- 12 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Adam Haverstock<br>14236 Maya Circle<br>Moorpark, CA 93021-3506 | Adrian Clarkson<br>Software Engineering Services Ltd.<br>30 Thistle Green, Swavesey<br>Cambridge, Cambridgeshire CB24 4RJ, UK | Adam Lenet, Lenit IT Solutions<br>88 Farnham Drive Beaconsfield<br>Quebec H9W |
| Adamo Di Stefano<br>9879 Saint-Firmin Montreal<br>Quebec H2B 2G | Ahmed Muhsin<br>11410 Nagel St<br>Hamtramck, MI 48212-2909 | Adrian Coroama<br>426 Sandra Timis 307065 Romania |
| Adrian Pop<br>62 Goodview Rd Unit 85<br>Toronto, Ontario Canada M2J2K6 | Ales Prikryl<br>6838 E 5th Street<br>Scottsdale, AZ 85251-5526 | ~~Alan Richardson~~<br>~~11975 Greywing Court Reston VA 20191~~<br>~~Silver Springs, MD 20906~~<br>Undeliverable |
| Alan Vit<br>680 Caron Ave<br>Apt 2-right side entrance Windsor ontario, N9A 5B6, Canada | Alexander Stroh<br>Waagenstr.39 40229 Dusseldorf Germany | Alex Filippov<br>12 Sherborne Cir<br>Ashland, MA 01721-2313 |
| Alexander Roganov<br>1881 Willoughby Ave<br>Ridgewood, NY 11385-1152 | Alfred Kraus<br>9934 Pasatiempo Place<br>Moreno Valley, CA 92557-3520 | Alexander Young<br>5015 N Avenida De La Colina<br>Tanque Verde, AZ 85749-8751 |
| Alexey Minchenkov<br>Asafeva St 2-1-60 St Petersburg<br>Russia 1 | Allan N. Hessenflow<br>23097 Summit Road<br>Los Gatos, CA 95033-9318 | Allan Askar, Allancolabs LLC<br>20061 Blackwolf Run Pl<br>Ashburn, VA 20147-3181 |
| Allan Martin<br>5009 Northlawn Circle<br>Murrysville, PA 15668-9423 | ~~Amanda Dick~~<br>~~1601 W Main #90-105~~<br>~~Willimantic, CT 06226-1100~~<br>Undeliverable | Allen McGhan<br>Keylink IT<br>535 Shute Ln<br>Hendersonville, TN 37075-5848 |
| Alwin de Romijn<br>Jacob Catsstraat 25 2613HA Delft<br>Netherlands | American Arbitration Association<br>One Sansome Street, 16th Floor<br>San Francisco, CA 94104-4449 | Amanda Van Nuys Consulting<br>845 Montgomery Street<br>Unit 1<br>San Francisco, CA 94133-5139 |
| American Arbitration Association<br>120 Broadway, 21st Fl<br>New York, NY 10271-0016 | Andrew Bester<br>92 William Street<br>Westbury, Tasmania, 7303<br>Australia | ~~Amro Abdelgawad~~<br>~~57 Ira Road~~<br>~~#187~~<br>~~Syosset, NY 11791-3504~~<br>(Returned 11/26/16) |

- 13 -

BAKER & HOSTETLER LLP<br>
ATTORNEYS AT LAW<br>
LOS ANGELES

| | | | |
|---|---|---|---|
| 1 | Amy Woodward<br>57 Oakwood Street | ~~Anthony Carrillo~~<br>~~1130 NE 104th Ave~~ | ~~Andrew Fader~~<br>~~2 Fox Run Road~~ |
| 2 | San Francisco, CA 94110-1529 | ~~Portland, OR 97220-3914~~<br>(Returned 10/03/16) | ~~Briarcliff Manor, NY 10510-1736~~<br>Undeliverable |
| 3 | | | |
| 4 | Andrey Fishchenko<br>100 Naamans Road 4B | Anthony Woodward<br>2697 Derby Drive | Anthony Lauck<br>PO Box 59 |
| 5 | Ste 131986 | San Ramon, CA 94583-4312 | Warren, VT 05674-0059 |
| 6 | Claymont, DE 19703-2737 | | |
| 7 | Anthony Sajan<br>4786 Oakhurst Ridge | ~~Antonios Alexiou~~<br>~~1253 Buck Jones Rd~~ | Antoine Alary<br>1516 Lima Ct |
| 8 | Clarkston, MI 48348-5049 | ~~Raleigh, NC 27606-3326~~<br>(Duplicate address) | San Jose, CA 95126-4255 |
| 9 | | | |
| 10 | ~~Antonio Dewey~~<br>~~1211 San Dario Ave~~ | ~~Aristeidis Dionisatos~~<br>~~46 North Park Gardens Belleville~~ | ~~Antony Vo~~<br>~~319 S. Mitchell St.~~ |
| 11 | ~~Suite 369~~<br>~~Laredo, TX 78040-4505~~ | ~~Ontario~~<br>Undeliverable | ~~Bloomington, IN 47401-3742~~<br>Undeliverable |
| 12 | Undeliverable | | |
| 13 | Antony Vo<br>c/o Steven T. Gubner | Avram Cheaney<br>1305 Laguna Street | Armada Works Inc.<br>2223 Bath Ave |
| 14 | Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500 | Apt. 4<br>San Francisco, CA 94115-4249 | Brooklyn, NY 11214-5603 |
| 15 | Woodland Hills, CA 91367-4911 | | |
| 16 | Aupacom Enterprises<br>9620 Sepulveda Blvd Unit 33 | Benjamin Hopson II<br>2640 Alexandria Pl | Bas Bosschert<br>Kruisgang 12 |
| 17 | North Hills, CA 91343-3370 | Janesville, Wi 53548-3314 | 1613 DC Grootebroek<br>Netherlands |
| 18 | | | |
| 19 | ~~David M. Balabanian~~<br>~~Morgan, Lewis and Bockius LLP~~ | ~~Morgan, Lewis & Bockius LLP~~<br>~~Three Embarcadero Center~~ | ~~Benjamin Lindner~~<br>~~9035 Grayland Drive~~ |
| 20 | ~~Three Embarcadero Center~~<br>~~San Francisco, CA 94111-4067~~ | ~~San Francisco, CA 94111-4079~~<br>Undeliverable | ~~Apartment E~~<br>~~Knoxville, TN 37923-4014~~ |
| 21 | Undeliverable | | Undeliverable |
| 22 | ~~Benjamin C. Beckwith~~<br>~~8218 Grimchester~~ | Brenton Senegal<br>5355 S Rainbow Blvd #138 | ~~Brandon Bressler~~<br>~~3638 San Onofre Ave~~ |
| 23 | ~~Converse, TX 78109-3234~~<br>Undeliverable | Las Vegas, NV 89118-1844 | ~~San Onofre, CA 95348-8405~~<br>Undeliverable |
| 24 | | | |
| 25 | ~~Bernie Rihn, Prudentia Permanens~~<br>~~LLC~~ | Brian Barbee<br>701 Blossom St. | Brenton Senegal<br>5355 South Rainbow Blvd |
| 26 | ~~3628 Linden Ave~~<br>~~N #214~~ | Bakersfield, CA 93306-5801 | Unit #138<br>Las Vegas, NV 89118-1844 |
| 27 | ~~Seattle, WA 98103-8793~~<br>Undeliverable | | |
| 28 | | | |

- 14 -

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

| | | |
|---|---|---|
| ~~Breck Pedersen~~<br>~~3712 Denehoe CV~~<br>~~Austin, TX 78725-4708~~<br>Undeliverable | Brian Samas<br>123 Bridge Street<br>Groton, CT 06340-3603 | Brian Connelly<br>22601 Asheville Hwy<br>Landrum, SC 29356-9633 |
| ~~Bret Motyl~~<br>~~148 Townsend St~~<br>~~Suite 21~~<br>~~San Francisco, CA 94107-1919~~<br>Undeliverable | Bruce Sanders Bruce Sanders<br>Design & Ill<br>12 Bridge St.<br>Westford, MA 01886-2102 | Brion Lau, Financial Fitness Pro<br>21600 Rainbow Drive<br>Cupertino, CA 95014-4815 |
| ~~Brian McKittrick~~<br>~~813 Whitney St~~<br>~~Cedar Hill, TX 75104-2257~~<br>(Returned 11/14/16) | ~~Bruno Reith~~<br>~~Repkering 36 58791 Werdohl~~<br>~~Germany~~<br>Undeliverable | Bruce Terry<br>21073 Niagara River Drive<br>Sonora, CA 95370-9102 |
| Bruce Boytler<br>1014 37 St SE<br>APT. 2<br>Auburn, WA 98002-8749 | ~~Bryce Weiner~~<br>~~621 W Monetcito St #4~~<br>~~Santa Barbara, CA 93101-4522~~<br>Undeliverable | Bryan Carter<br>330 Carriage Dr. E<br>Santa Ana, CA 92707-4156 |
| Bruno Lemonnier<br>16 Rue Victor Hugo 17300<br>Rochefort France | Central Computers<br>837 Howard Street<br>San Francisco, CA 94103-3009 | CT Corp.<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| ~~Bryan Pope~~<br>~~6196 Westminster Dr~~<br>~~Parma, OH 44129-4954~~<br>Undeliverable | ~~Chaz Curtiss~~<br>~~6551 Jordan River Dr~~<br>~~Las Vegas, NV 89156-3750~~<br>Undeliverable | Chad Eller<br>1910 Lomita Dr<br>San Leandro, CA 94578-1218 |
| Carl Schultz<br>1827 Harold Street<br>Houston, TX 77098-1603 | ~~Christian Calvo~~<br>~~3 Peartree Ln~~<br>~~Rolling Hills Estates, CA 90274-4824~~<br>Undeliverable | Chris Ergen C/O Summit Capital<br>LLC<br>5701 S. Santa Fe Drive<br>Littleton, CO 80120-1813 |
| ~~Charles Hilt~~<br>~~2800 Ruleme St~~<br>~~Apt 24~~<br>~~Eustis, FL 32726-8327~~<br>(Returned 10/28/16) | ~~Christopher Fetterly~~<br>~~9603 86th Avenue, NW~~<br>~~Edmonton, Alberta, Canada~~<br>~~T6E2L6~~<br>Undeliverable | Christian Golbs<br>Muehlburgweg 47 99094 Erfurt<br>Germany |
| Chris Thompson<br>3617 Wind Rose Pl<br>Castle Rock, CO 80108-8488 | ~~Chunliu Shen~~<br>~~56 Ffordd Dryden~~<br>~~Swansea, UK~~<br>~~Swansea, CA 93545~~<br>Undeliverable | Christopher Goes<br>PO Box 100<br>Cottage Grove, OR 97424-0004 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

- 15 -

| | | |
|---|---|---|
| Christina Jepson<br>7 Cross St Dundas Ontario L9H<br>2R3 Canada | Cogent Communications<br>P.O. Box 791087<br>Baltimore, MD 21279-1087 | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5<br>Canada |
| Christopher Raday<br>4215 W 142 St<br>Crestwood, IL 60445-2307 | ~~Cort Wenzel~~<br>~~858 Boardwalk Place~~<br>~~Redwood City, CA 94065-1806~~<br>(Returned 11/01/16) | Corey Vokey<br>2249 Burrows Ave Winnipeg<br>Manitoba R2R 1 |
| CoPower<br>1600 W. Hillsdale Blvd.<br>San Mateo, CA 94402-3768 | Craig LaShot<br>88304 Charley Lane<br>Springfield, OR 97478-9634 | Cory Wise<br>2315 West alberson Dr.<br>Albany, GA 31721-2043 |
| ~~Corey Wysong~~<br>~~4499 E Fox Run Drive~~<br>~~Syracuse, IN 46567-9167~~<br>Undeliverable | ~~Dain Carver~~<br>~~240 Martine Ave~~<br>~~White Plains, NY 10601-3456~~<br>Undeliverable | Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III,<br>Deans& Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 |
| Craig Burke<br>2787 Fairview<br>Canyon Monitor, WA 98836 | ~~Dan Charbonneau,CBT Nuggets~~<br>~~44 Club Rd~~<br>~~Suite 150~~<br>~~Eugene, OR 97401-2461~~<br>Undeliverable | Damon Jiang<br>1210 Alemany Blvd.<br>San Francisco, CA 94112-1404 |
| ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>Undeliverable | Daniel Casacci<br>31 Clearwater Dr<br>Amherst, NY 14228-1492 | Dan Fuchs<br>member of K2RED LLC<br>526 Shoup Ave W Ste K<br>Twin Falls, ID 83301-5050 |
| Dan Casacci<br>31 Clearwater Dr<br>Amherst, NY 14228-1492 | ~~Daniel Nimtsch~~<br>~~Meinigstr 46a 38667 Bad Harzburg~~<br>~~Germany~~<br>(Returned mail 3/16/15)<br>Undeliverable | Daniel Herbon<br>683 barrington dr e.<br>shakopee, MN 55379-8976 |
| Daniel Burgin<br>St-Roch 30 1004 Lausanne<br>Switzerland | Daniel Raedel<br>Juethornstrasse 39 22043 Hamburg<br>Germany | Daniel Petreley<br>19378 East Brunswick Drive<br>Aurora, CO 80013-9420 |
| Daniel Hilderal<br>40 Hardinge road LONDON<br>England NW10 3PJ | ~~Darwin Johnson, Schwaahed~~<br>~~73 Eastern Parkway 4B~~<br>~~Brooklyn, NY 11238-5920~~<br>(Returned Mail 6/16/15) | ~~Daniel Williams~~<br>~~10211 Portland Road~~<br>~~Silver Spring, MD 20901-2023~~<br>(Returned Mail 10/6/14) |

- 16 -

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Daniel Pojar<br>1253 Grace Drive<br>Sycamore, IL 60178-9515 | ~~David Boothby~~<br>~~1800 Holleman Drive, Apt 1404~~<br>~~College Station, TX 77840-7215~~<br>(Returned Mail 9/24/2014) | ~~Dat Le~~<br>~~22 Golden Gate Bay Winnipeg~~<br>~~Manitoba R3J~~<br>(Returned Mail 10/2/14) |
| Dario Albarron<br>512 Sherman Ave<br>Roselle Park, NJ 07204-2145 | David King<br>10106 E 69th Ter<br>Raytown, MO 64133-6037 | David Cho<br>158 L'Amoreaux Drive<br>Scarborough On |
| Dave Gutelius<br>1259 El Camino Real, #230<br>Menlo Park, CA 94025-4208 | David Springer<br>4095 Lomar Drive<br>Mt. Airy, MD 21771-4572 | David Steinberg<br>3164 Sycamore Pl<br>Carmel, CA 93923-9005 |
| David Gutelius<br>1259 El Camino Real, Suite 230<br>Menlo Park, CA 94025-4208 | Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045 | Dean Farry<br>1250 HalifaxWay<br>San Ramon, CA 94582-5909 |
| David Miller<br>1751 NE 91st Street<br>Seattle, WA 98115-3251 | Dennis Lambert<br>9450 SW Gemini Dr<br>Beaverton, OR 97008-7105 | Deon Brewis<br>15610 NE 59th Way<br>Redmond, WA 98052-4818 |
| Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 | Derek Piper<br>3706 W Woodmere Way<br>Bloomington, IN 47403-4125 | Detlef Sattler<br>Alexander-von-Humboldt-Str. 23<br>53604 Bad Honnef<br>Germany |
| Del Wong<br>3233 Pawaina Place<br>Hawaii, HI 96822-1339 | DigiKey Corporation<br>701 Brooks Avenue South<br>Thief River Falls, MN 56701-2757 | ~~Digimex Ltd.~~<br>~~Bel Air on the Peak, Phase 4~~<br>~~Attn: Willem van Rooyen~~<br>~~Tower 7, Unit 19A~~<br>~~Pok Fu Lam, Hong Kong~~<br>(Returned mail 3/31/15) |
| Derek Hill<br>Advantage mortgage<br>29875 S Black Bear Dr<br>Canby, OR 97013-9508 | Donald Bosse<br>9 E 9th St<br>Frederick, MD 21701-4606 | Donald Crain<br>110 N Lee St<br>Lexington, IL 61753-1215<br>(Updated on 10/31/16) |
| Di Pardo BVBA<br>Rozijnenstraat 27<br>3620 Lanaken<br>Belgium | ~~Doug Haden~~<br>~~973 Iron Mountain Circle South~~<br>~~Lake Tahoe, CA 96150-6118~~<br>(Returned Mail 5/11/15) | Douglas Trowbridge<br>30945 Winterbury Ln.<br>Westlake, OH 44145 |

610145840.3

Case: 14-30725    Doc# 516    Filed: 01/06/17    Entered: 01/06/17 16:28:42    Page 17 of 46

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Digimex, LTD<br>c/o Caroline R. Djang<br>RUTAN & TUCKER, LLP<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626-1931 | Duane Laun<br>707 29th Ave E<br>Seattle, WA 98112-4136 | ~~Duncan Wallace, Duncwa LLC~~<br>~~1001 National Avenue 139~~<br>~~San Bruno, CA 94066-5816~~<br>Undeliverable |
| ~~Donald Weinberg~~<br>~~9522 New Waterford Ct.~~<br>~~Delray Beach, FL 33446-9747~~<br>(Returned Mail 8/26/2014) | Eclipse Metal Fabrication<br>2901 Spring St.<br>Redwood City, CA 94063-3935 | ~~Eddie DeLeon~~<br>~~2203 Ripley Ave., Unit B~~<br>~~Redondo Beach, CA 90278-5024~~<br>(Returned Mail 5/11/15) |
| Drew Johnson<br>2306 N 87th Way<br>Stottsdale, AZ 85257-2448 | <u>Petitioning Creditor:</u><br>Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704-6343 | Edward Kestel<br>2895 SW 146 Ct<br>Ocala, FL 34481-3515 |
| Dylan Hall<br>Geeks on Wheels<br>47 Halstead Ave Suite LL1<br>Harrison, NY 10528-4142 | Edward Lee<br>1463 Bittern Dr<br>Sunnyvale, CA 94087-3210 | Edward Lee<br>18510 Traxell Way<br>Gaithersburg, MD 20879-1797 |
| Edgar Godoy<br>88 Bush St<br>#C2103 Building C<br>San Jose, CA 95126-4863 | Eivind Aamodt<br>Wilhelms Gate 5A 0168 Oslo<br>Norway | Eli Farnsworth<br>644 Gilbert Ave<br>Hamden, CT 06514-2641 |
| Edward Lance<br>1324 Treasure Cove<br>Niceville, FL 32578-7001 | ~~Elkin Mann, LDI Imports~~<br>~~378 Johnston Ave.~~<br>~~Jersey City, NJ 07304-3766~~<br>(Returned mail 8/13/14) | Elric Traver<br>1221 River Ln<br>Mosinee, WI 54455-9573 |
| Edward Mosley<br>329 Maple Rd NE<br>Ludowici, GA 31316-5623 | Embedded Wits LLC<br>10574 Culbertson Dr<br>Cupertino, CA 95014-3556 | Employment Matter Counseling<br>&Consulting<br>120 Vantis<br>Suite 300<br>Aliso Viejo, CA 92656-2677 |
| Eliott Spencer<br>23 Sunwood Ln<br>Sandy, UT 84092-4802 | ~~Eric Corlew Creative X-Pressions~~<br>~~409 S Locust St~~<br>~~Wayland, MI 49348-1312~~<br>(Returned mail 8/13/2014) | Eric Denny<br>204 Lauren Ln<br>Minden, LA 71055-6286 |
| Employment Development<br>Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | Eric Nicholas Christmas<br>5940 NW 13th Street<br>Sunrise, FL 33313-6211 | Eric Tollefson<br>740 Dillon Ct<br>Grayslake, IL 60030-3374 |

- 18 -

| | | |
|---|---|---|
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123-2319 | Erik Voorhees, Bitcoin FTW<br>35 Snowberry Way<br>Dillon, CO 80435-8805 | Evan Greenwood<br>501 S. Van Buren<br>Hugoton, KS 67951-2105 |
| Eric Cochran<br>615 Shelley Ave<br>Ames, IA 50014-7905 | Federal Express Corporation<br>942 South Shady Grove Road<br>Memphis, TN 38120-4117 | Ferdinand Nepomuceno<br>12476 old colony drive upper<br>Marlboro, MA 20772-5069 |
| ~~Eric Liu~~<br>~~3630 Sadge Ln~~<br>~~Irving, TX 75062-8400~~<br>(Undeliverable) | Fon Allan Duke<br>19333 Seabiscuit Way<br>Apple Valley, CA 92308-4570 | Forrest Voight<br>2360 SW Archer Rd.<br>Apt. 910<br>Gainesville, FL 32608-1049 |
| Eric Whyne<br>21860 Regents Park Circle<br>Sterling, VA 20166-9241 | Frank Chappell<br>1236 Tuxford Dr<br>Brandon, FL 33511-1801 | Frank Rankin<br>518 Freehold Road<br>Jackson, NJ 08527-4629 |
| ~~Fabio Miceli~~<br>~~Westerdok GiG~~<br>~~1013 BV Amsterdam~~<br>~~The Netherlands~~<br>(Returned mail 11/17/2014) | Frederick Fiechter<br>1825 S. Grant Street<br>Suite 240<br>San Mateo, CA 94402-2678 | Future Electronics<br>c/o Diane Svendsen<br>41 Main Street<br>Boiton, MA 01740-1134 |
| Fernando Famania<br>F174 Avenida Altamira<br>Chula Vista, CA 91914 | GLO Ventures<br>1550 17th Street<br>San Francisco, CA 94107-2331 | Garrett Griffin<br>9150 Crest Ave<br>Oakland, CA 94605-4422 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | George Loudon<br>161 Helen<br>Garden City, MI 48135-3183 | George Richmond<br>3580 Egret Drive<br>Melbourne, FL 32901-8152 |
| Frank Vuong<br>3891 Madera Way<br>San Bruno, CA 94066-1023 | ~~George Urakhchin~~<br>~~568 Broadway~~<br>~~11th Fl Coinsetter/Fueled~~<br>~~New York, IL 10012-3225~~<br>(Returned mail 8/19/14) | Gerald Davis<br>Tangible Cryptography LLC<br>510 Bridge Dr<br>Chesapeake, VA 23322-6020 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674-0032 | ~~Glenn Hendrick, Bitminer~~<br>~~Bitminer128 223 Pameto Rd~~<br>~~Nokomis, FL 34275-3917~~<br>(Returned Mail 8/20/2014) | ~~Graeme Middleton~~<br>~~Middleton Solicitors~~<br>~~135-137 Dale Street~~<br>~~Liverpool L2 2JH UK~~ |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

- 19 -

| | | |
|---|---|---|
| Gautam Desai<br>116 Blackstone Dr<br>Danville, CA 94506-1345 | Grant Pederson<br>12538 Botanical Ln<br>Frisco, TX 75035-0433 | Greg Yampolskiy<br>7870 West 87th Drive<br>Unit K<br>Arvada, CO 80005-1668 |
| ~~George Urakhchin~~<br>~~111 W Maple St~~<br>~~Apt 2203~~<br>~~Chicago, IL 60610-5454~~<br>(Returned Mail 8/20/2014) | Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Hamilton Hee<br>761 Irwindale Ave.<br>Las Vegas, NY 89123-2319 |
| Gerry Gorman, World Media<br>Group LLC<br>25 Mountainview Blvd<br>100 Marketplace Suite 204<br>Basking Ridge, NJ 07920 | ~~HashFast Technologies LLC~~<br>~~Bruennerstrasse 63-65/Stg.4/Tuer~~<br>~~63~~<br>~~1210 Vienna, Austria~~<br>~~Austria~~<br>(Returned Mail 6/8/15) | Hawk Ridge Systems LLC<br>4 Orinda Way<br>Suite 100B<br>Orinda, CA 94563-2507 |
| ~~Graeme Tee~~<br>~~12 Bromley Road Hilton Western~~<br>~~Australia~~<br>(Returned mail 6/10/15) | ~~Holden Karau~~<br>~~3407 24th St~~<br>~~Apt 2~~<br>~~San Francisco, CA 94110-3756~~<br>(Returned 11/11/16) | Hong-Quan Yue<br>606-210 Woodridge Crescent<br>Nepean, Ontario<br>Canada K2B 8E9 |
| ~~Gregory Maxwell~~<br>~~650 Castro St.~~<br>~~Suite 120-293~~<br>~~Mountain View, CA 94041-2055~~<br>(Returned mail 8/13/14) | Hot Sun LLC<br>Attn: Mark Pescatrice<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 | Ian Tait<br>Apartment 2, 34 Golf Links Road<br>Ferndown, Dorset Bh22 8BY UK |
| Hans Hess<br>Elevation Franchise Ventures<br>6402 Arlington Boulevard, Suite<br>800<br>Falls Church, VA 22042 | ~~Immanuel Ambar~~<br>~~Christoph Merian-Ring 299~~<br>~~4153 Reinach, Switzerland~~<br>(Returned mail 8/1/14) | International Rectifier<br>101 N Sepulveda Bldv.<br>El Segundo, CA 90245-4318 |
| Henzy Paez<br>890 E. 6th St., Apt 7A<br>New York, NY 10009 | ~~JAMS, Inc.~~<br>~~P.O. Box 512850~~<br>~~Los Angeles, CA 90051-0850~~<br>Undeliverable | Jack Hlavaty<br>35 Swanson Ct, 16D<br>Boxborough, MA 01719-1353 |
| ~~Hoo Shao Pin~~<br>~~Polymathica Pte. Ltd.~~<br>~~10 Raeburn Park #02-08~~<br>~~Singapore 088702~~<br>(Returned 11/17/16) | ~~James Carroll~~<br>~~1505 Westheimer Rd~~<br>~~Houston, TX 77006-3735~~<br>(Returned mail 9/26/14) | James F. Johnson III<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Ilan Elfassy<br>177 Bury Old Road<br>Salford, Manchester, Lancashire<br>M7 4PZ<br>UK | ~~James Lowry, LLC~~<br>~~400 E College, Suite A~~<br>~~Roswell, NM 88201-7525~~<br>(Returned mail 9/25/14) | James Miller<br>410 Cahill Rd<br>Streamwood, IL 60107-1203 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

- 20 -

| | | |
|---|---|---|
| ~~Ivan Marcak~~ | James Ries | James Suddarth |
| ~~10101 Palace Way, Apt B~~ | 450 Sunlight Ct | 1645 International Dr |
| ~~Henrico, VA 23238-5647~~ | Apt 2 | Unit 102 |
| Undeliverable | Powell, WY 82435-1633 | McLean, VA 22102-4818 |
| | | |
| James Babcock | James Wu | ~~Jamie Hall, Bright Mining LLC~~ |
| 8368 NW 70th Street | 1221 North Vineyard Ave | ~~3042 Whitemark Court~~ |
| Potwin, KS 67123-9611 | #1 | ~~Lexington, KY 40516~~ |
| | Ontario, CA 91764-2278 | (Returned mail 3/16/15) |
| | | |
| James Hicks | Jared Metzler | Jarod Clark |
| PO Box 1296 | 826 N 3rd St | 2314 Broadway |
| Helendale, CA 92342-1296 | Lincoln, KS 67455-1722 | Denver, CO 80205-2088 |
| | | |
| James OShea | Jason Hall | Jason Larson |
| 9 Ledum Run Rd | 2202 E Lowena Dr | 7697 Hawthorn Ave |
| West Grove, PA 19390-9411 | Long Beach, CA 90803-5711 | Livermore, CA 94550-7121 |
| | | |
| ~~James Thomas, eServiZes~~ | Jason Shurb | Jason Yi |
| ~~1679 E 337th St.~~ | 3615 Trailway Park St | 1367 E Garfield Ave |
| ~~Eastlake, OH 44095-3915~~ | San Antonio, TX 78247-2938 | Glendale, CA 91205-2661 |
| Undeliverable | | |
| | | |
| Jan Irvin | Jay Weaver | Jean-Andrew Mikesell |
| PO Box 3819 | 5-3936 Mountainview Ave | 26652 Calle Salida |
| Crestline, CA 92325-3819 | Thornhill, British Columbia V8G 3V8 | Capistrano Beach, CA 92624-1413 |
| | Canada | |
| | | |
| Jason Badua | Jeff Unruh | Jeffrey Spielberg |
| 4039 Palikea St. | 2650 Beauty Creek Drive | 1524 Cottonwood Ave |
| Lihue, HA 96766-9258 | Valparaiso, IN 46385-7038 | Lafayette, CO 80026-9414 |
| | | |
| Jason Plowman | Jennifer Austin | ~~Jensy Fernandez~~ |
| 13508 Jamieson Place | 1751 Kings Gate Lane | ~~12 Diamond St, Apt 19~~ |
| Germantown, MD 20874-1464 | Crystal Lake, IL 60014-2906 | ~~Lawrence, MA 01843-2049~~ |
| | | (Returned Mail 8/13/2014) |
| | | |
| ~~Jawad Quddus~~ | Jerry Whatley JWC Consulting | Jess Williams |
| ~~1020 Brand Ln, Apt 638~~ | 192 Fuller Road | PO Box 50801 |
| ~~Stafford, TX 77477-5761~~ | Chehalis, WA 98532-9108 | Albuquerque, NM 87181-0801 |
| (Returned mail 9/15/14) | | |

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

| | | |
|---|---|---|
| ~~Jeanette Arna~~ | Jetmir Celaj | Jiongye Li |
| ~~Haneholmveien 19 3212~~ | 1740 Mulford Ave. | 77 Louise Rd |
| ~~Sandefjord Norway~~ | Apt.7G | Braintree, MA 02184-5901 |
| (Returned Mail 8/20/2014) | Bronx, NY 10461-4321 | |
| | | |
| ~~Jeffrey vonGermeten~~ | ~~Joe Peng~~ | Joe Russell |
| ~~650 E 500 N~~ | ~~55 West 21st Street 6FL~~ | 4079B 18th Street |
| ~~Apt #6~~ | ~~New York, NY 10010-6809~~ | San Francisco, CA 94114-2535 |
| ~~Logan, UT 84321-4228~~ | Undeliverable | |
| Undeliverable | | |
| | | |
| Jeremy L Johnson | ~~John Cronin~~ | John Peregoy |
| 65 Rue Saint-Paul O. #505 | ~~2535 Verde Dr.~~ | 982 NC Hwy 82 |
| Montreal, Quebec, H2Y 3S5 | ~~Apartment 215~~ | Dunn, NC 28334-6360 |
| Canada | ~~Colorado Springs, CO 80910-2107~~ | |
| Undeliverable | Undeliverable | |
| | | |
| Jesse Teta | John Twohy, 24K Gold Plating | Jon Yellowlees |
| 3804 Triora St | 10920 4th Ave W | Dan Rose Tech Set |
| Las Vegas, NV 89129-2709 | Everett, WA 98204-7066 | 3326 Catherine St |
| | | Jackson, MI 49203-1003 |
| | | |
| Joe Baker | ~~Jonathan Bower~~ | Jonathan Hardison |
| 530 Lawrence Expressway #441 | ~~Alstrommergatan 32N 11247~~ | 650 S Adam Ave |
| Sunnyvale, CA 94085-4014 | ~~Stockholm Sweden~~ | Republic, MO 65738-8100 |
| | (Returned Mail 8/20/2014) | |
| | | |
| John A. Twohy | ~~Jonathan Simms, Jhashybor~~ | Jonathon North |
| 10920 4th Ave. W | ~~Mining~~ | 240 Milledgeville Rd |
| Eeverett, WA 98204-7066 | ~~1808 E Columbus Dr Apt# 3~~ | Enville, TN 38332-1972 |
| | ~~Tampa, FL 33605-2655~~ | |
| | (Returned Mail 8/20/14) | |
| | | |
| John Shave | Jose L.W. Martinez | Joseph Cavallero |
| 8805 Tamiami Trail North | 9250 W Bay Harbor Dr | 2644 Fulton Street |
| #219 | Apt 7 D | Berkeley, CA 94704-3230 |
| Naples, FL 34108-2525 | Miami, FL 33154-2715 | |
| | | |
| ~~Jonas Diener~~ | Josh Gold | Joshua Lytle |
| ~~1528 Country Club Rd~~ | 8 forman lane | 347 Millcreek Rd |
| ~~Harrisonburg, VA 22802-5071~~ | Manalapan, NJ 07726-2907 | Pleasant Grove, UT 84062-8815 |
| (Returned Mail 9/29/14) | | |
| | | |
| Jonathan Prentice,  Network | Joshua Vidana, Skidhacker.com | Julio Perez |
| Service Prov | 3602 Tilson Ln. | 109 S Melville Ave |
| 13 Farnham St Parnell | Houston, TX 77080-1620 | Unit 1 |
| Auckland 1052 New Zealand | | Tampa, FL 33606-1860 |

- 22 -

610145840.3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Jose Anguiano II<br>620 Cathy Ct<br>Escondido, CA 92026-3116 | Jun Ding<br>2231 167th Pl NE<br>Bellevue, WA 98008-2454 | Justin Belfield, AGNQ Tech LLC<br>7597 Simms Landing Road<br>Port Tobacco, MD 20677-3100 |
| Joseph Farag, Trinity Bitcoin<br>Investment<br>12810 Terabella Way<br>Fort Myers, FL 33912-0913 | ~~Justin Grevich~~<br>~~3348 Via Alicante~~<br>~~La Jolla, CA 92037-2745~~<br>Undeliverable | Justin Hall<br>4261 E Stonebridge Dr<br>Meridian, ID 83642-8922 |
| Joshua Rising<br>249 Wimer St Apt 16<br>Ashland, OR 97520-1689 | KH Joo<br>SilverBlue Inc.<br>11693 Seven Springs Drive<br>Cupertino, CA 95014-5128 | Kai Fuck<br>Hummerich 11 53859<br>Niederkassel Germany |
| Julio Perez<br>Diana Syke 21758 SE 259th St<br>Maple Valley, WA 98038-7568 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Karen Miller<br>c/o Eberhart Accounting Services,<br>P.C.<br>496 W. Boughton Road<br>Bolingbrook, IL 60440-1890 |
| Justin Bronder<br>Cardinal Optimization<br>633 Villa Centre Way<br>San Jose, CA 95128-5138 | ~~Kate Craig-Wood, Wood~~<br>~~Technology LLP~~<br>~~25 Frederick Sanger Road,~~<br>~~Guildford~~<br>~~Surrey GU6 8TB United Kingdom~~<br>(Returned mail 11/17/2014) | Kathleen Shy<br>1137 Meadowlark Drive<br>Fairfield, CA 94533-2518 |
| JWC Consulting<br>Attn: Jerry Whatley<br>192 Fuller Road<br>Chehalis, WA 98532-9108 | Keith Hostetler<br>3428 Corby Blvd<br>South Bend, IN 46615-3315 | Ken Mueller<br>Public Service Insurance Company<br>1 Park<br>New York, NY 10016-5802 |
| ~~Kaloopy Media~~<br>~~Attn: Kurt Heim, President~~<br>~~2510 Main St.~~<br>~~Santa Monica, CA 90405-3535~~<br>(Returned Mail 8/20/2014) | ~~Kevin Fu Hong Yee~~<br>~~#2918 - 608 9th St SW~~<br>~~Calgary, Alberta~~<br>~~T2P 2B3, Canada~~<br>Undeliverable | Kevin Krieger<br>4230 Northwest Point Dt<br>House Springs, MO 63051-4302 |
| Kat Walsh<br>Gregory Maxwell 650 Castro St.<br>ste. 120-293<br>Mountain View, CA 94041 | Koi Systems Ltd<br>1191 Center Point Drive #A<br>Attention: Brian Edgeworth<br>Henderson, NV 89074-7891 | Koi Systems Ltd.<br>1191 Centerpoint Drive, Suite A<br>Henderson, NV 89074-7891 |
| Kayvon Pirestani<br>220 South Pond Road<br>Hockessin, DE 19707-2326 | Kris Howery<br>4104 Congress Dr<br>Midland, MI 48642-3908 | Kyle Berger<br>3179 Cortese Circle<br>San Jose, CA 95127-5503 |

- 23 -

| | | |
|---|---|---|
| Kevin Delporte<br>briekhoekstraat 32 8940 wervik<br>Belgium | ~~Lance Dixon~~<br>~~Intervid FZ LLC~~<br>~~Suite 128, Building 2~~<br>~~Dubai Internet City, Dubai, UAE~~<br>(Returned Mail 7/3/2014) | Larry Han<br>970 NW 198th PL<br>Shoreline, WA 98177-2663 |
| ~~Kevin Mahan, Tanard Corporation~~<br>~~9101 W. Sahara Ave.~~<br>~~Suite 105-K-6~~<br>~~Las Vegas, NV 89117-5772~~<br>Undeliverable | LEI BAO<br>2315 S Wentworth Ave<br>Chicago, IL 60616-2013 | Le Van Hanh<br>V Spa & Nails<br>159 Cypresswood Dr<br>Spring, TX 77388-6038 |
| Kostyantyn Snisarenko<br>1476 La Playa Ave<br>Unit A<br>San Diego, CA 92109-6322 | Lautaro Cline<br>8327 Aster Ave Oakland<br>CA 94605-4101 | Linear Technology Corporation<br>1630 McCarthy Blvd<br>Milpitas, CA 95035-7487 |
| ~~Kyle Sidles, Kaysid, LLC~~<br>~~4000 Dow Road~~<br>~~Unit 10~~<br>~~Melbourne, FL 32934-9276~~<br>(Returned mail 11/17/2014) | Lee Schwuchow , Monkey<br>Business<br>2740 N. Andrews Ave<br>Wilton Manors, FL 33311-2512 | ~~LookSmart, Ltd.~~<br>~~c/o Nancy Weng/Trinh Law Firm~~<br>~~99 N. 1st St., Suite 200~~<br>~~San Jose, CA 95113-1203~~<br>(Returned mail 1/29/15) |
| Lauren Coe<br>3303 226th Pl SW<br>Brier, WA 98036-8049 | Lonnie J. Hansen<br>205 Duncan St, #6<br>Ashland, VA 23005-1941 | Lukas Bradley<br>3777 N. Clemons St.<br>Unit F<br>East Wenatchee, WA 98802-9369 |
| Lee Ash<br>304 189th PL SW<br>Bothell, WA 98012-6236 | Lotfi Bemmira<br>1852 E Sesame St<br>Tempe, AZ 85283-2213 | Luke Dashjr<br>17318 Sweetwater Rd<br>Dade City, FL 33523-6246 |
| ~~Liquidbits Corporation~~<br>~~20201 E. Country Club Drive,~~<br>~~#1502~~<br>~~Aventura, FL 33180-3282~~<br>(Returned 11/10/16) | Luke Baum<br>PO Box 101<br>Pleasant Unity, PA 15676-0101 | Madalin Ionascu<br>51 Goldhill Plaza #12-11 Singapore |
| LookSmart,Ltd.<br>C/O Trinh Law Firm<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 | LyLy Moc<br>14 Hamilton St<br>Toronto Ontario M4M 2C5 Canada | Manuel Rojas<br>1121 Torrance Blvd<br>Torrance, CA 90502-1613 |
| Lukas Zingg<br>Breitestrasse 1 4132 Muttenz<br>Switzerland | ~~Manu Kaushish, Nirvana Digital,~~<br>~~Inc.~~<br>~~6200 Stoneridge Mall Road, Suite~~<br>~~300~~<br>~~Pleasanton, CA 94588~~ | ~~Marcus Killion~~<br>~~1000 W Garden Ct~~<br>~~Wichita, KS 67217-4515~~<br>Undeliverable |

610145840.3

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Luke Wen<br>4370 Blossom Hill Trl<br>Ann Arbor, MI 48108-4302 | ~~Marcelino Bellosta~~<br>~~1600 Ponce de Leon Blvd. FL 10~~<br>~~Suite 1001~~<br>~~Coral Gables, FL 33134-3988~~<br>Undeliverable | ~~Marion Keyes, Riverstone LLC~~<br>~~189 Eagle Drive~~<br>~~Golden, CO 80403-7775~~<br>(Returned 10/31/16) |
| Maia Haltiner<br>1545 Dawson Ave<br>Dorval Quebec H9S 1Y5 Canada | ~~Mardi Jackson F8 Mobile Inc.~~<br>~~50 Sunset Way~~<br>~~Sausalito, CA 94965-9741~~<br>(Returned mail 3/18/15) | Mark Pescatrice, Matrice Consulting LLC<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 |
| ~~Manuel Zepeda~~<br>~~2310 Westgate Rd~~<br>~~Unit 14~~<br>~~Santa Maria, CA 93455-1004~~<br>(Returned mail 8/1/14) | Mark Hancock<br>512 Grant Terrace<br>Taft, CA 93268-4434 | ~~Mark Sullivan, Cyclotronics~~<br>~~6430 FM 1960 #321~~<br>~~Houston, TX 77069-3902~~<br>(Returned mail 8/13/14) |
| Marcus Sorensen<br>2397 Romano Cir<br>Pleasanton, CA 94566 | ~~Mark Roy~~<br>~~21745 Duck Creek Square~~<br>~~Ashburn, VA 20148-4411~~<br>Undeliverable | Martin Rinab<br>51-30 Browvale Lane<br>Little Neck, NY 11362-1317 |
| Mark Fiorentino<br>900 Lake Elbert Drive SE<br>Winter Haven, FL 33880-3137 | ~~Mark von Germeten~~<br>~~20792 SW Nettle Pl~~<br>~~Sherwood, OR 97140-8844~~<br>Undeliverable | Matt Richards<br>3253 S E Ct.<br>Springfield, OR 97478-6348 |
| Mark Pescatrice-- Hot Sun LLC<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 | Matt Gibson<br>Allure Marine Limited<br>2/69 Hinemoa Street<br>Birkenhead Auckland 0626<br>New Zealand | Matthew Hagan<br>17 Prospect Heights<br>Carrickfergus<br>BT388QY<br>County Antrim, United Kingdom |
| Mark Williams, Off Road Unlimited<br>1712 Historic Hwy 441<br>Clarkesville, GA 30523 | Matthew Dahlke<br>950 Snipes Pump Road<br>Sunnyside, WA 98944-9716 | Matthieu Billaud<br>testory 31310 Montesquieu<br>Volvestre France |
| Martin Safranek<br>Linecka 351 38241 Kaplice Czech Republic | Matthew Silvia<br>30 Oak St<br>Cohasset, MA 02025-2213 | ~~Max Fischer~~<br>~~11728 Wilshire blvd B713~~<br>~~Los Angeles, CA 90025-6409~~<br><br>Undeliverable |
| ~~Matt Tucker~~<br>~~2830 E College Ave~~<br>~~Unit 101~~<br>~~Boulder, CO 80303-1974~~<br>(Returned mail 11/17/2014) | Max Avroutski<br>172 Bay 31st St., #10<br>Brooklyn, NY 11214-5640 | McNamara Financial<br>980 N Michigan<br>#1400<br>Chicago, IL 60611-7500 |

- 25 -

| | | |
|---|---|---|
| 1 | ~~Matthew McCormick~~ | ~~Maximin Parotte~~ | Michael Damm |
| | ~~33 Hollandale Ln~~ | ~~Dorpsstraat 112 A 3927BG~~ | 140 South Van Ness Ave. |
| 2 | ~~Apt A~~ | ~~Renswoude Netherlands~~ | Unit 807 |
| | ~~Clifton Park, NY 12065-5228~~ | (Returned mail 11/17/2014) | San Francisco, CA 94103-2586 |
| 3 | | | |
| | Undeliverable | | |
| 4 | Mattia Baldinger | Michael Burke | Michael Giovinco |
| | Zunzgerstrasse 24 4450 | 1500 Tauromee Ave | 61 Sterling St |
| 5 | Sissach Switzerland | Kansas City, KS 66102 | Somerville, MA 02144-1116 |
| 6 | | | |
| 7 | Maximilian Baringer | Michael Gao | Michael Lord |
| | August-Bebel Platz 4 99423 | c/o Hongqui Yang | 10022 Winding Ridge Dr. |
| 8 | Weimar Germany | 105 Tamalpais Pt. | Shreveport, LA 71106-7684 |
| | | Chapel Hill, NC 27514-1453 | |
| 9 | | | |
| 10 | ~~Mediabistro.com, Inc.~~ | Michael Gruat | Michael Shannon |
| | ~~50 Washington Street~~ | Silberburgstrasse 29 | 3273 Avenida Anacapa |
| 11 | ~~Suite 902~~ | Albstadt, Germany, AK 72458 | Carlsbad, CA 92009-9301 |
| | ~~Norwalk, CT 06854-2792~~ | | |
| 12 | (Returned 11/09/16) | | |
| 13 | Michael Desotell | Michael Pryor | Mike Deming |
| | 7101 S County Road 750 W | 5 Windy Ridge Rd | 1458 Monroe Ave |
| 14 | Knightstown, IN 46148-9053 | Hudson, WY 82515 | Rochester, NY 14618-1008 |
| 15 | | | |
| 16 | Michael Greiner | Mike Damm | Mr Piotr Kwiecien |
| | 49 Pennsylvania Ct | 140 South Van Ness Avenue | 80 Delancey Street |
| 17 | Morton, IL 61550-1795 | Unit 807 | Flat B, Ground Floor |
| | | San Francisco, CA 94103-2586 | NW1 7SA, London, CA 00-00 |
| 18 | | | |
| 19 | Michael McGurgan | Monsoon Company, Inc. | Myron Davis |
| | 2913 Coach Ct | 1714 Franklin Street | 333 Willoughby Ave |
| 20 | Norman, OK 73071-5505 | #100-142 | ETS / 5th Floor |
| | | Oakland, CA 94612-3488 | Juneau, AK 99801-1770 |
| 21 | | | |
| 22 | Michel Santos | Murat Konal | Nathan Ruble |
| | 7620 Old Georgetown Rd | Putselaan 102 3074 JE | 1223 Stockton Street |
| 23 | Apt 723 | Rotterdam, Netherlands | Indianapolis, IN 46260-2826 |
| | Bethesda, MD 20814-6158 | | |
| 24 | | | |
| 25 | Miratek | ~~Nathan Ross~~ | Nathen Lam |
| | 706 Michael Street | ~~Exel 85-D Liberty Commons Rd~~ | 9569 Crystal Water Way |
| 26 | Milpitas, CA 95035-4771 | ~~Columbus, OH 43235-1568~~ | Elk Grove, CA 95624-4058 |
| | | Undeliverable | |
| 27 | | | |
| 28 | | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 26 -

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY
610145840.3

| | | |
|---|---|---|
| Mohammad Zahid Faruqi<br>Ruthnergasse 42/Tuer 9<br>1210 Wien, Austria<br>Undeliverable | Nathaniel McCray<br>3723 Saddle Horn Tr<br>Ogden, KS 66517-4000<br>(Returned 10/30/16) | Nicholas Fusaro<br>35 Kohlanaris Dr<br>Poughkeepsie, NY 12601-1632 |
| Nathan Ho<br>2201 Stratford Dr<br>Round Rock, TX 78664-7340 | Nenko Garchev<br>4001 Lyman Dr<br>Philadelphia, PA 19114-2107<br>Undeliverable | Nir Nahum<br>Mashabim 19 Hod-Hasharon<br>4520122 Israel |
| Nathan Wallace<br>3836 W. Tamarisk Ct.<br>South Jordan, UT 84095-4181 | Nik Arghavan<br>25 Bishop Tutu Blvd 713<br>Toronto Ontario M5V 279 Canada<br>Undeliverable | Novia Reid<br>453 Albany Ave Apt A1<br>Hartford, CT 06120-2505 |
| Neil Schemenauer<br>727 9th St Humboldt<br>Saskatchewan S0K 2A0 Canada<br>(Returned 11/7/16) | Nolan Shadbolt / Win It Gaming<br>Ltd<br>No. 2 The Leys<br>Lyneham<br>Chipping Norton<br>Oxon – OX7 6QH<br>Undeliverable | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377-5662 |
| Nick Simmons<br>6613 Goosander Ct.<br>Frederick, MD 21703-9536 | Osric Proctor Jr<br>202 Garland Ave.<br>Sandston, VA 23150-1616 | PHILLIP MARASHIAN<br>812 Saratoga Ave<br>Apt. Q-211<br>San Jose, CA 95129-2567 |
| Nirvana Digital Inc.<br>3632 Whitworth Drive<br>Dublin, CA 94568-4562<br>(Returned 11/16/16) | Pascal Martin<br>181 De la Grande-Coulee<br>Orford Quebec J1X 6Z6<br>Canada | Patricio Grez<br>7339 NW 54th St<br>Ste 252416<br>Miami, FL 33195-4875 |
| Novtech, Inc.<br>7401 Wiles Road<br>Suite 229<br>Pompano Beach, FL 33067-2036 | Patrick Sadowski<br>146 Dawlish Ave Aurora<br>Ontario L4G 6R2 C | Paul Croscup<br>585 Harts Road<br>Madoc, Ontario K0K 2K0<br>Canada<br>(Returned 11/02/16) |
| Oliver Klein<br>Zeller Str 17 73271 Holzmaden<br>Germany<br>Undeliverable | Paul Montague<br>4/84 Kings Canyon Street<br>Harrison<br>ACT 2914<br>Australia(Prefers email) | Paul Roeder<br>10315 Raritan Dr<br>Houston, TX 77043-2935 |
| Package Science Services LLC<br>3287 Kifer Road<br>Santa Clara, CA 95051-0826 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Pete Gorman<br>52 Doctors Point Road Waitati 9085<br>New Zealand<br>(Returned Mail 8/13/2014) |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

| | | |
|---|---|---|
| 1 | ~~Patrick Huizinga~~ | Peter Hornyak | Peter Kamstra |
| | ~~Anjerstraat 50 3333GD~~ | Nyiregyhaza 48 Ibolya street 4400 | De Goorns 15 7824RG Emmen |
| 2 | ~~Zwijndrecht Netherlands~~ | Hungary | Netherlands |
| | (Undeliverable) | | |
| 3 | | | |
| 4 | ~~Paul Erickson~~ | ~~Peter Myers~~ | Peter Smallwood |
| | ~~2925 Union St~~ | ~~6320 North 16th Street~~ | Peter Smallwood 189 Woodcroft |
| 5 | ~~Madison, WI 53704-5138~~ | ~~Apt 34~~ | Drive |
| | Undeliverable | ~~Phoenix, AZ 85016-1521~~ | New South Wales 2767 |
| 6 | | | Australia |
| 7 | Paula Jean Galburt | Petr Dvorak | Phat Tran |
| | 26158 Stillwater Circle | Komenskeho 37 | 7714 75th St N |
| 8 | Punta Gorda, FL 33955-4729 | Boskovice, 68001 | Pinellas Park, FL 33781-2800 |
| | | Czech Republic | |
| 9 | | | |
| 10 | Peter Hendrickson | ~~Phuc Nguyen~~ | Price Givens, 404 LLC |
| | 773 East El Camino Real, #142 | ~~Van Nguyen 895 Broadway~~ | 61875 Broken Top Dr #27 |
| 11 | Sunnyvale, CA 94087-2919 | ~~Floor 3~~ | Bend, OR 97702-1182 |
| | | ~~New York, NY 10003~~ | |
| 12 | | Undeliverable | |
| 13 | Peter Morici | ~~Qhengxian Xu~~ | Public Service Insurance Company |
| | 1430 Patapsco St. | ~~China 511495 Guangdong~~ | One Park Avenue |
| 14 | Baltimore, MD 21230-4523 | ~~guangzho~~ | New York, NY 10016-5807 |
| | | Undeliverable | |
| 15 | | | |
| 16 | Peter Symons | Proven Tolerance Specialist | Rajpreet Ahluwalia |
| | 149C Shirehampton Road Sea | 570 Suite C Marine View Avenue | 20338 102nd Ave SE |
| 17 | Mills | Belmont, CA 94002-2574 | Kent, WA 98031-5500 |
| | Bristol BS9 2EE United Kingdom | | |
| 18 | | | |
| 19 | ~~Phil Blancett~~ | Rafez Noorullah | ~~Randy Jones~~ |
| | ~~P.O. Box 19719 South~~ | Gazelle Informatics Ltd | ~~Kinetica Technology Solutions~~ |
| 20 | ~~Lake Tahoe, CA 96151-0719~~ | Hadia House, 2b Lincoln Street | ~~403 Da Vinci Ln~~ |
| | Undeliverable | Kingsthorpe, Northhampton, UK | ~~Wylie, TX 75098-8469~~ |
| 21 | | NN2 6NR | Undeliverable |
| 22 | ~~Process General~~ | Randall Elliott | ~~Raymond Steiner~~ |
| | ~~5915 Edmond St. #102~~ | 202 Jefferson Street | ~~Gespermoosstrasse 4 2540~~ |
| 23 | ~~Las Vegas, NV 89118-286~~ | Martinsbug, WV 25401-1606 | ~~Grenchen Switze~~ |
| | (Returned 11/14/16) | | (Returned 11/21/16) |
| 24 | | | |
| 25 | Qingshou Pei | Raymond Floyd Floyd Company | Reno Devito |
| | 1112 Gossamer Dr | 191 E. Main Street | 9370 Coral Berry Street |
| 26 | Pickering Ontario L1X 2 | Tustin, CA 92780-4406 | Las Vegas, NV 89123-5831 |
| | Canada | | |
| 27 | | | |
| 28 | | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725   Doc# 516   Filed: 01/06/17   Entered: 01/06/17 16:28:42   Page 28 of 46

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Ralph Crowder 6843 Kenilworth Ave. El Cerrito, CA 94530-1841 | Reinoud Vaandrager 255 South Rengstorff Avenue Apt 179 Mountain View, CA 94040-1764 | Rick Windham 166 State Street #8 Brooklyn, NY 11201-5612 |
| Ray Calderon 170 Quinlan Ave Staten Island, NY 10314-5110 | Richard Chang 1253 Buck Jones Rd Raleigh, NC 27606-3326 | Robert Cacioppo 1 Fresh Spring Cove Somers Point Somers Point, NJ 08244 |
| Regan Reckman 1574 Georgetown Loveland, OH 45140-8035 | ~~Robert Alkire Consulting~~ ~~1081 Neptune Lane~~ ~~La Grande, WA 98348~~ (Returned 11/03/16) | ~~Robert Kulys~~ ~~1905 Evergreen Terrance Drive E~~ ~~Apt 4~~ ~~Carbondale, IL 62901-3904~~ Undeliverable |
| Ric Rooney, Sun Spot 4310 Austin Bluffs Parkway Colorado Springs, CO 80918-2932 | ~~Robert Edwards Awesome Possum LLC~~ ~~7341 W Cypresshead Drive~~ ~~Parkland, FL 33067-2313~~ (Returned 11/14/16) | ~~Roberto Bayona~~ ~~Esfinge 53 2B 28022 Madrid~~ ~~Madrid Spain~~ Undeliverable |
| Robert Alan Richardson 1713 Nordic Hill Cir. Silver Spring, ME 20906-5950 | Robert Worrall 31 Troon terrace Annandale, NJ 08801-1603 | Rodney Batchelor 217 E 25th st Tacoma, WA 98421-1106 |
| ~~Robert Ditthardt~~ ~~Olivine Labs LLC~~ ~~32-22 37th Street, #1~~ ~~Astoria, NY 11103-4004~~ (ReturnPaied 10/28/16) | Robin van der Linden mimoCloud Computing UG Rudolf strasse 65 52070 Aachen Germany | ~~Ronny Hellmann~~ ~~Hickenweg 32 35708 Haiger~~ ~~Germany~~ Undeliverable |
| Robert Mudryk 29118 Weybridge Drive Westlake, OH 44145-6744 | Roland Payu Harris 110 Denver ST Apt # 201 Rapid City, SD 57701-1175 | Ryan Gatchalian 2786 West Trojan Place Anaheim, CA 92804-2030 |
| Robin van der Linden mimoCloud Computing UG Rudolfstrasse 65 52070 Aachen Germany | Ryan Casey 904 NE 157th Ave Portland, OR 97230-5462 | Sam Ha 591 Ferrero Ln La Puente, CA 91744-4961 |
| Rodrigo Hernandez 118 Kipling Ave Springfield, NJ 07081-3216 | Saint Clair Newbern IV c/o Kelly Hart & Hallman, LLP 201 Main Street, Suite 2500 Fort Worth, TX 76102-3129 | Sandgate Technologies 595 Fellowship Road Chester Springs, PA 19425-3618 |

| | | | |
|---|---|---|---|
| 1 | Russell Petersen<br>4260 Comanche Dr | Samuel Koh Innerspin<br>3250 Wilshire Blvd. | Saul Jose Maldonado Rodriguez,<br>Global AP |
| 2 | Carrollton, TX 75010-3300 | #2150<br>Los Angeles, CA 90010-1614 | 14500 SW 160 Terr<br>Miami, FL 33177-1708 |
| 3 | | | |
| 4 | Ryan Stonn | Sascha Appel | ~~Scott Gray~~ |
| 5 | Nidarosgatan 7 bv 16434<br>stockholm Sweden | Eigerweg 11 4852 Rothrist<br>Switzerland | ~~612 W. 10th St.~~<br>~~Juneau, AK 99801-1820~~ |
| 6 | | | (Served by email per party's<br>request) |
| 7 | Sam Thompson | ~~Sean Taffler~~ | Sean Walsh Bertram Capital |
| 8 | 7425 Creek Rd.<br>Sandy, UT 84093-6152 | ~~40 Quartz Way~~<br>~~San Francisco, CA 94131-1636~~<br>Undeliverable | 800 Concar Drive<br>Suite 100<br>San Mateo, CA 94402-7045 |
| 9 | | | |
| 10 | Santiago Marin | Selim Soler | Sergiy Sudakov |
| 11 | 1601 NW 82 Avenue<br>Flybox #6834<br>Miami, FL 33126-1017 | 2103 SW Danforth Cir<br>Palm City, FL 34990-7706 | 108 Business Center Dr<br>Reisterstown, MD 21136-1229 |
| 12 | | | |
| 13 | Scott Cameron | Shamus Robinson | Shanghai Chooyu Chemical |
| 14 | 1332 Rue des Cypres Pincourt<br>Quebec J7W | 8675 Mink Rd<br>Apt 2<br>Harbor Springs, MI 49740-9466 | Company Ltd.<br>1107 Liberty Square Road<br>Boxborough, MA 01719-1113 |
| 15 | | | |
| 16 | Scott Randall | Shaun Kelly | Sierra Proto Express |
| 17 | Advanced Legal Systems Inc.<br>840 S Rancho Dr, Ste 4313<br>Las Vegas, NV 89106-3837 | 52 Cross Street Warrimoo<br>NSW, Australia 2774 | 1108 W Evelyn Ave<br>Sunnyvale, CA 94086-5742 |
| 18 | | | |
| 19 | Sean Wang | Sierra Circuits, Inc. | Sinisa Devcic |
| 20 | 910 Lenora<br>#S802<br>Seattle, WA 98121-2754 | 1108 West Evelyn Avenue<br>Sunnyvale, CA 94086-5745 | Antilopespoor 504 3605VS<br>Maarssen Netherland |
| 21 | | | |
| 22 | Seth Duppstadt | Shi Lei | Stacy Robinson |
| 23 | 2109 Broadway 1379<br>New York, NY 10023-2149 | BLK 62 Teban Gardens Rd<br>#16-627<br>Singapore 600062 | 3876 Muirwood Lane<br>Roseville, CA 95747-9795 |
| 24 | | | |
| 25 | Shaun Andrew Biggin | Simon Twigg | Stehr Music Productions |
| 26 | 1208 6 Street N<br>Lethbridge, AB | Cartrader Mail 11<br>Ardleigh Green Road | De Dreef 173<br>2542ND Den Haag |
| 27 | T1H1Y5<br><span style="color:red">Updated address per 2/9/16 email)</span> | Hornchurch Essex RM11 2JY UK | Holland |
| 28 | | | |

610145840.3

| | | |
|---|---|---|
| ~~Shi Lei~~<br>~~1000 Lakes Drive, Suite 430~~<br>~~West Covina, CA 91790-2928~~<br>Undeliverable | Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Stephen Bywater<br>22 Orr Hatch Dr<br>Cornwall, NY 12518-1728 |
| ~~Simon Barber~~<br>~~c/o Sheppard, Mullin, Richter et al~~<br>~~Attn: Ori Katz~~<br>~~4 Embarcadero Ctr., 17th flr.~~<br>~~San Francisco, CA 94111-4158~~<br>Undeliverable | Stephan van der Feest<br>Accordeonlaan 42 3438GD<br>Nieuwegein Netherlands | Steve Govoni<br>938 Moosehead Trail<br>Jackson, ME 04921-3009 |
| Sistemas Operativos Sanitarios ca<br>Calle 35 entre Av. 2 y #2-34<br>Attn: Guido Ochoa<br>Merida, Venezuela 5101 | Stephen Witty<br>3019 Jade Drive<br>Harrison, AR 72601-1865 | Stolowitz Ford Cowger LLP<br>1211 SW 5th Ave<br>Suite 1900<br>Portland, OR 97204-3719 |
| Stephen Hamner<br>51 Gladys St.<br>San Francisco, CA 94110-5427 | Steven Cacchione, Acute Air<br>Conditioning<br>75 Medway rd Cragieburn<br>Victoria 3064 Au | ~~Sungkyun Lee~~<br>~~45530 Market way 311 Chilliwack~~<br>~~British~~<br>Undeliverable |
| Steve Manos<br>226 Center St.<br>Suite A-7<br>Jupiter, FL 33458-4365 | Stuart Murray<br>75 Westover Road<br>Downley, High Wycombe HP13<br>5th<br>ENGLAND | Synter Resource Group, LLC<br>P.O. Box 63247<br>North Charleston, SC 29419-3247 |
| Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter &<br>Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6055 | Sven Clauw<br>Parnassialaan 6 8660 De Panne<br>Belgium | Terri Avery<br>91 Bradley Street Guyra<br>New South Wales |
| ~~Suresh Chandra~~<br>~~101 Bellgrove Drive 3A~~<br>~~Mahwah, NJ 07430-2263~~<br>Undeliverable | Tara Beck<br>3101 South Roosevelt<br>St Boise, ID 83705-4752 | Thang Nguyen<br>21 Millplace Ct<br>Irmo, SC 29063-7768 |
| Syvert Holbek Feed<br>Kvernhusbakken 6 4900<br>Tvedestrand Norway | ~~Thadius Bolton~~<br>~~6640 Ditmars St~~<br>~~Las Vegas, NV 89166-8028~~<br>Undeliverable | Thomas Scortmann<br>3 Village Green N<br>Ste 448<br>Plymouth, MA 02360-8803 |
| Terry Sine<br>1154 N Pine St<br>Canby, OR 97013-3249 | Thierry Beauchesne<br>4520 Quarterhorse Ct<br>Antioch, CA 94531-9317 | ~~Tim Lehming~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Theron Rodriguez Bitlab LLC<br>6302 Settlement Dr.<br>Arlington, TX 76001-7617 | Tie Hu, Targetalk Inc.<br>28 Empress Ave. 516 North York<br>Ontario M | TimeFire, Inc.<br>Eric W. Benisek, Esq.<br>Vasquez Benisek & Lindgren<br>3685 Mt Diablo Blvd #300<br>Lafayette, CA 94549-6833 |
| ~~Thomas Stiegler~~<br>~~23 Stewart Drive Werribee~~<br>~~Victoria 3030~~<br>Undeliverable | Tim Oster<br>3068 Evergreen Rd<br>Pittsburgh, PA 15237-2725 | Tin Yan Kwok<br>9642 Callita Street<br>Acradia, CA 91007-7803 |
| Tim McGough<br>2412 Pinehurst Ln<br>Mesquite, TX 75150-1129 | Petitioning Creditor:<br>Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780-1747 | Tobias Neumann<br>Buchenweg 30 90556 Seukendorf<br>Germany |
| Timothy Cyrus<br>630 Oldfield Dr SE<br>Byron Center, MI 49315-8114 | Tobias Bucher<br>Chnuebraechi 7 8197 Rafz<br>Switzerland | Tom Bouckaert<br>Henri Dunantlaan 20/502 9000 Gent<br>Belgiu |
| Ting Ma<br>China 100083 Beijing  Beijing<br>Room 30-1- | Todd Gould<br>Loren Data Corp. PO Box 1438<br>Lake Forest, CA 92609-1438 | Tong Moc<br>328 Main Street Toronto Ontario<br>M4C 4X7 |
| Toby Brusseau<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | ~~Tommy E. Contreras~~<br>~~855 Folsom Street~~<br>~~#514~~<br>~~San Francisco, CA 94107-1180~~<br>Undeliverable | ~~TrueTech Communications~~<br>~~241 Elinor Ave.~~<br>~~Mill Valley, CA 94941-1281~~<br>(Returned 11/01/16) |
| Tom Postma, PC Central<br>Jan Vermeerstraat 41 7545BN<br>Enschede Net | Trenton Bullock<br>1072 Mclaren Drive<br>Belmont, NC 28012-8674 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Tony Hoang<br>557 Gerrard St. East Toronto<br>Ontario M4M | UBE Enterprises<br>Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 | Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104-3100 |
| Tyler Doyle<br>2112 Hayden Ave<br>Aloona, WI 54720-1547 | ~~Uwe Schaum~~<br>~~Grabenstr. 5 35625 Huettenberg~~<br>~~Germany~~<br>Undeliverable | Victor Feng, VIP Networks<br>43532 Ocaso Corte<br>Fremont, CA 94539-5632 |

- 32 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Uniquify, Inc.~~<br>~~2030 Fortune Drive #200~~<br>~~Attn: Robert Smith~~<br>~~San Jose, CA 95131-1835~~ | Vicki Schwarz<br>305 W Fullerton 1E<br>Chicago, IL 60614-2816 | Vladimir Fefer<br>2620 W Greenleaf<br>1W<br>Chicago, IL 60645-3298 |
| ~~Verne Riley~~<br>~~65 Shamley Heath rd Kureelpa~~<br>~~Queensland~~<br>Undeliverable | ~~WY Gost~~<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen~~<br>~~China~~<br>Undeliverable | Wayne Connors<br>12416 Tattersall Park Ln<br>Tampa, FL 33625-3912 |
| ~~Vkal Design LLC~~<br>~~2290 Ringwood Ave.~~<br>~~Suite C~~<br>~~San Jose, CA 95131-1718~~<br>Undeliverable | ~~Wenxie Hu~~<br>~~Rico Kohki (Hong Kong) Limited~~<br>~~Wenxie HU~~<br>(Returned 11/28/16) | ~~Werner Artz~~<br>~~habergasse 4 82380 Pei? enberg~~<br>~~Germany~~<br>Undeliverable |
| Warren Tsang<br>LogicShark Consulting<br>274 Madison Avenue, Suite # 1804<br>New York, NY 10016-0716 | Will Wong<br>500 Oracle Parkway<br>Redwood City, CA 94065-1677 | ~~William Chevallier~~<br>~~15 Rue Des Basses- Mathouzines~~<br>~~95170 DEU~~<br>Undeliverable |
| WaltherCorp LLC<br>1342 Virginia Ave<br>Havertown, PA 19083-2020 | William Peace<br>14821 N Hana Maui Dr<br>Phoenix, AZ 85022-3656 | William Schmitt<br>22 Spackenkill Rd<br>Poughkeepsie NY 12603-5335 |
| Weng Kay Poon<br>44 Choa Chu Kang Street 64 #09-19<br>Singapore 689105 | William Walther<br>WaltherCorp LLC<br>1342 Virginia Ave<br>Havertown, PA 19083-2020 | Wim Vandeputte<br>Oostveld Kouter 13<br>9920 Lovendegem<br>Flanders (Belgium) |
| ~~Will McGirr~~<br>~~39 Bruton Place Winnipeg~~<br>~~Manitoba R2N 2V~~<br>Undeliverable | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | Xiwen Wang<br>165 BAYSHORE DR.<br>BRECHIN Ontario L0K 1B0<br>Canada |
| William Courtright<br>146 Escolta Way<br>San Francisco, CA 94116-2940 | Yazz Atlas, EntropyWorks Inc.<br>1429 E. Aloha St.<br>Seattle, WA 98112-3931 | Yichun Catherine Liu<br>502 Rudbeckia PL<br>Gaithersburg, MD 20878-4050 |
| ~~William Smith~~<br>~~Fricourt, Grande Maison Road~~<br>~~Vale Guernsey HG1 3LH UK~~<br>Undeliverable | Youssef Raiss-Elfenni<br>6322 Dakine Circle<br>Springfield, VA 22150-1193 | Zhao Fu<br>191 West Woodruff Ave<br>Columbus, OH 43210-1117 |

| | | |
|---|---|---|
| 1 | | |
| ~~Wolfgang Riedel~~ | Zhichao Zhang | Zhongwei Ni |
| ~~Wilmersdorfer Str.3 D-14959~~ | 760 North Mary Ave | 4170 Main St |
| 2 ~~Trebbin Germ~~ | Sunnyvale, CA 94085-2908 | B3-182 |
| Undeliverable | | Flushing, NY 11355-3823 |
| 3 | | |

Xunyu Yang | hani hajje | ~~Craig A. Barbarosh~~
15223 Edgemoor St | 708 Clay St. | ~~Katten Muchin Rosenman LLP~~
San Leandro, CA 94579-1631 | Ashland, OR 97520-1420 | ~~100 Spectrum Center Dr, Ste 1050~~
| | ~~Irvine CA 92618-4977~~

Yipu Xue | Jessica M. Mickelsen | ~~Pete Morici~~
229 Lady Nadia Drive Vaughan | Katten Muchin Rosenman LLP | ~~800 Fifth Avenue, Suite 4100~~
Ontario L6A | 2029 Century Park E 26th Fl. | ~~Seattle, WA 98104-3100~~
| Los Angeles, CA 90067-3012 | (Returned 10/31/16)

Zhichao Chen | Peter A. Siddiqui | ~~Eduardo De Castro~~
3165 Russell St Apt 406 Windsor | Katten Muchin Rosenman LLP | ~~340 11th Street~~
Ontario | 525 W. Monroe St. | ~~San Francisco, CA 94103~~
| Chicago, IL 60661-3693 | Undeliverable

Zuber Lawler & Del Duca LLP | ~~Simon Barber~~ | Edwin E. Smith
777 S. Figeroa Street | ~~c/o Ori Katz~~ | Morgan, Lewis & Bockius LLP
37th Floor | ~~Sheppard Mullin Richter &~~ | 399 Park Avenue
Los Angeles, CA 90017-5800 | ~~Hampton LLP~~ | New York, NY 10022-4689
| ~~Four Embarcadero Center, 17th~~ |
| ~~Floor~~ |
| ~~San Francisco, CA 94111-4158~~ |
| (Returned mail 12/3/2014) |

~~Eduardo DeCastro~~ | Ales Prikryl | Alessandro Bottai
~~c/o Craig Stuppi~~ | C/O Gallo LLP | c/o Gallo LLP
~~Law Offices of Stuppi & Stuppi~~ | ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~
~~1655 N. Main Street, Suite 106,~~ | ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~
~~#36~~ | (Served via email rgallo@gallo- | (Served via email rgallo@gallo-
~~Walnut Creek, CA 94596-4679~~ | law.com) | law.com)
(Returned 10/21/16) | |

Satish Ambarti | Antoine Alary | Aristeidis Dionisatos
c/o Eric Benisek | ~~c/o Gallo LLP~~ | C/O Gallo LLP
3685 Mt. Diablo Blvd, Suite 300 | ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~
Lafayette, CA 94549-6833 | ~~San Rafael, CA 94901-3031~~ | ~~San Rafael, CA 94901-3031~~
| (Served via email rgallo@gallo- | (Served via email rgallo@gallo-
| law.com) | law.com)

~~Bejamin Lindner~~ | Bernad Chengxi Siew | Bit Coin LLC
~~9035 Grayland Drive, Apt. E~~ | C/O Gallo LLP | James Braden
~~Knoxville, TN 37923-4014~~ | ~~1299 Fourth St., Suite 505~~ | 4010 Granada
Undeliverable | ~~San Rafael, CA 94901-3031~~ | El Sobrante, CA 94803-1708
| (Served via email rgallo@gallo- |
| law.com) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 34 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| 1 | Aleksandar Slavkov | Bouckaert Tom | Brian Dankowski |
| 2 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | Henri Dunantlaan 20 box 502 9000 Gent | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ |
| 3 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Belgium ( Europe) Belgium, AK 1111-1112 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| 4 | Andy Lo | ~~C/O Gallo LLP~~ | Chaz Curtiss |
| 5 | ~~c/o Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ |
| 6 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| 7 | Ation, s.r.o. | Christopher Shaw | City and County of San Francisco |
| 8 | Tallerova 4 811 02 Bratislava | ~~c/o Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | Tax Collector Bureau of Delinquent Revenue |
| 9 | Slovak Republic | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | P.O. Box 7027 San Francisco, CA 94120-7027 |
| 10 | ~~Black Oak Computers~~ | David Govinder Hunt | David Matheu |
| 11 | ~~PO Box 19719~~ ~~South Lake Tahoe, CA 96151-0719~~ | ~~c/o Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | 727 Roughbeard Rd Winter Park, FL 32792-4518 |
| 12 | (Returned 10/29/16) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | |
| 13 | Bruce James Boytler | David Springer | Davide Cavion |
| 14 | 1014 37 ST SE APT.2 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | Via Breganze 72 36036 Torrebelvicino |
| 15 | Auburn, WA 98002-8749 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Vicenza, Italy |
| 16 | Christopher Goes | Derek Piper | EarthRise Trust |
| 17 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | William R. Gouger, Trustee PO Box 610 |
| 18 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Littleton, CO 80160-0610 |
| 19 | Craig Burke | Erik Voorhees | Evan L Greenwood |
| 20 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | 501 S. Van Buren Hugoton, KS 67951-2105 |
| 21 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | |
| 22 | David R. Henson | Frank Lachmann | Garrett Griffin |
| 23 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ |
| 24 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| 25 | F. Lambert | Alvaro Fraguas Jover | Gautam Desai |
| 26 | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ | ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ |
| 27 | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| 28 | | | |

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

Case: 14-30725   Doc# 516   Filed: 01/06/17   Entered: 01/06/17 16:28:42   Page 33 of 46

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Edgar Godoy<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Harmacolindor Informatikai Kft.<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Grigoriy "Greg" Yampolskiy<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Evan Lawrence Skreen<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Intervid FZ LLC (Lance Dixon)<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Hypertechnologie Ciara Inc.<br>Monty Rider<br>9300 TransCanada Highway<br>Saint-laurent, Quebec<br>Canada H4S 1K5 |
| Acacia NPU dba Cater2.me<br>345 E 93rd St. 19H<br>New York, NY 10128-5521 | Jamshed Dadachanji<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jack Dorr<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Hamilton Hee<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jason Plowman<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jarod Clark<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| I-PMart Network USA Ltd<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jeffrey Raymond Vongermeten<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jason Thor Hall<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| James Thomas<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Joseph William Baker<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Jeremy Ray Jones<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Jason Cameron Bond<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Justin Bronder<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Joshua Dorman<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Jeffrey Bradian<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Law Yui Kwan<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Kjetil Larsen<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Jess Martn Alonso<br>C/ Federico Carlos Sainz de Robles<br>N15<br>7 Madrid Spain | Luis Guerrero<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Lee Ash<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |

610145840.3

| | | |
|---|---|---|
| Jon Michaelson<br>Kilpatrick Townsend & Stockton LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025-1022 | Matthew Michael McCormick<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Marcus Killion<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Joshua Vidana<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Maximilian N. Fischer and Gerald R. Fischer<br>Jon Michaelson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1080 Marsh Road | Mattia Baldinger<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Larry Han<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | MimoCloud Computing UG<br>Konradstr. 14<br>Aachen, CA 00-00<br>(Undeliverable) | Michael David Mantle<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Matthew Ford Silvia<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Osric Proctor Jr<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Nicholas Vincent Fusaro<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Max Avroutski<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Peter Lukas Bradley<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Otto Bubenicek<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Mike Deming<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Tanard Corporation (Kevin Michael Mahan) C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Peter Myers<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Osmany Barrinat<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Tim John McGough<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Thanh Lanh Tran<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |
| Pawel Pilecki<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Trevor Michael Watson<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Timothy G. Wong<br>195 Tenby Terrace<br>Danville, CA 94506-1273 |
| Sistemas Operativos Sanitarios C.A.<br>c/o Guido Ochoa<br>W Keith Fendrick, Esq. at Holland et al<br>100 North Tampa Street, Suite | Verne Paul Riley<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) | Tudor Ovidiu Vaida<br>C/O Gallo LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901-3031<br>(Served via email rgallo@gallo-law.com) |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| | | |
|---|---|---|
| Thomas Wingquist<br>3385 Larkspur Dr<br>Longmont, CO 80503-7524 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536-9365 | William Henry Smith<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Trent Nathan Park<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Ave, Suite 4100<br>Seattle, WA 98104-3100 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | ~~San Francisco Court Appointed Special~~<br>~~Advocates~~<br>~~2535 Mission Street~~<br>~~San Francisco, CA 94110~~<br>(Removed per recipient's request |
| David Mathue<br>18044 Saxony Lane<br>Orlando, FL 32820 | Anze Mazovec<br>Pod Rebrom 24<br>4264 Bohinjska Bistrica Slovenia | Martin Medeiros<br>11 Gilbert-Garneau Gatineau<br>Quebec J8T 4A7 Canada |
| Kelly Meese<br>[email address not indicated on Sched Amend. F] | Cees Meijburg<br>300 Topsham Road Exeter Devon<br>EX2 6HG United Kingdom | ~~Amos Mengel~~<br>~~58 Raphael Rd~~<br>~~Winnellie Northern Territory~~<br>~~0820 Australia~~ |
| ~~Merkabahnk~~<br>~~19 Watchung Ave Loor 2~~<br>~~West Orange, NJ 07052~~<br>(Returned mail 5/14/15) | ~~Warren Miller~~<br>~~57 Dongola Road, First Floor Flat~~<br>~~London N17 6EB~~<br>~~United Kingdom~~<br>(Returned 11/03/16) | Ahmed Minhaj<br>11410 Nagel St<br>Hamtramck, MI 48212 |
| Joaquin Mellado Miranda<br>[email address not indicated on Sched Amend. F] | Bo Molai<br>[email address not indicated on Sched Amend. F] | Jose Morales<br>[email address not indicated on Sched Amend. F] |
| Charles Mosner<br>28 Avenue des Chalets<br>1180 Bruzelles, Belgium | Florian Mueller<br>[email address not indicated on Sched Amend. F] | Victor Munoz<br>Condor 1107, Depto 1402<br>Santiago 8330419<br>Chile |
| Albert Navarry<br>Calle Entenza num. 239 piso 4 puerta 2 08029 Barcelona<br>Barcelona Spain | Alex Neth<br>[email address not indicated on Sched Amend. F] | Jimson Ngo<br>Suite 1213, 3620 Kaneff Crescent<br>Mississauga, Ontario<br>L5A 3X1 Canada |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Julian Noble<br>[email address not indicated on Sched Amend. F] | Nicholas Jaffe<br>14 Gundawarra Street<br>Lilli Pilli New South Wales<br>2229 Australia | Zhou, Wie<br>[email address not indicated on Sched Amend. F] |
| Zifon, Toshiya<br>[email address not indicated on Sched Amend. F] | Zizka, Andreas<br>Fasangartengasse 1 1130<br>Vienna, Austria | Zizka, Jochen<br>Fasangartengasse 1 1130<br>Vienna, Austria |
| Zheng, Chris<br>[email address not indicated on Sched Amend. F] | ~~Zepeda, Manuel~~<br>~~2310 Westgate Rd~~<br>~~Unit 14~~<br>~~Santa Maria, CA 93455~~<br>(Returned mail 5/4/15) | Yotov, Tsvetomir<br>[email address not indicated on Sched Amend. F] |
| Yap, Jet<br>[email address not indicated on Sched Amend. F] | Xu, Zhengxian<br>Guangzhou, 12A2F, 9 Street,<br>Butterfly Garden, QIFU XINCUN<br>Panyu District, China 511495<br>Guangdon | Wu, Gonbo<br>[email address not indicated on Sched Amend. F] |
| Wrablewski, Ryszrd<br>Sportowa 17 55-003<br>Ratowice, Poland | Workbridge Associates<br>10 S LaSalle St #1330<br>Chicago, IL 60603 | ~~Wiesman, Jazz~~<br>~~2031 SE 38th Ave~~<br>~~Portland, OR 97214~~<br>Undeliverable |
| ~~Weinderg, Donald~~<br>~~4010 Oak Circle~~<br>~~Boca Raton, FL 33431~~<br>(Returned Mail 5/15/15) | Wang, Hamilton<br>No. 101, Songjiang Road, Floor 11<br>Taipei City Zhongshan District 104<br>Taiwan | ~~Wang, George~~<br>~~1707 2008 Madison Ave.~~<br>~~Burnaby, British Columbia~~<br>~~V5C 6T5 Canada~~<br>(Undeliverable) |
| Wagner, Marcel<br>Beutelsdorf 39a<br>07407 Uhlstaedt-Kirchhasel<br>Germany | Vykoukal, Ferdinand<br>Calle Alonso Heredia 6<br>Madrid, Spain 28028 | Vorac, Oldrich<br>10 Gort a Lin John Street Dingle Kerry<br>Kerry, Republic of Ireland |
| Vermaat, L.J.<br>Kanaalweg 81 3041JE<br>Rotterdam, Netherlands | ~~Vela, Allan~~<br>~~19 Rocks Rd~~<br>~~Redlynch Queensland 4870~~<br>~~Australia~~<br>(prefers notice via email) | Vasquez, Raul<br>[email address not indicated on Sched Amend. F] |
| ~~Van Vuuren, Henco Janse~~<br>~~71 Louis Both Ave Roodepoort~~<br>~~Gauten 1734 South Africa~~<br>(Returned 10/03/16) | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second Floor<br>Delhi, Delhi 110024 India | Turygin, Ivan<br>[email address not indicated on Sched Amend. F] |

Case: 14-30725    Doc# 516    Filed: 01/06/17    Entered: 01/06/17 16:28:42    Page 39 of 46<br>610145840.3

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Tucker, Matt<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303 | Tooley, Marc<br>[email address not indicated on Sched Amend. F] | Tipple, Peter<br>30 St Andrews Terrace Ashington Northumberland NE63 DR United Kingdom |
| Tilkin, Servaas<br>Bloemenplein 9 2200 Herentals Belgium | Thomas, Bryce<br>330 Clareview Station Drive NW<br>Unit 1420<br>Edmonton, Alberta<br>T5Y 0E6 Canada | Teo, Albert<br>Unit 17, 7730 6th Street<br>Burnaby, British Columbia<br>V3N 4S3 Canada |
| Teltarif.de<br>Falko Hansen-Hogrefe<br>Brauweg 40<br>37073 Gottingen, Germany | Ernst, Sven<br>Alte Weingartener Str. 1<br>76227 Karlsruhe Germany | Feler System Integration<br>Joerg Feler Buhrowstr 20a EORD<br>Nr DE832084235955060<br>12167 Berlin Germany |
| Endres, Alexander<br>An der Halde 18 87471<br>Durach Germany | ~~Fetterly, Christopher~~<br>~~9603 78th Avenue NW~~<br>~~Edmonton, Alberta~~<br>~~T6C 0P2 Canada~~<br>Undeliverable | Franko, Janez<br>[email address not indicated on Sched Amend. F] |
| ~~Jensy Fernandez~~<br>~~12 Diamond St, Apt 19~~<br>~~Lawrence, MA 01843-2049~~<br>Undeliverable | Galburt, Gamain Jean<br>3 Rue de la Belle Meuniere<br>28190 Saint-George-sur-Eure,<br>France | Gallegos, Matt<br>[email address not indicated on Sched Amend. F] |
| Froud, Dominic<br>The Workshop \| Lodge Farm<br>The Heywood<br>Diss Norfolk, CA 00000-0000 | Gladden, David<br>[email address not indicated on Sched Amend. F] | Glocovs, Aleksandrs<br>119 Adelaide Grove<br>London W12 OJH United Kingdom |
| Gamborino, Joah<br>Carrer Esteve Dolsa N29<br>Andorra la Vella AD500<br>Andorra | Greinier, Michael<br>49 Pennsylvania Ct<br>Morton, IL 61550 | Halley, Zach<br>Fieldstone Tramore Co.<br>Waterford, Ireland |
| Handler, Dan<br>[email address not indicated on Sched Amend. F] | Harnett, Dane<br>18 Sallows Street<br>Alex Hills Queensland<br>4161 Australia | Harris, Peter<br>538 Birmingham Road<br>Bromsgrove, Worcester<br>England B61 0HT United Kingdom |
| Hazlehurst, Harry<br>22 Bewley Road Angmering<br>Littlehampton West Sussex<br>BN16 4JL United Kingdom | Henderson, Reginald<br>[email address not indicated on Sched Amend. F] | Hennequin, Franck<br>42 Avenue De L'arche<br>Apartment 33<br>92400 Courbevoie France |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

| | | |
|---|---|---|
| Henriksen, Tore<br>Lystheia 18 4817<br>His Norway | Hu, Wenxie<br>Room 2113-5,21<br>Landmark North, 39 Lung Sum Ave.<br>Hong Kong | ~~Huyang, Kevin~~<br>~~52 Albright Crescent~~<br>~~Richmond Hill, Ontario~~<br>~~L4E 4Z4 Canada~~<br>(Returned mail 5/15/15) |
| Huber, Beat<br>Badenerstrasse 881<br>8048 Altstetten Switzerland | Huckvale, Stephen<br>55 Thornbury Road<br>Walsall, West Midlands WS2 8JJ<br>United Kingdom | Hui, Lin Cheng<br>[email address not indicated on Sched Amend. F] |
| Ino, Yasuo<br>1-1-1-808 Minami-kasai Edogawa-ku<br>Tokyo | Islamov, Timur<br>[email address not indicated on Sched Amend. F] | Jacos, Peter<br>[email address not indicated on Sched Amend. F] |
| ~~James Lowry, LLC~~<br>~~400 E College, Ste. A~~<br>~~Roswell, NM 88201~~<br>Undeliverable | Jang, Lewiss<br>[email address not indicated on Sched Amend. F] | Janke, Larson<br>Unit 1 / 284 Barkers Road<br>Hawthorn Melbourne Victoria 3122 Australia |
| Jelle, Maes (BVBA)<br>Meerledorp 36/1<br>2328 Meerle<br>Belgium | ~~JK Internet Solutions Partner~~<br>~~Sebastianstr, 2 47055 Duisburg~~<br>~~Germany~~<br>(Returned Mail 6/10/15) | Johnson, Darwin<br>[email address not indicated on Sched Amend. F] |
| Juez, Alejandro Besada<br>Adolfo Perez Esquivel 3. ofi 11<br>28323<br>Las Rozas de Madrid<br>Madrid, Spain | Klien, Oliver<br>Zeller Str 17 73271 Holzmaden<br>Germany | ~~Komissarov, Aleksandr~~<br>~~Fortunatovskaya St. 31/35~~<br>~~Apartment 67~~<br>~~Moscow 105187 Russia~~ |
| Kondrat'ev, Ivan<br>13 Parkovaya 16-2-8<br>MoscowMoscow 105077 Russia | Kovach, Kenneth<br>PO BOX 951<br>Golden, British Columbia<br>V0A1H0 Canada | Kozachenko, Igor<br>2124 Kittredge Street #108<br>Berkeley, CA 94704 |
| Kravchik, Oren<br>900 Steeprock Drive<br>Downsview, Ontario<br>M3J 2X2 Canada | Laron, Etamar<br>[email address not indicated on Sched Amend. F] | Le, Dat<br>22 Golden Gate Bay Winnipeg<br>Manitoba R3J |
| ~~Lehming, Tim~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable | Lehrer, Mark<br>[email address not indicated on Sched Amend. F] | Leong, Matthew<br>Suite 7 / Level 2<br>73 Little Ryrie St.<br>Geelong Victoria 3220 Australia |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY

610145840.3

Listener Approved, LLC
[email address not indicated on
Sched Amend. F]

Luecke, Christian
FM Parker Brady Rembradtweg
378
1181HC Amstelveen Netherlands

~~Malinen, Juri~~
~~Vaasankatu 14B D5 04410~~
~~Jyvaskyla, Finland~~
(Returned mail 5/4/15)

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

~~Michael Mathias~~
~~Waldhofer Str. 102~~
~~69123 Heidelberg Germany~~
(Returned 11/14/16)

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Montague, Paul
301 Anthony Rolfe Ave
Gungahlin
ACT 2912
Australia

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

~~Arberg, Lars~~
~~Skalbakken 17 2720~~
~~Vanlose, Denmark~~
(Returned Mail 6/15/15)

~~Armatys, Zbigniew~~
~~Interaktywny Powiat Tarnowski~~
~~Zbignew A~~
(Returned mail 5/13/15)

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned mail 4/28/15)

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

~~Beckwith, Ted~~
~~Computer G~~
~~8218 Grimchester~~
~~Converse, TX 78109~~

Undeliverable

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

~~Benoit, Bergie~~
~~8 Rue Anatole France~~
~~92000 Nanterre France~~
Undeliverable

~~Biggin, Shawn~~
~~13370 140 Street NW~~
~~Edmonton, Alberta, Canada T5L~~
~~2E3~~
undeliverable

Castro, Damian
1 Clive House Union Grove SW8
2RA United Kingdom

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

Carroll, James
1505 Westheimer Road
Houston, TX 77006

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

|  |  |  |
|---|---|---|
| 1 | Chan, Hing tat | ~~Carver, Dain~~ | Conangla, Xavier |
| 2 | No 38/21/F Russell Street | ~~240 Maritime Ave~~ | 350, 4a Planta 08019 |
|  | Soundwill Plaza Causeway Bay | ~~White Plains, NY 10601~~ | Barcelona, Spain |
| 3 | Hong Kong Island | (Returned 11/07/16) |  |
|  | Hong Kong |  |  |

| 1 | Chan, Hing tat | ~~Carver, Dain~~ | Conangla, Xavier |
|---|---|---|---|
| No 38/21/F Russell Street | ~~240 Maritime Ave~~ | 350, 4a Planta 08019 |
| Soundwill Plaza Causeway Bay | ~~White Plains, NY 10601~~ | Barcelona, Spain |
| Hong Kong Island | (Returned 11/07/16) | |
| Hong Kong | | |

Crockford, Andrew / Chan, Jeremy / Day, Jonathan
1 Elphistone Road Christchurch Dorset / 28A Jalan Medan Ipoh 9 Bander Baru / 8 Mahara Apartments, Upper Kings Cliff
BH23 5LL United Kingdom / Medan / St. Helier, Jersey JE23GP
Ipoh Ipoh 31400 Malaysia

Davies, Aneurin / Cordova, Luis / Ramos, Dominic
Flat 4, 2 Thoroid Road / San Jose de los Olleros Mz F1 Lote 34 / Weizackerstrasse 17
Southhampton Hampshire / Urb. Las Lomas de la Molina Lima / 8405 Winterhur, Switzerland
SO18 1JB United Kingdom / Lima 12 Peru

Pushkin, Sergey / Reed, Mari / Riedel, Wolfgang
Oleynikova 33 Krasnoyarsk / 200 Yorkshire Way / Wilmersdorfer Str.3 D-14959
Russian Federation 660050 / Mountville, PA 17554 / Trebbin Germany
Russia

Rebeyrat, Olivier / Santos, Michel / ~~Schildknecht, Timo~~
531 Chemin du Lac Millette / 7620 Old Georgetown Rd, Apt 723 / ~~APDO 10034 Can Ramell~~
St-Sauveur, Quebec / Bethesda, MD 20814 / ~~07819 Jesus, Ibiza Baleares~~
JOR 1R5 Canada / / ~~Spain~~
/ / Undeliverable

Samios, Nicholas / ~~Sattler, Detlef~~ / Starr, Daniel
3 /1 4 Ogilvie Road Unit / ~~Austr. 18 53604 Bad Honnef~~ / d o NCIT 14 Industrial Drive Unite 2
Mount Pleasant Western Australia / ~~Germany~~ / Coffs Harbour, New South Wales 2450 Australia
/ Undeliverable

Schicker, Florian / ~~Sorenson, Marcus~~ / Schwarz, Viktor
Fernkorngasse 10/3/501 / ~~4960 Shadow Wood Dr~~ / Tobelmuhlestrasse 5
1100 Vienna, Austria / ~~Lehi, UT 84043~~ / 7270 Davos Platz
/ Undeliverable / Switzerland

Sim, Sylvia / Simpson, Craig / Stoychev, Ivo
l-P Mart Network Adn Bhd Lot 2975 / 10a Murley Road Bournemouth Dorset / Simeonovo District 25,'197' street
Plot 6, Blk 10, 3rd Miles Jalan Tun / BH9 1NS United Kingdom / Vitosha Park, Sofia Bulgaria 1434
Ahmad Zaidi Adruce Kuching / / Bulgaria
Sarawak 93150

~~Tanaka, Hideyuki~~ / Suter, Heinz / ~~John Skrodenis~~
~~Koishikawa 1 2 5, Forecity~~ / Rickenbachstrasse 104 6430 / ~~97 S. Second St., #175~~
~~Korakuen 1002~~ / Schwyz, Switzerland / ~~San Jose, CA 95113~~
~~Bungkyo Ku, Tokyo to 112 0002,~~ / / Undeliverable
~~Japan~~
(Returned 10/15/16)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 43 -

| | | |
|---|---|---|
| 1 | | |

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

Tim Wong
195 Tenby Terrace
Danville, CA 94506

~~Edward DeCastro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~
Undeliverable

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

Monica Hushen
62 Esparito Place
Fremont, CA 94539

~~Jose Santos~~
~~35 Wycliffe Road Bourmermouth~~
~~Dorset~~
~~BH9 1JS United Kingdom~~
Underliverable

Irwin Ahmad
44 Jalan Hillview Utama
Off Jalan Ulu Klang,
Malaysia
Ampang, KS 68000

~~HashFast LLC~~
~~100 Bush Street #650~~
~~San Francisco, CA 94104-3932~~
(Returned mail 11/17/2014)

~~Nationstar Mortgage LLC~~
~~Pite Duncan, LLP~~
~~c/o Gregory P. Campbell~~
~~4375 Jutland Drive, Suite 200~~
~~P.O. Box 17933~~
~~San Diego, CA 92177-7921~~
(Returned Mail 5/27/15)

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Alexey Minchenkov
Asafeva St 2-1-60, St Petersburg,
Russia
St Petersburg, AK 194-356

American InfoSource LP as agent
for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aaron Collins
21851 Schieffer rd
Colton, OR 97017-9400

Cypher Enterprises, LLC
Attn: Robert Bogdanowicz III
Deans and Lyons LLP
325 N. Saint Paul St., #1500
Dallas, TX 75201-3891

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
(Duplicate from 14-30725)

Brian C Connelly
22601 Asheville Highway
Landrum, SC 29356-9633

~~Sandgate Technologies~~
~~595 Fellowship Road~~
~~Chester Springs, PA 19425-3618~~
(Duplicate from 14-30725)

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

UBE Enterprises
7425 CREEK RD.
SANDY, UT 84093-6152

Paul Dolak
P.O. Box 590276
San Francisco, CA 94159-0276

Nathan Wallace
3836 Tamarisk Court
South Jordan, UT 84095-4181

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725    Doc# 516    Filed: 01/06/17    Entered: 01/06/17 16:28:42    Page 44 of 46

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Thomas Schortmann<br>3 Village Green N<br>STE 448<br>Plymouth, MA 02360-8803 | Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230-4523 | Pete Morici<br>800 Fifth Avenue, Suite 4100<br>Seattle, wa 98104-3100<br>(Returned Mail 9/19/2014) |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104-3100 | TimeFire, Inc.<br>Eric W. Benisek, Esq.<br>Vasquez Benisek & Lindgren<br>3685 Mt Diablo Blvd #300<br>Lafayette, CA 94549-6833 | Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166 |
| Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl.<br>Los Angeles, CA 90067-3012 | Zhongwei Ni<br>41-70 Main St B3-182<br>Flushing, NY 11355-3823 | Grant Pederson<br>12538 Botanical Ln<br>Frisco, TX 75035-0433<br>(Duplicate from 14-30725) |
| Accountemps of Robert Half<br>Attn: Karen Lima<br>P.O. Box 5024<br>San Ramon, CA 94583-5024 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br>(Duplicate from 14-30725) | Monsoon Company, Inc.<br>1714 Franklin St. #100-142<br>Oakland, CA 94612-3488<br>(Duplicate from 14-30725) |
| Jetmir Celaj<br>1740 Mulford Ave. 7G<br>Bronx, NY 10461-4321<br>(Duplicate from 14-30725) | Kevin Krieger<br>4230 Northwest Point Dr.<br>House Springs, MO 63051-4302<br>(Duplicate from 14-30725) | Rajpreet Ahluwalia<br>20338 102nd Ave SE<br>Kent, WA 98031-5500<br>(Duplicate from 14-30725) |
| Paul Erickson<br>10 N Livingston #405<br>Madison, WI 53703-2347 | Perkins Coie LLP<br>Douglas R. Pahl<br>1120 NW Couch St., 10th Fl.<br>Portland, OR 97209-4128 | Davide Cavion<br>c/o Nancy Weng Trinh Law<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 |
| Hindley & Henderson<br>Law Office of R. Hindley<br>718 Orchard Street<br>Santa Rosa, CA 95404-3739 | U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>(94102)<br>Mail Box 36099<br>San Francisco, CA 91402-3428 | Luecke, Christian<br>FM Parker Brady Rembradtweg 378<br>1181 HC Amsteleveen Netherlands<br>(Returned 10/19/16) |
| Sylvia Sim<br>Pmart Network Sdn Bhd Lot 2975,<br>Plot 6<br>(Returned 10/26/16) | Stephen Huckvale<br>55 Thorbury Rd<br>Walsall West Midlands<br>(Returned 10/31/16) | Ryszard Wroblewski<br>PO Box 7912<br>Wilmington, DE 19803-0912<br>(Returned 10/31/16) |
| Craig Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Dr., #700<br>Costa Mesa, CA 92626-7122<br>(Returned 11/05/16) | Glenn Hendrick, Bitminer<br>Bitminer 128 223 Pameto Rd<br>Nokomis, Fl 34275-3917<br>(Returned 11/07/16) | Peter Tipple<br>30 St. Andrews Terrace Ashington<br>Northumb<br>(Returned 12/1/16) |

- 45 -

| | | |
|---|---|---|
| 1 | Scottsdale Insurance Company<br>c/o Joseph M. Lipps | Scottsdale Insurance Company<br>Attention: Claims Manager | Scottsdale Insurance Company<br>8877 North Gainey Center Drive |
| 2 | Bailey Cavalieri LLC<br>One Columbus | 7 World Trade Center, 37th Floor<br>250 Greenwich Street | Scottsdale, Arizona 85258 |
| 3 | 10 W. Broad St., Ste. 2100<br>Columbus, OH 43215 | New York, NY 10007 | |

Scottsdale Insurance Company
c/o Joseph M. Lipps
Bailey Cavalieri LLC
One Columbus
10 W. Broad St., Ste. 2100
Columbus, OH 43215

Scottsdale Insurance Company
Attention: Claims Manager
7 World Trade Center, 37th Floor
250 Greenwich Street
New York, NY 10007

Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, Arizona 85258

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 46 -

Case: 14-30725    Doc# 516    Filed: 01/06/17    Entered: 01/06/17 16:28:42    Page 46 of
46
610145840.3