1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA  90025-0509
   Telephone:     310.820.8800
4  Facsimile:     310.820.8859
   Email:         amcdow@bakerlaw.com
5                 mdelaney@bakerlaw.com

6  Attorneys for MICHAEL G. KASOLAS,
   Trustee of the Hashfast Creditor Trust

7

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11 | In re | Lead Case No.: 14-30725 DM |

12 | HASHFAST TECHNOLOGIES, LLC, a | Jointly Administered and Substantively |
13 | California limited liability company, | Consolidated with: |

14 |          Debtor and Debtor in Possession. | Case No.: 14-30866 DM |

15 | ———————————————— | Chapter 11 |

16 | x  Affects HASHFAST LLC, a Delaware | **RESPONSE TO REQUEST FOR** |
   |    limited liability company, | **CONSIDERATION OF OBJECTION TO** |
17 |          | **CLAIM FILED BY DYLAN HALL** |
   |          Debtor and Debtor in Possession. | |
18 |          | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

19

20 **TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY**

21 **JUDGE:**

22         Michael G. Kasolas (the "Trustee"), the duly appointed, qualified and acting trustee for

23 the Hashfast Creditor Trust (the "Trust"), hereby submits the within response (the "Response") to

24 the *Request for Consideration of Objection to Claim* (the "Request") [Docket Entry ("D.E.") 508]

25 filed by Dylan Hall (the "Claimant").  In support of this Response, the Trustee respectfully

26 submits as follows:

27 / / /

28 / / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

RESPONSE TO REQUEST FOR CONSIDERATION OF OBJECTION TO CLAIM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# I.   BACKGROUND

1.   On or about May 9, 2014 (the "Petition Date"), certain petitioning creditors filed an involuntary chapter 7 petition against Hashfast Technologies LLC ("HFT") in the above-referenced bankruptcy court (the "Bankruptcy Court").[1]  On or about June 4, 2014, the case was converted to a case under chapter 11 of the Bankruptcy Code,[2] and on or about June 30, 2014, an order for relief was entered with respect to HFT.  Thereafter, on or about June 6, 2014, Hashfast LLC ("HF") filed a voluntary chapter 11 petition in the Bankruptcy Court.  On or about September 29, 2014, the Bankruptcy Court entered an order substantively consolidating the bankruptcy estates (the "Estates") of HFT and HF (together, the "Debtors").

2.   On or about August 25, 2014, the Claimant filed proof of claim 146-1 (the "POC") in the HFT bankruptcy case.[3]  A true and correct copy of the POC is attached to the Declaration of Michael T. Delaney as **Exhibit A** and incorporated herein by reference.  Shortly thereafter, on or about August 25, 2014, the Claimant filed proof of claim 146-2 (the "Amended POC") in the HFT bankruptcy case—thereby amending the POC.[4]  A true and correct copy of the Amended POC is attached to the Declaration of Michael T. Delaney as **Exhibit B** and incorporated herein by reference.  By and through the Amended POC, the Claimant asserts a claim against the HFT bankruptcy estate, and, by extension, the Trust, in the amount of $7,999.25 (the "Claim Amount") on account of an alleged "Deposit for Unfulfilled Purchase."  *See* Ex. B, at p. 1.  The Claim Amount is comprised of a general unsecured claim in the amount of $5,224.25 and a priority unsecured claim pursuant to section 507(a)(7) in the amount of $2,775.00.  *Ibid.*

---

[1] The Trustee requests that the Court take judicial notice of all filings in the HFT bankruptcy case as well as all other documents on file with the Court relating to this matter, including, without limitation, the POC, Amended POC, Claim Objection, and Request, pursuant to Rule 201 of the Federal Rules of Evidence.

[2] "Bankruptcy Code" refers to title 11 of the United States Code (11 U.S.C. § 101, *et seq.*).  Unless otherwise noted, any references to "section ___" contained herein refer to the specified sections of the Bankruptcy Code.

[3] As discussed *infra*, it is unclear whether Dylan Hall or Geeks on Wheels is the proper claimant; accordingly, any and all references to Dylan Hall as the claimant are not intended to be an admission as to the identity of the claimant.  The Trust reserves all rights with respect to the true identity of the proper claimant.

[4] It is unclear whether the Claimant was represented by counsel in preparing the POC and Amended POC or is currently represented by counsel.  Notwithstanding, it appears that the Claimant was unrepresented at the time he filed the POC and Amended POC in light of the fact that he personally executed the POC and Amended POC and listed himself as the recipients for notice.  Additionally, it appears that the Claimant is currently unrepresented given the informal nature of the Request and comments made by the Claimant therein.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3.      On or about November 30, 2015, the Trustee filed the *Liquidating Trustee's Sixth Omnibus Objection to Claim (Disallowance of Claims for Lack of Evidence of Priority)* (the "Claim Objection") [D.E. 408]. The Amended POC is subject to the Claim Objection. *See* D.E. 408, at p. 2; *see also* D.E. 408-2, at pp. 14-16.[5] In short, by and through the Claim Objection, the Trustee objects to the characterization of a portion of the Claim Amount as a priority unsecured claim pursuant to section 507(a)(7). *Ibid.* The Trustee seeks entry of an order characterizing the entire Claim Amount as a general unsecured claim. *Ibid.* In preparing the Claim Objection, the Trustee utilized the Court-approved form for objecting to proofs of claim. *Ibid.*

4.      On or about November 30, 2015, the Trustee served Claimant with a copy of the Claim Objection in accordance with Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[6] as modified by Bankruptcy Local Rule 9014-1. *See* D.E. 410, at p. 18. The Claim Objection states that the Trustee objects to the Amended POC because the Amended POC "fails to assert grounds for priority" and the Amended POC "is related to a business related purchase and, thus, is not entitled to priority under 507(a)(7)." *See* D.E. 408-2, at p. 14. The Claim Objection also states that the Trustee seeks an order allowing the Claim Amount in full as a general unsecured claim. *Ibid.* The Claim Objection further provided notice of the opposition deadline (21-days after the filing of the Claim Objection or December 21, 2015) and means for submitting an opposition to the Claim Objection. *Ibid.* The Claimant failed to file a timely opposition to the Claim Objection.

5.      On or about December 5, 2016, the Claimant filed the Request.[7] *See* D.E. 508. Therein, the Claimant requests that the Court order the Trustee to renotice all claim objections due to the fact that twenty-one (21) days provides insufficient time for a creditor to respond to a claim objection and the Court-approved form contains "incomprehensible" "legal-ease". *Id.* at p.

---

[5] For ease of reference, true and correct copies of pages 14 through 16 of D.E. 408-2 are attached to the Declaration of Michael T. Delaney as **Exhibit C** and incorporated herein by reference.

[6] Unless otherwise noted, any reference to "rule ____ " contained herein refers to the specified rule of the Bankruptcy Rules.

[7] In an effort to resolve any questions or concerns the Claimant may have regarding the Claim Objection, the Trustee has attempted to contact the Claimant on multiple occasions via email and telephone through counsel. The Claimant, however, has yet to respond.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1. Notably, through the Response, the Claimant does not oppose the request to characterize the entire Claim Amount as a general unsecured claim. *See, generally*, D.E. 508.

## II.    DISCUSSION

For the reasons set forth below, he Trustee respectfully requests that the Court sustain the Claim Objection and characterize the full Claim Amount as a general unsecured claim.

### A.    Notice Of The Claim Objection Was Proper

Rule 3007(a) of the Bankruptcy Rules governs service of an objection to the allowance of a claim. More precisely, Rule 3007(a) requires the objecting party to serve a copy of the objection on the subject claimant, among others, and provide notice of the deadline to oppose disallowance of the subject claim. *See* Fed. R. Bankr. P. 3007(a). On or about November 30, 2015, the Trustee served the Claimant with a copy of the Claim Objection via first-class U.S. Mail, postage prepaid, at the address listed on the Amended POC for the provision of notice. *See* D.E. 410. As provided on the Court-approved form, "any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of this notice…." *See* D.E. 408-2, at p. 14. Accordingly, the Trustee respectfully submits that notice of the Claim Objection was due and proper.

### B.    The Response Constitutes An Untimely Opposition

The Response constitutes an untimely opposition to the Claim Objection. The Trustee filed and served the Claim Objection on or about November 30, 2015. *See* D.E. 408-2, at p. 14; *see also* D.E. 410. Accordingly, any opposition to the Claim Objection was due on or before December 21, 2015. The Claimant failed to file the Response until December 5, 2016—nearly one year after the deadline to file an opposition to the Claim Objection. Accordingly, the Court should disregard the Response as an untimely opposition.[8]

---

[8] Additionally, the Request does not contain a request for hearing and, thus, the Trustee respectfully submits that this matter may be determined without any hearing.

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**C.** **The Claim Objection Clearly States The Bases For The Objection And The Procedure For Opposing The Claim Objection**

By and through the Response, the Claimant contends that the Claim Objection contains incomprehensible "legal-ease" that impaired his ability to submit a timely opposition to the Claim Objection. *See* D.E. 508, at p. 1. In preparing the Claim Objection, the Trustee utilized the Court-approved form, which contains little, if any, legalese. *See* D.E. 408-2, at pp. 14-16. To the contrary, the Claim Objection sets forth the bases for the objection and the relief requested in plain English. To be clear, the Claim Objection provides:

> The basis for the objection is that the claim … fails to assert grounds for priority … [and the] Claim is related to a business related purchase and, thus, is not entitled to priority under [section] 507(a)(7).
>
> The Objecting Party will ask the Court to enter an Order providing that the claim is … allowed as an unsecured claim in the amount of: $7,999.25.

D.E. 408-2, at p. 14. The Claim Objection also clearly describes the procedure for opposing the Claim Objection and the adjudication of the Claim Objection if an opposition is filed. More precisely, the Claim Objection provides as follows:

> **NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

*Ibid.* Accordingly, the language utilized in the Claim Objection does not forgive the failure to file a timely response or warrant the relief the Claimant requests—namely, that the Trustee renotice all claim objections, which would cost the Estates hundreds, if not thousands, of dollars to accomplish.

**D.** **Twenty-One Days To Respond To The Claim Objection Is Reasonable**

The Claimant also contends that twenty-one (21) days is not a reasonable amount of time to respond to the Claim Objection. *See* D.E. 508, at p. 1. The Trustee did not arbitrarily establish

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

the deadline to file an opposition to the Claim Objection. To the contrary, the deadline to respond to any claim objection is established by Bankruptcy Local Rule 9014-1. *See* B.L.R. 9014-1(b)(3)(A). The Trustee respectfully submits that twenty-one (21) days provides a sufficient opportunity to respond to the Claim Objection, which consists of a one-page objection on a Court-approved form and a copy of the Claimant's proof of claim. *See* D.E. 408.

**E.     The Claimant Lacks Standing To Request Relief On Behalf Of Other Parties**

By and through the Response, the Claimant requests that the Court order the Trustee to reserve notice of any and all claim objections on all affected creditors and include a specific note indicating "Your Action Required." *See* D.E. 508, at p. 1. The Claimant, however, lacks prudential standing to present arguments or request relief on behalf of any other creditors or claimants. *See Hasso v. Mozsgai (In re La Sierra Fin. Servs., Inc.)*, 290 B.R. 718, 727 (B.A.P. 9th Cir. 2002), *citing Bennett v. Spear*, 520 U.S. 154, 162, 117 S.Ct. 1154, 137 L.Ed.2d 281 (1997). Accordingly, to the extent the Claimant requests relief on behalf of other claimants, the request must be disregarded due to lack of standing.[9] Additionally, with respect to the Claimant, the Claimant has received service of the Claim Objection; thus, no further notice is warranted.

**F.     Characterization Of The Entire Claim Amount As A General Unsecured Claim Is Warranted**

Section 507(a)(7) grants priority treatment to "allowed unsecured claims of individuals, to the extent of $2,775.00 for each such individual, arising from the deposit, before the commencement of the case, of money in connection with the purchase, lease, or rental of property, or the purchase of services, for the personal, family, or household use of such individual, that were not delivered or provided...." 11 U.S.C. § 507(a)(7). The Claimant bears the burden of proving by a preponderance of the evidence that the his claim is entitled to priority under section 507(a)(7). *See In re Loader*, 406 B.R. 72, 76 (Bankr. D. Idaho 2009), *citing In re Holm,* 931 F.2d 620, 623 (9th Cir.1991). The Claimant has failed to do so.

---

[9] Additionally, in contravention of the Claimant's assertion in the Request, numerous creditors filed responses to the claim objections filed by the Trust.

As a preliminary matter, it is unclear whether the Amended POC is asserted by the Claimant or Geeks on Wheels. The POC and Amended POC identify the Claimant in association with Geeks on Wheels, a "Computer Networking and Repair Task Force". *See* Geeks on Wheels Website Home Page, *available at www.geeks-on-wheels.net* (last visited Jan. 5, 2017).[10] Additionally, the contact information listed on the POC and Amended POC is for Geeks on Wheels, not the Claimant in an individual capacity. More precisely, the POC and Amended POC list the address for service of notices as Dylan Hall, Geeks on Wheels, 47 Halstead Ave., Suite LL1, Harrison, NY 10528, which is the business address for Geeks on Wheels. *See* Exs. A, B and D. The POC and Amended POC list the phone number for any notices as (914) 562-1800, which is the phone number listed on the Geeks on Wheels Website Home Page. *See Ibid.* Additionally, the POC and Amended POC list dfhall@geeks-on-wheels.net as the email address for the provision of notices. *Ibid.* The website for Geeks on Wheels is www.geeks-on-wheels.net. Accordingly, it appears that the email provided is the work email for the Claimant as opposed to a personal email address. Similarly, the purchase orders attached to the POC and Amended POC identify the Claimant in connection with the Geeks on Wheels. The foregoing indicates that the claim underlying the Amended POC may not be that of an individual. In any event, it is clear that the Claimant has not established by a preponderance of the evidence that he purchased the subject Bitcoin mining computers in his individual capacity.[11]

Similarly, the Claimant has failed to provide any evidence suggesting that the underlying equipment relates to a "personal, family, or household use," as is required under section 507(a)(7). Rather, the only evidence submitted by the Claimant relates to the placement of the subject order and payment of the invoice. *See* Exs. A and B. The Trustee respectfully submits that Bitcoin mining computers are not items used in a personal capacity. To the contrary, Bitcoin mining computers are solely suited for use in the course of a business, which is generally defined

---

[10] For ease of reference, a true and correct copy of the Geeks on Wheels Website Home Page is attached to the Declaration of Michael T. Delaney as **Exhibit D** and incorporated herein by reference.

[11] In addition to the issues pertaining to priority under section 507(a)(7), if the true claimant is Geeks on Wheels, the Claimant lacks the ability to present arguments on behalf of Geeks on Wheels and, thus, the Response should be disregarded out of hand. *See* B.L.R. 9010-1(a) ("A corporation, partnership, or any entity other than a natural person may not appear as a party in an adversary proceeding or a contested matter or as a debtor in a bankruptcy case except through counsel admitted to practice in this District.").

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

as "[a] commercial enterprise carried on for profit...." BLACK'S LAW DICTIONARY (10th ed. 2014). More precisely, Bitcoin mining is an activity carried on for profit—namely, obtaining Bitcoin, which is a form of cryptocurrency (i.e., digital money). As such, Bitcoin mining is the quintessential "a commercial enterprise carried on for profit" and, thus, deposits relating to the purchase of the necessary equipment do not for priority under section 507(a)(7). Accordingly, the Claimant is not entitled to claim any priority under section 507(a)(7).

Indeed, the Claimant does not dispute the Trustee's evaluation regarding the applicability of the section 507(a)(7). While the Request avers that the Court-approved form claim objection is incomprehensible and the deadline to oppose the Claim Objection established by the Bankruptcy Local Rules is unreasonably short, the Claimant does not submit any arguments regarding the applicability of section 507(a)(7) or the characterization of the entire Claim Amount as a general unsecured claim. Accordingly, it appears that the Claimant does not oppose the relief requested in the Claim Objection.

## III.    CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court enter an order (1) finding notice of the Claim Objection due and proper, (2) sustaining the Claim Objection in its entirety, (3) reclassifying the entire Claim Amount as a general unsecured claim, and (4) granting any further or additional relief the Court deems due or proper.

Dated:    January 11, 2017                     Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    /s/ Michael T. Delaney
       Ashley M. McDow
       Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 8 -

# DECLARATION OF MICHAEL T. DELANEY

I, Michael T. Delaney, hereby declare:

1.      I am an attorney duly admitted to practice before this Court. I am an associated with the law firm of Baker & Hostetler LLP, general insolvency counsel for Michael G. Kasolas, the trustee for the Hashfast Creditor Trust. I respectfully submit this declaration in support of the *Response to Request for Consideration of Objection to Claim* (the "Response"). Unless otherwise stated, all capitalized terms used herein shall have the same meaning as ascribed to them in the Response. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called as a witness, could and would competently testify to the same.

2.      A true and correct copy of proof of claim 146-1 filed in the HFT bankruptcy case is attached hereto as **Exhibit A**.

3.      A true and correct copy of proof of claim 146-2 filed in the HFT bankruptcy case is attached hereto as **Exhibit B**.

4.      True and correct copies of pages 14 through 16 of D.E. 408-2 from the HFT bankruptcy case are attached hereto as **Exhibit C**.

5.      On January 5, 2017, I visited the Geeks on Wheels website at www.geeks-on-wheels.net. A true and correct copy of the Geeks on Wheels Website Home Page is attached hereto as **Exhibit D**.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2017, at Los Angeles, California.



/s/ Michael T. Delaney
Michael T. Delaney

# EXHIBIT A

**B10 (Official Form 10) (04/13)**

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Hashfast Technologies LLC | Case Number:<br>14–30725 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

FILED

U.S. Bankruptcy Court
Northern District of California

8/25/2014

Edward J. Emmons, Clerk
COURT USE ONLY

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Dylan Hall

Name and address where notices should be sent:
Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528

Telephone number: 9145621800     email: dfhall@geeks–on–wheels.net

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____ *(If known)*
Filed on: _____

Name and address where payment should be sent (if different from above):

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:     email:

**1. Amount of Claim as of Date Case Filed:** $_____7999.25_____

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _Full amount of deposit for purchase_ (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** ___ | **3a. Debtor may have scheduled account as:**<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $_____
**Annual Interest Rate** (when case was filed) ___% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured:     $_____5224.25_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(_).

**Amount entitled to priority:**

$_____2775.00_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open–end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dylan Hall
Title:
Company:
Address and telephone number (if different from notice address above):

s/ Dylan Hall                    8/25/2014
(Signature)                      (Date)

Telephone number:          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Dylan Hall**

| | |
|---|---|
| **From:** | HashFast Technologies <sales@hashfast.com> |
| **Sent:** | Tuesday, November 26, 2013 5:41 PM |
| **To:** | Dylan Hall |
| **Subject:** | Your HashFast Technologies order from November 23, 2013 is complete |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #3345

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit 400 GH/s (Batch 4) | 2 | $3,000 |
| Baby Jet 400 GH/s (Batch 4) | 2 | $4,500 |

Thank you for your business. Please contact sales@hashfast.com, if you have any questions about your order. We will be sending you a confirmation of your purchase within the next few days.

| | |
|---|---|
| **Cart Subtotal:** | $7,500 |
| **Shipping:** | $499.25 via Next Day Air Saver (UPS) |
| **Order Total:** | $7,999.25 |

# Customer details

1

Case 14-30725   Claim 146-1 Part 2   Filed 08/25/14   Desc Attachment 1   Page 1 of 2
Case: 14-30725   Doc# 517   Filed: 01/11/17   Entered: 01/11/17 12:25:06   Page 13 of 35

**Email:** dfhall@geeks-on-wheels.net

**Tel:** 914-562-1800

# Billing address      Shipping address

Dylan Hall                           Dylan Hall
Geeks on Wheels              Geeks on Wheels
47 Halstead Ave              47 Halstead Ave
Suite LL1                          Suite LL1
Harrison, New York 10528      Harrison, New York 10528

Guaranteed Delivery Date: March 31, 2014.

 Your order is governed by the Terms of Sale found here:
https://hashfast.com/checkout/terms-of-sale/.  It includes additional terms and states our
policies regarding delivery, returns, warranties and refunds, in particular, under Section 3
and Section 7.  Buyer may cancel the portion of the order that remains undelivered by
Hashfast Technologies by the Guaranteed Delivery Date, and Hashfast will provide a
refund for such cancelled units.  This cancellation and refund is Buyer's sole and exclusive
remedy for Hashfast failing to deliver by a specific date.

If you have questions about your order, please contact customer service at sales@hashfast.com or call
+1(800) 609-3445. during pacific standard business hours (GMT-8).

2

**Dylan Hall**

| | |
|---|---|
| **From:** | HashFast Sales <sales@hashfast.com> |
| **Sent:** | Thursday, November 28, 2013 2:12 PM |
| **To:** | Dylan Hall |
| **Subject:** | Re: (Case 3300) Your HashFast Technologies order from November 23, 2013 is complete |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Dylan,

Thank you for following up with us and informing about your payment.

I take the opportunity to confirm you that your payment was received and the status of your order is complete and is anticipated to ship by mid February.

Should you have any additional questions or concerns please feel free to email us at sales@hashfast.com. We are happy to help!

Our Kindest Regards,

Rodrigo.

HashFast Sales

sales@hashfast.com

-----Original Message-----
From: "Dylan Hall" <dfhall@geeks-on-wheels.net>
Reply-To: "Dylan Hall" <dfhall@geeks-on-wheels.net>
Date: Tue, 26 Nov 2013 17:54:16 -0500
To: "HashFast Technologies" <sales@hashfast.com>
Subject: RE: Your HashFast Technologies order from November 23, 2013 is complete

>Thank you. What is the estimated ship date for these items?
>
>Best regards,
>
>Dylan Hall
>Senior IT Consultant
>Geeks on Wheels
>914-562-1800
>www.geeks-on-wheels.net<http://www.geeks-on-wheels.net/>
>
>[default.asp?pg=pgDownload&amp;pgType=pgFile&amp;ixBugEvent=22510&amp;ixAttachment=1295&amp;sFileName=image001.jpg&sTicket=3300_0uq47c6f]
[default.asp?pg=pgDownload&amp;pgType=pgFile&amp;ixBugEvent=22510&amp;ixAttachment=1296&amp;

1

Case 14-30725   Claim 146-1 Part 3   Filed 08/25/14   Desc Attachment 2   Page 1 of 3
Case: 14-30725   Doc# 517   Filed: 01/11/17   Entered: 01/11/17 12:25:06   Page 15 of 35

sFileName=image002.jpg&sTicket=3300_0uq47c6f]

>
>From: HashFast Technologies [mailto:sales@hashfast.com]
>Sent: Tuesday, November 26, 2013 5:41 PM
>To: Dylan Hall
>Subject: Your HashFast Technologies order from November 23, 2013 is complete
>
>[https://hashfast.com/wp-content/uploads/2013/07/Hashfast_logo-1-300x831.png]
>
>Your order is complete
>
>Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown
below for your reference:
>
>Order: #3345
>Product
>
>Quantity
>
>Price
>
>Baby Jet Upgrade Kit 400 GH/s (Batch 4)
>
>2
>
>$3,000
>
>Baby Jet 400 GH/s (Batch 4)
>
>2
>
>$4,500
>
>Thank you for your business. Please contact sales@hashfast.com<mailto:sales@hashfast.com>, if you have
any questions about your order. We will be sending you a confirmation of your purchase within the next few
days.
>
>Cart Subtotal:
>
>$7,500
>
>Shipping:
>
>$499.25 via Next Day Air Saver (UPS)
>
>Order Total:
>
>$7,999.25
>
>Customer details
>

2

>Email: dfhall@geeks-on-wheels.net<mailto:dfhall@geeks-on-wheels.net>
>
>Tel: 914-562-1800
>
>Billing address
>
>Dylan Hall
>Geeks on Wheels
>47 Halstead Ave
>Suite LL1
>Harrison, New York 10528
>
>Shipping address
>
>Dylan Hall
>Geeks on Wheels
>47 Halstead Ave
>Suite LL1
>Harrison, New York 10528
>
>Guaranteed Delivery Date: March 31, 2014.
>
>Your order is governed by the Terms of Sale found here: https://hashfast.com/checkout/terms-of-sale/. It includes additional terms and states our policies regarding delivery, returns, warranties and refunds, in particular, under Section 3 and Section 7. Buyer may cancel the portion of the order that remains undelivered by Hashfast Technologies by the Guaranteed Delivery Date, and Hashfast will provide a refund for such cancelled units. This cancellation and refund is Buyer's sole and exclusive remedy for Hashfast failing to deliver by a specific date.
>
>If you have questions about your order, please contact customer service at sales@hashfast.com<mailto:sales@hashfast.com> or call +1(800) 609-3445. during pacific standard business hours (GMT-8).

3

Case 14-30725    Claim 146-1 Part 3    Filed 08/25/14    Desc Attachment 2    Page 3 of 3
Case: 14-30725    Doc# 517    Filed: 01/11/17    Entered: 01/11/17 12:25:06    Page 17 of 35

**CHASE** ⬡          Chase.com | Contact Us | Privacy Notice | En Español |          [ LOG OFF ]

CHASE ONLINE℠  Monday, August 25, 2014

Payments & Transfers > Wire Activity > Wire Detail

## Wire Detail

⦿ Print ⦿ Help with this page

**I'd like to...**
▸ Add a recipient
▸ See wire activity
▸ See/Update recipients
▸ See more choices

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | HashFast Technologies(...5645) |
| Wire from | CHECKING (...2477) |

**Wire Details - Sender**

| | |
|---|---|
| Wire amount | 7999.25 U.S. Dollars (USD) |
| Scheduled On ⓘ | 11/25/2013 at 08:44 AM ET |
| Wire date | 11/25/2013 |
| Message to recipient | 3345 |
| Message/Instructions to recipient bank | |
| Memo ⓘ | |
| Transaction number | 4955543199 |
| Fed reference number | 1125B1QGC01C002795 |
| Status | Completed |
| Submitted by | Administrator on 11/25/2013 8:44:54 AM |
| Last modified by | Not Available on 11/25/2013 9:00:27 AM |
| Approved by | Not Available |

[ Wire Activity ]

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices ▷

© 2014 JPMorgan Chase & Co.

# EXHIBIT B

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Hashfast Technologies LLC | Case Number:<br>14–30725 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Dylan Hall**

Name and address where notices should be sent:

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528

  Telephone number: 914–562–1800     email: dfhall@geeks-on-wheels.net

Name and address where payment should be sent (if different from above):

  Telephone number:     email:

FILED

U.S. Bankruptcy Court
Northern District of California

8/25/2014

Edward J. Emmons, Clerk
COURT USE ONLY

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: 146
  *(If known)*

Filed on: 08/25/2014

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 7999.25

If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Deposit for Unfulfilled Purchase (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)

  Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other

**Describe:**

**Value of Property:** $

**Annual Interest Rate (when case was filed)** ___% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

  $ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ 5224.25

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(_).

Amount entitled to priority:

$ 2775.00

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dylan Hall
Title:
Company:
Address and telephone number (if different from notice address above):

_____        s/ Dylan Hall _____        8/25/2014
_____        (Signature)                          (Date)

Telephone number: _____    email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Dylan Hall**

| | |
|---|---|
| **From:** | HashFast Technologies <sales@hashfast.com> |
| **Sent:** | Tuesday, November 26, 2013 5:41 PM |
| **To:** | Dylan Hall |
| **Subject:** | Your HashFast Technologies order from November 23, 2013 is complete |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #3345

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit 400 GH/s (Batch 4) | 2 | $3,000 |
| Baby Jet 400 GH/s (Batch 4) | 2 | $4,500 |

Thank you for your business. Please contact sales@hashfast.com, if you have any questions about your order. We will be sending you a confirmation of your purchase within the next few days.

| **Cart Subtotal:** | $7,500 |
|---|---|
| **Shipping:** | $499.25 via Next Day Air Saver (UPS) |
| **Order Total:** | $7,999.25 |

# Customer details

1

Case 14-30725   Claim 146-2 Part 2   Filed 08/25/14   Desc Attachment 1   Page 1 of 2
Case: 14-30725   Doc# 517   Filed: 01/11/17   Entered: 01/11/17 12:25:06   Page 22 of 35

**Email:** dfhall@geeks-on-wheels.net

**Tel:** 914-562-1800

# Billing address          # Shipping address

Dylan Hall                 Dylan Hall
Geeks on Wheels            Geeks on Wheels
47 Halstead Ave            47 Halstead Ave
Suite LL1                  Suite LL1
Harrison, New York 10528   Harrison, New York 10528

Guaranteed Delivery Date: March 31, 2014.

Your order is governed by the Terms of Sale found here:
https://hashfast.com/checkout/terms-of-sale/. It includes additional terms and states our policies regarding delivery, returns, warranties and refunds, in particular, under Section 3 and Section 7. Buyer may cancel the portion of the order that remains undelivered by Hashfast Technologies by the Guaranteed Delivery Date, and Hashfast will provide a refund for such cancelled units. This cancellation and refund is Buyer's sole and exclusive remedy for Hashfast failing to deliver by a specific date.

If you have questions about your order, please contact customer service at sales@hashfast.com or call +1(800) 609-3445. during pacific standard business hours (GMT-8).

2

**Dylan Hall**

| | |
|---|---|
| **From:** | HashFast Sales <sales@hashfast.com> |
| **Sent:** | Thursday, November 28, 2013 2:12 PM |
| **To:** | Dylan Hall |
| **Subject:** | Re: (Case 3300) Your HashFast Technologies order from November 23, 2013 is complete |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Dylan,

Thank you for following up with us and informing about your payment.

I take the opportunity to confirm you that your payment was received and the status of your order is complete and is anticipated to ship by mid February.

Should you have any additional questions or concerns please feel free to email us at sales@hashfast.com. We are happy to help!

Our Kindest Regards,

Rodrigo.

HashFast Sales

sales@hashfast.com

-----Original Message-----
From: "Dylan Hall" <dfhall@geeks-on-wheels.net>
Reply-To: "Dylan Hall" <dfhall@geeks-on-wheels.net>
Date: Tue, 26 Nov 2013 17:54:16 -0500
To: "HashFast Technologies" <sales@hashfast.com>
Subject: RE: Your HashFast Technologies order from November 23, 2013 is complete

>Thank you. What is the estimated ship date for these items?
>
>Best regards,
>
>Dylan Hall
>Senior IT Consultant
>Geeks on Wheels
>914-562-1800
>www.geeks-on-wheels.net<http://www.geeks-on-wheels.net/>
>
>[default.asp?pg=pgDownload&amp;pgType=pgFile&amp;ixBugEvent=22510&amp;ixAttachment=1295&amp;sFileName=image001.jpg&sTicket=3300_0uq47c6f]
[default.asp?pg=pgDownload&amp;pgType=pgFile&amp;ixBugEvent=22510&amp;ixAttachment=1296&amp;

1

sFileName=image002.jpg&sTicket=3300_0uq47c6f]
>
>From: HashFast Technologies [mailto:sales@hashfast.com]
>Sent: Tuesday, November 26, 2013 5:41 PM
>To: Dylan Hall
>Subject: Your HashFast Technologies order from November 23, 2013 is complete
>
>[https://hashfast.com/wp-content/uploads/2013/07/Hashfast_logo-1-300x831.png]
>
>Your order is complete
>
>Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:
>
>Order: #3345
>Product
>
>Quantity
>
>Price
>
>Baby Jet Upgrade Kit 400 GH/s (Batch 4)
>
>2
>
>$3,000
>
>Baby Jet 400 GH/s (Batch 4)
>
>2
>
>$4,500
>
>Thank you for your business. Please contact sales@hashfast.com<mailto:sales@hashfast.com>, if you have any questions about your order. We will be sending you a confirmation of your purchase within the next few days.
>
>Cart Subtotal:
>
>$7,500
>
>Shipping:
>
>$499.25 via Next Day Air Saver (UPS)
>
>Order Total:
>
>$7,999.25
>
>Customer details
>

2

>Email: dfhall@geeks-on-wheels.net<mailto:dfhall@geeks-on-wheels.net>
>
>Tel: 914-562-1800
>
>Billing address
>
>Dylan Hall
>Geeks on Wheels
>47 Halstead Ave
>Suite LL1
>Harrison, New York 10528
>
>Shipping address
>
>Dylan Hall
>Geeks on Wheels
>47 Halstead Ave
>Suite LL1
>Harrison, New York 10528
>
>Guaranteed Delivery Date: March 31, 2014.
>
>Your order is governed by the Terms of Sale found here: https://hashfast.com/checkout/terms-of-sale/. It includes additional terms and states our policies regarding delivery, returns, warranties and refunds, in particular, under Section 3 and Section 7. Buyer may cancel the portion of the order that remains undelivered by Hashfast Technologies by the Guaranteed Delivery Date, and Hashfast will provide a refund for such cancelled units. This cancellation and refund is Buyer's sole and exclusive remedy for Hashfast failing to deliver by a specific date.
>
>If you have questions about your order, please contact customer service at sales@hashfast.com<mailto:sales@hashfast.com> or call +1(800) 609-3445. during pacific standard business hours (GMT-8).

3

Case 14-30725    Claim 146-2 Part 3    Filed 08/25/14    Desc Attachment 2    Page 3 of 3
Case: 14-30725    Doc# 517    Filed: 01/11/17    Entered: 01/11/17 12:25:06    Page 26 of 35

M:\Vendors\Hashfast\Wire T | Chase Online - | Chase Online - M:\Vendors\Hashfast\Wire Transfer Receipt - .htm

CHASE

My Accounts | Send Payments | Collect & Deposit | Transfer Funds | Customer Center

Chase.com | Contact Us | Privacy Notice | En Español |

CHASE ONLINE℠  Monday August 25, 2014

Payments & Transfers > Wire Activity > Wire Detail

## Wire Detail
○ Print ○ Help with this page

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

### I'd like to...
▶ Add a recipient
▶ See wire activity
▶ See/Update recipients
▶ See more choices

**Wire Details**

**Account Details**

| | |
|---|---|
| **Wire to** | HashFast Technologies...5645) |
| **Wire from** | CHECKING (...2477) |

**Wire Details - Sender**

| | |
|---|---|
| **Wire amount** | 7999.25 U.S. Dollars (USD) |
| **Scheduled On** | 11/25/2013 at 08:44 AM ET |
| **Wire date** | 11/25/2013 |
| **Message to recipient** | 3345 |
| **Message/instructions to recipient bank** | |
| **Memo** | |
| **Transaction number** | 4955543199 |
| **Fed reference number** | 112581C0C01C002795 |
| **Status** | Completed |
| **Submitted by** | Administrator on 11/25/2013 8:44:54 AM |
| **Last modified by** | Not Available on 11/25/2013 9:00:27 AM |
| **Approved by** | Not Available |

Wire Activity

Security | Terms of Use | Legal Agreements and Disclosures | eChoices

© 2014 JPMorgan Chase & Co.

Site Feedback

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HASHFAST TECHNOLOGIES, LLC, a
California limited liability company

* Affects HASHFAST LLC, a Delaware limited
liability company

Debtor(s)                                    /

Chapter **11**

Case No. **14-30725 (Lead Case)** (Jointly Administered and
Substantively Consolidated with Case No. 14-30866 DM)
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: **Dylan Hall**
CLAIM NO: **146-2**

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * Dylan Hall | $7,999.25 | 08/25/2014 |
| * Geeks on Wheels | | |
| * 47 Halstead Avenue, Suite LL1, Harrison NY 10528 | | |

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ by _____.
____ does not include a copy of the underlying judgment.
____ does not include a copy of the security agreement and evidence of perfection.
_X_ fails to assert grounds for priority.
____ does not include a copy of the assignment(s) upon which it is based.
____ appears to include interest or charges accrued after the filing of this case on _____.
____ is not timely filed.
_X_ Claim is related to a business related purchase and, thus, is not entitled to priority under 507(a)(7)

The Objecting Party will ask the Court to enter an Order providing that the claim is:

____ allowed as a secured claim in the amount of: $ _____.
_X_ allowed as an unsecured claim in the amount of: $ 7,999.25 _____.
____ allowed as a priority claim in the amount of: $ _____.
____ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 11/25/2015 _____

Trustee's
~~DEBTOR(S)~~) ADDRESS:

* Michael G. Kasolas (the Trustee for the Liquidating Trust)
* P.O. Box 26550
* San Francisco, CA 94126

Ashley M. McDow

[Attorney for] Objecting Party, Michael G. Kasolas, the Trustee
* BAKER HOSTETLER LLP
* 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
* Email: amcdow@bakerlaw.com

* Telephone:  310.820.8800

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509 . I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class
United States Mail, postage pre-paid, at Los Angeles , California, on the date noted below and addressed to the
Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing
of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Los Angeles _____, California. _____
* | * | *
* | * | *
* | * | *
* | * | *

Rev. 1/2010

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:**
Hashfast Technologies LLC

**Case Number:**
14-30725

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Dylan Hall

**FILED**
U.S. Bankruptcy Court
Northern District of California

**8/25/2014**

Edward J. Emmons, Clerk
COURT USE ONLY

**Name and address where notices should be sent:**
Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528

Telephone number: 914-562-1800     email: dfhall@geeks-on-wheels.net

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: 146
(If known)

Filed on: 08/25/2014

**Name and address where payment should be sent** (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:     email:

**1. Amount of Claim as of Date Case Filed:** $   7899.25
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Deposit for Unfulfilled Purchase (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier** (optional):
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____
Annual Interest Rate (when case was filed) ___% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $   5224.25

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

**Amount entitled to priority:**
$   2775.00

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)     ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Dylan Hall_
Title: _____
Company: _____
Address and telephone number (if different from notice address above):

_____     s/ Dylan Hall        8/25/2014
_____     (Signature)           (Date)
Telephone number: _    email: _

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT D

Home    In-Home Computer Services »    Business IT Services »    Recommended Stuff    Blog    Careers

**Ready to Help**



**914-562-1800**

**Geeks on Wheels**

47 Halstead Ave
Suite LL1
Harrison, NY 10528
914-562-1800

 

## Home Office and Business Computer Services

Geeks on Wheels is a community-based local business providing personalized computer services to businesses and home computer users in Westchester, New York. Since 2004, our local expert technicians have been meeting the computer needs of small businesses, professional firms, non-profits, medical offices, telecommuters, and discriminating home computer users.



### Business IT Consulting, Networks, Servers, and More

For our small business clients we offer Microsoft Certified consulting services, including network design and set up, server maintenance, workstation maintenance, network security, employee mobility solutions, remote office integration systems, employee productivity, data protection, cloud services, and more. Please check out our business IT services.

### From Pop-Ups to Productivity

From pesky pop-ups to employee productivity, we are can help save you time and money.  We can improve your experience with your home computer, and help your business realize the benefits of technology.

### Computer Repair, Networking, Upgrades, and More

For residential customers the services we provide include virus removal, hardware upgrades, computer repair, wireless networks, training, Apple computer repair, and more. For a complete list check out our home computer services.

©2016 Geeks on Wheels, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO REQUEST FOR CONSIDERATION OF OBJECTION TO CLAIM FILED BY DYLAN HALL** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On January 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Presiding Judge
Hon. Dennis Montali
Mail Box 36099
San Francisco, CA 94102

Dylan Hall
79 Madison Ave, 2nd fl
New York, NY 10016

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** On _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
- **Venkat Balasubramani**    venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**    tom@tburnslaw.com
- **Greg P. Campbell**    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**    pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**    mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**    cdjang@rutan.com
- **Fahim Farivar**    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- **W. Keith Fendrick**    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**    bgaschen@wgllp.com
- **Elizabeth A. Green**    egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**    rob@bindermalter.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com
- **Reginald R. Hindley**    hindleylaw@gmail.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Michael G. Kasolas**    trustee@kasolas.net, CA30@ecfcbis.com
- **Ori Katz**    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- **Lynette C. Kelly**    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Barbara A. Matthews**    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Ashley McDow**    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- **Jessica M. Mickelsen**    jessica.mickelsen@kattenlaw.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- **Aron M. Oliner**    roliner@duanemorris.com
- **Tyler Olson**    tolson@rehonroberts.com
- **Douglas R. Pahl**    dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**    dpoitras@jmbm.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Dominique Sopko**    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **Craig Stuppi**    craig@stuppilaw.com
- **Sarah M. Stuppi**    sarah@stuppilaw.com
- **Christopher D. Sullivan**    csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Donna S. Tamanaha**    Donna.S.Tamanaha@usdoj.gov
- **Nancy Weng**    nweng@trinhlawfirm.com, monique@trinhlawfirm.com