KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Pre-Effective Date Counsel for Debtor and Debtor-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Lead Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor-In-Possession | Case No. 14-30866 |
| _____ | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | Hearing:<br>Date: February 10, 2017<br>Time: 9:30 a.m. |
| Debtor and Debtor-In-Possession | Ctrm: Hon. Dennis Montali<br>235 Pine Street, Courtroom 22<br>San Francisco, CA 94104 |
| | **DECLARATION OF PETER SIDDIQUI IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION (KATTEN MUCHIN ROSENMAN LLP)** |

I, Peter A. Siddiqui, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice in the state of Illinois, admitted pro hac vice in the above-captioned matter, and an attorney in the firm of Katten Muchin Rosenman LLP

("Katten"), which serves as counsel to the above-captioned debtors (the "Debtors") in their chapter 11 cases.

2. I have read the foregoing application of Katten for allowance of compensation and reimbursement of expenses (the "Application") and, based on my knowledge of Katten's timekeeping, billing, and other procedures, together with my personal involvement in this matter, believe the contents are true and correct, to the best of my knowledge and information.

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and expense reimbursements sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees of the United States Bankruptcy Court for the Northern District of California effective as of February 19, 2014.

4. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by Katten and generally accepted by Katten's clients.

5. The expenses for which Katten seeks reimbursement in the Application are those customarily charged to non-bankruptcy clients of Katten or, as to photocopying and selected other charges, discounted from those customarily charged to Katten's clients. Legal research is conducted through Westlaw and charges incurred as a result of such legal research are passed through and billed on a per use basis to Katten's client for which the research was performed. Legal research charges are not part of Katten's overhead expenses and Katten does not recognize a profit from them.

6. I have personally reviewed the invoices, which represent true and correct charges to the best of my knowledge, information, and belief.

7. There is no agreement or understanding between Katten and any other person for a division of compensation as special counsel to the Debtors.

8. No division prohibited by the Bankruptcy Code will be made by Katten.

9. No agreement prohibited by Title 18, Section 155 has been made.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: January 13, 2017

/s/ *Peter A. Siddiqui*
Peter A. Siddiqui