KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

**Signed and Filed: July 8, 2014**

_DENNIS MONTALI_
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, et al.[1]<br><br>Debtors | Case No. 14-30725<br><br>(Jointly Administered with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY KATTEN MUCHIN ROSENMAN LLP AS COUNSEL** |

This matter coming before the Court on the Debtors' Application to Retain and Employ Katten Muchin Rosenman LLP as counsel (the "Application")[2]; the Court having reviewed the Application, the Declaration of Peter A. Siddiqui in accordance with Section 327 of the

---

[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

[2] Capitalized terms not defined herein shall have the meaning given to them in the Application.

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**Katten**
KattenMuchinRosenmanLLP

Bankruptcy Code and Bankruptcy Rule 2014, the Disclosure of Compensation of Katten Muchin Rosenman LLP in accordance with Section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b) and the Declaration in Support of First Day Relief; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (d) notice of the Application having been sufficient under the circumstances; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein;

IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED.

2. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. Notice of the Application was proper, timely, adequate and sufficient under the particular circumstances.

4. The Debtors shall be, and hereby are, authorized to retain and employ Katten Muchin Rosenman LLP as their counsel in these chapter 11 cases, under a general retainer and in accordance with applicable Case Orders (as defined in the Application) pertaining to the deposit and payment of compensation to professionals.

5. Katten Muchin Rosenman LLP shall be, and hereby is, authorized to perform any and all legal services for the Debtors that are necessary or appropriate in connection with these chapter 11 cases.

EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND
SETTING HEARING ON EMERGENCY MOTIONS AND APPLICATION TO EMPLOY

Case 1:17-bk-12725   Doc#: 150-2   Filed: 07/03/17   Entered: 07/03/17 13:56:48   Page 2
of 3

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

6.      Katten Muchin Rosenman LLP shall be compensated for such services and reimbursed for all actual, necessary and reasonable expenses or other disbursements incurred in connection with such services in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the provisions of the Application, the Case Orders and any future orders of the Court.

7.      This Order is effective as of the Petition Date.

8.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order. ***

*** The court's GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND TRUSTEES will apply.  They are available in the Rules & Procedures section of the court's website.

Consented and Agreed:

**UNITED STATES TRUSTEE**

 /s/ Julie Glosson

Trial Attorney

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

 /s/ Ashley M. McDow

Proposed counsel

*END OF ORDER*

_

EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND
SETTING HEARING ON EMERGENCY MOTIONS AND APPLICATION TO EMPLOY