

# Katten

## Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136982
Client No. 385402
Matter No. 00002

FEIN: 36-2796532

Re: **FIRST DAY MOTIONS** (385402.00002)

For legal services rendered through July 31, 2014 ................................................................. $10,430.50

Disbursements and other charges.......................................................................................... $2,088.06

**CURRENT INVOICE TOTAL:** $12,518.56

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 05 Jun 14 | Musser, Paul T. | Draft and revise first-day motions. | 0.80 |
| 06 Jun 14 | Siddiqui, Peter A. | Draft and revise first day motions, petitions, and ancillary documents | 0.90 |
| 06 Jun 14 | Siddiqui, Peter A. | Review issues re filing and serving same | 2.20 |
| 06 Jun 14 | Siddiqui, Peter A. | correspondence with court staff re motions, petitions and ancillary documents | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with and respond to inquiries from UST re top 20 list and committee issues | 0.50 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with R. Gallo re bankruptcy filing, creditor list and first day matters | 0.50 |
| 06 Jun 14 | Mickelsen, Jessica M. | Assist on first day motions. | 0.10 |
| 06 Jun 14 | Musser, Paul T. | Revise first day motions | 1.80 |
| 06 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui regarding filing of petition and first day motions | 0.50 |
| 06 Jun 14 | Musser, Paul T. | Oversee filing of petition and first day motions | 0.30 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee re first day motion issues, including cash management and the lack of payment of prepetition claims. | 0.10 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with certain creditors re first day motion issues, including cash management and the lack of payment of prepetition claims. | 0.20 |
| 09 Jun 14 | Musser, Paul T. | Oversee filing of creditor's matrix and correction of other first day filings. | 0.40 |
| 10 Jun 14 | Siddiqui, Peter A. | Conference with Liquidbits counsel re cash management motion | 0.20 |
| 10 Jun 14 | Siddiqui, Peter A. | Conference with UST re first day matters, committee formation matters, and 341 issues | 0.30 |
| 10 Jun 14 | Siddiqui, Peter A. | Respond to UST inquiries and forward documents re same | 0.20 |
| 10 Jun 14 | Siddiqui, Peter A. | Respond to multiple creditor inquiries re chapter 11 case and first day motions | 1.00 |
| 11 Jun 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re representation of debtor at meeting of creditors | 0.10 |
| 11 Jun 14 | Mickelsen, Jessica M. | Receive call from creditor S. Robinson re notifications in bankruptcy and discuss with counsel for follow-up | 0.10 |
| 11 Jun 14 | Mickelsen, Jessica M. | Communications with bankruptcy court, upon receipt of call from the clerk, re creditor matrix to resolve any issues | 0.10 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee re first day orders | 0.30 |
| 13 Jun 14 | Siddiqui, Peter A. | Revise first day orders per US Trustee comments | 0.70 |
| 13 Jun 14 | Siddiqui, Peter A. | Conferences with multiple creditors' counsel re first day motions and committee formation meeting | 0.70 |
| 18 Jun 14 | Mickelsen, Jessica M. | Draft application to shorten time on motion to amend the stipulated order to set for the same date as the first day motions. | 0.80 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review motion to amend stipulated order and order thereon and attend to minor revisions to both before filing and setting for the same day as the first day motions. | 0.20 |

2

## PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 18 Jun 14 | Mickelsen, Jessica M. | Draft notice of motion to amend stipulated order to set for same date as first day motions, with a provision in the notice that debtors will provide further notice if the hearing is set for another date and time. | 0.30 |
| 18 Jun 14 | Mickelsen, Jessica M. | Communications with Court re ex parte application on the motion to amend stipulated order, declaration, and order thereon. | 0.10 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review local rules on submission of proposed orders and email P. Siddiqui and P. Musser with information on the same to consider bringing an order to the hearing. | 0.10 |
| 23 Jun 14 | Mickelsen, Jessica M. | Draft declaration of no response and request for entry of order by default on motion to limit service of notice per local rules and in light of no objections to the motion | 0.50 |
| 23 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to order to account for conversion of case and proposed joint administration, among other minor revisions based on occurrences over the past 21 days | 0.10 |
| 24 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee about final comments to first day motions and orders | 0.20 |
| 24 Jun 14 | Siddiqui, Peter A. | Revise orders and plan and prepare for first day hearing | 0.40 |
| 25 Jun 14 | Siddiqui, Peter A. | Respond to inquiries from United States Trustee analyst and trial counsel re first day issues and IDI preparation | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Review and revise first day orders to comply with UST, proposed committee counsel, and court comments | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Multiple conferences with A. McDow re revisions to same and trade language proposals | 0.50 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with J. Glosson re trade language proposals | 0.10 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with client re compliance with Bitcoin address issues | 0.30 |
| 01 Jul 14 | Siddiqui, Peter A. | Negotiate first day orders with UST and committee counsel, including trading multiple drafts (.6); conferences with J. Glosson (.2) and A. McDow re same (.2). | 1.00 |
| | | **TOTALS:** | **17.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 2.50 | 575.00 | $1,437.50 |
| 43153 | Musser, Paul T. | 3.80 | 460.00 | $1,748.00 |
| 41578 | Siddiqui, Peter A. | 11.50 | 630.00 | $7,245.00 |

3

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00002: FIRST DAY MOTIONS

| Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|
| **TOTAL:** | **17.80** | | **$10,430.50** |

4

## DISBURSEMENTS
### Matter 00002: FIRST DAY MOTIONS

| Date | Description | Amount |
|------|-------------|-------:|
| 10 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/09/14 | 286.42 |
| 24 Jun 14 | E-filing in USBC (Northern District of California) 6/6/14 | 100.00 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/09/14 | 286.42 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/09/14. Messenger Fee $25, PDF/Fax Fee $71, Re: HashFast Technologies LLC (PDF courtesy copy delivered to Judge). | 96.00 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/10/14. Messenger Fee $25, PDF/Fax Fee $17.50, HashFast Technologies LLC v HasFast LLC, x2 Creditors Matrix (PDF courtesy copy delivered to Judge Montali). | 42.50 |
| 30 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/11/14. Re: HashFast Technologies LLC, Statement (PDF courtesy copy delivered to Judge Montali). | 25.00 |
| 30 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/12/14. Re: HashFast Technologies, Notice of Change of Address (PDF courtesy copy delivered to Judge Montali). | 25.00 |
| 03 Jul 14 | Peter Siddiqui 6/26/14 Chog/SanFran/Chgo inv #011-824036 | 1,054.32 |
| 03 Jul 14 | Peter Siddiqui 6/27/14 SanFran/Chgo inv #011-827380 | 636.76 |
| 03 Jul 14 | Partial refund inv#011-57522 against inv #011-824036 Peter Siddiqui 6/27/14 SanFran/Chgo | (503.16) |
| 14 Jul 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUN14-LAX; DATE: 7/11/2014 - Account No. KM3280; Pacer Court Costs incurred during June 2014; Los Angeles | 10.90 |
| 14 Jul 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUN14-LAX; DATE: 7/11/2014 - Account No. KM3280; Pacer Court Costs incurred during June 2014; Los Angeles | 27.90 |
| | **TOTAL:** | **$2,088.06** |

## SUMMARY OF DISBURSEMENTS
### Matter 00002: FIRST DAY MOTIONS

| | |
|------|-------:|
| Local Courier | $188.50 |
| Postage | $572.84 |
| Employee Overtime | $100.00 |
| Airfare | $1,187.92 |
| Court Costs | $38.80 |
| **TOTAL:** | **$2,088.06** |

| | |
|------|-------:|
| **MATTER TOTAL:** | **$12,518.56** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136982 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00002 - FIRST DAY MOTIONS | | |

**Current Invoice Charges:**      **$12,518.56**

**Wire Instructions:**
Reference: 385402.00002

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136983
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

**Re: <u>ASSET SALES/BIDDING PROCEDURES</u>** (385402.00003)

For legal services rendered through July 31, 2014 ................................................................... $67,649.00

**CURRENT INVOICE TOTAL:** **$67,649.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Jun 14 | Siddiqui, Peter A. | Review documents produced by potential purchaser re acquisition and mining operation | 0.30 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with potential purchaser counsel re documents produced | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Review financial information provided | 0.20 |
| 06 Jun 14 | Siddiqui, Peter A. | Correspondence with M. Hushen re financial information and re alternate sale options | 0.40 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re purchase alternatives, including materials provided by potential purchase re financial ability to close | 0.40 |
| 11 Jun 14 | Siddiqui, Peter A. | Correspondence with client re potential sale alternatives, strategies re same, and potential responses | 0.40 |
| 12 Jun 14 | Siddiqui, Peter A. | Review status of sale alternatives and discuss same with M. Hushen | 0.30 |
| 12 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re purchase issues involving prospective purchaser's proposal | 0.20 |
| 13 Jun 14 | Siddiqui, Peter A. | Draft motion to approve sales | 0.30 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re sale alternatives and issues | 0.30 |
| 13 Jun 14 | Mickelsen, Jessica M. | Receipt of follow-up communications from V. Gamble re financing and relay messages to P. Siddiqui | 0.10 |
| 13 Jun 14 | Barbarosh, Craig A. | Analysis regarding potential asset sales and process. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Review status of sale alternatives and proposals | 0.30 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with client re status of sale alternatives and proposals | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with purchasers' counsel re status of sale alternatives and proposals | 0.20 |
| 17 Jun 14 | Siddiqui, Peter A. | Review motion for relief from stipulation and revise same | 0.30 |
| 17 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re motion for relief from stipulation | 0.20 |
| 17 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen, T. Wong, and S. Barber re sale alternatives and strategy | 1.00 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with R. Gallo re purchase issues | 0.20 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re potential transaction issues | 0.20 |
| 18 Jun 14 | Siddiqui, Peter A. | Follow up conference with potential purchaser and its counsel re counterproposal and strategy going forward | 0.90 |
| 18 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet | 0.20 |
| 19 Jun 14 | Siddiqui, Peter A. | Conference with potential purchaser re structure of transaction and options going forward | 0.30 |
| 19 Jun 14 | Siddiqui, Peter A. | Update call with client re structure of transaction | 0.20 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with prospective purchaser re transaction structure | 0.20 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re transaction structure and responding to same | 0.30 |
| 24 Jun 14 | Siddiqui, Peter A. | Review and comment on term sheet from prospective purchaser | 0.50 |
| 24 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re term sheet from | 0.30 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | prospective purchaser | |
| 24 Jun 14 | Siddiqui, Peter A. | Review alternative sale options and maximization of value from assets | 0.40 |
| 24 Jun 14 | Barbarosh, Craig A. | Update regarding sale issues and process. | 0.20 |
| 25 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet | 1.90 |
| 25 Jun 14 | Siddiqui, Peter A. | Conference with client re term sheet | 0.50 |
| 25 Jun 14 | Siddiqui, Peter A. | Conference with E. Smith re term sheet | 0.60 |
| 25 Jun 14 | Barbarosh, Craig A. | Update regarding sale issues and process. | 0.20 |
| 25 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 26 Jun 14 | Siddiqui, Peter A. | Conference call with proposed purchaser and counsel re term sheet | 0.80 |
| 26 Jun 14 | Siddiqui, Peter A. | Conference with client re potential sale alternatives | 0.30 |
| 30 Jun 14 | Siddiqui, Peter A. | Review and revise term sheet from prospective bidder | 1.00 |
| 30 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re term sheet and re alternative sale proposals | 0.80 |
| 30 Jun 14 | Siddiqui, Peter A. | Correspondence with E. Smith re sale issues. | 0.20 |
| 01 Jul 14 | Siddiqui, Peter A. | Review issues re ordinary course sale motion, including budget request from committee and subsequent detail request and respond to same (1.5); correspondence with committee counsel re same (.2). | 1.70 |
| 02 Jul 14 | Siddiqui, Peter A. | Conference with committee counsel re budget issues associated with ordinary course sale motion (.6); review and revise budget and other information requests from committee re same (.3); review and revise term sheet with purchaser issues (.3) and discussions with M. Hushen (.3) and E. Smith (.1) re same; address issues raised at hearing regarding sale matters (.4). | 2.00 |
| 03 Jul 14 | Siddiqui, Peter A. | Conference with creditors committee re sale motion objections (.3); plan and prepare for same with discussions with M. Hushen (.3); correspondence with counsel to larger clients re sale motion and hearing on Monday (.4); plan and prepare for hearing on sales in the ordinary course motion (1.0); review and revise purchaser term sheet and confer with purchaser counsel re same (1.0). | 3.00 |
| 04 Jul 14 | Siddiqui, Peter A. | Draft and revise Liquidbits term sheet (2.0); multiple calls and correspondence with Liquidbits counsel re term sheet and sale issues (1.0). | 3.00 |
| 05 Jul 14 | Mickelsen, Jessica M. | Review finalized term sheet with purchaser and communications with counsel on the same for use during the hearing Monday morning. | 0.20 |
| 05 Jul 14 | Barbarosh, Craig A. | Review/analyze Liquidbits term sheet for asset purchase. | 0.40 |
| 05 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues; update regarding rial status. | 0.20 |
| 06 Jul 14 | Mickelsen, Jessica M. | Review, analyze and respond to multiple communications from the proposed buyer and creditors' counsels re the stipulation to sell certain | 0.60 |

3

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | inventory to operate the company, in light of the term sheet and other considerations. | |
| 07 Jul 14 | Mickelsen, Jessica M. | Analyze term sheet in closer detail in preparation for conference call with client (.3); outline questions to discuss with client as a result of emails that circulated yesterday in preparation for the hearing this morning (.3); analyze terms of stipulation to redline (.2); communications with client re issues that creditors raised yesterday and other issues for the hearing (.7); review comments of client to redlines and attend to further redlines to address future price lists for sales of inventory (.4); further communications with client re terms of stipulation and finalize terms and redlines before circulating to all parties before this morning's hearing (.5); prepare for and make a telephonic appearance during the hearing on motion to sell certain property of the estate (1.6); outline points of follow-up for the supplemental motion following the hearing (.5); draft email to creditors' committee counsel to request documentation before the continued hearing (.2); multiple communications with client following the hearing to address hearing results and next steps (1.3). | 6.00 |
| 07 Jul 14 | Mickelsen, Jessica M. | Multiple communications re creditors, Gallo and buyer's counsel, to discuss terms of sale and related matters in having a sale approved and discuss with client. | 1.00 |
| 07 Jul 14 | Musser, Paul T. | Review and analyze bankruptcy code sections and rules, local rules and court's practices and procedures (1.1); review and analyze sale documents (0.9); draft and revise sale motion (5.4). | 7.40 |
| 08 Jul 14 | Barbarosh, Craig A. | Analysis regarding sale effort and strategy. | 0.30 |
| 08 Jul 14 | Barbarosh, Craig A. | Review/revise draft motion to sell assets. | 0.70 |
| 08 Jul 14 | Musser, Paul T. | Revise sale motion (1.1); correspond with P. Siddiqui re local rules and chamber orders re sales motion (0.4); review bankruptcy court's model order re sales (0.4); draft and revise order for sales motion (0.5). | 2.40 |
| 09 Jul 14 | Siddiqui, Peter A. | Review motion to approve sale transactions contemplated by LB term sheet and provide comments to same (.5). | 0.50 |
| 09 Jul 14 | Mickelsen, Jessica M. | Telephone conference creditors' counsel R. Gallo, buyer's counsel, and clients re term sheet and sale motion to resolve pending issues re the sale. | 1.00 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui to discuss sale issues and objectives to discuss and address during the conference call with the buyer's counsel, R. Gallo, and clients. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Numerous communications with client concerning documentation and materials needed to finalize stipulation with Committee's counsel in an effort to resolve the motion to sell inventory and equipment that | 0.90 |

4

# PROFESSIONAL SERVICES
## Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | was continued to Friday. | |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with client to discuss issues arising from conference call on term sheet and sale. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with R. Gallo, representative of numerous creditors, in regard to sale issues. | 0.20 |
| 09 Jul 14 | Mickelsen, Jessica M. | Discuss executive compensation issues with client for purpose of addressing in stipulation to Committee counsel, as well as 10% segregated funds as compromise. | 0.30 |
| 09 Jul 14 | Mickelsen, Jessica M. | Review revisions of P. Musser to stipulated order and incorporate further revisions in stipulated order to address executive compensation issues, segregation of funds, and other budget issues before finalizing and sending to Committee counsel. | 0.70 |
| 09 Jul 14 | Mickelsen, Jessica M. | Draft extensive email to Committee counsel to address matters raised from 341 Meeting and to resolve matters from the Monday inventory sale hearing to operate in the ordinary course, and attach pertinent documents for review, including the Stipulated Order, budget, and other pertinent material presented for consideration. | 0.80 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re strategy issues on sale, resolution of inventory sale motion, and other such matters. | 0.10 |
| 09 Jul 14 | Mickelsen, Jessica M. | Communications with counsel re items to include in sale motion, which arose during 341 Meeting and conference calls today re the sale in further preparation of the sale motion. | 0.20 |
| 09 Jul 14 | Musser, Paul T. | Revise sale motion. | 0.90 |
| 10 Jul 14 | Musser, Paul T. | Draft and revise sale motion. | 1.30 |
| 11 Jul 14 | Siddiqui, Peter A. | Conference with M. Hushen and J. Mickelsen re hearing on continued motion to approve ordinary course sales (.5); review and comment on stipulation (.5). | 1.00 |
| 11 Jul 14 | Barbarosh, Craig A. | Review supplemental brief regarding inventory dispositions. | 0.30 |
| 11 Jul 14 | Musser, Paul T. | Correspond with J. Mickelson re sales motion and declaration. | 0.20 |
| 13 Jul 14 | Siddiqui, Peter A. | Multiple correspondences with client and creditors' committee counsel re ordinary course sale stipulation, including multiple turns of the document and discussion of issues (2.0); conference with S. Barber re sale issues and strategy going forward (.4); review comments to Liquidbits sale stipulation and potential revisions to same (1.0). | 3.40 |
| 13 Jul 14 | Mickelsen, Jessica M. | Analyze further comments of committee counsel re stipulated order to continue to work toward an amicable resolution, and respond accordingly (.3); review comments of client and counsel and respond accordingly (.2); telephone conference with P. Siddiqui re strategy, handling of discovery and stipulated order, | 5.50 |

5

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | and related matters (.5); draft brief follow-up to committee counsel re stipulated order following communications with P. Siddiqui (.1); analyze redlined changes that committee counsel sent and note points of disagreement in an email to counsel and client (.3); attend to revisions to stipulated order to incorporate most redlines and modify others (.4); further communications with counsel and attend to further revisions to stipulated order before sending to Ray Gallo and E. Smith of Liquidbits (.2); communications with committee counsel re status of stipulated order (.1); review responses of Ray Gallo and Liquidbits re issues (.1); further communications with counsel and client re revisions and further issues (.3); telephone conference with P. Siddiqui to resolve remaining issues and incorporate changes into the proposed consensual stipulated order, and redline changes, before sending to committee counsel for final review (.8); finalization of stipulated order, further communications with committee counsel to finalize the order, further communications with counsel, contacting court to alert it of the order, and filing procedures to attempt to upload tonight with deferral to tomorrow morning based on system errors (1.1); analyze additional comments of the committee to the stipulated order, communications with counsel on the same, and respond accordingly (.4); further communications with committee counsel to resolve remaining three issues (.1); analyze additional changes that committee counsel sent in redlines, and explanatory comments, make appropriate changes to stipulated order in preparation for filing after confirming the changes with client tomorrow, and respond to committee counsel accordingly (.6). | |
| 13 Jul 14 | Mickelsen, Jessica M. | Exchange further emails with client as a result of the committee counsel's last circulated draft Stipulated Order (.2); attend to further redlines of Stipulated order to incorporate client's comments and re-circulate to client and counsel (.3). | 0.50 |
| 13 Jul 14 | Mickelsen, Jessica M. | Review clients' comments to last circulated Stipulated Order; attend to further revisions to Stipulated Order subject to Simon Barber's agreement to reduce his compensation to August 31, 2014, rather than August 15, 2014 and circulate with a summary of changes to committee counsel, Ray Gallo, and LiquidBits' counsel for final review and comment. | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Review latest turns of ordinary course sale stipulation (.5); correspondence with client re changes to same and negotiation strategy re same (.4); multiple further negotiations with committee and Uniquify re | 3.50 |

6

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | amendments to ordinary course stipulation (1.1); review and revise final versions of same (.5); conferences with client re last issues raised (.3); conference with committee counsel re Liquidbits term sheet issues (.7). | |
| 14 Jul 14 | Mickelsen, Jessica M. | Further communications with clients to approve final version of Stipulated Order, and respond accordingly (.4); draft email to committee counsel to provide approval of their revised terms contingent upon their approval of our pricing request in the Stipulated Order (.1); respond to clients' subsequent follow-ups re order (.1); following communications with P. Siddiqui re information concerning committee acceptance, redline stipulated order, with clean draft, and send again to committee counsel with follow-up to receive signature (.2); further communications with client re committee signature on stipulated order and follow-up with committee counsel by phone to determine status (.1); telephone conferences with P. Siddiqui, committee counsel, and Uniquify's counsel to resolve remaining issues with Stipulated Order, and follow-up with client on the same (.6); further and final communications with counsel and client to resolve issues with Stipulated Order, prepare order for lodging, and after lodging draft email to chambers, and follow-up by phone, to alert Court of the lodging (.8). | 2.30 |
| 14 Jul 14 | Barbarosh, Craig A. | Review/analyze stipulated order with committee regarding inventory sales. | 0.20 |
| 14 Jul 14 | Barbarosh, Craig A. | Update regarding sale process and timing. | 0.20 |
| 14 Jul 14 | Musser, Paul T. | Revise sale motion. | 0.30 |
| 15 Jul 14 | Siddiqui, Peter A. | Conference with E. Smith re revised term sheet (.2); follow up conference with Liquidbits team re term sheet, alternative transaction, and committee requests (.5); revise sale motion (.4). | 1.10 |
| 16 Jul 14 | Siddiqui, Peter A. | Review and revise term sheet with Liquidbits, including lengthy negotiations with Liquidbits regarding open issues (1.2); conference with certain creditors re sale issues, including ordinary course sales per stipulation (.4). | 1.60 |
| 17 Jul 14 | Siddiqui, Peter A. | Draft and revise sale motion, sale order, cure notice, and sale documents (2.8); conference with J. Glosson re same (.2); conference with E. Green re sale issues and attempting to resolve committee/debtor issues (.5); negotiations with Liquidbits (.5); correspondence with various creditors re sale issues (.5). | 4.50 |
| 17 Jul 14 | Musser, Paul T. | Draft and revise declaration, application to shorten hearing time and declaration in support thereof for sale motion. | 2.40 |
| 18 Jul 14 | Siddiqui, Peter A. | Review, revise, and finalize motion to approve sale, proposed order, cure notice, and Hushen Declaration | 3.90 |

7

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | (2.0); conferences with Liquidbits counsel re same (.5); conferences with E. Green re same (.4); conferences with M. Hushen re larger sale as well as other, smaller sales compliant with sales stipulation (1.0). | |
| 18 Jul 14 | Barbarosh, Craig A. | Review/revise draft sale motion. | 0.70 |
| 18 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 21 Jul 14 | Siddiqui, Peter A. | Conference with E. Green re sale objections and potential resolution of same (.6); respond to E. Green inquiries (.2); update M. Hushen re same (.2). | 1.00 |
| 22 Jul 14 | Siddiqui, Peter A. | Draft ancilarily sale-related documents in preparation for sale hearing (.6); plan and prepare for sale hearing, including witness preparation of M. Hushen (.8); correspondence with E. Smith re sale documents, status of same, potential objections, and strategy going forward (.3). | 1.70 |
| 23 Jul 14 | Siddiqui, Peter A. | Review and revise sale documents (.6); multiple conferences with committee re diligence and discovery (.6); conference with client re same (.2). | 1.40 |
| 23 Jul 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed regarding sale motion. | 0.30 |
| 23 Jul 14 | Musser, Paul T. | Research public vs private sale issues and standards | 1.90 |
| 24 Jul 14 | Siddiqui, Peter A. | Review and comment on APA, note, security agreement, claims waiver agreement, and claims participation agreement (3.5); multiple conferences with buyer counsel re same and re sale hearing preparation (0.9); conference with client re sale hearing preparation and strategy going forward (.9). | 5.30 |
| 24 Jul 14 | Berg, Karin H. | Review draft note and security agreement and provide comments to same. | 1.10 |
| 25 Jul 14 | Siddiqui, Peter A. | Review committee objection to sale motion, including affidavits and additional materials. | 1.30 |
| 25 Jul 14 | Siddiqui, Peter A. | Revise APA and related documents and prepare same for filing (1.2); multiple negotiations with buyer's counsel (.3). | 1.50 |
| 25 Jul 14 | Barbarosh, Craig A. | Review/analyze committee objection to 363 sale motion. | 0.40 |
| 25 Jul 14 | Musser, Paul T. | Review and analyze asset purchase agreement and documents re the same (1.4); prepare for and oversee filing in support of motion for sale (0.5) | 1.90 |
| 28 Jul 14 | Siddiqui, Peter A. | Review objections to sale motion and declarations in response to sale motion, including corrected objections (3.0); conferences with client re same and responses to same (1.1). | 4.10 |
| 28 Jul 14 | Barbarosh, Craig A. | Update regarding sale motion and committee response. | 0.30 |
| 28 Jul 14 | Barbarosh, Craig A. | Conference call with M. Hushen and P. Siddiqui regarding sale strategy and response to creditors' committee. | 0.40 |
| 28 Jul 14 | Barbarosh, Craig A. | Review further pleadings filed by creditors' committee in opposition to sales motion. | 0.30 |

8

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 29 Jul 14 | Siddiqui, Peter A. | Correspondence with E. Green re committee proposal (.2); review status of newest Liquidbits proposal (.3); correspondence with client re same and review correspondence with client and committee re same (.3). | 0.80 |
| 30 Jul 14 | Siddiqui, Peter A. | Conference with S. Barber re forthcoming proposal from committee and committee counsel (.5); negotiations with committee counsel re same (.3); conference with committee member re certain questions regarding committee proposal (.4); review information requests from committee (.4); conference with S. Barber re potential new chip design issues sale issues (.5). | 2.10 |
| 31 Jul 14 | Siddiqui, Peter A. | Multiple conferences with E. Green re sale issues, including diligence requests and documents from committee members (.8); review and respond to diligence requests (.2); conference with Simon Barber re franchise potential, new chip design sales, and strategy going forward (.5); review and advise re status of ordinary course sales (.5); conference with Willem van Rooyen re diligence for committee proposal (.3). | 2.30 |
| | | **TOTALS:** | **112.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 5.70 | 810.00 | $4,617.00 |
| 41856 | Berg, Karin H. | 1.10 | 615.00 | $676.50 |
| 42892 | Mickelsen, Jessica M. | 21.50 | 575.00 | $12,362.50 |
| 43153 | Musser, Paul T. | 18.70 | 460.00 | $8,602.00 |
| 41578 | Siddiqui, Peter A. | 65.70 | 630.00 | $41,391.00 |
| | **TOTAL:** | **112.70** | | **$67,649.00** |

9



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136983 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:**  $67,649.00

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136984
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: <u>LITIGATION/ADVERSARY PROCEEDINGS</u> (385402.00004)

For legal services rendered through July 31, 2014 ................................................................ $10,557.50

Disbursements and other charges .......................................................................................... $270.94

**CURRENT INVOICE TOTAL:** **$10,828.44**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Jul 14 | Siddiqui, Peter A. | Review issues re 2004 examination of Monica Hushen and document production requests attendant thereto (.5); correspondence with committee counsel re breadth of requests and location of exam (.1); conference with E. Green re confidentiality agreement and 2004 examination issues (.1). | 0.70 |
| 15 Jul 14 | Barbarosh, Craig A. | Review/analyze committee application for 2004 examination. | 0.20 |
| 16 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 2004 exam, including preparation of M. Hushen on various matters (1.3); review document production requests and respond to same (.7); revise and finalize confidentiality agreement (.2). | 2.20 |
| 17 Jul 14 | Mickelsen, Jessica M. | Attend to document review of documents that client provided to produce during the 2004 examination (1); appear and represent client at the 2004 examination (5.5); follow-up with client after the 2004 examination to discuss points of follow-up, including Eduardo's examination (.2); communications with counsel re possible open IP ownership issues (.2); communications with counsel re sale motion and related matters (.2); communications with committee counsel re Eduardo's examination (.1); review notes on document production worked out during examination for further delineation of tasks later (.4). | 7.60 |
| 22 Jul 14 | Siddiqui, Peter A. | Prepare for 2004 examination of E. de Castro, including reviewing document production requests and meeting with witness and client (1.4); review status of document production requests from committee (.3). | 1.70 |
| 23 Jul 14 | Siddiqui, Peter A. | Review status of discovery requests, document production requests, and upcoming depositions (.5); review transcripts (.3); preparation for E. de Castro deposition (.3). | 1.10 |
| 23 Jul 14 | Mickelsen, Jessica M. | Analyze multiple emails from client re document production request and documents attached thereto (.2); prepare certain documents to produce to Committee (.2); draft response to Committee re due diligence documents based upon communications from client and send to Committee with documents (.1); respond to clients' emails accordingly (.2); continue to review and respond to client's numerous follow-up emails, including attached documents and email communications with potential investors, on due diligence documents that may be available for production, with further review and redaction saved for tomorrow (.7); inform Committee counsel of timeline for production (.1). | 1.50 |
| 25 Jul 14 | Siddiqui, Peter A. | Review status of E. de Castro deposition and outcome of same. | 0.50 |
| 29 Jul 14 | Siddiqui, Peter A. | Review transcripts from 2004 exams (.3); review status | 0.90 |

2

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
|  |  | of document production (.3); conference with M. Hushen re potential claims available to estate in light of recent events (.3). |  |
| 30 Jul 14 | Musser, Paul T. | Research issues of appointment of trustee and conversion. | 1.50 |
|  |  | **TOTALS:** | **17.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 42892 | Mickelsen, Jessica M. | 9.10 | 575.00 | $5,232.50 |
| 43153 | Musser, Paul T. | 1.50 | 460.00 | $690.00 |
| 41578 | Siddiqui, Peter A. | 7.10 | 630.00 | $4,473.00 |
| | **TOTAL:** | **17.90** | | **$10,557.50** |

3

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 10 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (34) envelopes, Date sent: 06/04/14 | 114.47 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (34) envelopes, Date sent: 06/04/14 | 114.47 |
| 27 Jun 14 | VENDOR: First Legal Network, LLC; INVOICE#: 216482; DATE: 6/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/04/14. Messenger Fee $25, PDF/Fax Fee $17, re: HashFast Technologies LLC (PDF of 7 courtesy copies delivered to Judge Montali). | 42.00 |
| | **TOTAL:** | **$270.94** |

## SUMMARY OF DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Amount |
|---|---|
| Local Courier | $42.00 |
| Postage | $228.94 |
| **TOTAL:** | **$270.94** |

| | |
|---|---|
| **MATTER TOTAL:** | **$10,828.44** |

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136984 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** $10,828.44

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136985
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through July 31, 2014 ............................................................ $613.50

**CURRENT INVOICE TOTAL:** **$613.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 13 Jun 14 | Mickelsen, Jessica M. | Receive call from CA Franchise Tax Board and communications with representative about the relation of the two filing entities, joint administration, and tax issues | 0.20 |
| 13 Jun 14 | Mickelsen, Jessica M. | Summarize the substance of the conversation with CA Franchise Tax Board and send to counsel for review and record | 0.10 |
| 30 Jun 14 | Siddiqui, Peter A. | Review claims filed by certain creditors warranting objections, including those claims identified by committee counsel | 0.70 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.30 | 575.00 | $172.50 |
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **1.00** | | **$613.50** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136985 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:**     **$613.50**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136986
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: <u>EXECUTORY CONTRACTS AND LEASES</u> (385402.00006)

For legal services rendered through July 31, 2014 ................................................................ $2,314.50

**CURRENT INVOICE TOTAL:** $2,314.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 12 Jun 14 | Mickelsen, Jessica M. | Telephone call from R. Harris, counsel to Uniquify, who sought to discuss questions concerning the bankruptcy and the possibility of working together | 0.10 |
| 12 Jun 14 | Mickelsen, Jessica M. | Draft email to C. Barbarosh and P. Siddiqui to summarize communications and inquiries from R. Harris for follow-up. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Confer with counsel to certain executory contracts re open matters, claims matters, potential assumption, and resolution of cure disputes | 0.40 |
| 16 Jun 14 | Siddiqui, Peter A. | Update client and strategy re assumption issues | 0.30 |
| 18 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen and S. Barber re disputes with contract counterparties, potential claims to assert, and assumption/rejection analysis | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Conference with Uniquify counsel re claim issues, sale issues, and potential open issues | 0.30 |
| 22 Jul 14 | Siddiqui, Peter A. | Draft and revise cure notice in respect of executory contracts to be assumed, including cure amounts and potential disputes re same | 0.50 |
| 23 Jul 14 | Siddiqui, Peter A. | Negotiations with contract counterparties re anticipated assumption and assignment of contracts. | 1.20 |
| 25 Jul 14 | Siddiqui, Peter A. | Negotiations with counsel to Uniquify regarding cure amount disputes and stipulation re same | 0.20 |
| | | **TOTALS:** | **3.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.30 | 575.00 | $172.50 |
| 41578 | Siddiqui, Peter A. | 3.40 | 630.00 | $2,142.00 |
| | **TOTAL:** | **3.70** | | **$2,314.50** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136986 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:**      **$2,314.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136987
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

For legal services rendered through July 31, 2014 ................................................. $54,290.00

Disbursements and other charges .............................................................. $12,658.62

**CURRENT INVOICE TOTAL:** **$66,948.62**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Jun 14 | Musser, Paul T. | Calls re filing of cases with customers. | 0.40 |
| 11 Jun 14 | Barbarosh, Craig A. | Update regarding case issues. | 0.20 |
| 11 Jun 14 | Barbarosh, Craig A. | Review various pleadings filed in bankruptcy case. | 0.20 |
| 11 Jun 14 | Musser, Paul T. | Conference with court re correction of HashFast Technologies address from involuntary petition | 0.40 |
| 11 Jun 14 | Musser, Paul T. | Draft and revise notice re correction of HashFast Technologies address from involuntary petition | 0.40 |
| 11 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re correction of HashFast Technologies address from involuntary petition | 0.20 |
| 11 Jun 14 | Musser, Paul T. | Conference with S. Robinson re notice and inclusion on creditor's list | 0.40 |
| 12 Jun 14 | Barbarosh, Craig A. | Review various documents filed in bankruptcy case. | 0.20 |
| 12 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 12 Jun 14 | Musser, Paul T. | Draft and revise letter re consumer action to California attorney general | 0.50 |
| 12 Jun 14 | Musser, Paul T. | Review docket and orders | 0.20 |
| 12 Jun 14 | Musser, Paul T. | Review and analyze Shin Lei claim and correspondence | 0.20 |
| 13 Jun 14 | Barbarosh, Craig A. | Coordinate with P. Siddiqui regarding creditors' committee formation meeting. | 0.20 |
| 13 Jun 14 | Barbarosh, Craig A. | Numerous telephone conferences with creditor counsel regarding administration status of case. | 0.40 |
| 13 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re motion to modify stipulated order. | 0.20 |
| 16 Jun 14 | Siddiqui, Peter A. | Multiple calls with creditors' counsel and potential committee counsel (4 in total) regarding status of the case and potential role of committee counsel | 1.00 |
| 16 Jun 14 | Mickelsen, Jessica M. | Telephone call from the mother of a creditor, Jesse Teta, re: why he was receiving notices and his status as a creditor, which she believed to be a mistake, and subsequent communications with J. Teta re: his status as a creditor in this chapter 11 reorganization, the date of the meeting of creditors, and advise to seek independent counsel for his rights | 0.20 |
| 16 Jun 14 | Mickelsen, Jessica M. | Receive call from B. Young of Jeffrey Mengals re possible service on creditors' committee and questions re estate assets that I ultimately deferred to P. Siddiqui | 0.20 |
| 16 Jun 14 | Mickelsen, Jessica M. | Telephone call from creditor of the estate, K. Miller, who claims she is owed equipment from the debtor to answer inquiry re proof of claim filing deadline and receipt of another call from S. Robinson, a creditor in HashFast, who P. Musser handled | 0.10 |
| 16 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.10 |
| 16 Jun 14 | Barbarosh, Craig A. | Numerous telephone conferences with creditors counsel regarding administrative case status of case. | 0.40 |
| 16 Jun 14 | Musser, Paul T. | Draft and revise motion to modify stipulated order, declaration in support of the same and proposed order. | 2.20 |

2

# PROFESSIONAL SERVICES
## Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 17 Jun 14 | Barbarosh, Craig A. | Update regarding committee formation meeting. | 0.30 |
| 17 Jun 14 | Musser, Paul T. | Revise motion to amend stipulated order and declaration re the same. | 0.20 |
| 18 Jun 14 | Mickelsen, Jessica M. | Conference call with P. Siddiqui and P. Musser concerning creditor questions at committee formation meeting to prepare for 341 meeting of creditors and draft outline of notes from conference to assist with 341 meeting. | 0.60 |
| 18 Jun 14 | Mickelsen, Jessica M. | Review communications from a creditor, Servaas Tilkin, as well as his attachment thereto, re filing a proof of claim and discuss handling with P. Siddiqui before responding. | 0.10 |
| 18 Jun 14 | Mickelsen, Jessica M. | Draft required declaration in support of ex parte application to hear motion to amend stipulated order on shortened time. | 0.50 |
| 18 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui and J. Mickelson re motion to amend stipulation and formation meeting issues | 0.60 |
| 18 Jun 14 | Musser, Paul T. | Revise motion and declaration re motion to amend stipulation | 0.30 |
| 19 Jun 14 | Mickelsen, Jessica M. | Attend to resolution of issues with the Court and counsel concerning hearing the motion to amend the stipulated order on shortened time. | 0.20 |
| 23 Jun 14 | Mickelsen, Jessica M. | Review multiple communications concerning contact from a potential creditor or party in interest named Brian Koffler with Met Schools and contact Brian to determine nature of call. | 0.10 |
| 24 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to declaration of no response to debtor's motion for order limiting service, and order thereon, and send to counsel in Chicago for any comments before filing and lodging tomorrow. | 0.20 |
| 24 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 24 Jun 14 | Musser, Paul T. | Review and analyze docket, motions and orders | 0.40 |
| 24 Jun 14 | Musser, Paul T. | Revise Katten retention application | 0.30 |
| 25 Jun 14 | Mickelsen, Jessica M. | Attend to revisions to order limiting service based upon comments of P. Siddiqui | 0.10 |
| 25 Jun 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re order limiting service, as well as other matters concerning first day orders and prep with designated representative of client for meeting of creditors | 0.10 |
| 25 Jun 14 | Mickelsen, Jessica M. | Attend to further minor revisions to order before filing declaration and lodging orders. | 0.10 |
| 25 Jun 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 25 Jun 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed in bankruptcy case. | 0.40 |
| 26 Jun 14 | Mickelsen, Jessica M. | Call from California Franchise Tax Board re the status of HashFast LLC and specifically whether papers are pending for its registration in the state, and draft | 0.20 |

3

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | inquiry to P. Siddiqui re the same to verify with clients | |
| 26 Jun 14 | Mickelsen, Jessica M. | Follow up with CA Franchise Tax Board to inform representative of status of HashFast LLC and communications re taxes and penalties due | 0.10 |
| 26 Jun 14 | Mickelsen, Jessica M. | Attend to preparation for filing amended application to retain our firm, with client's signature | 0.10 |
| 27 Jun 14 | Mickelsen, Jessica M. | Communications with client and counsel re preparations for meeting of creditors and assist with arranging conference call. | 0.10 |
| 27 Jun 14 | Barbarosh, Craig A. | Review/analyze Liquidbits objection to amend stipulation. | 0.20 |
| 27 Jun 14 | Musser, Paul T. | Review and analyze docket, objections and orders regarding HashFast and HashFast Technologies cases. | 0.40 |
| 30 Jun 14 | Mickelsen, Jessica M. | Assist with California procedures concerning sale motion. | 0.10 |
| 30 Jun 14 | Musser, Paul T. | Conference with P. Siddiqui re hearing and sale motion | 0.40 |
| 30 Jun 14 | Musser, Paul T. | Begin to draft sale motion | 0.40 |
| 01 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor of the estate who received notice of the bankruptcy case, John Cronin, and return call | 0.10 |
| 01 Jul 14 | Mickelsen, Jessica M. | Receive and analyze rough agenda from P. Siddiqui re Section 341 prep (.2); briefly review schedules and other material to assist with preparation (.2); participate in conference call and assist with 341 Meeting of Creditors preparation (2.2); consider and outline list of items required from clients as a follow-up from our 341 prep (.3); draft outline of answers to questions posed during prep and send to P. Siddiqui for review and comment (.7); analyze client's responses, and attached documentation, re follow-up items discussed (.5); address inquiries from client re additional information with follow-up re client's responses (.2); attend to minor revision to Section 341 meeting notes to update answers with subsequent information that client provided (.2); review client's subsequent response re employee bonuses and update 341 answers with the same (.1). | 4.60 |
| 01 Jul 14 | Barbarosh, Craig A. | Review/analyze various pleadings filed in bankruptcy case. | 0.40 |
| 02 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor of the estate who purchased equipment and sought a refund re case status and options, and advised to seek independent counsel and consider filing a proof of claim. | 0.10 |
| 02 Jul 14 | Barbarosh, Craig A. | Confer with P. Siddiqui regarding case issues and strategy. | 0.40 |
| 03 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re outstanding issues concerning schedules and other matters related to the 341 Meeting in preparation for it (.3); draft email to P. Musser to summarize and advise him of items to amend in the schedules following the 341 Meeting (.2); | 0.70 |

4

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | review client's email re potential conflict of interest of Koi as competitor, as well as Tuesday's meeting of creditors, and respond accordingly (.2). | |
| 03 Jul 14 | Barbarosh, Craig A. | Update regarding budget negotiations with creditors' committee. | 0.20 |
| 03 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.10 |
| 07 Jul 14 | Mickelsen, Jessica M. | Receive call from creditor, Terry Sine, re bankruptcy filing and his claim and return call. | 0.10 |
| 07 Jul 14 | Mickelsen, Jessica M. | Multiple communications with client re issues concerning the meeting of creditors, documents to finalize and transmit, approach to creditors to garner trust among the creditors, client site visit following the meeting to assist with a supplemental motion to file with the court by Friday and various other related matters; review documents before sending to trustee's counsel in preparation for the meeting. | 1.60 |
| 08 Jul 14 | Mickelsen, Jessica M. | Represent client at extensive 341 meeting of creditors. | 4.70 |
| 08 Jul 14 | Mickelsen, Jessica M. | Attend to preparations to represent client during meeting of creditors through further factual investigation and review of case contained in schedules, statement of financial affairs, notes from meetings and conversations concerning this case, client's answers to questions during meeting prep and other such materials. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Visit client site before 341 Meeting to meet employees, see product, review graphs and charts and discuss pertinent matters related to the 341 Meeting. | 0.30 |
| 08 Jul 14 | Mickelsen, Jessica M. | Outline documents needed and items for follow-up with client, Committee counsel, and certain creditors that resulted from the 341 Meeting. | 0.70 |
| 08 Jul 14 | Mickelsen, Jessica M. | Draft extensive email to counsel to delineate items for follow-up and to discuss issues raised as a result of the 341 Meeting, including designation of responsible individual, follow-up on change of address, amendments to schedules, inventory lists requested, Uniquify contract review, documents needed from client, sale issues and so forth. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Analyze and respond to numerous client emails, and documentation attached thereto including Uniquify contracts, inventory lists, D&O policy, budget details, in response to requests made during 341 Meeting. | 1.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Draft email to client with a list of documents requested and required from client as a result of the 341 Meeting to provide following the meeting. | 0.50 |
| 08 Jul 14 | Mickelsen, Jessica M. | Meet with Committee counsel and UST before 341 Meeting to discuss preliminary issues and arrange for examination of both clients, S. Barber and M. Hushen. | 0.20 |
| 08 Jul 14 | Barbarosh, Craig A. | Update regarding court hearings. | 0.20 |
| 08 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding | 0.20 |

5

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | case issues. | |
| 09 Jul 14 | Mickelsen, Jessica M. | Review and respond to numerous communications from client to resolve matters resulting from the 341 Meeting and to review documents requested during that meeting. | 1.00 |
| 09 Jul 14 | Mickelsen, Jessica M. | Analyze documents that client sent concerning budget (past revenues and projections) and inventory, among other materials related to the plan, employees, budget, cash on hand, and liabilities, to assist with stipulation to submit to Committee counsel. | 0.70 |
| 09 Jul 14 | Mickelsen, Jessica M. | Brief follow-up review of Uniquify contracts to analyze in greater depth for nondisclosure clauses later. | 0.20 |
| 09 Jul 14 | Mickelsen, Jessica M. | Further review of email from creditors, the Middletons, and draft response accordingly. | 0.20 |
| 09 Jul 14 | Musser, Paul T. | Conference with J. Mickelsen re revisions to stipulation re amendment of Gap period stip, application for responsible individual, amendments to schedule and sale motion (0.8); revise stipulation (0.4); review and analyze local rule re application for responsible individual (0.2); draft and revise application and order re the same (0.5). | 1.90 |
| 10 Jul 14 | Mickelsen, Jessica M. | Review and analyze communications from client re updated inventory list and matters related to the 2004 examination of Simon (.2); draft email to Committee's counsel re 2004 exam issues concerning scope and production (.2); follow-up with clients re the same (.1); communications with creditor from Belgium to address claim and provide Committee counsel's information (.1); review proof of claim that was mailed to us and address with counsel (.2); conference call with P. Siddiqui re status of matters and pending issues (.2); draft response to clients questions concerning third party claim, IP, and other sale issues, some of which were related to proposed 2004 examination of Mr. Barber and others were not (.6); review communications from Committee counsel re possible resolution of issues in our motion by Stipulated Order (.1); subsequent communications with client re market sale depreciation and documentation to include as exhibits in support of a supplemental filing this evening in support of our motion to sell inventory if we cannot reach agreement with the Committee (.2); review multiple email communications with response to our stipulated order proposal for discussion with Committee counsel (.5); extensive telephone conference with Committee counsel to try to resolve issues and find a middle ground (1.5); multiple communications with clients regarding terms discussed for consideration (.8); draft extensive email to Committee counsel to confirm contents of discussions | 10.20 |

6

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | to facilitate resolution of the sale motion (1.5); discuss 2004 examination and personal liability and representation issues with clients (.6); communications with clients re budget issues (.5); draft declaration of client on depreciation to file with supplemental brief (.8); draft supplemental brief to file with Court (1.8); communications with P. Siddiqui re brief and proposed revisions and attend to minor revisions before leaving the remainder for tomorrow (.3). | |
| 11 Jul 14 | Mickelsen, Jessica M. | Draft follow-up email to client re 2004 examination availabilities based upon further inquiries from and discussions with committee counsel. | 0.20 |
| 12 Jul 14 | Mickelsen, Jessica M. | Review communications from committee counsel re interpretation of hearing results (.2); listen to and analyze pertinent points of audio filing respond accordingly (.4); draft response to committee counsel in the hope of resolving the stipulated order (.3); communications with Ray Gallo re clients and signature on stipulated order and respond accordingly (.1); communications with Liquidbits' counsel and further communications with R. Gallo to finalize their revisions (.2); attend to revisions to stipulated order (.1); multiple further communications with committee counsel re resolve issue (.3); inform client of resolution, along with other signatories on the stipulated order (.2); discuss 2004 exams with client (.1); finalize order and draft email to committee counsel, attaching the order and including information on 2004 exams, for further follow-up (.2); read extensive email with additional, further changes that the committee now seeks to make the Stipulated Order, and craft responses to committee counsel with request for a redline by tomorrow morning (1). | 3.10 |
| 13 Jul 14 | Mickelsen, Jessica M. | Draft detailed email to committee counsel re 2004 examinations in response to his email to try to resolve by Monday to schedule examinations (.5); respond to creditor's inquiry re bankruptcy case and matters related to it (.1). | 0.60 |
| 14 Jul 14 | Mickelsen, Jessica M. | Draft brief email to client with reminders of items to bring or be able to confirm by continued meeting of creditors tomorrow (.1); telephone conference with P. Siddiqui re Stipulated Order, extensive document production request that committee sent, debtor in possession account, and other issues related to upcoming matters (.2); review Wolfgang Riedel's proof of claim, received by mail, and send to counsel for determination on how to handle unfiled claim (.1); prepare cover sheet to Mr. Riedel's proof of claim to redirect to the bankruptcy court (.1); communications with client and counsel re items required in preparation | 2.90 |

7

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | for 341 meeting (.2); draft email to client with an itemization of all items required to complete amendment of schedules in anticipation of being able to respond to UST's questions (.3); review Uniquify contracts, in response to questioning of a creditor at previous 341 meeting, for the purpose of following up at the continued 341 meeting, if necessary, and inquire about additional contractual material from client to review before the continued meeting tomorrow (.3); receive additional contract material, briefly review, and compile pertinent documents to review tomorrow on the plane to the meeting (.1); telephone conference with P. Siddiqui re continued meeting of creditors resulting from his communications with officer's personal counsel (.1); communications with P. Siddiqui re S. Barber's nonappearance at continued meeting; follow-up with UST and committee counsel re nonappearance, and discuss with all (.8); continue to work on arranging 2004 examinations, and review communications from client on the same, and communicate issues to committee counsel in expediting the examination(s) (.3); attend to preparations for the continued 341 meeting in light of developments today and briefly review client's responses re inquiries pertaining to amended schedules with further review later (.3). | |
| 14 Jul 14 | Barbarosh, Craig A. | Update regarding case issues and status. | 0.20 |
| 15 Jul 14 | Mickelsen, Jessica M. | Review emails from client re information to include in amended schedules in preparation for continued 341 meeting (.3); briefly review broad document production request to discuss with committee counsel after the 341 (.2); analyze Uniquify Master Design Agreement for nondisclosure and confidentiality provisions and review second SOW (.5); attend and represent client at continued 341 meeting (4.5); conference call with P. Siddiqui and client re issues arising out of meeting that require follow-up (.5); itemize documents and information on which to follow-up arising out of 341 meeting (.5); analyze document production in greater depth and identify roughly 14 categories of documents, from the dozens of broad questions asked in total of 72, to produce by Friday if available (.6); review and respond to client's inquiry re 2004 exam for prep tomorrow (.2); finalize itemization of documents form 341 meeting and proposed document production request, and send to counsel with summary of contents in email (.4). | 7.70 |
| 16 Jul 14 | Mickelsen, Jessica M. | Telephone conference with P. Siddiqui and client to prep client on 2004 examination, including document production, and to be briefed on other issues pertaining | 3.90 |

8

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | to the sale (1.5); attend to preparation of documents to have on hand during 2004 examination (.6); follow-up with UST on confidentiality matters that arose during the 341 meeting (.1); discuss potentially open IP issue with counsel to be prepared during 2004 exam (.1); communications with committee counsel re final details concerning 2004 exam (.1); review client's follow-up emails to answer certain questions raised during our conference call, and send list of items on which to follow-up from the meeting and in regard to the 2004 exam (.2); communications with counsel re inclusion of Liquidbits MOU as executory contract (.1); review client's signatures on SOFAs and send to UST per her request (.1); draft outline and summary of answers and matters discussed during telephone conference with client and counsel in preparation for 2004 exam (.9); review additional documents that client sent to trustee and include in drop box for use at exam, if needed (.2). | |
| 18 Jul 14 | Mickelsen, Jessica M. | Communications with counsel re sale motion (.2); review and finalize sale motion and all attendant documents to update the documents to include the most recent actions concerning the sale and to coincide with the current term sheet, draft notice of motion, draft order on application to short time, and prepare all for filing and service (2.5); communications with client re ownership of IP issue (.2); communications with client to isolate a day and time for Eduardo's examination, and send email to committee counsel to confirm the same (.1); communications with counsel to assist with finalization of amended schedules based upon further information from continued 341 and exams (.2); receipt and brief review of transcript of 341 continued meeting and send to client for records (.1). | 3.30 |
| 21 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 4.40 |
| 21 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re discovery issues and prep of Eduardo before his examination (.1); communications with client to schedule a date to prep Eduardo, suggesting tomorrow (.1); email committee counsel to confirm date of Eduardo's examination and to discuss other pending discovery issues (.1); attend to document production issues following 2004 examination of M. Hushen, including isolating documents to produce and drafting outline of those documents to assist client's production, arranging for review of confidentiality provisions in contracts before disclosure and reviewing Uniquify's terms again, and related matters (1); draft email to Uniquify's counsel to provide prior written notice of intent to disclose | 3.30 |

9

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | contracts, per Section 11.4 of the MDMOSA, and subject to the confidentiality agreement (.3); communications with Uniquify's counsel on the same and draft brief follow-up email to creditor who requested information on these contracts to inform him of confidentiality provisions placed on the record during the continued meeting (.2); review order granting ex parte application for shortened time on sale motion and send to all appropriate parties after discussing with client and counsel (.3); communications with client re debtor in possession account and signatories on the account for purpose of using as the 15% reserve (.1); review multiple requests of committee counsel re license agreements and communications with counsel re intercompany agreement to send to committee counsel per his multiple requests (.2); multiple communications with client re acknowledgements required before disclosing the Uniquify contracts to Liquidbits or others, and communications with Uniquify's counsel re the same and for receipt of signature (.3); attend to preparations for paralegal to review contracts for confidential information before producing them (.1); multiple communications with client and counsel re matters related to document production, intercompany service agreement, and debtor in possession accounts (.4); communications with committee counsel re Eduardo's 2004 exam on Friday (.1). | |
| 22 Jul 14 | Siddiqui, Peter A. | Finalize and file monthly operating reports for HashFast and HashFast Technologies. | 1.50 |
| 22 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 3.30 |
| 22 Jul 14 | Mickelsen, Jessica M. | Review multiple emails from committee's counsel re document production of Eduardo, and motion for exam, and respond accordingly (.5); communications with client re licensing agreement information and other matters related to document production, sale, and executory contracts (.2); draft priority outline of contract review to facilitate document production and send to paralegal, and communications with counsel re assumption (.3); 2004 examination prep of Eduardo, with P. Siddiqui and Eduardo's counsel (1.2); communications with P. Siddiqui following the prep to discuss issues to raise with client if any (.1); attend to preparations for Eduardo's examination and sale motion hearing, including coordinating with Committee counsel on time and place of Eduardo's exam, working out scope of exam and receipt of the motion from Committee counsel, and attending to timing of exam and sale motion hearing to allocate and | 4.60 |

10

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | manage time accordingly (.5); analyze confidentiality provisions in contract terms before sending to Committee counsel as part of the production (.5); communications with P. Siddiqui re production (.1); communications with client to obtain remaining contracts that we do not have in our possession to send to Committee counsel as part of the production (.1); communications with Eduardo to arrange his examination at a mutually agreeable location (.1); review motion for 2004 examination that committee counsel filed for scope and send to Eduardo and his counsel (.2); analyze Draft 0.4 Roadmap, and client's explanatory email, and discuss confidentiality issues and protections, such as a protective order, that can be sought with client for further consideration before disclosing the road map (.3); raise issues with DxCorr claim with client in light of Eduardo's statements during our 2004 exam prep and discuss with client and counsel (.2); review Sandgate contract before producing to Committee counsel (.1); send client confidentiality agreement, with explanation of counterpart provision, to send to LiquidBits for review and agreement, and follow-up on form of agreement required (.2). | |
| 23 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 6.20 |
| 23 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re document production issue to clarify disclosure of road map (.1); review communications of Eduardo's counsel re motion for exam and document production request and respond accordingly (.2); prepare documents for Eduardo's counsels review before the exam, according to our rolling production (.1); communications with client re disclosure of further documents to produce to Committee counsel and prepare documents in anticipation of sending today (.2); follow-up with client re documents to produce (.1); outline documents that we plan to produce pursuant to rolling production for client's review before producing (.2); conduct further review of documents to avoid disclosing any confidential customer information and send to Committee counsel once complete (.2); review and respond to Liquidbits agreement with confidentiality provisions for disclosure of Uniquify's contracts (.1); communications with Committee counsel and client re due diligence documents and time and scope of Eduardo's examination (.2); discuss further documents to produce with client to try to meet Committee counsel's requests, and follow-up with list of items produced or that need to be produced, with priority | 2.80 |

11

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | (.3); assist with filing of notice and cure statement and service issues (.1); multiple communications with buyer's counsel to resolve notice and cure issues, attend to further service issues, review lease and sub-lease, attend to minor revisions to notice and cure and send to buyer's counsel for decision on Sandgate before filing (.7); send lease and sublease to committee counsel per production (.1); follow-up with buyer's counsel re notice to get service out, discuss cure notice, and attend to filing (.2). | |
| 23 Jul 14 | Barbarosh, Craig A. | Review/analyze monthly operating report. | 0.20 |
| 24 Jul 14 | Lee, Vickie Hayden | Review HashFast contracts with various contractors for confidentiality provisions. | 2.50 |
| 24 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re sale issues discussed with the Committee in preparation for the Monday hearing (.3); review numerous communications from client re due diligence documents, Committee issues, and sale issues (.3); telephone conference re Asset Purchase Agreement, procedures, and next steps (.2); outline order of documents to file assist with filing of APA (.2); draft notice of APA to file with the agreement and related exhibits (.4); review and redact due diligence emails and documents before producing to opposing counsel (1.5); extract due diligence documents from drop box and save to files; send to Committee counsel as part of production and to respond to demands (.2). | 3.10 |
| 24 Jul 14 | Barbarosh, Craig A. | Review/analyze committee motion for substantive consolidation. | 0.30 |
| 24 Jul 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 29 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re sale issues, schedules, and document production (.1); attend to 120-day deadline to assume or reject leases from date of conversation to chapter 11 (.1); respond to creditor's inquiry re proof of claim (.1). | 0.30 |
| 30 Jul 14 | Mickelsen, Jessica M. | Review email correspondence re LiquidBit's proposal to purchase chips and communications with P. Siddiqui re next steps (.2); briefly research procedures and rules to replace a designated responsible individual and delineate and send them to P. Siddiqui (.3). | 0.50 |
| | | **TOTALS:** | **104.30** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 5.60 | 810.00 | $4,536.00 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | **Attorney or Assistant** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 42869 | Lee, Vickie Hayden | | 16.40 | 210.00 | $3,444.00 |
| 42892 | Mickelsen, Jessica M. | | 69.80 | 575.00 | $40,135.00 |
| 43153 | Musser, Paul T. | | 10.00 | 460.00 | $4,600.00 |
| 41578 | Siddiqui, Peter A. | | 2.50 | 630.00 | $1,575.00 |
| | | **TOTAL:** | **104.30** | | **$54,290.00** |

13

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 11 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUNE2014-LAX; DATE: 6/6/2014 - Account No. KM3280; Pacer Court Costs for June 2014; Los Angeles | 31.20 |
| 12 Jun 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-MAY2014-CHGO; DATE: 6/6/2014 - Account No. KM3279; Pacer Court Costs for June 2014; Chicago | 49.00 |
| 13 Jun 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 052714; DATE: 5/27/2014 - Out of Town Travel to San Franciso to attend hering on trustee motion and to meet with clients 5/22-5/24-14 | 473.31 |
| 17 Jun 14 | PAYEE: Arkadin Inc.; REQUEST#: 648455; DATE: 6/17/2014. - Check #225162 dated 6/17/14 - Audio conference calls - Peter Siddiqui incurred 5/16/14 | 16.29 |
| 19 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 24 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 24 Jun 14 | E-filing in USBC (Northern District of California) 6/3/14 | 100.00 |
| 25 Jun 14 | Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 220.00 |
| 25 Jun 14 | Fee Inv# 011-818818 on Jessica Mickelson 7/8/14 LA/SanFrancisco/LA Inv# 011-818819 | 48.00 |
| 25 Jun 14 | Peter Siddiqui 6/17/14 Chgo/SanFrancisco/Chgo Inv# 011-815933 | 938.62 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/18/14 | 128.38 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 06/19/14 | 69.57 |
| 26 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (38) envelopes, Date sent: 06/25/14 | 119.63 |
| 30 Jun 14 | Postage for USPS 1st Class Mail Distribution Qty (37) envelopes, Date sent: 06/26/14 | 62.97 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Filing Fee re Debtor's Motion to Convert to Chapter 11 with USBC Court on 6/3/14. | 922.00 |
| 03 Jul 14 | VENDOR: Chase Card Services; INVOICE#: 070314; DATE: 7/3/2014, Fee for Voluntary Petition from USBC Courts re HashFast Technologies LLC. | 1,717.00 |
| 11 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6340482; DATE: 7/10/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/07/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 44.00 |
| 14 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/07/14 | 76.21 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070314; DATE: 7/3/2014 - Out of Town Travel to San Francisco for hearing and client meetings on 06/26/14 - 06/27/14 - cabs, meals, hotel. | 514.57 |
| 15 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 070114; DATE: 7/1/2014 - Out of Town Travel to San Francisco for hearing on 06/17/14 - parking and cab fare. | 92.00 |
| 17 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/19/14. Messenger Fee $25, PDF/Fax Fee $22.50 | 47.50 |

14

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | Re: HashFast Technologies LLC, x10 docs (PDF courtesy copies delivered to Judge Montali). | |
| 17 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (32) envelopes, Date sent: 07/11/14 | 76.21 |
| 18 Jul 14 | Jessica Mickelsen 7/8/14 LosAngeles/SanFran/LosAngeles inv #011-818818 | 144.00 |
| 21 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 070914; DATE: 7/9/2014 - Out of Town Travel to San Francisco for Meeting of Creditors at U.S. Trustee's Office on 7/8/14 (cab fare, BART fare and LAX Parking) | 97.70 |
| 22 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 07/14/14 | 68.23 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/20/14. Messenger Fee $25, PDF/Fax Fee $3 Re: HashFast Technologies LLC, Ex Parte, Decl, Order, POS (PDF courtesy copy delivered to Judge Montali). | 28.00 |
| 23 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/24/14. Messenger Fee $25, PDF/Fax Fee $82.50 Re: HashFast Techonologies LLC (PDF courtesy copy of docs to Judge Montali). | 107.50 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/26/14. Messenger Fee $25, PDF/Fax Fee $16 Re: Hashfast Technologies LLC, Decl, x2 Order, POS (PDF courtesy copy delivered to Judge Montali). | 41.00 |
| 24 Jul 14 | VENDOR: First Legal Network, LLC; INVOICE#: 217798; DATE: 6/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 06/27/14. Messenger Fee $25, PDF/Fax Fee $1.50 Re: HashFast Techonologies LLC, Amd App, POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LosAngeles inv #011-836826 | 490.00 |
| 24 Jul 14 | Jessica Mickelsen 7/14/14 LosAngeles/SanFran/LosAngeles inv #011-836825 | 48.00 |
| 24 Jul 14 | Jessica Mickelsen 7/15/14 LosAngeles/SanFran/LA inv #011-837430 | 482.00 |
| 24 Jul 14 | Jessica Mickelsen 7/17/14 LosAngeles/SanFran/LA inv #011-838958 | 482.00 |
| 24 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6343795; DATE: 7/18/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/11/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 37.00 |
| 25 Jul 14 | E-filing for the United States Bankruptcy Court Northern District of California 6/23/14 | 75.00 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (29) envelopes, Date sent: 07/23/14 | 38.91 |
| 28 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelope, Date sent: 07/18/14 | 230.81 |
| 29 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/24/14 | 18.11 |
| 30 Jul 14 | VENDOR: SF Reporters; INVOICE#: 794; DATE: 7/29/2014 - Fee | 1,612.85 |

Case: 14-30725   Doc# 518-3   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 42 of 150

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | for certified transcripts of 7/15/14 341 examination of Monica Hushen (cont from 7/8/14), and 7/25/14 examination of Eduardo de Castro. | |
| 30 Jul 14 | Jessica Mickelsen 7/28/14 LA/SanFran/LA inv #011-843512 | 488.20 |
| 30 Jul 14 | Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo inv #011-841983 | 1,060.52 |
| 30 Jul 14 | Jessica Mickelsen 7/25/14 LosAngeles/SanFran/LA inv #011-843267 | 496.20 |
| 30 Jul 14 | Jessica Mickelsen 7/23/14 LosAngeles/SanFran/LA inv #011-843266 | 48.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814A; DATE: 7/18/2014  -  Out of Town Travel to San Francisco for business meeting with client on 7/17/14 (LAX Parking $30 on 7/17/14, BART $18) | 48.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814B; DATE: 7/18/2014  -  Travel - parking re: business meeting with client Monica Hushen 7/17/14 | 44.00 |
| 31 Jul 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 071814C; DATE: 7/18/2014  -  Out of Town Travel to SanFrancisco for Meeting of Creditors - LAX Parking $30 & BART $27, 7/15/14 | 57.00 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (28) envelope, Date sent: 07/25/14 | 221.17 |
| 31 Jul 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 18.11 |
| 31 Jul 14 | Postage for USPS 1st Class Mail Distribution Qty (1) envelope, Date sent: 07/28/14 | 9.97 |
| 31 Jul 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 072314; DATE: 7/23/2014  - CourtCall ID 6336029  7-2-14 | 30.00 |
| 31 Jul 14 | Westlaw Legal Research: MUSSER,PAUL T on 07/30/2014 | 53.43 |
| 31 Jul 14 | E-filing of documents 7/25/14 | 75.00 |
| 31 Jul 14 | VENDOR: CourtCall, LLC; INVOICE#: 6381030; DATE: 7/29/2014  - CourtCall Telephonic Appearance fee for J. Mickelsen on 07/28/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 37.00 |
| | **TOTAL:** | **$12,658.62** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $1,326.58 |
| Telephone Charges | $16.29 |
| Local Courier | $250.50 |
| Postage | $1,336.23 |
| Court Reporter Fees | $1,612.85 |
| Service Fees | $30.00 |
| Legal Research | $53.43 |
| Employee Overtime | $250.00 |
| Airfare | $4,945.54 |
| Court Costs | $2,837.20 |
| **TOTAL:** | **$12,658.62** |

| | |
|---|---|
| **MATTER TOTAL:** | **$66,948.62** |

Case: 14-30725   Doc# 518-3   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 43 of 150



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136987 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** $66,948.62

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136988
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

**Re: PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through July 31, 2014 ................................................................... $441.00

**CURRENT INVOICE TOTAL:** **$441.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Jun 14 | Siddiqui, Peter A. | Finalize Katten retention application and prepare same for filing and service | 0.50 |
| 03 Jul 14 | Siddiqui, Peter A. | Review Baker application (.1); correspondence with client and then with creditors' counsel re committee's desire to retain financial advisor (.1). | 0.20 |
| | | **TOTALS:** | **0.70** |


## SUMMARY OF PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **0.70** | | **$441.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136988 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:**     **$441.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136989
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)

For legal services rendered through July 31, 2014 ...........................................................  $2,655.00

**CURRENT INVOICE TOTAL:**        **$2,655.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Jul 14 | Barbarosh, Craig A. | Review/analyze committee limited objection to KMR employment application. | 0.30 |
| 14 Jul 14 | Siddiqui, Peter A. | Conference with S. Barber re vacation issues and priority claim issues (.3); conference with S. Barber counsel re 341 meeting issues (.3). | 0.60 |
| 18 Jul 14 | Barbarosh, Craig A. | Review/analyze Kravitz employment letter | 0.10 |
| 29 Jul 14 | Siddiqui, Peter A. | Review employee agreements in connection with potential non-compete or enforcement actions available to estate (.5); conference with M. Hushen re same (.2); research issues re same (.4). | 1.10 |
| 30 Jul 14 | Siddiqui, Peter A. | Review resignation issues and confer with M. Hushen and S. Barber re same (.5); research implications of headcount issues, including budget and reporting issues (.5). | 1.00 |
| 31 Jul 14 | Siddiqui, Peter A. | Review status of employee resignations, including reviewing offer letters and employment agreements regarding competition (.8); conference with M. Hushen and S. Barber re same (.2). | 1.00 |
| | | **TOTALS:** | **4.10** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.40 | 810.00 | $324.00 |
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | **TOTAL:** | **4.10** | | **$2,655.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136989 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00010 - EMPLOYEE MATTERS | | |

**Current Invoice Charges:**   $2,655.00

**Wire Instructions:**
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136990
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: **NON-WORKING TRAVEL** (385402.00012)

For legal services rendered through July 31, 2014 ................................................................ $2,520.00

**CURRENT INVOICE TOTAL:**     **$2,520.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Jun 14 | Siddiqui, Peter A. | Travel from Chicago to San Francisco. | 2.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Travel from San Francisco to Chicago. | 2.00 |
| | | TOTALS: | 4.00 |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | TOTAL: | 4.00 | | $2,520.00 |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136990 |
| **Client:** | 385402 – HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00012 – NON-WORKING TRAVEL | | |

**Current Invoice Charges:**     $2,520.00

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com


**KattenMuchinRosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136991
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through July 31, 2014 ................................................................ $16,008.50

Disbursements and other charges........................................................................................ $30.00

**CURRENT INVOICE TOTAL:**   $16,038.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 17 Jun 14 | Siddiqui, Peter A. | Attend creditors committee formation meeting | 1.50 |
| 17 Jun 14 | Siddiqui, Peter A. | Plan and prepare for creditors meeting with discussions and review of documents with M. Hushen, T. Wong and S. Barber | 1.60 |
| 26 Jun 14 | Siddiqui, Peter A. | Prepare for hearing on first day motions and motion to amend stipulation, including potential witness preparation of M. Hushen | 1.00 |
| 27 Jun 14 | Siddiqui, Peter A. | Plan and prepare for hearing on amending stipulation and first day motions | 0.80 |
| 27 Jun 14 | Siddiqui, Peter A. | Review objections filed by creditors committee to cash management, retention, and motion to amend stipulation | 0.90 |
| 27 Jun 14 | Siddiqui, Peter A. | Conferences with R. Gallo, A. McDow, and J. Glosson before the hearing to resolve certain objections | 0.50 |
| 27 Jun 14 | Siddiqui, Peter A. | Attend hearing | 1.10 |
| 27 Jun 14 | Siddiqui, Peter A. | Conference with US Trustee and Committee counsel following hearing re status of open issues, including sale options and claim objection options | 0.40 |
| 27 Jun 14 | Siddiqui, Peter A. | Update client re conference with US Trustee and Committee counsel | 0.20 |
| 02 Jul 14 | Siddiqui, Peter A. | Attend hearing on motion for ordinary course sales (.5) and plan and prepare for same, including preparations with M. Hushen (.5). | 1.00 |
| 03 Jul 14 | Mickelsen, Jessica M. | Telephone conference with P. Siddiqui re issues and background concerning continued hearing on motion to amend stipulation to appear at the hearing on Monday, as well as case development matters related to sales and a plan (1); follow-up conference call with client and P. Siddiqui re occurrences during call with Creditors Committee concerning the motion in preparation for the hearing (.7); follow-up with P. Siddiqui to discuss additional hearing matters (.1); briefly outline matters discussed during calls today in preparation for hearing on Monday with further preparation remaining for Monday (.6). | 2.40 |
| 08 Jul 14 | Mickelsen, Jessica M. | Meeting with clients, Committee counsel, and Committee chair following the 341 Meeting to discuss and attempt to resolve issues concerning sale of inventory before the continued hearing on Friday. | 1.00 |
| 11 Jul 14 | Mickelsen, Jessica M. | Review Committee's proposed changes to the last circulated proposals concerning a stipulated order for sale of inventory (.2); review and respond to communications of clients re proposed changes, declaration showing depreciating value of inventory, and other related matters (.7); analyze documents that client sent on depreciating market place value to assist with declaration (.5); continue to draft and revise supplemental brief based upon additional proposals and comments circulated and emails concerning | 9.80 |

2

## PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | depreciation value in the market (1.7); communications with client re 2004 exam, IP issues, and liability issues (.3); revise declaration of client based upon communications with client concerning depreciation value in the market and circulate drafts to client to review and revise, including review of extensive email exchanges supporting details of the order (1.1); communications with committee counsel to try to resolve and isolate remaining issues before the continued hearing (.6); follow-up with client re issues for the hearing to confirm with client and gain further factual information needed (.3); appear at continued hearing on motion (1); communications with client following hearing re results (.2); attend to revisions to stipulated order to reflect hearing results and circulate to all parties (1.3); multiple further communications with committee counsel to work out remaining issues following the hearing (.9); attend to further revisions to stipulated order to address issues of client (.4); review revisions from Liquid Bits counsel and make corresponding changes (.2); further communications with committee counsel to try to resolve last issue and relay response to clients for further follow-up (.3); review email from Liquidbits' counsel re disputed provision, and in support of us, and respond accordingly (.1). | |
| 28 Jul 14 | Siddiqui, Peter A. | Attend status hearing on sale motion (.6); plan and prepare for same, including numerous conferences with client and counsel to committee and buyer (1.0). | 1.60 |
| 28 Jul 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re court's order on the sale hearing, which was transformed into a status conference, to prepare accordingly, and Eduardo's examination (.4); review client's summary of sale issues and communications with committee counsel in preparation for status conference (.2); briefly review committee's amended opposition, declaration and exhibits in support before status conference (.2); appear at status conference (formerly the sale hearing) with P. Siddiqui (1); communications with P. Siddiqui following the hearing re results and next steps (.1). | 1.90 |
| 28 Jul 14 | Barbarosh, Craig A. | Attend telephonic hearing on sale motion. | 0.80 |
| | | **TOTALS:** | **26.50** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.80 | 810.00 | $648.00 |

3

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | | 15.10 | 575.00 | $8,682.50 |
| 41578 | Siddiqui, Peter A. | | 10.60 | 630.00 | $6,678.00 |
| | | **TOTAL:** | **26.50** | | **$16,008.50** |

4

## DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Description | Amount |
|------|-------------|--------|
| 13 Jun 14 | PAYEE: CourtCall, LLC; REQUEST#: 648231; DATE: 6/13/2014 - Telephone Court Appearance 5/28/14 - 14-30725 | 30.00 |
| | **TOTAL:** | **$30.00** |

## SUMMARY OF DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| | Amount |
|--|--------|
| Court Costs | $30.00 |
| **TOTAL:** | **$30.00** |

| | |
|--|--|
| **MATTER TOTAL:** | **$16,038.50** |

5



**KattenMuchinRosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136991 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**     **$16,038.50**

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush  Street
Suite 650
San  Francisco, CA 94103

Invoice No. 1301145188
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u> (385402.00003)

For legal services rendered through August 31, 2014 ............................................................. $8,046.00

Disbursements and other charges ...................................................................................... $1,115.56

**CURRENT INVOICE TOTAL:** **$9,161.56**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review proposal term sheet from committee and accompanying email (.9); correspondence with M. Hushen re same (.5); review and create diligence request list re same and respond to inquiries for additional information from committee (.4). | 1.80 |
| 04 Aug 14 | Barbarosh, Craig A. | Review/analyze committee sale proposal. | 0.20 |
| 06 Aug 14 | Siddiqui, Peter A. | Review issues re ordinary course sales, including chips, wafers, and potential limited IP license issues in connection with same and re ability to satisfy supply chain creditors (1.5); review supply chain contracts in connection with same (.2); conferences with committee counsel re sale steps (.3). | 2.00 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding court hearing. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Strategy regarding asset sales. | 0.20 |
| 11 Aug 14 | Siddiqui, Peter A. | Review status of intellectual property disputes in connection with possible sale or transaction involving same, including reviewing contracts and conferences with S. Barber re same. | 1.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz re bulk sale and bidding procedures and responses to committee proposal re sales issues | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz and A. McDow re sale efforts and strategies | 0.20 |
| 18 Aug 14 | Siddiqui, Peter A. | Review and comment on NDA with potential purchaser and discuss same, as well as sale prospect with client. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with client re sales issues, including potential strategies regarding build outs and resolution of possessory lien holder matters. | 0.40 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with potential purchaser regarding offer for assets, including bid protection and bidding procedures (.3); update calls with committee and client re same to garner unanimity in going forward strategy (.3). | 0.60 |
| 20 Aug 14 | Siddiqui, Peter A. | Conference with potential buyer's counsel regarding bids for assets. | 0.50 |
| 22 Aug 14 | Siddiqui, Peter A. | Review term sheet proposed by potential purchase and correspond with client re same. | 0.20 |
| 25 Aug 14 | Siddiqui, Peter A. | Conference with purchaser counsel re term sheet structure and bidding procedures/protections (.3); review and comment on term sheet, including discussions with client (.3); conference with committee counsel re same (.1); review status of open orders and potential orders, including steps needed to fulfill them (.4). | 1.10 |
| 27 Aug 14 | Siddiqui, Peter A. | Review status of proposals from potential buyers and discuss same with P. Kravitz. | 0.50 |
| 29 Aug 14 | Siddiqui, Peter A. | Review proposal from potential purchaser and analyze same (0.9); review status of revisions to proposal from alternate purchaser (.4); review status of ordinary | 3.00 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
|      |                      | course sales, including potential breaches of order confirmations and strategy for dealing with same (1.7). | |
|      |                      | **TOTALS:** | **12.60** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 12.00 | 630.00 | $7,560.00 |
| | **TOTAL:** | **12.60** | | **$8,046.00** |

3

## DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 07 Aug 14 | Peter Siddiqui 8/5/14 Chgo/LosAngeles/Chgo inv #011-849600 | 1,010.56 |
| 25 Aug 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 080714; DATE: 8/7/2014 - Out of Town Travel to Meeting in Los Angeles with Creditors Committee and Client 08/05/14 | 105.00 |
| | **TOTAL:** | **$1,115.56** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | |
|---|---|
| Out of Town Travel | $105.00 |
| Airfare | $1,010.56 |
| **TOTAL:** | **$1,115.56** |

**MATTER TOTAL:** $9,161.56

4



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145188 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** **$9,161.56**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |

**TOTAL OUTSTANDING BALANCE :** **$67,649.00**

**TOTAL BALANCE DUE:** **$76,810.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145188
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>ASSET SALES/BIDDING PROCEDURES</u> (385402.00003)

For legal services rendered through August 31, 2014 ............................................................ $8,046.00

Disbursements and other charges.................................................................................... $1,115.56

**CURRENT INVOICE TOTAL:**  **$9,161.56**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

# PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review proposal term sheet from committee and accompanying email (.9); correspondence with M. Hushen re same (.5); review and create diligence request list re same and respond to inquiries for additional information from committee (.4). | 1.80 |
| 04 Aug 14 | Barbarosh, Craig A. | Review/analyze committee sale proposal. | 0.20 |
| 06 Aug 14 | Siddiqui, Peter A. | Review issues re ordinary course sales, including chips, wafers, and potential limited IP license issues in connection with same and re ability to satisfy supply chain creditors (1.5); review supply chain contracts in connection with same (.2); conferences with committee counsel re sale steps (.3). | 2.00 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding court hearing. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Strategy regarding asset sales. | 0.20 |
| 11 Aug 14 | Siddiqui, Peter A. | Review status of intellectual property disputes in connection with possible sale or transaction involving same, including reviewing contracts and conferences with S. Barber re same. | 1.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz re bulk sale and bidding procedures and responses to committee proposal re sales issues | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz and A. McDow re sale efforts and strategies | 0.20 |
| 18 Aug 14 | Siddiqui, Peter A. | Review and comment on NDA with potential purchaser and discuss same, as well as sale prospect with client. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with client re sales issues, including potential strategies regarding build outs and resolution of possessory lien holder matters. | 0.40 |
| 19 Aug 14 | Siddiqui, Peter A. | Conferenee with potential purchaser regarding offer for assets, including bid protection and bidding procedures (.3); update calls with committee and client re same to garner unanimity in going forward strategy (.3). | 0.60 |
| 20 Aug 14 | Siddiqui, Peter A. | Conference with potential buyer's counsel regarding bids for assets. | 0.50 |
| 22 Aug 14 | Siddiqui, Peter A. | Review term sheet proposed by potential purchase and correspond with client re same. | 0.20 |
| 25 Aug 14 | Siddiqui, Peter A. | Conference with purchaser counsel re term sheet structure and bidding procedures/protections (.3); review and comment on term sheet, including discussions with client (.3); conference with committee counsel re same (.1); review status of open orders and potential orders, including steps needed to fulfill them (.4). | 1.10 |
| 27 Aug 14 | Siddiqui, Peter A. | Review status of proposals from potential buyers and discuss same with P. Kravitz. | 0.50 |
| 29 Aug 14 | Siddiqui, Peter A. | Review proposal from potential purchaser and analyze same (0.9); review status of revisions to proposal from alternate purchaser (.4); review status of ordinary | 3.00 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | course sales, including potential breaches of order confirmations and strategy for dealing with same (1.7). | |
| | | **TOTALS:** | **12.60** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 12.00 | 630.00 | $7,560.00 |
| | **TOTAL:** | **12.60** | | **$8,046.00** |

3

## DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 07 Aug 14 | Peter Siddiqui 8/5/14 Chgo/LosAngeles/Chgo inv #011-849600 | 1,010.56 |
| 25 Aug 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 080714; DATE: 8/7/2014 - Out of Town Travel to Meeting in Los Angeles with Creditors Committee and Client 08/05/14 | 105.00 |
| | **TOTAL:** | **$1,115.56** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | |
|---|---|
| Out of Town Travel | $105.00 |
| Airfare | $1,010.56 |
| **TOTAL:** | **$1,115.56** |

| | |
|---|---|
| **MATTER TOTAL:** | **$9,161.56** |

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145188 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** **$9,161.56**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |

**TOTAL OUTSTANDING BALANCE :** **$67,649.00**

**TOTAL BALANCE DUE:** **$76,810.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145188
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

**Re: ASSET SALES/BIDDING PROCEDURES** (385402.00003)

For legal services rendered through August 31, 2014 .................................................. $8,046.00

Disbursements and other charges ........................................................................ $1,115.56

**CURRENT INVOICE TOTAL:** **$9,161.56**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Aug 14 | Siddiqui, Peter A. | Review proposal term sheet from committee and accompanying email (.9); correspondence with M. Hushen re same (.5); review and create diligence request list re same and respond to inquiries for additional information from committee (.4). | 1.80 |
| 04 Aug 14 | Barbarosh, Craig A. | Review/analyze committee sale proposal. | 0.20 |
| 06 Aug 14 | Siddiqui, Peter A. | Review issues re ordinary course sales, including chips, wafers, and potential limited IP license issues in connection with same and re ability to satisfy supply chain creditors (1.5); review supply chain contracts in connection with same (.2); conferences with committee counsel re sale steps (.3). | 2.00 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding court hearing. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Strategy regarding asset sales. | 0.20 |
| 11 Aug 14 | Siddiqui, Peter A. | Review status of intellectual property disputes in connection with possible sale or transaction involving same, including reviewing contracts and conferences with S. Barber re same. | 1.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz re bulk sale and bidding procedures and responses to committee proposal re sales issues | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with P. Kravitz and A. McDow re sale efforts and strategies | 0.20 |
| 18 Aug 14 | Siddiqui, Peter A. | Review and comment on NDA with potential purchaser and discuss same, as well as sale prospect with client. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Conference with client re sales issues, including potential strategies regarding build outs and resolution of possessory lien holder matters. | 0.40 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with potential purchaser regarding offer for assets, including bid protection and bidding procedures (.3); update calls with committee and client re same to garner unanimity in going forward strategy (.3). | 0.60 |
| 20 Aug 14 | Siddiqui, Peter A. | Conference with potential buyer's counsel regarding bids for assets. | 0.50 |
| 22 Aug 14 | Siddiqui, Peter A. | Review term sheet proposed by potential purchase and correspond with client re same. | 0.20 |
| 25 Aug 14 | Siddiqui, Peter A. | Conference with purchaser counsel re term sheet structure and bidding procedures/protections (.3); review and comment on term sheet, including discussions with client (.3); conference with committee counsel re same (.1); review status of open orders and potential orders, including steps needed to fulfill them (.4). | 1.10 |
| 27 Aug 14 | Siddiqui, Peter A. | Review status of proposals from potential buyers and discuss same with P. Kravitz. | 0.50 |
| 29 Aug 14 | Siddiqui, Peter A. | Review proposal from potential purchaser and analyze same (0.9); review status of revisions to proposal from alternate purchaser (.4); review status of ordinary | 3.00 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | course sales, including potential breaches of order confirmations and strategy for dealing with same (1.7). | |
| | | **TOTALS:** | **12.60** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 12.00 | 630.00 | $7,560.00 |
| | **TOTAL:** | **12.60** | | **$8,046.00** |

3

## DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 07 Aug 14 | Peter Siddiqui 8/5/14 Chgo/LosAngeles/Chgo inv #011-849600 | 1,010.56 |
| 25 Aug 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 080714; DATE: 8/7/2014 - Out of Town Travel to Meeting in Los Angeles with Creditors Committee and Client 08/05/14 | 105.00 |
| | **TOTAL:** | **$1,115.56** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | |
|---|---|
| Out of Town Travel | $105.00 |
| Airfare | $1,010.56 |
| **TOTAL:** | **$1,115.56** |

| | |
|---|---|
| **MATTER TOTAL:** | **$9,161.56** |

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145188 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:**   __$9,161.56__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |

**TOTAL OUTSTANDING BALANCE :**   __$67,649.00__

**TOTAL BALANCE DUE:**   __$76,810.56__

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchln Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145189
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through August 31, 2014 ..........................................................    $23,747.50

Disbursements and other charges..........................................................................................    $242.12

**CURRENT INVOICE TOTAL:**    **$23,989.62**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 25 Jul 14 | Mickelsen, Jessica M. | Attend to preparations for examination of Eduardo (.9); attend examination of Eduardo (6.5); communications with counsel and client to brief on examination (.5); draft summary of examination, focusing on term sheet questions and answers, in preparation for sale hearing on Monday and identification of issues to be raised (1). | 8.90 |
| 08 Aug 14 | Siddiqui, Peter A. | Review issues re trustee motion to appoint chapter 11 trustee (.4); conference with J. Glosson re same (.2); conferences with committee counsel re same (.5); conference with client re same (.2); review trustee's motion (.4). | 1.70 |
| 11 Aug 14 | Siddiqui, Peter A. | Preparation session with S. Barber re continued 341 meeting (1.5); review prior transcripts in connection with same (.5). | 2.00 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber re 341 meeting, including preparation for same. | 0.50 |
| 14 Aug 14 | Siddiqui, Peter A. | Review and research issues regarding UST motion. | 0.50 |
| 15 Aug 14 | Siddiqui, Peter A. | Review pleadings filed in Morici lawsuit and potential affect on bankruptcy case and estate. | 0.50 |
| 18 Aug 14 | Siddiqui, Peter A. | Review Morici motion papers and discuss same with client (.2). | 0.20 |
| 19 Aug 14 | Siddiqui, Peter A. | Draft and revise objection to trustee motion (.7) and confer with S. Barber re same (.3). | 1.00 |
| 20 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same (.6). | 3.10 |
| 21 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion. | 3.00 |
| 21 Aug 14 | Musser, Paul T. | Research issues re motion to appoint trustee (2.4); conference with P. Siddiqui re the same (0.3). | 2.70 |
| 22 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to motion to appoint trustee and research issues re same. | 4.50 |
| 25 Aug 14 | Siddiqui, Peter A. | Draft and revise opposition to trustee motion (2.5); confer with S. Barber re same and re his declaration in support (1.1). | 3.60 |
| 26 Aug 14 | Siddiqui, Peter A. | Draft opposition to motion to appoint trustee and Barber declaration in connection with same, including multiple conferences with client re same. | 3.40 |
| 27 Aug 14 | Siddiqui, Peter A. | Finalize opposition to trustee motion, including Barber and Kravtiz declarations re same. | 3.00 |
| 28 Aug 14 | Siddiqui, Peter A. | Conference with committee counsel re trustee motion responses and hearing on same (.4); conference with client re same (.2). | 0.60 |
| | | **TOTALS:** | **39.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 8.90 | 575.00 | $5,117.50 |
| 43153 | Musser, Paul T. | 2.70 | 460.00 | $1,242.00 |
| 41578 | Siddiqui, Peter A. | 27.60 | 630.00 | $17,388.00 |
| | **TOTAL:** | **39.20** | | **$23,747.50** |

3

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 31 Aug 14 | Westlaw Legal Research: SIDDIQUI,PETER on 08/22/2014 | 66.22 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/21/2014 | 175.90 |
| | **TOTAL:** | **$242.12** |

## SUMMARY OF DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | | |
|--|--|--|
| Legal Research | | $242.12 |
| | **TOTAL:** | **$242.12** |
| | **MATTER TOTAL:** | **$23,989.62** |

4



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145189 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** _____ **$23,989.62**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |

**TOTAL OUTSTANDING BALANCE :** _____ **$10,828.44**

**TOTAL BALANCE DUE:** _____ **$34,818.06**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com


**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145190
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through August 31, 2014 ........................................................... $945.00

**CURRENT INVOICE TOTAL:** $945.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review large unsecured claim filed by specific creditor and supporting documentation thereto (.4); confer with M. Hushen re potential objections thereto (.2). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Review claims filed by various litigation plaintiffs and assess appropriateness of same with M. Hushen. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review correspondence from various creditors re case status. | 0.50 |
| | | **TOTALS:** | **1.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | **TOTAL:** | **1.50** | | **$945.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145190 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:**      **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$613.50** |

**TOTAL BALANCE DUE:**      **$1,558.50**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145192
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: **EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through August 31, 2014 ............................................................ $4,347.00

**CURRENT INVOICE TOTAL:**      **$4,347.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 15 Aug 14 | Siddiqui, Peter A. | Review status of landlord demand and respond to same, including input from S. Barber. | 0.40 |
| 15 Aug 14 | Siddiqui, Peter A. | Review DX Corr contracts re potential IP issues and breaches of same. | 0.40 |
| 18 Aug 14 | Siddiqui, Peter A. | Review status of Uniquify contract matters and discuss same with A. McDow. | 0.30 |
| 18 Aug 14 | Siddiqui, Peter A. | Review DXCorr documents and research issues re exclusivity. | 1.00 |
| 21 Aug 14 | Siddiqui, Peter A. | Review and comment on DX Corr and Uniquify contracts (1.1); conference with S. Barber re same and re applicability of same to certain circumstances (.6); update committee on contract matters (.2). | 1.90 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with real property landlord about termination/expiration of lease and closing out issues re same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Conference with R. Harris re Uniquify contract issues, including new services and payment for same. | 0.20 |
| 22 Aug 14 | Siddiqui, Peter A. | Correspondence with client re interpretation of contracts, obligations to make payments, and potential litigation tactics available re same. | 0.50 |
| 28 Aug 14 | Siddiqui, Peter A. | Review supply chain contracts and strategy with client re potential claims to assert re same (1.3); correspondence with R. Harris re Uniquify contract issues (.2); review status of contracts to be assumed/rejected in bankruptcy case depending on various exit strategies (.5). | 2.00 |
| | | **TOTALS:** | **6.90** |


## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 6.90 | 630.00 | $4,347.00 |
| | **TOTAL:** | **6.90** | | **$4,347.00** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145192 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:**     **$4,347.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$2,314.50** |

**TOTAL BALANCE DUE:**     **$6,661.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145193
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

For legal services rendered through August 31, 2014 ......................................................... $17,187.00

Disbursements and other charges.......................................................................... $3,398.16

**CURRENT INVOICE TOTAL:** **$20,585.16**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 01 Aug 14 | Barbarosh, Craig A. | Update regarding case operational issues. | 0.20 |
| 04 Aug 14 | Siddiqui, Peter A. | Review proposal from creditors' committee regarding sales, management, IP, and other issues involving the case (2.0); consult with client re same and plan and prepare for meeting with committee (1.1); review and comment on ordinary course sales issues (.3). | 3.40 |
| 04 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and committee negotiations. | 0.30 |
| 05 Aug 14 | Siddiqui, Peter A. | Meeting with committee chair and committee counsel regarding all open issues involving sales, management, intellectual property, claims, plans, and strategy going forward (6.5); conferences with M. Hushen and S. Taffler re strategy for meeting and feedback after it concluded (1.5). | 8.00 |
| 05 Aug 14 | Barbarosh, Craig A. | Update regarding meeting with creditors' committee. | 0.20 |
| 06 Aug 14 | Mickelsen, Jessica M. | Communications with counsel re status conference on August 8, 2014, draft notice thereon to file with the Court, and attend to filing. | 0.20 |
| 07 Aug 14 | Siddiqui, Peter A. | Multiple conferences with M. Hushen and S. Barber re CRO matters and next steps re sales and plan strategy, including strategies re wafer sales, board builds/chip sales, CRO retention, employee matters, and next steps | 2.50 |
| 08 Aug 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee motion to convert case. | 0.30 |
| 11 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re bankruptcy schedules to finalize remaining items (.2); multiple communications with P. Siddiqui re 341 meeting prep, schedules, and trustee's motion (.4). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Conference with S. Barber and M. Hushen re various open matters and strategy going forward, including CRO retention, other executive employment retention, sale strategies, governance issues, and plan of reorganization issues. | 1.00 |
| 14 Aug 14 | Mickelsen, Jessica M. | Multiple communications with client re changes to amended Schedule F for HashFast Technologies (.2); clarify basis for Gallo's 6 claims and disputes concerning those claims (.3); review subsequent client emails re further changes to Schedule F and communications with client to clarify those changes (.3); draft revisions to schedules to make all requested changes and send to client for date and signature (.6); revise creditor matrix, schedules, and statement of financial affairs in both cases for filing (.2) | 1.60 |
| 14 Aug 14 | Musser, Paul T. | Research re effect of operating agreement provisions. | 2.00 |
| 15 Aug 14 | Siddiqui, Peter A. | Conference call with P. Kravitz and S. Barber re financial condition, sales opportunities and alternatives and strategy going forward. | 1.10 |
| 15 Aug 14 | Mickelsen, Jessica M. | Review email from LookSmart's counsel and proof of | 0.50 |

2

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | claim filed in support; send summary to P. Siddiqui for review and comment before responding; communications with counsel re LookSmart's claim and respond according to LookSmart's counsel (.1); discuss employment question related to payroll with employment counsel to be able to advise client on the same (.2); summarize results of communications for counsel to informally advise client (.2). | |
| 16 Aug 14 | Barbarosh, Craig A. | Update regarding case issues and status. | 0.20 |
| 18 Aug 14 | Mickelsen, Jessica M. | Draft statement of cessation of Monica Hushen's duties as designated responsible individual and request for successor (.2); draft application and order to submit concurrently therewith per local rules (.8); send all to counsel for review and comment before filing (.1) | 1.10 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with V. Delaglio re transition of books/records and reporting matters from M. Hushen re same and strategy going forward re same. | 0.50 |
| 19 Aug 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re schedules, and attend to minor revisions to schedules accordingly (.1); communications with court re itemized list of additional creditors added by amendment (.2); compile and itemize list of additional creditors and send to counsel to determine whether any further creditors need to be added (.4); draft email to E. Lucero at the Court to send preliminary list to the court for service purposes (.1). | 0.80 |
| 21 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 21 Aug 14 | Barbarosh, Craig A. | Update regarding case issues. | 0.20 |
| 22 Aug 14 | Mickelsen, Jessica M. | Address further inquiries of Court concerning creditors to be added to the service list based upon amendment of schedules. | 0.10 |
| 22 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 22 Aug 14 | Barbarosh, Craig A. | Update regarding lease termination issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 25 Aug 14 | Barbarosh, Craig A. | Review/revise draft opposition to US Trustee motion to appoint Chapter 11 trustee. | 0.40 |
| 27 Aug 14 | Mickelsen, Jessica M. | Communications from Committee counsel re opposition to UST's motion to appoint a trustee | 0.10 |
| 27 Aug 14 | Barbarosh, Craig A. | Confer with P. Siddiqui regarding case issues and sale effort. | 0.30 |
| 29 Aug 14 | Barbarosh, Craig A. | Review committee objection to U.S. Trustee motion to dismiss case. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Update regarding office lease issues. | 0.20 |
| 29 Aug 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |

|  |  | **TOTALS:** | **27.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 3.70 | 810.00 | $2,997.00 |
| 42892 | Mickelsen, Jessica M. | 5.00 | 575.00 | $2,875.00 |
| 43153 | Musser, Paul T. | 2.00 | 460.00 | $920.00 |
| 41578 | Siddiqui, Peter A. | 16.50 | 630.00 | $10,395.00 |
| | **TOTAL:** | **27.20** | | **$17,187.00** |

4

# DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 03 Aug 14 | Court cost; VENDOR: Chase Card Services; INVOICE#: 080314; DATE: 8/3/2014, USBC Courts San Francisco filing fee. | 176.00 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Pete Siddiqui Hashfast Technologies LLC 100 Bush St Ste 650,San Francisco CA,94104 US: On: 7/24/2014; Tracking ID: 780056313980 | 26.87 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/23/2014; Tracking ID: 804321869410 | 20.86 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: San Francisco Court Appointed SPE 2535 Mission Street, San Francisco CA,94110 US: On: 7/23/2014; Tracking ID: 804321869384 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/25/2014; Tracking ID: 804321868610 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: 160 Bush Corporation 100 Bush St, San Francisco CA,94104 US: On: 7/23/2014; Tracking ID: 804321869373 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: San Francisco CT Appointed SPE 2535 Mission St., San Francisco CA,94110 US: On: 7/25/2014; Tracking ID: 804321868609 | 21.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 7/25/2014; Tracking ID: 804321868620 | 30.17 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: - 100 Bush St, San Francisco CA,94104 US: On: 7/25/2014; Tracking ID: 804321868594 | 17.42 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 7/23/2014; Tracking ID: 804321869400 | 14.98 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 DATE: 8/1/2014 From: Jessica Mickelsen To: Robert Smith Uniquity Inc 2030 Fortune Drive, San Jose CA,95131 US: On: 7/23/2014; Tracking ID: 804321869362 | 8.94 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 273496054 | 15.47 |

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | DATE: 8/1/2014<br>From: Jessica Mickelsen To: Robert Smith Uniquity Inc. 2030 Fortune Drive, San Jose CA,95131 US: On: 7/25/2014; Tracking ID: 804321868631 | |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 134318113<br>DATE: 8/4/2014<br>From: Jessica Mickelsen To:  Clark Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 7/25/2014; Tracking ID: 802872329264 | 36.74 |
| 05 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 134318113<br>DATE: 8/4/2014<br>From: Jessica Michelsen To:  Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent MONT PQ,H4T2A3 CA: On: 7/24/2014; Tracking ID: 802872329286 | 36.41 |
| 06 Aug 14 | Credit 7/16/14 Mickelson, Jessica - against Inv. No. 011-836826 LAX SFO LAX (billed on invoice #1301136987) | (490.00) |
| 06 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUL14-LAX; DATE: 8/6/2014  -  Account No. KM3280; Pacer Court Costs for July 2014; Los Angeles | 66.70 |
| 07 Aug 14 | Refund inv #011-57900 against inv #011-843512 Jessica Mickelsen 7/28/14 LA/Chgo/Wash (billed on invoice #1301136987) | (440.20) |
| 07 Aug 14 | Refund inv#011-57901 against inv #011-841983 Peter Siddiqui 7/28/14 Chgo/SanFran/Chgo (billed on invoice #1301136987) | (1,012.52) |
| 07 Aug 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-JUL14-CHI; DATE: 8/6/2014  -  Account No. KM3279; Pacer Court Costs for July 2014; Chicago | 6.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 7/21/14.  Messenger fee $25, pdf/fax $42.  Courtesy copy to Judge Montali. Ex Parte, Declaration, ADR x2 POS, Notice, MTC. | 67.00 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from J. Mickelsen to USBC San Francisco on 7/24/14.  Messenger fee $25, pdf fee $1.50.  Courtesy copy to Judge Montali.  Notice and Proof of Service. | 26.50 |
| 11 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 220403; DATE: 7/31/2014  -  Messenger from M. Mickelsen to USBC San Francisco on 7/28/14.  Messenger fee $25, PDF/fax fee $59.50.  Notice, Proof of Service.  Courtesy copy to Judge Montali. | 84.50 |
| 13 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  -  Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/07/14. Messenger Fee $29.75, PDF/Fax Fee $4.50<br>Re: HashFast Technologies, x4 docs (filing, cc to Judge Montali). | 34.25 |
| 13 Aug 14 | VENDOR: Summitt Reprographics; INVOICE#: 84435; DATE: 7/24/2014 764 copies | 58.29 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014  -  Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/10/14. Messenger Fee $25, PDF/Fax Fee $1.50<br>Re: HashFast Technologies LLC, App Order, POS, Order (PDF courtesy copy delivered to Judge Montali). | 26.50 |

6

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/11/14. Messenger Fee $25, PDF/Fax Fee $5 Re: HashFast Technologies LLC, Suppl Brief, Decl, POS (PDF courtesy copy delivered to Judge Montali). | 30.00 |
| 14 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 219050; DATE: 7/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 07/15/14. Messenger Fee $25, PDF/Fax Fee $1.50 Re: HashFast Technologies LLC, Stipulation & POS (PDF courtesy copy delivered to Judge Montali). | 26.50 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 1,939.00 |
| 14 Aug 14 | Photocopies for 08/14/2014 | 224.00 |
| 14 Aug 14 | VENDOR: Summitt Reprographics; INVOICE#: 84449; DATE: 7/23/2014 645 scan of due diligence documents. | 56.24 |
| 14 Aug 14 | Jessica Mickelsen 8/12/14 LosAngeles/SanFran/LosAngeles inv #011-854801 | 488.20 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St, Ste 218, San Francisco CA, 94104 US: On: 8/6/2014; Tracking ID: 780101015215 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/6/2014; Tracking ID: 780101016900 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Road, Chester Springs PA, 19425 US: On: 8/6/2014; Tracking ID: 780101019997 | 20.86 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/6/2014; Tracking ID: 780101024264 | 14.98 |
| 15 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 274969743 DATE: 8/15/2014 From: Jessica Mickelsen To: Attn: Robert Smith Uniquify, Inc. 2030 Fortune Drive, Ste 200, San Jose CA, 95131 US: On: 8/6/2014; Tracking ID: 780101011345 | 12.69 |
| 18 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 134832979 DATE: 8/18/2014 From: Jessica Mickelsen To: Ciera Technologies Ciera Tech 9300 Transcanada Highway,YUL PQ, H4S1K5 CA: On: 8/7/2014; Tracking ID: 802872329345 | 30.17 |
| 18 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/15/14 | 446.71 |
| 18 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/15/14 | 28.50 |
| 19 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date | 44.61 |

Case: 14-30725    Doc# 518-3    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 92 of 150

# DISBURSEMENTS

## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| | sent: 08/06/14 | |
| 19 Aug 14 | Photocopies for 08/19/2014 | 112.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 104.00 |
| 19 Aug 14 | Photocopies for 08/19/2014 | 7.60 |
| 20 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelopes, Date sent: 08/07/14 | 18.11 |
| 21 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 080414A; DATE: 8/4/2014  -  Out of Town Travel re Appearance at Rule 2004 Examination of Eduardo de Castro in San Francisco - parking at LAX | 48.00 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To:  100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 8/19/2014; Tracking ID: 770880368330 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 8/19/2014; Tracking ID: 770880373487 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To:  AQS 401 Kato Ter, Fremont CA,94539 US: On: 8/19/2014; Tracking ID: 770880364221 | 14.98 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 8/15/2014; Tracking ID: 780132173297 | 16.96 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/15/2014; Tracking ID: 780132162988 | 34.66 |
| 22 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 275726146 DATE: 8/22/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr, Ste 200, San Jose CA,95131 US: On: 8/19/2014; Tracking ID: 770880359152 | 12.69 |
| 22 Aug 14 | Exchange inv #011-856608 against inv #011-854801 Jessica Mickelsen 8/12/14 SanFran/LosAngeles | 48.00 |
| 25 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014  -  Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/07/14. Re: HashFash Technologies LLC, Notice of Status Conference, POS (PDF courtesy copy e-filed delivered to Judge Montali). | 25.00 |
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014 From: Jessica Mickelsen To:  Ciara Technologies 9300 Transcanada Hwy, Saint-Laurent PQ,H4S1K5 CA: On: 8/15/2014; Tracking ID: 802579791072 | 36.41 |

8

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 25 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 135088949 DATE: 8/25/2014<br>From: Jessica Mickelsen To: Ciara Technologies, 9300 Transcanada Hwy, Saint-Laurent PQ,H4S2A9 CA: On: 8/19/2014; Tracking ID: 802579791083 | 36.41 |
| 26 Aug 14 | VENDOR: First Legal Network, LLC; INVOICE#: 221790; DATE: 8/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 08/15/14. Messenger Fee $25, PDF/Fax Fee $148<br>Re: HashFast Technologies LLC (PDF courtesy copy of various docs delivered to Judge Montali). | 173.00 |
| 26 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/19/14 | 76.73 |
| 27 Aug 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 081314; DATE: 8/13/2014 - Expense Reimbursement 8/13/14 - Reimbursement for travel expenses re: Continued Meeting of Creditors in San Francisco: LAX parking; Cab Fare; BART;Airline seat upgrade 8/12/14 - | 106.50 |
| 27 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 08/20/14 | 19.99 |
| 28 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/27/14 | 68.03 |
| 29 Aug 14 | VENDOR: Federal Express Corporation INVOICE#: 276462016 DATE: 8/29/2014<br>From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 8/19/2014; Tracking ID: 770880353176 | 20.86 |
| 29 Aug 14 | Postage for USPS EXPM Mail Distribution Qty (2) envelopes, Date sent: 08/28/14 | 39.98 |
| 29 Aug 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 08/28/14 | 66.93 |
| 31 Aug 14 | Westlaw Legal Research: MUSSER,PAUL T on 08/14/2014 | 5.76 |
| | **TOTAL:** | **$3,398.16** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $154.50 |
| Local Courier | $493.25 |
| Courier | $591.75 |
| Postage | $809.59 |
| Photocopy Costs | $2,386.60 |
| Document Imaging - Outside Service | $114.53 |
| Legal Research | $5.76 |
| Airfare | $(1,406.52) |
| Court Costs | $248.70 |
| **TOTAL:** | **$3,398.16** |

| | |
|---|---|
| **MATTER TOTAL:** | **$20,585.16** |

Case: 14-30725   Doc# 518-3   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 94 of 150



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145193 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** $20,585.16

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $66,948.62 |

**TOTAL BALANCE DUE:** $87,533.78

### Wire Instructions:
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



## Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145194
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

**Re: PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through August 31, 2014 ........................................................... $2,331.00

**CURRENT INVOICE TOTAL:** $2,331.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Aug 14 | Siddiqui, Peter A. | Draft and revise Province engagement letter (.5); correspondence with committee re same, including duties and compensation (.6); conference with J. Glosson and A. McDow re CRO issues (.3); update client re same and strategy going forward (.4) | 1.80 |
| 07 Aug 14 | Siddiqui, Peter A. | Review and revise engagement letter, including conference with P. Kravitz re same. | 0.50 |
| 08 Aug 14 | Siddiqui, Peter A. | Review and revise CRO engagement letter (.5); correspondence with P. Kravitz re same, including negotiating terms (.3); multiple calls with client re same (.6). | 1.40 |
| | | **TOTALS:** | **3.70** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 3.70 | 630.00 | $2,331.00 |
| | **TOTAL:** | **3.70** | | **$2,331.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145194 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:**  $2,331.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | $441.00 |

**TOTAL BALANCE DUE:**  $2,772.00

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145196
Client No. 385402
Matter No. 00010

FEIN: 36-2796532

Re: **EMPLOYEE MATTERS** (385402.00010)

For legal services rendered through August 31, 2014 ............................................................ $3,132.00

**CURRENT INVOICE TOTAL:** $3,132.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Aug 14 | Barbarosh, Craig A. | Review/analyze draft engagement letter from CRO. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Update regarding negotiations for CRO retention. | 0.20 |
| 08 Aug 14 | Barbarosh, Craig A. | Review revised draft of CRO (Kravitz) engagement letter. | 0.20 |
| 12 Aug 14 | Siddiqui, Peter A. | Conference with E. Green re Kravitz retention agreement and issues re same (.3); conference with P. Kravitz re retention and compensation issues (.3). | 0.60 |
| 13 Aug 14 | Siddiqui, Peter A. | Finalize P. Kravitz engagement letter, including discussions with S. Green, L. Green, and P. Kravitz. | 1.40 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize engagement letter with CRO, including multiple discussions with client, committee, and CRO. | 0.70 |
| 15 Aug 14 | Siddiqui, Peter A. | Research employment issues involving payroll matters, deferred compensation, requests for layoffs, and strategy going forward, including lengthy conference with S. Barber re same. | 1.50 |
| | | **TOTALS:** | **4.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00010: EMPLOYEE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.60 | 810.00 | $486.00 |
| 41578 | Siddiqui, Peter A. | 4.20 | 630.00 | $2,646.00 |
| | **TOTAL:** | **4.80** | | **$3,132.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145196 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00010 - EMPLOYEE MATTERS | | |

**Current Invoice Charges:**     **$3,132.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136989 | 00010 | 2,655.00 | 2,655.00 |

**TOTAL OUTSTANDING BALANCE :**     **$2,655.00**

**TOTAL BALANCE DUE:**     **$5,787.00**

**Wire Instructions:**
Reference: 385402.00010

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145197
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: **NON-WORKING TRAVEL** (385402.00012)

For legal services rendered through August 31, 2014 ............................................................ $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Aug 14 | Siddiqui, Peter A. | Travel to and from Los Angeles for committee meeting. | 4.00 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | **TOTAL:** | **4.00** | | **$2,520.00** |

2

Case: 14-30725    Doc# 518-3    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 103 of 150



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145197 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:** $2,520.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |

**TOTAL OUTSTANDING BALANCE :** $2,520.00

**TOTAL BALANCE DUE:** $5,040.00

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145200
Client No. 385402
Matter No. 00016

FEIN: 36-2796532

Re: **INSURANCE MATTERS** (385402.00016)

For legal services rendered through August 31, 2014 ............................................................ $630.00

**CURRENT INVOICE TOTAL:** **$630.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

## PROFESSIONAL SERVICES
Matter 00016: INSURANCE MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Aug 14 | Siddiqui, Peter A. | Review status of insurance coverage, notifications of carriers, and potential claim issues. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00016: INSURANCE MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145200 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00016 - INSURANCE MATTERS | | |

**Current Invoice Charges:** $630.00

**TOTAL BALANCE DUE:** $630.00

**Wire Instructions:**
Reference: 385402.00016

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150848
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u> (385402.00003)

For legal services rendered through September 30, 2014 ..................................................... $7,056.00

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$7,056.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) .................................... | $76,810.56 |
| **TOTAL BALANCE DUE:** | **$83,866.56** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Conference with committee re two offers to purchase assets and strategy re responding to same. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review and comment on committee sale term sheet. | 0.50 |
| 08 Sep 14 | Siddiqui, Peter A. | Conference with proposed purchaser re committee proposed buy out (.3); conference with client re same and re strategy going forward (.3); conference with committee counsel re same (.2). | 0.80 |
| 09 Sep 14 | Siddiqui, Peter A. | Review status of sales and orders, including revising order confirmation documents (.6); confer with client re same and re strategy going forward (.4); review status of offer from various purchasers, including written responses to same (.6). | 1.60 |
| 11 Sep 14 | Siddiqui, Peter A. | Review correspondence from potential purchasers re authority issues, access to inventory issues, and strategy going forward. | 0.60 |
| 12 Sep 14 | Siddiqui, Peter A. | Review correspondence from various asset bidder and confer with client re same (.5). | 0.50 |
| 16 Sep 14 | Siddiqui, Peter A. | Review status of open sales issues, including sales from inventory at Ciara and Uniquify, including offer sheets and potential recoveries re same. | 1.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and plan issues, including offers for remaining inventory and intellectual property and strategy re same (.8); review status of offers for inventory and best way to maximize value re same (.5). | 1.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Review status of sales with client, including potential negotiating strategies re bulk sales, wafer sales, and chip sales. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Review and comment on various asset purchase opportunities and discuss same with client (.5); review AQS document regarding Liquidbits sale and revise same (.5). | 1.00 |
| 25 Sep 14 | Siddiqui, Peter A. | Review status of pending sales and vendor cooperation re same (.3); review AQS letter and discuss same with Liquidbits counsel (.2). | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales, including pre-payments and vendor payments (.5); correspondence with client re bulk sales and intellectual property sales (.4). | 0.90 |
| 30 Sep 14 | Siddiqui, Peter A. | Conference with client re status of sales and next steps, including potential auction motion (.7); draft and revise same (.3). | 1.00 |
| | | **TOTALS:** | **11.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

Case: 14-30725    Doc# 518-3    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 109 of 150

| | Attorney or Assistant | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | | 11.20 | 630.00 | $7,056.00 |
| | | TOTAL: | 11.20 | | $7,056.00 |

3



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150848 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** **$7,056.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |

**TOTAL OUTSTANDING BALANCE :** **$76,810.56**

**TOTAL BALANCE DUE:** **$83,866.56**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150849
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through September 30, 2014 .................................................... $8,769.00

Disbursements and other charges ........................................................................ $2,380.24

**CURRENT INVOICE TOTAL:** **$11,149.24**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $34,818.06

**TOTAL BALANCE DUE:** **$45,967.30**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02 Sep 14 | Siddiqui, Peter A. | Conferences with Liquidbits counsel regarding potential dispute (.3); review documents re same (.5); conferences with client re dispute resolution and litigation tactics (.3). | 1.10 |
| 02 Sep 14 | Musser, Paul T. | Conference with P. Siddiqui re litigation strategy (0.2); research motion for turnover (0.3). | 0.50 |
| 03 Sep 14 | Musser, Paul T. | Draft and revise motion for turnover of unfinished wafers. | 0.90 |
| 08 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee, including reviewing pleadings and researching issues (1.7); confer with committee counsel re same and re substantive consolidation motion (.1); review potential issues and claims against contract counterparties for needless claims (.2). | 2.00 |
| 09 Sep 14 | Siddiqui, Peter A. | Plan and prepare for oral argument on motion to appoint trustee. | 0.60 |
| 10 Sep 14 | Siddiqui, Peter A. | Plan and prepare for hearing on motion to appoint trustee (1.2); attend hearing re same (1.4); conference with client following hearing (.3). | 2.90 |
| 10 Sep 14 | Musser, Paul T. | Research re motion for turnover of inventory. | 2.00 |
| 11 Sep 14 | Siddiqui, Peter A. | Review status of S. Barber deposition and issues arising from same. | 0.50 |
| 15 Sep 14 | Siddiqui, Peter A. | Draft and revise complaint regarding turnover (.4); review status of document production requests from Committee (.3); review Ciara settlement proposal (.3). | 1.00 |
| 16 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint regarding turnover of wafers. | 2.10 |
| 17 Sep 14 | Siddiqui, Peter A. | Review adversary complaint for turnover (.5). | 0.50 |
| 17 Sep 14 | Musser, Paul T. | Draft and revise adversary complaint re turnover of wafers. | 1.10 |
| 23 Sep 14 | Siddiqui, Peter A. | Conferences with client regarding 2004 requests and potential issues involving former employees. | 0.50 |
| | | **TOTALS:** | **15.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43153 | Musser, Paul T. | 6.60 | 460.00 | $3,036.00 |
| 41578 | Siddiqui, Peter A. | 9.10 | 630.00 | $5,733.00 |
| | **TOTAL:** | **15.70** | | **$8,769.00** |

Case: 14-30725    Doc# 518-3    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 113 of 150

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 09 Sep 14 | Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo inv #011-868793 | 1,061.30 |
| 19 Sep 14 | exchange inv #011-874804 against inv #011-868793 Peter Siddiqui 9/9/14 Chgo/SanFran/Chgo | 48.00 |
| 24 Sep 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 091214; DATE: 9/12/2014 - Expense Reimbursement dated 09/12/14; Travel to San Francisco for hearing on US Trustee's Motion to Appoint Chapter 11 Trustee on 09/09/14 - 09/10/14. | 1,113.99 |
| 30 Sep 14 | Westlaw Legal Research: SIDDIQUI,PETER on 09/09/2014 | 52.21 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/03/2014 | 12.29 |
| 30 Sep 14 | Westlaw Legal Research: MUSSER,PAUL T on 09/10/2014 | 92.45 |
| | **TOTAL:** | **$2,380.24** |

## SUMMARY OF DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Out of Town Travel | $1,113.99 |
| Legal Research | $156.95 |
| Airfare | $1,109.30 |
| **TOTAL:** | **$2,380.24** |

**MATTER TOTAL:**     **$11,149.24**



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150849 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** _____ **$11,149.24**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |

**TOTAL OUTSTANDING BALANCE :** _____ **$34,818.06**

**TOTAL BALANCE DUE:** _____ **$45,967.30**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150850
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through September 30, 2014 ...................................................... $630.00

Disbursements and other charges.......................................................................... $16.26

**CURRENT INVOICE TOTAL:** $646.26

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $1,558.50

**TOTAL BALANCE DUE:** $2,204.76

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with California taxing authority re claims and open issues and update client re same. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2

## DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 17 Sep 14 | PAYEE: Arkadin Inc.; REQUEST#: 656592; DATE: 9/17/2014. - Check #227980 dated 9/17/14 for the month of August 2014 - audio conference service - Peter Siddiqui incurred 8/15/14 | 9.66 |
| 30 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-AUG14-CHI; DATE: 9/22/2014 - Account No. KM3279; Pacer Court Costs for August 2014; Chicago | 6.60 |
| | **TOTAL:** | **$16.26** |

## SUMMARY OF DISBURSEMENTS
Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | |
|---|---|
| Telephone Charges | $9.66 |
| Court Costs | $6.60 |
| **TOTAL:** | **$16.26** |

| | |
|---|---|
| **MATTER TOTAL:** | **$646.26** |

3



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150850 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:**  $646.26

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |

**TOTAL OUTSTANDING BALANCE :**  $1,558.50

**TOTAL BALANCE DUE:**  $2,204.76

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150851
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: **EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through September 30, 2014 ........................................................ $6,237.00

**CURRENT INVOICE TOTAL:** $6,237.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $6,661.50

**TOTAL BALANCE DUE:** $12,898.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Sep 14 | Siddiqui, Peter A. | Draft correspondence to landlord re alleged lease violations, lease termination issues, and confer with client re same. | 0.50 |
| 02 Sep 14 | Siddiqui, Peter A. | Review and comment on turnover motion regarding supply chain providers. | 0.50 |
| 05 Sep 14 | Siddiqui, Peter A. | Review draft turnover motion (.2); review contract terms re potential ownership dispute (.4). | 0.60 |
| 08 Sep 14 | Siddiqui, Peter A. | Review issues with Ciara Tech, including reviewing contract with same (.5); correspondence with Ciara in-house counsel re same (.1). | 0.60 |
| 09 Sep 14 | Siddiqui, Peter A. | Conference call with Uniquify (.5); react to same, including research in to Signetics (.5); review and revise turnover motion regarding wafers and chips, including research into same (1.1). | 2.10 |
| 11 Sep 14 | Siddiqui, Peter A. | Review Ciara contract (.3); confer with Ciara counsel re shipping product and potential resolution of disputes (.5); update client re same (.3). | 1.10 |
| 12 Sep 14 | Siddiqui, Peter A. | Review Ciara, Uniquify, and DxCorr matters, including potential claims and resolutions re same (1.0); multiple conferences with client re same (.5); conference with Ciara counsel re shipping current orders (.3); conference with committee counsel re same (.2). | 2.00 |
| 17 Sep 14 | Siddiqui, Peter A. | Review release request from AQS and discuss same with counsel to Liquidbits (.2). | 0.20 |
| 23 Sep 14 | Siddiqui, Peter A. | Review issues re end of lease and moving out of leased space, including surrender of certain office equipment and the relocation of others. | 1.00 |
| 24 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re potential resolution of open issues and storage charges. | 0.40 |
| 25 Sep 14 | Siddiqui, Peter A. | Correspondence with Ciara re storage issues. | 0.30 |
| 26 Sep 14 | Siddiqui, Peter A. | Correspondence with landlord re moveout of leased space (.4); update conferences with client re same (.2). | 0.60 |
| | | **TOTALS:** | **9.90** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 9.90 | 630.00 | $6,237.00 |
| | **TOTAL:** | **9.90** | | **$6,237.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150851 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** $6,237.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |

**TOTAL OUTSTANDING BALANCE :** $6,661.50

**TOTAL BALANCE DUE:** $12,898.50

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150852
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through September 30, 2014 ....................................................... $8,525.50

Disbursements and other charges............................................................................ $1,337.39

**CURRENT INVOICE TOTAL:** **$9,862.89**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $87,533.78

**TOTAL BALANCE DUE:** **$97,396.67**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Sep 14 | Barbarosh, Craig A. | Review/analyze U.S. Trustee reply regarding motion to appoint trustee. | 0.30 |
| 05 Sep 14 | Siddiqui, Peter A. | Conference with Simon Barber re open issues, including resolution of claims, potential purchaser issues, MOR status, and next steps. | 0.50 |
| 05 Sep 14 | Musser, Paul T. | Assist in preparation of July and August 2014 monthly operating reports. | 0.30 |
| 08 Sep 14 | Siddiqui, Peter A. | Review and comment on MORs. | 0.50 |
| 08 Sep 14 | Mickelsen, Jessica M. | Communications with P. Siddiqui re upcoming deposition of S. Barber for purpose of defending on behalf of the debtors. | 0.10 |
| 10 Sep 14 | Siddiqui, Peter A. | Review inventory of HashFast safe (.3); confer with S. Barber and E. de Castro re moving out of leased space (.3); confer with client re open issues regarding sales, testing, and strategy going forward (.5). | 1.10 |
| 10 Sep 14 | Mickelsen, Jessica M. | Communications with committee counsel and S. Barber's personal counsel re logistics for S. Barber's deposition tomorrow. | 0.10 |
| 11 Sep 14 | Mickelsen, Jessica M. | Attend all day deposition of S. Barber in San Francisco | 7.50 |
| 15 Sep 14 | Mickelsen, Jessica M. | Production of documents pursuant to the deposition of S. Barber, including review of records for documents requested and to confirm production, outlining of additional documents needed that have not been produced and email with S. Barber discussing any production matters further. | 0.30 |
| 18 Sep 14 | Mickelsen, Jessica M. | Correspondence with S. Barber re document production and inquiry concerning focus of communications on TimeFire dispute | 0.50 |
| 19 Sep 14 | Mickelsen, Jessica M. | Communications with client re document production and 2004 exam issues | 0.30 |
| 22 Sep 14 | Mickelsen, Jessica M. | Communications with S. Barber re discovery and document production matters, as well as information re T. Wong | 0.20 |
| 23 Sep 14 | Mickelsen, Jessica M. | Telephone conference with S. Barber to assist with email discovery production. | 2.00 |
| 24 Sep 14 | Mickelsen, Jessica M. | Communication with S. Barber re BTC Guild mining revenue | 0.10 |
| 25 Sep 14 | Mickelsen, Jessica M. | Review email from S. Barber re discovery and respond accordingly to withhold document on basis of attorney-client privilege (.1); receive call from City and County of San Francisco re filing of 2013 payroll tax statement and relay message to team (.1). | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Send/review various email correspondence regarding case issues. | 0.20 |
| 29 Sep 14 | Barbarosh, Craig A. | Update regarding inventory sales and plan preparation/negotiation. | 0.20 |
| | | **TOTALS:** | **14.40** |

Case: 14-30725   Doc# 518-3   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 124 of 150

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | **Attorney or Assistant** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | | 0.70 | 810.00 | $567.00 |
| 42892 | Mickelsen, Jessica M. | | 11.30 | 575.00 | $6,497.50 |
| 43153 | Musser, Paul T. | | 0.30 | 460.00 | $138.00 |
| 41578 | Siddiqui, Peter A. | | 2.10 | 630.00 | $1,323.00 |
| | | **TOTAL:** | **14.40** | | **$8,525.50** |

3

# DISBURSEMENTS

## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 04 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 135338620 DATE: 9/1/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/27/2014; Tracking ID: 854672883896 | 30.17 |
| 05 Sep 14 | PAYEE: AT&T TeleConference Services; REQUEST#: 655510; DATE: 9/4/2014. - To Record Client Related Charges pertain 2014 AT&T Teleconference Check #227274;J Mickelsen incurred 7/1/14 | 26.76 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/27/2014; Tracking ID: 770971321926 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/27/2014; Tracking ID: 770971329846 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 8/28/2014; Tracking ID: 770985375820 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/27/2014; Tracking ID: 770971303776 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 8/28/2014; Tracking ID: 770985346570 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/27/2014; Tracking ID: 770971325748 | 14.98 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/27/2014; Tracking ID: 770971334764 | 20.86 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 8/28/2014; Tracking ID: 770985293540 | 12.69 |
| 08 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 20.86 |

4

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 08 Sep 14 | From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 8/28/2014; Tracking ID: 770985324461 VENDOR: Federal Express Corporation INVOICE#: 277146483 DATE: 9/5/2014 | 14.98 |
| 09 Sep 14 | From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 8/28/2014; Tracking ID: 770985394630 VENDOR: Federal Express Corporation INVOICE#: 135575063 DATE: 9/8/2014 | 30.17 |
| 15 Sep 14 | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4S1K5 CA: On: 8/29/2014; Tracking ID: 854672883922 VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/20/14 re courtesy copy to Judge Montali. Hashfast Technologies. Application of Order, Statement, Order and Proof of Service | 31.50 |
| 15 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 224246; DATE: 9/15/2014 - Messenger from J. Mickelsen to USBC San Francisco on 9/12/14 re courtesy copy of Order and Proof of Service to Judge Montali. HasFast Technology LLC. | 37.50 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30866). | 30.00 |
| 15 Sep 14 | Court cost; INVOICE#: CC090314; DATE: 9/3/2014 - USDC Northern CA 8/14/14 - filing document (Amended Creditor Matrix Case 14-30725). | 30.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Opposition, Declaration and Proof of Service to Judge Montali. Hashfast Technologies LLC. Messenger fee $25, pdf $9. | 34.00 |
| 16 Sep 14 | VENDOR: First Legal Network, LLC; INVOICE#: 223082; DATE: 8/31/2014 - Messenger from J. Mickelsen to USBC San Francisco on 8/28/14 re courtesy copy of Declaration and Proof of Service to Judge Montali. Messenger fee $25, pdf $1. | 26.00 |
| 17 Sep 14 | Postage for USPS 1st Class Mail Distribution Qty (33) envelopes, Date sent: 09/12/14 | 57.14 |
| 17 Sep 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 09/12/14 | 19.99 |
| 19 Sep 14 | Jessica Mickelsen 9/9/14 LA/Oakland/LA inv #011-58505 | 559.20 |
| 19 Sep 14 | VENDOR: CourtCall, LLC; INVOICE#: 6460090; DATE: 9/18/2014 - CourtCall Telephonic Appearance fee for J. Mickelsen on 09/10/14 with USBC-San Francisco, CA (Hon. Dennis Montali). | 51.00 |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 20.79 |
| 22 Sep 14 | From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA, 19425 US: On: 9/12/2014; Tracking ID: 771144964271 VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |

5

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA, 94104 US: On: 9/12/2014; Tracking ID: 771145045988 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA, 94539 US: On: 9/12/2014; Tracking ID: 771145068202 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 12.64 |
| | From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA, 95131 US: On: 9/12/2014; Tracking ID: 771144929144 | |
| 22 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278619643 DATE: 9/19/2014 | 14.93 |
| | From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA, 94110 US: On: 9/12/2014; Tracking ID: 771145023354 | |
| 23 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 136097166 DATE: 9/22/2014 | 36.24 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent, QU PQ,H4R1K5 CA: On: 9/12/2014; Tracking ID: 854672883944 | |
| 24 Sep 14 | VENDOR: Federal Express Corporation INVOICE#: 278847039 DATE: 9/22/2014 | 23.42 |
| | From: Peter Siddiqui To: Amanda Demby Solution Trust 29209 CANWOOD ST,AGOURA HILLS CA,91301 US: On: 9/12/2014; Tracking ID: 771140194895 | |
| 24 Sep 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-AUG14-LAX; DATE: 9/22/2014 - Account No. KM3280; Pacer Court Costs for August 2014; Los Angeles | 34.10 |
| 25 Sep 14 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 091514; DATE: 9/15/2014 - Expense Reimbursement 9/15/14 - reimbursement for expenses incurred re travel to San Francisco for deposition - Parking $30; BART $9; AirBart $6 on 9/11/14 - | 45.00 |
| | **TOTAL:** | **$1,337.39** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|------|------|
| Out of Town Travel | $45.00 |
| Telephone Charges | $26.76 |
| Local Courier | $129.00 |
| Courier | $355.20 |
| Postage | $77.13 |
| Airfare | $559.20 |
| Court Costs | $145.10 |
| **TOTAL:** | **$1,337.39** |

| | |
|------|------|
| **MATTER TOTAL:** | **$9,862.89** |

Case: 14-30725   Doc# 518-3   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 128 of 150



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150852 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** __$9,862.89__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |

**TOTAL OUTSTANDING BALANCE :** __$87,533.78__

**TOTAL BALANCE DUE:** __$97,396.67__

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150854
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through September 30, 2014 .................................................... $2,709.00

**CURRENT INVOICE TOTAL:** $2,709.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Sep 14 | Siddiqui, Peter A. | Conference with committee counsel re plan term sheet and structure. | 0.50 |
| 17 Sep 14 | Siddiqui, Peter A. | Draft plan term sheet. | 0.30 |
| 18 Sep 14 | Siddiqui, Peter A. | Draft and revise plan term sheet (1.1); confer with E. Green re same (.4). | 1.50 |
| 19 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet (.4); confer with client re same (.1). | 0.50 |
| 22 Sep 14 | Siddiqui, Peter A. | Revise plan term sheet to incorporate committee comments and recirculate to committee for comments. | 0.50 |
| 26 Sep 14 | Siddiqui, Peter A. | Conference with A. McDow re status of plan issues and strategy going forward, including potential litigation steps (.5); revise term sheet for plan and disclosure statement (.5). | 1.00 |
| | | **TOTALS:** | **4.30** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.30 | 630.00 | $2,709.00 |
| | **TOTAL:** | **4.30** | | **$2,709.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150854 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:** _____ **$2,709.00**

**TOTAL BALANCE DUE:** _____ **$2,709.00**

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

October 17, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301150855
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

Re: **NON-WORKING TRAVEL** (385402.00012)

For legal services rendered through September 30, 2014 .................................................. $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $5,040.00

**TOTAL BALANCE DUE:** $7,560.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Sep 14 | Siddiqui, Peter A. | Travel to San Francisco for motion to appoint trustee hearing. | 2.00 |
| 10 Sep 14 | Siddiqui, Peter A. | Travel to Chicago from San Francisco. | 2.00 |
| | | TOTALS: | 4.00 |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | TOTAL: | 4.00 | | $2,520.00 |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301150855 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Oct 14 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:**     **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |
| 26 Sep 14 | 1301145197 | 00012 | 2,520.00 | 2,520.00 |

**TOTAL OUTSTANDING BALANCE :**     **$5,040.00**

**TOTAL BALANCE DUE:**     **$7,560.00**

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136992
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

Re: <u>SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS</u> (385402.00014)

For legal services rendered through July 31, 2014 .................................................... $34,304.00

**CURRENT INVOICE TOTAL:** **$34,304.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 09 Jun 14 | Siddiqui, Peter A. | Draft schedules and statements | 0.60 |
| 09 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re schedules and statements, including reviewing information and timing issues | 0.60 |
| 09 Jun 14 | Musser, Paul T. | Conference with M. Hushen and P. Siddiqui re schedules and statement of financial affairs | 0.50 |
| 11 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including question and answer prep | 0.40 |
| 11 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 0.60 |
| 13 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 1.00 |
| 13 Jun 14 | Siddiqui, Peter A. | Conference with M. Hushen re drafts of schedules and statements | 0.10 |
| 16 Jun 14 | Siddiqui, Peter A. | Revise schedules and statements | 0.50 |
| 16 Jun 14 | Siddiqui, Peter A. | Prepare for 341 and formation meeting in connection with same | 0.30 |
| 17 Jun 14 | Siddiqui, Peter A. | Review and revise schedules and statements for both debtors | 1.50 |
| 18 Jun 14 | Siddiqui, Peter A. | Review and revise schedules, statements, and UST IDI documentation | 0.80 |
| 18 Jun 14 | Siddiqui, Peter A. | Confer with M. Hushen re schedules, statements, and UST IDI documentation | 0.20 |
| 18 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of affairs for debtors. | 3.90 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise schedules and statements | 2.10 |
| 19 Jun 14 | Siddiqui, Peter A. | Draft and revise IDI questionnaire | 1.90 |
| 19 Jun 14 | Musser, Paul T. | Draft and revise schedules and statements of financial affairs for HashFast Technologies and HashFast. | 5.90 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize IDI questionnaire and compiling documents responsive to same | 2.30 |
| 20 Jun 14 | Siddiqui, Peter A. | Conference with UST analyst re same and follow up questions | 0.30 |
| 20 Jun 14 | Siddiqui, Peter A. | conferences with M. Hushen re IDI questionnaire, follow up questions, and schedules/SOFAs matters | 0.50 |
| 20 Jun 14 | Siddiqui, Peter A. | Finalize and revise schedules and SOFAs | 1.00 |
| 20 Jun 14 | Musser, Paul T. | Draft and revise schedules and statement of affairs for debtors HashFast LLC and HashFast Technologies. | 5.10 |
| 23 Jun 14 | Siddiqui, Peter A. | Finalize and file schedules | 2.90 |
| 23 Jun 14 | Siddiqui, Peter A. | Multiple calls with client to finalize schedules and confirm accuracy and completeness of same | 1.10 |
| 23 Jun 14 | Musser, Paul T. | Draft and revise schedules, statement of affairs and related documents for HashFast Technologies and HashFast. | 12.20 |
| 24 Jun 14 | Siddiqui, Peter A. | Review filed schedules and statements and confer with client re any necessary amendments | 0.30 |
| 24 Jun 14 | Siddiqui, Peter A. | Plan and prepare with client for Initial Debtor Interview and 341 meeting | 1.10 |
| 24 Jun 14 | Musser, Paul T. | Correspond with P. Siddiqui and Debtors re filing of schedules and SOFAs. | 0.20 |
| 26 Jun 14 | Siddiqui, Peter A. | Plan and prepare for Initial Debtor Interview with S. | 1.70 |

2

## PROFESSIONAL SERVICES
### Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Barber and M. Hushen | |
| 26 Jun 14 | Siddiqui, Peter A. | Attend and participate in Initial Debtor Interview with UST analyst P. Martin | 1.70 |
| 30 Jun 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including addressing certain issues raised at IDI and by proposed committee counsel | 0.80 |
| 01 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including lengthy calls with M. Hushen and S. Barber (2.0); review issues and documents raised in connection with 341 meeting preparation, including potential need to amend schedules (.7). | 2.70 |
| 02 Jul 14 | Mickelsen, Jessica M. | Consider and outline items to consider to amend schedules based upon communications during the Section 341 prep (.3); discuss items with counsel who prepared the schedules to alert of possible amendments (.1); attend to final revisions to answers to questions for 341 Meeting based upon further follow-up of client (.1); draft email to counsel to delineate items for consideration in amending scheduling and to discuss handling at Section 341 meeting (.2); further analyze schedules and statement of financial affairs of both entities in preparation for 341 Meeting (.3). | 1.00 |
| 02 Jul 14 | Musser, Paul T. | Conference with J. Mickelsen re schedules in preparation for meeting of creditors. | 0.20 |
| 03 Jul 14 | Siddiqui, Peter A. | Plan and prepare for 341 meeting, including review potential amendments to schedules (.3); confer with M. Hushen re same (.2). | 0.50 |
| 03 Jul 14 | Mickelsen, Jessica M. | Conference call with P. Musser re schedules and any issues therefrom that may be raised during the 341 Meeting in preparation for that meeting (.6); outline issues to amend in schedules and draft email to P. Siddiqui to summarize issues for follow-up discussion (.2). | 0.80 |
| 03 Jul 14 | Musser, Paul T. | Conference with J. Mickelson re schedules and 341 meeting. | 0.70 |
| 09 Jul 14 | Siddiqui, Peter A. | Review status of 341 meeting, including follow up meetings and preparation re same (.5); review any potential needed amendments to schedules and statements (.5). | 1.00 |
| 09 Jul 14 | Musser, Paul T. | Revise amended schedules and SOFAs. | 0.50 |
| 14 Jul 14 | Siddiqui, Peter A. | Plan and prepare for continued 341 meeting, including conferences with M. Hushen and S. Barber (.6); conference with J. Glosson re same (.1); review status of limited amendments to schedules and statements (.4). | 1.10 |
| 14 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs. | 0.40 |
| 15 Jul 14 | Siddiqui, Peter A. | Review amended schedules and results of continued 341 meeting in connection with same (.3); confer with client re 341 meeting issues, including potential committee interference issues (.2). | 0.50 |

3

## PROFESSIONAL SERVICES
### Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 15 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.70 |
| 16 Jul 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 0.20 |
| 18 Jul 14 | Musser, Paul T. | Revise schedules and statement of financial affairs | 0.60 |
| | | **TOTALS:** | **63.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 1.80 | 575.00 | $1,035.00 |
| 43153 | Musser, Paul T. | 31.10 | 460.00 | $14,306.00 |
| 41578 | Siddiqui, Peter A. | 30.10 | 630.00 | $18,963.00 |
| | **TOTAL:** | **63.00** | | **$34,304.00** |

4



**Katten**

KattenMuchInRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136992 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00014 - SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS | | |

**Current Invoice Charges:**          **$34,304.00**

**Wire Instructions:**
Reference: 385402.00014

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

August 21, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301136993
Client No. 385402
Matter No. 00015

FEIN: 36-2796532

**Re:** **AUTOMATIC STAY MATTERS** (385402.00015)

For legal services rendered through July 31, 2014 ..................................................... $126.00

**CURRENT INVOICE TOTAL:** **$126.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00015: AUTOMATIC STAY MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Jun 14 | Siddiqui, Peter A. | Review pending litigation and correspondence to plaintiffs re bankruptcy and recommendation of stay | 0.20 |
| | | **TOTALS:** | **0.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00015: AUTOMATIC STAY MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.20 | 630.00 | $126.00 |
| | **TOTAL:** | **0.20** | | **$126.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301136993 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 14 |
| **Matter:** | 00015 - AUTOMATIC STAY MATTERS | | |

**Current Invoice Charges:**      **$126.00**

**Wire Instructions:**
Reference: 385402.00015

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159112
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u> (385402.00003)

For legal services rendered through October 31, 2014............................................................  $13,963.50

**CURRENT INVOICE TOTAL:**  **$13,963.50**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................  $83,866.56
**TOTAL BALANCE DUE:**  **$97,830.06**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Oct 14 | Siddiqui, Peter A. | Draft and revise motion to approve auction (.4); correspond with committee counsel re same (.2). | 0.60 |
| 03 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (2.1); research issues re same (.7); confer with client re same (.2). | 3.00 |
| 06 Oct 14 | Siddiqui, Peter A. | Review and revise motion to approve auction and sale (.7); conference weith client re same and re status of ordinary course sales (.3). | 1.00 |
| 07 Oct 14 | Siddiqui, Peter A. | Review and revise term sheet re contract sale and confer with client re same. | 1.00 |
| 08 Oct 14 | Siddiqui, Peter A. | Revise motion to approve sale at auction (.5); review and comment on sale motion re contract right (.6); correspondence to client re ordinary course sales (.3). | 1.40 |
| 08 Oct 14 | Musser, Paul T. | Review and analyze Memorandum of Understanding and term sheet (0.3); begin drafting motion for sale re the same (0.3). | 0.60 |
| 09 Oct 14 | Musser, Paul T. | Draft and revise sale motion. | 1.90 |
| 10 Oct 14 | Siddiqui, Peter A. | Draft and revise auction and sale motion (.9); review and revise term sheet re contract purchase (.5). | 1.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Review status of contract rights purchase term sheet and correspondence with client re same (.3); review status of removal of certain inventory from Ciara and resolution of disputes (.3). | 0.60 |
| 17 Oct 14 | Siddiqui, Peter A. | Confer with potential purchase re contract rights purchase, including diligence into same and structure of sale agreement (.7); review status of auction and sale motion and confer with client re same (.3). | 1.00 |
| 20 Oct 14 | Siddiqui, Peter A. | Conference with client re status of sale matters (.5); review and revise auction motion (.2); review status of ordinary course sales and access to inventory (.3); review Time Fire letter and discuss same with S. Barber (.2). | 1.20 |
| 21 Oct 14 | Siddiqui, Peter A. | Review and revise motion for auction and sale, including proposed orders and declaration in support (.9); confer with committee counsel re same (.2). | 1.10 |
| 22 Oct 14 | Siddiqui, Peter A. | Confer with committee re sale issues (.2); conference with client re same, re contract sale, and re ordinary course sales (.3); conference with S. Barber re open sale issues (.2); revise sale motion (.2). | 0.90 |
| 23 Oct 14 | Siddiqui, Peter A. | Draft, revise, and finalize sale and auction motion, including negotiations with committee re same (1.7); confer with client re ordinary course sales and miscellaneous inventory sales (.3). | 2.00 |
| 24 Oct 14 | Siddiqui, Peter A. | Review and revise auction and sale procedures following hearing (.8); confer with committee counsel and client re same (.6); confer with S. Barber ordinary course sales and next steps re same (.3). | 1.70 |
| 28 Oct 14 | Siddiqui, Peter A. | Review and revise motion for bidding and auction procedures (1.8); confer with us trustee re same (.2). | 2.00 |
| 28 Oct 14 | Mickelsen, Jessica M. | Multiple communications with committee counsel re | 0.70 |

2

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | motion to approve notice (.2); revise notice to conform to the motion (.5). | |
| 30 Oct 14 | Siddiqui, Peter A. | Revise notice and auction procedures document prior to hearing (.2); review status of open sales orders, including regarding Ciara equipment and wafers and update with client re same (.6). | 0.80 |
| | | **TOTALS:** | **22.90** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.70 | 575.00 | $402.50 |
| 43153 | Musser, Paul T. | 2.50 | 460.00 | $1,150.00 |
| 41578 | Siddiqui, Peter A. | 19.70 | 630.00 | $12,411.00 |
| | **TOTAL:** | **22.90** | | **$13,963.50** |

3



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159112 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:**     $13,963.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |

**TOTAL OUTSTANDING BALANCE :**     $83,866.56

**TOTAL BALANCE DUE:**     $97,830.06

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159113
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: <u>**LITIGATION/ADVERSARY PROCEEDINGS**</u> (385402.00004)

For legal services rendered through October 31, 2014 ......................................................... $1,800.00

**CURRENT INVOICE TOTAL:** $1,800.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $45,967.30

**TOTAL BALANCE DUE:** $47,767.30

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 06 Oct 14 | Siddiqui, Peter A. | Review and finalize complaint for turnover (.8); confer with client re potential settlement with Ciara (.2). | 1.00 |
| 07 Oct 14 | Barbarosh, Craig A. | Review complaint filed against Uniquify. | 0.20 |
| 16 Oct 14 | Siddiqui, Peter A. | Conference with S. Barber re status of litigation and potential litigation against parties holding property. | 0.40 |
| 21 Oct 14 | Siddiqui, Peter A. | Review status of Uniquify litigation. | 0.20 |
| 24 Oct 14 | Siddiqui, Peter A. | Confer with R. Harris re adversary proceeding and wafer delivery (.3); update client and committee re same (2.). | 0.50 |
| 31 Oct 14 | Siddiqui, Peter A. | Review status of potential litigation against account debtor and alleged lienholder wrongfully possessing debtor property (.1); confer with Signetics re return of wafers (.4). | 0.50 |
| | | **TOTALS:** | **2.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 41578 | Siddiqui, Peter A. | 2.60 | 630.00 | $1,638.00 |
| | **TOTAL:** | **2.80** | | **$1,800.00** |

2



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159113 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**  **$1,800.00**

### PREVIOUS BALANCE DUE:

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |

**TOTAL OUTSTANDING BALANCE :**  **$45,967.30**

**TOTAL BALANCE DUE:**  **$47,767.30**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com