

# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159115
Client No. 385402
Matter No. 00005

FEIN: 36-2796532

Re: **CLAIMS ANALYSIS AND OBJECTIONS** (385402.00005)

For legal services rendered through October 31, 2014............................................................ $945.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$945.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ................................... | $2,204.76 |
| **TOTAL BALANCE DUE:** | **$3,149.76** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 10 Oct 14 | Siddiqui, Peter A. | Review indemnification demands and potential administrative expense claims (.8); review status of potential secured claims of supply chain service providers (.7). | 1.50 |
| | | **TOTALS:** | **1.50** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: CLAIMS ANALYSIS AND OBJECTIONS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | **TOTAL:** | **1.50** | | **$945.00** |



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159115 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00005 - CLAIMS ANALYSIS AND OBJECTIONS | | |

**Current Invoice Charges:** _____ **$945.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136985 | 00005 | 613.50 | 613.50 |
| 26 Sep 14 | 1301145190 | 00005 | 945.00 | 945.00 |
| 17 Oct 14 | 1301150850 | 00005 | 646.26 | 646.26 |
| | | | **TOTAL OUTSTANDING BALANCE :** | **$2,204.76** |

**TOTAL BALANCE DUE:** _____ **$3,149.76**

**Wire Instructions:**
Reference: 385402.00005

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159117
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

**Re:** __EXECUTORY CONTRACTS AND LEASES__ (385402.00006)

For legal services rendered through October 31, 2014................................................................ $2,898.00

**CURRENT INVOICE TOTAL:** __$2,898.00__

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $12,898.50
**TOTAL BALANCE DUE:** __$15,796.50__

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Oct 14 | Siddiqui, Peter A. | Review issues re lease move out and confer with landlord re same (.2); review status of disputes with Ciara and confer with opposing counsel re same (.2). | 0.40 |
| 02 Oct 14 | Siddiqui, Peter A. | Negotiations with Ciara regarding inventory list and storage allegations (.5); conference with S. Barber and V. Delaglio re same and re transport of inventory (.5); confer with client re turnover avenues regarding wafers (.5). | 1.50 |
| 07 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolving open disputes. | 0.20 |
| 28 Oct 14 | Siddiqui, Peter A. | Conferences with Ciara re resolving storage and claim dispute (.8); update client re same (.2). | 1.00 |
| 29 Oct 14 | Siddiqui, Peter A. | Correspondence with Ciara counsel re settlement agreement | 0.20 |
| 30 Oct 14 | Siddiqui, Peter A. | Conference with Ciara counsel re resolution of open disputes (.7); confer with client re same (.3); review status of potential assumption and assignment of DXCorr contract and discuss same with potential purchaser (.3). | 1.30 |
| | | **TOTALS:** | **4.60** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.60 | 630.00 | $2,898.00 |
| | **TOTAL:** | **4.60** | | **$2,898.00** |

Case: 14-30725    Doc# 518-4    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 5 of 169



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159117 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** $2,898.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | $12,898.50 |

**TOTAL BALANCE DUE:** $15,796.50

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten MuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159118
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through October 31, 2014.................................................... $1,400.00

Disbursements and other charges.................................................................... $753.86

**CURRENT INVOICE TOTAL:** **$2,153.86**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $97,396.67
**TOTAL BALANCE DUE:** **$99,550.53**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 06 Oct 14 | Mickelsen, Jessica M. | Review request for production from Committee counsel (.2); identify documents compiled for fourth production (.1); draft email to Committee counsel to respond to her request and send along with fourth production documents (.1) | 0.40 |
| 14 Oct 14 | Siddiqui, Peter A. | Draft and revise joint status conference statement and correspondence with committee counsel re same. | 1.00 |
| 17 Oct 14 | Siddiqui, Peter A. | Finalize joint status conference statement (.3); conferences with committee counsel re same and re status of sale matters (.3). | 0.60 |
| 24 Oct 14 | Barbarosh, Craig A. | Review monthly operating reports. | 0.20 |
| | | **TOTALS:** | **2.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.20 | 810.00 | $162.00 |
| 42892 | Mickelsen, Jessica M. | 0.40 | 575.00 | $230.00 |
| 41578 | Siddiqui, Peter A. | 1.60 | 630.00 | $1,008.00 |
| | **TOTAL:** | **2.20** | | **$1,400.00** |

## DISBURSEMENTS

### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 08 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (18) envelopes, Date sent: 10/01/14 | 33.38 |
| 09 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/02/14 | 19.99 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 10/1/2014; Tracking ID: 771353554604 | 20.79 |
| 10 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 280826115 DATE: 10/10/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 10/1/2014; Tracking ID: 771353544544 | 12.64 |
| 13 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 136893596 DATE: 10/13/2014 From: Jessica Mickelsen To: Ciara Technologies 9300 Trans Canada Highway, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/2/2014; Tracking ID: 802579791186 | 30.03 |
| 21 Oct 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-SEP14; DATE: 10/15/2014 - Account No. KM3280-LAX-SEP14; Pacer Court Costs for September 2014; Los Angeles | 14.50 |
| 22 Oct 14 | Postage for USPS 1st Class Mail Distribution Qty (19) envelopes, Date sent: 10/17/14 | 66.88 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 10/17/2014; Tracking ID: 771542482838 | 12.64 |
| 24 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 282325614 DATE: 10/24/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 10/17/2014; Tracking ID: 771542472263 | 20.79 |
| 28 Oct 14 | VENDOR: Federal Express Corporation INVOICE#: 137430209 DATE: 10/27/2014 From: Jessica Mickelsen To: Ciara Technologies, 9300 Trans Canada Hwy, Saint-Laurent Quebec PQ,H4S1K5 CA: On: 10/17/2014; Tracking ID: 802579791315 | 30.03 |
| 29 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/02/14. Re: HashFast Technologies LLC, Notice, POS (PDF cc delivered to Judge Montali). | 25.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 252.00 |
| 29 Oct 14 | Photocopies for 10/29/2014 | 145.20 |
| 30 Oct 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 10/29/14 | 19.99 |
| 31 Oct 14 | VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/09/14. HashFast Technologies LLC v Uniquify, Adv | 25.00 |

3

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 31 Oct 14 | Complaint, Adv Pro Cover (PDF cc delivered to Judge Montali). VENDOR: First Legal Network, LLC; INVOICE#: 227029; DATE: 10/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/10/14. HashFast Technologies LLC v Uniquify, x2 Cert of Service (PDF cc delivered to Judge Montali). | 25.00 |
| | **TOTAL:** | **$753.86** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $75.00 |
| Courier | $126.92 |
| Postage | $140.24 |
| Photocopy Costs | $397.20 |
| Court Costs | $14.50 |
| **TOTAL:** | **$753.86** |

**MATTER TOTAL:**     **$2,153.86**

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159118 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** **$2,153.86**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |

**TOTAL OUTSTANDING BALANCE :** **$97,396.67**

**TOTAL BALANCE DUE:** **$99,550.53**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159119
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: <u>PROFESSIONAL RETENTION AND COMPENSATION MATTERS</u> (385402.00008)

For legal services rendered through October 31, 2014............................................................ $315.00

**CURRENT INVOICE TOTAL:** $315.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $2,772.00
**TOTAL BALANCE DUE:** $3,087.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 28 Oct 14 | Siddiqui, Peter A. | Confer with UST re Province/Kravitz retention(.3); confer with patent counsel re retention and payment issues (.2). | 0.50 |
| | | **TOTALS:** | **0.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.50 | 630.00 | $315.00 |
| | **TOTAL:** | **0.50** | | **$315.00** |

Case: 14-30725    Doc# 518-4    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 13 of 169



650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159119 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** _____ **$315.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| 26 Sep 14 | 1301145194 | 00008 | 2,331.00 | 2,331.00 |

**TOTAL OUTSTANDING BALANCE :** _____ **$2,772.00**

**TOTAL BALANCE DUE:** _____ **$3,087.00**

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159120
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through October 31, 2014................................................... $378.00

**CURRENT INVOICE TOTAL:** **$378.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 27 Oct 14 | Siddiqui, Peter A. | Conference with committee counsel re plan issues and diligence re same (.3); confer with S. Barber re plan issues, effect of confirmed plan, and treatment of assets/liabilities in connection with same (.3). | 0.60 |
| | | **TOTALS:** | **0.60** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | | Hours | Rate | Amount |
|------|----------------------|---|-------|------|--------|
| 41578 | Siddiqui, Peter A. | | 0.60 | 630.00 | $378.00 |
| | | **TOTAL:** | **0.60** | | **$378.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159120 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:** $378.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $2,709.00 |

**TOTAL BALANCE DUE:** $3,087.00

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

November 18, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301159121
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

Re: <u>HEARINGS AND COURT MATTERS</u> (385402.00013)

For legal services rendered through October 31, 2014................................................... $1,764.00

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$1,764.00** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $16,668.50 |
| **TOTAL BALANCE DUE:** | **$18,432.50** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 24 Oct 14 | Siddiqui, Peter A. | Attend status hearing, including update on sale, plan, and litigation matters (.8); plan and prepare for hearing (.3). | 1.10 |
| 30 Oct 14 | Siddiqui, Peter A. | Attend telephonic hearing on motion to approve auction and noticing procedures (1.0); plan and prepare for same, including further revisions to notice and discussions with committee counsel (.7). | 1.70 |
| | | **TOTALS:** | **2.80** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.80 | 630.00 | $1,764.00 |
| | **TOTAL:** | **2.80** | | **$1,764.00** |

2



# Katten

### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301159121 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Nov 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:** **$1,764.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 |
| | | **TOTAL OUTSTANDING BALANCE :** | | **$16,668.50** |

**TOTAL BALANCE DUE:** **$18,432.50**

### Wire Instructions:
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145198
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through August 31, 2014 ........................................................... $630.00

**CURRENT INVOICE TOTAL:** $630.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Aug 14 | Siddiqui, Peter A. | Attend status hearing on CRO matters, sale matters, and trustee matters. | 0.70 |
| 13 Aug 14 | Siddiqui, Peter A. | Attend status hearing on stayed JAMS matter involving Cavion to update judge on bankruptcy status and need to close the arbitration proceeding. | 0.30 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 630.00 | $630.00 |
| | **TOTAL:** | **1.00** | | **$630.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145198 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**     **$630.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |

**TOTAL OUTSTANDING BALANCE :**     **$16,038.50**

**TOTAL BALANCE DUE:**     **$16,668.50**

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

September 26, 2014

HashFast Technologies LLC
Attn: Monica Hushen
Chief Financial Officer
100 Bush Street
Suite 650
San Francisco, CA 94103

Invoice No. 1301145199
Client No. 385402
Matter No. 00014

FEIN: 36-2796532

Re: <u>**SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS**</u> (385402.00014)

For legal services rendered through August 31, 2014 .......................................................... $4,561.00

**CURRENT INVOICE TOTAL:** $4,561.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs for debtor. | 0.80 |
| 12 Aug 14 | Siddiqui, Peter A. | Review and comment on amendments to schedules and statements. | 0.50 |
| 12 Aug 14 | Musser, Paul T. | Revise schedules and statements of financial affairs. | 1.60 |
| 13 Aug 14 | Mickelsen, Jessica M. | Revise amended schedules and statement of financial affairs in HashFast Tech and HashFast LLC, and multiple communications with client on the same, before finalizing and sending to client for review and signature. | 3.40 |
| 13 Aug 14 | Musser, Paul T. | Revise debtors' schedules and statements of financial affairs. | 0.80 |
| 14 Aug 14 | Siddiqui, Peter A. | Finalize schedules and statements, including assisting in reconciling invoices and books are records with M. Hushen. | 1.00 |
| 19 Aug 14 | Siddiqui, Peter A. | Conference with J. Glosson re H. Hee and schedules (.1); follow up with R. Gallo re same and update of trustee re Elton Seah/Hamilton Hee relationship (.2). | 0.30 |
| | | **TOTALS:** | **8.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00014: SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 3.40 | 575.00 | $1,955.00 |
| 43153 | Musser, Paul T. | 3.20 | 460.00 | $1,472.00 |
| 41578 | Siddiqui, Peter A. | 1.80 | 630.00 | $1,134.00 |
| | **TOTAL:** | **8.40** | | **$4,561.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301145199 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 26 Sep 14 |
| **Matter:** | 00014 - SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS | | |

**Current Invoice Charges:**      **$4,561.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136992 | 00014 | 34,304.00 | 34,304.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$34,304.00** |

**TOTAL BALANCE DUE:**      **$38,865.00**

**Wire Instructions:**
Reference: 385402.00014

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

December 10, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301167035
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: **ASSET SALES/BIDDING PROCEDURES** (385402.00003)

For legal services rendered through November 30, 2014 ......................................................     $2,772.00

CURRENT INVOICE TOTAL:     $2,772.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ......................................     $97,830.06
TOTAL BALANCE DUE:     $100,602.06

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Nov 14 | Siddiqui, Peter A. | Review status of auction stipulation and discuss same with committee counsel. | 0.20 |
| 06 Nov 14 | Siddiqui, Peter A. | Confer with Simon Barber re wafer storage issues and shipping issues (.3); call with Signetics re wafer shipping (.2); correspondence with Uniquify re same (.2). | 0.70 |
| 06 Nov 14 | Siddiqui, Peter A. | Correspondence with potential bidders re upcoming auction and qualified bid requirements. | 0.20 |
| 11 Nov 14 | Siddiqui, Peter A. | Review and comment on ordinary course sale proposal and revise same (.5); confer with multiple bidders re bidding and auction (.5); confer with committee counsel re both ordinary course and auction sales (.2). | 1.20 |
| 12 Nov 14 | Siddiqui, Peter A. | Conference with committee counsel re potential ordinary course sale and noticing issues re same (.4); confer with client re committee presentation and next step re sales (.4). | 0.80 |
| 20 Nov 14 | Siddiqui, Peter A. | Review and comment on bitcoin reconciliation, including conferences with S. Barber and V. Delaglio re same (.4); review inquiries into asset sale and auction (.2). | 0.60 |
| 26 Nov 14 | Siddiqui, Peter A. | Confer with potential bidders re auction sale and procedures. | 0.70 |
| | | **TOTALS:** | **4.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.40 | 630.00 | $2,772.00 |
| | **TOTAL:** | **4.40** | | **$2,772.00** |



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301167035 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 10 Dec 14 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:** $2,772.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |
| 18 Nov 14 | 1301159112 | 00003 | 13,963.50 | 13,963.50 |

**TOTAL OUTSTANDING BALANCE :** $97,830.06

**TOTAL BALANCE DUE:** $100,602.06

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

December 10, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301167036
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through November 30, 2014 ............................................. $3,769.00

**CURRENT INVOICE TOTAL:** **$3,769.00**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $47,767.30

**TOTAL BALANCE DUE:** **$51,536.30**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 04 Nov 14 | Siddiqui, Peter A. | Finalize Ciara issues (.2); finalize Signetics/Uniquify litigation issues (.4). | 0.60 |
| 05 Nov 14 | Siddiqui, Peter A. | Correspondence with T. Wong counsel re discovery matters (.2); conference with A. McDow re T. Wong discovery and non-waiver of privilege matters (.3). | 0.50 |
| 06 Nov 14 | Siddiqui, Peter A. | Draft and revise non-waiver of privilege agreement and negotiate same with committee counsel. | 0.50 |
| 07 Nov 14 | Siddiqui, Peter A. | Correspondence with Signetics and Uniquify counsel regarding compliance with turnover demands and, once compliance has been performed, dismissal of complaint (.5); confer with committee over non-waiver agreement (.4). | 0.90 |
| 11 Nov 14 | Siddiqui, Peter A. | Review discovery produced by T. Wong (.3); finalize delivery issues re Uniquify and Signetics turnover complaint (.2). | 0.50 |
| 12 Nov 14 | Siddiqui, Peter A. | Finalize non-waiver agreement (.2); review T. Wong production (.2). | 0.20 |
| 19 Nov 14 | Siddiqui, Peter A. | Conference with client resolution of potential litigation against former officer/director of debtor. | 0.30 |
| 25 Nov 14 | Musser, Paul T. | Draft and revise settlement motion and memorandum supporting the same. | 2.50 |
| 26 Nov 14 | Musser, Paul T. | Revise motion re compromise, memorandum in support of the same and declaration in support of the same. | 0.90 |
| | | **TOTALS:** | **6.90** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43153 | Musser, Paul T. | 3.40 | 460.00 | $1,564.00 |
| 41578 | Siddiqui, Peter A. | 3.50 | 630.00 | $2,205.00 |
| | **TOTAL:** | **6.90** | | **$3,769.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301167036 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 10 Dec 14 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** $3,769.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |

**TOTAL OUTSTANDING BALANCE :** $47,767.30

**TOTAL BALANCE DUE:** $51,536.30

Wire Instructions:
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

December 10, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301167037
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

**Re: EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through November 30, 2014 ...................................................... $945.00

**CURRENT INVOICE TOTAL:** $945.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $15,796.50

**TOTAL BALANCE DUE:** $16,741.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Nov 14 | Siddiqui, Peter A. | Draft and revise Ciara settlement agreement (.5); confer with client re same and re shipping issues re Ciara inventory (.3); review status of shipping Signetics wafers (.2). | 1.00 |
| 26 Nov 14 | Siddiqui, Peter A. | Review settlement motion re Ciara. | 0.50 |
| | | **TOTALS:** | **1.50** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 1.50 | 630.00 | $945.00 |
| | **TOTAL:** | **1.50** | | **$945.00** |

2



# Katten
### Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301167037 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 10 Dec 14 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:** $945.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |
| 18 Nov 14 | 1301159117 | 00006 | 2,898.00 | 2,898.00 |

**TOTAL OUTSTANDING BALANCE :** $15,796.50

**TOTAL BALANCE DUE:** $16,741.50

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

December 10, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301167039
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

Disbursements and other charges........................................................................... $2,973.94

**CURRENT INVOICE TOTAL:** **$2,973.94**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $99,550.53
**TOTAL BALANCE DUE:** **$102,524.47**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## DISBURSEMENTS

Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 03 Nov 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 10/29/14 | 80.37 |
| 03 Nov 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 10/29/14 | 70.15 |
| 03 Nov 14 | Court cost; INVOICE#: CC110314; DATE: 11/3/2014, USBC Courts Complaint Filing Fee on 10/7/14. | 350.00 |
| 03 Nov 14 | Court cost; INVOICE#: CC110314; DATE: 11/3/2014 USBC Courts, Filing Fee for Sale Motion on 10/24/14. | 176.00 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Rd, Chester Springs PA,19425 US: On: 10/29/2014; Tracking ID: 771675649449 | 20.79 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 10/29/2014; Tracking ID: 771675610276 | 12.64 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 10/29/2014; Tracking ID: 771675715260 | 14.93 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: AQS 401 Kato Ter, Fremont CA,94539 US: On: 10/29/2014; Tracking ID: 771675760608 | 14.93 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd. Cjester Springs PA,19425 US: On: 10/29/2014; Tracking ID: 771677259100 | 20.79 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 10/29/2014; Tracking ID: 771677250650 | 14.93 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St, Ste 218, San Francisco CA,94104 US: On: 10/29/2014; Tracking ID: 771677229840 | 14.93 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: AQS 401 Kato Ter, Fremont CA,94539 US: On: 10/29/2014; Tracking ID: 771677237745 | 14.93 |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune | 12.64 |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | Dr, Ste 200, San Jose CA,95131 US: On: 10/29/2014; Tracking ID: 771677266671 | |
| 07 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 283759213 DATE: 11/7/2014 | 14.93 |
| | From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 10/29/2014; Tracking ID: 771675681100 | |
| 10 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 137973011 DATE: 11/10/2014 | 36.24 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4R1K5 CA: On: 10/29/2014; Tracking ID: 802579790709 | |
| 10 Nov 14 | VENDOR: Federal Express Corporation INVOICE#: 137973011 DATE: 11/10/2014 | 36.24 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ, H4R1K5 CA: On: 10/29/2014; Tracking ID: 802579791028 | |
| 17 Nov 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-OCT14-LAX; DATE: 11/17/2014 - Account No. KM3280; Pacer Court Costs for October 2014; Los Angeles | 24.40 |
| 19 Nov 14 | VENDOR: First Legal Network, LLC; INVOICE#: 228346; DATE: 10/31/2014 - Messenger from J. Mickelsen to USBC-Los Angeles on 10/24/14. Messenger Fee $25, PDF/Fax Fee $15, Re: HashFast Technologies LLC (PDF cc delivered to Judge Montali). | 40.00 |
| 19 Nov 14 | VENDOR: First Legal Network, LLC; INVOICE#: 228346; DATE: 10/31/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/29/14. Messenger Fee $25, PDF/Fax Fee $5.50, HashFast Technologies LLC, Motion to Approve Notice of Sale, POS (PDF cc delivered to Judge Montali). | 30.50 |
| 20 Nov 14 | VENDOR: First Legal Network, LLC; INVOICE#: 228346; DATE: 10/31/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 10/30/14. Messenger Fee $25, PDF/Fax Fee $4, Re: HashFast Technologies LLC, Notice of Errata, POS (PDF cc delivered to Judge Montali). | 29.00 |
| 24 Nov 14 | Photocopies for 11/24/2014 | 296.00 |
| 26 Nov 14 | Photocopies for 11/26/2014 | 653.00 |
| 26 Nov 14 | Photocopies for 11/26/2014 | 947.40 |
| 26 Nov 14 | Photocopies for 11/26/2014 | 48.20 |
| | **TOTAL:** | **$2,973.94** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $99.50 |
| Courier | $228.92 |
| Postage | $150.52 |
| Photocopy Costs | $1,944.60 |
| Court Costs | $550.40 |
| **TOTAL:** | **$2,973.94** |



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301167039 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 10 Dec 14 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:**     **$2,973.94**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |

**TOTAL OUTSTANDING BALANCE :**    **$99,550.53**

**TOTAL BALANCE DUE:**    **$102,524.47**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

December 10, 2014

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301167041
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: **PROFESSIONAL RETENTION AND COMPENSATION MATTERS** (385402.00008)

For legal services rendered through November 30, 2014 ...................................................... $15,615.50

**CURRENT INVOICE TOTAL:** **$15,615.50**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ $3,087.00

**TOTAL BALANCE DUE:** **$18,702.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 10 Nov 14 | Siddiqui, Peter A. | Draft and revise fee application. | 1.00 |
| 11 Nov 14 | Jepson, Victoria A. | Meeting with P. Siddiqui re Fee Application | 0.40 |
| 12 Nov 14 | Jepson, Victoria A. | Draft Fee Application. | 1.20 |
| 12 Nov 14 | Jepson, Victoria A. | Prepare report of billing matters and amounts for fee application. | 0.70 |
| 13 Nov 14 | Jepson, Victoria A. | Compile data for Fee Application and draft exhibits for Fee Application. | 4.10 |
| 14 Nov 14 | Jepson, Victoria A. | Draft Fee Application and Exhibits. | 2.80 |
| 17 Nov 14 | Siddiqui, Peter A. | Draft and revise fee application | 1.00 |
| 18 Nov 14 | Siddiqui, Peter A. | Draft and revise interim fee application (1.5); draft retention application for Province (.5). | 2.00 |
| 18 Nov 14 | Jepson, Victoria A. | Draft fee table for Fee Application. | 3.00 |
| 19 Nov 14 | Siddiqui, Peter A. | Respond to UST inquiries about fee issues. | 0.20 |
| 19 Nov 14 | Jepson, Victoria A. | Revise expenses table for fee application. | 1.70 |
| 19 Nov 14 | Jepson, Victoria A. | Revise expenses table for fee application. | 0.20 |
| 20 Nov 14 | Siddiqui, Peter A. | Draft and revise Province retention motion. | 1.50 |
| 20 Nov 14 | Siddiqui, Peter A. | Draft and revise Katten interim fee application. | 1.00 |
| 20 Nov 14 | Jepson, Victoria A. | Revise billing charts, update to include October expenses and fees, and update fee application accordingly. | 10.40 |
| 21 Nov 14 | Siddiqui, Peter A. | Finalize Province retention application and file/serve same (1.8); finalize Katten fee application (1.3). | 3.10 |
| 21 Nov 14 | Musser, Paul T. | Draft and revise employment application and declaration for Province. | 1.10 |
| 21 Nov 14 | Jepson, Victoria A. | Review First Interim Fee Application. | 1.10 |
| 25 Nov 14 | Mickelsen, Jessica M. | Revise notice of hearing on first interim fee application and send to P. Siddiqui for review and comment (.2); revise fee application and prepare all documents for filing (.1). | 0.30 |
| 26 Nov 14 | Siddiqui, Peter A. | Finalize fee application for filing and service. | 0.50 |
| | | **TOTALS:** | **37.30** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 43891 | Jepson, Victoria A. | 25.60 | 330.00 | $8,448.00 |
| 42892 | Mickelsen, Jessica M. | 0.30 | 575.00 | $172.50 |
| 43153 | Musser, Paul T. | 1.10 | 460.00 | $506.00 |
| 41578 | Siddiqui, Peter A. | 10.30 | 630.00 | $6,489.00 |
| | **TOTAL:** | **37.30** | | **$15,615.50** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301167041 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 10 Dec 14 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** __$15,615.50__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| 26 Sep 14 | 1301145194 | 00008 | 2,331.00 | 2,331.00 |
| 18 Nov 14 | 1301159119 | 00008 | 315.00 | 315.00 |

**TOTAL OUTSTANDING BALANCE :** __$3,087.00__

**TOTAL BALANCE DUE:** __$18,702.50__

Wire Instructions:
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176974
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: **ASSET SALES/BIDDING PROCEDURES** (385402.00003)

For legal services rendered through December 31, 2014 ..................................................... $8,001.00

Disbursements and other charges ........................................................................ $537.02

**CURRENT INVOICE TOTAL:** | **$8,538.02**
---

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $100,602.06
**TOTAL BALANCE DUE:** | **$109,140.08**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Dec 14 | Siddiqui, Peter A. | Review bids for chip assets (.5); correspondence with committee and client re bidding issues and auction issues (.5). | 1.00 |
| 02 Dec 14 | Siddiqui, Peter A. | Review bids for assets from several parties, including potential chip buyers and litigation claim buyers (1.7); confer with client re each of the bids and reactions to same (1.1); update call with committee re same and re auction issues (.7); plan and prepare for auction and sale hearing (.5). | 4.00 |
| 03 Dec 14 | Siddiqui, Peter A. | Review status of bids received, including multiple discussions with client and committee counsel (1.9); draft non-qualification notice and forward same to bidders (.2); review and finalize issues re S. Barber bid, including negotiations with counsel for S. Barber and with committee (.5); review correspondence from potential bidders re overbid issues (.3); review and comment on G. Ochoa agreements with company re going forward consultation (.7). | 3.60 |
| 04 Dec 14 | Siddiqui, Peter A. | Draft joint statement and supporting declaration re Simon Barber purchase, including negotiations re same with O. Katz and A. McDow (1.6); plan and prepare for hearing on sale, including preparing V. Delaglio and coordinating with committee counsel (.9); correspondence with various bidders re bid qualifications (.3); correspondence with R. Gallo re Barber bid and auction matters (.3). | 3.10 |
| 19 Dec 14 | Siddiqui, Peter A. | Review and revise sale order and S. Barber settlement agreement and negotiate same with A. McDow and O. Katz. | 1.00 |
| | | **TOTALS:** | **12.70** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 12.70 | 630.00 | $8,001.00 |
| | **TOTAL:** | **12.70** | | **$8,001.00** |

**DISBURSEMENTS**
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Description | Amount |
|------|-------------|--------|
| 08 Dec 14 | Peter Siddiqui 12/03/14 Chgo/SanFran/Chgo inv #011-930337 | 537.02 |
| | **TOTAL:** | **$537.02** |

**SUMMARY OF DISBURSEMENTS**
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Amount |
|---|--------|
| Airfare | $537.02 |
| **TOTAL:** | **$537.02** |
| **MATTER TOTAL:** | **$8,538.02** |

3



# Katten
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301176974 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | | |

**Current Invoice Charges:**       **$8,538.02**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 67,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |
| 18 Nov 14 | 1301159112 | 00003 | 13,963.50 | 13,963.50 |
| 10 Dec 14 | 1301167035 | 00003 | 2,772.00 | 2,772.00 |

**TOTAL OUTSTANDING BALANCE :**       **$100,602.06**

**TOTAL BALANCE DUE:**       **$109,140.08**

**Wire Instructions:**
Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



Katten
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176975
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through December 31, 2014.......................................................  $2,304.00

Disbursements and other charges...........................................................................................  $4.30

**CURRENT INVOICE TOTAL:**    **$2,308.30**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..........................................  $51,536.30

**TOTAL BALANCE DUE:**    **$53,844.60**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Dec 14 | Siddiqui, Peter A. | Review potential fraudulent transfer issues against former consultant, including review documents and diligence of underlying transaction. | 1.00 |
| 05 Dec 14 | Musser, Paul T. | Conference with P. Siddiqui re revisions to motion to compromise (0.1); revise motion, memorandum in support of motion and declaration (0.8). | 0.90 |
| 08 Dec 14 | Siddiqui, Peter A. | Confer with L. Green re potential litigation claims, notification of insurance, and strategy going forward re same. | 1.00 |
| 23 Dec 14 | Siddiqui, Peter A. | Draft letter to insurance company regarding claims by committee (.3); confer with committee counsel re same and re demand letter (.3); revise Barber release agreement (.4). | 1.00 |
| | | **TOTALS:** | **3.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43153 | Musser, Paul T. | 0.90 | 460.00 | $414.00 |
| 41578 | Siddiqui, Peter A. | 3.00 | 630.00 | $1,890.00 |
| | **TOTAL:** | **3.90** | | **$2,304.00** |

2

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 18 Dec 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-DEC14-CHI; DATE: 12/18/2014 - Account No. KM3279; Court Costs for November, 2014; Chicago | 4.30 |
| | **TOTAL:** | **$4.30** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | | |
|---|---|---|
| Court Costs | | $4.30 |
| | **TOTAL:** | **$4.30** |
| | **MATTER TOTAL:** | **$2,308.30** |

3



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176975 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**     **$2,308.30**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |

**TOTAL OUTSTANDING BALANCE :**     **$51,536.30**

**TOTAL BALANCE DUE:**     **$53,844.60**

### Wire Instructions:

Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

### MAILING ADDRESS:

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176976
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: **EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through December 31, 2014............................................... $1,071.00

**CURRENT INVOICE TOTAL:** **$1,071.00**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $16,741.50
**TOTAL BALANCE DUE:** **$17,812.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 385402 – HashFast Technologies LLC

Invoice No. 1301176976
Invoice Date: January 20, 2015

## PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Dec 14 | Siddiqui, Peter A. | Correspondence from and to counsel to Ciara re alleged delays in shipping (.4); revise and finalize motion to approve compromise (.6). | 1.00 |
| 09 Dec 14 | Siddiqui, Peter A. | Review letter from Ciara counsel and discuss same with client. | 0.20 |
| 10 Dec 14 | Siddiqui, Peter A. | Confer with Ciara counsel re alleged shipping issues (.2); diligence and research into shipping allegations with client re same (.3). | 0.50 |
| | | **TOTALS:** | **1.70** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.70 | 630.00 | $1,071.00 |
| | **TOTAL:** | **1.70** | | **$1,071.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176976 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:**  **$1,071.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |
| 18 Nov 14 | 1301159117 | 00006 | 2,898.00 | 2,898.00 |
| 10 Dec 14 | 1301167037 | 00006 | 945.00 | 945.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | **$16,741.50** |

**TOTAL BALANCE DUE:**  **$17,812.50**

**Wire Instructions:**
Reference: 385402.00006

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176977
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through December 31, 2014 ............................................... $405.00

Disbursements and other charges ............................................................................... $4,130.30

**CURRENT INVOICE TOTAL:** **$4,535.30**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ......................................... $102,524.47

**TOTAL BALANCE DUE:** **$107,059.77**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 18 Dec 14 | Barbarosh, Craig A. | Update re case issues. | 0.20 |
| 18 Dec 14 | Barbarosh, Craig A. | Review various pleadings filed in bankruptcy case. | 0.30 |
| | | **TOTALS:** | **0.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 43113 | Barbarosh, Craig A. | 0.50 | 810.00 | $405.00 |
| | **TOTAL:** | **0.50** | | **$405.00** |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|-------:|
| 01 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 11/24/14, Entered by: AM | 100.77 |
| 01 Dec 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 11/24/14, Entered by: AM | 19.99 |
| 02 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (36) envelopes, Date sent: 11/26/14, Entered by: AM | 402.74 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 285978759 DATE: 11/28/2014 From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 11/24/2014; Tracking ID: 771971954335 | 20.63 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 285978759 DATE: 11/28/2014 From: Jessica Mickelsen To: AQS 401 Kato Terrace,Fremont CA,94539 US: On: 11/24/2014; Tracking ID: 771972084774 | 14.83 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 285978759 DATE: 11/28/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St,San Francisco CA,94110 US: On: 11/24/2014; Tracking ID: 771972046556 | 14.83 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 285978759 DATE: 11/28/2014 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 11/24/2014; Tracking ID: 771972126454 | 12.56 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 285978759 DATE: 11/28/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 11/24/2014; Tracking ID: 771971995633 | 14.83 |
| 04 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 138784202 DATE: 12/1/2014 From: Jessica Mickelsen To:  Ciara Technologies 9300 Transcanada Highway,Saint-Laurent PQ,H4R1K5 CA: On: 11/24/2014; Tracking ID: 802579790960 | 35.91 |
| 04 Dec 14 | Photocopies for 12/04/2014 | 106.40 |
| 05 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 286649191 DATE: 12/5/2014 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 11/26/2014; Tracking ID: 772011683178 | 16.00 |
| 05 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 286649191 DATE: 12/5/2014 From: Jessica Mickelsen To:  100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 11/26/2014; Tracking ID: 772011618221 | 22.80 |
| 05 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 286649191 DATE: 12/5/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special | 20.93 |

3

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | Advocates 2535 Mission St,San Francisco CA,94110 US: On: 11/26/2014; Tracking ID: 772011581426 | |
| 05 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 286649191 DATE: 12/5/2014 | 31.91 |
| | From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 11/26/2014; Tracking ID: 772011653705 | |
| 05 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 286649191 DATE: 12/5/2014 | 20.93 |
| | From: Jessica Mickelsen To:  AQS 401 Kato Terrace,Fremont CA,94539 US: On: 11/26/2014; Tracking ID: 772011553492 | |
| 08 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 139027959 DATE: 12/8/2014 | 35.91 |
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ,H4R1K5 CA: On: 11/26/2014; Tracking ID: 802579790959 | |
| 10 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 12/04/14, Entered by: AM | 81.21 |
| 12 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 287364258 DATE: 12/12/2014 | 27.04 |
| | From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 12/4/2014; Tracking ID: 806272022363 | |
| 12 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 287364258 DATE: 12/12/2014 | 14.63 |
| | From: Jessica Mickelsen To: AQS 401 Kato Terrace,Fremont CA,94539 US: On: 12/4/2014; Tracking ID: 806272022250 | |
| 12 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 287364258 DATE: 12/12/2014 | 18.71 |
| | From: Jessica Mickelsen To: 100 Corporation100 Bush St,San Francisco CA,94104 US: On: 12/4/2014; Tracking ID: 806272022260 | |
| 12 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 287364258 DATE: 12/12/2014 | 18.71 |
| | From: Jessica Mickelsen To: San Francisco Court Appointed 2535 Mission St,San Francisco CA,94110 US: On: 12/4/2014; Tracking ID: 806272022271 | |
| 12 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 287364258 DATE: 12/12/2014 | 14.48 |
| | From: Jessica Mickelsen To: Robert Smith Uniquity Inc 2030 Fortune Dr,San Jose CA,95131 US: On: 12/4/2014; Tracking ID: 806272022249 | |
| 15 Dec 14 | VENDOR: First Legal Network, LLC; INVOICE#: 229773; DATE: 11/15/2014  -  Messenger from J. Mickelsen to USBC-San Francisco, CA on 11/10/14. Messenger Fee $25, PDF/Fax Fee $6 Re: HashFast Technologies LLC, x2 Notice of Errata (PDF courtesy copy delivered to Judge Montali). | 31.00 |
| 15 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 139303426 DATE: 12/15/2014 | 35.25 |
| | From: Jessica Mickelsen To:  Ciara Technologies 9300 Transcanada, St-Laurent PQ,H4S1K5 CA: On: 12/4/2014; Tracking ID: | |

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| | 802579790937 | |
| 15 Dec 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 12/05/14, Entered by: AM | 20.11 |
| 17 Dec 14 | VENDOR: First Legal Network, LLC; INVOICE#: 230980; DATE: 11/30/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 11/24/14. Messenger Fee $25, PDF/Fax Fee $11.50 Re: HashFast Technologies LLC, App Order, POS (PDF courtesy copy delivered to Judge Montali) | 36.50 |
| 18 Dec 14 | Photocopies for 12/18/2014 | 28.00 |
| 18 Dec 14 | Photocopies for 12/18/2014 | 111.20 |
| 20 Dec 14 | VENDOR: First Legal Network, LLC; INVOICE#: 232255; DATE: 12/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 12/01/14. Messenger Fee $25, PDF/Fax Fee $96 Re: HashFast Technologies LLC, App, Decl, Notice, POS (PDF courtesy copy delivered to Judge Montali). | 121.00 |
| 20 Dec 14 | VENDOR: First Legal Network, LLC; INVOICE#: 232255; DATE: 12/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 12/05/14. Messenger Fee $25, PDF/Fax Fee $7 Re: HashFast Technologies LLC, Joint Statement, Decl, POS (PDF courtesy copy delivered to Judge Montali). | 32.00 |
| 20 Dec 14 | VENDOR: First Legal Network, LLC; INVOICE#: 232255; DATE: 12/15/2014 - Messenger from J. Mickelsen to USBC-San Francisco, CA on 12/10/14. Re: HashFast Technologies LLC v Uniquify, Notice, POS (PDF courtesy copy delivered to Judge Montali). | 25.00 |
| 22 Dec 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-DEC14-LAX; DATE: 12/18/2014 - Account No. KM3280; Court Costs incurred during November 2014; Los Angeles | 2.30 |
| 22 Dec 14 | VENDOR: Pacer Service Center; INVOICE#: KM3280-DEC14-LAX; DATE: 12/18/2014 - Account No. KM3280; Court Costs incurred during November 2014; Los Angeles | 23.90 |
| 23 Dec 14 | Photocopies for 12/23/2014 | 112.00 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St,San Francisco CA,94110 US: On: 12/18/2014; Tracking ID: 772311296245 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St,San Francisco CA,94110 US: On: 12/18/2014; Tracking ID: 772313346246 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 12/18/2014; Trackingd ID: 772312935032 | 20.32 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 12/23/2014; Tracking ID: | 20.32 |

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | 772370676986 | |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St,San Francisco CA,94110 US: On: 12/23/2014; Tracking ID: 772370733405 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 12/18/2014; Tracking ID: 772311519760 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: Robert Smith  Uniquify Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 12/18/2014; Tracking ID: 772313377782 | 12.40 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: Sandgate Technologies  595 Fellowship Rd,Chester Springs PA,19425 US: On: 12/18/2014; Tracking ID: 772305520368 | 20.32 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 12/18/2014; Tracking ID: 772313347530 | 10.88 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 12/23/2014; Tracking ID: 772370697080 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr,San Jose CA,95131 US: On: 12/18/2014; Tracking ID: 772311102282 | 12.40 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To:  100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 12/18/2014; Tracking ID: 772313331026 | 10.88 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 12/23/2014; Tracking ID: 772370882130 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 288918311 DATE: 12/26/2014 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 12/18/2014; Tracking ID: 772311403758 | 14.63 |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 139860677 DATE: 12/29/2014 | 35.25 |

6

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|-------:|
| | From: Jessica Mickelsen To: Ciara Technologies 9300 Transcandad Highway, Saint-Laurent PQ,H4R1K5 CA: On: 12/18/2014; Tracking ID: 802579790801 | |
| 29 Dec 14 | VENDOR: Federal Express Corporation INVOICE#: 139860677 DATE: 12/29/2014 | 35.25 |
| | From: Jessica Mickselsen To: Ciara Technologies 9300 Transcanada Highway,Saint-Laurent PQ,H4R1K5 CA: On: 12/18/2014; Tracking ID: 802579790812 | |
| 29 Dec 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 12/18/14, Entered by: AM | 18.11 |
| 29 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 12/18/14, Entered by: AM | 63.80 |
| 29 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 12/18/14, Entered by: AM | 70.31 |
| 30 Dec 14 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 12/23/14, Entered by: AM | 76.66 |
| 30 Dec 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 12/23/14, Entered by: AM | 19.99 |
| 30 Dec 14 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 12/19/14, Entered by: AM | 19.99 |
| 31 Dec 14 | Photocopies for 12/31/2014 | 1,936.00 |
| | **TOTAL:** | **$4,130.30** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---:|
| Local Courier | $245.50 |
| Courier | $671.32 |
| Postage | $893.68 |
| Photocopy Costs | $2,293.60 |
| Court Costs | $26.20 |
| **TOTAL:** | **$4,130.30** |

| | |
|---|---:|
| **MATTER TOTAL:** | **$4,535.30** |

7



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176977 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** **$4,535.30**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |

**TOTAL OUTSTANDING BALANCE :** **$102,524.47**

**TOTAL BALANCE DUE:** **$107,059.77**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176978
Client No. 385402
Matter No. 00008

FEIN: 36-2796532

Re: <u>**PROFESSIONAL RETENTION AND COMPENSATION MATTERS**</u> (385402.00008)

For legal services rendered through December 31, 2014 .................................................... $2,902.00

Disbursements and other charges ........................................................................ $2.60

**CURRENT INVOICE TOTAL:** $2,904.60

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ $18,702.50

**TOTAL BALANCE DUE:** $21,607.10

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Dec 14 | Siddiqui, Peter A. | Review objection to Province retention filed by US Trustee. | 0.50 |
| 18 Dec 14 | Siddiqui, Peter A. | Draft reply to UST objection to Province retention. | 1.00 |
| 18 Dec 14 | Musser, Paul T. | Revise reply in support of application to continue Kravitz employment. | 0.40 |
| 19 Dec 14 | Siddiqui, Peter A. | Revise fee application. | 1.00 |
| 23 Dec 14 | Siddiqui, Peter A. | Finalize, file, and serve Kravtiz declaration in connection with 363 retention application. | 0.50 |
| 29 Dec 14 | Musser, Paul T. | Review and revise Katten fee application. | 1.50 |
| 30 Dec 14 | Musser, Paul T. | Revise fee application. | 0.30 |
| | | **TOTALS:** | **5.20** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | Attorney or Assistant | | Hours | Rate | Amount |
|------|----------------------|---|-------|------|--------|
| 43153 | Musser, Paul T. | | 2.20 | 460.00 | $1,012.00 |
| 41578 | Siddiqui, Peter A. | | 3.00 | 630.00 | $1,890.00 |
| | | **TOTAL:** | **5.20** | | **$2,902.00** |

2

## DISBURSEMENTS
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| Date | Description | Amount |
|------|-------------|--------|
| 18 Dec 14 | VENDOR: Pacer Service Center; INVOICE#: KM3279-DEC14-CHI; DATE: 12/18/2014 - Account No. KM3279; Court COsts for November, 2014; Chicago | 2.60 |
| | **TOTAL:** | **$2.60** |

## SUMMARY OF DISBURSEMENTS
Matter 00008: PROFESSIONAL RETENTION AND COMPENSATION MATTERS

| | | |
|------|-------------|--------|
| Court Costs | | $2.60 |
| | **TOTAL:** | **$2.60** |

| | | |
|------|-------------|--------|
| | **MATTER TOTAL:** | **$2,904.60** |

3





**Katten**

KattenMuchInRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176978 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00008 - PROFESSIONAL RETENTION AND COMPENSATION MATTERS | | |

**Current Invoice Charges:** $2,904.60

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136988 | 00008 | 441.00 | 441.00 |
| 26 Sep 14 | 1301145194 | 00008 | 2,331.00 | 2,331.00 |
| 18 Nov 14 | 1301159119 | 00008 | 315.00 | 315.00 |
| 10 Dec 14 | 1301167041 | 00008 | 15,615.50 | 15,615.50 |

**TOTAL OUTSTANDING BALANCE :** $18,702.50

**TOTAL BALANCE DUE:** $21,607.10

**Wire Instructions:**
Reference: 385402.00008

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

January 20, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176979
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through December 31, 2014......................................................    $441.00

**CURRENT INVOICE TOTAL:**    **$441.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Dec 14 | Siddiqui, Peter A. | Review issues re plan and discuss same with creditors committee counsel (.3); conference with client re same and re remaining assets to be distributed pursuant thereto and manner of same (.4). | 0.70 |
| | | **TOTALS:** | **0.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.70 | 630.00 | $441.00 |
| | **TOTAL:** | **0.70** | | **$441.00** |

2



# Katten
Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** 1301176979 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** 20 Jan 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | |

**Current Invoice Charges:**      **$441.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 | |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | **$3,087.00** |

**TOTAL BALANCE DUE:**      **$3,528.00**

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176980
Client No. 385402
Matter No. 00012

FEIN: 36-2796532

**Re: <u>NON-WORKING TRAVEL</u>** (385402.00012)

For legal services rendered through December 31, 2014 ....................................................... $2,520.00

**CURRENT INVOICE TOTAL:** $2,520.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $7,560.00

**TOTAL BALANCE DUE:** $10,080.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 04 Dec 14 | Siddiqui, Peter A. | Travel to San Francisco from Chicago. | 2.00 |
| 05 Dec 14 | Siddiqui, Peter A. | Travel from San Francisco to Chicago. | 2.00 |
| | | **TOTALS:** | **4.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: NON-WORKING TRAVEL

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 4.00 | 630.00 | $2,520.00 |
| | **TOTAL:** | **4.00** | | **$2,520.00** |

2



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176980 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00012 - NON-WORKING TRAVEL | | |

**Current Invoice Charges:**      **$2,520.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136990 | 00012 | 2,520.00 | 2,520.00 |
| 26 Sep 14 | 1301145197 | 00012 | 2,520.00 | 2,520.00 |
| 17 Oct 14 | 1301150855 | 00012 | 2,520.00 | 2,520.00 |
| | | | **TOTAL OUTSTANDING BALANCE :** | **$7,560.00** |

**TOTAL BALANCE DUE:**      **$10,080.00**

**Wire Instructions:**
Reference: 385402.00012

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

January 20, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301176981
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

Re: **HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through December 31, 2014................................................... $1,323.00

Disbursements and other charges............................................................... $586.69

**CURRENT INVOICE TOTAL:** **$1,909.69**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 Dec 14 | Siddiqui, Peter A. | Plan and prepare for hearing, including conferences with client and with counsel to S. Barber (.6); attend hearing on auction and sale (.5). | 1.10 |
| 19 Dec 14 | Siddiqui, Peter A. | Attend telephonic hearing on fee applications and retention of P. Kravitz. | 1.00 |
| | | **TOTALS:** | **2.10** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.10 | 630.00 | $1,323.00 |
| | **TOTAL:** | **2.10** | | **$1,323.00** |

2

## DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Description | Amount |
|------|-------------|--------|
| 04 Dec 14 | CourtCall; INVOICE#: 112014; DATE: 11/20/2014 - Courtcall on 10-24-14 and 10-30-14, Siddiqui, Peter A. | 67.00 |
| 22 Dec 14 | VENDOR: Siddiqui, Peter A.; INVOICE#: 121114; DATE: 12/11/2014 - Out of Town Travel to San Francisco for hearing on auction outcome and to confirm sale 12/03-12/05/14 | 519.69 |
| | **TOTAL:** | **$586.69** |

## SUMMARY OF DISBURSEMENTS
Matter 00013: HEARINGS AND COURT MATTERS

| | |
|------|------|
| Out of Town Travel | $519.69 |
| Court Costs | $67.00 |
| **TOTAL:** | **$586.69** |

| **MATTER TOTAL:** | **$1,909.69** |
|------|------|

3



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301176981 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 20 Jan 15 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**     **$1,909.69**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 |
| 18 Nov 14 | 1301159121 | 00013 | 1,764.00 | 1,764.00 |

**TOTAL OUTSTANDING BALANCE :**     **$18,432.50**

**TOTAL BALANCE DUE:**     **$20,342.19**

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

February 18, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301182741
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through January 31, 2015 .......................................................... $6,205.00

Disbursements and other charges.................................................................................... $56.12

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$6,261.12** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) .......................................... | $53,844.60 |
| **TOTAL BALANCE DUE:** | **$60,105.72** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02 Jan 15 | Siddiqui, Peter A. | Conference with committee and client re litigation next steps (1.2); review demand letter and discuss same with P. Kravitz (.3). | 1.50 |
| 05 Jan 15 | Siddiqui, Peter A. | Draft motion to approve stipulation re standing as well as stipulation re same (.6); confer with client and committee counsel re same (.2); finalize and send letter to insurance company re demand letter from committee (.7). | 1.50 |
| 07 Jan 15 | Siddiqui, Peter A. | Finalize issues regarding Simon Barber settlement, including final resolution of payroll, expenses, and consultation hours and finalize agreement re same. | 1.00 |
| 07 Jan 15 | Mickelsen, Jessica M. | Review motion for stipulated order regarding standing of the committee (.1); briefly review local rules and judge's procedures on shortening time on a motion and inform counsel of the same (.1); communications with chambers to discuss shortening time before filing any documents (.1); relay the same, with options to proceed, to P. Siddiqui for review and comment (.1). | 0.40 |
| 09 Jan 15 | Mickelsen, Jessica M. | Briefly review local rules on negative notice requirements (.1); draft notice and opportunity for hearing on motion for stipulated order to confer standing on the committee to bring litigation (.4); prepare motion and notice for filing and assist with service (.1). | 0.60 |
| 13 Jan 15 | Siddiqui, Peter A. | Conference with creditors' committee counsel re fraudulent transfer claims and preference claims, including changes to draft pleadings and strategy going forward (1.0); confer with D&O insurance carrier re claim received from creditors' committee and coverage issues (.6); confer with client re litigation, including pulling documents responsive to committee request regarding pending and forthcoming claims (1.0); confer with committee and S. Barber counsel re resolving Barber settlement and consulting agreement (.5). | 3.10 |
| 22 Jan 15 | Siddiqui, Peter A. | Review and comment on committee complaints and pleadings (1.1); call with D&O insurance carrier (.4) | 1.50 |
| | | **TOTALS:** | **9.60** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 1.00 | 615.00 | $615.00 |
| 41578 | Siddiqui, Peter A. | 8.60 | 650.00 | $5,590.00 |
| | **TOTAL:** | **9.60** | | **$6,205.00** |

Case: 14-30725   Doc# 518-4   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 79 of 169

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 21 Jan 15 | VENDOR: Siddiqui, Peter A.; INVOICE#: 010715A; DATE: 1/7/2015 - Courtcall - telephonic appearance on 12/19/14. | 44.00 |
| 28 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290365313 DATE: 1/12/2015, From: Peter Siddiqui To: Claims Manager Scottsdale Insurance Company 7 WORLD TRADE CTR, NEW YORK NY, 10007 US: On: 1/5/2015; Tracking ID: 772467321679 | 12.12 |
| | **TOTAL:** | **$56.12** |

## SUMMARY OF DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Courier | $12.12 |
| Court Costs | $44.00 |
| **TOTAL:** | **$56.12** |

| | |
|---|---|
| **MATTER TOTAL:** | **$6,261.12** |

3



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301182741 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Feb 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** $6,261.12

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |

**TOTAL OUTSTANDING BALANCE :** $53,844.60

**TOTAL BALANCE DUE:** $60,105.72

**Wire Instructions:**

Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

February 18, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301182742
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through January 31, 2015 ............................................................ $1,080.50

Disbursements and other charges.............................................................................. $1,077.22

**CURRENT INVOICE TOTAL:** $2,157.72

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $107,059.77
**TOTAL BALANCE DUE:** $109,217.49

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 22 Jan 15 | Siddiqui, Peter A. | Review and finalize MORs. | 1.00 |
| 22 Jan 15 | Mickelsen, Jessica M. | Review monthly operating reports for October, November and December 2014 for Hashfast LLC and Hashfast Technologies, along with bank statements for Hashfast Technologies, in preparation for filing. | 0.50 |
| 23 Jan 15 | Mickelsen, Jessica M. | Multiple communications with bankruptcy court re order directing filing of MORs in HashFast Technologies case, and isolate and discuss pertinent part of the order directing filing in the Tech case. | 0.20 |
| | | **TOTALS:** | **1.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.70 | 615.00 | $430.50 |
| 41578 | Siddiqui, Peter A. | 1.00 | 650.00 | $650.00 |
| | **TOTAL:** | **1.70** | | **$1,080.50** |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 02 Jan 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 12/31/14, Entered by: AM | 24.50 |
| 02 Jan 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 12/31/14, Entered by: AM | 396.65 |
| 06 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 643065399 DATE: 1/5/2015 From: Jessica Mickelsen To: Circa Technologies 9300 Transcanada Highway, Sant-Laurent Quebec PQ,H4R1K5 CA: On: 12/23/2014; Tracking ID: 852804269299 | 35.25 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: San Francsico Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 12/31/2014; Tracking ID: 772435543309 | 22.45 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 12/31/2014; Tracking ID: 772435582821 | 22.45 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 12/31/2014; Tracking ID: 772435786145 | 31.38 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 12/23/2014; Tracking ID: 772370593357 | 12.40 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 12/31/2014; Tracking ID: 772435706468 | 15.77 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290153795 DATE: 1/9/2015 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 12/31/2014; Tracking ID: 772435634487 | 22.45 |
| 12 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 643271710 DATE: 1/12/2015 From: Jessica Mickelson To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent Pq, H4R1H5 CA: On: 12/31/2014; Tracking ID: 802579790786 | 35.25 |
| 12 Jan 15 | Photocopies for 01/12/2015 | 16.80 |
| 12 Jan 15 | Photocopies for 01/12/2015 | 224.00 |
| 13 Jan 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 01/12/15, Entered by: AM | 80.37 |
| 13 Jan 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 01/12/15, Entered by: AM | 19.99 |

3

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 643509273 DATE: 1/19/2015 From: Jessica Mickelson To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent Pq,H4S1K5 CA: On: 1/12/2015; Tracking ID: 802579790742 | 36.47 |
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290869988 DATE: 1/16/2015 From: Jessica Mickelsen To: AQS 401 Kato Terrace, Fremont CA,94539 US: On: 1/12/2015; Tracking ID: 772549742330 | 15.35 |
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290869988 DATE: 1/16/2015 From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 1/12/2015; Tracking ID: 772549794495 | 15.35 |
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290869988 DATE: 1/16/2015 From: Jessica Mickelsen To: San Francsico Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 1/12/2015; Tracking ID: 772549854450 | 15.35 |
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290869988 DATE: 1/16/2015 From: Jessica Mickelsen To: Robert Smith Uniquify Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 1/12/2015; Tracking ID: 772549919484 | 13.74 |
| 20 Jan 15 | VENDOR: Federal Express Corporation INVOICE#: 290869988 DATE: 1/16/2015 From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 1/12/2015; Tracking ID: 772549977730 | 21.25 |
| | **TOTAL:** | **$1,077.22** |

# SUMMARY OF DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| | |
|------|------|
| Courier | $314.91 |
| Postage | $521.51 |
| Photocopy Costs | $240.80 |
| **TOTAL:** | **$1,077.22** |

| | |
|------|------|
| **MATTER TOTAL:** | **$2,157.72** |

Case: 14-30725    Doc# 518-4    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 86 of 169



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301182742 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Feb 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** **$2,157.72**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |

**TOTAL OUTSTANDING BALANCE :** **$107,059.77**

**TOTAL BALANCE DUE:** **$109,217.49**

**Wire Instructions:**

Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

February 18, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301182743
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

**Re:** **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through January 31, 2015 ........................................................ $910.00

**CURRENT INVOICE TOTAL:** **$910.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 23 Jan 15 | Siddiqui, Peter A. | Review plan and disclosure statement (.9); confer with client and then committee re same (.5). | 1.40 |
| | | **TOTALS:** | **1.40** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.40 | 650.00 | $910.00 |
| | **TOTAL:** | **1.40** | | **$910.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301182743 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Feb 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**  $910.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |

**TOTAL OUTSTANDING BALANCE :**  $3,528.00

**TOTAL BALANCE DUE:**  $4,438.00

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

April 24, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199524
Client No. 385402
Matter No. 00003

FEIN: 36-2796532

Re: <u>**ASSET SALES/BIDDING PROCEDURES**</u> (385402.00003)

For legal services rendered through March 31, 2015 .................................................................. $1,552.50

**CURRENT INVOICE TOTAL:** $1,552.50

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $79,140.08
**TOTAL BALANCE DUE:** $80,692.58

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 12 Mar 15 | Siddiqui, Peter A. | Review revised G. Ochoa order (.5); confer with V. Delaglio re same (.2).; review prior orders and open issues re resolving disputes re same (.5) | 1.20 |
| 20 Mar 15 | Siddiqui, Peter A. | Confer with V. Delaglio re G. Ochoa purchase terms and opine as to same (.5); revise document (.2); review correspondence from E. de Castro re same (.2); update committee re same (.2). | 1.10 |
| | | **TOTALS:** | **2.30** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: ASSET SALES/BIDDING PROCEDURES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.30 | 675.00 | $1,552.50 |
| | **TOTAL:** | **2.30** | | **$1,552.50** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301199524 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00003 - ASSET SALES/BIDDING PROCEDURES | | |

**Current Invoice Charges:**    **$1,552.50**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136983 | 00003 | 67,649.00 | 37,649.00 |
| 26 Sep 14 | 1301145188 | 00003 | 9,161.56 | 9,161.56 |
| 17 Oct 14 | 1301150848 | 00003 | 7,056.00 | 7,056.00 |
| 18 Nov 14 | 1301159112 | 00003 | 13,963.50 | 13,963.50 |
| 10 Dec 14 | 1301167035 | 00003 | 2,772.00 | 2,772.00 |
| 20 Jan 15 | 1301176974 | 00003 | 8,538.02 | 8,538.02 |

**TOTAL OUTSTANDING BALANCE :**    **$79,140.08**

**TOTAL BALANCE DUE:**    **$80,692.58**

**Wire Instructions:**

Reference: 385402.00003

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

April 24, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199525
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: <u>LITIGATION/ADVERSARY PROCEEDINGS</u>** (385402.00004)

For legal services rendered through March 31, 2015 .............................................................. $7,143.00

Disbursements and other charges.......................................................................... $74.35

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$7,217.35** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ........................................ | $67,201.72 |
| **TOTAL BALANCE DUE:** | **$74,419.07** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03 Mar 15 | Siddiqui, Peter A. | Respond to inquiries from committee regarding Lowe matter. | 0.20 |
| 05 Mar 15 | Siddiqui, Peter A. | Confer with Liquidbits counsel re discovery request and depositions re administrative claim request and re potential arguments against claim (.5); update call with client re same and re potential responses to informal discovery requests (.2). | 0.70 |
| 09 Mar 15 | Siddiqui, Peter A. | Correspondence with Lowe counsel re Tuesday call and potential stipulation (.3); update client re same (.2). | 0.50 |
| 10 Mar 15 | Siddiqui, Peter A. | Confer with Lowe counsel re stipulation and next steps in the adversary proceeding (.5); plan and prepare for same (.5); review stipulation and proposed order and provide comments to same (.7); update client and committee (.3). | 2.00 |
| 11 Mar 15 | Siddiqui, Peter A. | Confer with Lowe counsel re stipulation and proposed order (.3); review proposed order (.2); confer with client re same and re strategy going forward (.3); confer with committee counsel re same (.2). | 1.00 |
| 20 Mar 15 | Siddiqui, Peter A. | Review UST conversion motion and compile factual issues in response to same (.5). | 0.50 |
| 25 Mar 15 | Mickelsen, Jessica M. | Review and revise order approving settlement with Hypertechnologie Ciara, Inc. to prepare for lodging (.1); assist with service of process (.1) | 0.20 |
| 26 Mar 15 | Siddiqui, Peter A. | Confer with A. McDow re status of litigation issues involving Liquidbits and Marc Lowe (.4); update client re same (.2). | 0.60 |
| 27 Mar 15 | Siddiqui, Peter A. | Review motion to dismiss filed by Lowe (1.3); confer with G. Rougeau re Liquidbits dispute and potential resolution of open issues (.5); confer with V. Delaglio re same and re potential settlement options (.5); update committee re all of same (.2); review potential resolution of Liquidbits litigation and factual and legal research re same (1.1). | 3.60 |
| 30 Mar 15 | Siddiqui, Peter A. | Review Lowe complaint and order for 26(f) and discovery conference (.2); plan and prepare for same, including scheduling calls with A. McDow and defendants' counsel (.4); review potential settlement issues with Liquidbits and Lowe re open matters (.3). | 0.90 |
| 31 Mar 15 | Siddiqui, Peter A. | Plan and prepare for HashFast/Lowe 26(f) conference (.2); review facts and circumstances surrounding claims against Liquidbits in furtherance of potential settlement re same (.2). | 0.40 |

**TOTALS:**     **10.60**

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

2

Client: 385402 – HashFast Technologies LLC

Invoice No. 1301199525
Invoice Date: April 24, 2015

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 0.20 | 615.00 | $123.00 |
| 41578 | Siddiqui, Peter A. | 10.40 | 675.00 | $7,020.00 |
| | **TOTAL:** | **10.60** | | **$7,143.00** |

3

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 26 Feb 15 | PAYEE: AT&T TeleConference Services; REQUEST#: 671494; DATE: 2/23/2015 - Teleconference 1/2/15, P.Siddiqui | 10.89 |
| 09 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 294718809 DATE: 2/23/2015, From: Peter Siddiqui To: ANDY LAYDEN BAKER @ HOSTETLER LLP 200 S ORANGE AVE,ORLANDO FL,32801 US: On: 2/16/2015; Tracking ID: 780218761900 | 12.46 |
| 17 Mar 15 | VENDOR: Siddiqui, Peter A.; INVOICE#: 022715; DATE: 2/27/2015 - Telephonic Court appearance - ND California/ Montali on 02/17/15. | 51.00 |
| | **TOTAL:** | **$74.35** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Telephone Charges | $10.89 |
| Courier | $12.46 |
| Court Costs | $51.00 |
| **TOTAL:** | **$74.35** |

**MATTER TOTAL:**     **$7,217.35**

4



**Katten**
KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301199525 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** $7,217.35

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |

**TOTAL OUTSTANDING BALANCE :** $67,201.72

**TOTAL BALANCE DUE:** $74,419.07

**Wire Instructions:**

Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

April 24, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199526
Client No. 385402
Matter No. 00006

FEIN: 36-2796532

Re: **EXECUTORY CONTRACTS AND LEASES** (385402.00006)

For legal services rendered through March 31, 2015 .................................................. $270.00

**CURRENT INVOICE TOTAL:** **$270.00**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $17,812.50
**TOTAL BALANCE DUE:** **$18,082.50**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 25 Mar 15 | Siddiqui, Peter A. | Draft order approving settlement with Ciara and serve per court's docket order. | 0.40 |
| | | **TOTALS:** | **0.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00006: EXECUTORY CONTRACTS AND LEASES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 0.40 | 675.00 | $270.00 |
| | **TOTAL:** | **0.40** | | **$270.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301199526 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00006 - EXECUTORY CONTRACTS AND LEASES | | |

**Current Invoice Charges:**   $270.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136986 | 00006 | 2,314.50 | 2,314.50 |
| 26 Sep 14 | 1301145192 | 00006 | 4,347.00 | 4,347.00 |
| 17 Oct 14 | 1301150851 | 00006 | 6,237.00 | 6,237.00 |
| 18 Nov 14 | 1301159117 | 00006 | 2,898.00 | 2,898.00 |
| 10 Dec 14 | 1301167037 | 00006 | 945.00 | 945.00 |
| 20 Jan 15 | 1301176976 | 00006 | 1,071.00 | 1,071.00 |

**TOTAL OUTSTANDING BALANCE :**   $17,812.50

**TOTAL BALANCE DUE:**   $18,082.50

**Wire Instructions:**
Reference: 385402.00006


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
Mungarro, Lorena A.
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

April 24, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199527
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through March 31, 2015 ........................................................... $246.00

Disbursements and other charges........................................................................................ $1,328.78

**CURRENT INVOICE TOTAL:** **$1,574.78**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $111,573.33
**TOTAL BALANCE DUE:** **$113,148.11**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 16 Mar 15 | Mickelsen, Jessica M. | Receive telephone call from K. Lee of State Board of Equalization for payment of certain quarterly and prepayment amounts due; discuss with K. Lee; inform P. Kravitz and P. Siddiqui of the same. | 0.20 |
| 26 Mar 15 | Mickelsen, Jessica M. | Communications with P. Siddiqui re service of entered order approving settlement with Hypertechnologie. | 0.10 |
| 27 Mar 15 | Mickelsen, Jessica M. | Briefly review motion to dismiss, and memorandum in support, in HashFast Technologies LLC et al v. Lowe and send to P. Siddiqui for review and comment. | 0.10 |
| | | **TOTALS:** | **0.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.40 | 615.00 | $246.00 |
| | **TOTAL:** | **0.40** | | **$246.00** |

Case: 14-30725    Doc# 518-4    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 107 of 169

# DISBURSEMENTS
## Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 02 Mar 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 02/27/15 | 124.93 |
| 02 Mar 15 | Photocopies for 03/02/2015 | 112.00 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush Ste 218,San Francisco CA,94104 US: On: 2/27/2015; Tracking ID: 780277166400 | 15.24 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To: San Francisco Court Appointed Advocates 2535 Mission St,San Francisco CA,94110 US: On: 2/27/2015; Tracking ID: 780277202295 | 15.24 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To:  AQS 401 Kato Terrace,Fremont CA,94539 US: On: 3/2/2015; Tracking ID: 780287254098 | 15.02 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 2/27/2015; Tracking ID: 780277178871 | 15.24 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 3/2/2015; Tracking ID: 780287259181 | 12.91 |
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, From: Jessica Mickelsen To: Robert Smith Uniquify Inc 2030 Fortune Dr Ste 200,San Jose CA,95131 US: On: 2/27/2015; Tracking ID: 780277281951 | 13.09 |
| 09 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295230190 DATE: 2/27/2015, From: Jessica Mickelsen To: Marc A. Lowe  230 W Pueblo St,Santa Barbara CA,93105 US: On: 2/19/2015; Tracking ID: 780237645527 | 11.41 |
| 09 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 645306787 DATE: 3/9/2015, From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway,Saint-Laurent PQ,H4R1K5 CA: On: 2/27/2015; Tracking ID: 802579790628 | 36.12 |
| 09 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 645306787 DATE: 3/9/2015, From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway,Saint-Laurent Quebec PQ,H4R1K5 CA: On: 3/2/2015; Tracking ID: 802579790617 | 35.42 |
| 09 Mar 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 03/02/15 | 19.99 |
| 09 Mar 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 03/02/15 | 59.94 |
| 09 Mar 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 03/03/15 | 19.99 |
| 13 Mar 15 | VENDOR: Chase Card Services; INVOICE#: 030315; DATE: 3/3/2015 - USBC Northern District of CA on 2/17/15 for E-Filing of Complaint. | 350.00 |
| 16 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 296676160 DATE: 3/13/2015, From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 | 16.76 |

3

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | US: On: 3/2/2015; Tracking ID: 780287243929 | |
| 16 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 296676160 DATE: 3/13/2015, From: Jessica Mickelsen To: Sandgate Technologies 595 Fellowship RD, Chester Springs PA,19425 US: On: 2/27/2015; Tracking ID: 780277361345 | 24.23 |
| 18 Mar 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-MAR2015-; DATE: 3/16/2015 - Account No. KM3280; Pacer Court Costs for February 2015; Los Angeles | 47.00 |
| 25 Mar 15 | VENDOR: First Legal Network, LLC; INVOICE#: 237647; DATE: 2/15/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 2/4/15. HashFast Technologies, Order, POS (PDF cc delivered to Judge Montali). | 26.50 |
| 26 Mar 15 | VENDOR: First Legal Network, LLC; INVOICE#: 237647; DATE: 2/15/2015 - Messenger service from J. Mickelsen to USDC-San Francisco CA on 2/6/15. Messenger Fee $26.50, PDF/Fax Fee $.53, re: HashFast Technologies LLC, Notice of Withdrawal, POS (PDF cc delivered to Judge Montali). | 27.03 |
| 30 Mar 15 | VENDOR: First Legal Network, LLC; INVOICE#: 238849; DATE: 2/28/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 2/18/15, Messenger Fee $26.50, PDF/Fax Fee $136.74, re: HashFast Technologies LLC v Lowe, Adversary POS, Complaint (PDF cc delivered to Judge Montali). | 163.24 |
| 30 Mar 15 | VENDOR: First Legal Network, LLC; INVOICE#: 238849; DATE: 2/28/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 2/20/15, Messenger Fee $26.50, PDF/Fax Fee $140.98, re: HashFast Technologies LLC v Lowe, et al., Notice of Debtor's Motion for Issuance of Right to Attach Order and Writ of Attachment (Docket #5), Motion for Issuance of Right to Attach Order and Writ of Attachment, Memorandum of P&A's, Decl ISO, Declaration of Victor Delaglio ISO Motion for Issuance of Right to Attach Order and Writ of Attachment (PDF cc's delivered to Judge Montali). | 167.48 |
| | **TOTAL:** | **$1,328.78** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $384.25 |
| Courier | $210.68 |
| Postage | $224.85 |
| Photocopy Costs | $112.00 |
| Court Costs | $397.00 |
| **TOTAL:** | **$1,328.78** |

| | |
|---|---|
| **MATTER TOTAL:** | **$1,574.78** |



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301199527 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | | |

**Current Invoice Charges:** $1,574.78

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |

**TOTAL OUTSTANDING BALANCE :** $111,573.33

**TOTAL BALANCE DUE:** $113,148.11

**Wire Instructions:**
Reference: 385402.00007


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

April 24, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199528
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through March 31, 2015 ........................................................... $1,282.50

Disbursements and other charges........................................................................................ $15.02

**CURRENT INVOICE TOTAL:** **$1,297.52**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Mar 15 | Siddiqui, Peter A. | Review priority claim issues and consult with committee counsel re same. | 0.20 |
| 04 Mar 15 | Siddiqui, Peter A. | Correspondence with R. Gallo re plan and disclosure statement issues. | 0.20 |
| 06 Mar 15 | Siddiqui, Peter A. | Review filings in response to plan and disclosure statement and plan and prepare for hearing in connection with same (.7); confer with committee counsel re same (.3) | 1.00 |
| 20 Mar 15 | Siddiqui, Peter A. | Review plan and disclosure statement in preparation for hearing on approval of same. | 0.50 |
| | | **TOTALS:** | **1.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 1.90 | 675.00 | $1,282.50 |
| | **TOTAL:** | **1.90** | | **$1,282.50** |

2

## DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Description | Amount |
|------|-------------|--------|
| 06 Mar 15 | VENDOR: Federal Express Corporation INVOICE#: 295962838 DATE: 3/6/2015, 100 Bush Corporation 100 Bush Ste Ste 218,San Francisco CA,94104 US: On: 3/2/2015; Tracking ID: 780287249695 | 15.02 |
| | **TOTAL:** | **$15.02** |

## SUMMARY OF DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | |
|---|---|
| Courier | $15.02 |
| **TOTAL:** | **$15.02** |

| | |
|---|---|
| **MATTER TOTAL:** | **$1,297.52** |

3



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301199528 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**     **$1,297.52**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 |
| 17 Mar 15 | 1301188663 | 00009 | 1,755.00 | 1,755.00 |

**TOTAL OUTSTANDING BALANCE :**     **$6,193.00**

**TOTAL BALANCE DUE:**     **$7,490.52**

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

March 17, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301188660
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through February 28, 2015 ............................................................... $7,045.00

Disbursements and other charges ................................................................................. $51.00

**CURRENT INVOICE TOTAL:** **$7,096.00**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $60,105.72
**TOTAL BALANCE DUE:** **$67,201.72**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 16 Feb 15 | Siddiqui, Peter A. | Draft and revise complaint against Marc Lowe and motion for writ of attachment re same (3.3); conference with committee counsel and then client re same (1.0). | 4.30 |
| 16 Feb 15 | Siddiqui, Peter A. | Update re document review and production (.2); confer with S. Nerger re deposition prep and potential issues raised at the deposition (.2). | 0.40 |
| 16 Feb 15 | Mickelsen, Jessica M. | Communications with P. Siddiqui re complaint against Marc Lowe (.1); review complaint against Marc Lowe (.5); make revisions to complaint accordingly (.3); email P. Siddiqui with comments on complaint before filing (.1); prepare adversary proceeding cover sheet for filing (.2); communications with P. Siddiqui re comments to complaint (.1); make further minor revisions based upon communications with P. Siddiqui (.1); review exhibits circulated from committee counsel and further emails correcting the exhibits (.2); multiple communications with P. Siddiqui re exhibits and make corresponding changes for filing (.3). | 1.90 |
| 17 Feb 15 | Siddiqui, Peter A. | Revise complaint and motion for writ of attachment (.8); confer with client re same and revise declaration accordingly (.4). | 1.20 |
| 18 Feb 15 | Mickelsen, Jessica M. | Review and prepare exhibits to file with declaration in support of motion for writ of attachment for filing (.2); review last copy of motion for writ of attachment and confirm final copy for filing (.1); briefly review final copy of motion for writ sent and communications with P. Siddiqui re filing (.1). | 0.40 |
| 19 Feb 15 | Mickelsen, Jessica M. | Review judge's available dates to hear the motion for writ of attachment (.1); contact chambers to confirm availability (.1); draft notice of date to hear motion for writ of attachment (.4); review revisions by P. Siddiqui, communications re the same, and prepare for filing (.1). | 0.70 |
| 25 Feb 15 | Siddiqui, Peter A. | Review status of M. Lowe complaint, service of summons, timing for discovery conference (.3); confer with counsel in contact with M. Lowe re meet-and-confer (.2). | 0.50 |
| 26 Feb 15 | Siddiqui, Peter A. | Correspondence with client re Lowe complaint and status of 2999 BTC (.3); plan and prepare for discovery conference and initial disclosures (.3). | 0.60 |
| 27 Feb 15 | Siddiqui, Peter A. | Draft response to UST motion to convert or appoint chapter 11 trustee (.4); confer with committee counsel (Liz Green and M. Delaney) re their pleading and strategy re same (.6) | 1.00 |
| | | **TOTALS:** | **11.00** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | **Attorney or Assistant** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| 42892 | Mickelsen, Jessica M. | 3.00 | 615.00 | $1,845.00 |
| 41578 | Siddiqui, Peter A. | 8.00 | 650.00 | $5,200.00 |
| | **TOTAL:** | **11.00** | | **$7,045.00** |

3

## DISBURSEMENTS
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 28 Feb 15 | VENDOR: CourtCall, LLC; INVOICE#: 6747808; DATE: 2/23/2015 - CourtCall Telephonic Appearance fee for P. Siddiqui on 2/17/15 with USBC-San Francisco CA (Hon. Dennis Montali). | 51.00 |
| | **TOTAL:** | **$51.00** |

### SUMMARY OF DISBURSEMENTS
#### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | | |
|---|---|---|
| Court Costs | | $51.00 |
| | **TOTAL:** | **$51.00** |
| | **MATTER TOTAL:** | **$7,096.00** |

4



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** Craig A. Barbarosh      **Invoice No.:** 1301188660
**Client:** 385402 - HashFast Technologies LLC      **Invoice Date:** 17 Mar 15
**Matter:** 00004 - LITIGATION/ADVERSARY PROCEEDINGS

**Current Invoice Charges:**     **$7,096.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |

**TOTAL OUTSTANDING BALANCE :**    **$60,105.72**

**TOTAL BALANCE DUE:**    **$67,201.72**

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

March 17, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301188662
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

For legal services rendered through February 28, 2015 ............................................. $885.50

Disbursements and other charges ............................................................ $1,470.34

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$2,355.84** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... | $109,217.49 |
| **TOTAL BALANCE DUE:** | **$111,573.33** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 04 Feb 15 | Mickelsen, Jessica M. | Contact chambers to alert it of withdrawal of motion for stipulated order (.1); draft notice of withdrawal of stipulated order (.3); communications with committee's counsel re draft notice (.1). | 0.50 |
| 16 Feb 15 | Siddiqui, Peter A. | Review motion for chapter 11 trustee and/or to convert and discuss same with client | 0.70 |
| 26 Feb 15 | Mickelsen, Jessica M. | Review November and December monthly operating reports and prepare for filing. | 0.20 |
| | | **TOTALS:** | **1.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 0.70 | 615.00 | $430.50 |
| 41578 | Siddiqui, Peter A. | 0.70 | 650.00 | $455.00 |
| | **TOTAL:** | **1.40** | | **$885.50** |

2

# DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 03 Feb 15 | Photocopies for 02/03/2015 | 18.20 |
| 03 Feb 15 | Photocopies for 02/03/2015 | 91.00 |
| 05 Feb 15 | Photocopies for 02/05/2015 | 19.20 |
| 05 Feb 15 | Photocopies for 02/05/2015 | 108.80 |
| 09 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293033370 DATE: 2/6/2015, From: Jessica Mickelsen To: 100 Bush Corporation 100 Bush St Ste 218, San Francisco CA,94104 US: On: 2/3/2015; Tracking ID: 772815216063 | 15.24 |
| 09 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293033370 DATE: 2/6/2015, From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 2/3/2015; Tracking ID: 772816356033 | 13.09 |
| 09 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293033370 DATE: 2/6/2015, From: Jessica Mickelsen To: AQS 401 Kato Ter, Fremont CA,94539 US: On: 2/3/2015; Tracking ID: 772815318080 | 15.24 |
| 09 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293033370 DATE: 2/6/2015, From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 2/3/2015; Tracking ID: 772815442868 | 15.24 |
| 10 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 644277623 DATE: 2/9/2015, From: Jessica Mickelsen To: Ciara Technologies 9300 Transcanada Highway, Saint-Laurent PQ ,H4S1K5 CA: On: 2/3/2015; Tracking ID: 854672883072 | 36.12 |
| 12 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 233557; DATE: 12/31/2014  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 12/18/14. Messenger Fee $25, PDF/Fax Fee $1.50, Re: HashFast Technologies LLC, Reply ISO Application to Employ Province, Inc. (PDF cc delivered to Judge Montali). | 26.50 |
| 12 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 233557; DATE: 12/31/14  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 12/19/14. Re: HashFast Technologies LLC, Order, POS (PDF cc delivered to Judge Montali). | 25.00 |
| 12 Feb 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 02/03/15, Entered by: AM | 59.94 |
| 13 Feb 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 02/03/15, Entered by: AM | 19.99 |
| 14 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 233557; DATE: 12/31/14  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 12/23/14. Messenger Fee $25, PDF/Fax Fee $2, Re: HashFast Technologies, Decl, POS (PDF cc delivered to Judge Montali). | 27.00 |
| 14 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 233557; DATE: 12/31/14  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 12/31/14. Messenger Fee $25, PDF/Fax Fee $102.50, Re: HashFast Technologies LLC, Amended App, Decl, Notice, POS (PDF cc delivered to Judge Montali). | 127.50 |
| 16 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 234962; DATE: 1/15/2015  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 1/12/15. Messenger Fee $25, PDF/Fax Fee $7, Re: | 32.00 |

3

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| | HashFast Technologies LLC, Motion, Notice, POS (PDF cc delivered to Judge Montali). | |
| 16 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293756753 DATE: 2/13/2015, From: Jessica Mickelsen To: Robert Smith Uniquify Inc 2030 Fortune Dr Ste 200, San Jose CA,95131 US: On: 2/5/2015; Tracking ID: 772849988313 | 13.09 |
| 16 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293756753 DATE: 2/13/2015, From: Jessica Mickelsen To:  100 Bush Corporation Suite 218, San Francisco CA,94104 US: On: 2/5/2015; Tracking ID: 772849893857 | 23.74 |
| 16 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293756753 DATE: 2/13/2015, From: Jessica Mickelsen To:  AQS 401 Kato Terrace, Fremont CA,94539 US: On: 2/5/2015; Tracking ID: 772849912098 | 15.24 |
| 16 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 293756753 DATE: 2/13/2015, From: Jessica Mickelsen To: San Francisco Court Appoined Special Advocates 2535 Mission St, San Francisco CA,94110 US: On: 2/5/2015; Tracking ID: 772849938032 | 15.24 |
| 16 Feb 15 | Postage for USPS 1st Class Mail Distribution Qty (34) envelopes, Date sent: 02/05/15, Entered by: AM | 56.25 |
| 16 Feb 15 | Postage for USPS EXPM Mail Distribution Qty (1) envelope, Date sent: 02/06/15, Entered by: AM | 19.99 |
| 18 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 644542215 DATE: 2/16/2015, From: Jessica Mickelsen To:  Ciara Technologies 9300 Trans Canada Highway, Saint -Laurent PQ, H4R1K5 CA: On: 2/5/2015; Tracking ID: 854672883061 | 36.12 |
| 18 Feb 15 | Photocopies for 02/18/2015 | 53.60 |
| 18 Feb 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB2015-LAX; DATE: 2/13/2015  -  Account No. KM3280; Pacer Court Costs for February 2015; Los Angeles | 3.30 |
| 18 Feb 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB2015-LAX; DATE: 2/13/2015  -  Account No. KM3280; Pacer Court Costs for February 2015; Los Angeles | 24.70 |
| 19 Feb 15 | Photocopies for 02/19/2015 | 52.20 |
| 23 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 294501659 DATE: 2/20/2015, From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 2/3/2015; Tracking ID: 772816427670 | 17.09 |
| 23 Feb 15 | VENDOR: Federal Express Corporation INVOICE#: 294501659 DATE: 2/20/2015, From: Jessica Mickelsen To:  Sandgate Technologies 595 Fellowship Rd, Chester Springs PA,19425 US: On: 2/5/2015; Tracking ID: 772850026050 | 17.09 |
| 27 Feb 15 | Photocopies for 02/27/2015 | 67.20 |
| 27 Feb 15 | Photocopies for 02/27/2015 | 336.00 |
| 28 Feb 15 | VENDOR: First Legal Network, LLC; INVOICE#: 236221; DATE: 1/31/2015  -  Messenger service from J. Mickelsen to USBC-San Francisco CA on 1/23/15. Messenger Fee $26.50, PDF/Fax Fee $42.93, Re: HashFast Technologies, x6 Monthly Operating Reports (PDF cc delivered to Judge Montali). | 69.43 |

**TOTAL:**  $1,470.34

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $307.43 |
| Courier | $232.54 |
| Postage | $156.17 |
| Photocopy Costs | $746.20 |
| Court Costs | $28.00 |
| **TOTAL:** | **$1,470.34** |

| | |
|---|---|
| **MATTER TOTAL:** | **$2,355.84** |



**Katten**

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301188662 |
| **Client:** | 385402 – HashFast Technologies LLC | | **Invoice Date:** | 17 Mar 15 |
| **Matter:** | 00007 – CASE ADMINISTRATION | | | |

**Current Invoice Charges:**     **$2,355.84**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |

**TOTAL OUTSTANDING BALANCE :**    **$109,217.49**

**TOTAL BALANCE DUE:**    **$111,573.33**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

March 17, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301188663
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

**Re: PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through February 28, 2015 ..................................................... $1,755.00

**CURRENT INVOICE TOTAL:** $1,755.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997)
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 25 Feb 15 | Siddiqui, Peter A. | Respond to inquiries from the committee regarding plan and disclosure statement components and issues (.4); confer with client re same (.2). | 0.60 |
| 26 Feb 15 | Siddiqui, Peter A. | Review and comment on amended plan (.5); conference with committee counsel re same and re next steps re confirmation (.5). | 1.00 |
| 27 Feb 15 | Siddiqui, Peter A. | Review and comment on plan and disclosure statement (.4); update client re same (.1); confer with committee re strategy re plan confirmation (.2); review and research issues re priority claim treatment (.4) | 1.10 |
| | | **TOTALS:** | **2.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.70 | 650.00 | $1,755.00 |
| | **TOTAL:** | **2.70** | | **$1,755.00** |

2



# Katten

KattenMuchinRosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301188663 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 17 Mar 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | | |

**Current Invoice Charges:**       **$1,755.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 |

**TOTAL OUTSTANDING BALANCE :**       **$4,438.00**

**TOTAL BALANCE DUE:**       **$6,193.00**

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

March 17, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301188664
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

---

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through February 28, 2015................................................................. $780.00

Disbursements and other charges............................................................................................... $72.00

**CURRENT INVOICE TOTAL:** **$852.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 17 Feb 15 | Siddiqui, Peter A. | Attend hearing on motion to approve disclosure statement. | 1.20 |
| | | **TOTALS:** | **1.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | | Hours | Rate | Amount |
|------|----------------------|------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | | 1.20 | 650.00 | $780.00 |
| | | **TOTAL:** | **1.20** | | **$780.00** |

2

## DISBURSEMENTS
### Matter 00013: HEARINGS AND COURT MATTERS

| Date | Description | Amount |
|------|-------------|--------|
| 12 Feb 15 | VENDOR: Siddiqui, Peter A.; INVOICE#: 020515; DATE: 2/5/2015 - Telephonic appearance on 01/23/15 - Judge Montali. | 72.00 |
| | **TOTAL:** | **$72.00** |

## SUMMARY OF DISBURSEMENTS
### Matter 00013: HEARINGS AND COURT MATTERS

| | | Amount |
|---|---|---|
| Court Costs | | $72.00 |
| | **TOTAL:** | **$72.00** |
| | **MATTER TOTAL:** | **$852.00** |

3



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301188664 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 17 Mar 15 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**  $852.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 | |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 | |
| 18 Nov 14 | 1301159121 | 00013 | 1,764.00 | 1,764.00 | |
| 20 Jan 15 | 1301176981 | 00013 | 1,909.69 | 1,909.69 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $20,342.19 |

**TOTAL BALANCE DUE:**  $21,194.19

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

April 24, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301199529
Client No. 385402
Matter No. 00013

FEIN: 36-2796532

**Re: HEARINGS AND COURT MATTERS** (385402.00013)

For legal services rendered through March 31, 2015 ............................................................. $1,485.00

**CURRENT INVOICE TOTAL:** **$1,485.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 20 Mar 15 | Siddiqui, Peter A. | Attend hearing on conditional approval of disclosure statement and on UST motion to convert. | 2.20 |
| | | **TOTALS:** | **2.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00013: HEARINGS AND COURT MATTERS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.20 | 675.00 | $1,485.00 |
| | **TOTAL:** | **2.20** | | **$1,485.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301199529 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 24 Apr 15 |
| **Matter:** | 00013 - HEARINGS AND COURT MATTERS | | |

**Current Invoice Charges:**      **$1,485.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136991 | 00013 | 16,038.50 | 16,038.50 |
| 26 Sep 14 | 1301145198 | 00013 | 630.00 | 630.00 |
| 18 Nov 14 | 1301159121 | 00013 | 1,764.00 | 1,764.00 |
| 20 Jan 15 | 1301176981 | 00013 | 1,909.69 | 1,909.69 |
| 17 Mar 15 | 1301188664 | 00013 | 852.00 | 852.00 |

**TOTAL OUTSTANDING BALANCE :**      **$21,194.19**

**TOTAL BALANCE DUE:**      **$22,679.19**

**Wire Instructions:**
Reference: 385402.00013

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

May 19, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301205287
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: <u>**LITIGATION/ADVERSARY PROCEEDINGS**</u> (385402.00004)

For legal services rendered through April 30, 2015 ............................................................. $27,723.00

Disbursements and other charges............................................................................. $726.46

**CURRENT INVOICE TOTAL:** **$28,449.46**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $74,419.07

**TOTAL BALANCE DUE:** **$102,868.53**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

# PROFESSIONAL SERVICES

## Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Apr 15 | Siddiqui, Peter A. | Prepare for 26(f) conference with Marc Lowe counsel (.3); confer with committee re potential resolution of certain open disputes with significant creditors (.3). | 0.60 |
| 02 Apr 15 | Siddiqui, Peter A. | Participate in 26(f) conference re Marc Lowe complaint (.6); confer with committee counsel re potential resolution strategies (.3); confer with client re same (.3); review motion to dismiss and strategy re responding to same (.9) | 2.10 |
| 02 Apr 15 | Mickelsen, Jessica M. | Conference call with P. Siddiqui and A. McDow re strategy for response to motion to dismiss in Lowe Adversary proceeding, and related matters. | 0.50 |
| 03 Apr 15 | Siddiqui, Peter A. | Draft stipulation regarding amended complaint (1.0); confer with opposing counsel re same (.2); review motion to dismiss and respond to same (.5). | 1.70 |
| 06 Apr 15 | Mickelsen, Jessica M. | Communications with committee counsel re amended complaint in Lowe matter (.1); review Lowe's revisions to proposed stipulation (.2); communications with committee counsel on the same (.1); communications with Lowe's counsel re possible resolution (.1); analyze response of Lowe's counsel to resolution and consider options (.1); communications with committee counsel on the same (.1); respond to Lowe's counsel re language (.1); make further minor revisions to stipulation and send to Lowe's counsel for review and signature (.2). | 1.00 |
| 07 Apr 15 | Mickelsen, Jessica M. | Analyze Defendant's motion to dismiss in order to draft amended complaint (.7); evaluate questions of Defendants re insolvency, capital, and so forth (.2); contact P. Kravitz and V. Delagio re possible assistance with a further evidentiary basis to address these questions (.1); communications with committee regarding timeline of amended complaint (.1); draft amended complaint, leaving certain questions to discuss tomorrow with P. Kravitz and V. Delagio (2). | 3.10 |
| 08 Apr 15 | Mickelsen, Jessica M. | Communications with opposing counsel re joint status report to prepare (.1); review local rules and Judge Montali's rules re status reports and inform opposing counsel of the same (.1); communications with V. Delagio re insolvency, capitalization and other issues to address in the First Amended Complaint (.2); email update to committee and P. Siddiqui to provide status (.1); briefly review balance sheet by email from V. Delagio for further analysis and incorporation into amended complaint tomorrow (.1). | 0.60 |
| 09 Apr 15 | Mickelsen, Jessica M. | Further analyze balance sheets by V. Delaglio (.3); communications with V. Delagio to clarify points of spreadsheet and conclusions that can be reached (.3); analyze revised spreadsheet including December 31, 2013 balance sheet (.2); discuss remaining question of | 1.90 |

2

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | payment of debts when due with V. Delaglio to incorporate in First Amended Complaint (.1); continue to draft First Amended Complaint to include information and conclusions reached from balance sheets and communications with V. Delaglio (1). | |
| 10 Apr 15 | Mickelsen, Jessica M. | Research law re recovery of avoidable property versus value and timing of value determination (1.1); draft summary of law analyzed and send to P. Siddiqui for review and comment (.4); review First Amended Complaint in its entirety to account for further research and other additions based on insolvency analysis (.9); draft summary to send to P. Siddiqui and committee counsel of issues concerning recovery sought and send to all for review and comment (.3). | 2.70 |
| 11 Apr 15 | Mickelsen, Jessica M. | Review opposition to writ of attachment motion, and papers in support, in preparation for conference call with P. Siddiqui on Monday. | 0.50 |
| 13 Apr 15 | Siddiqui, Peter A. | Review and comment on amended complaint re Lowe matter (.8); review objection to writ motion and strategize response to same (.8) | 1.60 |
| 13 Apr 15 | Mickelsen, Jessica M. | Briefly review our writ of attachment motion and declaration in support, in terms of the issues that defendant raised, in preparation for conference call with P. Siddiqui (.2); conference call with P. Siddiqui re First Amended Complaint and opposition to writ motion (.5); revise First Amended Complaint to track statutory language (.2); send to P. Siddiqui for review and comment with question re allegation that Debtors were insolvent as a result of the Transfers (.1); redline cumulative changes and send to committee counsel for review and comment (.1); analyze M. Lowe's opposition to the writ motion, and supporting papers, in greater depth (1); outline items for response (.1). | 2.20 |
| 14 Apr 15 | Siddiqui, Peter A. | Draft and revise first amended complaint (.5); review and comment on reply in support of Writ Motion (.9); confer with client re same (.2). | 1.60 |
| 14 Apr 15 | Mickelsen, Jessica M. | Conference call with P. Siddiqui re reply and declarations in support (.2); draft reply in support of motion for writ of attachment (3.8); draft supplemental declaration of V. Delagio in support of reply (1.2); revise reply and supplemental declaration in their entirety before sending to P. Siddiqui for review and comment (.7) . | 5.90 |
| 15 Apr 15 | Siddiqui, Peter A. | Revise first amended complaint (1); review and comment on reply in support of Writ Motion (.5); factual and legal research re same (.4); revise declaration of V. Delaglio re same (.4); confer with committee counsel re Lowe pleadings and next steps (.3). | 2.60 |
| 15 Apr 15 | Mickelsen, Jessica M. | Review revisions to reply and supplemental declaration | 1.60 |

3

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | by P. Siddiqui (.2); communications with P. Siddiqui on the same (.1); conference call with P. Siddiqui and V. Dalaglio re supplemental declaration and hearing on writ (.1); review committee's proposed revisions to First Amended Complaint (.2); draft email to Committee to address difference in language under two counts (.1); communications with P. Siddiqui re status of other creditor refunds (.1); revise complaint according to Committee's suggested revisions and send to P. Siddiqui for final review and comment (.3); communications with opposing counsel re discovery plan (.1); communications with P. Siddiqui on the same (.1); analyze local rules re stipulations and order re discovery and initial disclosures (.2); respond to opposing counsel re discovery plan accordingly (.1). | |
| 16 Apr 15 | Siddiqui, Peter A. | Finalize first amended complaint and reply to writ motion. | 0.30 |
| 16 Apr 15 | Mickelsen, Jessica M. | Review V. Dalaglio's revisions to his declaration and finalize his declaration in the system for signature (.1); revise complaint and reply to conform to changes in V. Dalaglio's declaration (.3). | 0.40 |
| 17 Apr 15 | Mickelsen, Jessica M. | Communications with P. Siddiqui re committee issue concerning Bitcoins as property (.1); further revise reply before filing (.2); prepare complaint and exhibits thereto for filing (.2); review communications from committee counsel re reply and communications with P. Siddiqui on the same (.1); prepare reply with exhibit A, and declaration in support, for filing (.1). | 0.70 |
| 21 Apr 15 | Siddiqui, Peter A. | Review pleadings in Lowe adversary proceeding in preparation for Friday's hearing (.4); plan and prepare for hearing, including arguments and anticipated areas to be covered (.7). | 1.10 |
| 21 Apr 15 | Mickelsen, Jessica M. | Analyze motion to strike supplemental declaration (.4); conference call with P. Siddiqui to discuss and formulate arguments to make at the hearing (.5); outline arguments in preparation for the hearing (.2). | 1.10 |
| 23 Apr 15 | Siddiqui, Peter A. | Plan and prepare for argument in Lowe matter, including anticipating inquiries and legal matters, conferring with client re factual issues, and review pleadings re same. | 1.00 |
| 23 Apr 15 | Mickelsen, Jessica M. | Telephone conference with V. Delaglio and P. Siddiqui re objections to supplemental declaration in preparation for hearing on writ motion (.5); prepare for hearing through review of papers and case law (.2); outline arguments in preparation for hearing based upon review of papers and conference with V. Delaglio and P. Siddiqui (.7). | 1.40 |
| 23 Apr 15 | Mickelsen, Jessica M. | Travel to San Francisco from Los Angeles for writ of attachment and status conference hearing. | 2.00 |
| 24 Apr 15 | Mickelsen, Jessica M. | Travel from San Francisco to Los Angeles for writ of | 2.00 |

4

## PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | attachment and status conference hearing. | |
| 24 Apr 15 | Mickelsen, Jessica M. | Continue hearing prep (.5); appear at hearing (1.5); communications with V. Delaglio post-hearing re status (.2); multiple communications with P. Siddiqui post-hearing re status and next steps (.2); review and revise order on motion and communications with opposing counsel re the same (.1). | 2.50 |
| 28 Apr 15 | Siddiqui, Peter A. | Review issues re Guido payments (.2); confer with client re Lowe strategy and next steps (.3). | 0.50 |
| 28 Apr 15 | Mickelsen, Jessica M. | Conference call with P. Siddiqui and V. Delaglio re next steps resulting from writ of attachment motion (.5); review committee's notice to continue confirmation date and inform P. Siddiqui of the same (.1). | 0.60 |
| | | **TOTALS:** | **43.80** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Mickelsen, Jessica M. | 30.70 | 615.00 | $18,880.50 |
| 41578 | Siddiqui, Peter A. | 13.10 | 675.00 | $8,842.50 |
| | **TOTAL:** | **43.80** | | **$27,723.00** |

5

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 08 Apr 15 | PAYEE: CourtCall, LLC; REQUEST#: 675534; DATE: 4/8/2015, Telephone appearance 3/20/15 1:30 p.m | 79.00 |
| 24 Apr 15 | Peter Siddiqui 4/23/15 Chgo/SanFran/Chgo inv #011-1025903 | 1,221.12 |
| 30 Apr 15 | Westlaw Legal Research: MICKELSEN,JESSICA on 04/10/2015 | 49.46 |
| 30 Apr 15 | Jessica Mickelsen 4/23/15 LA/SanFran/LA inv #011-1030151 | 502.00 |
| 30 Apr 15 | Jessica Mickelsen 4/23/15 LA/SanFran/LA inv #011-1030150 | 48.00 |
| 30 Apr 15 | Refund credit inv #011-61409 against inv #011-1025903 Peter Siddiqui 4/23/15 Chgo/SanFran/Chgo | (1,173.12) |
| | **TOTAL:** | **$726.46** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Service Fees | $79.00 |
| Legal Research | $49.46 |
| Airfare | $598.00 |
| **TOTAL:** | **$726.46** |

**MATTER TOTAL:**          **$28,449.46**

6



# Katten

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301205287 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 19 May 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:** <u>**$28,449.46**</u>

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |
| 24 Apr 15 | 1301199525 | 00004 | 7,217.35 | 7,217.35 |

**TOTAL OUTSTANDING BALANCE :** <u>**$74,419.07**</u>

**TOTAL BALANCE DUE:** <u>**$102,868.53**</u>

<u>**Wire Instructions:**</u>
Reference: 385402.00004


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

<u>**MAILING ADDRESS:**</u>

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

May 19, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301205288
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

Disbursements and other charges.................................................................... $311.24

**CURRENT INVOICE TOTAL:** **$311.24**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $113,148.11
**TOTAL BALANCE DUE:** **$113,459.35**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 06 Apr 15 | VENDOR: Federal Express Corporation INVOICE#: 646370791 DATE: 4/6/2015 From: Jessica Mickelsen To: Hypertechnologies Ciara Inc dba 9300,Transcanada Highway,Saint-Laurent PQ,H4R1K5 CA: On: 3/26/2015; Tracking ID: 802579790525 | 35.42 |
| 06 Apr 15 | VENDOR: Federal Express Corporation INVOICE#: 646370791 DATE: 4/6/2015 From: Jessica Mickelsen To: Neil G. Oberman Spiegel Sohmer 1255 Peel Suite 1000,Montreal PQ,H3B2T9 CA: On: 3/26/2015; Tracking ID: 802579790536 | 35.42 |
| 06 Apr 15 | VENDOR: Federal Express Corporation INVOICE#: 646370791 DATE: 4/6/2015 From: Jessica Mickelsen To: Hypertechnologies Ciara, Inc 9300, Transcanada Highway,Saint-Laurent Montreal PQ,H4R1K6 CA: On: 3/25/2015; Tracking ID: 802579790569 | 35.42 |
| 13 Apr 15 | VENDOR: First Legal Network, LLC; INVOICE#: 240256; DATE: 3/15/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 3/2/15. Messenger Fee $26.50, PDF/Fax Fee $17.49, re: HashFast Technologies LLC, Motion, Decl, POS, Statement of Opp, POS (PDF cc delivered to Judge Montali). | 43.99 |
| 14 Apr 15 | VENDOR: First Legal Network, LLC; INVOICE#: 240256; DATE: 3/15/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 3/3/15. Messenger Fee $26.50, PDF/Fax Fee $17.49, re: HashFast Technologies LLC, Notice, POS, x2 Operating Report (PDF cc delivered to Judge Montali). | 43.99 |
| 27 Apr 15 | Electronic court filing 4/17/15 | 50.00 |
| 29 Apr 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-MAR15-LAX; DATE: 4/29/2015 - Account No. KM3280; Pacer Court Costs incurred March 2015 for Los Angeles | 14.00 |
| 30 Apr 15 | VENDOR: First Legal Network, LLC; INVOICE#: 241607; DATE: 3/31/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 3/26/15. Re: HashFast Technologies, Order, POS (PDF cc delivered to Judge Montali). | 26.50 |
| 30 Apr 15 | VENDOR: First Legal Network, LLC; INVOICE#: 241607; DATE: 3/31/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 3/27/15. Re: HashFast Technologies, LLC, POS (PDF cc delivered to Judge Montali). | 26.50 |
| | **TOTAL:** | **$311.24** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|------|--------|
| Local Courier | $140.98 |
| Courier | $106.26 |
| Employee Overtime | $50.00 |
| Court Costs | $14.00 |
| **TOTAL:** | **$311.24** |



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301205288 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 19 May 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | | |

**Current Invoice Charges:**      **$311.24**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |
| 24 Apr 15 | 1301199527 | 00007 | 1,574.78 | 1,574.78 |

**TOTAL OUTSTANDING BALANCE :**      **$113,148.11**

**TOTAL BALANCE DUE:**      **$113,459.35**

**Wire Instructions:**

Reference: 385402.00007


US Bank NA

209 S. LaSalle Street, Ste. 200

Chicago, Il 60604

Attn: Ann Lostroscio

Phone: 312-325-8914

ABA # 071904779

Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP

Operating Account

Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP

2029 Century Park East

Suite 2600

Los Angeles, CA  90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

May 19, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301205289
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through April 30, 2015 ................................................................. $675.00

**CURRENT INVOICE TOTAL:** $675.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 29 Apr 15 | Siddiqui, Peter A. | Review service issues re committee plan and assist in addressing same (.6); confer with committee counsel re same (.2); review status of balloting and next steps (.2). | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 675.00 | $675.00 |
| | **TOTAL:** | **1.00** | | **$675.00** |

2



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301205289 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 19 May 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**     **$675.00**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 |
| 17 Mar 15 | 1301188663 | 00009 | 1,755.00 | 1,755.00 |
| 24 Apr 15 | 1301199528 | 00009 | 1,297.52 | 1,297.52 |

**TOTAL OUTSTANDING BALANCE :**     **$7,490.52**

**TOTAL BALANCE DUE:**     **$8,165.52**

**Wire Instructions:**
Reference: 385402.00009


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

June 18, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301212470
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re: LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

For legal services rendered through May 31, 2015.................................................................. $3,265.50

**CURRENT INVOICE TOTAL:** $3,265.50

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $102,868.53

**TOTAL BALANCE DUE:** $106,134.03

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 05 May 15 | Siddiqui, Peter A. | Confer with client re Lowe settlement (.3); review status of Guido payment and potential remedial actions to take in connection with same (.5). | 0.80 |
| 06 May 15 | Siddiqui, Peter A. | Conference with committee and client re Guido issues and potential opportunities to collect on outstanding debt; review documents re same (1.0); review and comment on Lowe settlement proposal, including discussion with client (1.0); confer with committee counsel re same (.3) | 2.30 |
| 07 May 15 | Siddiqui, Peter A. | Correspondence with E. Green re Guido demand and re background regarding same (.5); confer with V. Delaglio re same and re potential settlement options (.4); confer with G. Rougeau re Liquidbits settlement (.2). | 1.10 |
| 08 May 15 | Simon, Jessica M. | Review March and April monthly operating reports in preparation for filing. | 0.10 |
| 29 May 15 | Simon, Jessica M. | Review and revise motion to approve compromise with Liquidbits (.2); draft notice of motion to comply with local rules (.4). | 0.60 |
| | | **TOTALS:** | **4.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Simon, Jessica M. | 0.70 | 615.00 | $430.50 |
| 41578 | Siddiqui, Peter A. | 4.20 | 675.00 | $2,835.00 |
| | **TOTAL:** | **4.90** | | **$3,265.50** |



**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301212470 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 18 Jun 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | |

**Current Invoice Charges:**      **$3,265.50**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |
| 24 Apr 15 | 1301199525 | 00004 | 7,217.35 | 7,217.35 |
| 19 May 15 | 1301205287 | 00004 | 28,449.46 | 28,449.46 |

**TOTAL OUTSTANDING BALANCE :**      **$102,868.53**

**TOTAL BALANCE DUE:**      **$106,134.03**

**Wire Instructions:**

Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**

KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**650 Town Center Drive**
**Suite 700**
**Costa Mesa, CA 92626-7122**

June 18, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301212471
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re:** **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through May 31, 2015.............................................................. $123.00

Disbursements and other charges............................................................................. $853.40

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$976.40** |

| | |
|---|---|
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) | $113,459.35 |
| **TOTAL BALANCE DUE:** | **$114,435.75** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 May 15 | Simon, Jessica M. | Receive call from State Bd of Equalization and circulate to P. Siddiqui, P. Kravitz, and V. Delaglio for notice and call-back. | 0.10 |
| 28 May 15 | Simon, Jessica M. | Communications with P. Siddiqui re confirmation of plan, motion to approve compromise with Liquidbits, and service list; assist with preparation of service list. | 0.10 |
| | | **TOTALS:** | **0.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | | Hours | Rate | Amount |
|------|----------------------|---|-------|------|--------|
| 42892 | Simon, Jessica M. | | 0.20 | 615.00 | $123.00 |
| | | **TOTAL:** | **0.20** | | **$123.00** |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 12 May 15 | VENDOR: Mickelsen, Jessica M.; INVOICE#: 042715; DATE: 4/27/2015 - Out of Town Travel to San Francisco for Hearing at United States Bankruptcy Court (SanFrancisco) 4/23-24/15 includes: hotel/parking/meals/BART | 415.80 |
| 14 May 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-APR15-LAX; DATE: 5/14/2015 - Account No. KM3280; Pacer Court Costs for April 2015; Los Angeles | 26.10 |
| 20 May 15 | VENDOR: First Legal Network, LLC; INVOICE#: 243190; DATE: 4/15/2015 - Messenger service from J. Mickelsen to USBC-Los Angeles CA on 4/8/15. Re: HashFast Technologies LLC v Lowe, Stipulation/POS (PDF cc delivered to Judge Montali). | 26.50 |
| 29 May 15 | Photocopies for 05/29/2015 | 231.00 |
| 29 May 15 | Photocopies for 05/29/2015 | 154.00 |
| | **TOTAL:** | **$853.40** |

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Out of Town Travel | $415.80 |
| Local Courier | $26.50 |
| Photocopy Costs | $385.00 |
| Court Costs | $26.10 |
| **TOTAL:** | **$853.40** |

**MATTER TOTAL:**        $976.40

Case: 14-30725   Doc# 518-4   Filed: 01/13/17   Entered: 01/13/17 13:53:48   Page 161 of 169



**Katten**

Katten Muchin Rosenman LLP

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | Craig A. Barbarosh | |
| **Client:** | 385402 - HashFast Technologies LLC | |
| **Matter:** | 00007 - CASE ADMINISTRATION | |

**Invoice No.:** 1301212471
**Invoice Date:** 18 Jun 15

**Current Invoice Charges:** **$976.40**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |
| 24 Apr 15 | 1301199527 | 00007 | 1,574.78 | 1,574.78 |
| 19 May 15 | 1301205288 | 00007 | 311.24 | 311.24 |

**TOTAL OUTSTANDING BALANCE :** **$113,459.35**

**TOTAL BALANCE DUE:** **$114,435.75**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



Katten
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

June 18, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301212472
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through May 31, 2015............................................................... $16,335.00

Disbursements and other charges............................................................................ $1,133.02

**CURRENT INVOICE TOTAL:**        **$17,468.02**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 13 May 15 | Siddiqui, Peter A. | Confer with creditors re plan issues. | 0.20 |
| 14 May 15 | Siddiqui, Peter A. | Review pleadings by US Trustee re plan confirmation (.5); correspondence with various creditors re confirmation issues (.3); creditors committee follow up re same (.2). | 1.00 |
| 19 May 15 | Siddiqui, Peter A. | Confer with trustee re plan matters, including voting, cash collection, Guido matters, and UST pleadings (.8); confer with client re same (.1); review UST pleadings (.3). | 1.20 |
| 21 May 15 | Siddiqui, Peter A. | Plan and prepare for confirmation hearing (.5); confer with committee counsel re same (.3); confer with Liquidbits counsel re settlement issues (.3); review issues re potential litigation assets for confirmation (.2). | 1.30 |
| 22 May 15 | Siddiqui, Peter A. | Review and comment on administrative expense waiver document (.3); review and comment on Guido addendum documentation (.9); correspondence with committee re same (.2); correspondence with G. Rougeau re resolution of Liquidbits claims in furtherance of confirmation (.4); review committee submissions in aid of confirmation (.4); correspondence with Ciara accounts receivable admin re administrative claim issues (.3). | 2.50 |
| 26 May 15 | Siddiqui, Peter A. | Plan and prepare for plan confirmation hearing, including multiple calls with client, committee, and Liquidbits counsel (1.5); review status of Guido payments and comment on documents re same (.5). | 2.00 |
| 27 May 15 | Siddiqui, Peter A. | Travel to and from San Francisco (4.0); plan and prepare for hearing on confirmation (1.9); confer with committee counsel and client re same (1.4); confer with G. Rougeau re Liquidbits resolution and affect of same on confirmation (1.1); draft settlement documents; attend confirmation hearing (1.5). | 9.90 |
| 28 May 15 | Siddiqui, Peter A. | Draft settlement agreement, motion to approve, and ancillary settlement documents (3.7); draft order granting oral motion (.5); conferences with Liquidbits counsel and committee counsel re settlement and confirmation matters (.8). | 5.00 |
| 29 May 15 | Siddiqui, Peter A. | Review and revise settlement agreement per comments received from Liquidbits counsel (.7); finalize motion for filing and service (.4). | 1.10 |
| | | **TOTALS:** | **24.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

2

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41578 | Siddiqui, Peter A. | 24.20 | 675.00 | $16,335.00 |
| | **TOTAL:** | **24.20** | | **$16,335.00** |

3

## DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Description | Amount |
|------|-------------|-------:|
| 14 May 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-APR15-LAX; DATE: 5/14/2015 - Account No. KM3280; Pacer Court Costs for April 2015; Los Angeles | 5.90 |
| 29 May 15 | Peter Siddiqui 5/27/15 Chgo/SanFran/Chgo inv #011-1051428 | 1,127.12 |
| | **TOTAL:** | **$1,133.02** |

## SUMMARY OF DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | |
|---|---:|
| Airfare | $1,127.12 |
| Court Costs | $5.90 |
| **TOTAL:** | **$1,133.02** |

| | |
|---|---:|
| **MATTER TOTAL:** | **$17,468.02** |

4



# Katten

**Katten Muchin Rosenman LLP**

650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301212472 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 18 Jun 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | | |

**Current Invoice Charges:**  $17,468.02

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance | |
|---|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 | |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 | |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 | |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 | |
| 17 Mar 15 | 1301188663 | 00009 | 1,755.00 | 1,755.00 | |
| 24 Apr 15 | 1301199528 | 00009 | 1,297.52 | 1,297.52 | |
| 19 May 15 | 1301205289 | 00009 | 675.00 | 675.00 | |
| | | | **TOTAL OUTSTANDING BALANCE :** | | $8,165.52 |

**TOTAL BALANCE DUE:**  $25,633.54

**Wire Instructions:**
Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com