

# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

July 27, 2015

HashFast Technologies LLC
Attn:  HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301221406
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

| | |
|---|---|
| For legal services rendered through June 30, 2015 | $1,326.00 |
| Disbursements and other charges | $134.50 |
| **CURRENT INVOICE TOTAL:** | **$1,460.50** |
| Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) | $106,134.03 |
| **TOTAL BALANCE DUE:** | **$107,594.53** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02 Jun 15 | Siddiqui, Peter A. | Conference with Liquidbits counsel and committee counsel re potential joinder to settlement motion (.4); review financial documents re same (.2). | 0.60 |
| 03 Jun 15 | Simon, Jessica M. | Review email from Judge's courtroom deputy re change in status conference hearing due to court conflict (.1); seek continuance of status conference hearing from opposing counsel in light of plan confirmation (.1); respond to courtroom deputy accordingly (.1). | 0.30 |
| 16 Jun 15 | Siddiqui, Peter A. | Review status of Lowe litigation and next steps re litigation following confirmation (.7); review issues related to timing of next hearing and correspondence with opposing counsel re same (.3). | 1.00 |
| 16 Jun 15 | Simon, Jessica M. | Review court order continuing status hearing until July and notify opposing counsel of the same. | 0.10 |
| | | **TOTALS:** | **2.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Simon, Jessica M. | 0.40 | 615.00 | $246.00 |
| 41578 | Siddiqui, Peter A. | 1.60 | 675.00 | $1,080.00 |
| | **TOTAL:** | **2.00** | | **$1,326.00** |

2

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 08 Jun 15 | VENDOR: Siddiqui, Peter A.; INVOICE#: 052915; DATE: 5/29/2015 - Expense Reimbursement 5/29/15 - travel to San Francisco for confirmation hearing on 5/27/15- | 104.50 |
| 25 Jun 15 | PAYEE: CourtCall, LLC; REQUEST#: 683301; DATE: 6/25/2015. - Telephonic Court appearance - 6/14/15 - | 30.00 |
| | **TOTAL:** | **$134.50** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Out of Town Travel | $104.50 |
| Service Fees | $30.00 |
| **TOTAL:** | **$134.50** |

| | |
|---|---|
| **MATTER TOTAL:** | **$1,460.50** |



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301221406 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 27 Jul 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | | |

**Current Invoice Charges:** $1,460.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |
| 24 Apr 15 | 1301199525 | 00004 | 7,217.35 | 7,217.35 |
| 19 May 15 | 1301205287 | 00004 | 28,449.46 | 28,449.46 |
| 18 Jun 15 | 1301212470 | 00004 | 3,265.50 | 3,265.50 |

**TOTAL OUTSTANDING BALANCE :** $106,134.03

**TOTAL BALANCE DUE:** $107,594.53

**Wire Instructions:**
Reference: 385402.00004

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**100 Spectrum Center Drive**
**Suite 1050**
**Irvine, CA 92618-4960**

July 27, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301221407
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

Disbursements and other charges.................................................................... $555.48

**CURRENT INVOICE TOTAL:** **$555.48**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ..................................... $114,435.75
**TOTAL BALANCE DUE:** **$114,991.23**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 01 Jun 15 | Postage for USPS 1st Class Mail Distribution Qty (35) envelopes, Date sent: 05/29/15, Entered by: AM | 131.44 |
| 05 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 505475567 DATE: 6/5/2015 From: Jessica Mickelsen To:  AQS 401 Kato Terrace,Fremont CA,94539 US: On: 5/29/2015; Tracking ID: 780737835032 | 19.58 |
| 05 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 505475567 DATE: 6/5/2015 From: Jessica Mickelsen To:  100 Bush Corporation 100 Bush St Ste 218,San Francisco CA,94104 US: On: 5/29/2015; Tracking ID: 780737838844 | 19.58 |
| 05 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 505475567 DATE: 6/5/2015 From: Jessica Mickelsen To: Robert Smith Uniquify, Inc. 2030 Fortune Dr,San Jose CA,95131 US: On: 5/29/2015; Tracking ID: 780737818268 | 15.18 |
| 05 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 505475567 DATE: 6/5/2015 From: Jessica Mickelsen To: San Francisco Court Appointed Special Advocates 2535 Mission St,San Francisco CA,94110 US: On: 5/29/2015; Tracking ID: 780737830681 | 19.58 |
| 05 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 505475567 DATE: 6/5/2015 From: Jessica Mickelsen To: Sandgate Technologies Sandgate Technologies 595 Fellowship Rd,Chester Springs PA,19425 US: On: 5/29/2015; Tracking ID: 780737824701 | 28.00 |
| 08 Jun 15 | VENDOR: First Legal Network, LLC; INVOICE#: 244884; DATE: 4/30/2015  -  Messenger service from J. Mickelsen-Simon to USBC-San Francisco CA on 4/20/15. Messenger Fee $26.50, PDF/Fax Fee $161.65 Re: HashFast Technologies LLC v Lowe, Com, POS, Reply, Suppl Decl, POS (PDF cc delivered to Judge Montali). | 188.15 |
| 08 Jun 15 | VENDOR: Federal Express Corporation INVOICE#: 648744074 DATE: 6/8/2015 From: Jessica Mickelsen-Simon To: Ciara Technologies 9300 Transcanada Highway,Saint Laurent PQ,H4R1K5 CA: On: 5/29/2015; Tracking ID: 802579790639 | 35.77 |
| 23 Jun 15 | VENDOR: First Legal Network, LLC; INVOICE#: 246523; DATE: 5/15/2015  -  Messenger service from J. Mickelsen-Simon to USBC-San Francisco CA on 5/11/15. Messenger Fee $26.50, PDF/Fax Fee $26.50 Re: HashFast Technologies LLC, x4 Monthly Operating Report (PDF cc delivered to Judge Montali). | 53.00 |
| 24 Jun 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-MAY15-LAX; DATE: 6/22/2015  -  Account No. KM3280; Court Costs for May, 2015; Los Angeles | 18.70 |
| 29 Jun 15 | VENDOR: First Legal Network, LLC; INVOICE#: 10000282; DATE: 5/31/2015  -  Messenger service from C. Bautista to USBC-Los Angeles CA on 5/28/15. Harrison v Leffall, Amended Notice of Lodgment (PDF cc delivered to Judge Russell). | 26.50 |
| | **TOTAL:** | **$555.48** |

Case: 14-30725    Doc# 518-5    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 7 of 37

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|---|---:|
| Local Courier | $267.65 |
| Courier | $137.69 |
| Postage | $131.44 |
| Court Costs | $18.70 |
| **TOTAL:** | **$555.48** |



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301221407 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 27 Jul 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:**  $555.48

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |
| 24 Apr 15 | 1301199527 | 00007 | 1,574.78 | 1,574.78 |
| 19 May 15 | 1301205288 | 00007 | 311.24 | 311.24 |
| 18 Jun 15 | 1301212471 | 00007 | 976.40 | 976.40 |

**TOTAL OUTSTANDING BALANCE :**  $114,435.75

**TOTAL BALANCE DUE:**  $114,991.23

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com


**Katten**

Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

100 Spectrum Center Drive
**Suite 1050**
**Irvine, CA 92618-4960**

July 27, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301221408
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through June 30, 2015.................................................................... $2,092.50

**CURRENT INVOICE TOTAL:** $2,092.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 04 Jun 15 | Siddiqui, Peter A. | Review committee response to settlement motion and declaration re same (.5); correspondence with client re same and re plan issues (.6). | 1.10 |
| 11 Jun 15 | Siddiqui, Peter A. | Plan and prepare for DS hearing ( .4); conference with client re same (.4); review and comment on declaration an G. Ochoa documents (.2). | 1.00 |
| 12 Jun 15 | Siddiqui, Peter A. | Attend hearing on Liquidbits settlement and on plan confirmation (.6); draft settlement order (.1); confer with committee and Liquidbits' counsel re order (.1); confer with client re confirmation and next steps (.2). | 1.00 |
| | | **TOTALS:** | **3.10** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 3.10 | 675.00 | $2,092.50 |
| | **TOTAL:** | **3.10** | | **$2,092.50** |

2



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301221408 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 27 Jul 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**   **$2,092.50**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 |
| 17 Mar 15 | 1301188663 | 00009 | 1,755.00 | 1,755.00 |
| 24 Apr 15 | 1301199528 | 00009 | 1,297.52 | 1,297.52 |
| 19 May 15 | 1301205289 | 00009 | 675.00 | 675.00 |
| 18 Jun 15 | 1301212472 | 00009 | 17,468.02 | 17,468.02 |

**TOTAL OUTSTANDING BALANCE :**   **$25,633.54**

**TOTAL BALANCE DUE:**   **$27,726.04**

**Wire Instructions:**

Reference: 385402.00009

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

100 Spectrum Center Drive
**Suite 1050**
**Irvine, CA 92618-4960**

August 21, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301227634
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

Re: **LITIGATION/ADVERSARY PROCEEDINGS** (385402.00004)

Disbursements and other charges......................................................................... $36.90

**CURRENT INVOICE TOTAL:** **$36.90**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ...................................... $107,594.53
**TOTAL BALANCE DUE:** **$107,631.43**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

## DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Description | Amount |
|------|-------------|--------|
| 21 Jul 15 | VENDOR: First Legal Network, LLC; INVOICE#: 10001865; DATE: 6/15/2015 - Messenger service from J. Mickelsen to USBC-San Francisco CA on 6/15/15. Re: HashFast Technologies LLC, POS, Proposed Order (PDF cc delivered to Judge Montali). | 26.50 |
| 21 Jul 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUNE2015-LAX; DATE: 7/20/2015 - Account No. KM3280; Pacer Court Costs for June 2015; Los Angeles | 10.40 |
| | **TOTAL:** | **$36.90** |

## SUMMARY OF DISBURSEMENTS
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | |
|---|---|
| Local Courier | $26.50 |
| Court Costs | $10.40 |
| **TOTAL:** | **$36.90** |



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301227634 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 21 Aug 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | | |

**Current Invoice Charges:** $36.90

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |
| 24 Apr 15 | 1301199525 | 00004 | 7,217.35 | 7,217.35 |
| 19 May 15 | 1301205287 | 00004 | 28,449.46 | 28,449.46 |
| 18 Jun 15 | 1301212470 | 00004 | 3,265.50 | 3,265.50 |
| 27 Jul 15 | 1301221406 | 00004 | 1,460.50 | 1,460.50 |

**TOTAL OUTSTANDING BALANCE :** $107,594.53

**TOTAL BALANCE DUE:** $107,631.43

**Wire Instructions:**
Reference: 385402.00004


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten

### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**100 Spectrum Center Drive**
**Suite 1050**
**Irvine, CA 92618-4960**

August 21, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301227635
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

**Re: CASE ADMINISTRATION** (385402.00007)

For legal services rendered through July 31, 2015 .................................................................      $61.50

Disbursements and other charges..........................................................................      $47.70

**CURRENT INVOICE TOTAL:**      **$109.20**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) .......................................      $114,991.23
**TOTAL BALANCE DUE:**      **$115,100.43**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09 Jul 15 | Simon, Jessica M. | Communications with creditor's committee counsel and P. Siddiqui re liquidating trust agreement and execute accordingly. | 0.10 |
| | | **TOTALS:** | **0.10** |

## SUMMARY OF PROFESSIONAL SERVICES
### Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Simon, Jessica M. | 0.10 | 615.00 | $61.50 |
| | **TOTAL:** | **0.10** | | **$61.50** |

2

## DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|--------|
| 20 Jul 15 | VENDOR: First Legal Network, LLC; INVOICE#: 10001865; DATE: 6/15/2015 - Messenger service from J. Mickelsen-Simon to USBC-San Francisco CA on 6/1/15. Messenger Fee $26.50, PDF/Fax Fee $21.20 Re: HashFast Technologies LLC, Notice, Motion, Memo, POS (PDF cc delivered to Judge Montali). | 47.70 |

**TOTAL:** **$47.70**

## SUMMARY OF DISBURSEMENTS
### Matter 00007: CASE ADMINISTRATION

| | |
|---|---|
| Local Courier | $47.70 |

**TOTAL:** **$47.70**

**MATTER TOTAL:** **$109.20**



# Katten

### Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301227635 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 21 Aug 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | | |

**Current Invoice Charges:**      **$109.20**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |
| 24 Apr 15 | 1301199527 | 00007 | 1,574.78 | 1,574.78 |
| 19 May 15 | 1301205288 | 00007 | 311.24 | 311.24 |
| 18 Jun 15 | 1301212471 | 00007 | 976.40 | 976.40 |
| 27 Jul 15 | 1301221407 | 00007 | 555.48 | 555.48 |

**TOTAL OUTSTANDING BALANCE :**      **$114,991.23**

**TOTAL BALANCE DUE:**      **$115,100.43**

**Wire Instructions:**
Reference: 385402.00007

US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

**100 Spectrum Center Drive**
**Suite 1050**
**Irvine, CA 92618-4960**

August 21, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301227636
Client No. 385402
Matter No. 00009

FEIN: 36-2796532

Re: **PLAN AND DISCLOSURE STATEMENT** (385402.00009)

For legal services rendered through July 31, 2015 .................................................................     $675.00

Disbursements and other charges...................................................................................     $8.60

**CURRENT INVOICE TOTAL:**     **$683.60**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08 Jul 15 | Siddiqui, Peter A. | Review issues re transitioning to plan trustee; conferences with A. McDow and Lowe counsel re same. | 1.00 |
| | | **TOTALS:** | **1.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 1.00 | 675.00 | $675.00 |
| | **TOTAL:** | **1.00** | | **$675.00** |

2

## DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| Date | Description | Amount |
|------|-------------|--------|
| 21 Jul 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-JUNE2015-LAX; DATE: 7/20/2015 - Account No. KM3280; Pacer Court Costs for June 2015; Los Angeles | 8.60 |
| | **TOTAL:** | **$8.60** |

## SUMMARY OF DISBURSEMENTS
Matter 00009: PLAN AND DISCLOSURE STATEMENT

| | |
|---|---|
| Court Costs | $8.60 |
| **TOTAL:** | **$8.60** |

**MATTER TOTAL:**     $683.60

3



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301227636 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 21 Aug 15 |
| **Matter:** | 00009 - PLAN AND DISCLOSURE STATEMENT | | |

**Current Invoice Charges:**     $683.60

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 17 Oct 14 | 1301150854 | 00009 | 2,709.00 | 2,709.00 |
| 18 Nov 14 | 1301159120 | 00009 | 378.00 | 378.00 |
| 20 Jan 15 | 1301176979 | 00009 | 441.00 | 441.00 |
| 18 Feb 15 | 1301182743 | 00009 | 910.00 | 910.00 |
| 17 Mar 15 | 1301188663 | 00009 | 1,755.00 | 1,755.00 |
| 24 Apr 15 | 1301199528 | 00009 | 1,297.52 | 1,297.52 |
| 19 May 15 | 1301205289 | 00009 | 675.00 | 675.00 |
| 18 Jun 15 | 1301212472 | 00009 | 17,468.02 | 17,468.02 |
| 27 Jul 15 | 1301221408 | 00009 | 2,092.50 | 2,092.50 |

**TOTAL OUTSTANDING BALANCE :**     $27,726.04

**TOTAL BALANCE DUE:**     $28,409.64

**Wire Instructions:**

Reference: 385402.00009

US Bank NA

209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

October 14, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301240239
Client No. 385402
Matter No. 00004

FEIN: 36-2796532

**Re:** <u>**LITIGATION/ADVERSARY PROCEEDINGS**</u>  (385402.00004)

For legal services rendered through September 30, 2015 ........................................................ $1,350.00

**CURRENT INVOICE TOTAL:** $1,350.00

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $107,631.43

**TOTAL BALANCE DUE:** $108,981.43

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 14 Sep 15 | Siddiqui, Peter A. | Confer with Trustee counsel re Lowe complaint; provide information and materials for discovery; transition matters to new counsel. | 2.00 |
| | | **TOTALS:** | **2.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00004: LITIGATION/ADVERSARY PROCEEDINGS

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 41578 | Siddiqui, Peter A. | 2.00 | 675.00 | $1,350.00 |
| | **TOTAL:** | **2.00** | | **$1,350.00** |

2



**Katten**

Katten Muchin Rosenman LLP

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | | **Invoice No.:** | 1301240239 |
| **Client:** | 385402 - HashFast Technologies LLC | | **Invoice Date:** | 14 Oct 15 |
| **Matter:** | 00004 - LITIGATION/ADVERSARY PROCEEDINGS | | | |

**Current Invoice Charges:** __$1,350.00__

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136984 | 00004 | 10,828.44 | 10,828.44 |
| 26 Sep 14 | 1301145189 | 00004 | 23,989.62 | 23,989.62 |
| 17 Oct 14 | 1301150849 | 00004 | 11,149.24 | 11,149.24 |
| 18 Nov 14 | 1301159113 | 00004 | 1,800.00 | 1,800.00 |
| 10 Dec 14 | 1301167036 | 00004 | 3,769.00 | 3,769.00 |
| 20 Jan 15 | 1301176975 | 00004 | 2,308.30 | 2,308.30 |
| 18 Feb 15 | 1301182741 | 00004 | 6,261.12 | 6,261.12 |
| 17 Mar 15 | 1301188660 | 00004 | 7,096.00 | 7,096.00 |
| 24 Apr 15 | 1301199525 | 00004 | 7,217.35 | 7,217.35 |
| 19 May 15 | 1301205287 | 00004 | 28,449.46 | 28,449.46 |
| 18 Jun 15 | 1301212470 | 00004 | 3,265.50 | 3,265.50 |
| 27 Jul 15 | 1301221406 | 00004 | 1,460.50 | 1,460.50 |
| 21 Aug 15 | 1301227634 | 00004 | 36.90 | 36.90 |

**TOTAL OUTSTANDING BALANCE :** __$107,631.43__

**TOTAL BALANCE DUE:** __$108,981.43__

**Wire Instructions:**

Reference: 385402.00004


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089


When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012


Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com



**Katten**
KattenMuchinRosenman LLP

Direct Billing Inquiries to:
**Mungarro, Lorena A.**
310-788-4620
lorena.mungarro@kattenlaw.com

100 Spectrum Center Drive
**Suite 1050**
**Irvine, CA 92618-4960**

October 14, 2015

HashFast Technologies LLC
Attn: HashFast Chief Restructuring Officer
c/o Solution Trust
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Invoice No. 1301240240
Client No. 385402
Matter No. 00007

FEIN: 36-2796532

Re: **CASE ADMINISTRATION** (385402.00007)

For legal services rendered through September 30, 2015 .................................................... $184.50

Disbursements and other charges......................................................................... $3.00

**CURRENT INVOICE TOTAL:** **$187.50**

Prior Unpaid Balance For This Matter: (See Remittance Page for Detail) ....................................... $115,100.43
**TOTAL BALANCE DUE:** **$115,287.93**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 Sep 15 | Simon, Jessica M. | Communications with liquidating trustee re document transfer and work on document transfer to trustee. | 0.30 |
| | | **TOTALS:** | **0.30** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00007: CASE ADMINISTRATION

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 42892 | Simon, Jessica M. | 0.30 | 615.00 | $184.50 |
| | **TOTAL:** | **0.30** | | **$184.50** |

2

## DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| Date | Description | Amount |
|------|-------------|-------:|
| 22 Sep 15 | VENDOR: Pacer Service Center; INVOICE#: KM3280-AUG15-LAX; DATE: 9/17/2015  -  Account No. KM3280; Pacer Court Costs for August 2015; Los Angeles | 3.00 |
| | **TOTAL:** | **$3.00** |

## SUMMARY OF DISBURSEMENTS
Matter 00007: CASE ADMINISTRATION

| | |
|------|-------:|
| Court Costs | $3.00 |
| **TOTAL:** | **$3.00** |

| | |
|------|-------:|
| **MATTER TOTAL:** | **$187.50** |



**Katten Muchin Rosenman LLP**

100 Spectrum Center Drive
Suite 1050
Irvine, CA 92618-4960

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | Craig A. Barbarosh | **Invoice No.:** | 1301240240 |
| **Client:** | 385402 - HashFast Technologies LLC | **Invoice Date:** | 14 Oct 15 |
| **Matter:** | 00007 - CASE ADMINISTRATION | | |

**Current Invoice Charges:** _____ **$187.50**

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 21 Aug 14 | 1301136987 | 00007 | 66,948.62 | 66,948.62 |
| 26 Sep 14 | 1301145193 | 00007 | 20,585.16 | 20,585.16 |
| 17 Oct 14 | 1301150852 | 00007 | 9,862.89 | 9,862.89 |
| 18 Nov 14 | 1301159118 | 00007 | 2,153.86 | 2,153.86 |
| 10 Dec 14 | 1301167039 | 00007 | 2,973.94 | 2,973.94 |
| 20 Jan 15 | 1301176977 | 00007 | 4,535.30 | 4,535.30 |
| 18 Feb 15 | 1301182742 | 00007 | 2,157.72 | 2,157.72 |
| 17 Mar 15 | 1301188662 | 00007 | 2,355.84 | 2,355.84 |
| 24 Apr 15 | 1301199527 | 00007 | 1,574.78 | 1,574.78 |
| 19 May 15 | 1301205288 | 00007 | 311.24 | 311.24 |
| 18 Jun 15 | 1301212471 | 00007 | 976.40 | 976.40 |
| 27 Jul 15 | 1301221407 | 00007 | 555.48 | 555.48 |
| 21 Aug 15 | 1301227635 | 00007 | 109.20 | 109.20 |

**TOTAL OUTSTANDING BALANCE :** _____ **$115,100.43**

**TOTAL BALANCE DUE:** _____ **$115,287.93**

**Wire Instructions:**
Reference: 385402.00007


US Bank NA
209 S. LaSalle Street, Ste. 200
Chicago, Il 60604
Attn: Ann Lostroscio
Phone: 312-325-8914
ABA # 071904779
Swift Code: USBKUS44imt


For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account # 199355795089

When wiring a payment please fax a copy of the Remittance to Rebecca Flint at 310-712-8457

**MAILING ADDRESS:**

Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Please direct any billing inquiries to Mungarro, Lorena A. at 310-788-4620 or e-mail lorena.mungarro@kattenlaw.com