

**Katten**
Katten Muchin Rosenman LLP

625 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
www.kattenlaw.com

PETER A. SIDDIQUI
peter.siddiqui@kattenlaw.com
312.902.5455 direct
312.902.1061 fax

January 13, 2017

<u>Via Email</u>
Peter Kravitz and Victor Delaglio
2360 Corporate Circle, Suite 330
Henderson, NV 89074

Re:    In re HashFast Technologies, LLC, Case No. 14-30725

Dear Pete and Vic:

Attached please find our firm's final fee application in the above-captioned case, along with its exhibits and supporting declaration. The Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and trustees provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitor the fees and expenses of the estate's professionals. I invite you to discuss with me any objections, concerns, or questions that you may have with the firms fee request. The Office of the United States Trustee will also accept your comments. The court will consider timely-filed objections by any party in interest at the hearing, which will take place at a time to be announced shortly.

Sincerely,

Peter A. Siddiqui

PAS:kab
Attachment

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    HOUSTON    IRVING    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

Case: 14-30725    Doc# 518-6    Filed: 01/13/17    Entered: 01/13/17 13:53:48    Page 1 of 1

US 124086731v1 385402-00003 1/10/2017 11:21 AM