

**Signed and Filed: January 13, 2017**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | ) Chapter 11 |
| Debtor. | ) |

**ORDER ON CLAIM OF DYLAN HALL**

The court directed the Trustee to respond to the Request for Consideration of Objection to Claim ("Request") (Dkt. No. 508) filed by Dylan Hall. The Trustee complied by filing his Response (Dkt. No. 517).

The Response is well-taken. Mr. Hall's amended proof of claim (Claim No. 146-2) seeks $7,999.25, an amount the Trustee concedes should be allowed as a general unsecured claim. The only dispute is whether $2,775.00 of that claim is entitled to priority under 11 U.S.C. § 507, as asserted by Mr. Hall without any explanation.

Mr. Hall was given adequate notice of the Trustee's questioning of the priority portion of his claim by the Liquidating Trustee's Sixth Omnibus Objection to Claim, etc. ("Objection")

(Dkt. No. 408). His contention in his Request is that the Objection contains incomprehensible legal-ease (sic). That contention is rejected. Mr. Hall was given adequate notice of the nature of the Objection and neither the amended claim nor the Request (filed nearly a year late) even hint as to how the claim would be entitled to any statutory priority. The court cannot determine any basis for priority.

Accordingly, the Objection is SUSTAINED as to the amended claim. That claim is ALLOWED in the full amount of $7,999.25 as a general unsecured claim.

**\* \* \* END OF ORDER \* \* \***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Dylan Hall |
| | 79 Madison Ave., 2nd Floor |
| 4 | New York, NY 10016 |
| 5 | Dylan Hall |
| | Geeks on Wheels |
| 6 | 47 Halstead Ave., Suite LL1 |
| | Harrison, NY 10528-4142 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |