# Notice Recipients

District/Off: 0971–3   User: wbkarnes   Date Created: 1/13/2017
Case: 14–30725   Form ID: pdfeoc   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr   Dylan Hall   79 Madison Ave, 2nd fl   New York, NY 10016

TOTAL: 1