# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: wbkarnes | Date Created: 1/13/2017 |
| Case: 14–30725 | Form ID: pdfeoc | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| cr | Dylan Hall | 79 Madison Ave, 2nd fl | New York, NY 10016 | |
| | Dylan Hall | Geeks on Wheels | 47 Halstead Avenue #LL1 | Harrison, NY 10528–4142 |

TOTAL: 2