Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        amcdow@bakerlaw.com
              mdelaney@bakerlaw.com
              ffarivar@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with |
| Debtor and Debtor in Possession. | Case No. 14-30866 |
| | Chapter 11 |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | Hearing Date: |
| | Date:        February 10, 2017 |
| | Time:        9:30 a.m. |
| Debtor and Debtor in Possession. | Location:    Courtroom 17 |
| | 450 Golden Gate Ave |
| | San Francisco, CA 94102 |
| | Judge:       Hon. Dennis Montali |

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP; DECLARATION OF ASHLEY M. MCDOW IN SUPPORT THEREOF**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# **TABLE OF CONTENTS**

**Page(s)**

I.  INTRODUCTION .......................................................................... 5

    A.  Prior Fee Applications ........................................................ 6

    B.  Request for Allowance of Fees and Reimbursement of Expenses ......................... 7

    C.  Proper Notice ................................................................. 8

II.  FACTUAL BACKGROUND ................................................................... 9

    A.  The Bankruptcy Case .......................................................... 9

    B.  Sale of Assets to Liquidbits, Corp. ......................................... 10

    C.  Company History, Ownership and Operation ..................................... 13

        1.  Intellectual Property ................................................... 13

        2.  Product Roll-out ....................................................... 14

    D.  Significant Events during the Bankruptcy Case................................. 15

        1.  Employment of Professionals ............................................ 15

        2.  Other Significant Matters .............................................. 16

    E.  The Consolidated Plan and Disclosure Statement ............................... 16

    F.  OST's Second Motion to Convert Case to Chapter 7 ............................ 18

    G.  Compromise with LB .......................................................... 18

III.  DETAILED LISTING OF ALL TIME SPENT BY BAKER FOR WHICH COMPENSATION IS SOUGHT AND THE HOURLY RATES OF PROFESSIONALS .......................................................... 19

    A.  Source and Amount of Cash Available to Pay Baker's Allowed Fees and Expenses ...................................................................... 19

    B.  Narrative Regarding Services Rendered in Benefit to the Estate ............... 19

        1.  Administration (B100)/Case Administration (B110)........................ 20

        2.  Asset Analysis and Recovery (B120) .................................... 22

        3.  Asset Disposition (B130) ............................................... 23

        4.  Meeting and Communication with Creditors (B150) ...................... 24

        5.  Fee-Employment Application (B160)/Fee-Employment Objections (B170) ................................................................. 26

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- i -

6.    Avoidance Action Analysis (B180)/Other Contested Matters (B190) ..... 27

7.    Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250) ........................ 28

8.    Claims and Plan (B300)/Claims Administration and Objections (B310) . 29

9.    Plan and Disclosure Statement (B320) ...................................... 30

10.   Bankruptcy Related Advice (B400) .......................................... 32

12.   Settlement/Nonbinding Adr (L160) .......................................... 34

14.   Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) ... 37

15.   Trial and Hearing Attendance (L450)/ Other Trial Preparation and Support (L440)/ Court Mandated Conference (L230) ............................ 39

16.   Other (P280).................................................................... 39

C.    Detailed Listing of Expenses by Category............................................. 39

D.    Baker Faced Novel and Difficult Legal Questions Throughout the Covered Period. ................................................................................. 40

E.    Description of Professional Education and Experience ........................................ 40

IV.   COMPLIANCE WITH GUIDELINES.............................................................. 40

V.    STANDARD OF LAW ............................................................................. 41

VI.   CONCLUSION ..................................................................................... 42

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- ii -

# **TABLE OF AUTHORITIES**

**Page(s)**

CASES

In re Auto Parts Club, Inc.,
    224 B.R. 445 (Bankr. S.D. Cal. 1998) ................................................... 28

In re Baldwin-United Corp.,
    79 B.R. 321 (Bankr.S.D.Ohio 1987) .................................................... 28

Blum v. Stenson,
    465 U.S. 886 (1984) ............................................................................. 28

Burgess v. Klenske (In re Manoa Finance Co., Inc.)
    853 F.2d 687 (9th Cir.1988) ................................................................ 28

City of Riverside v. Rivera,
    477 U.S. 561 (1986) (Rehnquist, J. dissenting) ................................. 28

First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In
    re Powerline Oil Co.),
    71 B.R. 767 (Bankr. 9th Cir. 1986) ............................................ 4, 7, 28

Missouri v. Jenkins by Agyei,
    491 U.S. 274, 109 S. Ct. 2463 (1989) ................................................ 28

In re THC Financial Corp.,
    659 F.2d 951 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982) ........... 27

STATUTES

11 U.S.C. § 101 ......................................................................... 7, 9, 28

11 U.S.C. § 105(a) ......................................................................... 8, 10

11 U.S.C. § 330 ........................................................................... 29, 30

11 U.S.C. § 363 ............................................................................. 8, 10

11 U.S.C. § 365 ..................................................................................... 8

11 U.S.C. § 1107 .................................................................................. 7

11 U.S.C. § 1108 .................................................................................. 7

RULES

Federal Rules of Bankruptcy Procedure 1015(b) .............................. 7

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:26   Page 4 of
469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Federal Rules of Bankruptcy Procedure 2004 ........................................................................ *passim*

Federal Rules of Bankruptcy Procedure 6004 ........................................................................ 8, 10

Federal Rules of Bankruptcy Procedure 6006 ........................................................................ 8, 10

Federal Rules of Bankruptcy Procedure 9014 ........................................................................ 8, 10

Federal Rules of Bankruptcy Procedure 9014-1 ........................................................................ 6

Federal Rules of Bankruptcy Procedure 9019 ........................................................................ 8, 10

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP

610167920.6

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

Baker & Hostetler LLP ("Baker" or the "Firm"), former general bankruptcy counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of HashFast Technologies, LLC and Hashfast LLC (substantively consolidated so collectively, "Hashfast" and/or the "Debtors")[1], hereby submits its Final Application for Approval of Compensation and Reimbursement of Expenses (the "Final Application") for services rendered from June 25, 2014 through and including the day of the hearing for the approval of the Final Application (the "Covered Period"). In support thereof, the Firm respectfully submits as follows:

## I. INTRODUCTION

Since its appointment as the general bankruptcy counsel for the Committee on June 25, 2014, the Firm worked diligently – both independently and with the Debtors – to identify a feasible exit strategy for the Debtors, which would maximize the return to the general unsecured creditors. In furtherance of this goal, the Firm successfully opposed the proposed sale of substantially all of the assets of the Debtors (which likely would have provided absolutely nothing to the general unsecured creditors despite stripping the Debtors of every asset of any value). The Firm also obtained substantive consolidation of the Debtors' bankruptcy cases (in order to prevent valuable intellectual property from being taken away from the creditors of the main case), successfully opposed the repeated efforts of the office of the United States Trustee (the "OST") to convert the Bankruptcy Case and/or to appoint a trustee, ensured the replacement of the Debtors' management with fiduciaries who worked diligently to maximize the value of what was left of the Debtors, conducted extensive discovery of the Debtors' key principals and employees in order to try to identify additional sources of recovery for the Estate, and successfully obtained approval of a consolidated plan of liquidation and disclosure statement.

---

[1] On or about July 31, 2015, the plan of reorganization proposed by the Committee was confirmed, and thus the role of the Committee was terminated.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

Baker & Hostetler LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

By way of background, at the outset of the Bankruptcy Case, the Debtors were controlled by pre-petition management. While investigating the assets of the Estates, the Committee discovered that the Debtors were engaged in questionable activities pre-petition, including accepting orders for products still in development and/or production and authorizing raises to executive level management and other key employees despite an inability to satisfy their obligations as they came due. After the commencement of the Bankruptcy Case, the Debtors' "new" management also attempted to liquidate substantially all of the Debtors' assets on an expedited basis via a sale to Liquidbits, Inc. ("LB") (the "Liquidbits Sale"). As explained further below, presumably due in large part to the Committee's efforts, the Court rejected the Liquidbits Sale proposal. However, immediately thereafter, the Debtors and the Committee worked diligently and collaboratively on bringing about a consensual resolution to the Bankruptcy Case, and formulating and obtaining approval of a plan of liquidation that would maximize distribution to all creditors who hold allowed claims.

The Committee's efforts largely involved assisting in the stabilization of the Debtors' business, addressing issues related to the procedural posture of the Debtors in the Bankruptcy Case, conducting discovery and fact investigation, assisting in the maintenance of effective operations, assisting in the generation of revenue for the benefit of the Estate by and through the sale of inventory and the Estate assets, successfully opposing the repeated efforts of the office of the OST to convert the Bankruptcy Case and/or to appoint a trustee, and formulating and obtaining approval of a plan of liquidation that would maximize distribution to all creditors who hold allowed claims.

As further explained below, this is the Firm's final fee application for compensation of fees and reimbursement of expenses in the Bankruptcy Case. Baker respectfully requests that the Court direct the liquidating trustee to pay Baker all allowed, unpaid fees and expenses incurred during the Covered Period, as such funds become available.

### A. Prior Fee Applications

On or about November 28, 2014, the Firm filed its first interim fee application (the "First Fee Application") [D.E. 237] for the period of June 25, 2014 through and including November

10, 2014 (the "First Interim Period"). On December 31, 2014, the Firm filed its amended first interim fee application ("the "Amended First Fee Application") [D.E. 268]. On or about January 15, 2015, LB filed an objection to the Amended First Interim Application (the "LB Fee Objection") [D.E. 275]. On January 30, 2015, the Court entered an order on the Amended First Fee Application, approving in part, and denying in part, the Amended First Fee Application (the "First Fee Order") [D.E. 292]. As provided in the First Fee Order, the Court deferred approval of the fees in the amount of $267,611.74 (the "Deferred Fees") but approved the expenses in the amount of $47,262.24 (the "Approved First Interim Expenses").

By and through the Application, Baker further requests that the Court approve on a final basis the fees and expenses sought herein and in the Amended First Fee Application, including the Deferred Fees.

**B.    Request for Allowance of Fees and Reimbursement of Expenses**

The Final Application is the second and final application for compensation pursuant to 11 U.S.C. §§ 330 and 331. By and through the Final Application, Baker seeks final approval of $609,771.40 in attorneys' fees[2] for services rendered and reimbursement of $95,981.50 in costs incurred during the Covered Period, for a total of $705,752.90.

The invoices in support of the Final Application (the "Baker Invoices") are attached to the declaration of Ashley M. McDow (the "McDow Decl.") as **Exhibit A** and are incorporated herein by reference. The Baker Invoices detail the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, as well as the total fees for services performed in this Bankruptcy Case by Baker for the period of June 25, 2014 through and including January 6, 2017 (the "Baker Invoice Period"). The Baker Invoices total $600,338.00 in fees and $95,981.50 in expenses, for a total of $696,319.50 (the "Baker Claim"). Attached to the McDow Decl. as **Exhibit "B"** is a copy of the Baker Invoices during the Baker Invoice Period sorted by the date services were performed. Attached to the McDow Decl. as **Exhibit "C"** is a summary sheet for the Baker Invoices, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Baker

---

[2] This figure includes estimated fees and costs up through the hearing on this Application, as detailed below.

Baker & Hostetler LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Invoice Period.

2         Furthermore, Baker has estimated that Baker will incur approximately twenty (20)

3    additional hours of professional services from January 7, 2017 up to and through the entry of the

4    order approving the Final Application (the "Final Application Order"), for a total of

5    approximately $ 9,433.40 ($471.67 x 20).[3]  Also, Baker estimates an additional $2,000.00 in

6    expenses will be incurred during this period, for a total of $11,433.40 (the "Baker Estimated Fees

7    and Costs").  Based on the foregoing, I request approval and payment of the Baker Claim and the

8    Baker Estimated Fees and Costs for a total of $705,752.90 ($609,771.40 in fees and $95,981.50 in

9    expenses).[4]  As discussed hereinafter, the Firm respectfully submits that its fees and expenses

10   incurred are reasonable and necessary, and inured to the benefit of the Estate and its creditors.

11   Accordingly, Baker requests that the Court approve the foregoing fees and expenses in the

12   aggregate amount of **$705,752.90** on a final basis and authorize the liquidating trustee to pay

13   Baker said amount if and when the Estate has the funds available to do so.

14        Baker has not received a retainer in this matter.   Baker has already made downward

15   adjustments totaling $35,606.50 to the Baker Invoices, as Baker believed was appropriate.

16        Baker expended a total of 1,477.00 hours of recorded time for services rendered during

17   the Baker Invoice Period, at a blended rate of approximately $406.46 per hour.  The Firm

18   respectfully submits that its fees incurred in the Bankruptcy Case are reasonable, and accordingly,

19   should be approved.

20   **C.    Proper Notice**

21        The Firm has served or shall timely serve a notice of this Final Application on the Court,

22   all creditors, the OST and all parties in interest in the Bankruptcy Case.  The Firm will also timely

23   provide a copy of the Final Application to the Committee in accordance with the Guidelines for

24   Compensation and Expense Reimbursement of Professionals and Trustees for the United States

25   Bankruptcy Court for the Northern District of California (the "OST Guidelines").

26   _____

     [3] This is the blended rate for the three (3) attorneys who have performed the majority of services in this
27   case.
     [4] To the extent the Court and/or the U.S. Trustee would like to see the invoices for the fees and expenses
28   incurred by Baker following the Baker Invoice Period and prior to entry of the Final Application Order,
     Baker will submit them.

## II.  FACTUAL BACKGROUND

### A.  The Bankruptcy Case

1.      On or about May 9, 2014, Koi Systems Ltd., UBE Enterprises, Timothy Lam, Edward Hammond, and Grant Pederson (collectively, the "Petitioning Creditors") commenced an involuntary bankruptcy under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") against HashFast Technologies, LLC ("HFT").

2.      On June 3, 2014, HFT filed the *Debtors' Conditional Consent to an Order for Relief Regarding Involuntary Petition* and *Debtors' Motion to Convert to Chapter 11*.[5]  On June 4, 2014, the Court entered an order converting the Bankruptcy Case to one under chapter 11 of the Bankruptcy Code.[6]  Thereafter, HFT acted as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      On June 6, 2014, HashFast, LLC ("HF," and collectively with HFT, the "Debtors") filed a voluntary petition under chapter 11 of the Bankruptcy Code.[7]

4.      On or about June 6, 2014, HFT filed the *Debtors' Motion for an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing the Joint Administration of Their Chapter 11 Cases*, seeking to administratively consolidate the HFT Bankruptcy and HF Bankruptcy.  *See* HFT D.E. 48.  On or about July 8, 2014, the Court entered an order in the HFT Bankruptcy consolidating the Bankruptcy Case and naming the HFT Bankruptcy the lead bankruptcy case.  *See* HFT D.E. 121.

5.      On or about June 23, 2014, the Office of the OST appointed the following creditors of HFT to serve on the Committee: Hamilton Hee, Sistemas Operativos Sanitarios Ca, Uniquify, Inc., Antony Vo, Koi Systems Ltd., Digimex Ltd., and Peter Morici.

6.      On June 25, 2014, the members of the Committee selected Baker to act as general bankruptcy counsel for the Committee, subject to Court approval.  On July 3, 2014, the

---

[5] D.E. 35 and 36.
[6] All references herein to the Bankruptcy Code refer to 11 U.S.C. §§ 101 *et seq.*
[7] As further explained below, HFT is the wholly-owned subsidiary of HF.  HFT was engaged in the business of manufacturing and selling special purpose computers and computer chips designed for the processing of Bitcoin transactional information or "Bitcoin mining."  HF owns all intellectual property rights utilized by HFT in the course of its business.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Committee filed its *Application to Employ Baker & Hostetler LLP as Bankruptcy Counsel* (the "Baker Employment Application") [D.E. 114]. On July 24, 2014, the Court entered the order granting the Baker Employment Application (the "Baker Employment Order") [D.E. 153].

7.      On July 8, 2014, this Court granted the Debtors' motion to jointly administer the Debtors' bankruptcy cases.[8]

8.      On July 10, 2014, the Debtors applied to the Court to appoint Monica Hushen, the Debtors' Chief Financial Officer, as the designated individual with primary responsibility for the duties and obligations of the Debtors (D.E. 122).

9.      On July 11, 2014, the Court entered an Order Appointing Monica Hushen as Debtors' Responsible Individual (D.E. 124).

**B.      Sale of Assets to Liquidbits, Corp.**

10.     On July 18, 2014, the Debtors filed the first sale motion entitled *Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Orders (I) Authorizing the Sale of Estate Property, (II) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (III) Authorizing the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Assumption of Certain Liabilities, and (c) Granting Certain Related Relief* (the "First Sale Motion").[9]

11.     By and through the First Sale Motion, the Debtors sought to, among other things, sell most of HFT's inventory, assign to their business partner Liquidbits, Corp. ("LB") certain unspecified irrevocable and transferrable license(s) to LB, and grant LB a 33% interest in any recovery from any future avoidance actions or actions against insiders for damages. In addition, the First Sale Motion provided that LB could return any and all assets to the Debtors if it later determined that it was no longer economical for it to retain them. In other words, if LB and the Debtors' principals (the LB's employees) decide not to mine any more, say, in 18 months, LB could have simply surrendered the assets, which, if such assets really depreciate at a rate of 15%

---

[8] D.E. 121.
[9] D.E. 134.

- 10 -

every 10-15 days, would have been worth less than 0.1% of its then value, discharged its liability and obligation to pay any portion of the "preferred" equity and keep the perpetual licenses for the intellectual property and its 33% interest in avoidance actions.

12. On or about July 24, 2014, the Committee filed the *Opposition of the Official committee of Unsecured Creditors to the Debtors' Motion for Entry of Orders (1) Authorizing the Sale of Estate Property, (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Claims, Encumbrances and Interests, and (3) Authorizing the (a) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (b) Assumption of Certain Liabilities, and (c) Granting Certain Related Relief* (the "First Sale Opposition").[10]

13. On or about July 26, 2014, the Court issued a tentative ruling denying the First Sale Motion.[11] Although the Court treated the initial hearing as a status conference on the First Sale Motion, no further action was taken to seek Court approval of the proposed sale to LB.

14. On or about July 23, 2014, the Committee filed the *Official Committee of Unsecured Creditors' Motion for Substantive Consolidation*, seeking to substantively consolidate the Bankruptcy Case and their estates (collectively, the "Estates")[12] into a single estate (the "Consolidation Motion"). *See* HFT Doc. 148. The Committee also filed an application to have the Consolidation Motion heard on shortened time—specifically, on June 28, 2014, at 2:00 p.m. (the "Consolidation Motion OST Application") *See* HFT Doc. 149.

15. On or about August 8, 2014, the OST filed its motion to appoint a chapter 11 trustee or convert the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code (the "Motion to Convert").[13]

16. On August 27, 2014, the Committee filed an opposition to the Motion to Convert. D.E. 189.

17. On September 10, 2014, the Consolidation Motion and Motion to Convert came

---

[10] D.E. 156.
[11] Although entered on the docket in Case No. 14-30725, the tentative ruling was not assigned a docket entry number.
[12] The HFT Bankruptcy estate may be referred to herein as the "HFT Estate". The HF Bankruptcy estate may be referred to herein as the "HF Estate".
[13] D.E. 168.

- 11 -

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 12 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

before the Court for hearing. After considering the pleadings and the arguments presented, the Court denied the Motion to Convert[14] and granted the Consolidation Motion.[15]

18.     Following the denial of the First Sale Motion, the Committee and the Debtors commenced joint efforts to formulate a globally beneficial exit strategy for the Debtors. Due to the resignation of several top officers and employees within the Debtors and the retention of certain estate assets off-shore by a Korean hardware manufacturer, the Debtors determined that the controlled liquidation of Debtors' assets served the best interests of the bankruptcy estates and creditors.

19.     After negotiation and collaboration with the Committee, on or about October 23, 2014, the Debtors filed the *Debtors' Motion Pursuant to 11 U.S.C. §§105(a) and 363 and Fed. R. Bankr. P. 2002, 6004, 6006, 9014 and 9019 for Entry of Order (1) Authorizing the Jointly Conducted Auction of Estate Property by the Debtors and the Committee, and (2) Authorizing the Sale of Estate Property Free and Clear of Liens, Encumbrances and Interests, with any Disputed Liens, Encumbrances, and Interests to Attach to the Sale Proceeds Pending Further Order of the Court* (the "Second Sale Motion").[16]

20.     On or about October 24, 2014, the Court held a hearing on the Second Sale Motion during which it requested additional information relating to the proposed auction and bidding procedures relating thereto. The Court set the Second Sale Motion for hearing and instructed the Debtors to file a proposed notice for the auction sale that set forth the proposed auction procedure and expressly identified which items of estate property would be subject to the auction.

21.     On or about December 23, 2014, the Court entered an order approving the Second Sale Motion, which, among other things, approved the agreement between the Debtors, the Committee and Simon Barber assigning to Simon Barber the Estate's cause of action against him (the "Second Sale Order").[17]

///

---

[14] D.E. 200.
[15] D.E. 202.
[16] D.E. 216.
[17] D.E. 260.

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 13 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

### C. Company History, Ownership and Operation

22.    The Debtors were engaged in a single enterprise for the design, manufacture and sale of computer chips and systems utilized in Bitcoin mining. HF is the parent company of HFT and owner of 100% of the membership interest in HFT. *See* HFT Doc. 44. In turn, HF is owned by several individuals and entities in varying percentages, including, but not limited to, Eduardo de Castro (26.94%), Simon Barber (26.94%), Chad Spackman (11.97%), the Port Family Trust (11.97%), and the Wells Family Trust (11.97%).[18] *See* HF Doc. 5. In addition to being owners of HF, Eduardo de Castro and Simon Barber are executive or former executives of HFT—former CEO and CTO, respectively.

23.    HF did not engage in any business independent of HFT. HF had no meaningful business operations, no employees,[19] the same officers as HFT,[20] and the same principal place of business as HFT. *See* HF Doc. 1, p. 1; Ex. B, 7:24-8:11. HF existed solely for the purpose of purportedly owning and developing certain intellectual property – identified on HF's schedules as two United States provisional patent applications and various "trade secrets, mask works related to chip design" (collectively, the "Intellectual Property") – solely for the benefit of HFT.

#### 1.    Intellectual Property

24.    The Intellectual Property purportedly held by HF was primarily related to the Golden Nonce chip. In or about June 2013, the Debtors began designing their first generation Golden Nonce ("GN1"), with the assistance of Sandgate and Uniquify, Inc. ("Uniquify"). HF claimed to be the exclusive owner of the intellectual property relating to the GN1 (the "GN1 IP"). HF further claims to license (or have licensed) this intellectual property to HFT, although the Debtors have yet to produce any licensing agreement memorializing this agreement.

25.    Following the development of the GN1, the Debtors worked with DXCorr Design ("DXC") to design and develop subsequent generations of the GN1—generations 1.5 ("GN1.5") and 2.0 ("GN2"). The ownership of the intellectual property related to the GN1.5 (the "GN1.5

---

[18] Based on the testimony provided by HFT's CFO during the continued Meeting of Creditors held on July 15, 2014, it appears that the ownership interests of HF were redistributed, as Monica Hushen now holds a 3% interest and Tim Wong now holds a 1% interest in HF.
[19] *See* Ex. B, 53:20-23.
[20] *See* HF Doc. 17, p. 7; HFT Doc. 92, at p. 10.

- 13 -

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IP") is uncertain. The Debtors contend that they own the GN1.5 IP while simultaneously stating that the Debtors (or HF) received a license to use the GN1.5 IP from DXC. These contentions are mutually exclusive unless the GN1.5 IP involves multiple rights or the GN1.5 is a derivative work and, although DXC owns the GN1.5 IP, the Debtors have blocking rights due to the GN1 IP. The ambiguity is in part due to the fact that the contract between DXC and HF or HFT (another point that is uncertain) appears to have never been executed.

26. The ownership of the GN2 intellectual property (the "GN2 IP") is not plagued by the same ambiguities as the GN1.5 IP. Indeed, as the Debtors' representative testified, the GN2 IP is owned by DXC.

27. Notwithstanding the question of ownership, the Debtors contend that HF or HFT (another uncertainty) holds a valid license or licenses to use the GN1.5 IP and GN2 IP.

2. Product Roll-out

28. In or about July 2013, HFT began advertising a special purpose computer system built around the GN1 for sale and started accepting orders for the "batch one" mining computers in early August 2013. "Batch one" sales were quickly followed by batches two through four. Despite taking orders with short delivery guarantees, the Debtors had yet to fully develop a system capable of mass production; indeed, chips for the systems were not available until in or about November 2013.

29. The delays in production ultimately resulted in unhappy customers. The Debtors have yet to satisfactorily describe what led to the delays and the failures to fulfill customer orders by the guaranteed delivery dates; however, they do contend that the issues causing the delivery difficulties have now been corrected.

30. Notwithstanding the delivery issues, the Debtors earned approximately $18,000,000 in the last five to six months of 2013—in other words, annualized revenues in excess of $36,000,000. The Debtors quickly spent these funds on chip design and six-figure salaries for nearly every employee.

31. Despite substantial investments in developing product and Intellectual Property, the Debtors could not meet delivery deadlines, which led to refund demands in early 2014 and a

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

corresponding "pinch point" or financial distress. The inability to fulfill orders lead to the commencement of a variety of litigation and, ultimately, the HF Bankruptcy.

32. During the course of the Bankruptcy Case, the Committee and HFT entered into consensual agreements to allow for the continued sale of the Debtors' inventory subject to certain safeguards.

## D. Significant Events during the Bankruptcy Case

### 1. Employment of Professionals

33. On or about March 5, 2014, the Committee moved to employ the Firm as its general bankruptcy counsel (the "Baker Application", D.E. 114). The Court granted the Baker Application by order entered on or about July 23, 2014 (the "Baker Employment Order"). See D.E. 153. The Firm's employment is effective as of June 25, 2014 (the "Employment Date").

34. The Debtors and the Committee engaged in substantial negotiations in an effort to devise a mutually acceptable plan for the reorganization or controlled liquidation of the Debtors. As part of these negotiations, the Debtors and the Committee agreed to the appointment of Peter Kravitz ("Kravitz") as the Chief Restructuring Officer for the Debtors. At that time, the Committee was seeking to employ Province, Inc. (of which Kravitz is a principal) as its financial advisor ("Province").

35. On or about July 18, 2014, the Committee filed an application to employ Province as Financial Advisor of the Committee (the "Province Application"). See D.E. 133. On or about July 23, 2014, the Committee filed a supplemental declaration of Peter Kravitz in support of the Province Application. See D.E. 150.

36. On or about August 19, 2014, the Debtors filed an application to employ Kravitz as the Designated Responsible Individual for the Debtors ("CRO"). See D.E. 181. Therefore, on August 20, 2014, the Committee withdrew the Province Application and on the same day the court entered an Order allowing the Debtors designate Kravitz as the CRO. See D.E. 191.

37. Prior to the involvement of the CRO, the Debtors and Committee entered into a series of stipulations authorizing the sale(s) of certain inventory. See D.E. 132. Specifically, the stipulations limited the Debtors to selling 3000 chips and 5000 chips' worth of wafers, and up to

- 15 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

$200,000 per month in non-chip/wafer inventory.

38.     Post appointment of the CRO, the Debtors marketed the Debtors' assets, and thereafter, entered into agreements for the sale of more than $1,200,000 in inventory in an effort to further the Debtors' reorganization. *See* D.E. 191.

39.     On or about November 21, 2016, Province (by and through the Debtors) filed the Application for Order Authorizing and Approving the Continued Employment and Retention of Peter Kravitz and others at Province as Chief Restructuring Officer of the Debtors (the "Continued Province Application"). *See* D.E. 232. On or about December 23, 2014, the Court entered an order denying the Continued Province Application (the "Continued Province Order"). *See* D.E. 261.

### 2.     Other Significant Matters

40.     Since its appointment, the Committee gathered information regarding the Debtors, and conducted the examination of the following individuals to better understand the Debtors' financial condition and operations:

   a.   *Monica Hushen,* the Debtors' Chief Financial Officer;

   b.   *Eduardo De Castro,* the Debtors' co-founder;

   c.   *Simon Barber,* the Debtors' Chief Technology Officer; and

   d.   *Tim Wong,* the Debtors' Chief Marketing Officer.

**E.     The Consolidated Plan and Disclosure Statement**

41.     Following the hearing on the Motion to Convert on September 10, 2014, the Debtors and the Committee worked diligently and collaboratively on bringing about a consensual resolution to the Bankruptcy Case.

42.     On or about October 4, 2014, the exclusivity period provided for in 11 U.S.C. § 1121(d) expired. The Debtors did not timely seek or obtain an extension of this exclusivity period.

43.     On or about February 2, 2015, the Committee filed the *Consolidated Disclosure Statement and Plan* pursuant to the Court's instruction (as applicable, the "Plan" or "Disclosure Statement"). *See* D.E. 293. In short, the Plan called for the creation of a liquidating trust into

- 16 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

which all assets of the consolidated bankruptcy estates would vest on the effective date of the Plan. The trustee for the liquidating trust would thereafter be responsible for administering the assets of the liquidating trust, including, without limitation, certain pending or potential causes of action, and disburse the proceeds to creditors of the consolidated estate.

44. On or about February 3, 2015, the Committee filed the Motion *for Entry of Order Conditionally Approving Consolidated Disclosure Statement and Plan*. *See* D.E. 294.

45. On or about February 25, 2015, the Committee filed the *Amended Consolidated Plan of Liquidation and Disclosure Statement for the Debtors Dated February 25, 2015* [D.E. 315].

46. On or about March 27, 2015, the Committee filed the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated March 27, 2015* (as applicable, the "Second Amended Plan" or the "Second Amended Disclosure Statement") [D.E. 344].

47. On or about April 1, 2015, the Court entered an order tentatively approved the disclosures set forth in the Second Amended Disclosure Statement. *See* D.E. 345.

48. On or about May 23, 2015, the Committee filed a *Memorandum in support of the Confirmation of the Consolidated Plan of Liquidation and Disclosure Statement Dated March 27, 2015* (the "Confirmation Memo"). *See* D.E. 365.

49. Despite the objections by the OST and LB, on or about June 25, 2015, the Court approved the Second Amended Plan and the Liquidating Trust Agreement appended thereto (the "Trust Agreement") (D.E. 387), and on or about June 25, 2015, the Court entered the *Order Approving on a Final Basis and Confirming the Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* (the "Confirmation Order") [D.E. 387], thereby confirming the Second Amended Plan and approving the creation of a liquidating trust (the "Trust").

50. On or about July 31, 2015, the Committee filed the *Notice of Effective Date of Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* [D.E. 390]. The effective date of the Plan was July 31, 2015

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 18 of 469

(the "Effective Date").

51.     As of the Effective Date, the Trust came into existence and Mr. Michael G. Kasolas became the liquidating trustee of the Trust.  Mr. Kasolas continues to serve as trustee for the Trust (the "Liquidating Trustee").

52.     Pursuant to the Second Amended Plan and the Trust Agreement, the Trustee was appointed to carry out the provisions of the Second Amended Plan and liquidate certain assets, including avoidance actions under chapter 5 of the Bankruptcy Code and other litigation (collectively, the "Actions") that constitute property of the Estate.

**F.      OST's Second Motion to Convert Case to Chapter 7**

53.     On or about February 13, 2015, the OST filed the Motion to Convert Case to Chapter 7 or appoint a chapter 11 trustee (the "Second Motion to Convert") [D.E. 306].  In support of this effort, the OST argued that conversion or appointment of a chapter 11 trustee would serve the best interests of the creditors.

54.     On or about February 27, 2015, the Committee filed an opposition to the Second Motion to Convert (the "Opposition to the Second Motion to Convert").  *See* D.E. 332.  On or about May 20, 2015, the Committee filed a supplemental response to the OST's Supplement to the Second Motion to Convert (D.E. 364).

55.     On or about June 15, 2015, the Court entered an order denying the Second Motion to Convert. *See* D.E. 384.

**G.      Compromise with LB**

56.     As described above, the Debtors and LB had a long and, oftentimes, contentious business relationship.

57.     On May 29, 2015, the Debtors filed a *Motion for Approval of Compromise with LB Corporation* (the "LB Compromise Motion") [D.E. 373] pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "LB Compromise Motion") [D.E. 373], seeking approval of the Settlement Agreement (the "LB Settlement Agreement").  By and through the LB Settlement Agreement, the Debtors and LB agreed to resolve any and all claims the Estate had against LB for alleged breach of contract and receipt of voidable transfer(s) in exchange for *LB* waiving any and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 18 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  all claims against the Estate—including, a purported non-priority unsecured claim in the amount

2  of $5,364,725 and a purported administrative priority claim in the amount of $88,726.75.

3    58.    On or about June 3, 2015, the Committee filed a Brief/Memorandum in support of

4  the LB Compromise Motion (D.E. 377).

5    59.    On or about June 15, 2015, the Court entered an order approving the LB

6  Compromise Motion (D.E. 383).

7  **III.   DETAILED LISTING OF ALL TIME SPENT BY BAKER FOR WHICH
         COMPENSATION IS SOUGHT AND THE HOURLY RATES OF
8        PROFESSIONALS**

9    **A.    Source and Amount of Cash Available to Pay Baker's Allowed Fees and
         Expenses**

10     As of January 3, 2017, the Liquidating Trustee had $401,423.53 in cash on hand.  In

11 addition, the Liquidating Trustee believes that the Estate will receive approximately $430,000.00

12 (net of attorney's fees and costs to special counsel) if and when the Court approves the motion for

13 approval of compromise of controversy with certain former directors and officers of the Debtors

14 (the "Directors Compromise Motion") [D.E. 515] that was filed on or about January 6, 2017, and

15 payment is made pursuant thereto.

16   **B.    Narrative Regarding Services Rendered in Benefit to the Estate**

17     As counsel to the Committee, Baker performed literally hundreds of discrete services and

18 tasks.  Descriptions of each of these services and tasks are contained in the Baker Invoices, which

19 are attached as **Exhibit "A"** to the McDow Decl. and incorporated herein by reference.[21]

20     As demonstrated by these records, it would be an extremely time-consuming task to

21 describe in detail all of the services provided to the Committee by Baker during the Covered

22 Period.  What follows, therefore, is a summary of the more significant services rendered by Baker

23 in each of the respective task code categories.

24     Baker categorizes all time entries for fees into a number of categories.  For bankruptcy

25 matters, Baker utilizes several categories, which for the Covered Period include: (1) Case

26 Administration; (2) Asset Analysis and Recover; (3) Asset Disposition; (4) Relief from Stay –

27

28

---

[21] The expense report is included at the end of the invoice.

Adequate Protection Proceedings; (5) Meeting and Communication with Creditors; (6) Fee - Employment Application; (7) Avoidance Action Analysis; (8) Business Operation; (9) Financing – Cash Collections; (10) Claims Administration and Objections; (11) Plan and Disclosure Statement. Baker also utilizes a number of time entry categories for litigation-related services, which for the Covered Period include: (1) Researching Laws; (2) Analysis/Strategy; (3) Experts/Consultants; (4) Pleadings; (5) Written Discovery; (6) Other Discovery; (7) Written Motions and Submissions; and (8) Trial and Hearing Attendance. Inevitably, certain time entries do not fit neatly into any one category, while other time entries cross over into more than one category. Baker therefore does its best to place time entries into categories that accurately reflect the work performed. In no event were any time entries for a single task by one attorney duplicated.

### 1. Administration (B100)/Case Administration (B110)

The work performed under these categories includes, but is not limited to, review of the Debtors' bankruptcy schedules, communications with the Committee and the Debtors regarding the Administration of the Bankruptcy Case, issues in the Bankruptcy Case, and assessment of the Debtors' assets, liabilities, operation, and monthly operating reports. The work performed under these categories also includes:

- Review and analysis of the Debtors' first day pleadings and schedules;
- Communications with the Debtors, the Committee, and the OST regarding the administration of the Estate, including but not limited to the substantive consolidation of the Debtors, 341(a) hearing, the Debtors' bankruptcy schedules, assets, liabilities, monthly operating reports, and first day motions;
- Communications with the Debtors, the Committee, and the OST regarding the Debtors' operation, management, and the Debtors' exit strategy;
- Review and Preparation of the Committee bylaws, Committee website, notices, and related correspondence;
- Communications with the Court and the OST regarding compliance issues;
- Review and analysis of the Debtors' financial condition including its income and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

expense, as well as communications with the Committee regarding the same and the status of the Bankruptcy Case;

- Review and analysis of entered orders and other docket entries in the Bankruptcy Case;

- Analysis of the prospects for resolution of the Bankruptcy Case;

- Communications with the Debtors and the Committee regarding the administration of the Estate, including but not limited to the evaluation of the Bankruptcy Case, the status of the Bankruptcy Case, and efforts to address issues and move the Bankruptcy Case forward;

- Communications regarding the status of the First Motion to Convert and the Second Motion to Convert;

- Communications regarding the status of the Plan, the Disclosure Statement, the First Plan, the First Amended Disclosure Statement, the Second Plan, the Second Amended Disclosure Statement, and the confirmation hearing;

- Prepare and draft status reports and attend status conferences;

- Negotiations and other efforts to resolve various claims of the Estate;

- Review and analysis of the Debtors' Monthly Operating Reports as well as bank statements, income and expense reports, and other financial documents;

- Communications regarding the Debtors' Monthly Operating Reports;

- Communications regarding the Plan, the Disclosure Statement, the First Amended Plan, the Second Amended Plan, and the Motion to Approve Plan;

- Communications regarding the First Conversion Motion and the Second Conversion Motion;

- Communications regarding the Debtors' business operations, resolution of various claims, various litigation, and Bitcoin reconciliation;

- Preparation of various stipulations to continue hearings in the Bankruptcy Case; and

- Communications regarding the valuation of the Debtors' assets and numerous

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 22 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

communications with potential purchasers regarding the sale of the Debtors' assets.

These categories also involve time spent communicating with the Court, the OST, and various other parties regarding general issues of the Bankruptcy Case and reviewing various correspondences received regarding the Bankruptcy Case.

The total time billed to Administration (Code B100) is 6.40 hours for a total of $2,143.00. The total time billed to Case Administration (Code B110) is 50.90 hours for a total of $23,158.50.

2. <u>Asset Analysis and Recovery (B120)</u>

The work performed under this category includes, but is not limited to:

- Analysis of the Debtors' assets;
- Communications regarding the Debtors' assets, including certain patents;
- Communications regarding to D&O policy and potential lawsuit related thereto;
- Review, analysis, and address various issues regarding the potential fraudulent transfer and avoidance actions;
- Analysis of the Debtors' D&O policy in order to identify potential basis upon which to make demand and strategize regarding theories of liability upon which to recover based upon the same;
- Review and analysis of Uniquify documents and identify potential basis for claims, including but not limited to breach of contract, avoidance actions, and indemnity;
- Review, preparation, and analysis of detailed summary of potential causes of action and sources of recovery based upon review of schedules, the SOFA, and documents by and between the Debtors and various third parties;
- Communications regarding draft of complaint and asserting various causes of actions relating to the D&O policy;
- Review and analysis of voluminous documents relating to the D&O policy;
- Analysis of assets to be transferred to the Trust pursuant to the Confirmation Order; and

- 22 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Communications with the Debtors, Province, and the Committee regarding obtaining turnover of the Debtors' assets.

The total time billed to Asset Analysis and Recovery (B120) is 95.30 hours for a total of $ 37,763.00 in fees.

3. Asset Disposition (B130)

The work performed under this category includes, but is not limited to:

- Analysis regarding the potential disposition of the Estate's assets;

- Communications with the Debtors, Province, the Committee, and potential purchasers of the Debtors' assets regarding the sale of the Debtors' assets;

- Communications with potential purchasers, including LB, regarding the sale of the Debtors' assets;

- Review and analysis of several proposals/offers/counteroffers regarding the sale of the Debtors' assets;

- Communications and analysis regarding the list of the Debtors' assets, the valuation of the Debtors' assets, the liens, the potential purchaser (i.e., LB), and potential listing price for the Debtors' assets, including drafting and negotiating of documents related thereto;

- Engage in protracted discussions with the Debtors, the Committee, the OST, and other creditors in an effort to reach a global resolution of all disputes and establish a mechanism for the sale of the Debtors' assets;

- Communications regarding the First Sale Motion, the Second Sale Motion, the Opposition to the First Sale Motion, Motion to Approve Notice of Sale, the auction procedures, and order and other related pleadings thereon;

- Review and analysis of the First Sale Motion, Second Sale Motion, Motion to Approve Notice of Sale, and the auction procedures;

- Analyze and develop strategy regarding the disposition of substantially all of the Debtors' assets, the Debtors Second Sale Motion, potential auction and bidding procedures;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 23 -

- Preparation of the Opposition to the First Sale Motion, Motion to Approve Notice of Sale, the auction procedures, and other pleadings related to the sale of the Debtors' assets;
- Analyze and develop strategy regarding the LB Compromise Motion and prepare Brief/Memorandum in support of the LB Compromise Motion;
- Communications regarding the Sale Order;
- Communications with Guido Ochoa, a creditor of the Estate, regarding the amendment to his pre-petition purchase order and negotiations with him to obtain additional fund for the Estate and the creditors; and
- Communications regarding the purchase and sale of the Debtors' assets as a "going concern."

The total time billed to Asset Disposition (B130) is 121.30 hours for a total of $ 50,318.00 in fees.

### 4. Meeting and Communication with Creditors (B150)

This category includes preparation for and attending meetings with Committee members. Baker spent time in this category preparing for and conducting conference calls with the Committee. Furthermore, during the Covered Period, the Firm responded to various questions from creditors with questions and concerns about the bankruptcy process, the status of their claims, and treatment of their claims in a proposed plan of reorganization. This category also includes communicating with the Committee and the creditors regarding various matters in this Bankruptcy Case including but not limited to:

- Status of the Bankruptcy Case and various pleadings filed in the Bankruptcy Case;
- Status of the potential sale and sale of the Debtors' assets, offers, counteroffers, appraisal, and settlement discussions for the sale of the Debtors' assets;
- Efforts to settle and attempt to resolve various claims and disputes with the Debtors and creditors of the Bankruptcy Case;
- Debtors' operation, management of the Debtors' employees, the appointment of the CRO, the sale of the Debtors' assets, and the Debtors' exit strategy;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 24 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Various aspects of the closing of the sale of the Debtors' assets, including distribution of the proceeds from the sale of the Debtors' assets;

- Preparation of the stipulations to continue various hearings in the Bankruptcy Case;

- Status of the LB Settlement Agreement and the LB Compromise Motion;

- Status of the plan, the disclosure statement, the consolidated plan and disclosure statement, and the amendments thereto;

- Status of various hearings in the Bankruptcy Case;

- Status of the Rule 2004 Examination of the Debtors' principals;

- Status of the Debtors' business operation cash management system, and exit strategy;

- Status of the potential fraudulent transfer and avoidance actions;

- The retention of professionals and forensic accountants in the Bankruptcy Case;

- Status of Bitcoin reconciliation;

- Potential litigation against the Debtors' directors and/or officers pursuant to D&O policy and settlement communications with them;

- Status of the First Motion to Convert and the Second Motion to Convert;

- Status of settlement agreement(s) with the Debtors' officers and/or directors, and their continued services for the Debtors;

- Status of the voting on the Second Amended Plan, ballot tabulation, approval of the Second Amended Plan, and compliance with the terms of the Confirmation Order;

-  The Estate's obligations under the LB Settlement Agreement and its implications under the proposed plan;

- The creation of the Trust, the appointment of the Liquidating Trustee, and the terms of the Trust Agreement;

- Status of negotiations with Guido Ochoa, a creditor of the Estate, regarding the amendment to his pre-petition purchase order for the purchase of the Debtors'

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

certain assets;

- Status of payments to creditors under the Second Amended Plan; and

- Creditors' claims, fees and expenses.

The total time billed to Meeting and Communication with Creditors (Code B150) is 120.90 hours for a total of $54,253.00 in fees.

### 5. Fee-Employment Application (B160)/Fee-Employment Objections (B170)

The work performed under these categories includes, but is not limited to, addressing issues regarding the Baker Application, this Application, the Province Application, and related notices and orders. The work performed under these categories further includes, but is not limited to,

- Reviewing and analyzing the issues regarding the Baker Application, this Application, the Province Application, the Kravitz Application, and the EKMP Application.

- Reviewing and preparing the Kravitz Application, the Baker Application, and the Kravitz Application;

- Analyzing the issues and communications related to the Kravitz Application, including preparing declaration(s), and supplemental declaration(s) in support;

- Analyzing and addressing the Committee's, the OST's, and the Debtors' concerns regarding the Baker Application, the Province Application, and the Kravitz Application;

- Analyzing the issues and communications related to the Interim Application for Compensation and Reimbursement of Expenses of Counsel to the Debtors and Debtor-In-Possession (D.E. 234), amendment thereto (D.E. 262) and declarations thereto (the "Debtors' First Interim Fee Application");

- Preparing the Committee's Reservation of Rights Regarding the Debtors' First Interim Fee Application;

- Communicating regarding the First Fee Application, the Amended First Fee Application, the Final Application and the declarations in support of payment of

- 26 -

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 27 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

administrative claims;

- Analyzing and addressing issues/concerns/objection(s) relating to the First Fee Application, the Amended Fee Application, and the Final Application;

- Reviewing and analyzing invoices in order to ensure time entries contain therein are appropriate and comply with the guidelines of both the Court and the OST;

- Drafting and filing all necessary pleadings, notices, declarations, orders, and statements related to the First Fee Application, the Amended First Fee Application, the Final Application and appearing at the hearings relating(s) to the First Fee Application, the Amended First Fee Application, and this Application;

- Reviewing and analyzing the OST Guidelines to determine the manner by which to appropriately respond to the Court's concerns regarding the First Fee Application;

- Communicating with the Committee, the Debtors, and other professionals regarding various applications filed in the Bankruptcy Case; and

- Addressing issues/concerns/objection(s) relating to the First Fee Application.

The total time billed to Fee-Employment Application (Code B160) is 84.10 hours for a total of $32,914.50 in fees.   The total time billed to Fee-Employment Application (Code B170) is 2.20 hours for a total of $1,112.00.50 in fees.

6.    <u>Avoidance Action Analysis (B180)/Other Contested Matters (B190)</u>

The work performed under these categories includes, but is not limited to:

- Research and analyze issues relating to the Actions;

- Communications regarding the Actions to allow the Committee to prosecute the Actions;

- Review and analysis of the Debtors' schedules and SOFA in order to identify the Actions and parties and entities to whom demand letters should be sent;

- Review and analysis of payments made during the preference period and preparation of demand letters to recover the preference payments;

- Identification of persons and/or entities who received goods within the preference

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 28 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

period for the purposes of preference demand letters;

- Review and analysis of the Debtors' QuickBooks and bookkeeping records in preparation of the preference demand letters;

- Research and review voluminous documentation to prepare various avoidance complaints;

- Communications regarding potential retention of special litigation counsel to pursue claims/ causes of action (including the Actions) on behalf of the Committee and/or the Liquidating Trustee;

- Analysis of value of claims (and breakdown thereof) for LB and Uniquify;

- Communications related to the complaint and the amended complaint against Marc Lowe; and

- Preparation of the complaint and the amended complaint against Marc Lowe.

The total time billed to Avoidance Action Analysis (Code B180) is 73.80 hours for a total of $22,109.50 in fees. The total time billed to Other Contested Matters (Code B190) is 1.80 hours for a total of $867.00 in fees.

7. <u>Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250)</u>

The work performed under these categories includes, but is not limited to:

- Analyzing issues regarding the Debtors' budget and the Debtors' operation;

- Meeting with Debtors' principals regarding potential resolution of issues in the Bankruptcy Case;

- Developing strategy and providing instruction for dealing with proposed critical vendors;

- Communications regarding status of offers/bids to purchase the Debtors' assets and plans to move forward in light of failure to receive any qualifying bids;

- Preparation of the independent contractor consulting agreement with Mr. Simon Barber;

- Communications related to post-confirmation operations and the issues related to

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

the transition of the Debtors' business operating to the Liquidating Trustee;

- Communications related to negotiations with Guido Ochoa, a creditor of the Estate, regarding the amendment to his pre-petition purchase agreement;

- Communications with the Debtors and the Committee regarding the Debtors' business operations, management of the Debtors' employees, the appointment of the CRO, the sale of the Debtors' assets, and exit strategy;

- Communications related to the status of the Estate's tax returns and likely implications of the same on the Effective Date payments; and

- Communications regarding the Debtors' executory contract(s) and unexpired leases.

The total time billed to Assumption – Rejection of Lease and Contracts (Code B185) is 0.60 hours for a total of $240.00 in fees. The total time billed to Operations (Code B200) is 2.00 hours for a total of $670.00 in fees. The total time billed to Business Operations (Code B210) is 24.10 hours for a total of $10,890.50 in fees. The total time billed to Tax Issues (Code B240) is 0.20 hours for a total of $530.00 in fees. The total time billed to Real Estate (Code B250) is 0.80 hours for a total of $412.00 in fees.

  8.  Claims and Plan (B300)/Claims Administration and Objections (B310)

These categories involve time spent analyzing various proofs of claim in the Bankruptcy Case and other issues relating to the proofs of claims, primarily in connection with the Committee's preparation of the Plan. The Firm also spent numerous hours communicating with the Debtors, as well as various other creditors, regarding treatment of various claims, and participated in further discussions with the Debtors and the Committee regarding options, rights and defenses thereto. The work performed under this category includes, but is not limited to:

- Analyzing and addressing critical vendor issues;

- Analysis of the claims asserted against the Estate;

- Review and analysis of claims and preparation of summary detail for the claims filed;

- Efforts to settle and attempt to resolve various claims and disputes with the

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 30 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Debtors and creditors of the Bankruptcy Case;

- Efforts to settle and attempt to resolve various claims and disputes with the critical vendors and other creditors of the Bankruptcy Case;

- Analysis and review of the Application for Administrative Expenses Filed by Creditor Liquidbits Corp. (D.E. 315); and

- Analysis and review of the Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. Section (D.E. 326);

- Analyzing and addressing tax claims against the Estate;

- Review and analysis of priority claim issues pursuant to 11 U.S.C. 507(a)(7);

- Communications with creditors regarding payment of their claim(s) and/or their willingness to accept alternative treatment under the Plan; and

- Review and analysis of potential tax claims against the Estate and their likely implications on the Plan.

The total time billed to Claims and Plan (Code B300) is 3.60 hours for a total of $1,727.00. The total time billed to Claims Administration and Objections (Code B310) is 34.10 hours for a total of $9,124.00.

### 9. Plan and Disclosure Statement (B320)

This category includes time spent communicating with the Debtors and formulating and assisting the Debtors with drafting a consensual disclosure statement and the plan. In an effort to propose a consensual disclosure statement and a plan, the Firm devoted considerable time obtaining and incorporating material concessions and compromises from the Debtors, OST, the Committee, and other creditors. This category also involves time spent for:

- Analyzing various issues relating to the potential sale of the Debtors' assets;

- Analyzing confirmation issues and requirements;

- Discussing the terms of the disclosure statement and the plan (and amendments thereto) with the Committee, the Debtors, the OST, as well as a number of the other creditors in the Bankruptcy Case;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 30 -

- Researching and analyzing issues regarding the Debtors' exit and reorganization strategies, including but not limited to the effect of the sale of the Debtors' assets, cram down, claim bifurcation, and lien stripping options;

- Analyzing various issues and strategizing the preparation of the Disclosure Statement and Plan (and amendments thereon), including but not limited to feasibility, liquidation, liabilities of the Estate, secured claims against the Estate, the sale of the Debtors' assets, and the status of the sale efforts;

- Drafting the Disclosure Statement and the Plan and the exhibits in support thereof;

- Drafting the First Amended Disclosure Statement and the First Amended Plan and the exhibits in support thereof;

- Drafting the Second Amended Disclosure Statement and the Second Amended Plan and all necessary pleadings, notices, declarations, orders, and statements related thereto;

- Drafting the Motion to Approve Plan;

- Analyzing confirmation issues and potential competing plan(s), and drafting the Confirmation Brief;

- Review and analysis of the Debtors' cash flow projections to be provided in support of the Disclosure Statement and the Plan and the amendments thereto;

- Communications with the Estate's professionals, the Committee and Debtors' counsel regarding various issues, including cash flow projections, administrative claims, and other liabilities, and their impact on the Disclosure Statement and the Plan (and amendments thereto);

- Communications regarding the structure and content of the Plan and the Disclosure Statement (and amendments thereto);

- Communications related to modifications to be made to the Plan and the Disclosure Statement (and amendments thereto);

- Review and analysis of administrative claims and their potential impact on the Plan and the Disclosure Statement (and amendments thereto);

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- Communications related to issues surrounding ballots to accept/reject plan and solicitation of votes;

- Communications related to appropriate manner in which to handle service issues relating to the Plan, and Disclosure Statement (and amendments thereto), and the solicitation package;

- Review and analysis of compilation of ballots to determine whether various classes and creditors have accepted or rejected the Second Amended Plan;

- Communications with Kravitz and Province regarding potential disgorgement of fees in order to fund the Second Amended Plan;

- Communications regarding manner in which to proceed in light of various confirmation deadlines;

- Review and analysis of issues relating to various sources of funding for the Effective Date and other Effective Date issues; and

- Preparation of stipulation(s) and pleadings to continue hearings and deadlines related to the Plan and the Disclosure Statement.

The total time billed to Plan and Disclosure Statement (Code B320) is 317.60 hours for a total of $131,690.50.

### 10. Bankruptcy Related Advice (B400)

Time in this category included communications with the Committee and the Debtors regarding the Debtors' operations, the bankruptcy proceedings, the Debtors' exit strategy, and the Debtors' options for the sale of assets.

The total time billed to Bankruptcy Related Advice (Code B400) is 5.50 hours for a total of $2,637.50.

### 11. Fact Gathering (C100)/Researching Laws (C200)/Fact Investigation/Development (L110)/ Analysis / Strategy (L120)/ Expert/Consultants (L130)

The work performed under these categories includes, but is not limited to:

- Review and analysis of the Debtors' schedules, assets, pleadings, and corporate records and advising the Committee on the manner in which to proceed in the

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 33 of 469

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Bankruptcy Case;

- Communicating with the Debtors regarding the Debtors' cash management system;

- Analysis of issues regarding the Rule 2004 Examination(s) of the Debtors' principals;

- Evaluation of the Debtors' First Sale Motion and advising the Committee of the same;

- Analysis of issues regarding the Consolidation Motion and advising the Committee regarding the same;

- Research and develop strategy regarding the Consolidation Motion, the sale of substantially all of the Debtors' assets, the Motion to Convert, the Debtors' exit strategy, including preparing a joint disclosure statement and plan with the Debtors;

- Research and develop strategy to bring the Actions and assert claim(s) against potential defendants;

- Research applicable legal standard for potential D&O claims under California law and the basis for the Committee's claims against the Debtors' directors and officers;

- Research and develop strategy regarding issues related to the Plan, the Disclosure Statement (and the amendments thereto), the confirmation, solicitation, basis to strike untimely ballots, and voting by proxy;

- Research issues related to treatment of LB's request for administrative expense and its treatment under the Plan and the Disclosure Statement (and the amendments thereto);

- Analyze and develop strategy regarding the disposition of substantially all of the Debtors' assets, the Debtors Second Sale Motion, and potential auction and bidding procedures;

- Review and analyze various issues regarding the potential fraudulent transfer and

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

avoidance actions;

- Communications with Province regarding employment of Province and/or Kravitz as financial advisors for the Debtors' operations;

- Review and analyze issues regarding the deposition transcript of Simon Barber;

- Research and develop strategy to bring the Actions and assert claim(s) against potential defendants;

- Communications related to the D&O policy, demand letter relating to the D&O policy, the related complaint, the status of the avoidance actions, and the demand letters for preference payments;

- Research and develop strategy to respond to the First Motion to Convert and the Second Motion to Convert;

- Research and develop strategy to respond to objections and oppositions to the Plan and the Disclosure Statement (and the amendments thereto);

- Communications relating to the appointment of special litigation counsel for the Actions and the Trust; and

- Communications with the Debtors, OSTs, and other professionals related to the analysis and strategies in the Bankruptcy Case.

The total time billed to Fact Gathering (C100) is 1.40 hours for a total of $322.00 in fees. The total time billed to Researching Laws (Code C200) is 17.30 hours for a total of $5,930.50. The total time billed to Fact Investigation/Development (Code L110) is 0.60 hours for a total of $210.00. The total time billed to Analysis/Strategy (Code L120) is 52.50 hours for a total of $22,643.50. The total time billed to Experts/ Consultants (Code L130) is 8.10 hours for a total of $3,693.00.

### 12. Settlement/Nonbinding Adr (L160)

This category includes preparation for and attending meetings with the Debtors and the Committee for the potential sale of, and settlement discussions regarding, the Debtors' assets. This category also includes the Firm's efforts to resolve various claims and disputes with the Debtors and creditors of the Bankruptcy Case. More precisely, the services in this category

- 34 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

include, but are not limited to, the following:

- Analysis of the claims asserted against the Estate for settlement purposes;
- Reviewing, analyzing, and addressing various issues regarding resolution of the adversary proceedings;
- Analysis of issues and preparing for settlement negotiations with Simon Barber, Marc Lowe, and Guido Ochoa, including analyzing the structure and content of offers made by Simon Barber and Marc Lowe;
- Analysis of issues related to the Second Sale Motion, and addressing issues relating to the same;
- Efforts to settle and attempts to resolve various claims and disputes with Simon Barber, Marc Lowe, and Guido Ochoa and other creditors of the Bankruptcy Case;
- Communications related to the settlement agreement with Simon Barber and settlement payment(s) from Simon Barber;
- Communications related to the settlement agreement with Marc Lowe and Guido Ochoa;
- Preparing all the necessary documents and pleadings for settlement with LB and Hypertechnologies Ciara, Inc. ("Ciara");
- Investigating and analyzing the various issues surrounding settlements with Ciara and LB;
- Various communications regarding settlements with Ciara and LB;
- Researching and developing strategies regarding settlements with LB, Simon Barber, and Marc Lowe;
- Negotiating the LB Compromise Motion (and supplement(s), declaration(s), notice(s), and order thereon);
- Engaging in protracted settlement discussions with LB, and other professionals in an effort to reach resolutions of all disputes; and
- Preparing various pleadings, status reports, and stipulations to continue certain

- 35 -

dates and deadlines in the Bankruptcy Case in light of the ongoing settlement discussions.

The total time billed to Settlement/Nonbinding Adr (L160) is 47.50 hours for a total of $23,266.00.

13. <u>Written Discovery (L310)/ Document Production (L320)/ Deposition (L330)/ Discovery Motions (L350)/ Other Discovery (L390)/Fact Witness (L410)</u>

The work performed under these categories includes strategizing and preparing discovery pleadings, including preparation of Rule 2004 Motions, Stipulations, discovery requests ("Discovery Requests"), notices, orders, and miscellaneous related filings in the Bankruptcy Case. More specifically, after review of the Debtors' schedules, operations, and affairs, the Committee conducted the examination of *Monica Hushen,* the Debtors' Chief Financial Officer, *Eduardo De Castro,* the Debtors' co-founder, *Simon Barber,* the Debtors' Chief Technology Officer, and *Tim Wong,* the Debtors' Chief Marketing Officer (collectively, the "Deposed Parties").

The work performed under these categories further includes, but is not limited to,

- Communicating with the Committee, the Debtors, the principal of the Debtors, various creditors, and professionals to develop strategies for the discovery;

- Preparing the Rule 2004 Motions, stipulations, and orders thereon, and communicating with the Deposed Parties regarding the foregoing;

- Analyzing dates and deadlines and preparing subpoena(s) for the examinations of the Deposed Parties;

- Reviewing, preparing, and analyzing documents obtained from the Deposed Parties and documents necessary for the deposition(s) of the Deposed Parties;

- Deposing the Deposed Parties and analyzing their deposition transcripts; a

- Communications related to the examinations of the Deposed Parties;

- Reviewing, summarizing and analyzing the deposition transcripts of the Deposed Parties;

- Drafting various stipulations regarding discovery and outstanding discovery

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

disputes, including the stipulations continuing dates and deadline(s) to produce the discovery responses;

- Addressing outstanding discovery disputes, including issues related to the document requests propounded on the Deposed Parties;

- Reviewing and analyzing responses to the discovery requests on the Deposed Parties; and

- Communications regarding the scope of the examinations of the Deposed Parties.

The total time billed to Written Discovery (L310) is 3.0 hours for a total of $1,215.00. The total time billed to Document Production (L320) is 20.20 hours for a total of $10,112.00. The total time billed to Deposition (Code L330) is 42.00 hours for a total of $9,863.00 in fees. The total time billed to Discovery Motions (Code L350) is 5.90 hours for a total of $1,960.00 in fees. The total time billed to Other Discovery (Code L390) is 79.20 hours for a total of $32,666.00 in fees. The total time billed to Fact Witness (Code L410) is 1.60 hours for a total of $824.00 in fees.

14. <u>Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250)</u>

The work performed under these categories includes, but is not limited to preparing, drafting, reviewing, and/or analyzing miscellaneous pleadings filed in the Bankruptcy Case. The work performed under these categories further includes, but is not limited to:

- Reviewing and preparing status report(s) in the Bankruptcy Case;

- Analyzing issues and preparing the Consolidation Motion and the related pleadings;

- Analyzing issues and preparing various adversary complaints (including the Actions and the D&O complaint), and identifying various causes of actions to be included in the adversary complaints;

- Analyzing issues to determine whether potential actions should be pursued against Uniquify;

- Analyzing Monthly Operating Reports to identify key portions thereof which are

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

relevant to confirmation of the Plan (and any amendment(s) thereto);

- Analyzing issues and preparing various 2004 Motions/Stipulations and orders thereon and communications with the Debtors and the Committee relating to the foregoing;

- Communicating with the Debtors and the Committee and internal conferences regarding the Consolidation Motion, the 2004 Motions, the Motion to Convert, First Sale Motion, First Sale Opposition, Second Sale Motion and the related pleadings, potential over bidder, bidding and auction procedures;

- Analyzing issues and preparing the 2004 Motions, Consolidation Motion, and the Second Sale Motion;

- Analyzing issues and preparing the Opposition to the Second Motion to Convert;

- Preparing stipulation(s) and order(s) thereon to continue the hearing on the First Motion to Convert and the Second Motion to Convert;

- Analyzing issues and preparing the Motion to Approve the Plan and the Confirmation Brief;

- Analyzing issues and preparing the Committee's Brief/Memorandum in support of the LB Compromise Motion;

- Preparing the Committee's Opposition to First Sale Motion and Opposition to the Motion to Convert;

- Analyzing issues and drafting Opposition to Debtors' Motion to Retain Cash Management System;

- Evaluating and responding to various pleadings filed by the Debtors and the OST in the Bankruptcy Case.

The total time billed to Pleadings (L210) is 106.60 hours for a total of $41,119.50. The total time billed to Dispositive Motions (L240) is 2.10 hours for a total of $999.00. The total time billed to Written Motions and Submissions (Code L430) is 42.50 hours for a total of $15,834.50 in fees. The total time billed to Other Written Motions and Submissions (Code L250) is 28.60 hours for a total of $11,071.50 in fees.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

15.     Trial and Hearing Attendance (L450)/ Other Trial Preparation and Support (L440)/ Court Mandated Conference (L230)

The work performed under these categories includes, but is not limited to, preparation for, travel to and attendance at hearings and status conferences in the Bankruptcy Case.

The total time billed to Trial and Hearing Attendance (Code L450) is 62.70 hours for a total of $32,329.50.  The total time billed to Court Mandated Conference (L230) is 1.30 hours for a total of $669.50.  The total time billed to Other Trial Preparation and Support (L440) is 1.60 hours for a total of $848.00.

16.     Other (P280)

The work performed under this category includes, but is not limited to, other matters related to the administration of the Bankruptcy Case, issues in the Bankruptcy Case, and assessment of the Estate's claims against third parties that were not listed in the categories above.

The total time billed to Other (Code P90) is 6.50 hours for a total of $2,316.00.

## C.     Detailed Listing of Expenses by Category

A true and correct copy of a listing of all expenses incurred by Baker during the Baker Invoice Period is attached to the McDow Decl. as **Exhibit "A,"** and incorporated herein by this reference.[22]  These include expenses Baker incurred for photocopying, online research, delivery services and mailing, travel, court fees, trial transcripts, and services of other professionals such as county recorder clerks.

Baker generally handles regular and routine photocopying in-house for which Baker charges clients $0.10 per page.  While Baker believes that this is less than its actual expenses incurred with regard to the supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge required by the OST.  Whenever feasible, Baker sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, Baker charges clients the same amount that it pays the outside service.

All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and/or Westlaw) for which Baker requests

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

---

[22] The expense report is included at the end of each invoice.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

reimbursement are the actual expenses or less than the actual expenses incurred by Baker for such services to comply with the standards set forth by the OST. All expenses that Bake advanced on behalf of the Committee were necessarily incurred and are properly charged as administrative expenses of the Estate. Baker does not seek any additional amounts or profits with respect thereto.

**D.    Baker Faced Novel and Difficult Legal Questions Throughout the Covered Period.**

Due to the complex nature of the Debtors' case, it has been necessary for Baker to evaluate and respond to unique and complex factual and legal issues and skillfully respond in a prompt fashion. There can be no question that Baker faced novel and difficult legal issues in the Bankruptcy Case and demonstrated significant sill in advising the Committee.

**E.    Description of Professional Education and Experience**

Baker is comprised, in part, of attorneys who specialize and practice in (among other areas) bankruptcy law, corporate and securities law, tax law, and business litigation, and is well qualified to represent the Committee as a general bankruptcy counsel. A list of all the attorneys and paraprofessionals that rendered service in the Bankruptcy Case, along with the attorney's billing rate and the amount of time spent by the attorney during the Covered Period, is detailed in the attached invoice. Attached hereto as **Exhibit "C"** is a summary sheet for the invoice, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Baker Invoice Period.

**IV.    COMPLIANCE WITH GUIDELINES**

The Firm has prepared the Final Application in compliance with all applicable guidelines. The compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California (the "Court Guidelines") and the OST Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 ("OST Guidelines"), except to the extent set forth in the Final Application. The Firm will also timely provide a copy of the Final Application to the Committee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 40 -

in accordance with Court Guideline No. 7, "Client Review of Billing Statement."

The Firm has not entered into any agreement, written or oral, express or implied, with any other party-in-interest or any attorney for any party-in-interest in the cases for the purpose of fixing the amount of any fee or compensation to be paid.

## V.  STANDARD OF LAW

The legislative history to § 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D.Ohio 1987). To this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy cases should be comparable to what is charged in non-bankruptcy matters. Id. at 346.

Under this approach – known as the lodestar approach - the Court is to determine the number of hours reasonably expended in an attorney's representation of in a case and multiply such number by a reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S. Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)); see In re Auto Parts Club, Inc., 224 B.R. 445, 449 (Bankr. S.D. Cal. 1998). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

Professional services rendered by the Firm have been itemized by professional, noting each professional's rate, number of hours and total compensation requested. Each duty and task performed by the Firm has been performed by the attorney most qualified to render such services at his or her hourly rate in the most efficient manner as required by the circumstances of these cases.

Baker respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this Bankruptcy Case. Baker's hourly rates have been approved in numerous other cases similar to the case at bar. The Committee selected Baker as its bankruptcy counsel because of the Committee's confidence in Baker's ability to successfully deal with the issues arising in this Bankruptcy Case. Baker respectfully submits that based upon the factors considered pursuant to Bankruptcy Code section 330, the quality of the services provided and the results that have been achieved to date more than justify the allowance of the amounts requested. Baker's fees and expenses are reasonable, and the services of Baker have resulted in significant benefit to the Committee.

## VI. CONCLUSION

**WHEREFORE**, Baker respectfully requests that this Court enter an order:

(1) Granting the Final Application in its entirety;

(2) Finding that the notice of the Final Application was proper;

(3) Approving the fees sought in the Amended First Fee Application on a final basis;

(4) Approving and authorizing the payment of the Deferred Fees;

(5) Approving, on a final basis, fees in the amount of **$609,771.40** and expenses in the

- 42 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

amount of **$95,981.50**, which totals **$705,752.90** for the Covered Period;

(6) Authorizing payment to Baker of the total amount of **$705,752.90** upon entry of the order approving the Final Application, as such funds become available; and

(7) Granting such further and additional relief as the Court deems just and proper.

Dated:     January 13, 2017                    Respectfully submitted,

                                                **BAKER & HOSTETLER LLP**

                                                By:     */s/ Ashley M. McDow*
                                                          Ashley M. McDow
                                                          Michael T. Delaney
                                                          Fahim Farivar

                                                Attorneys for OFFICIAL COMMITTEE
                                                OF UNSECURED CREDITORS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 43 -

## DECLARATION OF ASHLEY M. MCDOW

I, Ashley M. McDow, do hereby declare as follows:

1. I make this declaration in support of the Final Application of Baker & Hostetler LLP for Approval of Compensation for the Period of June 25, 2014 through and including the day of the hearing for the approval of the Final Application (the "Covered Period") (the "Final Application"). I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am a partner at the law firm of Baker & Hostetler LLP ("Baker"), which formerly served as general bankruptcy counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of HashFast Technologies, LLC and Hashfast LLC (substantively consolidated so collectively, "Hashfast" and/or the "Debtors")

3. I was the attorney primarily responsible for the representation of the Committee in the Bankruptcy Case, and am licensed to practice law in all relevant courts in the states of California and Washington.

4. I have personally read and reviewed the information contained in the Final Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

5. Baker has not been paid or promised any compensation from any other source for services rendered in connection with the Bankruptcy Case.

6. Baker has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with the Bankruptcy Case.

7. The Firm has not entered into any agreement, written or oral, express or implied, with any other party-in-interest or any attorney for any party-in-interest in the cases for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the Estate.

8. No division prohibited by the Bankruptcy Code will be made by Baker.

9. To the best of my knowledge, information and belief, the compensation and

- 44 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

1   expense reimbursement sought herein is in conformity with the Guidelines for Compensation and

2   Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court

3   for the Northern District of California (the "Court Guidelines"), except to the extent set forth in

4   the Final Application.

5          10.      Baker will timely serve a copy of the Final Application on the Committee in

6   accordance with the Court Guideline, No. 7, "Client Review of Billing Statement."

7          11.      I am also familiar with the OST Guidelines for Reviewing Applications for

8   Compensation and Reimbursement of Expense Filed under 11 U.S.C. § 330 (the "OST

9   Guidelines"). I believe that the Final Application fully complies with the OST Guidelines.

10         12.      The compensation and expenses sought herein were billed at rates no less

11  favorable than those customarily billed by Baker to non-bankruptcy clients of Baker and

12  generally accepted by such clients.

13         13.      I also believe that Baker's rates reflect the market rates that law firms of similar

14  size and status charge clients for such services.

15         14.      The amounts requested in the Final Application are based upon and supported by

16  the business records the Firm keeps in the ordinary course of business.

17         15.      As the supervising attorney in this Bankruptcy Case, I carefully reviewed each of

18  the monthly bills and carefully evaluated each and every billing entry. I made a downward

19  adjustments of $35,606.50 within the Covered Period, as I believed was appropriate in the

20  exercise of my billing judgment.

21         16.      By and through the Final Application, Baker seeks payment of $609,771.40 in

22  attorneys' fees for services rendered and reimbursement of $95,981.50 in costs incurred, during

23  the Covered Period, for a total of $705,752.90.

24         17.      The invoices which were filed in support of the Final Application (the "Baker

25  Invoices") are attached hereto as **Exhibit A** and are incorporated herein and into the Final

26  Application by this reference.  The Baker Invoices detail the time expended by, and the billing

27  rates of, the particular professionals and paraprofessionals performing services, as well as the

28  total fees for services performed in this Bankruptcy Case by Baker for the period of June 25, 2014

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP
610167920.6

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

through and including January 6, 2017 (the "Baker Invoice Period"). The Baker Invoices a total $600,338.00 in fees and $95,981.50 in expenses, for a total of $646,601.57 (the "Baker Claim").

18.     Attached hereto as **Exhibit "B"** is a copy of the Baker Invoices during the Baker Invoice Period sorted by the date services were performed.

19.     Furthermore, Baker has estimated that Baker will incur approximately twenty (20) additional hours of professional services from January 7, 2017 up to and through the entry of the order approving the Final Application (the "Final Application Order"), for a total of approximately $ 9,433.40 ($471.67 x 20).[23] Also, Baker estimates an additional $2,000.00 in expenses will be incurred during this period, for a total of $11,433.40 (the "Baker Estimated Fees and Costs"). Based on the foregoing, I request approval and payment of the Baker Claim and the Baker Estimated Fees and Costs for a total of $705,752.90 ($609,771.40 in fees and $95,981.50 in expenses).[24] As discussed hereinafter, the Firm respectfully submits that its fees and expenses incurred are reasonable and necessary, and inured to the benefit of the Estate and its creditors. Accordingly, Baker respectfully requests that the Court approve the foregoing fees and expenses in the aggregate amount of **$705,752.90** on a final basis and authorize the liquidating trustee to pay Baker said amount if and when the Estate has the funds available to do so.

20.     Baker has not received a retainer on this matter.

21.     Baker expended a total of 1,477.00 hours of recorded time for services rendered during the Baker Invoice Period, at a blended rate of approximately $406.46 per hour.

22.     Baker generally handles regular and routine photocopying in-house for which Baker charges clients $0.10 per page. While Baker believes that this is less than its actual expenses incurred with regard to the supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge required by the OST. Whenever feasible, Baker sends large copying projects to outside copy services that charge bulk rates for photocopying. In such instances, Baker charges clients the same amount that it pays the outside

---

[23] This is the blended rate for three (3) attorneys who have performed the majority of services in this case.
[24] To the extent the Court and/or the U.S. Trustee would like to see the invoices for the fees and expenses incurred by Baker following the Baker Invoice Period and prior to entry of the Final Application Order, Baker will make those available.

- 46 -

service.

23.     All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and/or Westlaw) for which Baker requests reimbursement are the actual expenses or less than the actual expenses incurred by Baker for such services, and Baker does not seek any additional amounts or profits with respect thereto.

24.     All expenses that Baker advanced on behalf of the Committee were necessary and are properly charged as administrative expenses of the estate.

25.     Baker is comprised, in part, of attorneys who specialize and practice in (among other areas) bankruptcy law, corporate and securities law, tax law, and business litigation, and is well qualified to represent the Committee as bankruptcy counsel.  A list of all the attorneys and paraprofessionals that rendered service in the Bankruptcy Case, along with the attorney's billing rate and the amount of time spent by the attorney during the Covered Period, is detailed in the attached invoice.  Attached hereto as **Exhibit "C"** is a summary sheet for the Baker Invoices, including the aggregate time billed at specified rate for each professional and paraprofessional who provided compensable services during the Baker Invoice Period.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of January 2017, at Los Angeles, California.

_____
Ashley M. McDow

- 47 -

# EXHIBIT A

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 01/13/17 |
| Invoice Number: | 50335064 |
| B&H File Number: | 09866/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Hashfast Committee Counsel**

For professional services rendered through January 6, 2017

**BALANCE FOR THIS INVOICE DUE BY 02/12/17     $     646,601.57**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50335064**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189**<br><br>**Reference Invoice No:**<br>**50335064** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33**<br><br>**Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |
|---|---|

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

Invoice Date: 01/13/17
Invoice Number: 50335064
B&H File Number: 09866/093044/000001
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**      **Hashfast Committee Counsel**

For professional services rendered through January 6, 2017

| | |
|---|---|
| **Fees** | $ 600,338.00 |

**Expenses and Other Charges**

| | |
|---|---|
| Messenger Service (E107) | 1,947.69 |
| Outside Duplicating & Binding (E102) | 6,382.58 |
| Automated Research (E106) | 563.23 |
| Teleconference (E105) | 66.48 |
| Other Professional Services (E123) | 22,428.66 |
| Copier / Duplication (E101) | 261.20 |
| Postage (E108) | 505.03 |
| Airfare/Trainfare (E110) | 4,532.32 |
| Teleconference Charges (E105) | 155.00 |
| Court Reporter (E112) | 1,365.00 |
| Handling / Processing Charges (E119) | 3,112.98 |
| Delivery Services (E107) | 121.39 |
| Electronic Court Fees (E112) | 401.50 |
| Lodging (E110) | 2,979.75 |
| Meals while Traveling (E110) | 696.51 |
| Telephone Charges (E105) | 38.92 |
| Local Mileage (E109) | 21.46 |
| Ground Transportation Out of Town (E110) | 683.87 |
| **Total Expenses** | $ 46,263.57 |

**BALANCE FOR THIS INVOICE DUE BY 02/12/17**      $ 646,601.57

## Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

Invoice Date: 01/13/17
Invoice Number: 50335064
B&H File Number: 09866/093044/000001
Taxpayer ID Number: 34-0082025
Page 3

**Regarding:** **Hashfast Committee Counsel**

**PREVIOUS BALANCE** 24,086.81

**TOTAL BALANCE DUE** 670,688.38

Baker&Hostetler LLP

Case: 14-30725   Doc# 820   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 52 of
469

Committee of Unsecured Creditors of HashFast Technologies, L LC

| | |
|---|---|
| Invoice Date: | 01/13/17 |
| Invoice Number: | 50335064 |
| Matter Number: | 093044.000001 |
| | Page 4 |

**Regarding:**      **Hashfast Committee Counsel**

Matter Number:      093044.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carteen, Lisa I | 11.20 | $ 510.00 | $ 5,712.00 |
| Carteen, Lisa I | 0.00 | 0.00 | 0.00 |
| Green Elizabeth A. | 118.50 | 515.00 | 61,027.50 |
| Green Elizabeth A. | 0.00 | 0.00 | 0.00 |
| Green Elizabeth A. | 36.90 | 550.00 | 20,295.00 |
| McDow Ashley M. | 311.70 | 500.00 | 155,850.00 |
| McDow Ashley M. | 0.00 | 0.00 | 0.00 |
| McDow Ashley M. | 120.70 | 530.00 | 63,971.00 |
| Parrish Jimmy D. | 9.80 | 475.00 | 4,655.00 |
| Parrish Jimmy D. | 28.10 | 430.00 | 12,083.00 |
| Parrish Jimmy D. | 0.00 | 0.00 | 0.00 |
| Payne Tiffany D. | 0.50 | 380.00 | 190.00 |
| Payne Tiffany D. | 2.80 | 360.00 | 1,008.00 |
| Swope Michael J. | 1.00 | 555.00 | 555.00 |
| Delaney Michael T. | 197.30 | 350.00 | 69,055.00 |
| Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| Delaney Michael T. | 219.50 | 385.00 | 84,507.50 |
| Farivar, Fahim | 44.90 | 365.00 | 16,388.50 |
| Farivar, Fahim | 48.40 | 320.00 | 15,488.00 |
| Farivar, Fahim | 13.20 | 410.00 | 5,412.00 |
| Farivar, Fahim | 2.20 | 380.00 | 836.00 |
| Farivar, Fahim | 0.10 | 0.00 | 0.00 |
| Layden Andrew V. | 114.20 | 310.00 | 35,402.00 |
| Layden Andrew V. | 61.80 | 280.00 | 17,304.00 |
| Layden Andrew V. | 0.00 | 0.00 | 0.00 |
| Bator Chris | 4.70 | 430.00 | 2,021.00 |
| Kepple Brandon E | 0.80 | 370.00 | 296.00 |
| Townsend Wendy C. | 13.90 | 395.00 | 5,490.50 |
| Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Garner Harry | 4.50 | 350.00 | 1,575.00 |
| Garner Harry | 0.00 | 0.00 | 0.00 |
| Beckmann Silvia Elena | 3.80 | 180.00 | 684.00 |
| Lane Deanna L | 19.20 | 240.00 | 4,608.00 |
| Lane Deanna L | 31.70 | 230.00 | 7,291.00 |
| Lane Deanna L | 0.00 | 0.00 | 0.00 |
| Ojeda, Roxane E. | 55.00 | 155.00 | 8,525.00 |
| Ojeda, Roxane E. | 0.00 | 0.00 | 0.00 |
| Bhagat Ashish K. | 0.60 | 180.00 | 108.00 |
| Bhagat Ashish K. | 0.00 | 0.00 | 0.00 |
| **Total** | **1,477.00** | | **$ 600,338.00** |

| Date | Name | Rate | Hours | Amount | Activity |
|------|------|-----:|------:|-------:|----------|
| 08/11/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 | |

Continue review of issues regarding proposed notice to creditors of Committee website and other information.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 | |

Review issues regarding CRO Engagement Letter and revise same.

| 08/13/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 | |

Review issues regarding adding additional content to Committee Website.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 | |

Telephone call with Peter Siddiqui regarding CRO letter.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 | |

Emails to Peter Siddiqui regarding Engagement Letter of CRO.

| 08/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 | |

Review issues regarding Engagement letter, revise same regarding CRO.

| 08/19/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 | |

Finalize notice to unsecured creditors.

| 08/27/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 | |

Review issues regarding committee's website and potential improvements to same.

| 10/14/14 | Lane Deanna L | 230.00 | 1.00 | 230.00 | |

Continuation of the review of amended schedules for comparison with existing proof of claim register.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 10/31/14 | Lane Deanna L | 230.00 | 0.50 | 115.00 |

Review of claims register for new and amended filed claims.

| 12/10/14 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Receipt of and preparation of two deposition transcripts for sending to Ms. Green.

| 05/21/15 | Lane Deanna L | 240.00 | 0.50 | 120.00 |

Continue updating spreadsheet of returned mail.

| **Administration (B100)** | | | **6.40** | **2,143.50** |

| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with and correspondence to/from client regarding same. Correspondence to/from and conference call with Elizabeth Green regarding Tampa attorney (.4).

| 06/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Prepare preliminary draft of committee bylaws.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Julie Glosson regarding appointment as committee counsel, need for certain information from committee, and committee's approach for upcoming hearings.

| 06/30/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Revise by-laws in accordance with input from various members of the committee (and/or their counsel), and correspondence to members of committee regarding same.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for debtor and UST regarding proposed modifications to various orders.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding proposed revisions to committee bylaws.

| 07/02/14 | Layden Andrew V. | 280.00 | 0.90 | 252.00 |

Review pleadings, status of case, and information necessary to setup unsecured creditors' committee website.

| 07/02/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Prepare detailed summary of conference call with Debtors' counsel and Monica Hushen to be circulated amongst committee members.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with counsel for the Debtors and Monica Hushen regarding concerns of the committee with the budget proposed by the Debtors.

| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review correspondence from Debtors' counsel regarding emergency request to sell chips and correspondence to/from committee regarding same.

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 55 of 469

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors' counsel regarding outline of dual exit strategies and correspondence to/from committee regarding same.

| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz and Vincent Delaglio regarding content of website to be formed for benefit of all general unsecured creditors.

| 07/08/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Meeting with Simon Barber, Monica Hushen, Rob Edgeworth and Jessica Mickelson regarding potential resolution of various issues in case.

| 07/10/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review email from client and telephone call regarding bank account payment.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem regarding appointment of alternative representative for Digimex.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from Jessica Mikelson regarding modifications to be made to amended stipulated order in light of various requests from parties and instructions from Court at hearing on same.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding results of hearing and approach for stipulated order in light of same.

| 07/12/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Jessica Mickelson regarding content of audio recording of hearing and implications of same on provisions of proposed stipulated order.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Debtors' counsel regarding stipulated order regarding the continued operation of the companies.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to committee regarding same.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with and correspondence to/from Ori Katz, counsel for Simon Barber, regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to/from committee regarding same.

Baker & Hostetler LLP

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 56 of 469

| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Debtors' counsel regarding executed confidentiality agreement.

| 07/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Pete Morici regarding new information learned with respect to Monica Hushen.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding call to discuss culpability of Simon Barber.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Willem van Rooyen regarding designation of Ben Lindner as representative for DigiMex, and correspondence to/from Julie Glosson regarding same.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Emails with Peter Siddiqui regarding substantive consolidation.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding consent to sub-consolidation motion.

| 07/22/14 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Review of Northern District of CA Local Rules regarding Pro Hac Vice procedures; prepare Pro Hac Vice Motion for Elizabeth A. Green and Proposed Order, contact US District Court Clerk and US Bankruptcy Clerk to inform them of the mailing of Pro Hac Vice Motion and Proposed Order.

| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |

Contact US Bankruptcy Court to inquire if Pro Hac Vice Motion was received from US District Court; Pro Hac Motion received and filed.

| 07/27/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues for Committee call regarding next steps.

| 07/27/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Telephone call with Committee regarding next steps.

| 07/28/14 | Payne Tiffany D. | 360.00 | 0.20 | 72.00 |

Review judge's docket order; correspondence with L. Green regarding same.

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Pete Siddiqui regarding issues related to case.

| 07/29/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Review "emerging" proposal from Monica Hushen regarding authority to exceed scope of stipulated order and correspondence to/from Monica Hushen, committee and representatives of Province regarding same

| 07/29/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Conference call with Rob Edgeworth, Eduardo DeCastro, and Craig Stuppi regarding details of alternative exit strategy

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:      01/13/17
Invoice Number:    50335064
Matter Number:  093044.000001
Page 9

| 07/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding recent correspondence from Monica Hushen and appropriate response to same in light of posture of case

| 07/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Monica Hushen regarding rejection of committee to proposal to exceed authority under stipulated order

| 07/30/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of committee call and recent discussions with Debtors' counsel

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to meeting.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Telephone call with Monica Hushen, Peter Siddiqui and Willem von Roon regarding questions related to operations.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review and analyze Monthly Operating Report for June, identify specific questions to be asked, and identify how to address irregularities in same.

| 08/01/14 | McDow Ashley M. | 500.00 | 2.50 | 1,250.00 |
|---|---|---|---|---|

Committee call regarding alternative plan(s) to be proposed to Debtors.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding recent developments in case.

| 08/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding developments with respect to various employees and affiliates of Debtors.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |
|---|---|---|---|---|

Compose and respond to emails from and to Pete Siddiqui regarding meeting agenda and documents.

| 08/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding most recent reports submitted.

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Attendance on call with Committee.

| 08/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Eduardo DeCastro regarding concerns relating to Sean Taffler.

| 08/06/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Attention to preparation of task codes for timekeepers for submission of fee application; submit same for implementation.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 08/06/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Pete Saddiqui regarding status update to be provided to UST and Court, conference call with Pete Siddiqui and Julie Glosson regarding same, and telephone call to Court regarding setting special status conference.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Eduardo DeCastro and Rob Edgeworth regarding recent developments with respect to Sean Taffler.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Elizabeth Green and Andrew Layden regarding content and updating of website for creditor body.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Status Conference.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding manner in which to handle certain matters in "transition" period.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence from Peter Siddiqui regarding scope of CRO powers and correspondence to committee regarding same.

| 08/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from Province regarding launch of Committee website.

| 08/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz regarding status of CRO retention agreement.

| 08/08/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to task codes to be implemented for submission of fee application.

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Attend telephonic hearing regarding status conference.

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone conference with Peter Siddiqui regarding issues related to reappointment of Trustee.

| 08/08/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Review issues regarding and draft proposed notice to creditors of website.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding website for all creditors.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review and revise Notice to Creditors.

# Baker&Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 17:20   Page 59 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 08/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Attend weekly committee call.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Engagement Letter and concerns.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Committee call regarding retention of Peter Kravitz as CRO and business developments since same.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Hendrickson, creditor in case, regarding modification to be made to contact information.

| 08/22/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |
|---|---|---|---|---|

Finalize proof of service of notice to all unsecured creditors.

| 08/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review notice to creditors regarding status of case and case information.

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Further, telephone call with Peter Siddiqui regarding Trustee response.

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Trustee response.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth, chair of committee, regarding how to proceed in light of absence of Hamilton Hee and appointment of Davide Cavion as alternate for Antony Vo.

| 08/27/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.

| 08/27/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding Trustee motion.

| 08/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to Trustee hearing.

| 08/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Ray Gallo regarding whereabouts of Hamilton Hee.

| 09/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Harry Garner regarding process to fill vacancy on committee in event of resignation or removal and correspondence to Rob Edgeworth regarding same.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Peter Kravitz, Victor Delaglio and Rob Harris regarding conference call to discuss release of inventory.

# Baker & Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 11:17:20   Page 60 of 469

| | | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Julie Glosson and Rob Edgeworth regarding absence of Hamilton Hee and how to proceed in light of same.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding mailing addresses for equity interest holders in Hashfast LLC.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding questions posed to Debtors related to recently filed Monthly Operating Reports.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding Tim Wong.

| | | | | |
|---|---|---|---|---|
| 09/09/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call.

| | | | | |
|---|---|---|---|---|
| 09/12/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding status of website and inquires to committee.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to debtors' counsel regarding contact information for Tim Wong.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review Monthly Operating Report for July and Declaration of Peter Kravitz accompanying same and identify irregularities contained in same to be addressed with Debtors.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding contact information for Tim Wong.

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Kravitz regarding status of "offers" presented to committee for review.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Carteen, Lisa I | 510.00 | 0.20 | 102.00 |

Conference with Ms. McDow regarding various aspects of case; attention to issues regarding Committee Chair R. Edgeworth's reimbursement for expenses; telephone conference with Mr. Edgeworth regarding same.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of various aspects of case.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding correspondence to Hamilton Hee with respect to fulfillment of his fiduciary duty.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 61 of 469

| | | | | |
|---|---|---|---|---|
| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson and Robert Edgeworth regarding most recent communications with Hamilton Hee.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Rob Edgeworth regarding agenda for weekly committee call.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Victor Delaglio regarding potential effect of receiver appointed over Butterfly Labs on current case.

| | | | | |
|---|---|---|---|---|
| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |

Correct duplicate time entry on 8/27/2014 due to system migration issues.

| | | | | |
|---|---|---|---|---|
| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |

Correct duplicate time entry on 8/27/2014 due to system migration issues.

| | | | | |
|---|---|---|---|---|
| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |

Correct duplicate time entry on 8/26/2014 due to system migration issues.

| | | | | |
|---|---|---|---|---|
| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ori Katz, Peter Siddiqui, and Jessica Mickelson regarding status of additional documents to be produced.

| | | | | |
|---|---|---|---|---|
| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Change of Address for Debtors and correspondence to/from Peter Kravitz regarding same

| | | | | |
|---|---|---|---|---|
| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Amended Statement of Gallo LLP Under Rule 2019 and correspondence to Julie Glosson regarding same.

| | | | | |
|---|---|---|---|---|
| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding recent correspondence relating to whereabouts of Hamilton Hee.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails with Peter Siddiqui regarding status issues.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review and revise status report.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proposed Joint Status Report and correspondence to/from counsel for Debtors regarding same.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Request for Special Notice to be filed in adversary proceeding against Uniquify and Signetics and approve same for filing.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725 Doc# 320 Filed: 01/13/17 Entered: 01/13/17 17:17:20 Page 62 of 469

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings and correspondence to/from Liz Green in preparation for status conference.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding hearing.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding hearing and next steps.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Monthly Operating Reports for August and September and confer with Robert Edgeworth regarding content and implications of same.

| 11/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding Hashfast Technologies monthly operating reports and need to amend same to include accrued professional fees.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' September 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' August 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.

| 11/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Evaluate Baker & Hostetler invoices in preparation of correspondence to United States Trustee regarding Baker & Hostetler invoices for monthly operating reports.

| 11/11/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to United States Trustee regarding Baker & Hostetler invoices for monthly operating reports.

| 11/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Edgeworth, chair of the committee, regarding bi-monthly committee call.

| 11/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding confidentiality agreement and provision of certain documents to committee member(s).

| 11/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review confidentiality agreement with debtors regarding the production of potentially confidential information.

| 11/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Eduardo Decastro regarding termination of representation by ZuberLaw and potential impact of same.

## Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 17:20:20    Page 63 of 469

| 11/19/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui regarding final Bitcoin reconciliation and correspondence to Robert Edgeworth regarding same.

| 11/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Siddiqui regarding timing of fee applications, adversary proceeding and motion to be filed against Mark Lowe, and status of Morici case(s) against company and Eduardo.

| 11/21/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Victor Delaglio regarding business operations, status of Guido Ochoa offer, and potential global resolution of claims against Eduardo.

| 11/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and evaluate "final" Bitcoin reconciliation and correspondence to committee members regarding same.

| 12/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and telephone call to Julie Glosson regarding fee applications

| 12/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors and counsel for Debtors regarding status of various litigation and need for conference call to discuss same

| 01/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Telephone call to Peter Kravitz regarding potential special litigation counsel for liquidating trustee

| 02/09/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference calls with Michael Kasolas regarding hearing on conditional approval of disclosure statement, potential attendance at same, business operations of company, and potential assets of Debtors

| 02/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review committee bylaws to determine the requisite vote necessary to approve the filing of the opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee

| 03/16/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Michael Kasolas regarding status of case and upcoming hearing on amended plan and disclosure statement

| 04/17/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |

Telephone call with Peter Siddiqui regarding Liquidbits service issues.

| 04/21/15 | Lane Deanna L | 240.00 | 1.80 | 432.00 |

Prepare list of creditors on debtor's amended creditor list not included on court creditor list.

| 04/22/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to the United States Trustee regarding the motion to convert hearing schedule and continuation of the confirmation hearing

# Baker & Hostetler LLP

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 17:20    Page 64 of
469

| 04/22/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Telephone call to the United States Trustee regarding the motion to convert hearing schedule and continuation of the confirmation hearing

| 04/22/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Attend to issues regarding continuance of upcoming hearings.

| 04/24/15 | Layden Andrew V. | 310.00 | 0.30 | 93.00 |

Correspondence to debtor's counsel regarding contact information for additional creditors added to Amended Schedule F.

| 05/05/15 | Lane Deanna L | 240.00 | 0.90 | 216.00 |

Create list of returned mail and begin researching for better addresses for creditors

| 05/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Kasolas regarding plan confirmation and proposed strategy for confirmation hearing

| 05/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with potential liquidating trust counsel regarding representation of liquidation trust post-confirmation and claims to be assigned to liquidating trust

| 05/29/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |

Conference calls with Michael Kasolas regarding retention of Duane Morris to serve as special counsel to Liquidating Trustee and status of revisions to be made to plan, settlement agreement with Liquidbits and motion to approve same, and specifics of various avoidance actions

| **Case Administration (B110)** | | | **50.90** | **23,158.50** |

| 06/25/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Review schedules and statement of financial affairs.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conduct weekly committee conference call.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proposal from Rob Harris, counsel for Uniquify, regarding sale of existing chips, and correspondence to chair of committee regarding same.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding launch of committee website and final content.

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with Simon Barber, Victor Delgado and Mike Swope regarding patents.

| 08/22/14 | Swope Michael J. | 555.00 | 1.00 | 555.00 |

Consult with president of Hashfast regarding patent applications.

**Baker & Hostetler LLP**

| Date | Name | | | |
|---|---|---|---|---|
| 09/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding compromise relating to release of chips.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, Victor Delaglio and Peter Siddiqui regarding approach for trustee hearing and status of motion for turnover relating to Uniquify and/or Signetics.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review turnover issues related to Uniquify.

| 09/11/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding plan and chips in Korea regarding turnover.

| 09/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Emails to Peter Siddiqui regarding issues related to turnover.

| 09/17/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Review turnover issues and analyze ability to obtain turnover.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding potential lawsuit against Uniquify.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.20 | 86.00 |
|---|---|---|---|---|

Talk with Mr. Siddiqui regarding D&O policy.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |
|---|---|---|---|---|

Review HashFast D&O policy.

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.30 | 108.00 |
|---|---|---|---|---|

Correspondence to E. Green detailing pertinent language from Scottsdale Insurance Company Policy relevant to claims brought by creditors' committees.

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.80 | 288.00 |
|---|---|---|---|---|

Analyze Scottsdale Insurance Company Policy.

| 11/17/14 | Payne Tiffany D. | 360.00 | 0.40 | 144.00 |
|---|---|---|---|---|

Correspondence to E. Green summarizing coverage under D&O policy.

| 11/17/14 | Payne Tiffany D. | 360.00 | 0.60 | 216.00 |
|---|---|---|---|---|

Analyze D&O Policy.

| 12/03/14 | McDow Ashley M. | 500.00 | 2.80 | 1,400.00 |
|---|---|---|---|---|

Review and analyze deposition transcript of Eduardo Decastro and identify portions thereof relevant to potential D&O claim

| 12/03/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review and analyze D&O policy in order to identify potential basis upon which to make demand and strategize with Elizabeth Green regarding theories of liability upon which to recover based upon same

# Baker & Hostetler LLP

Case: 14-30725    Doc# 820    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 66 of 469

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding fraud carve out and springing fraud language.

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Mary Carter issues.

| 12/04/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |
|---|---|---|---|---|

Begin reviewing deposition transcript of Simon Barber in order to identify portions which may be relevant to pursuing D&O policy

| 12/04/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review transcript of Meeting of Creditors in Hashfast Technologies LLC in order to identify basis for potential D&O claims

| 12/04/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Review transcript of Meeting of Creditors in Hashfast LLC in order to identify basis for potential D&O claims

| 12/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Ms. Green regarding Berg & Berg Enterprises decision.

| 12/05/14 | McDow Ashley M. | 500.00 | 3.20 | 1,600.00 |
|---|---|---|---|---|

Review deposition transcript of Monica Hushen in order to identify basis for potential D&O claims

| 12/05/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |
|---|---|---|---|---|

Finish reviewing deposition transcript of Simon Barber in order to identify basis for potential D&O claims

| 12/12/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |
|---|---|---|---|---|

Begin reviewing transcript of 2004 examination of Tim Wong and identify relevant portions thereof with respect to D&O policy

| 12/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Review and analyze Uniquify documents and identify potential basis for claims, including but not limited to breach of contract, avoidance actions, and indemnity

| 12/17/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Review and analyze documents relating to Ciara and identify potential basis for claims, including but not limited to breach of contract, unjust enrichment, and avoidance actions

| 12/19/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |
|---|---|---|---|---|

Prepare detailed summary of potential causes of action and sources of recovery based upon review of schedules, the SOFA, and documents by and between Hashfast and various third parties

| 12/19/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |
|---|---|---|---|---|

Finish reviewing transcript of 2004 examination of Tim Wong and identify relevant portions thereof with respect to D&O policy

| 12/26/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Draft demand letter regarding D&O's.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 67 of 469

| 12/29/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise Demand Letter to be sent to counsel for the Debtors with respect to D & O claims.

| 12/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding demand related to directors and officers.

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and analyze D & O issues.

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Emails regarding trust assets.

| 01/23/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Pete Siddiqui regarding valuation of inventory included in Monthly Operating Reports

| 01/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Victor Delaglio regarding value of remaining inventory

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding back-up documentation needed to proceed forward with various litigation

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review letter from Bailey Cavalieri regarding D&O policy coverage and confer with Elizabeth Green regarding implications of same

| 02/09/15 | Layden Andrew V. | 310.00 | 4.10 | 1,271.00 |

Review and analyze issues regarding potential breach of fiduciary duty claim and other claims against D&O of debtors.

| 02/09/15 | Payne Tiffany D. | 380.00 | 0.50 | 190.00 |

Review and analyze portions of D&O Policy.

| 02/09/15 | Townsend Wendy C. | 395.00 | 0.50 | 197.50 |

Meeting with Ms. Green and Mr. Layden regarding potential D & O complaint and issues related thereto.

| 02/10/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Confer with Mr. Layden regarding insider/E&O insurance claims

| 02/10/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review and analyze deposition testimony and relevant documents regarding potential breach of fiduciary duty claim in order to identify potential claims against D&O of debtors.

| 02/10/15 | Townsend Wendy C. | 395.00 | 0.20 | 79.00 |

Confer with Mr. Layden regarding preparation of D & O complaint.

| 02/10/15 | Townsend Wendy C. | 395.00 | 0.50 | 197.50 |

Telephone conference with Mr. Delaney regarding facts relevant to D & O complaint to be drafted.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 820    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 68 of 469

| 02/11/15 | Layden Andrew V. | 310.00 | 7.80 | 2,418.00 |
|---|---|---|---|---|

Continue review and analysis of deposition testimony and relevant documents in order to identify potential breach of fiduciary duty claim and other claims against D&O of debtors.

| 02/11/15 | Townsend Wendy C. | 395.00 | 1.40 | 553.00 |
|---|---|---|---|---|

Continue reviewing and analyzing Simon Barber deposition and meeting with Mr. Layden regarding same.

| 02/11/15 | Townsend Wendy C. | 395.00 | 0.20 | 79.00 |
|---|---|---|---|---|

Telephone conference with Ms. Green and Mr. Layden regarding issues raised upon review of depositions and D & O Policy in anticipation of drafting D & O complaint.

| 02/11/15 | Townsend Wendy C. | 395.00 | 0.50 | 197.50 |
|---|---|---|---|---|

Telephone conference with Andrew Layden and Mr. Delaney regarding issues raised upon review of depositions and D & O Policy in anticipation of drafting complaint.

| 02/12/15 | Layden Andrew V. | 310.00 | 3.60 | 1,116.00 |
|---|---|---|---|---|

Continue review of deposition testimony and relevant documents in order to identify potential breach of fiduciary duty claim and other claims against D&O of debtors.

| 02/12/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review and analyze D & O Policy and analyze potential causes of action arising therefrom.

| 02/13/15 | Layden Andrew V. | 310.00 | 2.50 | 775.00 |
|---|---|---|---|---|

Prepare timeline of events in order to .

| 02/16/15 | Layden Andrew V. | 310.00 | 1.80 | 558.00 |
|---|---|---|---|---|

Continue drafting timeline of events in order to assess D & O claim to be asserted.

| 02/19/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |
|---|---|---|---|---|

Review and analyze documents received from Victor Delagio relating to formation and operation of debtor in order to identify potential allegations to be included in D & O complaint.

| 02/19/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |
|---|---|---|---|---|

Conference call with Victor Delagio regarding potential claims against Debtors' insiders and analyze issues raised during call.

| 02/19/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |
|---|---|---|---|---|

Conference call with Ashley McDow regarding potential claims against Debtors' insiders and analyze issues raised during call.

| 02/19/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Receipt and review of correspondence from Mr. Layden regarding additional documents needed to prepare D & O complaint and receipt and review of Mr. Delaney's response to same.

| 03/04/15 | Bator Chris | 430.00 | 0.40 | 172.00 |
|---|---|---|---|---|

Telephone conference with Mr. Layden regarding facts necessary to be included in complaint in order to trigger D & O coverage.

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 14-30725     Doc# 320     Filed: 01/13/17     Entered: 01/13/17 14:17:20     Page 69 of 469

| 03/05/15 | Bator Chris | 430.00 | 0.70 | 301.00 |

Detailed email message to Mr. Layden identifying the potential coverage issues.

| 03/06/15 | Townsend Wendy C. | 395.00 | 0.40 | 158.00 |

Receipt and review of correspondence from Mr. Bator regarding analysis of draft D & O complaint and prepare correspondence to Mr. Layden regarding same.

| 03/09/15 | Bator Chris | 430.00 | 0.20 | 86.00 |

Telephone conference with Mr. Layden regarding the scope and effect of the breach of contract exclusion in the policy.

| 03/09/15 | Bator Chris | 430.00 | 0.20 | 86.00 |

Review of the 12-31-14 demand letter to counsel for the Hashfast directors.

| 03/09/15 | Bator Chris | 430.00 | 0.50 | 215.00 |

Further review of draft complaint and the Scottsdale Insurance Company D&O policy issued to Hashfast in preparation for conference call with Mr. Layden, Ms. Townsend and Ms. Green to discuss potential coverage issues.

| 03/09/15 | Bator Chris | 430.00 | 0.50 | 215.00 |

Conference call with Mr. Layden and Ms. Townsend regarding coverage issues with respect to the draft complaint.

| 03/09/15 | Layden Andrew V. | 310.00 | 1.30 | 403.00 |

Coordinate, prepare for and attend telephone conference with Mr. Bator.

| 03/09/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Continue to review and analyze the deposition transcripts of Barber, Decastro, Hushron and Wong in anticipation of further revising D & O complaint.

| 03/11/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Confer with Mr. Layden to discuss additional claims for relief to be included in D & O complaint.

| 03/12/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Prepare for telephone conference with Ms. McDow, Mr. Delaney, and Mr. Layden regarding D & O complaint.

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review exhibits in support of proposed director and officer liability complaint in preparation for call regarding the same

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review proposed director and officer liability complaint in preparation for call regarding the same

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Attend conference call regarding directors and officers liability complaint and allegations contained therein

## Baker & Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 70 of 469

| 03/13/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Review D&O complaint (and documents in support thereof) in preparation for conference call with Andrew Layden, Wendy Townsend, and Michael Delaney

| 03/13/15 | McDow Ashley M. | 530.00 | 1.80 | 954.00 |

Review documents produced by Tim Wong in order to identify documents to support claims assed in D&O complaint

| 03/16/15 | Bhagat Ashish K. | 180.00 | 0.60 | 108.00 |

Prepare database and identify appropriate search terms to be utilized in search of documents produced by Debtors for purposes of including same in D & O complaint.

| 03/16/15 | Layden Andrew V. | 310.00 | 7.20 | 2,232.00 |

Review and analyze documents produced by Debtors for purposes of incorporating relevant portions of same into D&O Complaint.

| 03/16/15 | Townsend Wendy C. | 395.00 | 1.30 | 513.50 |

Review and anazlyze documents produced by debtors for purposes of incorporating relevant portions of same into D & O complaint.

| 03/18/15 | Layden Andrew V. | 310.00 | 4.70 | 1,457.00 |

Continue to review and analyze documents produced by Debors to be included and addressed in D & O complaint.

| 03/23/15 | Layden Andrew V. | 310.00 | 5.40 | 1,674.00 |

Continue to review and analyze documents produced by debtors for purpose of incorporating relevant portions of same into revised D&O Complaint.

| 03/24/15 | Layden Andrew V. | 310.00 | 3.60 | 1,116.00 |

Continue to review and analyze documents produced by debtors for purpose of incorporating relevant portions of same into revised D&O Complaint.

| 04/29/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Assess manner in which to proceed against Guido Ochoa in light of failure and refusal to pay.

| 05/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review correspondence from Guido Ochoa regarding payment to be made to estate and correspondence to Debtors and Debtors' counsel regarding same

| 05/07/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Telephone call with Michael Kasolas regarding assets to be transferred to liquidating trust.

| 05/12/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Michael Kofield regarding award of Chinese trademark and manner in which to proceed in light of same

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Analyze issues surrounding Ochoa payment obligations and evaluate effective means of recovering same.

# Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 71 of 469

| | | | | |
|---|---|---|---|---|
| 05/21/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and revise letter to Guido regarding payments due.

| | | | | |
|---|---|---|---|---|
| 06/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Eduardo DeCastro regarding nature of lawsuits to be filed against Liquidbits for purposes of including in Committee supplement

| | | | | |
|---|---|---|---|---|
| 06/09/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Eduardo DeCastro regarding basis for claims against Uniquify and review correspondence from Eduardo DeCastro relating to same

| | | | | |
|---|---|---|---|---|
| 06/18/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Telephone calls to/from and correspondence to/from Michael Kasolas regarding turnover of funds and litigation management moving forward

| | | | | |
|---|---|---|---|---|
| 06/19/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Prepare for and attend conference call with Mr. Kasolas and potential counsel for the liquidating trust regarding administration of the same

| | | | | |
|---|---|---|---|---|
| 06/19/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Confer with Mr. Kasolas regarding plan confirmation and administration of liquidating trust

| | | | | |
|---|---|---|---|---|
| 06/19/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Elizabeth Green regarding manner in which to handle litigation moving forward

| | | | | |
|---|---|---|---|---|
| 06/19/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Michael Kasolas, Ron Oliner, Elizabeth Green, and Michael Delaney regarding manner in which to handle litigation moving forward

| | | | | |
|---|---|---|---|---|
| 07/10/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Mr. Kasolas regarding the potential litigation claims for the liquidating trust and execution of the trust agreement

| | | | | |
|---|---|---|---|---|
| 07/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ron Oliner regarding summary of Hashfast litigation

**Asset Analysis And Recovery (B120)**      **95.30**      **37,763.00**

| | | | | |
|---|---|---|---|---|
| 07/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review proposed term sheet from Liquidbits for emergency section 363 sale and confer with members of committee regarding same.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.40 | 490.00 |

Review materials regarding and attend telephonic meeting regarding proposed sale of Hashfast Technologies to Liquidbits Inc.

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with representatives of Province regarding analysis of most recent term sheet by and between Liquidbits and Debtors and appropriate response of committee to same.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and representatives of Liquidbits relating to details of current proposal to purchase assets of Hashfast.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Ed Smith regarding terms of sale which require additional due diligence to move forward.

| 07/16/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding proposed sale.

| 07/18/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Analyze motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and attached documentation.

| 07/18/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Attend meeting regarding the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed response thereto.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding expedited motion and sale.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Follow up telephone call with Peter Siddiqui regarding expedited motion and sale.

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review term sheet for proposed Liquidbits transaction.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Michael Delaney and Rob Edgeworth regarding recent sale motion and approach of committee to opposition.

| 07/18/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |

Review and analyze Debtors' Motion to Sell Assets Free and Clear of Liens, and documents in support thereof, and provide detailed outline for opposition to same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Confer with Michael Delaney regarding content of opposition to Debtors' Motion to Sell Assets Free and Clear, including structure of same and additional legal research to be conducted with respect to same.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review revised Term Sheet from Liquidbits.

| 07/19/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Ashley McDow regarding sale motion, expedited motions and shortening time.

**Baker & Hostetler LLP**

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 73 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:        01/13/17
Invoice Number:      50335064
Matter Number:       093044.000001
Page 25

| 07/20/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Review issues regarding Debtors' sale motion and motion to shorten time and assess basis for committee's objection to same.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Confer with Mr. Edgeworth regarding potential declarations in support of the opposition to the sale motion.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Draft argument outline for opposition to sale motion and evidence needed to support same.

| 07/21/14 | Garner Harry | 350.00 | 2.00 | 700.00 |

Assist with research and preparation of Committee opposition to sale motion.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sales process.

| 07/21/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Review Court's order granting Motion to Shorten Time; review issues regarding potential motion for reconsideration of order.

| 07/21/14 | Layden Andrew V. | 280.00 | 4.30 | 1,204.00 |

Continue reviewing basis for, draft and finalize Committee's objection to motion to shorten time on Debtors' Sale Motion.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft email to potential overbidder for the sale of the Debtors businessor their assets.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to sale motion and delivery of documents.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 5.40 | 1,890.00 |

Draft opposition to motion to sell substantially all of the Debtors' assets to Liquidbits.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Willem van Rooyen regarding declaration in support of opposition to the sale motion

| 07/23/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Review and analyze sale motion and supporting documents.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding affidavits in opposition of sale motion.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding DIP lending and asset information.

# Baker & Hostetler LLP

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 74 of 469

07/23/14   Layden Andrew V.                    280.00        1.30         364.00
   Review issues regarding opposition to sale motion, and draft affidavit of Jody Bloodworth.

07/24/14   Delaney Michael T.                   350.00        0.50         175.00
   Research requirements for sale under 363(b) in preparation of opposition to sale motion.

07/24/14   Delaney Michael T.                   350.00        0.70         245.00
   Review/revise declaration of Ashley McDow in support of opposition to sale motion.

07/24/14   Delaney Michael T.                   350.00        0.60         210.00
   Research standards regarding sales free and clear of liens under 363(f) in preparation of opposition to sale motion.

07/24/14   Delaney Michael T.                   350.00        0.80         280.00
   Research regarding 363(m) good faith findings and the limitations placed thereon in preparation of opposition to sale motion.

07/24/14   Delaney Michael T.                   350.00        1.20         420.00
   Research standards for assuming executory contracts in preparation of opposition to sale motion.

07/24/14   Garner Harry                         350.00        0.50         175.00
   Draft McDow declaration in support of committee's sale objection.

07/24/14   Green Elizabeth A.                   515.00        0.80         412.00
   Review information from Debtors regarding call related to sale motion.

07/24/14   Green Elizabeth A.                   515.00        1.10         566.50
   Telephone call with Peter Siddiqui, Monica Hushen, Committee chair, and Ashley McDow regarding sale and alternatives.

07/24/14   Green Elizabeth A.                   515.00        0.80         412.00
   Review and revise affidavits for opposition to sale.

07/24/14   Kepple Brandon E                     370.00        0.80         296.00
   Telephone call with Mr. Layden to discuss the term sheet proposed by Liquidbits Corp; review the term sheet provided by Mr. Layden; meet with Mr. Layden to discuss the status of the case and letter of intent.

07/24/14   Layden Andrew V.                      280.00        2.50         700.00
   Multiple telephone call with Mr. Van Rooyen and draft affidavit of Digimex in opposition to Debtors' Sale Motion.

07/24/14   Layden Andrew V.                      280.00        2.00         560.00
   Multiple telephone calls with Mr. Shawn O'Connor in preparation of affidavit of Timefire in opposition to Debtors' Sale Motion.  Draft affidavit in support of opposition.

07/24/14   Layden Andrew V.                      280.00        1.50         420.00
   Telephone call regarding and review expert analysis of Province Inc. in connection with opposition to Debtor's Sale Motion.

Baker & Hostetler LLP

| 07/24/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft affidavit of Jody Bloodworth in opposition to Sale Motion.

| 07/24/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding potential purchasers and affidavits in opposition to Debtors' sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and analyze the declaration of Province in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review declaration of Digimex in support of opposition to sale motion and prepare same for filing.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare final version of opposition to sale motion for filing.

| 07/25/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sale hearing.

| 07/25/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Revise and finalize affidavit of Province Inc. in opposition to Debtors' Sale Motion.

| 07/25/14 | Layden Andrew V. | 280.00 | 1.80 | 504.00 |

Review issues regarding and draft affidavit of Province Inc. in opposition to Debtors' Sale Motion.

| 07/26/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Review issues regarding revisions to and execution of affidavits of Province Inc., Digimex, Timefire and Bloodworth in opposition to Debtors' Sale Motion.

| 07/27/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding court order related to sale.

| 07/27/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and Elizabeth Green regarding approach for hearing on Motion to Approve Sale of Assets and approach for case moving forward in light of tentative ruling from Court on same.

| 07/28/14 | Garner Harry | 350.00 | 0.60 | 210.00 |

Assist with finalizing declarations in support of sale objection; discuss same with Delaney.

| 07/28/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Review Term Sheet filed by the Debtors' and note regarding propoed sale.

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding proposals.

# Baker & Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 17:20   Page 76 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/30/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and analyze correspondence regarding proposed Liquidbits bulk sale and license agreement

| 07/30/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Analyze potential options for competing plan and additional support for substantive consolidation motion

| 07/30/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Prepare for and attend conference call with Committee regarding proposed Liquidbits bulk sale and license agreement and timing of the motion to appoint trustee

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding meeting related to issues related to proposal.

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Telephone call with Pete Siddiqui, Monica and William regarding proposal.

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Provide comments to proposal.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz regarding recent information relating to potential "purchase" of next generation chip

| 08/01/14 | Green Elizabeth A. | 515.00 | 2.00 | 1,030.00 |

Telephone call with Committee regarding sales.

| 08/01/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review proposal of Committee regarding bitcoin sales.

| 08/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Peter Kravitz, newly appointed CRO, regarding manner in which to proceed with wafer and chip sales in light of cash flow issues and potential alternatives to previous proposal.

| 08/19/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Telephone calls to/from Peter Siddiqui regarding potential offer to be received from Liquidbits.

| 08/26/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call regarding Liquidbits offer and status of business operations.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ed Smith regarding status of committee's review of proposal of Liquidbits to purchase assets of Debtor(s).

| 08/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ed Smith, counsel for Liquidbits, regarding status of response of committee to most recent term sheet submitted.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 17:20   Page 77 of 469

| 08/28/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Rob Edgeworth regarding topics discussed in committee call, including additional details regarding appropriate response to Liquidbits "offer".

| 09/01/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Peter Kravitz, Rob Edgeworth and Peter Siddiqui regarding structure of proposed counter to Liquidbits and Shawn O'Connor.

| 09/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Ms. McDow regarding the term sheet for Committee counter-proposal for asset sale.

| 09/02/14 | Delaney Michael T. | 350.00 | 2.00 | 700.00 |

Draft term sheet for Committee counter-proposal for asset sale.

| 09/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding term sheet for Committee counter-proposal for asset sale.

| 09/03/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Edgeworth regarding Committee's term sheet for counter-proposal for the sale of debtors' assets.

| 09/03/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Review and revise Committee's term sheet for counter-proposal for the sale of debtors' assets.

| 09/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ed Smith and Peter Siddiqui regarding status of response to term-sheet.

| 09/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

| 09/05/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Finalize the counter-proposal for the disposition of all or substantially all of the Debtors' assets.

| 09/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence regarding Committee approval of counter-proposal for the disposition of all or substantially all of the Debtors' assets.

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz regarding "counter" to Shawn O'Connor and correspondence to Shawn O'Connor regarding same.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem Van Rooyen and Rob Edgeworth regarding conference to discuss O'Connor proposal.

# Baker & Hostetler LLP

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 78 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 30

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review term sheet presented by Time Fire in preparation for call with Shawn O'Connor, Willem Van Rooyen, and Rob Edgeworth and confer with Rob Edgeworth regarding same.

| 09/09/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Willem Van Rooyen, Shawn O'Connor, and Robert Edgeworth regarding response of committee to proposal made by Time Fire to purchase all or substantially all of the assets of the Debtors.

| 10/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding status of sale and proposed sale motion.

| 10/06/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and revise Debtors' Motion for Entry of Order Authorizing Sale of Property and correspondence to Debtors' counsel regarding modifications that must likely be made to same in order to obtain approval of Committee

| 10/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding potential purchase of claims against Simon Barber.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding sale motion.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Peter Siddiqui, Victor Delaglio and Elizabeth Green regarding manner in which proposed sale should be structured, content of plan of reorganization, and potential sales on the horizon.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Complaint filed by Debtors against Uniquify and Signetics and assess potential impact of same on auction.

| 10/14/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review asset sale alternatives and term sheet.

| 10/15/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review issues regarding sale motion and status.

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review timeline for sale.

| 10/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to sale motion.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Research regarding local rules governing sale and auction motions and procedures.

# Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Continue reviewing and revising proposed motion to approve auction sale of debtors' assets.

| 10/21/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Motion to Approve Sale of Assets Free and Clear, confer with Michael Delaney regarding same; and correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to same.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Pete Siddiqui and Ashley McDow regarding bid procedures.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise bid procedures.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding modifications to be made to sale motion (with respect to the nature and extent of marketing efforts in particular).

| 10/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and revise the bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Begin drafting the motion to approve bidding procedure and notice of sale.

| 10/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding preparation of motion to approve bidding procedure and notice of sale.

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding bid notice.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Liz Green and confer with Michael Delaney regarding results of hearing and structure of "revised" motion to approve notice of sale and bidding procedures.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the motion to approve notice of sale of certain assets at auction and proposed auction procedures.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Continue drafting motion to approve notice of sale of certain assets at auction.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review revised Notice of Sale of Certain Assets at Auction and identify potential revisions to be made to same (particularly with respect to auction of avoidance actions).

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 80 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 32

| 10/28/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review revised auction sale notice in preparation of motion to approve auction notice and bidding procedures.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtor's counsel regarding the motion to approve auction notice and bidding procedures.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Finalize motion to approve auction notice and bidding procedures.

| 10/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone conference regarding notice of bid procedures with Peter Siddiqui and Ashley Mcdow.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures to confirm terms reflect those approved.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding structure of Notice of Sale of Certain Assets at Auction and motion to approve same in light of potential ordinary course sale in process.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Peter Siddiqui regarding auction of all claims and causes of action against Simon Barber and conference call with Robert Edgeworth, chair of the committee, regarding same.

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and revise Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings, including various notice(s) and motion(s), in preparation for hearing on Motion to Approve Notice and to approve bidding procedures.

| 10/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata With Respect to Motion to Approve Notice of Sale of Certain Assets At Auction and Auction Procedures and Proposed Notice.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Finalize notice of sale and auction procedure to incorporate the Court's comments.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from opposing counsel regarding the notice of sale and auction procedure.

| 10/30/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review order approving notice of sale and auction procedure and prepare same for filing.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui regarding modifications to be made to Notice of Sale of Assets.

Baker & Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 17:20   Page 81 of 469

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review revised Notice of Sale of Certain Assets at Auction and correspondence to/from Peter Siddiqui regarding revisions to be made.

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz, counsel for Simon Barber, regarding potential structure of bid from Simon Barber.

| | | | | |
|---|---|---|---|---|
| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with and correspondence from Peter Siddiqui regarding location of auction to be held.

| | | | | |
|---|---|---|---|---|
| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Sididiqui and to/from Michael Delaney regarding status of order granting Motion to Approve Notice and to approve bidding procedures.

| | | | | |
|---|---|---|---|---|
| 11/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from debtor's counsel and Ms. McDow regarding the order on the motion to approve auction procedures.

| | | | | |
|---|---|---|---|---|
| 11/11/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui and Ashley McDow regarding sale.

| | | | | |
|---|---|---|---|---|
| 11/11/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review non-waiver agreement.

| | | | | |
|---|---|---|---|---|
| 11/12/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with A. McDow and P. Siddiqui regarding issues related to sale.

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Committee conference call to discuss potential sale of substantially all assets of Debtors.

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding recent offer to purchase substantially all of the assets, strategy with respect to avoidance actions, and funds previously paid to professionals.

| | | | | |
|---|---|---|---|---|
| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Victor Delaglio regarding scope of litigation claims to be excluded from sale of assets to Guido Ochoa.

| | | | | |
|---|---|---|---|---|
| 12/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and analyze bid from Duncan Wallace to purchase certain inventory and correspondence to Peter Siddiqui and Victor Delaglio regarding same

| | | | | |
|---|---|---|---|---|
| 12/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review financial information submitted by Simon Barber in support of proposed offer

| | | | | |
|---|---|---|---|---|
| 12/02/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review issues regarding potential D&O claims as related to Barber bid.

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 320  Filed: 01/13/17  Entered: 01/13/17 17:20  Page 82 of 469

| 12/02/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding bids.

| 12/02/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review issues regarding bids for assets and review bids.

| 12/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Elizabeth Green regarding bid received from Guido Ochoa and manner in which to proceed with respect to valuation of Simon Barber offer

| 12/02/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Elizabeth Green regarding auction process based on bids received

| 12/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz regarding offer submitted on behalf of Simon Barber

| 12/03/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review issues regarding bid deadline and responses.

| 12/03/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |
|---|---|---|---|---|

Review D&O issues regarding claims and bids and policy.

| 12/03/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding bids.

| 12/03/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding bid of Simon Barber.

| 12/03/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review testimony at 2004 exams regarding breach of fiduciary duty.

| 12/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from and conference call with Peter Siddiqui regarding need for auction to move forward

| 12/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Correspondence to/from and conference calls with Ori Katz regarding specific components of financial statements submitted by Simon Barber

| 12/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from Maria Nunez regarding disqualification of Guido's bid and parameters of bid submitted by Simon Barber

| 12/04/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Analyze terms of joint statement and confer with Ms. McDow regarding the same.

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review and revise notice regarding sale to Simon Barber.

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review release issues and D&O claims. | | | |
| 12/09/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
| | Review issues regarding sale of assets. | | | |
| 12/09/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
| | Telephone call with Keith Fendrick regarding issues regarding auction. | | | |
| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
| | Review proposed Order Approving Sale of Estate assets to Simon Barber and correspondence to/from Ori Katz and Peter Siddiqui regarding suggested modifications to be made to same | | | |
| 12/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Follow up conference call with Ori Katz regarding language to be included in order approving auction to Simon Barber | | | |
| 12/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
| | Review modifications to order approving sale to Simon Barber proposed by Peter Siddiqui and correspondence to Ori Katz and Peter Siddiqui regarding additional modifications to be made to same | | | |
| 12/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
| | Conference call with Ori Katz regarding modifications to be made to proposed order approving sale to Simon Barber | | | |
| 12/23/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| | Review entered Order Approving Sale of Estate Property to Simon Barber and assess impact of same on demand letter being prepared | | | |
| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
| | Review correspondence from Peter Siddiqui regarding remaining inventory of Debtors and correspondence to Payu Harris regarding same | | | |
| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
| | Conference call with Pete Siddiqui regarding potential sale of remaining assets | | | |
| 01/16/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
| | Conference call with Payu Harris regarding potential "buyout" of remaining assets of Hashfast | | | |
| 01/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
| | Conference call with Payu Harris regarding potential purchase of Debtors as a "going concern" | | | |
| 04/29/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |
| | Telephone call with Pete Siddiqui regarding Liquidbits. | | | |
| 05/18/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
| | Conference call with Payu Harris regarding update on potential purchase of remaining assets | | | |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | |
|---|---|---|---|---|
| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
| | Draft addendum to Guido Ochoa purchase order | | | |
| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
| | Confer with debtors' counsel regarding addendum to Ochoa purchase order | | | |
| 05/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
| | Finalize the addendum to Ochoa purchase order | | | |
| 05/26/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |
| | Telephone call with Peter Siddiqui regarding Liquidbits. | | | |
| 05/27/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |
| | Telephone call with Peter Siddiqui regarding Liquidbits. | | | |
| 05/27/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |
| | Additional telephone call with Peter Siddiqui regarding Liquidbits. | | | |
| 06/02/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
| | Confer with Ms. Mcdow and Mr. Delaney and review emails and correspondences for preparing the Committee's Supplement in Support of the Debtors' Motion for Approval of Compromise with Liquidbits. | | | |
| 06/02/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
| | Review and analyze the Debtors' Motion for Approval of Compromise with Liquidbits. | | | |

**Asset Disposition (B130)**          **121.30**      **50,318.00**

| | | | | |
|---|---|---|---|---|
| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |
| | Review Appointment of the Official Committee of Unsecured Creditors and various correspondence to creditors thereon and counsel thereto regarding appointment as committee counsel; conference call with Steven Gubner regarding same; conference call with Jeff Golden regarding same; conference call with and correspondence to/from client regarding same (1.5). | | | |
| 06/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
| | Meeting with committee chair regarding the selection of Baker & Hostetler as counsel for the committee. | | | |
| 06/25/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
| | Conference call with Robert Edgeworth, chair of committee, regarding immediate steps to be taken moving forward | | | |
| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| | Attend portion of creditor committee meeting. | | | |
| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
| | Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward | | | |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 85 of 469

| | | | | | |
|---|---|---|---|---|---|
| 06/26/14 | McDow Ashley M. | | 500.00 | 1.40 | 700.00 |

Conduct first meeting of creditors' committee.

| 06/27/14 | McDow Ashley M. | | 0.00 | 0.00 | 0.00 |

NON-BILLABLE TRAVEL TIME TO TRAVEL TO HEARINGS ON VARIOUS FIRST DAY MOTIONS

| 06/27/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Conference calls with and correspondence to/from Elizabeth Green regarding results of hearing, and impact of same on strategy of committee moving forward.

| 06/27/14 | McDow Ashley M. | | 500.00 | 0.40 | 200.00 |

Correspondence to/from Caroline Djang and representative of Digimex regarding discussions relating to validity of claim filed by Digimex and procedure relating to any potential objection(s) thereto.

| 06/27/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Conference call with Jeff Golden, counsel for Koi Enterprises, regarding results of hearings and impact of same on various moving parts.

| 06/27/14 | McDow Ashley M. | | 500.00 | 1.20 | 600.00 |

Draft detailed summary of results of hearing and correspondence to committee members related to same.

| 06/29/14 | McDow Ashley M. | | 500.00 | 0.40 | 200.00 |

Conference call with committee chair regarding agenda for weekly committee conference call.

| 06/29/14 | McDow Ashley M. | | 500.00 | 0.70 | 350.00 |

Prepare agenda for weekly committee conference call and circulate same to group.

| 06/30/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for Antony Vo regarding attendance at committee meetings.

| 06/30/14 | McDow Ashley M. | | 500.00 | 0.40 | 200.00 |

Conference call with Rob Harris, counsel for Uniquify, regarding proposal for release of various orders.

| 06/30/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Conference call with Ed Smith regarding proposed sale of chips and revisions to be made to sale proposal.

| 06/30/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from chair of committee regarding changes to be made to proposed orders regarding joint administration, employment of Katten Muchin, and cash management.

| 07/01/14 | Delaney Michael T. | | 350.00 | 0.80 | 280.00 |

Draft declaration of Ashley McDow in support of the application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

| 07/01/14 | McDow Ashley M. | | 0.00 | 0.00 | 0.00 |

Review and analyze budget (and amended budget) provided by Debtors.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

07/01/14    McDow Ashley M.                    500.00    0.10    50.00

Correspondence to/from Julie Glossen regarding status of employment application of committee to retain Baker Hostetler.

07/01/14    McDow Ashley M.                    500.00    1.80    900.00

Correspondence to/from Ray Gallo and committee regarding continued interference of non-committee members in committee business.

07/01/14    McDow Ashley M.                    500.00    0.40    200.00

Conference call with Julie Glossen, Ankie To, and Rob Edgeworth regarding potential remedies for committee interference by member's lawyer.

07/01/14    McDow Ashley M.                    500.00    0.40    200.00

Conference call with Julie Glosson and Ankie To regarding content and terms of cash management order proposed by debtors.

07/02/14    McDow Ashley M.                    500.00    0.90    450.00

Correspondence to/from the committee regarding specific concerns with the budget proposed by the Debtors.

07/02/14    McDow Ashley M.                    500.00    0.50    250.00

Correspondence to/from committee regarding distribution of price list provided by debtors (and associated "confidentiality" issues related thereto).

07/02/14    McDow Ashley M.                    500.00    0.30    150.00

Conference call with chair of committee regarding circulation of and protocol relating to application to employ Baker Hostetler as counsel for the committee.

07/02/14    McDow Ashley M.                    500.00    0.10    50.00

Conference call with Ed Smith regarding budget proposed by Debtors and approach of respective parties at upcoming hearing.

07/02/14    McDow Ashley M.                    500.00    0.30    150.00

Conference call with Rob Harris regarding recent correspondence by and among committee and Ray Gallo.

07/02/14    McDow Ashley M.                    500.00    0.10    50.00

Conference call with Julie Glosson regarding recent correspondence by and among committee members and Ray Gallo.

07/02/14    McDow Ashley M.                    500.00    0.30    150.00

Conference calls with Rob Edgeworth, chair of committee, regarding results of hearing and strategy moving forward in light of same.

07/02/14    McDow Ashley M.                    500.00    0.20    100.00

Conference call with Julie Glosson regarding results of hearing and intent of committee moving forward in light of same.

07/03/14    McDow Ashley M.                    500.00    0.20    100.00

Review and evaluate proposed engagement letter by and between committee and Province.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 39

07/03/14    McDow Ashley M.                    500.00        0.80        400.00
Conference call with committee regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and appropriate response to be made to same.

07/03/14    McDow Ashley M.                    500.00        0.20        100.00
Conference calls with Rob Edgeworth regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and need for emergency committee hearing to address next course of action.

07/03/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Jeff Golden regarding recent communications from Ray Gallo and impact of same on ability of committee to function appropriately.

07/03/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Rob Edgeworth regarding potential removal of Hamilton Hee based upon recent disruptive behavior exhibited by Ray Gallo.

07/03/14    McDow Ashley M.                    500.00        0.40        200.00
Review correspondence from various committee members regarding concerns with proposed budget and price list and prepare list of same to discuss with counsel for the Debtors and Province.

07/03/14    McDow Ashley M.                    500.00        0.30        150.00
Conference call with chair regarding feedback from committee call with respect to budget and price list in particular.

07/03/14    McDow Ashley M.                    500.00        0.80        400.00
Conference call with representatives of Province and chair of committee regarding due diligence request and potential issues with proposed budget.

07/04/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from and conference call with Rob Edgeworth regarding recent information learned about Guido Ochoa and manner in which to approach same, particularly in light of current make use of committee.

07/04/14    McDow Ashley M.                    500.00        0.20        100.00
Confer with Steve Gubner counsel for Antony Vo, regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

07/04/14    McDow Ashley M.                    500.00        0.20        100.00
Confer with Jeff Golden counsel for Koi Systems regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.

07/05/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Rob Edgeworth regarding role of Province in committee meeting to discuss proposed sale terms.

07/05/14    McDow Ashley M.                    500.00        0.20        100.00
Conference calls with Rob Edgeworth regarding need for emergency motion for appointment of Chapter 11 trustee, particularly in light of recent sale proposal from Debtors and Liquidbits.

Baker & Hostetler LLP

| 07/06/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |
|---|---|---|---|---|

Conference call with committee regarding motion to approve amendment to stipulated order and proposed modifications to be made to stipulated order.

| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding preparation for committee call.

| 07/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Steve Gubner, counsel for Antony Vo, regarding new developments with respect to particular members of committee.

| 07/07/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Confer with Jeff Golden counsel for Koi Systems, regarding results of continued hearing on motion to amend stipulation and recent discussions with counsel for Debtor regarding same.

| 07/07/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth, chair of committee, regarding preparation for 341(a) meeting of creditors of Debtors.

| 07/08/14 | McDow Ashley M. | 500.00 | 6.30 | 3,150.00 |
|---|---|---|---|---|

Attend 341(a) meeting of creditors.

| 07/08/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with committee regarding results of 341(a) meeting of creditors.

| 07/09/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from and conference calls with Pete Morici regarding discussions with Willem relating to potential mining alternatives.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference calls with Rob Edgeworth and Michael Delaney regarding terms of most recent negotiations with Debtors' counsel and responses of committee to be made to same.

| 07/10/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from Ray Gallo regarding "resolution" of disputes between Liquidbits and Debtors and impropriety of direct communication with represented individual members.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth, chair for committee, regarding revisions to amended stipulated order requested by Liquidbits and approved by Debtors.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Correspondence to/from and conference call with Rob Edgeworth, chair of committee, regarding modifications to be made to request(s) for production of documents in support of various motions for 2004 examination.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Correspondence to committee regarding results of hearing, audio of same, status of case, and upcoming motions to be filed.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 17:20   Page 89 of 469

07/11/14    McDow Ashley M.                    500.00        0.20        100.00
Conference call with Jeff Golden counsel for Koi, regarding results of continued hearing of motion to amend stipulated order.

07/12/14    McDow Ashley M.                    500.00        0.10         50.00
Correspondence to Julie Glosson regarding audio recording of initial 341(a) meeting.

07/13/14    Delaney Michael T.                 350.00        0.30        105.00
Draft correspondence to the Committee regarding proposed revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

07/13/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Willem van Rooyen regarding ability of committee to "negotiate" with Liquidbits.

07/13/14    McDow Ashley M.                    500.00        0.20        100.00
Correspondence to/from Kevin Delport, unsecured creditor, regarding rights and remedies of general unsecured creditors in bankruptcy case.

07/13/14    McDow Ashley M.                    500.00        0.50        250.00
Correspondence to/from Ray Gallo regarding confidentiality of committee information.

07/14/14    McDow Ashley M.                    500.00        0.50        250.00
Conference calls with and correspondence to/from Rob Harris, counsel for Uniquify, regarding modifications to be made to Stipulated Order.

07/14/14    McDow Ashley M.                    500.00        1.10        550.00
Conduct weekly committee conference call.

07/15/14    Delaney Michael T.                 350.00        0.30        105.00
Review and draft response to correspondence from Mr. Gallo regarding the production/availability of non-confidential information for general unsecured creditors.

07/15/14    Green Elizabeth A.                 515.00        0.60        309.00
Review issues regarding confidentiality agreement between debtor and committee.

07/15/14    Green Elizabeth A.                 515.00        0.20        103.00
Telephone call with Peter Siddiqui regarding issues related to confidentiality agreement.

07/15/14    Layden Andrew V.                   280.00        0.40        112.00
Review correspondence with Committee regarding upcoming Rule 2004 examinations and Liquidbits' offer term sheet.

07/15/14    Layden Andrew V.                   280.00        0.40        112.00
Continue implementing website for general unsecured creditors.

07/15/14    McDow Ashley M.                    500.00        1.30        650.00
Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).

**Baker & Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with creditor Gary Milling regarding status of case and creation of creditor committee website.

| 07/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Graeme Middleton, creditor, regarding various aspects of case and rights and remedies of creditors with respect to same.

| 07/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, in preparation of 2004 examination of Monica Hushen.

| 07/17/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review correspondence from Committee members.

| 07/18/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review and draft response to correspondence from Mr. Edgeworth regarding the status of the substantive consolidation motion.

| 07/18/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Draft correspondence to the Committee analyzing the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed opposition to same.

| 07/18/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding committee website.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from members of the committee regarding the confidentiality agreement by and between the debtors and the committee.

| 07/19/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss approach of committee to Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

| 07/20/14 | Green Elizabeth A. | 515.00 | 1.40 | 721.00 |

Telephone call with Committee regarding sale motion, objection and strategy.

| 07/21/14 | Layden Andrew V. | 280.00 | 3.10 | 868.00 |

Review transcripts of 341(a) meeting; docket for issues relating to substantive consolidations.

| 07/30/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Conduct committee call regarding advancing hearing on motion to appoint trustee

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ralph Crowder regarding claim in case and overall status of same. Correspondence with Mr. Crowder regarding claim in case and overall status of same.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Corey Weiss, creditor of Hashfast Technologies, regarding nature of claim and process in general.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 820    Filed: 01/13/17    Entered: 01/13/17 17:20    Page 91 of 469

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 08/01/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Shawn O'Conner regarding suggestions for alternative plan.

| 08/05/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Prepare for Committee meeting.

| 08/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with committee regarding results of settlement negotiations and steps moving forward in light of same.

| 08/07/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft report from Committee to creditors regarding status of case.

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth and correspondence to/from Pete Morici regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

| 08/12/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare for and attend creditor committee status conference call.

| 08/12/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Finalize proposed notice to unsecured creditor and draft correspondence to Ms. Green regarding same.

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding notice to creditors and obligations of committee to all creditors for reporting purposes.

| 08/13/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Finalize notice to unsecured creditors.

| 08/19/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr, creditor, regarding status of bankruptcy case.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth, chair of committee, regarding business operations update.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Morici regarding Hashfast D&O policy.

| 08/22/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Rob Edgeworth regarding involvement of Hamilton Hee within the committee and correspondence to Julie Glosson regarding same.

| 08/22/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Sam Ha regarding status of case and correspondence to Sam Ha regarding Notice of Creditors.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 92 of 469

| 08/22/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding resolution with Uniquify to release inventory in order to fulfill orders.

| 08/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and draft response to correspondence from Regan Reckman regarding status of case and filing a proof of claim.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Michael Pryor, creditor of Hashfast, regarding claims process and disposition of estate assets.

| 08/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response from creditor regarding status of bankruptcy case.

| 09/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with Rob Edgeworth regarding details of proposed counter to Liquidbits and Shawn O'Connor.

| 09/02/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Weekly committee call to discuss, among other things, appropriate response to Liquidbits and Shawn O'Connor, approach for trustee motion and motion for substantive consolidation, and appointment of new member to committee.

| 09/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth regarding modifications to be made to "counter" term sheet and confer with Michael Delaney regarding same.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding recap of 2004 examination, potential continuance of same, and production of documents.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding discussions with Ori Katz and potential impact of same on continued 2004 examination and potential global resolution.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Rob Harris regarding status of negotiations with Signetics.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to committee regarding results of hearing and 2004 examination of Simon Barber.

| 09/16/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Participate in Committee call.

| 09/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Weekly committee call.

# Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 09/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Telephone call to Eric Christmas, general unsecured creditor, to discuss status of case.

| 09/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Robert Edgeworth regarding status of business operations and position of committee with respect to manner in which to liquidate inventory.

| 09/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding need for conference call with CRO.

| 09/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Conference call with Robert Edgeworth regarding content of conference call with Victor Delaglio and committee response to same.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review correspondence from potential creditor Xiwen Wang and confer with Ms. McDow regarding the same.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review correspondence from Kang Lu regarding contact information and identify appropriate internal changes to be based thereon.

| 09/30/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Weekly committee call.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding structure of vote to be proposed to committee members.

| 10/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding vote tally with respect to "final" disposition of estate assets.

| 10/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with creditor Frank Chapel regarding Hashfast bankruptcy and the filing of a proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding decision to pursue Uniquify.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Davide Cavion regarding transcripts of Eduardo DeCastro and Simon Barber.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Chad Eller regarding filing proof of claim.

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jeff Golden, counsel for Koi Systems, regarding deadline (if any) for filing of administrative claim(s) in case.

| 10/07/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review issues regarding question raised by unsecured creditor and respond to same.

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725     Doc# 320     Filed: 01/13/17     Entered: 01/13/17 17:20     Page 94 of 469

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Committee regarding recent production of documents by Debtors.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Committee regarding Simon Barber transcript.

| 10/07/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Weekly committee call.

| 10/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Rob Harris regarding solicitations with respect to avoidance actions.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding agenda for weekly committee call.

| 10/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from potential unsecured creditors regarding status of the case and filing of proof of claims.

| 10/14/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Weekly committee status call.

| 10/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Confer with Mr. Layden regarding creditor inquiry about filing an untimely proof of claim and the proposed response to the same

| 10/15/14 | Layden Andrew V. | 280.00 | 0.60 | 168.00 |
|---|---|---|---|---|

Review issues regarding multiple creditor inquiries and respond to same.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding agenda for conference call with counsel for Tim Wong regarding 2004 examination

| 10/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding logistics relating to future weekly committee calls.

| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding suggestions for appropriate nature and extent of marketing efforts.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding results of hearing status conference.

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Harris, counsel for Uniquify, regarding various matters, including but not limited to status of adversary proceeding against Uniquify and Signetics and current business operations of Debtors.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding agenda for bi-monthly committee call.

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 320    Filed: 01/13/17    Entered: 01/13/17 14:17:20    Page 95 of 469

| 10/28/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Weekly committee call.

| 11/04/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Matthew Richards regarding case status and filing a proof of claim and draft follow-up correspondence regarding the same.

| 11/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review creditor inquiry and draft correspondence to Mr. Layden regarding the same.

| 11/11/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding sale.

| 11/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Robert Edgeworth, chair of the committee, regarding update on business operations and pending/likely sales.

| 11/13/14 | Layden Andrew V. | 280.00 | 1.20 | 336.00 |

Respond to two creditor inquiries submitted through Unsecured Creditors Committee website.

| 11/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with Robert Edgeworth, chair of committee, regarding status of votes on sale proposal.

| 11/13/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Confer with Robert Edgeworth, chair of committee, regarding most efficient and effective manner in which to review documents produced by Tim Wong.

| 11/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Mr. Morici regarding the provision of certain documents subject to the confidentiality agreement with debtors.

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr, creditor, regarding contact information for same, and correspondence to/from Sonia Gaeta regarding same.

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr regarding new contact information.

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with Robert Edgeworth, chair of committee, regarding status of votes on sale proposal.

| 11/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Elizabeth Green regarding strategy and approach for 2004 examination of Tim Wong, particularly in light of scope of D&O policy.

| 11/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review correspondence from Pete Morici regarding analysis of documents produced by Tim Wong and incorporate portions of same into deposition outline.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 820    Filed: 01/13/17    Entered: 01/13/17 17:20:20    Page 96 of 469

| 11/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Pete Morici regarding results of 2004 examination.

| 11/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Robert Edgeworth, chair of committee, regarding results of 2004 examination of Tim Wong and impact of same on various aspects of case.

| 11/19/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding offer proposed by Simon Barber and likely response of committee to same.

| 11/20/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |
|---|---|---|---|---|

Respond to creditor inquiry through the Committee Website.

| 11/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding final Bitcoin reconciliation and agenda for committee call.

| 11/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding agenda for bi-monthly weekly committee call.

| 11/25/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |
|---|---|---|---|---|

Bi-monthly committee call.

| 12/01/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding parameters of likely bid to be submitted by Simon Barber and potential need for committee call to discuss same and bid received from Duncan Wallace to purchase certain inventory

| 12/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Draft correspondence to committee regarding fee applications and Province compensation motion.

| 12/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to Committee regarding parameters of bid submitted by Simon Barber and parameters and deadlines for submitting overbids

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Bob Smith regarding particulars of Simon Barber bid

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference calls with Robert Edgeworth, chair of the committee, regarding potential basis for proceeding against directors and/or officers pursuant to D&O policy

| 12/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Bob Smith regarding Mark Lowe

| 12/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Antony Vo regarding potential "auction" of intellectual property and status of various litigation

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | | |
|---|---|---|---|---|---|
| 12/09/14 | McDow Ashley M. | | 500.00 | 1.20 | 600.00 |

Bi-monthly committee call

| 12/10/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Rob Harris and Peter Siddiqui regarding Debtors' receipt of wafers and impact of same on pending adversary proceeding against Uniquify

| 12/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Robert Edgeworth regarding manner in which to respond to Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses and documents and information necessary to be filed in support thereof

| 12/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from and conference calls with Rob Edgeworth regarding matters to be addressed in Reply of Baker & Hostetler to Gallo Objection to First Interim Application of Baker & Hostetler for Payment of Fees and Reimbursement of Expenses

| 12/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Antony Vo and Steve Gubner regarding matters to be addressed in Reply of Baker & Hostetler to Gallo Objection to First Interim Application of Baker & Hostetler for Payment of Fees and Reimbursement of Expenses

| 12/17/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with Kathleen Cergnalia, counsel for the Gottardis, regarding tentative ruling and attendance at various hearings

| 12/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare for and conduct conference call with Trenton Bullock regarding claim and status of case

| 12/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Bi-monthly committee call

| 12/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Robert Edgeworth, chair of committee, regarding demand letter to be sent to counsel for Debtors

| 01/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Pete Morici regarding fee applications and information needed for Marc Lowe complaint

| 01/06/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Rob Edgeworth regarding bi-monthly committee calls

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members regarding the reservation of rights for amended Katten Muchin fee application

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Robert Edgeworth regarding Simon Barber settlement agreement

Baker & Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Manu Kaunish regarding change of address

| 01/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Robert Edgeworth regarding correspondence inadvertently received from Guido and manner in which to respond to same based on structure of settlement with Simon Barber

| 01/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Maria Nunez regarding recent services performed by Simon Barber and correspondence to/from Victor Delaglio regarding same

| 01/13/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft response to correspondence from committee members regarding the independent contractor agreement for Simon Barber and services provided by Simon Barber to date

| 01/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elric Traverv, unsecured creditor of Hashfast, regarding status of case

| 01/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the correspondence from committee regarding Simon Barber settlement and independent contractor agreement

| 01/15/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Review and draft detailed response to correspondence from Ms. Nunez regarding the Simon Barber settlement and independent contractor agreement

| 01/15/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review multiple correspondence from committee regarding Simon Barber settlement and independent contractor agreement

| 01/16/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize detailed correspondence to Ms. Nunez regarding Simon Barber settlement and independent contractor agreement

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Rob Edgeworth, chair of committee, regarding potential sale of remaining assets of Debtors

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise correspondence to be sent to Guido Ochoa regarding independent consulting agreement with Simon Barber and correspondence to/from Peter Siddiqui and Michael Delaney regarding same

| 01/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the proposed response to correspondence from Ms. Nunez regarding the Simon Barber settlement agreement and independent contractor agreement

| 01/20/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Revise response to correspondence from Ms. Nunez regarding the Simon Barber settlement agreement and independent contractor agreement in light of discussion with Ms. McDow.

Baker&Hostetler LLP

Case: 14-30725   Doc# 320   Filed: 01/13/17   Entered: 01/13/17 14:17:20   Page 99 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss Mazacoin "offer"

| 01/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Robert Edgeworth regarding nature of alleged priority claims

| 01/23/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Benjamin Lindner and Sonia Gaeta regarding addresses for debtors and debtor related entities

| 01/29/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Prepare agenda for committee call

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Robert Edgeworth and Davide Cavion regarding committee call to discuss potential claims belonging to the estate

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Bob Smith regarding scope of assets sold to Guido Ochoa

| 01/30/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Willem van Rooyen regarding litigation analysis

| 01/30/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Committee call to discuss potential claims and causes of action to be pursued by Committee and/or Liquidating Trustee

| 02/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Willem van Rooyen and Caroline Djang regarding particulars of plan and disclosure statement

| 02/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Follow up correspondence to Caroline Djang and Willem van Rooyen regarding composition of liquidating trust

| 02/14/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to committee regarding the amended consolidated plan and disclosure statement

| 02/17/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Robert Edgeworth, chair of committee, regarding results of hearing and amendments to Consolidated Plan and Disclosure Statement to be made in light of same

| 02/24/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members to schedule conference call to discuss the amended consolidated plan and disclosure statement

| 02/25/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Prepare for and attend committee call regarding amended consolidated plan and disclosure statement

# Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 02/25/15 | McDow Ashley M. | 530.00 | 0.90 | 477.00 |

Committee call regarding amended plan and disclosure statement and revisiting differences between Chapter 7 and Chapter 11

| 02/27/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee members regarding the opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee

| 03/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Robert Edgeworth, chair of committee, regarding manner in which committee should respond to Motion to Approve settlement with Hypertechnologie Ciara, Inc.

| 03/12/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Matthew Richards regarding status of case and proposed treatment of claim

| 03/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with and correspondence to/from Robert Edgeworth, chair of committee, regarding new information on whereabouts of Hamilton Hee and assess how to handle

| 03/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Rob Harris regarding motion to convert

| 03/27/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee members regarding the amended consolidated plan and disclosure statement dated March 27, 2015

| 03/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to counsel for Liquidbits regarding the amended consolidated plan and disclosure statement dated March 27, 2015 and order tentatively approving the same

| 03/27/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Greg Rougeau, counsel for Liquidbits, regarding modifications made to amended plan and disclosure statement

| 04/02/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow and Mr. Edgeworth in preparation for conference call to discuss, among other things, the potential settlements with Liquidbits and Lowe

| 04/02/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft multiple correspondence to the committee regarding the scheduling of a conference call to discuss, among other things, the potential settlements with Liquidbits and Lowe

| 04/03/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Prepare for and attend committee call regarding potential Liquidbits and Lowe settlements

| 04/03/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Confer with Mr. Cavion regarding potential Liquidbits and Lowe settlements

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 101 of 469

| 04/03/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |
|---|---|---|---|---|

Committee call regarding potential resolutions with Marc Lowe and Liquidbits

| 04/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Correspondence to/from Robert Edgeworth, chair of committee, regarding proposed resolution between Debtors and Liquidbits and Debtors and Marc Lowe

| 04/06/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Nick Simmons regarding case status

| 04/06/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Mr. Hendrickson regarding case status

| 04/06/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Correspondence to/from Robert Edgeworth, chair of committee, regarding proposal for alternative settlement structure with Marc Lowe

| 04/07/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Rooney regarding the case status

| 04/09/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Don Bosse regarding case status

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Edgeworth regarding the correspondence explaining the committee's position as to the plan of liquidation

| 04/13/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from Robert Stehr regarding mailing address and submission of ballot

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Shaun Biggin regarding address changes with court

| 04/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Lauren Coe regarding voting and submission of ballots

| 04/14/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Rob Harris regarding vote to reject plan submitted by Uniquify and correspondence to/from Elizabeth Green and Robert Edgeworth regarding same

| 04/15/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from Shaun Biggin regarding plan of liquidation and voting

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Mr. Stehr regarding case status and disclosure statement and plan

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 102 of 469

| 04/15/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from Luke Dashjr regarding disclosure statement and plan of liquidation

| 04/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Peter Harris regarding the March 27 Plan and voting thereon

| 04/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Rick Rooney regarding the March 27 Plan and voting thereon

| 04/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with David Reed regarding the March 27 Plan and voting thereon

| 04/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Zuber LLP regarding the submission of a ballot

| 04/24/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Mr. Krieger regarding the March 27 plan and treatment of his claim

| 04/24/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Mr. Sorensen regarding the plan and contact information for service

| 04/27/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from creditors regarding the March 27 Plan of Liquidation and voting thereon

| 04/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Trenton Bullock regarding the treatment of claim under the March 27 Plan of Liquidation and voting thereon

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with multiple creditors regarding the submission of a ballot for the March 27 plan

| 04/30/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |
|---|---|---|---|---|

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and voting thereon

| 05/01/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan

| 05/04/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and submitting votes for the same

| 05/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Marisa Marinello of Zuber Law regarding ex parte motion to extend time for specific creditors to vote on the plan of reorganization

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 05/05/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft response to correspondence from multiple creditors regarding the March 27 plan and submitting ballots

| 05/06/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and voting

| 05/07/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Draft proposed correspondence to Guido Ochoa regarding final payment on March 2015 purchase order

| 05/08/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Guido Ochoa regarding a call to discuss the purchase installment payment

| 05/08/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from Ms. McDow regarding the proposed correspondence to Guido Ochoa regarding the purchase installment payment

| 05/08/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Finalize proposed correspondence to Guido Ochoa regarding the purchase installment payment

| 05/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Mr. Kasolas regarding the proposed correspondence to and proposed conference call with Guido Ochoa

| 05/11/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan

| 05/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan

| 05/18/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Draft status report for committee members

| 05/18/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the preparation of a committee status report and current ballot tabulation for March 27 plan

| 05/18/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Confer with Michael Delaney regarding content of status update to be sent to committee

| 05/19/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize correspondence to committee members regarding status of bankruptcy case

| 05/19/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise status update to be sent to committee and confer with Michael Delaney regarding additional information to be included in same, particularly with respect to portion relating to Guido Ochoa

# Baker & Hostetler LLP

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 104 of 469

| 05/20/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft responses to multiple correspondence from Mr. Edgeworth regarding Koi Systems' waiver of right to payment of administrative claim on effective date of March 27 plan

| 05/20/15 | Delaney Michael T. | 385.00 | 1.40 | 539.00 |

Draft follow-up correspondence to Guido Ochoa regarding rights and obligations under purchase order and potential implications from non-payment

| 05/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise correspondence to Guido Ochoa regarding payment to be made and confer with Michael Delaney and Elizabeth Green regarding same

| 05/20/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Robert Edgeworth regarding potential for release in exchange for agreement to waive right to receive payment on the Effective Date

| 05/21/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Finalize correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast

| 05/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspondence and telephone call to Ms. Green regarding the correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast

| 05/21/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Telephone call to Ms. Green regarding the correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast

| 05/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Mr. Edgeworth regarding emergency approval of the Liquidbits settlement agreement

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review committee bylaws in preparation of correspondence to committee members describing the Liquidbits settlement and the implications for the proposed plan of reorganization

| 05/26/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft correspondence to committee members describing the Liquidbits settlement and the implications for the proposed plan of reorganization

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members regarding the proposed addendum to the Ochoa purchase order

| 05/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from committee members regarding the proposed Liquidbits settlement and approval of the same.

| 05/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence regarding Ochoa settlement payment

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 105 of 469

| 05/26/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Davide Cavion regarding specifics of Liquidbits proposal

| 06/01/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Confer with multiple creditors regarding case status and formation of liquidating trust

| 06/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to committee members regarding the proposed supplemental brief in support of the motion to approve Liquidbits Corp. compromise

| 06/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Elrick Trever regarding current status of case

| 06/11/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to Guido Ochoa regarding addendum to purchase order with Debtors and correspondence to Eduardo DeCastro regarding same

| 06/14/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Pete Morici and Rob Edgeworth regarding results of hearings and identity of creditor who appeared at hearing to "object"

| 07/08/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Paez regarding case status and formation of liquidating trust

| 07/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft responses to correspondence from committee members and debtors counsel regarding the execution of the hashfast creditor trust agreement

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to Mr. Kasolas regarding correspondence from Diana Skye regarding claim transfers

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Diana Skye regarding claim transfers

| 07/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Ivo Stoychev regarding status of plan confirmation and payment of claims

| 07/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Luke Dashjr regarding statue of bankruptcy and service of documents

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review correspondence from Ray Gallo regarding mailing address for Max Avroutski

| 07/15/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft response to correspondence from counsel for Graeme Middleton regarding the status of the bankruptcy case and payment timeline

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 106 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 58

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with California Board of Equalization regarding status of business operations and liquidation

| 07/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to committee members regarding the executed version of the liquidating trust agreement

| 07/23/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from committee members regarding the execution of the Hashfast Creditor Trust Agreement and effectuation of the same

| 07/24/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with "Jose," creditor of estate, regarding treatment of claim and status of case

| 07/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Zuber law firm regarding case status and administration of liquidating trust

| 07/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Uniquify regarding the execution of the liquidating trust agreement

| 07/30/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with creditors regarding the administration of the liquidating trust and estimated timeline for disbursements

**Meeting And Communication With Creditors (B150)** — 120.90 — 54,253.00

| 06/25/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Review schedules, proofs of claim and claims register in preparation of conflict check and retention application; confer with Ms. McDow regarding same.

| 06/26/14 | Carteen, Lisa I | 510.00 | 1.20 | 612.00 |

Review conflicts reports in preparation of retention application to employ Baker Hostetler as committee counsel. Staff preparation of motions (L250).

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |

Review Katten Muchin employment application and draft opposition to same.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review amended application for employment of Katten Muchin and identify differences in same and original application.

| 06/27/14 | Carteen, Lisa I | 510.00 | 0.50 | 255.00 |

Continue review and analysis of conflict reports in preparation of retention application to employ Baker Hostetler as committee counsel.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise proposed Order Approving Employment of Katten Muchin as General Bankruptcy Counsel.

**Baker&Hostetler LLP**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered order for relief and confirm no interlineations made by court.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review Statement of Qualifications for Province, conference call with committee chair regarding same, and correspondence to committee regarding "pitch" of same.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review local rules regarding the filing of employment applications.

| 07/01/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Draft application to employ general bankruptcy counsel for the Unsecured Creditors Committee.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Research rules governing the employment of creditors' committee counsel.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Application of Creditors Committee to Employ Baker Hostetler as general counsel and Declaration of Ashley McDow in support thereof.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Amanda Derby of Province regarding Application for Employment of Province.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review/revise application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise declaration in support of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review results of conflicts check review in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review United States Trustee's guidelines for employment application in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to counsel for Debtors regarding approval of "final" proposed Order Approving Application of Debtors' to Employ Katten Muchin as General Bankruptcy Counsel.

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review final version of committee application to employ Baker Hostetler as committee counsel and confer with Michael Delaney regarding additional modifications to be made to same.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to application to employ Baker & Hostetler as counsel for unsecured creditors committee.

**Baker & Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/03/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Finalize and prepare application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to the United States Trustee regarding the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the exhibits for inclusion with the application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee in light of order limiting service.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Prepare proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.

| 07/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Review order limiting service in preparation of proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee.

| 07/23/14 | Garner Harry | 350.00 | 0.80 | 280.00 |

Correspondence with Province regarding additional disclosure for retention application; finalize, file and direct service of same.

| 07/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Approving Official Committee of Unsecured Creditors' Application to Employ Baker Hostetler as General Bankruptcy Counsel and confirm no interlineations made by Court.

| 08/19/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and revise notice of withdrawal of Province employment application.

| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the preparation of an interim fee application for Baker & Hostetler LLP.

| 11/03/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research procedure for approval of interim fee applications in the Northern District Bankruptcy Court.

| 11/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Patricia Martin of UST regarding accrued professional expenses.

| 11/07/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Analyze dates and deadlines for filing a fee application; correspond with the Debtor's counsel regarding the same; Confer with Ashley M. McDow regarding date and time of filing of the Fee Application.

# Baker & Hostetler LLP

Atlanta       Chicago       Cincinnati     Cleveland     Columbus       Costa Mesa     Denver
Houston       Los Angeles   New York       Orlando       Philadelphia   Seattle        Washington, DC

| 11/11/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Communicate with Debtor's counsel regarding Fee Applications.

| 11/14/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Confer with the Accounting Department regarding Hashfast's Interim Fee Application.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Initial preparation of Declaration of Ashley M. McDow in support of the First Interim Fee Application.

| 11/20/14 | Farivar, Fahim | 320.00 | 1.40 | 448.00 |

Began drafting of the First Interim Fee Application.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Draft Notice of the First Interim Fee Application.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Begin reviewing of invoices for preparation of the First Interim Fee Application and confer with Ashley M. McDow regarding the same.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Review and analysis of time entries for Meeting and Communication with Creditors (B150) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.70 | 224.00 |

Review and analysis of time entries for Asset Disposition (B130) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/20/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review and analysis of time entries for Asset Analysis and Recovery (B120) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/20/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Review and analysis of time entries for Administration (B100)/Case Administration (B110) in support of the First Interim Fee Application continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Research regarding notice period for fee applications in preparation of same.

| 11/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow and Mr. Farivar regarding the notice period for fee applications.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.70 | 224.00 |

Review and analysis of time entries for Written Discovery (L310)/ Deposition (L330)/ Discovery Motions (L350)/ Other Discovery (L390)/Fact Witness (L410) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:        01/13/17
Invoice Number:      50335064
Matter Number:       093044.000001
Page 62

| 11/21/14 | Farivar, Fahim | 320.00 | 2.40 | 768.00 |

Continue preparing the introduction section, the statement of facts and the argument section of the First Interim Fee Application.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Review and analysis of time entries for Trial and Hearing Attendance (L450)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.80 | 256.00 |

Review and analysis of time entries for Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.70 | 224.00 |

Review and analysis of time entries for Analysis and Advise (C300)/Fact Investigation/Development (L110)/ and Analysis / Strategy (L120)/ Expert/Consultants (L130) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review and analysis of time entries for Bankruptcy Related Advice (B400)/General Bankruptcy Advise - Options (B410).n support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review and analysis of time entries for Plan and Disclosure Statement (B320)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Review and analysis of time entries for Claims and Plan (B300)/ Claims Administration and Objections (B310) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Review and analysis of time entries for Operation (B200)/ Business Operation (B210)/ Financing - Cash Collections (B230)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Review and analysis of time entries for Avoidance Action Analysis (B180) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review and analysis of time entries for Fee-Employment Application (B160) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.

| 11/21/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Analyze dates and deadlines for timely filing the First Interim Fee Application; Confer with Ashley M. McDow, Michael Delaney, and the Debtors' counsel regarding the same.

## Baker&Hostetler LLP

| 11/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Debtors' Application for Order Authorizing and Approving the Continued Employment and Retention of Peter Kravitz and Others at Province, Inc. as CRO and assess need to object.

| 11/25/14 | Carteen, Lisa I | 510.00 | 5.00 | 2,550.00 |

Work on fee application.

| 11/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and revise billing statements in preparation for Baker & Hostetler fee application.

| 11/25/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Siddiqui regarding procedure for filing fee applications of Debtor and Committee and new retention agreement for Province.

| 11/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review and revise invoices to be submitted in support of First Interim Fee Application of Baker & Hostetler LLP.

| 11/26/14 | Carteen, Lisa I | 510.00 | 4.00 | 2,040.00 |

Continue working on fee application.

| 11/26/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |

Continue reviewing and revising billing statements in preparation for Baker & Hostetler LLP fee application.

| 11/26/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review, revise, and update the Notice of the First Interim Fee Application.

| 11/26/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Continue updating the First Interim Fee Application.

| 11/26/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Review and analysis of time entries for any confidential/privileged communications to redact in support of the First Interim Fee Application.

| 11/28/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Review, analyze and discuss service issues for the First Interim Fee Application.

| 11/28/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Revise, update, and finalize the Statement of Facts for the First Interim Fee Application.

| 11/28/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Revise, update, and finalize Declaration of Ashley M. Mcdow in support of the First Interim Fee Application.

| 11/28/14 | Farivar, Fahim | 320.00 | 2.10 | 672.00 |

Revise, update, and finalize the fee break down and task category section for the First Interim Fee Application.

| 11/28/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Confer with Ashley Mcdow regarding revising and updating the First Interim Fee Application.

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 112 of 469

| 11/28/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Revise, update, and finalize the Notice of the First Interim Fee Application.

| 11/28/14 | McDow Ashley M. | 500.00 | 3.60 | 1,800.00 |

Review and revise First Interim Fee Application for Baker & Hostetler and correspondence to/from Fahim Farivar regarding modifications to be made to same.

| 12/01/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Prepare declaration regarding corrected proofs of services for Notice of Application and First Interim Fee Application and correspond with service parties requesting email for service.

| 12/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Province compensation motion in preparation of correspondence to committee regarding the same.

| 12/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Katten Muchin fee application in preparation of correspondence to committee regarding the same.

| 12/02/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and analyze fee application filed by Katten Muchin, confer with Elizabeth Green regarding same, and assess need to object to same

| 12/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Joinder and Joinder of Gallo Creditors to Objection to United States Trustee to Debtors' Application for Order Authorizing and Approving Continued Employment of Peter Kravitz and Province and assess need of Committee to respond to same

| 12/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Elizabeth Green regarding manner in which to respond to Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses

| 12/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses and identify points to be included in reply to same

| 12/15/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Prepare detailed response to United States Trustee comments to Baker Hostetler fee application

| 12/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review United States Trustee comments to Baker Hostetler fee application

| 12/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review potential exhibits to be submitted in support of response to Gallo objection to Baker Hostetler fee application

| 12/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding response to Gallo objection to Baker Hostetler fee application

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 113 of 469

| 12/15/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to committee regarding the reservation of rights regarding Katten Muchin fee application

| 12/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Draft reservation of rights regarding Katten Muchin fee application

| 12/15/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the United States Trustee comments to Baker Hostetler fee application and proposed responses thereto

| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson regarding additional information to be submitted to UST with respect to First Interim Fee Application

| 12/16/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |
|---|---|---|---|---|

Draft reply to Gallo objection to Baker Hostetler fee application

| 12/16/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Analyze objection to Baker Hostetler fee application filed by the Gallo creditors

| 12/16/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Analyze emails from Ray Gallo evidencing prejudice against Baker Hostetler and unprofessional conduct in preparation of reply to Gallo objection to Baker Hostetler fee application

| 12/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow regarding the reply to Gallo objection to Baker Hostetler fee application

| 12/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Finalize response to Gallo creditors' objection to Baker Hostetler fee application

| 12/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Prepare exhibits in support of response to Gallo creditors' objection to Baker Hostetler fee application for filing

| 12/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Draft declaration in support of response to Gallo creditors' objection to Baker Hostetler fee application

| 12/18/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Prepare response to Gallo objection to Baker Hostetler fee application for service

| 12/18/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Review and revise proof of service for response to Gallo objection to Baker Hostetler fee application

| 12/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Granting In Part and Denying in Part First Interim Application for Approval of Compensation and assess impact of changes made by Court

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 12/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Julie Glosson, attorney for UST, regarding continuation of hearing on First Interim Fee Applications

| 12/22/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review court docket regarding need to amend the fee application and confer with Ashley M. McDow regarding the same.

| 12/23/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding correspondence to committee regarding Baker & Hostetler fee application and continued hearing on same

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review Court's ruling and Court's guidelines regarding amending the application for compensation.

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review correspondence with US Trustee regarding compliance with Court's guidelines and confer with Ashley M. McDow regarding the same.

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Listen to audio recording of hearing on the First Interim Fee Application.

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review billing entries and recategorize billing task codes per the Court's guidelines.

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Revise the First Interim Application to comply with Court's instructions.

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Revise and update the notice of First Interim Fee Application.

| 12/23/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Denying Application for Order Authorizing and Approving Continued Employment of Province.

| 12/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Fahim Farivar regarding modifications to be made to the First Interim Fee Application of Baker Hostetler in order to address concerns of UST and Court

| 12/28/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow regarding proposed notice to committee regarding the continued hearing on the Baker & Hostetler fee application

| 12/29/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Continue revising and updating the invoices to comply with the Court's instruction and correspond with Elaine Baca regarding the same.

| 12/29/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Continue reviewing the invoice and preparing the Amended First Interim Fee Application.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Name | | | |
|---|---|---|---|---|
| 12/30/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue reviewing the invoices by task code category and reviewing and revising the Amended First Interim Fee Application.

| 12/30/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Finalize the Amended Notice of the First Interim Application.

| 12/31/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Review and analyze the Debtors' Amended First Interim Fee Application and Declaration in support.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Finalize the Amended First Interim Application based on Ashley M. McDow and confer with Ashley M. McDow regarding the same.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review invoices sorted by date for any incorrect and duplicative entries.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue updating the Amended First Interim Application and Notice thereof.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Compiling the exhibits in support of the Amended First Interim Application.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Correspond with the Committee regarding the filed Amended First Interim Fee Application.

| 12/31/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue revising and finalizing Ashley M. McDow's declaration in support of the Amended First Interim Fee Application.

| 12/31/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review and revise revised First Interim Fee Application of Baker Hostetler

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding Baker & Hostetler fee application

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the reservation of rights for amended Katten Muchin fee application

| 01/09/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Prepare reservation of rights for amended Katten Muchin fee application

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding objection to amended Baker & Hostetler fee application and preparation of reply to same

| 01/16/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review Liquidbit's objection and Hamilton Hee's joinder to Baker's Fist Interim Fee Application.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

01/16/15   McDow Ashley M.                          530.00        0.40        212.00

Review invoices to be filed in support of Request for Administrative Claim to be filed in committee chair in order to identify any matters which should be excluded and confer with Jeff Golden, counsel for chair, regarding same

01/20/15   McDow Ashley M.                          530.00        0.20        106.00

Conference call with Jeff Golden regarding time entries which should be excluded from Motion for Approval of Administrative Claim to be filed on behalf of Robert Edgeworth, chair of the committee

01/22/15   McDow Ashley M.                          530.00        0.30        159.00

Review docket for tentative ruling and review relevant pleadings in preparation for hearings on fee applications of Baker Hostetler and Katten Muchin

01/28/15   McDow Ashley M.                          530.00        0.20        106.00

Prepare Order Approving in Part and Deferring in Part Application of Baker Hostetler for Fees and Expenses

02/02/15   McDow Ashley M.                          530.00        0.10         53.00

Review entered Order on Official Committee of Unsecured Creditors Amended Application for Fees and Reimbursement of Expenses and correspondence to Debtor regarding same

12/27/16   Farivar, Fahim                           380.00        2.20        836.00

Continue preparing the fact section of Baker's Second Interim Fee Application, including the Declaration of Ms. McDow in support.

01/03/17   Farivar, Fahim                           410.00        1.10        451.00

Review revised invoices and continue revising and updating the fee figures and adding narrative sections as necessary in the Final Fee Application of Baker Hostetler per the information obtained from the invoices and quick review of the invoices for any necessary redactions.

01/04/17   Farivar, Fahim                           410.00        0.70        287.00

Draft Asset Disposition section (B130) of Final Fee Application of Baker Hostetler.

01/04/17   Farivar, Fahim                           410.00        0.70        287.00

Draft the narrative section Asset Analysis and Recovery Section (B120) of Final Fee Application of Baker Hostetler.

01/04/17   Farivar, Fahim                           410.00        1.10        451.00

Draft the narrative section regarding Administration (B100)/Case Administration (B110) of Final Fee Application of Baker Hostetler.

01/04/17   Farivar, Fahim                           410.00        1.60        656.00

Draft the fact section, the sections related to invoices, the section related to prior invoices and Declaration of Ms. McDow per the information obtained from the invoices of Final Fee Application of Baker Hostetler.

01/04/17   Farivar, Fahim                           410.00        0.20         82.00

Continue revising and updating Baker's Notice of Hearing on Baker's Final Fee Application per the information obtained from the invoices.

## Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 09:17:20    Page 117 of 469

| 01/05/17 | Farivar, Fahim | 410.00 | 0.40 | 164.00 |

Draft the narrative section regarding Written Discovery (L310)/Document Production (L320)/Deposition (L330)/Discovery Meotions (L350)/Ohter Discovery (L390)/Fact Witness (L410) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.20 | 82.00 |

Draft the narrative section regarding Trial and Hearing Attendance (L450)/ Other Trial Preparation and Support (L440)/ Court Mandated Conference (L230)of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.20 | 82.00 |

Draft the narrative section regarding Other (P280) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.70 | 287.00 |

Draft the narrative section regarding Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.80 | 328.00 |

Draft the narrative section regarding Settlement/Nonbinding Adr (L160) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.60 | 246.00 |

Draft the narrative section regarding Researching Laws (C200)/Fact Investigation/Development (L110)/ Analysis / Strategy (L120)/ Expert/Consultants (L130) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.10 | 41.00 |

Draft the narrative section regarding Bankruptcy Related Advice (B400) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 1.70 | 697.00 |

Draft the narrative section regarding Plan and Disclosure Statement (B320) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.50 | 205.00 |

Draft the narrative section regarding Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.70 | 287.00 |

Draft the narrative section regarding Avoidance Action Analysis (B180) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 0.70 | 287.00 |

Draft the narrative section regarding Fee-Employment Application (B160)/Fee-Employment Objections (B170) of Final Fee Application of Baker Hostetler.

| 01/05/17 | Farivar, Fahim | 410.00 | 1.20 | 492.00 |

Draft the narrative section regarding Meeting and Communication with Creditors (B150) of Final Fee Application of Baker Hostetler.

## Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 70

| 01/05/17 | Farivar, Fahim | 0.00 | 0.10 | 0.00 |

Follow up correspondence to Ms. Baca regarding the final invoices, including the write-off and the courtesy discount issued.

**Fee - Employment Application (B160)** **84.10** **32,914.50**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Objection of United States Trustee to Application to Employ Peter Kravitz and assess need of committee to file additional pleading

| 12/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise Committee's Reservation of Rights Regarding First Interim Application for Compensation and Reimbursement of Expenses of Katten Muchin

| 12/15/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Assist in drafting Reply to Gallo Opposition to First Interim Fee Application of Baker Hostetler and confer with Michael Delaney regarding structure and content of same

| 12/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Joinder of Liquidbits to Application for Order Approving Continued Employment and Retention of Peter Kravitz and Province and correspondence to Peter Kravitz regarding same

| 12/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding resolution of "issues" relating to First Interim Fee Application of Baker & Hostetler and confer with Michael Delaney regarding same

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Reservation of Rights regarding Katten Muchin fee application and approve same for filing

| 01/15/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and analyze Objection of Liquidbits Corporation to Amended First Interim Application for Compensation and Reimbursement of Expenses by Counsel to Official Committee of Unsecured Creditors and Notice of Joinder and Joinder of Gallo Creditors and assess need and ability to respond

| 01/21/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Notice of Errata to Notice of Joinder and Joinder of Gallo Creditors in Liquidbits Corp.'s Objection to the Amended First Interim Application For Compensation

**Fee - Employment Objections (B170)** **2.20** **1,112.00**

| 10/28/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Victor Delaglio regarding particulars of potential avoidance actions.

| 11/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding potential avoidance actions and the preparation of an agreement with the debtors granting the committee authority to prosecute the same.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/17/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Correspond with Ms. McDow and Ms. Green regarding stipulation to grant committee to prosecute avoidance actions.

| 11/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Begin drafting stipulation to grant committee to prosecute avoidance actions.

| 12/02/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Prepare for and attend strategy meeting with Ms. McDow and Ms. Green regarding fraudulent transfer complaint against Cypherdocs and writ of attachment.

| 12/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Meeting with Michael Delaney and Elizabeth Green regarding nature and content of fraudulent transfer action and application for writ of attachment to be filed against Mark Lowe

| 12/02/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review Statement of Financial Affairs and identify potential avoidance actions to be filed and parties and entities to whom demand letters should be sent

| 12/03/14 | Farivar, Fahim | 320.00 | 2.00 | 640.00 |

Draft preference demand letter for Adrian Port and confer with Ashley M. McDow regarding the same.

| 12/03/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Prepare preference demand letters and confer with Ashley M. Mcdow regarding the same.

| 12/03/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond with Amanda Demby regarding documents in support of the preference claims.

| 12/03/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review potential preference claims regarding demand.

| 12/03/14 | Ojeda, Roxane E. | 155.00 | 2.60 | 403.00 |

Incorporate secepific information from Statement of Affairs filed 8/14/14 and prepare 'Schedule A re: Preferential Transfers Made During Preference Period into Demand Letters (15+).

| 12/04/14 | Ojeda, Roxane E. | 155.00 | 1.30 | 201.50 |

Review and finalize master Schedule A - Preferential Transfers.

| 12/09/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Continue drafting and updating the preference demand letter for Adrian Port and confer with Ashley M. McDow regarding the same.

| 12/09/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors and Debtors' counsel regarding identification of persons and/or entities who received goods within the preference period for the purposes of preference demand letters

| 12/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and revise template preference demand letter and confer with Fahim Farivar regarding modifications to be made to same, particularly in light of standing issue

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 12/10/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond to/from Katie Easter of Province regarding back up data and information for Debtor's preference claims.

| 12/11/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding potential Cipherdoc avoidance action

| 12/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review databases received from Katie Easter from Province regarding QuickBooks files for Hashfast and correspond with Katie Easter regarding the same.

| 12/17/14 | Delaney Michael T. | 350.00 | 3.80 | 1,330.00 |

Review research and documentation regarding Cypherdoc in preparation of fraudulent transfer complaint

| 12/17/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding research and documentation regarding Cypherdoc

| 12/18/14 | Delaney Michael T. | 350.00 | 1.50 | 525.00 |

Continue analysis of voluminous documents regarding debtors' dealings with Cypherdoc and service provided in preparation of Cypherdoc fraudulent transfer complaint

| 12/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding Cypherdoc fraudulent transfer complaint and supporting evidence

| 12/19/14 | Delaney Michael T. | 350.00 | 3.90 | 1,365.00 |

Continue reviewing voluminous documents and correspondence in preparation of Cypherdoc fraudulent transfer complaint

| 12/22/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Draft multiple correspondence to Chief Restructuring Officer and debtors' counsel regarding facts in support of fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)

| 12/22/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Meeting with Ms. McDow regarding the strategy for and allegations contained in fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)

| 12/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to committee regarding Baker & Hostetler fee application and continued hearing on same

| 01/02/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Prepare for and attend conference call with debtors' counsel and management regarding potential avoidance action against Marc Lowe and other potential claims

| 01/02/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |

Correspond with Amanda Demby from Province regarding backup documents and information needed for preference demand letters.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 121 of 469

| 01/02/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue updating the preference demand letters.

| 01/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise revised template for avoidance action demand letters

| 01/05/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Research regarding scope of insiders in preparation of fraudulent transfer complaint against Marc Lowe

| 01/05/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Review revised fraudulent transfers complaint against Marc Lowe

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Debtors' counsel regarding stipulation/motion to confer standing to pursue fraudulent transfer actions on the committee

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding timing for filing of complaint and motion for writ against Lowe in light of standing motion and stipulation

| 01/13/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Prepare for and attend conference call with debtors' counsel regarding fraudulent transfer complaint against Marc Lowe

| 01/13/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Peter Siddiqui and Michael Delaney regarding modifications to be made to Lowe complaint and avoidance action demand letters, and status of plan and disclosure statement

| 01/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to debtors' counsel regarding motion for writ of attachment regarding the 3000 Bitcoin received by Marc Lowe and associated complaint

| 01/14/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Research elements and standards applicable to section 3439.04 claim in preparation of motion for writ of attachment regarding the 3000 Bitcoin received by Marc Lowe

| 01/14/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Finalize fraudulent transfer complaint against Marc Lowe to incorporate additional comments from debtors' counsel

| 01/22/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft correspondence to debtors' counsel regarding Lowe fraudulent transfer complaint and documentation necessary to complete preference demand letters

| 01/30/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference calls with and correspondence to/from Ron Oliner regarding potential retention as special litigation counsel to pursue claims/causes of action on behalf of Committee and/or Liquidating Trustee

# Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 122 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 74

| 02/03/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Peter Kravitz regarding filing and prosecution of Lowe complaint and related motion

| 02/05/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |
|---|---|---|---|---|

Correspond with Ms. Easter and Ms. Demby from Province firm regarding back up information needed to complete the preference demand letters.

| 02/05/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the status of the preference demand letters and back up information regarding the same.

| 02/10/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from debtors' counsel regarding Lowe fraudulent transfer complaint

| 02/13/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference calls with and correspondence to/from Robert Edgeworth, chair of committee, regarding value of claim(s) (and breakdown thereof) for Liquidbits and Uniquify, among others

| 02/17/15 | Green Elizabeth A. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Emails to Peter Siddiqui regarding Lowe complaint.

| 04/06/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review correspondence from debtors' counsel regarding the preparation of an amended complaint in Lowe adversary proceeding

| 04/22/15 | Farivar, Fahim | 365.00 | 0.80 | 292.00 |
|---|---|---|---|---|

Revise and update template preference demand letter and confer with Ms. McDow and Ms. Ojeda regarding the same.

| 04/22/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and revise final version of preference demand letters and correspondence to/from Peter Siddiqui regarding same

| 04/22/15 | Ojeda, Roxane E. | 155.00 | 3.50 | 542.50 |
|---|---|---|---|---|

Commence drafting 30+ demand letters to potential defendants preference; prepare attachments (Schedule A) thereto; calculate 10% credits, and calculate proposed settlement amounts.

| 04/23/15 | Ojeda, Roxane E. | 155.00 | 5.90 | 914.50 |
|---|---|---|---|---|

Continue drafting voluminous demand letters to identified potential defendants, prepare attachments (Schedule A) thereto, calculate 10% credits, calculate proposed settlement amounts and cross-reference listed transfers from Statement of Financial Affairs with comprehensive raw data report provided by Mr. Peter Siddiqui.

| 04/24/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Farivar regarding preference demand letters and release of Simon Barber

**Baker & Hostetler LLP**

| 04/24/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Continue reviewing, revising, and updating preference demand letter for Adrian Port.

| 04/24/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Confer with Ms. ojeda regarding updating preference demand letters to include counsel and schedules of payments by date and review the Debtor's chart for accuracy of the amount stated.

| 04/24/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Continue reviewing, revising, and updating preference demand letter for Amy Woodward.

| 04/24/15 | Ojeda, Roxane E. | 155.00 | 5.60 | 868.00 |

Supplement 30+ demand letters and attachments thereto, per Mr. Fahim Farivar's edits, cross-reference Claims Register with Statement of Financial Affair, cross-reference transfers with master data report, review and confirm demand amounts and percentages for accuracy and discussion and review with Mr. Fahim Farivar regarding same.

| 04/27/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review preferential demand letters, calculate date of preference period, analyze payments made to creditor Adrian Port, and confer with Ms. Ojeda regarding the same.

| 04/27/15 | Ojeda, Roxane E. | 155.00 | 4.80 | 744.00 |

Evaluate master database regarding transfers and flag transfers within preference period for each potential defendant and supplement 'Schedule A' to 30+ demand letters in light of findings.

| 04/28/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Continue revising and updating demand letters (Allen N. Hessenflow and Adrian Port), compare to list of claimants provided by the Debtor's counsel, confer with Ms. Ojeda regarding the same.

| 04/28/15 | Ojeda, Roxane E. | 155.00 | 2.20 | 341.00 |

Conclude evaluating master database regarding transfers and flagging transactions within preference period for each potential defendant and supplement 'Schedule A' to 30+ demand letters in light of findings.

| 04/30/15 | Farivar, Fahim | | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Uniquify, Inc.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Perkins Coie LLP.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Zuber Lawler & Del Duca LLP.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to UPS.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 124 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 76

04/30/15    Farivar, Fahim                    365.00        0.40        146.00
Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Strategic Counsel Corp.

04/30/15    Farivar, Fahim                    365.00        0.30        109.50
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Peter Hendrickson.

04/30/15    Farivar, Fahim                    365.00        0.20        73.00
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Package Science.

04/30/15    Farivar, Fahim                    365.00        0.30        109.50
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Mouser Electronics.

04/30/15    Farivar, Fahim                    365.00        0.40        146.00
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Kathleen Shy.

04/30/15    Farivar, Fahim                    365.00        0.30        109.50
Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to JAMS, Inc.

04/30/15    Farivar, Fahim                    365.00        0.30        109.50
Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Future Electronics Corp.

04/30/15    Farivar, Fahim                    365.00        0.30        109.50
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Strategic Counsel Corp.

04/30/15    Farivar, Fahim                    365.00        0.40        146.00
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Eduardo De Castro.

04/30/15    Farivar, Fahim                    365.00        0.20        73.00
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Tommy E. Contreras.

04/30/15    Farivar, Fahim                    365.00        0.50        182.50
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Time Wong.

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Sonic Manufacturing Technologies.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to S.F. Court Appointed Special Advocates.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Salesforce.com, Inc.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Salesforce.com, Inc.

| 04/30/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Proven Tolerance Specialist.

| 05/01/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review and draft response to correspondence regarding the preference demand letters

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Draft memo correspondence regarding preference demand letters and confer with Ms. McDow and Mr. Delaney regarding the same.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Allan N. Hessenflow.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to DigiKey Corporation.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.70 | 255.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, prepare schedule of transfers, and finalize the demand letter to be sent to Federal Express Corporation.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Cater2.Me.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Avraham Cheaney.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Amy Woods.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Stephen Hamner.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Hypertechnologie Ciara Inc.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Adrian Port.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Christopher Bishop.

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Hypertechnologie Ciara Inc.

| 05/01/15 | Farivar, Fahim | 365.00 | 1.30 | 474.50 |

Review and analyze chart of accounts in order to identify creditors not listed in the SOFA who received preferential payments and confer with Ms. Ojeda regarding same.

| 05/04/15 | Delaney Michael T. | 385.00 | 3.80 | 1,463.00 |

Review and revise multiple preference demand letters

| 05/04/15 | Ojeda, Roxane E. | 0.00 | 0.00 | 0.00 |

Evaluate accounting relating to credit transfers within preference period and identify additional potential defendants outside of preliminary scope, cross-reference with Claims Registrer, research addresses; and update demand letters and attachments thereto.

| 05/05/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letters for accuracy, recalculate various amounts in the demand letters, and finalize the demand letters to be sent to Amazon.com and Joseph and Cavallero.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 05/08/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review Mr. Siddiqui's email providing documents including bank statements in support of the preference claims.

| **Avoidance Action Analysis (B180)** | | | **73.80** | **22,109.50** |

| 08/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Notice of Assumption and Cure Amount With Respect to Executory Contracts or Unexpired Leases and assess need to object in light of denial/withdrawal of sale motion.

| 08/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Draft proposed correspondence to debtor's counsel regarding the notice of assumption of executory contracts and confer with Ms. McDow regarding the same.

| **Assumption - Rejection Of Leases And Contracts (B185)** | | | **0.60** | **240.00** |

| 04/06/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Peter Siddiqui and Jessica Mickelson regarding correspondence from counsel for Marc Lowe regarding upcoming writ of attachment hearing

| 04/07/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to debtors' counsel regarding amended Lowe complaint and opposition to the motion to dismiss the Lowe adversary proceeding

| 04/08/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from debtors' counsel regarding the status and timeline for filing first amended complaint in Hashfast v. Lowe adversary

| 04/15/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Pete Siddiqui regarding collective manner in which to respond to Opposition of Marc Lowe to Debtors' Application for Writ of Attachment

| 04/15/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Peter Siddiqui regarding issues to be addressed in reply to Opposition of Marc Lowe to Debtors' Application for Writ

| 04/17/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft multiple correspondence to debtors' counsel regarding the reply to the motion for issuance of a writ of attachment in the Lowe adversary proceeding

| 06/15/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Continuing Status Conference in Lowe adversary proceeding and ensure dates therein are calendered internally

| 06/16/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Ron Oliner and Michael Kasolas regarding conference call to discuss litigation moving forward

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 80

| 07/24/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Jessica Mickelson regarding response(s) to discovery propounded by Marc Lowe

| 07/28/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review correspondence from Matt B. O'Hanlon regarding MPH vs. Primal Intelligence audit and production of documents and correspondence to/from Jim Milio regarding same

**Other Contested Matters (B190)**     **1.80**     **867.00**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jessica Mikelson regarding scheduling, timing, nature and scope of various 2004 examinations.

| 07/12/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Research regarding potential motion for substantive consolidation of debtors' estates.

| 11/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding status of business operations and potential orders.

**Operations (B200)**     **2.00**     **670.00**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Jessica Mikelson regarding remaining terms of budget to be resolved, including comprises with respect to employee wages.

| 07/13/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| 07/22/14 | Delaney Michael T. | 350.00 | 2.20 | 770.00 |

Review and analyze proposed alternate reorganization from Eduardo de Castro regarding franchising the mining operations.

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review potential retention agreement for Province (Kravitz) as CRO and correspondence regarding modifications to be made to same.

| 08/09/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Confer with Peter Kravitz regarding process relating to implementation of CRO.

| 08/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro and Rob Edgeworth regarding process relating to implementation of CRO.

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues related to CRO retention in light of status conference.

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 09:17:20   Page 129 of 469

| 08/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Elizabeth Green regarding modifications to be made to retention agreement for CRO.

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui and to/from Peter Kravitz regarding status of retention agreement for CRO.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and analyze amendments to Statement of Financial Affairs, Summary of Schedules, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims and evaluate impact of amendments and manner in which to address same.

| 08/15/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Kravitz regarding status of business operations, including resignation of CEO and cancellation of orders, and plan moving forward in light of same.

| 08/17/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Peter Siddiqui, counsel for Debtor, and Peter Kravitz, newly appointed CRO, regarding plan moving forward in light of current status of business operations.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Eduardo DeCastro regarding status of business operations and correspondence to Peter Kravitz and Victor Delaglio regarding same.

| 08/20/14 | Carteen, Lisa I | 510.00 | 0.30 | 153.00 |

Strategize with Ms. McDow regarding business operations and 2004 examinations.

| 08/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Debtor's Application For Order Approving Peter Kravitz as the successor responsible individual and Debtor's Statement of Appointment of Peter Kravitz as the successor individual, with the cessation of Monica Hushen, and confirm nothing therein is inconsistent with retention agreement of Peter Kravitz as CRO.

| 08/20/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Lisa Damji regarding status of case, including 2004 examinations, and business operations.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Victor Delaglio regarding business operations since implementation of CRO, including recent sales of inventory, likely future sales, and need for alternate exit strategies.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Kravitz, Victor Delaglio, and Peter Siddiqui regarding status of business operations since implementation of CRO.

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Supply Agreement and Addendum thereto for Ciara and correspondence to/from Victor Delaglio regarding same.

# Baker & Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/17/17 Entered: 01/13/17 19:17:20 Page 130 of 469

| 08/22/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Julie Glosson regarding status of case, including business operations since CRO was appointed, position of committee with respect to motion of UST to appoint Chapter 11 trustee or convert, and Hamilton Hee.

| 08/26/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, CRO, regarding status of business operations and plan moving forward, including potential additional sources of capital and settlement with Simon Barber.

| 09/16/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |
|---|---|---|---|---|

Review issues regarding Uniquify payment and delivery alternatives.

| 09/23/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio and Robert Edgeworth regarding status of business operations, including pending orders.

| 09/25/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding current status of business operations, most recent proposal to Liquidbits, status of avoidance actions, turnover action, pending orders for inventory, plan term sheet, and structure of potential auction.

| 12/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding funds currently in estate, status of offers/bids, and plan moving forward in light of failure to receive any qualifying bids

| 01/06/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |
|---|---|---|---|---|

Review and revise Simon Barber independent contractor agreement

| 01/08/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and revise Independent Contractor Agreement for Simon Barber

| 01/09/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Finalize revised independent contractor agreement for Simon Barber

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to Debtors' and Mr. Barber's counsel regarding revised independent contractor agreement for Simon Barber

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding funds available in estate

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with counsel for Mr. Barber regarding independent contractor agreement

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Draft detailed correspondence to Ms. McDow regarding revised independent contractor agreement for Simon Barber

# Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 131 of 469

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Revise independent contractor agreement per comments provided by counsel for Mr. Barber

| 01/13/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |
|---|---|---|---|---|

Finalize independent contractor agreement with Simon Barber and incorporate comments from debtors' counsel and Simon Barber's counsel

| 01/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review multiple correspondence between debtors' counsel, Simon Barber's counsel, and committee counsel regarding proposed revisions to independent contractor agreement

| 01/13/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz and Peter Siddiqui regarding modifications to be made to consulting agreement

| 01/15/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Victor Delaglio regarding agreement(s) between Debtors', Committee, Simon and/or Guido and effect of same on consulting agreement and agreement(s) with Guido

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed revisions to the Simon Barber independent contractor agreement

| 01/16/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding negotiations with Guido Ochoa and impact of same on independent consulting agreement

| 01/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to opposing counsel regarding Simon Barber independent contractor agreement

| 01/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Revise Simon Barber independent contractor agreement to incorporate changes proposed by Committee

| 01/27/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review final versions of Independent Consulting Agreement and Settlement Agreement between Simon Barber, the Debtors and the Committee and correspondence to committee regarding same

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz regarding modifications to be made to Independent Consulting Agreement

| 02/17/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft response to correspondence from debtors' counsel regarding amount of Baker administrative claim to be included in monthly operating reports

| 02/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding administrative expenses of committee to be included in monthly operating reports

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/19/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review billing statements in preparation of correspondence to debtors' counsel regarding administrative expenses of committee to be included in monthly operating reports

| 02/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review invoice and work in progress statement in preparation of the response to correspondence from debtors' counsel regarding January 2015 fees and expenses for Baker Hostetler

| 02/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from debtors' counsel regarding January 2015 fees and expenses for Baker Hostetler

| 03/17/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Conference call with Victor Delaglio regarding status of estate, including cash on hand and approach for upcoming hearing

| 03/25/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from debtors' counsel regarding the Committee's February 2015 administrative expenses

| 04/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Victor Delaglio regarding cash on hand and status of settlement with Guido Ochoa

| 04/21/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Victor Delaglio regarding current cash on hand and status of settlement with Guido Ochoa

| 04/22/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Eduardo DeCastro regarding status of "negotiations" with Guido Ochoa

| 06/25/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Kasolas regarding post-confirmation operations and transition issues

| 07/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Phillip Albert, IP counsel for Hashfast, regarding conference call to discuss patent issues

| 07/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Michael Kasolas regarding conference call to be scheduled with patent counsel for Debtor

| 07/29/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas and Phil Albert regarding current patents "belonging to" Debtor and application process relating thereto

| 07/29/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas regarding transition of operations from Debtor to Liquidating Trust, status of various litigation, and manner in which to proceed in light of conference call with Phillip Albert

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 133 of 469

| **Business Operations (B210)** | | **24.10** | **10,890.50** |
|---|---|---|---|

| 06/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding status of estate tax returns and likely implications of same on Effective Date payments and likely objections to be made to claims of taxing authorities

| **Tax Issues (B240)** | | **0.20** | **106.00** |
|---|---|---|---|

| 07/18/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding potential substantive consolidation motion.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding hearing on substantive consolidation motion.

| **Real Estate (B250)** | | **0.80** | **412.00** |
|---|---|---|---|

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review proofs of claim for Yousesef Rassi-fenni, Stacey Robinson (Robinson SM Consulting), and Thadius Boron and documents in support thereof and identify nature of claims of particular creditors.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Proofs of Claim and documents in support thereof filed by Selim Soler and Jose Amguiano II and assess need to object to same based on timeliness and need to incorporate same into plan.

| 10/28/14 | Parrish Jimmy D. | 430.00 | 0.80 | 344.00 |
|---|---|---|---|---|

Review priority claim issues under 507(a)(7).

| 12/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review and revise correspondence to Peter Siddiqui regarding claims.

| 02/25/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |
|---|---|---|---|---|

Review and analyze claims for issues related to objections.

| 02/25/15 | Parrish Jimmy D. | 475.00 | 0.50 | 237.50 |
|---|---|---|---|---|

Analyze priority claim treatment alternatives.

| 02/26/15 | Parrish Jimmy D. | 475.00 | 0.30 | 142.50 |
|---|---|---|---|---|

Confer with Mr. Siddiqui regarding priority claim treatment.

| 05/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to Mr. Delaglio regarding the status of the Hashfast tax returns

| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the validity and amount of priority claims asserted against estate

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 19:17:20      Page 134 of 469

05/19/15   Delaney Michael T.                    0.00        0.00        0.00
Evaluate validity and amount of priority claims asserted against estate and confer with Ms. McDow regarding same.

05/20/15   McDow Ashley M.                     530.00        0.10       53.00
Correspondence by and among Peter Siddiqui and Victor Delaglio regarding payment of Ciara claim and willingness of Ciara to accept alternate treatment under the plan

05/27/15   Delaney Michael T.                  385.00        0.20       77.00
Review correspondence regarding proposed objection to Liquidbits claim and factual basis for same

**Claims And Plan (B300)**                                  **3.60**   **1,727.00**

06/26/14   McDow Ashley M.                     500.00        0.30      150.00
Review proofs of claim and documents in support thereof filed by James F. Johnson III, Grant Pederson, Shi Lei, Jennifer Austin, Michael Shannon, Daniel Herbon, and Thomas Stiegler, assess impact of same on creditor pool, and evaluate need to object to same.

06/30/14   McDow Ashley M.                     500.00        0.30      150.00
Review and analyze Proof of Claims filed by Fabio Miceli, Ilan Elfassy, John Turley, Andrew Bester, Suresh Chandra, Nir Nahum, Henzy Pazy, and documents in support thereof and assess impact of same on totality of unsecured creditor pool.

07/15/14   McDow Ashley M.                     500.00        0.20      100.00
Review and analyze proofs of claim filed by Nathan Ruble, Christian Golbs, Uwe Schaum, Mark Fiorentino, Paul Erickson, Christopher Fetterly, and Charie Shen, and various documentation in support thereof.

07/16/14   McDow Ashley M.                     500.00        0.30      150.00
Review and analyze proofs of claim for Terri Avery, Look Smart, Ltd., Tom Postma, PC Central, Bryce Thomas, Alan Vit, Jason Yi, Edward Mosley, Ray Calderon, Irwin Ahmad, Adrian Coroama, Patrick Sadowski, and Monsoon Company, Inc., and analyze various documents provided in support thereof, in order to identify varying types of transactions that form basis of claims.

08/06/14   McDow Ashley M.                     500.00        0.30      150.00
Review proofs of claim filed by Benjamin Beckwith, Daniel Casacci, Wolfgang Riedel, Fabio Miceli, Alexey Minchenkov, Maximin Parotte, Kevin Fu Hong Yee, Damon Jiang,Seth Duppstadt, Tony Hoang, Dominic Froud, Roland Payu Harris, Mark Pescatrice, Matrice Consulting LLC, Donald Weinberg, Craig LaShot, Ryan Stonn, Hot Sun, Anthony Lauck, Jeremy L. Johnson, Shaun Kelly, and Youssef Raiss-Elfenni and assess nature of claims and creditors, particularly in light of newly defined alternative exit strategy.

08/08/14   McDow Ashley M.                     500.00        0.30      150.00
Review proof of claim and documents in support thereof (including Order Confirmation Agreement and Memorandum of Understanding) filed by Liquidbits, identify bases upon which to object, and correspondence to/from Peter Siddiqui regarding same.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 135 of 469

| | | | | |
|---|---|---|---|---|
| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim filed by Eric Christmas, American Arbitration Association, Jiongye Li, Muhammad Zahid Faruqi, and Peter Smallwood and documents in support thereof and assess nature of claims of recent claimants.

| | | | | |
|---|---|---|---|---|
| 08/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proof of claim and documents in support thereof filed by Franchise Tax Board and assess potential impact of same on ability to sell wafers and/or chips and/or procure DIP financing secured by same.

| | | | | |
|---|---|---|---|---|
| 08/19/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proof of claim filed by Michael McGugan, Michael Desotell, and Nick Simmons and documents in support thereof and attempt to identify whether any creditors are potentially suitable for purchase of assets remaining in Hashfast.

| | | | | |
|---|---|---|---|---|
| 08/20/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and agreements in support thereof in order to determine potential offsets against Liquidbits and viability of claim in light of revised offer to purchase assets.

| | | | | |
|---|---|---|---|---|
| 08/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding claim(s) of Hamilton Hee and Elton Seah.

| | | | | |
|---|---|---|---|---|
| 08/25/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review and draft response to correspondence from William Gouger regarding status of case and filing a proof of claim.

| | | | | |
|---|---|---|---|---|
| 09/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proof of claim and documents in support thereof (email communication in particular) filed by Ralph Crowder, former employee and customer of Hashfast, assess need to conduct 2004 examination of Mr. Crowder based on content of same, and confer with Rob Edgeworth regarding same.

| | | | | |
|---|---|---|---|---|
| 09/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documents in support thereof filed by Drew Johnson, Myron Davis, Richard Chang, Stephen Bywater, Dylan Hall, Yichun Catherine Liu, Thomas Schortmann, Servas Tilkin, Kang Lu, Mr. Peter Symons. John Twohy, Hani Hajje, Jun Ding, Koi Systems, Ltd., Sinisa Devcic, Rafez Noorullah, James Ries, Brian Barbee, Lei Bao, Cort Wenzel, Amanda Van Nuys Consulting, Jason Larson and Carl Schultz in order to assess impact of same on proposal relating to sale.

| | | | | |
|---|---|---|---|---|
| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with David Matthews, creditor of estate, regarding submission of proof of claim.

| | | | | |
|---|---|---|---|---|
| 09/18/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |

Review of Hashfast, LLC docket sheet, schedules, and claims register; downloading 19 Proof of Claims (and attachments) and preparing a detailed claims analysis for Ms. Green.

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with creditors regarding status of the case and filing proof of claim; draft correspondence to same.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 136 of 469

09/19/14    Lane Deanna L                    230.00    2.80    644.00

Review of Hashfast Technologies, LLC docket sheet, schedules, and claims register; downloading Proof of Claims 1-30 (and attachments) and preparing a detailed claims analysis for Ms. Green.

09/23/14    McDow Ashley M.                   500.00    0.30    150.00

Review proofs of claim and documentation in support thereof filed by Nicolas Vincent Fusaro, Randall Elliot, Hans Hess Elevation Franchise Ventures, Acacia NPU dba Cater2.me, Jason Plowman, Ales Prikryl, Verne Paul Riley, Bernard Chenqxi Siew, Matthew Ford Silvia, Evan Lawrence Skreen, Aleksandar Slavkov, David Springer, Tanard Corporation (Kevin Michael Mahan), Samuel Koh Innerspin,, Jeanette Arna, Hong-Quan Yue, Kris Howery, Jun Ding, and M&K Truck Leasing, LLC and assess nature of claim and impact of one or more claims on plan term sheet and categorization of claims.

09/25/14    McDow Ashley M.                   500.00    0.30    150.00

Review proofs of claim and documents in support thereof filed by Nathen Lam, Jan Irvin, Hyptertechnologie Ciara Inc., Nik Arghavan, Trevor Michael Watson, Grigory Yampolskiv, Jeffrey Raymond Vongermeten, Robert Todd Worrall, James Thomas, Jess Williams, and Timothy Wong and identify nature of claims in order to assess manner in which same should be categorized in plan of reorganization.

09/26/14    Lane Deanna L                    230.00    2.90    667.00

Download Proof of Claims 31-75 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

09/26/14    McDow Ashley M.                   500.00    0.30    150.00

Review proofs of claim and documents in support thereof filed by David Matheu, Thanh Lanh Tran, Weng Kay Poon, Alessandro Bottai, Osric Proctor Jr., Jess Williams, Phat Tran, Ferdinand Nepomuceno, Christopher Goes, Garrett Griffin, Jason Thor Hall, I-P Mart Network USA, Ltd., James F. Johnson III, Marcus Killion, Law Yui Kwan, Dennis F. Lambert, Michael David Mantle, Matthew McCormick, Tim McGough, Peter Myers, and Phuc Nguyen and assess basis for claims for purposes of plan term sheet.

09/29/14    Lane Deanna L                    230.00    2.70    621.00

Download Proof of Claims 76-150 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.

10/01/14    Lane Deanna L                    230.00    2.60    598.00

Downloading Proof of Claims 151-215 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green

10/02/14    Lane Deanna L                    230.00    3.00    690.00

Downloading Proof of Claims 216-219 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green; comparison of amounts scheduled and amounts claimed for all unsecured claims to date

10/09/14    Lane Deanna L                    230.00    3.00    690.00

Continuation of the preparation of an updated claims matrix and downloading new and recently amended claims.

10/13/14    Lane Deanna L                    230.00    3.50    805.00

Extensive review and update of amended schedule information and amounts in order to update claims register.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/17/17 09:17:20    Page 137 of 469

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Proofs of Claim and documents in support thereof filed by Frank Chappell and Regan Reckman and assess appropriate manner in which to incorporate same (and similarly situated claims) into plan of reorganization.

| 10/22/14 | Lane Deanna L | 230.00 | 4.50 | 1,035.00 |
|---|---|---|---|---|

Updating claims spreadsheet to add new and amended claims; revising spreadsheet to reflect all priority claims; preparing a notebook of all claims which indicate all or a portion of their claim as priority.

| 10/27/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |
|---|---|---|---|---|

Review issues regarding consumer buyers' entitlement to priority claim.

**Claims Administration And Objections (B310)**                    **34.10**    **9,124.00**

| 07/29/14 | Green Elizabeth A. | 515.00 | 2.80 | 1,442.00 |
|---|---|---|---|---|

Review issues regarding plan and proposal for debtors.

| 07/31/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |
|---|---|---|---|---|

Review alternative plan proposed by Rob Edgeworth, identify potential hurdles to same, and confer with Rob Edgeworth regarding content of same.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding strategy for response to Monica Hushen and evaluation of various plans presented by committee members.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding alternative exit strategies.

| 08/01/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding issues related to plan.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Correspondence to Debtors' counsel regarding alternative plan proposal.

| 08/05/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |
|---|---|---|---|---|

Meeting with debtor regarding potential committee or consensual plan.

| 08/05/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Meeting with Ms. McDow and Mr. Edgeworth regarding proposed consensual plan.

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding plan of reorganization.

| 09/11/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |
|---|---|---|---|---|

Review Hashfast plan alternatives.

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues for plan treatment.

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 138 of 469

| 09/15/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Review issues regarding Signetics and Uniquify as they pertain to the potential plan.

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to plan and turnover from Signetics.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Elizabeth Green regarding content and structure of potential joint plan of reorganization with Debtors.

| 09/15/14 | Parrish Jimmy D. | 430.00 | 2.80 | 1,204.00 |

Review pleadings and case status for disclosure statement draft.

| 09/16/14 | Parrish Jimmy D. | 430.00 | 2.30 | 989.00 |

Review and outline disclosure statement background.

| 09/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Analyze potential strategies for reorganization.

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.

| 09/18/14 | Parrish Jimmy D. | 430.00 | 3.10 | 1,333.00 |

Review issues regarding plan structure and alternatives.

| 09/18/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Talk with Mr. Siddiqui regarding plan alternatives.

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review trust issues and reorganization of debtor relationship for plan.

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding plan issues.

| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise term sheet for plan.

| 09/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise plan term sheet.

| 09/22/14 | Parrish Jimmy D. | 430.00 | 2.10 | 903.00 |

Review pleadings for disclosure statement preparation.

| 09/22/14 | Parrish Jimmy D. | 430.00 | 0.10 | 43.00 |

Talk with Mr. Siddiqui regarding plan term sheet.

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review plan term sheet.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Draft correspondence to Peter Siddiqui, regarding plan term sheet.

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding plan term sheet.

| 09/23/14 | Parrish Jimmy D. | 430.00 | 3.20 | 1,376.00 |
|---|---|---|---|---|

Begin preparing disclosure statement.

| 09/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed chapter 11 plan term sheet.

| 09/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |
|---|---|---|---|---|

Analyze proposed chapter 11 plan term sheet.

| 09/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding disclosure statement.

| 09/24/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding status of plan term sheet.

| 09/25/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review proposed plan term sheet, identify modifications to be made to same, and confer with Rob Edgeworth and Peter Kravitz regarding same.

| 09/25/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Kravitz and Peter Siddiqui regarding plan term sheet.

| 09/25/14 | Parrish Jimmy D. | 430.00 | 2.40 | 1,032.00 |
|---|---|---|---|---|

Continue drafting disclosure statement.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Ms. Green regarding the chapter 11 plan term sheet.

| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed revisions to chapter 11 plan term sheet.

| 09/29/14 | Delaney Michael T. | 350.00 | 1.70 | 595.00 |
|---|---|---|---|---|

Review and revise chapter 11 plan term sheet to incorporate additional revisions and terms.

| 09/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review and revise plan term sheet.

| 09/29/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Jeff Golden, counsel for Rob Edgeworth, and Michael Delaney regarding plan term sheet (function of liquidating trust and role of liquidating trustee in particular).

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Michael Delaney regarding strategic modifications to be made to proposed term sheet for plan of reorganization.

| 09/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding status of proposed liquidation and overall reorganization strategy.

| 09/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review plan terms.

| 10/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Siddiqui regarding vote of committee with respect to orderly liquidation.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding the revised plan term sheet.

| 10/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize revised plan term sheet.

| 10/03/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review issues regarding plan.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Make further revisions to revised plan term sheet.

| 10/06/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise plan term sheet.

| 10/07/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review issues regarding disclosure.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan term sheet and motion to sell.

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Peter Siddiqui regarding sale motion and plan.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding structure and content of plan of reorganization and timing for auction.

| 10/20/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |

Review issues regarding priority deposit claims under 507(a)(7).

| 10/21/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.

| 10/21/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review creditor trust and reorganized debtor structure alternatives.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 141 of 469

| 10/22/14 | Parrish Jimmy D. | 430.00 | 2.70 | 1,161.00 |
|----------|------------------|--------|------|----------|

Review and revise plan.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|----------|--------------------|--------|------|---------|

Review issues regarding structure of creditors trust for plan.

| 10/23/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|----------|--------------------|--------|------|---------|

Review issues regarding plan and bid procedures.

| 10/23/14 | Parrish Jimmy D. | 430.00 | 0.70 | 301.00 |
|----------|------------------|--------|------|---------|

Review claims register and schedules in connection with plan treatment and classes.

| 10/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |
|----------|------------------|--------|------|---------|

Research regarding consumer buyers' entitlement to priority claim and draft email summarizing research to Mr. Parrish.

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|----------|--------------------|--------|------|---------|

Review sale of cause of action cases in the Ninth Circuit.

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|----------|--------------------|--------|------|---------|

Review D & O Policy.

| 10/27/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |
|----------|--------------------|--------|------|---------|

Begin drafting the disclosure statement describing the chapter 11 plan of reorganization.

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|----------|--------------------|--------|------|---------|

Confer with Mr. Parrish regarding the preparation of a disclosure statement describing the chapter 11 plan of reorganization.

| 10/27/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|----------|--------------------|--------|------|---------|

Review issues regarding plan.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |
|----------|------------------|--------|------|---------|

Talk with Mr. Delaney regarding disclosure statement revisions.

| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |
|----------|------------------|--------|------|---------|

Review issues regarding insurance agreement impact on plan structure.

| 10/28/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
|----------|--------------------|--------|------|---------|

Continue drafting disclosure statement describing chapter 11 plan of reorganization.

| 12/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|----------|--------------------|--------|------|---------|

Telephone call with Ashley McDow regarding plan issues.

| 01/05/15 | Parrish Jimmy D. | 475.00 | 0.20 | 95.00 |
|----------|------------------|--------|------|-------|

Confer with Mr. Delaney regarding disclosure statement and plan revisions.

| 01/06/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|----------|--------------------|--------|------|-------|

Confer with Ms. McDow and Mr. Parrish regarding preparation of disclosure statement

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 142 of 469

| | | | | |
|---|---|---|---|---|
| 01/07/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Review local rules and Judge Montali's standing order regarding plans and disclosure statements

| 01/07/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Research regarding filing consolidated plan and disclosure statement

| 01/07/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft memorandum regarding local rules and Judge Montali's standing order regarding plans and disclosure statements

| 01/07/15 | Parrish Jimmy D. | 475.00 | 0.50 | 237.50 |

Review issues regarding combined plan and disclosure procedures.

| 01/08/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding proposed reorganization in preparation of disclosure statement

| 01/12/15 | Delaney Michael T. | 385.00 | 5.60 | 2,156.00 |

Continue drafting disclosure statement describing joint plan of reorganization

| 01/12/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Review docket and relevant pleadings in preparation of procedural and factual background section to disclosure statement describing joint plan of reorganization

| 01/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to Mr. Parrish and Ms. McDow regarding disclosure statement describing joint plan of reorganization

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Review and anaylze issues regarding plan.

| 01/13/15 | Parrish Jimmy D. | 475.00 | 0.40 | 190.00 |

Review and analyze HashFast plan alternatives.

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Peter Kravitz regarding status of plan and disclosure statement

| 01/21/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Conference call with Ms. McDow and Mr. Parrish regarding plan of liquidation terms and confirmation strategy for same

| 01/21/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Conference call with Jimmy Parrish and Michael Delaney regarding content of plan and disclosure statement, including treatment of purportedly priority claims, nomination/appointment of liquidating trustee, and separate classifications

| 01/21/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Victor Delaglio regarding various information to be included in plan and disclosure statement

# Baker&Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 19:17:20      Page 143 of 469

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 01/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Peter Kravitz regarding identification of liquidating trustee and cash in hand

| 01/21/15 | Parrish Jimmy D. | 475.00 | 4.80 | 2,280.00 |

Review and revise plan of reorganization.

| 01/21/15 | Parrish Jimmy D. | 0.00 | 0.00 | 0.00 |

Review issues regarding plan terms.

| 01/22/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Confer with Ms. McDow and Mr. Parrish regarding the committee plan of liquidation.

| 01/22/15 | Delaney Michael T. | 385.00 | 4.00 | 1,540.00 |

Review and revise committee plan of liquidation for Hashfast Technologies and Hashfast

| 01/22/15 | Delaney Michael T. | 385.00 | 5.60 | 2,156.00 |

Review and revise disclosure statement describing the committee plan of liquidation for Hashfast Technologies and Hashfast

| 01/22/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Prepare motion to approve the disclosure statement describing the committee plan of liquidation for Hashfast Technologies and Hashfast

| 01/22/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review the local rules and judge's instruction regarding filing a plan and disclosure statement and confer with Ms. McDow and Mr. Delaney regarding the same.

| 01/22/15 | Farivar, Fahim | 365.00 | 2.70 | 985.50 |

Assist in reviewing and revising the Disclosure Statement describing Plan of Reorganization.

| 01/22/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and analyze Monthly Operating Reports for October, November, and December for each Debtor entity and assess manner in which to incorporate same into plan and disclosure statement

| 01/22/15 | McDow Ashley M. | 530.00 | 4.20 | 2,226.00 |

Review and revise plan and disclosure statement and correspondence to/from Jimmy Parrish, Michael Delaney and Elizabeth Green regarding same

| 01/22/15 | Parrish Jimmy D. | 475.00 | 2.20 | 1,045.00 |

Review and revise plan and disclosure statement.

| 01/22/15 | Parrish Jimmy D. | 0.00 | 0.00 | 0.00 |

Review issues regarding disclosure and plan modifications.

| 01/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Committee regarding plan and disclosure statement and potential additional causes of action to be included in the same

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/23/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |

Telephone conference with chambers regarding available dates for hearing on the disclosure statement and confer with Mr. Delaney regarding the same.

| 01/23/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Peter Siddiqui regarding structure and content of plan and disclosure statement, value of remaining inventory, and approach for hearings on fee applications of Baker Hostetler and Katten Muchin

| 01/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review correspondence from Mr. Cavion regarding potential additional cause(s) of action possessed by estate.

| 01/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding the incorporation of potential additional cause(s) of action identified by Mr. Cavion into the consolidated plan and disclosure statement

| 01/27/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Order Establishing Procedures for Disclosure Statement Hearing and Confirmation Hearing and identify obligations and responsibilities contained therein

| 01/29/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft responses to multiple correspondence from Mr. Cavion regarding potential causes of action for inclusion in consolidated plan and disclosure statement

| 01/29/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Continue drafting consolidated plan and disclosure statement

| 01/29/15 | McDow Ashley M. | 530.00 | 2.20 | 1,166.00 |

Review plan and disclosure statement and identify changes to be made in plan and disclosure statement

| 01/29/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Peter Kravitz regarding modifications to be made to plan and disclosure statement, payment(s) to be made on account of various administrative actions, and potential candidates for special litigation counsel for the liquidating trustee

| 01/30/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee regarding the consolidated plan and disclosure statement.

| 01/30/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Ms. McDow regarding the terms of the consolidated plan and disclosure statement.

| 01/30/15 | Delaney Michael T. | 385.00 | 4.50 | 1,732.50 |

Continue preparing consolidated plan and disclosure statement.

| 01/30/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Finish review of previous plan and disclosure statement and identification of modifications to be made to same.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/02/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |
|---|---|---|---|---|

Prepare exhibits to consolidated plan and disclosure statement for filing

| 02/02/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |
|---|---|---|---|---|

Review and revise liquidation analysis for consolidated plan and disclosure statement

| 02/02/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Finalize motion for tentative approval of consolidated plan and disclosure statement

| 02/02/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Mr. Edgeworth regarding the consolidated plan and disclosure statement

| 02/02/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |
|---|---|---|---|---|

Analyze schedules and claim register in preparation of consolidated plan and disclosure statement

| 02/02/15 | Delaney Michael T. | 385.00 | 9.40 | 3,619.00 |
|---|---|---|---|---|

Assist in finalizing consolidated plan and disclosure statement and prepare same for filing

| 02/02/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |
|---|---|---|---|---|

Research case law regarding identification on discussion of causes of action which the debtor might pursue under Bankruptcy Code or other applicable law for preparation plan and disclosure statement.

| 02/02/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the plan and disclosure statement.

| 02/02/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |
|---|---|---|---|---|

Telephone conference with Mr. Kravitz regarding plan and disclosure statement.

| 02/02/15 | Farivar, Fahim | 365.00 | 1.70 | 620.50 |
|---|---|---|---|---|

Prepare liquidation analysis in support of the plan and disclosure statement.

| 02/02/15 | Farivar, Fahim | 365.00 | 1.80 | 657.00 |
|---|---|---|---|---|

Continue preparing and updating the plan and disclosure statement.

| 02/02/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review and analysis of plan and disclosure statement for preparing exhibits in support of.

| 02/02/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas and Michael Delaney regarding logistics of liquidating trust to be included in Amended Plan and Disclosure Statement

| 02/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Confer with Fahim Farivar regarding content of exhibits to amended plan and disclosure statement

| 02/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio and Fahim Farivar regarding information needed to complete liquidation analysis

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/02/15 | McDow Ashley M. | 530.00 | 4.30 | 2,279.00 |

Review, revise and finalize amended Plan and Disclosure Statement and confer with Robert Edgeworth regarding same

| 02/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and revise proof of service for consolidated plan and disclosure statement and motion for tentative approval of the same

| 02/04/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft notice of hearing on consolidated plan and disclosure statement and prepare same for filing

| 02/04/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding the notice of hearing on consolidated plan and disclosure statement

| 02/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Notice of Hearing on the Tentative Approval of the Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies and Hashfast LLC and approve same for filing

| 02/10/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to chambers regarding disclosure statement hearing

| 02/10/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Telephone call with Peter Siddiqui regarding plan.

| 02/12/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Analyze United States Trustee objection to consolidated plan and disclosure statement

| 02/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Evaluate nature and slope of potential avoidance actions in preparation of redline consolidated plan and disclosure statement

| 02/12/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow and Ms. Green regarding the preparation of a redline consolidated plan and disclosure statement to address objections asserted by United States Trustee and Liquidbits Corporation

| 02/12/15 | Green Elizabeth A. | 550.00 | 1.30 | 715.00 |

Conferences with Ashley McDow regarding Disclosure Statement and confirmation issues.

| 02/12/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Confer with Elizabeth Green regarding modifications to be made to Consolidated Plan and Disclosure Statement in light of discussions with counsel for Debtors and Liquidbits

| 02/12/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Conference call with Pete Siddiqui, Chris Sullivan, and Elizabeth Green regarding objection(s) of Liquidbits to Consolidated Plan and Disclosure Statement filed by Committee

| 02/13/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Begin drafting summary of potential litigation in preparation of the amended consolidated plan and disclosure statement

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/13/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and revise liquidation analysis in preparation of the amended consolidated plan and disclosure statement

| 02/13/15 | Delaney Michael T. | 385.00 | 1.90 | 731.50 |

Begin drafting amended consolidated plan and disclosure statement

| 02/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding proposed revisions to the consolidated plan and disclosure statement to be made to address objections of the United States Trustee and Liquidbits Corporation

| 02/13/15 | Farivar, Fahim | 365.00 | 0.70 | 255.50 |

Review SOFA and review, revise, and update chart of potential preferential transfers to be incorporated into the amended plan and disclosure statement.

| 02/13/15 | Farivar, Fahim | 365.00 | 0.90 | 328.50 |

Update the liquidation analysis in order to incorporate proposed revisions of Mr. Delaney..

| 02/13/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Conference with Michael Delaney regarding issues related to Disclosure Statement, objection of United States Trustee and modifications to be made to Disclosure Statement in light of same.

| 02/13/15 | McDow Ashley M. | 530.00 | 1.20 | 636.00 |

Conference calls with Michael Delaney regarding modifications to be made to Consolidated Plan and Disclosure Statement, in light of discussions with Julie Glosson in particular

| 02/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Debtors and Debtors' counsel regarding total accrued and estimated administrative claims

| 02/13/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Jeff Golden regarding amount of administrative claim(s) for Robert Edgeworth, chair of committee, for purposes of including same in redlined plan and disclosure statement

| 02/13/15 | Ojeda, Roxane E. | 155.00 | 1.30 | 201.50 |

Review Statement of Financial Affairs and compile chart regarding potential avoidence actions.

| 02/14/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to the United States Trustee regarding the amended consolidated plan and disclosure statement

| 02/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding administrative expenses to be included in the amended consolidated plan and disclosure statement

| 02/14/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Continue drafting amended consolidated plan and disclosure statement

# Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725      Doc# 520      Filed: 01/17/17      Entered: 01/17/17 19:17:20      Page 148 of 469

| | | | | | |
|---|---|---|---|---|---|
| 02/16/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
| | Draft notice of filing redline of amended consolidated plan and disclosure statement | | | |
| 02/16/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
| | Review exhibits to amended consolidated plan and disclosure statement | | | |
| 02/16/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |
| | Finalize amended consolidated plan and disclosure statement | | | |
| 02/16/15 | Farivar, Fahim | 365.00 | 0.70 | 255.50 |
| | Compile exhibits in support of the amended plan and disclosure statement to be submitted. | | | |
| 02/16/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |
| | Confer with Mr. Delaney regarding the amended plan and disclosure statement and update the liquidation analysis in light of same. | | | |
| 02/16/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |
| | Review and analyze redline of Plea and Disclosure Statement. | | | |
| 02/16/15 | McDow Ashley M. | 530.00 | 0.90 | 477.00 |
| | Review and revise revised version of plan and disclosure statement and confer with Michael Delaney regarding remaining modifications to be made to same prior to filing | | | |
| 02/16/15 | McDow Ashley M. | 530.00 | 1.20 | 636.00 |
| | Review calendar for tentative ruling and review and analyze relevant pleadings, including plan and disclosure statement and objections thereto, in preparation for hearing seeking conditional approval of Consolidation Plan and Disclosure Statement | | | |
| 02/17/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
| | Confer with Ms. McDow regarding amended consolidated plan and disclosure statement and exhibits to same in preparation for hearing on same | | | |
| 02/17/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |
| | Review and analyze issues regarding hearing on disclosure statement. | | | |
| 02/17/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |
| | Telephone call with Peter Siddiqui regarding disclosure statement issues. | | | |
| 02/17/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
| | Conference call with Michael Delaney regarding results of hearing and amendments to Consolidated Plan and Disclosure Statement to be made in light of same | | | |
| 02/17/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
| | Correspondence to/from Ori Katz regarding treatment of Simon Barber claim in amended Consolidated Plan and Disclosure Statement and correspondence to/from Michael Delaney regarding same | | | |
| 02/18/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |
| | Confer with Ms. McDow regarding preparation of the amended plan and disclosure statement. | | | |

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 19:17:20      Page 149 of 469

| 02/19/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |
|---|---|---|---|---|

Correspond with Ms. Greene regarding content of amended plan and disclosure statement and Liquidating Trust Agreement.

| 02/23/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |
|---|---|---|---|---|

Begin drafting revised consolidated plan and disclosure statement to incorporate changes required by the Court.

| 02/23/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |
|---|---|---|---|---|

Analyze audio recording of hearing transcript in preparation of revised plan and disclosure statement.

| 02/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding executory contracts to be assumed by and through amended plan and disclosure statement.

| 02/23/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |
|---|---|---|---|---|

Prepare table of creditors fto be included in amended consolidated plan and disclosure statement.

| 02/23/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review claims register in preparation of table of creditors for revised consolidated plan and disclosure statement

| 02/24/15 | Delaney Michael T. | 385.00 | 2.30 | 885.50 |
|---|---|---|---|---|

Begin drafting tables of claims against the estate to be included in the amended consolidated plan and disclosure statement

| 02/24/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Telephone call to Mr. Kasolas regarding the compensation for the liquidating trustee under the revised consolidated plan and disclosure statement

| 02/24/15 | Delaney Michael T. | 385.00 | 3.50 | 1,347.50 |
|---|---|---|---|---|

Continue drafting the amended consolidated plan and disclosure statement

| 02/24/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Draft further correspondence to debtors' counsel regarding the outstanding executory contracts and cash on hand to be included in the amended consolidated plan and disclosure statement

| 02/24/15 | Farivar, Fahim | 365.00 | 2.90 | 1,058.50 |
|---|---|---|---|---|

Prepare liquidating trust agreement in support of the amended Plan and Disclosure Statement.

| 02/24/15 | Farivar, Fahim | 365.00 | 1.90 | 693.50 |
|---|---|---|---|---|

Update claim analysis, prepare and update list of unsecured claims and priority claims in support of the amendedPlan and Disclosure Statement.

| 02/25/15 | Delaney Michael T. | 385.00 | 1.80 | 693.00 |
|---|---|---|---|---|

Finalize tables regarding the claims against the estate to be included in the amended consolidated plan and disclosure statement

# Baker & Hostetler LLP

Atlanta        Chicago       Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston        Los Angeles   New York      Orlando      Philadelphia  Seattle       Washington, DC

| 02/25/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Confer with Ms. Green and Mr. Parrish regarding the treatment of priority unsecured creditors and creation of voting class for the same for inclusion in the amended consolidated plan and disclosure statement

| 02/25/15 | Delaney Michael T. | 385.00 | 1.80 | 693.00 |

Review and revise Hashfast Creditor Trust agreement to be included in amended consolidated plan and disclosure statement

| 02/25/15 | Delaney Michael T. | 385.00 | 5.80 | 2,233.00 |

Finalize the amended consolidated plan and disclosure statement

| 02/25/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Review and revise the liquidation analysis to be included in amended consolidated plan and disclosure statement

| 02/25/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Review and revise litigation chart to be included in amended consolidated plan and disclosure statement

| 02/25/15 | Farivar, Fahim | 365.00 | 2.40 | 876.00 |

Review, revise and update Liquidating Trust Agreement in order to incorporate suggestions of Mr. Delaney.

| 02/25/15 | Farivar, Fahim | 365.00 | 2.20 | 803.00 |

Revise and update the charts of claims and litigation to be incuded in the amended in the Plan and Disclosure Statement and confer with Mr. Delaney regarding the same.

| 02/25/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Update chart of potential avoidance action to be included in amended Plan and Disclosure Statement and confer with Michael Delaney regarding same.

| 02/25/15 | Farivar, Fahim | 365.00 | 1.00 | 365.00 |

Finalize the liquidation analysis to be included in support of the amended Plan and Disclosure Statement.

| 02/25/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Confer with Mr. Delaney regarding preparing the plan and disclosure statement, chart of preferences, and liquidation analysis.

| 02/25/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue revising and updating the liquidation analysis in support of the Plan and Disclosure Statement.

| 02/25/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |

Conference call with Mike Delaney regarding content of plan and disclosure statement and revisions to be made to same.

| 02/25/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Conference call with Peter Siddiqui regarding liqidating trust.

| 02/25/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |

Review and analyze issues regarding liquidating trust.

Baker & Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 151 of 469

| 02/25/15 | McDow Ashley M. | 530.00 | 1.70 | 901.00 |

Review and revise amended consolidated plan and disclosure statement and confer with Elizabeth Green, Michael Delaney and Robert Edgeworth regarding additional modifications to be made to same

| 02/25/15 | Parrish Jimmy D. | 475.00 | 0.90 | 427.50 |

Review and revise amended plan and disclosure statement.

| 02/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Mr. Kasolas regarding the proposed Hashfast Creditor Trust agreement and the February 25, 2015 consolidated plan and disclosure statement

| 02/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft notice of filing of redline comparison for February 25, 2015 consolidated plan and disclosure statement

| 02/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review proof of service for February 25, 2015 consolidated plan and disclosure statement

| 03/09/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Objection of Liquidbits Corporation to Consolidated Plan and identify rebuttal points to be raised at oral argument

| 03/24/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding revisions to be made to the consolidated plan and disclosure statement dated February 25

| 03/24/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft order conditionally approving disclosure statement and confer with Ms. McDow and Ms. Green regarding content of same.

| 03/24/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the preparation of order conditionally approving disclosure statement and dates to circulation and voting upon the plan

| 03/24/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Draft correspondence to Ms. McDow and Ms. Green regarding the proposed order conditionally approving the disclosure statement

| 03/25/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow regarding the order tentatively approving disclosure statement and preparing the amended disclosure statement and plan

| 03/25/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize order tentatively approving disclosure statement and correspondence to Ms. Green regarding same.

| 03/25/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review and draft response to correspondence from Ms. Green regarding the order tentatively approving disclosure statement and preparation of the amended disclosure statement and plan

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 152 of 469

| 03/25/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and revise Disclosure Statement order based upon notes from hearing.

| 03/27/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Ms. McDow regarding revisions to be made to February 25 consolidated plan and disclosure statement

| 03/27/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Review and revise exhibits in support of the amended consolidated plan and disclosure statement dated March 27, 2015

| 03/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review proof of service for the amended consolidated plan and disclosure statement dated March 27, 2015

| 03/27/15 | Delaney Michael T. | 385.00 | 5.30 | 2,040.50 |

Draft amended consolidated plan and disclosure statement dated March 27, 2015

| 03/27/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Confer with Ms. McDow and Mr. Delaney regarding the amended disclosure statement and plan and update liquidation analysis based upon same.

| 03/27/15 | Green Elizabeth A. | 550.00 | 0.70 | 385.00 |

Review Disclosure Statement and approve same for filing.

| 03/27/15 | McDow Ashley M. | 530.00 | 2.20 | 1,166.00 |

Assist in preparation of amended plan and disclosure statement

| 03/27/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Peter Siddiqui regarding status of discussions with counsel for Liquidbits and content of amended plan and disclosure statement

| 03/30/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with chambers regarding the proposed order tentatively approving the March 27 consolidated plan and disclosure statement

| 03/30/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Ms. McDow and Ms. Green regarding the proposed order tentatively approving the March 27 consolidated plan and disclosure statement

| 04/01/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize and prepare the order tentatively approving March 27 disclosure statement for circulation for lodgment

| 04/01/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow regarding order tentatively approving March 27 disclosure statement for circulation

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| | | | | |
|---|---|---|---|---|
| 04/01/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review and revise revised Order Tentatively Approving Disclosure in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan and/or To Disclosure Statement, And Setting Hearing

| | | | | |
|---|---|---|---|---|
| 04/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan, confirm no interlineations made by Court, and ensure obligations and dates therein are recorded internally

| | | | | |
|---|---|---|---|---|
| 04/03/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft ballot for voting on March 27 plan

| | | | | |
|---|---|---|---|---|
| 04/03/15 | Delaney Michael T. | 385.00 | 1.70 | 654.50 |

Research regarding non-material and non-adverse modifications to plan after soliciting votes under FRBP 3019 and correspondence to Ms. McDow regarding same.

| | | | | |
|---|---|---|---|---|
| 04/03/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Draft analytical correspondence to Ms. McDow regarding non-material and non-adverse modifications to plan after soliciting votes under FRBP 3019

| | | | | |
|---|---|---|---|---|
| 04/03/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Review and analyze issues regarding modification of Plan.

| | | | | |
|---|---|---|---|---|
| 04/06/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and analyze issues regarding revision of Disclosure Statement.

| | | | | |
|---|---|---|---|---|
| 04/09/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |

Review and analyze issues regarding confirmation and Liquidbits proposal.

| | | | | |
|---|---|---|---|---|
| 04/09/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and revise motion to enforce confirmation order.

| | | | | |
|---|---|---|---|---|
| 04/09/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Elizabeth Green regarding strategy for solicitation of votes in light of posture of Liquidbits deal

| | | | | |
|---|---|---|---|---|
| 04/10/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |

Conference call with Michael Kasolas regarding issues related to trust.

| | | | | |
|---|---|---|---|---|
| 04/10/15 | Layden Andrew V. | 310.00 | 1.30 | 403.00 |

Review issues regarding plan support letters and review form plan support letters.

| | | | | |
|---|---|---|---|---|
| 04/10/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas and Elizabeth Green regarding strategy for plan of reorganization and structure of proposed settlement with Liquidbits

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 04/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding the preparation and circulation of correspondence explaining the committee's position as to the plan of liquidation

| 04/13/15 | Layden Andrew V. | 310.00 | 5.30 | 1,643.00 |
|---|---|---|---|---|

Draft plan support letters to general unsecured and priority claim holders.

| 04/13/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and revise solicitation letters to be sent to priority unsecured creditors and general unsecured creditors and correspondence to/from Andrew Layden regarding modifications to be made to same

| 04/14/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |
|---|---|---|---|---|

Review and revise plan support letters.

| 04/14/15 | Lane Deanna L | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Discussion with Mr. Layden regarding Plan Support Letters and the serving of same

| 04/14/15 | Layden Andrew V. | 310.00 | 0.50 | 155.00 |
|---|---|---|---|---|

Finalize plan support letters and coordinate service of same.

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Mr. Edgeworth regarding the plan solicitation letters

| 04/15/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |
|---|---|---|---|---|

Attend to issues regarding service of plan.

| 04/15/15 | Lane Deanna L | 240.00 | 11.00 | 2,640.00 |
|---|---|---|---|---|

Extensive review of Certificate of Service of plan and court matrix in order to identify proper recipients; isolate problems with issues regarding service of plan; preparing list of creditors and addresses to add to the list of creditors to receive plan documents; assist CA office in preparing list of unserved creditors and their addresses

| 04/15/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |
|---|---|---|---|---|

Attend to service of plan support letters.

| 04/15/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |
|---|---|---|---|---|

Assess need to and logistics surrounding inclusion of ballot to accept/reject plan on Committee website.

| 04/15/15 | Layden Andrew V. | 310.00 | 1.40 | 434.00 |
|---|---|---|---|---|

Attend to issues regarding service of plan of reorganization and disclosure statement recipients not previously served.

| 04/15/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding and revise/finalize Plan Support Letters.

| 04/15/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding re-solicitation of Hashfast plan.

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 04/15/15 | Parrish Jimmy D. | 0.00 | 0.00 | 0.00 |

Attend to plan service issues.

| 04/16/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call to chambers regarding service of plan and timeline for solicitation of votes

| 04/16/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Ms. McDow and Ms. Green regarding the solicitation of votes for plan of liquidation

| 04/16/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Attend to issues regarding service of plan.

| 04/16/15 | Layden Andrew V. | 310.00 | 1.90 | 589.00 |

Analyze issues regarding sufficiency of service given timing of confirmation hearing and draft memorandum to Ms. Green regarding same.

| 04/16/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Elizabeth Green, Andrew Layden and Michael Delaney regarding appropriate manner in which to handle service issues relating to plan and disclosure statement

| 04/16/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Meeting with Mr. Layden regarding service of plan and disclosure statement.

| 04/17/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Ms. McDow and Ms. Green regarding the resolution of the service issues for the March 27 plan of liquidation

| 04/17/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Follow-up conference call with chambers regarding the timeline for solicitation of ballots

| 04/17/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Attend to issues regarding proper service of plan / disclosure statement.

| 04/20/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review issues regarding service of plan etc. and draft email to Ms. Green regarding same.

| 04/20/15 | Lane Deanna L | 240.00 | 5.00 | 1,200.00 |

Review debtor's amended creditor matrix and compare same to list of creditors required to be served with Plan; review and analysis of the Plan Certificate of Service in order to identify missing creditors and meeting with Mr. Layden to discuss findings.

| 04/20/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |

Analyze issues regarding service of plan and draft email to Ms. Green regarding same.

| 04/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elizabeth Green regarding manner in which to handle creditors who were not served with plan and disclosure statement in initial round

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 04/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call to United States Trustee regarding schedule for plan confirmation and motion to convert the bankruptcy case

| 04/21/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to United States Trustee regarding schedule for plan confirmation and motion to convert the bankruptcy case

| 04/21/15 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Coordinate service of plan support letters to priority and general unsecured creditors on the original and updated plan service lists

| 04/21/15 | Layden Andrew V. | 310.00 | 0.30 | 93.00 |

Attend to issues regarding service of plan support letters.

| 04/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review multiple recently-received ballots regarding the March 27 Plan

| 04/22/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Further attention to issues regarding service of plan.

| 04/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Michael Kasolas, proposed liquidating trustee, regarding appropriate manner in which to handle votes to reject the plan

| 04/23/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft proposed order granting the motion to continue plan confirmation hearing and solicitation deadlines

| 04/23/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft notice of the motion to continue plan confirmation hearing and solicitation deadlines

| 04/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review docket and relevant documents in preparation of the motion to continue plan confirmation hearing and solicitation deadlines

| 04/23/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Draft motion to continue plan confirmation hearing and solicitation deadlines

| 04/23/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review, analyze and categorize issues regarding requesting continuance of confirmation.

| 04/27/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and categorize multiple ballots regarding March 27 Plan of Liquidation

| 04/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow and Ms. Green regarding the proposed motion to continue the confirmation hearing and solicitation deadlines

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and categorize multiple ballots for March 27 Plan

| 04/28/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review exhibits in support of the motion to continue confirmation hearing and solicitation deadlines for March 27 plan and prepare the same for filing

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the proposed order granting the motion to continue confirmation hearing and solicitation deadlines for March 27 plan

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the notice for the motion to continue confirmation hearing and solicitation deadlines for March 27 plan

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the motion to continue confirmation hearing and solicitation deadlines for March 27 plan

| 04/28/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Ms. McDow and Ms. Green regarding the motion to continue confirmation hearing and solicitation deadlines for March 27 plan

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Mr. Layden and Ms. McDow regarding the motion to continue confirmation hearing and solicitation deadlines for March 27 plan

| 04/28/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Confer with Mr. Delaney and Ms. McDow regarding continuing hearing.

| 04/30/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Review and categorize multiple ballots for the March 27 plan

| 05/01/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Ms. McDow regarding the votes received for the March 27 plan

| 05/01/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and categorize multiple ballots regarding the March 27 plan

| 05/04/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and categorize multiple ballots regarding the March 27 plan

| 05/05/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and categorize multiple ballots for the March 27 plan

| 05/05/15 | Layden Andrew V. | 310.00 | 0.30 | 93.00 |

Attend issues regarding service of plan and draft correspondence to Ms. McDow and Mr. Delaney regarding same.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 05/06/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and categorize multiple ballots on the March 27 plan.

| | | | | |
|---|---|---|---|---|
| 05/06/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Telephone call with Peter Siddiqui regarding plan.

| | | | | |
|---|---|---|---|---|
| 05/06/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Victor Delaglio, Peter Siddiqui, Michael Delaney, and Elizabeth Green regarding strategy for handling Guido issue in light of pending confirmation

| | | | | |
|---|---|---|---|---|
| 05/11/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review and categorize ballots for March 27 plan

| | | | | |
|---|---|---|---|---|
| 05/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Peter Kravitz regarding potential disgorgement of fees in order to fund plan

| | | | | |
|---|---|---|---|---|
| 05/13/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Mr. Layden regarding the status of plan approval and ballot summary preparation

| | | | | |
|---|---|---|---|---|
| 05/13/15 | Layden Andrew V. | 310.00 | 0.90 | 279.00 |

Review and analyze compilation of ballots to determine whether classes have voted to accept or reject plan.

| | | | | |
|---|---|---|---|---|
| 05/13/15 | Layden Andrew V. | 310.00 | 0.80 | 248.00 |

Review and analyze amended plan in order to identify cash necessary on effective date.

| | | | | |
|---|---|---|---|---|
| 05/18/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Elizabeth Green regarding manner in which to proceed in light of impending confirmation deadlines

| | | | | |
|---|---|---|---|---|
| 05/19/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review United States Trustee's Objection to Committee's Plan of Liquidation and identify matters to be researched and prepare outline for Committee's reply to same

| | | | | |
|---|---|---|---|---|
| 05/20/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Katten Muchin

| | | | | |
|---|---|---|---|---|
| 05/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the waivers of payment(s) of administrative claims on effective date of March 27 Plan

| | | | | |
|---|---|---|---|---|
| 05/20/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to respective parties regarding the waivers of payment of administrative claim on effective date of March 27 Plan

| | | | | |
|---|---|---|---|---|
| 05/20/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Koi Systems

| | | | | |
|---|---|---|---|---|
| 05/20/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Province

**Baker & Hostetler LLP**

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

| 05/20/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Baker & Hostetler

| 05/20/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft notice of filing waivers of right to effective date administrative claim payments

| 05/20/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Begin preparing ballot summary for March 27 plan

| 05/20/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Prepare for and attend conference call to discuss preparation of confirmation memorandum for March 27 plan

| 05/20/15 | Layden Andrew V. | 310.00 | 3.30 | 1,023.00 |

Begin drafting confirmation memorandum.

| 05/20/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Attend to issues regarding status of case, ballot tabulation, and objection to confirmation filed by US Trustee.

| 05/20/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review and revise Response to United States Trustee's Supplement to the Motion to Convert Case to Chapter 7 Under 1112(b), Or In The Alternative, To Appoint a Chapter 11 Trustee, and confer with Michael Delaney regarding modifications to be made to same

| 05/20/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Andrew Layden and Michael Delaney regarding content and structure of plan confirmation memorandum

| 05/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise Waiver(s) Of Right to Effective Date Payments on Account of Administrative Claim and Notice of Filing of same and confer with Michael Delaney regarding modifications to be made to same

| 05/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Mr. Layden regarding arguments for confirmation memorandum for March 27 plan

| 05/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to United States Trustee regarding BLR 3020-1(e) meet and confer and review response to same

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Attend to confirmation issues.

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Review confirmation affidavit and revise same.

| 05/21/15 | Layden Andrew V. | 310.00 | 3.90 | 1,209.00 |

Continue drafting confirmation memorandum.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 05/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elizabeth Green regarding strategy for various sources of funding for effective date

| 05/21/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas regarding status of matters relating to confirmation in preparation for meeting with Ron Oliner

| 05/22/15 | Delaney Michael T. | 385.00 | 4.40 | 1,694.00 |

Assist with drafting memorandum regarding confirmation of March 27 plan

| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Prepare exhibits to declaration of Michael T. Delaney in support of March 27 plan confirmation

| 05/22/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Draft declaration of Hamilton Hee in support of plan confirmation

| 05/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Edgeworth of Koi Systems regarding waiver of right to receive payment of administrative claim on effective date of March 27 plan

| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Confer with Ms. McDow regarding ballot tabulation and confirmation issues in preparation of plan confirmation memorandum

| 05/22/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Continue review ballots in preparation of ballot summary for March 27 plan

| 05/22/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and revise ballot summary for March 27 plan

| 05/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize notice of filing and waivers of right to payment of administrative claims on effective date of March 27 plan

| 05/22/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Draft declaration of Michael T. Delaney in support of March 27 plan confirmation

| 05/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding BLR 3020-1(e) meet and confer

| 05/22/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Review issues regarding votes.

| 05/22/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |

Review issues regarding confirmation affidavit.

| 05/22/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference calls with Hamilton Hee regarding vote cast by Ray Gallo on his behalf

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 161 of 469

| Date | Name | Rate | Hours | Amount |
|------|------|------|-------|--------|
| 05/22/15 | McDow Ashley M. | 530.00 | 3.30 | 1,749.00 |
| | Assist with preparation of confirmation memorandum | | | |
| 05/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
| | Correspondence to/from Victor Delalglio regarding strategy for confirmation hearing and need for Debtor to make personal appearance at same | | | |
| 05/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
| | Review declaration of Ray Gallo regarding voting on behalf of clients in preparation of motion to strike improper ballots | | | |
| 05/26/15 | Layden Andrew V. | 310.00 | 0.50 | 155.00 |
| | Review pre-confirmation filings such as confirmation memorandum and supporting affidavits and evaluate whether any supplemental pleadings should be filed. | | | |
| 05/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
| | Review and analyze Gallo Declaration in Opposition to Plan Confirmation And In Response to Hee Declaration | | | |
| 05/26/15 | McDow Ashley M. | 530.00 | 1.40 | 742.00 |
| | Review relevant pleadings in preparation for confirmation hearing | | | |
| 05/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
| | Correspondence to/from Michael Kasolas regarding attendance at and strategy for confirmation hearing | | | |
| 05/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
| | Confer with Ms. McDow regarding the BLR 3020-1(e) meet and confer | | | |
| 05/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
| | Review and draft response to correspondence from United States Trustee regarding BLR 3020-1(e) meet and confer | | | |
| 05/27/15 | Green Elizabeth A. | 550.00 | 1.50 | 825.00 |
| | Attend confirmation hearing. | | | |
| 05/27/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |
| | Telephone call with Julie Glossen regarding objections. | | | |
| 05/27/15 | Green Elizabeth A. | 550.00 | 2.50 | 1,375.00 |
| | Prepare for confirmation hearing. | | | |
| 05/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
| | Confer with Ms. McDow regarding revisions to plan and liquidating trust required for confirmation | | | |
| 05/29/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
| | Confer with Ms. McDow regarding revisions to March 27 plan and Hashfast Liquidating Trust Agreement | | | |
| 05/29/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
| | Revised Hashfast Liquidating Trust Agreement to incorporate changes required for confirmation | | | |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 05/29/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to the United States Trustee regarding the revised versions of the March 27 plan and Hashfast Liquidating Trust Agreement

| 05/29/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Revise March 27 plan and disclosure statement to incorporate changes required for confirmation

| 05/29/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review revised version of plan and disclosure statement and confer with Michael Delaney regarding same and parties to whom proposed modifications should be sent

| 06/03/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from United States Trustee regarding revised plan and liquidating trust agreement

| 06/04/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Finalize revised version of liquidating trust agreement for June 4, 2015 plan of liquidation

| 06/04/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize revised version of June 4, 2015 consolidated plan of liquidation and disclosure statement

| 06/04/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to United States Trustee, debtors and proposed liquidating trustee regarding revisions to plan caption

| 06/09/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Victor Delaglio regarding current cash on hand and content of declaration in support of confirmation to be prepared and filed based on same

| 06/11/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Mr. Kasolas regarding the status of plan confirmation

| 06/11/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review and revise Declaration of Mr. Delaglio in Support of Plan Confirmation and confer with Ms. McDow regarding the same.

| 06/11/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Victor Delaglio regarding current cash position and addendum to Ochoa order

| 06/11/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Victor Delaglio and Peter Siddiqui regarding current cash position and addendum to Ochoa order

| 06/11/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |

Prepare Declaration of Victor Delaglio in support of plan confirmation and conference calls with Victor Delaglio regarding same

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 06/11/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Review relevant pleadings and correspondence in preparation for hearing on plan confirmation and 9019 motion

| 06/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui and Victor Delaglio regarding results of hearings on the 9019 Motion and plan confirmation

| 06/16/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding results of confirmation and compromise hearing and manner in which to proceed forward in light of same

| 06/17/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the preparation of an order confirming the June 2015 plan of liquidation

| 06/17/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Begin drafting the proposed order confirming the June 2015 plan of liquidation and confer with Ms. McDow regarding same

| 06/19/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the proposed order confirming June 2015 plan

| 06/19/15 | Delaney Michael T. | 385.00 | 4.40 | 1,694.00 |
|---|---|---|---|---|

Continue drafting proposed order confirming June 2015 plan

| 06/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Finalize and prepare proposed order confirming June 2015 plan for lodging

| 06/19/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Review and revise confirmation order and confer with Michael Delaney regarding modifications to be made to same

| 06/25/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Mr. Kasolas regarding the entry of the confirmation order

| 06/25/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review entered confirmation order for revisions

| 06/25/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review entered Order Approving on a Final Basis and Confirming the Consolidated Plan of Liquidation and Disclosure Statement and confirm no interlineations made by Court

| 06/30/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with creditor regarding claim treatment and plan administration

| 06/30/15 | Layden Andrew V. | 310.00 | 1.90 | 589.00 |
|---|---|---|---|---|

Create checklist of required events for effective date of confirmed plan.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/01/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review checklist regarding Effective Date obligations and correspondence to Victor Delaglio regarding specific obligations of Debtor with respect to same

| 07/06/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas regarding status of compliance with various effective date obligations

| 07/08/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Victor Delaglio regarding status of effective date obligations

| 07/09/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Prepare Hashfast Creditor Trust agreement for execution

| 07/09/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to the trustee regarding the execution of the Hashfast Creditor Trust agreement

| 07/09/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to debtors' counsel regarding the execution of the Hashfast Creditor Trust agreement

| 07/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee regarding the execution of the Hashfast Creditor Trust agreement

| 07/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the execution of the Hashfast Creditor Trust agreement

| 07/10/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Assist Victor Delaglio with "Claims Register" to be submitted by Debtor on Effective Date

| 07/29/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence regarding effective date of plan and execution of trust agreement

| 07/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding status of effective date conditions

| **Plan And Disclosure Statement (B320)** | | | **317.60** | **131,690.50** |

| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with Shawn Connor regarding most recent offer received from Liquidbits (.3)

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Pete Siddiqui regarding issues related to case and discovery.

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with William regarding proposal.

Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 07/30/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Review William proposal.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review monetary issues related with alternative proposals and cost estimates.

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Prepare email to Pete Siddiqui regarding agreements at meeting.

| 08/07/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |
|---|---|---|---|---|

Review issues regarding status of case and website.

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.50 | 180.00 |
|---|---|---|---|---|

Review case law on 363 and sale of estate assets.

**Bankruptcy Related Advice (B400)**      **5.50**      **2,637.50**

| 07/14/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review correspondence between Debtors and Committee regarding proposed orders and negotiations regarding scheduling of Rule 2004 examinations.

**General Bankruptcy Advise - Options (B410)**      **0.00**      **0.00**

| 07/21/14 | Lane Deanna L | 230.00 | 0.90 | 207.00 |
|---|---|---|---|---|

Creation of a Master Case Index; loading three transcripts from the July 8 and July 15 341(a) meetings into the document management system.

| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |
|---|---|---|---|---|

Load the transcript of the 2004 Examination of Monica Hushen to the document management system and Master File Index.

| 08/01/14 | Lane Deanna L | 230.00 | 0.20 | 46.00 |
|---|---|---|---|---|

Load transcript of the 2004 Examination of Eduardo de Castro to the DMS and Master File Index.

**Fact Gathering (C100)**      **1.40**      **322.00**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |
|---|---|---|---|---|

Research standards for substantive consolidation.

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review California law regarding Mary Carter provisions.

| 12/05/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Research regarding Berg & Berg Enterprises decision and trust fund theory of director liability.

## Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | |
|---|---|---|---|---|
| 01/05/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Research 11 USC 548(a)(1)(B)(ii)(IV) and analyze ability to assert same against potential defendants

| 02/17/15 | Layden Andrew V. | 310.00 | 1.80 | 558.00 |

Research applicable legal standard for potential D & O claims under California law.

| 02/18/15 | Layden Andrew V. | 310.00 | 3.10 | 961.00 |

Continue research of legal standard for potential claims against Debtors' insiders under California law.

| 02/23/15 | Layden Andrew V. | 310.00 | 4.30 | 1,333.00 |

Continue researching basis for Committee's claims against Debtor's directors and officers under California law.

| 04/03/15 | Layden Andrew V. | 310.00 | 2.30 | 713.00 |

Conduct additional research regarding potential change in plan of reorganization and whether re-solicitation is necessary and draft memorandum regarding same.

| 05/21/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Research regarding meet and confer requirements under Bankruptcy Local Rules

| 05/21/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Research treatment of untimely claims and bases to strike ballots under section 1126(e)

| 05/26/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Research regarding section 1126(e) and voting by proxy in preparation of motion to strike bad faith votes filed by Gallo LLP

| 05/27/15 | Layden Andrew V. | 310.00 | 1.40 | 434.00 |

Research regarding potential objection to Liquidbits' request for administrative expense.

**Researching Laws (C200)**      **17.30**      **5,930.50**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research DXCorr Design corporate records.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research Sandgate corporate records.

**Fact Investigation / Development (L110)**      **0.60**      **210.00**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding proposed response to motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

| 06/26/14 | Green Elizabeth A. | 515.00 | 1.50 | 772.50 |

Telephone calls regarding committee first day issues, motions and strategy.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 167 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:       01/13/17
Invoice Number:    50335064
Matter Number:  093044.000001
Page 119

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Confer with Michael Delaney regarding content of various oppositions.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference calls with Elizabeth Green regarding agenda for first committee meeting.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Notice of Appearance filed by Sustenas Operationos Saitarias and identify appropriate contact information contained therein.

| 06/30/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Listen to audio recording of hearing in order to identify affirmative obligations of debtor with respect to information and documentation to be provided by debtor.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Correspondence to/from and conference call with counsel for debtor regarding modifications to be made to order approving continued use of cash management system.

| 07/01/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Attend strategy meeting regarding potential exit strategies for the debtor and the position of the committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Review and analyze budget (and amended budget) provided by Debtors, and correspondence to/from members of committee and Debtors' counsel regarding same.

| 07/07/14 | McDow Ashley M. | 500.00 | 3.90 | 1,950.00 |
|---|---|---|---|---|

Review file, including relevant correspondence and pleadings in preparation for 341(a) examination of Debtors, and prepare outline of questions for same.

| 07/09/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |
|---|---|---|---|---|

Confer with Ms. Green regarding status of case.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |
|---|---|---|---|---|

Review audio recording of hearing in order and identify accurate terms to be included in proposed order and correspondence to/from Jessica Mikelson regarding same.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding case and sale proposal.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding non-appearance of Simon Barber at 341(a) hearing, non-appearance of Eduardo for 2004 examination, status of various motions, and strategy for continued 341(a) hearing.

# Baker & Hostetler LLP

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the testimony and developments from the 341a meeting.

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding website and sharing of information.

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to sale.

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding sale.

| 07/19/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Strategize regarding the response the sale motion and request for application for order shortening time

| 07/19/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of case and strategy moving forward.

| 07/19/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Michael Delaney, Andrew Layden, and Elizabeth Green regarding delegation of responsibilities and content of Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.

| 07/20/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review 11 USC 1104 and case law in preparation for Committee call.

| 07/20/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review basis for Committee's objection to same.

| 07/21/14 | Delaney Michael T. | 350.00 | 4.60 | 1,610.00 |

Review transcript from 341(a) hearing.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Conference with Ashley McDow regarding strategy.

| 07/22/14 | Delaney Michael T. | 350.00 | 6.90 | 2,415.00 |

Continue reviewing transcript from 341(a) hearing.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the Willem van Rooyen declaration in support of opposition to the sale motion.

| 07/23/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review and revised motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates

| 07/23/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Continue reviewing transcript of 341(a) hearing.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/23/14 | Delaney Michael T. | 350.00 | 4.80 | 1,680.00 |
|---|---|---|---|---|

Continue review of transcript of continued 341(a) meeting.

| 07/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding objection to sale motion.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research regarding proposed sale without overbid in preparation of opposition to sale motion.

| 07/24/14 | Garner Harry | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research regarding Northern District of California's asset sale procedures and guidelines regarding sub rosa plans.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Review/revise declaration of Ashley McDow in support of opposition to sale motion.

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review purported due diligence provided by Debtors' counsel.

| 07/26/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Review issues regarding court order on sale motion.

| 07/28/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Meeting with Eduardo Decastro and Craig Stuppi regarding viability of alternative exit strategy moving forward

| 07/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth, chair of committee, and representatives of Province regarding details of alternative plan

| 08/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Approving Stipulation to Continue Pretrial Conference and Related Dates and Deadlines in Adversary Proceeding relating to non-dischargeability and assess impact of changes of Court on trustee's own intentions moving forward.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz, Craig Stuppi, Eduardo DeCastro and Rob Edgeworth regarding status of case since CRO appointment.

| 08/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review schedules regarding patents.

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Analyze issues with Michael Delaney regarding procedural aspects of the case.

| 09/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Elizabeth Green and Michael Delaney regarding language to be included in proposed order approving substantive consolidation motion and basic structure of plan of reorganization.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/26/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding status of various aspects of case, including plan term sheet, various offers, potential lawsuit against Coinlab.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Lisa Damji regarding status of case.

| 11/25/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference calls with Elizabeth Green regarding manner in which to respond to employment application for Province and debrief from bi-monthly committee call.

| 12/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Confer with Elizabeth Green regarding specific line items in financial statements submitted by Simon Barber and research regarding same

| 12/05/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding trust fund standard for breach of fiduciary duty.

| 12/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Elizabeth Green regarding content of deposition transcript of Simon Barber

| 12/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Elizabeth Green regarding results of hearing on Joint Statement, particularly regarding manner in which to proceed with respect to plan and disclosure statement

| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Elizabeth Green regarding manner in which to respond to First Interim Fee Application, status of the demand letter to be submitted with respect to the D&O policy, and manner in which to respond to opposition of Gallo to Application of Baker & Hostetler for For Approval of First Interim Fee Application

| 12/19/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of hearings and status of demand letter for D&O policy, preference demand letters, and complaints

| 12/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review issues regarding litigation.

| 12/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding content of complaint against Mark Lowe, status of demand letter relating to D&O policy and modifications to be made to same, and status of avoidance action demand letters in preparation for group call regarding litigation options

| 01/02/15 | McDow Ashley M. | 530.00 | 1.50 | 795.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui, Peter Kravitz, Victor Delaglio, Elizabeth Green, and Michael Delaney regarding status of various litigation to be filed in case

| 01/30/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding oppositions filed by Liquidbits, Gallo, and the UST and manner in which to proceed in light of same

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 14-30725     Doc# 520     Filed: 01/13/17     Entered: 01/13/17 19:17:20     Page 171 of 469

| 02/10/15 | Delaney Michael T. | 385.00 | 1.00 | 385.00 |

Revise Lowe fraudulent transfer complaint and motion for writ of attachment to incorporate debtors' proposed revisions

| 02/17/15 | Townsend Wendy C. | 395.00 | 0.40 | 158.00 |

Confer with Mr. Layden regarding specific content of D & O Complaint to be drafted.

| 02/19/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Review issues with Mr. Layden.

| 03/11/15 | Townsend Wendy C. | 395.00 | 3.40 | 1,343.00 |

Continue to review deposition of Monica Husten in order to incorporate additional accounts into D & O complaint.

| 03/13/15 | McDow Ashley M. | 530.00 | 1.00 | 530.00 |

Conference call with Andrew Layden, Wendy Townsend, and Michael Delaney regarding content of D&O complaint

| 03/18/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Peter Kravitz regarding approach and strategy for upcoming hearings

| 03/26/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Peter Siddiqui regarding approach for Liquidbits discussion, status of negotiations with Marc Lowe, and content of amended disclosure statement

| 04/16/15 | Layden Andrew V. | 310.00 | 0.50 | 155.00 |

Telephone call with Ms. Green, Mr. Delaney and Ms. McDow regarding status of case and strategy moving forward.

| 04/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elizabeth Green regarding manner in which to proceed with counsel for Liquidbits and with the motion to continue the hearing on the plan and disclosure statement (and dates relating thereto) and confer with Michael Delaney regarding same

| 04/24/15 | Ojeda, Roxane E. | 0.00 | 0.00 | 0.00 |

Review Liquidation Analysis in order to determine what claimants (potential named defendants), if any, are represented by legal counsel.

| 04/29/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Telephone call with Mike Kasolas regarding status of case.

| **Analysis / Strategy (L120)** | | | **52.50** | **22,643.50** |

| 06/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with Province regarding potential retention of forensic accountant on behalf of committee.

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 07/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with committee members and representatives of Province regarding potential retention as forensic accountant(s) for committee.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Follow up conference call with representatives of Province regarding immediate steps to be taken.

| 07/03/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review and evaluate proposed engagement letter by and between committee and Province.

| 07/05/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Victor Delaglio and Rob Edgeworth regarding recent term sheet between Liquidbits and Debtors and impact of same on valuation and previous financial analysis and need for expedited review.

| 07/08/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with Victor Delaglio and Rob Edgeworth in preparation of 341(a) hearing and to discuss results of 341(a) hearing.

| 07/15/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Province regarding the creation and launch of the committee's website and its content.

| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Delaglio regarding application to employ Province as financial advisor to the committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review biographies to be appended to the application to employ Province as financial advisor to the committee.

| 07/16/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise application to employ Province as financial advisor to the committee.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Province regarding the filing of their employment application.

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Paul Hguyens regarding questions to be posed of Monica Hushen at 2004 examination of same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Victor Delaglio of Province and Michael Delaney regarding recently filed motion for approval of sale and role of Province in opposition to same.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Province regarding valuation.

| 01/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Steven Gubner regarding potential special litigation counsel for liquidating trustee

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 173 of 469

| 02/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ron Oliner regarding potential retention as special litigation counsel for the Committee and/or the Hashfast Liquidating Trust

| 05/19/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with Ron Oliner regarding status of confirmation in order to assess potential special counsel role on behalf of Liquidating Trust

| 05/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Follow up call with Ron Oliner regarding status of confirmation in order to assess potential special counsel role on behalf of Liquidating Trust

**Experts / Consultants (L130)**    **8.10**    **3,693.00**

| 06/27/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of case.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding proposal for mining and other alternatives in preparation for settlement meeting.

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Conference with Rob Edgeworth and Ashley McDow regarding settlement meeting.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, and Elizabeth Green in preparation for all hands on settlement meeting with Debtors.

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Prepare for settlement negotiations with Debtor, including reviewing relevant pleadings, documents, and correspondence and confer with Elizabeth Green and Rob Edgeworth regarding same.

| 08/05/14 | Green Elizabeth A. | 515.00 | 6.50 | 3,347.50 |

Attend meeting with Committee and Debtors regarding potential settlement.

| 08/05/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Elizabeth Green and Rob Edgeworth regarding results of settlement negotiation and steps moving forward in light of same.

| 08/05/14 | McDow Ashley M. | 500.00 | 7.90 | 3,950.00 |

Settlement negotiation meeting with Debtor.

| 11/19/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding structure and content of offer to be proposed by Simon Barber.

| 11/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz regarding modifications to terms of settlement to be proposed by Simon Barber.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | | |
|---|---|---|---|---|---|
| 11/25/14 | McDow Ashley M. | | 500.00 | 0.50 | 250.00 |

Conference call with Ori Katz regarding modifications to be made to Simon Barber offer.

| 12/01/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference call with Ori Katz regarding potential offer and financials to be submitted by Simon Barber

| 12/04/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Review file and Joint Statement in support of Auction filed with the Court in preparation for hearing on same

| 12/04/14 | McDow Ashley M. | | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui and Ori Katz regarding final modifications to be made to Joint Statement in Support of Auction

| 12/04/14 | McDow Ashley M. | | 500.00 | 1.10 | 550.00 |

Review and revise various versions of Joint Statement in Support of Auction and Sale Motion and Declaration of Victor Delaglio in support of same and correspondence to/from counsel for the Debtor regarding same

| 12/04/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding modifications to be made to Joint Statement regarding bid of Simon Barber

| 12/18/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz and Pete Siddiqui regarding additional/replacement language for portions of order approving sale to Simon Barber

| 12/22/14 | McDow Ashley M. | | 500.00 | 1.10 | 550.00 |

Review and revise proposed settlement agreement resolving claims by and among the Debtors, Simon Barber, and the Committee and correspondence to counsel for the Debtors and counsel for Simon Barber regarding same

| 01/05/15 | McDow Ashley M. | | 530.00 | 0.30 | 159.00 |

Conference call with Ori Katz and Pete Siddiqui regarding "final" modifications to be made to settlement agreement

| 01/05/15 | McDow Ashley M. | | 530.00 | 0.20 | 106.00 |

Review proposed "final" settlement agreement in preparation for conference call with Ori Katz and Pete Siddiqui

| 01/05/15 | McDow Ashley M. | | 530.00 | 0.20 | 106.00 |

Conference call with Nancy Inesta, employment partner, regarding impact of discharge vs. resignation for purposes of evaluating settlement agreement with Simon Barber

| 01/08/15 | McDow Ashley M. | | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz and Peter Siddiqui regarding additional modifications made to settlement agreement with Simon Barber and correspondence to Robert Edgeworth regarding same

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/09/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review final version of Simon Barber settlement agreement and correspondence to committee regarding review of same

| 01/15/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Debtors, Debtors' counsel and Liz Green regarding communication received on behalf of Guido Ochoa and potential impact of same on settlement agreement with Simon Barber

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with debtors' counsel regarding the Simon Barber settlement and independent contractor agreement

| 01/22/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding final modifications to be made to consulting agreement and information to be incorporated into the plan and disclosure statement, including nomination of liquidating trustee

| 01/28/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding status of executed settlement agreement and independent consulting agreement and correspondence to/from Rob Edgeworth regarding same

| 01/30/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz regarding submission of executed Independent Consulting Agreement and settlement agreement

| 03/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ori Katz regarding settlement payment from Simon Barber

| 03/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Peter Siddiqui regarding status of settlement negotiations with Marc Lowe

| 03/10/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference calls with and correspondence to Peter Siddiqui regarding settlement discussions with counsel for Marc Lowe

| 03/10/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Correspondence to/from and conference call with David Poitras, counsel for Marc Lowe, regarding settlement prospects

| 03/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review entered Order Approving Debtor's Settlement With Hypertechnologie Ciara, Inc. and confirm no changes by the Court which would require revisions to the plan and disclosure statement

| 04/01/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding contours of potential settlement with Liquidbits

| 04/01/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference calls with Michael Kasolas regarding potential terms of global resolution with Liquidbits

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 176 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 128

| 04/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the potential Liquidbits settlement and implications for the solicitation of votes on the March 27 plan

| 04/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the potential Liquidbits and Lowe settlements in preparation for the committee call

| 04/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Peter Siddiqui regarding status of settlement negotiations with Liquidbits

| 04/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Michael Kasolas regarding negotiations with counsel for Liquidbits

| 04/13/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding status of settlement negotiations with Liquidbits

| 04/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the preparation of a settlement offer to Marc Lowe and reply brief in support of the motion for issuance of writ of attachment in Lowe adversary proceeding

| 04/17/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review the reply to the motion for issuance of a writ of attachment in the Lowe adversary proceeding in preparation of the Lowe settlement offer

| 04/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Michael Kasolas regarding status of settlement offers and plan process

| 04/21/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Peter Siddiqui regarding status of settlement negotiations with Liquidbits

| 04/22/15 | Farivar, Fahim | 365.00 | 0.80 | 292.00 |

Several correspondence to/from Mr. Siddiqui regarding back up documentation for preference demand letters; review data forwarded by Mr. Siddiqui regarding the same and confer with Ms. McDow regarding the same.

| 04/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Follow up conference call with Michael Kasolas regarding status of settlement negotiations with Liquidbits

| 04/22/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Michael Kasolas regarding status of settlement negotiations with Liquidbits

| 04/24/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Continue reviewing, revising, and updating preference demand letter for Allan Hessenflow.

| 04/27/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Begin drafting settlement proposal for Lowe adversary proceeding

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 177
of 469

| 04/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review first amended complaint in preparation for settlement proposal for Lowe adversary proceeding

| 04/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review motion to dismiss Lowe adversary in preparation of settlement proposal for Lowe adversary proceeding

| 05/01/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Ms. Ojeda regarding the demand letters and screening the chart of accounts for creditors not listed in SOFA.

| 05/04/15 | Delaney Michael T. | 385.00 | 1.90 | 731.50 |
|---|---|---|---|---|

Continue drafting settlement proposal for Lowe adversary proceeding

| 05/05/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |
|---|---|---|---|---|

Continue drafting the settlement proposal for Lowe adversary proceeding

| 05/05/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the settlement proposal for Lowe adversary proceeding

| 05/05/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding the settlement proposal for Lowe adversary proceeding

| 05/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Debtors, Debtor's counsel, Michael Kasolas and Elizabeth Green regarding conference call to discuss potential resolution of issues relating to Guido Ochoa

| 05/05/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding status of negotiations between Debtors and Guido Ochoa

| 05/05/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding status of negotiations between Debtors and Guido Ochoa

| 05/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and revise written settlement proposal to be submitted to Marc Lowe

| 05/06/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with debtors' counsel regarding the Lowe adversary proceeding settlement proposal

| 05/06/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Confer with debtors' counsel and debtors' chief restructuring officer regarding strategy for managing Guido Ochoa contract performance.

| 05/06/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding potential resolution of "Guido issue"

# Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 05/07/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Ms. Green regarding the proposed correspondence to Guido Ochoa regarding final payment on March 2015 purchase order

| 05/07/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding sale to Guido.

| 05/07/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding terms of letter to be sent to Guido Ochoa

| 05/07/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas, proposed liquidating trustee, and Elizabeth Green regarding manner in which to proceed with dispute between Debtors and Guido Ochoa

| 05/07/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Confer with Michael Delaney regarding content of correspondence to be sent to Guido Ochoa regarding resolution of dispute with Debtors

| 05/07/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Follow up conference call with Michael Kasolas regarding status of negotiations with Liquidbits and Guido Ochoa

| 05/11/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Conference call regarding delivery of Ochoa order and final payment on the same

| 05/11/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |
|---|---|---|---|---|

Telephone call with Mari Nunez regarding money due by Guido Ochoa.

| 05/11/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding manner in which to proceed in light of call with Mari Nunez, "representative" for Guido Ochoa.

| 05/11/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |
|---|---|---|---|---|

Conference call with Mari Nunez (representative for Guido Ochoa), Michael Kasolas (proposed liquidating trustee), Elizabeth Green, and Michael Delaney regarding potential resolution of dispute(s) between Debtors and Guido Ochoa

| 05/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with debtors' counsel regarding the Lowe settlement proposal

| 05/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding status of settlement negotiations with Liquidbits

| 05/15/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Meeting with Michael Kasolas regarding status of various settlement negotiations and manner in which to proceed in light of same

| 05/17/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Confer with Peter Kravitz regarding terms of potential settlement necessary to fund effective date payments

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

05/18/15    McDow Ashley M.                    530.00      0.10        53.00
Correspondence to/from Peter Siddiqui regarding status of settlement discussions with Liquidbits

05/21/15    McDow Ashley M.                    530.00      0.20       106.00
Conference call with Eduardo regarding potential resolution of the issues between Guido Ochoa and the Debtor

05/22/15    McDow Ashley M.                    530.00      0.20       106.00
Conference call with Eduardo regarding recent discussions with Guido Ochoa and manner in which to resolve remaining problems

05/26/15    Delaney Michael T.                 385.00      0.20        77.00
Review and draft response to correspondence from Liquidbits counsel regarding committee approval of the Liquidbits settlement agreement

05/26/15    McDow Ashley M.                    530.00      0.10        53.00
Conference call with Peter Siddiqui and Michael Delaney regarding terms of assignment(s) to Guido Ochoa

05/29/15    McDow Ashley M.                    530.00      0.30       159.00
Conference call with Victor Delaglio regarding content of Motion for Approval Of Compromise With Liquidbits Corporation

05/29/15    McDow Ashley M.                    530.00      0.30       159.00
Review Notice of Motion and Motion for Approval Of Compromise With Liquidbits Corporation and Identify Issues to be raised in supplement to be filed by Committee

06/01/15    Delaney Michael T.                 385.00      0.20        77.00
Confer with Ms. McDow regarding motion to approve compromise with Liquidbits Corp and preparation of brief in support of the same

06/01/15    McDow Ashley M.                    530.00      0.10        53.00
Review entered Order Granting Debtors' Oral Motion to Shorten Time on Debtors' Motion for Approval of Compromise With Liquidbits Corporation, confirm no interlineations made by Court, and confirm dates therein are calendered internally

06/01/15    McDow Ashley M.                    530.00      0.20       106.00
Conference call with Michael Kasolas regarding 9019 motion between the Debtors and Liquidbits and modifications to be made to same

06/01/15    McDow Ashley M.                    530.00      0.30       159.00
Correspondence to counsel for the Debtors and counsel for Liquidbits regarding glaring deficiencies in the 9019 motion to approve compromise between the Debtors and Liquidbits and appropriate manner in which to address same

06/02/15    McDow Ashley M.                    530.00      0.30       159.00
Conference call with Peter Siddiqui and Greg Rougeau regarding supplement to 9019 motion to be filed by Committee

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 06/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Michael Kasolas regarding supplement of Committee to Motion to Approve Compromise Between Debtors and Liquidbits

| | | | | |
|---|---|---|---|---|
| 06/03/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Review and revise Declaration of Victor Delaglio in Support of Motion to Compromise and confer with Michael Delaney regarding same

| | | | | |
|---|---|---|---|---|
| 06/03/15 | McDow Ashley M. | 530.00 | 1.10 | 583.00 |

Conference calls with Victor Delaglio regarding content of Declaration of Victor Delaglio to be submitted in support of 9019 motion

| | | | | |
|---|---|---|---|---|
| 06/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Greg Rougeau, counsel for Liquidbits, regarding content of Declaration of Victor Delaglio in Support of Motion to Approve Compromise

| | | | | |
|---|---|---|---|---|
| 06/11/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Eduardo DeCastro regarding additional installment payment from Guido

| | | | | |
|---|---|---|---|---|
| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to debtor's counsel regarding the proposed order approving the Liquidbits settlement agreement

| | | | | |
|---|---|---|---|---|
| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow regarding the proposed order approving the Liquidbits settlement agreement

| | | | | |
|---|---|---|---|---|
| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review the proposed order approving the Liquidbits settlement agreement

| | | | | |
|---|---|---|---|---|
| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review multiple correspondence regarding the proposed order approving the Liquidbits settlement agreement

| | | | | |
|---|---|---|---|---|
| 06/16/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving Debtors' Compromise With Liquidbits Corporation and entered Order Denying Motion of UST to Convert Case and confirm no interlinations made by Court

| | | | |
|---|---|---|---|
| **Settlement / Nonbinding Adr (L160)** | | **47.50** | **23,266.00** |

| | | | | |
|---|---|---|---|---|
| 08/06/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Prepare outline of action items.

| | | | | |
|---|---|---|---|---|
| 11/13/14 | Bhagat Ashish K. | 0.00 | 0.00 | 0.00 |

Creation of database and load data for processing in summation enterprise database per Mr. Bekier.

| | | | |
|---|---|---|---|
| **Other Cases Assessment, Development And Administration (L190)** | | **0.60** | **309.00** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review Trustee issues.

| 07/30/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Review documents produced by Debtors, including order reports, bank "ledgers," and communications relating to attempts to procure DIP financing and to pursue alternative exit strategies, identify portions to be included in potential motion for appointment of Chapter 11 trustee, and confer with Rob Edgeworth, chair of committee, regarding same

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review proposal from Rob Edgeworth regarding plan to go forward with HashFast.

| 08/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Stipulation to Extend Deadline for Specifying Cure Amount Owing To Uniquify and assess whether need for committee to object.

| 08/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Review alternative plans proposed by Guido and Willem and identify potential bankruptcy hurdles with respect to same in preparation for committee call to discuss all proposed plans.

| 08/07/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding Agreement with Debtors and CRO.

| 10/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review complaint filed by Debtors against Uniquify.

| 12/17/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting fraudulent transfers complaint against Cypherdoc

| 12/19/14 | Delaney Michael T. | 350.00 | 3.20 | 1,120.00 |

Continue drafting Cypherdoc fraudulent transfer complaint

| 12/22/14 | Delaney Michael T. | 350.00 | 4.40 | 1,540.00 |

Continue drafting fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)

| 12/29/14 | McDow Ashley M. | 500.00 | 2.60 | 1,300.00 |

Review and revise complaint against Mark Lowe

| 12/30/14 | Farivar, Fahim | 320.00 | 3.30 | 1,056.00 |

Review and analyze Ashley M. McDow's comments and related documents and continue revising and updating the Complaint against Marc A. Lowe in light of same.

| 01/02/15 | Farivar, Fahim | 365.00 | 1.80 | 657.00 |

Continue reviewing documents and revising and updating the complaint against Mr. Lowe.

| 01/02/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Finish reviewing and revising complaint against Mark Lowe

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 182 of 469

| 01/05/15 | Delaney Michael T. | 385.00 | 4.50 | 1,732.50 |

Continue drafting fraudulent transfers complaint against Marc Lowe

| 01/06/15 | Delaney Michael T. | 385.00 | 4.20 | 1,617.00 |

Draft motion for writ of attachment as to the Bitcoin transferred to Marc Lowe

| 01/06/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Research in preparation of motion for writ of attachment as to the Bitcoin transferred to Marc Lowe

| 01/08/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Continue drafting fraudulent transfer complaint against Marc Lowe

| 01/13/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Review and revise revised complaint against Mark Lowe in light of conference call with counsel for Debtors

| 01/14/15 | Delaney Michael T. | 385.00 | 1.60 | 616.00 |

Finalize motion for writ of attachment regarding the 3000 bitcoin received by Marc Lowe

| 01/14/15 | McDow Ashley M. | 530.00 | 1.40 | 742.00 |

Review and revise Motion for Issuance of Right to Attach Order And Writ of Attachment

| 01/14/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review and further revise Motion for Issuance of Issuance of Right to Attach Order and Writ of Attachment

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and analyze Opposition to Motion for Stipulated Order Regarding Standing of Committee filed by Liquidbits and Joinder of Ray Gallo and assess appropriate manner in which to respond

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review United States Trustee's Objection to Debtors' Motion for Stipulated Order Regarding Standing of Committee and identify factual inaccuracies therein to be addressed in the event a reply is filed

| 02/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Notice of Withdrawal of Motion for Stipulated Order and correspondence to Jessica Mickelson regarding modifications to be made to same

| 02/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow and debtor's counsel regarding the exhibits for Lowe fraudulent transfer complaint

| 02/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Prepare exhibits for Lowe fraudulent transfer complaint

| 02/16/15 | Farivar, Fahim | 365.00 | 1.80 | 657.00 |

Finalize the complaint and the motion for the issuance of a right to attach order and writ of attachment as to certain Bitcoin fraudulently transferred to Marc. A. Lowe, compile exhibits in support of same, and several correspondence to/from Mr. Delaney, Ms. Mcdow, and Mr. Siduqqi regarding the same.

# Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York       Orlando        Philadelphia   Seattle        Washington, DC

| 02/16/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review redlined version of Motion for Issuance of Right to Attach Order to be filed against Mark Lowe (complete with changes proposed by Debtors) and correspondence to/from Peter Siddiqui regarding "final" modifications to be made to same

| 02/16/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review redlined version of complaint to be filed against Mark Lowe (complete with changes proposed by Debtors) and correspondence to/from Peter Siddiqui regarding "final" modifications to be made to same

| 02/27/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Review and analyze United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee in preparation of opposition to same

| 02/27/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Correspondence to/from and confer with debtors' counsel regarding debtors' opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee in order to coordinate responses

| 02/27/15 | Layden Andrew V. | 310.00 | 4.30 | 1,333.00 |

Begin drafting D & O complaint.

| 02/27/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review and revise Opposition of Motion of United States Trustee to convert and correspondence to/from Michael Delaney and Robert Edgeworth regarding same

| 03/02/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Telephone call to United States Trustee regarding disposition of motion to convert and correspondence to Ms. McDow and Ms. Green regarding same.

| 03/02/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Draft correspondence to Ms. McDow and Ms. Green regarding the telephone call to United States Trustee regarding disposition of motion to convert

| 03/02/15 | Layden Andrew V. | 310.00 | 7.30 | 2,263.00 |

Continue drafting D & O complaint

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Order Allowing Reimbursement of Expenses of Koi Systems Petitioning Creditor and Member of the Committee, Memorandum of Points and Authorities and Declaration of Robert Edgeworth in support thereof and assess manner in which to respond, if at all

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Approval of Compromise With Hypertechnologie Ciara, Inc. and Declaration of Peter Kravitz and Settlement Agreement in support thereof, and assess need to object based on scope of releases

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Issuance of Right to Attach Order and Writ of Attachment and confirm entirety of information is contained therein

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/17/17  Entered: 01/13/17 19:17:20  Page 184 of 469

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Prepare Notice of Appearance and Request for Notice in adversary proceeding against Mark Lowe

| 03/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call to United States Trustee regarding resolution of motion to convert and disclosure statement hearing

| 03/03/15 | Layden Andrew V. | 310.00 | 5.40 | 1,674.00 |

Continue drafting D & O Complaint.

| 03/03/15 | Townsend Wendy C. | 395.00 | 0.70 | 276.50 |

Review and revise D & O complaint and identify additional potential causes of action to be included in same.

| 03/04/15 | Layden Andrew V. | 310.00 | 2.50 | 775.00 |

Revise D & O complaint to incorporate revisions suffested by Ms. Townsend and Mr. Bator.

| 03/04/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Telephone conference with Mr. Bator regarding information to be included in D&O complaint and issues regarding same.

| 03/04/15 | Townsend Wendy C. | 395.00 | 0.60 | 237.00 |

Review and revise revised version of D & O Complaint and meeting with Andrew Layden regarding manner in which to address failure to fulfill orders in same.

| 03/05/15 | Bator Chris | 430.00 | 2.20 | 946.00 |

Review and analysis of the draft complaint against Eduardo DeCastro and Simon Barber, the Scottsdale Insurance Company D&O policy issued to HashFast, exhibits to the draft complaint, and time line in order to identify potential coverage issues under the D&O policy with respect to the claims alleged in the draft complaint.

| 03/05/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow and Ms. Green regarding request for continuance of United States Trustee motion to convert and disclosure statement hearing

| 03/05/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |

Review D & O complaint and revise same.

| 03/06/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft notice of continuance of the hearings on the motion to convert and the disclosure statement

| 03/06/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Multiple telephone calls with the court regarding available hearing dates for the continued hearings on the motion to convert and the disclosure statement

| 03/06/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from the United States Trustee regarding the continuance of the hearings on the motion to convert and the disclosure statement

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 03/09/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Review Joinder of Creditor Liquidbits Corporation to Motion to Convert Chapter 11 Case, assess need to respond to same, and correspondence to Elizabeth Green regarding same

| 03/16/15 | Townsend Wendy C. | 395.00 | 1.20 | 474.00 |
|---|---|---|---|---|

Review and revise revised D & O complaint

| 03/17/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |
|---|---|---|---|---|

Review and revise D & O complaint.

| 03/17/15 | Layden Andrew V. | 310.00 | 6.40 | 1,984.00 |
|---|---|---|---|---|

Continue to revise and update D&O complaint.

| 03/17/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review entered Order Approving Stipulation to Continue Hearing on Debtors' Motion for Issuance of Writ of Attachment and Related Pending Response Dates in the Adversary Proceeding, confirm no interlineations made by Court, and confer dates therein are calendered

| 03/27/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and analyze Marc Lowe's Motion to Dismiss Complaint and assess need of Committee to respond (or assist in response)

| 04/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the preparation of an opposition to the motion to dismiss the Hashfast v. Lowe adversary proceeding

| 04/13/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |
|---|---|---|---|---|

Review and revise first amended complaint against Marc Lowe

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from debtors' counsel regarding first amended complaint against Marc Lowe

| 04/13/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the revisions to the first amended complaint against Marc Lowe

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding the committee's revisions to the first amended complaint against Marc Lowe

| 04/13/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |
|---|---|---|---|---|

Review Opposition of Marc Lowe to Debtors' Motion for Right to Attach and documents related thereto and identify issues to be be addressed in Debtors' Reply

| 04/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Review and revise First Amended Complaint to be filed in Lowe adversary proceeding

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 04/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the revisions to be made to the first amended complaint against Marc Lowe

| 04/14/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review further revised First Amended Complaint to be filed by Katten and identify additional modifications to be made to same

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the first amended complaint against Marc Lowe

| 04/15/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize committee's proposed revisions to the first amended complaint against Marc Lowe

| 04/21/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and analyze Reply in Support of Debtors' Motion for Issuance of Right to Attach Order and Writ of Attachment and Declaration of Victor Delaglio in light of same and assess need to file supplement to same on behalf of Committee

| 04/22/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft stipulation to continue United States Trustee's motion to convert and proposed order approving the same

| 04/22/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Review and analyze Lowe complaint and motion.

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the proposed order approving the stipulation to continue the hearing on the United States Trustee motion to convert

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the stipulation to continue the hearing on the United States Trustee motion to convert

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding the proposed stipulation to continue the hearing on the motion to convert

| 04/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Denying Debtors' Motion for Issuance of Right to Attach Order and Writ of Attachment and assess impact of same on settlement posture of proceeding

| 04/30/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding the stipulation to continue hearing on motion to convert

| 05/01/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the United States Trustee regarding the stipulation to continue the hearing on the motion to convert

**Baker & Hostetler** LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 187 of 469

| | | | | |
|---|---|---|---|---|
| 05/01/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with United States Trustee regarding the final proposed order approving the stipulation to continue the UST motion to convert

| 05/01/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Prepare the stipulation to continue the United States Trustee motion to convert and proposed order approving the same for filing

| 05/01/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Finalize the stipulation to continue the United States Trustee motion to convert and proposed order approving the same

| 05/08/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving Stipulation to Continue Hearing on UST's Motion to Convert Case to Chapter 7 Under 11 USC 1112(b), Or In the Alternative, To Appoint A Chapter 11 Trustee and confirm no interlineations made by Court

| 05/18/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review UST's Supplement To Motion to Convert Case To Chapter 7, Or In The Alternative, To Appoint A Chapter 11 Trustee and identify issues to be raised in reply

| 05/19/15 | Delaney Michael T. | 385.00 | 5.10 | 1,963.50 |

Draft response to the supplement to United States Trustee motion to convert or appoint chapter 11 trustee and confer with Ms. McDow regarding same.

| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review opposition to United States Trustee motion to convert or appoint a chapter 11 trustee in preparation of response to the supplement filed in support of the same

| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding preparation of a response to the supplement to United States Trustee motion to convert or appoint chapter 11 trustee

| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review supplement to United States Trustee motion to convert or appoint chapter 11 trustee

| 05/20/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Analyze March 27 plan and liquidating trust agreement in order to supplement response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee

| 05/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee

| 05/20/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |

Continue drafting response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 188 of 469

| 05/26/15 | Delaney Michael T. | 385.00 | 2.30 | 885.50 |

Draft motion to strike bad faith votes filed by Gallo LLP on behalf of his clients

| 05/27/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Continue drafting motion to strike improper and untimely ballots

| 05/27/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft notice of motion to strike improper and untimely ballots

| 05/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft multiple correspondence to Ms. McDow and Ms. Green regarding the motion to strike improper and untimely ballots

| 05/27/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft declaration in support of the motion to strike improper and untimely ballots

| 05/27/15 | Layden Andrew V. | 310.00 | 1.90 | 589.00 |

Draft objection to Liquidbits request for administrative expense.

| 06/01/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and analyze Answer to First Amended Complaint filed by Marc Lowe and identify manner in which Committee can dispute contentions made therein

| 06/02/15 | Delaney Michael T. | 385.00 | 2.30 | 885.50 |

Draft supplement brief in support of motion to approve Liquidbits Corp. compromise and confer with Ms. McDow regarding same.

| 06/02/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Analyze the motion to approve Liquidbits Corp. compromise in preparation of supporting brief

| 06/02/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the preparation of supplement brief in support of motion to approve Liquidbits Corp. compromise

| 06/02/15 | Farivar, Fahim | 365.00 | 1.40 | 511.00 |

Assist in preparing the Committee's Supplemental Brief in Support of the Debtors' Motion for Approval of Compromise with Liquidbits.

| 06/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise Supplemental Brief of Committee in Support of Motion to Approve Compromise Between Debtors and Liquidbits and confer with Michael Delaney regarding modifications to be made to same

| 06/03/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Mr. Delaglio regarding his declaration in support of the motion to approve Liquidbits Corp compromise

| 06/03/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Draft the Delaglio declaration in support of the motion to approve Liquidbits Corp compromise

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 189 of 469

06/03/15   Delaney Michael T.     385.00     0.20     77.00

Review and draft response to correspondence regarding Delaglio declaration in support of the motion to approve Liquidbits Corp compromise

06/03/15   Delaney Michael T.     385.00     0.60     231.00

Finalize supplemental brief in support of motion to approve Liquidbits Corp compromise and confer with Ms. McDow regarding same.

06/03/15   Delaney Michael T.     0.00     0.00     0.00

Confer with Ms. McDow regarding the supplemental brief in support of motion to approve Liquidbits Corp compromise and preparation of a declaration in support of same

**Pleadings (L210)**     **106.60**     **41,119.50**

07/28/14   Green Elizabeth A.     515.00     0.60     309.00

Telephone call with Peter Siddiqui and Ashley McDow regarding meet and confer.

07/28/14   Green Elizabeth A.     515.00     0.70     360.50

Telephone call with Peter Siddiqui regarding meet and confer ordered by Court.

**Court Mandated Conferences (L230)**     **1.30**     **669.50**

08/08/14   Delaney Michael T.     350.00     0.40     140.00

Review United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.

08/08/14   McDow Ashley M.     500.00     0.50     250.00

Review and analyze Motion of United States Trustee to Appoint Chapter 11 Trustee or, in Alternative, to Convert Case to Chapter 7 and assess manner in which committee should respond based upon recent agreement regarding appointment of CRO.

08/08/14   McDow Ashley M.     500.00     0.20     100.00

Conference call with Elizabeth Green regarding results of status conference, and manner in which to proceed with substantive consolidation in particular.

08/08/14   McDow Ashley M.     500.00     0.20     100.00

Conference call with Craig Stuppi, counsel for Eduardo DeCastro, regarding Motion to Appoint Chapter 11 Trustee filed by UST.

08/27/14   Green Elizabeth A.     515.00     0.30     154.50

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.

08/27/14   Green Elizabeth A.     515.00     0.30     154.50

Review issues regarding Trustee motion.

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 190 of 469

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Elizabeth Green regarding approach for opposition to UST Motion to Appoint Trustee or Convert.

| **Dispositive Motions (L240)** | | | **2.10** | **999.00** |

| 06/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review and analyze motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.

| 06/26/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |

Review motion to retain cash maintenance system post-petition and draft opposition to same.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Edwin Smith regarding respective oppositions to motion to amend stipulation.

| 06/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and analyze Verified Statement of Gallo LLP Under Rule 2019 and assess impact of same on committee affiliation.

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Chambers regarding service of oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to United States Trustee transmitting copies of the oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| 06/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Finalize certificate of service for oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.

| 06/27/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review the order on the motion to limit service.

| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with counsel for debtors, Ray Gallo, and/or the UST regarding resolution of numerous issues relating to motions and exit strategy moving forward.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order granting Debtors' Motion For Order Limiting Service of Notice of Certain Matters and confirm no interlineations made by Court.

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise proposed Order Approving Joint Administration of Estates.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review objection of Liquidbits to debtor's motion to amend stipulation and further order with respect to emergency motion for appointment of trustee and identify similarities and discrepancies between same and objection of committee.

| | | | | |
|---|---|---|---|---|
| 07/01/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise revised Order Approving Continued Use of Cash Management System and various correspondence to/from counsel for debtor and counsel for UST regarding same.

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding new motion for Rule 2004 examination of Debtor's CTO/Co-Founder.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Simon Barber.

| | | | | |
|---|---|---|---|---|
| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Telephonically attend continued hearing on motion to amend stipulated order.

| | | | | |
|---|---|---|---|---|
| 07/13/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Revise the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.

| | | | | |
|---|---|---|---|---|
| 07/13/14 | McDow Ashley M. | 500.00 | 2.20 | 1,100.00 |

Review and revise various versions of proposed stipulated order, and correspondence to/from Elizabeth Green, Andy Layden and Michael Delaney, and counsel for Debtors.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to chambers regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise motion for 2004 examination of Monica Hushen.

| | | | | |
|---|---|---|---|---|
| 07/14/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Review and draft multiple responses to correspondence from Debtors' counsel regarding stipulated order to allow the continued operation of the companies.

| | | | | |
|---|---|---|---|---|
| 07/15/14 | Layden Andrew V. | 280.00 | 2.40 | 672.00 |

Draft Confidentiality Agreement between Debtors and Committee.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review proposed revisions to confidentiality agreement with the debtors for the production of documents.

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the proposed revisions to confidentiality agreement with the debtors for the production of documents,

| | | | | |
|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Review confidentiality agreement with the debtors for the production of documents.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Review changes to confidentiality agreement.

| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review proposed confidentiality agreement and correspondence to/from Michael Delaney regarding same.

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Review portions of transcript from first 341(a) examination of Hashfast Technologies and confer with Elizabeth Green, Andrew Layden, and Michael Delaney regarding portions thereof to be included in Motion for Substantive Consolidation.

| 07/22/14 | Layden Andrew V. | 280.00 | 2.10 | 588.00 |
|---|---|---|---|---|

Review transcripts of Section 341 meetings of creditors for facts relating to potential substantive consolidation motion.

| 07/23/14 | Lane Deanna L | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Contact US District Court to confirm Pro Hac Vice Motion received and will be sent with payment receipt to the US Bankruptcy Court.

| 09/08/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Telephone call to chambers regarding Committee's intent to renotice hearing on substantive consolidation hearing.

| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review proof of service for substantive consolidation motion to evaluate the adequacy of service of same.

| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Telephone call to chambers regarding notice of continued hearing for substantive consolidation motion.

| 09/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding outcome of hearing and preparation of order on substantive consolidation motion.

| 09/10/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation and approach moving forward in light of same.

| 09/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review and revise proposed order granting motion for substantive consolidation.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Draft correspondence to Ms. Green regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| 09/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Review and revise order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York       Orlando        Philadelphia   Seattle        Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 193 of 469

| | | | | |
|---|---|---|---|---|
| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding substantive consolidation order and potential plans for reorganization.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize and prepare substantive consolidation order for filing.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding substantive consolidation order.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise cover letter to be sent to equity holders of Hashfast LLC with respect to substantive consolidation motion.

| | | | | |
|---|---|---|---|---|
| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Michael Delaney regarding content of proposed order approving motion for substantive consolidation in light of potential service issues and assess appropriate manner in which to handle same.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Draft supplemental order granting committee's motion to substantively consolidate the Hashfast bankruptcy estates.

| | | | | |
|---|---|---|---|---|
| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with clerk of Court for Judge Montali regarding supplemental order approving substantive consolidation motion and confer with Michael Delaney regarding same.

| | | | | |
|---|---|---|---|---|
| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Supplemental Order Granting Official Committee of Unsecured Creditor's Motion for Substantive Consolidation and confirm no interlineations made by Court

| | | | | |
|---|---|---|---|---|
| 11/11/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to case management submission regarding fee application and hearing on same.

**Other Written Motions And Submissions (L250)**     **28.60**     **11,071.50**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Prepare for and attend conference call with Debtors' counsel regarding the 2004 examination schedule, document production and proposed budget.

| | | | | |
|---|---|---|---|---|
| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Rob Edgeworth regarding 2004 examinations of Simon Barber and Tim Wong.

**Baker & Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 14-30725     Doc# 520     Filed: 01/13/17     Entered: 01/13/17 19:17:20     Page 194 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 146

| 08/20/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding potential settlement with Simon, position on substantive consolidation motion, and scheduling of 2004 examination.

| 10/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding extension of time to review transcript from initial portion of 2004 examination of Simon Barber.

| 11/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Siddiqui, counsel for Debtors, regarding production of documents by Tim Wong (and need for no-waiver agreement with respect to same) and information to be provided by committee with respect to accrued professional expenses.

**Written Discovery (L310)** | | | **3.00** | **1,215.00**

| 11/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Confer with Robert Edgeworth, chair of committee, regarding documents produced by Tim Wong.

| 11/12/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Begin to review and analyze documents produced by Tim Wong.

| 11/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from counsel for Tim Wong regarding destruction of privileged documents inadvertently produced.

| 11/13/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Continue reviewing, analyzing and categorizing documents produced by Tim Wong.

| 11/14/14 | McDow Ashley M. | 500.00 | 10.40 | 5,200.00 |

Continue reviewing documents produced by Tim Wong in preparation for 2004 examination of Tim Wong.

| 11/16/14 | McDow Ashley M. | 500.00 | 6.20 | 3,100.00 |

Continue reviewing documents produced by Tim Wong in preparation for 2004 examination of Tim Wong, prepare outline for same, and confer with Robert Edgeworth, chair of committee, regarding same.

| 07/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Michael Kasolas regarding representation of trust moving forward

| 07/13/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review Claims Ledger prepared by Debtor and correspondence to Michael Kasolas regarding same and status of remaining conditions to effective date

**Document Production (L320)** | | | **20.20** | **10,112.00**

| 08/06/14 | Beckmann Silvia Elena | 180.00 | 0.80 | 144.00 |

Prepare 2004 Examination summary of Monica Hushen.

**Baker & Hostetler LLP**

| 08/07/14 | Beckmann Silvia Elena | 180.00 | 3.00 | 540.00 |

Continue summarizing 2004 Examination of Monica Hushen.

| 09/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding Tim Wong contact information.

| 10/27/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Correspond with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Revise and update Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments; Correspond with Mr. Schwartz regarding the same.

| 11/13/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare documentation for Tim Wong deposition.

| 11/17/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |

Finish preparing for, travel to, and conduct 2004 examination of Tim Wong.

| 12/04/14 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Prepare deposition summary of Eduardo De Castro.

| 12/05/14 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |

Continue preparing deposition summary of Eduardo De Castro.

| 12/09/14 | Ojeda, Roxane E. | 155.00 | 2.50 | 387.50 |

Continue drafting deposition summary of Eduardo Castro - 2004 Examination.

| 12/10/14 | Ojeda, Roxane E. | 155.00 | 0.50 | 77.50 |

Continue drafting deposition summary of Eduardo Castro - 2004 Examination.

| 12/11/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and analyze deposition transcripts of Tim Wong, Eduardo de Castro and Monica Hushen.

| 01/09/15 | Ojeda, Roxane E. | 155.00 | 1.50 | 232.50 |

Continue preparing deposition summary of Eduardo De Castro.

| 01/27/15 | Ojeda, Roxane E. | 155.00 | 2.10 | 325.50 |

Continue preparing deposition summary of Eduardo De Castro.

| 02/03/15 | Ojeda, Roxane E. | 155.00 | 0.90 | 139.50 |

Continue Preparing deposition summary of Eduardo De Castro.

| 02/04/15 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |

Continue preparing deposition summary of Eduardo De Castro.

| 02/05/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Continue preparing deposition summary of Eduardo De Castro

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 196 of 469

| 02/10/15 | Townsend Wendy C. | 395.00 | 1.60 | 632.00 |
|---|---|---|---|---|

Begin reviewing and analyzing deposition transcript of Simon Barber in preparation of D & O Complaint.

| 02/18/15 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |
|---|---|---|---|---|

Continue preparing deposition summary of Eduardo De Castro.

| 02/19/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |
|---|---|---|---|---|

Continue preparing deposition summary of Eduardo De Castro.

| 02/20/15 | Ojeda, Roxane E. | 155.00 | 4.00 | 620.00 |
|---|---|---|---|---|

Begin drafting deposition summary of Simon Barber - 2004 Examination.

| 02/23/15 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |
|---|---|---|---|---|

Finalize deposition summary of Eduardo De Castro.

| 03/04/15 | Ojeda, Roxane E. | 155.00 | 1.30 | 201.50 |
|---|---|---|---|---|

Continue preparing deposition summary of Simon Barber.

| 03/05/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |
|---|---|---|---|---|

Continue preparing deposition summary of Simon Barber.

| 03/06/15 | Ojeda, Roxane E. | 155.00 | 3.00 | 465.00 |
|---|---|---|---|---|

Continue drafting deposition summary of Simon Barber.

| **Depositions (L330)** | | | **42.00** | **9,863.00** |
|---|---|---|---|---|

| 09/11/14 | Farivar, Fahim | 320.00 | 1.70 | 544.00 |
|---|---|---|---|---|

Initial preparation of Motion for 2004 Examination of Tim Wong.

| 09/16/14 | Farivar, Fahim | 320.00 | 1.30 | 416.00 |
|---|---|---|---|---|

Prepare Meet and Confer letter to Tim Wong regarding his 2004 examination; update the 2004 motion regarding same.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Draft correspondence to Tim Wong regarding the meet & confer and 2004 Examination.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Final review and update of the letter regarding Meet & Confer to Tim Wong.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Begin reviewing Motion for 2004 Examination of Tim Wong and document request relating thereto in preparation for conference call with counsel for Tim Wong.

| 10/14/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Continue updating motion for Rule 2004 Examination of Tim Wong, Order, and Document Requests thereon.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 197 of 469

| | | | | |
|---|---|---|---|---|
| 10/15/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Meet and confer with Douglas Schwartz, Tim Wong's attorney regarding the 2004 motion and follow up correspondence regarding the same.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |

Finalize Motion, Order, and Request for Production of Documents for Tim Wong post conversation with his attorney, Douglas Schwartz.

| | | | | |
|---|---|---|---|---|
| 10/17/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Telephone conference with Douglas Schwartz regarding meet and confer for Tim Wong's Rule 2004 Examination.

**Discovery Motions (L350)**      **5.90**      **1,960.00**

| | | | | |
|---|---|---|---|---|
| 07/02/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting document request to accompany motions for 2004 examinations of the debtor and debtor's key employees.

| | | | | |
|---|---|---|---|---|
| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding contents of emergency motion for 2004 examination of Simon Barber,

| | | | | |
|---|---|---|---|---|
| 07/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Michael Delaney regarding status of due diligence request and need to incorporate same into motion for various 2004 examinations.

| | | | | |
|---|---|---|---|---|
| 07/06/14 | Layden Andrew V. | 280.00 | 5.40 | 1,512.00 |

Draft proposed motions for rule 2004 examinations of Debtors' corporate representative and Eduardo de Castro, and draft orders granting same.

| | | | | |
|---|---|---|---|---|
| 07/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Andrew Layden regarding content of motions for 2004 examination of various individuals associated with Debtor(s).

| | | | | |
|---|---|---|---|---|
| 07/07/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting omnibus document request for 2004 examination motions.

| | | | | |
|---|---|---|---|---|
| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Hashfast Technologies person most knowledgeable.

| | | | | |
|---|---|---|---|---|
| 07/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise 2004 examination motion for Eduardo de Castro.

| | | | | |
|---|---|---|---|---|
| 07/07/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review 2004 Exam issues.

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 198 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/09/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding 2004 examination schedule and finalizing 2004 motions and omnibus document request.

| 07/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Layden regarding the preparation of 2004 examination motion for Debtor's chief financial officer Monica Hushen.

| 07/09/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding 2004 Exams and document requests.

| 07/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the 2004 examination schedule and proposed budget.

| 07/10/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Continue drafting omnibus document request for 2004 examinations.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise Request for Production of Documents in support of 2004 motions for Eduardo DeCastro, Simon Barber, Monica Hushen, and personal most knowledgeable for respective debtors.

| 07/10/14 | McDow Ashley M. | 500.00 | 1.90 | 950.00 |

Conference call with Jessica Mickelson and Michael Delaney regarding counter-terms for budget proposal and scheduling of various 2004 examinations.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Eduardo de Castro.

| 07/11/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Continue drafting and revising omnibus document requests for 2004 examination motions.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Monica Hushen.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Hashfast Technologies' person most knowledgeable.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review draft 2004 examination motions for Monica Hushen and Simon Barber.

| 07/11/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Revise omnibus document request for 2004 examination motions.

| 07/11/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |

Draft motion for Rule 2004 exam of Monica Hushen.

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Michael Delaney regarding content of various motions for 2004 examinations, including the request for production of documents.

## Baker & Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 199 of 469

| 07/12/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Committee's comments on proposed omnibus document request for 2004 examination motions.

| 07/12/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Revise omnibus document request for 2004 examination motions to incorporate Committee's comments.

| 07/12/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding 2004 exams.

| 07/12/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Review and revise Committee's proposed document request to the Debtors.

| 07/13/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Finalize omnibus document request for 2004 examination motions.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise proof of service for motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Debtors' counsel regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Analyze 2004 examination document requests and prioritize document requests to identify those documents for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Prepare motion for 2004 examination of Monica Hushen for filing.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft proposed order granting motion for 2004 examination of Monica Hushen.

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Review and draft multiple responses to correspondence regarding the 2004 examinations of Monica Hushen and Eduardo de Castro and the associated document request.

| 07/14/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Draft correspondence to Debtor's counsel identifying specific requests from the document request for production prior to the 2004 examination of Monica Hushen.

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Revise document request regarding 2004 exams.

| 07/14/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Finalize motions for 2004 examination of Monica Hushen and Eduardo de Castro.

| 07/14/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review final version of 2004 examination of Monica Hushen and request for production of documents in support thereof and approve same for filing.

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 200 of 469

| 07/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft response to correspondence from Debtor's counsel regarding 2004 examination of Monica Hushen and document production.

| 07/16/14 | McDow Ashley M. | 500.00 | 4.40 | 2,200.00 |

Review documents, correspondence and relevant pleadings in preparation for 2004 examination of Monica Hushen.

| 07/17/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare documents for 2004 examination of Monica Hushen.

| 07/17/14 | McDow Ashley M. | 500.00 | 6.70 | 3,350.00 |

Conduct 2004 examination of Monica Hushen.

| 07/17/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review questions prepared by Province to be asked of Monica Hushen at 2004 examination and correspondence to/from Paul Hgyuns of Province regarding same.

| 07/21/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise document request for Eduardo de Castro 2004 examination.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to opposing counsel regarding document request for Eduardo de Castro 2004 examination.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft responses to multiple correspondence from Debtors' counsel regarding the production of documents.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding documents to be produced.

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Begin reviewing transcript of 2004 examination of Monica Hushen.

| 07/25/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Review transcript of 2004 examination of Monica Hushen.

| 08/04/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review documents produced by HashFast.

| 08/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding designation of Davide as alternate representative for Antony Vo.

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding 2004 examination of Simon Barber.

**Baker & Hostetler LLP**

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 201 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 153

09/08/14   McDow Ashley M.                    500.00      0.40        200.00
Conference call with Peter Siddiqui regarding status of negotiations with Liquidbits, discussions with Uniquify, approach for trustee hearing, and 2004 examination of Simon Barber.

09/08/14   McDow Ashley M.                    500.00      0.40        200.00
Conference calls with Rob Edgeworth regarding manner in which to deal with absence of Hamilton Hee, terms sheets sent to Liquidbits and and Shawn O'Connor, upcoming trustee hearing, and potential 2004 examination of Simon Barber.

09/09/14   McDow Ashley M.                    500.00      0.10         50.00
Correspondence to/from Ori Katz, Jessica Mickelson, and Peter Siddiqui regarding topics to be covered at 2004 examination of Simon Barber.

09/09/14   McDow Ashley M.                    500.00      0.50        250.00
Review questions proposed by Willem Van Rooyen, Pete Morici, and Robert Edgeworth for 2004 examination by Simon Barber and create topic list for same to be sent to Ori Katz, Jessica Mickelson and Peter Siddiqui.

09/10/14   Delaney Michael T.                 350.00      0.30        105.00
Confer with Ms. McDow regarding Tim Wong and Simon Barber 2004 examinations and document requests.

09/10/14   Farivar, Fahim                     320.00      0.50        160.00
Prepare proposed order for Stipulation for 2004 Examination of Simon Barber.

09/10/14   Farivar, Fahim                     320.00      0.30         96.00
Correspondences to/from Ms. McDow regarding stipulation concerning 2004 Examination of Simon Barber; Revise and update, and finalize the Stipulation per Ms. McDow's comments.

09/10/14   Farivar, Fahim                     320.00      1.80        576.00
Review related pleadings and prepare stipulation regarding 2004 Examination of Mr. Simon Barber.

09/10/14   Farivar, Fahim                     320.00      0.20         64.00
Conference call with Ms. McDow and Mr. Delaney regarding discovery strategy and issues in the case.

09/10/14   McDow Ashley M.                    500.00      0.40        200.00
Confer with Robert Edgeworth regarding questions posed by committees to be asked at 2004 examination of Simon Barber.

09/10/14   McDow Ashley M.                    500.00      4.30      2,150.00
Prepare for 2004 examination of Simon Barber.

09/11/14   Farivar, Fahim                     320.00      0.90        288.00
Continue preparing list of questions regarding 2004 Examination of Tim Wong.

09/11/14   Farivar, Fahim                     320.00      0.40        128.00
Prepare declaration of Michael Delaney regarding 2004 Examination of Tim Wong.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/11/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Prepare proposed order regarding 2004 Examination of Tim Wong.

| 09/11/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Review and analysis of pleadings regarding preparation of 2004 Examination of Tim Wong.

| 09/11/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |

Travel to and conduct 2004 examination of Simon Barber.

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise letter to be sent to Tim Wong regarding meet and confer in preparation for 2004 examination and confer with Fahim Farivar regarding modifications to be made to same.

| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review and analyze issues related to Tim Wong 2004 Examination with Ms. McDow.

| 09/29/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Correspond with new counsel, Douglas Schwartz regarding meet & confer for the Rule 2004 Examination.

| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Fahim Farivar regarding manner in which to respond to Douglas Schwartz, counsel for Tim Wong, with respect to 2004 examination of Tim Wong

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Karla Davis of SF Reporters regarding availability of transcript of Simon Barber to Simon Barber.

| 10/13/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney, regarding meet & confer for the Rule 2004 Examination.

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ori Katz regarding transcript of Simon Barber with respect to initial portion of 2004 examination.

| 10/14/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney regarding the meet and confer.

| 10/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with counsel for Tim Wong regarding nature and scope of 2004 examination

| 10/17/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Finish reviewing Motion for 2004 Examination of Tim Wong in light of conference call with counsel for Tim Wong, review and revise Request for Production of Documents relating to same in light of information obtained at initial 2004 examination of Simon Barber, and review proposed order approving Motion for 2004 Examination of Tim Wong.

| 10/21/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Continue preparing, updating, and revising Tim Wong's request for production of documents.

# Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 203 of 469

| 10/21/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Review and analyze Simon Barber deposition transcript for preparation of Tim Wong's request for production of documents.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Update Document Request for Production of Documents and confer with Douglas Schwartz regarding executing a stipulation.

| 10/22/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare order on the stipulation for 2004 examination of Tim Wong.

| 10/22/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Prepare stipulation for 2004 examination of Tim Wong.

| 10/22/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and revise revised request for production of documents to be served in support of 2004 examination of Tim Wong and correspondence to the Committee regarding same.

| 10/24/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Finalize stipulation and order for examination of Tim Wong and confer with Douglas Schwartz regarding the same.

| 10/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding modifications to be made to transcript of 2004 examination of Simon Barber.

| 10/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review modifications proposed by counsel for Tim Wong with respect to document production in support of 2004 examination and correspondence to/from Fahim Farivar regarding acceptability of same.

| 10/28/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue corresponding with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Continue revising and updating Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments and correspond with Mr. Schwartz regarding the same.

| 10/31/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review entered order granting Stipulation and Order for examination of Tim Wong and Correspond with Mr. Schwartz regarding the same.

| 11/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 and confirm no interlineations made by Court.

| 11/06/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review non-waiver of privilege agreement and revise.

| 11/06/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review proposed Non-Waiver Agreement with respect to Wong examination; and correspondence to/from Peter Siddiqui regarding modifications to be made to same.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 204 of 469

| 03/10/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Correspondence to/from David Poitras, counsel for Marc Lowe, regarding matter | | | |
| 04/02/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |
| | Participate in Rule 26(f) conference with counsel for Marc Lowe and counsel for Debtors | | | |

| **Other Discovery (L390)** | | | **79.20** | **32,666.00** |
|---|---|---|---|---|

| 07/21/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |
|---|---|---|---|---|
| | Telephone call with Peter Siddiqui regarding issues related to case. | | | |

| **Fact Witness (L410)** | | | **1.60** | **824.00** |
|---|---|---|---|---|

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |
|---|---|---|---|---|
| | Review motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory and draft opposition to same. | | | |
| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| | Draft opposition to Katten Muchin employment application. | | | |
| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| | Draft opposition to motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory. | | | |
| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| | Draft opposition to motion to retain cash maintenance system post-petition. | | | |
| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
| | Review and revise proposed Order Approving Continued Use of Existing Bank Accounts, etc. | | | |
| 07/02/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |
| | Review Application for Admission of Attorney Pro Hac Vice for counsel for Liquidbits. | | | |
| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
| | Review proposed order to modify stipulated order and correspondence to/from committee members regarding same. | | | |
| 07/12/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |
| | Analyze proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee. | | | |
| 07/12/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
| | Review issues regarding status of case and strategy moving forward. | | | |
| 07/12/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
| | Correspondence to/from Michael Delaney, Elizabeth Green, and Andrew Layden regarding proposed amendments to stipulated order. | | | |

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 205 of 469

| 07/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review motion for order shortening time relating to the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors.

| 07/21/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review/revise draft opposition to application for order shortening time for sale motion.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review Motion for sub-consolidation.

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise sub-consolidation motion.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft declaration in support of the motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates.

| 07/22/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review and revise motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise sub-consolidation motion.

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review and revise sub-consolidation motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Draft motion to shorten time, declaration in support and order granting motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Research regarding basis for substantive consolidation motion.

| 07/22/14 | Layden Andrew V. | 280.00 | 3.90 | 1,092.00 |

Draft substantive consolidation motion.

| 07/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates and supporting documents

| 07/25/14 | Garner Harry | 0.00 | 0.00 | 0.00 |

Assist with preparation, filing and service of corrected committee opposition to sale and supporting declarations.

| 07/31/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise Notice of Hearing on Substantive Consolidation motion.

# Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

08/08/14   Delaney Michael T.                    350.00        0.30        105.00
Confer with Ms. McDow and Ms. Green regarding the United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.

08/08/14   Green Elizabeth A.                    515.00        0.40        206.00
Telephone call with Ashley McDow regarding issues related to Motion to Appoint a Trustee.

08/08/14   McDow Ashley M.                       500.00        0.30        150.00
Conference call with Elizabeth Green regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

08/12/14   McDow Ashley M.                       500.00        0.20        100.00
Review and revise Notice of Rescheduled Hearing on Motion for Substantive Consolidation.

08/26/14   Delaney Michael T.                    350.00        1.00        350.00
Start drafting opposition to US Trustee motion to appoint trustee.

08/26/14   Delaney Michael T.                    350.00        1.20        420.00
Analyze US Trustee motion to appoint trustee and supporting documents.

08/26/14   Delaney Michael T.                    350.00        0.80        280.00
Research regarding permissive versus mandatory conversion of bankruptcy case.

08/27/14   Delaney Michael T.                    350.00        0.30        105.00
Confer with debtors' counsel regarding preparation of Kravitz declaration in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

08/27/14   Delaney Michael T.                    350.00        0.30        105.00
Review declaration of Mr. Kravitz in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.

08/27/14   Delaney Michael T.                    350.00        1.10        385.00
Analyze debtors' opposition to motion to appoint trustee or convert bankruptcy case and supporting documents.

08/27/14   Delaney Michael T.                    350.00        6.70        2,345.00
Draft Committee opposition to motion to appoint trustee or convert bankruptcy case.

08/27/14   Delaney Michael T.                    350.00        1.20        420.00
Research regarding standards and bases for converting bankruptcy case under section 1112(b).

08/27/14   Delaney Michael T.                    350.00        1.80        630.00
Research regarding standards and bases for appointing trustee under section 1104.

08/27/14   McDow Ashley M.                       500.00        0.20        100.00
Review Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case to Chapter 7 and assess need to address issues which were omitted therein in supplemental declaration.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 08/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Siddiqui and Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with Vic Delaglio regarding content of Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/27/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Review and revise Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.

| 08/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Declaration of Peter Kravitz in support of Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case, and confirm same comports with discussions with Peter Siddiqui and Peter Kravitz regarding same.

| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding substantive consolidation supplemental declaration and hearing schedule.

| 09/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Reply in Support of UST's Motion to Appoint Chapter 11 Trustee Under 1104(a), And In The Alternative To Convert Case To Chapter 7 Under 11 USC 1112(b) and identify points to be addressed at hearing on same.

| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise proposed Order Granting Motion for Substantive Consolidation.

| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Denying United States Trustee's Motion to Appoint Chapter 11 Trustee And In The Alternative to Convert The Case and confirm no interlineations made by Court.

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting Official Committee of Unsecured Creditors' Motion For Substantive Consolidation and confirm no interlineations made by Court.

| 12/01/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to fee application in preparation of case management submission in connection with hearing on same.

| 12/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Status Conference Statement filed by Unquify and assess whether any content thereof affects potential action to be pursued against Uniquify

**Baker & Hostetler LLP**

Case: 14-30725      Doc# 520      Filed: 01/17/17      Entered: 01/13/17 19:17:20      Page 208 of 469

| 12/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Notice of Change of Law Firm Affiliation filed by Liquidbits and confirm system is updated accordingly

| 12/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review Notice of Voluntary Dismissal With Prejudice of Uniquify lawsuit and assess impact (if any) of same in potential claims against Uniquify

| 01/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and revise Motion to Approve Standing Stipulation and correspondence to Peter Siddiqui regarding same

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Notice and Opportunity for Hearing on Motion and Motion for Stipulated Order Regarding Standing of the Official Committee of Unsecured Creditors and confirm no material changes between versions approved and versions filed

| 01/16/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Order Granting Application for Admission of Attorney Pro Hac Vice (Ainsely G. Moloney) and ensure internal records are updated appropriately in light of same

| 02/13/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |
|---|---|---|---|---|

Review and analyze United States Trustee motion to convert bankruptcy case to chapter 7 and confer with UST regarding potential resolution of same.

| 02/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with United States Trustee regarding the motion to convert bankruptcy case to chapter 7 and potential resolution of the same

| 02/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence regarding proposed directors and officers complaint

| 02/27/15 | Delaney Michael T. | 385.00 | 3.20 | 1,232.00 |
|---|---|---|---|---|

Draft opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee

| 02/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding debtors' opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee to coordinate responses

| 03/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and analyze Monthly Operating Reports for Hashfast LLC and Hashfast Technologies LLC for November and December 2014

| 03/03/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and analyze January monthly operating reports for Debtors and correspondence to/from Debtors regarding specific content of same

# Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 03/04/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to the United States Trustee regarding the disposition of the motion to convert and schedule for the disclosure statement hearing

| 03/09/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Finalize and prepare the notice of continued hearing for the motion to convert and the disclosure statement for filing

| 03/09/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from the United States Trustee regarding the notice of continued hearing for the motion to convert and the disclosure statement

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review correspondence by and between Hashfast Technologies directors and officers regarding director and officer misconduct and mismanagement of Hashfast Technologies and/or Hashfast

| 04/15/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Monthly Operating Reports for May for Hashfast Technologies and Hashfast LLC and identify key portions thereof which are relevant to confirmation of the plan of reorganization

| 04/24/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Ms. Green regarding the motion to continue plan confirmation and solicitation deadlines and stipulation to continue United States Trustee motion to convert

**Written Motions And Submissions (L430)**                42.50        15,834.50

| 03/19/15 | McDow Ashley M. | 530.00 | 1.60 | 848.00 |
|---|---|---|---|---|

Review docket for tentative ruling and review plan and disclosure statement, opposition thereto, and motion to convert and oppositions thereto in preparation for hearings on same

**Other Trial Preparation And Support (L440)**                1.60        848.00

| 06/26/14 | McDow Ashley M. | 500.00 | 2.30 | 1,150.00 |
|---|---|---|---|---|

Prepare for hearings on motion to approve employment of Katten Muchin, to jointly administer estates, to amend stipulated order, and to approve continued use of cash management systems.

| 06/27/14 | McDow Ashley M. | 500.00 | 2.00 | 1,000.00 |
|---|---|---|---|---|

Attend hearings on motions to approve employment of Katten Muchin, joint administration of estates, to continue use of cash management systems, etc., and to amend stipulated order.

| 06/27/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward.

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review file, including relevant pleadings, documents, and correspondence in preparation for hearing.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 07/02/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
| Telephonically attend hearing on Motion to Amend Stipulated Order. | | | | |
| 07/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
| Confer with chair of committee regarding continued hearing on Motion to Amend Stipulated Order. | | | | |
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
| Prepare for continued hearing on Motion to Amend Stipulated Order. | | | | |
| 07/07/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
| Travel to and attend continued hearing on motion to amend stipulation. | | | | |
| 07/10/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
| Review most recent pleadings filed and correspondence relating to motion to amend stipulated order in preparation for hearing on same. | | | | |
| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
| Conference call with Rob Edgeworth, chair of committee, regarding results of hearing, including modifications requested and/or imposed by Court. | | | | |
| 07/14/14 | McDow Ashley M. | 500.00 | 4.20 | 2,100.00 |
| Prepare for continued 341(a) hearings of Debtors. | | | | |
| 07/15/14 | McDow Ashley M. | 500.00 | 4.80 | 2,400.00 |
| Attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward. | | | | |
| 07/28/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
| Attend telephonic hearing on Application to Approve Sale of Assets. | | | | |
| 07/28/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
| Attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding approach moving forward in light of same. | | | | |
| 08/08/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |
| Prepare for and attend status conference. | | | | |
| 08/08/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
| Telephonically attend status conference. | | | | |
| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
| Review relevant pleadings and review docket for tentative ruling in preparation for hearing on Motion to Appoint Trustee. | | | | |
| 09/10/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |
| Attend hearing on substantive consolidation and trustee motion. | | | | |
| 09/10/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |
| Attend hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation. | | | | |

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 211 of 469

| 10/24/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |
|---|---|---|---|---|

Telephonically attend status conference.

| 10/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Telephonically attend hearing on Motion to Approve Notice and Bidding Procedures.

| 12/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |
|---|---|---|---|---|

Telephonically attend hearing on Joint Statement to Approve Auction of "Simon Claims"

| 12/18/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Review relevant pleadings in preparation for hearings on fee applications and to employ/retain Peter Kravitz and Province

| 12/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding hearings on fee applications and to employ/retain Peter Kravitz and Province

| 12/19/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Telephonically attend hearings on fee applications of Katten Muchin and Baker Hostetler and retention/employment of Peter Kravitz/Province

| 01/23/15 | McDow Ashley M. | 530.00 | 1.10 | 583.00 |
|---|---|---|---|---|

Telephonically attend hearings on fee applications for Baker Hostetler and Katten Muchin

| 02/17/15 | McDow Ashley M. | 530.00 | 3.30 | 1,749.00 |
|---|---|---|---|---|

Travel to and attend hearing on conditional approval of plan and disclosure statement

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Michael Kasolas regarding attendance at upcoming hearing

| 03/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Michael Kasolas regarding attendance at continued hearing on Consolidated Plan and Disclosure Statement

| 03/19/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |
|---|---|---|---|---|

Prepare for hearing on motion to convert and disclosure statement and objections.

| 03/19/15 | McDow Ashley M. | 530.00 | 3.40 | 1,802.00 |
|---|---|---|---|---|

Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert

| 03/19/15 | McDow Ashley M. | 530.00 | 2.40 | 1,272.00 |
|---|---|---|---|---|

Meeting with Michael Kasolas and Elizabeth Green regarding approach and strategy for hearings and case moving forward

| 03/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding results of disclosure statement hearing and strategy for the continued prosecution of the plan

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding approach for hearings.

| 03/20/15 | Green Elizabeth A. | 550.00 | 1.80 | 990.00 |
|---|---|---|---|---|

Prepare for hearing, review motions and argument.

| 03/20/15 | Green Elizabeth A. | 550.00 | 2.50 | 1,375.00 |
|---|---|---|---|---|

Attend hearing regarding Motion to Convert and Disclosure Statement.

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |
|---|---|---|---|---|

Prepare argument for hearing.

| 03/20/15 | McDow Ashley M. | 530.00 | 2.60 | 1,378.00 |
|---|---|---|---|---|

Travel to and attend hearings on adequacy of disclosure statement and motion to convert

| 03/20/15 | McDow Ashley M. | 530.00 | 3.20 | 1,696.00 |
|---|---|---|---|---|

Travel from San Francisco to attend hearings on adequacy of disclosure statement and motion to convert

| 03/20/15 | McDow Ashley M. | 530.00 | 2.20 | 1,166.00 |
|---|---|---|---|---|

Meeting with Michael Kasolas, Elizabeth Green and Robert Edgeworth regarding results of hearing and manner in which to proceed in light of same, particularly with respect to plan solicitation

| 05/27/15 | McDow Ashley M. | 530.00 | 5.60 | 2,968.00 |
|---|---|---|---|---|

Travel to/from, continue preparing for, and attend confirmation hearing

| 06/12/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Telephonically attend hearing on Motion to Approve Compromise between Debtors and Liquidbits and confirmation hearing

| **Trial And Hearing Attendance (L450)** | | | **62.70** | **32,329.50** |
|---|---|---|---|---|

| 03/04/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Meeting with Mr. Layden to discuss facts regarding failure to fulfill orders.

| 03/09/15 | Layden Andrew V. | 310.00 | 1.90 | 589.00 |
|---|---|---|---|---|

Revise D & O complaint in light of conference call with Ms. Townsend, Ms. Green and Mr. Bator.

| 03/12/15 | Townsend Wendy C. | 395.00 | 1.00 | 395.00 |
|---|---|---|---|---|

Telephone conference with Ms. Mcdowell, Mr. Delaney and Mr. Layden regarding D and O complaint.

| 03/13/15 | Layden Andrew V. | 310.00 | 1.80 | 558.00 |
|---|---|---|---|---|

Prepare for and attend telephone call with Ashley McDow, Mike Delaney and Wendy Townsend regarding D&O complaint and strategy moving forward.

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |
|---|---|---|---|---|

Meeting with Rob Edgeworth.

# Baker & Hostetler LLP

Case: 14-30725     Doc# 520     Filed: 01/13/17     Entered: 01/13/17 19:17:20     Page 213 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 03/23/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review portions of hearing relating to D&O complaint.

| 03/25/15 | Layden Andrew V. | 310.00 | 0.90 | 279.00 |

Continue to review documents produced by Debtors in order to incorporate relevant portions of same into revised D & O complaint.

| 04/14/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and revise plan support letter for priority unsecured creditors.

| **Other (P280)** | | | **6.50** | **2,316.00** |

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

## Expenses and Other Charges

| | | |
|---|---|---|
| 07/17/14 | Transcripts (E116) - VENDOR: FIRST CHOICE REPORTING SERVICES, INC. Audio Transcription of the 341 Meeting of Creditors for HashFast matter. | 1,385.00 |
| 08/21/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Transcript-Exam of Monica Hushen | 5,244.70 |
| 10/10/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Certified transcript of Simon Barber. | 1,245.00 |
| | **Subtotal - Transcripts (E116)** | **7,874.70** |

| | | |
|---|---|---|
| 06/18/14 | Telephone Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 6/18/2014 | 58.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 15, 2014; | 8.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 27, 2014; | 8.00 |
| 10/02/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 28, 2014; | 5.00 |
| 10/23/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Internet use during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 14.95 |
| | **Subtotal - Telephone Charges (E105)** | **93.95** |

| | | |
|---|---|---|
| 07/17/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 17, 2014; | 5.99 |
| 08/21/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley M. McDow; Dinner re Lodging for Creditors Committee Meeting; Jul 15, 2014; | 37.39 |
| 08/29/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 26.14 |

| | | |
|---|---|---|
| 08/29/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 6.52 |
| 09/10/14 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Honor Bar (Bottled Water) in room while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 13.08 |
| 09/10/14 | ELIZABETH A. GREEN - Dinner; Elizabeth Green; Dinner in Hotel room upon arrival to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 85.85 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 28, 2014; | 25.12 |
| 09/12/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).; Jul 15, 2014; | 21.79 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Meals during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 51.00 |
| 10/23/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 56.55 |
| | **Subtotal - Meals while Traveling (E110)** | **329.43** |

| | | |
|---|---|---|
| 07/17/14 | Handling / Processing Charges (E119) - VENDOR: ACE ATTORNEY SERVICE, INC. Matrix Mailing | 3,863.88 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing Services | 173.40 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 2,899.58 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 983.73 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 808.38 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 4,334.24 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing | 37.31 |

| | Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | |
|---|---|---|
| 09/10/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management Services for HashFast case. | 1,645.80 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 1,013.88 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 3,270.81 |
| 09/25/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 874.06 |
| 09/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services. | 3,516.72 |
| 10/01/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management, Technology Development and Maintenance Services related to HashFast Technologies, LLC. | 3,457.20 |

**Subtotal - Handling / Processing Charges (E119)**     **26,878.99**

| 07/25/14 | Lodging; Ashley M. McDow; Lodging for attending creditors committee meeting; Jul 25, 2014 | 336.15 |
|---|---|---|
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley M. McDow; Dinner after Creditors Committee Meeting; Jul 16, 2014; | 161.76 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Amy J Traub; Aug 08, 2014; | 988.68 |
| 08/29/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 18.47 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/05/2014 | 480.75 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/04/2014 | 480.75 |
| 09/10/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 155.31 |
| 09/12/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley Malinger; | 319.87 |

|  |  |  |
|---|---|---|
|  | lodging in San Francisco 07/24/2014 |  |
| 10/14/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel to attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding moving in light of same.; Jul 28, 2014 | 312.88 |
| 10/23/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Lodging to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014 | 336.15 |
|  | **Subtotal - Lodging (E110)** | **3,590.77** |
| 06/27/14 | Airfare; Bonita J. Paul; Travel for Ashley McDow to Oakland; | 454.00 |
| 07/07/14 | Airfare; Ashley M. McDow; Travel to/from Oakland International Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Airfare; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Travel Service Fees; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Travel Service Fees; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Airfare; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 434.00 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Return Airline Travel from San Francisco, CA after attending hearing in HashFast matter on 7/28/14.; | 598.09 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Airline Travel to San Francisco, CA to attend hearing in HashFast matter on 7/28/14.; | 859.09 |
| 08/21/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth A. Green; Attorney got paid for airline ticket cost and the hearing was cancelled at the last minute. The ticket out to California for the hearing was a refundable ticket. She will need to reimburse the Firm for this amount.; | (859.09) |
| 08/29/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; | 465.20 |
| 09/10/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Air travel to California to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; | 1,820.18 |
| 09/10/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to San Francisco to attend hearing on Application to | 465.20 |

| | | |
|---|---|---|
| | Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; | |
| 10/23/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 496.20 |
| 10/23/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 25.00 |

**Subtotal - Airfare/Trainfare (E110)**     **5,675.87**

| | | |
|---|---|---|
| 06/27/14 | Parking; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; Jun 27, 2014; | 23.00 |
| 06/27/14 | Parking; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; Jun 27, 2014; | 23.00 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 46.00 |
| 09/12/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 14, 2014; | 30.00 |
| 10/02/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; Jul 28, 2014; | 46.00 |

**Subtotal - Ground Transportation Out of Town (E110)**     **168.00**

| | | |
|---|---|---|
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on August 8, 2014 in the HashFast matter) | 37.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on 7.28.14 in the HashFast matter. | 37.00 |
| 09/18/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call - Hashfast Hrng on 9.10.14. | 58.00 |

**Subtotal - Court Costs (E112)**     **132.00**

| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. US Bankruptcy Court Norther Dist 235 Pine Street, 19th Floor San Francisco 7/17/2014 | 126.88 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 253.85 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 79.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC SF 235 Pine Street San Francisco, CA 7/16/2014 | 87.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 7/28/2014 | 214.63 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 8/1/2014 | 71.63 |
| | **Subtotal - Messenger Service (E107)** | **834.41** |
| | | |
| 06/27/14 | UCC Search Charges (E106) - VENDOR: CAPITOL SERVICES, INC. UCC Searches | 125.00 |
| | **Subtotal - UCC Search Charges (E106)** | **125.00** |
| | | |
| 06/27/14 | Mileage; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 06/27/14 | Mileage; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 07/09/14 | Mileage; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; 35.20 Miles @ Rate .56; Jul 09, 2014; | 19.71 |
| 07/17/14 | Mileage; Ashley M. McDow; Round trip Mileage to Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jul 17, 2014; | 19.71 |
| | **Subtotal - Local Mileage (E109)** | **78.84** |

| | | |
|---|---|---|
| 07/09/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; Jul 09, 2014; | 46.00 |
| 07/17/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; Jul 17, 2014; | 69.00 |
| | **Subtotal - Ground Transportation Local (E109)** | **115.00** |

| | | |
|---|---|---|
| 07/10/14 | Teleconference Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/2/2014 | 30.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 8/8/2014 | 37.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/11/2014 | 30.00 |
| | **Subtotal - Teleconference Charges (E105)** | **97.00** |

| | | |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 173.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 4.50 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 34.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 1.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 24.80 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 26.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.2 | 28.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 2.70 |
| 06/30/14 | Pacer Research - 06/30/14 by 9900.80 | 61.30 |
| 09/30/14 | PACER 93044.1 | 9.30 |
| 09/30/14 | PACER HASFAST | 1.70 |
| 09/30/14 | PACER HASHFAST | 1.00 |
| 09/30/14 | PACER HASHFAST | 13.20 |
| 09/30/14 | PACER 93044.1 | 19.50 |
| 09/30/14 | PACER HASHFST | 13.60 |
| 09/30/14 | PACER 93044.1 | 3.20 |
| 09/30/14 | PACER 93044.1 | 38.40 |
| | **Subtotal - Electronic Court Fees (E112)** | **457.70** |

| 06/10/14 | 218 minute conference call by Ashley Mcdow at 03:58 PM | 10.22 |
| 06/26/14 | 1298 minute conference call by Ashley Mcdow at 10:56 AM | 60.86 |
| 06/30/14 | 548 minute conference call by Ashley Mcdow at 01:25 PM | 25.70 |
| 07/01/14 | 1036 minute conference call by Ashley Mcdow at 08:49 AM | 48.57 |
| 07/03/14 | 159 minute conference call by Ashley Mcdow at 02:56 PM | 7.46 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 6.69 |
| 07/05/14 | 21 minute conference call by Ashley Mcdow at 08:02 AM | 0.98 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/06/14 | 932 minute conference call by Ashley Mcdow at 09:54 AM | 43.70 |
| 07/07/14 | INTCALL MICHAEL DELANEY | 0.77 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 3.48 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.60 |
| 07/10/14 | INTCALL MICHAEL DELANEY | 19.58 |
| 07/11/14 | INTCALL MICHAEL DELANEY | 6.02 |
| 07/12/14 | INTCALL MICHAEL DELANEY | 9.28 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.72 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.81 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 5.36 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 8.79 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 1.20 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 0.10 |
| 07/16/14 | INTCALL MICHAEL DELANEY | 3.30 |
| 07/17/14 | INTCALL MICHAEL DELANEY | 0.29 |
| 07/18/14 | INTCALL MICHAEL DELANEY | 5.39 |
| 07/20/14 | INTCALL MICHAEL DELANEY | 13.81 |
| 07/22/14 | INTCALL MICHAEL DELANEY | 3.03 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 8.66 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 2.16 |
| 07/24/14 | INTCALL MICHAEL DELANEY | 0.62 |
| 07/26/14 | INTCALL MICHAEL DELANEY | 2.96 |
| 07/27/14 | INTCALL MICHAEL DELANEY | 17.21 |
| 07/29/14 | 234 minute conference call by Ashley Mcdow at 03:27 PM | 10.98 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 5.13 |

| 07/29/14 | INTCALL MICHAEL DELANEY | 4.62 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 0.01 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 11.57 |
| 08/01/14 | INTCALL MICHAEL DELANEY | 27.58 |
| 08/05/14 | INTCALL MICHAEL DELANEY | 5.27 |
| 08/12/14 | INTCALL MICHAEL DELANEY | 4.13 |
| 08/15/14 | INTCALL MICHAEL DELANEY | 3.34 |
| 08/18/14 | INTCALL MICHAEL DELANEY | 2.93 |
| 08/19/14 | INTCALL MICHAEL DELANEY | 4.34 |
| 08/26/14 | INTCALL MICHAEL DELANEY | 9.32 |
| 08/28/14 | INTCALL MICHAEL DELANEY | 4.53 |
| 08/29/14 | INTCALL MICHAEL DELANEY | 1.00 |
| 09/01/14 | INTCALL MICHAEL DELANEY | 2.36 |
| 09/02/14 | INTCALL MICHAEL DELANEY | 8.30 |
| 09/04/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 09/08/14 | INTCALL MICHAEL DELANEY | 0.98 |
| 09/09/14 | INTCALL MICHAEL DELANEY | 4.56 |
| 09/16/14 | INTCALL MICHAEL DELANEY | 12.74 |
| 09/23/14 | INTCALL MICHAEL DELANEY | 3.26 |

**Subtotal - Teleconference (E105)    445.87**

| 06/26/14 | Westlaw Research - 06/26/14 by DELANEY MICHAEL | 15.74 |
| 07/12/14 | Westlaw Research - 07/12/14 by LAYDEN ANDREW V | 25.45 |
| 07/18/14 | Westlaw Research - 07/18/14 by MCDOW ASHLEY | 5.25 |
| 07/23/14 | Westlaw Research - 07/23/14 by MCDOW ASHLEY | 34.08 |
| 07/25/14 | Westlaw Research - 07/25/14 by MCDOW ASHLEY | 5.25 |
| 07/25/14 | Westlaw Research - 07/25/14 by DELANEY MICHAEL | 15.74 |
| 08/26/14 | Westlaw Research - 08/26/14 by DELANEY MICHAEL | 15.74 |
| 08/27/14 | Westlaw Research - 08/27/14 by DELANEY MICHAEL | 31.48 |

**Subtotal - Automated Research (E106)    148.73**

| Date | Description | Amount |
|---|---|---|
| 07/22/14 | Postage | 0.96 |
| 07/24/14 | POSTAGE 1st Class Letter | 1.92 |
| | **Subtotal - Postage (E108)** | **2.88** |
| | | |
| 07/14/14 | 9 Copies | 0.90 |
| 07/16/14 | 6 Copies | 0.60 |
| 07/22/14 | 6 Copies | 0.60 |
| 07/22/14 | 1 Copy | 0.10 |
| 08/19/14 | 1980 Copies | 198.00 |
| 08/24/14 | 1 Copy | 0.10 |
| 09/19/14 | 127 Copies | 12.70 |
| 10/24/14 | 1 Copy | 0.10 |
| | **Subtotal - Copier / Duplication (E101)** | **213.10** |
| | **Total** | **$ 47,262.24** |

**Expenses and Other Charges**

| 11/16/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Flight to and from San Francisco for Tim Wong's deposition.; | 25.00 |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to and from San Francisco for Tim Wong's deposition.; | 463.31 |
| 02/16/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; | 25.00 |
| 02/16/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; | 346.20 |
| 03/09/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Airfare to attend meeting and hearing in Los Angeles, CA from 3.18.15 through 3.21.15; | 1,417.57 |
| 03/16/15 | ELIZABETH A. GREEN - Travel Change Fees; Elizabeth Green; Ticket change fee - Travel for HashFast Hearing - March 20, 2015; | 100.00 |
| 03/16/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Difference in airfare to change from original ticket price - Travel for HashFast Hearing - March 20, 2015; | 15.40 |
| 03/19/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; | 25.00 |
| 03/19/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; | 689.56 |
| 04/10/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Airfare to San Francisco to attend confirmation hearing on May 13, 2015.; | 960.08 |

**Baker&Hostetler LLP**

*Atlanta* *Chicago* *Cincinnati* *Cleveland* *Columbus* *Costa Mesa* *Denver*
*Houston* *Los Angeles* *New York* *Orlando* *Philadelphia* *Seattle* *Washington, DC*

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 225 of 469

| | | |
|---|---|---|
| 05/27/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to/from attend confirmation hearing.; | 440.20 |
| 05/27/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to/from attend confirmation hearing.; | 25.00 |
| | **Subtotal - Airfare/Trainfare (E110)** | **4,532.32** |
| 11/25/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 10/24/2014 | 37.00 |
| 12/30/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 12/5/2014 (092312.000003 is not valid) | 30.00 |
| 01/07/15 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 12/19/2014 | 44.00 |
| 02/26/15 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC | 44.00 |
| | **Subtotal - Teleconference Charges (E105)** | **155.00** |
| 12/05/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services for November 2014. | 2,755.05 |
| 12/05/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services for October 2014. | 2,353.90 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services (February 2015) | 2,696.30 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services | 2,322.80 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC December 2014 Claims/Doc Mgment Services | 2,918.15 |
| 04/09/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Costs for Claims and Document Management services related to HashFast Technologies matter. | 2,917.75 |
| 04/23/15 | ACE IMAGING TECHNOLOGIES, INC - Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Matrix Mailing - 093044.01 | 828.14 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 04/23/15 | ACE IMAGING TECHNOLOGIES, INC - Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Mailing Matrix - Hashfast - 093044.01 | 5,636.57 |
|---|---|---|

**Subtotal - Other Professional Services (E123)**     **22,428.66**

| 03/04/15 | FIRST LEGAL NETWORK, LLC - FIRST LEGAL NETWORK, LLC Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 2/4/2015 | 26.50 |
|---|---|---|
| 03/04/15 | FIRST LEGAL NETWORK, LLC - FIRST LEGAL NETWORK, LLC Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 2/3/2015 | 293.80 |
| 03/23/15 | FIRST LEGAL NETWORK, LLC - Messenger Service (E107) FIRST LEGAL NETWORK, LLC USBC- San Francisco 235 Pine Street San Francisco, CA 2/17/2015 | 236.90 |
| 03/31/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 2/26/2015 | 232.63 |
| 03/31/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to US Bankruptcy Court - Northern Dist 235 Pine Street 19th Floor San Francisco, CA 2/26/2015 | 204.63 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Katten Muchin Roseman LLP 650 Town Center Dr Costa Mesa, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Ainsley G Moloney/Morgan Lewis 1 Federal Street Boston, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Uniquify, Inc. 2030 Fortune Dr San Jose, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Koi Systems LTD 1191 Center Point Dr Henderson, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Sisternas Operativos Sanitarios Ca Calle 35 Merida, Venzuela 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Katten Muchin Rosenman 525 W Monroe Street Chicago, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC-San Francisco 235 Pine St., 19th Floor San | 238.38 |

**Baker & Hostetler LLP**

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 227 of 469

Francisco, CA 5/26/2015

| Date | Description | Amount |
|---|---|---|
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Digimax c/o Rutan & Tucker LLP 611 Anton Bl Costa Mesa, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Peter Morici 1430 Patapsco St Baltimore, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC-SF 235 Pine Street San Francisco, CA 5/20/2015 | 68.85 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Grant Pederson 12538 Botanical Lane Frisco, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Timothy Lam 6456 Temple City Bl Temple City, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Hamilton Hee 761 Irwindale Ave Las Vegas, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to S. Gruber/Erza Brutzkus Bubner LLP 21650 Oxnard Street Woodland Hill, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Kang Lu 3753 Highway 85 North Crestview, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Edward Hammond 3103 Powell Circle Austin, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Vasquez Benisek & Lindgren LLP 3685 MT Diablo Bl Lafayette, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Office of the US Trustee 235 Pine Street San Francisco, CA 5/21/2015 | 38.00 |

**Subtotal - Messenger Service (E107)**      **1,947.69**

| Date | Description | Amount |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014 | 319.87 |
| 12/04/14 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging charges to Hashfast - depositions/hearing on 12.03.14; Dec 04, 2014 | 446.60 |
| 02/17/15 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 17, | 296.61 |

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

2015

| | | |
|---|---|---|
| 03/19/15 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015 | 1,114.08 |
| 03/19/15 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; Mar 19, 2015 | 425.19 |
| 05/26/15 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015 | 377.40 |

**Subtotal - Lodging (E110)**    **2,979.75**

| | | |
|---|---|---|
| 01/09/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services | 304.82 |
| 01/12/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services | 1,540.30 |
| 01/27/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing and copying services. | 115.35 |
| 03/03/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Reproduction, processing and mailing services | 105.04 |
| 03/03/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Reproduction, processing and mailing services | 1,047.47 |

**Subtotal - Handling / Processing Charges (E119)**    **3,112.98**

| | | |
|---|---|---|
| 11/14/14 | FEDEX - FedEx Pete Morici INFORMATION NOT SUPPLIED 1430 PATAPS CO ST BALTIMORE MD 771871411277 Re Tim Wong Production | 36.70 |
| 01/07/15 | NORCO DELIVERY SERVICE INC - NORCO DELIVERY SERVICE INC Delivery to Gallo LLP 1299 Fourth Street San Rafael, CA 12/18/2014 | 29.94 |
| 01/30/15 | FIRST LEGAL NETWORK, LLC - Delivery Services (E107) FIRST LEGAL NETWORK, LLC Delivery to USBC- San Francisco 235 Pine Street San Francisco, CA 12/18/2014 | 54.75 |

**Subtotal - Delivery Services (E107)**    **121.39**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 229 of 469

| Date | Description | Amount |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Nov 16, 2014; | 7.99 |
| 11/16/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Wifi at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014; | 14.95 |
| 03/19/15 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Mar 19, 2015; | 7.99 |
| 03/20/15 | ASHLEY MALINGER - Ashley McDow; Mar 20, 2015; | 7.99 |
| | **Subtotal - Telephone Charges (E105)** | **38.92** |
| 11/16/14 | ASHLEY MALINGER - Local Mileage (E109) Mileage; Ashley McDow; Mileage to and from Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 21.46 |
| | **Subtotal - Local Mileage (E109)** | **21.46** |
| 11/16/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Taxi to hotel from SFO airport to attend Tim Wong's deposition.; Nov 16, 2014; | 55.42 |
| 11/16/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 46.00 |
| 03/19/15 | ELIZABETH A. GREEN - Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Taxi service while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 10.00 |
| 03/19/15 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert; Mar 19, 2015; | 69.00 |
| 03/19/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Taxi service from Airport to Hotel while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 68.85 |
| 05/27/15 | ELIZABETH A. GREEN - Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Taxi service from airport to hotel to attend HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; | 56.10 |
| 05/27/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Additional Taxi service charge - took attorney to the wrong hotel after leaving the Courthouse.; May 27, 2015; | 20.00 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | |
|---|---|---:|
| 05/27/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Taxi service from Courthouse to hotel and to airport after attending HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; | 68.85 |
| 05/27/15 | ASHLEY MALINGER - Taxi/Car Service; Ashley McDow; From LAX returning from attending confirmation hearing.; May 27, 2015; | 115.52 |
| 05/27/15 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; To LAX to attend confirmation hearing in San Francisco.; May 27, 2015; | 115.38 |
| 05/27/15 | ASHLEY MALINGER - Taxi/Car Service; Ashley McDow; From SFO airport to attend confirmation hearing.; May 27, 2015; | 58.75 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **683.87** |
| | | |
| 11/16/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal in San Francisco during Tim Wong's deposition.; Nov 16, 2014; | 175.18 |
| 11/16/14 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Meal at Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 32.52 |
| 11/16/14 | ASHLEY MALINGER - Meals while Traveling (E110) Breakfast; Ashley McDow; Meal at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014; | 32.82 |
| 11/17/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal in San Francisco during Tim Wong's deposition.; Nov 17, 2014; | 24.12 |
| 11/17/14 | ASHLEY MALINGER - Breakfast; Ashley McDow; Meal at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 17, 2014; | 42.24 |
| 11/17/14 | ASHLEY MALINGER - Meals Other; Ashley McDow; Beverage at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 17, 2014; | 7.50 |
| 02/16/15 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 16, 2015; | 33.21 |
| 02/16/15 | ASHLEY MALINGER - Meals Other; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 16, 2015; | 20.70 |
| 02/17/15 | ASHLEY MALINGER - Lunch; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 17, 2015; | 32.75 |

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| | | |
|---|---|---|
| 03/19/15 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; Mar 19, 2015; | 13.95 |
| 03/19/15 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Lunch while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 13.79 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room bottled water while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 10.00 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room snack while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 10.00 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room snack while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 8.52 |
| 03/20/15 | ASHLEY MALINGER - Breakfast; Ashley McDow; Meeting with Michael Kasolas, Elizabeth Green and Robert Edgeworth regarding results of hearing and manner in which to proceed in light of same, particularly with respect to plan solicitation.; Mar 20, 2015; | 80.55 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room drink while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 11.35 |
| 03/20/15 | ELIZABETH A. GREEN - Lunch; Elizabeth Green; In room lunch while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 36.90 |
| 05/26/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; Snack while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015; | 2.16 |
| 05/26/15 | ELIZABETH A. GREEN - Meals while Traveling (E110) Dinner; Elizabeth Green; DInner while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015; | 70.73 |
| 05/27/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; Bottled water while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; | 5.44 |
| 05/27/15 | ASHLEY MALINGER - Lunch; Ashley McDow; Lunch before attending confirmation hearing.; May 27, 2015; | 12.88 |
| 05/27/15 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Coffee at SFO airport to attend confirmation hearing.; May 27, 2015; | 5.46 |

Baker & Hostetler LLP

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 09:17:20      Page 232 of 469

| | | |
|---|---|---:|
| 05/27/15 | ASHLEY MALINGER - Breakfast; Ashley McDow; Breakfast before attending confirmation hearing.; May 27, 2015; | 13.74 |
| | **Subtotal - Meals while Traveling (E110)** | **696.51** |
| | | |
| 05/27/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies, etc. | 1,697.73 |
| 05/27/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies, etc. | 4,684.85 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **6,382.58** |
| | | |
| 02/11/15 | SF REPORTERS - Court Reporter (E112) SF REPORTERS Court reporter and transcript services. | 1,365.00 |
| | **Subtotal - Court Reporter (E112)** | **1,365.00** |
| | | |
| 12/09/14 | Color Copies / Duplication (E101) | 8.60 |
| 12/10/14 | 2 Copies | 0.20 |
| 12/18/14 | 506 Copies | 50.60 |
| 02/11/15 | Color Copies / Duplication (E101) | 20.00 |
| 02/11/15 | Copies 86 | 0.10 |
| 02/13/15 | 10 Copies | 1.00 |
| 02/25/15 | 5 Copies | 0.50 |
| 04/21/15 | 400 Copies | 40.00 |
| 04/21/15 | 200 Copies | 20.00 |
| 04/21/15 | 1002 Copies | 100.20 |
| 04/21/15 | 170 Copies | 17.00 |
| 05/14/15 | 10 Copies | 1.00 |
| 06/12/15 | 20 Copies | 2.00 |
| | **Subtotal - Copier / Duplication (E101)** | **261.20** |
| | | |
| 12/05/14 | Westlaw Research - 12/05/14 by DELANEY MICHAEL | 15.74 |
| 12/16/14 | Westlaw Research - 12/16/14 by DELANEY MICHAEL | 10.49 |
| 01/05/15 | Westlaw Research - 01/05/15 by DELANEY MICHAEL | 41.98 |
| 01/06/15 | Westlaw Research - 01/06/15 by DELANEY MICHAEL | 20.99 |

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Description | Amount |
|---|---|---|
| 01/14/15 | Westlaw Research - 01/14/15 by DELANEY MICHAEL | 13.25 |
| 01/22/15 | Westlaw Research - 01/22/15 by DELANEY MICHAEL | 13.09 |
| 02/02/15 | Westlaw Research - 02/02/15 by FARIVAR FAHIM | 31.83 |
| 02/04/15 | Westlaw Research - 02/04/15 by FARIVAR FAHIM | 26.45 |
| 02/09/15 | Westlaw Research - 02/09/15 by LAYDEN ANDREW V | 0.79 |
| 02/10/15 | Westlaw Research - 02/10/15 by LAYDEN ANDREW V | 29.64 |
| 02/12/15 | Westlaw Research - 02/12/15 by LAYDEN ANDREW V | 42.18 |
| 02/17/15 | Westlaw Research - 02/17/15 by LAYDEN ANDREW V | 34.52 |
| 02/18/15 | Westlaw Research - 02/18/15 by LAYDEN ANDREW V | 69.81 |
| 04/03/15 | Lexis Research - 04/03/15 by 'BOWEN LAURA | 2.65 |
| 04/03/15 | Westlaw Research - 04/03/15 by DELANEY MICHAEL | 23.58 |
| 04/16/15 | Westlaw Research - 04/16/15 by LAYDEN ANDREW V | 10.49 |
| 05/04/15 | Westlaw Research - 05/04/15 by DELANEY MICHAEL | 39.33 |
| 05/05/15 | Westlaw Research - 05/05/15 by DELANEY MICHAEL | 10.49 |
| 05/19/15 | Westlaw Research - 05/19/15 by DELANEY MICHAEL | 10.49 |
| 05/20/15 | Westlaw Research - 05/20/15 by DELANEY MICHAEL | 5.25 |
| 05/21/15 | Westlaw Research - 05/21/15 by DELANEY MICHAEL | 41.98 |
| 05/26/15 | Westlaw Research - 05/26/15 by DELANEY MICHAEL | 47.22 |
| 05/27/15 | Westlaw Research - 05/27/15 by DELANEY MICHAEL | 20.99 |
| | **Subtotal - Automated Research (E106)** | **563.23** |
| | | |
| 11/12/14 | INTCALL MICHAEL DELANEY | 7.98 |
| 11/25/14 | INTCALL MICHAEL DELANEY | 13.90 |
| 12/09/14 | INTCALL MICHAEL DELANEY | 8.93 |
| 12/23/14 | INTCALL MICHAEL DELANEY | 0.86 |
| 01/15/15 | INTCALL ASHLEY MCDOW | 1.22 |
| 01/30/15 | INTCALL MICHAEL DELANEY | 6.09 |
| 02/23/15 | INTCALL MICHAEL DELANEY | 4.53 |
| 02/25/15 | INTCALL MICHAEL DELANEY | 8.66 |
| 03/13/15 | INTCALL ANDREW LAYDEN | 3.46 |
| 04/03/15 | INTCALL MICHAEL DELANEY | 4.33 |
| 05/06/15 | INTCALL MICHAEL DELANEY | 3.68 |
| 05/11/15 | INTCALL MICHAEL DELANEY | 2.84 |
| | **Subtotal - Teleconference (E105)** | **66.48** |

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| | | |
|---|---|---:|
| 12/31/14 | Postage (E108) | 0.48 |
| 02/03/15 | POSTAGE Priority Mail | 24.76 |
| 02/04/15 | POSTAGE 1st Class Letter | 8.16 |
| 02/17/15 | POSTAGE Priority Mail | 7.36 |
| 02/26/15 | POSTAGE 1st Class Letter | 5.84 |
| 04/21/15 | Postage | 16.10 |
| 04/21/15 | Postage | 17.76 |
| 04/21/15 | Postage | 4.80 |
| 04/21/15 | Postage | 62.88 |
| 04/21/15 | Postage | 119.60 |
| 04/21/15 | Postage | 123.05 |
| 04/21/15 | Postage | 114.24 |
| | **Subtotal - Postage (E108)** | **505.03** |

| | | |
|---|---|---:|
| 12/31/14 | PACER HASFAST | 49.00 |
| 12/31/14 | PACER 93044 | 38.70 |
| 12/31/14 | PACER 93044.1 | 0.70 |
| 12/31/14 | PACER HASHFAST | 28.80 |
| 12/31/14 | PACER 93044.1 | 0.70 |
| 12/31/14 | PACER 93044.1 | 12.50 |
| 12/31/14 | PACER 93044.1 | 1.90 |
| 12/31/14 | PACER 93044.1 | 21.30 |
| 12/31/14 | PACER HASHFAST | 9.30 |
| 03/31/15 | PACER 93044.1 | 145.80 |
| 03/31/15 | PACER 93044.1 | 0.30 |
| 03/31/15 | PACER 93044.1 | 5.30 |
| 03/31/15 | PACER 93044.1 | 9.20 |
| 03/31/15 | PACER 93044.1 | 59.00 |
| 03/31/15 | PACER 14.1595 | 4.00 |
| 03/31/15 | PACER 93044.1 | 15.00 |
| | **Subtotal - Electronic Court Fees (E112)** | **401.50** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | Total | | | $ | 46,263.57 |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 09/30/15 | 50151933 | $ 47,717.93 | 09/30/15 | $ 23,631.12 | | $ | $ 24,086.81 |
| | Total | $ 47,717.93 | | $ 23,631.12 | | $ | $ 24,086.81 |

| Account Receivable Balance | $ 24,086.81 |
|---|---|
| This Invoice | $ 646,601.57 |
| Total Due including current invoice | $ 670,688.38 |

Baker & Hostetler LLP

Atlanta          Chicago        Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston          Los Angeles    New York       Orlando        Philadelphia   Seattle        Washington, DC

EXHIBIT B

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 01/13/17 |
| Invoice Number: | 50335064 |
| B&H File Number: | 09866/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Hashfast Committee Counsel**

For professional services rendered through January 6, 2017

**BALANCE FOR THIS INVOICE DUE BY 02/12/17          $     646,601.57**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50335064**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| | |
|---|---|
| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50335064** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

| | |
|---|---|
| Invoice Date: | 01/13/17 |
| Invoice Number: | 50335064 |
| B&H File Number: | 09866/093044/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**     **Hashfast Committee Counsel**

For professional services rendered through January 6, 2017

| | | |
|---|---|---|
| **Fees** | **$** | **600,338.00** |
| | | |
| **Expenses and Other Charges** | | |
| Messenger Service (E107) | | 1,947.69 |
| Outside Duplicating & Binding (E102) | | 6,382.58 |
| Automated Research (E106) | | 563.23 |
| Teleconference (E105) | | 66.48 |
| Other Professional Services (E123) | | 22,428.66 |
| Copier / Duplication (E101) | | 261.20 |
| Postage (E108) | | 505.03 |
| Airfare/Trainfare (E110) | | 4,532.32 |
| Teleconference Charges (E105) | | 155.00 |
| Court Reporter (E112) | | 1,365.00 |
| Handling / Processing Charges (E119) | | 3,112.98 |
| Delivery Services (E107) | | 121.39 |
| Electronic Court Fees (E112) | | 401.50 |
| Lodging (E110) | | 2,979.75 |
| Meals while Traveling (E110) | | 696.51 |
| Telephone Charges (E105) | | 38.92 |
| Local Mileage (E109) | | 21.46 |
| Ground Transportation Out of Town (E110) | | 683.87 |
| **Total Expenses** | **$** | **46,263.57** |
| **BALANCE FOR THIS INVOICE DUE BY 02/12/17** | **$** | **646,601.57** |

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

Atention: Robert Edgeworth, Committee Chair for the
Committee of General Unsecured Creditors of
Hashfast Technologies, Inc.

**Regarding:** **Hashfast Committee Counsel**

| | |
|---|---|
| **PREVIOUS BALANCE** | 24,086.81 |
| **TOTAL BALANCE DUE** | 670,688.38 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies, L LC

| | |
|---|---|
| Invoice Date: | 01/13/17 |
| Invoice Number: | 50335064 |
| Matter Number: | 093044.000001 |
| | Page 4 |

**Regarding:**          **Hashfast Committee Counsel**

Matter Number:          093044.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carteen, Lisa I | 11.20 | $ 510.00 | $ 5,712.00 |
| Carteen, Lisa I | 0.00 | 0.00 | 0.00 |
| Green Elizabeth A. | 118.50 | 515.00 | 61,027.50 |
| Green Elizabeth A. | 0.00 | 0.00 | 0.00 |
| Green Elizabeth A. | 36.90 | 550.00 | 20,295.00 |
| McDow Ashley M. | 311.70 | 500.00 | 155,850.00 |
| McDow Ashley M. | 0.00 | 0.00 | 0.00 |
| McDow Ashley M. | 120.70 | 530.00 | 63,971.00 |
| Parrish Jimmy D. | 9.80 | 475.00 | 4,655.00 |
| Parrish Jimmy D. | 28.10 | 430.00 | 12,083.00 |
| Parrish Jimmy D. | 0.00 | 0.00 | 0.00 |
| Payne Tiffany D. | 0.50 | 380.00 | 190.00 |
| Payne Tiffany D. | 2.80 | 360.00 | 1,008.00 |
| Swope Michael J. | 1.00 | 555.00 | 555.00 |
| Delaney Michael T. | 197.30 | 350.00 | 69,055.00 |
| Delaney Michael T. | 0.00 | 0.00 | 0.00 |
| Delaney Michael T. | 219.50 | 385.00 | 84,507.50 |
| Farivar, Fahim | 44.90 | 365.00 | 16,388.50 |
| Farivar, Fahim | 48.40 | 320.00 | 15,488.00 |
| Farivar, Fahim | 13.20 | 410.00 | 5,412.00 |
| Farivar, Fahim | 2.20 | 380.00 | 836.00 |
| Farivar, Fahim | 0.10 | 0.00 | 0.00 |
| Layden Andrew V. | 114.20 | 310.00 | 35,402.00 |
| Layden Andrew V. | 61.80 | 280.00 | 17,304.00 |
| Layden Andrew V. | 0.00 | 0.00 | 0.00 |
| Bator Chris | 4.70 | 430.00 | 2,021.00 |
| Kepple Brandon E | 0.80 | 370.00 | 296.00 |
| Townsend Wendy C. | 13.90 | 395.00 | 5,490.50 |
| Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Garner Harry | 4.50 | 350.00 | 1,575.00 |
| Garner Harry | 0.00 | 0.00 | 0.00 |
| Beckmann Silvia Elena | 3.80 | 180.00 | 684.00 |
| Lane Deanna L | 19.20 | 240.00 | 4,608.00 |
| Lane Deanna L | 31.70 | 230.00 | 7,291.00 |
| Lane Deanna L | 0.00 | 0.00 | 0.00 |
| Ojeda, Roxane E. | 55.00 | 155.00 | 8,525.00 |
| Ojeda, Roxane E. | 0.00 | 0.00 | 0.00 |
| Bhagat Ashish K. | 0.60 | 180.00 | 108.00 |
| Bhagat Ashish K. | 0.00 | 0.00 | 0.00 |
| **Total** | **1,477.00** | | **$ 600,338.00** |

| Date | Name | Rate | Hours | Amount | Activity |
|---|---|---|---|---|---|
| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 | |

Conference call with and correspondence to/from client regarding same. Correspondence to/from and conference call with Elizabeth Green regarding Tampa attorney (.4).
**Case Administration (B110)**

| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 | |

Review Appointment of the Official Committee of Unsecured Creditors and various correspondence to creditors thereon and counsel thereto regarding appointment as committee counsel; conference call with Steven Gubner regarding same; conference call with Jeff Golden regarding same; conference call with and correspondence to/from client regarding same (1.5).
**Meeting And Communication With Creditors (B150)**

| 06/23/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 | |

Conference call with Shawn Connor regarding most recent offer received from Liquidbits (.3)
**Bankruptcy Related Advice (B400)**

| 06/25/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 | |

Review schedules, proofs of claim and claims register in preparation of conflict check and retention application; confer with Ms. McDow regarding same.
**Fee - Employment Application (B160)**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 | |

Meeting with committee chair regarding the selection of Baker & Hostetler as counsel for the committee.
**Meeting And Communication With Creditors (B150)**

| 06/25/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 | |

Review schedules and statement of financial affairs.
**Asset Analysis And Recovery (B120)**

**Baker & Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 06/25/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding proposed response to motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.
**Analysis / Strategy (L120)**

| 06/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review and analyze motion to amend stipulation regarding the motion to appoint a chapter 7 trustee.
**Other Written Motions And Submissions (L250)**

| 06/25/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth, chair of committee, regarding immediate steps to be taken moving forward
**Meeting And Communication With Creditors (B150)**

| 06/26/14 | Carteen, Lisa I | 510.00 | 1.20 | 612.00 |
|---|---|---|---|---|

Review conflicts reports in preparation of retention application to employ Baker Hostetler as committee counsel. Staff preparation of motions (L250).
**Fee - Employment Application (B160)**

| 06/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |
|---|---|---|---|---|

Prepare preliminary draft of committee bylaws.
**Case Administration (B110)**

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |
|---|---|---|---|---|

Review motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory and draft opposition to same.
**Written Motions And Submissions (L430)**

| 06/26/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |
|---|---|---|---|---|

Review motion to retain cash maintenance system post-petition and draft opposition to same.
**Other Written Motions And Submissions (L250)**

| 06/26/14 | Delaney Michael T. | 350.00 | 2.50 | 875.00 |
|---|---|---|---|---|

Review Katten Muchin employment application and draft opposition to same.
**Fee - Employment Application (B160)**

| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft opposition to Katten Muchin employment application.
**Written Motions And Submissions (L430)**

| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft opposition to motion to retain cash maintenance system post-petition.
**Written Motions And Submissions (L430)**

| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft opposition to motion to amend stipulation governing the appointment of a trustee and sale of HashFast's inventory.
**Written Motions And Submissions (L430)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 06/26/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Attend portion of creditor committee meeting.
**Meeting And Communication With Creditors (B150)**

| 06/26/14 | Green Elizabeth A. | 515.00 | 1.50 | 772.50 |

Telephone calls regarding committee first day issues, motions and strategy.
**Analysis / Strategy (L120)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward
**Meeting And Communication With Creditors (B150)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Julie Glosson regarding appointment as committee counsel, need for certain information from committee, and committee's approach for upcoming hearings.
**Case Administration (B110)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Michael Delaney regarding content of various oppositions.
**Analysis / Strategy (L120)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with Elizabeth Green regarding agenda for first committee meeting.
**Analysis / Strategy (L120)**

| 06/26/14 | McDow Ashley M. | 500.00 | 1.40 | 700.00 |

Conduct first meeting of creditors' committee.
**Meeting And Communication With Creditors (B150)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review amended application for employment of Katten Muchin and identify differences in same and original application.
**Fee - Employment Application (B160)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Edwin Smith regarding respective oppositions to motion to amend stipulation.
**Other Written Motions And Submissions (L250)**

| 06/26/14 | McDow Ashley M. | 500.00 | 2.30 | 1,150.00 |

Prepare for hearings on motion to approve employment of Katten Muchin, to jointly administer estates, to amend stipulated order, and to approve continued use of cash management systems.
**Trial And Hearing Attendance (L450)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documents in support thereof filed by James F. Johnson III, Grant Pederson, Shi Lei, Jennifer Austin, Michael Shannon, Daniel Herbon, and Thomas Stiegler, assess impact of same on creditor pool, and evaluate need to object to same.

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

**Claims Administration And Objections (B310)**

| 06/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and analyze Verified Statement of Gallo LLP Under Rule 2019 and assess impact of same on committee affiliation.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | Carteen, Lisa I | 510.00 | 0.50 | 255.00 |

Continue review and analysis of conflict reports in preparation of retention application to employ Baker Hostetler as committee counsel.
**Fee - Employment Application (B160)**

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Chambers regarding service of oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Finalize certificate of service for oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to United States Trustee transmitting copies of the oppositions to Katten Muchin application, the motion to amend the stipulation, and motion to maintain cash management system.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review the order on the motion to limit service.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of case.
**Settlement / Nonbinding Adr (L160)**

| 06/27/14 | McDow Ashley M. | 500.00 | 2.00 | 1,000.00 |

Attend hearings on motions to approve employment of Katten Muchin, joint administration of estates, to continue use of cash management systems, etc., and to amend stipulated order.
**Trial And Hearing Attendance (L450)**

| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with counsel for debtors, Ray Gallo, and/or the UST regarding resolution of numerous issues relating to motions and exit strategy moving forward.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with and correspondence to/from Elizabeth Green regarding results of hearing, and impact of same on strategy of committee moving forward.
**Meeting And Communication With Creditors (B150)**

**Baker&Hostetler LLP**

| 06/27/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from Caroline Djang and representative of Digimex regarding discussions relating to validity of claim filed by Digimex and procedure relating to any potential objection(s) thereto.
**Meeting And Communication With Creditors (B150)**

| 06/27/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference calls with and correspondence to/from committee chair regarding results of various hearings and impact of same on approach moving forward.
**Trial And Hearing Attendance (L450)**

| 06/27/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Draft detailed summary of results of hearing and correspondence to committee members related to same.
**Meeting And Communication With Creditors (B150)**

| 06/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jeff Golden, counsel for Koi Enterprises, regarding results of hearings and impact of same on various moving parts.
**Meeting And Communication With Creditors (B150)**

| 06/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order granting Debtors' Motion For Order Limiting Service of Notice of Certain Matters and confirm no interlineations made by Court.
**Other Written Motions And Submissions (L250)**

| 06/27/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

NON-BILLABLE TRAVEL TIME TO TRAVEL TO HEARINGS ON VARIOUS FIRST DAY MOTIONS
**Meeting And Communication With Creditors (B150)**

| 06/29/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Prepare agenda for weekly committee conference call and circulate same to group.
**Meeting And Communication With Creditors (B150)**

| 06/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with committee chair regarding agenda for weekly committee conference call.
**Meeting And Communication With Creditors (B150)**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise proposed Order Approving Employment of Katten Muchin as General Bankruptcy Counsel.
**Fee - Employment Application (B160)**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise proposed Order Approving Continued Use of Existing Bank Accounts, etc.
**Written Motions And Submissions (L430)**

| 06/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from counsel for debtor and UST regarding proposed modifications to various orders.
**Case Administration (B110)**

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 246 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 10

06/30/14    McDow Ashley M.            500.00      0.30        150.00

Review and revise proposed Order Approving Joint Administration of Estates.
**Other Written Motions And Submissions (L250)**

06/30/14    McDow Ashley M.            500.00      0.40        200.00

Conference call with Rob Harris, counsel for Uniquify, regarding proposal for release of various orders.
**Meeting And Communication With Creditors (B150)**

06/30/14    McDow Ashley M.            500.00      0.70        350.00

Conference call with Province regarding potential retention of forensic accountant on behalf of committee.
**Experts / Consultants (L130)**

06/30/14    McDow Ashley M.            500.00      0.20        100.00

Conference call with and correspondence to/from chair of committee regarding changes to be made to proposed orders regarding joint administration, employment of Katten Muchin, and cash management.
**Meeting And Communication With Creditors (B150)**

06/30/14    McDow Ashley M.            500.00      0.20        100.00

Conference call with Ed Smith regarding proposed sale of chips and revisions to be made to sale proposal.
**Meeting And Communication With Creditors (B150)**

06/30/14    McDow Ashley M.            500.00      1.10        550.00

Listen to audio recording of hearing in order to identify affirmative obligations of debtor with respect to information and documentation to be provided by debtor.
**Analysis / Strategy (L120)**

06/30/14    McDow Ashley M.            500.00      0.20        100.00

Review proposal from Rob Harris, counsel for Uniquify, regarding sale of existing chips, and correspondence to chair of committee regarding same.
**Asset Analysis And Recovery (B120)**

06/30/14    McDow Ashley M.            500.00      0.10         50.00

Review entered order for relief and confirm no interlineations made by court.
**Fee - Employment Application (B160)**

06/30/14    McDow Ashley M.            500.00      0.20        100.00

Review objection of Liquidbits to debtor's motion to amend stipulation and further order with respect to emergency motion for appointment of trustee and identify similarities and discrepancies between same and objection of committee.
**Other Written Motions And Submissions (L250)**

06/30/14    McDow Ashley M.            500.00      0.90        450.00

Conduct weekly committee conference call.
**Asset Analysis And Recovery (B120)**

06/30/14    McDow Ashley M.            500.00      0.10         50.00

Review Notice of Appearance filed by Sustenas Operationos Saitarias and identify appropriate contact information contained therein.
**Analysis / Strategy (L120)**

Baker&Hostetler LLP

Atlanta      Chicago       Cincinnati    Cleveland    Columbus      Costa Mesa   Denver
Houston      Los Angeles   New York      Orlando      Philadelphia  Seattle      Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 09:17:20    Page 247 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 11

06/30/14   McDow Ashley M.                     500.00        1.20          600.00
Revise by-laws in accordance with input from various members of the committee (and/or their counsel), and
correspondence to members of committee regarding same.
**Case Administration (B110)**

06/30/14   McDow Ashley M.                     500.00        0.20          100.00
Correspondence to/from counsel for Antony Vo regarding attendance at committee meetings.
**Meeting And Communication With Creditors (B150)**

06/30/14   McDow Ashley M.                     500.00        0.30          150.00
Review and analyze Proof of Claims filed by Fabio Miceli, Ilan Elfassy, John Turley, Andrew Bester, Suresh
Chandra, Nir Nahum, Henzy Pazy, and documents in support thereof and assess impact of same on totality
of unsecured creditor pool.
**Claims Administration And Objections (B310)**

06/30/14   McDow Ashley M.                     500.00        0.60          300.00
Review Statement of Qualifications for Province, conference call with committee chair regarding same, and
correspondence to committee regarding "pitch" of same.
**Fee - Employment Application (B160)**

06/30/14   McDow Ashley M.                     500.00        0.40          200.00
Correspondence to/from and conference call with counsel for debtor regarding modifications to be made to
order approving continued use of cash management system.
**Analysis / Strategy (L120)**

07/01/14   Delaney Michael T.                  350.00        0.40          140.00
Research rules governing the employment of creditors' committee counsel.
**Fee - Employment Application (B160)**

07/01/14   Delaney Michael T.                  350.00        0.20           70.00
Review local rules regarding the filing of employment applications.
**Fee - Employment Application (B160)**

07/01/14   Delaney Michael T.                  350.00        0.50          175.00
Attend strategy meeting regarding potential exit strategies for the debtor and the position of the committee.
**Analysis / Strategy (L120)**

07/01/14   Delaney Michael T.                  350.00        0.80          280.00
Draft declaration of Ashley McDow in support of the application to employ general bankruptcy counsel for
the Unsecured Creditors Committee.
**Meeting And Communication With Creditors (B150)**

07/01/14   Delaney Michael T.                  350.00        1.60          560.00
Draft application to employ general bankruptcy counsel for the Unsecured Creditors Committee.
**Fee - Employment Application (B160)**

07/01/14   McDow Ashley M.                     500.00        1.80          900.00
Correspondence to/from Ray Gallo and committee regarding continued interference of non-committee
members in committee business.

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/17/20   Entered: 01/17/20 19:17:20   Page 248
of 469

**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review file, including relevant pleadings, documents, and correspondence in preparation for hearing.
**Trial And Hearing Attendance (L450)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Julie Glossen, Ankie To, and Rob Edgeworth regarding potential remedies for committee interference by member's lawyer.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Amanda Derby of Province regarding Application for Employment of Province.
**Fee - Employment Application (B160)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glossen regarding status of employment application of committee to retain Baker Hostetler.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Application of Creditors Committee to Employ Baker Hostetler as general counsel and Declaration of Ashley McDow in support thereof.
**Fee - Employment Application (B160)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Julie Glosson and Ankie To regarding content and terms of cash management order proposed by debtors.
**Meeting And Communication With Creditors (B150)**

| 07/01/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Review and revise revised Order Approving Continued Use of Cash Management System and various correspondence to/from counsel for debtor and counsel for UST regarding same.
**Other Written Motions And Submissions (L250)**

| 07/01/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Follow up conference call with representatives of Province regarding immediate steps to be taken.
**Experts / Consultants (L130)**

| 07/01/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with committee members and representatives of Province regarding potential retention as forensic accountant(s) for committee.
**Experts / Consultants (L130)**

| 07/01/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review and analyze budget (and amended budget) provided by Debtors.
**Meeting And Communication With Creditors (B150)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 13

| 07/01/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and analyze budget (and amended budget) provided by Debtors, and correspondence to/from members of committee and Debtors' counsel regarding same.
**Analysis / Strategy (L120)**

| 07/02/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review correspondence regarding proposed revisions to committee bylaws.
**Case Administration (B110)**

| 07/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise declaration in support of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

| 07/02/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review/revise application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

| 07/02/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review results of conflicts check review in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

| 07/02/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting document request to accompany motions for 2004 examinations of the debtor and debtor's key employees.
**Other Discovery (L390)**

| 07/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review United States Trustee's guidelines for employment application in preparation of application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

| 07/02/14 | Layden Andrew V. | 280.00 | 0.90 | 252.00 |

Review pleadings, status of case, and information necessary to setup unsecured creditors' committee website.
**Case Administration (B110)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Julie Glosson regarding results of hearing and intent of committee moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Prepare detailed summary of conference call with Debtors' counsel and Monica Hushen to be circulated amongst committee members.
**Case Administration (B110)**

**Baker & Hostetler LLP**

Case: 14-30725 Doc# 320 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 250 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:         01/13/17
Invoice Number:      50335064
Matter Number:   093044.000001
Page 14

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to counsel for Debtors regarding approval of "final" proposed Order Approving Application of Debtors' to Employ Katten Muchin as General Bankruptcy Counsel.
**Fee - Employment Application (B160)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with counsel for the Debtors and Monica Hushen regarding concerns of the committee with the budget proposed by the Debtors.
**Case Administration (B110)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review final version of committee application to employ Baker Hostetler as committee counsel and confer with Michael Delaney regarding additional modifications to be made to same.
**Fee - Employment Application (B160)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Julie Glosson regarding recent correspondence by and among committee members and Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Harris regarding recent correspondence by and among committee and Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with Rob Edgeworth, chair of committee, regarding results of hearing and strategy moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Telephonically attend hearing on Motion to Amend Stipulated Order.
**Trial And Hearing Attendance (L450)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from committee regarding distribution of price list provided by debtors (and associated "confidentiality" issues related thereto).
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Correspondence to/from the committee regarding specific concerns with the budget proposed by the Debtors.
**Meeting And Communication With Creditors (B150)**

| 07/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Ed Smith regarding budget proposed by Debtors and approach of respective parties at upcoming hearing.
**Meeting And Communication With Creditors (B150)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 15

07/02/14   McDow Ashley M.                    500.00        0.30         150.00

Conference call with chair of committee regarding circulation of and protocol relating to application to employ Baker Hostetler as counsel for the committee.
**Meeting And Communication With Creditors (B150)**

07/02/14   McDow Ashley M.                      0.00        0.00           0.00

Review Application for Admission of Attorney Pro Hac Vice for counsel for Liquidbits.
**Written Motions And Submissions (L430)**

07/03/14   Delaney Michael T.                 350.00        0.20          70.00

Prepare proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        0.10          35.00

Draft correspondence to the United States Trustee regarding the application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        1.10         385.00

Finalize and prepare application to employ Baker & Hostetler as counsel for unsecured creditors committee for filing.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        0.40         140.00

Review/revise proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee in light of order limiting service.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        0.20          70.00

Confer with Ms. McDow regarding the exhibits for inclusion with the application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        0.50         175.00

Prepare exhibits to application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14   Delaney Michael T.                 350.00        0.10          35.00

Review order limiting service in preparation of proof of service for application to employ Baker & Hostetler as counsel for unsecured creditors committee.
**Fee - Employment Application (B160)**

07/03/14   McDow Ashley M.                    500.00        0.20         100.00

Review and evaluate proposed engagement letter by and between committee and Province.
**Meeting And Communication With Creditors (B150)**

07/03/14   McDow Ashley M.                    500.00        0.10          50.00

Confer with chair of committee regarding continued hearing on Motion to Amend Stipulated Order.

**Baker & Hostetler LLP**

Atlanta       Chicago       Cincinnati     Cleveland     Columbus      Costa Mesa     Denver
Houston       Los Angeles   New York       Orlando       Philadelphia  Seattle        Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 16

**Trial And Hearing Attendance (L450)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Prepare for continued hearing on Motion to Amend Stipulated Order.
**Trial And Hearing Attendance (L450)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review proposed order to modify stipulated order and correspondence to/from committee members regarding same.
**Written Motions And Submissions (L430)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review correspondence from various committee members regarding concerns with proposed budget and price list and prepare list of same to discuss with counsel for the Debtors and Province.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review correspondence from Debtors' counsel regarding emergency request to sell chips and correspondence to/from committee regarding same.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with chair regarding feedback from committee call with respect to budget and price list in particular.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and need for emergency committee hearing to address next course of action.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with committee regarding recent discussions with Debtors' counsel with respect to proposed modifications to budget and appropriate response to be made to same.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Rob Edgeworth regarding potential removal of Hamilton Hee based upon recent disruptive behavior exhibited by Ray Gallo.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Jeff Golden regarding recent communications from Ray Gallo and impact of same on ability of committee to function appropriately.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/03/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with representatives of Province and chair of committee regarding due diligence request and potential issues with proposed budget.

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 253
of 469

**Meeting And Communication With Creditors (B150)**

| 07/03/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review and evaluate proposed engagement letter by and between committee and Province.
**Experts / Consultants (L130)**

| 07/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review proposed term sheet from Liquidbits for emergency section 363 sale and confer with members of committee regarding same.
**Asset Disposition (B130)**

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Jeff Golden counsel for Koi Systems regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.
**Meeting And Communication With Creditors (B150)**

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors' counsel regarding outline of dual exit strategies and correspondence to/from committee regarding same.
**Case Administration (B110)**

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Steve Gubner counsel for Antony Vo, regarding recent interference of Ray Gallo in committee operations and information obtained by and through certain members with respect to same.
**Meeting And Communication With Creditors (B150)**

| 07/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference call with Rob Edgeworth regarding recent information learned about Guido Ochoa and manner in which to approach same, particularly in light of current make use of committee.
**Meeting And Communication With Creditors (B150)**

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Rob Edgeworth regarding need for emergency motion for appointment of Chapter 11 trustee, particularly in light of recent sale proposal from Debtors and Liquidbits.
**Meeting And Communication With Creditors (B150)**

| 07/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding role of Province in committee meeting to discuss proposed sale terms.
**Meeting And Communication With Creditors (B150)**

| 07/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Michael Delaney regarding status of due diligence request and need to incorporate same into motion for various 2004 examinations.
**Other Discovery (L390)**

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 254 of 469

07/05/14 McDow Ashley M.      500.00      0.80      400.00

Conference call with Victor Delaglio and Rob Edgeworth regarding recent term sheet between Liquidbits and Debtors and impact of same on valuation and previous financial analysis and need for expedited review.
**Experts / Consultants (L130)**

07/05/14 McDow Ashley M.      500.00      0.20      100.00

Confer with Andrew Layden regarding contents of emergency motion for 2004 examination of Simon Barber,
**Other Discovery (L390)**

07/06/14 Layden Andrew V.      280.00      5.40      1,512.00

Draft proposed motions for rule 2004 examinations of Debtors' corporate representative and Eduardo de Castro, and draft orders granting same.
**Other Discovery (L390)**

07/06/14 McDow Ashley M.      500.00      0.20      100.00

Confer with Andrew Layden regarding content of motions for 2004 examination of various individuals associated with Debtor(s).
**Other Discovery (L390)**

07/06/14 McDow Ashley M.      500.00      0.20      100.00

Correspondence to/from Peter Kravitz and Vincent Delaglio regarding content of website to be formed for benefit of all general unsecured creditors.
**Case Administration (B110)**

07/06/14 McDow Ashley M.      500.00      0.20      100.00

Conference call with Rob Edgeworth regarding preparation for committee call.
**Meeting And Communication With Creditors (B150)**

07/06/14 McDow Ashley M.      500.00      1.90      950.00

Conference call with committee regarding motion to approve amendment to stipulated order and proposed modifications to be made to stipulated order.
**Meeting And Communication With Creditors (B150)**

07/07/14 Delaney Michael T.      350.00      0.30      105.00

Review/revise 2004 examination motion for Eduardo de Castro.
**Other Discovery (L390)**

07/07/14 Delaney Michael T.      350.00      0.30      105.00

Review/revise 2004 examination motion for Hashfast Technologies person most knowledgeable.
**Other Discovery (L390)**

07/07/14 Delaney Michael T.      350.00      1.10      385.00

Begin drafting omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

07/07/14 Green Elizabeth A.      515.00      0.40      206.00

Review 2004 Exam issues.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Other Discovery (L390)**

| 07/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Steve Gubner, counsel for Antony Vo, regarding new developments with respect to particular members of committee.
**Meeting And Communication With Creditors (B150)**

| 07/07/14 | McDow Ashley M. | 500.00 | 3.90 | 1,950.00 |

Review file, including relevant correspondence and pleadings in preparation for 341(a) examination of Debtors, and prepare outline of questions for same.
**Analysis / Strategy (L120)**

| 07/07/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Jeff Golden counsel for Koi Systems, regarding results of continued hearing on motion to amend stipulation and recent discussions with counsel for Debtor regarding same.
**Meeting And Communication With Creditors (B150)**

| 07/07/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Travel to and attend continued hearing on motion to amend stipulation.
**Trial And Hearing Attendance (L450)**

| 07/07/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, regarding preparation for 341(a) meeting of creditors of Debtors.
**Meeting And Communication With Creditors (B150)**

| 07/08/14 | McDow Ashley M. | 500.00 | 6.30 | 3,150.00 |

Attend 341(a) meeting of creditors.
**Meeting And Communication With Creditors (B150)**

| 07/08/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meetings with Victor Delaglio and Rob Edgeworth in preparation of 341(a) hearing and to discuss results of 341(a) hearing.
**Experts / Consultants (L130)**

| 07/08/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with committee regarding results of 341(a) meeting of creditors.
**Meeting And Communication With Creditors (B150)**

| 07/08/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Meeting with Simon Barber, Monica Hushen, Rob Edgeworth and Jessica Mickelson regarding potential resolution of various issues in case.
**Case Administration (B110)**

| 07/09/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding 2004 examination schedule and finalizing 2004 motions and omnibus document request.
**Other Discovery (L390)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| | | | | |
|---|---|---|---|---|
| 07/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Mr. Layden regarding the preparation of 2004 examination motion for Debtor's chief financial officer Monica Hushen.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 07/09/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding 2004 Exams and document requests.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 07/09/14 | Layden Andrew V. | 280.00 | 0.20 | 56.00 |

Confer with Ms. Green regarding status of case.
**Analysis / Strategy (L120)**

| | | | | |
|---|---|---|---|---|
| 07/09/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference calls with Pete Morici regarding discussions with Willem relating to potential mining alternatives.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.40 | 490.00 |

Review materials regarding and attend telephonic meeting regarding proposed sale of Hashfast Technologies to Liquidbits Inc.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Prepare for and attend conference call with Debtors' counsel regarding the 2004 examination schedule, document production and proposed budget.
**Written Discovery (L310)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the 2004 examination schedule and proposed budget.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Continue drafting omnibus document request for 2004 examinations.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review email from client and telephone call regarding bank account payment.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding new motion for Rule 2004 examination of Debtor's CTO/Co-Founder.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and representatives of Liquidbits relating to details of current proposal to purchase assets of Hashfast.
**Asset Disposition (B130)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Correspondence to/from Ray Gallo regarding "resolution" of disputes between Liquidbits and Debtors and impropriety of direct communication with represented individual members.
**Meeting And Communication With Creditors (B150)**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 1.70 | 850.00 |

Review and revise Request for Production of Documents in support of 2004 motions for Eduardo DeCastro, Simon Barber, Monica Hushen, and personal most knowledgeable for respective debtors.
**Other Discovery (L390)**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.40 | 200.00 |

Conference call with representatives of Province regarding analysis of most recent term sheet by and between Liquidbits and Debtors and appropriate response of committee to same.
**Asset Disposition (B130)**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.70 | 350.00 |

Conference calls with Rob Edgeworth and Michael Delaney regarding terms of most recent negotiations with Debtors' counsel and responses of committee to be made to same.
**Meeting And Communication With Creditors (B150)**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 1.90 | 950.00 |

Conference call with Jessica Mickelson and Michael Delaney regarding counter-terms for budget proposal and scheduling of various 2004 examinations.
**Other Discovery (L390)**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/14 | McDow Ashley M. | | 500.00 | 0.30 | 150.00 |

Review most recent pleadings filed and correspondence relating to motion to amend stipulated order in preparation for hearing on same.
**Trial And Hearing Attendance (L450)**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | | 350.00 | 0.60 | 210.00 |

Revise omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | | 350.00 | 0.40 | 140.00 |

Review draft 2004 examination motions for Monica Hushen and Simon Barber.
**Other Discovery (L390)**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Simon Barber.
**Other Written Motions And Submissions (L250)**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | | 350.00 | 1.60 | 560.00 |

Continue drafting and revising omnibus document requests for 2004 examination motions.
**Other Discovery (L390)**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/14 | Delaney Michael T. | | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Hashfast Technologies' person most knowledgeable.
**Other Discovery (L390)**

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 258 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review/revise 2004 examination motion for Monica Hushen.
**Other Discovery (L390)**

| 07/11/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review/revise 2004 examination motion for Eduardo de Castro.
**Other Discovery (L390)**

| 07/11/14 | Layden Andrew V. | 280.00 | 0.50 | 140.00 |

Draft motion for Rule 2004 exam of Monica Hushen.
**Other Discovery (L390)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Willem regarding appointment of alternative representative for Digimex.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to committee regarding results of hearing, audio of same, status of case, and upcoming motions to be filed.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from Jessica Mikelson regarding modifications to be made to amended stipulated order in light of various requests from parties and instructions from Court at hearing on same.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth, chair for committee, regarding revisions to amended stipulated order requested by Liquidbits and approved by Debtors.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Michael Delaney regarding content of various motions for 2004 examinations, including the request for production of documents.
**Other Discovery (L390)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from and conference call with Rob Edgeworth, chair of committee, regarding modifications to be made to request(s) for production of documents in support of various motions for 2004 examination.
**Meeting And Communication With Creditors (B150)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Review audio recording of hearing in order and identify accurate terms to be included in proposed order and correspondence to/from Jessica Mikelson regarding same.
**Analysis / Strategy (L120)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Rob Edgeworth, chair of committee, regarding results of hearing, including modifications requested and/or imposed by Court.
**Trial And Hearing Attendance (L450)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jessica Mikelson regarding scheduling, timing, nature and scope of various 2004 examinations.
**Operations (B200)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Jessica Mikelson regarding remaining terms of budget to be resolved, including comprises with respect to employee wages.
**Business Operations (B210)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Jessica Mikelson regarding results of hearing and approach for stipulated order in light of same.
**Case Administration (B110)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Ed Smith regarding terms of sale which require additional due diligence to move forward.
**Asset Disposition (B130)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Telephonically attend continued hearing on motion to amend stipulated order.
**Other Written Motions And Submissions (L250)**

| 07/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Jeff Golden counsel for Koi, regarding results of continued hearing of motion to amend stipulated order.
**Meeting And Communication With Creditors (B150)**

| 07/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Analysis / Strategy (L120)**

| 07/12/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Written Motions And Submissions (L430)**

| 07/12/14 | Delaney Michael T. | 350.00 | 1.90 | 665.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a chapter 7 trustee.
**Case Administration (B110)**

**Baker&Hostetler LLP**

07/12/14   Delaney Michael T.                    350.00        0.80        280.00
Research standards for substantive consolidation.
**Researching Laws (C200)**

07/12/14   Delaney Michael T.                    350.00        0.80        280.00
Revise omnibus document request for 2004 examination motions to incorporate Committee's comments.
**Other Discovery (L390)**

07/12/14   Delaney Michael T.                    350.00        0.40        140.00
Review Committee's comments on proposed omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

07/12/14   Green Elizabeth A.                     515.00        0.90        463.50
Review issues regarding 2004 exams.
**Other Discovery (L390)**

07/12/14   Layden Andrew V.                       280.00        1.50        420.00
Research regarding potential motion for substantive consolidation of debtors' estates.
**Operations (B200)**

07/12/14   Layden Andrew V.                       280.00        0.80        224.00
Review and revise Committee's proposed document request to the Debtors.
**Other Discovery (L390)**

07/12/14   Layden Andrew V.                         0.00        0.00          0.00
Review issues regarding status of case and strategy moving forward.
**Written Motions And Submissions (L430)**

07/12/14   McDow Ashley M.                        500.00        0.10         50.00
Correspondence to Julie Glosson regarding audio recording of initial 341(a) meeting.
**Meeting And Communication With Creditors (B150)**

07/12/14   McDow Ashley M.                        500.00        0.40        200.00
Correspondence to/from Jessica Mickelson regarding content of audio recording of hearing and implications of same on provisions of proposed stipulated order.
**Case Administration (B110)**

07/12/14   McDow Ashley M.                        500.00        0.40        200.00
Correspondence to/from Michael Delaney, Elizabeth Green, and Andrew Layden regarding proposed amendments to stipulated order.
**Written Motions And Submissions (L430)**

07/13/14   Delaney Michael T.                    350.00        0.30        105.00
Draft correspondence to the Committee regarding proposed revisions to the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Meeting And Communication With Creditors (B150)**

Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York       Orlando        Philadelphia   Seattle        Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 25

| 07/13/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Revise the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Other Written Motions And Submissions (L250)**

| 07/13/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review and draft multiple responses to correspondence with Debtors' counsel regarding the proposed stipulated order approving the operation of Hashfast Technologies in accordance with the agreement to avoid the appointment of a trustee.
**Business Operations (B210)**

| 07/13/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Finalize omnibus document request for 2004 examination motions.
**Other Discovery (L390)**

| 07/13/14 | McDow Ashley M. | 500.00 | 2.20 | 1,100.00 |

Review and revise various versions of proposed stipulated order, and correspondence to/from Elizabeth Green, Andy Layden and Michael Delaney, and counsel for Debtors.
**Other Written Motions And Submissions (L250)**

| 07/13/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Correspondence to/from Ray Gallo regarding confidentiality of committee information.
**Meeting And Communication With Creditors (B150)**

| 07/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Kevin Delport, unsecured creditor, regarding rights and remedies of general unsecured creditors in bankruptcy case.
**Meeting And Communication With Creditors (B150)**

| 07/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Willem van Rooyen regarding ability of committee to "negotiate" with Liquidbits.
**Meeting And Communication With Creditors (B150)**

| 07/14/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Review and draft multiple responses to correspondence from Debtors' counsel regarding stipulated order to allow the continued operation of the companies.
**Other Written Motions And Submissions (L250)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Debtors' counsel regarding stipulated order regarding the continued operation of the companies.
**Case Administration (B110)**

| 07/14/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Draft correspondence to Debtor's counsel identifying specific requests from the document request for production prior to the 2004 examination of Monica Hushen.
**Other Discovery (L390)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 26

| 07/14/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise motion for 2004 examination of Monica Hushen.
**Other Written Motions And Submissions (L250)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to chambers regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.
**Other Written Motions And Submissions (L250)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Review and draft multiple responses to correspondence regarding the 2004 examinations of Monica Hushen and Eduardo de Castro and the associated document request.
**Other Discovery (L390)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft proposed order granting motion for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Debtors' counsel regarding the filing of motion for 2004 examination of Monica Hushen and lodgment of related order.
**Other Discovery (L390)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review/revise proof of service for motion for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Prepare motion for 2004 examination of Monica Hushen for filing.
**Other Discovery (L390)**

| 07/14/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |

Analyze 2004 examination document requests and prioritize document requests to identify those documents for production prior to the 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding case and sale proposal.
**Analysis / Strategy (L120)**

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Pete Siddiqui regarding issues related to case and discovery.
**Bankruptcy Related Advice (B400)**

| 07/14/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Revise document request regarding 2004 exams.
**Other Discovery (L390)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

07/14/14    Layden Andrew V.        280.00      1.50      420.00

Finalize motions for 2004 examination of Monica Hushen and Eduardo de Castro.
**Other Discovery (L390)**

07/14/14    Layden Andrew V.          0.00      0.00        0.00

Review correspondence between Debtors and Committee regarding proposed orders and negotiations regarding scheduling of Rule 2004 examinations.
**General Bankruptcy Advise - Options (B410)**

07/14/14    McDow Ashley M.        500.00      0.30      150.00

Conference call with Jessica Mikelson regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to committee regarding same.
**Case Administration (B110)**

07/14/14    McDow Ashley M.        500.00      0.70      350.00

Conference call with Elizabeth Green regarding non-appearance of Simon Barber at 341(a) hearing, non-appearance of Eduardo for 2004 examination, status of various motions, and strategy for continued 341(a) hearing.
**Analysis / Strategy (L120)**

07/14/14    McDow Ashley M.        500.00      0.30      150.00

Conference call with and correspondence to/from Ori Katz, counsel for Simon Barber, regarding non-appearance of Simon Barber at continued 341(a) hearing and correspondence to/from committee regarding same.
**Case Administration (B110)**

07/14/14    McDow Ashley M.        500.00      4.20    2,100.00

Prepare for continued 341(a) hearings of Debtors.
**Trial And Hearing Attendance (L450)**

07/14/14    McDow Ashley M.        500.00      0.40      200.00

Review final version of 2004 examination of Monica Hushen and request for production of documents in support thereof and approve same for filing.
**Other Discovery (L390)**

07/14/14    McDow Ashley M.        500.00      1.10      550.00

Conduct weekly committee conference call.
**Meeting And Communication With Creditors (B150)**

07/14/14    McDow Ashley M.        500.00      0.50      250.00

Conference calls with and correspondence to/from Rob Harris, counsel for Uniquify, regarding modifications to be made to Stipulated Order.
**Meeting And Communication With Creditors (B150)**

07/15/14    Delaney Michael T.       350.00      0.30      105.00

Research DXCorr Design corporate records.
**Fact Investigation / Development (L110)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 264 of 469

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the testimony and developments from the 341a meeting.
**Analysis / Strategy (L120)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft response to correspondence from Debtor's counsel regarding 2004 examination of Monica Hushen and document production.
**Other Discovery (L390)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Province regarding the creation and launch of the committee's website and its content.
**Experts / Consultants (L130)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from Mr. Gallo regarding the production/availability of non-confidential information for general unsecured creditors.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding launch of committee website and final content.
**Asset Analysis And Recovery (B120)**

| 07/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Research Sandgate corporate records.
**Fact Investigation / Development (L110)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding website and sharing of information.
**Analysis / Strategy (L120)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Telephone call with Peter Siddiqui regarding issues related to confidentiality agreement.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding confidentiality agreement between debtor and committee.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Layden Andrew V. | 280.00 | 2.40 | 672.00 |

Draft Confidentiality Agreement between Debtors and Committee.
**Other Written Motions And Submissions (L250)**

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review correspondence with Committee regarding upcoming Rule 2004 examinations and Liquidbits' offer term sheet.
**Meeting And Communication With Creditors (B150)**

| 07/15/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Continue implementing website for general unsecured creditors.

Baker & Hostetler LLP

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 29

### Meeting And Communication With Creditors (B150)

| | | | | | |
|---|---|---|---|---|---|
| 07/15/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 | |

Meeting with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).
**Meeting And Communication With Creditors (B150)**

| | | | | | |
|---|---|---|---|---|---|
| 07/15/14 | McDow Ashley M. | 500.00 | 4.80 | 2,400.00 | |

Attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward.
**Trial And Hearing Attendance (L450)**

| | | | | | |
|---|---|---|---|---|---|
| 07/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 | |

Review and analyze proofs of claim filed by Nathan Ruble, Christian Golbs, Uwe Schaum, Mark Fiorentino, Paul Erickson, Christopher Fetterly, and Charie Shen, and various documentation in support thereof.
**Claims Administration And Objections (B310)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 | |

Review confidentiality agreement with the debtors for the production of documents.
**Other Written Motions And Submissions (L250)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 | |

Confer with Ms. McDow regarding the proposed revisions to confidentiality agreement with the debtors for the production of documents,
**Other Written Motions And Submissions (L250)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 | |

Review biographies to be appended to the application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 | |

Draft correspondence to Debtors' counsel regarding executed confidentiality agreement.
**Case Administration (B110)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 | |

Review proposed revisions to confidentiality agreement with the debtors for the production of documents.
**Other Written Motions And Submissions (L250)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 | |

Review/revise application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 | |

Confer with Mr. Delaglio regarding application to employ Province as financial advisor to the committee.
**Experts / Consultants (L130)**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 | |

Confer with creditor Gary Milling regarding status of case and creation of creditor committee website.
**Meeting And Communication With Creditors (B150)**

Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 07/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review changes to confidentiality agreement.
**Other Written Motions And Submissions (L250)**

| 07/16/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding proposed sale.
**Asset Disposition (B130)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Graeme Middleton, creditor, regarding various aspects of case and rights and remedies of creditors with respect to same.
**Meeting And Communication With Creditors (B150)**

| 07/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, in preparation of 2004 examination of Monica Hushen.
**Meeting And Communication With Creditors (B150)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze proofs of claim for Terri Avery, Look Smart, Ltd., Tom Postma, PC Central, Bryce Thomas, Alan Vit, Jason Yi, Edward Mosley, Ray Calderon, Irwin Ahmad, Adrian Coroama, Patrick Sadowski, and Monsoon Company, Inc., and analyze various documents provided in support thereof, in order to identify varying types of transactions that form basis of claims.
**Claims Administration And Objections (B310)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proposed confidentiality agreement and correspondence to/from Michael Delaney regarding same.
**Other Written Motions And Submissions (L250)**

| 07/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Pete Morici regarding new information learned with respect to Monica Hushen.
**Case Administration (B110)**

| 07/16/14 | McDow Ashley M. | 500.00 | 4.40 | 2,200.00 |

Review documents, correspondence and relevant pleadings in preparation for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/17/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Province regarding the filing of their employment application.
**Experts / Consultants (L130)**

| 07/17/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare documents for 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to sale.
**Analysis / Strategy (L120)**

**Baker&Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 267 of 469

| 07/17/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding sale.
**Analysis / Strategy (L120)**

| 07/17/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review correspondence from Committee members.
**Meeting And Communication With Creditors (B150)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review questions prepared by Province to be asked of Monica Hushen at 2004 examination and correspondence to/from Paul Hgyuns of Province regarding same.
**Other Discovery (L390)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim for Yousesef Rassi-fenni, Stacey Robinson (Robinson SM Consulting), and Thadius Boron and documents in support thereof and identify nature of claims of particular creditors.
**Claims And Plan (B300)**

| 07/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Paul Hguyens regarding questions to be posed of Monica Hushen at 2004 examination of same.
**Experts / Consultants (L130)**

| 07/17/14 | McDow Ashley M. | 500.00 | 6.70 | 3,350.00 |

Conduct 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/18/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Draft correspondence to the Committee analyzing the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed opposition to same.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Analyze motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and attached documentation.
**Asset Disposition (B130)**

| 07/18/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Attend meeting regarding the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors and proposed response thereto.
**Asset Disposition (B130)**

| 07/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review motion for order shortening time relating to the motion to sell all or substantially all of the estate's assets to Liquidbits filed by the Debtors.
**Written Motions And Submissions (L430)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/18/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review and draft response to correspondence from Mr. Edgeworth regarding the status of the substantive consolidation motion.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review term sheet for proposed Liquidbits transaction.
**Asset Disposition (B130)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Follow up telephone call with Peter Siddiqui regarding expedited motion and sale.
**Asset Disposition (B130)**

| 07/18/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding expedited motion and sale.
**Asset Disposition (B130)**

| 07/18/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding potential substantive consolidation motion.
**Real Estate (B250)**

| 07/18/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding committee website.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Willem van Rooyen regarding designation of Ben Lindner as representative for DigiMex, and correspondence to/from Julie Glosson regarding same.
**Case Administration (B110)**

| 07/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from members of the committee regarding the confidentiality agreement by and between the debtors and the committee.
**Meeting And Communication With Creditors (B150)**

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Confer with Michael Delaney regarding content of opposition to Debtors' Motion to Sell Assets Free and Clear, including structure of same and additional legal research to be conducted with respect to same.
**Asset Disposition (B130)**

| 07/18/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |

Review and analyze Debtors' Motion to Sell Assets Free and Clear of Liens, and documents in support thereof, and provide detailed outline for opposition to same.
**Asset Disposition (B130)**

| 07/18/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review portions of transcript from first 341(a) examination of Hashfast Technologies and confer with Elizabeth Green, Andrew Layden, and Michael Delaney regarding portions thereof to be included in Motion for Substantive Consolidation.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 09:17:20    Page 269 of 469

**Other Written Motions And Submissions (L250)**

07/18/14   McDow Ashley M.                    500.00       0.10        50.00
Correspondence to/from Ori Katz regarding call to discuss culpability of Simon Barber.
**Case Administration (B110)**

07/18/14   McDow Ashley M.                    500.00       0.20       100.00
Conference call with Victor Delaglio of Province and Michael Delaney regarding recently filed motion for approval of sale and role of Province in opposition to same.
**Experts / Consultants (L130)**

07/18/14   McDow Ashley M.                    500.00       0.40       200.00
Conference call with Michael Delaney and Rob Edgeworth regarding recent sale motion and approach of committee to opposition.
**Asset Disposition (B130)**

07/19/14   Delaney Michael T.                 350.00       1.00       350.00
Strategize regarding the response the sale motion and request for application for order shortening time
**Analysis / Strategy (L120)**

07/19/14   Green Elizabeth A.                 515.00       0.40       206.00
Review revised Term Sheet from Liquidbits.
**Asset Disposition (B130)**

07/19/14   Green Elizabeth A.                 515.00       0.20       103.00
Emails with Peter Siddiqui regarding substantive consolidation.
**Case Administration (B110)**

07/19/14   Green Elizabeth A.                 515.00       0.50       257.50
Telephone call with Ashley McDow regarding sale motion, expedited motions and shortening time.
**Asset Disposition (B130)**

07/19/14   Layden Andrew V.                     0.00       0.00         0.00
Review issues regarding status of case and strategy moving forward.
**Analysis / Strategy (L120)**

07/19/14   McDow Ashley M.                    500.00       0.50       250.00
Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss approach of committee to Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.
**Meeting And Communication With Creditors (B150)**

07/19/14   McDow Ashley M.                    500.00       0.80       400.00
Conference call with Michael Delaney, Andrew Layden, and Elizabeth Green regarding delegation of responsibilities and content of Motion for Substantive Consolidation, Motion for Appointment of Trustee and/or Examiner, and Opposition to Motion for Sale of Assets Free and Clear.
**Analysis / Strategy (L120)**

07/20/14   Green Elizabeth A.                 515.00       0.80       412.00
Review 11 USC 1104 and case law in preparation for Committee call.

**Baker & Hostetler LLP**

**Analysis / Strategy (L120)**

| 07/20/14 | Green Elizabeth A. | 515.00 | 1.40 | 721.00 |

Telephone call with Committee regarding sale motion, objection and strategy.
**Meeting And Communication With Creditors (B150)**

| 07/20/14 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review basis for Committee's objection to same.
**Analysis / Strategy (L120)**

| 07/20/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Review issues regarding Debtors' sale motion and motion to shorten time and assess basis for committee's objection to same.
**Asset Disposition (B130)**

| 07/21/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review/revise draft opposition to application for order shortening time for sale motion.
**Written Motions And Submissions (L430)**

| 07/21/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to opposing counsel regarding document request for Eduardo de Castro 2004 examination.
**Other Discovery (L390)**

| 07/21/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Draft argument outline for opposition to sale motion and evidence needed to support same.
**Asset Disposition (B130)**

| 07/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Confer with Mr. Edgeworth regarding potential declarations in support of the opposition to the sale motion.
**Asset Disposition (B130)**

| 07/21/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Review/revise document request for Eduardo de Castro 2004 examination.
**Other Discovery (L390)**

| 07/21/14 | Delaney Michael T. | 350.00 | 4.60 | 1,610.00 |

Review transcript from 341(a) hearing.
**Analysis / Strategy (L120)**

| 07/21/14 | Garner Harry | 350.00 | 2.00 | 700.00 |

Assist with research and preparation of Committee opposition to sale motion.
**Asset Disposition (B130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Conference with Ashley McDow regarding strategy.

**Baker & Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

**Analysis / Strategy (L120)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sales process.
**Asset Disposition (B130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review Motion for sub-consolidation.
**Written Motions And Submissions (L430)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Province regarding valuation.
**Experts / Consultants (L130)**

| 07/21/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Telephone call with Peter Siddiqui regarding issues related to case.
**Fact Witness (L410)**

| 07/21/14 | Lane Deanna L | 230.00 | 0.90 | 207.00 |

Creation of a Master Case Index; loading three transcripts from the July 8 and July 15 341(a) meetings into the document management system.
**Fact Gathering (C100)**

| 07/21/14 | Layden Andrew V. | 280.00 | 4.30 | 1,204.00 |

Continue reviewing basis for, draft and finalize Committee's objection to motion to shorten time on Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/21/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Review Court's order granting Motion to Shorten Time; review issues regarding potential motion for reconsideration of order.
**Asset Disposition (B130)**

| 07/21/14 | Layden Andrew V. | 280.00 | 3.10 | 868.00 |

Review transcripts of 341(a) meeting; docket for issues relating to substantive consolidations.
**Meeting And Communication With Creditors (B150)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft email to potential overbidder for the sale of the Debtors businessor their assets.
**Asset Disposition (B130)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and draft responses to multiple correspondence from Debtors' counsel regarding the production of documents.
**Other Discovery (L390)**

| 07/22/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Review and revise motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates
**Written Motions And Submissions (L430)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 272 of 469

| 07/22/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Draft declaration in support of the motion for substantive consolidation of Hashfast Technologies and Hashfast bankruptcy estates.
**Written Motions And Submissions (L430)**

| 07/22/14 | Delaney Michael T. | 350.00 | 6.90 | 2,415.00 |

Continue reviewing transcript from 341(a) hearing.
**Analysis / Strategy (L120)**

| 07/22/14 | Delaney Michael T. | 350.00 | 2.20 | 770.00 |

Review and analyze proposed alternate reorganization from Eduardo de Castro regarding franchising the mining operations.
**Business Operations (B210)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding documents to be produced.
**Other Discovery (L390)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review and revise sub-consolidation motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding consent to sub-consolidation motion.
**Case Administration (B110)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to sale motion and delivery of documents.
**Asset Disposition (B130)**

| 07/22/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding objection to sale motion.
**Asset Disposition (B130)**

| 07/22/14 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Review of Northern District of CA Local Rules regarding Pro Hac Vice procedures; prepare Pro Hac Vice Motion for Elizabeth A. Green and Proposed Order, contact US District Court Clerk and US Bankruptcy Clerk to inform them of the mailing of Pro Hac Vice Motion and Proposed Order.
**Case Administration (B110)**

| 07/22/14 | Layden Andrew V. | 280.00 | 3.90 | 1,092.00 |

Draft substantive consolidation motion.
**Written Motions And Submissions (L430)**

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 273 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 37

| 07/22/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |

Draft motion to shorten time, declaration in support and order granting motion.
**Written Motions And Submissions (L430)**

| 07/22/14 | Layden Andrew V. | 280.00 | 2.10 | 588.00 |

Review transcripts of Section 341 meetings of creditors for facts relating to potential substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 07/22/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Research regarding basis for substantive consolidation motion.
**Written Motions And Submissions (L430)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates and supporting documents
**Written Motions And Submissions (L430)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Willem van Rooyen regarding declaration in support of opposition to the sale motion
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the Willem van Rooyen declaration in support of opposition to the sale motion.
**Analysis / Strategy (L120)**

| 07/23/14 | Delaney Michael T. | 350.00 | 5.40 | 1,890.00 |

Draft opposition to motion to sell substantially all of the Debtors' assets to Liquidbits.
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Review and analyze sale motion and supporting documents.
**Asset Disposition (B130)**

| 07/23/14 | Delaney Michael T. | 350.00 | 4.80 | 1,680.00 |

Continue review of transcript of continued 341(a) meeting.
**Analysis / Strategy (L120)**

| 07/23/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review and revised motion to substantively consolidate Hashfast Technologies and Hashfast bankruptcy estates
**Analysis / Strategy (L120)**

| 07/23/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Continue reviewing transcript of 341(a) hearing.
**Analysis / Strategy (L120)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 274 of 469

07/23/14    Garner Harry                            350.00        0.80        280.00
Correspondence with Province regarding additional disclosure for retention application; finalize, file and direct service of same.
**Fee - Employment Application (B160)**

07/23/14    Green Elizabeth A.                      515.00        0.80        412.00
Review issues regarding DIP lending and asset information.
**Asset Disposition (B130)**

07/23/14    Green Elizabeth A.                      515.00        0.80        412.00
Review issues regarding objection to sale motion.
**Analysis / Strategy (L120)**

07/23/14    Green Elizabeth A.                      515.00        0.90        463.50
Review issues regarding affidavits in opposition of sale motion.
**Asset Disposition (B130)**

07/23/14    Lane Deanna L                            0.00        0.00          0.00
Contact US District Court to confirm Pro Hac Vice Motion received and will be sent with payment receipt to the US Bankruptcy Court.
**Other Written Motions And Submissions (L250)**

07/23/14    Layden Andrew V.                        280.00        1.30        364.00
Review issues regarding opposition to sale motion, and draft affidavit of Jody Bloodworth.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.                      350.00        0.60        210.00
Research standards regarding sales free and clear of liens under 363(f) in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.                      350.00        0.70        245.00
Review/revise declaration of Ashley McDow in support of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.                      350.00        1.20        420.00
Research standards for assuming executory contracts in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.                      350.00        0.80        280.00
Research regarding 363(m) good faith findings and the limitations placed thereon in preparation of opposition to sale motion.
**Asset Disposition (B130)**

07/24/14    Delaney Michael T.                      350.00        0.50        175.00
Begin reviewing transcript of 2004 examination of Monica Hushen.
**Other Discovery (L390)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Research requirements for sale under 363(b) in preparation of opposition to sale motion.
**Asset Disposition (B130)**

| 07/24/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research regarding proposed sale without overbid in preparation of opposition to sale motion.
**Analysis / Strategy (L120)**

| 07/24/14 | Garner Harry | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Draft McDow declaration in support of committee's sale objection.
**Asset Disposition (B130)**

| 07/24/14 | Garner Harry | 350.00 | 0.60 | 210.00 |
|---|---|---|---|---|

Research regarding Northern District of California's asset sale procedures and guidelines regarding sub rosa plans.
**Analysis / Strategy (L120)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding objection to sale motion.
**Bankruptcy Related Advice (B400)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review information from Debtors regarding call related to sale motion.
**Asset Disposition (B130)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review and revise affidavits for opposition to sale.
**Asset Disposition (B130)**

| 07/24/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui, Monica Hushen, Committee chair, and Ashley McDow regarding sale and alternatives.
**Asset Disposition (B130)**

| 07/24/14 | Kepple Brandon E | 370.00 | 0.80 | 296.00 |
|---|---|---|---|---|

Telephone call with Mr. Layden to discuss the term sheet proposed by Liquidbits Corp; review the term sheet provided by Mr. Layden; meet with Mr. Layden to discuss the status of the case and letter of intent.
**Asset Disposition (B130)**

| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |
|---|---|---|---|---|

Contact US Bankruptcy Court to inquire if Pro Hac Vice Motion was received from US District Court; Pro Hac Motion received and filed.
**Case Administration (B110)**

| 07/24/14 | Lane Deanna L | 230.00 | 0.30 | 69.00 |
|---|---|---|---|---|

Load the transcript of the 2004 Examination of Monica Hushen to the document management system and Master File Index.
**Fact Gathering (C100)**

Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 14-30725     Doc# 520     Filed: 01/13/17     Entered: 01/13/17 19:17:20     Page 276 of 469

| 07/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Multiple telephone calls with Mr. Shawn O'Connor in preparation of affidavit of Timefire in opposition to Debtors' Sale Motion. Draft affidavit in support of opposition.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 2.50 | 700.00 |

Multiple telephone call with Mr. Van Rooyen and draft affidavit of Digimex in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 1.60 | 448.00 |

Draft affidavit of Jody Bloodworth in opposition to Sale Motion.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 1.50 | 420.00 |

Telephone call regarding and review expert analysis of Province Inc. in connection with opposition to Debtor's Sale Motion.
**Asset Disposition (B130)**

| 07/24/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Review issues regarding potential purchasers and affidavits in opposition to Debtors' sale motion.
**Asset Disposition (B130)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review/revise declaration of Ashley McDow in support of opposition to sale motion.
**Analysis / Strategy (L120)**

| 07/25/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Review transcript of 2004 examination of Monica Hushen.
**Other Discovery (L390)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare final version of opposition to sale motion for filing.
**Asset Disposition (B130)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review purported due diligence provided by Debtors' counsel.
**Analysis / Strategy (L120)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review declaration of Digimex in support of opposition to sale motion and prepare same for filing.
**Asset Disposition (B130)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Review and analyze the declaration of Province in support of opposition to sale motion.
**Asset Disposition (B130)**

| 07/25/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare exhibits to declaration of Ashley McDow in support of opposition to sale motion.

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 277 of 469

Asset Disposition (B130)

| 07/25/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding the declaration of Ashley McDow in support of opposition to sale motion.
**Asset Disposition (B130)**

| 07/25/14 | Garner Harry | 0.00 | 0.00 | 0.00 |

Assist with preparation, filing and service of corrected committee opposition to sale and supporting declarations.
**Written Motions And Submissions (L430)**

| 07/25/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding sale hearing.
**Asset Disposition (B130)**

| 07/25/14 | Layden Andrew V. | 280.00 | 1.80 | 504.00 |

Review issues regarding and draft affidavit of Province Inc. in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/25/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Revise and finalize affidavit of Province Inc. in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/26/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding court order on sale motion.
**Analysis / Strategy (L120)**

| 07/26/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Review issues regarding revisions to and execution of affidavits of Province Inc., Digimex, Timefire and Bloodworth in opposition to Debtors' Sale Motion.
**Asset Disposition (B130)**

| 07/27/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Telephone call with Committee regarding next steps.
**Case Administration (B110)**

| 07/27/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues for Committee call regarding next steps.
**Case Administration (B110)**

| 07/27/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding court order related to sale.
**Asset Disposition (B130)**

| 07/27/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Conference call with committee and Elizabeth Green regarding approach for hearing on Motion to Approve Sale of Assets and approach for case moving forward in light of tentative ruling from Court on same.
**Asset Disposition (B130)**

## Baker & Hostetler LLP

| 07/28/14 | Garner Harry | 350.00 | 0.60 | 210.00 |

Assist with finalizing declarations in support of sale objection; discuss same with Delaney.
**Asset Disposition (B130)**

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with Peter Siddiqui and Ashley McDow regarding meet and confer.
**Court Mandated Conferences (L230)**

| 07/28/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Attend telephonic hearing on Application to Approve Sale of Assets.
**Trial And Hearing Attendance (L450)**

| 07/28/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Peter Siddiqui regarding meet and confer ordered by Court.
**Court Mandated Conferences (L230)**

| 07/28/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Review Term Sheet filed by the Debtors' and note regarding propoed sale.
**Asset Disposition (B130)**

| 07/28/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Meeting with Eduardo Decastro and Craig Stuppi regarding viability of alternative exit strategy moving forward
**Analysis / Strategy (L120)**

| 07/28/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Approving Official Committee of Unsecured Creditors' Application to Employ Baker Hostetler as General Bankruptcy Counsel and confirm no interlineations made by Court.
**Fee - Employment Application (B160)**

| 07/28/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding approach moving forward in light of same.
**Trial And Hearing Attendance (L450)**

| 07/28/14 | Payne Tiffany D. | 360.00 | 0.20 | 72.00 |

Review judge's docket order; correspondence with L. Green regarding same.
**Case Administration (B110)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Pete Siddiqui regarding issues related to case.
**Case Administration (B110)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Pete Siddiqui regarding proposals.
**Asset Disposition (B130)**

| 07/29/14 | Green Elizabeth A. | 515.00 | 2.80 | 1,442.00 |

Review issues regarding plan and proposal for debtors.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Plan And Disclosure Statement (B320)**

07/29/14   McDow Ashley M.                    500.00      0.80      400.00

Review "emerging" proposal from Monica Hushen regarding authority to exceed scope of stipulated order and correspondence to/from Monica Hushen, committee and representatives of Province regarding same
**Case Administration (B110)**

07/29/14   McDow Ashley M.                    500.00      0.70      350.00

Conference call with Rob Edgeworth, chair of committee, and representatives of Province regarding details of alternative plan
**Analysis / Strategy (L120)**

07/29/14   McDow Ashley M.                    500.00      0.40      200.00

Conference call with Robert Edgeworth, chair of committee, regarding recent correspondence from Monica Hushen and appropriate response to same in light of posture of case
**Case Administration (B110)**

07/29/14   McDow Ashley M.                    500.00      1.10      550.00

Conference call with Rob Edgeworth, Eduardo DeCastro, and Craig Stuppi regarding details of alternative exit strategy
**Case Administration (B110)**

07/30/14   Delaney Michael T.                 350.00      1.20      420.00

Prepare for and attend conference call with Committee regarding proposed Liquidbits bulk sale and license agreement and timing of the motion to appoint trustee
**Asset Disposition (B130)**

07/30/14   Delaney Michael T.                 350.00      1.30      455.00

Analyze potential options for competing plan and additional support for substantive consolidation motion
**Asset Disposition (B130)**

07/30/14   Delaney Michael T.                 350.00      0.50      175.00

Review and analyze correspondence regarding proposed Liquidbits bulk sale and license agreement
**Asset Disposition (B130)**

07/30/14   Green Elizabeth A.                 515.00      1.10      566.50

Review William proposal.
**Bankruptcy Related Advice (B400)**

07/30/14   Green Elizabeth A.                 515.00      0.40      206.00

Telephone call with William regarding proposal.
**Bankruptcy Related Advice (B400)**

07/30/14   Green Elizabeth A.                 515.00      0.40      206.00

Telephone call with Pete Siddiqui regarding meeting related to issues related to proposal.
**Asset Disposition (B130)**

07/30/14   Green Elizabeth A.                 515.00      0.20      103.00

Telephone call with Pete Siddiqui, Monica and William regarding proposal.
**Asset Disposition (B130)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 280 of 469

| 07/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review Trustee issues.
**Pleadings (L210)**

| 07/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Monica Hushen regarding rejection of committee to proposal to exceed authority under stipulated order
**Case Administration (B110)**

| 07/30/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Review documents produced by Debtors, including order reports, bank "ledgers," and communications relating to attempts to procure DIP financing and to pursue alternative exit strategies, identify portions to be included in potential motion for appointment of Chapter 11 trustee, and confer with Rob Edgeworth, chair of committee, regarding same
**Pleadings (L210)**

| 07/30/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Conduct committee call regarding advancing hearing on motion to appoint trustee
**Meeting And Communication With Creditors (B150)**

| 07/30/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Elizabeth Green regarding results of committee call and recent discussions with Debtors' counsel
**Case Administration (B110)**

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding issues related to meeting.
**Case Administration (B110)**

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review proposal from Rob Edgeworth regarding plan to go forward with HashFast.
**Pleadings (L210)**

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Monica Hushen, Peter Siddiqui and Willem von Roon regarding questions related to operations.
**Case Administration (B110)**

| 07/31/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Provide comments to proposal.
**Asset Disposition (B130)**

| 07/31/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ralph Crowder regarding claim in case and overall status of same.  Correspondence with Mr. Crowder regarding claim in case and overall status of same.
**Meeting And Communication With Creditors (B150)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
LLC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 45

07/31/14   McDow Ashley M.                    500.00       1.40        700.00
Review alternative plan proposed by Rob Edgeworth, identify potential hurdles to same, and confer with
Rob Edgeworth regarding content of same.
**Plan And Disclosure Statement (B320)**

07/31/14   McDow Ashley M.                    500.00       0.10         50.00
Review and revise Notice of Hearing on Substantive Consolidation motion.
**Written Motions And Submissions (L430)**

07/31/14   McDow Ashley M.                    500.00       0.30        150.00
Conference call with Corey Weiss, creditor of Hashfast Technologies, regarding nature of claim and
process in general.
**Meeting And Communication With Creditors (B150)**

07/31/14   McDow Ashley M.                    500.00       0.30        150.00
Conference call with Eduardo DeCastro regarding alternative exit strategies.
**Plan And Disclosure Statement (B320)**

07/31/14   McDow Ashley M.                    500.00       0.20        100.00
Conference call with Ori Katz regarding recent information relating to potential "purchase" of next
generation chip
**Asset Disposition (B130)**

07/31/14   McDow Ashley M.                    500.00       0.40        200.00
Conference call with Elizabeth Green regarding strategy for response to Monica Hushen and evaluation of
various plans presented by committee members.
**Plan And Disclosure Statement (B320)**

08/01/14   Green Elizabeth A.                 515.00       2.00       1,030.00
Telephone call with Committee regarding sales.
**Asset Disposition (B130)**

08/01/14   Green Elizabeth A.                 515.00       0.40        206.00
Telephone call with Peter Siddiqui regarding issues related to plan.
**Plan And Disclosure Statement (B320)**

08/01/14   Green Elizabeth A.                 515.00       1.20        618.00
Review proposal of Committee regarding bitcoin sales.
**Asset Disposition (B130)**

08/01/14   Lane Deanna L                      230.00       0.20         46.00
Load transcript of the 2004 Examination of Eduardo de Castro to the DMS and Master File Index.
**Fact Gathering (C100)**

08/01/14   McDow Ashley M.                    500.00       0.80        400.00
Correspondence to Debtors' counsel regarding alternative plan proposal.
**Plan And Disclosure Statement (B320)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 282
of 469

| 08/01/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Shawn O'Conner regarding suggestions for alternative plan.
**Meeting And Communication With Creditors (B150)**

| 08/01/14 | McDow Ashley M. | 500.00 | 2.50 | 1,250.00 |

Committee call regarding alternative plan(s) to be proposed to Debtors.
**Case Administration (B110)**

| 08/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Notice of Assumption and Cure Amount With Respect to Executory Contracts or Unexpired Leases and assess need to object in light of denial/withdrawal of sale motion.
**Assumption - Rejection Of Leases And Contracts (B185)**

| 08/01/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Review alternative plans proposed by Guido and Willem and identify potential bankruptcy hurdles with respect to same in preparation for committee call to discuss all proposed plans.
**Pleadings (L210)**

| 08/01/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and analyze Monthly Operating Report for June, identify specific questions to be asked, and identify how to address irregularities in same.
**Case Administration (B110)**

| 08/01/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Stipulation to Extend Deadline for Specifying Cure Amount Owing To Uniquify and assess whether need for committee to object.
**Pleadings (L210)**

| 08/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro regarding developments with respect to various employees and affiliates of Debtors.
**Case Administration (B110)**

| 08/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding recent developments in case.
**Case Administration (B110)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review documents produced by HashFast.
**Other Discovery (L390)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding proposal for mining and other alternatives in preparation for settlement meeting.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review monetary issues related with alternative proposals and cost estimates.
**Bankruptcy Related Advice (B400)**

## Baker&Hostetler LLP

Atlanta      Chicago        Cincinnati   Cleveland   Columbus       Costa Mesa   Denver
Houston      Los Angeles    New York     Orlando     Philadelphia   Seattle      Washington, DC

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Conference with Rob Edgeworth and Ashley McDow regarding settlement meeting.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | Green Elizabeth A. | 515.00 | 0.20 | 103.00 |

Compose and respond to emails from and to Pete Siddiqui regarding meeting agenda and documents.
**Case Administration (B110)**

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Prepare for settlement negotiations with Debtor, including reviewing relevant pleadings, documents, and correspondence and confer with Elizabeth Green and Rob Edgeworth regarding same.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Rob Edgeworth, chair of committee, and Elizabeth Green in preparation for all hands on settlement meeting with Debtors.
**Settlement / Nonbinding Adr (L160)**

| 08/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Eduardo DeCastro regarding most recent reports submitted.
**Case Administration (B110)**

| 08/05/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Meeting with Ms. McDow and Mr. Edgeworth regarding proposed consensual plan.
**Plan And Disclosure Statement (B320)**

| 08/05/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Meeting with debtor regarding potential committee or consensual plan.
**Plan And Disclosure Statement (B320)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Attendance on call with Committee.
**Case Administration (B110)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Prepare email to Pete Siddiqui regarding agreements at meeting.
**Bankruptcy Related Advice (B400)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Prepare for Committee meeting.
**Meeting And Communication With Creditors (B150)**

| 08/05/14 | Green Elizabeth A. | 515.00 | 6.50 | 3,347.50 |

Attend meeting with Committee and Debtors regarding potential settlement.
**Settlement / Nonbinding Adr (L160)**

| 08/05/14 | McDow Ashley M. | 500.00 | 7.90 | 3,950.00 |

Settlement negotiation meeting with Debtor.
**Settlement / Nonbinding Adr (L160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 08/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Eduardo DeCastro regarding concerns relating to Sean Taffler.
**Case Administration (B110)**

| 08/05/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Meeting with Elizabeth Green and Rob Edgeworth regarding results of settlement negotiation and steps moving forward in light of same.
**Settlement / Nonbinding Adr (L160)**

| 08/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Conference call with committee regarding results of settlement negotiations and steps moving forward in light of same.
**Meeting And Communication With Creditors (B150)**

| 08/06/14 | Beckmann Silvia Elena | 180.00 | 0.80 | 144.00 |

Prepare 2004 Examination summary of Monica Hushen.
**Depositions (L330)**

| 08/06/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to preparation of task codes for timekeepers for submission of fee application; submit same for implementation.
**Case Administration (B110)**

| 08/06/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Prepare outline of action items.
**Other Cases Assessment, Development And Administration (L190)**

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence from Peter Siddiqui regarding scope of CRO powers and correspondence to committee regarding same.
**Case Administration (B110)**

| 08/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Status Conference.
**Case Administration (B110)**

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim filed by Benjamin Beckwith, Daniel Casacci, Wolfgang Riedel, Fabio Miceli, Alexey Minchenkov, Maximin Parotte, Kevin Fu Hong Yee, Damon Jiang,Seth Duppstadt, Tony Hoang, Dominic Froud, Roland Payu Harris, Mark Pescatrice, Matrice Consulting LLC, Donald Weinberg, Craig LaShot, Ryan Stonn, Hot Sun, Anthony Lauck, Jeremy L. Johnson, Shaun Kelly, and Youssef Raiss-Elfenni and assess nature of claims and creditors, particularly in light of newly defined alternative exit strategy.
**Claims Administration And Objections (B310)**

| 08/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review potential retention agreement for Province (Kravitz) as CRO and correspondence regarding modifications to be made to same.
**Business Operations (B210)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 285 of 469

08/06/14    McDow Ashley M.                500.00        0.20        100.00

Conference call with Peter Kravitz regarding manner in which to handle certain matters in "transition" period.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                500.00        0.50        250.00

Conference call with Pete Saddiqui regarding status update to be provided to UST and Court, conference call with Pete Siddiqui and Julie Glosson regarding same, and telephone call to Court regarding setting special status conference.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                500.00        0.10        50.00

Correspondence to/from Elizabeth Green and Andrew Layden regarding content and updating of website for creditor body.
**Case Administration (B110)**

08/06/14    McDow Ashley M.                500.00        0.30        150.00

Conference call with Eduardo DeCastro and Rob Edgeworth regarding recent developments with respect to Sean Taffler.
**Case Administration (B110)**

08/07/14    Beckmann Silvia Elena          180.00        3.00        540.00

Continue summarizing 2004 Examination of Monica Hushen.
**Depositions (L330)**

08/07/14    Delaney Michael T.             350.00        0.30        105.00

Review and draft response to correspondence from Province regarding launch of Committee website.
**Case Administration (B110)**

08/07/14    Green Elizabeth A.             515.00        0.50        257.50

Review issues regarding Agreement with Debtors and CRO.
**Pleadings (L210)**

08/07/14    Layden Andrew V.               280.00        1.60        448.00

Draft report from Committee to creditors regarding status of case.
**Meeting And Communication With Creditors (B150)**

08/07/14    Layden Andrew V.               280.00        0.50        140.00

Review issues regarding status of case and website.
**Bankruptcy Related Advice (B400)**

08/07/14    McDow Ashley M.                500.00        0.20        100.00

Correspondence to/from Peter Kravitz regarding status of CRO retention agreement.
**Case Administration (B110)**

08/08/14    Carteen, Lisa I                0.00          0.00        0.00

Attention to task codes to be implemented for submission of fee application.
**Case Administration (B110)**

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 286 of 469

| 08/08/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Review United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.
**Dispositive Motions (L240)**

| 08/08/14 | Delaney Michael T. | 350.00 | 0.90 | 315.00 |
|---|---|---|---|---|

Prepare for and attend status conference.
**Trial And Hearing Attendance (L450)**

| 08/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Ms. Green regarding the United States Trustee's motion to appoint chapter 11 trustee or convert bankruptcy case to one under chapter 7.
**Written Motions And Submissions (L430)**

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Attend telephonic hearing regarding status conference.
**Case Administration (B110)**

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone call with Ashley McDow regarding issues related to Motion to Appoint a Trustee.
**Written Motions And Submissions (L430)**

| 08/08/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |
|---|---|---|---|---|

Telephone conference with Peter Siddiqui regarding issues related to reappointment of Trustee.
**Case Administration (B110)**

| 08/08/14 | Layden Andrew V. | 280.00 | 1.30 | 364.00 |
|---|---|---|---|---|

Review issues regarding and draft proposed notice to creditors of website.
**Case Administration (B110)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Review and analyze Motion of United States Trustee to Appoint Chapter 11 Trustee or, in Alternative, to Convert Case to Chapter 7 and assess manner in which committee should respond based upon recent agreement regarding appointment of CRO.
**Dispositive Motions (L240)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review proof of claim and documents in support thereof (including Order Confirmation Agreement and Memorandum of Understanding) filed by Liquidbits, identify bases upon which to object, and correspondence to/from Peter Siddiqui regarding same.
**Claims Administration And Objections (B310)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Craig Stuppi, counsel for Eduardo DeCastro, regarding Motion to Appoint Chapter 11 Trustee filed by UST.
**Dispositive Motions (L240)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

**Written Motions And Submissions (L430)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth and correspondence to/from Pete Morici regarding Motion to Appoint Chapter 11 Trustee recently filed by UST.
**Meeting And Communication With Creditors (B150)**

| 08/08/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Elizabeth Green regarding results of status conference, and manner in which to proceed with substantive consolidation in particular.
**Dispositive Motions (L240)**

| 08/08/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.
**Trial And Hearing Attendance (L450)**

| 08/09/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Confer with Peter Kravitz regarding process relating to implementation of CRO.
**Business Operations (B210)**

| 08/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Draft proposed correspondence to debtor's counsel regarding the notice of assumption of executory contracts and confer with Ms. McDow regarding the same.
**Assumption - Rejection Of Leases And Contracts (B185)**

| 08/11/14 | Layden Andrew V. | 280.00 | 1.10 | 308.00 |

Continue review of issues regarding proposed notice to creditors of Committee website and other information.
**Administration (B100)**

| 08/11/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Eduardo DeCastro and Rob Edgeworth regarding process relating to implementation of CRO.
**Business Operations (B210)**

| 08/12/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Prepare for and attend creditor committee status conference call.
**Meeting And Communication With Creditors (B150)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding website for all creditors.
**Case Administration (B110)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review and revise Notice to Creditors.
**Case Administration (B110)**

| 08/12/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues related to CRO retention in light of status conference.
**Business Operations (B210)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 08/12/14 | Layden Andrew V. | 280.00 | 1.00 | 280.00 |

Finalize proposed notice to unsecured creditor and draft correspondence to Ms. Green regarding same.
**Meeting And Communication With Creditors (B150)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui and to/from Peter Kravitz regarding status of retention agreement for CRO.
**Business Operations (B210)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and revise Notice of Rescheduled Hearing on Motion for Substantive Consolidation.
**Written Motions And Submissions (L430)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Attend weekly committee call.
**Case Administration (B110)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proofs of claim filed by Eric Christmas, American Arbitration Association, Jiongye Li, Muhammad Zahid Faruqi, and Peter Smallwood and documents in support thereof and assess nature of claims of recent claimants.
**Claims Administration And Objections (B310)**

| 08/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Elizabeth Green regarding modifications to be made to retention agreement for CRO.
**Business Operations (B210)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding Engagement Letter and concerns.
**Case Administration (B110)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding notice to creditors and obligations of committee to all creditors for reporting purposes.
**Meeting And Communication With Creditors (B150)**

| 08/13/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding CRO Engagement Letter and revise same.
**Administration (B100)**

| 08/13/14 | Layden Andrew V. | 280.00 | 0.70 | 196.00 |

Finalize notice to unsecured creditors.
**Meeting And Communication With Creditors (B150)**

| 08/13/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review issues regarding adding additional content to Committee Website.
**Administration (B100)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 289 of 469

08/14/14    Green Elizabeth A.                    515.00    0.70    360.50
Review issues regarding Engagement letter, revise same regarding CRO.
**Administration (B100)**

08/14/14    Green Elizabeth A.                    515.00    0.20    103.00
Emails to Peter Siddiqui regarding Engagement Letter of CRO.
**Administration (B100)**

08/14/14    Green Elizabeth A.                    515.00    0.20    103.00
Telephone call with Peter Siddiqui regarding CRO letter.
**Administration (B100)**

08/15/14    McDow Ashley M.                       500.00    0.50    250.00
Review and analyze amendments to Statement of Financial Affairs, Summary of Schedules, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims and evaluate impact of amendments and manner in which to address same.
**Business Operations (B210)**

08/15/14    McDow Ashley M.                       500.00    0.10    50.00
Review proof of claim and documents in support thereof filed by Franchise Tax Board and assess potential impact of same on ability to sell wafers and/or chips and/or procure DIP financing secured by same.
**Claims Administration And Objections (B310)**

08/15/14    McDow Ashley M.                       500.00    0.50    250.00
Committee call regarding retention of Peter Kravitz as CRO and business developments since same.
**Case Administration (B110)**

08/15/14    McDow Ashley M.                       500.00    0.40    200.00
Conference call with Peter Kravitz regarding status of business operations, including resignation of CEO and cancellation of orders, and plan moving forward in light of same.
**Business Operations (B210)**

08/15/14    McDow Ashley M.                       500.00    0.10    50.00
Review entered Order Approving Stipulation to Continue Pretrial Conference and Related Dates and Deadlines in Adversary Proceeding relating to non-dischargeability and assess impact of changes of Court on trustee's own intentions moving forward.
**Analysis / Strategy (L120)**

08/17/14    McDow Ashley M.                       500.00    0.60    300.00
Conference call with Peter Siddiqui, counsel for Debtor, and Peter Kravitz, newly appointed CRO, regarding plan moving forward in light of current status of business operations.
**Business Operations (B210)**

08/17/14    McDow Ashley M.                       500.00    0.40    200.00
Confer with Peter Kravitz, newly appointed CRO, regarding manner in which to proceed with wafer and chip sales in light of cash flow issues and potential alternatives to previous proposal.
**Asset Disposition (B130)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

08/18/14 McDow Ashley M. 500.00 0.20 100.00
Correspondence to/from Eduardo DeCastro regarding status of business operations and correspondence to Peter Kravitz and Victor Delaglio regarding same.
**Business Operations (B210)**

08/18/14 McDow Ashley M. 500.00 0.50 250.00
Conference call with Peter Kravitz, Craig Stuppi, Eduardo DeCastro and Rob Edgeworth regarding status of case since CRO appointment.
**Analysis / Strategy (L120)**

08/18/14 McDow Ashley M. 500.00 0.20 100.00
Conference call with Robert Edgeworth regarding designation of Davide as alternate representative for Antony Vo.
**Other Discovery (L390)**

08/18/14 McDow Ashley M. 500.00 0.20 100.00
Conference call with and correspondence to/from Rob Edgeworth regarding 2004 examinations of Simon Barber and Tim Wong.
**Written Discovery (L310)**

08/18/14 McDow Ashley M. 500.00 0.10 50.00
Correspondence to/from Peter Hendrickson, creditor in case, regarding modification to be made to contact information.
**Case Administration (B110)**

08/19/14 Delaney Michael T. 350.00 0.20 70.00
Review and revise notice of withdrawal of Province employment application.
**Fee - Employment Application (B160)**

08/19/14 Layden Andrew V. 280.00 0.20 56.00
Finalize notice to unsecured creditors.
**Administration (B100)**

08/19/14 McDow Ashley M. 500.00 0.10 50.00
Telephone calls to/from Peter Siddiqui regarding potential offer to be received from Liquidbits.
**Asset Disposition (B130)**

08/19/14 McDow Ashley M. 500.00 0.10 50.00
Correspondence to/from Robert Stehr, creditor, regarding status of bankruptcy case.
**Meeting And Communication With Creditors (B150)**

08/19/14 McDow Ashley M. 500.00 0.10 50.00
Review proof of claim filed by Michael McGugan, Michael Desotell, and Nick Simmons and documents in support thereof and attempt to identify whether any creditors are potentially suitable for purchase of assets remaining in Hashfast.
**Claims Administration And Objections (B310)**

08/20/14 Carteen, Lisa I 510.00 0.30 153.00
Strategize with Ms. McDow regarding business operations and 2004 examinations.

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 291 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 55

**Business Operations (B210)**

| 08/20/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding potential settlement with Simon, position on substantive consolidation motion, and scheduling of 2004 examination.
**Written Discovery (L310)**

| 08/20/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Lisa Damji regarding status of case, including 2004 examinations, and business operations.
**Business Operations (B210)**

| 08/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding claim(s) of Hamilton Hee and Elton Seah.
**Claims Administration And Objections (B310)**

| 08/20/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and agreements in support thereof in order to determine potential offsets against Liquidbits and viability of claim in light of revised offer to purchase assets.
**Claims Administration And Objections (B310)**

| 08/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Debtor's Application For Order Approving Peter Kravitz as the successor responsible individual and Debtor's Statement of Appointment of Peter Kravitz as the successor individual, with the cessation of Monica Hushen, and confirm nothing therein is inconsistent with retention agreement of Peter Kravitz as CRO.
**Business Operations (B210)**

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Supply Agreement and Addendum thereto for Ciara and correspondence to/from Victor Delaglio regarding same.
**Business Operations (B210)**

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Morici regarding Hashfast D&O policy.
**Meeting And Communication With Creditors (B150)**

| 08/21/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Victor Delaglio regarding business operations since implementation of CRO, including recent sales of inventory, likely future sales, and need for alternate exit strategies.
**Business Operations (B210)**

| 08/21/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Kravitz, Victor Delaglio, and Peter Siddiqui regarding status of business operations since implementation of CRO.
**Business Operations (B210)**

| 08/21/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth, chair of committee, regarding business operations update.
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 56

---

08/22/14　Green Elizabeth A.　　　　515.00　　0.60　　309.00

Telephone call with Simon Barber, Victor Delgado and Mike Swope regarding patents.
**Asset Analysis And Recovery (B120)**

08/22/14　Green Elizabeth A.　　　　515.00　　0.30　　154.50

Review schedules regarding patents.
**Analysis / Strategy (L120)**

08/22/14　Layden Andrew V.　　　　280.00　　0.20　　56.00

Finalize proof of service of notice to all unsecured creditors.
**Case Administration (B110)**

08/22/14　McDow Ashley M.　　　　500.00　　0.20　　100.00

Correspondence to/from Rob Edgeworth regarding involvement of Hamilton Hee within the committee and correspondence to Julie Glosson regarding same.
**Meeting And Communication With Creditors (B150)**

08/22/14　McDow Ashley M.　　　　500.00　　0.30　　150.00

Conference call with Sam Ha regarding status of case and correspondence to Sam Ha regarding Notice of Creditors.
**Meeting And Communication With Creditors (B150)**

08/22/14　McDow Ashley M.　　　　500.00　　0.40　　200.00

Conference call with Julie Glosson regarding status of case, including business operations since CRO was appointed, position of committee with respect to motion of UST to appoint Chapter 11 trustee or convert, and Hamilton Hee.
**Business Operations (B210)**

08/22/14　McDow Ashley M.　　　　500.00　　0.30　　150.00

Conference call with Rob Harris regarding resolution with Uniquify to release inventory in order to fulfill orders.
**Meeting And Communication With Creditors (B150)**

08/22/14　Swope Michael J.　　　　555.00　　1.00　　555.00

Consult with president of Hashfast regarding patent applications.
**Asset Analysis And Recovery (B120)**

08/25/14　Delaney Michael T.　　　　350.00　　0.70　　245.00

Review and draft response to correspondence from William Gouger regarding status of case and filing a proof of claim.
**Claims Administration And Objections (B310)**

08/25/14　Delaney Michael T.　　　　350.00　　0.60　　210.00

Review and draft response to correspondence from Regan Reckman regarding status of case and filing a proof of claim.
**Meeting And Communication With Creditors (B150)**

08/25/14　Delaney Michael T.　　　　350.00　　0.40　　140.00

Review notice to creditors regarding status of case and case information.

**Baker & Hostetler LLP**

Atlanta　Chicago　Cincinnati　Cleveland　Columbus　Costa Mesa　Denver
Houston　Los Angeles　New York　Orlando　Philadelphia　Seattle　Washington, DC

**Case Administration (B110)**

| 08/26/14 | Delaney Michael T. | 350.00 | 1.00 | 350.00 |

Start drafting opposition to US Trustee motion to appoint trustee.
**Written Motions And Submissions (L430)**

| 08/26/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Research regarding permissive versus mandatory conversion of bankruptcy case.
**Written Motions And Submissions (L430)**

| 08/26/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Analyze US Trustee motion to appoint trustee and supporting documents.
**Written Motions And Submissions (L430)**

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding Trustee response.
**Case Administration (B110)**

| 08/26/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Further, telephone call with Peter Siddiqui regarding Trustee response.
**Case Administration (B110)**

| 08/26/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call regarding Liquidbits offer and status of business operations.
**Asset Disposition (B130)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth, chair of committee, regarding how to proceed in light of absence of Hamilton Hee and appointment of Davide Cavion as alternate for Antony Vo.
**Case Administration (B110)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ed Smith regarding status of committee's review of proposal of Liquidbits to purchase assets of Debtor(s).
**Asset Disposition (B130)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Kravitz, CRO, regarding status of business operations and plan moving forward, including potential additional sources of capital and settlement with Simon Barber.
**Business Operations (B210)**

| 08/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Michael Pryor, creditor of Hashfast, regarding claims process and disposition of estate assets.
**Meeting And Communication With Creditors (B150)**

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with debtors' counsel regarding preparation of Kravitz declaration in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 294 of 469

| 08/27/14 | Delaney Michael T. | 350.00 | 1.80 | 630.00 |

Research regarding standards and bases for appointing trustee under section 1104.
**Written Motions And Submissions (L430)**

| 08/27/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Analyze debtors' opposition to motion to appoint trustee or convert bankruptcy case and supporting documents.
**Written Motions And Submissions (L430)**

| 08/27/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review declaration of Mr. Kravitz in support of debtors' opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

| 08/27/14 | Delaney Michael T. | 350.00 | 1.20 | 420.00 |

Research regarding standards and bases for converting bankruptcy case under section 1112(b).
**Written Motions And Submissions (L430)**

| 08/27/14 | Delaney Michael T. | 350.00 | 6.70 | 2,345.00 |

Draft Committee opposition to motion to appoint trustee or convert bankruptcy case.
**Written Motions And Submissions (L430)**

| 08/27/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding Trustee motion.
**Dispositive Motions (L240)**

| 08/27/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.
**Dispositive Motions (L240)**

| 08/27/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Telephone call with Peter Siddiqui regarding issues related to Trustee motion.
**Case Administration (B110)**

| 08/27/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review issues regarding Trustee motion.
**Case Administration (B110)**

| 08/27/14 | Layden Andrew V. | 280.00 | 0.80 | 224.00 |

Review issues regarding committee's website and potential improvements to same.
**Administration (B100)**

| 08/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference calls with Vic Delaglio regarding content of Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

# Baker & Hostetler LLP

08/27/14    McDow Ashley M.                      500.00      0.30        150.00

Conference call with Peter Siddiqui and Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.                      500.00      0.90        450.00

Review and revise Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.                      500.00      0.10        50.00

Correspondence to Ed Smith, counsel for Liquidbits, regarding status of response of committee to most recent term sheet submitted.
**Asset Disposition (B130)**

08/27/14    McDow Ashley M.                      500.00      0.20        100.00

Review Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case to Chapter 7 and assess need to address issues which were omitted therein in supplemental declaration.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.                      500.00      0.20        100.00

Conference call with Peter Kravitz regarding Declaration in support of Opposition of committee to UST's Motion For Appointment of Chapter 11 Trust Or Alternatively To Convert Case.
**Written Motions And Submissions (L430)**

08/27/14    McDow Ashley M.                      500.00      0.20        100.00

Confer with Elizabeth Green regarding approach for opposition to UST Motion to Appoint Trustee or Convert.
**Dispositive Motions (L240)**

08/28/14    Delaney Michael T.                   350.00      0.20        70.00

Review and draft response from creditor regarding status of bankruptcy case.
**Meeting And Communication With Creditors (B150)**

08/28/14    Green Elizabeth A.                   515.00      0.50        257.50

Telephone call with Peter Siddiqui regarding issues related to Trustee hearing.
**Case Administration (B110)**

08/28/14    McDow Ashley M.                      500.00      0.10        50.00

Review Declaration of Peter Kravitz in support of Debtors' Opposition to UST's Motion to Appoint Chapter 11 Trustee and in the Alternative to Convert Case, and confirm same comports with discussions with Peter Siddiqui and Peter Kravitz regarding same.
**Written Motions And Submissions (L430)**

08/28/14    McDow Ashley M.                      500.00      0.30        150.00

Confer with Rob Edgeworth regarding topics discussed in committee call, including additional details regarding appropriate response to Liquidbits' "offer".
**Asset Disposition (B130)**

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

08/29/14   McDow Ashley M.                     500.00      0.10        50.00
Correspondence to/from Ray Gallo regarding whereabouts of Hamilton Hee.
**Case Administration (B110)**

09/01/14   McDow Ashley M.                     500.00      0.50       250.00
Conference call with Peter Kravitz, Rob Edgeworth and Peter Siddiqui regarding structure of proposed counter to Liquidbits and Shawn O'Connor.
**Asset Disposition (B130)**

09/01/14   McDow Ashley M.                     500.00      1.00       500.00
Conference call with Rob Edgeworth regarding details of proposed counter to Liquidbits and Shawn O'Connor.
**Meeting And Communication With Creditors (B150)**

09/02/14   Delaney Michael T.                  350.00      0.30       105.00
Confer with Ms. McDow regarding term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14   Delaney Michael T.                  350.00      2.00       700.00
Draft term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14   Delaney Michael T.                  350.00      0.30       105.00
Draft correspondence to Ms. McDow regarding the term sheet for Committee counter-proposal for asset sale.
**Asset Disposition (B130)**

09/02/14   McDow Ashley M.                     500.00      1.00       500.00
Weekly committee call to discuss, among other things, appropriate response to Liquidbits and Shawn O'Connor, approach for trustee motion and motion for substantive consolidation, and appointment of new member to committee.
**Meeting And Communication With Creditors (B150)**

09/02/14   McDow Ashley M.                     500.00      0.20       100.00
Confer with Harry Garner regarding process to fill vacancy on committee in event of resignation or removal and correspondence to Rob Edgeworth regarding same.
**Case Administration (B110)**

09/02/14   McDow Ashley M.                     500.00      0.20       100.00
Review proof of claim and documents in support thereof (email communication in particular) filed by Ralph Crowder, former employee and customer of Hashfast, assess need to conduct 2004 examination of Mr. Crowder based on content of same, and confer with Rob Edgeworth regarding same.
**Claims Administration And Objections (B310)**

09/03/14   Delaney Michael T.                  350.00      0.20        70.00
Confer with Mr. Edgeworth regarding Committee's term sheet for counter-proposal for the sale of debtors' assets.
**Asset Disposition (B130)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/17/17 19:17:20   Page 297 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 61

| 09/03/14 | Delaney Michael T. | 350.00 | 1.30 | 455.00 |

Review and revise Committee's term sheet for counter-proposal for the sale of debtors' assets.
**Asset Disposition (B130)**

| 09/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Rob Edgeworth regarding modifications to be made to "counter" term sheet and confer with Michael Delaney regarding same.
**Meeting And Communication With Creditors (B150)**

| 09/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Ed Smith and Peter Siddiqui regarding status of response to term-sheet.
**Asset Disposition (B130)**

| 09/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documents in support thereof filed by Drew Johnson, Myron Davis, Richard Chang, Stephen Bywater, Dylan Hall, Yichun Catherine Liu, Thomas Schortmann, Servas Tilkin, Kang Lu, Mr. Peter Symons. John Twohy, Hani Hajje, Jun Ding, Koi Systems, Ltd., Sinisa Devcic, Rafez Noorullah, James Ries, Brian Barbee, Lei Bao, Cort Wenzel, Amanda Van Nuys Consulting, Jason Larson and Carl Schultz in order to assess impact of same on proposal relating to sale.
**Claims Administration And Objections (B310)**

| 09/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence regarding Committee approval of counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

| 09/05/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Finalize the counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

| 09/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Debtors' counsel regarding the counter-proposal for the disposition of all or substantially all of the Debtors' assets.
**Asset Disposition (B130)**

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/07/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Kravitz regarding "counter" to Shawn O'Connor and correspondence to Shawn O'Connor regarding same.
**Asset Disposition (B130)**

| 09/08/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding substantive consolidation supplemental declaration and hearing schedule.
**Written Motions And Submissions (L430)**

## Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 298 of 469

09/08/14   Delaney Michael T.            350.00      0.30       105.00

Review proof of service for substantive consolidation motion to evaluate the adequacy of service of same.
**Other Written Motions And Submissions (L250)**

09/08/14   Delaney Michael T.            350.00      0.20       70.00

Telephone call to chambers regarding Committee's intent to renotice hearing on substantive consolidation hearing.
**Other Written Motions And Submissions (L250)**

09/08/14   McDow Ashley M.               500.00      0.10       50.00

Correspondence to/from Willem Van Rooyen and Rob Edgeworth regarding conference to discuss O'Connor proposal.
**Asset Disposition (B130)**

09/08/14   McDow Ashley M.               500.00      0.40       200.00

Conference calls with Rob Edgeworth regarding manner in which to deal with absence of Hamilton Hee, terms sheets sent to Liquidbits and and Shawn O'Connor, upcoming trustee hearing, and potential 2004 examination of Simon Barber.
**Other Discovery (L390)**

09/08/14   McDow Ashley M.               500.00      0.30       150.00

Conference call with Rob Harris regarding compromise relating to release of chips.
**Asset Analysis And Recovery (B120)**

09/08/14   McDow Ashley M.               500.00      0.20       100.00

Review Reply in Support of UST's Motion to Appoint Chapter 11 Trustee Under 1104(a), And In The Alternative To Convert Case To Chapter 7 Under 11 USC 1112(b) and identify points to be addressed at hearing on same.
**Written Motions And Submissions (L430)**

09/08/14   McDow Ashley M.               500.00      0.40       200.00

Conference call with Peter Siddiqui regarding status of negotiations with Liquidbits, discussions with Uniquify, approach for trustee hearing, and 2004 examination of Simon Barber.
**Other Discovery (L390)**

09/08/14   McDow Ashley M.               500.00      0.30       150.00

Conference call with Julie Glosson and Rob Edgeworth regarding absence of Hamilton Hee and how to proceed in light of same.
**Case Administration (B110)**

09/08/14   McDow Ashley M.               500.00      0.10       50.00

Correspondence to Peter Kravitz, Victor Delaglio and Rob Harris regarding conference call to discuss release of inventory.
**Case Administration (B110)**

09/09/14   Delaney Michael T.            350.00      0.20       70.00

Draft correspondence to debtors' counsel regarding mailing addresses for equity interest holders in Hashfast LLC.
**Case Administration (B110)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 299 of 469

| 09/09/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Telephone call to chambers regarding notice of continued hearing for substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review relevant pleadings and review docket for tentative ruling in preparation for hearing on Motion to Appoint Trustee.
**Trial And Hearing Attendance (L450)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Conference call with Willem Van Rooyen, Shawn O'Connor, and Robert Edgeworth regarding response of committee to proposal made by Time Fire to purchase all or substantially all of the assets of the Debtors.
**Asset Disposition (B130)**

| 09/09/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Weekly committee call.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Kravitz, Victor Delaglio and Peter Siddiqui regarding approach for trustee hearing and status of motion for turnover relating to Uniquify and/or Signetics.
**Asset Analysis And Recovery (B120)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding Tim Wong.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding questions posed to Debtors related to recently filed Monthly Operating Reports.
**Case Administration (B110)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz, Jessica Mickelson, and Peter Siddiqui regarding topics to be covered at 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review term sheet presented by Time Fire in preparation for call with Shawn O'Connor, Willem Van Rooyen, and Rob Edgeworth and confer with Rob Edgeworth regarding same.
**Asset Disposition (B130)**

| 09/09/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review questions proposed by Willem Van Rooyen, Pete Morici, and Robert Edgeworth for 2004 examination by Simon Barber and create topic list for same to be sent to Ori Katz, Jessica Mickelson and Peter Siddiqui.
**Other Discovery (L390)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 09/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding outcome of hearing and preparation of order on substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 09/10/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding Tim Wong and Simon Barber 2004 examinations and document requests.
**Other Discovery (L390)**

| 09/10/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Prepare proposed order for Stipulation for 2004 Examination of Simon Barber.
**Other Discovery (L390)**

| 09/10/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |
|---|---|---|---|---|

Review related pleadings and prepare stipulation regarding 2004 Examination of Mr. Simon Barber.
**Other Discovery (L390)**

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Correspondences to/from Ms. McDow regarding stipulation concerning 2004 Examination of Simon Barber; Revise and update, and finalize the Stipulation per Ms. McDow's comments.
**Other Discovery (L390)**

| 09/10/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Analyze issues with Michael Delaney regarding procedural aspects of the case.
**Analysis / Strategy (L120)**

| 09/10/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Conference call with Ms. McDow and Mr. Delaney regarding discovery strategy and issues in the case.
**Other Discovery (L390)**

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 09/10/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |
|---|---|---|---|---|

Attend hearing on substantive consolidation and trustee motion.
**Trial And Hearing Attendance (L450)**

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review issues regarding hearing on substantive consolidation motion.
**Real Estate (B250)**

| 09/10/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review turnover issues related to Uniquify.
**Asset Analysis And Recovery (B120)**

| 09/10/14 | McDow Ashley M. | 500.00 | 2.90 | 1,450.00 |
|---|---|---|---|---|

Attend hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation.

**Baker&Hostetler LLP**

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 301 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 65

**Trial And Hearing Attendance (L450)**

| 09/10/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Robert Edgeworth regarding questions posed by committees to be asked at 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/10/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |
|---|---|---|---|---|

Conference call with Elizabeth Green regarding results of hearing on Motion to Appoint Trustee and Motion for Substantive Consolidation and approach moving forward in light of same.
**Other Written Motions And Submissions (L250)**

| 09/10/14 | McDow Ashley M. | 500.00 | 4.30 | 2,150.00 |
|---|---|---|---|---|

Prepare for 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |
|---|---|---|---|---|

Review and analysis of pleadings regarding preparation of 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Prepare declaration of Michael Delaney regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |
|---|---|---|---|---|

Continue preparing list of questions regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Farivar, Fahim | 320.00 | 1.70 | 544.00 |
|---|---|---|---|---|

Initial preparation of Motion for 2004 Examination of Tim Wong.
**Discovery Motions (L350)**

| 09/11/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Prepare proposed order regarding 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 09/11/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review issues regarding plan and chips in Korea regarding turnover.
**Asset Analysis And Recovery (B120)**

| 09/11/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |
|---|---|---|---|---|

Travel to and conduct 2004 examination of Simon Barber.
**Other Discovery (L390)**

| 09/11/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |
|---|---|---|---|---|

Review Hashfast plan alternatives.
**Plan And Disclosure Statement (B320)**

# Baker&Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 302 of 469

| 09/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding Tim Wong contact information.
**Depositions (L330)**

| 09/12/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise proposed order granting motion for substantive consolidation.
**Other Written Motions And Submissions (L250)**

| 09/12/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding status of website and inquires to committee.
**Case Administration (B110)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to debtors' counsel regarding contact information for Tim Wong.
**Case Administration (B110)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and revise order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Draft correspondence to Ms. Green regarding order granting motion to substantive consolidate Hashfast Tech and Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Telephone call with Peter Siddiqui regarding issues related to plan and turnover from Signetics.
**Plan And Disclosure Statement (B320)**

| 09/15/14 | Green Elizabeth A. | 515.00 | 1.60 | 824.00 |

Review issues regarding Signetics and Uniquify as they pertain to the potential plan.
**Plan And Disclosure Statement (B320)**

| 09/15/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues for plan treatment.
**Plan And Disclosure Statement (B320)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to committee regarding results of hearing and 2004 examination of Simon Barber.
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 303 of 469

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with David Matthews, creditor of estate, regarding submission of proof of claim.
**Claims Administration And Objections (B310)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Elizabeth Green regarding content and structure of potential joint plan of reorganization with Debtors.
**Plan And Disclosure Statement (B320)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review Monthly Operating Report for July and Declaration of Peter Kravitz accompanying same and identify irregularities contained in same to be addressed with Debtors.
**Case Administration (B110)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Rob Harris regarding status of negotiations with Signetics.
**Meeting And Communication With Creditors (B150)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise proposed Order Granting Motion for Substantive Consolidation.
**Written Motions And Submissions (L430)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding discussions with Ori Katz and potential impact of same on continued 2004 examination and potential global resolution.
**Meeting And Communication With Creditors (B150)**

| 09/15/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding recap of 2004 examination, potential continuance of same, and production of documents.
**Meeting And Communication With Creditors (B150)**

| 09/15/14 | Parrish Jimmy D. | 430.00 | 2.80 | 1,204.00 |

Review pleadings and case status for disclosure statement draft.
**Plan And Disclosure Statement (B320)**

| 09/16/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from debtors' counsel regarding contact information for Tim Wong.
**Case Administration (B110)**

| 09/16/14 | Farivar, Fahim | 320.00 | 1.30 | 416.00 |

Prepare Meet and Confer letter to Tim Wong regarding his 2004 examination; update the 2004 motion regarding same.
**Discovery Motions (L350)**

| 09/16/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Participate in Committee call.
**Meeting And Communication With Creditors (B150)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 304 of 469

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Emails to Peter Siddiqui regarding issues related to turnover.
**Asset Analysis And Recovery (B120)**

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Kravitz regarding status of "offers" presented to committee for review.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 09/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Denying United States Trustee's Motion to Appoint Chapter 11 Trustee And In The Alternative to Convert The Case and confirm no interlineations made by Court.
**Written Motions And Submissions (L430)**

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Parrish Jimmy D. | 430.00 | 2.30 | 989.00 |

Review and outline disclosure statement background.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/16/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Review issues regarding Uniquify payment and delivery alternatives.
**Business Operations (B210)**

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Carteen, Lisa I | 510.00 | 0.20 | 102.00 |

Conference with Ms. McDow regarding various aspects of case; attention to issues regarding Committee Chair R. Edgeworth's reimbursement for expenses; telephone conference with Mr. Edgeworth regarding same.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize and prepare substantive consolidation order for filing.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with Ms. McDow and Ms. Green regarding substantive consolidation order and potential plans for reorganization.
**Other Written Motions And Submissions (L250)**

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Analyze potential strategies for reorganization.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/17/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review turnover issues and analyze ability to obtain turnover.
**Asset Analysis And Recovery (B120)**

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 305 of 469

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |
|---|---|---|---|---|

Review issues regarding substantive consolidation order.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Elizabeth Green and Michael Delaney regarding language to be included in proposed order approving substantive consolidation motion and basic structure of plan of reorganization.
**Analysis / Strategy (L120)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Lisa Damji regarding status of various aspects of case.
**Case Administration (B110)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review and revise cover letter to be sent to equity holders of Hashfast LLC with respect to substantive consolidation motion.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Confer with Michael Delaney regarding content of proposed order approving motion for substantive consolidation in light of potential service issues and assess appropriate manner in which to handle same.
**Other Written Motions And Submissions (L250)**

| 09/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson regarding correspondence to Hamilton Hee with respect to fulfillment of his fiduciary duty.
**Case Administration (B110)**

| 09/18/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |
|---|---|---|---|---|

Review of Hashfast, LLC docket sheet, schedules, and claims register; downloading 19 Proof of Claims (and attachments) and preparing a detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Telephone call to Eric Christmas, general unsecured creditor, to discuss status of case.
**Meeting And Communication With Creditors (B150)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Julie Glosson and Robert Edgeworth regarding most recent communications with Hamilton Hee.
**Case Administration (B110)**

| 09/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Review and revise letter to be sent to Tim Wong regarding meet and confer in preparation for 2004 examination and confer with Fahim Farivar regarding modifications to be made to same.

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 70

**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 09/18/14 | Parrish Jimmy D. | 430.00 | 0.50 | 215.00 |

Talk with Mr. Siddiqui regarding plan alternatives.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/18/14 | Parrish Jimmy D. | 430.00 | 3.10 | 1,333.00 |

Review issues regarding plan structure and alternatives.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Confer with creditors regarding status of the case and filing proof of claim; draft correspondence to same.
**Claims Administration And Objections (B310)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Final review and update of the letter regarding Meet & Confer to Tim Wong.
**Discovery Motions (L350)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Draft correspondence to Tim Wong regarding the meet & confer and 2004 Examination.
**Discovery Motions (L350)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review and analyze issues related to Tim Wong 2004 Examination with Ms. McDow.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review trust issues and reorganization of debtor relationship for plan.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise term sheet for plan.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding plan issues.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/19/14 | Lane Deanna L | 230.00 | 2.80 | 644.00 |

Review of Hashfast Technologies, LLC docket sheet, schedules, and claims register; downloading Proof of Claims 1-30 (and attachments) and preparing a detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

| | | | | |
|---|---|---|---|---|
| 09/22/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 09/22/14 | Parrish Jimmy D. | 430.00 | 0.10 | 43.00 |

Talk with Mr. Siddiqui regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/22/14 | Parrish Jimmy D. | 430.00 | 2.10 | 903.00 |

Review pleadings for disclosure statement preparation.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Draft correspondence to Peter Siddiqui, regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review proofs of claim and documentation in support thereof filed by Nicolas Vincent Fusaro, Randall Elliot, Hans Hess Elevation Franchise Ventures, Acacia NPU dba Cater2.me, Jason Plowman, Ales Prikryl, Verne Paul Riley, Bernard Chenqxi Siew, Matthew Ford Silvia, Evan Lawrence Skreen, Aleksandar Slavkov, David Springer, Tanard Corporation (Kevin Michael Mahan), Samuel Koh Innerspin,, Jeanette Arna, Hong-Quan Yue, Kris Howery, Jun Ding, and M&K Truck Leasing, LLC and assess nature of claim and impact of one or more claims on plan term sheet and categorization of claims.
**Claims Administration And Objections (B310)**

| 09/23/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Conference call with Victor Delaglio and Robert Edgeworth regarding status of business operations, including pending orders.
**Business Operations (B210)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding need for conference call with CRO.
**Meeting And Communication With Creditors (B150)**

| 09/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Robert Edgeworth regarding status of business operations and position of committee with respect to manner in which to liquidate inventory.
**Meeting And Communication With Creditors (B150)**

| 09/23/14 | Parrish Jimmy D. | 430.00 | 3.20 | 1,376.00 |

Begin preparing disclosure statement.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Analyze proposed chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding proposed chapter 11 plan term sheet.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 09:17:20    Page 308 of 469

**Plan And Disclosure Statement (B320)**

| 09/24/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review issues regarding disclosure statement.
**Plan And Disclosure Statement (B320)**

| 09/24/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding status of plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review proposed plan term sheet, identify modifications to be made to same, and confer with Rob Edgeworth and Peter Kravitz regarding same.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding content of conference call with Victor Delaglio and committee response to same.
**Meeting And Communication With Creditors (B150)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Kravitz and Peter Siddiqui regarding plan term sheet.
**Plan And Disclosure Statement (B320)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Review proofs of claim and documents in support thereof filed by Nathen Lam, Jan Irvin, Hyptertechnologie Ciara Inc., Nik Arghavan, Trevor Michael Watson, Grigory Yampolskiv, Jeffrey Raymond Vongermeten, Robert Todd Worrall, James Thomas, Jess Williams, and Timothy Wong and identify nature of claims in order to assess manner in which same should be categorized in plan of reorganization.
**Claims Administration And Objections (B310)**

| 09/25/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding current status of business operations, most recent proposal to Liquidbits, status of avoidance actions, turnover action, pending orders for inventory, plan term sheet, and structure of potential auction.
**Business Operations (B210)**

| 09/25/14 | Parrish Jimmy D. | 430.00 | 2.40 | 1,032.00 |
|---|---|---|---|---|

Continue drafting disclosure statement.
**Plan And Disclosure Statement (B320)**

| 09/26/14 | Lane Deanna L | 230.00 | 2.90 | 667.00 |
|---|---|---|---|---|

Download Proof of Claims 31-75 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

| 09/26/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding status of various aspects of case, including plan term sheet, various offers, potential lawsuit against Coinlab.
**Analysis / Strategy (L120)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

09/26/14   McDow Ashley M.     500.00     0.30     150.00

Review proofs of claim and documents in support thereof filed by David Matheu, Thanh Lanh Tran, Weng Kay Poon, Alessandro Bottai, Osric Proctor Jr., Jess Williams, Phat Tran, Ferdinand Nepomuceno, Christopher Goes, Garrett Griffin, Jason Thor Hall, I-P Mart Network USA, Ltd., James F. Johnson III, Marcus Killion, Law Yui Kwan, Dennis F. Lambert, Michael David Mantle, Matthew McCormick, Tim McGough, Peter Myers, and Phuc Nguyen and assess basis for claims for purposes of plan term sheet.
**Claims Administration And Objections (B310)**

09/29/14   Delaney Michael T.     350.00     0.50     175.00

Draft supplemental order granting committee's motion to substantively consolidate the Hashfast bankruptcy estates.
**Other Written Motions And Submissions (L250)**

09/29/14   Delaney Michael T.     350.00     0.30     105.00

Draft correspondence to Ms. McDow and Ms. Green regarding the chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14   Delaney Michael T.     350.00     1.70     595.00

Review and revise chapter 11 plan term sheet to incorporate additional revisions and terms.
**Plan And Disclosure Statement (B320)**

09/29/14   Delaney Michael T.     350.00     0.50     175.00

Confer with Ms. McDow regarding proposed revisions to chapter 11 plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14   Delaney Michael T.     350.00     0.30     105.00

Review correspondence from potential creditor Xiwen Wang and confer with Ms. McDow regarding the same.
**Meeting And Communication With Creditors (B150)**

09/29/14   Farivar, Fahim     320.00     0.30     96.00

Correspond with new counsel, Douglas Schwartz regarding meet & confer for the Rule 2004 Examination.
**Other Discovery (L390)**

09/29/14   Green Elizabeth A.     515.00     0.40     206.00

Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

09/29/14   Lane Deanna L     230.00     2.70     621.00

Download Proof of Claims 76-150 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green.
**Claims Administration And Objections (B310)**

09/29/14   McDow Ashley M.     500.00     0.50     250.00

Conference call with Jeff Golden, counsel for Rob Edgeworth, and Michael Delaney regarding plan term sheet (function of liquidating trust and role of liquidating trustee in particular).
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 310 of 469

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding agenda for weekly committee call.
**Case Administration (B110)**

| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding potential effect of receiver appointed over Butterfly Labs on current case.
**Case Administration (B110)**

| 09/29/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Confer with Michael Delaney regarding strategic modifications to be made to proposed term sheet for plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 09/29/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Conference call with clerk of Court for Judge Montali regarding supplemental order approving substantive consolidation motion and confer with Michael Delaney regarding same.
**Other Written Motions And Submissions (L250)**

| 09/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding status of proposed liquidation and overall reorganization strategy.
**Plan And Disclosure Statement (B320)**

| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |
|---|---|---|---|---|

Correct duplicate time entry on 8/27/2014 due to system migration issues.
**Case Administration (B110)**

| 09/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |
|---|---|---|---|---|

Review plan terms.
**Plan And Disclosure Statement (B320)**

| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |
|---|---|---|---|---|

Correct duplicate time entry on 8/26/2014 due to system migration issues.
**Case Administration (B110)**

| 09/30/14 | Green Elizabeth A. | 515.00 | (0.30) | (154.50) |
|---|---|---|---|---|

Correct duplicate time entry on 8/27/2014 due to system migration issues.
**Case Administration (B110)**

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review correspondence from Kang Lu regarding contact information and identify appropriate internal changes to be based thereon.
**Meeting And Communication With Creditors (B150)**

| 09/30/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |
|---|---|---|---|---|

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 311 of 469

| 09/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Order Granting Official Committee of Unsecured Creditors' Motion For Substantive Consolidation and confirm no interlineations made by Court.
**Written Motions And Submissions (L430)**

| 09/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding structure of vote to be proposed to committee members.
**Meeting And Communication With Creditors (B150)**

| 10/01/14 | Lane Deanna L | 230.00 | 2.60 | 598.00 |
|---|---|---|---|---|

Downloading Proof of Claims 151-215 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green
**Claims Administration And Objections (B310)**

| 10/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding vote tally with respect to "final" disposition of estate assets.
**Meeting And Communication With Creditors (B150)**

| 10/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |
|---|---|---|---|---|

Confer with creditor Frank Chapel regarding Hashfast bankruptcy and the filing of a proof of claim.
**Meeting And Communication With Creditors (B150)**

| 10/02/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |
|---|---|---|---|---|

Downloading Proof of Claims 216-219 (and attachments) and continuing the preparation of detailed claims analysis for Ms. Green; comparison of amounts scheduled and amounts claimed for all unsecured claims to date
**Claims Administration And Objections (B310)**

| 10/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding vote of committee with respect to orderly liquidation.
**Plan And Disclosure Statement (B320)**

| 10/03/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |
|---|---|---|---|---|

Finalize revised plan term sheet.
**Plan And Disclosure Statement (B320)**

| 10/03/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Draft correspondence to Ms. Green regarding the revised plan term sheet.
**Plan And Disclosure Statement (B320)**

| 10/03/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |
|---|---|---|---|---|

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 10/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |
|---|---|---|---|---|

Make further revisions to revised plan term sheet.
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date:           01/13/17
Invoice Number:        50335064
Matter Number:      093044.000001
Page 76

| | | | | |
|---|---|---|---|---|
| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Fahim Farivar regarding manner in which to respond to Douglas Schwartz,
counsel for Tim Wong, with respect to 2004 examination of Tim Wong
**Other Discovery (L390)**

| 10/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Review entered Supplemental Order Granting Official Committee of Unsecured Creditor's Motion for
Substantive Consolidation and confirm no interlineations made by Court
**Other Written Motions And Submissions (L250)**

| 10/06/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding status of sale and proposed sale motion.
**Asset Disposition (B130)**

| 10/06/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |
|---|---|---|---|---|

Review and revise plan term sheet.
**Plan And Disclosure Statement (B320)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Jeff Golden, counsel for Koi Systems, regarding deadline (if any) for filing of
administrative claim(s) in case.
**Meeting And Communication With Creditors (B150)**

| 10/06/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |
|---|---|---|---|---|

Review and revise Debtors' Motion for Entry of Order Authorizing Sale of Property and correspondence to
Debtors' counsel regarding modifications that must likely be made to same in order to obtain approval of
Committee
**Asset Disposition (B130)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Ori Katz, Peter Siddiqui, and Jessica Mickelson regarding status of additional
documents to be produced.
**Case Administration (B110)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Correspondence to Karla Davis of SF Reporters regarding availability of transcript of Simon Barber to
Simon Barber.
**Other Discovery (L390)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Correspondence to/from Davide Cavion regarding transcripts of Eduardo DeCastro and Simon Barber.
**Meeting And Communication With Creditors (B150)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding decision to pursue Uniquify.
**Meeting And Communication With Creditors (B150)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding potential lawsuit against Uniquify.

**Baker&Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

**Asset Analysis And Recovery (B120)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Chad Eller regarding filing proof of claim.
**Meeting And Communication With Creditors (B150)**

| 10/06/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding potential purchase of claims against Simon Barber.
**Asset Disposition (B130)**

| 10/07/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review complaint filed by Debtors against Uniquify.
**Pleadings (L210)**

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding sale motion.
**Asset Disposition (B130)**

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan term sheet and motion to sell.
**Plan And Disclosure Statement (B320)**

| 10/07/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Telephone call with Peter Siddiqui regarding sale motion and plan.
**Plan And Disclosure Statement (B320)**

| 10/07/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |

Review issues regarding disclosure.
**Plan And Disclosure Statement (B320)**

| 10/07/14 | Layden Andrew V. | 280.00 | 0.40 | 112.00 |

Review issues regarding question raised by unsecured creditor and respond to same.
**Meeting And Communication With Creditors (B150)**

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Change of Address for Debtors and correspondence to/from Peter Kravitz regarding same
**Case Administration (B110)**

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Committee regarding Simon Barber transcript.
**Meeting And Communication With Creditors (B150)**

| 10/07/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Peter Siddiqui, Victor Delaglio and Elizabeth Green regarding manner in which proposed sale should be structured, content of plan of reorganization, and potential sales on the horizon.
**Asset Disposition (B130)**

| 10/07/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 314 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 10/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Committee regarding recent production of documents by Debtors.
**Meeting And Communication With Creditors (B150)**

| 10/08/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding extension of time to review transcript from initial portion of 2004 examination of Simon Barber.
**Written Discovery (L310)**

| 10/09/14 | Lane Deanna L | 230.00 | 3.00 | 690.00 |

Continuation of the preparation of an updated claims matrix and downloading new and recently amended claims.
**Claims Administration And Objections (B310)**

| 10/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Rob Harris regarding solicitations with respect to avoidance actions.
**Meeting And Communication With Creditors (B150)**

| 10/13/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Correspond with Douglas Schwartz, Tim Wong's attorney, regarding meet & confer for the Rule 2004 Examination.
**Other Discovery (L390)**

| 10/13/14 | Lane Deanna L | 230.00 | 3.50 | 805.00 |

Extensive review and update of amended schedule information and amounts in order to update claims register.
**Claims Administration And Objections (B310)**

| 10/13/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Complaint filed by Debtors against Uniquify and Signetics and assess potential impact of same on auction.
**Asset Disposition (B130)**

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Proofs of Claim and documents in support thereof filed by Frank Chappell and Regan Reckman and assess appropriate manner in which to incorporate same (and similarly situated claims) into plan of reorganization.
**Claims Administration And Objections (B310)**

| 10/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Julie Glosson regarding recent correspondence relating to whereabouts of Hamilton Hee.
**Case Administration (B110)**

| 10/13/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding structure and content of plan of reorganization and timing for auction.
**Plan And Disclosure Statement (B320)**

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 315 of 469

10/13/14    McDow Ashley M.                    500.00       0.10         50.00

Correspondence to Ori Katz regarding transcript of Simon Barber with respect to initial portion of 2004 examination.
**Other Discovery (L390)**

10/13/14    McDow Ashley M.                    500.00       0.20        100.00

Review Amended Statement of Gallo LLP Under Rule 2019 and correspondence to Julie Glosson regarding same.
**Case Administration (B110)**

10/13/14    McDow Ashley M.                    500.00       0.10         50.00

Review Proofs of Claim and documents in support thereof filed by Selim Soler and Jose Amguiano II and assess need to object to same based on timeliness and need to incorporate same into plan.
**Claims And Plan (B300)**

10/13/14    McDow Ashley M.                    500.00       0.40        200.00

Begin reviewing Motion for 2004 Examination of Tim Wong and document request relating thereto in preparation for conference call with counsel for Tim Wong.
**Discovery Motions (L350)**

10/13/14    McDow Ashley M.                    500.00       0.20        100.00

Confer with Rob Edgeworth regarding agenda for weekly committee call.
**Meeting And Communication With Creditors (B150)**

10/14/14    Delaney Michael T.                 350.00       0.60        210.00

Review and draft responses to multiple correspondence from potential unsecured creditors regarding status of the case and filing of proof of claims.
**Meeting And Communication With Creditors (B150)**

10/14/14    Farivar, Fahim                     320.00       0.40        128.00

Continue updating motion for Rule 2004 Examination of Tim Wong, Order, and Document Requests thereon.
**Discovery Motions (L350)**

10/14/14    Farivar, Fahim                     320.00       0.20         64.00

Correspond with Douglas Schwartz, Tim Wong's attorney regarding the meet and confer.
**Other Discovery (L390)**

10/14/14    Lane Deanna L                      230.00       1.00        230.00

Continuation of the review of amended schedules for comparison with existing proof of claim register.
**Administration (B100)**

10/14/14    McDow Ashley M.                    500.00       0.80        400.00

Weekly committee status call.
**Meeting And Communication With Creditors (B150)**

10/14/14    Parrish Jimmy D.                   430.00       0.50        215.00

Review asset sale alternatives and term sheet.
**Asset Disposition (B130)**

**Baker&Hostetler LLP**

Atlanta     Chicago      Cincinnati   Cleveland   Columbus      Costa Mesa   Denver
Houston     Los Angeles  New York     Orlando     Philadelphia  Seattle      Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 316 of 469

| 10/15/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |
|---|---|---|---|---|

Confer with Mr. Layden regarding creditor inquiry about filing an untimely proof of claim and the proposed response to the same
**Meeting And Communication With Creditors (B150)**

| 10/15/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Meet and confer with Douglas Schwartz, Tim Wong's attorney regarding the 2004 motion and follow up correspondence regarding the same.
**Discovery Motions (L350)**

| 10/15/14 | Green Elizabeth A. | 515.00 | 1.10 | 566.50 |
|---|---|---|---|---|

Review issues regarding sale motion and status.
**Asset Disposition (B130)**

| 10/15/14 | Layden Andrew V. | 280.00 | 0.60 | 168.00 |
|---|---|---|---|---|

Review issues regarding multiple creditor inquiries and respond to same.
**Meeting And Communication With Creditors (B150)**

| 10/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |
|---|---|---|---|---|

Confer with Rob Edgeworth regarding agenda for conference call with counsel for Tim Wong regarding 2004 examination
**Meeting And Communication With Creditors (B150)**

| 10/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |
|---|---|---|---|---|

Conference call with counsel for Tim Wong regarding nature and scope of 2004 examination
**Other Discovery (L390)**

| 10/17/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |
|---|---|---|---|---|

Telephone conference with Douglas Schwartz regarding meet and confer for Tim Wong's Rule 2004 Examination.
**Discovery Motions (L350)**

| 10/17/14 | Farivar, Fahim | 320.00 | 0.90 | 288.00 |
|---|---|---|---|---|

Finalize Motion, Order, and Request for Production of Documents for Tim Wong post conversation with his attorney, Douglas Schwartz.
**Discovery Motions (L350)**

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |
|---|---|---|---|---|

Review timeline for sale.
**Asset Disposition (B130)**

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |
|---|---|---|---|---|

Review and revise status report.
**Case Administration (B110)**

| 10/17/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |
|---|---|---|---|---|

Emails with Peter Siddiqui regarding status issues.
**Case Administration (B110)**

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 10/17/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Finish reviewing Motion for 2004 Examination of Tim Wong in light of conference call with counsel for Tim Wong, review and revise Request for Production of Documents relating to same in light of information obtained at initial 2004 examination of Simon Barber, and review proposed order approving Motion for 2004 Examination of Tim Wong.
**Other Discovery (L390)**

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review proposed Joint Status Report and correspondence to/from counsel for Debtors regarding same.
**Case Administration (B110)**

| 10/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Request for Special Notice to be filed in adversary proceeding against Uniquify and Signetics and approve same for filing.
**Case Administration (B110)**

| 10/20/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to sale motion.
**Asset Disposition (B130)**

| 10/20/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth regarding logistics relating to future weekly committee calls.
**Meeting And Communication With Creditors (B150)**

| 10/20/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |

Review issues regarding priority deposit claims under 507(a)(7).
**Plan And Disclosure Statement (B320)**

| 10/21/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Research regarding local rules governing sale and auction motions and procedures.
**Asset Disposition (B130)**

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

| 10/21/14 | Delaney Michael T. | 350.00 | 2.40 | 840.00 |

Continue reviewing and revising proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

| 10/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the proposed motion to approve auction sale of debtors' assets.
**Asset Disposition (B130)**

| 10/21/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Review and analyze Simon Barber deposition transcript for preparation of Tim Wong's request for production of documents.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/21/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |

Continue preparing, updating, and revising Tim Wong's request for production of documents.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/21/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/21/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review and revise Motion to Approve Sale of Assets Free and Clear, confer with Michael Delaney regarding same; and correspondence to/from Peter Siddiqui and Elizabeth Green regarding conference call to discuss modifications to be made to same.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/21/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review creditor trust and reorganized debtor structure alternatives.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Prepare order on the stipulation for 2004 examination of Tim Wong.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Update Document Request for Production of Documents and confer with Douglas Schwartz regarding executing a stipulation.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Prepare stipulation for 2004 examination of Tim Wong.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Lane Deanna L | 230.00 | 4.50 | 1,035.00 |

Updating claims spreadsheet to add new and amended claims; revising spreadsheet to reflect all priority claims; preparing a notebook of all claims which indicate all or a portion of their claim as priority.
**Claims Administration And Objections (B310)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and revise revised request for production of documents to be served in support of 2004 examination of Tim Wong and correspondence to the Committee regarding same.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/22/14 | Parrish Jimmy D. | 430.00 | 2.70 | 1,161.00 |

Review and revise plan.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding plan and bid procedures.
**Plan And Disclosure Statement (B320)**

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| | | | | |
|---|---|---|---|---|
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding structure of creditors trust for plan.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Pete Siddiqui and Ashley McDow regarding bid procedures.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review and revise bid procedures.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding modifications to be made to sale motion (with respect to the nature and extent of marketing efforts in particular).
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Robert Edgeworth, chair of committee, regarding suggestions for appropriate nature and extent of marketing efforts.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review relevant pleadings and correspondence to/from Liz Green in preparation for status conference.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 10/23/14 | Parrish Jimmy D. | 430.00 | 0.70 | 301.00 |

Review claims register and schedules in connection with plan treatment and classes.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/24/14 | Delaney Michael T. | 350.00 | 1.60 | 560.00 |

Begin drafting the motion to approve bidding procedure and notice of sale.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/24/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Review and revise the bidding procedure and notice of sale.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/24/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding preparation of motion to approve bidding procedure and notice of sale.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/24/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Finalize stipulation and order for examination of Tim Wong and confer with Douglas Schwartz regarding the same.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/24/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Ashley McDow regarding hearing and next steps.

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

**Case Administration (B110)**

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding hearing.
**Case Administration (B110)**

| 10/24/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review issues regarding bid notice.
**Asset Disposition (B130)**

| 10/24/14 | Layden Andrew V. | 280.00 | 2.00 | 560.00 |

Research regarding consumer buyers' entitlement to priority claim and draft email summarizing research to Mr. Parrish.
**Plan And Disclosure Statement (B320)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Harris, counsel for Uniquify, regarding various matters, including but not limited to status of adversary proceeding against Uniquify and Signetics and current business operations of Debtors.
**Meeting And Communication With Creditors (B150)**

| 10/24/14 | McDow Ashley M. | 500.00 | 1.00 | 500.00 |

Telephonically attend status conference.
**Trial And Hearing Attendance (L450)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and analyze Monthly Operating Reports for August and September and confer with Robert Edgeworth regarding content and implications of same.
**Case Administration (B110)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Liz Green and confer with Michael Delaney regarding results of hearing and structure of "revised" motion to approve notice of sale and bidding procedures.
**Asset Disposition (B130)**

| 10/24/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Rob Edgeworth regarding results of hearing status conference.
**Meeting And Communication With Creditors (B150)**

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review D & O Policy.
**Plan And Disclosure Statement (B320)**

| 10/25/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review sale of cause of action cases in the Ninth Circuit.
**Plan And Disclosure Statement (B320)**

| 10/26/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz, counsel for Simon Barber, regarding modifications to be made to transcript of 2004 examination of Simon Barber.
**Other Discovery (L390)**

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 10/27/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |

Begin drafting the disclosure statement describing the chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to Ms. McDow regarding the motion to approve notice of sale of certain assets at auction and proposed auction procedures.
**Asset Disposition (B130)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Confer with Mr. Parrish regarding the preparation of a disclosure statement describing the chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Continue drafting motion to approve notice of sale of certain assets at auction.
**Asset Disposition (B130)**

| 10/27/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Correspond with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Revise and update Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments; Correspond with Mr. Schwartz regarding the same.
**Depositions (L330)**

| 10/27/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 10/27/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |

Review issues regarding consumer buyers' entitlement to priority claim.
**Claims Administration And Objections (B310)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review revised Notice of Sale of Certain Assets at Auction and identify potential revisions to be made to same (particularly with respect to auction of avoidance actions).
**Asset Disposition (B130)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Rob Edgeworth regarding agenda for bi-monthly committee call.
**Meeting And Communication With Creditors (B150)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review modifications proposed by counsel for Tim Wong with respect to document production in support of 2004 examination and correspondence to/from Fahim Farivar regarding acceptability of same.
**Other Discovery (L390)**

| 10/27/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Lisa Damji regarding status of case.
**Analysis / Strategy (L120)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 322 of 469

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.60 | 258.00 |

Talk with Mr. Delaney regarding disclosure statement revisions.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 0.20 | 86.00 |

Talk with Mr. Siddiqui regarding D&O policy.
**Asset Analysis And Recovery (B120)**

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.20 | 516.00 |

Review issues regarding insurance agreement impact on plan structure.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/27/14 | Parrish Jimmy D. | 430.00 | 1.30 | 559.00 |

Review HashFast D&O policy.
**Asset Analysis And Recovery (B120)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Finalize motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to debtor's counsel regarding the motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding the preparation of an interim fee application for Baker & Hostetler LLP.
**Fee - Employment Application (B160)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Continue drafting disclosure statement describing chapter 11 plan of reorganization.
**Plan And Disclosure Statement (B320)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review revised auction sale notice in preparation of motion to approve auction notice and bidding procedures.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Continue corresponding with Douglas Schwartz regarding Stipulation and Order for examination of Tim Wong; Continue revising and updating Stipulation and Order for Tim Wong's examination per Mr. Schwartz's comments and correspond with Mr. Schwartz regarding the same.
**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 10/28/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone conference regarding notice of bid procedures with Peter Siddiqui and Ashley Mcdow.
**Asset Disposition (B130)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 323 of 469

10/28/14   McDow Ashley M.          500.00     0.40     200.00

Review and revise Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures.
**Asset Disposition (B130)**

10/28/14   McDow Ashley M.          500.00     0.40     200.00

Conference call with Victor Delaglio regarding particulars of potential avoidance actions.
**Avoidance Action Analysis (B180)**

10/28/14   McDow Ashley M.          500.00     0.30     150.00

Correspondence to/from Peter Siddiqui regarding auction of all claims and causes of action against Simon Barber and conference call with Robert Edgeworth, chair of the committee, regarding same.
**Asset Disposition (B130)**

10/28/14   McDow Ashley M.          500.00     0.70     350.00

Weekly committee call.
**Meeting And Communication With Creditors (B150)**

10/28/14   McDow Ashley M.          500.00     0.60     300.00

Conference call with Peter Siddiqui and Elizabeth Green regarding structure of Notice of Sale of Certain Assets at Auction and motion to approve same in light of potential ordinary course sale in process.
**Asset Disposition (B130)**

10/28/14   McDow Ashley M.          500.00     0.10     50.00

Review Motion to Approve Notice of Sale of Certain Assets at Auction and Auction Procedures to confirm terms reflect those approved.
**Asset Disposition (B130)**

10/28/14   Parrish Jimmy D.          430.00     0.80     344.00

Review priority claim issues under 507(a)(7).
**Claims And Plan (B300)**

10/29/14   McDow Ashley M.          500.00     0.10     50.00

Review Notice of Errata With Respect to Motion to Approve Notice of Sale of Certain Assets At Auction and Auction Procedures and Proposed Notice.
**Asset Disposition (B130)**

10/29/14   McDow Ashley M.          500.00     0.20     100.00

Review relevant pleadings, including various notice(s) and motion(s), in preparation for hearing on Motion to Approve Notice and to approve bidding procedures.
**Asset Disposition (B130)**

10/29/14   Payne Tiffany D.          360.00     0.30     108.00

Correspondence to E. Green detailing pertinent language from Scottsdale Insurance Company Policy relevant to claims brought by creditors' committees.
**Asset Analysis And Recovery (B120)**

10/29/14   Payne Tiffany D.          360.00     0.80     288.00

Analyze Scottsdale Insurance Company Policy.
**Asset Analysis And Recovery (B120)**

**Baker&Hostetler LLP**

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 9:17:20 Page 324 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 10/29/14 | Payne Tiffany D. | 360.00 | 0.50 | 180.00 |

Review case law on 363 and sale of estate assets.
**Bankruptcy Related Advice (B400)**

| 10/30/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and draft response to correspondence from opposing counsel regarding the notice of sale and auction procedure.
**Asset Disposition (B130)**

| 10/30/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Finalize notice of sale and auction procedure to incorporate the Court's comments.
**Asset Disposition (B130)**

| 10/30/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review order approving notice of sale and auction procedure and prepare same for filing.
**Asset Disposition (B130)**

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui regarding modifications to be made to Notice of Sale of Assets.
**Asset Disposition (B130)**

| 10/30/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Telephonically attend hearing on Motion to Approve Notice and Bidding Procedures.
**Trial And Hearing Attendance (L450)**

| 10/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz, counsel for Simon Barber, regarding potential structure of bid from Simon Barber.
**Asset Disposition (B130)**

| 10/30/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review revised Notice of Sale of Certain Assets at Auction and correspondence to/from Peter Siddiqui regarding revisions to be made.
**Asset Disposition (B130)**

| 10/30/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with and correspondence from Peter Siddiqui regarding location of auction to be held.
**Asset Disposition (B130)**

| 10/31/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Review entered order granting Stipulation and Order for examination of Tim Wong and Correspond with Mr. Schwartz regarding the same.
**Other Discovery (L390)**

| 10/31/14 | Lane Deanna L | 230.00 | 0.50 | 115.00 |

Review of claims register for new and amended filed claims.
**Administration (B100)**

Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

11/03/14   Delaney Michael T.    350.00   0.30   105.00

Research procedure for approval of interim fee applications in the Northern District Bankruptcy Court.
**Fee - Employment Application (B160)**

11/03/14   McDow Ashley M.    500.00   0.10   50.00

Review entered Order Granting Stipulation to Set Examination of Tim Wong Pursuant to Rule 2004 and confirm no interlineations made by Court.
**Other Discovery (L390)**

11/03/14   McDow Ashley M.    500.00   0.10   50.00

Correspondence to/from Peter Sididiqui and to/from Michael Delaney regarding status of order granting Motion to Approve Notice and to approve bidding procedures.
**Asset Disposition (B130)**

11/04/14   Delaney Michael T.    350.00   0.30   105.00

Confer with Matthew Richards regarding case status and filing a proof of claim and draft follow-up correspondence regarding the same.
**Meeting And Communication With Creditors (B150)**

11/05/14   Delaney Michael T.    350.00   0.30   105.00

Review and draft response to correspondence from debtor's counsel and Ms. McDow regarding the order on the motion to approve auction procedures.
**Asset Disposition (B130)**

11/05/14   McDow Ashley M.    500.00   0.10   50.00

Correspondence to/from Patricia Martin of UST regarding accrued professional expenses.
**Fee - Employment Application (B160)**

11/05/14   McDow Ashley M.    500.00   0.20   100.00

Conference call with Peter Siddiqui, counsel for Debtors, regarding production of documents by Tim Wong (and need for no-waiver agreement with respect to same) and information to be provided by committee with respect to accrued professional expenses.
**Written Discovery (L310)**

11/06/14   Delaney Michael T.    350.00   0.20   70.00

Review correspondence regarding Hashfast Technologies monthly operating reports and need to amend same to include accrued professional fees.
**Case Administration (B110)**

11/06/14   Green Elizabeth A.    515.00   0.50   257.50

Review non-waiver of privilege agreement and revise.
**Other Discovery (L390)**

11/06/14   McDow Ashley M.    500.00   0.40   200.00

Review proposed Non-Waiver Agreement with respect to Wong examination; and correspondence to/from Peter Siddiqui regarding modifications to be made to same.
**Other Discovery (L390)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 326 of 469

| 11/07/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Analyze dates and deadlines for filing a fee application; correspond with the Debtor's counsel regarding the same; Confer with Ashley M. McDow regarding date and time of filing of the Fee Application.
**Fee - Employment Application (B160)**

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' September 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.
**Case Administration (B110)**

| 11/07/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Errata Regarding Debtors' August 2014 Monthly Operating Report and bank statement submitted therewith and evaluate payments being made by Debtors.
**Case Administration (B110)**

| 11/10/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review creditor inquiry and draft correspondence to Mr. Layden regarding the same.
**Meeting And Communication With Creditors (B150)**

| 11/11/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to case management submission regarding fee application and hearing on same.
**Other Written Motions And Submissions (L250)**

| 11/11/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to United States Trustee regarding Baker & Hostetler invoices for monthly operating reports.
**Case Administration (B110)**

| 11/11/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Evaluate Baker & Hostetler invoices in preparation of correspondence to United States Trustee regarding Baker & Hostetler invoices for monthly operating reports.
**Case Administration (B110)**

| 11/11/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Communicate with Debtor's counsel regarding Fee Applications.
**Fee - Employment Application (B160)**

| 11/11/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui and Ashley McDow regarding sale.
**Asset Disposition (B130)**

| 11/11/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review non-waiver agreement.
**Asset Disposition (B130)**

| 11/11/14 | Green Elizabeth A. | 515.00 | 0.30 | 154.50 |

Review issues regarding sale.
**Meeting And Communication With Creditors (B150)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 327 of 469

Committee of Unsecured Creditors of HashFast Technologies, L LC

Invoice Date:    01/13/17
Invoice Number:    50335064
Matter Number:    093044.000001
Page 91

| | | | | |
|---|---|---|---|---|
| 11/11/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Victor Delaglio regarding status of business operations and potential orders.
**Operations (B200)**

| | | | | |
|---|---|---|---|---|
| 11/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Robert Edgeworth, chair of the committee, regarding update on business operations and pending/likely sales.
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 11/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Edgeworth, chair of the committee, regarding bi-monthly committee call.
**Case Administration (B110)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding potential avoidance actions and the preparation of an agreement with the debtors granting the committee authority to prosecute the same.
**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with A. McDow and P. Siddiqui regarding issues related to sale.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.90 | 450.00 |

Committee conference call to discuss potential sale of substantially all assets of Debtors.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 1.30 | 650.00 |

Begin to review and analyze documents produced by Tim Wong.
**Document Production (L320)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Confer with Robert Edgeworth, chair of committee, regarding documents produced by Tim Wong.
**Document Production (L320)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding recent offer to purchase substantially all of the assets, strategy with respect to avoidance actions, and funds previously paid to professionals.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 11/12/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from counsel for Tim Wong regarding destruction of privileged documents inadvertently produced.
**Document Production (L320)**

| | | | | |
|---|---|---|---|---|
| 11/13/14 | Bhagat Ashish K. | 0.00 | 0.00 | 0.00 |

Creation of database and load data for processing in summation enterprise database per Mr. Bekier.
**Other Cases Assessment, Development And Administration (L190)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 11/13/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare documentation for Tim Wong deposition.
**Depositions (L330)**

| 11/13/14 | Layden Andrew V. | 280.00 | 1.20 | 336.00 |

Respond to two creditor inquiries submitted through Unsecured Creditors Committee website.
**Meeting And Communication With Creditors (B150)**

| 11/13/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Confer with Robert Edgeworth, chair of committee, regarding most efficient and effective manner in which to review documents produced by Tim Wong.
**Meeting And Communication With Creditors (B150)**

| 11/13/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with Robert Edgeworth, chair of committee, regarding status of votes on sale proposal.
**Meeting And Communication With Creditors (B150)**

| 11/13/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Continue reviewing, analyzing and categorizing documents produced by Tim Wong.
**Document Production (L320)**

| 11/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review confidentiality agreement with debtors regarding the production of potentially confidential information.
**Case Administration (B110)**

| 11/14/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Confer with Ms. McDow regarding confidentiality agreement and provision of certain documents to committee member(s).
**Case Administration (B110)**

| 11/14/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Mr. Morici regarding the provision of certain documents subject to the confidentiality agreement with debtors.
**Meeting And Communication With Creditors (B150)**

| 11/14/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |

Confer with the Accounting Department regarding Hashfast's Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Confer with Robert Edgeworth, chair of committee, regarding status of votes on sale proposal.
**Meeting And Communication With Creditors (B150)**

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr regarding new contact information.
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/14/14 | McDow Ashley M. | 500.00 | 10.40 | 5,200.00 |

Continue reviewing documents produced by Tim Wong in preparation for 2004 examination of Tim Wong.
**Document Production (L320)**

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Victor Delaglio regarding scope of litigation claims to be excluded from sale of assets to Guido Ochoa.
**Asset Disposition (B130)**

| 11/14/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Robert Stehr, creditor, regarding contact information for same, and correspondence to/from Sonia Gaeta regarding same.
**Meeting And Communication With Creditors (B150)**

| 11/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Elizabeth Green regarding strategy and approach for 2004 examination of Tim Wong, particularly in light of scope of D&O policy.
**Meeting And Communication With Creditors (B150)**

| 11/16/14 | McDow Ashley M. | 500.00 | 6.20 | 3,100.00 |

Continue reviewing documents produced by Tim Wong in preparation for 2004 examination of Tim Wong, prepare outline for same, and confer with Robert Edgeworth, chair of committee, regarding same.
**Document Production (L320)**

| 11/16/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review correspondence from Pete Morici regarding analysis of documents produced by Tim Wong and incorporate portions of same into deposition outline.
**Meeting And Communication With Creditors (B150)**

| 11/17/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Correspond with Ms. McDow and Ms. Green regarding stipulation to grant committee to prosecute avoidance actions.
**Avoidance Action Analysis (B180)**

| 11/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Begin drafting stipulation to grant committee to prosecute avoidance actions.
**Avoidance Action Analysis (B180)**

| 11/17/14 | McDow Ashley M. | 500.00 | 7.80 | 3,900.00 |

Finish preparing for, travel to, and conduct 2004 examination of Tim Wong.
**Depositions (L330)**

| 11/17/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Confer with Robert Edgeworth, chair of committee, regarding results of 2004 examination of Tim Wong and impact of same on various aspects of case.
**Meeting And Communication With Creditors (B150)**

| 11/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Pete Morici regarding results of 2004 examination.

Baker&Hostetler LLP

**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 11/17/14 | Payne Tiffany D. | 360.00 | 0.60 | 216.00 |

Analyze D&O Policy.
**Asset Analysis And Recovery (B120)**

| 11/17/14 | Payne Tiffany D. | 360.00 | 0.40 | 144.00 |

Correspondence to E. Green summarizing coverage under D&O policy.
**Asset Analysis And Recovery (B120)**

| 11/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Eduardo Decastro regarding termination of representation by ZuberLaw and potential impact of same.
**Case Administration (B110)**

| 11/19/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Rob Edgeworth regarding offer proposed by Simon Barber and likely response of committee to same.
**Meeting And Communication With Creditors (B150)**

| 11/19/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Peter Siddiqui regarding final Bitcoin reconciliation and correspondence to Robert Edgeworth regarding same.
**Case Administration (B110)**

| 11/19/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Conference call with Ori Katz regarding structure and content of offer to be proposed by Simon Barber.
**Settlement / Nonbinding Adr (L160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Review and analysis of time entries for Administration (B100)/Case Administration (B110) in support of the First Interim Fee Application continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review and analysis of time entries for Asset Analysis and Recovery (B120) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Begin reviewing of invoices for preparation of the First Interim Fee Application and confer with Ashley M. McDow regarding the same.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Draft Notice of the First Interim Fee Application.
**Fee - Employment Application (B160)**

**Baker & Hostetler LLP**

Case: 14-30725    Doc 520    Filed 01/13/17    Entered 01/13/17 19:17:20    Page 331 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/20/14 | Farivar, Fahim | 320.00 | 0.70 | 224.00 |
|---|---|---|---|---|

Review and analysis of time entries for Asset Disposition (B130) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |
|---|---|---|---|---|

Review and analysis of time entries for Meeting and Communication with Creditors (B150) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 1.40 | 448.00 |
|---|---|---|---|---|

Began drafting of the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/20/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |
|---|---|---|---|---|

Initial preparation of Declaration of Ashley M. McDow in support of the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/20/14 | Layden Andrew V. | 280.00 | 0.30 | 84.00 |
|---|---|---|---|---|

Respond to creditor inquiry through the Committee Website.
**Meeting And Communication With Creditors (B150)**

| 11/21/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Mr. Farivar regarding the notice period for fee applications.
**Fee - Employment Application (B160)**

| 11/21/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |
|---|---|---|---|---|

Research regarding notice period for fee applications in preparation of same.
**Fee - Employment Application (B160)**

| 11/21/14 | Farivar, Fahim | 320.00 | 0.70 | 224.00 |
|---|---|---|---|---|

Review and analysis of time entries for Written Discovery (L310)/ Deposition (L330)/ Discovery Motions (L350)/ Other Discovery (L390)/Fact Witness (L410) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

| 11/21/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Analyze dates and deadlines for timely filing the First Interim Fee Application; Confer with Ashley M. McDow, Michael Delaney, and the Debtors' counsel regarding the same.
**Fee - Employment Application (B160)**

| 11/21/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Review and analysis of time entries for Plan and Disclosure Statement (B320)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 332 of 469

11/21/14    Farivar, Fahim          320.00     0.40     128.00

Review and analysis of time entries for Bankruptcy Related Advice (B400)/General Bankruptcy Advise - Options (B410).n support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.60     192.00

Review and analysis of time entries for Operation (B200)/ Business Operation (B210)/ Financing - Cash Collections (B230)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.50     160.00

Review and analysis of time entries for Claims and Plan (B300)/ Claims Administration and Objections (B310) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.10     32.00

Review and analysis of time entries for Trial and Hearing Attendance (L450)in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     2.40     768.00

Continue preparing the introduction section, the statement of facts and the argument section of the First Interim Fee Application.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.70     224.00

Review and analysis of time entries for Analysis and Advise (C300)/Fact Investigation/Development (L110)/ and Analysis / Strategy (L120)/ Expert/Consultants (L130) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.80     256.00

Review and analysis of time entries for Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.40     128.00

Review and analysis of time entries for Fee-Employment Application (B160) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

11/21/14    Farivar, Fahim          320.00     0.10     32.00

Review and analysis of time entries for Avoidance Action Analysis (B180) in support of the First Interim Fee Application and continue preparing the First Interim Fee Application regarding the foregoing.
**Fee - Employment Application (B160)**

**Baker&Hostetler LLP**

11/21/14    McDow Ashley M.                    500.00        0.30        150.00

Conference call with Peter Siddiqui regarding timing of fee applications, adversary proceeding and motion to be filed against Mark Lowe, and status of Morici case(s) against company and Eduardo.
**Case Administration (B110)**

11/21/14    McDow Ashley M.                    500.00        0.50        250.00

Conference call with Victor Delaglio regarding business operations, status of Guido Ochoa offer, and potential global resolution of claims against Eduardo.
**Case Administration (B110)**

11/24/14    McDow Ashley M.                    500.00        0.20        100.00

Conference call with Robert Edgeworth regarding agenda for bi-monthly weekly committee call.
**Meeting And Communication With Creditors (B150)**

11/24/14    McDow Ashley M.                    500.00        0.20        100.00

Correspondence to/from Ori Katz regarding modifications to terms of settlement to be proposed by Simon Barber.
**Settlement / Nonbinding Adr (L160)**

11/24/14    McDow Ashley M.                    500.00        0.30        150.00

Review and evaluate "final" Bitcoin reconciliation and correspondence to committee members regarding same.
**Case Administration (B110)**

11/24/14    McDow Ashley M.                    500.00        0.30        150.00

Conference call with Robert Edgeworth regarding final Bitcoin reconciliation and agenda for committee call.
**Meeting And Communication With Creditors (B150)**

11/24/14    McDow Ashley M.                    500.00        0.20        100.00

Review Debtors' Application for Order Authorizing and Approving the Continued Employment and Retention of Peter Kravitz and Others at Province, Inc. as CRO and assess need to object.
**Fee - Employment Application (B160)**

11/25/14    Carteen, Lisa I                    510.00        5.00        2,550.00

Work on fee application.
**Fee - Employment Application (B160)**

11/25/14    Delaney Michael T.                 350.00        0.60        210.00

Review and revise billing statements in preparation for Baker & Hostetler fee application.
**Fee - Employment Application (B160)**

11/25/14    McDow Ashley M.                    500.00        1.60        800.00

Bi-monthly committee call.
**Meeting And Communication With Creditors (B150)**

11/25/14    McDow Ashley M.                    500.00        0.50        250.00

Conference call with Ori Katz regarding modifications to be made to Simon Barber offer.
**Settlement / Nonbinding Adr (L160)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/25/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference calls with Elizabeth Green regarding manner in which to respond to employment application for Province and debrief from bi-monthly committee call.
**Analysis / Strategy (L120)**

| 11/25/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |
|---|---|---|---|---|

Review and revise invoices to be submitted in support of First Interim Fee Application of Baker & Hostetler LLP.
**Fee - Employment Application (B160)**

| 11/25/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding procedure for filing fee applications of Debtor and Committee and new retention agreement for Province.
**Fee - Employment Application (B160)**

| 11/26/14 | Carteen, Lisa I | 510.00 | 4.00 | 2,040.00 |
|---|---|---|---|---|

Continue working on fee application.
**Fee - Employment Application (B160)**

| 11/26/14 | Delaney Michael T. | 350.00 | 2.10 | 735.00 |
|---|---|---|---|---|

Continue reviewing and revising billing statements in preparation for Baker & Hostetler LLP fee application.
**Fee - Employment Application (B160)**

| 11/26/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |
|---|---|---|---|---|

Review, revise, and update the Notice of the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/26/14 | Farivar, Fahim | 320.00 | 1.60 | 512.00 |
|---|---|---|---|---|

Review and analysis of time entries for any confidential/privileged communications to redact in support of the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/26/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |
|---|---|---|---|---|

Continue updating the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |
|---|---|---|---|---|

Confer with Ashley Mcdow regarding revising and updating the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | Farivar, Fahim | 320.00 | 2.10 | 672.00 |
|---|---|---|---|---|

Revise, update, and finalize the fee break down and task category section for the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | Farivar, Fahim | 320.00 | 0.10 | 32.00 |
|---|---|---|---|---|

Revise, update, and finalize the Notice of the First Interim Fee Application.
**Fee - Employment Application (B160)**

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 11/28/14 | Farivar, Fahim | 320.00 | 0.30 | 96.00 |

Review, analyze and discuss service issues for the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | Farivar, Fahim | 320.00 | 0.50 | 160.00 |

Revise, update, and finalize Declaration of Ashley M. Mcdow in support of the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | Farivar, Fahim | 320.00 | 1.80 | 576.00 |

Revise, update, and finalize the Statement of Facts for the First Interim Fee Application.
**Fee - Employment Application (B160)**

| 11/28/14 | McDow Ashley M. | 500.00 | 3.60 | 1,800.00 |

Review and revise First Interim Fee Application for Baker & Hostetler and correspondence to/from Fahim Farivar regarding modifications to be made to same.
**Fee - Employment Application (B160)**

| 12/01/14 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |

Attention to fee application in preparation of case management submission in connection with hearing on same.
**Written Motions And Submissions (L430)**

| 12/01/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Prepare declaration regarding corrected proofs of services for Notice of Application and First Interim Fee Application and correspond with service parties requesting email for service.
**Fee - Employment Application (B160)**

| 12/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review and analyze bid from Duncan Wallace to purchase certain inventory and correspondence to Peter Siddiqui and Victor Delaglio regarding same
**Asset Disposition (B130)**

| 12/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and conference call with Ori Katz regarding potential offer and financials to be submitted by Simon Barber
**Settlement / Nonbinding Adr (L160)**

| 12/01/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review financial information submitted by Simon Barber in support of proposed offer
**Asset Disposition (B130)**

| 12/01/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Conference call with Robert Edgeworth, chair of committee, regarding parameters of likely bid to be submitted by Simon Barber and potential need for committee call to discuss same and bid received from Duncan Wallace to purchase certain inventory
**Meeting And Communication With Creditors (B150)**

| 12/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Katten Muchin fee application in preparation of correspondence to committee regarding the same.

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 100

**Fee - Employment Application (B160)**

| 12/02/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Review Province compensation motion in preparation of correspondence to committee regarding the same.
**Fee - Employment Application (B160)**

| 12/02/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to committee regarding fee applications and Province compensation motion.
**Meeting And Communication With Creditors (B150)**

| 12/02/14 | Delaney Michael T. | 350.00 | 0.80 | 280.00 |

Prepare for and attend strategy meeting with Ms. McDow and Ms. Green regarding fraudulent transfer complaint against Cypherdocs and writ of attachment.
**Avoidance Action Analysis (B180)**

| 12/02/14 | Green Elizabeth A. | 515.00 | 1.20 | 618.00 |

Review issues regarding potential D&O claims as related to Barber bid.
**Asset Disposition (B130)**

| 12/02/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Review issues regarding bids for assets and review bids.
**Asset Disposition (B130)**

| 12/02/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Telephone call with Peter Siddiqui regarding bids.
**Asset Disposition (B130)**

| 12/02/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to Committee regarding parameters of bid submitted by Simon Barber and parameters and deadlines for submitting overbids
**Meeting And Communication With Creditors (B150)**

| 12/02/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review Statement of Financial Affairs and identify potential avoidance actions to be filed and parties and entities to whom demand letters should be sent
**Avoidance Action Analysis (B180)**

| 12/02/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and analyze fee application filed by Katten Muchin, confer with Elizabeth Green regarding same, and assess need to object to same
**Fee - Employment Application (B160)**

| 12/02/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding bid received from Guido Ochoa and manner in which to proceed with respect to valuation of Simon Barber offer
**Asset Disposition (B130)**

| 12/02/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Meeting with Michael Delaney and Elizabeth Green regarding nature and content of fraudulent transfer action and application for writ of attachment to be filed against Mark Lowe

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 12/02/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Ori Katz regarding offer submitted on behalf of Simon Barber
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/02/14 | McDow Ashley M. | 500.00 | 0.80 | 400.00 |

Conference call with Peter Siddiqui and Elizabeth Green regarding auction process based on bids received
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond with Amanda Demby regarding documents in support of the preference claims.
**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Farivar, Fahim | 320.00 | 0.60 | 192.00 |

Prepare preference demand letters and confer with Ashley M. Mcdow regarding the same.
**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Farivar, Fahim | 320.00 | 2.00 | 640.00 |

Draft preference demand letter for Adrian Port and confer with Ashley M. McDow regarding the same.
**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review potential preference claims regarding demand.
**Avoidance Action Analysis (B180)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding bid of Simon Barber.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review testimony at 2004 exams regarding breach of fiduciary duty.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding bid deadline and responses.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Telephone call with Peter Siddiqui regarding bids.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | Green Elizabeth A. | 515.00 | 1.80 | 927.00 |

Review D&O issues regarding claims and bids and policy.
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Confer with Elizabeth Green regarding specific line items in financial statements submitted by Simon Barber and research regarding same
**Analysis / Strategy (L120)**

Baker&Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 338 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 12/03/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from and conference call with Peter Siddiqui regarding need for auction to move forward
**Asset Disposition (B130)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Conference call with Victor Delaglio regarding funds currently in estate, status of offers/bids, and plan moving forward in light of failure to receive any qualifying bids
**Business Operations (B210)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Correspondence to/from and conference calls with Ori Katz regarding specific components of financial statements submitted by Simon Barber
**Asset Disposition (B130)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Bob Smith regarding particulars of Simon Barber bid
**Meeting And Communication With Creditors (B150)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Maria Nunez regarding disqualification of Guido's bid and parameters of bid submitted by Simon Barber
**Asset Disposition (B130)**

| 12/03/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and analyze D&O policy in order to identify potential basis upon which to make demand and strategize with Elizabeth Green regarding theories of liability upon which to recover based upon same
**Asset Analysis And Recovery (B120)**

| 12/03/14 | McDow Ashley M. | 500.00 | 2.80 | 1,400.00 |

Review and analyze deposition transcript of Eduardo Decastro and identify portions thereof relevant to potential D&O claim
**Asset Analysis And Recovery (B120)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference calls with Robert Edgeworth, chair of the committee, regarding potential basis for proceeding against directors and/or officers pursuant to D&O policy
**Meeting And Communication With Creditors (B150)**

| 12/03/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review Objection of United States Trustee to Application to Employ Peter Kravitz and assess need of committee to file additional pleading
**Fee - Employment Objections (B170)**

| 12/03/14 | Ojeda, Roxane E. | 155.00 | 2.60 | 403.00 |

Incorporate sepecific information from Statement of Affairs filed 8/14/14 and prepare 'Schedule A re: Preferential Transfers Made During Preference Period into Demand Letters (15+).
**Avoidance Action Analysis (B180)**

# Baker & Hostetler LLP

Atlanta　Chicago　Cincinnati　Cleveland　Columbus　Costa Mesa　Denver
Houston　Los Angeles　New York　Orlando　Philadelphia　Seattle　Washington, DC

Case: 14-30725　Doc# 520　Filed: 01/13/17　Entered: 01/13/17 19:17:20　Page 339 of 469

| 12/04/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Analyze terms of joint statement and confer with Ms. McDow regarding the same.
**Asset Disposition (B130)**

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review and revise notice regarding sale to Simon Barber.
**Asset Disposition (B130)**

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.80 | 412.00 |

Review issues regarding fraud carve out and springing fraud language.
**Asset Analysis And Recovery (B120)**

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review release issues and D&O claims.
**Asset Disposition (B130)**

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Peter Siddiqui regarding Mary Carter issues.
**Asset Analysis And Recovery (B120)**

| 12/04/14 | Green Elizabeth A. | 515.00 | 0.70 | 360.50 |

Review California law regarding Mary Carter provisions.
**Researching Laws (C200)**

| 12/04/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and revise various versions of Joint Statement in Support of Auction and Sale Motion and Declaration of Victor Delaglio in support of same and correspondence to/from counsel for the Debtor regarding same
**Settlement / Nonbinding Adr (L160)**

| 12/04/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Conference call with Peter Siddiqui and Ori Katz regarding final modifications to be made to Joint Statement in Support of Auction
**Settlement / Nonbinding Adr (L160)**

| 12/04/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review transcript of Meeting of Creditors in Hashfast Technologies LLC in order to identify basis for potential D&O claims
**Asset Analysis And Recovery (B120)**

| 12/04/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Ori Katz regarding modifications to be made to Joint Statement regarding bid of Simon Barber
**Settlement / Nonbinding Adr (L160)**

| 12/04/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review file and Joint Statement in support of Auction filed with the Court in preparation for hearing on same
**Settlement / Nonbinding Adr (L160)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 12/04/14 | McDow Ashley M. | 500.00 | 1.60 | 800.00 |

Begin reviewing deposition transcript of Simon Barber in order to identify portions which may be relevant to pursuing D&O policy
**Asset Analysis And Recovery (B120)**

| 12/04/14 | McDow Ashley M. | 500.00 | 0.60 | 300.00 |

Review transcript of Meeting of Creditors in Hashfast LLC in order to identify basis for potential D&O claims
**Asset Analysis And Recovery (B120)**

| 12/04/14 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Prepare deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 12/04/14 | Ojeda, Roxane E. | 155.00 | 1.30 | 201.50 |

Review and finalize master Schedule A - Preferential Transfers.
**Avoidance Action Analysis (B180)**

| 12/05/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Review and draft response to correspondence from Ms. Green regarding Berg & Berg Enterprises decision.
**Asset Analysis And Recovery (B120)**

| 12/05/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Research regarding Berg & Berg Enterprises decision and trust fund theory of director liability.
**Researching Laws (C200)**

| 12/05/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding trust fund standard for breach of fiduciary duty.
**Analysis / Strategy (L120)**

| 12/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Bob Smith regarding Mark Lowe
**Meeting And Communication With Creditors (B150)**

| 12/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Elizabeth Green regarding results of hearing on Joint Statement, particularly regarding manner in which to proceed with respect to plan and disclosure statement
**Analysis / Strategy (L120)**

| 12/05/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Antony Vo regarding potential "auction" of intellectual property and status of various litigation
**Meeting And Communication With Creditors (B150)**

| 12/05/14 | McDow Ashley M. | 500.00 | 0.70 | 350.00 |

Telephonically attend hearing on Joint Statement to Approve Auction of "Simon Claims"
**Trial And Hearing Attendance (L450)**

| 12/05/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Finish reviewing deposition transcript of Simon Barber in order to identify basis for potential D&O claims

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

**Asset Analysis And Recovery (B120)**

| 12/05/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to Elizabeth Green regarding content of deposition transcript of Simon Barber
**Analysis / Strategy (L120)**

| 12/05/14 | McDow Ashley M. | 500.00 | 3.20 | 1,600.00 |

Review deposition transcript of Monica Hushen in order to identify basis for potential D&O claims
**Asset Analysis And Recovery (B120)**

| 12/05/14 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 12/09/14 | Farivar, Fahim | 320.00 | 1.10 | 352.00 |

Continue drafting and updating the preference demand letter for Adrian Port and confer with Ashley M. McDow regarding the same.
**Avoidance Action Analysis (B180)**

| 12/09/14 | Green Elizabeth A. | 515.00 | 0.40 | 206.00 |

Telephone call with Keith Fendrick regarding issues regarding auction.
**Asset Disposition (B130)**

| 12/09/14 | Green Elizabeth A. | 515.00 | 0.90 | 463.50 |

Review issues regarding sale of assets.
**Asset Disposition (B130)**

| 12/09/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review and revise template preference demand letter and confer with Fahim Farivar regarding modifications to be made to same, particularly in light of standing issue
**Avoidance Action Analysis (B180)**

| 12/09/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors and Debtors' counsel regarding identification of persons and/or entities who received goods within the preference period for the purposes of preference demand letters
**Avoidance Action Analysis (B180)**

| 12/09/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Bi-monthly committee call
**Meeting And Communication With Creditors (B150)**

| 12/09/14 | Ojeda, Roxane E. | 155.00 | 2.50 | 387.50 |

Continue drafting deposition summary of Eduardo Castro - 2004 Examination.
**Depositions (L330)**

| 12/10/14 | Farivar, Fahim | 320.00 | 0.20 | 64.00 |

Correspond to/from Katie Easter of Province regarding back up data and information for Debtor's preference claims.
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 342 of 469

| 12/10/14 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Receipt of and preparation of two deposition transcripts for sending to Ms. Green.
**Administration (B100)**

| 12/10/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Correspondence to/from Rob Harris and Peter Siddiqui regarding Debtors' receipt of wafers and impact of same on pending adversary proceeding against Uniquify
**Meeting And Communication With Creditors (B150)**

| 12/10/14 | Ojeda, Roxane E. | 155.00 | 0.50 | 77.50 |

Continue drafting deposition summary of Eduardo Castro - 2004 Examination.
**Depositions (L330)**

| 12/11/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding potential Cipherdoc avoidance action
**Avoidance Action Analysis (B180)**

| 12/11/14 | Farivar, Fahim | 320.00 | 0.40 | 128.00 |

Review databases received from Katie Easter from Province regarding QuickBooks files for Hashfast and correspond with Katie Easter regarding the same.
**Avoidance Action Analysis (B180)**

| 12/11/14 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and analyze deposition transcripts of Tim Wong, Eduardo de Castro and Monica Hushen.
**Depositions (L330)**

| 12/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Status Conference Statement filed by Unquify and assess whether any content thereof affects potential action to be pursued against Uniquify
**Written Motions And Submissions (L430)**

| 12/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from and telephone call to Julie Glosson regarding fee applications
**Case Administration (B110)**

| 12/11/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Robert Edgeworth regarding manner in which to respond to Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses and documents and information necessary to be filed in support thereof
**Meeting And Communication With Creditors (B150)**

| 12/11/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Joinder and Joinder of Gallo Creditors to Objection to United States Trustee to Debtors' Application for Order Authorizing and Approving Continued Employment of Peter Kravitz and Province and assess need of Committee to respond to same
**Fee - Employment Application (B160)**

Baker&Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 343 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 107

| | | | | | |
|---|---|---|---|---|---|
| 12/11/14 | McDow Ashley M. | | 500.00 | 0.20 | 100.00 |

Review Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses and identify points to be included in reply to same
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/11/14 | McDow Ashley M. | | 500.00 | 0.10 | 50.00 |

Correspondence to/from Elizabeth Green regarding manner in which to respond to Creditors' Objection to Application of Baker Hostetler for Compensation and Reimbursement of Expenses
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/12/14 | McDow Ashley M. | | 500.00 | 0.10 | 50.00 |

Review Notice of Change of Law Firm Affiliation filed by Liquidbits and confirm system is updated accordingly
**Written Motions And Submissions (L430)**

| | | | | | |
|---|---|---|---|---|---|
| 12/12/14 | McDow Ashley M. | | 500.00 | 1.90 | 950.00 |

Begin reviewing transcript of 2004 examination of Tim Wong and identify relevant portions thereof with respect to D&O
**Asset Analysis And Recovery (B120)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 0.20 | 70.00 |

Draft correspondence to committee regarding the reservation of rights regarding Katten Muchin fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding response to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 0.50 | 175.00 |

Draft reservation of rights regarding Katten Muchin fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 1.10 | 385.00 |

Prepare detailed response to United States Trustee comments to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 0.50 | 175.00 |

Review potential exhibits to be submitted in support of response to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 350.00 | 0.30 | 105.00 |

Review United States Trustee comments to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/15/14 | Delaney Michael T. | | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the United States Trustee comments to Baker Hostetler fee application and proposed responses thereto

**Baker & Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

**Fee - Employment Application (B160)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding additional information to be submitted to UST with respect to First Interim Fee Application
**Fee - Employment Application (B160)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review proposed Order Approving Sale of Estate assets to Simon Barber and correspondence to/from Ori Katz and Peter Siddiqui regarding suggested modifications to be made to same
**Asset Disposition (B130)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Confer with Elizabeth Green regarding manner in which to respond to First Interim Fee Application, status of the demand letter to be submitted with respect to the D&O policy, and manner in which to respond to opposition of Gallo to Application of Baker & Hostetler for For Approval of First Interim Fee Application
**Analysis / Strategy (L120)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Assist in drafting Reply to Gallo Opposition to First Interim Fee Application of Baker Hostetler and confer with Michael Delaney regarding structure and content of same
**Fee - Employment Objections (B170)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review and revise Committee's Reservation of Rights Regarding First Interim Application for Compensation and Reimbursement of Expenses of Katten Muchin
**Fee - Employment Objections (B170)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from Antony Vo and Steve Gubner regarding matters to be addressed in Reply of Baker & Hostetler to Gallo Objection to First Interim Application of Baker & Hostetler for Payment of Fees and Reimbursement of Expenses
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 12/15/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Correspondence to/from and conference calls with Rob Edgeworth regarding matters to be addressed in Reply of Baker & Hostetler to Gallo Objection to First Interim Application of Baker & Hostetler for Payment of Fees and Reimbursement of Expenses
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 12/16/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Draft correspondence to Ms. McDow regarding the reply to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| | | | | |
|---|---|---|---|---|
| 12/16/14 | Delaney Michael T. | 350.00 | 0.60 | 210.00 |

Analyze emails from Ray Gallo evidencing prejudice against Baker Hostetler and unprofessional conduct in preparation of reply to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 345 of 469

| 12/16/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Analyze objection to Baker Hostetler fee application filed by the Gallo creditors
**Fee - Employment Application (B160)**

| 12/16/14 | Delaney Michael T. | 350.00 | 3.40 | 1,190.00 |

Draft reply to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| 12/16/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Julie Glosson regarding resolution of "issues" relating to First Interim Fee Application of Baker & Hostetler and confer with Michael Delaney regarding same
**Fee - Employment Objections (B170)**

| 12/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Notice of Voluntary Dismissal With Prejudice of Uniquify lawsuit and assess impact (if any) of same in potential claims against Uniquify
**Written Motions And Submissions (L430)**

| 12/16/14 | McDow Ashley M. | 500.00 | 1.20 | 600.00 |

Review and analyze Uniquify documents and identify potential basis for claims, including but not limited to breach of contract, avoidance actions, and indemnity
**Asset Analysis And Recovery (B120)**

| 12/16/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review Joinder of Liquidbits to Application for Order Approving Continued Employment and Retention of Peter Kravitz and Province and correspondence to Peter Kravitz regarding same
**Fee - Employment Objections (B170)**

| 12/17/14 | Delaney Michael T. | 350.00 | 1.10 | 385.00 |

Begin drafting fraudulent transfers complaint against Cypherdoc
**Pleadings (L210)**

| 12/17/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Finalize response to Gallo creditors' objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| 12/17/14 | Delaney Michael T. | 350.00 | 0.70 | 245.00 |

Draft declaration in support of response to Gallo creditors' objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| 12/17/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Prepare exhibits in support of response to Gallo creditors' objection to Baker Hostetler fee application for filing
**Fee - Employment Application (B160)**

| 12/17/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding research and documentation regarding Cypherdoc
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 346 of 469

| 12/17/14 | Delaney Michael T. | 350.00 | 3.80 | 1,330.00 |

Review research and documentation regarding Cypherdoc in preparation of fraudulent transfer complaint
**Avoidance Action Analysis (B180)**

| 12/17/14 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with Kathleen Cergnalia, counsel for the Gottardis, regarding tentative ruling and attendance at various hearings
**Meeting And Communication With Creditors (B150)**

| 12/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Ori Katz regarding modifications to be made to proposed order approving sale to Simon Barber
**Asset Disposition (B130)**

| 12/17/14 | McDow Ashley M. | 500.00 | 0.50 | 250.00 |

Review and analyze documents relating to Ciara and identify potential basis for claims, including but not limited to breach of contract, unjust enrichment, and avoidance actions
**Asset Analysis And Recovery (B120)**

| 12/17/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Review modifications to order approving sale to Simon Barber proposed by Peter Siddiqui and correspondence to Ori Katz and Peter Siddiqui regarding additional modifications to be made to same
**Asset Disposition (B130)**

| 12/17/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Follow up conference call with Ori Katz regarding language to be included in order approving auction to Simon Barber
**Asset Disposition (B130)**

| 12/18/14 | Delaney Michael T. | 350.00 | 0.30 | 105.00 |

Confer with Ms. McDow regarding Cypherdoc fraudulent transfer complaint and supporting evidence
**Avoidance Action Analysis (B180)**

| 12/18/14 | Delaney Michael T. | 350.00 | 1.50 | 525.00 |

Continue analysis of voluminous documents regarding debtors' dealings with Cypherdoc and service provided in preparation of Cypherdoc fraudulent transfer complaint
**Avoidance Action Analysis (B180)**

| 12/18/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Review and revise proof of service for response to Gallo objection to Baker Hostetler fee application
**Fee - Employment Application (B160)**

| 12/18/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Prepare response to Gallo objection to Baker Hostetler fee application for service
**Fee - Employment Application (B160)**

| 12/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Peter Kravitz regarding hearings on fee applications and to employ/retain Peter Kravitz and Province

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Trial And Hearing Attendance (L450)**

| | | | | | |
|---|---|---|---|---|---|
| 12/18/14 | McDow Ashley M. | 500.00 | 0.40 | 200.00 |

Review relevant pleadings in preparation for hearings on fee applications and to employ/retain Peter Kravitz and Province
**Trial And Hearing Attendance (L450)**

| | | | | | |
|---|---|---|---|---|---|
| 12/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Julie Glosson, attorney for UST, regarding continuation of hearing on First Interim Fee Applications
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/18/14 | McDow Ashley M. | 500.00 | 0.10 | 50.00 |

Review entered Order Granting In Part and Denying in Part First Interim Application for Approval of Compensation and assess impact of changes made by Court
**Fee - Employment Application (B160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/18/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Ori Katz and Pete Siddiqui regarding additional/replacement language for portions of order approving sale to Simon Barber
**Settlement / Nonbinding Adr (L160)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | Delaney Michael T. | 350.00 | 3.90 | 1,365.00 |

Continue reviewing voluminous documents and correspondence in preparation of Cypherdoc fraudulent transfer complaint
**Avoidance Action Analysis (B180)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | Delaney Michael T. | 350.00 | 3.20 | 1,120.00 |

Continue drafting Cypherdoc fraudulent transfer complaint
**Pleadings (L210)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with Elizabeth Green regarding results of hearings and status of demand letter for D&O policy, preference demand letters, and complaints
**Analysis / Strategy (L120)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | McDow Ashley M. | 500.00 | 1.80 | 900.00 |

Prepare detailed summary of potential causes of action and sources of recovery based upon review of schedules, the SOFA, and documents by and between Hashfast and various third parties
**Asset Analysis And Recovery (B120)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Telephonically attend hearings on fee applications of Katten Muchin and Baker Hostetler and retention/employment of Peter Kravitz/Province
**Trial And Hearing Attendance (L450)**

| | | | | | |
|---|---|---|---|---|---|
| 12/19/14 | McDow Ashley M. | 500.00 | 1.70 | 850.00 |

Finish reviewing transcript of 2004 examination of Tim Wong and identify relevant portions thereof with respect to D&O policy
**Asset Analysis And Recovery (B120)**

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 12/22/14 | Delaney Michael T. | 350.00 | 4.40 | 1,540.00 |

Continue drafting fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)
**Pleadings (L210)**

| 12/22/14 | Delaney Michael T. | 350.00 | 0.40 | 140.00 |

Draft multiple correspondence to Chief Restructuring Officer and debtors' counsel regarding facts in support of fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)
**Avoidance Action Analysis (B180)**

| 12/22/14 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Meeting with Ms. McDow regarding the strategy for and allegations contained in fraudulent transfers complaint against Marc Lowe (aka Cypherdoc)
**Avoidance Action Analysis (B180)**

| 12/22/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review court docket regarding need to amend the fee application and confer with Ashley M. McDow regarding the same.
**Fee - Employment Application (B160)**

| 12/22/14 | McDow Ashley M. | 500.00 | 1.10 | 550.00 |

Review and revise proposed settlement agreement resolving claims by and among the Debtors, Simon Barber, and the Committee and correspondence to counsel for the Debtors and counsel for Simon Barber regarding same
**Settlement / Nonbinding Adr (L160)**

| 12/23/14 | Delaney Michael T. | 350.00 | 0.20 | 70.00 |

Draft correspondence to committee regarding Baker & Hostetler fee application and continued hearing on same
**Avoidance Action Analysis (B180)**

| 12/23/14 | Delaney Michael T. | 350.00 | 0.10 | 35.00 |

Confer with Ms. McDow regarding correspondence to committee regarding Baker & Hostetler fee application and continued hearing on same
**Fee - Employment Application (B160)**

| 12/23/14 | Delaney Michael T. | 350.00 | 0.50 | 175.00 |

Prepare for and conduct conference call with Trenton Bullock regarding claim and status of case
**Meeting And Communication With Creditors (B150)**

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Revise and update the notice of First Interim Fee Application.
**Fee - Employment Application (B160)**

| 12/23/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Listen to audio recording of hearing on the First Interim Fee Application.
**Fee - Employment Application (B160)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 349 of 469

12/23/14  Farivar, Fahim                          0.00        0.00        0.00
Review correspondence with US Trustee regarding compliance with Court's guidelines and confer with Ashley M. McDow regarding the same.
**Fee - Employment Application (B160)**

12/23/14  Farivar, Fahim                          0.00        0.00        0.00
Revise the First Interim Application to comply with Court's instructions.
**Fee - Employment Application (B160)**

12/23/14  Farivar, Fahim                          0.00        0.00        0.00
Review billing entries and recategorize billing task codes per the Court's guidelines.
**Fee - Employment Application (B160)**

12/23/14  Farivar, Fahim                          0.00        0.00        0.00
Review Court's ruling and Court's guidelines regarding amending the application for compensation.
**Fee - Employment Application (B160)**

12/23/14  McDow Ashley M.                         0.00        0.00        0.00
Confer with Fahim Farivar regarding modifications to be made to the First Interim Fee Application of Baker Hostetler in order to address concerns of UST and Court
**Fee - Employment Application (B160)**

12/23/14  McDow Ashley M.                       500.00        0.40      200.00
Bi-monthly committee call
**Meeting And Communication With Creditors (B150)**

12/23/14  McDow Ashley M.                       500.00        0.10       50.00
Review entered Order Denying Application for Order Authorizing and Approving Continued Employment of Province.
**Fee - Employment Application (B160)**

12/23/14  McDow Ashley M.                       500.00        0.10       50.00
Review entered Order Approving Sale of Estate Property to Simon Barber and assess impact of same on demand letter being prepared
**Asset Disposition (B130)**

12/26/14  Green Elizabeth A.                    515.00        0.90      463.50
Draft demand letter regarding D&O's.
**Asset Analysis And Recovery (B120)**

12/28/14  Delaney Michael T.                      0.00        0.00        0.00
Draft correspondence to Ms. McDow regarding proposed notice to committee regarding the continued hearing on the Baker & Hostetler fee application
**Fee - Employment Application (B160)**

12/29/14  Farivar, Fahim                          0.00        0.00        0.00
Continue reviewing the invoice and preparing the Amended First Interim Fee Application.
**Fee - Employment Application (B160)**

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 114

| 12/29/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue revising and updating the invoices to comply with the Court's instruction and correspond with Elaine Baca regarding the same.
**Fee - Employment Application (B160)**

| 12/29/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Review and revise Demand Letter to be sent to counsel for the Debtors with respect to D & O claims.
**Asset Analysis And Recovery (B120)**

| 12/29/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Conference call with and correspondence to/from Robert Edgeworth, chair of committee, regarding demand letter to be sent to counsel for Debtors
**Meeting And Communication With Creditors (B150)**

| 12/29/14 | McDow Ashley M. | 500.00 | 2.60 | 1,300.00 |

Review and revise complaint against Mark Lowe
**Pleadings (L210)**

| 12/30/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Finalize the Amended Notice of the First Interim Application.
**Fee - Employment Application (B160)**

| 12/30/14 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Continue reviewing the invoices by task code category and reviewing and revising the Amended First Interim Fee Application.
**Fee - Employment Application (B160)**

| 12/30/14 | Farivar, Fahim | 320.00 | 3.30 | 1,056.00 |

Review and analyze Ashley M. McDow's comments and related documents and continue revising and updating the Complaint against Marc A. Lowe in light of same.
**Pleadings (L210)**

| 12/30/14 | Green Elizabeth A. | 515.00 | 0.60 | 309.00 |

Review issues regarding litigation.
**Analysis / Strategy (L120)**

| 12/30/14 | Green Elizabeth A. | 515.00 | 0.50 | 257.50 |

Review issues regarding demand related to directors and officers.
**Asset Analysis And Recovery (B120)**

| 12/30/14 | McDow Ashley M. | 500.00 | 0.20 | 100.00 |

Correspondence to/from Debtors and counsel for Debtors regarding status of various litigation and need for conference call to discuss same
**Case Administration (B110)**

| 12/30/14 | McDow Ashley M. | 500.00 | 0.30 | 150.00 |

Conference call with Elizabeth Green regarding content of complaint against Mark Lowe, status of demand letter relating to D&O policy and modifications to be made to same, and status of avoidance action demand letters in preparation for group call regarding litigation options

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 351 of 469

### Analysis / Strategy (L120)

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Review invoices sorted by date for any incorrect and duplicative entries.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Finalize the Amended First Interim Application based on Ashley M. McDow and confer with Ashley M. McDow regarding the same.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Compiling the exhibits in support of the Amended First Interim Application.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Continue updating the Amended First Interim Application and Notice thereof.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Continue revising and finalizing Ashley M. McDow's declaration in support of the Amended First Interim Fee Application.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim          0.00       0.00       0.00

Correspond with the Committee regarding the filed Amended First Interim Fee Application.
**Fee - Employment Application (B160)**

12/31/14   Farivar, Fahim      320.00      0.60     192.00

Review and analyze the Debtors' Amended First Interim Fee Application and Declaration in support.
**Fee - Employment Application (B160)**

12/31/14   Green Elizabeth A.     515.00      0.40     206.00

Review and revise correspondence to Peter Siddiqui regarding claims.
**Claims And Plan (B300)**

12/31/14   Green Elizabeth A.     515.00      0.40     206.00

Telephone call with Ashley McDow regarding plan issues.
**Plan And Disclosure Statement (B320)**

12/31/14   McDow Ashley M.       0.00       0.00       0.00

Review and revise revised First Interim Fee Application of Baker Hostetler
**Fee - Employment Application (B160)**

01/02/15   Delaney Michael T.     385.00      0.70     269.50

Prepare for and attend conference call with debtors' counsel and management regarding potential avoidance action against Marc Lowe and other potential claims
**Avoidance Action Analysis (B180)**

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 352 of 469

| 01/02/15 | Farivar, Fahim | 365.00 | 1.80 | 657.00 |

Continue reviewing documents and revising and updating the complaint against Mr. Lowe.
**Pleadings (L210)**

| 01/02/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue updating the preference demand letters.
**Avoidance Action Analysis (B180)**

| 01/02/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |

Correspond with Amanda Demby from Province regarding backup documents and information needed for preference demand letters.
**Avoidance Action Analysis (B180)**

| 01/02/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Finish reviewing and revising complaint against Mark Lowe
**Pleadings (L210)**

| 01/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Pete Morici regarding fee applications and information needed for Marc Lowe complaint
**Meeting And Communication With Creditors (B150)**

| 01/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise revised template for avoidance action demand letters
**Avoidance Action Analysis (B180)**

| 01/02/15 | McDow Ashley M. | 530.00 | 1.50 | 795.00 |

Conference call with Peter Siddiqui, Peter Kravitz, Victor Delaglio, Elizabeth Green, and Michael Delaney regarding status of various litigation to be filed in case
**Analysis / Strategy (L120)**

| 01/05/15 | Delaney Michael T. | 385.00 | 4.50 | 1,732.50 |

Continue drafting fraudulent transfers complaint against Marc Lowe
**Pleadings (L210)**

| 01/05/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Review revised fraudulent transfers complaint against Marc Lowe
**Avoidance Action Analysis (B180)**

| 01/05/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Research regarding scope of insiders in preparation of fraudulent transfer complaint against Marc Lowe
**Avoidance Action Analysis (B180)**

| 01/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Ori Katz and Pete Siddiqui regarding "final" modifications to be made to settlement agreement
**Settlement / Nonbinding Adr (L160)**

# Baker & Hostetler LLP

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 19:17:20      Page 353 of 469

| | | | | |
|---|---|---|---|---|
| 01/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise Motion to Approve Standing Stipulation and correspondence to Peter Siddiqui regarding same
**Written Motions And Submissions (L430)**

| 01/05/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Nancy Inesta, employment partner, regarding impact of discharge vs. resignation for purposes of evaluating settlement agreement with Simon Barber
**Settlement / Nonbinding Adr (L160)**

| 01/05/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Review proposed "final" settlement agreement in preparation for conference call with Ori Katz and Pete Siddiqui
**Settlement / Nonbinding Adr (L160)**

| 01/05/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |
|---|---|---|---|---|

Research 11 USC 548(a)(1)(B)(ii)(IV) and analyze ability to assert same against potential defendants
**Researching Laws (C200)**

| 01/05/15 | Parrish Jimmy D. | 475.00 | 0.20 | 95.00 |
|---|---|---|---|---|

Confer with Mr. Delaney regarding disclosure statement and plan revisions.
**Plan And Disclosure Statement (B320)**

| 01/06/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |
|---|---|---|---|---|

Review and revise Simon Barber independent contractor agreement
**Business Operations (B210)**

| 01/06/15 | Delaney Michael T. | 385.00 | 4.20 | 1,617.00 |
|---|---|---|---|---|

Draft motion for writ of attachment as to the Bitcoin transferred to Marc Lowe
**Pleadings (L210)**

| 01/06/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |
|---|---|---|---|---|

Research in preparation of motion for writ of attachment as to the Bitcoin transferred to Marc Lowe
**Pleadings (L210)**

| 01/06/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Mr. Parrish regarding preparation of disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/06/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Rob Edgeworth regarding bi-monthly committee calls
**Meeting And Communication With Creditors (B150)**

| 01/07/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Research regarding filing consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/07/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Review local rules and Judge Montali's standing order regarding plans and disclosure statements

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 354 of 469

**Plan And Disclosure Statement (B320)**

| 01/07/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft memorandum regarding local rules and Judge Montali's standing order regarding plans and disclosure statements
**Plan And Disclosure Statement (B320)**

| 01/07/15 | Parrish Jimmy D. | 475.00 | 0.50 | 237.50 |

Review issues regarding combined plan and disclosure procedures.
**Plan And Disclosure Statement (B320)**

| 01/08/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Continue drafting fraudulent transfer complaint against Marc Lowe
**Pleadings (L210)**

| 01/08/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding proposed reorganization in preparation of disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/08/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz and Peter Siddiqui regarding additional modifications made to settlement agreement with Simon Barber and correspondence to Robert Edgeworth regarding same
**Settlement / Nonbinding Adr (L160)**

| 01/08/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise Independent Contractor Agreement for Simon Barber
**Business Operations (B210)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding Baker & Hostetler fee application
**Fee - Employment Application (B160)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Debtors' and Mr. Barber's counsel regarding revised independent contractor agreement for Simon Barber
**Business Operations (B210)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Debtors' counsel regarding stipulation/motion to confer standing to pursue fraudulent transfer actions on the committee
**Avoidance Action Analysis (B180)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members regarding the reservation of rights for amended Katten Muchin fee application
**Meeting And Communication With Creditors (B150)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize revised independent contractor agreement for Simon Barber

**Baker & Hostetler LLP**

**Business Operations (B210)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Prepare reservation of rights for amended Katten Muchin fee application
**Fee - Employment Application (B160)**

| 01/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the reservation of rights for amended Katten Muchin fee application
**Fee - Employment Application (B160)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Manu Kaunish regarding change of address
**Meeting And Communication With Creditors (B150)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding timing for filing of complaint and motion for writ against Lowe in light of standing motion and stipulation
**Avoidance Action Analysis (B180)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Reservation of Rights regarding Katten Muchin fee application and approve same for filing
**Fee - Employment Objections (B170)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding funds available in estate
**Business Operations (B210)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Robert Edgeworth regarding Simon Barber settlement agreement
**Meeting And Communication With Creditors (B150)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review final version of Simon Barber settlement agreement and correspondence to committee regarding review of same
**Settlement / Nonbinding Adr (L160)**

| 01/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Notice and Opportunity for Hearing on Motion and Motion for Stipulated Order Regarding Standing of the Official Committee of Unsecured Creditors and confirm no material changes between versions approved and versions filed
**Written Motions And Submissions (L430)**

| 01/09/15 | Ojeda, Roxane E. | 155.00 | 1.50 | 232.50 |
|---|---|---|---|---|

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Draft detailed correspondence to Ms. McDow regarding revised independent contractor agreement for Simon Barber
**Business Operations (B210)**

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with counsel for Mr. Barber regarding independent contractor agreement
**Business Operations (B210)**

| 01/12/15 | Delaney Michael T. | 385.00 | 5.60 | 2,156.00 |

Continue drafting disclosure statement describing joint plan of reorganization
**Plan And Disclosure Statement (B320)**

| 01/12/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Revise independent contractor agreement per comments provided by counsel for Mr. Barber
**Business Operations (B210)**

| 01/12/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Review docket and relevant pleadings in preparation of procedural and factual background section to disclosure statement describing joint plan of reorganization
**Plan And Disclosure Statement (B320)**

| 01/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Maria Nunez regarding recent services performed by Simon Barber and correspondence to/from Victor Delaglio regarding same
**Meeting And Communication With Creditors (B150)**

| 01/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Robert Edgeworth regarding correspondence inadvertently received from Guido and manner in which to respond to same based on structure of settlement with Simon Barber
**Meeting And Communication With Creditors (B150)**

| 01/13/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft response to correspondence from committee members regarding the independent contractor agreement for Simon Barber and services provided by Simon Barber to date
**Meeting And Communication With Creditors (B150)**

| 01/13/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Finalize independent contractor agreement with Simon Barber and incorporate comments from debtors' counsel and Simon Barber's counsel
**Business Operations (B210)**

| 01/13/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Prepare for and attend conference call with debtors' counsel regarding fraudulent transfer complaint against Marc Lowe
**Avoidance Action Analysis (B180)**

| 01/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review multiple correspondence between debtors' counsel, Simon Barber's counsel, and committee counsel regarding proposed revisions to independent contractor agreement
**Business Operations (B210)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati   Cleveland    Columbus     Costa Mesa   Denver
Houston      Los Angeles  New York     Orlando      Philadelphia Seattle      Washington, DC

| 01/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to Mr. Parrish and Ms. McDow regarding disclosure statement describing joint plan of reorganization
**Plan And Disclosure Statement (B320)**

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Review and anaylze issues regarding plan.
**Plan And Disclosure Statement (B320)**

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and analyze D & O issues.
**Asset Analysis And Recovery (B120)**

| 01/13/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Emails regarding trust assets.
**Asset Analysis And Recovery (B120)**

| 01/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elric Traverv, unsecured creditor of Hashfast, regarding status of case
**Meeting And Communication With Creditors (B150)**

| 01/13/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Review and revise revised complaint against Mark Lowe in light of conference call with counsel for Debtors
**Pleadings (L210)**

| 01/13/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz and Peter Siddiqui regarding modifications to be made to consulting agreement
**Business Operations (B210)**

| 01/13/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Peter Siddiqui and Michael Delaney regarding modifications to be made to Lowe complaint and avoidance action demand letters, and status of plan and disclosure statement
**Avoidance Action Analysis (B180)**

| 01/13/15 | Parrish Jimmy D. | 475.00 | 0.40 | 190.00 |

Review and analyze HashFast plan alternatives.
**Plan And Disclosure Statement (B320)**

| 01/14/15 | Delaney Michael T. | 385.00 | 1.60 | 616.00 |

Finalize motion for writ of attachment regarding the 3000 bitcoin received by Marc Lowe
**Pleadings (L210)**

| 01/14/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Research elements and standards applicable to section 3439.04 claim in preparation of motion for writ of attachment regarding the 3000 Bitcoin received by Marc Lowe
**Avoidance Action Analysis (B180)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 122

01/14/15   Delaney Michael T.                385.00        1.10        423.50

Finalize fraudulent transfer complaint against Marc Lowe to incorporate additional comments from debtors' counsel
**Avoidance Action Analysis (B180)**

01/14/15   Delaney Michael T.                385.00        0.20        77.00

Draft correspondence to debtors' counsel regarding motion for writ of attachment regarding the 3000 Bitcoin received by Marc Lowe and associated complaint
**Avoidance Action Analysis (B180)**

01/14/15   McDow Ashley M.                   0.00         0.00        0.00

Review and further revise Motion for Issuance of Issuance of Right to Attach Order and Writ of Attachment
**Pleadings (L210)**

01/14/15   McDow Ashley M.                 530.00        1.40        742.00

Review and revise Motion for Issuance of Right to Attach Order And Writ of Attachment
**Pleadings (L210)**

01/15/15   Delaney Michael T.               385.00        0.20        77.00

Confer with Ms. McDow regarding the correspondence from committee regarding Simon Barber settlement and independent contractor agreement
**Meeting And Communication With Creditors (B150)**

01/15/15   Delaney Michael T.               385.00        0.40        154.00

Review multiple correspondence from committee regarding Simon Barber settlement and independent contractor agreement
**Meeting And Communication With Creditors (B150)**

01/15/15   Delaney Michael T.               385.00        1.10        423.50

Review and draft detailed response to correspondence from Ms. Nunez regarding the Simon Barber settlement and independent contractor agreement
**Meeting And Communication With Creditors (B150)**

01/15/15   McDow Ashley M.                 530.00        0.20        106.00

Review and analyze Objection of Liquidbits Corporation to Amended First Interim Application for Compensation and Reimbursement of Expenses by Counsel to Official Committee of Unsecured Creditors and Notice of Joinder and Joinder of Gallo Creditors and assess need and ability to respond
**Fee - Employment Objections (B170)**

01/15/15   McDow Ashley M.                 530.00        0.20        106.00

Correspondence to/from Debtors, Debtors' counsel and Liz Green regarding communication received on behalf of Guido Ochoa and potential impact of same on settlement agreement with Simon Barber
**Settlement / Nonbinding Adr (L160)**

01/15/15   McDow Ashley M.                 530.00        0.30        159.00

Conference call with Peter Siddiqui and Victor Delaglio regarding agreement(s) between Debtors', Committee, Simon and/or Guido and effect of same on consulting agreement and agreement(s) with Guido
**Business Operations (B210)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati    Cleveland    Columbus     Costa Mesa   Denver
Houston      Los Angeles  New York      Orlando      Philadelphia  Seattle      Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 09:17:20   Page 359 of 469

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding proposed revisions to the Simon Barber independent contractor agreement
**Business Operations (B210)**

| 01/16/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize detailed correspondence to Ms. Nunez regarding Simon Barber settlement and independent contractor agreement
**Meeting And Communication With Creditors (B150)**

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding objection to amended Baker & Hostetler fee application and preparation of reply to same
**Fee - Employment Application (B160)**

| 01/16/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with debtors' counsel regarding the Simon Barber settlement and independent contractor agreement
**Settlement / Nonbinding Adr (L160)**

| 01/16/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review Liquidbit's objection and Hamilton Hee's joinder to Baker's Fist Interim Fee Application.
**Fee - Employment Application (B160)**

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Pete Siddiqui regarding potential sale of remaining assets
**Asset Disposition (B130)**

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Rob Edgeworth, chair of committee, regarding potential sale of remaining assets of Debtors
**Meeting And Communication With Creditors (B150)**

| 01/16/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Order Granting Application for Admission of Attorney Pro Hac Vice (Ainsely G. Moloney) and ensure internal records are updated appropriately in light of same
**Written Motions And Submissions (L430)**

| 01/16/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Payu Harris regarding potential "buyout" of remaining assets of Hashfast
**Asset Disposition (B130)**

| 01/16/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review correspondence from Peter Siddiqui regarding remaining inventory of Debtors and correspondence to Payu Harris regarding same
**Asset Disposition (B130)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

01/16/15    McDow Ashley M.                    530.00        0.40        212.00

Review invoices to be filed in support of Request for Administrative Claim to be filed in committee chair in order to identify any matters which should be excluded and confer with Jeff Golden, counsel for chair, regarding same
**Fee - Employment Application (B160)**

01/16/15    McDow Ashley M.                    530.00        0.20        106.00

Conference call with Peter Kravitz regarding status of plan and disclosure statement
**Plan And Disclosure Statement (B320)**

01/16/15    McDow Ashley M.                    530.00        0.20        106.00

Review and revise correspondence to be sent to Guido Ochoa regarding independent consulting agreement with Simon Barber and correspondence to/from Peter Siddiqui and Michael Delaney regarding same
**Meeting And Communication With Creditors (B150)**

01/16/15    McDow Ashley M.                    530.00        0.60        318.00

Conference call with Ori Katz regarding negotiations with Guido Ochoa and impact of same on independent consulting agreement
**Business Operations (B210)**

01/20/15    Delaney Michael T.                 385.00        0.40        154.00

Revise response to correspondence from Ms. Nunez regarding the Simon Barber settlement agreement and independent contractor agreement in light of discussion with Ms. McDow.
**Meeting And Communication With Creditors (B150)**

01/20/15    Delaney Michael T.                 385.00        0.20        77.00

Confer with Ms. McDow regarding the proposed response to correspondence from Ms. Nunez regarding the Simon Barber settlement agreement and independent contractor agreement
**Meeting And Communication With Creditors (B150)**

01/20/15    McDow Ashley M.                    530.00        0.20        106.00

Conference call with Jeff Golden regarding time entries which should be excluded from Motion for Approval of Administrative Claim to be filed on behalf of Robert Edgeworth, chair of the committee
**Fee - Employment Application (B160)**

01/20/15    McDow Ashley M.                    530.00        0.20        106.00

Conference call with Rob Edgeworth, chair of committee, regarding need for committee call to discuss Mazacoin "offer"
**Meeting And Communication With Creditors (B150)**

01/21/15    Delaney Michael T.                 385.00        0.50        192.50

Conference call with Ms. McDow and Mr. Parrish regarding plan of liquidation terms and confirmation strategy for same
**Plan And Disclosure Statement (B320)**

01/21/15    McDow Ashley M.                    530.00        0.50        265.00

Conference call with Jimmy Parrish and Michael Delaney regarding content of plan and disclosure statement, including treatment of purportedly priority claims, nomination/appointment of liquidating trustee, and separate classifications

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Plan And Disclosure Statement (B320)**

01/21/15   McDow Ashley M.                    530.00        0.10        53.00
Review Notice of Errata to Notice of Joinder and Joinder of Gallo Creditors in Liquidbits Corp.'s Objection to the Amended First Interim Application For Compensation
**Fee - Employment Objections (B170)**

01/21/15   McDow Ashley M.                    530.00        0.60        318.00
Conference call with Victor Delaglio regarding various information to be included in plan and disclosure statement
**Plan And Disclosure Statement (B320)**

01/21/15   McDow Ashley M.                    530.00        0.20        106.00
Correspondence to/from Peter Kravitz regarding identification of liquidating trustee and cash in hand
**Plan And Disclosure Statement (B320)**

01/21/15   McDow Ashley M.                    530.00        0.20        106.00
Correspondence to/from Robert Edgeworth regarding nature of alleged priority claims
**Meeting And Communication With Creditors (B150)**

01/21/15   Parrish Jimmy D.                     0.00        0.00         0.00
Review issues regarding plan terms.
**Plan And Disclosure Statement (B320)**

01/21/15   Parrish Jimmy D.                   475.00        4.80       2,280.00
Review and revise plan of reorganization.
**Plan And Disclosure Statement (B320)**

01/22/15   Delaney Michael T.                 385.00        0.60        231.00
Confer with Ms. McDow and Mr. Parrish regarding the committee plan of liquidation.
**Plan And Disclosure Statement (B320)**

01/22/15   Delaney Michael T.                 385.00        4.00       1,540.00
Review and revise committee plan of liquidation for Hashfast Technologies and Hashfast
**Plan And Disclosure Statement (B320)**

01/22/15   Delaney Michael T.                 385.00        5.60       2,156.00
Review and revise disclosure statement describing the committee plan of liquidation for Hashfast Technologies and Hashfast
**Plan And Disclosure Statement (B320)**

01/22/15   Delaney Michael T.                 385.00        0.40        154.00
Draft correspondence to debtors' counsel regarding Lowe fraudulent transfer complaint and documentation necessary to complete preference demand letters
**Avoidance Action Analysis (B180)**

01/22/15   Delaney Michael T.                 385.00        0.80        308.00
Prepare motion to approve the disclosure statement describing the committee plan of liquidation for Hashfast Technologies and Hashfast
**Plan And Disclosure Statement (B320)**

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 362 of 469

01/22/15    Farivar, Fahim                    365.00        2.70        985.50

Assist in reviewing and revising the Disclosure Statement describing Plan of Reorganization.
**Plan And Disclosure Statement (B320)**

01/22/15    Farivar, Fahim                    365.00        0.40        146.00

Review the local rules and judge's instruction regarding filing a plan and disclosure statement and confer with Ms. McDow and Mr. Delaney regarding the same.
**Plan And Disclosure Statement (B320)**

01/22/15    McDow Ashley M.                   530.00        0.30        159.00

Conference call with Ori Katz regarding final modifications to be made to consulting agreement and information to be incorporated into the plan and disclosure statement, including nomination of liquidating trustee
**Settlement / Nonbinding Adr (L160)**

01/22/15    McDow Ashley M.                   530.00        4.20        2,226.00

Review and revise plan and disclosure statement and correspondence to/from Jimmy Parrish, Michael Delaney and Elizabeth Green regarding same
**Plan And Disclosure Statement (B320)**

01/22/15    McDow Ashley M.                   530.00        0.30        159.00

Review docket for tentative ruling and review relevant pleadings in preparation for hearings on fee applications of Baker Hostetler and Katten Muchin
**Fee - Employment Application (B160)**

01/22/15    McDow Ashley M.                   530.00        0.30        159.00

Review and analyze Monthly Operating Reports for October, November, and December for each Debtor entity and assess manner in which to incorporate same into plan and disclosure statement
**Plan And Disclosure Statement (B320)**

01/22/15    Parrish Jimmy D.                    0.00        0.00          0.00

Review issues regarding disclosure and plan modifications.
**Plan And Disclosure Statement (B320)**

01/22/15    Parrish Jimmy D.                  475.00        2.20        1,045.00

Review and revise plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

01/23/15    Delaney Michael T.                385.00        0.20         77.00

Draft correspondence to opposing counsel regarding Simon Barber independent contractor agreement
**Business Operations (B210)**

01/23/15    Delaney Michael T.                385.00        0.20         77.00

Draft correspondence to Committee regarding plan and disclosure statement and potential additional causes of action to be included in the same
**Plan And Disclosure Statement (B320)**

01/23/15    Delaney Michael T.                385.00        0.20         77.00

Revise Simon Barber independent contractor agreement to incorporate changes proposed by Committee

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Business Operations (B210)**

01/23/15    Farivar, Fahim                    365.00          0.10          36.50

Telephone conference with chambers regarding available dates for hearing on the disclosure statement and confer with Mr. Delaney regarding the same.
**Plan And Disclosure Statement (B320)**

01/23/15    McDow Ashley M.                   530.00          0.10          53.00

Correspondence to/from Pete Siddiqui regarding valuation of inventory included in Monthly Operating Reports
**Asset Analysis And Recovery (B120)**

01/23/15    McDow Ashley M.                   530.00          0.30          159.00

Conference call with Peter Siddiqui regarding structure and content of plan and disclosure statement, value of remaining inventory, and approach for hearings on fee applications of Baker Hostetler and Katten Muchin
**Plan And Disclosure Statement (B320)**

01/23/15    McDow Ashley M.                   530.00          0.20          106.00

Correspondence to/from Victor Delaglio regarding value of remaining inventory
**Asset Analysis And Recovery (B120)**

01/23/15    McDow Ashley M.                   530.00          0.10          53.00

Correspondence to/from Benjamin Lindner and Sonia Gaeta regarding addresses for debtors and debtor related entities
**Meeting And Communication With Creditors (B150)**

01/23/15    McDow Ashley M.                   530.00          0.20          106.00

Conference call with Payu Harris regarding potential purchase of Debtors as a "going concern"
**Asset Disposition (B130)**

01/23/15    McDow Ashley M.                   530.00          1.10          583.00

Telephonically attend hearings on fee applications for Baker Hostetler and Katten Muchin
**Trial And Hearing Attendance (L450)**

01/26/15    Delaney Michael T.                385.00          0.30          115.50

Confer with Ms. McDow regarding the incorporation of potential additional cause(s) of action identified by Mr. Cavion into the consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

01/26/15    Delaney Michael T.                385.00          0.10          38.50

Review correspondence from Mr. Cavion regarding potential additional cause(s) of action possessed by estate.
**Plan And Disclosure Statement (B320)**

01/27/15    McDow Ashley M.                   530.00          0.30          159.00

Review final versions of Independent Consulting Agreement and Settlement Agreement between Simon Barber, the Debtors and the Committee and correspondence to committee regarding same
**Business Operations (B210)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 128

| | | | | | |
|---|---|---|---|---|---|
| 01/27/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 | |

Review Order Establishing Procedures for Disclosure Statement Hearing and Confirmation Hearing and identify obligations and responsibilities contained therein
**Plan And Disclosure Statement (B320)**

| 01/27/15 | Ojeda, Roxane E. | 155.00 | 2.10 | 325.50 |
|---|---|---|---|---|

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 01/28/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Ori Katz regarding status of executed settlement agreement and independent consulting agreement and correspondence to/from Rob Edgeworth regarding same
**Settlement / Nonbinding Adr (L160)**

| 01/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Steven Gubner regarding potential special litigation counsel for liquidating trustee
**Experts / Consultants (L130)**

| 01/28/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Prepare Order Approving in Part and Deferring in Part Application of Baker Hostetler for Fees and Expenses
**Fee - Employment Application (B160)**

| 01/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Telephone call to Peter Kravitz regarding potential special litigation counsel for liquidating trustee
**Case Administration (B110)**

| 01/29/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Draft responses to multiple correspondence from Mr. Cavion regarding potential causes of action for inclusion in consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/29/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |
|---|---|---|---|---|

Continue drafting consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui regarding back-up documentation needed to proceed forward with various litigation
**Asset Analysis And Recovery (B120)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Prepare agenda for committee call
**Meeting And Communication With Creditors (B150)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference call with Peter Kravitz regarding modifications to be made to plan and disclosure statement, payment(s) to be made on account of various administrative actions, and potential candidates for special litigation counsel for the liquidating trustee

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 365 of 469

**Plan And Disclosure Statement (B320)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Robert Edgeworth and Davide Cavion regarding committee call to discuss potential claims belonging to the estate
**Meeting And Communication With Creditors (B150)**

| 01/29/15 | McDow Ashley M. | 530.00 | 2.20 | 1,166.00 |

Review plan and disclosure statement and identify changes to be made in plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz regarding modifications to be made to Independent Consulting Agreement
**Business Operations (B210)**

| 01/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Bob Smith regarding scope of assets sold to Guido Ochoa
**Meeting And Communication With Creditors (B150)**

| 01/30/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee regarding the consolidated plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

| 01/30/15 | Delaney Michael T. | 385.00 | 4.50 | 1,732.50 |

Continue preparing consolidated plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

| 01/30/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Ms. McDow regarding the terms of the consolidated plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Willem van Rooyen regarding litigation analysis
**Meeting And Communication With Creditors (B150)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Peter Siddiqui regarding oppositions filed by Liquidbits, Gallo, and the UST and manner in which to proceed in light of same
**Analysis / Strategy (L120)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and analyze Opposition to Motion for Stipulated Order Regarding Standing of Committee filed by Liquidbits and Joinder of Ray Gallo and assess appropriate manner in which to respond
**Pleadings (L210)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review United States Trustee's Objection to Debtors' Motion for Stipulated Order Regarding Standing of Committee and identify factual inaccuracies therein to be addressed in the event a reply is filed
**Pleadings (L210)**

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/30/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz regarding submission of executed Independent Consulting Agreement and settlement agreement
**Settlement / Nonbinding Adr (L160)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference calls with and correspondence to/from Ron Oliner regarding potential retention as special litigation counsel to pursue claims/causes of action on behalf of Committee and/or Liquidating Trustee
**Avoidance Action Analysis (B180)**

| 01/30/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Finish review of previous plan and disclosure statement and identification of modifications to be made to same.
**Plan And Disclosure Statement (B320)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review letter from Bailey Cavalieri regarding D&O policy coverage and confer with Elizabeth Green regarding implications of same
**Asset Analysis And Recovery (B120)**

| 01/30/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Committee call to discuss potential claims and causes of action to be pursued by Committee and/or Liquidating Trustee
**Meeting And Communication With Creditors (B150)**

| 02/02/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Confer with Ms. McDow and Mr. Edgeworth regarding the consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/02/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize motion for tentative approval of consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/02/15 | Delaney Michael T. | 385.00 | 9.40 | 3,619.00 |

Assist in finalizing consolidated plan and disclosure statement and prepare same for filing
**Plan And Disclosure Statement (B320)**

| 02/02/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |

Analyze schedules and claim register in preparation of consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/02/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Review and revise liquidation analysis for consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/02/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Prepare exhibits to consolidated plan and disclosure statement for filing
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 367 of 469

02/02/15   Farivar, Fahim          0.00        0.00        0.00

Review and analysis of plan and disclosure statement for preparing exhibits in support of.
**Plan And Disclosure Statement (B320)**

02/02/15   Farivar, Fahim      365.00     1.80     657.00

Continue preparing and updating the plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/02/15   Farivar, Fahim      365.00     1.70     620.50

Prepare liquidation analysis in support of the plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/02/15   Farivar, Fahim      365.00     0.30     109.50

Telephone conference with Mr. Kravitz regarding plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/02/15   Farivar, Fahim      365.00     0.40     146.00

Confer with Ms. McDow regarding the plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/02/15   Farivar, Fahim      365.00     0.50     182.50

Research case law regarding identification on discussion of causes of action which the debtor might pursue under Bankruptcy Code or other applicable law for preparation plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/02/15   McDow Ashley M.     530.00     4.30   2,279.00

Review, revise and finalize amended Plan and Disclosure Statement and confer with Robert Edgeworth regarding same
**Plan And Disclosure Statement (B320)**

02/02/15   McDow Ashley M.     530.00     0.30     159.00

Conference call with Victor Delaglio and Fahim Farivar regarding information needed to complete liquidation analysis
**Plan And Disclosure Statement (B320)**

02/02/15   McDow Ashley M.     530.00     0.20     106.00

Confer with Fahim Farivar regarding content of exhibits to amended plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/02/15   McDow Ashley M.     530.00     0.40     212.00

Conference call with Michael Kasolas and Michael Delaney regarding logistics of liquidating trust to be included in Amended Plan and Disclosure Statement
**Plan And Disclosure Statement (B320)**

02/02/15   McDow Ashley M.     530.00     0.10     53.00

Review entered Order on Official Committee of Unsecured Creditors Amended Application for Fees and Reimbursement of Expenses and correspondence to Debtor regarding same
**Fee - Employment Application (B160)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | | |
|---|---|---|---|---|---|
| 02/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 | |

Review and revise proof of service for consolidated plan and disclosure statement and motion for tentative approval of the same
**Plan And Disclosure Statement (B320)**

| 02/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ron Oliner regarding potential retention as special litigation counsel for the Committee and/or the Hashfast Liquidating Trust
**Experts / Consultants (L130)**

| 02/03/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui and Peter Kravitz regarding filing and prosecution of Lowe complaint and related motion
**Avoidance Action Analysis (B180)**

| 02/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Willem van Rooyen and Caroline Djang regarding particulars of plan and disclosure statement
**Meeting And Communication With Creditors (B150)**

| 02/03/15 | Ojeda, Roxane E. | 155.00 | 0.90 | 139.50 |
|---|---|---|---|---|

Continue Preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 02/04/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the notice of hearing on consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/04/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Draft notice of hearing on consolidated plan and disclosure statement and prepare same for filing
**Plan And Disclosure Statement (B320)**

| 02/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review Notice of Hearing on the Tentative Approval of the Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies and Hashfast LLC and approve same for filing
**Plan And Disclosure Statement (B320)**

| 02/04/15 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |
|---|---|---|---|---|

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 02/05/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the status of the preference demand letters and back up information regarding the same.
**Avoidance Action Analysis (B180)**

| 02/05/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |
|---|---|---|---|---|

Correspond with Ms. Easter and Ms. Demby from Province firm regarding back up information needed to complete the preference demand letters.

**Baker & Hostetler LLP**

**Avoidance Action Analysis (B180)**

| 02/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Follow up correspondence to Caroline Djang and Willem van Rooyen regarding composition of liquidating trust
**Meeting And Communication With Creditors (B150)**

| 02/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Notice of Withdrawal of Motion for Stipulated Order and correspondence to Jessica Mickelson regarding modifications to be made to same
**Pleadings (L210)**

| 02/05/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Continue preparing deposition summary of Eduardo De Castro
**Depositions (L330)**

| 02/09/15 | Layden Andrew V. | 310.00 | 4.10 | 1,271.00 |

Review and analyze issues regarding potential breach of fiduciary duty claim and other claims against D&O of debtors.
**Asset Analysis And Recovery (B120)**

| 02/09/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference calls with Michael Kasolas regarding hearing on conditional approval of disclosure statement, potential attendance at same, business operations of company, and potential assets of Debtors
**Case Administration (B110)**

| 02/09/15 | Payne Tiffany D. | 380.00 | 0.50 | 190.00 |

Review and analyze portions of D&O Policy.
**Asset Analysis And Recovery (B120)**

| 02/09/15 | Townsend Wendy C. | 395.00 | 0.50 | 197.50 |

Meeting with Ms. Green and Mr. Layden regarding potential D & O complaint and issues related thereto.
**Asset Analysis And Recovery (B120)**

| 02/10/15 | Delaney Michael T. | 385.00 | 1.00 | 385.00 |

Revise Lowe fraudulent transfer complaint and motion for writ of attachment to incorporate debtors' proposed revisions
**Analysis / Strategy (L120)**

| 02/10/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Confer with Mr. Layden regarding insider/E&O insurance claims
**Asset Analysis And Recovery (B120)**

| 02/10/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from debtors' counsel regarding Lowe fraudulent transfer complaint
**Avoidance Action Analysis (B180)**

| 02/10/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to chambers regarding disclosure statement hearing

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 370 of 469

**Plan And Disclosure Statement (B320)**

02/10/15   Green Elizabeth A.       550.00     0.60     330.00

Telephone call with Peter Siddiqui regarding plan.
**Plan And Disclosure Statement (B320)**

02/10/15   Layden Andrew V.        0.00     0.00       0.00

Review and analyze deposition testimony and relevant documents regarding potential breach of fiduciary duty claim in order to identify potential claims against D&O of debtors.
**Asset Analysis And Recovery (B120)**

02/10/15   Townsend Wendy C.     395.00     1.60     632.00

Begin reviewing and analyzing deposition transcript of Simon Barber in preparation of D & O Complaint.
**Depositions (L330)**

02/10/15   Townsend Wendy C.     395.00     0.50     197.50

Telephone conference with Mr. Delaney regarding facts relevant to D & O complaint to be drafted.
**Asset Analysis And Recovery (B120)**

02/10/15   Townsend Wendy C.     395.00     0.20      79.00

Confer with Mr. Layden regarding preparation of D & O complaint.
**Asset Analysis And Recovery (B120)**

02/11/15   Layden Andrew V.      310.00     7.80   2,418.00

Continue review and analysis of deposition testimony and relevant documents in order to identify potential breach of fiduciary duty claim and other claims against D&O of debtors.
**Asset Analysis And Recovery (B120)**

02/11/15   Townsend Wendy C.     395.00     0.20      79.00

Telephone conference with Ms. Green and Mr. Layden regarding issues raised upon review of depositions and D & O Policy in anticipation of drafting D & O complaint.
**Asset Analysis And Recovery (B120)**

02/11/15   Townsend Wendy C.     395.00     1.40     553.00

Continue reviewing and analyzing Simon Barber deposition and meeting with Mr. Layden regarding same.
**Asset Analysis And Recovery (B120)**

02/11/15   Townsend Wendy C.     395.00     0.50     197.50

Telephone conference with Andrew Layden and Mr. Delaney regarding issues raised upon review of depositions and D & O Policy in anticipation of drafting complaint.
**Asset Analysis And Recovery (B120)**

02/12/15   Delaney Michael T.      385.00     0.30     115.50

Evaluate nature and slope of potential avoidance actions in preparation of redline consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/12/15   Delaney Michael T.      385.00     0.50     192.50

Analyze United States Trustee objection to consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

**Baker&Hostetler LLP**

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 371 of 469

| 02/12/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow and Ms. Green regarding the preparation of a redline consolidated plan and disclosure statement to address objections asserted by United States Trustee and Liquidbits Corporation
**Plan And Disclosure Statement (B320)**

| 02/12/15 | Green Elizabeth A. | 550.00 | 1.30 | 715.00 |

Conferences with Ashley McDow regarding Disclosure Statement and confirmation issues.
**Plan And Disclosure Statement (B320)**

| 02/12/15 | Layden Andrew V. | 310.00 | 3.60 | 1,116.00 |

Continue review of deposition testimony and relevant documents in order to identify potential breach of fiduciary duty claim and other claims against D&O of debtors.
**Asset Analysis And Recovery (B120)**

| 02/12/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Conference call with Pete Siddiqui, Chris Sullivan, and Elizabeth Green regarding objection(s) of Liquidbits to Consolidated Plan and Disclosure Statement filed by Committee
**Plan And Disclosure Statement (B320)**

| 02/12/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Confer with Elizabeth Green regarding modifications to be made to Consolidated Plan and Disclosure Statement in light of discussions with counsel for Debtors and Liquidbits
**Plan And Disclosure Statement (B320)**

| 02/12/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Review and analyze D & O Policy and analyze potential causes of action arising therefrom.
**Asset Analysis And Recovery (B120)**

| 02/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with United States Trustee regarding the motion to convert bankruptcy case to chapter 7 and potential resolution of the same
**Written Motions And Submissions (L430)**

| 02/13/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Review and analyze United States Trustee motion to convert bankruptcy case to chapter 7 and confer with UST regarding potential resolution of same.
**Written Motions And Submissions (L430)**

| 02/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow regarding proposed revisions to the consolidated plan and disclosure statement to be made to address objections of the United States Trustee and Liquidbits Corporation
**Plan And Disclosure Statement (B320)**

| 02/13/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Begin drafting summary of potential litigation in preparation of the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/17/17    Entered: 01/13/17 19:17:20    Page 372 of 469

02/13/15 Delaney Michael T.     385.00     1.90     731.50

Begin drafting amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/13/15 Delaney Michael T.     385.00     0.40     154.00

Review and revise liquidation analysis in preparation of the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/13/15 Farivar, Fahim     365.00     0.90     328.50

Update the liquidation analysis in order to incorporate proposed revisions of Mr. Delaney..
**Plan And Disclosure Statement (B320)**

02/13/15 Farivar, Fahim     365.00     0.70     255.50

Review SOFA and review, revise, and update chart of potential preferential transfers to be incorporated into the amended plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/13/15 Green Elizabeth A.     550.00     0.90     495.00

Conference with Michael Delaney regarding issues related to Disclosure Statement, objection of United States Trustee and modifications to be made to Disclosure Statement in light of same.
**Plan And Disclosure Statement (B320)**

02/13/15 Layden Andrew V.     310.00     2.50     775.00

Prepare timeline of events in order to .
**Asset Analysis And Recovery (B120)**

02/13/15 McDow Ashley M.     530.00     0.10     53.00

Conference call with Jeff Golden regarding amount of administrative claim(s) for Robert Edgeworth, chair of committee, for purposes of including same in redlined plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/13/15 McDow Ashley M.     530.00     0.20     106.00

Correspondence to/from Debtors and Debtors' counsel regarding total accrued and estimated administrative claims
**Plan And Disclosure Statement (B320)**

02/13/15 McDow Ashley M.     530.00     0.30     159.00

Conference calls with and correspondence to/from Robert Edgeworth, chair of committee, regarding value of claim(s) (and breakdown thereof) for Liquidbits and Uniquify, among others
**Avoidance Action Analysis (B180)**

02/13/15 McDow Ashley M.     530.00     1.20     636.00

Conference calls with Michael Delaney regarding modifications to be made to Consolidated Plan and Disclosure Statement, in light of discussions with Julie Glosson in particular
**Plan And Disclosure Statement (B320)**

02/13/15 Ojeda, Roxane E.     155.00     1.30     201.50

Review Statement of Financial Affairs and compile chart regarding potential avoidence actions.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 373 of 469

**Plan And Disclosure Statement (B320)**

02/14/15   Delaney Michael T.      385.00     0.60     231.00

Continue drafting amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/14/15   Delaney Michael T.      385.00     0.10     38.50

Draft correspondence to committee regarding the amended consolidated plan and disclosure statement
**Meeting And Communication With Creditors (B150)**

02/14/15   Delaney Michael T.      385.00     0.20     77.00

Confer with Ms. McDow regarding administrative expenses to be included in the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/14/15   Delaney Michael T.      385.00     0.10     38.50

Draft correspondence to the United States Trustee regarding the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/16/15   Delaney Michael T.      385.00     0.60     231.00

Draft notice of filing redline of amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/16/15   Delaney Michael T.      385.00     1.10     423.50

Finalize amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/16/15   Delaney Michael T.      385.00     0.50     192.50

Review exhibits to amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/16/15   Delaney Michael T.      385.00     0.30     115.50

Prepare exhibits for Lowe fraudulent transfer complaint
**Pleadings (L210)**

02/16/15   Delaney Michael T.      385.00     0.30     115.50

Confer with Ms. McDow and debtor's counsel regarding the exhibits for Lowe fraudulent transfer complaint
**Pleadings (L210)**

02/16/15   Farivar, Fahim      365.00     0.50     182.50

Confer with Mr. Delaney regarding the amended plan and disclosure statement and update the liquidation analysis in light of same.
**Plan And Disclosure Statement (B320)**

02/16/15   Farivar, Fahim      365.00     0.70     255.50

Compile exhibits in support of the amended plan and disclosure statement to be submitted.
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 374 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

02/16/15    Farivar, Fahim                    365.00    1.80    657.00
Finalize the complaint and the motion for the issuance of a right to attach order and writ of attachment as to certain Bitcoin fraudulently transferred to Marc. A. Lowe, compile exhibits in support of same, and several correspondence to/from Mr. Delaney, Ms. Mcdow, and Mr. Siduqqi regarding the same.
**Pleadings (L210)**

02/16/15    Green Elizabeth A.                550.00    0.90    495.00
Review and analyze redline of Plea and Disclosure Statement.
**Plan And Disclosure Statement (B320)**

02/16/15    Layden Andrew V.                  310.00    1.80    558.00
Continue drafting timeline of events in order to assess D & O claim to be asserted.
**Asset Analysis And Recovery (B120)**

02/16/15    McDow Ashley M.                   530.00    0.90    477.00
Review and revise revised version of plan and disclosure statement and confer with Michael Delaney regarding remaining modifications to be made to same prior to filing
**Plan And Disclosure Statement (B320)**

02/16/15    McDow Ashley M.                   530.00    0.40    212.00
Review redlined version of Motion for Issuance of Right to Attach Order to be filed against Mark Lowe (complete with changes proposed by Debtors) and correspondence to/from Peter Siddiqui regarding "final" modifications to be made to same
**Pleadings (L210)**

02/16/15    McDow Ashley M.                   530.00    1.20    636.00
Review calendar for tentative ruling and review and analyze relevant pleadings, including plan and disclosure statement and objections thereto, in preparation for hearing seeking conditional approval of Consolidation Plan and Disclosure Statement
**Plan And Disclosure Statement (B320)**

02/16/15    McDow Ashley M.                   530.00    0.30    159.00
Review redlined version of complaint to be filed against Mark Lowe (complete with changes proposed by Debtors) and correspondence to/from Peter Siddiqui regarding "final" modifications to be made to same
**Pleadings (L210)**

02/17/15    Delaney Michael T.                385.00    0.30    115.50
Review and draft response to correspondence from debtors' counsel regarding amount of Baker administrative claim to be included in monthly operating reports
**Business Operations (B210)**

02/17/15    Delaney Michael T.                385.00    0.50    192.50
Confer with Ms. McDow regarding amended consolidated plan and disclosure statement and exhibits to same in preparation for hearing on same
**Plan And Disclosure Statement (B320)**

02/17/15    Green Elizabeth A.                550.00    0.50    275.00
Review and analyze issues regarding hearing on disclosure statement.
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston      Los Angeles  New York      Orlando      Philadelphia  Seattle       Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 09:17:20    Page 375 of 469

| 02/17/15 | Green Elizabeth A. | 550.00 | 0.20 | 110.00 |

Emails to Peter Siddiqui regarding Lowe complaint.
**Avoidance Action Analysis (B180)**

| 02/17/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Telephone call with Peter Siddiqui regarding disclosure statement issues.
**Plan And Disclosure Statement (B320)**

| 02/17/15 | Layden Andrew V. | 310.00 | 1.80 | 558.00 |

Research applicable legal standard for potential D & O claims under California law.
**Researching Laws (C200)**

| 02/17/15 | McDow Ashley M. | 530.00 | 3.30 | 1,749.00 |

Travel to and attend hearing on conditional approval of plan and disclosure statement
**Trial And Hearing Attendance (L450)**

| 02/17/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Robert Edgeworth, chair of committee, regarding results of hearing and amendments to Consolidated Plan and Disclosure Statement to be made in light of same
**Meeting And Communication With Creditors (B150)**

| 02/17/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz regarding treatment of Simon Barber claim in amended Consolidated Plan and Disclosure Statement and correspondence to/from Michael Delaney regarding same
**Plan And Disclosure Statement (B320)**

| 02/17/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Michael Delaney regarding results of hearing and amendments to Consolidated Plan and Disclosure Statement to be made in light of same
**Plan And Disclosure Statement (B320)**

| 02/17/15 | Townsend Wendy C. | 395.00 | 0.40 | 158.00 |

Confer with Mr. Layden regarding specific content of D & O Complaint to be drafted.
**Analysis / Strategy (L120)**

| 02/18/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Confer with Ms. McDow regarding preparation of the amended plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

| 02/18/15 | Layden Andrew V. | 310.00 | 3.10 | 961.00 |

Continue research of legal standard for potential claims against Debtors' insiders under California law.
**Researching Laws (C200)**

| 02/18/15 | Ojeda, Roxane E. | 155.00 | 1.00 | 155.00 |

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

# Baker & Hostetler LLP

Case: 14-30725　Doc# 520　Filed: 01/17/17　Entered: 01/13/17 19:17:20　Page 376 of 469

| 02/19/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review billing statements in preparation of correspondence to debtors' counsel regarding administrative expenses of committee to be included in monthly operating reports
**Business Operations (B210)**

| 02/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to debtors' counsel regarding administrative expenses of committee to be included in monthly operating reports
**Business Operations (B210)**

| 02/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence regarding proposed directors and officers complaint
**Written Motions And Submissions (L430)**

| 02/19/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |

Correspond with Ms. Greene regarding content of amended plan and disclosure statement and Liquidating Trust Agreement.
**Plan And Disclosure Statement (B320)**

| 02/19/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |

Conference call with Victor Delagio regarding potential claims against Debtors' insiders and analyze issues raised during call.
**Asset Analysis And Recovery (B120)**

| 02/19/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Review and analyze documents received from Victor Delagio relating to formation and operation of debtor in order to identify potential alegations to be included in D & O complaint.
**Asset Analysis And Recovery (B120)**

| 02/19/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Conference call with Ashley McDow regarding potential claims against Debtors' insiders and analyze issues raised during call.
**Asset Analysis And Recovery (B120)**

| 02/19/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Continue preparing deposition summary of Eduardo De Castro.
**Depositions (L330)**

| 02/19/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Review issues with Mr. Layden.
**Analysis / Strategy (L120)**

| 02/19/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Receipt and review of correspondence from Mr. Layden regarding additional documents needed to prepare D & O complaint and receipt and review of Mr. Delaney's response to same.
**Asset Analysis And Recovery (B120)**

| 02/20/15 | Ojeda, Roxane E. | 155.00 | 4.00 | 620.00 |

Begin drafting deposition summary of Simon Barber - 2004 Examination.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Depositions (L330)**

02/23/15    Delaney Michael T.                385.00        1.50        577.50

Prepare table of creditors fto be included in amended consolidated plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/23/15    Delaney Michael T.                0.00         0.00         0.00

Review claims register in preparation of table of creditors for revised consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/23/15    Delaney Michael T.                385.00        0.20        77.00

Draft correspondence to debtors' counsel regarding executory contracts to be assumed by and through amended plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/23/15    Delaney Michael T.                385.00        0.70        269.50

Analyze audio recording of hearing transcript in preparation of revised plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

02/23/15    Delaney Michael T.                385.00        1.30        500.50

Begin drafting revised consolidated plan and disclosure statement to incorporate changes required by the Court.
**Plan And Disclosure Statement (B320)**

02/23/15    Layden Andrew V.                  310.00        4.30        1,333.00

Continue researching basis for Committee's claims against Debtor's directors and officers under California law.
**Researching Laws (C200)**

02/23/15    Ojeda, Roxane E.                  155.00        1.00        155.00

Finalize deposition summary of Eduardo De Castro.
**Depositions (L330)**

02/24/15    Delaney Michael T.                385.00        0.30        115.50

Draft further correspondence to debtors' counsel regarding the outstanding executory contracts and cash on hand to be included in the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/24/15    Delaney Michael T.                385.00        0.20        77.00

Draft correspondence to committee members to schedule conference call to discuss the amended consolidated plan and disclosure statement
**Meeting And Communication With Creditors (B150)**

02/24/15    Delaney Michael T.                385.00        3.50        1,347.50

Continue drafting the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston      Los Angeles  New York      Orlando      Philadelphia  Seattle       Washington, DC

02/24/15 Delaney Michael T. 385.00 0.20 77.00

Telephone call to Mr. Kasolas regarding the compensation for the liquidating trustee under the revised consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/24/15 Delaney Michael T. 385.00 2.30 885.50

Begin drafting tables of claims against the estate to be included in the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/24/15 Farivar, Fahim 365.00 1.90 693.50

Update claim analysis, prepare and update list of unsecured claims and priority claims in support of the amendedPlan and Disclosure Statement.
**Plan And Disclosure Statement (B320)**

02/24/15 Farivar, Fahim 365.00 2.90 1,058.50

Prepare liquidating trust agreement in support of the amended Plan and Disclosure Statement.
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 5.80 2,233.00

Finalize the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 1.80 693.00

Review and revise Hashfast Creditor Trust agreement to be included in amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 0.50 192.50

Review and revise the liquidation analysis to be included in amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 1.20 462.00

Prepare for and attend committee call regarding amended consolidated plan and disclosure statement
**Meeting And Communication With Creditors (B150)**

02/25/15 Delaney Michael T. 385.00 0.60 231.00

Confer with Ms. Green and Mr. Parrish regarding the treatment of priority unsecured creditors and creation of voting class for the same for inclusion in the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 1.80 693.00

Finalize tables regarding the claims against the estate to be included in the amended consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

02/25/15 Delaney Michael T. 385.00 0.50 192.50

Review and revise litigation chart to be included in amended consolidated plan and disclosure statement

**Baker & Hostetler LLP**

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 379 of 469

**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    365.00      1.00      365.00

Finalize the liquidation analysis to be included in support of the amended Plan and Disclosure Statement.
**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    365.00      0.60      219.00

Update chart of potential avoidance action to be included in amended Plan and Disclosure Statement and confer with Michael Delaney regarding same.
**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    0.00      0.00      0.00

Continue revising and updating the liquidation analysis in support of the Plan and Disclosure Statement.
**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    0.00      0.00      0.00

Confer with Mr. Delaney regarding preparing the plan and disclosure statement, chart of preferences, and liquidation analysis.
**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    365.00      2.20      803.00

Revise and update the charts of claims and litigation to be incuded in the amended in the Plan and Disclosure Statement and confer with Mr. Delaney regarding the same.
**Plan And Disclosure Statement (B320)**

02/25/15   Farivar, Fahim                    365.00      2.40      876.00

Review, revise and update Liquidating Trust Agreement in order to incorporate suggestions of Mr. Delaney.
**Plan And Disclosure Statement (B320)**

02/25/15   Green Elizabeth A.                550.00      0.80      440.00

Review and analyze issues regarding liquidating trust.
**Plan And Disclosure Statement (B320)**

02/25/15   Green Elizabeth A.                550.00      0.80      440.00

Conference call with Mike Delaney regarding content of plan and disclosure statement and revisions to be made to same.
**Plan And Disclosure Statement (B320)**

02/25/15   Green Elizabeth A.                550.00      0.80      440.00

Review and analyze claims for issues related to objections.
**Claims And Plan (B300)**

02/25/15   Green Elizabeth A.                550.00      0.50      275.00

Conference call with Peter Siddiqui regarding liqidating trust.
**Plan And Disclosure Statement (B320)**

02/25/15   McDow Ashley M.                   530.00      0.90      477.00

Committee call regarding amended plan and disclosure statement and revisiting differences between Chapter 7 and Chapter 11
**Meeting And Communication With Creditors (B150)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/25/15 | McDow Ashley M. | 530.00 | 1.70 | 901.00 |

Review and revise amended consolidated plan and disclosure statement and confer with Elizabeth Green, Michael Delaney and Robert Edgeworth regarding additional modifications to be made to same
**Plan And Disclosure Statement (B320)**

| 02/25/15 | Parrish Jimmy D. | 475.00 | 0.50 | 237.50 |

Analyze priority claim treatment alternatives.
**Claims And Plan (B300)**

| 02/25/15 | Parrish Jimmy D. | 475.00 | 0.90 | 427.50 |

Review and revise amended plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

| 02/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review proof of service for February 25, 2015 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Draft notice of filing of redline comparison for February 25, 2015 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Mr. Kasolas regarding the proposed Hashfast Creditor Trust agreement and the February 25, 2015 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

| 02/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from debtors' counsel regarding January 2015 fees and expenses for Baker Hostetler
**Business Operations (B210)**

| 02/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review invoice and work in progress statement in preparation of the response to correspondence from debtors' counsel regarding January 2015 fees and expenses for Baker Hostetler
**Business Operations (B210)**

| 02/26/15 | Parrish Jimmy D. | 475.00 | 0.30 | 142.50 |

Confer with Mr. Siddiqui regarding priority claim treatment.
**Claims And Plan (B300)**

| 02/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Draft correspondence to debtors' counsel regarding debtors' opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee to coordinate responses
**Written Motions And Submissions (L430)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

02/27/15 Delaney Michael T. 385.00 0.50 192.50

Correspondence to/from and confer with debtors' counsel regarding debtors' opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee in order to coordinate responses
**Pleadings (L210)**

02/27/15 Delaney Michael T. 385.00 3.20 1,232.00

Draft opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee
**Written Motions And Submissions (L430)**

02/27/15 Delaney Michael T. 385.00 0.90 346.50

Review and analyze United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee in preparation of opposition to same
**Pleadings (L210)**

02/27/15 Delaney Michael T. 385.00 0.20 77.00

Draft correspondence to the committee members regarding the opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee
**Meeting And Communication With Creditors (B150)**

02/27/15 Delaney Michael T. 385.00 0.30 115.50

Review committee bylaws to determine the requisite vote necessary to approve the filing of the opposition to United States Trustee motion to convert the bankruptcy cases to cases under chapter 7 or appoint chapter 11 trustee
**Case Administration (B110)**

02/27/15 Layden Andrew V. 310.00 4.30 1,333.00

Begin drafting D & O complaint.
**Pleadings (L210)**

02/27/15 McDow Ashley M. 530.00 0.40 212.00

Review and revise Opposition of Motion of United States Trustee to convert and correspondence to/from Michael Delaney and Robert Edgeworth regarding same
**Pleadings (L210)**

03/02/15 Delaney Michael T. 0.00 0.00 0.00

Draft correspondence to Ms. McDow and Ms. Green regarding the telephone call to United States Trustee regarding disposition of motion to convert
**Pleadings (L210)**

03/02/15 Delaney Michael T. 385.00 0.30 115.50

Telephone call to United States Trustee regarding disposition of motion to convert and correspondence to Ms. McDow and Ms. Green regarding same.
**Pleadings (L210)**

03/02/15 Layden Andrew V. 310.00 7.30 2,263.00

Continue drafting D & O complaint
**Pleadings (L210)**

## Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 382 of 469

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Order Allowing Reimbursement of Expenses of Koi Systems Petitioning Creditor and Member of the Committee, Memorandum of Points and Authorities and Declaration of Robert Edgeworth in support thereof and assess manner in which to respond, if at all
**Pleadings (L210)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Ori Katz regarding settlement payment from Simon Barber
**Settlement / Nonbinding Adr (L160)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Prepare Notice of Appearance and Request for Notice in adversary proceeding against Mark Lowe
**Pleadings (L210)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Approval of Compromise With Hypertechnologie Ciara, Inc. and Declaration of Peter Kravitz and Settlement Agreement in support thereof, and assess need to object based on scope of releases
**Pleadings (L210)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Michael Kasolas regarding attendance at upcoming hearing
**Trial And Hearing Attendance (L450)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and analyze Monthly Operating Reports for Hashfast LLC and Hashfast Technologies LLC for November and December 2014
**Written Motions And Submissions (L430)**

| 03/02/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review Motion for Issuance of Right to Attach Order and Writ of Attachment and confirm entirety of information is contained therein
**Pleadings (L210)**

| 03/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call to United States Trustee regarding resolution of motion to convert and disclosure statement hearing
**Pleadings (L210)**

| 03/03/15 | Layden Andrew V. | 310.00 | 5.40 | 1,674.00 |

Continue drafting D & O Complaint.
**Pleadings (L210)**

| 03/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Robert Edgeworth, chair of committee, regarding manner in which committee should respond to Motion to Approve settlement with Hypertechnologie Ciara, Inc.
**Meeting And Communication With Creditors (B150)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 383 of 469

| 03/03/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review and analyze January monthly operating reports for Debtors and correspondence to/from Debtors regarding specific content of same
**Written Motions And Submissions (L430)**

| 03/03/15 | Townsend Wendy C. | 395.00 | 0.70 | 276.50 |
|---|---|---|---|---|

Review and revise D & O complaint and identify additional potential causes of action to be included in same.
**Pleadings (L210)**

| 03/04/15 | Bator Chris | 430.00 | 0.40 | 172.00 |
|---|---|---|---|---|

Telephone conference with Mr. Layden regarding facts necessary to be included in complaint in order to trigger D & O coverage.
**Asset Analysis And Recovery (B120)**

| 03/04/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to the United States Trustee regarding the disposition of the motion to convert and schedule for the disclosure statement hearing
**Written Motions And Submissions (L430)**

| 03/04/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |
|---|---|---|---|---|

Telephone conference with Mr. Bator regarding information to be included in D&O complaint and issues regarding same.
**Pleadings (L210)**

| 03/04/15 | Layden Andrew V. | 310.00 | 2.50 | 775.00 |
|---|---|---|---|---|

Revise D & O complaint to incorporate revisions suffested by Ms. Townsend and Mr. Bator.
**Pleadings (L210)**

| 03/04/15 | Ojeda, Roxane E. | 155.00 | 1.30 | 201.50 |
|---|---|---|---|---|

Continue preparing deposition summary of Simon Barber.
**Depositions (L330)**

| 03/04/15 | Townsend Wendy C. | 395.00 | 0.60 | 237.00 |
|---|---|---|---|---|

Review and revise revised version of D & O Complaint and meeting with Andrew Layden regarding manner in which to address failure to fulfill orders in same.
**Pleadings (L210)**

| 03/04/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Meeting with Mr. Layden to discuss facts regarding failure to fulfill orders.
**Other (P280)**

| 03/05/15 | Bator Chris | 430.00 | 2.20 | 946.00 |
|---|---|---|---|---|

Review and analysis of the draft complaint against Eduardo DeCastro and Simon Barber, the Scottsdale Insurance Company D&O policy issued to HashFast, exhibits to the draft complaint, and time line in order to identify potential coverage issues under the D&O policy with respect to the claims alleged in the draft complaint.
**Pleadings (L210)**

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 384 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 148

| 03/05/15 | Bator Chris | 430.00 | 0.70 | 301.00 |

Detailed email message to Mr. Layden identifying the potential coverage issues.
**Asset Analysis And Recovery (B120)**

| 03/05/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Ms. McDow and Ms. Green regarding request for continuance of United States Trustee motion to convert and disclosure statement hearing
**Pleadings (L210)**

| 03/05/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |

Review D & O complaint and revise same.
**Pleadings (L210)**

| 03/05/15 | Ojeda, Roxane E. | 155.00 | 2.00 | 310.00 |

Continue preparing deposition summary of Simon Barber.
**Depositions (L330)**

| 03/06/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from the United States Trustee regarding the continuance of the hearings on the motion to convert and the disclosure statement
**Pleadings (L210)**

| 03/06/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Multiple telephone calls with the court regarding available hearing dates for the continued hearings on the motion to convert and the disclosure statement
**Pleadings (L210)**

| 03/06/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft notice of continuance of the hearings on the motion to convert and the disclosure statement
**Pleadings (L210)**

| 03/06/15 | Ojeda, Roxane E. | 155.00 | 3.00 | 465.00 |

Continue drafting deposition summary of Simon Barber.
**Depositions (L330)**

| 03/06/15 | Townsend Wendy C. | 395.00 | 0.40 | 158.00 |

Receipt and review of correspondence from Mr. Bator regarding analysis of draft D & O complaint and prepare correspondence to Mr. Layden regarding same.
**Asset Analysis And Recovery (B120)**

| 03/09/15 | Bator Chris | 430.00 | 0.20 | 86.00 |

Telephone conference with Mr. Layden regarding the scope and effect of the breach of contract exclusion in the policy.
**Asset Analysis And Recovery (B120)**

| 03/09/15 | Bator Chris | 430.00 | 0.50 | 215.00 |

Further review of draft complaint and the Scottsdale Insurance Company D&O policy issued to Hashfast in preparation for conference call with Mr. Layden, Ms. Townsend and Ms. Green to discuss potential coverage issues.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Asset Analysis And Recovery (B120)**

03/09/15　Bator Chris　　　　　　　430.00　　0.20　　86.00

Review of the 12-31-14 demand letter to counsel for the Hashfast directors.
**Asset Analysis And Recovery (B120)**

03/09/15　Bator Chris　　　　　　　430.00　　0.50　　215.00

Conference call with Mr. Layden and Ms. Townsend regarding coverage issues with respect to the draft complaint.
**Asset Analysis And Recovery (B120)**

03/09/15　Delaney Michael T.　　　　385.00　　0.40　　154.00

Finalize and prepare the notice of continued hearing for the motion to convert and the disclosure statement for filing
**Written Motions And Submissions (L430)**

03/09/15　Delaney Michael T.　　　　385.00　　0.30　　115.50

Review and draft responses to multiple correspondence from the United States Trustee regarding the notice of continued hearing for the motion to convert and the disclosure statement
**Written Motions And Submissions (L430)**

03/09/15　Layden Andrew V.　　　　　310.00　　1.90　　589.00

Revise D & O complaint in light of conference call with Ms. Townsend, Ms. Green and Mr. Bator.
**Other (P280)**

03/09/15　Layden Andrew V.　　　　　310.00　　1.30　　403.00

Coordinate, prepare for and attend telephone conference with Mr. Bator.
**Asset Analysis And Recovery (B120)**

03/09/15　McDow Ashley M.　　　　　530.00　　0.10　　53.00

Correspondence to Peter Siddiqui regarding status of settlement negotiations with Marc Lowe
**Settlement / Nonbinding Adr (L160)**

03/09/15　McDow Ashley M.　　　　　530.00　　0.20　　106.00

Review Objection of Liquidbits Corporation to Consolidated Plan and identify rebuttal points to be raised at oral argument
**Plan And Disclosure Statement (B320)**

03/09/15　McDow Ashley M.　　　　　530.00　　0.20　　106.00

Review Joinder of Creditor Liquidbits Corporation to Motion to Convert Chapter 11 Case, assess need to respond to same, and correspondence to Elizabeth Green regarding same
**Pleadings (L210)**

03/09/15　Townsend Wendy C.　　　　0.00　　0.00　　0.00

Continue to review and analyze the deposition transcripts of Barber, Decastro, Hushron and Wong in anticipation of further revising D & O complaint.
**Asset Analysis And Recovery (B120)**

03/10/15　McDow Ashley M.　　　　　0.00　　0.00　　0.00

Correspondence to/from David Poitras, counsel for Marc Lowe, regarding matter

**Baker&Hostetler LLP**

Atlanta　Chicago　Cincinnati　Cleveland　Columbus　Costa Mesa　Denver
Houston　Los Angeles　New York　Orlando　Philadelphia　Seattle　Washington, DC

Case: 14-30725　Doc# 520　Filed: 01/13/17　Entered: 01/13/17 19:17:20　Page 386 of 469

**Other Discovery (L390)**

| | | | | |
|---|---|---|---|---|
| 03/10/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Correspondence to/from and conference call with David Poitras, counsel for Marc Lowe, regarding settlement prospects
**Settlement / Nonbinding Adr (L160)**

| 03/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Michael Kasolas regarding attendance at continued hearing on Consolidated Plan and Disclosure Statement
**Trial And Hearing Attendance (L450)**

| 03/10/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference calls with and correspondence to Peter Siddiqui regarding settlement discussions with counsel for Marc Lowe
**Settlement / Nonbinding Adr (L160)**

| 03/11/15 | Townsend Wendy C. | 395.00 | 3.40 | 1,343.00 |
|---|---|---|---|---|

Continue to review deposition of Monica Husten in order to incorporate additional accounts into D & O complaint.
**Analysis / Strategy (L120)**

| 03/11/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Mr. Layden to discuss additional claims for relief to be included in D & O complaint.
**Asset Analysis And Recovery (B120)**

| 03/12/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Matthew Richards regarding status of case and proposed treatment of claim
**Meeting And Communication With Creditors (B150)**

| 03/12/15 | Townsend Wendy C. | 395.00 | 1.00 | 395.00 |
|---|---|---|---|---|

Telephone conference with Ms. Mcdowell, Mr. Delaney and Mr. Layden regarding D and O complaint.
**Other (P280)**

| 03/12/15 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Prepare for telephone conference with Ms. McDow, Mr. Delaney, and Mr. Layden regarding D & O complaint.
**Asset Analysis And Recovery (B120)**

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review exhibits in support of proposed director and officer liability complaint in preparation for call regarding the same
**Asset Analysis And Recovery (B120)**

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Attend conference call regarding directors and officers liability complaint and allegations contained therein
**Asset Analysis And Recovery (B120)**

| 03/13/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review proposed director and officer liability complaint in preparation for call regarding the same

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 387 of 469

**Asset Analysis And Recovery (B120)**

03/13/15   Delaney Michael T.                  0.00         0.00         0.00

Review correspondence by and between Hashfast Technologies directors and officers regarding director and officer misconduct and mismanagement of Hashfast Technologies and/or Hashfast
**Written Motions And Submissions (L430)**

03/13/15   Layden Andrew V.                 310.00         1.80       558.00

Prepare for and attend telephone call with Ashley McDow, Mike Delaney and Wendy Townsend regarding D&O complaint and strategy moving forward.
**Other (P280)**

03/13/15   McDow Ashley M.                  530.00         1.80       954.00

Review documents produced by Tim Wong in order to identify documents to support claims assed in D&O complaint
**Asset Analysis And Recovery (B120)**

03/13/15   McDow Ashley M.                  530.00         0.50       265.00

Review D&O complaint (and documents in support thereof) in preparation for conference call with Andrew Layden, Wendy Townsend, and Michael Delaney
**Asset Analysis And Recovery (B120)**

03/13/15   McDow Ashley M.                  530.00         0.20       106.00

Conference call with and correspondence to/from Robert Edgeworth, chair of committee, regarding new information on whereabouts of Hamilton Hee and assess how to handle
**Meeting And Communication With Creditors (B150)**

03/13/15   McDow Ashley M.                  530.00         1.00       530.00

Conference call with Andrew Layden, Wendy Townsend, and Michael Delaney regarding content of D&O complaint
**Analysis / Strategy (L120)**

03/16/15   Bhagat Ashish K.                 180.00         0.60       108.00

Prepare database and identify appropriate search terms to be utilized in search of documents produced by Debtors for purposes of including same in D & O complaint.
**Asset Analysis And Recovery (B120)**

03/16/15   Layden Andrew V.                 310.00         7.20     2,232.00

Review and analyze documents produced by Debtors for purposes of incorporating relevant portions of same into D&O Complaint.
**Asset Analysis And Recovery (B120)**

03/16/15   McDow Ashley M.                  530.00         0.30       159.00

Conference call with Michael Kasolas regarding status of case and upcoming hearing on amended plan and disclosure statement
**Case Administration (B110)**

03/16/15   McDow Ashley M.                  530.00         0.20       106.00

Conference call with Rob Harris regarding motion to convert
**Meeting And Communication With Creditors (B150)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 388 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 152

| 03/16/15 | Townsend Wendy C. | 395.00 | 1.20 | 474.00 |

Review and revise revised D & O complaint
**Pleadings (L210)**

| 03/16/15 | Townsend Wendy C. | 395.00 | 1.30 | 513.50 |

Review and anazlyze documents produced by debtors for purposes of incorporating relevant portions of same into D & O complaint.
**Asset Analysis And Recovery (B120)**

| 03/17/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Review and revise D & O complaint.
**Pleadings (L210)**

| 03/17/15 | Layden Andrew V. | 310.00 | 6.40 | 1,984.00 |

Continue to revise and update D&O complaint.
**Pleadings (L210)**

| 03/17/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Conference call with Victor Delaglio regarding status of estate, including cash on hand and approach for upcoming hearing
**Business Operations (B210)**

| 03/17/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving Stipulation to Continue Hearing on Debtors' Motion for Issuance of Writ of Attachment and Related Pending Response Dates in the Adversary Proceeding, confirm no interlineations made by Court, and confer dates therein are calendered
**Pleadings (L210)**

| 03/18/15 | Layden Andrew V. | 310.00 | 4.70 | 1,457.00 |

Continue to review and analyze documents produced by Debors to be included and addressed in D & O complaint.
**Asset Analysis And Recovery (B120)**

| 03/18/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Peter Kravitz regarding approach and strategy for upcoming hearings
**Analysis / Strategy (L120)**

| 03/19/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |

Prepare for hearing on motion to convert and disclosure statement and objections.
**Trial And Hearing Attendance (L450)**

| 03/19/15 | McDow Ashley M. | 530.00 | 2.40 | 1,272.00 |

Meeting with Michael Kasolas and Elizabeth Green regarding approach and strategy for hearings and case moving forward
**Trial And Hearing Attendance (L450)**

| 03/19/15 | McDow Ashley M. | 530.00 | 3.40 | 1,802.00 |

Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert
**Trial And Hearing Attendance (L450)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 389 of 469

| 03/19/15 | McDow Ashley M. | 530.00 | 1.60 | 848.00 |

Review docket for tentative ruling and review plan and disclosure statement, opposition thereto, and motion to convert and oppositions thereto in preparation for hearings on same
**Other Trial Preparation And Support (L440)**

| 03/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding results of disclosure statement hearing and strategy for the continued prosecution of the plan
**Trial And Hearing Attendance (L450)**

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Meeting with Rob Edgeworth.
**Other (P280)**

| 03/20/15 | Green Elizabeth A. | 550.00 | 1.80 | 990.00 |

Prepare for hearing, review motions and argument.
**Trial And Hearing Attendance (L450)**

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Telephone call with Peter Siddiqui regarding approach for hearings.
**Trial And Hearing Attendance (L450)**

| 03/20/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Prepare argument for hearing.
**Trial And Hearing Attendance (L450)**

| 03/20/15 | Green Elizabeth A. | 550.00 | 2.50 | 1,375.00 |

Attend hearing regarding Motion to Convert and Disclosure Statement.
**Trial And Hearing Attendance (L450)**

| 03/20/15 | McDow Ashley M. | 530.00 | 2.20 | 1,166.00 |

Meeting with Michael Kasolas, Elizabeth Green and Robert Edgeworth regarding results of hearing and manner in which to proceed in light of same, particularly with respect to plan solicitation
**Trial And Hearing Attendance (L450)**

| 03/20/15 | McDow Ashley M. | 530.00 | 3.20 | 1,696.00 |

Travel from San Francisco to attend hearings on adequacy of disclosure statement and motion to convert
**Trial And Hearing Attendance (L450)**

| 03/20/15 | McDow Ashley M. | 530.00 | 2.60 | 1,378.00 |

Travel to and attend hearings on adequacy of disclosure statement and motion to convert
**Trial And Hearing Attendance (L450)**

| 03/23/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review portions of hearing relating to D&O complaint.
**Other (P280)**

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

03/23/15   Layden Andrew V.                310.00        5.40        1,674.00

Continue to review and analyze documents produced by debtors for purpose of incorporating relevant portions of same into revised D&O Complaint.
**Asset Analysis And Recovery (B120)**

03/24/15   Delaney Michael T.              385.00        0.60        231.00

Draft order conditionally approving disclosure statement and confer with Ms. McDow and Ms. Green regarding content of same.
**Plan And Disclosure Statement (B320)**

03/24/15   Delaney Michael T.              0.00          0.00        0.00

Draft correspondence to Ms. McDow and Ms. Green regarding the proposed order conditionally approving the disclosure statement
**Plan And Disclosure Statement (B320)**

03/24/15   Delaney Michael T.              0.00          0.00        0.00

Confer with Ms. McDow regarding the preparation of order conditionally approving disclosure statement and dates to circulation and voting upon the plan
**Plan And Disclosure Statement (B320)**

03/24/15   Delaney Michael T.              385.00        0.20        77.00

Confer with Ms. McDow regarding revisions to be made to the consolidated plan and disclosure statement dated February 25
**Plan And Disclosure Statement (B320)**

03/24/15   Layden Andrew V.                310.00        3.60        1,116.00

Continue to review and analyze documents produced by debtors for purpose of incorporating relevant portions of same into revised D&O Complaint.
**Asset Analysis And Recovery (B120)**

03/25/15   Delaney Michael T.              385.00        0.30        115.50

Finalize order tentatively approving disclosure statement and correspondence to Ms. Green regarding same.
**Plan And Disclosure Statement (B320)**

03/25/15   Delaney Michael T.              0.00          0.00        0.00

Review and draft response to correspondence from Ms. Green regarding the order tentatively approving disclosure statement and preparation of the amended disclosure statement and plan
**Plan And Disclosure Statement (B320)**

03/25/15   Delaney Michael T.              385.00        0.10        38.50

Confer with Ms. McDow regarding the order tentatively approving disclosure statement and preparing the amended disclosure statement and plan
**Plan And Disclosure Statement (B320)**

03/25/15   Delaney Michael T.              385.00        0.20        77.00

Review and draft response to correspondence from debtors' counsel regarding the Committee's February 2015 administrative expenses
**Business Operations (B210)**

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati   Cleveland   Columbus      Costa Mesa   Denver
Houston      Los Angeles  New York     Orlando     Philadelphia  Seattle      Washington, DC

| 03/25/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and revise Disclosure Statement order based upon notes from hearing.
**Plan And Disclosure Statement (B320)**

| 03/25/15 | Layden Andrew V. | 310.00 | 0.90 | 279.00 |

Continue to review documents produced by Debtors in order to incorporate relevant portions of same into revised D & O complaint.
**Other (P280)**

| 03/26/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Peter Siddiqui regarding approach for Liquidbits discussion, status of negotiations with Marc Lowe, and content of amended disclosure statement
**Analysis / Strategy (L120)**

| 03/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving Debtor's Settlement With Hypertechnologie Ciara, Inc. and confirm no changes by the Court which would require revisions to the plan and disclosure statement
**Settlement / Nonbinding Adr (L160)**

| 03/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to counsel for Liquidbits regarding the amended consolidated plan and disclosure statement dated March 27, 2015 and order tentatively approving the same
**Meeting And Communication With Creditors (B150)**

| 03/27/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to the committee members regarding the amended consolidated plan and disclosure statement dated March 27, 2015
**Meeting And Communication With Creditors (B150)**

| 03/27/15 | Delaney Michael T. | 385.00 | 5.30 | 2,040.50 |

Draft amended consolidated plan and disclosure statement dated March 27, 2015
**Plan And Disclosure Statement (B320)**

| 03/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review proof of service for the amended consolidated plan and disclosure statement dated March 27, 2015
**Plan And Disclosure Statement (B320)**

| 03/27/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Review and revise exhibits in support of the amended consolidated plan and disclosure statement dated March 27, 2015
**Plan And Disclosure Statement (B320)**

| 03/27/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer with Ms. McDow regarding revisions to be made to February 25 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

## Baker & Hostetler LLP

Case: 14-30725 Doc# 520 Filed: 01/13/17 Entered: 01/13/17 19:17:20 Page 392 of 469

03/27/15  Farivar, Fahim  365.00  0.60  219.00

Confer with Ms. McDow and Mr. Delaney regarding the amended disclosure statement and plan and update liquidation analysis based upon same.
**Plan And Disclosure Statement (B320)**

03/27/15  Green Elizabeth A.  550.00  0.70  385.00

Review Disclosure Statement and approve same for filing.
**Plan And Disclosure Statement (B320)**

03/27/15  McDow Ashley M.  530.00  0.20  106.00

Conference call with Peter Siddiqui regarding status of discussions with counsel for Liquidbits and content of amended plan and disclosure statement
**Plan And Disclosure Statement (B320)**

03/27/15  McDow Ashley M.  530.00  2.20  1,166.00

Assist in preparation of amended plan and disclosure statement
**Plan And Disclosure Statement (B320)**

03/27/15  McDow Ashley M.  530.00  0.30  159.00

Review and analyze Marc Lowe's Motion to Dismiss Complaint and assess need of Committee to respond (or assist in response)
**Pleadings (L210)**

03/27/15  McDow Ashley M.  530.00  0.10  53.00

Conference call with Greg Rougeau, counsel for Liquidbits, regarding modifications made to amended plan and disclosure statement
**Meeting And Communication With Creditors (B150)**

03/30/15  Delaney Michael T.  385.00  0.10  38.50

Draft correspondence to Ms. McDow and Ms. Green regarding the proposed order tentatively approving the March 27 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

03/30/15  Delaney Michael T.  385.00  0.10  38.50

Confer with chambers regarding the proposed order tentatively approving the March 27 consolidated plan and disclosure statement
**Plan And Disclosure Statement (B320)**

04/01/15  Delaney Michael T.  385.00  0.20  77.00

Finalize and prepare the order tentatively approving March 27 disclosure statement for circulation for lodgment
**Plan And Disclosure Statement (B320)**

04/01/15  Delaney Michael T.  385.00  0.10  38.50

Confer with Ms. McDow regarding order tentatively approving March 27 disclosure statement for circulation
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 157

| 04/01/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review and revise revised Order Tentatively Approving Disclosure in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan and/or To Disclosure Statement, And Setting Hearing
**Plan And Disclosure Statement (B320)**

| 04/01/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Peter Siddiqui regarding contours of potential settlement with Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 04/01/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference calls with Michael Kasolas regarding potential terms of global resolution with Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 04/02/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow and Mr. Edgeworth in preparation for conference call to discuss, among other things, the potential settlements with Liquidbits and Lowe
**Meeting And Communication With Creditors (B150)**

| 04/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the preparation of an opposition to the motion to dismiss the Hashfast v. Lowe adversary proceeding
**Pleadings (L210)**

| 04/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the potential Liquidbits settlement and implications for the solicitation of votes on the March 27 plan
**Settlement / Nonbinding Adr (L160)**

| 04/02/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Draft multiple correspondence to the committee regarding the scheduling of a conference call to discuss, among other things, the potential settlements with Liquidbits and Lowe
**Meeting And Communication With Creditors (B150)**

| 04/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review entered Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement, Fixing Time for Submitting Ballots and Filing Objections to Confirmation of Plan, confirm no interlineations made by Court, and ensure obligations and dates therein are recorded internally
**Plan And Disclosure Statement (B320)**

| 04/02/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |
|---|---|---|---|---|

Participate in Rule 26(f) conference with counsel for Marc Lowe and counsel for Debtors
**Other Discovery (L390)**

| 04/03/15 | Delaney Michael T. | 385.00 | 1.70 | 654.50 |
|---|---|---|---|---|

Research regarding non-material and non-adverse modifications to plan after soliciting votes under FRBP 3019 and correspondence to Ms. McDow regarding same.
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

04/03/15    Delaney Michael T.          0.00        0.00        0.00
Draft analytical correspondence to Ms. McDow regarding non-material and non-adverse modifications to plan after soliciting votes under FRBP 3019
**Plan And Disclosure Statement (B320)**

04/03/15    Delaney Michael T.        385.00        0.90       346.50
Prepare for and attend committee call regarding potential Liquidbits and Lowe settlements
**Meeting And Communication With Creditors (B150)**

04/03/15    Delaney Michael T.        385.00        0.20        77.00
Confer with Ms. McDow regarding the potential Liquidbits and Lowe settlements in preparation for the committee call
**Settlement / Nonbinding Adr (L160)**

04/03/15    Delaney Michael T.        385.00        0.60       231.00
Confer with Mr. Cavion regarding potential Liquidbits and Lowe settlements
**Meeting And Communication With Creditors (B150)**

04/03/15    Delaney Michael T.        385.00        0.50       192.50
Draft ballot for voting on March 27 plan
**Plan And Disclosure Statement (B320)**

04/03/15    Green Elizabeth A.        550.00        0.90       495.00
Review and analyze issues regarding modification of Plan.
**Plan And Disclosure Statement (B320)**

04/03/15    Layden Andrew V.        310.00        2.30       713.00
Conduct additional research regarding potential change in plan of reorganization and whether re-solicitation is necessary and draft memorandum regarding same.
**Researching Laws (C200)**

04/03/15    McDow Ashley M.        530.00        0.60       318.00
Committee call regarding potential resolutions with Marc Lowe and Liquidbits
**Meeting And Communication With Creditors (B150)**

04/05/15    McDow Ashley M.        530.00        0.30       159.00
Correspondence to/from Robert Edgeworth, chair of committee, regarding proposed resolution between Debtors and Liquidbits and Debtors and Marc Lowe
**Meeting And Communication With Creditors (B150)**

04/06/15    Delaney Michael T.        385.00        0.20        77.00
Review and draft response to correspondence from Mr. Hendrickson regarding case status
**Meeting And Communication With Creditors (B150)**

04/06/15    Delaney Michael T.        385.00        0.30       115.50
Confer with Nick Simmons regarding case status
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 04/06/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review correspondence from debtors' counsel regarding the preparation of an amended complaint in Lowe adversary proceeding
**Avoidance Action Analysis (B180)**

| 04/06/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and analyze issues regarding revision of Disclosure Statement.
**Plan And Disclosure Statement (B320)**

| 04/06/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Peter Siddiqui and Jessica Mickelson regarding correspondence from counsel for Marc Lowe regarding upcoming writ of attachment hearing
**Other Contested Matters (B190)**

| 04/06/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Correspondence to/from Robert Edgeworth, chair of committee, regarding proposal for alternative settlement structure with Marc Lowe
**Meeting And Communication With Creditors (B150)**

| 04/07/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Mr. Rooney regarding the case status
**Meeting And Communication With Creditors (B150)**

| 04/07/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to debtors' counsel regarding amended Lowe complaint and opposition to the motion to dismiss the Lowe adversary proceeding
**Other Contested Matters (B190)**

| 04/08/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from debtors' counsel regarding the status and timeline for filing first amended complaint in Hashfast v. Lowe adversary
**Other Contested Matters (B190)**

| 04/09/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft response to correspondence from Don Bosse regarding case status
**Meeting And Communication With Creditors (B150)**

| 04/09/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and revise motion to enforce confirmation order.
**Plan And Disclosure Statement (B320)**

| 04/09/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |

Review and analyze issues regarding confirmation and Liquidbits proposal.
**Plan And Disclosure Statement (B320)**

| 04/09/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Elizabeth Green regarding strategy for solicitation of votes in light of posture of Liquidbits deal
**Plan And Disclosure Statement (B320)**

Baker & Hostetler LLP

| 04/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Peter Siddiqui regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 04/09/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Michael Kasolas regarding negotiations with counsel for Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 04/10/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding issues related to trust.
**Plan And Disclosure Statement (B320)**

| 04/10/15 | Layden Andrew V. | 310.00 | 1.30 | 403.00 |
|---|---|---|---|---|

Review issues regarding plan support letters and review form plan support letters.
**Plan And Disclosure Statement (B320)**

| 04/10/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas and Elizabeth Green regarding strategy for plan of reorganization and structure of proposed settlement with Liquidbits
**Plan And Disclosure Statement (B320)**

| 04/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding cash on hand and status of settlement with Guido Ochoa
**Business Operations (B210)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding the preparation and circulation of correspondence explaining the committee's position as to the plan of liquidation
**Plan And Disclosure Statement (B320)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Edgeworth regarding the correspondence explaining the committee's position as to the plan of liquidation
**Meeting And Communication With Creditors (B150)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the revisions to the first amended complaint against Marc Lowe
**Pleadings (L210)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from debtors' counsel regarding first amended complaint against Marc Lowe
**Pleadings (L210)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to debtors' counsel regarding the committee's revisions to the first amended complaint against Marc Lowe
**Pleadings (L210)**

## Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 397 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 161

| 04/13/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from Robert Stehr regarding mailing address and submission of ballot
**Meeting And Communication With Creditors (B150)**

| 04/13/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Review and revise first amended complaint against Marc Lowe
**Pleadings (L210)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from Lauren Coe regarding voting and submission of ballots
**Meeting And Communication With Creditors (B150)**

| 04/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from Shaun Biggin regarding address changes with court
**Meeting And Communication With Creditors (B150)**

| 04/13/15 | Layden Andrew V. | 310.00 | 5.30 | 1,643.00 |

Draft plan support letters to general unsecured and priority claim holders.
**Plan And Disclosure Statement (B320)**

| 04/13/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise solicitation letters to be sent to priority unsecured creditors and general unsecured creditors and correspondence to/from Andrew Layden regarding modifications to be made to same
**Plan And Disclosure Statement (B320)**

| 04/13/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise First Amended Complaint to be filed in Lowe adversary proceeding
**Pleadings (L210)**

| 04/13/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |

Review Opposition of Marc Lowe to Debtors' Motion for Right to Attach and documents related thereto and identify issues to be be addressed in Debtors' Reply
**Pleadings (L210)**

| 04/13/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 04/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the revisions to be made to the first amended complaint against Marc Lowe
**Pleadings (L210)**

| 04/14/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review and revise plan support letter for priority unsecured creditors.
**Other (P280)**

# Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 398 of 469

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

| 04/14/15 | Green Elizabeth A. | 550.00 | 0.80 | 440.00 |

Review and revise plan support letters.
**Plan And Disclosure Statement (B320)**

| 04/14/15 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Discussion with Mr. Layden regarding Plan Support Letters and the serving of same
**Plan And Disclosure Statement (B320)**

| 04/14/15 | Layden Andrew V. | 310.00 | 0.50 | 155.00 |

Finalize plan support letters and coordinate service of same.
**Plan And Disclosure Statement (B320)**

| 04/14/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Rob Harris regarding vote to reject plan submitted by Uniquify and correspondence to/from Elizabeth Green and Robert Edgeworth regarding same
**Meeting And Communication With Creditors (B150)**

| 04/14/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review further revised First Amended Complaint to be filed by Katten and identify additional modifications to be made to same
**Pleadings (L210)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from Luke Dashjr regarding disclosure statement and plan of liquidation
**Meeting And Communication With Creditors (B150)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from Mr. Stehr regarding case status and disclosure statement and plan
**Meeting And Communication With Creditors (B150)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to debtors' counsel regarding the committee's proposed revisions to the first amended complaint against Marc Lowe
**Pleadings (L210)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the preparation of a settlement offer to Marc Lowe and reply brief in support of the motion for issuance of writ of attachment in Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Review and draft responses to multiple correspondence from Shaun Biggin regarding plan of liquidation and voting
**Meeting And Communication With Creditors (B150)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Finalize committee's proposed revisions to the first amended complaint against Marc Lowe

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 399 of 469

**Pleadings (L210)**

| 04/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Edgeworth regarding the plan solicitation letters
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Green Elizabeth A. | 550.00 | 1.20 | 660.00 |

Attend to issues regarding service of plan.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Lane Deanna L | 240.00 | 11.00 | 2,640.00 |

Extensive review of Certificate of Service of plan and court matrix in order to identify proper recipients; isolate problems with issues regarding service of plan; preparing list of creditors and addresses to add to the list of creditors to receive plan documents; assist CA office in preparing list of unserved creditors and their addresses
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding and revise/finalize Plan Support Letters.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding re-solicitation of Hashfast plan.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Layden Andrew V. | 310.00 | 1.40 | 434.00 |

Attend to issues regarding service of plan of reorganization and disclosure statement recipients not previously served.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Assess need to and logistics surrounding inclusion of ballot to accept/reject plan on Committee website.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |

Attend to service of plan support letters.
**Plan And Disclosure Statement (B320)**

| 04/15/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Peter Siddiqui regarding issues to be addressed in reply to Opposition of Marc Lowe to Debtors' Application for Writ
**Other Contested Matters (B190)**

| 04/15/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review Monthly Operating Reports for May for Hashfast Technologies and Hashfast LLC and identify key portions thereof which are relevant to confirmation of the plan of reorganization
**Written Motions And Submissions (L430)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

04/15/15   McDow Ashley M.     530.00    0.10    53.00

Conference call with Pete Siddiqui regarding collective manner in which to respond to Opposition of Marc Lowe to Debtors' Application for Writ of Attachment
**Other Contested Matters (B190)**

04/15/15   Parrish Jimmy D.     0.00    0.00    0.00

Attend to plan service issues.
**Plan And Disclosure Statement (B320)**

04/16/15   Delaney Michael T.     385.00    0.40    154.00

Confer with Ms. McDow and Ms. Green regarding the solicitation of votes for plan of liquidation
**Plan And Disclosure Statement (B320)**

04/16/15   Delaney Michael T.     385.00    0.20    77.00

Telephone call to chambers regarding service of plan and timeline for solicitation of votes
**Plan And Disclosure Statement (B320)**

04/16/15   Green Elizabeth A.     0.00    0.00    0.00

Attend to issues regarding service of plan.
**Plan And Disclosure Statement (B320)**

04/16/15   Layden Andrew V.     310.00    1.90    589.00

Analyze issues regarding sufficiency of service given timing of confirmation hearing and draft memorandum to Ms. Green regarding same.
**Plan And Disclosure Statement (B320)**

04/16/15   Layden Andrew V.     310.00    0.50    155.00

Telephone call with Ms. Green, Mr. Delaney and Ms. McDow regarding status of case and strategy moving forward.
**Analysis / Strategy (L120)**

04/16/15   McDow Ashley M.     530.00    0.60    318.00

Conference call with Elizabeth Green, Andrew Layden and Michael Delaney regarding appropriate manner in which to handle service issues relating to plan and disclosure statement
**Plan And Disclosure Statement (B320)**

04/16/15   Townsend Wendy C.     0.00    0.00    0.00

Meeting with Mr. Layden regarding service of plan and disclosure statement.
**Plan And Disclosure Statement (B320)**

04/17/15   Delaney Michael T.     385.00    0.20    77.00

Draft multiple correspondence to debtors' counsel regarding the reply to the motion for issuance of a writ of attachment in the Lowe adversary proceeding
**Other Contested Matters (B190)**

04/17/15   Delaney Michael T.     385.00    0.30    115.50

Review the reply to the motion for issuance of a writ of attachment in the Lowe adversary proceeding in preparation of the Lowe settlement offer
**Settlement / Nonbinding Adr (L160)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 04/17/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Follow-up conference call with chambers regarding the timeline for solicitation of ballots
**Plan And Disclosure Statement (B320)**

| 04/17/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Ms. McDow and Ms. Green regarding the resolution of the service issues for the March 27 plan of liquidation
**Plan And Disclosure Statement (B320)**

| 04/17/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |

Telephone call with Peter Siddiqui regarding Liquidbits service issues.
**Case Administration (B110)**

| 04/17/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Attend to issues regarding proper service of plan / disclosure statement.
**Plan And Disclosure Statement (B320)**

| 04/20/15 | Green Elizabeth A. | 0.00 | 0.00 | 0.00 |

Review issues regarding service of plan etc. and draft email to Ms. Green regarding same.
**Plan And Disclosure Statement (B320)**

| 04/20/15 | Lane Deanna L | 240.00 | 5.00 | 1,200.00 |

Review debtor's amended creditor matrix and compare same to list of creditors required to be served with Plan; review and analysis of the Plan Certificate of Service in order to identify missing creditors and meeting with Mr. Layden to discuss findings.
**Plan And Disclosure Statement (B320)**

| 04/20/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |

Analyze issues regarding service of plan and draft email to Ms. Green regarding same.
**Plan And Disclosure Statement (B320)**

| 04/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Michael Kasolas regarding status of settlement offers and plan process
**Settlement / Nonbinding Adr (L160)**

| 04/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elizabeth Green regarding manner in which to handle creditors who were not served with plan and disclosure statement in initial round
**Plan And Disclosure Statement (B320)**

| 04/21/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to United States Trustee regarding schedule for plan confirmation and motion to convert the bankruptcy case
**Plan And Disclosure Statement (B320)**

| 04/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call to United States Trustee regarding schedule for plan confirmation and motion to convert the bankruptcy case
**Plan And Disclosure Statement (B320)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

04/21/15    Lane Deanna L                          0.00         0.00          0.00
Coordinate service of plan support letters to priority and general unsecured creditors on the original and updated plan service lists
**Plan And Disclosure Statement (B320)**

04/21/15    Lane Deanna L                        240.00         1.80        432.00
Prepare list of creditors on debtor's amended creditor list not included on court creditor list.
**Case Administration (B110)**

04/21/15    Layden Andrew V.                     310.00         0.30         93.00
Attend to issues regarding service of plan support letters.
**Plan And Disclosure Statement (B320)**

04/21/15    McDow Ashley M.                      530.00         0.10         53.00
Correspondence to Victor Delaglio regarding current cash on hand and status of settlement with Guido Ochoa
**Business Operations (B210)**

04/21/15    McDow Ashley M.                      530.00         0.20        106.00
Conference call with Elizabeth Green regarding manner in which to proceed with counsel for Liquidbits and with the motion to continue the hearing on the plan and disclosure statement (and dates relating thereto) and confer with Michael Delaney regarding same
**Analysis / Strategy (L120)**

04/21/15    McDow Ashley M.                      530.00         0.10         53.00
Correspondence to Peter Siddiqui regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

04/21/15    McDow Ashley M.                      530.00         0.30        159.00
Review and analyze Reply in Support of Debtors' Motion for Issuance of Right to Attach Order and Writ of Attachment and Declaration of Victor Delaglio in light of same and assess need to file supplement to same on behalf of Committee
**Pleadings (L210)**

04/22/15    Delaney Michael T.                   385.00         0.20         77.00
Review and draft response to correspondence from Peter Harris regarding the March 27 Plan and voting thereon
**Meeting And Communication With Creditors (B150)**

04/22/15    Delaney Michael T.                   385.00         0.60        231.00
Draft stipulation to continue United States Trustee's motion to convert and proposed order approving the same
**Pleadings (L210)**

04/22/15    Delaney Michael T.                   385.00         0.10         38.50
Draft correspondence to the United States Trustee regarding the motion to convert hearing schedule and continuation of the confirmation hearing
**Case Administration (B110)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 403 of 469

| 04/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Rick Rooney regarding the March 27 Plan and voting thereon
**Meeting And Communication With Creditors (B150)**

| 04/22/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Telephone call to the United States Trustee regarding the motion to convert hearing schedule and continuation of the confirmation hearing
**Case Administration (B110)**

| 04/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review multiple recently-received ballots regarding the March 27 Plan
**Plan And Disclosure Statement (B320)**

| 04/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with David Reed regarding the March 27 Plan and voting thereon
**Meeting And Communication With Creditors (B150)**

| 04/22/15 | Farivar, Fahim | 365.00 | 0.80 | 292.00 |

Revise and update template preference demand letter and confer with Ms. McDow and Ms. Ojeda regarding the same.
**Avoidance Action Analysis (B180)**

| 04/22/15 | Farivar, Fahim | 365.00 | 0.80 | 292.00 |

Several correspondence to/from Mr. Siddiqui regarding back up documentation for preference demand letters; review data forwarded by Mr. Siddiqui regarding the same and confer with Ms. McDow regarding the same.
**Settlement / Nonbinding Adr (L160)**

| 04/22/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Attend to issues regarding continuance of upcoming hearings.
**Case Administration (B110)**

| 04/22/15 | Green Elizabeth A. | 550.00 | 0.60 | 330.00 |

Review and analyze Lowe complaint and motion.
**Pleadings (L210)**

| 04/22/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Further attention to issues regarding service of plan.
**Plan And Disclosure Statement (B320)**

| 04/22/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise final version of preference demand letters and correspondence to/from Peter Siddiqui regarding same
**Avoidance Action Analysis (B180)**

| 04/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Follow up conference call with Michael Kasolas regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

# Baker & Hostetler LLP

Atlanta　　Chicago　　Cincinnati　　Cleveland　　Columbus　　Costa Mesa　　Denver
Houston　　Los Angeles　　New York　　Orlando　　Philadelphia　　Seattle　　Washington, DC

Case: 14-30725　　Doc# 520　　Filed: 01/13/17　　Entered: 01/13/17 19:17:20　　Page 404 of 469

04/22/15    McDow Ashley M.                          530.00        0.10        53.00

Correspondence to/from Michael Kasolas, proposed liquidating trustee, regarding appropriate manner in which to handle votes to reject the plan
**Plan And Disclosure Statement (B320)**

04/22/15    McDow Ashley M.                          530.00        0.20        106.00

Conference call with Eduardo DeCastro regarding status of "negotiations" with Guido Ochoa
**Business Operations (B210)**

04/22/15    McDow Ashley M.                          530.00        0.20        106.00

Conference call with Michael Kasolas regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

04/22/15    Ojeda, Roxane E.                         155.00        3.50        542.50

Commence drafting 30+ demand letters to potential defendants preference; prepare attachments (Schedule A) thereto; calculate 10% credits, and calculate proposed settlement amounts.
**Avoidance Action Analysis (B180)**

04/23/15    Delaney Michael T.                       385.00        0.40        154.00

Draft proposed order granting the motion to continue plan confirmation hearing and solicitation deadlines
**Plan And Disclosure Statement (B320)**

04/23/15    Delaney Michael T.                       385.00        0.20        77.00

Confer with Zuber LLP regarding the submission of a ballot
**Meeting And Communication With Creditors (B150)**

04/23/15    Delaney Michael T.                       385.00        0.20        77.00

Review docket and relevant documents in preparation of the motion to continue plan confirmation hearing and solicitation deadlines
**Plan And Disclosure Statement (B320)**

04/23/15    Delaney Michael T.                       385.00        0.50        192.50

Draft notice of the motion to continue plan confirmation hearing and solicitation deadlines
**Plan And Disclosure Statement (B320)**

04/23/15    Delaney Michael T.                       385.00        0.80        308.00

Draft motion to continue plan confirmation hearing and solicitation deadlines
**Plan And Disclosure Statement (B320)**

04/23/15    Layden Andrew V.                         0.00         0.00        0.00

Review, analyze and categorize issues regarding requesting continuance of confirmation.
**Plan And Disclosure Statement (B320)**

04/23/15    Ojeda, Roxane E.                         155.00        5.90        914.50

Continue drafting voluminous demand letters to identified potential defendants, prepare attachments (Schedule A) thereto, calculate 10% credits, calculate proposed settlement amounts and cross-reference listed transfers from Statement of Financial Affairs with comprehensive raw data report provided by Mr. Peter Siddiqui.
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 405 of 469

04/24/15   Delaney Michael T.     385.00    0.10    38.50

Draft correspondence to Ms. McDow and Ms. Green regarding the motion to continue plan confirmation and solicitation deadlines and stipulation to continue United States Trustee motion to convert
**Written Motions And Submissions (L430)**

04/24/15   Delaney Michael T.     385.00    0.30    115.50

Confer with Mr. Krieger regarding the March 27 plan and treatment of his claim
**Meeting And Communication With Creditors (B150)**

04/24/15   Delaney Michael T.     385.00    0.20    77.00

Confer with Mr. Farivar regarding preference demand letters and release of Simon Barber
**Avoidance Action Analysis (B180)**

04/24/15   Delaney Michael T.     385.00    0.20    77.00

Review and draft response to correspondence from Mr. Sorensen regarding the plan and contact information for service
**Meeting And Communication With Creditors (B150)**

04/24/15   Farivar, Fahim     365.00    0.30    109.50

Continue reviewing, revising, and updating preference demand letter for Amy Woodward.
**Avoidance Action Analysis (B180)**

04/24/15   Farivar, Fahim     365.00    0.30    109.50

Confer with Ms. ojeda regarding updating preference demand letters to include counsel and schedules of payments by date and review the Debtor's chart for accuracy of the amount stated.
**Avoidance Action Analysis (B180)**

04/24/15   Farivar, Fahim     365.00    0.30    109.50

Continue reviewing, revising, and updating preference demand letter for Allan Hessenflow.
**Settlement / Nonbinding Adr (L160)**

04/24/15   Farivar, Fahim     365.00    0.30    109.50

Continue reviewing, revising, and updating preference demand letter for Adrian Port.
**Avoidance Action Analysis (B180)**

04/24/15   Layden Andrew V.     310.00    0.30    93.00

Correspondence to debtor's counsel regarding contact information for additional creditors added to Amended Schedule F.
**Case Administration (B110)**

04/24/15   Ojeda, Roxane E.     0.00    0.00    0.00

Review Liquidation Analysis in order to determine what claimants (potential named defendants), if any, are represented by legal counsel.
**Analysis / Strategy (L120)**

04/24/15   Ojeda, Roxane E.     155.00    5.60    868.00

Supplement 30+ demand letters and attachments thereto, per Mr. Fahim Farivar's edits, cross-reference Claims Register with Statement of Financial Affair, cross-reference transfers with master data report, review

**Baker & Hostetler LLP**

and confirm demand amounts and percentages for accuracy and discussion and review with Mr. Fahim Farivar regarding same.
**Avoidance Action Analysis (B180)**

| 04/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review motion to dismiss Lowe adversary in preparation of settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 04/27/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review first amended complaint in preparation for settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 04/27/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Begin drafting settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 04/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Trenton Bullock regarding the treatment of claim under the March 27 Plan of Liquidation and voting thereon
**Meeting And Communication With Creditors (B150)**

| 04/27/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and categorize multiple ballots regarding March 27 Plan of Liquidation
**Plan And Disclosure Statement (B320)**

| 04/27/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Review and draft responses to multiple correspondence from creditors regarding the March 27 Plan of Liquidation and voting thereon
**Meeting And Communication With Creditors (B150)**

| 04/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow and Ms. Green regarding the proposed motion to continue the confirmation hearing and solicitation deadlines
**Plan And Disclosure Statement (B320)**

| 04/27/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review preferential demand letters, calculate date of preference period, analyze payments made to creditor Adrian Port, and confer with Ms. Ojeda regarding the same.
**Avoidance Action Analysis (B180)**

| 04/27/15 | Ojeda, Roxane E. | 155.00 | 4.80 | 744.00 |

Evaluate master database regarding transfers and flag transfers within preference period for each potential defendant and supplement 'Schedule A' to 30+ demand letters in light of findings.
**Avoidance Action Analysis (B180)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding the proposed stipulation to continue the hearing on the motion to convert
**Pleadings (L210)**

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 407 of 469

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Finalize the stipulation to continue the hearing on the United States Trustee motion to convert
**Pleadings (L210)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Finalize the notice for the motion to continue confirmation hearing and solicitation deadlines for March 27 plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Finalize the proposed order granting the motion to continue confirmation hearing and solicitation deadlines for March 27 plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review exhibits in support of the motion to continue confirmation hearing and solicitation deadlines for March 27 plan and prepare the same for filing
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and categorize multiple ballots for March 27 Plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Finalize the proposed order approving the stipulation to continue the hearing on the United States Trustee motion to convert
**Pleadings (L210)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with multiple creditors regarding the submission of a ballot for the March 27 plan
**Meeting And Communication With Creditors (B150)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow and Ms. Green regarding the motion to continue confirmation hearing and solicitation deadlines for March 27 plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Finalize the motion to continue confirmation hearing and solicitation deadlines for March 27 plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Mr. Layden and Ms. McDow regarding the motion to continue confirmation hearing and solicitation deadlines for March 27 plan
**Plan And Disclosure Statement (B320)**

| 04/28/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |
|---|---|---|---|---|

Continue revising and updating demand letters (Allen N. Hessenflow and Adrian Port), compare to list of claimants provided by the Debtor's counsel, confer with Ms. Ojeda regarding the same.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Avoidance Action Analysis (B180)**

04/28/15   Layden Andrew V.                          0.00          0.00          0.00
Confer with Mr. Delaney and Ms. McDow regarding continuing hearing.
**Plan And Disclosure Statement (B320)**

04/28/15   Ojeda, Roxane E.                        155.00          2.20        341.00
Conclude evaluating master database regarding transfers and flagging transactions within preference period for each potential defendant and supplement 'Schedule A' to 30+ demand letters in light of findings.
**Avoidance Action Analysis (B180)**

04/29/15   Green Elizabeth A.                      550.00          0.30        165.00
Telephone call with Pete Siddiqui regarding Liquidbits.
**Asset Disposition (B130)**

04/29/15   Green Elizabeth A.                      550.00          0.30        165.00
Telephone call with Mike Kasolas regarding status of case.
**Analysis / Strategy (L120)**

04/29/15   Layden Andrew V.                        310.00          0.40        124.00
Assess manner in which to proceed against Guido Ochoa in light of failure and refusal to pay.
**Asset Analysis And Recovery (B120)**

04/29/15   McDow Ashley M.                         530.00          0.10         53.00
Review entered Order Denying Debtors' Motion for Issuance of Right to Attach Order and Writ of Attachment and assess impact of same on settlement posture of proceeding
**Pleadings (L210)**

04/30/15   Delaney Michael T.                      385.00          0.50        192.50
Review and categorize multiple ballots for the March 27 plan
**Plan And Disclosure Statement (B320)**

04/30/15   Delaney Michael T.                      385.00          0.80        308.00
Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and voting thereon
**Meeting And Communication With Creditors (B150)**

04/30/15   Delaney Michael T.                      385.00          0.20         77.00
Review and draft response to correspondence from United States Trustee regarding the stipulation to continue hearing on motion to convert
**Pleadings (L210)**

04/30/15   Farivar, Fahim                          365.00          0.30        109.50
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Proven Tolerance Specialist.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim                          365.00          0.20         73.00
Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Salesforce.com, Inc.

**Baker&Hostetler LLP**

Atlanta     Chicago      Cincinnati   Cleveland   Columbus     Costa Mesa   Denver
Houston     Los Angeles  New York     Orlando     Philadelphia Seattle      Washington, DC

**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Salesforce.com, Inc.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Package Science.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Peter Hendrickson.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Kathleen Shy.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Mouser Electronics.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Zuber Lawler & Del Duca LLP.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Perkins Coie LLP.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Strategic Counsel Corp.
**Avoidance Action Analysis (B180)**

| 04/30/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to UPS.
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 410 of 469

04/30/15   Farivar, Fahim     365.00   0.50   182.50

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Time Wong.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.20   73.00

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Tommy E. Contreras.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.30   109.50

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to S.F. Court Appointed Special Advocates.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.40   146.00

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Sonic Manufacturing Technologies.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.30   109.50

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Future Electronics Corp.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.30   109.50

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to JAMS, Inc.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.40   146.00

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Eduardo De Castro.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.30   109.50

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Strategic Counsel Corp.
**Avoidance Action Analysis (B180)**

04/30/15   Farivar, Fahim     365.00   0.30   109.50

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Uniquify, Inc.
**Avoidance Action Analysis (B180)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 411 of 469

05/01/15   Delaney Michael T.      385.00     0.10     38.50

Review and draft response to correspondence regarding the preference demand letters
**Avoidance Action Analysis (B180)**

05/01/15   Delaney Michael T.      385.00     0.30    115.50

Review and categorize multiple ballots regarding the March 27 plan
**Plan And Disclosure Statement (B320)**

05/01/15   Delaney Michael T.      385.00     0.20     77.00

Prepare the stipulation to continue the United States Trustee motion to convert and proposed order approving the same for filing
**Pleadings (L210)**

05/01/15   Delaney Michael T.      385.00     0.10     38.50

Confer with United States Trustee regarding the final proposed order approving the stipulation to continue the UST motion to convert
**Pleadings (L210)**

05/01/15   Delaney Michael T.      385.00     0.20     77.00

Draft correspondence to the United States Trustee regarding the stipulation to continue the hearing on the motion to convert
**Pleadings (L210)**

05/01/15   Delaney Michael T.      385.00     0.30    115.50

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan
**Meeting And Communication With Creditors (B150)**

05/01/15   Delaney Michael T.      385.00     0.10     38.50

Draft correspondence to Ms. McDow regarding the votes received for the March 27 plan
**Plan And Disclosure Statement (B320)**

05/01/15   Delaney Michael T.      385.00     0.20     77.00

Finalize the stipulation to continue the United States Trustee motion to convert and proposed order approving the same
**Pleadings (L210)**

05/01/15   Farivar, Fahim        365.00     0.70    255.50

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, prepare schedule of transfers, and finalize the demand letter to be sent to Federal Express Corporation.
**Avoidance Action Analysis (B180)**

05/01/15   Farivar, Fahim        365.00     0.30    109.50

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to DigiKey Corporation.
**Avoidance Action Analysis (B180)**

Baker&Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 412 of 469

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Avraham Cheaney.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Cater2.Me.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Allan N. Hessenflow.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Draft memo correspondence regarding preference demand letters and confer with Ms. McDow and Mr. Delaney regarding the same.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Hypertechnologie Ciara Inc.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Christopher Bishop.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Stephen Hamner.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Amy Woods.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Adrian Port.
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 05/01/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review claim and status of the claim, review the revised demand letter for accuracy, recalculate various amounts in the demand letter, and finalize the demand letter to be sent to Hypertechnologie Ciara Inc.
**Avoidance Action Analysis (B180)**

| 05/01/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Confer with Ms. Ojeda regarding the demand letters and screening the chart of accounts for creditors not listed in SOFA.
**Settlement / Nonbinding Adr (L160)**

| 05/01/15 | Farivar, Fahim | 365.00 | 1.30 | 474.50 |

Review and analyze chart of accounts in order to identify creditors not listed in the SOFA who received preferential payments and confer with Ms. Ojeda regarding same.
**Avoidance Action Analysis (B180)**

| 05/04/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and categorize multiple ballots regarding the March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/04/15 | Delaney Michael T. | 385.00 | 1.90 | 731.50 |

Continue drafting settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 05/04/15 | Delaney Michael T. | 385.00 | 3.80 | 1,463.00 |

Review and revise multiple preference demand letters
**Avoidance Action Analysis (B180)**

| 05/04/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and submitting votes for the same
**Meeting And Communication With Creditors (B150)**

| 05/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review correspondence from Guido Ochoa regarding payment to be made to estate and correspondence to Debtors and Debtors' counsel regarding same
**Asset Analysis And Recovery (B120)**

| 05/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Marisa Marinello of Zuber Law regarding ex parte motion to extend time for specific creditors to vote on the plan of reorganization
**Meeting And Communication With Creditors (B150)**

| 05/04/15 | Ojeda, Roxane E. | 0.00 | 0.00 | 0.00 |

Evaluate accounting relating to credit transfers within preference period and identify additional potential defendants outside of preliminary scope, cross-reference with Claims Registrer, research addresses; and update demand letters and attachments thereto.
**Avoidance Action Analysis (B180)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 178

| 05/05/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to debtors' counsel regarding the settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 05/05/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and categorize multiple ballots for the March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/05/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft response to correspondence from multiple creditors regarding the March 27 plan and submitting ballots
**Meeting And Communication With Creditors (B150)**

| 05/05/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow regarding the settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 05/05/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Continue drafting the settlement proposal for Lowe adversary proceeding
**Settlement / Nonbinding Adr (L160)**

| 05/05/15 | Farivar, Fahim | 365.00 | 0.30 | 109.50 |

Review list of payments received, review the revised demand letters for accuracy, recalculate various amounts in the demand letters, and finalize the demand letters to be sent to Amazon.com and Joseph and Cavallero.
**Avoidance Action Analysis (B180)**

| 05/05/15 | Lane Deanna L | 240.00 | 0.90 | 216.00 |

Create list of returned mail and begin researching for better addresses for creditors
**Case Administration (B110)**

| 05/05/15 | Layden Andrew V. | 310.00 | 0.30 | 93.00 |

Attend issues regarding service of plan and draft correspondence to Ms. McDow and Mr. Delaney regarding same.
**Plan And Disclosure Statement (B320)**

| 05/05/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise written settlement proposal to be submitted to Marc Lowe
**Settlement / Nonbinding Adr (L160)**

| 05/05/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Debtors, Debtor's counsel, Michael Kasolas and Elizabeth Green regarding conference call to discuss potential resolution of issues relating to Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

| 05/05/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Eduardo DeCastro regarding status of negotiations between Debtors and Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

05/05/15  McDow Ashley M.                    530.00       0.70       371.00
Conference call with Victor Delaglio regarding status of negotiations between Debtors and Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

05/06/15  Delaney Michael T.                 385.00       0.30       115.50
Review and draft responses to correspondence from multiple creditors regarding the March 27 plan and voting
**Meeting And Communication With Creditors (B150)**

05/06/15  Delaney Michael T.                 385.00       0.50       192.50
Confer with debtors' counsel and debtors' chief restructuring officer regarding strategy for managing Guido Ochoa contract performance.
**Settlement / Nonbinding Adr (L160)**

05/06/15  Delaney Michael T.                 385.00       0.20        77.00
Review and categorize multiple ballots on the March 27 plan.
**Plan And Disclosure Statement (B320)**

05/06/15  Delaney Michael T.                 385.00       0.30       115.50
Confer with debtors' counsel regarding the Lowe adversary proceeding settlement proposal
**Settlement / Nonbinding Adr (L160)**

05/06/15  Green Elizabeth A.                  550.00       0.50       275.00
Telephone call with Peter Siddiqui regarding plan.
**Plan And Disclosure Statement (B320)**

05/06/15  McDow Ashley M.                     530.00       0.60       318.00
Conference call with Victor Delaglio, Peter Siddiqui, Michael Delaney, and Elizabeth Green regarding strategy for handling Guido issue in light of pending confirmation
**Plan And Disclosure Statement (B320)**

05/06/15  McDow Ashley M.                     530.00       0.20       106.00
Conference call with Eduardo DeCastro regarding potential resolution of "Guido issue"
**Settlement / Nonbinding Adr (L160)**

05/07/15  Delaney Michael T.                 385.00       0.80       308.00
Draft proposed correspondence to Guido Ochoa regarding final payment on March 2015 purchase order
**Meeting And Communication With Creditors (B150)**

05/07/15  Delaney Michael T.                 385.00       0.20        77.00
Draft correspondence to Ms. McDow and Ms. Green regarding the proposed correspondence to Guido Ochoa regarding final payment on March 2015 purchase order
**Settlement / Nonbinding Adr (L160)**

05/07/15  Green Elizabeth A.                  550.00       0.40       220.00
Telephone call with Peter Siddiqui regarding sale to Guido.
**Settlement / Nonbinding Adr (L160)**

# Baker & Hostetler LLP

Atlanta     Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston     Los Angeles  New York      Orlando      Philadelphia  Seattle       Washington, DC

| 05/07/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Telephone call with Michael Kasolas regarding assets to be transferred to liquidating trust.
**Asset Analysis And Recovery (B120)**

| 05/07/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Eduardo DeCastro regarding terms of letter to be sent to Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

| 05/07/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Confer with Michael Delaney regarding content of correspondence to be sent to Guido Ochoa regarding resolution of dispute with Debtors
**Settlement / Nonbinding Adr (L160)**

| 05/07/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas, proposed liquidating trustee, and Elizabeth Green regarding manner in which to proceed with dispute between Debtors and Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

| 05/07/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Follow up conference call with Michael Kasolas regarding status of negotiations with Liquidbits and Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

| 05/08/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Guido Ochoa regarding a call to discuss the purchase installment payment
**Meeting And Communication With Creditors (B150)**

| 05/08/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Finalize proposed correspondence to Guido Ochoa regarding the purchase installment payment
**Meeting And Communication With Creditors (B150)**

| 05/08/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from Ms. McDow regarding the proposed correspondence to Guido Ochoa regarding the purchase installment payment
**Meeting And Communication With Creditors (B150)**

| 05/08/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Review Mr. Siddiqui's email providing documents including bank statements in support of the preference claims.
**Avoidance Action Analysis (B180)**

| 05/08/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving Stipulation to Continue Hearing on UST's Motion to Convert Case to Chapter 7 Under 11 USC 1112(b), Or In the Alternative, To Appoint A Chapter 11 Trustee and confirm no interlineations made by Court
**Pleadings (L210)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 417 of 469

| 05/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft correspondence to Mr. Kasolas regarding the proposed correspondence to and proposed conference call with Guido Ochoa
**Meeting And Communication With Creditors (B150)**

| 05/11/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review and categorize ballots for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/11/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan
**Meeting And Communication With Creditors (B150)**

| 05/11/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |
|---|---|---|---|---|

Conference call regarding delivery of Ochoa order and final payment on the same
**Settlement / Nonbinding Adr (L160)**

| 05/11/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |
|---|---|---|---|---|

Telephone call with Mari Nunez regarding money due by Guido Ochoa.
**Settlement / Nonbinding Adr (L160)**

| 05/11/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |
|---|---|---|---|---|

Conference call with Mari Nunez (representative for Guido Ochoa), Michael Kasolas (proposed liquidating trustee), Elizabeth Green, and Michael Delaney regarding potential resolution of dispute(s) between Debtors and Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

| 05/11/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding manner in which to proceed in light of call with Mari Nunez, "representative" for Guido Ochoa.
**Settlement / Nonbinding Adr (L160)**

| 05/12/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Conference call with Michael Kofield regarding award of Chinese trademark and manner in which to proceed in light of same
**Asset Analysis And Recovery (B120)**

| 05/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Peter Kravitz regarding potential disgorgement of fees in order to fund plan
**Plan And Disclosure Statement (B320)**

| 05/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with debtors' counsel regarding the Lowe settlement proposal
**Settlement / Nonbinding Adr (L160)**

| 05/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft responses to correspondence from multiple creditors regarding the March 27 plan
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 418 of 469

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

05/13/15   Delaney Michael T.   385.00   0.10   38.50

Confer with Mr. Layden regarding the status of plan approval and ballot summary preparation
**Plan And Disclosure Statement (B320)**

05/13/15   Layden Andrew V.   310.00   0.90   279.00

Review and analyze compilation of ballots to determine whether classes have voted to accept or reject plan.
**Plan And Disclosure Statement (B320)**

05/13/15   Layden Andrew V.   310.00   0.80   248.00

Review and analyze amended plan in order to identify cash necessary on effective date.
**Plan And Disclosure Statement (B320)**

05/13/15   McDow Ashley M.   530.00   0.20   106.00

Correspondence to/from Peter Siddiqui regarding status of settlement negotiations with Liquidbits
**Settlement / Nonbinding Adr (L160)**

05/15/15   McDow Ashley M.   530.00   0.20   106.00

Meeting with Michael Kasolas regarding status of various settlement negotiations and manner in which to proceed in light of same
**Settlement / Nonbinding Adr (L160)**

05/17/15   McDow Ashley M.   530.00   0.20   106.00

Confer with Peter Kravitz regarding terms of potential settlement necessary to fund effective date payments
**Settlement / Nonbinding Adr (L160)**

05/18/15   Delaney Michael T.   0.00   0.00   0.00

Confer with Ms. McDow regarding the preparation of a committee status report and current ballot tabulation for March 27 plan
**Meeting And Communication With Creditors (B150)**

05/18/15   Delaney Michael T.   385.00   1.20   462.00

Draft status report for committee members
**Meeting And Communication With Creditors (B150)**

05/18/15   McDow Ashley M.   530.00   0.10   53.00

Conference call with Payu Harris regarding update on potential purchase of remaining assets
**Asset Disposition (B130)**

05/18/15   McDow Ashley M.   530.00   0.10   53.00

Correspondence to/from Peter Siddiqui regarding status of settlement discussions with Liquidbits
**Settlement / Nonbinding Adr (L160)**

05/18/15   McDow Ashley M.   530.00   0.30   159.00

Conference call with Elizabeth Green regarding manner in which to proceed in light of impending confirmation deadlines
**Plan And Disclosure Statement (B320)**

05/18/15   McDow Ashley M.   530.00   0.30   159.00

Confer with Michael Delaney regarding content of status update to be sent to committee

**Baker&Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 14-30725  Doc# 520  Filed: 01/17/17  Entered: 01/13/17 19:17:20  Page 419 of 469

**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 05/18/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review UST's Supplement To Motion to Convert Case To Chapter 7, Or In The Alternative, To Appoint A Chapter 11 Trustee and identify issues to be raised in reply
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Evaluate validity and amount of priority claims asserted against estate and confer with Ms. McDow regarding same.
**Claims And Plan (B300)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review supplement to United States Trustee motion to convert or appoint chapter 11 trustee
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the validity and amount of priority claims asserted against estate
**Claims And Plan (B300)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding preparation of a response to the supplement to United States Trustee motion to convert or appoint chapter 11 trustee
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review opposition to United States Trustee motion to convert or appoint a chapter 11 trustee in preparation of response to the supplement filed in support of the same
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 385.00 | 5.10 | 1,963.50 |

Draft response to the supplement to United States Trustee motion to convert or appoint chapter 11 trustee and confer with Ms. McDow regarding same.
**Pleadings (L210)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Mr. Delaglio regarding the status of the Hashfast tax returns
**Claims And Plan (B300)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize correspondence to committee members regarding status of bankruptcy case
**Meeting And Communication With Creditors (B150)**

| | | | | |
|---|---|---|---|---|
| 05/19/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Conference call with Ron Oliner regarding status of confirmation in order to assess potential special counsel role on behalf of Liquidating Trust
**Experts / Consultants (L130)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

05/19/15   McDow Ashley M.   530.00   0.20   106.00

Review and revise status update to be sent to committee and confer with Michael Delaney regarding additional information to be included in same, particularly with respect to portion relating to Guido Ochoa
**Meeting And Communication With Creditors (B150)**

05/19/15   McDow Ashley M.   530.00   0.40   212.00

Review United States Trustee's Objection to Committee's Plan of Liquidation and identify matters to be researched and prepare outline for Committee's reply to same
**Plan And Disclosure Statement (B320)**

05/20/15   Delaney Michael T.   385.00   0.30   115.50

Draft notice of filing waivers of right to effective date administrative claim payments
**Plan And Disclosure Statement (B320)**

05/20/15   Delaney Michael T.   385.00   0.30   115.50

Review and draft responses to multiple correspondence from Mr. Edgeworth regarding Koi Systems' waiver of right to payment of administrative claim on effective date of March 27 plan
**Meeting And Communication With Creditors (B150)**

05/20/15   Delaney Michael T.   385.00   0.40   154.00

Analyze March 27 plan and liquidating trust agreement in order to supplement response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee
**Pleadings (L210)**

05/20/15   Delaney Michael T.   385.00   1.40   539.00

Draft follow-up correspondence to Guido Ochoa regarding rights and obligations under purchase order and potential implications from non-payment
**Meeting And Communication With Creditors (B150)**

05/20/15   Delaney Michael T.   385.00   0.40   154.00

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Koi Systems
**Plan And Disclosure Statement (B320)**

05/20/15   Delaney Michael T.   385.00   0.30   115.50

Draft correspondence to respective parties regarding the waivers of payment of administrative claim on effective date of March 27 Plan
**Plan And Disclosure Statement (B320)**

05/20/15   Delaney Michael T.   385.00   0.40   154.00

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Baker & Hostetler
**Plan And Disclosure Statement (B320)**

05/20/15   Delaney Michael T.   385.00   0.50   192.50

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Province
**Plan And Disclosure Statement (B320)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 05/20/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Prepare for and attend conference call to discuss preparation of confirmation memorandum for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/20/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Begin preparing ballot summary for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/20/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |

Continue drafting response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee
**Pleadings (L210)**

| 05/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the response to United States Trustee's supplement to motion to convert or appoint chapter 11 trustee
**Pleadings (L210)**

| 05/20/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Ms. McDow regarding the waivers of payment(s) of administrative claims on effective date of March 27 Plan
**Plan And Disclosure Statement (B320)**

| 05/20/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft waiver of right to payment of administrative claim on effective date of March 27 Plan for Katten Muchin
**Plan And Disclosure Statement (B320)**

| 05/20/15 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Attend to issues regarding status of case, ballot tabulation, and objection to confirmation filed by US Trustee.
**Plan And Disclosure Statement (B320)**

| 05/20/15 | Layden Andrew V. | 310.00 | 3.30 | 1,023.00 |

Begin drafting confirmation memorandum.
**Plan And Disclosure Statement (B320)**

| 05/20/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review and revise Waiver(s) Of Right to Effective Date Payments on Account of Administrative Claim and Notice of Filing of same and confer with Michael Delaney regarding modifications to be made to same
**Plan And Disclosure Statement (B320)**

| 05/20/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence by and among Peter Siddiqui and Victor Delaglio regarding payment of Ciara claim and willingness of Ciara to accept alternate treatment under the plan
**Claims And Plan (B300)**

Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 14-30725 Doc# 520 Filed: 01/17/17 Entered: 01/13/17 19:17:20 Page 422 of 469

05/20/15   McDow Ashley M.                    530.00        0.20        106.00

Review and revise correspondence to Guido Ochoa regarding payment to be made and confer with Michael Delaney and Elizabeth Green regarding same
**Meeting And Communication With Creditors (B150)**

05/20/15   McDow Ashley M.                    530.00        0.20        106.00

Follow up call with Ron Oliner regarding status of confirmation in order to assess potential special counsel role on behalf of Liquidating Trust
**Experts / Consultants (L130)**

05/20/15   McDow Ashley M.                    530.00        0.30        159.00

Conference call with Andrew Layden and Michael Delaney regarding content and structure of plan confirmation memorandum
**Plan And Disclosure Statement (B320)**

05/20/15   McDow Ashley M.                    530.00        0.10        53.00

Correspondence to/from Robert Edgeworth regarding potential for release in exchange for agreement to waive right to receive payment on the Effective Date
**Meeting And Communication With Creditors (B150)**

05/20/15   McDow Ashley M.                    530.00        0.40        212.00

Review and revise Response to United States Trustee's Supplement to the Motion to Convert Case to Chapter 7 Under 1112(b), Or In The Alternative, To Appoint a Chapter 11 Trustee, and confer with Michael Delaney regarding modifications to be made to same
**Plan And Disclosure Statement (B320)**

05/21/15   Delaney Michael T.                   0.00        0.00        0.00

Telephone call to Ms. Green regarding the correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast
**Meeting And Communication With Creditors (B150)**

05/21/15   Delaney Michael T.                  385.00        0.20        77.00

Correspondence and telephone call to Ms. Green regarding the correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast
**Meeting And Communication With Creditors (B150)**

05/21/15   Delaney Michael T.                  385.00        0.20        77.00

Draft correspondence to United States Trustee regarding BLR 3020-1(e) meet and confer and review response to same
**Plan And Disclosure Statement (B320)**

05/21/15   Delaney Michael T.                  385.00        0.40        154.00

Research treatment of untimely claims and bases to strike ballots under section 1126(e)
**Researching Laws (C200)**

05/21/15   Delaney Michael T.                  385.00        0.10        38.50

Research regarding meet and confer requirements under Bankruptcy Local Rules
**Researching Laws (C200)**

Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati      Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York        Orlando        Philadelphia   Seattle        Washington, DC

| 05/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Mr. Layden regarding arguments for confirmation memorandum for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/21/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Finalize correspondence to Mr. Ochoa regarding obligations under purchase agreement with Hashfast
**Meeting And Communication With Creditors (B150)**

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Analyze issues surrounding Ochoa payment obligations and evaluate effective means of recovering same.
**Asset Analysis And Recovery (B120)**

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Review confirmation affidavit and revise same.
**Plan And Disclosure Statement (B320)**

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.90 | 495.00 |

Attend to confirmation issues.
**Plan And Disclosure Statement (B320)**

| 05/21/15 | Green Elizabeth A. | 550.00 | 0.30 | 165.00 |

Review and revise letter to Guido regarding payments due.
**Asset Analysis And Recovery (B120)**

| 05/21/15 | Lane Deanna L | 240.00 | 0.50 | 120.00 |

Continue updating spreadsheet of returned mail.
**Administration (B100)**

| 05/21/15 | Layden Andrew V. | 310.00 | 3.90 | 1,209.00 |

Continue drafting confirmation memorandum.
**Plan And Disclosure Statement (B320)**

| 05/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Eduardo regarding potential resolution of the issues between Guido Ochoa and the Debtor
**Settlement / Nonbinding Adr (L160)**

| 05/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Elizabeth Green regarding strategy for various sources of funding for effective date
**Plan And Disclosure Statement (B320)**

| 05/21/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Michael Kasolas regarding status of matters relating to confirmation in preparation for meeting with Ron Oliner
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 4.40 | 1,694.00 |

Assist with drafting memorandum regarding confirmation of March 27 plan
**Plan And Disclosure Statement (B320)**

**Baker & Hostetler LLP**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Draft declaration of Hamilton Hee in support of plan confirmation
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Prepare exhibits to declaration of Michael T. Delaney in support of March 27 plan confirmation
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 1.30 | 500.50 |

Draft declaration of Michael T. Delaney in support of March 27 plan confirmation
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize notice of filing and waivers of right to payment of administrative claims on effective date of March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from United States Trustee regarding BLR 3020-1(e) meet and confer
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Draft addendum to Guido Ochoa purchase order
**Asset Disposition (B130)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Confer with Ms. McDow regarding ballot tabulation and confirmation issues in preparation of plan confirmation memorandum
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Edgeworth of Koi Systems regarding waiver of right to receive payment of administrative claim on effective date of March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and revise ballot summary for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Continue review ballots in preparation of ballot summary for March 27 plan
**Plan And Disclosure Statement (B320)**

| 05/22/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |

Review issues regarding confirmation affidavit.
**Plan And Disclosure Statement (B320)**

# Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 425 of 469

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 05/22/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Review issues regarding votes.
**Plan And Disclosure Statement (B320)**

| 05/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Victor Delalglio regarding strategy for confirmation hearing and need for Debtor to make personal appearance at same
**Plan And Disclosure Statement (B320)**

| 05/22/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference calls with Hamilton Hee regarding vote cast by Ray Gallo on his behalf
**Plan And Disclosure Statement (B320)**

| 05/22/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Eduardo regarding recent discussions with Guido Ochoa and manner in which to resolve remaining problems
**Settlement / Nonbinding Adr (L160)**

| 05/22/15 | McDow Ashley M. | 530.00 | 3.30 | 1,749.00 |

Assist with preparation of confirmation memorandum
**Plan And Disclosure Statement (B320)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence regarding Ochoa settlement payment
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Research regarding section 1126(e) and voting by proxy in preparation of motion to strike bad faith votes filed by Gallo LLP
**Researching Laws (C200)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review declaration of Ray Gallo regarding voting on behalf of clients in preparation of motion to strike improper ballots
**Plan And Disclosure Statement (B320)**

| 05/26/15 | Delaney Michael T. | 385.00 | 2.30 | 885.50 |

Draft motion to strike bad faith votes filed by Gallo LLP on behalf of his clients
**Pleadings (L210)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with debtors' counsel regarding addendum to Ochoa purchase order
**Asset Disposition (B130)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from Liquidbits counsel regarding committee approval of the Liquidbits settlement agreement
**Settlement / Nonbinding Adr (L160)**

Baker & Hostetler LLP

Case: 14-30725  Doc# 520  Filed: 01/13/17  Entered: 01/13/17 19:17:20  Page 426 of 469

| 05/26/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from committee members regarding the proposed Liquidbits settlement and approval of the same.
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize the addendum to Ochoa purchase order
**Asset Disposition (B130)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review committee bylaws in preparation of correspondence to committee members describing the Liquidbits settlement and the implications for the proposed plan of reorganization
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Mr. Edgeworth regarding emergency approval of the Liquidbits settlement agreement
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members regarding the proposed addendum to the Ochoa purchase order
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Draft correspondence to committee members describing the Liquidbits settlement and the implications for the proposed plan of reorganization
**Meeting And Communication With Creditors (B150)**

| 05/26/15 | Green Elizabeth A. | 550.00 | 0.50 | 275.00 |

Telephone call with Peter Siddiqui regarding Liquidbits.
**Asset Disposition (B130)**

| 05/26/15 | Layden Andrew V. | 310.00 | 0.50 | 155.00 |

Review pre-confirmation filings such as confirmation memorandum and supporting affidavits and evaluate whether any supplemental pleadings should be filed.
**Plan And Disclosure Statement (B320)**

| 05/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Michael Kasolas regarding attendance at and strategy for confirmation hearing
**Plan And Disclosure Statement (B320)**

| 05/26/15 | McDow Ashley M. | 530.00 | 1.40 | 742.00 |

Review relevant pleadings in preparation for confirmation hearing
**Plan And Disclosure Statement (B320)**

| 05/26/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Davide Cavion regarding specifics of Liquidbits proposal
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

05/26/15   McDow Ashley M.                     530.00        0.10        53.00
Review and analyze Gallo Declaration in Opposition to Plan Confirmation And In Response to Hee Declaration
**Plan And Disclosure Statement (B320)**

05/26/15   McDow Ashley M.                     530.00        0.10        53.00
Conference call with Peter Siddiqui and Michael Delaney regarding terms of assignment(s) to Guido Ochoa
**Settlement / Nonbinding Adr (L160)**

05/27/15   Delaney Michael T.                  385.00        0.60        231.00
Draft declaration in support of the motion to strike improper and untimely ballots
**Pleadings (L210)**

05/27/15   Delaney Michael T.                  385.00        0.20        77.00
Review correspondence regarding proposed objection to Liquidbits claim and factual basis for same
**Claims And Plan (B300)**

05/27/15   Delaney Michael T.                  385.00        0.30        115.50
Draft multiple correspondence to Ms. McDow and Ms. Green regarding the motion to strike improper and untimely ballots
**Pleadings (L210)**

05/27/15   Delaney Michael T.                  385.00        0.10        38.50
Review and draft response to correspondence from United States Trustee regarding BLR 3020-1(e) meet and confer
**Plan And Disclosure Statement (B320)**

05/27/15   Delaney Michael T.                  385.00        0.10        38.50
Confer with Ms. McDow regarding the BLR 3020-1(e) meet and confer
**Plan And Disclosure Statement (B320)**

05/27/15   Delaney Michael T.                  385.00        0.40        154.00
Draft notice of motion to strike improper and untimely ballots
**Pleadings (L210)**

05/27/15   Delaney Michael T.                  385.00        0.30        115.50
Confer with Mr. Kasolas regarding plan confirmation and proposed strategy for confirmation hearing
**Case Administration (B110)**

05/27/15   Delaney Michael T.                  385.00        0.50        192.50
Continue drafting motion to strike improper and untimely ballots
**Pleadings (L210)**

05/27/15   Green Elizabeth A.                   550.00        0.50        275.00
Additional telephone call with Peter Siddiqui regarding Liquidbits.
**Asset Disposition (B130)**

05/27/15   Green Elizabeth A.                   550.00        0.30        165.00
Telephone call with Julie Glossen regarding objections.

**Baker & Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Case: 14-30725      Doc# 520      Filed: 01/13/17      Entered: 01/13/17 19:17:20      Page 428 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 192

**Plan And Disclosure Statement (B320)**

| 05/27/15 | Green Elizabeth A. | 550.00 | 2.50 | 1,375.00 |
|---|---|---|---|---|

Prepare for confirmation hearing.
**Plan And Disclosure Statement (B320)**

| 05/27/15 | Green Elizabeth A. | 550.00 | 1.50 | 825.00 |
|---|---|---|---|---|

Attend confirmation hearing.
**Plan And Disclosure Statement (B320)**

| 05/27/15 | Green Elizabeth A. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Telephone call with Peter Siddiqui regarding Liquidbits.
**Asset Disposition (B130)**

| 05/27/15 | Layden Andrew V. | 310.00 | 1.90 | 589.00 |
|---|---|---|---|---|

Draft objection to Liquidbits request for administrative expense.
**Pleadings (L210)**

| 05/27/15 | Layden Andrew V. | 310.00 | 1.40 | 434.00 |
|---|---|---|---|---|

Research regarding potential objection to Liquidbits' request for administrative expense.
**Researching Laws (C200)**

| 05/27/15 | McDow Ashley M. | 530.00 | 5.60 | 2,968.00 |
|---|---|---|---|---|

Travel to/from, continue preparing for, and attend confirmation hearing
**Trial And Hearing Attendance (L450)**

| 05/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with potential liquidating trust counsel regarding representation of liquidation trust post-confirmation and claims to be assigned to liquidating trust
**Case Administration (B110)**

| 05/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding revisions to plan and liquidating trust required for confirmation
**Plan And Disclosure Statement (B320)**

| 05/29/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Revise March 27 plan and disclosure statement to incorporate changes required for confirmation
**Plan And Disclosure Statement (B320)**

| 05/29/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to the United States Trustee regarding the revised versions of the March 27 plan and Hashfast Liquidating Trust Agreement
**Plan And Disclosure Statement (B320)**

| 05/29/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Revised Hashfast Liquidating Trust Agreement to incorporate changes required for confirmation
**Plan And Disclosure Statement (B320)**

| 05/29/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding revisions to March 27 plan and Hashfast Liquidating Trust Agreement

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Plan And Disclosure Statement (B320)**

05/29/15   McDow Ashley M.                    530.00        0.30          159.00

Conference call with Victor Delaglio regarding content of Motion for Approval Of Compromise With Liquidbits Corporation
**Settlement / Nonbinding Adr (L160)**

05/29/15   McDow Ashley M.                    530.00        0.70          371.00

Conference calls with Michael Kasolas regarding retention of Duane Morris to serve as special counsel to Liquidating Trustee and status of revisions to be made to plan, settlement agreement with Liquidbits and motion to approve same, and specifics of various avoidance actions
**Case Administration (B110)**

05/29/15   McDow Ashley M.                    530.00        0.20          106.00

Review revised version of plan and disclosure statement and confer with Michael Delaney regarding same and parties to whom proposed modifications should be sent
**Plan And Disclosure Statement (B320)**

05/29/15   McDow Ashley M.                    530.00        0.30          159.00

Review Notice of Motion and Motion for Approval Of Compromise With Liquidbits Corporation and Identify Issues to be raised in supplement to be filed by Committee
**Settlement / Nonbinding Adr (L160)**

06/01/15   Delaney Michael T.                 385.00        0.20          77.00

Confer with Ms. McDow regarding motion to approve compromise with Liquidbits Corp and preparation of brief in support of the same
**Settlement / Nonbinding Adr (L160)**

06/01/15   Delaney Michael T.                 385.00        0.50          192.50

Confer with multiple creditors regarding case status and formation of liquidating trust
**Meeting And Communication With Creditors (B150)**

06/01/15   McDow Ashley M.                    530.00        0.30          159.00

Correspondence to counsel for the Debtors and counsel for Liquidbits regarding glaring deficiencies in the 9019 motion to approve compromise between the Debtors and Liquidbits and appropriate manner in which to address same
**Settlement / Nonbinding Adr (L160)**

06/01/15   McDow Ashley M.                    530.00        0.20          106.00

Conference call with Michael Kasolas regarding 9019 motion between the Debtors and Liquidbits and modifications to be made to same
**Settlement / Nonbinding Adr (L160)**

06/01/15   McDow Ashley M.                    530.00        0.10          53.00

Review entered Order Granting Debtors' Oral Motion to Shorten Time on Debtors' Motion for Approval of Compromise With Liquidbits Corporation, confirm no interlineations made by Court, and confirm dates therein are calendered internally
**Settlement / Nonbinding Adr (L160)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 06/01/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and analyze Answer to First Amended Complaint filed by Marc Lowe and identify manner in which Committee can dispute contentions made therein
**Pleadings (L210)**

| 06/02/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the preparation of supplement brief in support of motion to approve Liquidbits Corp. compromise
**Pleadings (L210)**

| 06/02/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Analyze the motion to approve Liquidbits Corp. compromise in preparation of supporting brief
**Pleadings (L210)**

| 06/02/15 | Delaney Michael T. | 385.00 | 2.30 | 885.50 |

Draft supplement brief in support of motion to approve Liquidbits Corp. compromise and confer with Ms. McDow regarding same.
**Pleadings (L210)**

| 06/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to committee members regarding the proposed supplemental brief in support of the motion to approve Liquidbits Corp. compromise
**Meeting And Communication With Creditors (B150)**

| 06/02/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review and analyze the Debtors' Motion for Approval of Compromise with Liquidbits.
**Asset Disposition (B130)**

| 06/02/15 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Confer with Ms. Mcdow and Mr. Delaney and review emails and correspondences for preparing the Committee's Supplement in Support of the Debtors' Motion for Approval of Compromise with Liquidbits.
**Asset Disposition (B130)**

| 06/02/15 | Farivar, Fahim | 365.00 | 1.40 | 511.00 |

Assist in preparing the Committee's Supplemental Brief in Support of the Debtors' Motion for Approval of Compromise with Liquidbits.
**Pleadings (L210)**

| 06/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with Peter Siddiqui and Greg Rougeau regarding supplement to 9019 motion to be filed by Committee
**Settlement / Nonbinding Adr (L160)**

| 06/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Eduardo DeCastro regarding nature of lawsuits to be filed against Liquidbits for purposes of including in Committee supplement
**Asset Analysis And Recovery (B120)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/17/19   Entered: 01/17/19 17:20   Page 431 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 195

| 06/02/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise Supplemental Brief of Committee in Support of Motion to Approve Compromise Between Debtors and Liquidbits and confer with Michael Delaney regarding modifications to be made to same
**Pleadings (L210)**

| 06/02/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Michael Kasolas regarding supplement of Committee to Motion to Approve Compromise Between Debtors and Liquidbits
**Settlement / Nonbinding Adr (L160)**

| 06/03/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the supplemental brief in support of motion to approve Liquidbits Corp compromise and preparation of a declaration in support of same
**Pleadings (L210)**

| 06/03/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Finalize supplemental brief in support of motion to approve Liquidbits Corp compromise and confer with Ms. McDow regarding same.
**Pleadings (L210)**

| 06/03/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from United States Trustee regarding revised plan and liquidating trust agreement
**Plan And Disclosure Statement (B320)**

| 06/03/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Mr. Delaglio regarding his declaration in support of the motion to approve Liquidbits Corp compromise
**Pleadings (L210)**

| 06/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence regarding Delaglio declaration in support of the motion to approve Liquidbits Corp compromise
**Pleadings (L210)**

| 06/03/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Draft the Delaglio declaration in support of the motion to approve Liquidbits Corp compromise
**Pleadings (L210)**

| 06/03/15 | McDow Ashley M. | 530.00 | 1.30 | 689.00 |

Review and revise Declaration of Victor Delaglio in Support of Motion to Compromise and confer with Michael Delaney regarding same
**Settlement / Nonbinding Adr (L160)**

| 06/03/15 | McDow Ashley M. | 530.00 | 1.10 | 583.00 |

Conference calls with Victor Delaglio regarding content of Declaration of Victor Delaglio to be submitted in support of 9019 motion
**Settlement / Nonbinding Adr (L160)**

**Baker&Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 432 of 469

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

06/03/15  McDow Ashley M.                    530.00        0.10         53.00
Conference call with Greg Rougeau, counsel for Liquidbits, regarding content of Declaration of Victor Delaglio in Support of Motion to Approve Compromise
**Settlement / Nonbinding Adr (L160)**

06/04/15  Delaney Michael T.                 385.00        0.80        308.00
Finalize revised version of liquidating trust agreement for June 4, 2015 plan of liquidation
**Plan And Disclosure Statement (B320)**

06/04/15  Delaney Michael T.                 385.00        0.20         77.00
Draft correspondence to United States Trustee, debtors and proposed liquidating trustee regarding revisions to plan caption
**Plan And Disclosure Statement (B320)**

06/04/15  Delaney Michael T.                 385.00        0.50        192.50
Finalize revised version of June 4, 2015 consolidated plan of liquidation and disclosure statement
**Plan And Disclosure Statement (B320)**

06/09/15  McDow Ashley M.                    530.00        0.30        159.00
Conference call with Eduardo DeCastro regarding basis for claims against Uniquify and review correspondence from Eduardo DeCastro relating to same
**Asset Analysis And Recovery (B120)**

06/09/15  McDow Ashley M.                    530.00        0.20        106.00
Conference call with Victor Delaglio regarding current cash on hand and content of declaration in support of confirmation to be prepared and filed based on same
**Plan And Disclosure Statement (B320)**

06/10/15  McDow Ashley M.                    530.00        0.10         53.00
Conference call with Elrick Trever regarding current status of case
**Meeting And Communication With Creditors (B150)**

06/11/15  Delaney Michael T.                 385.00        0.10         38.50
Confer with Mr. Kasolas regarding the status of plan confirmation
**Plan And Disclosure Statement (B320)**

06/11/15  Farivar, Fahim                     365.00        0.40        146.00
Review and revise Declaration of Mr. Delaglio in Support of Plan Confirmation and confer with Ms. McDow regarding the same.
**Plan And Disclosure Statement (B320)**

06/11/15  McDow Ashley M.                    530.00        0.10         53.00
Conference call with Victor Delaglio regarding current cash position and addendum to Ochoa order
**Plan And Disclosure Statement (B320)**

06/11/15  McDow Ashley M.                    530.00        0.70        371.00
Review relevant pleadings and correspondence in preparation for hearing on plan confirmation and 9019 motion
**Plan And Disclosure Statement (B320)**

**Baker & Hostetler LLP**

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 197

| 06/11/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to Guido Ochoa regarding addendum to purchase order with Debtors and correspondence to Eduardo DeCastro regarding same
**Meeting And Communication With Creditors (B150)**

| 06/11/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Victor Delaglio and Peter Siddiqui regarding current cash position and addendum to Ochoa order
**Plan And Disclosure Statement (B320)**

| 06/11/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding additional installment payment from Guido
**Settlement / Nonbinding Adr (L160)**

| 06/11/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Prepare Declaration of Victor Delaglio in support of plan confirmation and conference calls with Victor Delaglio regarding same
**Plan And Disclosure Statement (B320)**

| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review multiple correspondence regarding the proposed order approving the Liquidbits settlement agreement
**Settlement / Nonbinding Adr (L160)**

| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to debtor's counsel regarding the proposed order approving the Liquidbits settlement agreement
**Settlement / Nonbinding Adr (L160)**

| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review the proposed order approving the Liquidbits settlement agreement
**Settlement / Nonbinding Adr (L160)**

| 06/12/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the proposed order approving the Liquidbits settlement agreement
**Settlement / Nonbinding Adr (L160)**

| 06/12/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui and Victor Delaglio regarding results of hearings on the 9019 Motion and plan confirmation
**Plan And Disclosure Statement (B320)**

| 06/12/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |
|---|---|---|---|---|

Telephonically attend hearing on Motion to Approve Compromise between Debtors and Liquidbits and confirmation hearing
**Trial And Hearing Attendance (L450)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 198

06/14/15 McDow Ashley M. 530.00 0.10 53.00

Correspondence to/from Pete Morici and Rob Edgeworth regarding results of hearings and identity of creditor who appeared at hearing to "object"
**Meeting And Communication With Creditors (B150)**

06/15/15 McDow Ashley M. 530.00 0.10 53.00

Review entered Order Continuing Status Conference in Lowe adversary proceeding and ensure dates therein are calendered internally
**Other Contested Matters (B190)**

06/16/15 McDow Ashley M. 530.00 0.10 53.00

Correspondence to Ron Oliner and Michael Kasolas regarding conference call to discuss litigation moving forward
**Other Contested Matters (B190)**

06/16/15 McDow Ashley M. 530.00 0.30 159.00

Conference call with Michael Kasolas regarding results of confirmation and compromise hearing and manner in which to proceed forward in light of same
**Plan And Disclosure Statement (B320)**

06/16/15 McDow Ashley M. 530.00 0.10 53.00

Review entered Order Approving Debtors' Compromise With Liquidbits Corporation and entered Order Denying Motion of UST to Convert Case and confirm no interlinations made by Court
**Settlement / Nonbinding Adr (L160)**

06/17/15 Delaney Michael T. 385.00 0.60 231.00

Begin drafting the proposed order confirming the June 2015 plan of liquidation and confer with Ms. McDow regarding same
**Plan And Disclosure Statement (B320)**

06/17/15 Delaney Michael T. 385.00 0.10 38.50

Confer with Ms. McDow regarding the preparation of an order confirming the June 2015 plan of liquidation
**Plan And Disclosure Statement (B320)**

06/18/15 McDow Ashley M. 530.00 0.20 106.00

Telephone calls to/from and correspondence to/from Michael Kasolas regarding turnover of funds and litigation management moving forward
**Asset Analysis And Recovery (B120)**

06/19/15 Delaney Michael T. 0.00 0.00 0.00

Finalize and prepare proposed order confirming June 2015 plan for lodging
**Plan And Disclosure Statement (B320)**

06/19/15 Delaney Michael T. 385.00 4.40 1,694.00

Continue drafting proposed order confirming June 2015 plan
**Plan And Disclosure Statement (B320)**

06/19/15 Delaney Michael T. 385.00 0.90 346.50

Confer with Mr. Kasolas regarding plan confirmation and administration of liquidating trust

**Baker&Hostetler LLP**

**Asset Analysis And Recovery (B120)**

| 06/19/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |

Prepare for and attend conference call with Mr. Kasolas and potential counsel for the liquidating trust regarding administration of the same
**Asset Analysis And Recovery (B120)**

| 06/19/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Ms. McDow regarding the proposed order confirming June 2015 plan
**Plan And Disclosure Statement (B320)**

| 06/19/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |

Review and revise confirmation order and confer with Michael Delaney regarding modifications to be made to same
**Plan And Disclosure Statement (B320)**

| 06/19/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Michael Kasolas, Ron Oliner, Elizabeth Green, and Michael Delaney regarding manner in which to handle litigation moving forward
**Asset Analysis And Recovery (B120)**

| 06/19/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Elizabeth Green regarding manner in which to handle litigation moving forward
**Asset Analysis And Recovery (B120)**

| 06/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Victor Delaglio regarding status of estate tax returns and likely implications of same on Effective Date payments and likely objections to be made to claims of taxing authorities
**Tax Issues (B240)**

| 06/25/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review entered confirmation order for revisions
**Plan And Disclosure Statement (B320)**

| 06/25/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Ms. McDow and Mr. Kasolas regarding the entry of the confirmation order
**Plan And Disclosure Statement (B320)**

| 06/25/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Kasolas regarding post-confirmation operations and transition issues
**Business Operations (B210)**

| 06/25/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Review entered Order Approving on a Final Basis and Confirming the Consolidated Plan of Liquidation and Disclosure Statement and confirm no interlineations made by Court
**Plan And Disclosure Statement (B320)**

| 06/30/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with creditor regarding claim treatment and plan administration
**Plan And Disclosure Statement (B320)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 01/13/17
Invoice Number: 50335064
Matter Number: 093044.000001
Page 200

06/30/15   Layden Andrew V.                310.00        1.90        589.00
  Create checklist of required events for effective date of confirmed plan.
  **Plan And Disclosure Statement (B320)**

07/01/15   McDow Ashley M.                 530.00        0.20        106.00
  Review checklist regarding Effective Date obligations and correspondence to Victor Delaglio regarding
  specific obligations of Debtor with respect to same
  **Plan And Disclosure Statement (B320)**

07/06/15   McDow Ashley M.                 530.00        0.40        212.00
  Conference call with Michael Kasolas regarding status of compliance with various effective date obligations
  **Plan And Disclosure Statement (B320)**

07/08/15   Delaney Michael T.              385.00        0.20         77.00
  Confer with Mr. Paez regarding case status and formation of liquidating trust
  **Meeting And Communication With Creditors (B150)**

07/08/15   McDow Ashley M.                 530.00        0.10         53.00
  Correspondence to/from Victor Delaglio regarding status of effective date obligations
  **Plan And Disclosure Statement (B320)**

07/09/15   Delaney Michael T.              385.00        0.20         77.00
  Draft correspondence to the committee regarding the execution of the Hashfast Creditor Trust agreement
  **Plan And Disclosure Statement (B320)**

07/09/15   Delaney Michael T.              385.00        0.10         38.50
  Draft correspondence to debtors' counsel regarding the execution of the Hashfast Creditor Trust agreement
  **Plan And Disclosure Statement (B320)**

07/09/15   Delaney Michael T.              385.00        0.20         77.00
  Confer with Ms. McDow regarding the execution of the Hashfast Creditor Trust agreement
  **Plan And Disclosure Statement (B320)**

07/09/15   Delaney Michael T.              385.00        0.20         77.00
  Review and draft responses to correspondence from committee members and debtors counsel regarding
  the execution of the hashfast creditor trust agreement
  **Meeting And Communication With Creditors (B150)**

07/09/15   Delaney Michael T.              385.00        0.10         38.50
  Draft correspondence to the trustee regarding the execution of the Hashfast Creditor Trust agreement
  **Plan And Disclosure Statement (B320)**

07/09/15   Delaney Michael T.              385.00        0.30        115.50
  Prepare Hashfast Creditor Trust agreement for execution
  **Plan And Disclosure Statement (B320)**

07/09/15   McDow Ashley M.                 530.00        0.10         53.00
  Correspondence to/from Michael Kasolas regarding representation of trust moving forward
  **Document Production (L320)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 07/10/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Confer with Mr. Kasolas regarding the potential litigation claims for the liquidating trust and execution of the trust agreement
**Asset Analysis And Recovery (B120)**

| 07/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Ron Oliner regarding summary of Hashfast litigation
**Asset Analysis And Recovery (B120)**

| 07/10/15 | McDow Ashley M. | 530.00 | 0.80 | 424.00 |
|---|---|---|---|---|

Assist Victor Delaglio with "Claims Register" to be submitted by Debtor on Effective Date
**Plan And Disclosure Statement (B320)**

| 07/13/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Review Claims Ledger prepared by Debtor and correspondence to Michael Kasolas regarding same and status of remaining conditions to effective date
**Document Production (L320)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft response to correspondence from counsel for Graeme Middleton regarding the status of the bankruptcy case and payment timeline
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review correspondence from Ray Gallo regarding mailing address for Max Avroutski
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with California Board of Equalization regarding status of business operations and liquidation
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Diana Skye regarding claim transfers
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to Mr. Kasolas regarding correspondence from Diana Skye regarding claim transfers
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Review and draft response to correspondence from Luke Dashjr regarding statue of bankruptcy and service of documents
**Meeting And Communication With Creditors (B150)**

| 07/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Ivo Stoychev regarding status of plan confirmation and payment of claims
**Meeting And Communication With Creditors (B150)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 438 of 469

| 07/22/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Draft correspondence to committee members regarding the executed version of the liquidating trust agreement
**Meeting And Communication With Creditors (B150)**

| 07/23/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review and draft responses to multiple correspondence from committee members regarding the execution of the Hashfast Creditor Trust Agreement and effectuation of the same
**Meeting And Communication With Creditors (B150)**

| 07/24/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Jessica Mickelson regarding response(s) to discovery propounded by Marc Lowe
**Other Contested Matters (B190)**

| 07/24/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with "Jose," creditor of estate, regarding treatment of claim and status of case
**Meeting And Communication With Creditors (B150)**

| 07/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Uniquify regarding the execution of the liquidating trust agreement
**Meeting And Communication With Creditors (B150)**

| 07/28/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Zuber law firm regarding case status and administration of liquidating trust
**Meeting And Communication With Creditors (B150)**

| 07/28/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review correspondence from Matt B. O'Hanlon regarding MPH vs. Primal Intelligence audit and production of documents and correspondence to/from Jim Milio regarding same
**Other Contested Matters (B190)**

| 07/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to Phillip Albert, IP counsel for Hashfast, regarding conference call to discuss patent issues
**Business Operations (B210)**

| 07/28/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Michael Kasolas regarding conference call to be scheduled with patent counsel for Debtor
**Business Operations (B210)**

| 07/29/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence regarding effective date of plan and execution of trust agreement
**Plan And Disclosure Statement (B320)**

| 07/29/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Correspondence to/from Peter Siddiqui regarding status of effective date conditions
**Plan And Disclosure Statement (B320)**

Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

07/29/15   McDow Ashley M.                      530.00        0.40        212.00

Conference call with Michael Kasolas and Phil Albert regarding current patents "belonging to" Debtor and application process relating thereto
**Business Operations (B210)**

07/29/15   McDow Ashley M.                      530.00        0.40        212.00

Conference call with Michael Kasolas regarding transition of operations from Debtor to Liquidating Trust, status of various litigation, and manner in which to proceed in light of conference call with Phillip Albert
**Business Operations (B210)**

07/30/15   Delaney Michael T.                   385.00        0.30        115.50

Confer with creditors regarding the administration of the liquidating trust and estimated timeline for disbursements
**Meeting And Communication With Creditors (B150)**

12/27/16   Farivar, Fahim                       380.00        2.20        836.00

Continue preparing the fact section of Baker's Second Interim Fee Application, including the Declaration of Ms. McDow in support.
**Fee - Employment Application(B160)**

01/03/17   Farivar, Fahim                       410.00        1.10        451.00

Review revised invoices and continue revising and updating the fee figures and adding narrative sections as necessary in the Final Fee Application of Baker Hostetler per the information obtained from the invoices and quick review of the invoices for any necessary redactions.
**Fee - Employment Application(B160)**

01/04/17   Farivar, Fahim                       410.00        0.20        82.00

Continue revising and updating Baker's Notice of Hearing on Baker's Final Fee Application per the information obtained from the invoices.
**Fee - Employment Application(B160)**

01/04/17   Farivar, Fahim                       410.00        1.60        656.00

Draft the fact section, the sections related to invoices, the section related to prior invoices and Declaration of Ms. McDow per the information obtained from the invoices of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/04/17   Farivar, Fahim                       410.00        0.70        287.00

Draft Asset Disposition section (B130) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/04/17   Farivar, Fahim                       410.00        1.10        451.00

Draft the narrative section regarding Administration (B100)/Case Administration (B110) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/04/17   Farivar, Fahim                       410.00        0.70        287.00

Draft the narrative section Asset Analysis and Recovery Section (B120) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

**Baker&Hostetler LLP**

Case: 14-30725   Doc# 520   Filed: 01/13/17   Entered: 01/13/17 19:17:20   Page 440 of 469

Atlanta      Chicago      Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston      Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

01/05/17   Farivar, Fahim                    410.00        0.60         246.00

Draft the narrative section regarding Researching Laws (C200)/Fact Investigation/Development (L110)/ Analysis / Strategy (L120)/ Expert/Consultants (L130) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.80         328.00

Draft the narrative section regarding Settlement/Nonbinding Adr (L160) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        1.70         697.00

Draft the narrative section regarding Plan and Disclosure Statement (B320) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.10         41.00

Draft the narrative section regarding Bankruptcy Related Advice (B400) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.20         82.00

Draft the narrative section regarding Trial and Hearing Attendance (L450)/ Other Trial Preparation and Support (L440)/ Court Mandated Conference (L230)of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.40         164.00

Draft the narrative section regarding Written Discovery (L310)/Document Production (L320)/Deposition (L330)/Discovery Meotions (L350)/Ohter Discovery (L390)/Fact Witness (L410) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.70         287.00

Draft the narrative section regarding Pleadings (L210)/ Dispositive Motions (L240)/Written Motions and Submissions (L430)/ Other Written Motions and Submissions (L250) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.20         82.00

Draft the narrative section regarding Other (P280) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                     0.00         0.10          0.00

Follow up correspondence to Ms. Baca regarding the final invoices, including the write-off and the courtesy discount issued.
**Fee - Employment Application(B160)**

01/05/17   Farivar, Fahim                    410.00        0.70         287.00

Draft the narrative section regarding Avoidance Action Analysis (B180) of Final Fee Application of Baker Hostetler.

**Baker & Hostetler LLP**

**Fee - Employment Application(B160)**

| 01/05/17 | Farivar, Fahim | 410.00 | 0.50 | 205.00 |

Draft the narrative section regarding Assumption – Rejection of Leases and Contracts (B185)/ Operation (B200)/ Business Operation (B210)/ Real Estate (B250) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

| 01/05/17 | Farivar, Fahim | 410.00 | 1.20 | 492.00 |

Draft the narrative section regarding Meeting and Communication with Creditors (B150) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

| 01/05/17 | Farivar, Fahim | 410.00 | 0.70 | 287.00 |

Draft the narrative section regarding Fee-Employment Application (B160)/Fee-Employment Objections (B170) of Final Fee Application of Baker Hostetler.
**Fee - Employment Application(B160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 442 of 469

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 86

**Expenses and Other Charges**

| | | |
|---|---|---|
| 07/17/14 | Transcripts (E116) - VENDOR: FIRST CHOICE REPORTING SERVICES, INC. Audio Transcription of the 341 Meeting of Creditors for HashFast matter. | 1,385.00 |
| 08/21/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Transcript-Exam of Monica Hushen | 5,244.70 |
| 10/10/14 | SF REPORTERS - Transcripts (E116) SF REPORTERS Certified transcript of Simon Barber. | 1,245.00 |
| | **Subtotal - Transcripts (E116)** | **7,874.70** |

| | | |
|---|---|---|
| 06/18/14 | Telephone Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 6/18/2014 | 58.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 15, 2014; | 8.00 |
| 09/12/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 27, 2014; | 8.00 |
| 10/02/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Jul 28, 2014; | 5.00 |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 87

| | | |
|---|---|---|
| 10/23/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Internet use during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 14.95 |
| | **Subtotal - Telephone Charges (E105)** | **93.95** |
| 07/17/14 | Meals Other; Ashley M. McDow; Creditors Committee Meeting; Jul 17, 2014; | 5.99 |
| 08/21/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley M. McDow; Dinner re Lodging for Creditors Committee Meeting; Jul 15, 2014; | 37.39 |
| 08/29/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 26.14 |
| 08/29/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 25, 2014; | 6.52 |
| 09/10/14 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Honor Bar (Bottled Water) in room while attending the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 05, 2014; | 13.08 |
| 09/10/14 | ELIZABETH A. GREEN - Dinner; Elizabeth Green; Dinner in Hotel room upon arrival to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; Aug 04, 2014; | 85.85 |
| 09/10/14 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 28, 2014; | 25.12 |
| 09/12/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal with Rob Edgeworth, chair of committee, in preparation for continued 341(a) examination of Debtor(s).; Jul 15, 2014; | 21.79 |
| 10/23/14 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; Ashley McDow; Meals during stay to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014; | 51.00 |
| 10/23/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal during stay in San Francisco to attend hearing and conduct 2004 examination.; Sep 11, 2014; | 56.55 |
| | **Subtotal - Meals while Traveling (E110)** | **329.43** |

Committee of Unsecured Creditors of HashFast Technologies,
L LC

Invoice Date: 12/29/14
Invoice Number: 50039516
Matter Number: 093044.000001
Page 88

| | | |
|---|---|---|
| 07/17/14 | Handling / Processing Charges (E119) - VENDOR: ACE ATTORNEY SERVICE, INC. Matrix Mailing | 3,863.88 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing Services | 173.40 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 2,899.58 |
| 08/21/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing services | 983.73 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 808.38 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 4,334.24 |
| 08/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mail out services. | 37.31 |
| 09/10/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management Services for HashFast case. | 1,645.80 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 1,013.88 |
| 09/12/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 3,270.81 |
| 09/25/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copies and mailing services. | 874.06 |
| 09/29/14 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services. | 3,516.72 |
| 10/01/14 | PROCESS GENERAL LLC - Handling / Processing Charges (E119) PROCESS GENERAL LLC Claims and Document Management, Technology Development and Maintenance Services related to HashFast Technologies, LLC. | 3,457.20 |

**Subtotal - Handling / Processing Charges (E119)**    **26,878.99**

| | | |
|---|---|---|
| 07/25/14 | Lodging; Ashley M. McDow; Lodging for attending creditors committee meeting; Jul 25, 2014 | 336.15 |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley M. McDow; | 161.76 |

| | | |
|---|---|---|
| | Dinner after Creditors Committee Meeting; Jul 16, 2014; | |
| 08/21/14 | ASHLEY MALINGER - Lodging (E110) Amy J Traub; Aug 08, 2014; | 988.68 |
| 08/29/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 18.47 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/05/2014 | 480.75 |
| 09/10/14 | ELIZABETH A. GREEN - Lodging; Elizabeth Green; Lodging while attending the committee of unsecured creditors meeting with the debtors in Los Angeles, CA 8/04/2014 | 480.75 |
| 09/10/14 | ASHLEY MALINGER - Lodging (E110) Dinner; Ashley McDow; Meal while in San Francisco to attend hearing on Application to Approve Assets Free and Clear.; Jul 27, 2014; | 155.31 |
| 09/12/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley Malinger; lodging in San Francisco 07/24/2014 | 319.87 |
| 10/14/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel to attend hearing on Application to Approve Assets Free and Clear; Meeting with Julie Glosson regarding moving in light of same.; Jul 28, 2014 | 312.88 |
| 10/23/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Lodging to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; Sep 10, 2014 | 336.15 |
| | **Subtotal - Lodging (E110)** | **3,590.77** |
| | | |
| 06/27/14 | Airfare; Bonita J. Paul; Travel for Ashley McDow to Oakland; | 454.00 |
| 07/07/14 | Airfare; Ashley M. McDow; Travel to/from Oakland International Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Airfare; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 434.00 |
| 07/14/14 | Travel Service Fees; Ashley M. McDow; Round trip Bob Hope Airport to Oakland Int'l Airport for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Travel Service Fees; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 25.00 |
| 07/15/14 | Airfare; Ashley M. McDow; Travel to Oakland for Creditors Committee Meeting; | 434.00 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; Return Airline Travel from San Francisco, CA after attending hearing in HashFast matter on 7/28/14.; | 598.09 |
| 07/21/14 | Airfare; Elizabeth A. Green; AMERICAN AIRLINES DALLAS TX; | 859.09 |

|  |  |  |
|---|---|---|
|  | Airline Travel to San Francisco, CA to attend hearing in HashFast matter on 7/28/14.; |  |
| 08/21/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth A. Green; Attorney got paid for airline ticket cost and the hearing was cancelled at the last minute. The ticket out to California for the hearing was a refundable ticket. She will need to reimburse the Firm for this amount.; | (859.09) |
| 08/29/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; | 465.20 |
| 09/10/14 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Air travel to California to attend the Committee of Unsecured Creditors Meeting with the Debtors in Los Angeles, CA from 8/04/14-8/06/14.; | 1,820.18 |
| 09/10/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to San Francisco to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; | 465.20 |
| 10/23/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 496.20 |
| 10/23/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Round trip flight to attend Hearing re UST's Motion to Appoint Trustee or Convert; and Motion for Substantive Consolidation.; | 25.00 |

|  |  |
|---|---|
| **Subtotal - Airfare/Trainfare (E110)** | **5,675.87** |

|  |  |  |
|---|---|---|
| 06/27/14 | Parking; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; Jun 27, 2014; | 23.00 |
| 06/27/14 | Parking; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; Jun 27, 2014; | 23.00 |
| 08/29/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to travel to San Francisco to Conduct 2004 examination of Eduardo Decastro.; Jul 24, 2014; | 46.00 |
| 09/12/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend continued 341(a) hearings for Hashfast Technologies and Hashfast LLC and brief meeting with Julie Glosson relating to same and intent of committee moving forward; Jul 14, 2014; | 30.00 |

| 10/02/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at airport to attend hearing on Application to Approve Assets Free and Clear and meeting with Julie Glosson regarding approach moving forward in light of same.; Jul 28, 2014; | 46.00 |

| | **Subtotal - Ground Transportation Out of Town (E110)** | **168.00** |

| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on August 8, 2014 in the HashFast matter) | 37.00 |
| 09/08/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call Appearance Fee for hearing on 7.28.14 in the HashFast matter. | 37.00 |
| 09/18/14 | ELIZABETH A. GREEN - Court Costs (E112) ELIZABETH A. GREEN Court Call - Hashfast Hrng on 9.10.14. | 58.00 |

| | **Subtotal - Court Costs (E112)** | **132.00** |

| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. US Bankruptcy Court Norther Dist 235 Pine Street, 19th Floor San Francisco 7/17/2014 | 126.88 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 253.85 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 7/23/2014 | 79.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC SF 235 Pine Street San Francisco, CA 7/16/2014 | 87.71 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 7/28/2014 | 214.63 |
| 09/12/14 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 8/1/2014 | 71.63 |

| | **Subtotal - Messenger Service (E107)** | **834.41** |

| 06/27/14 | UCC Search Charges (E106) - VENDOR: CAPITOL SERVICES, INC. UCC Searches | 125.00 |

| | **Subtotal - UCC Search Charges (E106)** | **125.00** |

| 06/27/14 | Mileage; Ashley M. McDow; Parking at Bob Hope Airport to travel to Creditors Committee meeting in San Francisco; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
|---|---|---|
| 06/27/14 | Mileage; Ashley M. McDow; Parking to Airport for Travel to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jun 27, 2014; | 19.71 |
| 07/09/14 | Mileage; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; 35.20 Miles @ Rate .56; Jul 09, 2014; | 19.71 |
| 07/17/14 | Mileage; Ashley M. McDow; Round trip Mileage to Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; 35.20 Miles @ Rate .56; Jul 17, 2014; | 19.71 |

**Subtotal - Local Mileage (E109)**     **78.84**

| 07/09/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope airport to travel to San Francisco re Creditor's Committee Meeting; Jul 09, 2014; | 46.00 |
|---|---|---|
| 07/17/14 | Parking - Local; Ashley M. McDow; Parking at Bob Hope Airport to go to San Francisco for Creditors Committee Meeting; Jul 17, 2014; | 69.00 |

**Subtotal - Ground Transportation Local (E109)**     **115.00**

| 07/10/14 | Teleconference Charges (E105) - VENDOR: COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/2/2014 | 30.00 |
|---|---|---|
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 8/8/2014 | 37.00 |
| 08/29/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 7/11/2014 | 30.00 |

**Subtotal - Teleconference Charges (E105)**     **97.00**

| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 173.90 |
|---|---|---|
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 4.50 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 34.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 1.90 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 24.80 |
| 06/30/14 | Pacer Research - 06/30/14 by 093044.01 | 26.30 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.2 | 28.20 |
| 06/30/14 | Pacer Research - 06/30/14 by 92312.3 | 2.70 |

| 06/30/14 | Pacer Research - 06/30/14 by 9900.80 | 61.30 |
| 09/30/14 | PACER 93044.1 | 9.30 |
| 09/30/14 | PACER HASFAST | 1.70 |
| 09/30/14 | PACER HASHFAST | 1.00 |
| 09/30/14 | PACER HASHFAST | 13.20 |
| 09/30/14 | PACER 93044.1 | 19.50 |
| 09/30/14 | PACER HASHFST | 13.60 |
| 09/30/14 | PACER 93044.1 | 3.20 |
| 09/30/14 | PACER 93044.1 | 38.40 |
| | **Subtotal - Electronic Court Fees (E112)** | **457.70** |

| 06/10/14 | 218 minute conference call by Ashley Mcdow at 03:58 PM | 10.22 |
| 06/26/14 | 1298 minute conference call by Ashley Mcdow at 10:56 AM | 60.86 |
| 06/30/14 | 548 minute conference call by Ashley Mcdow at 01:25 PM | 25.70 |
| 07/01/14 | 1036 minute conference call by Ashley Mcdow at 08:49 AM | 48.57 |
| 07/03/14 | 159 minute conference call by Ashley Mcdow at 02:56 PM | 7.46 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 6.69 |
| 07/05/14 | 21 minute conference call by Ashley Mcdow at 08:02 AM | 0.98 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 07/05/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/06/14 | 932 minute conference call by Ashley Mcdow at 09:54 AM | 43.70 |
| 07/07/14 | INTCALL MICHAEL DELANEY | 0.77 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 3.48 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.05 |
| 07/08/14 | INTCALL MICHAEL DELANEY | 0.60 |
| 07/10/14 | INTCALL MICHAEL DELANEY | 19.58 |
| 07/11/14 | INTCALL MICHAEL DELANEY | 6.02 |
| 07/12/14 | INTCALL MICHAEL DELANEY | 9.28 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.72 |
| 07/13/14 | INTCALL MICHAEL DELANEY | 0.81 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 5.36 |
| 07/14/14 | INTCALL MICHAEL DELANEY | 8.79 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 1.20 |
| 07/15/14 | INTCALL MICHAEL DELANEY | 0.10 |

| | | |
|---|---|---|
| 07/16/14 | INTCALL MICHAEL DELANEY | 3.30 |
| 07/17/14 | INTCALL MICHAEL DELANEY | 0.29 |
| 07/18/14 | INTCALL MICHAEL DELANEY | 5.39 |
| 07/20/14 | INTCALL MICHAEL DELANEY | 13.81 |
| 07/22/14 | INTCALL MICHAEL DELANEY | 3.03 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 8.66 |
| 07/23/14 | INTCALL MICHAEL DELANEY | 2.16 |
| 07/24/14 | INTCALL MICHAEL DELANEY | 0.62 |
| 07/26/14 | INTCALL MICHAEL DELANEY | 2.96 |
| 07/27/14 | INTCALL MICHAEL DELANEY | 17.21 |
| 07/29/14 | 234 minute conference call by Ashley Mcdow at 03:27 PM | 10.98 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 5.13 |
| 07/29/14 | INTCALL MICHAEL DELANEY | 4.62 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 0.01 |
| 07/30/14 | INTCALL MICHAEL DELANEY | 11.57 |
| 08/01/14 | INTCALL MICHAEL DELANEY | 27.58 |
| 08/05/14 | INTCALL MICHAEL DELANEY | 5.27 |
| 08/12/14 | INTCALL MICHAEL DELANEY | 4.13 |
| 08/15/14 | INTCALL MICHAEL DELANEY | 3.34 |
| 08/18/14 | INTCALL MICHAEL DELANEY | 2.93 |
| 08/19/14 | INTCALL MICHAEL DELANEY | 4.34 |
| 08/26/14 | INTCALL MICHAEL DELANEY | 9.32 |
| 08/28/14 | INTCALL MICHAEL DELANEY | 4.53 |
| 08/29/14 | INTCALL MICHAEL DELANEY | 1.00 |
| 09/01/14 | INTCALL MICHAEL DELANEY | 2.36 |
| 09/02/14 | INTCALL MICHAEL DELANEY | 8.30 |
| 09/04/14 | INTCALL MICHAEL DELANEY | 0.25 |
| 09/08/14 | INTCALL MICHAEL DELANEY | 0.98 |
| 09/09/14 | INTCALL MICHAEL DELANEY | 4.56 |
| 09/16/14 | INTCALL MICHAEL DELANEY | 12.74 |
| 09/23/14 | INTCALL MICHAEL DELANEY | 3.26 |

**Subtotal - Teleconference (E105)**     **445.87**

| | | |
|---|---|---|
| 06/26/14 | Westlaw Research - 06/26/14 by DELANEY MICHAEL | 15.74 |
| 07/12/14 | Westlaw Research - 07/12/14 by LAYDEN ANDREW V | 25.45 |
| 07/18/14 | Westlaw Research - 07/18/14 by MCDOW ASHLEY | 5.25 |
| 07/23/14 | Westlaw Research - 07/23/14 by MCDOW ASHLEY | 34.08 |
| 07/25/14 | Westlaw Research - 07/25/14 by MCDOW ASHLEY | 5.25 |
| 07/25/14 | Westlaw Research - 07/25/14 by DELANEY MICHAEL | 15.74 |
| 08/26/14 | Westlaw Research - 08/26/14 by DELANEY MICHAEL | 15.74 |
| 08/27/14 | Westlaw Research - 08/27/14 by DELANEY MICHAEL | 31.48 |

**Subtotal - Automated Research (E106)   148.73**

| | | |
|---|---|---|
| 07/22/14 | Postage | 0.96 |
| 07/24/14 | POSTAGE 1st Class Letter | 1.92 |

**Subtotal - Postage (E108)   2.88**

| | | |
|---|---|---|
| 07/14/14 | 9 Copies | 0.90 |
| 07/16/14 | 6 Copies | 0.60 |
| 07/22/14 | 6 Copies | 0.60 |
| 07/22/14 | 1 Copy | 0.10 |
| 08/19/14 | 1980 Copies | 198.00 |
| 08/24/14 | 1 Copy | 0.10 |
| 09/19/14 | 127 Copies | 12.70 |
| 10/24/14 | 1 Copy | 0.10 |

**Subtotal - Copier / Duplication (E101)   213.10**

**Total   $   47,262.24**

## Expenses and Other Charges

| | | |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Flight to and from San Francisco for Tim Wong's deposition.; | 25.00 |
| 11/16/14 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Flight to and from San Francisco for Tim Wong's deposition.; | 463.31 |
| 02/16/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; | 25.00 |
| 02/16/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; | 346.20 |
| 03/09/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Airfare to attend meeting and hearing in Los Angeles, CA from 3.18.15 through 3.21.15; | 1,417.57 |
| 03/16/15 | ELIZABETH A. GREEN - Travel Change Fees; Elizabeth Green; Ticket change fee - Travel for HashFast Hearing - March 20, 2015; | 100.00 |
| 03/16/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Difference in airfare to change from original ticket price - Travel for HashFast Hearing - March 20, 2015; | 15.40 |
| 03/19/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; | 25.00 |
| 03/19/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of | 689.56 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

disclosure statement and motion to convert.;

| | | |
|---|---|---|
| 04/10/15 | ELIZABETH A. GREEN - Airfare/Trainfare (E110) Airfare; Elizabeth Green; Airfare to San Francisco to attend confirmation hearing on May 13, 2015.; | 960.08 |
| 05/27/15 | ASHLEY MALINGER - Airfare/Trainfare (E110) Airfare; Ashley McDow; Travel to/from attend confirmation hearing.; | 440.20 |
| 05/27/15 | ASHLEY MALINGER - Travel Service Fees; Ashley McDow; Travel to/from attend confirmation hearing.; | 25.00 |

**Subtotal - Airfare/Trainfare (E110)**     **4,532.32**

| | | |
|---|---|---|
| 11/25/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 10/24/2014 | 37.00 |
| 12/30/14 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies LLC 12/5/2014 (092312.000003 is not valid) | 30.00 |
| 01/07/15 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 12/19/2014 | 44.00 |
| 02/26/15 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC | 44.00 |

**Subtotal - Teleconference Charges (E105)**     **155.00**

| | | |
|---|---|---|
| 12/05/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services for November 2014. | 2,755.05 |
| 12/05/14 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services for October 2014. | 2,353.90 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services (February 2015) | 2,696.30 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Management Services | 2,322.80 |
| 03/10/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC December 2014 Claims/Doc Mgment Services | 2,918.15 |
| 04/09/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Costs for Claims and Document | 2,917.75 |

Baker & Hostetler LLP

Case: 14-30725   Doc# 520   Filed: 01/17/17   Entered: 01/13/17 19:17:20   Page 454 of 469

Management services related to HashFast Technologies matter.

| 04/23/15 | ACE IMAGING TECHNOLOGIES, INC - Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Matrix Mailing - 093044.01 | 828.14 |
| 04/23/15 | ACE IMAGING TECHNOLOGIES, INC - Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Mailing Matrix - Hashfast - 093044.01 | 5,636.57 |

**Subtotal - Other Professional Services (E123)** **22,428.66**

| 03/04/15 | FIRST LEGAL NETWORK, LLC - FIRST LEGAL NETWORK, LLC Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 2/4/2015 | 26.50 |
| 03/04/15 | FIRST LEGAL NETWORK, LLC - FIRST LEGAL NETWORK, LLC Delivery to USBC - San Francisco 235 Pine Street San Francisco, CA 2/3/2015 | 293.80 |
| 03/23/15 | FIRST LEGAL NETWORK, LLC - Messenger Service (E107) FIRST LEGAL NETWORK, LLC USBC- San Francisco 235 Pine Street San Francisco, CA 2/17/2015 | 236.90 |
| 03/31/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC San Francisco 235 Pine Street San Francisco, CA 2/26/2015 | 232.63 |
| 03/31/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to US Bankruptcy Court - Northern Dist 235 Pine Street 19th Floor San Francisco, CA 2/26/2015 | 204.63 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Katten Muchin Roseman LLP 650 Town Center Dr Costa Mesa, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Ainsley G Moloney/Morgan Lewis 1 Federal Street Boston, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Uniquify, Inc. 2030 Fortune Dr San Jose, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Koi Systems LTD 1191 Center Point Dr Henderson, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC - SF 235 Pine Street San Francisco, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Sisternas Operativos Sanitarios Ca Calle 35 Merida, Venzuela 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Katten Muchin Rosenman 525 W Monroe Street Chicago, | 38.00 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

CA 5/21/2015

| | | |
|---|---|---|
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC-San Francisco 235 Pine St., 19th Floor San Francisco, CA 5/26/2015 | 238.38 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Digimax c/o Rutan & Tucker LLP 611 Anton Bl Costa Mesa, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Peter Morici 1430 Patapsco St Baltimore, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to USBC-SF 235 Pine Street San Francisco, CA 5/20/2015 | 68.85 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Grant Pederson 12538 Botanical Lane Frisco, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Timothy Lam 6456 Temple City Bl Temple City, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Hamilton Hee 761 Irwindale Ave Las Vegas, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to S. Gruber/Erza Brutzkus Bubner LLP 21650 Oxnard Street Woodland Hill, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Kang Lu 3753 Highway 85 North Crestview, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Edward Hammond 3103 Powell Circle Austin, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Vasquez Benisek & Lindgren LLP 3685 MT Diablo Bl Lafayette, CA 5/21/2015 | 38.00 |
| 06/22/15 | ACE ATTORNEY SERVICE, INC. - ACE ATTORNEY SERVICE, INC. Delivery to Office of the US Trustee 235 Pine Street San Francisco, CA 5/21/2015 | 38.00 |

**Subtotal - Messenger Service (E107)**     **1,947.69**

| | | |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Hotel stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014 | 319.87 |
| 12/04/14 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging charges to Hashfast - depositions/hearing on 12.03.14; Dec 04, 2014 | 446.60 |

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | |
|---|---|---|
| 02/17/15 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 17, 2015 | 296.61 |
| 03/19/15 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015 | 1,114.08 |
| 03/19/15 | ASHLEY MALINGER - Lodging (E110) Lodging; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; Mar 19, 2015 | 425.19 |
| 05/26/15 | ELIZABETH A. GREEN - Lodging (E110) Lodging; Elizabeth Green; Lodging while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015 | 377.40 |

**Subtotal - Lodging (E110)    2,979.75**

| | | |
|---|---|---|
| 01/09/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services | 304.82 |
| 01/12/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Copying and mailing services | 1,540.30 |
| 01/27/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Mailing and copying services. | 115.35 |
| 03/03/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Reproduction, processing and mailing services | 105.04 |
| 03/03/15 | ACE IMAGING TECHNOLOGIES, INC - Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. Reproduction, processing and mailing services | 1,047.47 |

**Subtotal - Handling / Processing Charges (E119)    3,112.98**

| | | |
|---|---|---|
| 11/14/14 | FEDEX - FedEx Pete Morici INFORMATION NOT SUPPLIED 1430 PATAPS CO ST BALTIMORE MD 771871411277 Re Tim Wong Prod uction | 36.70 |
| 01/07/15 | NORCO DELIVERY SERVICE INC - NORCO DELIVERY SERVICE INC Delivery to Gallo LLP 1299 Fourth Street San Rafael, CA 12/18/2014 | 29.94 |

Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| | | |
|---|---|---|
| 01/30/15 | FIRST LEGAL NETWORK, LLC - Delivery Services (E107) FIRST LEGAL NETWORK, LLC Delivery to USBC- San Francisco 235 Pine Street San Francisco, CA 12/18/2014 | 54.75 |

**Subtotal - Delivery Services (E107)**     **121.39**

| | | |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Nov 16, 2014; | 7.99 |
| 11/16/14 | ASHLEY MALINGER - Telephone Charges (E105) Internet; Ashley McDow; Wifi at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014; | 14.95 |
| 03/19/15 | ASHLEY MALINGER - Telephone Charges (E105) Ashley McDow; Mar 19, 2015; | 7.99 |
| 03/20/15 | ASHLEY MALINGER - Ashley McDow; Mar 20, 2015; | 7.99 |

**Subtotal - Telephone Charges (E105)**     **38.92**

| | | |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Local Mileage (E109) Mileage; Ashley McDow; Mileage to and from Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 21.46 |

**Subtotal - Local Mileage (E109)**     **21.46**

| | | |
|---|---|---|
| 11/16/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; Taxi to hotel from SFO airport to attend Tim Wong's deposition.; Nov 16, 2014; | 55.42 |
| 11/16/14 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Parking at Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 46.00 |
| 03/19/15 | ELIZABETH A. GREEN - Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Taxi service while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 10.00 |
| 03/19/15 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Parking; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert; Mar 19, 2015; | 69.00 |
| 03/19/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Taxi service from Airport to Hotel while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 68.85 |
| 05/27/15 | ELIZABETH A. GREEN - Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth Green; Taxi service from airport to hotel | 56.10 |

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

|  |  |  |
|---|---|---|
|  | to attend HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; |  |
| 05/27/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Additional Taxi service charge - took attorney to the wrong hotel after leaving the Courthouse.; May 27, 2015; | 20.00 |
| 05/27/15 | ELIZABETH A. GREEN - Taxi/Car Service; Elizabeth Green; Taxi service from Courthouse to hotel and to airport after attending HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; | 68.85 |
| 05/27/15 | ASHLEY MALINGER - Taxi/Car Service; Ashley McDow; From LAX returning from attending confirmation hearing.; May 27, 2015; | 115.52 |
| 05/27/15 | ASHLEY MALINGER - Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; To LAX to attend confirmation hearing in San Francisco.; May 27, 2015; | 115.38 |
| 05/27/15 | ASHLEY MALINGER - Taxi/Car Service; Ashley McDow; From SFO airport to attend confirmation hearing.; May 27, 2015; | 58.75 |
|  | **Subtotal - Ground Transportation Out of Town (E110)** | **683.87** |
| 11/16/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal in San Francisco during Tim Wong's deposition.; Nov 16, 2014; | 175.18 |
| 11/16/14 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Meal at Burbank airport to travel to San Francisco for Tim Wong's deposition.; Nov 16, 2014; | 32.52 |
| 11/16/14 | ASHLEY MALINGER - Meals while Traveling (E110) Breakfast; Ashley McDow; Meal at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 16, 2014; | 32.82 |
| 11/17/14 | ASHLEY MALINGER - Dinner; Ashley McDow; Meal in San Francisco during Tim Wong's deposition.; Nov 17, 2014; | 24.12 |
| 11/17/14 | ASHLEY MALINGER - Breakfast; Ashley McDow; Meal at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 17, 2014; | 42.24 |
| 11/17/14 | ASHLEY MALINGER - Meals Other; Ashley McDow; Beverage at hotel while stay in San Francisco to attend Tim Wong's deposition.; Nov 17, 2014; | 7.50 |
| 02/16/15 | ASHLEY MALINGER - Meals while Traveling (E110) Dinner; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 16, 2015; | 33.21 |
| 02/16/15 | ASHLEY MALINGER - Meals Other; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 16, | 20.70 |

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 459 of 469

| | | |
|---|---|---|
| | 2015; | |
| 02/17/15 | ASHLEY MALINGER - Lunch; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 17, 2015; | 32.75 |
| 03/19/15 | ASHLEY MALINGER - Meals while Traveling (E110) Lunch; Ashley McDow; Travel to San Francisco to attend hearings on adequacy of disclosure statement and motion to convert.; Mar 19, 2015; | 13.95 |
| 03/19/15 | ELIZABETH A. GREEN - Meals while Traveling (E110) Meals Other; Elizabeth Green; Lunch while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 19, 2015; | 13.79 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room bottled water while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 10.00 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room snack while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 10.00 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room snack while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 8.52 |
| 03/20/15 | ASHLEY MALINGER - Breakfast; Ashley McDow; Meeting with Michael Kasolas, Elizabeth Green and Robert Edgeworth regarding results of hearing and manner in which to proceed in light of same, particularly with respect to plan solicitation.; Mar 20, 2015; | 80.55 |
| 03/20/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; In room drink while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 11.35 |
| 03/20/15 | ELIZABETH A. GREEN - Lunch; Elizabeth Green; In room lunch while attending meeting and hearing in San Francisco, CA from 3/19/15 to 3/21/15.; Mar 20, 2015; | 36.90 |
| 05/26/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; Snack while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015; | 2.16 |
| 05/26/15 | ELIZABETH A. GREEN - Meals while Traveling (E110) Dinner; Elizabeth Green; DInner while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 26, 2015; | 70.73 |
| 05/27/15 | ELIZABETH A. GREEN - Meals Other; Elizabeth Green; Bottled water while attending the HashFast Confirmation Hearing in San Francisco, CA from May 26, 2015 to May 27, 2015.; May 27, 2015; | 5.44 |
| 05/27/15 | ASHLEY MALINGER - Lunch; Ashley McDow; Lunch before attending confirmation hearing.; May 27, 2015; | 12.88 |
| 05/27/15 | ASHLEY MALINGER - Meals while Traveling (E110) Meals Other; | 5.46 |

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

|  |  |  |
|---|---|---|
|  | Ashley McDow; Coffee at SFO airport to attend confirmation hearing.; May 27, 2015; |  |
| 05/27/15 | ASHLEY MALINGER - Breakfast; Ashley McDow; Breakfast before attending confirmation hearing.; May 27, 2015; | 13.74 |
|  | **Subtotal - Meals while Traveling (E110)** | **696.51** |
|  |  |  |
| 05/27/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies, etc. | 1,697.73 |
| 05/27/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies, etc. | 4,684.85 |
|  | **Subtotal - Outside Duplicating & Binding (E102)** | **6,382.58** |
|  |  |  |
| 02/11/15 | SF REPORTERS - Court Reporter (E112) SF REPORTERS Court reporter and transcript services. | 1,365.00 |
|  | **Subtotal - Court Reporter (E112)** | **1,365.00** |
|  |  |  |
| 12/09/14 | Color Copies / Duplication (E101) | 8.60 |
| 12/10/14 | 2 Copies | 0.20 |
| 12/18/14 | 506 Copies | 50.60 |
| 02/11/15 | Color Copies / Duplication (E101) | 20.00 |
| 02/11/15 | Copies 86 | 0.10 |
| 02/13/15 | 10 Copies | 1.00 |
| 02/25/15 | 5 Copies | 0.50 |
| 04/21/15 | 400 Copies | 40.00 |
| 04/21/15 | 200 Copies | 20.00 |
| 04/21/15 | 1002 Copies | 100.20 |
| 04/21/15 | 170 Copies | 17.00 |
| 05/14/15 | 10 Copies | 1.00 |
| 06/12/15 | 20 Copies | 2.00 |
|  | **Subtotal - Copier / Duplication (E101)** | **261.20** |
|  |  |  |
| 12/05/14 | Westlaw Research - 12/05/14 by DELANEY MICHAEL | 15.74 |
| 12/16/14 | Westlaw Research - 12/16/14 by DELANEY MICHAEL | 10.49 |
| 01/05/15 | Westlaw Research - 01/05/15 by DELANEY MICHAEL | 41.98 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/06/15 | Westlaw Research - 01/06/15 by DELANEY MICHAEL | 20.99 |
| 01/14/15 | Westlaw Research - 01/14/15 by DELANEY MICHAEL | 13.25 |
| 01/22/15 | Westlaw Research - 01/22/15 by DELANEY MICHAEL | 13.09 |
| 02/02/15 | Westlaw Research - 02/02/15 by FARIVAR FAHIM | 31.83 |
| 02/04/15 | Westlaw Research - 02/04/15 by FARIVAR FAHIM | 26.45 |
| 02/09/15 | Westlaw Research - 02/09/15 by LAYDEN ANDREW V | 0.79 |
| 02/10/15 | Westlaw Research - 02/10/15 by LAYDEN ANDREW V | 29.64 |
| 02/12/15 | Westlaw Research - 02/12/15 by LAYDEN ANDREW V | 42.18 |
| 02/17/15 | Westlaw Research - 02/17/15 by LAYDEN ANDREW V | 34.52 |
| 02/18/15 | Westlaw Research - 02/18/15 by LAYDEN ANDREW V | 69.81 |
| 04/03/15 | Lexis Research - 04/03/15 by 'BOWEN LAURA | 2.65 |
| 04/03/15 | Westlaw Research - 04/03/15 by DELANEY MICHAEL | 23.58 |
| 04/16/15 | Westlaw Research - 04/16/15 by LAYDEN ANDREW V | 10.49 |
| 05/04/15 | Westlaw Research - 05/04/15 by DELANEY MICHAEL | 39.33 |
| 05/05/15 | Westlaw Research - 05/05/15 by DELANEY MICHAEL | 10.49 |
| 05/19/15 | Westlaw Research - 05/19/15 by DELANEY MICHAEL | 10.49 |
| 05/20/15 | Westlaw Research - 05/20/15 by DELANEY MICHAEL | 5.25 |
| 05/21/15 | Westlaw Research - 05/21/15 by DELANEY MICHAEL | 41.98 |
| 05/26/15 | Westlaw Research - 05/26/15 by DELANEY MICHAEL | 47.22 |
| 05/27/15 | Westlaw Research - 05/27/15 by DELANEY MICHAEL | 20.99 |

**Subtotal - Automated Research (E106)**     **563.23**

| 11/12/14 | INTCALL MICHAEL DELANEY | 7.98 |
| 11/25/14 | INTCALL MICHAEL DELANEY | 13.90 |
| 12/09/14 | INTCALL MICHAEL DELANEY | 8.93 |
| 12/23/14 | INTCALL MICHAEL DELANEY | 0.86 |
| 01/15/15 | INTCALL ASHLEY MCDOW | 1.22 |
| 01/30/15 | INTCALL MICHAEL DELANEY | 6.09 |
| 02/23/15 | INTCALL MICHAEL DELANEY | 4.53 |
| 02/25/15 | INTCALL MICHAEL DELANEY | 8.66 |
| 03/13/15 | INTCALL ANDREW LAYDEN | 3.46 |
| 04/03/15 | INTCALL MICHAEL DELANEY | 4.33 |
| 05/06/15 | INTCALL MICHAEL DELANEY | 3.68 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 05/11/15 | INTCALL MICHAEL DELANEY | 2.84 |
| | **Subtotal - Teleconference (E105)** | **66.48** |
| | | |
| 12/31/14 | Postage (E108) | 0.48 |
| 02/03/15 | POSTAGE Priority Mail | 24.76 |
| 02/04/15 | POSTAGE 1st Class Letter | 8.16 |
| 02/17/15 | POSTAGE Priority Mail | 7.36 |
| 02/26/15 | POSTAGE 1st Class Letter | 5.84 |
| 04/21/15 | Postage | 16.10 |
| 04/21/15 | Postage | 17.76 |
| 04/21/15 | Postage | 4.80 |
| 04/21/15 | Postage | 62.88 |
| 04/21/15 | Postage | 119.60 |
| 04/21/15 | Postage | 123.05 |
| 04/21/15 | Postage | 114.24 |
| | **Subtotal - Postage (E108)** | **505.03** |
| | | |
| 12/31/14 | PACER HASFAST | 49.00 |
| 12/31/14 | PACER 93044 | 38.70 |
| 12/31/14 | PACER 93044.1 | 0.70 |
| 12/31/14 | PACER HASHFAST | 28.80 |
| 12/31/14 | PACER 93044.1 | 0.70 |
| 12/31/14 | PACER 93044.1 | 12.50 |
| 12/31/14 | PACER 93044.1 | 1.90 |
| 12/31/14 | PACER 93044.1 | 21.30 |
| 12/31/14 | PACER HASHFAST | 9.30 |
| 03/31/15 | PACER 93044.1 | 145.80 |
| 03/31/15 | PACER 93044.1 | 0.30 |
| 03/31/15 | PACER 93044.1 | 5.30 |
| 03/31/15 | PACER 93044.1 | 9.20 |
| 03/31/15 | PACER 93044.1 | 59.00 |
| 03/31/15 | PACER 14.1595 | 4.00 |

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 520    Filed: 01/13/17    Entered: 01/13/17 19:17:20    Page 463 of 469

| | | | |
|---|---|---|---|
| 03/31/15 | PACER 93044.1 | | 15.00 |
| | **Subtotal - Electronic Court Fees (E112)** | | **401.50** |
| | **Total** | | **$ 46,263.57** |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 09/30/15 | 50151933 | $ 47,717.93 | 09/30/15 | $ 23,631.12 | | $ | $ 24,086.81 |
| | **Total** | **$ 47,717.93** | | **$ 23,631.12** | | **$** | **$ 24,086.81** |

| | |
|---|---|
| **Account Receivable Balance** | **$ 24,086.81** |
| **This Invoice** | **$ 646,601.57** |
| **Total Due including current invoice** | **$ 670,688.38** |

Baker & Hostetler LLP

*Atlanta* *Chicago* *Cincinnati* *Cleveland* *Columbus* *Costa Mesa* *Denver*
*Houston* *Los Angeles* *New York* *Orlando* *Philadelphia* *Seattle* *Washington, DC*

# EXHIBIT C

# SUMMARY SHEET

In re

**HASHFAST TECHNOLOGIES, LLC, a California limited liability company,**

Debtor and Debtor in Possession.

[x] Affects HASHFAST LLC, a Delaware limited liability company,

Debtor and Debtor in Possession.

Lead Case No.: 14-30725 DM

Jointly Administered and Substantively Consolidated with Cases No. 14-30866

Chapter 11

| | |
|---|---|
| Fees Previously Requested | $267,611.74 |
| Fees Previously Awarded | $0.00 |
| Expenses Previously Requested | $47,262.24 |
| Expenses Previously Awarded | $47,262.24 |
| Retainer Paid | $0.00 |

CURRENT APPLICATION[1]

| | |
|---|---|
| Fees Requested | $609,771.40 |
| Expenses Requested | $95,981.50[2] |

NAME OF APPLICANT:
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email:     amcdow@bakerlaw.com
          mdelaney@bakerlaw.com
          ffarivar@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

---

[1] The Final Application includes estimated fees and expenses through and including the day of the hearing for the approval of the Application.

[2] This amount includes the expenses in the amount of $47,717.93 previously awarded pursuant to the First Amended Fee Application and an additional $2,000.00 in estimated expenses that the Firm believes will incur through and including the day of the hearing for the approval of the Application.

605643850.3

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | Title | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|---|
| Carteen, Lisa I. | Former Partner | 12/07/1999 | 11.20 | $ 510.00 | $ 5,712.00 |
| Green, Elizabeth A. | Partner | 10/16/1986 | 118.50 / 36.90 | $ 515.00 / $ 550.00 | $ 61,027.50 / $ 20,295.00 |
| Swope, Michael J. | Partner | 11/29/2001 | 1.00 | $ 555.00 | $ 555.00 |
| Damji, Lisa I | Partner | 12/7/1999 | 2.20 | $ 510.00 | $ 1,122.00 |
| Parrish, Jimmy D. | Associate | 10/22/2001 | 28.10 / 9.80 | $ 430.00 / $ 450.00 | $ 12,083.00 / $ 4,655.00 |
| Payne, Tiffany D. | Associate | 10/31/2000 | 2.80 / 0.50 | $ 360.00 / $ 380.00 | $ 1,008.00 / $ 190.00 |
| Delaney, Michael T. | Associate | 12/19/2008 | 197.30 / 219.50 | $ 350.00 / $ 385.00 | $ 69,055.00 / $ 84,507.50 |
| Farivar, Fahim | Associate | 12/2/2007 | 48.40 / 44.90 / 2.20 / 13.20 | $ 320.00 / $ 365.00 / $380.00 / $ 410.00 | $ 15,488.00 / $ 16,388.50 / $ 836.00 / $ 5,412.00 |
| Layden, Andrew V. | Associate | 10/01/2010 | 60.30 | $ 280.00 / $ 310.00 | $ 17,304.00 / $ 35,402.00 |
| Kepple, Brandon E | Associate | 04/17/2008 | 0.80 | $ 370.00 | $ 296.00 |
| McDow, Ashley M. | Partner | 12/1/2006 | 311.70 / 120.70 | $ 500.00 | $ 155,850.00 / $ 63,971.00 |
| Bator, Chris | Counsel | 11/16/1987 | 4.70 | $ 430.00 | $ 2,021.00 |
| Townsend, Wendy C. | Counsel | 09/25/2001 | 13.90 | $ 395.00 | $ 5,490.50 |
| Garner, Harry | Staff Attorney | 01/11/2008 | 4.50 | $ 350.00 | $ 1,575.00 |
| Beckmann, Silvia Elena | Paralegal | n/a | 3.80 | $ 180.00 | $ 684.00 |
| Ojeda, Roxane E. | Paralegal | n/a | 55.00 | $ 155.00 | $ 8,525.00 |
| Bhagat, Ashish K | Paralegal | n/a | 0.60 | $ 180.00 | $ 108.00 |
| Lane, Deanna L | Paralegal | n/a | 31.70 / 19.20 | $ 230.00 / $ 240.00 | $ 7,291.00 / $ 4,608.00 |
| **Total** | | | **1,477.00** | **$ 406.46** | **$ 600,338.00** |

605643850.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP; DECLARATION OF ASHLEY M. MCDOW IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 13, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| <u>Presiding Judge</u> | Office of the United States Trustee |
| Judge Dennis Montali | Attn: Donna S. Tamanaha |
| Mail Box 36099 | 450 Golden Gate Ave. |
| San Francisco, CA 94102 | 5th Floor, Suite #05-0153 |
| | San Francisco, CA 94102 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 13, 2017 | Sonia Gaeta | */s/ Sonia Gaeta* |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Venkat Balasubramani**    venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**    tom@tburnslaw.com
- **Greg P. Campbell**    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**    pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**    mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**    cdjang@rutan.com
- **Fahim Farivar**    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- **W. Keith Fendrick**    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**    bgaschen@wgllp.com
- **Elizabeth A. Green**    egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**    rob@bindermalter.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com
- **Reginald R. Hindley**    hindleylaw@gmail.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Michael G. Kasolas**    trustee@kasolas.net, CA30@ecfcbis.com
- **Ori Katz**    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- **Lynette C. Kelly**    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Barbara A. Matthews**    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Ashley McDow**    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- **Jessica M. Mickelsen**    jessica.mickelsen@kattenlaw.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- **Aron M. Oliner**    roliner@duanemorris.com
- **Tyler Olson**    tolson@rehonroberts.com
- **Douglas R. Pahl**    dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**    dpoitras@jmbm.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Dominique Sopko**    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **Craig Stuppi**    craig@stuppilaw.com
- **Sarah M. Stuppi**    sarah@stuppilaw.com
- **Christopher D. Sullivan**    csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Donna S. Tamanaha**    Donna.S.Tamanaha@usdoj.gov
- **Nancy Weng**    nweng@trinhlawfirm.com, monique@trinhlawfirm.com