```
                              United States Bankruptcy Court
                              Northern District of California
```

In re:                                                            Case No. 14-30725-DM
Hashfast Technologies LLC                                         Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0971-3          User: wbkarnes              Page 1 of 2              Date Rcvd: Jan 13, 2017
                              Form ID: pdfeoc             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
              Dylan Hall,    Geeks on Wheels,    47 Halstead Avenue #LL1,    Harrison, NY  10528-4142
cr           +Dylan Hall,    79 Madison Ave, 2nd fl,    New York, NY 10016-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                 Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              Aron M. Oliner    on behalf of Interested Party Michael G. Kasolas roliner@duanemorris.com
              Aron M. Oliner    on behalf of Plaintiff Michael G. Kasolas roliner@duanemorris.com
              Ashley  McDow    on behalf of Interested Party Michael G. Kasolas amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Plaintiff Michael  Kasolas amcdow@bakerlaw.com, SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com,    SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Spec. Counsel    Cozen O'Connor amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Petitioning Creditor    Koi Systems amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Petitioning Creditor    UBE Enterprises amcdow@bakerlaw.com,
               SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Interested Party    Official Committee Of Unsecured Creditors
               amcdow@bakerlaw.com,    SGaeta@bakerlaw.com
              Ashley  McDow    on behalf of Interested Party    Official Committee of Unsecured Creditors
               amcdow@bakerlaw.com,    SGaeta@bakerlaw.com
              Barbara A. Matthews    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               barbara.a.matthews@usdoj.gov,    ustpregion17.oa.ecf@usdoj.gov
              Beth E. Gaschen    on behalf of Petitioning Creditor    Koi Systems bgaschen@wgllp.com
              Caroline R. Djang    on behalf of Creditor    DigiMex Ltd cdjang@rutan.com
              Christopher D. Sullivan    on behalf of Interested Party    Diamond McCarthy
               csullivan@diamondmccarthy.com,    morourke@diamondmccarthy.com
              Craig  Stuppi    on behalf of Interested Party Eduardo  DeCastro craig@stuppilaw.com
              David  Holtzman    on behalf of Creditor    Sistemas Operativos Sanitarios C.A.
               david.holtzman@hklaw.com
              David M. Poitras    on behalf of Defendant Marc A. Lowe dpoitras@jmbm.com
              Dominique  Sopko    on behalf of Creditor Stephen  Hamner dsopko@diemerwhitman.com,
               ecfnotice@diemerwhitman.com
              Donna S. Tamanaha    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               Donna.S.Tamanaha@usdoj.gov
              Douglas R. Pahl    on behalf of Creditor    Perkins Coie LLP dpahl@perkinscoie.com,
               etherrien@perkinscoie.com
              Elizabeth A. Green    on behalf of Debtor    HashFast LLC egreen@bakerlaw.com,
               jdriggers@bakerlaw.com
              Elizabeth A. Green    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               egreen@bakerlaw.com,    jdriggers@bakerlaw.com
              Fahim  Farivar    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               ffarivar@bakerlaw.com,    sgaeta@bakerlaw.com
              Geoffrey A. Heaton    on behalf of Interested Party Michael G. Kasolas gheaton@duanemorris.com
              Geoffrey A. Heaton    on behalf of Plaintiff Michael G. Kasolas gheaton@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Greg P. Campbell    on behalf of Creditor    Nationstar Mortgage LLC ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
          Gregory A. Rougeau    on behalf of Creditor    Liquidbits Corp. grougeau@brlawsf.com
          Jessica M. Mickelsen    on behalf of Debtor    HashFast LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast Technologies LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Debtor    Hashfast Technologies LLC jessica.mickelsen@kattenlaw.com
          Jessica M. Mickelsen    on behalf of Plaintiff    HashFast LLC jessica.mickelsen@kattenlaw.com
          Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
          Michael  Delaney    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Interested Party Michael G. Kasolas mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Other Prof. Michael G. Kasolas mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Petitioning Creditor    Koi Systems mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
          Michael  Delaney    on behalf of Plaintiff Michael  Kasolas mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
          Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com
          Michele M. Desoer    on behalf of Creditor    Zuber Lawler & Del Duca LLP mdesoer@zuberlaw.com, dellis@zuberlaw.com
          Nancy  Weng    on behalf of Creditor Davide  Cavion nweng@trinhlawfirm.com, monique@trinhlawfirm.com
          Nancy  Weng    on behalf of Creditor    Looksmart Ltd. nweng@trinhlawfirm.com, monique@trinhlawfirm.com
          Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
          Ori  Katz    on behalf of Interested Party Simon  Barber okatz@sheppardmullin.com, smccabe@sheppardmullin.com
          Patrick  Chesney    on behalf of Interested Party    Gallo LLP pchesney@gallo-law.com, mvananda@gallo-law.com
          Peter A. Siddiqui    on behalf of Debtor    Hashfast Technologies LLC peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
          Reginald R. Hindley    on behalf of Interested Party    Hindley & Henderson hindleylaw@gmail.com
          Robert G. Harris    on behalf of Creditor    Uniquify, Inc. rob@bindermalter.com
          Robert G. Harris    on behalf of Defendant    Uniquify, Inc. rob@bindermalter.com
          Sarah M. Stuppi    on behalf of Interested Party Eduardo  DeCastro sarah@stuppilaw.com
          Thomas R. Burns    on behalf of Creditor Duane  Laun tom@tburnslaw.com
          Tyler  Olson    on behalf of Defendant    Sonic Manufacturing Technologies, Inc. tolson@rehonroberts.com
          Venkat  Balasubramani    on behalf of Interested Party Pete  Morici venkat@focallaw.com, pete.morici@alumni.purdue.edu
          W. Keith Fendrick    on behalf of Creditor    Sistemas Operativos Sanitarios C.A. keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com

          TOTAL: 53

Signed and Filed: January 13, 2017



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>            Debtor. | Case No. 14-30725 DM<br><br>Chapter 11 |

### ORDER ON CLAIM OF DYLAN HALL

The court directed the Trustee to respond to the Request for Consideration of Objection to Claim ("Request") (Dkt. No. 508) filed by Dylan Hall.  The Trustee complied by filing his Response (Dkt. No. 517).

The Response is well-taken.  Mr. Hall's amended proof of claim (Claim No. 146-2) seeks $7,999.25, an amount the Trustee concedes should be allowed as a general unsecured claim.  The only dispute is whether $2,775.00 of that claim is entitled to priority under 11 U.S.C. § 507, as asserted by Mr. Hall without any explanation.

Mr. Hall was given adequate notice of the Trustee's questioning of the priority portion of his claim by the Liquidating Trustee's Sixth Omnibus Objection to Claim, etc. ("Objection")

-1-

1  (Dkt. No. 408).  His contention in his Request is that the
2  Objection contains incomprehensible legal-ease (sic).  That
3  contention is rejected.  Mr. Hall was given adequate notice of the
4  nature of the Objection and neither the amended claim nor the
5  Request (filed nearly a year late) even hint as to how the claim
6  would be entitled to any statutory priority.  The court cannot
7  determine any basis for priority.
8      Accordingly, the Objection is SUSTAINED as to the amended
9  claim.  That claim is ALLOWED in the full amount of $7,999.25 as a
10 general unsecured claim.

**\* \* \* END OF ORDER \* \* \***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Dylan Hall |
| | 79 Madison Ave., 2nd Floor |
| 4 | New York, NY 10016 |
| 5 | Dylan Hall |
| | Geeks on Wheels |
| 6 | 47 Halstead Ave., Suite LL1 |
| | Harrison, NY 10528-4142 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |