UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT

Debtor. For the quarter ending: 12/31/2016 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 06/25/2015

2. Cash balance at beginning of quarter: $ 265,399.54
   Total receipts during quarter: 141,801.49
   Total disbursements during quarter: ($5,777.50)
   Cash balance at end of quarter: $ 401,423.53

3. Payments made pursuant to the Plan this quarter: $ 5,777.50

   Total payments to be made pursuant to the Plan: $ 130,553.23
   Cumulative paid to date: $ 130,553.23
   Balance remaining to be made under the Plan: Not Determinable

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | X | |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|  | Yes | No |
|---|---|---|
| 7. Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |  | X |
| 8. Has the order confirming the Plan become nonappealable? | X |  |
| 9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |  |
| 10. Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X |  |
| 11. Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |  | X |
| 12. Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |  |

13. Anticipated date of motion for final decree:  UNKNOWN

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 1/20/2017 | /s/ Michael G. Kasolas |
|---|---|
| Dated: | Responsible Individual (signature) |

Michael G. Kasolas
Print Name

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

**HASHFAST TECHNOLOGIES, LLC**
**CASE NO. 14-30725 DM**
**POST CONFIRMATION REPORT-QUESTION 7**
**FOR THE PERIOD OCTOBER 1, 2016 THROUGH DECEMBER 31, 2016**

Open Adversary Proceedings as of January 20, 2017-

| Case No. | Plantiff | Defendant | Description | Anticipated Resolution |
|---|---|---|---|---|
| 16-03056 | Kasolas, Trustee | DeCastro | Preferential Transfers | Unknown |
| 16-03105 | Kasolas, Trustee | Sonic Manufacturing Tech Inc. | Preferential Transfers | Unknown |

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**December 31, 2016**

|  | Balance<br>October 1, 2016 | Receipts | Disbursements | Balance<br>December 31, 2016 |
|---|---:|---:|---:|---:|
| Per Bank | 265,399.54 | 141,801.49 | (5,777.50) | 401,423.53 |
| Outstanding- |  |  |  |  |
|   Beginning | - | - | - | - |
|   Ending | - |  | - | - |
| Deposit in Transit |  | - |  | - |
| Per Books | 265,399.54 | 141,801.49 | (5,777.50) | 401,423.53 |



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
December 01, 2016 - December 31, 2016
Page 1 of 2

Case Number: 14-30725 DM
Case Name: HASHFAST CREDITORS TRUST
Trustee Number: 0000001130
Trustee Name: Michael Kasolas

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | ▇▇▇▇9566 | | $401,423.53 | $401,423.53 |
| Total | | | $401,423.53 | $401,423.53 |

## Notable Information For You...

Rabobank is switching bank statement providers. Beginning with your February bank statement, you will notice a few small formatting changes; however, there will be no change to the information that you receive.

Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Account Number: ████ 9566

Period Covered:
December 01, 2016 - December 31, 2016
Page 2 of 2

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number: 14-30725 DM
Case Name: HASHFAST CREDITORS TRUST
Trustee Number: 0000001130
Trustee Name: Michael Kasolas

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | ████ 9566 | Beginning balance | $401,423.53 |
| Avg collected balance | $401,423.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $401,423.53 |

**No activity this statement period**

# Ledger Report

**Case Number:** 14-30725 DM
**Case Name:** HASHFAST CREDITORS TRUST

**Taxpayer ID #:** ▮▮▮8245
**Period Ending:** 12/31/16

**Trustee:** Mr. Michael Kasolas (001130)
**Bank Name:** Rabobank, N.A.
**Account:** ▮▮▮9566 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,149.54 |
| 08/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,649.54 |
| 08/30/16 | | PACKAGE SCIENCE SERVICES LLC | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,000.00 | | 247,649.54 |
| 08/30/16 | | STEPHEN ELLIS HAMNER | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,750.00 | | 250,399.54 |
| 08/30/16 | | ALLAN N. HESSENFLOW | FINAL SETTLEMENT PAYMENT | 4009-004 | 4,500.00 | | 254,899.54 |
| 08/30/16 | | DIGI-KEY | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 259,899.54 |
| 08/30/16 | | PETER HENDRICKSON | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 264,899.54 |
| 09/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 265,399.54 |
| 10/02/16 | | AMY WOODWARD | FINAL SETTLEMENT PAYMENT | 4009-004 | 1,750.00 | | 267,149.54 |
| 10/12/16 | 104 | ADR SERVICES, INC. | INVOICE #16-6200-ER-01: HASHFAST TECHNOLOGIES, LLC, PLAINTIFF, MICHAEL KASOLAS, CPA | 6007-011 | | 5,452.50 | 261,697.04 |
| 10/21/16 | 105 | U.S. TRUSTEE | UST FEES FOR Q3 2016 ($325.00) ACCT. #7131430725 | 6001-000 | | 325.00 | 261,372.04 |
| 11/17/16 | | CIARA | SETTLEMENT PAYMENT | 4009-001 | 95,000.00 | | 356,372.04 |
| 11/28/16 | | PROVINCE, INC. | SETTLEMENT PAYMENT | 4009-000 | 41,051.49 | | 397,423.53 |
| 11/29/16 | | UNIQUIFY, INC. | SETTLEMENT PAYMENT | 4009-000 | 4,000.00 | | 401,423.53 |

Subtotals: $162,551.49   $5,777.50

{} Asset reference(s)

Case: 14-30725   Doc# 523   Filed: 01/20/17   Entered: 01/20/17 14:13:58   Page 7 of 9

# Ledger Report

**Case Number:** 14-30725 DM
**Case Name:** HASHFAST CREDITORS TRUST

**Taxpayer ID #:** ▓▓▓3245
**Period Ending:** 12/31/16

**Trustee:** Mr. Michael Kasolas (001130)
**Bank Name:** Rabobank, N.A.
**Account:** ▓▓▓9566 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 531,976.76 | 130,553.23 | $401,423.53 |

**TOTAL - ACCOUNT ▓▓▓9566**

| | | |   | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 5 | Checks | 130,553.23 |
| 15 | Deposits | 176,476.76 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $176,476.76 | | Total | $130,553.23 |
| 12 | Adjustments In | 355,500.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $531,976.76 | | | |

**TOTAL - ALL ACCOUNTS**

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ▓▓▓9566 | 531,976.76 | 130,553.23 | 401,423.53 | 0.00 | 401,423.53 |
| | $531,976.76 | $130,553.23 | $401,423.53 | $0.00 | $401,423.53 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 5 | Checks | 130,553.23 |
| 15 | Deposits | 176,476.76 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $176,476.76 | | Total | $130,553.23 |
| 12 | Adjustments In | 355,500.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $531,976.76 | | Net Total Balance | $401,423.53 |

{} Asset reference(s)

Case: 14-30725   Doc# 523   Filed: 01/20/17   Entered: 01/20/17 14:13:58   Page 8 of 9

# HASHFAST TECHNOLOGIES, LLC
# POST CONFIRMATION REPORT DISCLOSURE STATEMENT
# CASE NO. 14-30725 DM
# FOR THE PERIOD OCTOBER 1, 2016 THROUGH DECEMBER 31, 2016

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.