1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA  90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.com
5                mdelaney@bakerlaw.com
6  Attorneys for MICHAEL G. KASOLAS,
   Liquidating Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

| In re | Lead Case No.: 14-30725 DM |
|---|---|
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| x Affects HASHFAST, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

19         **REQUEST FOR ENTRY OF ORDER APPROVING**

20         **COMPROMISE OF CONTROVERSY BY DEFAULT**

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT
610288282.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

On or about January 6, 2017, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Notice of Liquidating Trustee's Intention to Compromise Controversy* (the "Notice") [Docket Entry 513] seeking approval of the Settlement Agreement by and between the Trust, on the one hand, and Antoine Alary, Lee Ash, Max Avroutski, Jason Cameron Bond, Jeffrey Bradian, Royce Bui, Ryan Casey, Mike Deming, Joshua Dorman, Ryan Gatchalian, Edgar Godoy, Luis Guerrero, Harmacolindor Informatikai Kft., Hamilton Hee, David R. Henson, Jeremy Ray Jones, Frank Lachmann, Andy Lo, Sebastian Pawel Schmidt, Erik Voorhees, Peter Lukas Bradley, Craig Burke, Aristeidis Dionisatos, Price Givens, Christopher Goes, Dennis F. Lambert, Edward Mosley, Evan Lawrence Skreen, David Springer, Thanh Lanh Tran, Joseph William Baker, Mattia Baldinger, David Govinder Hunt, Kjetil Larsen Derek Piper, Tudor Ovidiu Vaida, Joshua Vidana, Aupacom Enterprises, Intervid FZ LLC, I-PMart Network USA, Ltd., and Phuc Van Nguyen, on the other hand (the "Settlement Agreement"). On or about January 6, 2017, the Trust served the Notice and Settlement Agreement on all interested parties. No timely opposition and request for hearing has been filed with respect to the Notice or Settlement Agreement. Accordingly, the Trustee hereby respectfully requests entry of the proposed order approving the Settlement Agreement, a copy of which is attached hereto as Exhibit A, by default pursuant to B.L.R. 9014-1(b)(4).

Respectfully submitted,

Dated:    January 31, 2017    **BAKER & HOSTETLER LLP**

By:    /s/ Michael T. Delaney
            Ashley M. McDow
            Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725    Doc# 524    Filed: 01/31/17    Entered: 01/31/17 15:26:17    Page 2 of 9

# DECLARATION OF MICHAEL T. DELANEY

I, Michael T. Delaney, hereby declare:

1. I am an associate with the law firm of Baker & Hostetler LLP, general insolvency counsel for Michael G. Kasolas, the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, in the above-captioned bankruptcy cases. I am duly admitted to practice before the above-referenced court. I submit this declaration in support of the *Request for Entry of Order Approving Compromise of Controversy by Default* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2. Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3. On or about January 6, 2017, the Trustee filed the *Notice of Liquidating Trustee's Intention to Compromise Controversy* [Docket Entry 513]. Based on the proof of service appended thereto, the Notice was served on all interested parties. As of the submission of the Request, no opposition and request for hearing has been filed with respect to the Notice or Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2017, at Los Angeles, California.

/s/ Michael T. Delaney
Michael T. Delaney

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT
610288282.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.com
5                mdelaney@bakerlaw.com

6  Attorneys for MICHAEL G. KASOLAS,
   Liquidating Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| x  Affects HASHFAST, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

19          **ORDER APPROVING COMPROMISE OF CONTROVERSY**

20          On or about January 6, 2017, Michael G. Kasolas (the "Trustee"), the trustee for the

21  Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and*

22  *Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*,

23  filed the *Notice of Liquidating Trustee's Intention to Compromise Controversy* (the "Notice")

24  [Docket Entry 513] seeking approval of the Settlement Agreement by and between the Trust, on

25  the one hand, and Antoine Alary, Lee Ash, Max Avroutski, Jason Cameron Bond, Jeffrey

26  Bradian, Royce Bui, Ryan Casey, Mike Deming, Joshua Dorman, Ryan Gatchalian, Edgar

27  Godoy, Luis Guerrero, Harmacolindor Informatikai Kft., Hamilton Hee, David R. Henson,

28  Jeremy Ray Jones, Frank Lachmann, Andy Lo, Sebastian Pawel Schmidt, Erik Voorhees, Peter

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT
610288357.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Lukas Bradley, Craig Burke, Aristeidis Dionisatos, Price Givens, Christopher Goes, Dennis F.

2  Lambert, Edward Mosley, Evan Lawrence Skreen, David Springer, Thanh Lanh Tran, Joseph

3  William Baker, Mattia Baldinger, David Govinder Hunt, Kjetil Larsen Derek Piper, Tudor Ovidiu

4  Vaida, Joshua Vidana, Aupacom Enterprises, Intervid FZ LLC, I-PMart Network USA, Ltd., and

5  Phuc Van Nguyen, on the other hand (the "Settlement Agreement"). On or about January 6,

6  2017, the Trust served the Notice and Settlement Agreement on all interested parties. No timely

7  opposition and request for hearing has been filed with respect to the Notice or Settlement

8  Agreement. On or about January 30, 2017, the Trustee filed a request for entry of an order

9  approving the Settlement Agreement by default pursuant to B.L.R. 9014-1(b)(4).

10      Having reviewed and considered the Notice and Settlement Agreement, finding notice

11  thereof due and proper, receiving no opposition or objection to the Notice or approval of the

12  Settlement Agreement, and finding good and adequate cause therefor,

13      **IT IS HEREBY ORDERED** that the Settlement Agreement, a copy of which is attached

14  to the Notice, is approved;

15      **IT IS FURTHER ORDERED** that the Trustee is authorized to execute any and all

16  documents and take any and all steps necessary and proper to effectuate the terms and purpose of

17  the Settlement Agreement; and

18      **IT IS FURTHER ORDERED** that the proofs of claim identified in the Notice and

19  Settlement Agreement are hereby deemed allowed in the amounts stated therein.

20

21                    ***END OF ORDER***

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT
610288357.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER APPROVING COMPROMISE OF CONTROVERSY BY DEFAULT** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge
Judge Dennis Montali
Mail Box 36099
San Francisco, CA 94102

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On January 31, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:

| Recipient Name | Email | Recipient Name | Email |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Wy Gost | wygost@yahoo.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Paul Montague | paul_montague99@hotmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Allan Vela | allan@velcorp.com.au |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Eduardo DeCastro | eduardo.decastro@gmail.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | Rob Edgworth | rob@edgeworth.org |
| Craig Beech | craigbeech@gmail.com | Pete Morici | pvmorici@gmail.com |
| Michael Gao | Urazexo378@gmail.com | Hamilton Hee | hamiltonhee@gmail.com |
| Scott Gray | elphenom@yahoo.com | Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT
610288282.1

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu

Thomas R. Burns    tom@tburnslaw.com

Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com

Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com

Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com

Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com

Caroline R. Djang    cdjang@rutan.com

Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com

W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com

Beth E. Gaschen    bgaschen@wgllp.com

Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com

Robert G. Harris    rob@bindermalter.com

Geoffrey A. Heaton    gheaton@duanemorris.com

Reginald R. Hindley    hindleylaw@gmail.com

David Holtzman    david.holtzman@hklaw.com

Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com

Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com

Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Barbara A. Matthews    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com

Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com

Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

Aron M. Oliner    roliner@duanemorris.com

Tyler Olson    tolson@rehonroberts.com

Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com

David M. Poitras    dpoitras@jmbm.com

Peter M. Rehon    prehon@rehonroberts.com, uho@rehonroberts.com

Gregory A. Rougeau    grougeau@brlawsf.com

Peter A. Siddiqui    peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com

Dominique Sopko    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com

Craig Stuppi    craig@stuppilaw.com

Sarah M. Stuppi    sarah@stuppilaw.com

Christopher D. Sullivan    csullivan@diamondmccarthy.com, rsevilla@diamondmccarthy.com

Donna S. Tamanaha    Donna.S.Tamanaha@usdoj.gov

Nancy Weng    nweng@trinhlawfirm.com, monique@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>100 Spectrum Center Dr, Ste 1050<br>Irvine CA 92618-4977 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377-5662 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |

Case: 14-30725    Doc# 524    Filed: 01/31/17    Entered: 01/31/17 15:26:17    Page 8 of 9

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT

610288282.1

| | | | |
|---|---|---|---|
| 1 | Duane Morris,LLP<br>One Market Plaza | ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~ | ~~Ray E. Gallo~~<br>~~Gallo LLP~~ |
| 2 | Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | ~~1210 Wien, Austria~~<br>Undeliverable | ~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~ |
| 3 | | | (prefers email - rgallo@gallo-law.com) |
| 4 | | | |
| 5 | Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor |
| 6 | | | Los Angeles, CA 90067 |
| 7 | Timothy Lam<br>6156 Temple City Blvd. | Kang Lu<br>5753 Hwy 85 North #2442 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP |
| 8 | Temple City, CA 91780 | Crestview, FL 32536 | 1 Federal St.<br>Boston, MA 02110 |
| 9 | Grant Pederson<br>12538 Botanical Ln. | ~~Process General~~<br>~~5915 Edmond St. #102~~ | James J. Ries<br>450 Sunlight Ct., #2 |
| 10 | Frisco, TX 75035 | ~~Las Vegas, NV 89118-2860~~<br>(Returned 11/28/16) | Powell, WY 82435 |
| 11 | | | |
| 12 | Peter A. Siddiqui<br>Katten Muchin Rosenman LLP | Strategic Counsel Corp<br>c/o Adam T. Ettinger | ~~100 Bush Corporation~~<br>~~100 Bush Street, Suite 218~~ |
| 13 | 525 W. Monroe St.<br>Chicago, IL 60661-3693 | Sheppard Mullin Richter & Hampton<br>LLP | ~~San Francisco, CA 94104~~<br>Undeliverable |
| 14 | | 1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | |
| 15 | ~~San Francisco Court Appointed~~<br>~~Special~~ | AQS<br>401 Kato Terrace | Robert G. Harris<br>Binder & Malter LLP |
| 16 | ~~Advocates~~<br>~~2535 Mission Street~~ | Fremont, CA 94539 | 2775 Park Avenue<br>Santa Clara, CA 95050 |
| 17 | ~~San Francisco, CA 94110~~<br>(Removed per recipient's request<br>4/9/16) | | |
| 18 | | | |
| 19 | Dylan Hall<br>79 Madison Ave, 2nd fl | Dylan Hall<br>Geeks on Wheels | |
| 20 | New York, NY 10016 | 47 Halstead Ave Suite LL1<br>Harrison, NY 10528-4142 | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO SET ADMINISTRATIVE CLAIMS BAR DATE BY DEFAULT

610288282.1