Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        amcdow@bakerlaw.com
              mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

**REQUEST FOR ENTRY OF ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS**

On or about January 6, 2017, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Motion for Approval of Compromise of Controversy with Certain Former Directors and Officers of the Debtors* (the "Motion") [Docket Entry 515] and served the same on all interested parties. No timely opposition and request for hearing has been filed with respect to the Motion. Accordingly, the Trustee hereby respectfully requests entry of the proposed order granting the Motion, a copy of which is attached hereto as Exhibit A, by default pursuant to B.L.R. 9014-1(b)(4).

Respectfully submitted,

Dated: January 31, 2017

**BAKER & HOSTETLER LLP**

By: /s/ Michael T. Delaney
Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# DECLARATION OF MICHAEL T. DELANEY

I, Michael T. Delaney, hereby declare:

1. I am an associate with the law firm of Baker & Hostetler LLP, general insolvency counsel for Michael G. Kasolas, the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, in the above-captioned bankruptcy cases. I am duly admitted to practice before the above-referenced court. I submit this declaration in support of the *Request for Entry of Order Granting Motion for Approval of Compromise of Controversy with Certain Former Directors and Officers of the Debtors* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2. Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3. On or about January 6, 2017, the Trustee filed the *Motion for Approval of Compromise of Controversy with Certain Former Directors and Officers of the Debtors* (the "Motion") [Docket Entry 515]. Based on the proof of service appended thereto, the Motion was served on all interested parties. As of the submission of the Request, no opposition and request for hearing has been filed with respect to the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2017, at Los Angeles, California.

/s/ Michael T. Delaney
Michael T. Delaney

# EXHIBIT A

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        amcdow@bakerlaw.com
              mdelaney@bakerlaw.com

- and -

Mark E. Felger (*pro hac vice*)
**COZEN O'CONNOR**
1201 North Market Street, Suite 1001
Wilmington, DE 19899
Telephone:    302-295-2000
Facsimile:    302-295-2013
Email:        mfelger@cozen.com

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor.<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

## ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS

On the basis of the Motion for Order Authorizing Liquidating Trustee to Enter into Compromise with Certain Former Directors and Officers ("<u>Motion</u>"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.
2. The Liquidating Trustee's Motion to Approve Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Doc. No. 515) (the "<u>Settlement Motion</u>") is granted.
3. The Settlement Agreement, a copy of which is attached to the Settlement Motion as Exhibit A, is approved.
4. Michael G. Kasolas, liquidating trustee of the Hashfast Creditor Trust, is hereby authorized to execute any and all documents and to take any and all steps necessary to effectuate the terms and carry out the intent of the Settlement Agreement.
5. The Court shall retain jurisdiction to resolve any dispute or controversy of any kind arising from or relating to the Settlement Motion, Settlement Agreement, Application or this Order.

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge
Judge Dennis Montali
Mail Box 36099
San Francisco, CA 94102

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On January 31, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:

| Recipient Name | Email | Recipient Name | Email |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Wy Gost | wygost@yahoo.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Paul Montague | paul_montague99@hotmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Allan Vela | allan@velcorp.com.au |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Eduardo DeCastro | eduardo.decastro@gmail.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | Rob Edgworth | rob@edgeworth.org |
| Craig Beech | craigbeech@gmail.com | Pete Morici | pvmorici@gmail.com |
| Michael Gao | Urazexo378@gmail.com | Hamilton Hee | hamiltonhee@gmail.com |
| Scott Gray | elphenom@yahoo.com | Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

REQUEST FOR ENTRY OF ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY WITH DIRECTORS AND OFFICERS
610288487.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Venkat Balasubramani  venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns  tom@tburnslaw.com
- Greg P. Campbell  ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney  pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney  mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer  mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang  cdjang@rutan.com
- Fahim Farivar  ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick  keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen  bgaschen@wgllp.com
- Elizabeth A. Green  egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris  rob@bindermalter.com
- Geoffrey A. Heaton  gheaton@duanemorris.com
- Reginald R. Hindley  hindleylaw@gmail.com
- David Holtzman  david.holtzman@hklaw.com
- Michael G. Kasolas  trustee@kasolas.net, CA30@ecfcbis.com
- Ori Katz  okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Lynette C. Kelly  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Barbara A. Matthews  barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Ashley McDow  amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen  jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner  roliner@duanemorris.com
- Tyler Olson  tolson@rehonroberts.com
- Douglas R. Pahl  dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras  dpoitras@jmbm.com
- Peter M. Rehon  prehon@rehonroberts.com, uho@rehonroberts.com
- Gregory A. Rougeau  grougeau@brlawsf.com
- Peter A. Siddiqui  peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
- Dominique Sopko  dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- Craig Stuppi  craig@stuppilaw.com
- Sarah M. Stuppi  sarah@stuppilaw.com
- Christopher D. Sullivan  csullivan@diamondmccarthy.com, rsevilla@diamondmccarthy.com
- Donna S. Tamanaha  Donna.S.Tamanaha@usdoj.gov
- Nancy Weng  nweng@trinhlawfirm.com, monique@trinhlawfirm.com

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>100 Spectrum Center Dr, Ste 1050<br>Irvine CA 92618-4977 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377-5662 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |

| | | |
|---|---|---|
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~<br>~~1210-Wien, Austria~~<br>Undeliverable | ~~Ray E. Gallo~~<br>~~Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~<br>(prefers email - rgallo@gallo-law.com) |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-2860~~<br>(Returned 11/28/16) | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | ~~100 Bush Corporation~~<br>~~100 Bush Street, Suite 218~~<br>~~San Francisco, CA 94104~~<br>Undeliverable |
| ~~San Francisco Court Appointed Special Advocates~~<br>~~2535 Mission Street~~<br>~~San Francisco, CA 94110~~<br>(Removed per recipient's request 4/9/16) | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Dylan Hall<br>79 Madison Ave, 2nd fl<br>New York, NY 10016 | Dylan Hall<br>Geeks on Wheels<br>47 Halstead Ave Suite LL1<br>Harrison, NY 10528-4142 | |