Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:         amcdow@bakerlaw.com
                    mdelaney@bakerlaw.com

- and -

Mark E. Felger (*pro hac vice*)
**COZEN O'CONNOR**
1201 North Market Street, Suite 1001
Wilmington, DE 19899
Telephone:   302-295-2000
Facsimile:    302-295-2013
Email:         mfelger@cozen.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**JOINT STATEMENT OF KATTEN MUCHIN ROSENMAN LLP AND MICHAEL G. KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST, REGARDING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION (KATTEN MUCHIN ROSENMAN LLP)**

Michael G. Kasolas (the "Trustee"), trustee of the Hashfast Creditor Trust, and Katten Muchin Rosenman LLP (the "Firm") hereby respectfully submit the within joint statement regarding the amicable resolution of certain issues the Trustee informally raised with respect to the *Final Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor and Debtor-in-Possession (Katten Muchin Rosenman LLP)* (the "Final Fee Application") [Doc. No. 518].

1. On June 6, 2014, the Firm filed its *Application for Order Under 27 U.S.C. § 327(a) Authorizing Retention of Katten Muchin Rosenman LLP* [Doc. No. 45] requesting that it be appointed counsel to the Debtors effective as of the Petition Date. The *Order Authorizing Debtors to Retain and Employ Katten Muchin Rosenman LLP as Counsel* was entered on the docket on July 9, 2014 [Doc. No. 120].

2. One or both of the Debtors provided the Firm with a retainer of $130,000 ("Retainer"), paid as follows: $40,000 on May 5, 2014; $35,000 on May 8, 2014; $5,000 on May 22, 2014; and $50,000 on May 28, 2014. As of June 2, 2014, the Firm had drawn down the sum of $100,000 to cover all fees and expenses incurred on behalf of the Debtors prior to the filing of the entry of the order for relief.

3. On November 26, 2014, the Firm filed a first interim application for approval of compensation for professional legal services rendered and reimbursement of expenses (the "First Interim Application") [Doc. No. 234] incurred as counsel for Hashfast Technologies, LLC and Hashfast, LLC (the "Debtors"), the debtors in the above-captioned, substantially consolidated bankruptcy cases (the "Bankruptcy cases"). The First Interim Application requested Court approval of compensation for professional legal services rendered and expenses incurred by the Firm as counsel to the Debtors totaling $354,347.98, which consisted of $320,896.00 of professional fees and $24,451.98 of expenses. Following a hearing, the Court authorized the Firm to apply the remainder of the Retainer to the fees and expenses incurred. The Court otherwise deferred consideration of the allowance of the fees and expenses requested by and through the First Interim Application [*see* Doc. No. 298]. On or around February 3, 2015, the Firm applied the remaining $30,000 of the Retainer to its post-petition fees.

4. On January 13, 2017, the Firm filed the Final Fee Application. The Final Fee Application requests Court approval of compensation for professional legal services rendered and expenses incurred by the Firm as counsel to the Debtors during the application period totaling $496,496.69. This amount consists of professional fees of $456,415.50 and reimbursement of expenses of $40,081.19 incurred during the application period. The deadline to object to the Final Fee Application was January 27, 2017.

5. Prior to January 27, 2017, the Trustee, through his counsel, contacted the Firm to discuss and potentially resolve certain objections to the Final Fee Application. After numerous discussions, the Trustee and the Firm were able to negotiate a resolution of the Trustee's objections to the Final Fee Application through a reduction of the fees requested. The Firm has agreed to reduce the amount of its fee request from $456,415.50 to $390,000.00. The Firm's request for reimbursement of expenses is not affected by the resolution. In light of this agreement, the Trustee has not filed a formal objection with the Court.[1]

6. The Firm and the Trustee have negotiated this resolution in good faith and at arms-length and respectfully request that the Court enter an Order approving the Final Fee Application in the amount of $390,000.00 for compensation and $40,081.19 for reimbursement of expenses.

Respectfully submitted,

Dated: January _31_, 2017

By: _____
Michael G. Kasolas, Liquidating Trustee

Dated: January _31, 2017       KATTEN MUCHIN ROSENMAN LLP

By: _____
Craig Barbarosh
Peter A. Siddiqui

---

[1] The parties agreed to extend the Trustee's objection deadline through January 31, 2017 in order to file this joint statement memorializing the agreement.

- 3 -

JOINT STATEMENT REGARDING KATTEN MUCHIN ROSENMAN LLP FINAL FEE APPLICATION

610288608.1

4. On January 13, 2017, the Firm filed the Final Fee Application. The Final Fee Application requests Court approval of compensation for professional legal services rendered and expenses incurred by the Firm as counsel to the Debtors during the application period totaling $496,496.69. This amount consists of professional fees of $456,415.50 and reimbursement of expenses of $40,081.19 incurred during the application period. The deadline to object to the Final Fee Application was January 27, 2017.

5. Prior to January 27, 2017, the Trustee, through his counsel, contacted the Firm to discuss and potentially resolve certain objections to the Final Fee Application. After numerous discussions, the Trustee and the Firm were able to negotiate a resolution of the Trustee's objections to the Final Fee Application through a reduction of the fees requested. The Firm has agreed to reduce the amount of its fee request from $456,415.50 to $390,000.00. The Firm's request for reimbursement of expenses is not affected by the resolution. In light of this agreement, the Trustee has not filed a formal objection with the Court.[1]

6. The Firm and the Trustee have negotiated this resolution in good faith and at arms-length and respectfully request that the Court enter an Order approving the Final Fee Application in the amount of $390,000.00 for compensation and $40,081.19 for reimbursement of expenses.

Respectfully submitted,

Dated: January 31, 2017

By: _____
Michael G. Kasolas, Liquidating Trustee

Dated: January 31, 2017   **KATTEN MUCHIN ROSENMAN LLP**

By: _____
Craig Barbarosh
Peter A. Siddiqui

---

[1] The parties agreed to extend the Trustee's objection deadline through January 31, 2017 in order to file this joint statement memorializing the agreement.

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATEMENT OF KATTEN MUCHIN ROSENMAN LLP AND MICHAEL G. KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST, REGARDING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION (KATTEN MUCHIN ROSENMAN LLP)** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Presiding Judge</u>
Judge Dennis Montali
Mail Box 36099
San Francisco, CA 94102

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On January 31, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Email:</u>

| Recipient Name | Email | Recipient Name | Email |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Wy Gost | wygost@yahoo.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Paul Montague | paul_montague99@hotmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Allan Vela | allan@velcorp.com.au |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Eduardo DeCastro | eduardo.decastro@gmail.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | Rob Edgworth | rob@edgeworth.org |
| Craig Beech | craigbeech@gmail.com | Pete Morici | pvmorici@gmail.com |
| Michael Gao | Urazexo378@gmail.com | Hamilton Hee | hamiltonhee@gmail.com |
| Scott Gray | elphenom@yahoo.com | Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2017 | 'Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

JOINT STATEMENT REGARDING KATTEN MUCHIN ROSENMAN LLP FINAL FEE APPLICATION
610288608.1
Case: 14-30725  Doc# 526  Filed: 01/31/17  Entered: 01/31/17 15:30:34  Page 5 of 7

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
- Thomas R. Burns    tom@tburnslaw.com
- Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
- Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
- Caroline R. Djang    cdjang@rutan.com
- Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
- W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- Beth E. Gaschen    bgaschen@wgllp.com
- Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
- Robert G. Harris    rob@bindermalter.com
- Geoffrey A. Heaton    gheaton@duanemorris.com
- Reginald R. Hindley    hindleylaw@gmail.com
- David Holtzman    david.holtzman@hklaw.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com
- Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Barbara A. Matthews    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
- Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Aron M. Oliner    roliner@duanemorris.com
- Tyler Olson    tolson@rehonroberts.com
- Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
- David M. Poitras    dpoitras@jmbm.com
- Peter M. Rehon    prehon@rehonroberts.com, uho@rehonroberts.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Peter A. Siddiqui    peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
- Dominique Sopko    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- Craig Stuppi    craig@stuppilaw.com
- Sarah M. Stuppi    sarah@stuppilaw.com
- Christopher D. Sullivan    csullivan@diamondmccarthy.com, rsevilla@diamondmccarthy.com
- Donna S. Tamanaha    Donna.S.Tamanaha@usdoj.gov
- Nancy Weng    nweng@trinhlawfirm.com, monique@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>100 Spectrum Center Dr, Ste 1050<br>Irvine CA 92618-4977 | Eric W. Benisek<br>Vasquez Benisek and Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, CA 94549 | Oleksandr V. Buzko<br>5824 Oak Bend Lane #101<br>Oak Park, CA 91377-5662 |
| Avram S. Cheaney<br>1305 Laguna Street, #4<br>San Francisco, CA 94115 | Luke Dashjr<br>17318 Sweetwater Rd.<br>Dade City, FL 33523 | Paul M. Dolak<br>P.O. Box 590276<br>San Francisco, CA 94159 |

| | | |
|---|---|---|
| Duane Morris, LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~<br>~~1210 Wien, Austria~~<br>Undeliverable | ~~Ray E. Gallo~~<br>~~Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901~~<br>(prefers email - rgallo@gallo-law.com) |
| Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | John E. Hlavaty<br>35 Swanson Court, #16D<br>Boxborough, MA 01719 | Brian E. Klein<br>Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-2860~~<br>(Returned 11/28/16) | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | ~~100 Bush Corporation~~<br>~~100 Bush Street, Suite 218~~<br>~~San Francisco, CA 94104~~<br>Undeliverable |
| ~~San Francisco Court Appointed~~<br>~~Special~~<br>~~Advocates~~<br>~~2535 Mission Street~~<br>~~San Francisco, CA 94110~~<br>(Removed per recipient's request 4/9/16) | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Dylan Hall<br>79 Madison Ave, 2nd fl<br>New York, NY 10016 | Dylan Hall<br>Geeks on Wheels<br>47 Halstead Ave Suite LL1<br>Harrison, NY 10528-4142 | |