**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.:  14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Case No. 14-30866 |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | [No Hearing Scheduled] |
| ■  Affects HASHFAST LLC, a Delaware limited liability company, | |
| Debtor and Debtor-in-Possession. | |

**DECLARATION OF ROBERT EDGEWORTH IN SUPPORT OF
AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF
KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

I, Robert Edgeworth, declare:

1.        I am the founder of Koi Systems Ltd., a petitioning creditor and one of the members of the Official Committee of Unsecured Creditors of the consolidated estates of HashFast Technologies, LLC, and HashFast LLC (the "Debtors").  I make this declaration in support of the *Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Member of the Official Committee of Unsecured Creditors, Pursuant to*

Loel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-866-1002

Loel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  *11 U.S.C. § 503* (the "Amended Motion").  I know each of the following facts of my own

2  personal knowledge or information and belief and, if called as a witness, I could and would

3  competently testify with respect thereto.  Capitalized terms in this declaration shall have

4  the meanings set forth in the Amended Motion.

5        2.  From April 9, 2014 through May 23, 2014, Koi incurred $38,715.00 for legal

6  fees and $515.72 for expenses that were directly related to the preparation and filing of

7  the involuntary petition.  A true and correct copy of the invoices for legal services is

8  attached hereto as Exhibit "1."

9        3.  Koi has also incurred $9,800.00 in legal fees and expenses in connection

10  with bringing the Motion and in the preparation of this Amended Motion.  A true and

11  correct copy of the invoice prepared by Lobel Weiland Golden Friedman LLP (formerly

12  Weiland Golden LLP) for the period October 3, 2014 through January 30, 2017, is

13  attached hereto as Exhibit "2."

14        5.  I believe the amounts requested are reasonable and that there are sufficient

15  funds available to pay the requested expenses.

16        I declare under penalty of perjury that the foregoing is true and correct.

17        Executed this 31st day of January, 2017, at _____, California.

18

19                         see attached page                 

20                         Robert Edgeworth

21

22

23

24

25

26

27

28

1102463.1

2  DECLARATION OF ROBERT EDGEWORTH

competently testify with respect thereto. Capitalized terms in this declaration shall have the meanings set forth in the Amended Motion.

2. From April 9, 2014 through May 23, 2014, Koi incurred $38,715.00 for legal fees and $515.72 for expenses that were directly related to the preparation and filing of the involuntary petition. A true and correct copy of the invoices for legal services is attached hereto as Exhibit "1."

3. Koi has also incurred $9,800.00 in legal fees and expenses in connection with bringing the Motion and in the preparation of this Amended Motion. A true and correct copy of the invoice prepared by Lobel Weiland Golden Friedman LLP (formerly Weiland Golden LLP) for the period October 3, 2014 through January 30, 2017, is attached hereto as Exhibit "2."

5. I believe the amounts requested are reasonable and that there are sufficient funds available to pay the requested expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2017, at ~~Phoenix California.~~ Arizona

Robert Edgeworth

Loel Weiland Golden Friedman LLP

650 Town Center Drive. Suite 950 Costa Mesa, California 92626 Tel

# BakerHostetler

Mr. Brian Edgeworth
Koi Systems Ltd.
1191 Center Point Drive
Henderson, NV 89074

Invoice Date: 05/31/2014
Invoice Number: 1671494
B&H File Number: 05493/092312/000002
Taxpayer ID Number: 34-0082025
Page 1

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/9/14 | Lisa I Damji | Telephone conference with Mr. Edgeworth regarding legal strategy concerning demand from Hashfast; confer with Mr. Delaney regarding involuntary bankruptcy considerations; analyze issues regarding same; provide direction to Mr. Edgeworth regarding response to HashFast concerning refund requirements; emails with Mr. Edgeworth regarding same; review HashFast's response to Mr. Edgeworth's April 8 request for refund; review email from Mr. Edgeworth to HashFast; review results of Mr. Rawles' research concerning HashFast. | 2.70 | 1,377.00 |
| 4/24/14 | Michael T. Delaney | Research standards for filing involuntary bankruptcy petition; research potential liability for petition creditors; draft memorandum regarding same; confer with Ms. Damji regarding preparation of memorandum and necessary analysis; draft correspondence to client regarding the memorandum and need for further research in the event the client is interested in filing an involuntary bankruptcy petition. | 4.50 | 1,575.00 |
| 4/30/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding involuntary bankruptcy against Hashfast; attention to issues regarding same; respond to Mr. Edgeworth's email. | 0.70 | 357.00 |

## Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

# BakerHostetler

Mr. Brian Edgeworth
Koi Systems Ltd.
1191 Center Point Drive
Henderson, NV 89074

Invoice Date: 06/30/2014
Invoice Number: 1682150
B&H File Number: 05493/092312/000002
Taxpayer ID Number: 34-0082025
Page 1

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/1/14 | Lisa I Damji | Respond to email from Mr. Edgeworth regarding first steps for instituting involuntary bankruptcy proceedings. | 0.20 | 102.00 |
| 5/5/14 | Michael T. Delaney | Prepare for and attend conference call regarding the filing of an involuntary bankruptcy against HashFast Technologies | 1.00 | 350.00 |
| 5/8/14 | Harry Garner | Research and prepare involuntary bankruptcy filing against Hashfast. | 1.30 | 455.00 |
| 5/9/14 | Harry Garner | Research and prepare involuntary bankruptcy filing against Hashfast; finalize and file involuntary bankruptcy petition. | 3.20 | 1,120.00 |

**Expenses and Other Charges**

| | | |
|------|------|------|
| 05/13/14 | 14 Copies | 1.40 |
| | **Subtotal - Copying (E101)** | 1.40 |
| 05/08/14 | Westlaw Research - 05/08/14 by Michael Delaney | 19.00 |
| 05/08/14 | Westlaw Research - 05/08/14 by Michael Delaney | 15.74 |
| 05/23/14 | Westlaw Research - 05/23/14 by Michael Delaney | 20.99 |
| | **Subtotal - Online Research (E106)** | 55.73 |
| 05/13/14 | Filing Fees and Related; Ashley M. McDow; Filing fee for Involuntary Petition (Chapter 7) 14-30725; May 13, 2014 | 306.00 |
| | **Subtotal - Court Fees (E112)** | 306.00 |
| 05/12/14 | Other Professional Services (E123) - VENDOR: PARACORP INC. DBA PARASEC RECORDS RETRIEVAL FEES | 40.00 |
| | **Subtotal - Other Professionals (E123)** | 40.00 |
| | **Total** | $ 403.13 |

# BakerHostetler

Koi Systems, Ltd.
Units 1403-5, 14/F
Nan Fung Tower
173 Des Voeux Road Central
HONG KONG
N/A

Invoice Date: 06/30/2014
Invoice Number: 1682154
B&H File Number: 05493/092312/000003
Taxpayer ID Number: 34-0082025
Page 1

**Regarding:** Involuntary bankruptcy

**Matter Number:** 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/4/14 | Lisa I Damji | Email Ms. McDow information regarding Koi Systems for petition and client instruction concerning preparation of involuntary bankruptcy | .40 | 204.00 |
| 5/5/14 | Lisa I Damji | Prepare for conference call with Mr. Edgeworth regarding involuntary bankruptcy against HashFast; telephone conference with Ms. McDow and Messrs. Edgeworth and Delaney to determine type of bankruptcy to seek; emails with Mr. Edgeworth regarding creditor information; review emails from Mr. Edgeworth and Mr. Hammond regarding outstanding orders. | 1.00 | 510.00 |
| 5/6/14 | Ashley M. McDow | Review correspondence received from client and various creditors of HashFast and assess impact of correspondence on ability to commence involuntary proceeding against HashFast; meeting with Michael Delaney, Harry Gardner and Lisa Damji regarding strategy for commencing involuntary proceeding. | 1.00 | 500.00 |

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

EXHIBIT 17 PAGE 6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/6/14 | Harry Garner | Meeting with Ms. McDow and Mr. Delaney regarding preparation of Involuntary bankruptcy against Hashfast. | 0.50 | 175.00 |
| 5/6/14 | Lisa I Damji | Exchange emails with Mr. Edgeworth regarding article detailing legal matters against HashFast entities; review and analysis of article regarding same; Provide direction to Mr. Rawles regarding corporate documents needed. | 0.50 | 255.00 |
| 5/6/14 | Michael T. Delaney | Attend planning meeting regarding the commencement of an involuntary bankruptcy proceeding against HashFast Technologies. | 0.50 | 175.00 |
| 5/7/14 | Harry Garner | Research and draft involuntary petition documents for Hashfast filing. | 1.80 | 630.00 |
| 5/7/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding timing of filing of petition; telephone conference with Mr. Edgeworth regarding same. | 0.20 | 102.00 |
| 5/7/14 | Michael T. Delaney | Conduct research regarding HashFast Technology's business operations and relationship with HashFast LLC. | 0.30 | 105.00 |
| 5/8/14 | Ashley M. McDow | Research local rules for Northern District of California relating to filing involuntary petition; review recent research relating to grounds for, and procedure relating to, filing involuntary petition. | 1.80 | 900.00 |
| 5/8/14 | Lisa I Damji | Exchange emails with Ms. McDow regarding preparation of petition; review email from Mr. Edgeworth and HashFast notice of reorganization; provide direction to Mr. Delaney regarding same. | 1.00 | 510.00 |
| 5/8/14 | Michael T. Delaney | Research regarding filing requirements for involuntary petition in the Northern District of California; draft correspondence to client regarding necessary documentation and information to finalize the involuntary petition. | 0.90 | 315.00 |

## Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/8/14 | Michael T. Delaney | Review documentation provided by client regarding HashFast Technologies, HashFast LLC, the HashFast products, HashFast's business performance, and the claims held by the potential petitioning creditors. | 3.80 | 1,330.00 |
| 5/8/14 | Michael T. Delaney | Prepare involuntary petition. | 0.50 | 175.00 |
| 5/9/14 | Ashley M. McDow | Review involuntary petition and documents in support thereof in order to approve same for filing; review recent press releases relating to Hashfast. | 1.20 | 600.00 |
| 5/9/14 | Lisa I Damji | Review and work on petition; conduct legal research in preparation of same; review email from Mr. Edgeworth regarding signature pages from creditors and corporate status concerning same; provide direction to Mr. Delaney regarding same; attention to issues regarding preparation of corporate ownership statement; provide direction to Mr. Garner regarding preparation of same. | 1.90 | 969.00 |
| 5/9/14 | Lisa I Damji | Prepare for telephone conference with Mr. Edgeworth; telephone conference with Ms. McDow and Mr. Edgeworth regarding options concerning appointment of trustee. | 0.50 | 255.00 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/12/14 | Harry Garner | Follow up on filing of involuntary petition against Hashfast, issuance of summons, and completion of service. | 0.80 | 280.00 |
| 5/13/14 | Harry Garner | Follow up on service of involuntary bankruptcy petition against Hashfast. | 0.60 | 210.00 |
| 5/13/14 | Lisa I Damji | Review correspondence regarding service of process on Hashfast and filing fee for petition. | 0.20 | 102.00 |
| 5/13/14 | Michael M Rawles | Further research regarding relationship between Hasfast LLC and Hashfast Technologies LLC; correspondence with Parasec regarding Hashfast Technologies statement of information filings. | 0.60 | 129.00 |
| 5/15/14 | Ashley M. McDow | Review summons and Notice to Debtor of Status Conference in Involuntary Case, identify important dates and obligations contained therein, and discuss service issues relating thereto with Michael Delaney and Harry Garner. | 0.20 | 100.00 |
| 5/15/14 | Lisa I Damji | Review email from Mr. Edgeworth regarding service; review research regarding addresses for Hashfast, including California Secretary of State information; review certificate of service on Hashfast; confer with Messrs. | 1.20 | 612.00 |

## Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati   Cleveland   Columbus      Costa Mesa   Denver
Houston     Los Angeles  New York     Orlando     Philadelphia   Seattle      Washington, DC

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Delaney and Rawles regarding additional service on CT Corporation to ensure receipt by Hashfast; provide direction to Messrs. Delaney and Rawles regarding additional service on Hashfast address and agent for service of process. | | |
| 5/15/14 | Michael M Rawles | Research location of agent for service of process for Hashfast Technologies LLC. | 0.20 | 43.00 |
| 5/15/14 | Michael T. Delaney | Review certificate of service for involuntary petition; review involuntary petition; review secretary of state records for HashFast's agent for service of process; draft correspondence to client regarding service of summons for involuntary petition. | 0.60 | 210.00 |
| 5/19/14 | Ashley M. McDow | Conference call with Kurt Heizenga regarding potential involvement of petitioning creditor(s) in liquidation of company assets. | 0.10 | 50.00 |
| 5/22/14 | Ashley M. McDow | Conference call with Kirlsten Palumbo regarding Motion to Appoint Interim Trustee; review Motion to Appoint Interim Trustee and supporting documents and assess need to join and/or appear at hearing; conference call with Mr. Edgeworth and Ms. Damji regarding same; confer with Michael Delaney regarding content of joinder; review joinder and approve same for filing. | 0.90 | 450.00 |
| 5/22/14 | Lisa I Damji | Review joinder to motion to appoint trustee; attention to issues regarding same for appearance at hearing on same; exchange emails with Ms. McDow regarding same; review summary prepared by Mr. Delaney regarding Liquidbits' position and next steps; call with Mr. R. Edgeworth and Ms. McDow concerning hearing. | 2.30 | 1,173.00 |
| 5/22/14 | Michael T. Delaney | Analyze motion for the appointment of an interim trustee and associated documents; draft memorandum for client | 4.60 | 1,610.00 |

## Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | regarding the motion to appoint a trustee; conference call with client regarding whether to joint in the same; draft/revise joinder for the motion to appoint an interim trustee; confer with Ms. McDow regarding the joinder; prepare the same for filing. | | |
| 5/23/14 | Ashley M. McDow | Telephonically attend hearing on motion to appoint interim trustee; correspondence to/from client regarding results of hearing; confer with Ms. Damji regarding same; correspondence to/from counsel for debtor and other creditors regarding discussions to be made with respect to collective exit strategy and documents to be produced prior thereto; conference call with client regarding results of hearing and objectives for meeting with various constituents. | 3.20 | 1,600.00 |
| 5/23/14 | Lisa I Damji | Emails with Ms. McDow regarding preparation for hearing on motion to appoint interim trustee; briefing from Ms. McDow regarding same | 2.20 | 1,122.00 |
| 5/23/14 | Michael T. Delaney | Contact court chambers regarding telephonic appears; research regarding sua sponte entry of an order for relief in an involuntary bankruptcy; confer with Ms. McDow regarding the results of research and the outcome of the hearing; strategize with Ms. McDow regarding how to proceed given the Debtor's threat to convert the bankruptcy case to a voluntary chapter 11. | 1.20 | 420.00 |
| 5/24/14 | Ashley M. McDow | Conference call with counsel for the debtor regarding status of case and intentions of debtor moving forward, including current and future operations of company and various exit strategies; review audio recording of hearing on emergency motion to appoint interim trustee; correspondence to/from clients | 2.70 | 1,350.00 |

## Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| | |
|---|---|
| Invoice Date: | 06/30/2014 |
| Invoice Number: | 1682154 |
| Matter Number: | 092312.000003 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | regarding same, instructions for court and preparation for conference call; confer with Ms. Damji regarding same. | | |
| 5/24/14 | Lisa I Damji | Review and analysis of audio from court hearing on Liquidbits Corp.'s motion for appointment of trustee; review email from Mr. Siddiqui, bankruptcy counsel for HashFast; confer with Ms. McDow regarding same; review emails from client regarding hearing and prepare strategy going forward in anticipation of Chapter 11 proceedings. | 1.50 | 765.00 |
| 5/25/14 | Ashley M. McDow | Prepare for and participate in conference call with David Balbanian (counsel for Liquibids), Ray Gallo (counsel for numerous unsecured creditors), Ms. Damji, and various company representatives regarding needs and desires of creditors in chapter 11 moving forward; confer with same group and debtor's counsel regarding intention of debtor in impending chapter 11 and potential for "global resolution" with respect to same; conference call with and correspondence to/from Rob Edgeworth and Lisa Damji regarding particulars of proposed "global resolution" with respect to Koi. | 3.30 | 1,650.00 |
| 5/25/14 | Lisa I Damji | Review multiple emails regarding post-hearing activities concerning Liquidbits Corp.'s motion for appointment of interim trustee for HashFast; participate in telephone conference with creditors of HashFast and extended call with counsel for HashFast and HashFast principals; multiple calls and emails with Ms. McDow and Mr. Edgeworth regarding same; follow-up call with Mr. Edgeworth regarding next steps. | 2.80 | 1,428.00 |
| 5/26/14 | Ashley M. McDow | Correspondence to/from Ray Gallo and David Balbanian regarding terms of stipulation and impact of same on strategy of creditors moving forward; correspondence to/from Lisa Damji and | 1.20 | 600.00 |

Baker&Hostetler LLP

Atlanta    Chicago      Cincinnati   Cleveland   Columbus      Costa Mesa   Denver
Houston    Los Angeles  New York     Orlando     Philadelphia  Seattle      Washington, DC

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Rob Edgeworth regarding same; review stipulation proposed by debtor's counsel and identify modifications to be made to same. | | |
| 5/26/14 | Lisa I Damji | Review emails from Mr. Balabanian regarding further call with creditors and HashFast; review and analysis of HashFast's draft stipulation and further order regarding entry of an order appointing Chapter 7 Trustee; email to Ms. McDow regarding issues with stipulation. | 0.90 | 459.00 |
| 5/27/14 | Ashley M. McDow | Review revised Stipulation and further Order with respect to emergency motion of Liquidbits for entry of order approve interim chapter 7 trustee; conference calls with counsel for creditors regarding content of same; correspondence to/from Lisa Damji and Rob Edgeworth regarding same; correspondence to Ed Smith regarding modifications to be made to Stipulation and further Order; prepare for hearing. | 1.90 | 950.00 |
| 5/27/14 | Lisa I Damji | Review emails from creditors' counsel; review revised stipulation and edit same; email to Ms. McDow regarding additional points to raise in call with creditors' counsel; review emails from counsel regarding proposed stipulation; edit stipulation and transmit to creditors' counsel. | 1.60 | 816.00 |
| 5/28/14 | Ashley M. McDow | Telephonically attend continued hearing on Motion to Appoint Interim Chapter 7 Trustee; conference calls with Rob Edgeworth regarding results of hearing and modifications to be made to proposed Stipulated Order; correspondence to/from Rob Edgeworth and Lisa Damji regarding same; conference call with Ed Smith regarding proposed modifications to be made to Stipulated Order, particularly with respect to those which are wholly unacceptable; review various drafts of | 3.80 | 1,900.00 |

Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

Koi Systems, Ltd.

Invoice Date: 06/30/2014
Invoice Number: 1682154
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | revised Stipulated Order and correspondence to/from debtor's counsel and counsel for various creditors regarding same; conference call with debtor's counsel regarding cash on hand and manner in which same will be used. | | |
| 5/28/14 | Lisa I Damji | Review multiple emails from counsel for creditors and Mr. Siddiqui regarding stipulation; exchange emails with Ms. McDow regarding same; review emails from Mr. Edgeworth regarding same; briefing from Ms. McDow regarding hearing; review further emails from counsel regarding further revisions to order. | 1.40 | 714.00 |
| 5/28/14 | Michael T. Delaney | Confer with chambers regarding telephonic appearance for continued emergency hearing on motion to appoint an interim trustee; analyze proposed stipulated order to limit HashFast's sale of inventory; confer with Ashley McDow regarding the same. | 0.50 | 175.00 |
| 5/29/14 | Ashley M. McDow | Review spreadsheet regarding cash inflows and outflows for Hashfast; correspondence to client and Lisa Damji regarding same. | 0.20 | 100.00 |
| 5/29/14 | Lisa I Damji | Review email from Mr. Smith regarding status of HashFast's report on uses of sales proceeds; review email from Mr. Siddiqui and HashFast cash inflow; review correspondence from Mr. Gallo. | 0.50 | 255.00 |
| 5/30/14 | Ashley M. McDow | Review entered Stipulated and Further Order with respect to emergency motion of Liquidbits for entry of order appointing Chapter 7 Trustee and assess need to object based upon failure to distinguish between income and appropriate use of proceeds; correspondence to/from Peter Kravitz regarding potential role as CRO; review weekly "sources/uses sheet" and forward same to client and Lisa Damji. | 0.40 | 200.00 |

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

# BakerHostetler

Mr. Brian Edgeworth
Koi Systems Ltd.
1191 Center Point Drive
Henderson, NV 89074

| | |
|---|---|
| Invoice Date: | 07/24/2014 |
| Invoice Number: | 1691043 |
| B&H File Number: | 05493/092312/000003 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** Involuntary bankruptcy

**Matter Number:** 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/1/14 | Ashley M. McDow | Correspondence to/from Ed Smith and Ray Gallo regarding recent "proposal" from Liquidbits to Hashfast and correspondence to/from client and Lisa Damji regarding same. | 0.20 | 100.00 |
| 6/1/14 | Lisa I Damji | Review email from Mr. Smith regarding proposed conference call concerning Liquidbits' proposal to HashFast; emails with Ms. McDow and client regarding call concerning litigation strategy. | 0.20 | 102.00 |
| 6/2/14 | Ashley M. McDow | Conference call with Ed Smith, Ray Gallo, and Rob Edgeworth regarding recent "proposal" made by Liquidbits to Hashfast and initial creditor response to same; conference call with Rob Edgeworth, Brian Edgeworth, and Lisa Damji regarding same and overall process and strategy in light of same; confer with Lisa Damji regarding foregoing. | 1.70 | 850.00 |
| 6/2/14 | Lisa I Damji | Prepare for meeting with Messrs. Edgeworth, Ms. McDow regarding status of proceedings and Liquidbits' proposal to HashFast; telephone conference with Messrs. Edgeworth regarding strategy and next steps; strategize with Ms. McDow regarding same. | 1.10 | 561.00 |

## Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

Koi Systems, Ltd.

Invoice Date: 07/24/2014
Invoice Number: 1691043
Matter Number: 092312.000003

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/4/14 | Lisa I Damji | Review emails from Mr. Edgeworth regarding creditors and Mr. Bachrach's declaration; review and analysis of of declaration; telephone conference with Messrs. Edgeworth and Ms. McDow regarding committee process and next steps; review emails from Mr. Gallo concerning trustee motion; attention to issue of proposed CRO of Hashfast; review Ms. McDow's email to Messrs. Siddigi; Gallo and Smith regarding same. | 2.40 | 1,224.00 |
| 6/5/14 | Ashley M. McDow | Review entered Order Granting Motion to Convert Case to Chapter 11 and confirm no interlineations made by Court. | 0.10 | 50.00 |
| 6/6/14 | Ashley M. McDow | Review and analyze motion of Hashfast to procedurally consolidate cases in California and Delaware and correspondence to client and Lisa Damji regarding same; correspondence to/from client regarding deadlines relating to certain filings. | 0.30 | 150.00 |
| 6/6/14 | Lisa I Damji | Review and analysis of Hashfast's Motion to Consolidate Cases and Debtor's Motion for an Order pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure directing the joint administration of Hashfast's Chapter 11 cases; review emails from Mr. Edgeworth; review email from Mr. Edgeworth regarding disclosure statement deadline. | 0.40 | 204.00 |
| 6/10/14 | Ashley M. McDow | Review and analyze creditor mailing matrix, Order to File Required Documents, Order for Payment of State and Federal Taxes, Application for Order Authorizing Debtor to Employ Katten Muchin as General Bankruptcy Counsel, and Statement of Distinterestedness in support thereof, Debtor's First Day Motion for an Order Approving Continued Use of Existing Bank | 2.30 | 1,150.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | Invoice Date: | 07/24/2014 |
| | | | | Invoice Number: | 1691043 |
| | | | | Matter Number: | 092312.000003 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/13/14 | Ashley M. McDow | Conference calls with and correspondence to/from Steve Gubner regarding committee meeting and details relating thereto; conference call with Rob Edgeworth regarding same and potential creditors to be represented by proxy at same correspondence to/from counsel for Liquidbits regarding delay in response from debtor to offer proposed by same and correspondence to/from client regarding same; prepare proxy to be sent to potential committee members and correspondence to/from Steve Gubner and Rob Edgeworth regarding same; confer with Lisa Damji regarding status of foregoing. | 2.70 | 1,350.00 |
| 6/18/14 | Michael T. Delaney | Review motion to amend stipulation regarding the appointment of a trustee. | 0.20 | 70.00 |
| 6/24/14 | Michael T. Delaney | Review Statement of Financial Affairs and forward copy of same to client; research Northern District local rules regarding requests for tax returns; review Fed. R. Bankr. P. provisions regarding the provision of debtor's tax returns; confer with Ms. McDow regarding the same. | 1.10 | 385.00 |

**Expenses and Other Charges**

| | | | |
|------|------|------|------|
| 06/06/14 | Messenger Service (E107) - VENDOR: ACE ATTORNEY SERVICE, INC. Delivery to US Bankruptcy Court - North District 325 Pine Street, 19th Floor San Francisco, CA 5/23/2014 | | 92.88 |

| Subtotal - Delivery Services/ Messengers (E107) | 92.88 |
|---|---|

| 06/17/14 | Mileage; Ashley M. McDow; Formation meeting for the creditors committee; 35.20 Miles @ Rate .56; Jun 17, 2014; | 19.71 |
|---|---|---|

| Subtotal - Local Travel (E109) | 19.71 |
|---|---|

## Baker&Hostetler LLP

| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
**650 TOWN CENTER DRIVE - SUITE 950**
**COSTA MESA, CALIFORNIA 92626**
**TELEPHONE: 714-966-1000**
**FEDERAL TAX I.D. 47-1879250**

JANUARY 1, 2017

KOI SYSTEMS                                                    OUR FILE:  KOI01.0001
1191 CENTERPOINT DRIVE
HENDERSON, NV.  89074
MR. ROB EDGEWORTH

RE:     HASHFAST TECHNOLOGIES
        INVOICE # 1097
        RESPONSIBLE ATTY:  JEFFREY GOLDEN

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JANUARY 31, 2017

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/03/14 | JIG | REVIEW OF FILE RE CLAIM | 0.10 | @650 | 65.00 |
| 10/06/14 | CMY | REVIEW AND ANALYSIS OF DOCKET RE: ADMINISTRATIVE CLAIMS BAR DATE | 0.20 | @250 | 50.00 |
| 10/06/14 | CMY | REVIEW INVOICES FROM BAKER HOSTETLER RE: CALCULATION OF ADMIN CLAIM | 0.20 | @250 | 50.00 |
| 10/06/14 | CMY | PREPARATION OF PROOF OF CLAIM FOR ADMIN. EXPENSES | 0.20 | @250 | 50.00 |
| 10/06/14 | CMY | REVIEW AND REVISE PROOF OF CLAIM TO REFLECT ADMIN | 0.20 | @250 | 50.00 |
| 12/01/14 | CBM | REVIEW CORRESPONDENCE, COMMITTEE TRAVEL EXPENSES, AND LEGAL EXPENSES (BAKER HOSTETLER INVOICES) FOR PREPARATION OF MOTION FOR REIMBURSEMENT OF KOI SYSTEMS EXPENSES | 0.80 | @250 | 200.00 |
| 12/01/14 | CBM | PREPARATION OF E-MAIL TO ROB EDGEWORTH RE NEEDING EXPENSE RECEIPTS TO ATTACH TO MOTION FOR PAYMENT OF EXPENSES | 0.10 | @250 | 25.00 |
| 12/01/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF KOI SYSTEMS LEGAL AND TRAVEL EXPENSES | 1.20 | @250 | 300.00 |
| 12/03/14 | CBM | REVIEW TRAVEL RECEIPTS AND CORRESPONDENCE FROM ROB EDGEWORTH FOR PREPARATION OF MOTION | 0.30 | @250 | 75.00 |
| 12/03/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF COMMITTEE LEGAL AND TRAVEL EXPENSES | 0.90 | @250 | 225.00 |

EXHIBIT 2 PAGE 17

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF COMMITTEE LEGAL AND TRAVEL EXPENSES | 2.30 | @250 | 575.00 |
| 12/04/14 | CBM | PREPARATION OF E-MAIL TO ROB EDGEWORTH RE INFO FOR MOTION | 0.10 | @250 | 25.00 |
| 12/05/14 | CBM | REVIEW EMAIL FROM ROB EDGEWORTH RE ADDITIONAL RECEIPTS TO BE PROVIDED | 0.10 | @250 | 25.00 |
| 12/08/14 | CBM | REVIEW ADDITIONAL TRAVEL RECEIPTS PROVIDED BY ROB EDGEWORTH | 0.20 | @250 | 50.00 |
| 12/08/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 1.60 | @250 | 400.00 |
| 12/09/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 0.60 | @250 | 150.00 |
| 12/10/14 | CBM | PREPARATION OF EXHIBITS TO MOTION FOR REIMBURSEMENT OF LEGAL AND TRAVEL EXPENSES | 0.40 | @250 | 100.00 |
| 12/10/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF KOI'S EXPENSES | 0.50 | @250 | 125.00 |
| 12/11/14 | CBM | LEGAL RESEARCH RE REIMBURSEMENT OF LEGAL EXPENSES AS SUBSTANTIAL CONTRIBUTION | 0.70 | @250 | 175.00 |
| 12/11/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 1.30 | @250 | 325.00 |
| 12/12/14 | CMY | REVIEW AND ANALYSIS OF CASELAW RE: REIMBURSEMENT OF PROFESSIONAL FEES AND COSTS OF CREDITOR WHO INITIATED INVOLUNTARY CASE | 0.80 | @250 | 200.00 |
| 12/12/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 0.20 | @250 | 50.00 |
| 12/15/14 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 1.90 | @250 | 475.00 |
| 01/16/15 | CBM | PREPARATION OF E-MAIL TO A. MCDOW ATTACHING BAKER INVOICES FOR HER REVIEW TO DETERMINE WHICH TIME ENTRIES CAN BE INCLUDE IN THE MOTION FOR REIMBURSEMENT | 0.20 | @250 | 50.00 |
| 01/20/15 | CBM | REVIEW BAKER INVOICES MARKED TO SHOW TIME ENTRIES RELEVANT TO INVOLUNTARY BANKRUPTCY | 0.20 | @250 | 50.00 |
| 01/21/15 | CBM | CONTINUE REVIEWING BAKER INVOICES MARKED TO SHOW TIME ENTRIES RELEVANT TO INVOLUNTARY BANKRUPTCY | 0.90 | @250 | 225.00 |
| 01/21/15 | CBM | PREPARATION OF E-MAIL TO SONIA GAETA RE QUESTIONS ABOUT CERTAIN ENTRIES | 0.10 | @250 | 25.00 |
| 01/22/15 | CBM | EXCHANGE OF E-MAILS WITH SONIA GAETA RE QUESTIONS ABOUT CERTAIN ENTRIES | 0.10 | @250 | 25.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/15 | JIG | ANALYSIS OF FEE ISSUES | 0.10 | @650 | 65.00 |
| 02/03/15 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF LEGAL FEES AND TRAVEL EXPENSES | 0.10 | @250 | 25.00 |
| 02/16/15 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 0.40 | @250 | 100.00 |
| 02/16/15 | CBM | PREPARATION OF R. EDGEWORTH ATTACHING DRAFT MOTION FOR REVIEW | 0.10 | @250 | 25.00 |
| 02/17/15 | CBM | REVIEW JUDGE MONTALI'S CALENDAR RE AVAILABLE DATES FOR HEARING ON MOTION | 0.10 | @250 | 25.00 |
| 02/17/15 | CBM | PREPARATION OF E-MAIL TO R. EDGEWORTH RE MARCH 20 HEARING DATE | 0.10 | @250 | 25.00 |
| 02/17/15 | CBM | REVIEW JUDGE MONTALI'S TELEPHONIC APPEARANCE PROCEDURES | 0.10 | @250 | 25.00 |
| 02/17/15 | CBM | PREPARATION OF EXHIBITS TO MOTION | 0.30 | @250 | 75.00 |
| 02/18/15 | CBM | REVIEW LOCAL BANKRUPTCY RULES RE FILING AND SERVICE OF MOTION AND NOTICE OF HEARING | 0.40 | @250 | 100.00 |
| 02/18/15 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 0.60 | @250 | 150.00 |
| 02/18/15 | CBM | PREPARATION OF NOTICE OF HEARING ON MOTION FOR REIMBURSEMENT OF EXPENSES | 0.50 | @250 | 125.00 |
| 02/18/15 | CBM | PREPARATION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION | 0.30 | @250 | 75.00 |
| 02/18/15 | CBM | PREPARATION OF DECLARATION OF ROBERT EDGEWORTH IN SUPPORT OF MOTION | 0.20 | @250 | 50.00 |
| 02/19/15 | CBM | ATTENTION TO CALENDARING THE HEARING AND FILING AND OTHER DEADLINES | 0.10 | @250 | 25.00 |
| 02/25/15 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES AND RELATED DOCUMENTS AND EXHIBITS | 0.50 | @250 | 125.00 |
| 02/27/15 | CBM | TELEPHONE CALL TO JUDGE MONTALI'S CALENDAR CLERK RE OPEN CALENDAR (LEFT DETAILED MESSAGE) | 0.10 | @250 | 25.00 |
| 02/27/15 | CBM | TELEPHONE CONFERENCE WITH SONIA GAETA AT BAKER RE FILING PROCEDURES IN JUDGE MONTALI'S COURT | 0.20 | @250 | 50.00 |
| 02/27/15 | CBM | PREPARATION OF MOTION FOR REIMBURSEMENT OF EXPENSES | 0.50 | @250 | 125.00 |
| 03/02/15 | CBM | REVIEW FILED DOCUMENTS ON PACER | 0.20 | @250 | 50.00 |
| 03/11/15 | CBM | REVIEW ECF NOTICE RE HEARING ON MARCH 20 HAS BEEN RESCHEDULED TO 1:30 | 0.10 | @250 | 25.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/15 | CBM | TELEPHONE CONFERENCE WITH LORENA PARADA AT COURT RE WHETHER WE NEED TO PROVIDE NOTICE OF THE CHANGE IN HEARING TIME | 0.20 | @250 | 50.00 |
| 03/16/15 | CBM | REVIEW COURT'S DOCKET RE WHETHER ANY OPPOSITION HAS BEEN FILED | 0.10 | @250 | 25.00 |
| 03/17/15 | JIG | PREPARATION RE HEARING | 0.50 | @650 | 325.00 |
| 03/18/15 | CBM | PREPARATION OF FILE FOR HEARING ON MOTION FOR REIMBURSEMENT OF EXPENSES | 0.20 | @250 | 50.00 |
| 03/20/15 | CBM | REVIEW JUDGE'S CALENDAR FOR TODAY'S HEARING | 0.10 | @250 | 25.00 |
| 03/20/15 | CBM | REVIEW TENTATIVE RULING PROCEDURES | 0.20 | @250 | 50.00 |
| 03/20/15 | CBM | REVIEW CASE DOCKET FOR ANY TENTATIVE RULING | 0.10 | @250 | 25.00 |
| 03/20/15 | JIG | COURT APPEARANCE RE 503 CLAIM | 1.90 | @650 | 1,235.00 |
| 03/20/15 | JIG | PREPARATION RE COURT APPEARANCE | 0.30 | @650 | 195.00 |
| 03/23/15 | CBM | REVIEW DOCKET ENTRY RE RESULT OF HEARING | 0.10 | @250 | 25.00 |
| 03/23/15 | CBM | DOWNLOAD AUDIO FILE OF 3/20 HEARING | 0.10 | @250 | 25.00 |
| 03/23/15 | CBM | PREPARATION OF ORDER GRANTING MOTION. IN PART | 0.30 | @250 | 75.00 |
| 03/24/15 | CBM | LISTEN TO AUDIO OF 3/20 HEARING RE AMOUNT ALLOWED FOR EXPENSES | 0.50 | @250 | 125.00 |
| 04/10/15 | CBM | PREPARATION OF ORDER GRANTING MOTION IN PART | 1.20 | @250 | 300.00 |
| 05/18/15 | CBM | REVIEW ENTERED ORDER GRANTING MOTION, IN PART | 0.10 | @250 | 25.00 |
| 12/29/16 | CBM | REVIEW ORDER ENTERED 5/1/15 GRANTING MOTION, IN PART | 0.10 | @250 | 25.00 |
| 12/29/16 | CBM | REVIEW FILE RE REMAINING AMOUNTS TO BE REQUESTED | 0.20 | @250 | 50.00 |
| 01/04/17 | CBM | REVIEW JUDGE'S TENTATIVE RULING RE KOI'S REQUEST FOR REIMBURSEMENT OF PROFESSIONAL FEES AND JUDGE'S SPECIFIC COMMENTS RE BAKER'S FEES AND HIS INSTRUCTIONS RE RE-SETTING THE MATTER FOR NEW HEARING | 0.90 | @250 | 225.00 |
| 01/24/17 | CBM | PREPARATION OF MOTION FOR FEES | 0.20 | @250 | 50.00 |
| 01/26/17 | CBM | PREPARATION OF MOTION FOR APPROVAL OF FEES | 0.20 | @250 | 50.00 |
| 01/27/17 | CBM | PREPARATION OF ADMINISTRATIVE CLAIM FOR FEES | 0.80 | @250 | 200.00 |
| 01/29/17 | CBM | PREPARATION OF ADMINISTRATIVE CLAIM FOR FEES | 1.00 | @250 | 250.00 |
| 01/30/17 | CBM | PREPARATION OF AMENDED MOTION FOR FEES | 1.20 | @250 | 300.00 |

JANUARY 1, 2017
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JANUARY 31, 2017
HASHFAST TECHNOLOGIES
OUR FILE: KOI01.0001

| 01/30/17 | CBM | PREPARATION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION | 0.90 | @250 | 225.00 |
|---|---|---|---|---|---|
| 01/30/17 | CBM | PREPARATION OF DECLARATION OF ROB EDGEWORTH IN SUPPORT | 0.50 | @250 | 125.00 |

### SUMMARY OF SERVICES

| CBM | CYNTHIA B. MEEKER | 28.80 hr | @ 250.00 | $ | 7200.00 |
|---|---|---|---|---|---|
| CMY | CLAUDIA YOSHONIS | 1.60 hr | @ 250.00 | $ | 400.00 |
| JIG | JEFFREY I. GOLDEN | 2.90 hr | @ 650.00 | $ | 1885.00 |

TOTAL PROFESSIONAL SERVICES                     33.30          $ 9,485.00

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20/14 | WESTLAW ONLINE RESEARCH CHARGES | 29.68 |
| 12/08/14 | WESTLAW ONLINE RESEARCH CHARGES | 11.38 |
| 12/12/14 | WESTLAW ONLINE RESEARCH CHARGES | 159.32 |
| 02/02/15 | PACER CHARGES | 32.50 |
| 02/27/15 | PACER CHARGES | 1.10 |
| 02/27/15 | FEDEX CHARGES FOR DELIVERY TO HONORABLE DENNIS MONTALI | 46.02 |
| 03/20/15 | CONFERENCE CALL CHARGES | 35.00 |

TOTAL COSTS AND DISBURSEMENTS                             $   315.00

TOTAL CURRENT CHARGES                                     $ 9,800.00

SUMMARY OF ACCOUNT

| BALANCE FORWARD | $ 0.00 |
|---|---|
| TOTAL CURRENT CHARGES | 9,800.00 |
| LESS PAYMENTS AND CREDITS | 0.00 |

BALANCE DUE AND PAYABLE UPON RECEIPT                      $ 9,800.00


THIS INVOICE IS DUE AND PAYABLE IN FULL UPON DELIVERY. IF NOT PAID WITHIN 30 DAYS OF DELIVERY, THIS INVOICE WILL BE DEEMED DELINQUENT AND WILL THEREAFTER BEAR INTEREST AT A DEFAULT RATE OF 1.50% PER MONTH, COMPOUNDED MONTHLY. THE CLIENT MUST GIVE WRITTEN NOTICE TO THE FIRM OF ANY DISPUTE REGARDING THIS INVOICE WITHIN 30 DAYS OF DELIVERY, OR THIS INVOICE WILL BE DEEMED APPROVED. PLEASE CALL US IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING THIS INVOICE. THANK YOU.