**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor-in-Possession.<br><br>---<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-in-Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed by Lobel Weiland Golden Friedman LLP, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626, that on the date set out below, I served a copy of the attached

**AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

**DECLARATION OF ROBERT EDGEWORTH IN SUPPORT OF AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD.,**

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at Costa Mesa, California, addressed to each party listed below:

Koi Systems
Attn: Rob Edgeworth
1191 Centerpoint Drive
Henderson, NV 89074

**Debtors**
Hashfast Technologies LLC
Attention: HashFast CRO
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

**Debtors' Counsel**
Peter A. Siddiqui
Katten Muchin Rosenmann LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Jessica M. Mickelsen
Katten Muchin Rosenmann LLP
2029 Century Park East, 26th Floor
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenmann LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

**Counsel for Creditors Committee**
Michael Delaney
Ashley McDow
Baker & Hostetler LLP
601 Wilshire Boulevard, #1400
Los Angeles, CA 90025

**Request for Special Notice**
Christopher D. Sullivan
Gregory A. Rougeau
Diamond McCarthy LLP
150 California Street, Suite 2200
San Francisco, CA 94111

| | |
|---|---|
| 1 | Eric W. Benisek |
| 2 | Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd., Suite 300 |
| 3 | Lafayette, CA 94549 |
| 4 | Patrick V. Chesney |
| 5 | Gallo LLP<br>801 S. Figueroa Street, Suite 2170 |
| 6 | Los Angeles, CA 90017 |
| 7 | Ray E. Gallo<br>Gallo LLP |
| 8 | 1299 Fourth St., Suite 505<br>San Rafael, CA 94901 |
| 9 | |
| 10 | Venkat Balasubramani<br>Focal PLLC |
| 11 | 800 Fifth Ave, Suite 4100<br>Seattle, WA 98104 |
| 12 | |
| 13 | Nancy Weng<br>Trinh Law |
| 14 | 99 N. 1st St., Suite 200<br>San Jose, CA 95113 |
| 15 | |
| 16 | W. Keith Fendrick, Esq.<br>Holland & Knight LLP |
| 17 | 100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 |
| 18 | |
| 19 | Caroline R. Djang, Esq.<br>Rutan & Tucker, LLP |
| 20 | 611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626 |
| 21 | Ori Katz |
| 22 | Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor |
| 23 | San Francisco, CA 94111 |
| 24 | Craig Stuppi |
| 25 | Law Offices of Stuppi & Stuppi<br>1630 N. Main Street, Suite 332 |
| 26 | Walnut Creek, CA 94596 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Robert G. Harris, Esq. |
| | Binder & Malter LLP |
| 2 | 2775 Park Avenue |
| 3 | Santa Clara, CA 95050 |
| 4 | Pite Duncan LLP |
| | 4375 Jutland Drive, Suite 200 |
| 5 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 6 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31ST day of January, 2017, at Costa Mesa, California.

*(signature)*
Kelly Adele

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1102661.1        4        CERTFICATE OF SERVICE