**Entered on Docket**
**February 03, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  Ashley M. McDow (245114) | Signed and Filed: February 2, 2017 |
| Michael T. Delaney (261714) | |
| 2  **BAKER & HOSTETLER LLP** | |
| 11601 Wilshire Boulevard, Suite 1400 | |
| 3  Los Angeles, CA  90025-0509 | |
| Telephone:    310.820.8800 |  |
| 4  Facsimile:     310.820.8859 | |
| Email:            amcdow@bakerlaw.com | _____ |
| 5                      mdelaney@bakerlaw.com | **DENNIS MONTALI** |
| | **U.S. Bankruptcy Judge** |
| 6  - and - | |

Mark E. Felger (*pro hac vice*)
**COZEN O'CONNOR**
1201 North Market Street, Suite 1001
Wilmington, DE  19899
Telephone:    302-295-2000
Facsimile:     302-295-2013
Email:            mfelger@cozen.com

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x  Affects HASHFAST LLC, a Delaware limited liability company, | [No Hearing Required – B.L.R. 9014-1(b)(3)] |
| Debtor. | |

**ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY WITH CERTAIN FORMER DIRECTORS AND OFFICERS OF THE DEBTORS**

On the basis of the Motion for Order Authorizing Liquidating Trustee to Enter into Compromise with Certain Former Directors and Officers ("Motion"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.
2. The Liquidating Trustee's Motion to Approve Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Doc. No. 515) (the "Settlement Motion") is granted.
3. The Settlement Agreement, a copy of which is attached to the Settlement Motion as Exhibit A, is approved.
4. Michael G. Kasolas, liquidating trustee of the Hashfast Creditor Trust, is hereby authorized to execute any and all documents and to take any and all steps necessary to effectuate the terms and carry out the intent of the Settlement Agreement.
5. The Court shall retain jurisdiction to resolve any dispute or controversy of any kind arising from or relating to the Settlement Motion, Settlement Agreement, Application or this Order.

***END OF ORDER***

Baker & Hostetler LLP
Attorneys at Law
Los Angeles