Entered on Docket
February 03, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 2, 2017




_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1. Ashley M. McDow (245114)
2. Michael T. Delaney (261714)
   **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3. Los Angeles, CA  90025-0509
   Telephone:   310.820.8800
4. Facsimile:   310.820.8859
   Email:   amcdow@bakerlaw.com
5.            mdelaney@bakerlaw.com

6. Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

### ORDER APPROVING COMPROMISE OF CONTROVERSY

On or about January 6, 2017, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Notice of Liquidating Trustee's Intention to Compromise Controversy* (the "Notice") [Docket Entry 513] seeking approval of the Settlement Agreement by and between the Trust, on the one hand, and Antoine Alary, Lee Ash, Max Avroutski, Jason Cameron Bond, Jeffrey Bradian, Royce Bui, Ryan Casey, Mike Deming, Joshua Dorman, Ryan Gatchalian, Edgar Godoy, Luis Guerrero, Harmacolindor Informatikai Kft., Hamilton Hee, David R. Henson, Jeremy Ray Jones, Frank Lachmann, Andy Lo, Sebastian Pawel Schmidt, Erik Voorhees, Peter

Lukas Bradley, Craig Burke, Aristeidis Dionisatos, Price Givens, Christopher Goes, Dennis F. Lambert, Edward Mosley, Evan Lawrence Skreen, David Springer, Thanh Lanh Tran, Joseph William Baker, Mattia Baldinger, David Govinder Hunt, Kjetil Larsen Derek Piper, Tudor Ovidiu Vaida, Joshua Vidana, Aupacom Enterprises, Intervid FZ LLC, I-PMart Network USA, Ltd., and Phuc Van Nguyen, on the other hand (the "Settlement Agreement"). On or about January 6, 2017, the Trust served the Notice and Settlement Agreement on all interested parties. No timely opposition and request for hearing has been filed with respect to the Notice or Settlement Agreement. On or about January 30, 2017, the Trustee filed a request for entry of an order approving the Settlement Agreement by default pursuant to B.L.R. 9014-1(b)(4).

Having reviewed and considered the Notice and Settlement Agreement, finding notice thereof due and proper, receiving no opposition or objection to the Notice or approval of the Settlement Agreement, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Settlement Agreement, a copy of which is attached to the Notice, is approved;

**IT IS FURTHER ORDERED** that the Trustee is authorized to execute any and all documents and take any and all steps necessary and proper to effectuate the terms and purpose of the Settlement Agreement; and

**IT IS FURTHER ORDERED** that the proofs of claim identified in the Notice and Settlement Agreement are hereby deemed allowed in the amounts stated therein.

***END OF ORDER***