# EXHIBIT A

# BakerHostetler

Michael Kasolas, Liquidating Trustee
1301 Clay St Room 680N
Oakland, CA 094612

| | |
|---|---|
| Invoice Date: | 02/07/17 |
| Invoice Number: | 50344417 |
| B&H File Number: | 09866/107945/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** **Represent liquidating trustee**

For professional services rendered from July 31, 2015 through January 6, 2017

**BALANCE FOR THIS INVOICE DUE BY 03/09/17** $ 304,229.62

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50344417**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50344417** | bakerlockbox@bakerlaw.com |

# BakerHostetler

Michael Kasolas, Liquidating Trustee
1301 Clay St Room 680N
Oakland, CA 094612

**Regarding:**      **Represent liquidating trustee**

For professional services rendered from July 31, 2015 through January 6, 2017

| | | |
|---|---|---|
| **Fees** | $ | **274,328.50** |
| **Expenses** | $ | **29,901.12** |
| **BALANCE FOR THIS INVOICE DUE BY 03/09/17** | $ | **304,229.62** |

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Regarding:** **Represent liquidating trustee**

Matter Number: 107945.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carteen, Lisa I | 0.00 | $ 0.00 | $ 0.00 |
| Chow Teresa C. | 2.60 | 475.00 | 1,235.00 |
| Green Elizabeth A. | 1.20 | 625.00 | 750.00 |
| McDow Ashley M. | 0.00 | 0.00 | 0.00 |
| McDow Ashley M. | 102.00 | 550.00 | 56,100.00 |
| McDow Ashley M. | 27.00 | 530.00 | 14,310.00 |
| McDow Ashley M. | 5.80 | 575.00 | 3,335.00 |
| Delaney Michael T. | 47.50 | 385.00 | 18,287.50 |
| Delaney Michael T. | 0.40 | 0.00 | 0.00 |
| Delaney Michael T. | 155.50 | 405.00 | 62,977.50 |
| Delaney Michael T. | 12.20 | 430.00 | 5,246.00 |
| Farivar, Fahim | 0.00 | 0.00 | 0.00 |
| Farivar, Fahim | 14.10 | 380.00 | 5,358.00 |
| Farivar, Fahim | 51.40 | 365.00 | 18,761.00 |
| Johns, Susan M. | 4.40 | 210.00 | 924.00 |
| Layden Andrew V. | 2.00 | 340.00 | 680.00 |
| Layden Andrew V. | 1.70 | 0.00 | 0.00 |
| Layden Andrew V. | 171.90 | 325.00 | 55,867.50 |
| Layden Andrew V. | 1.00 | 310.00 | 310.00 |
| Lopez, Zaher | 5.00 | 365.00 | 1,825.00 |
| Bator Chris | 1.40 | 450.00 | 630.00 |
| Townsend Wendy C. | 0.90 | 415.00 | 373.50 |
| Townsend Wendy C. | 0.00 | 0.00 | 0.00 |
| Fetzer Jeffrey L | 1.00 | 250.00 | 250.00 |
| Lane Deanna L | 0.00 | 0.00 | 0.00 |
| Lane Deanna L | 90.00 | 250.00 | 22,500.00 |
| MacDonald, Hugh A. | 0.00 | 0.00 | 0.00 |
| MacDonald, Hugh A. | 5.90 | 200.00 | 1,180.00 |
| Ojeda, Roxane E. | 9.20 | 155.00 | 1,426.00 |

**Baker&Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rawles Michael M | 8.90 | 225.00 | 2,002.50 |
| Rawles Michael M | 0.00 | 0.00 | 0.00 |
| **Total** | **723.00** | **$** | **274,328.50** |

| Date | Name | Rate | Hours | Amount | Activity |
|------|------|-----:|------:|-------:|---------:|
| 07/31/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 | |

Review and draft response correspondence from Ms. McDow regarding the preparation of a notice of effective date for the plan
**Document Production(L320)**

| 07/31/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 | |

Review plan confirmation order in preparation of a notice of effective date for the plan
**Document Production(L320)**

| 07/31/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 | |

Review proof of service for notice of effective date for the plan of liquidation
**Document Production(L320)**

| 07/31/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 | |

Review plan in preparation of a notice of effective date for the plan
**Document Production(L320)**

| 07/31/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 | |

Draft notice of effective date for the plan of liquidation and confer with Ms. McDow regarding same.
**Plan and Disclosure Statement(B320)**

| 07/31/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 | |

Review Notice of Effective Date and correspondence to/from Michael Delaney regarding same
**Plan and Disclosure Statement(B320)**

| 08/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 | |

Confer with Mr. Kasolas regarding case management and employment of professionals for the liquidating trust
**Business Operations(B210)**

| 08/03/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 | |

Prepare for and attend conference call with Mr. Kasolas, Mr. Delaglio, and Ms. McDow regarding transition of assets to liquidating trust
**Business Operations(B210)**

| 08/03/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 | |

Conference call with Michael Kasolas, Victor Delaglio, and Michael Delaney regarding transition of operations from Debtors to Liquidating Trustee
**Business Operations(B210)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 08/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding conference call to discuss transition of business operations
**Business Operations(B210)**

| 08/03/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Follow up conference call with Victor Delaglio regarding transition of business operations, filing of outstanding monthly operating reports, and payment of outstanding UST fees
**Asset Analysis and Recovery(B120)**

| 08/03/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Review entered Order Continuing Status Conference in Hashfast vs. Lowe matter and correspondence to Michael Kasolas and Ron Oliner regarding same
**Pleadings(L210)**

| 08/12/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Victor Delaglio regarding status of transition of business operations and preparation of final Monthly Operating Report
**Business Operations(B210)**

| 08/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Draft follow-up correspondence to accounting regarding fees and expenses for monthly operating reports
**Document Production(L320)**

| 08/14/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review and draft response to correspondence from creditors regarding status of case administration and formation of liquidation trust
**Meeting and Communication with Creditors(B150)**

| 08/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft responses to multiple correspondence from debtors' counsel regarding Baker's fees and expenses for monthly operating reports
**Document Production(L320)**

| 08/18/15 | Delaney Michael T. | 385.00 | 1.50 | 577.50 |
|---|---|---|---|---|

Draft memorandum summarizing pending matters and steps necessary for the administration of the liquidating trust; draft correspondence to Province and debtors' counsel to obtain information necessary to prepare the same
**Business Operations(B210)**

| 08/21/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Draft correspondence to Ms. McDow regarding the memorandum outlining open issues for the liquidating trust
**Business Operations(B210)**

| 08/21/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |
|---|---|---|---|---|

Review voicemail from and draft correspondence to Mr. Williams regarding case status and administration of liquidating trust
**Meeting and Communication with Creditors(B150)**

**Baker&Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 08/21/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review plan and claim register in preparation for telephone call with Franchise Tax Board regarding asserted claim against estate
**Meeting and Communication with Creditors(B150)**

| 08/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer with Franchise Tax Board regarding asserted claim against estate
**Meeting and Communication with Creditors(B150)**

| 08/25/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with David Poitras regarding status of Lowe adversary
**Other Contested Matters(B190)**

| 08/26/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Mr. Kasolas regarding status of employment applications and status report
**Document Production(L320)**

| 08/26/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Victor Delaglio regarding content of memorandum to be provided to liquidating trustee
**Business Operations(B210)**

| 08/26/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Ron Oliner regarding approach for upcoming status conference in Hashfast vs. Lowe adversary proceeding
**Other Contested Matters(B190)**

| 08/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Ms. McDow regarding the report to liquidating trustee about status of administration
**Business Operations(B210)**

| 08/27/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Finalize report to liquating trustee regarding status of liquidation
**Business Operations(B210)**

| 08/27/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review correspondence from Province regarding status of administration in preparation of report for liquidating trustee
**Business Operations(B210)**

| 08/27/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Finalize status memorandum and correspondence to/from Michael Kasolas and Ron Oliner regarding same
**Business Operations(B210)**

| 09/02/15 | McDow Ashley M. | 530.00 | 1.00 | 530.00 |

Conference call with Michael Kasolas and Ron Oliner regarding manner in which to proceed forward with litigation
**Other Contested Matters(B190)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

09/04/15  McDow Ashley M.                    530.00        0.40        212.00

Conference call with and correspondence to/from Michael Kasolas and Victor Delaglio regarding status of transition of business operations
**Business Operations(B210)**

09/04/15  McDow Ashley M.                    530.00        0.10         53.00

Correspondence to/from Michael Kasolas and Victor Delaglio regarding conference call to discuss status of transition items
**Business Operations(B210)**

09/04/15  McDow Ashley M.                    530.00        0.10         53.00

Review entered Order Continuing Status Conference and Order to Show Cause Re Dismissal of [Hashfast vs. Lowe] Adversary Proceeding and assess need to assist with same
**Other Contested Matters(B190)**

09/10/15  Delaney Michael T.                 385.00        0.30        115.50

Confer with Ms. McDow and Mr. Lopez regarding the model preference demand letter and finalizing the demand letters
**Avoidance Action Analysis(B180)**

09/10/15  Delaney Michael T.                 385.00        0.10         38.50

Confer with Mr. Farivar regarding the terms for the employment of Baker Hostetler and contents of associated employment application
**Fee - Employment Application(B160)**

09/10/15  Delaney Michael T.                 385.00        1.40        539.00

Revise model preference demand letter to address changed circumstances due to plan confirmation and creation of liquidating trust
**Avoidance Action Analysis(B180)**

09/10/15  Delaney Michael T.                 385.00        0.40        154.00

Review preferential payment table in preparation of model preference demand letter
**Avoidance Action Analysis(B180)**

09/10/15  Farivar, Fahim                     365.00        1.90        693.50

Prepare Application of the Liquidating Trustee to Employ Baker Hostetler LLP as general bankruptcy counsel.
**Fee - Employment Application(B160)**

09/10/15  Farivar, Fahim                     365.00        0.40        146.00

Prepare Declaration of Ashley McDow in support of the Application of the Liquidating Trustee to Employ Baker Hostetler LLP as general bankruptcy counsel.
**Fee - Employment Application(B160)**

09/10/15  Farivar, Fahim                     365.00        0.50        182.50

Prepare proposed order regarding the Application of the Liquidating Trustee to Employ Baker Hostetler LLP as general bankruptcy counsel and confer with Ms. McDow regarding the Application and Order.
**Fee - Employment Application(B160)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/10/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Review docket, the Plan, the Liquidating Trust Agreement, and confer with Ms. McDow and Mr. Delaney regarding preparing the Application of the Liquidating Trustee to Employ Baker Hostetler LLP as General Bankruptcy Counsel.
**Fee - Employment Application(B160)**

| 09/10/15 | Lopez, Zaher | 365.00 | 0.80 | 292.00 |

Begin to revise preference demand letter to tailor same to specific recipients
**Avoidance Action Analysis(B180)**

| 09/11/15 | Lopez, Zaher | 365.00 | 3.60 | 1,314.00 |

Edit and revise 29 preference demand letters.
**Avoidance Action Analysis(B180)**

| 09/14/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the draft application to employ Baker & Hostetler as general bankruptcy counsel for liquidating trustee and supporting declaration
**Fee - Employment Application(B160)**

| 09/14/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding the preference demand letters
**Avoidance Action Analysis(B180)**

| 09/14/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review and draft response to correspondence to Mr. Lopez regarding the preference demand letters
**Avoidance Action Analysis(B180)**

| 09/14/15 | Delaney Michael T. | 385.00 | 1.90 | 731.50 |

Finalize the preference demand letters to reflect the revisions proposed by Ms. McDow and draft correspondence to Ms. McDow regarding the same
**Avoidance Action Analysis(B180)**

| 09/14/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Review and revise draft application to employ Baker & Hostetler as general bankruptcy counsel for liquidating trustee and confer with Ms. McDow regarding same
**Fee - Employment Application(B160)**

| 09/14/15 | Delaney Michael T. | 385.00 | 0.70 | 269.50 |

Review and revise McDow declaration in support of the application to employ Baker & Hostetler as general bankruptcy counsel for liquidating trustee
**Fee - Employment Application(B160)**

| 09/14/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Review employment and compensation provisions of the liquidating trust agreement in preparation of revising the application to employ Baker & Hostetler as general bankruptcy counsel for liquidating trust
**Fee - Employment Application(B160)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/14/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and draft response to correspondence from debtors' counsel regarding the production of documents in the Lowe adversary proceeding
**Other Contested Matters(B190)**

| 09/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Review and draft response to correspondence from debtors' counsel regarding the administrative expenses for the committee for June through August 2015
**Document Production(L320)**

| 09/14/15 | Lopez, Zaher | 365.00 | 0.60 | 219.00 |

Finalize 29 preference demand letters for delivery.
**Avoidance Action Analysis(B180)**

| 09/14/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review and revise updated preference demand letters and confer with Michael Delaney regarding modifications to be made to same prior to circulating or sending
**Avoidance Action Analysis(B180)**

| 09/18/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review Baker & Hostetler invoices in preparation of correspondence to debtor's counsel regarding administrative claims amount for inclusion in monthly operating report
**Document Production(L320)**

| 09/18/15 | Layden Andrew V. | 310.00 | 0.40 | 124.00 |

Review issues regarding potential D&O claim and draft email with current status and draft of complaint to Ms. McDow and Ms. Green.
**Asset Analysis and Recovery(B120)**

| 09/21/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Ms. McDow regarding the claim objection deadlines
**Claims Administration and Objections(B310)**

| 09/21/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to litigation counsel regarding document production for Lowe adversary proceeding
**Other Contested Matters(B190)**

| 09/21/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review plan and creditor trust agreement to evaluate deadlines relating to claim objections
**Claims Administration and Objections(B310)**

| 09/21/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer and correspondence with creditors regarding the status of administration
**Meeting and Communication with Creditors(B150)**

| 09/21/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Confer with Ms. McDow and Ms. Ojeda regarding finalizing preference demand letters, and serving the recipients with the same.
**Avoidance Action Analysis(B180)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 09/21/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review final version of preference demand letters and confer with Fahim Farivar regarding final modifications to be made to chart to be sent it support of same
**Avoidance Action Analysis(B180)**

| 09/22/15 | Delaney Michael T. | 385.00 | 1.10 | 423.50 |

Begin reviewing and executing final versions of the preference demand letters
**Avoidance Action Analysis(B180)**

| 09/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Telephone call with litigation counsel regarding document production in Hashfast v. Lowe adversary
**Other Contested Matters(B190)**

| 09/22/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review and draft response to correspondence from litigation counsel regarding document production in Hashfast v. Lowe adversary
**Other Contested Matters(B190)**

| 09/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Mr. Kasolas and litigation counsel regarding the preference demand letters
**Avoidance Action Analysis(B180)**

| 09/22/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with Ron Oliner regarding status of preference demand letters
**Avoidance Action Analysis(B180)**

| 09/23/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Continue reviewing and executing final versions of preference demand letters
**Avoidance Action Analysis(B180)**

| 09/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Review correspondence from Michael Kasolas regarding outstanding operational issues and correspondence to and conference call with Victor Delaglio regarding same
**Business Operations(B210)**

| 09/24/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Continue reviewing and executing final versions of the preference demand letters
**Avoidance Action Analysis(B180)**

| 09/24/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with and correspondence to/from Steven Gubner regarding potential D&O action and correspondence to/from Ron Oliner regarding analysis relating to same
**Asset Analysis and Recovery(B120)**

| 09/30/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Review and analyze Monthly Operating Reports for HF LLC and HF Technologies LLC for May and June 2015 and identify items there on to be investigated further with representatives of Province
**Written Motions and Submissions(L430)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 10/01/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Review and draft response to correspondence from Ms. Hua regarding the Digi-key Corp. preference demand
**Avoidance Action Analysis(B180)**

| 10/01/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |
|---|---|---|---|---|

Confer with Mr. Delaney regarding preference payment to Digi-Key Corp. and settlement communications.
**Avoidance Action Analysis(B180)**

| 10/01/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to Michael Kasolas regarding conference call to discuss status
**Document Production(L320)**

| 10/01/15 | Ojeda, Roxane E. | 155.00 | 0.20 | 31.00 |
|---|---|---|---|---|

Assess accounting database and identify preferential transfers relating to DigiKey Corporation in response to inquiry following demand letter.
**Avoidance Action Analysis(B180)**

| 10/06/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Prepare for and attend conference call with Mr. Kasolas regarding the turnover of estate assets and administration of the liquidating trust
**Business Operations(B210)**

| 10/06/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |
|---|---|---|---|---|

Prepare for and attend conference call with Michael Kasolas and Michael Delaney regarding status of various matters
**Document Production(L320)**

| 10/07/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding status of business operations
**Business Operations(B210)**

| 10/08/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |
|---|---|---|---|---|

Review bank statements regarding the potentially voidable transfers to Digikey
**Avoidance Action Analysis(B180)**

| 10/09/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio of Province regarding back-up documentation and information needed for preference demand letter(s)
**Avoidance Action Analysis(B180)**

| 10/12/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |
|---|---|---|---|---|

Correspond with multiple creditors regarding the status of the liquidating trust administration
**Meeting and Communication with Creditors(B150)**

| 10/12/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Correspond with Mr. Delaglio regarding the Digikey preferential payments
**Avoidance Action Analysis(B180)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 10/13/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Correspond with proposed litigation counsel for potential directors and officers liability suit regarding status of analysis and available evidence
**Asset Analysis and Recovery(B120)**

| 10/13/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Begin reviewing responses to demands for repayment of preferential payments
**Avoidance Action Analysis(B180)**

| 10/13/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Correspond with preference recipients regarding an extension of time to respond to demand letter
**Avoidance Action Analysis(B180)**

| 10/13/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Correspond with Mr. Kasolas and Province Inc regarding the status of the turnover of estate assets to the liquidating trust
**Business Operations(B210)**

| 10/13/15 | Delaney Michael T. | 385.00 | 1.20 | 462.00 |

Draft preference demand table to chart responses and applicable deadlines
**Avoidance Action Analysis(B180)**

| 10/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Correspond with Mr. Kasolas regarding the liquidating trust's post-petition reporting obligations
**Document Production(L320)**

| 10/15/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Analyze plan and liquidating trust agreement to determine the applicable reporting requirements for the trust
**Document Production(L320)**

| 10/15/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Continue analyzing responses to preference demand letters
**Avoidance Action Analysis(B180)**

| 10/16/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer and correspond with Mr. Kasolas regarding post-confirmation reporting requirements and payment priority under the plan
**Document Production(L320)**

| 10/20/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review prior correspondence to locate communications for document production
**Document Production(L320)**

| 10/20/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with special litigation counsel regarding document production in Lowe adversary proceeding
**Document Production(L320)**

Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 10/22/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Draft correspondence to Mr. Kasolas and special litigation counsel regarding the post-confirmation status report
**Pleadings(L210)**

| 10/22/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Begin drafting post-confirmation status report
**Pleadings(L210)**

| 10/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer and correspond with Mr. Kasolas regarding the post-confirmation status report
**Pleadings(L210)**

| 10/23/15 | Delaney Michael T. | 385.00 | 2.10 | 808.50 |

Continue drafting post-confirmation status report
**Pleadings(L210)**

| 10/23/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with and correspondence to/from Victor Delaglio of Province regarding remaining transitional matters to be completed
**Business Operations(B210)**

| 10/23/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Review and revise Post-Confirmation Status Report and confer with Michael Delaney regarding modifications to be made to same
**Pleadings(L210)**

| 10/26/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Confer with Mr. Cheaney regarding preference demand and status of liquidation
**Meeting and Communication with Creditors(B150)**

| 10/26/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Victor Delaglio regarding specific operating expenses to be maintained (if any) and need to close bank accounts in light of same
**Business Operations(B210)**

| 10/26/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Michael Kasolas regarding need to close open bank account(s) and manner in which to handle logistics relating to same
**Business Operations(B210)**

| 10/27/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with special litigation counsel regarding recent 7th Circuit decision regarding the damages available in an avoidance action
**Avoidance Action Analysis(B180)**

| 10/27/15 | McDow Ashley M. | 530.00 | 0.70 | 371.00 |

Conference call with Michael Kasolas regarding status of various matters, including turnover of business operations, closing of bank accounts, and litigation and settlement prospects

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Business Operations(B210)**

| 10/30/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Correspond with Province regarding the production of documents in the Lowe adversary
**Document Production(L320)**

| 11/02/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Correspond with Province and Mr. Kasolas regarding effective date payments and current cash assets of the estate.
**Business Operations(B210)**

| 11/04/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the effective date of the plan and status of post-confirmation administration
**Case Administration(B110)**

| 11/04/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |
|---|---|---|---|---|

Correspondence to/from Michael Kasolas regarding counsel to pursue D&O action
**Claims Administration and Objections(B310)**

| 11/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer and correspond with Province Inc. regarding documents necessary to complete the document production in the Lowe adversary
**Document Production(L320)**

| 11/09/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Correspond with special litigation counsel regarding the document production for Lowe adversary
**Document Production(L320)**

| 11/09/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the status of discovery in Lowe adversary
**Document Production(L320)**

| 11/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding documents necessary to complete the document production in the Lowe adversary
**Document Production(L320)**

| 11/09/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |
|---|---|---|---|---|

Conference call with Victor Delaglio regarding financial documentation necessary to prove insolvency and correspondence from Victor Delaglio and to Michael Delaney regarding same
**Avoidance Action Analysis(B180)**

| 11/10/15 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the status of conflicts review for potential preference actions
**Avoidance Action Analysis(B180)**

| 11/10/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding Simon Barber settlement payments and D&O complaint and policy
**Asset Analysis and Recovery(B120)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 11/10/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer and correspond with counsel for Simon Barber regarding settlement payments
**Settlement/Nonbinding ADR(L160)**

| 11/10/15 | Delaney Michael T. | 385.00 | 0.40 | 154.00 |

Confer and correspond with Strategic Counsel regarding the preference demand letter
**Avoidance Action Analysis(B180)**

| 11/10/15 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Correspondence by and among group regarding unavailability of Catherine Stribling to appear for deposition
**Depositions(L330)**

| 11/10/15 | McDow Ashley M. | 530.00 | 0.60 | 318.00 |

Conference call with Michael Kasolas regarding status of remaining documents and information to be turned over and correspondence to/from Victor Delaglio regarding same
**Business Operations(B210)**

| 11/23/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Victor Delaglio of Province regarding administrative claim to be filed by Province
**Claims Administration and Objections(B310)**

| 11/24/15 | Farivar, Fahim | 365.00 | 1.80 | 657.00 |

Review claims and claims registers, review local rules, initial preparation of objections to claims and confer with Ms. McDow and Ms. Hua regarding the same.
**Claims Administration and Objections(B310)**

| 11/25/15 | Chow Teresa C. | 475.00 | 2.60 | 1,235.00 |

Prepare objections to claims filed by creditors Dorman, Feng, Godoy, Hensn, Hypertechnologie Ciara, Lei, Lord, Morici, Sistemas, Stiegler, Urakhchin, Vo, Voorhees, and Wenzel.
**Claims Administration and Objections(B310)**

| 11/25/15 | Delaney Michael T. | 385.00 | 2.90 | 1,116.50 |

Begin preparing form objections to claims
**Claims Administration and Objections(B310)**

| 11/25/15 | Delaney Michael T. | 385.00 | 0.60 | 231.00 |

Confer with Ms. McDow regarding the potential arguments regarding the disallowance of certain proofs of claim
**Claims Administration and Objections(B310)**

| 11/25/15 | Delaney Michael T. | 385.00 | 4.30 | 1,655.50 |

Analyze proofs of claim in preparation of objections to the same
**Claims Administration and Objections(B310)**

| 11/25/15 | Farivar, Fahim | 365.00 | 15.80 | 5,767.00 |

Continue reviewing claims and claims registers, continue preparing objections, revise and update objections, and confer with Ms. McDow and Mr. Delaney regarding the same.
**Claims Administration and Objections(B310)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/25/15 | MacDonald, Hugh A. | 200.00 | 4.80 | 960.00 |
|---|---|---|---|---|

Review Consolidated Plan of Liquidation and draft Objections to Claim and Notices of Opportunity for Hearing
**Claims Administration and Objections(B310)**

| 11/25/15 | McDow Ashley M. | 530.00 | 10.40 | 5,512.00 |
|---|---|---|---|---|

Assist in preparing hundreds of claim objections
**Claims Administration and Objections(B310)**

| 11/25/15 | Ojeda, Roxane E. | 155.00 | 9.00 | 1,395.00 |
|---|---|---|---|---|

Review Schedule F and Proof of Claim Register, and prepare 40+ Motions to Disallow Claims.
**Claims Administration and Objections(B310)**

| 11/25/15 | Rawles Michael M | 225.00 | 2.40 | 540.00 |
|---|---|---|---|---|

Review files for proofs of claim to be attached as exhibits to objections to creditors claims.
**Claims Administration and Objections(B310)**

| 11/25/15 | Rawles Michael M | 225.00 | 3.40 | 765.00 |
|---|---|---|---|---|

Prepare claim objection
**Claims Administration and Objections(B310)**

| 11/25/15 | Rawles Michael M | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Prepare objections to creditors claims to disallow the entire claim.
**Claims Administration and Objections(B310)**

| 11/30/15 | Delaney Michael T. | 385.00 | 1.70 | 654.50 |
|---|---|---|---|---|

Continue analyzing proofs of claim and schedules in preparation of motions to disallow claims
**Claims Administration and Objections(B310)**

| 11/30/15 | Delaney Michael T. | 385.00 | 0.90 | 346.50 |
|---|---|---|---|---|

Review and revise omnibus motions to disallow claims
**Claims Administration and Objections(B310)**

| 11/30/15 | Delaney Michael T. | 385.00 | 4.20 | 1,617.00 |
|---|---|---|---|---|

Review and revise objections to claims
**Claims Administration and Objections(B310)**

| 11/30/15 | Farivar, Fahim | 365.00 | 9.80 | 3,577.00 |
|---|---|---|---|---|

Continue reviewing claims and claims registers, continue preparing objections, revise and update objections, prepare omnibus objections and confer with Ms. McDow and Mr. Delaney regarding the same.
**Claims Administration and Objections(B310)**

| 11/30/15 | MacDonald, Hugh A. | 200.00 | 1.10 | 220.00 |
|---|---|---|---|---|

Continue review Consolidated Plan of Liquidation and draft Objections to Claim and Notices of Opportunity for Hearing.
**Claims Administration and Objections(B310)**

| 11/30/15 | MacDonald, Hugh A. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Transmit .zip files of Objections to Claims to attorney

**Baker&Hostetler LLP**

Case: 14-30725      Doc# 233-1      Filed: 02/07/17      Entered: 02/07/17 12:26:43      Page 17
of 122

**Claims Administration and Objections(B310)**

| 11/30/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Conference call with client regarding claim objections
**Claims Administration and Objections(B310)**

| 11/30/15 | McDow Ashley M. | 530.00 | 3.80 | 2,014.00 |

Continue assisting in preparation and finalization of hundreds of claim objections
**Claims Administration and Objections(B310)**

| 11/30/15 | Rawles Michael M | 225.00 | 2.40 | 540.00 |

Prepare numerous objections to claims based on failure to provide evidence of payment to or debt owing by the debtor or estate.
**Claims Administration and Objections(B310)**

| 11/30/15 | Rawles Michael M | 225.00 | 0.70 | 157.50 |

Revise objections to several creditor's claims.
**Claims Administration and Objections(B310)**

| 12/01/15 | Farivar, Fahim | 365.00 | 0.40 | 146.00 |

Finalize the omnibus motions and the objections attached thereto and prepare same for service.
**Claims Administration and Objections(B310)**

| 12/02/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Finalize the declaration of service of the Objections attached to the 7 Omnibus Objections and confer with Ms. Hua regarding the same.
**Claims Administration and Objections(B310)**

| 12/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with Mr. Lawler regarding the refunding of certain funds from JAMS
**Asset Analysis and Recovery(B120)**

| 12/03/15 | Delaney Michael T. | 385.00 | 2.40 | 924.00 |

Continue analyzing the responses to the preference demand letters
**Avoidance Action Analysis(B180)**

| 12/03/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with counsel for preference recipients regarding the demand and resolution of the same
**Avoidance Action Analysis(B180)**

| 12/03/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Review proof of service for claim objections
**Claims Administration and Objections(B310)**

| 12/03/15 | Farivar, Fahim | 365.00 | 0.10 | 36.50 |

Confer with Ms. Hua regarding the service of the Omnibus Motion.
**Claims Administration and Objections(B310)**

| 12/04/15 | Farivar, Fahim | 365.00 | 0.20 | 73.00 |

Telephone conference with several claimants regarding Objection to their claims.

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 833-1    Filed: 02/08/17    Entered: 02/08/17 17:26:43    Page 18 of 122

**Claims Administration and Objections(B310)**

| 12/07/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Confer with Mr. Kasolas regarding the terms of the Simon Barber settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/07/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Review several responses to the Claims Objections and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/07/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Telephone calls to/from Lawrence Miller, counsel for Proven Tolerance Specialists, regarding claim objection filed by the Liquidating Trustee
**Claims Administration and Objections(B310)**

| 12/07/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with and correspondence to Corey Wise regarding additional evidence to be submitted in response to objection to claim filed by the Liquidating Trustee
**Claims Administration and Objections(B310)**

| 12/07/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Jennifer Warner, assistant to counsel for Antony Vo, regarding potential resolution of claim objection filed by the Liquidating Trustee
**Claims Administration and Objections(B310)**

| 12/07/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Conference call with Mark Peskatrice regarding additional evidence to be submitted in response to Objection to Claim filed on behalf of the Liquidating Trust
**Claims Administration and Objections(B310)**

| 12/08/15 | Delaney Michael T. | 385.00 | 0.50 | 192.50 |

Correspond with multiple creditors regarding the status of administration and claim payment
**Meeting and Communication with Creditors(B150)**

| 12/08/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/08/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Confer with Mark Felger regarding potential representation in D&O matter, including nature of claims set forth in complaint
**Asset Analysis and Recovery(B120)**

| 12/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Draft correspondence to Mr. Kasolas regarding the return of funds from JAMS
**Asset Analysis and Recovery(B120)**

| 12/09/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with Mr. Gallow regarding the objections to his clients' claims

**Baker&Hostetler LLP**

Case: 14-30725   Doc# 833-1   Filed: 02/08/17   Entered: 02/09/17 17:26:43   Page 19
of 122

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Claims Administration and Objections(B310)**

| 12/09/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/09/15 | McDow Ashley M. | 530.00 | 0.20 | 106.00 |

Correspondence to/from Mark Felger regarding D&O complaint and applicable policy
**Asset Analysis and Recovery(B120)**

| 12/10/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/10/15 | McDow Ashley M. | 530.00 | 0.10 | 53.00 |

Conference call with and correspondence from Amir Ghlail of Perkins Coie regarding objection to claim filed by the Liquidating Trustee
**Claims Administration and Objections(B310)**

| 12/11/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Finalize correspondence to Mr. Kasolas regarding partial repayment of JAMS retainer
**Asset Analysis and Recovery(B120)**

| 12/11/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/14/15 | Delaney Michael T. | 385.00 | 0.10 | 38.50 |

Correspond with Mr. Layden regarding documents necessary for D&O analysis
**Asset Analysis and Recovery(B120)**

| 12/14/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with Mr. Felger regarding documents necessary for D&O analysis
**Asset Analysis and Recovery(B120)**

| 12/14/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing responses to objections to claims and confer with Ms. McDow and Ms. Migdal regarding responding to the same.
**Claims Administration and Objections(B310)**

| 12/14/15 | McDow Ashley M. | 530.00 | 0.50 | 265.00 |

Conference call with Mark Felger regarding content of numerous 2004 examinations and likely impact of same on D&O action
**Asset Analysis and Recovery(B120)**

Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 12/15/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing responses to objections to claims, including telephone conference with and correspondence to/from Mr. Shannon and Mr. Schmidt and confer with Ms. McDow and Ms. Migdal regarding responding to the same and filing stipulation and order continuing deadline to respond to objection.
**Claims Administration and Objections(B310)**

| 12/16/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing several responses to the Claims Objections, correspond with Mr. Gamliel regarding a claim objection, and confer with Ms. McDow and Ms. Migdal regarding the same.
**Claims Administration and Objections(B310)**

| 12/16/15 | Layden Andrew V. | 310.00 | 0.60 | 186.00 |

Review issues regarding D&O complaint and respond to email from Mike Delaney requesting information about same.
**Asset Analysis and Recovery(B120)**

| 12/17/15 | Farivar, Fahim | 365.00 | 0.80 | 292.00 |

Continue reviewing responses to objections to claims, including response to objection filed by Perkins Coi LLP and confer with Ms. McDow, Mr. Delaney and Ms. Migdal regarding responding to the same.
**Claims Administration and Objections(B310)**

| 12/18/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Confer and correspond with Mr. Gallo regarding the stipulation to extend the response deadline for the claim objections
**Claims Administration and Objections(B310)**

| 12/18/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Review and revise the stipulation to extend the response deadline for the claim objections
**Claims Administration and Objections(B310)**

| 12/18/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow and Ms. Migdal regarding the same.
**Claims Administration and Objections(B310)**

| 12/21/15 | Delaney Michael T. | 385.00 | 0.30 | 115.50 |

Correspond with Mr. Gallo regarding the objections to the claims filed by his clients.
**Claims Administration and Objections(B310)**

| 12/21/15 | Farivar, Fahim | 365.00 | 0.50 | 182.50 |

Continue reviewing several responses to the Claims Objections and confer with Ms. McDow and Ms. Migdal regarding the same.
**Claims Administration and Objections(B310)**

| 12/22/15 | Farivar, Fahim | 365.00 | 0.60 | 219.00 |

Continue reviewing several responses to the Claims Objections, confer with Ms. McDow and Ms. Migdal regarding the same.
**Claims Administration and Objections(B310)**

Baker&Hostetler LLP

Case: 14-30725    Doc# 833-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 21 of 122

| 12/22/15 | McDow Ashley M. | 530.00 | 0.40 | 212.00 |

Conference call with Mark Felger regarding potential D&O suit
**Asset Analysis and Recovery(B120)**

| 12/23/15 | Delaney Michael T. | 385.00 | 0.80 | 308.00 |

Confer with Mr. Gallo regarding objections to his clients' claims
**Claims Administration and Objections(B310)**

| 12/23/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Prepare for conference call with Mr. Gallo regarding objections to his clients' claims
**Claims Administration and Objections(B310)**

| 12/23/15 | Farivar, Fahim | 365.00 | 2.20 | 803.00 |

Continue reviewing and analyzing several responses to the Claims Objections and confer with Ms. McDow and Ms. Migdal regarding the same, and continue responding to various claims objections.
**Claims Administration and Objections(B310)**

| 12/28/15 | Farivar, Fahim | 365.00 | 3.60 | 1,314.00 |

Continue reviewing responses and oppositions to objection to claims, correspond to respondents, and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/28/15 | McDow Ashley M. | 530.00 | 0.30 | 159.00 |

Confer with Fahim Farivar regarding various responses to be sent to responses to claim objections
**Claims Administration and Objections(B310)**

| 12/29/15 | Delaney Michael T. | 385.00 | 0.20 | 77.00 |

Correspond with Mr. Felger regarding documents and information relevant to his evaluation of the potential D&O claims
**Asset Analysis and Recovery(B120)**

| 12/29/15 | Farivar, Fahim | 365.00 | 4.80 | 1,752.00 |

Continue reviewing responses and oppositions to objection to claims, correspond to respondents, and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 12/30/15 | Farivar, Fahim | 365.00 | 1.90 | 693.50 |

Continue reviewing responses and oppositions to objection to claims, correspond to respondents (including telephone conference and correspondence to Mr. Gamliel, counsel for Perkins Coie, LLP), and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 01/04/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Review correspondence regarding the status of the patent application for the stacked chips
**Business Operations(B210)**

| 01/04/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the status of the patent application for the stacked chips
**Business Operations(B210)**

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 01/05/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Kasolas regarding the recent Patent and Trademark Office non-final action letter regarding the Hashfast patent applications and handling of objections to Gallo creditors
**Business Operations(B210)**

| 01/05/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Conference call with Mark Felger, potential D&O counsel regarding nature of correspondence received from insurance carrier and correspondence to/from Michael Delaney and Andrew Layden regarding same
**Asset Analysis and Recovery(B120)**

| 01/06/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with patent counsel regarding Non-Final PTO office action
**Business Operations(B210)**

| 01/06/16 | Delaney Michael T. | 405.00 | 1.20 | 486.00 |

Confer and correspond with Mr. Kasolas regarding the Patent and Trademark Office non-final office action
**Business Operations(B210)**

| 01/06/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Gallo regarding the resolution of the objections to the claims filed by his clients
**Claims Administration and Objections(B310)**

| 01/06/16 | Farivar, Fahim | 380.00 | 0.40 | 152.00 |

Review of several claim's objections and their responses by creditors and confer with Ms. McDow and Mr. Delaney regarding the same.
**Claims Administration and Objections(B310)**

| 01/08/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Confer and correspond with Mr. Layden regarding the preference demands, claim objections and Ochoa demand letter
**Claims Administration and Objections(B310)**

| 01/08/16 | Farivar, Fahim | 380.00 | 2.30 | 874.00 |

Review of several claim objections and their responses by creditors (including the claim of the Office of the Treasurer & Tax Collector) and confer with Ms. McDow and Mr. Delaney regarding the same.
**Claims Administration and Objections(B310)**

| 01/08/16 | Green Elizabeth A. | 625.00 | 0.60 | 375.00 |

Review and analyze issues regarding claims objections and responses.
**Claims Administration and Objections(B310)**

| 01/08/16 | Green Elizabeth A. | 625.00 | 0.60 | 375.00 |

Review and analyze issues regarding preferences.
**Avoidance Action Analysis(B180)**

| 01/11/16 | Farivar, Fahim | 380.00 | 0.50 | 190.00 |

Review of several claim objections and their responses by creditors, analyze responses and respond to creditors regarding their claims.
**Claims Administration and Objections(B310)**

## Baker&Hostetler LLP

Case: 14-30725     Doc# 1233-1     Filed: 02/09/17     Entered: 02/09/17 17:26:43     Page 23 of 122

| 01/13/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. DeCastro's counsel regarding the valuation of the estate's IP assets
**Asset Analysis and Recovery(B120)**

| 01/13/16 | Farivar, Fahim | 380.00 | 0.40 | 152.00 |

Review Mr. Gubner's analysis regarding Antony Vo's proof of claim and Trenton proof of claim and confer with Ms. McDow and Mr. Delaney regarding responding and/or withdrawing the objection to Mr. Vo's claim.
**Claims Administration and Objections(B310)**

| 01/13/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to/from Ron Oliner regarding status of Lowe litigation and proposed approach relating to same
**Other Contested Matters(B190)**

| 01/14/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review Hypertechnologie settlement proposal for claim objection and preference demand
**Settlement/Nonbinding ADR(L160)**

| 01/14/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. deCastro regarding patent valuation
**Asset Analysis and Recovery(B120)**

| 01/14/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Stuppi regarding his representation of Mr. deCastro
**Avoidance Action Analysis(B180)**

| 01/14/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the Hypertechnologie settlement proposal and extension of claim objection response deadline
**Settlement/Nonbinding ADR(L160)**

| 01/14/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with counsel for Hypertechnologie regarding potential settlement and extension of claim objection response deadline
**Settlement/Nonbinding ADR(L160)**

| 01/14/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Ms. Warner regarding Mr. Gubner's analysis regarding Antony Vo's proof of claim and Trenton proof of claim and confer with Ms. McDow and Mr. Delaney regarding responding and/or withdrawing the objection to same
**Claims Administration and Objections(B310)**

| 01/15/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Paul Montague regarding updated mailing address
**Meeting and Communication with Creditors(B150)**

| 01/15/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Review documents provided by Mr. Askar regarding his claim and recommend withdrawal of the claim objection.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/19/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with Mr. Gallo regarding the objections to his clients' claims
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/19/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas regarding the requested extension of the response deadline for the Gallo claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/19/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to/from Michael Kasolas regarding need for conference call with Mark Felger to discuss D&O matter
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Trueman regarding valuation of patent assets
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Conference call with Eduardo regarding IP valuation
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas regarding the proposed conference call with Mr. de Castro to discuss the value of IP assets
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. de Castro regarding the value of IP assets
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Mr. Layden regarding the status of the claim objection and preference analysis
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Gallo regarding the deadline for responding to the Gallo claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/20/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review Notice of Appearance and Request for Notice by Thomas R. Burns and Objection to Claim and Request for Hearing.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/21/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Review and revise the stipulation to extend the deadline to respond to the Gallo claim objections and associated order
**Claims Administration and Objections(B310)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Gallo regarding the stipulation to extend the deadline to respond to the Gallo claim objections
**Claims Administration and Objections(B310)**

| 01/21/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |
|---|---|---|---|---|

Correspond to/from Mr. Paterson regarding claim of Future Electronics.
**Claims Administration and Objections(B310)**

| 01/22/16 | Carteen, Lisa I | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Meeting with Ms. McDow re procedural status of proceedings and strategy re various matters
**Analysis/Strategy(L120)**

| 01/22/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Confer with Ms. McDow and Ms. Carteen regarding the status of bankruptcy case and strategy for administering the remaining estate assets
**Analysis/Strategy(L120)**

| 01/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer and correspond with Mr. Kasolas regarding the call with Ocean Tomo about the potential value of patent application
**Asset Analysis and Recovery(B120)**

| 01/22/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Conference call with Ocean Moto regarding the potential value of patent application
**Asset Analysis and Recovery(B120)**

| 01/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with patent counsel regarding status of patent application
**Business Operations(B210)**

| 01/22/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Continue reviewing and revising the stipulations to extend the deadline to respond to the Gallo claim objections
**Claims Administration and Objections(B310)**

| 01/22/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Gallo regarding the stipulations to extend the deadline to respond to the Gallo claim objections
**Claims Administration and Objections(B310)**

| 01/22/16 | Farivar, Fahim | 380.00 | 0.50 | 190.00 |
|---|---|---|---|---|

Prepare the order granting the claims objection and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 01/22/16 | Lane Deanna L | 250.00 | 1.20 | 300.00 |
|---|---|---|---|---|

Telephone conversation with Mr. Farivar regarding documentation and process for resolving objections to claims and review of omnibus claim objections and related spreadsheets
**Claims Administration and Objections(B310)**

**Baker & Hostetler LLP**

Case: 14-30725    Doc# 833-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 26 of 122

| 01/22/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Attend issues regarding status of preference actions.
**Avoidance Action Analysis(B180)**

| 01/25/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review claims of Lyly Moc and Seth Duppstadt and correspond to them regarding objections to their claims.
**Claims Administration and Objections(B310)**

| 01/25/16 | Layden Andrew V. | 325.00 | 2.60 | 845.00 |

Review issues regarding status of preference actions and analyze merits of defenses asserted to same.
**Avoidance Action Analysis(B180)**

| 01/26/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Review preference action analyses
**Avoidance Action Analysis(B180)**

| 01/26/16 | Delaney Michael T. | 405.00 | 1.50 | 607.50 |

Conference call with Mr. Kasolas and patent counsel regarding pending application
**Business Operations(B210)**

| 01/26/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Ms. McDow regarding patent valuation and preference analysis
**Asset Analysis and Recovery(B120)**

| 01/26/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Trueman regarding patent valuation issues
**Asset Analysis and Recovery(B120)**

| 01/26/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Review documents relating to the Hashfast patent application in preparation for call with patent counsel
**Business Operations(B210)**

| 01/26/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Layden regarding preference analyses
**Avoidance Action Analysis(B180)**

| 01/26/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Mr. Jared regarding objection to his claim and request for additional document/information.
**Claims Administration and Objections(B310)**

| 01/26/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Confer with Ms. Lane regarding objections to various claims and the logistics to address them and serve an order with the court granting the Liquidating Trustee's objection.
**Claims Administration and Objections(B310)**

| 01/26/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Review of work done to date on claims objections in order to prepare responses
**Claims Administration and Objections(B310)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/26/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Revise chart of preference demands and analysis of defenses.
**Avoidance Action Analysis(B180)**

| 01/26/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Confer with Michael Delaney regarding status of various matters, including status of patent application, responses to preference demands, and potential sale of IP
**Case Administration(B110)**

| 01/27/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Trueman regarding valuation of IP assets
**Asset Analysis and Recovery(B120)**

| 01/27/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Confer with Mr. Layden regarding avoidance action analysis
**Avoidance Action Analysis(B180)**

| 01/27/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Communicate with Mr. Metzler regarding objection to his claim.
**Claims Administration and Objections(B310)**

| 01/27/16 | Lane Deanna L | 250.00 | 1.10 | 275.00 |

Reviewing email responses from Mr. Farivar to claimants in order to follow-up and update claims chart
**Claims Administration and Objections(B310)**

| 01/27/16 | Lane Deanna L | 250.00 | 1.70 | 425.00 |

Reviewing duplicate claims and prepare chart to be submitted in support of order sustaining objections to duplicate claims
**Claims Administration and Objections(B310)**

| 01/27/16 | Layden Andrew V. | 325.00 | 1.90 | 617.50 |

Review issues regarding status of preference actions and draft proposed action items into preference spreadsheet to be discussed with liquidating trustee.
**Avoidance Action Analysis(B180)**

| 01/27/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Rob Harris regarding potential resolution of claim objection and preference demand and confer with Michael Delaney regarding same
**Claims Administration and Objections(B310)**

| 01/27/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding potential D&O representation and correspondence to client regarding same
**Asset Analysis and Recovery(B120)**

| 01/28/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Duppstadt regarding his claim.
**Claims Administration and Objections(B310)**

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | |
|---|---|---|---|---|
| 01/28/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Correspond to Mr. Duppstadt regarding his claim.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/29/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with creditor regarding the status of the administration
**Meeting and Communication with Creditors(B150)**

| | | | | |
|---|---|---|---|---|
| 01/29/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Follow up correspondence to Mr. Duppstadt regarding his claim and confer with Ms. Lane regarding the same.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/29/16 | Farivar, Fahim | 380.00 | 0.30 | 114.00 |

Telephone conference with Mark Paterson regarding Future Electronics claim and preference, review Future Electronics Proof of Claim and demand letter and communicate settlement with opposing counsel.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 01/29/16 | Lane Deanna L | 250.00 | 0.40 | 100.00 |

Meeting with Mr. Layden regarding preference action assignments, edit the original demand letter sent to Perkins Coie, and send same to Mr. Delaney.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 02/01/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review proposed follow-up letter to Perkins Coie regarding preferential payment
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 02/01/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding preference analysis and call with Mr. Kasolas to discuss the same
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 02/01/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review Mr. Metzler correspondence and documents and follow up correspondence to Mr. Metzler regarding his claim.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/01/16 | Farivar, Fahim | 380.00 | 0.30 | 114.00 |

Review Mr. Duppstad's correspondence and documents and follow up correspondence to Mr. Duppstadt regarding his claim.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/01/16 | Farivar, Fahim | 380.00 | 0.30 | 114.00 |

Review Mr. Erickson's correspondence and documents and follow up correspondence to Mr. Erickson regarding his claims, claims nos. 16 and 87.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/02/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the status of the preference demands and next steps
**Avoidance Action Analysis(B180)**

## Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

02/02/16    Delaney Michael T.                405.00         0.10          40.50
Confer with Ms. McDow regarding status of D&O liability analysis
**Asset Analysis and Recovery(B120)**

02/02/16    Delaney Michael T.                405.00         0.20          81.00
Confer with Mr. Layden regarding the status of the Ochoa demand letter and the preference analyses
**Asset Analysis and Recovery(B120)**

02/02/16    Delaney Michael T.                405.00         0.50         202.50
Correspond with various creditors regarding the status of the bankruptcy case
**Meeting and Communication with Creditors(B150)**

02/02/16    Delaney Michael T.                405.00         0.40         162.00
Review and revise follow-up preference demand letter for Perkins Coie
**Avoidance Action Analysis(B180)**

02/02/16    Lane Deanna L                     250.00         3.00         750.00
Prepare updated objection list for duplicate and late filed claims
**Claims Administration and Objections(B310)**

02/02/16    McDow Ashley M.                   550.00         0.60         330.00
Conference call with Mark Felger regarding potential representation in D&O matter
**Asset Analysis and Recovery(B120)**

02/02/16    McDow Ashley M.                   550.00         0.30         165.00
Conference call with Ron Oliner regarding status of Lowe matter and other potential sources of recovery in case
**Other Contested Matters(B190)**

02/02/16    McDow Ashley M.                   550.00         0.10          55.00
Correspondence to/from Michael Kasolas regarding potential representation with respect to D&O claims
**Asset Analysis and Recovery(B120)**

02/03/16    Layden Andrew V.                  325.00         0.60         195.00
Attend to issues regarding demand to Guido Ochoa.
**Asset Analysis and Recovery(B120)**

02/04/16    Delaney Michael T.                405.00         0.10          40.50
Correspond with Mr. Gallo regarding the objections to his clients' claims
**Claims Administration and Objections(B310)**

02/04/16    Delaney Michael T.                405.00         0.20          81.00
Review addendum to Ochoa purchase order in preparation for meeting with Mr. Layden to discuss same and status of payment
**Asset Analysis and Recovery(B120)**

02/04/16    Delaney Michael T.                405.00         0.10          40.50
Correspond with trustee regarding the status of the preference actions
**Avoidance Action Analysis(B180)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/04/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with counsel for Hypertechnologie regarding the proposed settlement of the avoidance action and claim
**Avoidance Action Analysis(B180)**

| 02/04/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Mr. Layden regarding the status of the Gallo creditors claim objections
**Claims Administration and Objections(B310)**

| 02/04/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Review and analyze Strategic Counsel's response to preference demand and supporting evidence
**Avoidance Action Analysis(B180)**

| 02/04/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review Lyly Mac's correspondence and documents in support of her claim and follow up correspondence to her regarding withdrawing the Liquidating Trustee's objection.
**Claims Administration and Objections(B310)**

| 02/04/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger of Cozen O'Connor and correspondence to/from client regarding availability for conference call to discuss potential representation with respect to D&O policy
**Asset Analysis and Recovery(B120)**

| 02/05/16 | Layden Andrew V. | 325.00 | 1.60 | 520.00 |

Begin drafting demand letter to be sent to Guido Ochoa.
**Asset Analysis and Recovery(B120)**

| 02/05/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Review and analyze Defendant Mark Lowe's Opposition to Motion For Partial Summary Judgment in order to identify potential areas in which to assist
**Pleadings(L210)**

| 02/05/16 | McDow Ashley M. | 550.00 | 1.20 | 660.00 |

Conference call with Mark Felger, potential D&O counsel, and Michael Kasolas, regarding potential D&O representation
**Asset Analysis and Recovery(B120)**

| 02/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Gallo regarding potential resolution of the Gallo claim objections
**Claims Administration and Objections(B310)**

| 02/08/16 | Delaney Michael T. | 405.00 | 1.40 | 567.00 |

Analyze documents provided by Mr. Gallo regarding Gallo claims
**Claims Administration and Objections(B310)**

| 02/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer and correspond with Mr. Kasolas regarding the resolution of the Gallo claim objections
**Claims Administration and Objections(B310)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 02/08/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review Brian McKittrick's correspondence and documents in support of his claim and follow up correspondence and telephone call to him regarding withdrawing the Liquidating Trustee's objection.
**Claims Administration and Objections(B310)**

| 02/08/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding next steps to be taken with respect to D&O matter and need for conference call to discuss same
**Asset Analysis and Recovery(B120)**

| 02/08/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Confer further research regarding the viability of the potential preference claims in light of evidence received in response to demand letters
**Avoidance Action Analysis(B180)**

| 02/09/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Mr. Kasolas regarding Gallo creditor claim objections and preference actions
**Claims Administration and Objections(B310)**

| 02/09/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Mr. Gallo regarding the pending claim objections to the Gallo creditor claims
**Claims Administration and Objections(B310)**

| 02/09/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas regarding the objections to the Gallo creditor claims
**Claims Administration and Objections(B310)**

| 02/09/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Ms. McDow regarding the pending claim objections to the Gallo creditor claims
**Claims Administration and Objections(B310)**

| 02/09/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Confer with Ms. Lane regarding objecting to late filed claim of Juri Malinen.
**Claims Administration and Objections(B310)**

| 02/09/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Mr. Shannon regarding the status of the bankruptcy case.
**Meeting and Communication with Creditors(B150)**

| 02/09/16 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Reviewing additional claimant emails from Mr. Farivar
**Claims Administration and Objections(B310)**

| 02/09/16 | Lane Deanna L | 250.00 | 0.80 | 200.00 |

Updating spreadsheet of duplicate and late-filed claims to indicate which claims have been resolved
**Claims Administration and Objections(B310)**

| 02/09/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Telephone call with Mr. Delaney regarding status of case.

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Avoidance Action Analysis(B180)**

| 02/09/16 | Layden Andrew V. | 325.00 | 1.30 | 422.50 |

Attend to issues regarding status of various preference matters and necessary steps moving forward.
**Avoidance Action Analysis(B180)**

| 02/09/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Telephone call with Michael Kasolas regarding preference analysis and steps moving forward.
**Avoidance Action Analysis(B180)**

| 02/10/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Research regarding the veracity and applicability of the defenses asserted by preference recipients in response to preference demand letters
**Researching Laws(C200)**

| 02/10/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Analyze updated preference analysis
**Avoidance Action Analysis(B180)**

| 02/10/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Confer and correspond with Mr. Layden regarding preference analysis
**Avoidance Action Analysis(B180)**

| 02/10/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Telephone call with Mike Delaney regarding status of preference actions and revise action items list accordingly.
**Avoidance Action Analysis(B180)**

| 02/10/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Telephone call and correspondence with/from John Todd (counsel for Ciara) regarding preference claim
**Avoidance Action Analysis(B180)**

| 02/11/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Ms. McDow regarding status of letter to Guido Ochoa
**Asset Analysis and Recovery(B120)**

| 02/11/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Confer with Mr. Kasolas and Mr. Layden regarding the preference analysis and claim objections
**Avoidance Action Analysis(B180)**

| 02/11/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Ms. McDow regarding proposed strategy to resolve Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| 02/11/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Review claims analysis charts in preparation for conference call with Mr. Kasolas
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 1233-1    Filed: 02/07/17    Entered: 02/09/17 17:26:43    Page 33 of 122

02/11/16    Layden Andrew V.                    0.00         0.00         0.00

Telephone call with Mike Delaney and Michael Kasolas regarding status of case and outstanding items relating to claims objections and preference actions.
**Avoidance Action Analysis(B180)**

02/11/16    McDow Ashley M.                   550.00         0.30       165.00

Review demand letter to be sent to Guido Ochoa and correspondence to/from Andy Layden and Elizabeth Green regarding modifications to be made to same and manner in which to proceed with same
**Asset Analysis and Recovery(B120)**

02/12/16    Delaney Michael T.               405.00         1.10       445.50

Draft settlement proposal for Gallo creditor claim objections
**Claims Administration and Objections(B310)**

02/12/16    Delaney Michael T.               405.00         0.30       121.50

Correspond with Mr. Kasolas regarding the status of the claim objections and Gallo claim objection settlement proposal
**Claims Administration and Objections(B310)**

02/12/16    Delaney Michael T.               405.00         0.60       243.00

Continue analyzing claim objection charts
**Claims Administration and Objections(B310)**

02/12/16    Layden Andrew V.                 325.00         0.20        65.00

Telephone call with Trustee regarding extension requested by Ciara.
**Claims Administration and Objections(B310)**

02/12/16    Layden Andrew V.                 325.00         0.60       195.00

Attend to issues regarding status of case and preferences claims moving forward.
**Avoidance Action Analysis(B180)**

02/12/16    McDow Ashley M.                  550.00         0.20       110.00

Correspondence to/from Victor Delaglio, former principal of CRO for Debtor, regarding specifics relating to Bitcoin reconciliation previously performed
**Business Operations(B210)**

02/12/16    McDow Ashley M.                  550.00         0.60       330.00

Conference call with Mark Felger regarding manner in which to proceed forward with D&O representation and correspondence to Elizabeth Green regarding point of contact for facts underlying D&O complaint previously prepared
**Asset Analysis and Recovery(B120)**

02/14/16    Layden Andrew V.                   0.00         0.00         0.00

Review and approve agreed motion for extension of time to response to claim objection.
**Claims Administration and Objections(B310)**

02/14/16    Layden Andrew V.                 325.00         1.20       390.00

Continue to analyze preference claims and update preference chart based upon same.
**Avoidance Action Analysis(B180)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with opposing counsel regarding the proposed stipulation to extend response deadline for Ciara claim objection and associated order
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the proposed stipulation to continue claim objection deadline
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Prepare for and attend conference call regarding the status and proposed resolution of pending claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Review and revise proposed order approving the stipulation to extend response deadline for Ciara claim objection
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review and revise proposed stipulation to extend response deadline for Ciara claim objection
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Correspond with Mr. Gallo regarding the settlement proposal for the Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Finalize settlement proposal for Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas and Ms. McDow regarding settlement proposal for Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Farivar, Fahim | 380.00 | 1.00 | 380.00 |

Review and analyze responses to claims objections filed by Mr. Cheany, Sistmas, Mr. Cavion and the Zubler law firm and correspond to Ms. Lane and Mr. Layden regarding back up information and documentation needed to respond to same.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Conference call with Mr. Layden, Mr. Delaney, and Ms. Lane regarding status of the Claims Objections.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 02/15/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Searched data base regarding the back up information for preparing the Demand Letters and correspond to Mr. Layden regarding the same.

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

---

**Claims Administration and Objections(B310)**

02/15/16   Layden Andrew V.     325.00    0.20    65.00

Call with DigiKey representative regarding preference claim.
**Avoidance Action Analysis(B180)**

02/15/16   Layden Andrew V.     325.00    3.60   1,170.00

Conduct preference analysis and revise preference matrix with analysis and recommended next steps in advance of conference with liquidating trustee.
**Avoidance Action Analysis(B180)**

02/16/16   Delaney Michael T.     405.00    0.20    81.00

Correspond with opposing counsel regarding the Gallo creditor claim objections and resolution of the same
**Claims Administration and Objections(B310)**

02/16/16   Delaney Michael T.     405.00    0.20    81.00

Correspond with Mr. Kasolas regarding the resolution of the Gallo creditor claim objections and other pending objections
**Claims Administration and Objections(B310)**

02/16/16   Delaney Michael T.     0.00    0.00    0.00

Confer with Mr. Layden regarding the status of claim objection resolution
**Claims Administration and Objections(B310)**

02/16/16   Delaney Michael T.     0.00    0.00    0.00

Correspond with Mr. Farivar regarding the resolution of pending claim objections
**Claims Administration and Objections(B310)**

02/16/16   Farivar, Fahim     380.00    0.10    38.00

Confer with Mr. Delaney regarding miner protection program and the manner in which same affects terms of settlement.
**Claims Administration and Objections(B310)**

02/16/16   Lane Deanna L     250.00    1.50   375.00

Locate addresses for all potential preference defendants.
**Avoidance Action Analysis(B180)**

02/16/16   Layden Andrew V.     325.00    0.40   130.00

Review correspondence regarding potential settlement of Gallo claims and related objections and assess appropriate manner in which to respond.
**Claims Administration and Objections(B310)**

02/16/16   McDow Ashley M.     550.00    0.40   220.00

Confer with Mark Felger regarding potential for moving forward in D&O representation
**Asset Analysis and Recovery(B120)**

02/17/16   Farivar, Fahim     380.00    0.20    76.00

Correspond to Stephanie Profitt regarding City and County of San Francisco's proof of claim.
**Claims Administration and Objections(B310)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 02/18/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |

Review and analyze Reply to Opposition to Motion For Partial Summary Judgment and correspondence to/from Ron Oliner regarding preparation for hearing
**Other Contested Matters(B190)**

| 02/19/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Confer with Ms. Carteen regarding the status of the claim objection and the preference claims.
**Claims Administration and Objections(B310)**

| 02/19/16 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Telephonically attend hearing on Motion for Summary Adjudication
**Trial and Hearing Attendance(L450)**

| 02/19/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to Michael Kasolas regarding potential retention of Cozen O'Conner to prosecute D&O claims on behalf of Liquidating Trustee
**Asset Analysis and Recovery(B120)**

| 02/19/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Confer with Lisa Carteen regarding results of hearing on Motion for Summary Adjudication in Kasolas vs. Lowe adversary proceeding and evaluate various sources of recovery in the case in addition to (and in light of) same
**Case Administration(B110)**

| 02/19/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from and conference call with Ron Oliner regarding preparation for and results of hearing
**Other Contested Matters(B190)**

| 02/22/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with Mr. Gallo regarding the proposed settlement of the Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| 02/22/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the resolution of the Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| 02/22/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer with Ms. McDow regarding strategy for resolving Gallo creditor claim objections
**Claims Administration and Objections(B310)**

| 02/22/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Conference call with Michael Kasolas regarding recent hearing on Motion for Summary Adjudication and manner in which to handle potential D&O representation, and correspondence to/from Mark Felger regarding moving forward with representation
**Asset Analysis and Recovery(B120)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

02/22/16   McDow Ashley M.      550.00    0.20    110.00

Confer with Michael Delaney regarding manner in which to respond to most recent correspondence received from Ray Gallo on account of various claim objections
**Claims Administration and Objections(B310)**

02/23/16   Delaney Michael T.     405.00    0.10    40.50

Confer with Mr. Layden regarding the status of the Ochoa demand letter
**Asset Analysis and Recovery(B120)**

02/23/16   McDow Ashley M.      550.00    0.10    55.00

Review entered Order on Motion for Partial Summary Judgment and confer with Michael Delaney regarding appropriate manner in which to respond to Ron Oliner regarding acceptable range of settlement
**Other Contested Matters(B190)**

02/24/16   Delaney Michael T.     405.00    0.10    40.50

Correspond with Mr. Gallo regarding the Gallo creditor claim objections
**Claims Administration and Objections(B310)**

02/24/16   Delaney Michael T.     405.00    0.50    202.50

Confer and correspond with Mr. Kasolas regarding the Gallo creditor claim objections
**Claims Administration and Objections(B310)**

02/24/16   Delaney Michael T.     405.00    0.10    40.50

Confer with Mr. Layden regarding status of Ochoa demand letter
**Asset Analysis and Recovery(B120)**

02/29/16   Delaney Michael T.     405.00    0.10    40.50

Correspond with Mr. Layden regarding the demand letter to Guido Ochoa
**Asset Analysis and Recovery(B120)**

02/29/16   McDow Ashley M.      550.00    0.50    275.00

Conference call with Mark Felger regarding next steps to be taken with respect to D&O representation
**Asset Analysis and Recovery(B120)**

03/01/16   Farivar, Fahim      380.00    0.30    114.00

Telephone conference with Mr. Lam regarding Nathen Lam Claim and update chart regarding the same, review claimant's documents, and correspond to claimant regarding withdrawing objection.
**Claims Administration and Objections(B310)**

03/02/16   Layden Andrew V.     325.00    0.40    130.00

Finalize Ochoa demand letter.
**Asset Analysis and Recovery(B120)**

03/02/16   McDow Ashley M.      550.00    0.20    110.00

Review and revise demand letter to Guido Ochoa and correspondence to/from Andy Layden regarding modifications to be made to same
**Asset Analysis and Recovery(B120)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | |
|---|---|---|---|---|
| 03/03/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding demand letter to Guido Ochoa.
**Analysis/Strategy(L120)**

| | | | | |
|---|---|---|---|---|
| 03/03/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Correspondence with DigiKey regarding preference claim.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/03/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Telephone call with Vic Delagio at Province regarding Hashfast books and records for preference purposes and update demand letter to Guido Ochoa in light of same.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/04/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas regarding the status of special counsel to pursue the D&O insurance policy
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 03/04/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with creditors regarding the status of the bankruptcy administration and payment of claims
**Meeting and Communication with Creditors(B150)**

| | | | | |
|---|---|---|---|---|
| 03/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. de Castro regarding the Lowe adversary proceeding
**Other Contested Matters(B190)**

| | | | | |
|---|---|---|---|---|
| 03/08/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Confer with Mr. Oliner regarding strategies and factual positions for Lowe adversary proceeding
**Other Contested Matters(B190)**

| | | | | |
|---|---|---|---|---|
| 03/08/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review documents in support of Bruce Sanders Claim, confer with Mr. Delaney and correspond to Mr. Sanders regarding additional documents needed to complete analysis.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 03/08/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Conference call with Michael Kasolas and Mark Felger regarding manner in which to proceed with respect to potential D&O representation
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 03/10/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Layden regarding the avoidance action analysis and Ochoa demand letter
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/10/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Telephone call with Ciera's counsel regarding preference analysis and deadline to respond to claim objection.
**Avoidance Action Analysis(B180)**

# Baker & Hostetler LLP

Case: 14-30725     Doc# 333-1     Filed: 02/09/17     Entered: 02/09/17 17:26:43     Page 39 of 122

| 03/10/16 | Layden Andrew V. | 325.00 | 1.70 | 552.50 |

Review and analyze Ciera's revised preference analysis and assess manner in which to proceed in light of same.
**Avoidance Action Analysis(B180)**

| 03/10/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to/from Ron Oliner regarding contact information for Eduardo DeCastro
**Other Contested Matters(B190)**

| 03/11/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Confer and correspond with Mr. Layden and Mr. Kasolas regarding the avoidance action analysis
**Avoidance Action Analysis(B180)**

| 03/11/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Mr. Peterson regarding resolution of preference claim with Future Electronics.
**Settlement/Nonbinding ADR(L160)**

| 03/11/16 | Layden Andrew V. | 325.00 | 1.20 | 390.00 |

Prepare for and attend telephone conference with Trustee regarding status of case and preference claims and strategy moving forward.
**Analysis/Strategy(L120)**

| 03/11/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Telephone calls and correspondence to/from Ron Oliner regarding Lowe matter
**Other Contested Matters(B190)**

| 03/14/16 | Layden Andrew V. | 325.00 | 4.20 | 1,365.00 |

Update preference analysis chart and circulate to Trustee, Mr. Delaney and Ms. McDow.
**Avoidance Action Analysis(B180)**

| 03/14/16 | Layden Andrew V. | 325.00 | 2.90 | 942.50 |

Draft form settlement agreement to be used in preference actions.
**Settlement/Nonbinding ADR(L160)**

| 03/14/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Correspondence to Chris Bator regarding D&O complaint and correspondence to/from Mark Felger regarding same
**Asset Analysis and Recovery(B120)**

| 03/15/16 | Bator Chris | 450.00 | 0.60 | 270.00 |

Conference call with Mr. Fegler of Cozen O'Connor and with Mr. Layden regarding the draft D&O complaint for breach of fiduciary duties and insurance coverage issues.
**Asset Analysis and Recovery(B120)**

| 03/15/16 | Bator Chris | 450.00 | 0.80 | 360.00 |

Review of status of the insurance coverage issues with respect to the breach of fiduciary duty action and status of the draft complaint for break of fiduciary duties.
**Asset Analysis and Recovery(B120)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 03/15/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |
|---|---|---|---|---|

Review documents related to Zhao Fu claim and confer with Mr. Layden regarding objection to claims.
**Claims Administration and Objections(B310)**

| 03/15/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |
|---|---|---|---|---|

Correspond to Mr. Alkire regarding the status of claim objection to his claim.
**Asset Analysis and Recovery(B120)**

| 03/15/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |
|---|---|---|---|---|

Review issues regarding D&O Complaint and correspondence to Ms. McDow regarding same.
**Asset Analysis and Recovery(B120)**

| 03/15/16 | Layden Andrew V. | 325.00 | 1.70 | 552.50 |
|---|---|---|---|---|

Review issues regarding Debtors' D&O complaint and discuss with Debtors' proposed counsel retained to prosecute such cause of action, and draft follow-up correspondence to proposed counsel regarding same and attaching requested documents.
**Asset Analysis and Recovery(B120)**

| 03/16/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Analyze Uniquify proof of claim and potential avoidance liability in preparation of call with Mr. Kasolas to discuss potential settlement of the same
**Avoidance Action Analysis(B180)**

| 03/16/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Review trust agreement and plan to determine the manner in which to pay outstanding administrative claim of patent counsel
**Document Production(L320)**

| 03/16/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the Uniquify proof of claim and potential avoidance liability
**Avoidance Action Analysis(B180)**

| 03/16/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Kasolas regarding the amounts owing to and retention of patent counsel
**Document Production(L320)**

| 03/16/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Layden regarding the avoidance action analysis and claim objections
**Avoidance Action Analysis(B180)**

| 03/16/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |
|---|---|---|---|---|

Attend to issues regarding status of claims objection process.
**Claims Administration and Objections(B310)**

| 03/16/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |
|---|---|---|---|---|

Attemd to issues regarding status of preference actions and action items moving forward.
**Avoidance Action Analysis(B180)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 03/17/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Mr. Kasolas regarding the potential resolution of Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 03/17/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the entry of default for the unopposed claim objections
**Claims Administration and Objections(B310)**

| 03/17/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Prepare for and attend conference call with Mr. Layden and Ms. Lane regarding the claim objection and follow up correspondence to Mr. Layden regarding the same.
**Claims Administration and Objections(B310)**

| 03/17/16 | Lane Deanna L | 250.00 | 0.80 | 200.00 |

Extended teleconference with Mr. Farivar and Mr. Layden regarding next steps in preparing resolution to objection of claims
**Claims Administration and Objections(B310)**

| 03/17/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Conference call with Mr. Farivar and Ms. Lane regarding status of claim objections and update chart with status of claims and action items moving forward.
**Claims Administration and Objections(B310)**

| 03/18/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Siddiqui regarding the Ochoa purchase order attachment
**Asset Analysis and Recovery(B120)**

| 03/18/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |

Draft notice of compensation for Davis Wright Tremaine and supporting declaration
**Fee - Employment Application(B160)**

| 03/18/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Notice of compensation for Davis Wright Tremaine and supporting declaration
**Pleadings(L210)**

| 03/21/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Draft correspondence to Mr. de Castro regarding the avoidance action and extension of the deadline to file response to same
**Avoidance Action Analysis(B180)**

| 03/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Ms. McDow regarding the Davis Wright Tremaine compensation notice
**Fee - Employment Application(B160)**

| 03/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with counsel for Uniquify regarding potential settlement of claim objection and potential avoidance action
**Avoidance Action Analysis(B180)**

**Baker&Hostetler LLP**

Case: 14-30725    Doc# 333-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 42 of 122

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the Ochoa purchase order and letter
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Siddiqui regarding the Ochoa purchase order
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Layden regarding the preference settlement for Future Electronics
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Correspond to Mr. Luke Dshjr regarding withdrawing the objection to his claim.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Review response to demand letter and draft response and settlement offer to UPS on preference claim.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Review response to demand letter and draft response and settlement offer to Kathleen Sly on preference claim.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 1.30 | 422.50 |

Draft form second demand letter to be sent to multiple potential preference defendants.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Draft second demand letter to Sonic.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Review response to demand letter and draft response and settlement offer to Mouser Electronics preference claim.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Review response to demand letter and draft response and settlement offer to Fed Ex on preference claim.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 03/21/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review proposed correspondence to Eduardo DeCastro regarding preference and potential D&O matters and correspondence to/from Michael Delaney regarding same
**Asset Analysis and Recovery(B120)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 03/21/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review Notice of Intent to Pay Administrative Claim of Davis Wright Tremaine LLP and correspondence to/from Michael Delaney regarding same
**Fee - Employment Application(B160)**

| 03/22/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Review claim objections in preparation of the stipulation to resolve the Gallo claim objections
**Claims Administration and Objections(B310)**

| 03/22/16 | Delaney Michael T. | 405.00 | 1.80 | 729.00 |
|---|---|---|---|---|

Begin drafting settlement agreement to resolve the Gallo claim objections
**Settlement/Nonbinding ADR(L160)**

| 03/22/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Confer with Mr. Farivar regarding the status of the claim objections in preparation of the stipulation to resolve the Gallo claim objections
**Claims Administration and Objections(B310)**

| 03/22/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Ms. McDow regarding the stipulation to resolve the Gallo claim objections
**Claims Administration and Objections(B310)**

| 03/22/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Kasolas regarding proposed resolution of Uniquify avoidance action and claim objection
**Avoidance Action Analysis(B180)**

| 03/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Finalize correspondence to Mr. de Castro regarding the potential preference action
**Avoidance Action Analysis(B180)**

| 03/22/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |
|---|---|---|---|---|

Confer with Mr. Delaney regarding claim objections and charts of the analysis for the claim objections.
**Claims Administration and Objections(B310)**

| 03/22/16 | Layden Andrew V. | 325.00 | 1.70 | 552.50 |
|---|---|---|---|---|

Finalize second round of preference demand letters.
**Avoidance Action Analysis(B180)**

| 03/22/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Finalize Ochoa demand letter.
**Asset Analysis and Recovery(B120)**

| 03/22/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Draft/send proposed preference settlement agreement to FedEx.
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Case: 14-30725  Doc# 833-1  Filed: 02/09/17  Entered: 02/09/17 17:26:43  Page 44
of 122

| 03/22/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Update preference status chart to accurately reflect current status of various matters and action items moving forward.
**Avoidance Action Analysis(B180)**

| 03/22/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Telephone call with representative of Province regarding backup information for alleged preferences.
**Avoidance Action Analysis(B180)**

| 03/22/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review final version of Ochoa demand letter and correspondence to/from Andrew Layden and Michael Delaney regarding potential modifications to be made to same
**Asset Analysis and Recovery(B120)**

| 03/22/16 | McDow Ashley M. | 0.00 | 0.00 | 0.00 |

Review demand letter to be sent to Guido Ochoa and correspondence to/from Andrew Layden regarding modifications to be made to same
**Asset Analysis and Recovery(B120)**

| 03/23/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. de Castro regarding potential avoidance action and resolution of the same
**Avoidance Action Analysis(B180)**

| 03/23/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Ms. McDow regarding Uniquify settlement proposal, Ochoa letter and employment of D&O
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 1.50 | 607.50 |

Continue drafting settlement agreement to resolve Gallo creditor claim objections
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Prepare spreadsheet of Gallo claims subject to the claim objections in preparation of settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Gallo regarding the proposed settlement of the claim objections
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas regarding the proposed resolution of the Gallo claim objection
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Ms. McDow regarding the proposed resolution of the Gallo claim objection
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Delaney Michael T. | 405.00 | 1.20 | 486.00 |

Analyze Gallo creditor proofs of claims and related claim objections in preparation of settlement agreement

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Continue drafting settlement agreement with Future Electronics.
**Settlement/Nonbinding ADR(L160)**

| 03/24/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Correspondence to/from Mark Felger regarding logistics surrounding potential retention of Cozen O'Connor to prosecute D&O claims and correspondence to/from Michael Kasolas regarding conference call to discuss same
**Asset Analysis and Recovery(B120)**

| 03/25/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Confer with Ms. Deanna regarding objection to claim of Nytt Meddelande.
**Claims Administration and Objections(B310)**

| 03/25/16 | Lane Deanna L | 250.00 | 3.00 | 750.00 |

Begin drafting Status Report on Omnibus Objection One and Two and incorporate information from Mr. Farivar's spreadsheet regarding claimants who contacted B&H after receiving claim objections into same
**Claims Administration and Objections(B310)**

| 03/28/16 | Lane Deanna L | 250.00 | 1.70 | 425.00 |

Review of Mr. Farivar's spreadsheet to ensure that all responses to claim objections have been included in the seven separate omnibus objections; and update spreadsheet accordingly.
**Claims Administration and Objections(B310)**

| 03/28/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Review and revise draft status report on 1st and 2nd omnibus claim objection.
**Claims Administration and Objections(B310)**

| 03/28/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |

Attend to issues regarding claims objections and update action items spreadsheet regarding same.
**Claims Administration and Objections(B310)**

| 03/29/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Conference call with and correspondence to/from Mark Felger regarding specific terms of retention of Cozen to prosecute D&O claims and confer with Michael Delaney regarding same
**Experts/Consultants(L130)**

| 03/31/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Siddiqui regarding the fulfillment of the Ochoa purchase order
**Business Operations(B210)**

| 03/31/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Confer and correspond with Mr. Kasolas regarding the prosecution of the patent application and status of Uniquify settlement negotiations
**Business Operations(B210)**

| 03/31/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Finalize Future Electronics preference settlement agreement.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Settlement/Nonbinding ADR(L160)**

| 03/31/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review proposed Engagement Letter for Cozen O'Connor with respect to D&O claims, correspondence to/from Mark Felger regarding same, and correspondence to client regarding same
**Experts/Consultants(L130)**

| 04/01/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Siddiqui regarding Ochoa purchase order
**Business Operations(B210)**

| 04/01/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Revise status report for First Omnibus Objection and Second Omnibus Objection and draft related proposed orders for First Omnibus Objection and Second Omnibus Objection
**Claims Administration and Objections(B310)**

| 04/04/16 | Lane Deanna L | 250.00 | 1.80 | 450.00 |

Prepare Status Report on Third Omnibus Objection to Claims
**Claims Administration and Objections(B310)**

| 04/05/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Uniquify counsel regarding the proposed resolution of the claim objection and potential avoidance action
**Claims Administration and Objections(B310)**

| 04/05/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Mr. Layden regarding the response to the Ochoa letter and objections to scheduled claims
**Claims Administration and Objections(B310)**

| 04/05/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. de Castro regarding the potential avoidance action
**Avoidance Action Analysis(B180)**

| 04/05/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Prepare Status Report on Fourth Omnibus Objection to Claims
**Claims Administration and Objections(B310)**

| 04/05/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Attend to issues regarding status of claims objections and options in dealing with Ochoa claim.
**Claims Administration and Objections(B310)**

| 04/05/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Conference call with and correspondence to/from Ron Oliner regarding status of Lowe adversary proceeding
**Other Contested Matters(B190)**

| 04/06/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with creditors regarding the status of the bankruptcy case
**Meeting and Communication with Creditors(B150)**

## Baker & Hostetler LLP

Case: 14-30725    Doc# 1233-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 47 of 122

| 04/06/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Prepare Status Report on Fifth Omnibus Objection to Claims
**Claims Administration and Objections(B310)**

| 04/06/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Correspondence to/from and conference call with Mark Felger regarding status of retention of Cozen O'Connor to prosecute D&O claims
**Experts/Consultants(L130)**

| 04/07/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Kasolas regarding Uniquify claim objection and preference action negotiations
**Avoidance Action Analysis(B180)**

| 04/07/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer with counsel for Uniquify regarding the proposed resolution of the claim objection and potential preference claim
**Avoidance Action Analysis(B180)**

| 04/07/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Prepare Status Report on Sixth Omnibus Objection to Claims
**Claims Administration and Objections(B310)**

| 04/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Gallo regarding the claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 04/08/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Draft settlement agreement regarding the claim objections against the Gallo creditors
**Settlement/Nonbinding ADR(L160)**

| 04/08/16 | Lane Deanna L | 250.00 | 3.50 | 875.00 |

Prepare Status Report on Seventh Omnibus Objection to Claims
**Claims Administration and Objections(B310)**

| 04/08/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Attend to issues regarding status of claims objection.
**Claims Administration and Objections(B310)**

| 04/11/16 | Lane Deanna L | 250.00 | 3.50 | 875.00 |

Review and revise draft status reports and orders relating to all seven omnibus objections to claims
**Claims Administration and Objections(B310)**

| 04/11/16 | Layden Andrew V. | 325.00 | 1.80 | 585.00 |

Review and analyze issues regarding collection action against Guido Ochoa in light of contract terms and extraterritorial issues.
**Asset Analysis and Recovery(B120)**

# Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 04/11/16 | Layden Andrew V. | 325.00 | 3.40 | 1,105.00 |

Assist in review and revisions of seven status reports and related orders for the seven Omnibus Objections to Claims.
**Claims Administration and Objections(B310)**

| 04/11/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |

Review issues raised during telephone conference with John Dodd regarding Hypertec issues and draft action items list regarding same.
**Claims Administration and Objections(B310)**

| 04/11/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Telephone call with John Dodd regarding Hypertec issues.
**Claims Administration and Objections(B310)**

| 04/11/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Conference call with Ron Oliner regarding status of Lowe adversary proceeding and upcoming deposition in same
**Other Contested Matters(B190)**

| 04/12/16 | Lane Deanna L | 250.00 | 2.00 | 500.00 |

Update and revise Status Report and related Order on First Omnibus Objection to Claims (Duplicate Claims) and review specific proofs of claim in order to incorporate information from same into revised status report.
**Claims Administration and Objections(B310)**

| 04/12/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Analyze issues regarding service of Ochoa complaint via the Hague convention.
**Researching Laws(C200)**

| 04/12/16 | Layden Andrew V. | 325.00 | 2.90 | 942.50 |

Review issues regarding and draft master preference complaint to be modified for specific preference adversary proceedings.
**Pleadings(L210)**

| 04/13/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Telephone call with Perkins Coie regarding potential preference claim and review issues regarding resolution of same.
**Avoidance Action Analysis(B180)**

| 04/15/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Review and execute stipulation to extend deadline for Ciara to respond to claim objection
**Pleadings(L210)**

| 04/18/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Ms. McDow regarding the employment of D&O counsel and terms of retention
**Experts/Consultants(L130)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 04/18/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Confer and correspond with Mr. Kasolas regarding the employment of D&O counsel and Simon Barber settlement agreement
**Experts/Consultants(L130)**

| 04/18/16 | Lane Deanna L | 0.00 | 0.00 | 0.00 |

Email request to Mr. Farivar for correspondence related to certain creditors for Mr. Layden
**Claims Administration and Objections(B310)**

| 04/18/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Assess information available in support of preference complaints and draft email to Province regarding same.
**Avoidance Action Analysis(B180)**

| 04/19/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Correspond with Mr. Layden regarding the status of claim objection resolution
**Claims Administration and Objections(B310)**

| 04/19/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Update preference analysis chart with all events/analysis occurring since on or about 3/22/16, and draft action items list for moving forward.
**Avoidance Action Analysis(B180)**

| 04/19/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Conference call with Michael Kasolas regarding various matters in case, including status of Cozen engagement letter, status of Lowe adversary proceeding, and status of avoidance actions
**Analysis/Strategy(L120)**

| 04/20/16 | Layden Andrew V. | 325.00 | 2.90 | 942.50 |

Continue drafting form preference complaint for use in all preference matters.
**Avoidance Action Analysis(B180)**

| 04/21/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Confer with Mr. Layden regarding status of claim objections and preference actions
**Claims Administration and Objections(B310)**

| 04/21/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Telephone call with Mike Delaney regarding status of case and strategy moving forward and draft correspondence to Ms. Lane summarizing necessary actions to be taken based on call.
**Claims Administration and Objections(B310)**

| 04/22/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Review issues regarding status of claims objections.
**Claims Administration and Objections(B310)**

| 04/22/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Conference call with and correspondence to/from Ron Oliner regarding deposition of Mark Lowe
**Depositions(L330)**

Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati      Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York        Orlando        Philadelphia   Seattle        Washington, DC

| 04/22/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Conference calls with and correspondence to/from Mark Felger regarding manner in which to proceed with respect to modifications to be made to proposed retention agreement
**Experts/Consultants(L130)**

| 04/25/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Prepare for and attend conference call regarding strategy for avoidance actions.
**Avoidance Action Analysis(B180)**

| 04/25/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Telephone call with Michael Delaney regarding manner in which to proceed with various avoidance actions.
**Avoidance Action Analysis(B180)**

| 04/25/16 | Layden Andrew V. | 325.00 | 1.70 | 552.50 |

Review issues regarding and draft form preference complaint.
**Avoidance Action Analysis(B180)**

| 04/25/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Telephone call with Trustee regarding status of case, strategy moving forward, and action items list.
**Case Administration(B110)**

| 04/26/16 | Layden Andrew V. | 325.00 | 2.70 | 877.50 |

Finalize proposed preference complaint for use in adversary proceedings and draft email regarding same to Michael Delaney.
**Avoidance Action Analysis(B180)**

| 04/27/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding preparation of form preference complaints for use in adversary proceedings.
**Avoidance Action Analysis(B180)**

| 04/28/16 | Lane Deanna L | 250.00 | 7.50 | 1,875.00 |

Prepare Exhibits A and B to twelve preference complaints, redact account numbers and irrelevant information from bank statements accompanying preference complaints and begin drafting twelve preference complaints.
**Avoidance Action Analysis(B180)**

| 04/28/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Finalize and send final demand letters to Sonic, Contraras and Wong.
**Avoidance Action Analysis(B180)**

| 04/28/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |

Revise and circulate updated preference status chart and action items list.
**Avoidance Action Analysis(B180)**

| 04/28/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Approving Stipulation To Extend Deadline to Respond To Trustee's Objection To Claim of Hypertechnologie Ciara, Inc., confirm no interlineations made by Court, and ensure dates therein are calendered internally
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Michael Kasolas, Liquidating Trustee

| | | |
|---|---|---|
| Invoice Date: | 02/07/17 |
| Invoice Number: | 50344417 |
| Matter Number: | 107945.000001 |
| | Page 51 |

04/29/16   Lane Deanna L          250.00       1.00       250.00
Continue drafting preference complaints.
**Avoidance Action Analysis(B180)**

05/02/16   Delaney Michael T.     405.00       0.40       162.00
Confer and correspond with Mr. Kasolas and Ms. McDow regarding the employment of special D&O counsel
**Experts/Consultants(L130)**

05/02/16   Lane Deanna L          250.00       3.20       800.00
Detailed review and redaction of multiple bank statements to be appended to preference complaints.
**Avoidance Action Analysis(B180)**

05/03/16   Lane Deanna L          250.00       3.50       875.00
Finalize preference complaints, including exhibits to same and edit preference chart to reflect same.
**Avoidance Action Analysis(B180)**

05/03/16   Layden Andrew V.      325.00       0.60       195.00
Draft correspondence to John Dodd, counsel for Ciara, regarding contours of potential settlement.
**Settlement/Nonbinding ADR(L160)**

05/04/16   Layden Andrew V.        0.00       0.00         0.00
Review final version of preference complaints and approve same for filing.
**Avoidance Action Analysis(B180)**

05/04/16   Townsend Wendy C.    415.00       0.50       207.50
Review and revise form preference complaint and discuss revisions with Mr. Layden.
**Avoidance Action Analysis(B180)**

05/05/16   Delaney Michael T.     405.00       0.30       121.50
Review and revise engagement agreement for D&O counsel and confer and correspond with Mr. Felger regarding the same.
**Experts/Consultants(L130)**

05/05/16   Delaney Michael T.     405.00       0.40       162.00
Confer and correspond with Mr. Kasolas regarding the employment of D&O counsel and UST fee
**Case Administration(B110)**

05/05/16   Delaney Michael T.     405.00       0.50       202.50
Research re conflict disclosure requirements under CA law
**Researching Laws(C200)**

05/05/16   Delaney Michael T.     405.00       0.40       162.00
Review UST guidelines and NDBC local rules regarding UST fees
**Case Administration(B110)**

05/05/16   Delaney Michael T.     405.00       0.40       162.00
Review and revise engagement agreement for D&O counsel and confer and correspond with Mr. Felger regarding the same.

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Experts/Consultants(L130)**

05/05/16   Delaney Michael T.                    405.00        0.30         121.50
Review comments to proposed engagement letter for D&O counsel
**Fee - Employment Application(B160)**

05/05/16   Layden Andrew V.                      325.00        0.50         162.50
Review issues regarding status of case and filing of preference complaints.
**Avoidance Action Analysis(B180)**

05/05/16   McDow Ashley M.                       550.00        0.10          55.00
Conference call with Mark Felger regarding status of revised engagement agreement
**Experts/Consultants(L130)**

05/05/16   McDow Ashley M.                       550.00        0.20         110.00
Review Notice of Liquidating Trustee's Intention to Compromise Controversy With Mark Lowe and correspondence to/from Lisa Carteen and John Cermak regarding potential implications of same
**Settlement/Nonbinding ADR(L160)**

05/06/16   Carteen, Lisa I                        0.00        0.00           0.00
Conference with Mr. Delaney regarding status of settlement and potential claims and review and analyze same in preparation of recommendations to Ms. McDow.
**Case Administration(B110)**

05/06/16   Delaney Michael T.                    405.00        0.20          81.00
Confer with Mr. Kasolas regarding the payment of UST fees and submission of UST reports
**Case Administration(B110)**

05/06/16   Delaney Michael T.                    405.00        0.10          40.50
Correspond with Ms. McDow regarding the tolling agreement for Eduardo de Castro
**Avoidance Action Analysis(B180)**

05/06/16   Delaney Michael T.                    405.00        0.30         121.50
Confer with Mr. Layden regarding the status of the preference complaints and strategy for de Castro and Uniquify preference actions
**Avoidance Action Analysis(B180)**

05/06/16   Delaney Michael T.                      0.00        0.00           0.00
Review notice of settlement with Mark Lowe
**Settlement/Nonbinding ADR(L160)**

05/06/16   Delaney Michael T.                      0.00        0.00           0.00
Confer with Ms. Carteen regarding Lowe settlement and status of distributions
**Case Administration(B110)**

05/06/16   Lane Deanna L                         250.00        1.50         375.00
Begin drafting Omnibus Status Report for claims objections.
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 05/06/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |
|---|---|---|---|---|

Draft stipulation to extend statute of limitations as to Sonic Manufacturing.
**Avoidance Action Analysis(B180)**

| 05/06/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |
|---|---|---|---|---|

Attend to issues surrounding service of preference complaints.
**Avoidance Action Analysis(B180)**

| 05/06/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |
|---|---|---|---|---|

Draft stipulation to extend statute of limitations and related deadlines as to Hypertechnologie Ciara.
**Avoidance Action Analysis(B180)**

| 05/06/16 | Layden Andrew V. | 325.00 | 1.10 | 357.50 |
|---|---|---|---|---|

Review plan, disclosure statement and confirmation order in order to identify authority for Trustee to enter into statute of limitations tolling agreement.
**Avoidance Action Analysis(B180)**

| 05/06/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |
|---|---|---|---|---|

Draft stipulation to extend statute of limitations as to Eduardo De Castro.
**Avoidance Action Analysis(B180)**

| 05/09/16 | Delaney Michael T. | 405.00 | 3.30 | 1,336.50 |
|---|---|---|---|---|

Finalize and prepare preferential transfer complaints and supporting documents for filing
**Avoidance Action Analysis(B180)**

| 05/09/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Confer and correspond with Mr. Layden and Ms. McDow regarding the preference actions.
**Avoidance Action Analysis(B180)**

| 05/09/16 | Lane Deanna L | 250.00 | 2.20 | 550.00 |
|---|---|---|---|---|

Draft preference complaint for DeCastro and review, redact bank statements, quick book entries, and ADP records in furtherance of same.
**Avoidance Action Analysis(B180)**

| 05/09/16 | Lane Deanna L | 250.00 | 0.50 | 125.00 |
|---|---|---|---|---|

Draft additional preference complaint for Uniquify, Inc. and prepare Exhibit A and B to complaint.
**Avoidance Action Analysis(B180)**

| 05/09/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding finalization of preference complaints and filing of same.
**Avoidance Action Analysis(B180)**

| 05/09/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Review Stipulation to Extend (i) Statute of Limitations as to Ciara and (II) Deadline to Trustee's Objection to Claim of Ciara and conference call with Michael Delaney regarding same
**Claims Administration and Objections(B310)**

# Baker & Hostetler LLP

Case: 14-30725   Doc# 733-1   Filed: 02/07/17   Entered: 02/07/17 17:26:43   Page 54 of 122

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 05/09/16 | McDow Ashley M. | 550.00 | 1.10 | 605.00 |

Review and revise complaints to be filed against preference defendants and conference calls with and correspondence to/from Michael Delaney regarding modifications to be made to same
**Avoidance Action Analysis(B180)**

| 05/10/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review status of filing of adversary complaints.
**Avoidance Action Analysis(B180)**

| 05/10/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review issues regarding De Castro complaint and discrepancy in accounting records regarding same.
**Avoidance Action Analysis(B180)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with creditor regarding the status of the administration and potential distributions from the estate
**Meeting and Communication with Creditors(B150)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with Mr. Kasolas regarding the status of the retention agreement and discussions with Mr. Felger regarding the same
**Experts/Consultants(L130)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Confer and correspond with Messrs. Felger and Kasolas regarding the retention of D&O counsel
**Experts/Consultants(L130)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Mr. Kasolas regarding the status of the preference actions and Ochoa settlement negotiations
**Avoidance Action Analysis(B180)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Finalize stipulations to toll the statute of limitations with Sonic Manufacturing and Ciara and prepare the same for filing
**Claims Administration and Objections(B310)**

| 05/11/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Mr. Layden regarding the status of the Ochoa settlement negotiations
**Settlement/Nonbinding ADR(L160)**

| 05/11/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Evaluate issues regarding Ochoa causes of action and logistics of serving defendant via Hague convention.
**Other Contested Matters(B190)**

| 05/11/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Finalize Eduardo De Castro complaint.
**Avoidance Action Analysis(B180)**

| 05/12/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the retention of D&O counsel

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Experts/Consultants(L130)**

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Lane Deanna L | 250.00 | 3.00 | 750.00 |

Continue drafting Omnibus Status Report on claims objections.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Finalize UPS settlement.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Layden Andrew V. | 325.00 | 3.40 | 1,105.00 |

Research regarding California long-arm statute and potential methods by which to obtain personal
jurisdiction over Ochoa.
**Researching Laws(C200)**

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Layden Andrew V. | 325.00 | 0.10 | 32.50 |

Draft correspondence to Trustee regarding finalization and execution of UPS Settlement.
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Access proper service and basis for jurisdiction of action to be commenced against Ochoa.
**Other Contested Matters(B190)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with former debtor's counsel to determine whether estate granted Eduardo de Castro a release
with respect to the potential preference claims
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Review docket and other salient documents to determine whether estate granted Eduardo de Castro a
release with respect to the potential preference claims
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review correspondence regarding potential D&O claims
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Lane Deanna L | 250.00 | 3.10 | 775.00 |

Continue drafting Omnibus Status Report on claims objections.
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Layden Andrew V. | 325.00 | 1.90 | 617.50 |

Draft complaint against Guido Ochoa.
**Pleadings(L210)**

| | | | | |
|---|---|---|---|---|
| 05/13/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Review and revise complaint to be filed against Eduardo DeCastro and confer with Michael Delaney
regarding modifications to be made to same and potential impact of previous correspondence and/or
settlement agreements with Eduardo DeCastro that may have potential impact on same
**Pleadings(L210)**

**Baker&Hostetler LLP**

Atlanta     Chicago       Cincinnati   Cleveland   Columbus      Costa Mesa   Denver
Houston     Los Angeles   New York     Orlando     Philadelphia   Seattle       Washington, DC

| 05/16/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Mr. Kasolas regarding the Cheaney adversary
**Avoidance Action Analysis(B180)**

| 05/16/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Review Avram Cheaney bankruptcy docket
**Avoidance Action Analysis(B180)**

| 05/16/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow regarding the Cheaney adversary
**Avoidance Action Analysis(B180)**

| 05/16/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |
|---|---|---|---|---|

Finalize complaint to avoid preferential transfers to Eduardo de Castro
**Pleadings(L210)**

| 05/16/16 | Lane Deanna L | 250.00 | 2.50 | 625.00 |
|---|---|---|---|---|

Continue drafting Omnibus Status Report on claims objections
**Claims Administration and Objections(B310)**

| 05/16/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Correspondence to/from Michael Kasolas regarding conference call to discuss status of case, including recent settlement of Lowe adversary
**Case Administration(B110)**

| 05/16/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Review and revise Notice of Dismissal of Adversary Proceeding against Avram Cheaney and confer with Michael Delaney regarding modifications to be made to same based upon bankruptcy
**Pleadings(L210)**

| 05/17/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Prepare notice of dismissal of Kasolas v. Cheaney adversary for filing
**Pleadings(L210)**

| 05/17/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Mr. Cheaney regarding the dismissal of the adversary proceeding
**Avoidance Action Analysis(B180)**

| 05/17/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Confer and correspond with Ms. Kasolas regarding the Cheaney adversary proceeding
**Avoidance Action Analysis(B180)**

| 05/17/16 | Lane Deanna L | 250.00 | 3.00 | 750.00 |
|---|---|---|---|---|

Continue drafting Omnibus Status Report on claims objections
**Claims Administration and Objections(B310)**

| 05/17/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Correspondence to/from Mark Felger regarding status of D&O negotiations
**Asset Analysis and Recovery(B120)**

Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 05/17/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review final version of complaint to be filed against Eduardo DeCastro, including exhibits thereto, and approve same for filing
**Pleadings(L210)**

| 05/18/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |

Finalize preference complaint against Eduardo de Castro and prepare the same for filing
**Pleadings(L210)**

| 05/19/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of claims objections.
**Claims Administration and Objections(B310)**

| 05/19/16 | Townsend Wendy C. | 0.00 | 0.00 | 0.00 |

Review issues related to preference claims.
**Avoidance Action Analysis(B180)**

| 05/19/16 | Townsend Wendy C. | 415.00 | 0.40 | 166.00 |

Confer with Mr. Layden regarding potential basis for assessing personal jurisdiction over Guido Ochoa.
**Other Contested Matters(B190)**

| 05/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the UST fees and reports
**Case Administration(B110)**

| 05/20/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Review correspondence regarding potential D&O claims
**Asset Analysis and Recovery(B120)**

| 05/20/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Continue drafting Omnibus Status Report on claims objections
**Claims Administration and Objections(B310)**

| 05/23/16 | Delaney Michael T. | 405.00 | 0.80 | 324.00 |

Review and finalize notices of service of summons, complaints, and notices of status conferences for avoidance actions
**Avoidance Action Analysis(B180)**

| 05/23/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to Michael Kasolas regarding funds advanced to file avoidance action complaints and reimbursement of same
**Avoidance Action Analysis(B180)**

| 05/25/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the authority to pay professional expenses under plan and trust agreement
**Business Operations(B210)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 433-1    Filed: 02/21/17    Entered: 02/09/17 17:26:43    Page 58 of 122

| 05/25/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with D&O counsel regarding the status of D&O claims analysis
**Asset Analysis and Recovery(B120)**

| 05/25/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding the status of the preference actions and personal jurisdiction for the Ochoa adversary
**Other Contested Matters(B190)**

| 05/25/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Review plan and trust agreement to determine authority to pay administrative expenses
**Business Operations(B210)**

| 05/25/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Kasolas regarding the status of the administration, open matters and next steps
**Case Administration(B110)**

| 05/25/16 | Layden Andrew V. | 325.00 | 1.90 | 617.50 |
|---|---|---|---|---|

Finalize Ochoa complaint.
**Pleadings(L210)**

| 05/27/16 | Delaney Michael T. | 405.00 | 3.10 | 1,255.50 |
|---|---|---|---|---|

Draft settlement agreement between Trust and numerous Gallo creditors.
**Settlement/Nonbinding ADR(L160)**

| 05/27/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |
|---|---|---|---|---|

Conference call with Messrs. Kasolas and Felger regarding D&O complaints
**Asset Analysis and Recovery(B120)**

| 05/27/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Review and analyze Application for Order Authorizing Liquidating Trustee to Enter Into Compromise With Mark Lowe and Declaration of Aron Oliner in support of same
**Pleadings(L210)**

| 05/27/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Peter Siddiqui and Victor Delaglio regarding outstanding administrative claims
**Claims Administration and Objections(B310)**

| 05/27/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding approach for resolution of various administrative claims
**Claims Administration and Objections(B310)**

| 05/27/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |
|---|---|---|---|---|

Conference call with Mark Felger, Michael Kasolas, and Michael Delaney regarding status of D&O recovery
**Asset Analysis and Recovery(B120)**

| 05/31/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the Gallo creditor claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Michael Kasolas, Liquidating Trustee

| | |
|---|---|
| Invoice Date: | 02/07/17 |
| Invoice Number: | 50344417 |
| Matter Number: | 107945.000001 |
| | Page 59 |

05/31/16    Delaney Michael T.                405.00        0.30        121.50

Finalize settlement agreement between Trust and various Gallo creditors.
**Settlement/Nonbinding ADR(L160)**

05/31/16    McDow Ashley M.                550.00        0.60        330.00

Review and revise Settlement Agreement between Liquidating Trustee and various Gallo creditors and confer with Michael Delaney regarding modifications to be made to same
**Settlement/Nonbinding ADR(L160)**

05/31/16    McDow Ashley M.                550.00        0.10        55.00

Correspondence to/from Mark Felger regarding 2004 Examination of Eduardo DeCastro
**Other Contested Matters(B190)**

06/01/16    Layden Andrew V.                325.00        0.50        162.50

Draft correspondence to Digikey counsel regarding proposed settlement agreement, process for dismissal and Trustee's authority to settle without formal 9019 motion.
**Settlement/Nonbinding ADR(L160)**

06/01/16    Layden Andrew V.                325.00        1.20        390.00

Draft settlement agreement for Digikey preference action.
**Settlement/Nonbinding ADR(L160)**

06/01/16    Layden Andrew V.                325.00        0.20        65.00

Telephone call with counsel for Digikey regarding potential settlement of preference action.
**Settlement/Nonbinding ADR(L160)**

06/02/16    Delaney Michael T.                405.00        0.20        81.00

Correspond with Mr. Harris regarding Uniquify's request for an extension of the deadline to answer the complaint
**Avoidance Action Analysis(B180)**

06/02/16    Delaney Michael T.                405.00        0.20        81.00

Confer and correspond with Mr. Kasolas regarding Uniquify's request for an extension of the deadline to answer the complaint
**Avoidance Action Analysis(B180)**

06/02/16    Delaney Michael T.                405.00        0.10        40.50

Confer with Mr. Layden regarding Uniquify's request for an extension of the deadline to answer the complaint
**Avoidance Action Analysis(B180)**

06/02/16    Delaney Michael T.                405.00        0.60        243.00

Finalize initial draft of settlement agreement between Trust and various Gallo creditors.
**Settlement/Nonbinding ADR(L160)**

06/02/16    Delaney Michael T.                405.00        0.10        40.50

Correspond with Mr. Gallo regarding the terms of the Gallo claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 833-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 60 of 122

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 06/02/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the terms of the Gallo claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 06/02/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review entered Order Authorizing Liquidating Trustee to Enter Into Compromise With Mark Lowe and correspondence to Ron Oliner regarding same
**Settlement/Nonbinding ADR(L160)**

| 06/06/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the revised stipulations to extend answer deadline
**Avoidance Action Analysis(B180)**

| 06/06/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with counsel for Uniquify regarding the revised stipulations to extend answer deadline
**Avoidance Action Analysis(B180)**

| 06/06/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |
|---|---|---|---|---|

Review and revise stipulation to extend deadline for Uniquify to answer and associated order
**Avoidance Action Analysis(B180)**

| 06/06/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Thomas Tarter of Package Science Services, LLC, regarding information and documentation provided in support of alleged defenses to avoidance action complaint filed and correspondence to Andrew Layden regarding same
**Avoidance Action Analysis(B180)**

| 06/07/16 | Delaney Michael T. | 405.00 | 1.50 | 607.50 |
|---|---|---|---|---|

Review and revise breach of contract complaint against Guido Ochoa and confer with Ms. McDow regarding same.
**Pleadings(L210)**

| 06/07/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer and correspond with Mr. Layden regarding status of various preference actions
**Avoidance Action Analysis(B180)**

| 06/07/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow regarding the proposed revisions to the breach of contract complaint against Guido Ochoa
**Pleadings(L210)**

| 06/07/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |
|---|---|---|---|---|

Finalize the stipulation to extend Uniquify answer deadline and associated order
**Avoidance Action Analysis(B180)**

| 06/07/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Correspond with opposing counsel regarding stipulation to extend Uniquify answer deadline
**Avoidance Action Analysis(B180)**

# Baker&Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 06/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Gallo regarding the proposed claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 06/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas and Ms. McDow regarding the status of the avoidance actions and claim objections, and resolution of issues pertaining to bankruptcy administrative claims
**Claims Administration and Objections(B310)**

| 06/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Ms. McDow regarding the preparation of a stipulation to extend the response deadline for Hassenflow
**Avoidance Action Analysis(B180)**

| 06/08/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Follow-up correspondence to Pete Siddiqui regarding amount of administrative claim (both paid and unpaid) of Katten Muchin
**Claims Administration and Objections(B310)**

| 06/08/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Conference call with Katie Deemer and Dominique Lee, counsel for Hessenflow, regarding extension of time to respond to preference complaint and potential resolution of objection to claim and adversary proceeding, and correspondence to Michael Kasolas, Andrew Layden and Michael Delaney regarding same
**Avoidance Action Analysis(B180)**

| 06/09/16 | Delaney Michael T. | 405.00 | 2.60 | 1,053.00 |

Evaluate claims subject to Gallo claim objection settlement agreement and proposed alterations thereto
**Settlement/Nonbinding ADR(L160)**

| 06/09/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Correspond with Mr. Gallo regarding claims subject to the claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 06/09/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Correspond with Mr. Kasolas regarding alternate resolution of certain Gallo claim objections
**Settlement/Nonbinding ADR(L160)**

| 06/09/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Prepare Baker pre- and post-effective date account balances for estate distribution calculations
**Claims Administration and Objections(B310)**

| 06/09/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Draft stipulation to extend deadline to answer complaint in Hendrickson adversary
**Avoidance Action Analysis(B180)**

| 06/09/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Draft stipulation to extend deadline to answer complaint in Hessenflow adversary
**Avoidance Action Analysis(B180)**

## Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 06/09/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer and correspond with Ms. McDow regarding the proposed stipulations to extend deadline to answer complaint in Hendrickson adversary proceeding
**Avoidance Action Analysis(B180)**

| 06/09/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review and revise complaint to be filed against Guido Ochoa and confer with Michael Delaney regarding additional modifications to be made to same prior to filing
**Pleadings(L210)**

| 06/09/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Conference call with Katie Deamer, counsel for Hendrix, regarding extension of time to respond to complaint and correspondence to Michael Delaney and Andrew Layden regarding stipulation and proposed order thereon relating to same
**Avoidance Action Analysis(B180)**

| 06/09/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review correspondence from Province and Katten Muchin regarding paid and unpaid administrative claims and correspondence to client regarding same
**Claims Administration and Objections(B310)**

| 06/10/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review correspondence from Mouser Electronics regarding W-9 to be completed and confer with Sonia Gaeta regarding same
**Asset Analysis and Recovery(B120)**

| 06/10/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Granting Stipulated Ex Parte Application For Order Extending Time For Defendant To Answer Or Otherwise Plead in Uniquify adversary proceeding, confirm no changes made by Court and ensure dates therein are calendered internally
**Avoidance Action Analysis(B180)**

| 06/13/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer with Mr. Kasolas regarding the status of the claim objections, avoidance actions, and Ochoa litigation
**Claims Administration and Objections(B310)**

| 06/13/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with Mr. Gallo regarding the proposed settlement agreement for the claim objections
**Settlement/Nonbinding ADR(L160)**

| 06/14/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Telephone call with Trustee regarding status of case and strategy moving forward.
**Analysis/Strategy(L120)**

| 06/14/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review and analyze post-confirmation reports for previous four quarters and assess need to supplement/modify same
**Written Motions and Submissions(L430)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 233-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 63
of 122

| 06/15/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |
|---|---|---|---|---|

Telephone conference with Mr. Rooni regarding his claim.
**Avoidance Action Analysis(B180)**

| 06/15/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |
|---|---|---|---|---|

Telephone call with John Dodd regarding status of preference case and review issues regarding same.
**Avoidance Action Analysis(B180)**

| 06/16/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Layden regarding the proposed revisions to the breach of contract complaint against Guido Ochoa
**Pleadings(L210)**

| 06/16/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Finalize revisions to breach of contract complaint against Guido Ochoa
**Pleadings(L210)**

| 06/16/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |
|---|---|---|---|---|

Review and analyze correspondence from Dominque Sopko, counsel for Allan Hessenflow, regarding defense to avoidance action and correspondence to Andrew Layden and Michael Kasolas regarding same
**Avoidance Action Analysis(B180)**

| 06/17/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding status of preference actions and Ochoa complaint
**Other Contested Matters(B190)**

| 06/17/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding finalizing Ochoa complaint.
**Pleadings(L210)**

| 06/17/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |
|---|---|---|---|---|

Conference call with and correspondence to/from Katie Deemer, counsel for Hessenflow, regarding status of Liquidating Trustee's review of settlement offer, extension of time to respond to complaints and correspondence to client and Andrew Layden regarding same
**Avoidance Action Analysis(B180)**

| 06/17/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |
|---|---|---|---|---|

Review Notice of Claim and Demand For Tender of Insurance Policy Limits and Assertion of Claims Under Policy and correspondence to/from and conference calls with Mark Felger, D&O counsel, regarding comments and potential modifications to be made to same
**Asset Analysis and Recovery(B120)**

| 06/17/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review correspondence from Federal Express regarding executed settlement agreement and payment with respect to same and ensure same is remitted to Liquidating Trustee
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 06/17/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review Stipulation To Dismiss [Lowe] Adversary Proceeding With Prejudice and entered Order thereon in order to ensure no interlineations made by Court
**Other Contested Matters(B190)**

| 06/20/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Review issues regarding Ciera preference settlement offer and draft email regarding same to Trustee.
**Settlement/Nonbinding ADR(L160)**

| 06/28/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review potentially responsive documents to Mr. Felger's inquiry
**Case Administration(B110)**

| 06/28/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Correspond with Messrs. Felger and Kasolas regarding documents requested in association with the D&O analysis and endeavor to locate same
**Asset Analysis and Recovery(B120)**

| 06/28/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Ms. McDow regarding status of D&O analysis
**Asset Analysis and Recovery(B120)**

| 06/28/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas regarding case status and D&O insurance analysis
**Asset Analysis and Recovery(B120)**

| 06/28/16 | Layden Andrew V. | 325.00 | 1.10 | 357.50 |

Review and analyze correspondence and documents in support of letter provided by Package Science.
**Settlement/Nonbinding ADR(L160)**

| 06/28/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Review proposed HyperTechnologie settlement agreement and draft email to Trustee regarding same.
**Settlement/Nonbinding ADR(L160)**

| 06/28/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Draft correspondence to Package Science regarding review of defenses and proposed settlement offer.
**Settlement/Nonbinding ADR(L160)**

| 06/28/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Telephone call with Trustee regarding defense letter provided by Package Science and settlement offer.
**Settlement/Nonbinding ADR(L160)**

| 06/28/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger, D&O counsel, regarding bitcoin reconciliation report prepared by Hushen and/or Barber and confer with Michael Delaney regarding same
**Asset Analysis and Recovery(B120)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 06/29/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Ron Oliner regarding potential representation of liquidating trustee in administrative claim objections
**Experts/Consultants(L130)**

| 06/29/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Correspondence to/from Mark Felger regarding need for bitcoin reconciliation report and arbitration demand and/or complaint accusing DeCastro of fraud and correspondence to/from Victor Delaglio of Province regarding same
**Asset Analysis and Recovery(B120)**

| 06/30/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Review issues regarding potential settlement of Package Science lawsuit and correspondence to PSS' counsel regarding same.
**Settlement/Nonbinding ADR(L160)**

| 06/30/16 | Layden Andrew V. | 325.00 | 1.20 | 390.00 |

Finalize Digikey / Ciera/ UPS settlements and draft emails to the respective opposing counsel regarding same.
**Settlement/Nonbinding ADR(L160)**

| 07/05/16 | Lane Deanna L | 250.00 | 5.50 | 1,375.00 |

Continue drafting Omnibus Status Report on Claim Objections and proposed order on same.
**Claims Administration and Objections(B310)**

| 07/05/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Revise stipulation to extend statute of limitations as to Sonic Manufacturing and circulate to Sonic's counsel for review/consent.
**Avoidance Action Analysis(B180)**

| 07/06/16 | Lane Deanna L | 250.00 | 5.50 | 1,375.00 |

Finalize Omnibus Status Report on Claim Objections and proposed order on same.
**Claims Administration and Objections(B310)**

| 07/06/16 | Layden Andrew V. | 325.00 | 1.40 | 455.00 |

Draft Motion to Approve Settlement with Ciara.
**Settlement/Nonbinding ADR(L160)**

| 07/06/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Revise Omnibus Status Report on claim objections and proposed order thereon and correspond to Ms. Lane regarding same.
**Claims Administration and Objections(B310)**

| 07/06/16 | Layden Andrew V. | 325.00 | 1.90 | 617.50 |

Review issues regarding Status Update and Request for Order on objections to claims.
**Other Contested Matters(B190)**

# Baker & Hostetler LLP

Case: 14-30725   Doc# 233-1   Filed: 02/07/17   Entered: 02/07/17 17:26:43   Page 66 of 122

| 07/06/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Evaluate manner in which to handle impending expiration of statute of limitations as to Ciara and draft correspondence to Ciara's counsel regarding same.
**Other Contested Matters(B190)**

| 07/06/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Preliminary review and analysis of settlement offer from Hamner and correspondence to Andrew Layden and Michael Kasolas regarding recommendation with respect to same
**Settlement/Nonbinding ADR(L160)**

| 07/06/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Preliminary review and analysis of settlement offer from Hendrickson and correspondence to Andrew Layden and Michael Kasolas regarding recommendation with respect to same
**Settlement/Nonbinding ADR(L160)**

| 07/07/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Correspondence to Trustee regarding recommendations with respect to Hendrickson and Hamner settlement proposals.
**Settlement/Nonbinding ADR(L160)**

| 07/07/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Finalize stipulation with Sonic to extend statute of limitations and coordinate filing of same.
**Pleadings(L210)**

| 07/08/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Confer and correspond with Mr. Layden regarding the FRCP 26 meetings for avoidance actions
**Avoidance Action Analysis(B180)**

| 07/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with opposing counsel regarding the Gallo claim objections and resolution of the same
**Claims Administration and Objections(B310)**

| 07/08/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Analyze documents provided by Uniqify in support of their defense to avoidance action claim
**Avoidance Action Analysis(B180)**

| 07/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Uniqify counsel regarding avoidance action and documents in support of defense
**Avoidance Action Analysis(B180)**

| 07/08/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review issues regarding status of preference actions.
**Other Contested Matters(B190)**

| 07/08/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Review and respond to correspondence from Package Science's counsel regarding status of settlement evaluation and extension of deadline to respond to complaint.
**Settlement/Nonbinding ADR(L160)**

**Baker&Hostetler LLP**

Atlanta       Chicago        Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston       Los Angeles    New York      Orlando      Philadelphia  Seattle       Washington, DC

| 07/08/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Review and revise order approving stipulation to extend statue of limitations as to Sonic.
**Pleadings(L210)**

| 07/08/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Approving Second Stipulation To Extend Statute of Limitations As to Sonic Manufacturing Technologies, confirm no interlineations made by Court, and ensure dates therein are calendered internally
**Pleadings(L210)**

| 07/11/16 | Layden Andrew V. | 325.00 | 1.80 | 585.00 |

Continue drafting and finalize 9019 Settlement Motion between Trust and Ciara and draft email to Ciara's counsel requesting comments on draft.
**Settlement/Nonbinding ADR(L160)**

| 07/11/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to Andrew Layden regarding statute of limitations with respect to Hypertechnologie Ciara and status of settlement between same and the Liquidating Trustee
**Avoidance Action Analysis(B180)**

| 07/12/16 | Farivar, Fahim | 380.00 | 0.20 | 76.00 |

Review letter from Mr. Gubner regarding the Claim of Antony Vo and confer with Mr. Layden regarding the same.
**Claims Administration and Objections(B310)**

| 07/12/16 | Layden Andrew V. | 325.00 | 1.30 | 422.50 |

Review issues regarding outstanding settlement and TCW Trustee regarding same.
**Analysis/Strategy(L120)**

| 07/12/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Correspondence to counsel for Hendrickson, Hamner, and Package Science regarding respective settlements.
**Settlement/Nonbinding ADR(L160)**

| 07/12/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Kathryn Diemer, counsel for Hessenflow, Hamner, and Hendrickson regarding status of Trustee's review of settlement proposals and potential continuation of upcoming status conferences based upon same and correspondence to Andrew Layden and Trustee regarding same
**Settlement/Nonbinding ADR(L160)**

| 07/12/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review and analyze Answer Filed by Uniquify and assess ability to file motion for summary judgment based upon same
**Pleadings(L210)**

| 07/13/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to/from Victor Delaglio of Province regarding status of administrative claim to be filed/paid
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

| 07/13/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger, D&O counsel, regarding content of insurance application executed by Eduardo DeCastro and potential impact of same on ability to recover under policy
**Asset Analysis and Recovery(B120)**

| 07/14/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Mark Felger regarding logistics surrounding pursuit of directors independent of policy
**Asset Analysis and Recovery(B120)**

| 07/17/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Review and analyze settlement offer for Uniquify
**Settlement/Nonbinding ADR(L160)**

| 07/17/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Review original settlement offer and revised settlement offer from Hessenflow, and draft email to trustee with proposed course of action based upon same.
**Settlement/Nonbinding ADR(L160)**

| 07/17/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review and finalize Hamner preference settlement.
**Other Contested Matters(B190)**

| 07/19/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Confer with Ms. McDow regarding the claim of Antony Vo and recent correspondence received from Mr. Gubner, counsel for Mr. Vo, regarding same.
**Claims Administration and Objections(B310)**

| 07/19/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review correspondence from Steve Gubner regarding Liquidating Trustee's withdrawal to Antony Vo claim objection and ensure same is forwarded to Andrew Layden for response
**Claims Administration and Objections(B310)**

| 07/19/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |

Conference call with Michael Kasolas regarding status of various issues in bankruptcy case
**Case Administration(B110)**

| 07/19/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Conference calls with Aram Ordubegian, counsel for insurer, regarding D&O claims, and correspondence to Mark Felger and client regarding same.
**Asset Analysis and Recovery(B120)**

| 07/20/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review notice of motion and motion to approve Ciara settlement and correspond with Mr. Layden regarding contours of same.
**Settlement/Nonbinding ADR(L160)**

| 07/20/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Mr. Layden regarding the status of preference actions and settlement thereof
**Avoidance Action Analysis(B180)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 333-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 69
of 122

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 07/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the notice of motion and motion to approve Ciara settlement
**Settlement/Nonbinding ADR(L160)**

| 07/20/16 | Fetzer Jeffrey L | 250.00 | 1.00 | 250.00 |

Research current addresses for Mr. Bishop, Ms. Woodward, Mr. DeCastro and Mr. Contreras.
**Avoidance Action Analysis(B180)**

| 07/20/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Finalize Hamner, Hendrickson and Package Science settlement agreements.
**Settlement/Nonbinding ADR(L160)**

| 07/20/16 | Layden Andrew V. | 325.00 | 3.40 | 1,105.00 |

Draft status reports to be filed in various adversary proceedings.
**Pleadings(L210)**

| 07/20/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Conference call with Mark Felger, D&O counsel, regarding manner in which to proceed in light of recent retention of counsel by D&O carrier and most recent correspondence received from director Eduardo DeCastro and correspondence to/from Aram Ordubegian regarding same
**Asset Analysis and Recovery(B120)**

| 07/21/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Revise motion to approve Ciara settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 07/21/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the motion to approve Ciara settlement agreement and proposed revisions thereto
**Settlement/Nonbinding ADR(L160)**

| 07/21/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Andrew Layden regarding most appropriate manner in which to proceed in various avoidance actions
**Avoidance Action Analysis(B180)**

| 07/22/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Kasolas regarding the status of the case and D&O
**Asset Analysis and Recovery(B120)**

| 07/22/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Confer with Ms. McDow regarding the terms of the Confirmed Liquidating Plan and the Confirmation Order for purposes of employing Cozen O'Connor.
**Experts/Consultants(L130)**

| 07/22/16 | Layden Andrew V. | 325.00 | 1.40 | 455.00 |

Draft stipulation to continue status conference in Uniquify matter and correspondence to Mr. Delaney regarding same.
**Pleadings(L210)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | | | |
|---|---|---|---|---|
| 07/22/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review Withdrawal of Claim filed by Stephen Hamner and confirm no further action need by taken with respect to same
**Claims Administration and Objections(B310)**

| | | | | |
|---|---|---|---|---|
| 07/22/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review Post-Confirmation Report for June and assess need to file amended report based upon content of same
**Written Motions and Submissions(L430)**

| | | | | |
|---|---|---|---|---|
| 07/22/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Aram Ordubegian, counsel for the D&O carrier, regarding D&O matter and correspondence to/from Mark Felger regarding same
**Asset Analysis and Recovery(B120)**

| | | | | |
|---|---|---|---|---|
| 07/22/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Review Notice Regarding Retention of Special Counsel (Cozen O'Connor), review Plan of Liquidation and Liquidating Trust in order to ensure compliance therewith, correspondence to/from Michael Kasolas regarding same, and correspondence to/from Mark Felger regarding same
**Experts/Consultants(L130)**

| | | | | |
|---|---|---|---|---|
| 07/25/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review and revise proposed stipulation to continue status conference in Uniquify adversary proceeding
**Pleadings(L210)**

| | | | | |
|---|---|---|---|---|
| 07/25/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Layden regarding the proposed stipulation to continue status conference in Uniquify adversary proceeding
**Pleadings(L210)**

| | | | | |
|---|---|---|---|---|
| 07/25/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding need to contact UST to discuss Notice of Retention
**Experts/Consultants(L130)**

| | | | | |
|---|---|---|---|---|
| 07/26/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the materials relating to settlement of Hendrickson preference action
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 07/26/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Review materials relating to settlement of Hendrickson preference action
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 07/26/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Layden regarding status of preference actions in preparation for status conferences
**Avoidance Action Analysis(B180)**

| | | | | |
|---|---|---|---|---|
| 07/26/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Finalize Ciara 9019 motion and circulate to Mr. Delaney for filing.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Settlement/Nonbinding ADR(L160)**

| 07/26/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Call regarding proposed changes to Ciara 9019 motion.
**Other Contested Matters(B190)**

| 07/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Ms. McDow and Mr. Layden regarding the preference action status conferences
**Avoidance Action Analysis(B180)**

| 07/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review documents relating to the settlement of the Hamner preference action
**Avoidance Action Analysis(B180)**

| 07/27/16 | Layden Andrew V. | 325.00 | 2.20 | 715.00 |

Revise Guido Ochoa complaint.
**Pleadings(L210)**

| 07/27/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Draft memorandum regarding status of various adversary proceedings.
**Avoidance Action Analysis(B180)**

| 07/27/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Assess need and ability to obtain alias summons in adversary proceeding.
**Other Contested Matters(B190)**

| 07/27/16 | McDow Ashley M. | 550.00 | 4.30 | 2,365.00 |

Review and revise invoices from November 11, 2014 through August 2015 to be submitted in support of
Second Interim Fee Application of Baker Hostetler
**Fee - Employment Application(B160)**

| 07/28/16 | Delaney Michael T. | 405.00 | 1.70 | 688.50 |

Incorporate allegations regarding breach of contract into the Ochoa complaint.
**Pleadings(L210)**

| 07/28/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Review revised Ochoa complaint re breach of contract and supporting exhibits
**Pleadings(L210)**

| 07/28/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Revise Ochoa complaint to include additional information obtained from financial advisor and circulate same
to Ms. McDow and Mr. Delaney.
**Pleadings(L210)**

| 07/28/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding recent correspondence received from Eduardo DeCastro
and manner in which to respond to same
**Asset Analysis and Recovery(B120)**

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

07/28/16   McDow Ashley M.        550.00    0.30    165.00

Review correspondence from Andrew Layden regarding status of various preference matters and confer with Michael Delaney regarding same in light of upcoming status conferences
**Avoidance Action Analysis(B180)**

07/29/16   Delaney Michael T.      405.00    0.30    121.50

Correspond with Mr. Layden regarding the results of the avoidance action status conferences
**Avoidance Action Analysis(B180)**

07/29/16   Delaney Michael T.      405.00    1.50    607.50

Prepare for and attend status conferences for avoidance actions
**Trial and Hearing Attendance(L450)**

07/29/16   Layden Andrew V.      325.00    2.20    715.00

Continue revising Omnibus Status Report on claims objections.
**Claims Administration and Objections(B310)**

07/29/16   Layden Andrew V.      325.00    0.50    162.50

Revise Ochoa Complaint in light of Mr. Delaney's comments and draft correspondence to Ms. McDow and Mr. Delaney regarding same.
**Pleadings(L210)**

07/29/16   McDow Ashley M.        550.00    0.40    220.00

Conference call with Katie Diemer, counsel for various preference defendants, regarding status of three matters and approach for upcoming status conferences based upon same.
**Avoidance Action Analysis(B180)**

07/29/16   McDow Ashley M.        550.00    0.10    55.00

Review entered Order Granting Stipulation Application for Order Continuing July 29, 2016 Status Conference in Uniqify adversary proceeding, confirm no interlineations made by Court, and ensure dates therein are calendered internally
**Pleadings(L210)**

07/29/16   McDow Ashley M.        550.00    0.20    110.00

Review settlement correspondence received from Digi-Key and Hessenflow and ensure same, and check, is forwarded to Liquidating Trustee
**Settlement/Nonbinding ADR(L160)**

08/01/16   McDow Ashley M.        550.00    0.10    55.00

Correspondence to/from Mark Felger regarding mediation in D&O matter and collective approach for responding, if at all, to Eduardo DeCastro
**Asset Analysis and Recovery(B120)**

08/01/16   McDow Ashley M.        550.00    0.40    220.00

Review and analyze complaint to be filed against Guido Ochoa and correspondence to/from Andrew Layden regarding conference call to discuss same
**Pleadings(L210)**

# Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 08/01/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Conference call with Katie Diemer, counsel for Hessenflow, regarding extension of time to respond to complaint pending settlement
**Avoidance Action Analysis(B180)**

| 08/02/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review and analyze answer filed by Ms. Woodword.
**Pleadings(L210)**

| 08/02/16 | Layden Andrew V. | 325.00 | 1.40 | 455.00 |
|---|---|---|---|---|

Continue to revise omnibus status report on claims objections and proposed order on same.
**Claims Administration and Objections(B310)**

| 08/02/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Telephone call with Sonic's counsel regarding status of settlement negotiations and potential extension of statute of limitations.
**Settlement/Nonbinding ADR(L160)**

| 08/02/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |
|---|---|---|---|---|

Correspondence to Ms. Woodward regarding issues discussed during telephone call and form settlement agreement.
**Settlement/Nonbinding ADR(L160)**

| 08/02/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Telephone call with Ms. Woodward regarding preference complaint, potential defenses, settlement options, and procedures moving forward.
**Settlement/Nonbinding ADR(L160)**

| 08/02/16 | Layden Andrew V. | 325.00 | 1.20 | 390.00 |
|---|---|---|---|---|

Revise status chart of all preference claims and action items moving forward and circulate same.
**Avoidance Action Analysis(B180)**

| 08/02/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Correspondence with Trustee regarding settlement of Hessenflow preference action.
**Settlement/Nonbinding ADR(L160)**

| 08/02/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Multiple emails with Hessenflow's counsel regarding settlement of preference action.
**Settlement/Nonbinding ADR(L160)**

| 08/02/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Mark Felger regarding potential mediators and dialogue, if any, to be had with Eduardo DeCastro regarding basis for D&O claim
**Asset Analysis and Recovery(B120)**

| 08/02/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Review list of Court approved mediators and correspondence to/from Mark Felger regarding same
**Other Contested Matters(B190)**

**Baker&Hostetler LLP**

Case: 14-30725    Doc# 833-1    Filed: 02/08/17    Entered: 02/08/17 17:26:43    Page 74 of 122

| 08/03/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow and Mr. Layden regarding status of claim objection resolution and commencing the Guido Ochoa action
**Claims Administration and Objections(B310)**

| 08/03/16 | Layden Andrew V. | 325.00 | 1.60 | 520.00 |
|---|---|---|---|---|

Continue revising Omnibus Status Report on claims objections and proposed order approving same.
**Claims Administration and Objections(B310)**

| 08/03/16 | McDow Ashley M. | 550.00 | 4.20 | 2,310.00 |
|---|---|---|---|---|

Review and revise invoices between September 2015 and May 2016 in preparation for submitting same in support of Second Interim Fee Application of Baker Hostetler
**Fee - Employment Application(B160)**

| 08/04/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Review and analyze chart regarding status of claim objections in preparation for call regarding the same
**Claims Administration and Objections(B310)**

| 08/04/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Correspond with Mr. Layden regarding the answer filed in the Woodward avoidance action, reissued alias summons, and resolution of Sonic claim
**Avoidance Action Analysis(B180)**

| 08/04/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Review answer filed by defendant in Kasolas v. Woodward adversary proceeding and assess manner in which to proceed in light same.
**Pleadings(L210)**

| 08/04/16 | Lane Deanna L | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Assist Mr. Layden with additional revisions to claims objection spreadsheet
**Claims Administration and Objections(B310)**

| 08/05/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Conference call with Mr. Layden regarding the status of the claim objections and proposed resolution of the same
**Claims Administration and Objections(B310)**

| 08/05/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the proposed revisions to the Gallo creditor settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 08/05/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |
|---|---|---|---|---|

Review evidence regarding the validity and amount of scheduled proofs of claim and previously unsupported proofs of claim in preparation of revised settlement agreement with Gallo creditors
**Settlement/Nonbinding ADR(L160)**

| 08/05/16 | Delaney Michael T. | 405.00 | 1.30 | 526.50 |
|---|---|---|---|---|

Revise settlement agreement with Gallo to incorporate proposed changes to treatment of certain claims
**Settlement/Nonbinding ADR(L160)**

Baker&Hostetler LLP

Case: 14-30725   Doc# 333-1   Filed: 02/08/17   Entered: 02/08/17 17:26:43   Page 75 of 122

| 08/05/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Prepare for and attend telephone conference with Mr. Delaney regarding status of various claim objections.
**Claims Administration and Objections(B310)**

| 08/05/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Draft detailed correspondence to Trustee regarding status of various outstanding matters.
**Case Administration(B110)**

| 08/05/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Draft status update email on all outstanding matters.
**Other Contested Matters(B190)**

| 08/05/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Of Dismissal Upon Settlement Of Adversary Proceeding in Hendrickson adversary proceeding and confirm no interlineations made by Court
**Pleadings(L210)**

| 08/05/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Of Dismissal Upon Settlement Of Adversary Proceeding in Hamner adversary proceeding and confirm no interlineations made by Court
**Pleadings(L210)**

| 08/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Kasolas regarding the Gallo claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 08/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Gallo regarding proposed settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 08/08/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the status of the Sonic avoidance action and/or extension of statute of limitations.
**Avoidance Action Analysis(B180)**

| 08/08/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review underlying documentsin in order to identify applicable statute of limitations as to Sonic Manufacturing.
**Avoidance Action Analysis(B180)**

| 08/08/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Attend to issues regarding service of Preference Complaints on Contreras and Bishop
**Avoidance Action Analysis(B180)**

| 08/10/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with Ms. Austin regarding the status of the bankruptcy case and distributions
**Meeting and Communication with Creditors(B150)**

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

---

08/10/16    Delaney Michael T.                        405.00        0.30        121.50
Confer and correspond with Ms. McDow and Mr. Layden regarding proposed revisions to the Ciara 9019 motion and Ochoa complaint
**Pleadings(L210)**

08/10/16    Delaney Michael T.                        405.00        0.60        243.00
Review and incorporate further revisions and comments into the current version of the Ciara 9019 motion
**Settlement/Nonbinding ADR(L160)**

08/10/16    McDow Ashley M.                          550.00        0.20        110.00
Correspondence to/from Mark Felger regarding potential impact of recent correspondence by and between D&O counsel
**Asset Analysis and Recovery(B120)**

08/10/16    McDow Ashley M.                          550.00        0.20        110.00
Review Notice of Motion and Liquidating Trustee's Motion To Approve Compromise With Ciara and confer with Michael Delaney regarding same
**Settlement/Nonbinding ADR(L160)**

08/11/16    Layden Andrew V.                         325.00        0.50        162.50
Draft correspondence regarding status of claim objections and avoidance actions to Trustee.
**Claims Administration and Objections(B310)**

08/11/16    McDow Ashley M.                          550.00        0.40        220.00
Conference call with Mark Felger regarding arbitration commenced against Debtor and potential impact of same on D&O
**Asset Analysis and Recovery(B120)**

08/11/16    McDow Ashley M.                          550.00        0.10        55.00
Review entered Order Approving Third Stipulation to Extend Statute of Limitations As To Sonic Manufacturing Technologies, ensure no interlineations made by Court, and ensure dates therein are calendered internally
**Pleadings(L210)**

08/15/16    Layden Andrew V.                         325.00        0.60        195.00
Revise proposed settlement agreement with Ms. Woodward and circulate same.
**Settlement/Nonbinding ADR(L160)**

08/15/16    Layden Andrew V.                         325.00        0.30        97.50
Review correspondence from Trustee regarding status of executed settlement agreement and settlement payment from Hessenfow and correspondence to Sonia Gaeta regarding same.
**Settlement/Nonbinding ADR(L160)**

08/15/16    McDow Ashley M.                          550.00        0.40        220.00
Review Status Report and Request For Order On Liquidating Trustee's Omnibus Objections to Claims and correspondence to/from Andrew Layden regarding specific issues surrounding various objections and need for conference call to discuss same in further detail
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Michael Kasolas, Liquidating Trustee

| | |
|---|---|
| Invoice Date: | 02/07/17 |
| Invoice Number: | 50344417 |
| Matter Number: | 107945.000001 |
| | Page 77 |

08/15/16    McDow Ashley M.                          550.00        0.30        165.00

Correspondence to/from Eduardo DeCastro regarding conference call to discuss preference complaint and D&O issues, and correspondence to/from Mark Felger regarding same
**Asset Analysis and Recovery(B120)**

08/16/16    Layden Andrew V.                         325.00        1.50        487.50

Review defense letters provided by Uniquify and Sonic and draft correspondence to Trustee regarding same
**Avoidance Action Analysis(B180)**

08/17/16    Layden Andrew V.                           0.00        0.00          0.00

Prepare for and attend telephone call with Ms. McDow regarding status of various avoidance actions and follow up email to Ms. McDow regarding same.
**Avoidance Action Analysis(B180)**

08/17/16    McDow Ashley M.                          550.00        0.50        275.00

Conference call with Andrew Layden regarding manner in which to proceed with respect to various preference matters
**Avoidance Action Analysis(B180)**

08/18/16    Delaney Michael T.                        405.00        0.20         81.00

Correspond with Mr. Gallo regarding proposed settlement agreement
**Settlement/Nonbinding ADR(L160)**

08/19/16    Delaney Michael T.                        405.00        0.10         40.50

Confer with Uniquify counsel regarding status of preference action
**Avoidance Action Analysis(B180)**

08/19/16    Delaney Michael T.                        405.00        0.10         40.50

Correspond with Mr. Layden regarding status of Uniquify preference action
**Avoidance Action Analysis(B180)**

08/19/16    Layden Andrew V.                         325.00        1.00        325.00

Create list of action items needed from Trustee and draft correspondence to Trustee outlining items and recommending course of action as to each.
**Claims Administration and Objections(B310)**

08/19/16    Layden Andrew V.                         325.00        0.50        162.50

Telephone call with Ms. Woodward regarding potential settlement and draft email to Trustee regarding same.
**Settlement/Nonbinding ADR(L160)**

08/19/16    McDow Ashley M.                          550.00        0.50        275.00

Review Alias Summons and Notice of Status Conference In An Adversary Proceeding commenced against Eduardo DeCastro and conference call with Eduardo DeCastro regarding same, D&O action, and validity of defenses asserted by Uniquify in preference actions and correspondence to Eduardo DeCastro regarding Uniquify matter
**Avoidance Action Analysis(B180)**

# Baker&Hostetler LLP

Case: 14-30725    Doc# 533-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 78 of 122

08/22/16    Layden Andrew V.              325.00        0.30        97.50

Telephone conference with counsel for Sonic regarding Sonic's defenses and additional information requested by Trustee.
**Avoidance Action Analysis(B180)**

08/23/16    Delaney Michael T.            405.00        0.30        121.50

Confer with Mr. Kasolas regarding the status of various claim objections and avoidance actions
**Claims Administration and Objections(B310)**

08/24/16    Layden Andrew V.              325.00        0.20        65.00

Telephone call with Ms. Woodward regarding status of case and strategy moving forward.
**Settlement/Nonbinding ADR(L160)**

08/25/16    Delaney Michael T.            405.00        0.40        162.00

Review and revise the notices of dismissal for the Hessenflow, Digi-key, and Package Science adversary proceedings
**Avoidance Action Analysis(B180)**

08/25/16    Delaney Michael T.            405.00        0.40        162.00

Confer with Mr. Layden regarding status of various preference actions and claims objections in preparation for status conferences
**Avoidance Action Analysis(B180)**

08/25/16    Delaney Michael T.            405.00        0.10        40.50

Correspond with Mr. Layden and Mr. Kasolas regarding the notices of dismissal for the Hessenflow, Digi-key, and Package Science
**Avoidance Action Analysis(B180)**

08/25/16    Layden Andrew V.              325.00        0.50        162.50

Attend to issues regarding status of case, upcoming status conferences in preference actions, objection to claims, and Ochoa Complaint.
**Avoidance Action Analysis(B180)**

08/25/16    Layden Andrew V.              325.00        0.50        162.50

Finalize settlement agreement between Trust and Ms. Woodward and correspondence to Ms. Woodward regarding same.
**Settlement/Nonbinding ADR(L160)**

08/25/16    Layden Andrew V.              325.00        0.20        65.00

Finalize notices of dismissal for Hessenflow, Digi-Key and Package Science matters and approval filing of same.
**Avoidance Action Analysis(B180)**

08/25/16    Layden Andrew V.              325.00        0.40        130.00

Review issues regarding status of preference actions in advance of August 26 status conferences.
**Avoidance Action Analysis(B180)**

08/26/16    Delaney Michael T.            405.00        0.20        81.00

Correspond with Mr. Kasolas regarding the results of the avoidance action status conferences

# Baker&Hostetler LLP

Case: 14-30725    Doc# 333-1    Filed: 02/08/17    Entered: 02/09/17 17:26:43    Page 79 of 122

**Trial and Hearing Attendance(L450)**

| 08/26/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Prepare for and attend avoidance action status conferences
**Trial and Hearing Attendance(L450)**

| 08/26/16 | Lane Deanna L | 250.00 | 0.40 | 100.00 |

Confer with Mr. Layden regarding the changes to be made to Omnibus Status Report on claims objection and the exhibits to be compiled in support of same.
**Claims Administration and Objections(B310)**

| 08/26/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Confer with Ms. Lane regarding changes to be made to Omnibus Status Report on claims objection and the exhibits to be complied in support of same.
**Claims Administration and Objections(B310)**

| 08/29/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Review proposed changes to Ciara 9019 and correspondence to Mr. Delaney regarding same.
**Settlement/Nonbinding ADR(L160)**

| 08/29/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Review and revise Sonic stipulation regarding potential 4th stipulation to extend statute of limitations and correspondence to counsel for Sonic regarding same.
**Avoidance Action Analysis(B180)**

| 08/29/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Regarding potential 4th stipulation to extend statute of limitations and other contested matters.
**Other Contested Matters(B190)**

| 08/31/16 | Lane Deanna L | 250.00 | 2.60 | 650.00 |

Update claims objections spreadsheet and create new exhibits to be submitted with Omnibus Status Report.
**Claims Administration and Objections(B310)**

| 09/01/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to and from Mark Felger regarding mediator selection for D&O matter.
**Asset Analysis and Recovery(B120)**

| 09/02/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Telephone call with Mr. Harris regarding status of Uniquify adversary proceeding.
**Avoidance Action Analysis(B180)**

| 09/02/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review/revise Omnibus status report on claims objections and meeting with Ms. Lane regarding necessary changes to same.
**Other Contested Matters(B190)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 533-1    Filed: 02/07/17    Entered: 02/09/17 17:26:43    Page 80
of 122

| 09/02/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review entered Order Approving Fourth Stipulation to Extend Statute of Limitations As To Sonic Manufacturing Technologies, Inc., confirm no interlineations made by Court, and ensure dates therein are calendered internally
**Avoidance Action Analysis(B180)**

| 09/02/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review Notice of Substitution of Counsel filed by Office of United States Trustee and ensure internal records are updated accordingly
**Written Motions and Submissions(L430)**

| 09/06/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |
|---|---|---|---|---|

Finalize exhibits to be submitted in support of Omnibus Status Report on claims objections.
**Claims Administration and Objections(B310)**

| 09/12/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |
|---|---|---|---|---|

Review status of Package Science adversary and review and respond to correspondence from counsel for Package Science.
**Avoidance Action Analysis(B180)**

| 09/14/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Mark Felger and Michael Kasolas regarding participation in upcoming mediation to resolve D&O matters
**Settlement/Nonbinding ADR(L160)**

| 09/14/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |
|---|---|---|---|---|

Conference call with Mark Felger regarding logistics of upcoming mediation to resolve D&O issues and manner in which to respond to most recent correspondence from Eduardo DeCastro in light of same
**Settlement/Nonbinding ADR(L160)**

| 09/16/16 | Lane Deanna L | 250.00 | 0.70 | 175.00 |
|---|---|---|---|---|

Update Omnibus Status Report on claims objections to incorporate information reflected in exhibits.
**Claims Administration and Objections(B310)**

| 09/16/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |
|---|---|---|---|---|

Revise and finalize proposed Ochoa complaint and all attachments.
**Pleadings(L210)**

| 09/16/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |
|---|---|---|---|---|

Correspondence to Trustee, Michael Kasolas, regarding dismissal of certain preference actions.
**Avoidance Action Analysis(B180)**

| 09/16/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |
|---|---|---|---|---|

Correspondence with Sonic's counsel regarding status and steps moving forward.
**Avoidance Action Analysis(B180)**

| 09/16/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Correspondence with Uniqify's counsel regarding status and steps moving forward.
**Avoidance Action Analysis(B180)**

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 09/16/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Telephone call with Trustee regarding status of various matters in case and strategy moving forward with respect to each.
**Analysis/Strategy(L120)**

| 09/16/16 | Layden Andrew V. | 325.00 | 2.60 | 845.00 |

Continue drafting Omnibus Status Report on claims objections, proposed order on same, and all draft exhibits to be attached to same.
**Claims Administration and Objections(B310)**

| 09/19/16 | Farivar, Fahim | 380.00 | 0.40 | 152.00 |

Review and revise Omnibus Status Report on Claim Objections.
**Claims Administration and Objections(B310)**

| 09/19/16 | Lane Deanna L | 250.00 | 1.20 | 300.00 |

Incorporate additional changes into the Omnibus Status Report on claims objections and exhibits in support of same.
**Claims Administration and Objections(B310)**

| 09/20/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |

Finalize and prepare motion to approve Ciara settlement agreement for filing
**Settlement/Nonbinding ADR(L160)**

| 09/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding status of Sonic avoidance action
**Avoidance Action Analysis(B180)**

| 09/20/16 | Farivar, Fahim | 380.00 | 1.60 | 608.00 |

Continue revising Omnibus Status Report on claims objections, the supporting exhibits and the proposed order thereon, and confer with Ms. McDow regarding the same.
**Claims Administration and Objections(B310)**

| 09/21/16 | Farivar, Fahim | 380.00 | 0.80 | 304.00 |

Continue revising the Omnibus Status Report on claims objections, the supporting exhibits and the proposed order thereon, and follow up correspondence to Mr. Layden regarding the same.
**Claims Administration and Objections(B310)**

| 09/21/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Review underlying QuickBooks records for information regarding Sonic adversary proceeding.
**Avoidance Action Analysis(B180)**

| 09/21/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding choice of mediator for D&O mediation
**Settlement/Nonbinding ADR(L160)**

| 09/22/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review and revise Status Report and Request for Order on Liquidating Trustee's Omnibus Objections to Claims and confer with Fahim Farivar regarding modifications to be made to same
**Claims Administration and Objections(B310)**

Baker&Hostetler LLP

Atlanta      Chicago       Cincinnati    Cleveland    Columbus       Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando      Philadelphia   Seattle       Washington, DC

09/22/16    McDow Ashley M.                    550.00      0.40      220.00

Confer with various members of firm regarding Judge Romero and correspondence to/from Michael
Kasolas and Mark Felger regarding same
**Settlement/Nonbinding ADR(L160)**

09/23/16    Delaney Michael T.                 405.00      0.30      121.50

Confer and correspond with Mr. Layden regarding status of avoidance actions
**Avoidance Action Analysis(B180)**

09/23/16    McDow Ashley M.                    550.00      0.40      220.00

Conference call with Mark Felger regarding logistics for upcoming mediation
**Settlement/Nonbinding ADR(L160)**

09/26/16    Delaney Michael T.                 405.00      0.50      202.50

Confer and correspond with Ms. McDow and Mr. Layden regarding the status of the Kasolas v. Woodward
settlement, the Uniquify status conference, and the commencement of the Sonic adversary proceeding
**Avoidance Action Analysis(B180)**

09/26/16    Delaney Michael T.                 405.00      0.10      40.50

Correspond with Mr. Kasolas regarding the stipulation to dismiss the Woodward adversary proceeding and
associated order
**Avoidance Action Analysis(B180)**

09/26/16    Delaney Michael T.                 405.00      0.90      364.50

Draft stipulation to dismiss the Woodward adversary proceeding and associated order
**Avoidance Action Analysis(B180)**

09/26/16    Delaney Michael T.                 405.00      0.40      162.00

Correspond with Messrs. Kasolas and Layden regarding the Sonic Manufacturing fraudulent transfer
complaint
**Pleadings(L210)**

09/26/16    Delaney Michael T.                 405.00      2.90      1,174.50

Finalize and prepare the complaint against Sonic Manufacturing regarding potential fraudulent transfer and
associated exhibits for filing
**Pleadings(L210)**

09/26/16    Farivar, Fahim                     380.00      0.20      76.00

Incorporate comments of Ms. McDow into the Omnibus Status Report on claims objections, the supporting
exhibits and the proposed order thereon, and correspondence to Mr. Layden regarding the same.
**Claims Administration and Objections(B310)**

09/26/16    Lane Deanna L                      250.00      1.80      450.00

Identify and locate documents to be produced to Uniquify, and email same to opposing counsel
**Avoidance Action Analysis(B180)**

09/26/16    Layden Andrew V.                   325.00      0.70      227.50

Finalize Sonic complaint.
**Pleadings(L210)**

## Baker&Hostetler LLP

Atlanta      Chicago       Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando      Philadelphia  Seattle       Washington, DC

| 09/26/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Revise/finalize stipulation in Uniquify adversary proceeding.
**Other Contested Matters(B190)**

| 09/26/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger, D&O counsel, regarding contact information for Tim Wong in order to conduct deposition of same prior to mediation
**Settlement/Nonbinding ADR(L160)**

| 09/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas regarding Woodward settlement payment and dismissal of adversary proceeding
**Settlement/Nonbinding ADR(L160)**

| 09/27/16 | Delaney Michael T. | 405.00 | 1.50 | 607.50 |

Review relevant documents in preparation of analysis of Uniquify avoidance action and proposed resolution for same
**Avoidance Action Analysis(B180)**

| 09/27/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Ms. McDow and Mr. Layden regarding the Uniquify avoidance action and strategy for resolving the same
**Avoidance Action Analysis(B180)**

| 09/27/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Mr. Kasolas regarding the status of the Gallo claim objection settlement
**Settlement/Nonbinding ADR(L160)**

| 09/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Gallo regarding status of settlement agreement review
**Settlement/Nonbinding ADR(L160)**

| 09/27/16 | Layden Andrew V. | 325.00 | 1.20 | 390.00 |

Analyze Trust's likelihood of success in Uniquify adversary proceeding in order to identify appropriate range for settlement.
**Other Contested Matters(B190)**

| 09/27/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Telephone call with Uniquify's counsel regarding status of case and strategy moving forward.
**Avoidance Action Analysis(B180)**

| 09/27/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Telephone call with Trustee regarding Uniquify adversary proceeding.
**Avoidance Action Analysis(B180)**

| 09/27/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Identify potential grounds for amending Uniquify complaint.
**Pleadings(L210)**

**Baker & Hostetler LLP**

Atlanta     Chicago      Cincinnati    Cleveland    Columbus       Costa Mesa    Denver
Houston     Los Angeles  New York      Orlando      Philadelphia   Seattle       Washington, DC

| 09/28/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Layden regarding the discovery plan for the Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 09/28/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Finalize notice of dismissal of Contreras adversary proceeding
**Pleadings(L210)**

| 09/28/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer with Ms. McDow regarding settlement offer and negotiation strategy for Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 09/28/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Review and revise discovery plan for Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 09/28/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Finalize notice of dismissal of Bishop adversary proceeding
**Pleadings(L210)**

| 09/28/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with opposing counsel regarding the discovery plan for Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 09/28/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Draft correspondence regarding status of case to Ms. McDow and Mr. Delaney.
**Avoidance Action Analysis(B180)**

| 09/28/16 | Layden Andrew V. | 325.00 | 2.10 | 682.50 |
|---|---|---|---|---|

Draft Initial Rule 26 Disclosures for Uniquify adversary proceedings
**Other Contested Matters(B190)**

| 09/28/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |
|---|---|---|---|---|

Telephone call with opposing counsel in Uniquify adversary proceeding to formulate discovery plan and conduct good faith conference.
**Other Contested Matters(B190)**

| 09/29/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with creditor, Mr. Richmond, regarding status of bankruptcy case
**Meeting and Communication with Creditors(B150)**

| 09/29/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Mr. Layden regarding the proposed FRCP 26 disclosures
**Other Contested Matters(B190)**

| 09/29/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Review and revise proposed FRCP 26 disclosures
**Other Contested Matters(B190)**

**Baker&Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 09/30/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |

Correspond with Messrs. Layden and Kasolas regarding the results of status conference in Kasolas v. Uniquify adversary proceeding
**Trial and Hearing Attendance(L450)**

| 09/30/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Prepare for and attend status conference in Kasolas v. Uniquify adversary proceeding
**Trial and Hearing Attendance(L450)**

| 09/30/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Finalize Rule 26 disclosure for production before 9/30 hearing.
**Other Contested Matters(B190)**

| 10/03/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Telephone call with Victor Delaglio of Province regarding post-petition payment to Uniquify.
**Avoidance Action Analysis(B180)**

| 10/03/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Correspondence to Trustee, Ms. McDow, and Mr. Delaney regarding result of status conference and manner in which to proceed in light of same.
**Avoidance Action Analysis(B180)**

| 10/04/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Layden regarding potential breach of contract claims against Uniquify and potential global settlement options
**Asset Analysis and Recovery(B120)**

| 10/04/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Draft email update regarding status of Uniquify adversary proceeding to Trustee.
**Avoidance Action Analysis(B180)**

| 10/05/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Analyze potential breach of contract claims against Uniquify and confer with Ms. McDow regarding same.
**Asset Analysis and Recovery(B120)**

| 10/05/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Mr. Kasolas regarding potential breach of contract claims against uniquify.
**Asset Analysis and Recovery(B120)**

| 10/05/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding settlement demand to be made prior to insurance company and confer with Aram Ordubegian regarding same
**Settlement/Nonbinding ADR(L160)**

| 10/06/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer with Mr. Layden regarding Ochoa complaint and status of pending adversary proceedings
**Pleadings(L210)**

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 10/06/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Attend to issues regarding status of preferences case and identify remaining actions necessary to close cases.
**Avoidance Action Analysis(B180)**

| 10/11/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the status of the Perkins Coie claim objection
**Claims Administration and Objections(B310)**

| 10/11/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Kasolas regarding the provisions of the plan and trust agreement pertaining to the authority to pay estate expenses and costs associated with litigation
**Business Operations(B210)**

| 10/11/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review plan and trust agreement regarding authority to pay estate expenses and costs associated with litigation
**Avoidance Action Analysis(B180)**

| 10/11/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Conference call with Todd Roberts, insurance counsel for Eduardo DeCastro, regarding previously taken sworn statements of Eduardo DeCastro and correspondence to/from Mark Felger regarding same
**Settlement/Nonbinding ADR(L160)**

| 10/11/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger and Michael Kasolas regarding mediation dues to be remitted for D&O mediation
**Settlement/Nonbinding ADR(L160)**

| 10/12/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review internal comments regarding global Status Report on Claims Objections.
**Claims Administration and Objections(B310)**

| 10/12/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of Ciara settlement agreement and 9019 motion.
**Settlement/Nonbinding ADR(L160)**

| 10/12/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding Sonic adversary proceeding and identify steps to be taken moving forward.
**Avoidance Action Analysis(B180)**

| 10/12/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |

Conduct additional research regarding international service of Ochoa complaint via Hague Convention.
**Researching Laws(C200)**

| 10/13/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |

Conference calls with and correspondence to/from Eduardo DeCastro regarding potential resolution of preference action
**Avoidance Action Analysis(B180)**

**Baker & Hostetler LLP**

Atlanta    Chicago       Cincinnati    Cleveland    Columbus       Costa Mesa    Denver
Houston    Los Angeles   New York      Orlando      Philadelphia   Seattle       Washington, DC

| 10/13/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to Mark Felger and Michael Kasolas regarding timing for mediation
**Settlement/Nonbinding ADR(L160)**

| 10/13/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |

Conference call with and correspondence to/from Mark Felger regarding strategy for upcoming mediation
**Settlement/Nonbinding ADR(L160)**

| 10/14/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |

Confer with Mr. Layden regarding the status of the Omnibus Status Report on claim objections.
**Claims Administration and Objections(B310)**

| 10/14/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Evaluate strength of claims against Ochoa in light of service costs in Venezuela via Hague Convention.
**Asset Analysis and Recovery(B120)**

| 10/17/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Update Omnibus Status Report on claim objections.
**Claims Administration and Objections(B310)**

| 10/17/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Call with Trustee regarding status of preference cases and claims against Ochoa.
**Asset Analysis and Recovery(B120)**

| 10/18/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Ms. McDow regarding the Ochoa complaint and potential breach of contract claims against Uniquify
**Asset Analysis and Recovery(B120)**

| 10/18/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Review final status report regarding claims objection and confer with Ms. Gaeta regarding the same.
**Claims Administration and Objections(B310)**

| 10/18/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Draft internal email with overall status update and action items moving forward.
**Claims Administration and Objections(B310)**

| 10/18/16 | Layden Andrew V. | 325.00 | 2.20 | 715.00 |

Finalize Omnibus Status Report on claim objections and exhibits in support of same.
**Claims Administration and Objections(B310)**

| 10/18/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review detailed correspondence from Judge Romero regarding mediation procedures and protocols and identify obligations therein to be handled by general counsel
**Settlement/Nonbinding ADR(L160)**

| 10/19/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer with Mr. Layden regarding the claim objection status report and request for entry of default.
**Claims Administration and Objections(B310)**

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 10/19/16 | Lane Deanna L | 250.00 | 2.50 | 625.00 |

Cross-check references in final version of Omnibus Status Report with exhibits in support of same.
**Claims Administration and Objections(B310)**

| 10/19/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Finalize Ochoa Complaint.
**Pleadings(L210)**

| 10/19/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Research proper manner in which to seek clerk's default against DeCastro.
**Avoidance Action Analysis(B180)**

| 10/19/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review final version of comprehensive status report to be filed in claim objection matters and approve same for filing
**Claims Administration and Objections(B310)**

| 10/20/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Mr. Kasolas regarding the status of the post-confirmation adversary proceedings
**Other Contested Matters(B190)**

| 10/20/16 | Farivar, Fahim | 0.00 | 0.00 | 0.00 |

Confer with Ms. Gaeta regarding finalizing the Omnibus Status Report on claims objection.
**Claims Administration and Objections(B310)**

| 10/20/16 | Layden Andrew V. | 325.00 | 3.20 | 1,040.00 |

Draft motion for entry of order relating to Ciara Settlement, declaration in support of same, and order granting same.
**Pleadings(L210)**

| 10/21/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Review adversary docket and relevant pleadings in preparation for status conference in Kasolas v. DeCastro adversary proceeding
**Trial and Hearing Attendance(L450)**

| 10/21/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Prepare for and attend status conference in Kasolas v. DeCastro adversary proceeding
**Trial and Hearing Attendance(L450)**

| 10/21/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Mr. Layden regarding Kasolas v. DeCastro adversary proceeding in preparation for status conference
**Trial and Hearing Attendance(L450)**

| 10/21/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |

Draft notice of continued status conference and deadline to respond to complaint for DeCastro adversary proceeding.
**Pleadings(L210)**

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 10/21/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Review and revise Notice of Continued Status Conference And Deadline to Respond to Complaint and confer with Michael Delaney regarding same and results of status conference
**Pleadings(L210)**

| 10/21/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |
|---|---|---|---|---|

Review and revise Application for Entry of Order By Default Approving the Liquidating Trustee's Motion To Approve Compromise Of Controversy With Hypertechnologie Ciara, Inc. and approve same for filing
**Pleadings(L210)**

| 10/21/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review and analyze post-confirmation status report for quarter ending September 30, 2016
**Written Motions and Submissions(L430)**

| 10/21/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Mark Felger regarding detailed recitation of conference call with Tim Wong and potential impact of same on settlement strategy
**Settlement/Nonbinding ADR(L160)**

| 10/25/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer and correspond with Mr. Layden regarding the resolution of the Kevin Delporte claim objection
**Claims Administration and Objections(B310)**

| 10/25/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer and correspond with Kevin Delporte regarding claim objection and resolution of the same
**Meeting and Communication with Creditors(B150)**

| 10/25/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Review issues regarding informal responses received to Status Report.
**Analysis/Strategy(L120)**

| 10/26/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review issues regarding filing of Ochoa Complaint.
**Pleadings(L210)**

| 10/26/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Review Rule 26 disclosures in Uniquify adversary and identify timing for discovery under scheduling order.
**Avoidance Action Analysis(B180)**

| 10/28/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review Withdrawal of Claim filed by City and County of San Francisco Tax Collector and ensure internal records regarding claim pool reflect same
**Claims Administration and Objections(B310)**

| 10/28/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Confer with Eduardo DeCastro regarding recent order issued by Court with respect to preference complaint filed by liquidating trustee, and potential (global) resolution relating to same
**Avoidance Action Analysis(B180)**

# Baker & Hostetler LLP

Case: 14-30725   Doc# 333-1   Filed: 02/09/17   Entered: 02/09/17 17:26:43   Page 90 of 122

Michael Kasolas, Liquidating Trustee

| | | Invoice Date: | 02/07/17 |
|---|---|---|---|
| | | Invoice Number: | 50344417 |
| | | Matter Number: | 107945.000001 |
| | | | Page 90 |

| 10/31/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Douglas Trowbridge regarding status of bankruptcy case and claim objection
**Meeting and Communication with Creditors(B150)**

| 10/31/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Pryor regarding status of bankruptcy case and claim objection
**Meeting and Communication with Creditors(B150)**

| 10/31/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Don Crain regarding the claim objection and necessary documentation
**Meeting and Communication with Creditors(B150)**

| 10/31/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Mark Felger, D&O counsel, regarding allocation of responsibilities with respect to mediation briefs to be prepared and submitted
**Settlement/Nonbinding ADR(L160)**

| 11/01/16 | Farivar, Fahim | 380.00 | 0.10 | 38.00 |
|---|---|---|---|---|

Review Mr. Alonso's email regarding the claim objection and follow correspondence to him and Layden regarding the same.
**Claims Administration and Objections(B310)**

| 11/01/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |
|---|---|---|---|---|

Review Rule 26 disclosures from Uniquify and pleadings in case and draft discovery request to Uniquify.
**Other Contested Matters(B190)**

| 11/01/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |
|---|---|---|---|---|

Conference call with Mark Felger, D&O counsel, regarding tactics for upcoming mediation
**Settlement/Nonbinding ADR(L160)**

| 11/03/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Layden regarding the proposed requests for production for Uniquify adversary proceeding
**Written Discovery(L310)**

| 11/03/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Layden regarding the objection to Crain proof of claim
**Claims Administration and Objections(B310)**

| 11/03/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Begin revising the proposed requests for production for Uniquify adversary proceeding
**Written Discovery(L310)**

| 11/03/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Correspond with Messrs. Layden and Kasolas regarding the withdrawal of the City and County of San Francisco Tax Collector Claim
**Claims Administration and Objections(B310)**

Baker&Hostetler LLP

Case: 14-30725 Doc# 833-1 Filed: 02/24/17 Entered: 02/09/17 17:26:43 Page 91 of 122

| 11/03/16 | Delaney Michael T. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

Review the withdrawal of the City and County of San Francisco Tax Collector Claim
**Claims Administration and Objections(B310)**

| 11/03/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |
|---|---|---|---|---|

Continue drafting and finalize discovery request to Uniquify and draft email to Mr. Delaney explaining basis for same and recommendation to serve.
**Other Contested Matters(B190)**

| 11/03/16 | McDow Ashley M. | 550.00 | 1.40 | 770.00 |
|---|---|---|---|---|

Correspondence to/from and conference calls with Mark Felger regarding strategy and approach for upcoming mediation
**Settlement/Nonbinding ADR(L160)**

| 11/04/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Review issues regarding potential settlement of Uniquify adversary proceeding and correspondence with Trustee regarding same.
**Other Contested Matters(B190)**

| 11/04/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |
|---|---|---|---|---|

Correspondence by and among client and Mark Felger regarding amended D&O complaint and upcoming mediation and conference call with Mark Felger regarding same
**Settlement/Nonbinding ADR(L160)**

| 11/04/16 | McDow Ashley M. | 550.00 | 1.30 | 715.00 |
|---|---|---|---|---|

Review revised D&O complaint (and attachments thereto) and correspondence to mediator to be submitted prior to mediation and correspondence to/from Mark Felger regarding potential modifications to be made to same
**Settlement/Nonbinding ADR(L160)**

| 11/07/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Ms. McDow regarding the revised requests for production of documents for Uniquify adversary
**Written Discovery(L310)**

| 11/07/16 | Delaney Michael T. | 405.00 | 1.10 | 445.50 |
|---|---|---|---|---|

Continue reviewing and revising request for production of documents for Uniquify adversary
**Written Discovery(L310)**

| 11/07/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Ms. McDow and Mr. Layden regarding the proposed settlement of the Uniquify avoidance action
**Avoidance Action Analysis(B180)**

| 11/07/16 | Johns, Susan M. | 210.00 | 0.70 | 147.00 |
|---|---|---|---|---|

Research whether a breach of contract claim must be joined with a claim for preferential transfer.
**Researching Laws(C200)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/07/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Review Sonic's Answer and Affirmative Defenses, and draft overall status internal memo for reference.
**Other Contested Matters(B190)**

| 11/07/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Review issues regarding and draft email to Sonic's counsel regarding Rule 26 disclosures and discovery plan.
**Other Contested Matters(B190)**

| 11/07/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence by and among client, Michael Delaney and Andrew Layden regarding potential impact of dismissal of Uniquify avoidance action on any potential breach of contract action to be brought
**Asset Analysis and Recovery(B120)**

| 11/08/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas regarding proposed revisions to the Gallo settlement agreement
**Claims Administration and Objections(B310)**

| 11/08/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Review the proposed revisions to the Gallo claimant settlement agreement and incorporate acceptable provisions into amended settlement agreement
**Claims Administration and Objections(B310)**

| 11/08/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Review settlement agreement and claim calculation table in preparation of correspondence to Mr. Gallo regarding the status of settlement agreement for claim objections and revisions thereto as well as the calculations of the allowed
**Claims Administration and Objections(B310)**

| 11/08/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Correspond with Mr. Gallo regarding status of settlement agreement for claim objections and revisions thereto as well as the calculations of the allowed claims.
**Claims Administration and Objections(B310)**

| 11/08/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Confer and correspond with Mr. Layden regarding the status of the adversary proceedings and claim objections and steps for concluding the administration of the bankruptcy estate
**Case Administration(B110)**

| 11/08/16 | Farivar, Fahim | 380.00 | 0.50 | 190.00 |

Compile documents and assist with preparation for the mediation of the D&O claims, including prepare analysis of outstanding claims, and confer with Ms. McDow and Mr. Feldger regarding the same.
**Case Administration(B110)**

| 11/08/16 | Johns, Susan M. | 210.00 | 3.70 | 777.00 |

Continue researching whether a breach of contract action must be joined with a preferential transfer action.
**Researching Laws(C200)**

# Baker & Hostetler LLP

Atlanta      Chicago       Cincinnati   Cleveland   Columbus       Costa Mesa   Denver
Houston      Los Angeles   New York     Orlando     Philadelphia   Seattle      Washington, DC

| 11/08/16 | McDow Ashley M. | 550.00 | 0.90 | 495.00 |
|---|---|---|---|---|

Conference call with and correspondence to/from Mark Felger, D&O counsel, regarding correspondence received from Judge Romero regarding additional information requested and confer with Fahim Farivar and Sonia Gaeta regarding compilation of same
**Asset Analysis and Recovery(B120)**

| 11/09/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Ms. McDow regarding the research relating to the assertion of mandatory claims in a single action in furtherance of the analysis of potential breach of contract claims against Uniquify
**Researching Laws(C200)**

| 11/09/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |
|---|---|---|---|---|

Review research regarding the assertion of mandatory claims in a single action in furtherance of the analysis of potential breach of contract claims against Uniquify
**Researching Laws(C200)**

| 11/09/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Ms. McDow and Mr. Kasolas regarding evidence and documentation for mediation
**Settlement/Nonbinding ADR(L160)**

| 11/09/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the proposed revisions to the Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

| 11/09/16 | Layden Andrew V. | 325.00 | 1.00 | 325.00 |
|---|---|---|---|---|

Telephone call with Mike Delaney regarding status of all outstanding cases and revise list of action items accordingly.
**Analysis/Strategy(L120)**

| 11/09/16 | McDow Ashley M. | 550.00 | 9.80 | 5,390.00 |
|---|---|---|---|---|

Travel to and prepare for mediation of D&O claims
**Settlement/Nonbinding ADR(L160)**

| 11/10/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Gallo regarding the proposed revisions to the claim objection settlement agreement
**Claims Administration and Objections(B310)**

| 11/10/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Review docket and salient documents in preparation of correspondence to Ms. McDow regarding matters raised in the mediation
**Settlement/Nonbinding ADR(L160)**

| 11/10/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow and Messrs. Kasolas and Layden regarding matters related to mediation and the status of the avoidance actions and claim objections
**Case Administration(B110)**

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 11/10/16 | McDow Ashley M. | 550.00 | 8.30 | 4,565.00 |

Attend mediation for D&O claims
**Settlement/Nonbinding ADR(L160)**

| 11/11/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Telephone call with creditor regarding status of claim objection and review backup from creditor.
**Other Contested Matters(B190)**

| 11/11/16 | McDow Ashley M. | 550.00 | 5.60 | 3,080.00 |

Travel from mediation of D&O claims
**Settlement/Nonbinding ADR(L160)**

| 11/14/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Kasolas regarding the Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

| 11/14/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Layden regarding the status of the Sonic Mfg adversary in preparation for status conference
**Avoidance Action Analysis(B180)**

| 11/14/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |

Conference call with Mark Felger regarding specifics surrounding Province retention and payment to same
**Claims Administration and Objections(B310)**

| 11/14/16 | McDow Ashley M. | 550.00 | 3.40 | 1,870.00 |

Review and revise invoices from April 19, 2016 through September 16, 2016 in order to prepare First Interim Fee Application
**Fee - Employment Application(B160)**

| 11/14/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Review and analyze Defendant Sonic Manufacturing Technologies Answer to Plaintiff's Complaint and assess manner in which to handle same based upon recent settlement of D&O claims
**Avoidance Action Analysis(B180)**

| 11/15/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |

Confer with Mr. Kasolas regarding Gallo claim objection settlement, settlement of D&O Claims and the De Castro and Uniquify adversary proceedings, and revisions to future settlement agreements to account for terms of D&O settlement
**Case Administration(B110)**

| 11/15/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Finalize settlement agreement for Gallo claim objections
**Claims Administration and Objections(B310)**

| 11/15/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Mr. Layden regarding revisions to future settlement agreements to account for terms of D&O settlement
**Settlement/Nonbinding ADR(L160)**

Baker&Hostetler LLP

| 11/15/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding status of Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

| 11/15/16 | Lane Deanna L | 250.00 | 0.40 | 100.00 |
|---|---|---|---|---|

Prepare document production in the Hashfast v. Sonic adversary matter.
**Case Administration(B110)**

| 11/15/16 | Lane Deanna L | 250.00 | 0.40 | 100.00 |
|---|---|---|---|---|

Draft requests for production RTP in the Hashfast v. Sonic adversary matter.
**Case Administration(B110)**

| 11/15/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Call with Michael Delaney regarding status of adversary proceedings and D&O mediation result.
**Case Administration(B110)**

| 11/15/16 | Layden Andrew V. | 325.00 | 1.10 | 357.50 |
|---|---|---|---|---|

Draft Rule 26 Disclosures for Sonic Adversary proceeding.
**Case Administration(B110)**

| 11/15/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |
|---|---|---|---|---|

Draft and circulate settlement agreement between Trust and Uniquify.
**Settlement/Nonbinding ADR(L160)**

| 11/15/16 | Layden Andrew V. | 325.00 | 1.60 | 520.00 |
|---|---|---|---|---|

Draft Joint Status Conference Statement for Sonic adversary.
**Pleadings(L210)**

| 11/15/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding manner in which to proceed with respect to Province claim in light of analysis conducted by Mark Felger
**Fee - Employment Application(B160)**

| 11/15/16 | McDow Ashley M. | 550.00 | 1.60 | 880.00 |
|---|---|---|---|---|

Review and revise invoices from September 17, 2016 through October 31, 2016 in order to prepare First Interim Fee Application
**Fee - Employment Application(B160)**

| 11/15/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence by and among Mark Felger and Michael Kasolas regarding manner in which to proceed with respect to Province claim in light of analysis conducted by Mark Felger
**Fee - Employment Application(B160)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the revised Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 533-1    Filed: 02/09/17    Entered: 02/09/17 17:26:43    Page 96 of 122

| 11/16/16 | Delaney Michael T. | 405.00 | 1.40 | 567.00 |

Continue revising Gallo claim objection settlement agreement to incorporate further revisions requested by Mr. Gallo and the trustee
**Claims Administration and Objections(B310)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden and Ms. McDow regarding the continuation of status conference in Kasolas v. Sonic Mfg adversary proceeding and impact of the same on status report and discovery schedule
**Case Administration(B110)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Review order continuing status conference in Kasolas v. Sonic Mfg adversary proceeding
**Avoidance Action Analysis(B180)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review and revise status report and discovery plan for Sonic adversary proceeding
**Case Administration(B110)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |

Review and revise settlement agreement for Uniquify adversary proceeding
**Settlement/Nonbinding ADR(L160)**

| 11/16/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Layden regarding the settlement agreement for Uniquify adversary proceeding and status report and discovery plan for Sonic adversary proceeding
**Avoidance Action Analysis(B180)**

| 11/16/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review issues regarding status of Sonic adversary proceeding and necessary action items moving forward.
**Case Administration(B110)**

| 11/16/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |

Review correspondence from Court to determine whether action necessary re: compliance with Bankruptcy Local Rule 9040-3 and draft email to Ms. Gaeta.
**Case Administration(B110)**

| 11/16/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review Order Changing Date of Hearing for Kasolas vs. Sonic adversary proceeding and ensure dates therein are calendered
**Avoidance Action Analysis(B180)**

| 11/16/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Michael Kasolas regarding settlement of Province claim
**Claims Administration and Objections(B310)**

| 11/16/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |

Conference calls with Mark Felger regarding settlement discussions with Peter Kravitz on behalf of Province
**Claims Administration and Objections(B310)**

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

11/17/16     Delaney Michael T.                    405.00          0.10          40.50
Correspond with Mr. Kasolas regarding the Ciara preference action settlement payment
**Settlement/Nonbinding ADR(L160)**

11/17/16     Delaney Michael T.                    405.00          1.00          405.00
Finalize settlement agreement for Uniquify preference action
**Settlement/Nonbinding ADR(L160)**

11/17/16     Delaney Michael T.                    405.00          0.30          121.50
Confer and correspond with Ms. McDow regarding the proposed Uniquify settlement agreement and
additional revisions thereto
**Settlement/Nonbinding ADR(L160)**

11/17/16     Delaney Michael T.                    405.00          0.30          121.50
Confer and correspond with Mr. Kasolas and Ms. McDow regarding the Gallo claim objection settlement
agreement
**Claims Administration and Objections(B310)**

11/17/16     McDow Ashley M.                       550.00          0.30          165.00
Conference call with Mark Felger regarding proposed modifications to settlement agreement between
Province and the Trust
**Settlement/Nonbinding ADR(L160)**

11/17/16     McDow Ashley M.                       550.00          0.40          220.00
Review and revise Confidential Settlement Agreement Between the Trust and Uniquify and confer with
Michael Delaney regarding modifications to be made to same
**Settlement/Nonbinding ADR(L160)**

11/17/16     McDow Ashley M.                       550.00          0.30          165.00
Review and revise Stipulation Between Province and Trust Resolving Administrative Claim and
correspondence to/from Mark Felger and Trustee regarding suggested modifications to be made to same
**Settlement/Nonbinding ADR(L160)**

11/18/16     Delaney Michael T.                    405.00          0.30          121.50
Research regarding procedures for submitting final fee applications in ND Cal Bankruptcy Court
**Researching Laws(C200)**

11/18/16     Delaney Michael T.                    405.00          0.40          162.00
Correspond with opposing counsel regarding the Gallo claim objections settlement agreement
**Claims Administration and Objections(B310)**

11/18/16     Delaney Michael T.                    405.00          0.10          40.50
Confer with Ms. McDow regarding the proposed revisions to the Gallo claim objections settlement
agreement
**Claims Administration and Objections(B310)**

11/18/16     Layden Andrew V.                      325.00          0.50          162.50
Draft email to Trustee regarding status of Sonic adversary proceeding and potential settlement structure.
**Avoidance Action Analysis(B180)**

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

| 11/18/16 | Layden Andrew V. | 325.00 | 1.60 | 520.00 |

Analyze documents sent by Sonic in support of its position to determine potential value of Trustee's claims.
**Analysis/Strategy(L120)**

| 11/18/16 | McDow Ashley M. | 550.00 | 1.20 | 660.00 |

Conference call with Mark Felger regarding additional revisions proposed to Stipulation Between Province and Trust Resolving Administrative Claim by Province and manner in which to proceed with respect to Katten Muchin, particularly in light of First Interim Fee Application, plan of reorganization and confirmation order
**Claims Administration and Objections(B310)**

| 11/18/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Conference call with client regarding most recent round of revisions to Province settlement agreement and manner in which to proceed with respect to Katten
**Claims Administration and Objections(B310)**

| 11/21/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Send email to Mike Delaney and Ashley McDow regarding status of Sonic adversary proceeding.
**Avoidance Action Analysis(B180)**

| 11/21/16 | Layden Andrew V. | 0.00 | 0.00 | 0.00 |

Review current status of Status Report and Request for Order and applicable local rules.
**Case Administration(B110)**

| 11/21/16 | Layden Andrew V. | 325.00 | 1.20 | 390.00 |

Review information submitted by multiple creditors substantiating their claims and draft emails to each creditor regarding same.
**Claims Administration and Objections(B310)**

| 11/21/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Review Uniquify's proposed changes to Settlement Agreement.
**Settlement/Nonbinding ADR(L160)**

| 11/21/16 | Layden Andrew V. | 325.00 | 1.50 | 487.50 |

Draft Supplement to Status Report and proposed order for same.
**Pleadings(L210)**

| 11/21/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to/from Mark Felger regarding execution of settlement agreement between Trustee and Province and manner in which to proceed with respect to Katten Muchin
**Claims Administration and Objections(B310)**

| 11/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Mr. Layden regarding the joint status report for Sonic adversary proceeding
**Case Administration(B110)**

| 11/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Review and revise status report for Sonic adversary proceeding
**Pleadings(L210)**

## Baker&Hostetler LLP

Case: 14-30725   Doc# 833-1   Filed: 02/09/17   Entered: 02/09/17 17:26:43   Page 99 of 122

| 11/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with counsel for the Gallo creditors regarding the stipulation to resolve the objections to their proofs of claim
**Claims Administration and Objections(B310)**

| 11/22/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Review issues regarding Uniquify adversary proceeding and potential settlement of same.
**Avoidance Action Analysis(B180)**

| 11/22/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Telephone conference with Ms. McDow regarding status of preference actions, objections to claims and D&O settlement action.
**Case Administration(B110)**

| 11/22/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Revise Joint Status Report for Sonic adversary proceeding and circulate to opposing counsel for signature.
**Pleadings(L210)**

| 11/22/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Conference call with Andrew Layden regarding manner in which to proceed with respect to terms of Uniquify settlement, DeCastro avoidance action, Guido Ochoa complaint, and World Electronics
**Settlement/Nonbinding ADR(L160)**

| 11/22/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |

Conference call with Mark Felger regarding specifics of First Interim Fee Application filed by Katten and manner in which to proceed with respect to same
**Claims Administration and Objections(B310)**

| 11/22/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |

Review and analyze First Interim Application for Compensation and Reimbursement Of Expenses Of Counsel To The Debtor of Katten Muchin in preparation for conference call with Mark Felger to discuss manner in which to proceed with respect to purported claim of same
**Claims Administration and Objections(B310)**

| 11/23/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Ms. McDow regarding the preparation of a notice of deadline to seek allowance of administrative claims and to file applications for the allowance of pre-confirmation fees
**Claims Administration and Objections(B310)**

| 11/23/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer and correspond with Mr. Layden regarding the FRCP 26 initial disclosures and discovery requests for Sonic adversary
**Case Administration(B110)**

| 11/23/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Review plan, confirmation order and trust agreement to determine procedure for approval of pre- and post-confirmation administrative claims
**Claims Administration and Objections(B310)**

Baker & Hostetler LLP

| 11/23/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |

Conference call with Mark Felger, D&O counsel, regarding proposed modifications to the 9019 motion to approve compromise between the Trust and the directors and officers
**Settlement/Nonbinding ADR(L160)**

| 11/23/16 | McDow Ashley M. | 550.00 | 0.90 | 495.00 |

Review and revise Motion for Approval of Compromise of Controversy With Certain Former Directors And Officers Of The Debtors and correspondence to/from Mark Felger and client regarding same
**Case Administration(B110)**

| 11/28/16 | Lane Deanna L | 250.00 | 1.50 | 375.00 |

Revise the updated status report with information provided by Mr. Layden; updating multiple exhibits to the updated status report to indicate trustee's action and additional withdrawn objections
**Claims Administration and Objections(B310)**

| 11/28/16 | Layden Andrew V. | 325.00 | 0.50 | 162.50 |

Review necessary changes to finalize Supplement to Status Report with Ms. Lane.
**Pleadings(L210)**

| 11/28/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Follow-up correspondence to special D&O counsel regarding modifications to be made to settlement agreement and 9019 motion
**Settlement/Nonbinding ADR(L160)**

| 11/28/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |

Review and revise Settlement Agreement between Trustee and Scottsdale Insurance in preparation for conference call with Mark Felger, special counsel
**Settlement/Nonbinding ADR(L160)**

| 11/28/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |

Conference call with special counsel regarding modifications to be proposed to settlement agreement drafted by Scottsdale Insurance and additional modifications to be made to motion to approve same
**Settlement/Nonbinding ADR(L160)**

| 11/28/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review and further revise revised Motion to Approve Compromise between Trust and Scottsdale Insurance in preparation for conference call with Mark Felger, special counsel
**Settlement/Nonbinding ADR(L160)**

| 11/29/16 | Delaney Michael T. | 405.00 | 1.40 | 567.00 |

Draft motion to set bar date for pre-confirmation administrative claims
**Pleadings(L210)**

| 11/29/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Confer and correspond with Ms. McDow and co-counsel regarding application for admission pro hac vice
**Case Administration(B110)**

# Baker&Hostetler LLP

Case: 14-30725   Doc# 633-1   Filed: 02/07/17   Entered: 02/07/17 17:26:45   Page 101 of 122

| 11/29/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Review and revise further revised Motion to Approve Compromise Between Trustee and Scottsdale Insurance and correspondence to/from special counsel and client regarding same
**Settlement/Nonbinding ADR(L160)**

| 11/29/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |

Review further revised Settlement Agreement between Trustee and Scottsdale Insurance and correspondence to/from special counsel and client regarding "final" modifications to be made to same
**Settlement/Nonbinding ADR(L160)**

| 11/30/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer and correspond with Ms. McDow and Mr. Kasolas regarding the motion to set pre-confirmation administrative claims bar date
**Claims Administration and Objections(B310)**

| 11/30/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Finalize notice of motion and motion to set administrative claims bar date
**Claims Administration and Objections(B310)**

| 11/30/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Confer with Ms. McDow regarding the preparation of a status report for De Castro adversary to inform the court of the proposed settlement and disposition of the action
**Avoidance Action Analysis(B180)**

| 11/30/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review and revise Notice of Motion to Set Administrative Claims Bar Date and confer with Michael Delaney regarding same, particularly in light of language contained in plan
**Claims Administration and Objections(B310)**

| 12/01/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Ms. McDow and Mr. Kasolas regarding the status report for De Castro adversary proceeding and motion to set administrative claims bar date
**Pleadings(L210)**

| 12/01/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Draft status report for De Castro adversary proceeding
**Pleadings(L210)**

| 12/01/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Draft Request for Production to Sonic.
**Written Discovery(L310)**

| 12/01/16 | Layden Andrew V. | 325.00 | 0.60 | 195.00 |

Review issues regarding potential cause of action against World Electronics and collect and send documents relating to same to Ms. McDow.
**Asset Analysis and Recovery(B120)**

## Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 12/01/16 | Layden Andrew V. | 325.00 | 0.90 | 292.50 |

Revise and finalize Supplement to Status Report on 7 Omnibus Objections to Claims and draft email to Mr. Delaney regarding same.
**Claims Administration and Objections(B310)**

| 12/01/16 | Layden Andrew V. | 0.00 | 0.90 | 0.00 |

Draft Status Report for Hashfast v. DeCastro adversary proceeding and draft email to Mr. Delaney regarding same.
**Pleadings(L210)**

| 12/01/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review and revise Status Report to be filed in DeCastro adversary proceeding and confer with Michael Delaney and Mark Felger regarding modifications to be made to same
**Pleadings(L210)**

| 12/01/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order Changing Hearing Time of Status Conference in DeCastro adversary proceeding and ensure continued time is recorded internally
**Case Administration(B110)**

| 12/02/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer with Mr. Kasolas regarding status of claim objections and preparation of claims analysis for distributions
**Claims Administration and Objections(B310)**

| 12/02/16 | Layden Andrew V. | 325.00 | 1.00 | 325.00 |

Two telephone conferences with Michael Kasolas regarding status of open items and update action items list accordingly.
**Case Administration(B110)**

| 12/02/16 | Layden Andrew V. | 325.00 | 0.70 | 227.50 |

Re-draft Uniquify Settlement Agreement and draft email to Uniquify's counsel regarding same.
**Settlement/Nonbinding ADR(L160)**

| 12/02/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Conference call with Andrew Layden regarding manner in which to proceed with respect to modifying settlement agreement with Uniquify in light of recent global resolution of various claims, including D&O
**Settlement/Nonbinding ADR(L160)**

| 12/02/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Correspondence to/from Mark Felger, special counsel, regarding conference call with client to finalize D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/06/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with Mr. Layden regarding the Sonic settlement proposal
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Case: 14-30725    Doc# 833-1    Filed: 02/07/17    Entered: 02/07/17 17:26:45    Page 103 of 122

| 12/06/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer and correspond with Messrs. Farivar and Layden regarding the preparation of a claims table for distributions
**Claims Administration and Objections(B310)**

| 12/06/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Kasolas regarding estate tax returns
**Tax Issues(B240)**

| 12/06/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Aram Ordubegian, counsel for Scottsdale, regarding status of settlement agreement and correspondence to/from client and Mark Felger regarding same
**Settlement/Nonbinding ADR(L160)**

| 12/07/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |
|---|---|---|---|---|

Review and finalize revised settlement agreement with Gallo creditors regarding claim objections
**Settlement/Nonbinding ADR(L160)**

| 12/07/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with creditor Rick Rooney regarding status of bankruptcy case and potential for distributions
**Meeting and Communication with Creditors(B150)**

| 12/07/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Kasolas regarding the revised settlement agreement with Gallo creditors resolving the claim objections and Sonic settlement proposal
**Settlement/Nonbinding ADR(L160)**

| 12/07/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Confer with Ms. McDow and Mr. Layden regarding the status of the Sonic settlement and claim objections
**Settlement/Nonbinding ADR(L160)**

| 12/07/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with opposing counsel regarding the settlement agreement for Gallo claim objections
**Settlement/Nonbinding ADR(L160)**

| 12/07/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |
|---|---|---|---|---|

Draft email to Trustee regarding path moving forward in Sonic adversary proceeding.
**Avoidance Action Analysis(B180)**

| 12/07/16 | Layden Andrew V. | 325.00 | 0.40 | 130.00 |
|---|---|---|---|---|

Revise Supplemental Status Report and draft email to Mr. Delaney regarding same.
**Pleadings(L210)**

| 12/07/16 | Layden Andrew V. | 0.00 | 0.50 | 0.00 |
|---|---|---|---|---|

Review issues regarding status of all outstanding matters and update action items list accordingly.
**Case Administration(B110)**

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 533-1    Filed: 02/01/18    Entered: 02/07/18 17:26:45    Page 104 of 122

| 12/07/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review correspondence received from Dylan Hill, creditor, regarding response to motion to disallow claim and assess need to file responsive pleading based on untimeliness of same
**Claims Administration and Objections(B310)**

| 12/09/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |

Correspond with opposing counsel regarding settlement agreement for Gallo claim objections
**Settlement/Nonbinding ADR(L160)**

| 12/09/16 | Delaney Michael T. | 0.00 | 0.20 | 0.00 |

Confer with Mr. Layden regarding the Sonic adversary and strategy for prosecuting the same
**Avoidance Action Analysis(B180)**

| 12/09/16 | Layden Andrew V. | 325.00 | 0.10 | 32.50 |

Telephone call with Delaney regarding status of Sonic case and strategy moving forward.
**Avoidance Action Analysis(B180)**

| 12/09/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Telephone call with Sonic's counsel regarding status of case.
**Avoidance Action Analysis(B180)**

| 12/09/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |

Review changes proposed to settlement by individual insureds and conference call with Mark Felger, special counsel, regarding same
**Settlement/Nonbinding ADR(L160)**

| 12/12/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |

Conference call with special counsel, Mark Felger, and client, regarding inclusion of most recent additions proposed by individual insureds
**Settlement/Nonbinding ADR(L160)**

| 12/13/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |

Correspond with Mr. Kasolas regarding the status of the Uniquify adversary and potential dismissal thereof in light of the settlement agreement
**Avoidance Action Analysis(B180)**

| 12/13/16 | Layden Andrew V. | 325.00 | 0.20 | 65.00 |

Review issues regarding and draft update email to Trustee and others on Sonic litigation.
**Avoidance Action Analysis(B180)**

| 12/13/16 | Layden Andrew V. | 325.00 | 0.80 | 260.00 |

Revise Settlement Agreement in accordance with correspondence with Uniquify's counsel.
**Settlement/Nonbinding ADR(L160)**

| 12/13/16 | Layden Andrew V. | 325.00 | 0.30 | 97.50 |

Correspondence with opposing counsel (Uniquify) regarding upcoming status conference and documenting settlement.
**Settlement/Nonbinding ADR(L160)**

Baker & Hostetler LLP

Atlanta       Chicago       Cincinnati     Cleveland     Columbus      Costa Mesa    Denver
Houston       Los Angeles   New York       Orlando       Philadelphia  Seattle       Washington, DC

| 12/13/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Review settlement agreement by and between the Trust and Uniquify and correspondence to/from Andrew Layden regarding same
**Settlement/Nonbinding ADR(L160)**

| 12/14/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the settlement and dismissal of the Uniquify adversary proceeding
**Settlement/Nonbinding ADR(L160)**

| 12/14/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |
|---|---|---|---|---|

Review settlement agreement further revised by individual insureds and correspondence to/from Mark Felger and client regarding same
**Settlement/Nonbinding ADR(L160)**

| 12/15/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with and correspondence to/from Mark Felger regarding recent discussions with counsel for individual insureds relating to additional language proposed
**Settlement/Nonbinding ADR(L160)**

| 12/16/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow and Mr. Kasolas regarding the dismissal of the Uniquify adversary proceeding
**Avoidance Action Analysis(B180)**

| 12/16/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding the status of the Uniquify, de Castro, and Sonic adversary proceedings
**Avoidance Action Analysis(B180)**

| 12/16/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the status of the D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/16/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |
|---|---|---|---|---|

Prepare for and attend status conference for the Uniquify adversary proceeding
**Trial and Hearing Attendance(L450)**

| 12/16/16 | Layden Andrew V. | 325.00 | 1.30 | 422.50 |
|---|---|---|---|---|

Review issues regarding status of adversary proceedings in advance of the 12/16 status conferences and draft two summary emails regarding same to Trustee, Mr. Delaney and Ms. McDow.
**Avoidance Action Analysis(B180)**

| 12/16/16 | McDow Ashley M. | 550.00 | 0.70 | 385.00 |
|---|---|---|---|---|

Prepare for and telephonically attend status conferences in Sonic and DeCastro adversary proceedings
**Trial and Hearing Attendance(L450)**

| 12/16/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Confer with Michael Delaney in preparation for, and regarding results of, status conference(s)
**Trial and Hearing Attendance(L450)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | | | |
|---|---|---|---|---|
| 12/16/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |

Correspondence to client regarding results of status conferences in Sonic and DeCastro adversary proceedings
**Trial and Hearing Attendance(L450)**

| | | | | |
|---|---|---|---|---|
| 12/19/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |

Confer and correspond with Ms. McDow regarding preparation of notice of intent to pay professional fees and procedure for the same under the plan
**Fee - Employment Application(B160)**

| | | | | |
|---|---|---|---|---|
| 12/19/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review correspondence from counsel for Scottsdale regarding additional modifications to be made to settlement agreement and correspondence to Mark Felger regarding same
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 12/19/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |

Review and revise invoices for month of November and confer with Michael Delaney regarding language in plan relating to post-petition administrative fees and content of notice relating to same
**Fee - Employment Application(B160)**

| | | | | |
|---|---|---|---|---|
| 12/19/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |

Review entered Order of Dismissal of Adversary Proceeding in Uniquify matter
**Pleadings(L210)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Confer with Ms. McDow regarding the motion to approve the D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Review the D&O settlement agreement in preparation of the motion to approve the same
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Delaney Michael T. | 405.00 | 1.20 | 486.00 |

Finalize the motion to approve the D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |

Correspond with opposing counsel regarding the Gallo claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |

Draft notice of intent to pay post-confirmation professional fees for Baker & Hostetler LLP
**Fee - Employment Application(B160)**

| | | | | |
|---|---|---|---|---|
| 12/20/16 | McDow Ashley M. | 550.00 | 0.50 | 275.00 |

Correspondence by and among counsel for insureds, special counsel, and counsel for Scottsdale regarding execution copy of settlement agreement and confer with Michael Delaney regarding finalizing 9019 motion and documents in support thereof relating to same
**Settlement/Nonbinding ADR(L160)**

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 12/21/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer with Mr. Layden regarding the Dylan Hall response to the claim objection and how to address the same
**Claims Administration and Objections(B310)**

| 12/21/16 | Delaney Michael T. | 405.00 | 0.80 | 324.00 |
|---|---|---|---|---|

Draft notice of motion to approve D&O settlement
**Settlement/Nonbinding ADR(L160)**

| 12/21/16 | Delaney Michael T. | 405.00 | 0.60 | 243.00 |
|---|---|---|---|---|

Continue finalizing motion to approve D&O settlement
**Settlement/Nonbinding ADR(L160)**

| 12/21/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |
|---|---|---|---|---|

Finalize proposed order granting motion to approve D&O settlement
**Settlement/Nonbinding ADR(L160)**

| 12/21/16 | Delaney Michael T. | 405.00 | 0.90 | 364.50 |
|---|---|---|---|---|

Finalize declaration in support of the motion to approve D&O settlement
**Settlement/Nonbinding ADR(L160)**

| 12/21/16 | Delaney Michael T. | 405.00 | 2.20 | 891.00 |
|---|---|---|---|---|

Continue drafting notice of intent to pay Baker & Hostetler post-confirmation administrative claim
**Fee - Employment Application(B160)**

| 12/21/16 | Layden Andrew V. | 0.00 | 0.30 | 0.00 |
|---|---|---|---|---|

Telephone call with Mr. Delaney regarding Court order on response filed by Dylan Hall and review issues discussed during call.
**Claims Administration and Objections(B310)**

| 12/22/16 | Delaney Michael T. | 405.00 | 2.60 | 1,053.00 |
|---|---|---|---|---|

Continue drafting first notice of post-confirmation compensation for Baker & Hostetler LLP
**Fee - Employment Application(B160)**

| 12/22/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with special counsel regarding the motion to approve the D&O settlement agreement and additional revisions to the same
**Settlement/Nonbinding ADR(L160)**

| 12/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the first notice of post-confirmation compensation for Baker & Hostetler LLP
**Fee - Employment Application(B160)**

| 12/22/16 | Delaney Michael T. | 405.00 | 0.10 | 40.50 |
|---|---|---|---|---|

Correspond with Mr. Kasolas regarding the motion to approve the D&O settlement agreement and supporting documents
**Settlement/Nonbinding ADR(L160)**

Baker&Hostetler LLP

| 12/22/16 | Delaney Michael T. | 405.00 | 0.40 | 162.00 |
|---|---|---|---|---|

Review and incorporate additional revisions to the motion to approve the D&O settlement agreement and supporting documents
**Settlement/Nonbinding ADR(L160)**

| 12/22/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Correspond with Mr. Siddiqui regarding Katten Muchin fee application
**Fee - Employment Application(B160)**

| 12/22/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the additional revisions to the motion to approve the D&O settlement agreement and supporting documents
**Settlement/Nonbinding ADR(L160)**

| 12/22/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Mark Felger regarding manner in which to handle inability to obtain signatures of individual insureds
**Settlement/Nonbinding ADR(L160)**

| 12/23/16 | Delaney Michael T. | 405.00 | 0.70 | 283.50 |
|---|---|---|---|---|

Draft request for entry of order by default for order granting motion to set administrative claims bar date
**Claims Administration and Objections(B310)**

| 12/23/16 | Delaney Michael T. | 405.00 | 0.50 | 202.50 |
|---|---|---|---|---|

Draft order approving motion to set administrative claims bar date
**Claims Administration and Objections(B310)**

| 12/23/16 | Delaney Michael T. | 405.00 | 0.30 | 121.50 |
|---|---|---|---|---|

Confer and correspond with Mr. Kasolas regarding the proposed order for motion to set administrative claims bar date
**Claims Administration and Objections(B310)**

| 12/23/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer with Ms. McDow regarding the implications of D&O settlement on the timing for the payment of claims
**Case Administration(B110)**

| 12/23/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review and revise Order Granting Motion to Set Administrative Claims Bar Date and confer with Michael Delaney regarding modifications to be made to same
**Claims Administration and Objections(B310)**

| 12/23/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Eduardo DeCastro regarding status of D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/23/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Conference call with Michael Kasolas regarding recent discussions with Eduardo DeCastro and most appropriate manner in which to proceed in light of same

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Settlement/Nonbinding ADR(L160)**

| 12/23/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review Request for Entry of Default and Declaration of Default Regarding Motion to Set Administrative Claim Bar Date and confer with Michael Delaney regarding same
**Claims Administration and Objections(B310)**

| 12/23/16 | McDow Ashley M. | 550.00 | 0.80 | 440.00 |
|---|---|---|---|---|

Conference call with Mark Felger and Michael Kasolas regarding manner in which to handle issues raised by Ray Petrushka
**Settlement/Nonbinding ADR(L160)**

| 12/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with opposing counsel regarding the status of the Gallo creditor claim objection settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/27/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Correspond with Ms. McDow regarding the status of the D&O settlement agreement and motion to approve the same
**Settlement/Nonbinding ADR(L160)**

| 12/27/16 | Delaney Michael T. | 0.00 | 0.20 | 0.00 |
|---|---|---|---|---|

Review order granting motion to set administrative claims bar date
**Claims Administration and Objections(B310)**

| 12/27/16 | McDow Ashley M. | 550.00 | 0.10 | 55.00 |
|---|---|---|---|---|

Review entered Order Granting Motion to Set Administrative Claim Bar Date and ensure no interlineations made by Court
**Claims Administration and Objections(B310)**

| 12/27/16 | McDow Ashley M. | 550.00 | 0.40 | 220.00 |
|---|---|---|---|---|

Review additional changes to settlement agreement for D&O matter in light of position of Petrushka and correspondence to/from Mark Felger and client regarding same
**Settlement/Nonbinding ADR(L160)**

| 12/28/16 | McDow Ashley M. | 550.00 | 0.20 | 110.00 |
|---|---|---|---|---|

Correspondence to/from Pete Siddiqui, former counsel for Debtor, regarding logistics and timing related to fee applications to be filed
**Fee - Employment Application(B160)**

| 12/30/16 | Delaney Michael T. | 405.00 | 0.20 | 81.00 |
|---|---|---|---|---|

Confer and correspond with Ms. McDow regarding the final invoices for Baker & Hostetler LLP notice of intent to pay post-confirmation professional fees and expenses
**Fee - Employment Application(B160)**

| 12/30/16 | McDow Ashley M. | 550.00 | 0.60 | 330.00 |
|---|---|---|---|---|

Conference call with Mark Felger regarding recent discussions with counsel for the insured
**Settlement/Nonbinding ADR(L160)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 12/30/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Conference call with and correspondence to/from Eduardo DeCastro regarding status of review of D&O settlement agreement
**Settlement/Nonbinding ADR(L160)**

| 12/30/16 | McDow Ashley M. | 550.00 | 0.30 | 165.00 |

Review proof of service for Order Setting Administrative Claims Bar Date in order to ensure specific parties were included and correspondence to/from Mark Felger regarding current addresses for Roy Petrushka and Eduardo DeCastro
**Case Administration(B110)**

| 01/03/17 | Delaney Michael T. | 430.00 | 0.10 | 43.00 |

Correspond with opposing counsel regarding status of Gallo creditor claim objection settlement agreement and preparation of motion to approve the same
**Claims Administration and Objections(B310)**

| 01/03/17 | Delaney Michael T. | 430.00 | 0.50 | 215.00 |

Confer with Mr. Kasolas and Ms. McDow regarding Gallo claim objection settlement and inquiry regarding the acquisition of Hashfast intellectual property assets
**Case Administration(B110)**

| 01/03/17 | Delaney Michael T. | 430.00 | 0.20 | 86.00 |

Begin drafting motion to approve the Gallo creditor claim objection settlement agreement
**Pleadings(L210)**

| 01/03/17 | Delaney Michael T. | 430.00 | 0.10 | 43.00 |

Confer with Ms. McDow regarding the treatment of pre-confirmation and post-confirmation administrative claims
**Case Administration(B110)**

| 01/03/17 | McDow Ashley M. | 575.00 | 0.10 | 57.50 |

Correspondence to Pete Siddiqui, former counsel for Debtors, regarding current cash on hand in estate
**Fee - Employment Application(B160)**

| 01/03/17 | McDow Ashley M. | 575.00 | 0.10 | 57.50 |

Correspondence to Eduardo DeCastro regarding James Rodriguez de Castro, potential purchaser of IP
**Asset Analysis and Recovery(B120)**

| 01/03/17 | McDow Ashley M. | 575.00 | 0.20 | 115.00 |

Review correspondence from Bearnedette O'Neil regarding executed settlement documentation and W-9 to be completed and correspondence to/from Michael Kasolas regarding completion of same
**Case Administration(B110)**

| 01/03/17 | McDow Ashley M. | 575.00 | 0.30 | 172.50 |

Correspondence to/from Eduardo DeCastro regarding execution version of settlement agreement and correspondence to/from Mark Felger and Michael Kasolas regarding same
**Settlement/Nonbinding ADR(L160)**

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| 01/03/17 | McDow Ashley M. | 575.00 | 0.20 | 115.00 |

Correspondence to Michael Kasolas regarding current cash on hand for purposes of pre-petition fee application and post-petition Notice of Fees and analyze ledger report
**Fee - Employment Application(B160)**

| 01/03/17 | McDow Ashley M. | 575.00 | 0.50 | 287.50 |

Review Trial Scheduling Order issued in Sonic adversary proceeding, identify obligations and dates therein and ensure same is calendered internally, and correspondence to/from client and Andrew Layden regarding same and strategy for case in light of same
**Other Contested Matters(B190)**

| 01/04/17 | Delaney Michael T. | 430.00 | 2.60 | 1,118.00 |

Continue drafting motion to approve Gallo creditor claim objection settlement agreement
**Pleadings(L210)**

| 01/04/17 | Layden Andrew V. | 340.00 | 0.50 | 170.00 |

Review and circulate relevant Quickbooks entries and draft correspondence regarding same to Ms. McDow.
**Other Contested Matters(B190)**

| 01/04/17 | Layden Andrew V. | 340.00 | 0.40 | 136.00 |

Review issues regarding response to Dylan Hall objection.
**Other Contested Matters(B190)**

| 01/04/17 | Layden Andrew V. | 340.00 | 0.60 | 204.00 |

Prepare for and attend telephone call with regarding Sonic adversary proceeding.
**Other Contested Matters(B190)**

| 01/04/17 | Layden Andrew V. | 340.00 | 0.50 | 170.00 |

Review and circulate multiple summary documents in advance of telephone conference re: Sonic adversary proceeding.
**Other Contested Matters(B190)**

| 01/04/17 | McDow Ashley M. | 575.00 | 0.60 | 345.00 |

Conference call with Michael Kasolas and Andrew Layden regarding facts and circumstances surrounding Sonic adversary proceeding
**Avoidance Action Analysis(B180)**

| 01/04/17 | McDow Ashley M. | 575.00 | 1.90 | 1,092.50 |

Meeting with Eduardo DeCastro regarding D&O settlement agreement, potential action against World Electronics, and potential sale of remaining IP
**Settlement/Nonbinding ADR(L160)**

| 01/05/17 | Delaney Michael T. | 430.00 | 2.70 | 1,161.00 |

Draft response to request filed by Dylan Hall regarding objection to proof of claim
**Claims Administration and Objections(B310)**

| 01/05/17 | Delaney Michael T. | 430.00 | 0.40 | 172.00 |

Finalize the motion to approve the Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

01/05/17     Delaney Michael T.                    430.00         0.10         43.00

Correspond with Mr. Kasolas regarding the motion to approve the Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

01/05/17     Delaney Michael T.                    430.00         0.20         86.00

Correspond with co-counsel regarding revisions to D&O settlement
**Pleadings(L210)**

01/05/17     Delaney Michael T.                    430.00         0.10         43.00

Correspond with Ms. McDow regarding the motion to approve the Gallo claim objection settlement agreement
**Claims Administration and Objections(B310)**

01/05/17     Delaney Michael T.                    430.00         0.60         258.00

Review the proof of claim and amended proof of claim filed by Dylan Hall in preparation of the response to request filed by Dylan Hall regarding objection to proof of claim
**Claims Administration and Objections(B310)**

01/05/17     Delaney Michael T.                    430.00         0.30         129.00

Confer with Mr. Layden in preparation of response to request filed by Dylan Hall relating to the objection to proof of claim
**Claims Administration and Objections(B310)**

01/05/17     Delaney Michael T.                    430.00         0.30         129.00

Confer and correspond with Ms. McDow regarding the response to request filed by Dylan Hall regarding objection to proof of claim
**Claims Administration and Objections(B310)**

01/05/17     Delaney Michael T.                    430.00         0.50         215.00

Research regarding, among other things, the burden of proof for establishing priority under section 507 in preparation of the response to request filed by Dylan Hall regarding objection to proof of claim
**Claims Administration and Objections(B310)**

01/05/17     McDow Ashley M.                       575.00         0.20         115.00

Correspondence to/from counsel for insureds regarding signatures to settlement agreement and correspondence to/from client and Mark Felger, special counsel, regarding same
**Settlement/Nonbinding ADR(L160)**

01/05/17     McDow Ashley M.                       575.00         1.10         632.50

Review and analyze Sonic documents in order to identify likely recovery and correspondence to/from Michael Kasolas regarding same
**Avoidance Action Analysis(B180)**

01/05/17     McDow Ashley M.                       575.00         0.20         115.00

Review and revise Notice of Liquidating Trustee's Intention to Compromise [Gallo] Controversy and correspondence to/from Michael Delaney regarding modifications to be to be made to same
**Settlement/Nonbinding ADR(L160)**

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York       Orlando        Philadelphia   Seattle        Washington, DC

| 01/06/17 | Delaney Michael T. | 430.00 | 0.70 | 301.00 |

Finalize motion to approve D&O settlement agreement
**Pleadings(L210)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.20 | 86.00 |

Correspond with Mr. Kasolas regarding the motion to approve the Gallo creditor settlement agreement
**Claims Administration and Objections(B310)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.30 | 129.00 |

Prepare D&O settlement agreement for filing
**Pleadings(L210)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.60 | 258.00 |

Finalize the declaration of Michael G. Kasolas in support of the motion to approve D&O settlement agreement
**Pleadings(L210)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.40 | 172.00 |

Finalize the notice for the motion to approve D&O settlement agreement
**Pleadings(L210)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.90 | 387.00 |

Finalize and prepare the intent to compromise with Gallo creditors for filing
**Claims Administration and Objections(B310)**

| 01/06/17 | Delaney Michael T. | 430.00 | 0.40 | 172.00 |

Correspond with Messrs. Kasolas and Felger regarding the motion to approve D&O settlement agreement and supporting declaration
**Pleadings(L210)**

| 01/06/17 | McDow Ashley M. | 575.00 | 0.40 | 230.00 |

Review and revise Liquidating Trustee's Response to Request For Consideration of Objection to Claim Filed by Dylan Hall and confer with Michael Delaney regarding modifications to be made to same
**Claims Administration and Objections(B310)**

## Expenses and Other Charges

| 11/03/16 | Document Specialist (E119) ACE ATTORNEY SERVICE, INC. ACE made copies, envelope stuffing, address labels, mail out postage, etc. HASHFAST - STATUS REPORT AND REQUEST; Inv. 38634-01-01 | 2,339.33 |
| 11/17/16 | Document Specialist (E119) ACE ATTORNEY SERVICE, INC. Hashfast - 093044.01 Copies, envelopes, envelope stuffing, addess labels and mail out postage; Inv. 38694-01-01 | 55.28 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Case: 14-30725    Doc# 833-1    Filed: 02/07/17    Entered: 02/07/17 17:26:45    Page 114
of 122

| 12/14/16 | Document Specialist (E119) ACE ATTORNEY SERVICE, INC. Hashfast - Docket 507 Copies, envelopes, envelope stuffing, address labels, return address labels, mail out postage and advance fee.; Inv. 38978-01-01 | 966.62 |
|---|---|---|
| | **Subtotal - Document Specialist (E119)** | **3,361.23** |
| 07/06/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 1,203.16 |
| 07/08/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 135.44 |
| 07/08/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 126.67 |
| 07/08/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 59.69 |
| 07/08/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 206.56 |
| 07/08/15 | ACE IMAGING TECHNOLOGIES, INC - Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. DUPLICATION & SERVICE OF DOCUMENTS | 208.88 |
| 12/22/15 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies and mailing services (092312.000002 is not open for cost) | 46.54 |
| 12/30/15 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Copies and mailing services | 1,040.56 |
| 02/16/16 | Outside Duplicating & Binding (E102) ACE ATTORNEY SERVICE, INC. Hashfast Mailing | 116.00 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **3,143.50** |
| 07/07/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Mgmt, Noticing, Balloting and Disbursements, etc. for the Month of May 2015. | 2,371.45 |
| 07/07/15 | PROCESS GENERAL LLC - Other Professional Services (E123) PROCESS GENERAL LLC Claims and Document Mgmt, Noticing, Balloting and Disbursements, etc. for the Month of June 2015. | 2,069.75 |
| 07/07/15 | PROCESS GENERAL LLC - Other Professional Services (E123) | 2,684.55 |

## Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

|  |  |  |
|---|---|---|
|  | PROCESS GENERAL LLC Claims and Document Mgmt, Noticing, Balloting and Disbursements, etc. for the Month of April 2015. |  |
| 08/07/15 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. 1,326 COPIES, 663 LETTER ENVELOPE, 663 ENVELOPE STUFFING, 663 ADDRESS LABELS, 663 RETURN ADDRESS LABELS, MAIL OUT POSTAGE, POSTAGE MAIL OUT FEE | 1,115.66 |
| 03/01/16 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Copies to mailing matrix, labels, send | 4,794.61 |
| 03/24/16 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Copies, envelope stuffing, address labels and mailing | 143.44 |
| 05/18/16 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Mailing matrix, copies, envelope stuffing labels, postage, distribution; Inv. 37239-01-01 | 65.74 |
| 08/10/16 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Copies, Letter Envelope, Envelope Stuffing, Address Label, Postage and mailing; Inv. 37866-01-01 | 946.99 |
| 08/16/16 | Other Professional Services (E123) ACE ATTORNEY SERVICE, INC. Copies with Tri Folding, Letter Envelope, envelope stuffing, labels, postage and mailing; Inv. 37967-01-01 | 30.07 |

**Subtotal - Other Professional Services (E123)**    **14,222.26**

| 01/26/16 | Airfare/Trainfare (E110) Baggage Fees; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; | 19.00 |
|---|---|---|
| 11/09/16 | Airfare/Trainfare (E110) Airfare; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. | 156.20 |

**Subtotal - Airfare/Trainfare (E110)**    **175.20**

| 01/26/16 | Meals while Traveling (E110) Meals Other; Ashley McDow; Travel to San Francisco to attend Hearings regarding Fee Application and Conditionally Approving Disclosure Statement and Plan.; Feb 19, 2015; | 5.00 |
|---|---|---|
| 11/09/16 | Meals while Traveling (E110) Dinner; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. | 67.17 |
| 11/09/16 | Lunch; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco.; Nov 09, 2016; | 16.66 |
| 11/10/16 | Meals while Traveling (E110) Dinner; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco.; Nov 10, 2016; | 41.94 |

# Baker & Hostetler LLP

| | | |
|---|---|---|
| 11/11/16 | Breakfast; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco.; Nov 11, 2016; | 8.34 |
| 11/11/16 | Meals Other; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. Coffee beverage; Nov 11, 2016; | 6.33 |
| | **Subtotal - Meals while Traveling (E110)** | **145.44** |
| 12/31/15 | Delivery Services (E107) Golden State Overnight Delivery Service Inc Delivery to c/o Shant G. Ohanian 600 S Lake Ave # 200 Pasadena, CA 12/16/2015 | 17.47 |
| 04/05/16 | UPS MICHAEL KASOLAS 365 SANTA CLARA AVE SAN FRANCIS CO CA 1Z01480X0198417535 | 0.60 |
| 04/05/16 | UPS Michael Kasolas P.O. Box 26650 San Francisco CA 1Z01480X0198417535 | 8.92 |
| 04/06/16 | UPS MICHAEL KASOLAS 365 SANTA CLARA AVE SAN FRANCIS CO CA 1Z01480X0198417535 | 13.00 |
| 08/25/16 | UPS Michael Kasolas 465 California Street, Suite 42 0 San Francisco CA 1Z01480X0196944933 | 8.92 |
| 08/31/16 | Delivery Services (E107) FIRST LEGAL NETWORK, LLC Delivery to Christopher Bishop 4701 San Leamdro St. Oakland, CA; Inv. 10054998 | 166.24 |
| 08/31/16 | FIRST LEGAL NETWORK, LLC Delivery to Tommy Contreras 855 Folsom St., San Francisco; Inv. 10054998 | 119.61 |
| 08/31/16 | FIRST LEGAL NETWORK, LLC Delivery to Tommy Contreras 909 Shorepoint Court Alameda; Inv. 10054998 | 167.57 |
| 09/09/16 | ACE ATTORNEY SERVICE, INC. JUDGE DENNIS MONTALI 450 GOLDEN GATE AVE., 16TH FL SAN FRANCISO; Inv. 178356 | 91.38 |
| 11/08/16 | UPS Mark E. Felger Cozen O'Connor 101 Montgomery Str eet Suite 1400 San Francisco CA 1Z01480X01903799 94 Ashley McDow's Mediation | 48.10 |
| 11/08/16 | UPS Mark E. Felger Cozen O'Connor 101 Montgomery Str eet Suite 1400 San Francisco CA 1Z01480X01903799 94 Ashley McDow's Mediation | (0.97) |
| 11/08/16 | UPS Mark E. Felger Cozen O'Connor 101 Montgomery Str eet Suite 1400 San Francisco CA 1Z01480X01905802 02 | 38.33 |
| 11/08/16 | UPS Mark E. Felger Cozen O'Connor 101 Montgomery Str eet Suite 1400 San Francisco CA 1Z01480X01905802 02 | (0.87) |
| 11/15/16 | FedEx Michael G Kasolas Bankruptcy Trustee 465 Calif ornia Street SAN FRANCISCO CA 784652134095 | 14.66 |
| | **Subtotal - Delivery Services (E107)** | **692.96** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| 08/04/15 | COURTCALL, LLC - Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 6/12/2015 | 30.00 |
| 02/24/16 | Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 2/19/2016 | 51.00 |
| 08/08/16 | Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance - Hashfast Technologies, LLC 7/29/2016; Inv. 7752118 | 30.00 |
| 10/07/16 | Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance 9/30/16 Hasfast Technologies, LLC; Inv. 7877469 | 30.00 |
| 10/28/16 | Teleconference Charges (E105) COURTCALL, LLC Telephonic Appearance 10/21/16 Hasfast Technologies; Inv. 7921192 | 30.00 |
| 12/29/16 | Teleconference Charges (E105) COURTCALL, LLC TELEPHONIC COURT APPEARANCE 12/16/16 HASHFAST TECHNOLOGIES LLC; Inv. 8033936 | 30.00 |
| 12/29/16 | Teleconference Charges (E105) COURTCALL, LLC TELEPHONIC COURT APPEARANCE 12/16/16 HASHFAST TECHNOLOGIES LLC; Inv. 8035043 | 30.00 |
| | **Subtotal - Teleconference Charges (E105)** | **231.00** |

| 08/01/16 | PROCESS GENERAL LLC Reproduction and mailing services.; Inv. 1640 | 28.27 |
| 09/27/16 | Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. ACE Imaging Technologies provided the following services: copies, stuffing envelopes, address envelopes, add return address labels and mail out postage.; Inv. 38209-01-01 | 27.73 |
| 09/27/16 | Handling / Processing Charges (E119) ACE ATTORNEY SERVICE, INC. ACE Imaging Technologies provided the following services: copies, stuffing envelopes, address envelopes, add return address labels and mail out postage.; Inv. 38341-01-03 | 1,642.30 |
| | **Subtotal - Handling / Processing Charges (E119)** | **1,698.30** |

| 07/08/15 | Postage | 0.48 |
| 09/24/15 | POSTAGE 1st Class Letter | 3.97 |
| 09/29/15 | POSTAGE 1st Class Letter | 0.71 |
| 10/02/15 | POSTAGE 1st Class Letter | 12.05 |
| 10/23/15 | POSTAGE 1st Class Letter | 1.41 |
| 03/15/16 | POSTAGE 1st Class Letter | 0.71 |
| 03/22/16 | Postage (E108) | 13.00 |

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | |
|---|---|---|
| 04/27/16 | Postage (E108) Client/Matter 093044.000001 | 6.67 |
| 04/28/16 | Postage (E108) Client/Matter 093044.000001 | 20.02 |
| 05/12/16 | POSTAGE 1st Class Flat | 1.36 |
| 05/17/16 | POSTAGE 1st Class Flat | 13.54 |
| 05/23/16 | POSTAGE 1st Class Letter | 0.68 |
| 05/24/16 | POSTAGE 1st Class Flat | 2.41 |
| 07/08/16 | Postage | 0.68 |
| 08/08/16 | Postage | 0.68 |
| 08/25/16 | Postage | 0.47 |
| 08/26/16 | Postage | 0.93 |
| 08/26/16 | Postage | 1.36 |
| 09/27/16 | Postage | 1.35 |
| 09/27/16 | Postage | 0.47 |
| 10/18/16 | Postage | 6.47 |
| 10/20/16 | Postage | 7.75 |
| 10/21/16 | Postage | 0.93 |
| 10/24/16 | Postage | 1.57 |
| 11/22/16 | Postage | 0.47 |
| 11/22/16 | Postage | 0.47 |
| 12/02/16 | Postage | 0.93 |
| 01/06/17 | Postage | 9.75 |
| | **Subtotal - Postage (E108)** | **111.29** |
| | | |
| 06/30/15 | PACER HASHFAST | 98.40 |
| 06/30/15 | PACER 93044.1 | 3.80 |
| 06/30/15 | PACER 93044.1 | 48.50 |
| 06/30/15 | PACER 93044.1 | 27.10 |
| 06/30/15 | PACER 93044.1 | 12.10 |
| 09/30/15 | PACER 93044.1 | 5.90 |
| 09/30/15 | PACER 93044.1 | 15.00 |
| 12/31/15 | PACER 93044.1 | 11.70 |
| 12/31/15 | PACER 93044.1 | 9.60 |
| 12/31/15 | PACER 93044.1 | 157.40 |
| 12/31/15 | PACER 93044.3 | 0.80 |

Baker & Hostetler LLP

Case: 14-30725    Doc# 233-1    Filed: 02/07/17    Entered: 02/07/17 17:26:45    Page 119
of 122

| | | |
|---|---|---:|
| 12/31/15 | PACER 93044.1 | 0.40 |
| 03/31/16 | PACER HASHFAST | 129.00 |
| 03/31/16 | PACER 93044.1 | 6.00 |
| 03/31/16 | PACER APACHE | 0.50 |
| 03/31/16 | PACER 93044.1 | 50.80 |
| 03/31/16 | PACER BOULDER.DEFENDAN | 28.90 |
| 03/31/16 | PACER 93044.1 | 2.60 |
| 03/31/16 | PACER HASHFAST | 3.40 |
| 03/31/16 | PACER HASDHFAST | 4.70 |
| 06/30/16 | PACER HASHFAST | 132.20 |
| 06/30/16 | PACER 93044.1 | 0.80 |
| 06/30/16 | PACER 93044.1 | 33.30 |
| 06/30/16 | PACER HASHFAST | 56.70 |
| 06/30/16 | PACER 93044.1 | 10.90 |
| 06/30/16 | PACER 93044.1 | 0.10 |
| 09/30/16 | PACER 93044.1 | 38.30 |
| 09/30/16 | PACER 93044.1 | 1.00 |
| 09/30/16 | PACER 93044.1 | 14.50 |
| 12/31/16 | PACER 107945.1 | 24.60 |
| 12/31/16 | PACER 107945.1 | 38.30 |
| 12/31/16 | PACER 107945.1 | 3.40 |

**Subtotal - Electronic Court Fees (E112)**    **970.70**

| | | |
|---|---|---:|
| 11/10/16 | Lodging (E110) Lodging; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. | 530.03 |

**Subtotal - Lodging (E110)**    **530.03**

| | | |
|---|---|---:|
| 01/26/16 | Ground Transportation Out of Town (E110) Parking; Ashley McDow; Travel for hearing.; Feb 17, 2015; | 30.00 |
| 11/09/16 | Taxi/Car Service; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. | 31.13 |
| 11/10/16 | Ground Transportation Out of Town (E110) Taxi/Car Service; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. | 17.46 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| | | |
|---|---|---|
| 11/11/16 | Ground Transportation Out of Town (E110) Parking; Ashley McDow; 11/09/16 - 11/11/16 Attend mediation hearing on Hashfast Technologies in San Francisco. LAX airport parking; Nov 11, 2016; | 63.00 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **141.59** |
| | | |
| 05/12/16 | Court Costs (E112) Court costs; Ashley McDow; Filings of 10 preferential complaints. Each at $350.00.; May 12, 2016; | 3,500.00 |
| 05/18/16 | Court costs; Ashley McDow; Filing of a preferential complaint.; May 18, 2016; | 350.00 |
| 09/27/16 | Court Costs (E112) Court costs; Ashley McDow; Filing of a complaint in the Northern District San Francisco Division.; Sep 27, 2016; | 350.00 |
| | **Subtotal - Court Costs (E112)** | **4,200.00** |
| | | |
| 09/06/16 | Telephone Charges (E105) COURTCALL, LLC Telephonic Appearance Hashfast Technologies 8/26/16; Inv. 7801401 | 30.00 |
| | **Subtotal - Telephone Charges (E105)** | **30.00** |
| | | |
| 07/31/16 | Miscellaneous (E124) LexisNexis Risk Solutions public records searches; Inv. 5073624-20160731 | 159.75 |
| | **Subtotal - Miscellaneous (E124)** | **159.75** |
| | | |
| 09/23/15 | 93 Copies | 9.30 |
| 11/17/16 | 25 Copies | 2.50 |
| | **Subtotal - Copier / Duplication (E101)** | **11.80** |
| | | |
| 02/19/16 | Westlaw Research - 02/19/16 by MCDOW ASHLEY | 15.84 |
| 05/13/16 | Westlaw Research - 05/13/16 by LAYDEN ANDREW V | 15.84 |
| 11/08/16 | Westlaw Research - 11/08/16 by JOHNS SUSAN | 7.92 |
| 01/05/17 | Westlaw Research - 01/05/17 by DELANEY MICHAEL | 29.28 |
| | **Subtotal - Automated Research (E106)** | **68.88** |
| | | |
| 07/29/15 | INTCALL ASHLEY MCDOW | 1.81 |
| 08/03/15 | INTCALL MICHAEL DELANEY | 2.37 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| | | |
|---|---|---|
| 09/04/15 | INTCALL ASHLEY MCDOW | 1.41 |
| 01/20/16 | INTCALL MICHAEL DELANEY | 1.60 |

**Subtotal - Teleconference (E105)**     **7.19**

**Total**     **$ 29,901.12**

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC