# EXHIBIT B

# SUMMARY SHEET

| | | | |
|---|---|---|---|
| In re | Lead Case No.: 14-30725 DM | | NAME OF APPLICANT: **BAKER & HOSTETLER LLP** 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 Telephone: 310.820.8800 Facsimile: 310.820.8859 Email: amcdow@bakerlaw.com mdelaney@bakerlaw.com ffarivar@bakerlaw.com Attorneys for MICHAEL G. KASOLAS, Trustee of the Hashfast Liquidating Trust |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Cases No. 14-30866 | | |
| Debtor and Debtor in Possession. | Chapter 11 | | |
| [x] Affects HASHFAST LLC, a Delaware limited liability company, | | Fees Previously Requested | $ 0.00 |
| Debtor and Debtor in Possession. | | Fees Previously Awarded | $ 0.00 |
| | | Expenses Previously Requested | $ 0.00 |
| | | Expenses Previously Awarded | $ 0.00 |
| | | Retainer Paid | $ 0.00 |
| | | CURRENT NOTICE Fees Requested Expenses Requested | $ 274,328.50 $ 28,829.17 |

610264427.2

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | Title | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT NOTICE | RATE | TOTAL FOR THIS NOTICE |
|---|---|---|---|---|---|
| Chow, Teresa C. | Partner | 09/06/2005 | 2.60 | $ 475.00 | $ 1,235.00 |
| Green, Elizabeth A. | Partner | 10/16/1986 | 1.20 | $ 625.00 | $ 750.00 |
| McDow, Ashley M. | Partner | 12/1/2006 | 27.00 / 102.00 / 5.80 | $ 530.00 / $550.00 / $ 575.00 | $ 14,310.00 / $ 56,100.00 / $ 3,335.00 |
| Fetzer, Jeffrey L. | Associate | 04/18/2008 | 1.00 | $ 250.00 | $ 250.00 |
| Delaney, Michael T. | Associate | 12/19/2008 | 47.50 / 155.50 / 12.20 | $ 385.00 / $ 405.00 / $ 430.00 | $ 18,287.50 / $ 62,977.50 / $ 5,246.00 |
| Farivar, Fahim | Associate | 12/2/2007 | 51.40 / 14.10 | $ 365.00 / $ 380.00 | $ 18,761.00 / $ 5,358.00 |
| Layden, Andrew V. | Associate | 10/01/2010 | 1.00 / 171.90 / 2.00 | $ 310.00 / $ 325.00 / $ 340.00 | $ 310.00 / $ 55,867.50 / $ 680.00 |
| Lopez, Zaher | Associate | 12/01/2010 | 5.00 | $ 365.00 | $ 1,825.00 |
| Johns, Susan M. | Associate | 2016 | 4.40 | $ 210.00 | $ 924.00 |
| Bator, Chris | Counsel | 11/16/1987 | 1.40 | $ 450.00 | $ 630.00 |
| Townsend, Wendy C. | Counsel | 09/25/2001 | 0.90 | $ 415.00 | $ 373.50 |
| Deanna, Lane L. | Paralegal | n/a | 90.00 | $ 250.00 | $ 22,500.00 |
| MacDonald, Hugh A. | Paralegal | n/a | 5.90 | $ 200.00 | $ 1,188.00 |
| Ojeda, Roxane E. | Paralegal | n/a | 9.20 | $ 155.00 | $ 1,426.00 |
| Rawles, Michael M. | Paralegal | n/a | 8.90 | $ 225.00 | $ 2,002.50 |
| Total | | | 723.00 | $ 379.43 | $ 274,328.50 |

610264427.2

Case: 14-30725  Doc# 533-3  Filed: 02/07/17  Entered: 02/07/17 17:26:45  Page 3 of 3