## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES AND EXPENSES OF BAKER & HOSTETLER LLP** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On February 7, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 7, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge
Judge Dennis Montali
Mail Box 36099
San Francisco, CA 94102

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: On February 7, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Recipient Name | Email | Recipient Name | Email |
|---|---|---|---|
| Graham Adams | gadams@takelap.com | Wy Gost | wygost@yahoo.com |
| Servaas Tilkin | servaas.tilkin@gmail.com | Paul Montague | paul_montague99@hotmail.com |
| Ray E. Gallo | rgallo@gallo-law.com | Allan Vela | allan@velcorp.com.au |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com | Eduardo DeCastro | eduardo.decastro@gmail.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com | Rob Edgworth | rob@edgeworth.org |
| Craig Beech | craigbeech@gmail.com | Pete Morici | pvmorici@gmail.com |
| Michael Gao | Urazexo378@gmail.com | Hamilton Hee | hamiltonhee@gmail.com |
| Scott Gray | elphenom@yahoo.com | Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani   venkat@focallaw.com, pete.morici@alumni.purdue.edu

Thomas R. Burns   tom@tburnslaw.com

Greg P. Campbell   ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com

Patrick Chesney   pchesney@gallo-law.com, mvananda@gallo-law.com

Michael Delaney   mdelaney@bakerlaw.com, SGaeta@bakerlaw.com

Michele M. Desoer   mdesoer@zuberlaw.com, dellis@zuberlaw.com

Caroline R. Djang   cdjang@rutan.com

Fahim Farivar   ffarivar@bakerlaw.com, sgaeta@bakerlaw.com

W. Keith Fendrick   keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com

Beth E. Gaschen   bgaschen@wgllp.com

Elizabeth A. Green   egreen@bakerlaw.com, jdriggers@bakerlaw.com

Robert G. Harris   rob@bindermalter.com

Geoffrey A. Heaton   gheaton@duanemorris.com

Reginald R. Hindley   hindleylaw@gmail.com

David Holtzman   david.holtzman@hklaw.com

Michael G. Kasolas   trustee@kasolas.net, CA30@ecfcbis.com

Ori Katz   okatz@sheppardmullin.com, smccabe@sheppardmullin.com

Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Barbara A. Matthews   barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Ashley McDow   amcdow@bakerlaw.com, SGaeta@bakerlaw.com

Jessica M. Mickelsen   jessica.mickelsen@kattenlaw.com

Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

Aron M. Oliner   roliner@duanemorris.com

Tyler Olson   tolson@rehonroberts.com

Douglas R. Pahl   dpahl@perkinscoie.com, etherrien@perkinscoie.com

David M. Poitras   dpoitras@jmbm.com

Peter M. Rehon   prehon@rehonroberts.com, uho@rehonroberts.com

Gregory A. Rougeau   grougeau@brlawsf.com

Peter A. Siddiqui   peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com

Dominique Sopko   dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com

Craig Stuppi   craig@stuppilaw.com

Sarah M. Stuppi   sarah@stuppilaw.com

Christopher D. Sullivan   csullivan@diamondmccarthy.com, rsevilla@diamondmccarthy.com

Donna S. Tamanaha   Donna.S.Tamanaha@usdoj.gov

Nancy Weng   nweng@trinhlawfirm.com, monique@trinhlawfirm.com

### PARTIES REQUESTING SPECIAL NOTICE

| | | |
|---|---|---|
| Craig A. Barbarosh | Eric W. Benisek | Oleksandr V. Buzko |
| Katten Muchin Rosenman LLP | Vasquez Benisek and Lindgren LLP | 5824 Oak Bend Lane #101 |
| 100 Spectrum Center Dr, Ste 1050 | 3685 Mt. Diablo Blvd., Suite 300 | Oak Park, CA 91377-5662 |
| Irvine CA 92618-4977 | Lafayette, CA 94549 | |
| | | |
| Avram S. Cheaney | Luke Dashjr | Paul M. Dolak |
| 1305 Laguna Street, #4 | 17318 Sweetwater Rd. | P.O. Box 590276 |
| San Francisco, CA 94115 | Dade City, FL 33523 | San Francisco, CA 94159 |
| | | |
| Duane Morris,LLP | ~~Mohammad Zahid Faruqi~~ | ~~Ray E. Gallo~~ |
| One Market Plaza | ~~Ruthnergasse 42/Tuer 9~~ | ~~Gallo LLP~~ |
| Spear Street Tower, Suite 2200 | ~~1210-Wien, Austria~~ | ~~1299 Fourth St., Suite 505~~ |
| San Francisco, CA 94105-1127 | Undeliverable | ~~San Rafael, CA 94901~~ |
| | | (prefers email - rgallo@gallo-law.com) |
| | | |
| Edward Hammond | John E. Hlavaty | Brian E. Klein |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| 3103 Powell Cir.<br>Austin, TX 78704 | 35 Swanson Court, #16D<br>Boxborough, MA 01719 | Baker Marquart, LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |
| Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Kang Lu<br>5753 Hwy 85 North #2442<br>Crestview, FL 32536 | Ainsley G. Moloney<br>Morgan Lewis & Bockius LLP<br>1 Federal St.<br>Boston, MA 02110 |
| Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Process General<br>2360 Corporate Cir #330<br>Henderson, NV 89074-7707<br>(Returned 11/28/16) | James J. Ries<br>450 Sunlight Ct., #2<br>Powell, WY 82435 |
| Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Strategic Counsel Corp<br>c/o Adam T. Ettinger<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Ave of the Stars, #1600<br>Los Angeles, CA 90067-6017 | ~~100 Bush Corporation~~<br>~~100 Bush Street, Suite 218~~<br>~~San Francisco, CA 94104~~<br>Undeliverable |
| ~~San Francisco Court Appointed Special Advocates~~<br>~~2535 Mission Street~~<br>~~San Francisco, CA 94110~~<br>(Removed per recipient's request 4/9/16) | AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Robert G. Harris<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Dylan Hall<br>79 Madison Ave, 2nd fl<br>New York, NY 10016 | Dylan Hall<br>Geeks on Wheels<br>47 Halstead Ave Suite LL1<br>Harrison, NY 10528-4142 | |

## STATE AND FEDERAL AGENCIES

| | | |
|---|---|---|
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 | California Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 | California Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

## MEMBERS OF THE UNSECURED CREDITORS COMMITTEE

| | | |
|---|---|---|
| ~~Hamilton Hee~~<br>~~761 Irwindale Ave.~~<br>~~Las Vegas, NV 89123~~<br>Undeliverable | Sistemas Operativos Sanitarios ca<br>Attn: Guido Ochoa<br>Calle 35 entre Av. 2 y 3 #2-34<br>Merida, Venezuela 5101 | ~~Uniquify Inc.~~<br>~~Attn: Robert Smith~~<br>~~2030 Fortune Drive #200~~<br>~~San Jose, CA 95131~~<br>(Returned 09/28/16) |
| ~~Antony Vo~~<br>~~c/o Steven T. Gubner~~<br>~~Ezra Brutzkus Gubner LLP~~<br>~~21650 Oxnard Street, Suite 500~~<br>~~Woodland Hills, CA 91367-4911~~<br>(Returned 11/16/16) | Koi Systems Ltd.<br>Attn: Brian Edgeworth<br>1191 Center Point Drive, Suite A<br>Henderson, NV 89074 | Peter Morici<br>1430 Patapsco St.<br>Baltimore, MD 21230 |
| ~~Digimex Ltd.~~ | Digimex, LTD | |

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
Undeliverable

c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

### LIST OF 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| ~~Liquidbits Corp.~~<br>~~20201 E. County Club Dr. #1502~~<br>~~Aventura, FL 33180-3282~~<br>Undeliverable | ~~Benjamin Lindner~~<br>~~9035 Grayland Drive~~<br>~~Apartment E~~<br>~~Knoxville, TN 37923-4014~~<br>Undeliverable | Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Quebec H451K5 Canada |
| Cypher Enterprises, LLC<br>c/o Robert J. Bogdanwicz III,<br>Deans& Lyons LLP<br>325 N. Saint Paul Street, Suite 1500<br>Dallas, TX 75201-3891 | ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>Undeliverable | Davide Cavion<br>c/o Bryan Reyhani,<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166-0004 |
| ~~Elton Seah~~<br>~~761 Irwindale Avenue~~<br>~~Las Vegas, NV 89123-2319~~<br>(Returned 12/8/16) | Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674-0032 | ~~Graeme Middleton~~<br>~~Middleton Solicitors~~<br>~~135-137 Dale Street~~<br>~~Liverpool L2 2JH UK~~ |
| Guido Ochoa<br>Calle 35<br>Merida, Venezuela 5101 | Koi Systems Ltd<br>1191 Center Point Drive #A<br>Attention: Brian Edgeworth<br>Henderson, NV 89074-7891 | ~~Mark Roy~~<br>~~21745 Duck Creek Square~~<br>~~Ashburn, VA 20148-4411~~<br>Undeliverable |
| Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | ~~Strategic Counsel Corp~~<br>~~c/o Adam T. Ettinger~~<br>~~Sheppard Mullin Richter &~~<br>~~Hampton L~~<br>~~1901 Avenue of the Stars, Suite 1600~~<br>~~Los Angeles, CA 90067~~<br>Duplicate<br>(New address 4/16/15) | ~~Uniquify, Inc.~~<br>~~2030 Fortune Drive #200~~<br>~~Attn: Robert Smith~~<br>~~San Jose, CA 95131-1835~~ |
| ~~WY Gost~~<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen China~~<br>(Returned mail 11/17/2014)<br>Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017-5800 |

- 24 -

New York, NY 10166

## LIST OF EQUITY SECURITY HOLDERS

Amy Abascal      Asia Alternative Asset Management      Carason

| | | |
|---|---|---|
| Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610<br>Littleton, CO 80160 | Eduardo DeCastro<br>c/o Craig Stuppi<br>Law Offices of Stuppi & Stuppi<br>1655 N. Main Street, Suite 106, #360<br>Walnut Creek, CA 94596-4679 |
| Edward DeCastro<br>340 11th Street<br>San Francisco, CA 94103<br>Undeliverable | Hannes Eisele | James de Castro |
| Joe Russell<br>4079B 18th Street<br>San Francisco, CA 94114-2535 | John Skrodenis<br>97 S. Second St., #175<br>San Jose, CA 95113<br>(listed in SEC)<br>(Returned mail 5/4/15) | Mardi Jackson F8 Mobile Inc.<br>50 Sunset Way<br>Sausalito, CA 94965-9741<br>(Returned mail 3/18/15) |
| Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 | Mike Damn | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 |
| Naval Ravikant | Phil Sado | Port Family Trust |
| Roy Petruschka<br>c/o David Bayles<br>Arent Fox LLP<br>555 W. Fifth St., 48th Fl.<br>Los Angeles, CA 90013 | Roy Petrushka<br>17 Tamar Street<br>Kiriat Tivo'n, Israel | Roy Petrushka<br>Hadekel Street 1,<br>Kiriat Tivo'n, Israel |
| RS Ventures Ltd. | Sean Taffler<br>40 Quartz Way<br>San Francisco, CA 94131-1636 | Simon Barber<br>9 Ignacio Ave.<br>San Francisco, CA 94124-3725 |
| Simon Barber<br>97 S. Second St., #175<br>San Jose, CA 95113<br>(Returned 2/1/17 listed in SEC) | Strategic Counsel Corp<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401<br>(Returned Mail 6/5/15) | Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 |
| Spring Surprise Limited | Tim Wong<br>100 Bush Street, Suite 650<br>San Francisco, Ca 94103<br>Undeliverable | Lieven Vanden Bulcke<br>Zandbeekstraat 32<br>8554 Sint-Denijs, Belgium<br>Undeliverable |
| Wells Family Trust | | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

## CASE MAILING LIST

Diamond McCarthy
150 California Street, Suite 2200
San Francisco, CA 94111-4547

~~DigiMex Ltd~~
~~Rutan & Tucker, LLP~~
~~611 Anton Blvd., Ste. 1400~~
~~Costa Mesa, CA 92626-1931~~
Duplicate

~~Hashfast Technologies LLC~~
~~29209 Canwood Street, Suite 210~~
~~Agoura Hills, CA 91301~~
~~Attention: HashFast CRO~~
Undeliverable

~~Koi Systems~~
~~Units 1403-5, 14/F~~
~~173 Des Voeux Rd. Central~~
~~Hong Kong, CN 00000~~
Undeliverable

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Looksmart Ltd.~~
~~Trinh Law Firm~~
~~99 N. 1st St., Suite 200~~
~~San Jose, Ca 95113-1203~~
Undeliverable

Sistemas Operativos Sanitarios
C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Timefire, Inc
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833

UBE Enterprises
7425 Creek Rd.
Sandy, UT 84093-6152

~~Uniquify, Inc.~~
~~Binder & Malter, LLP~~
~~2775 Park Ave.~~
~~Santa Clara Ca 95050-6004~~
(Returned 09/28/16)

Aaron Collins
21851 Schieffer Rd
Colton, OR 97017-9400

~~100 Bush Corporation~~
~~100 Bush St., Suite 218~~
~~San Francisco, CA 94104-3905~~
(Returned 12/8/16)

~~AQS~~
~~401 Kato Terrace~~
~~Fremont, CA 94539-8333~~
Duplicate

Adam Hennessy
Hennessy Hemp 917 Parkview
Blvd
Lombard, IL 60148-3267

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621-0013

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021-3506

Adrian Clarkson
Software Engineering Services
Ltd.
30 Thistle Green, Swavesey
Cambridge, Cambridgeshire
CB24 4RJ, UK

~~Adam Lenet, Lenit IT Solutions~~
~~88 Farnham Drive Beaconsfield~~
~~Quebec H9W~~
(Returned 1/21/17)

Adamo Di Stefano
9879 Saint-Firmin Montreal
Quebec H2B 2G

Ahmed Muhsin
11410 Nagel St
Hamtramck, MI 48212-2909

Adrian Coroama
426 Sandra Timis 307065 Romania

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Ales Prikryl
6838 E 5th Street
Scottsdale, AZ 85251-5526

~~Alan Richardson~~
~~11975 Greywing Court Reston VA~~
~~20191~~
~~Silver Springs, MD 20906~~
Undeliverable

- 26 -

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Alan Vit<br>680 Caron Ave<br>Apt 2-right side entrance Windsor ontario, N9A 5B6, Canada | Alexander Stroh<br>Waagenstr.39 40229 Dusseldorf<br>Germany | Alex Filippov<br>12 Sherborne Cir<br>Ashland, MA 01721-2313 |
| Alexander Roganov<br>1881 Willoughby Ave<br>Ridgewood, NY 11385-1152 | Alfred Kraus<br>9934 Pasatiempo Place<br>Moreno Valley, CA 92557-3520 | Alexander Young<br>5015 N Avenida De La Colina<br>Tanque Verde, AZ 85749-8751 |
| Alexey Minchenkov<br>Asafeva St 2-1-60 St Petersburg<br>Russia 1 | Allan N. Hessenflow<br>23097 Summit Road<br>Los Gatos, CA 95033-9318 | Allan Askar, Allancolabs LLC<br>20061 Blackwolf Run Pl<br>Ashburn, VA 20147-3181 |
| Allan Martin<br>5009 Northlawn Circle<br>Murrysville, PA 15668-9423 | ~~Amanda Dick~~<br>~~1601 W Main #90-105~~<br>~~Willimantic, CT 06226-1100~~<br>Undeliverable | Allen McGhan<br>Keylink IT<br>535 Shute Ln<br>Hendersonville, TN 37075-5848 |
| Alwin de Romijn<br>Jacob Catsstraat 25 2613HA Delft<br>Netherlands | American Arbitration Association<br>One Sansome Street, 16th Floor<br>San Francisco, CA 94104-4449 | Amanda Van Nuys Consulting<br>845 Montgomery Street<br>Unit 1<br>San Francisco, CA 94133-5139 |
| American Arbitration Association<br>120 Broadway, 21st Fl<br>New York, NY 10271-0016 | Andrew Bester<br>92 William Street<br>Westbury, Tasmania, 7303<br>Australia | ~~Amro Abdelgawad~~<br>~~57 Ira Road~~<br>~~#187~~<br>~~Syosset, NY 11791-3504~~<br>(Returned 11/26/16) |
| Amy Woodward<br>57 Oakwood Street<br>San Francisco, CA 94110-1529 | ~~Anthony Carrillo~~<br>~~1130 NE 104th Ave~~<br>~~Portland, OR 97220-3914~~<br>(Returned 10/03/16) | Andrew Fader<br>5400 Fieldston Rd., Apt 216<br>Bronx, NY 10471<br>(Updated address 2/1/17) |
| Andrey Fishchenko<br>100 Naamans Road 4B<br>Ste 131986<br>Claymont, DE 19703-2737 | Anthony Woodward<br>2697 Derby Drive<br>San Ramon, CA 94583-4312 | Anthony Lauck<br>PO Box 59<br>Warren, VT 05674-0059 |
| Anthony Sajan<br>4786 Oakhurst Ridge<br>Clarkston, MI 48348-5049 | ~~Antonios Alexiou~~<br>~~1253 Buck Jones Rd~~<br>~~Raleigh, NC 27606-3326~~<br>(Duplicate address) | Antoine Alary<br>1516 Lima Ct<br>San Jose, CA 95126-4255 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

- 27 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| Antonio Dewey<br>1211 San Dario Ave<br>Suite 369<br>Laredo, TX 78040-4505<br>Undeliverable | Aristeidis Dionisatos<br>46 North Park Gardens Belleville<br>Ontario<br>Undeliverable | Antony Vo<br>319 S. Mitchell St.<br>Bloomington, IN 47401-3742<br>Undeliverable |
| Antony Vo<br>c/o Steven T. Gubner<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 | Avram Cheaney<br>1305 Laguna Street<br>Apt. 4<br>San Francisco, CA 94115-4249<br>Duplicate | Armada Works Inc.<br>2223 Bath Ave<br>Brooklyn, NY 11214-5603<br>(Returned 1/30/17) |
| Aupacom Enterprises<br>9620 Sepulveda Blvd Unit 33<br>North Hills, CA 91343-3370 | Benjamin Hopson II<br>2640 Alexandria Pl<br>Janesville, Wi 53548-3314 | Bas Bosschert<br>Kruisgang 12<br>1613 DC Grootebroek<br>Netherlands |
| David M. Balabanian<br>Morgan, Lewis and Bockius LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Undeliverable | Morgan, Lewis & Bockius LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4079<br>Undeliverable | Benjamin Lindner<br>9035 Grayland Drive<br>Apartment E<br>Knoxville, TN 37923-4014<br>Undeliverable |
| Benjamin C. Beckwith<br>8218 Grimchester<br>Converse, TX 78109-3234<br>Undeliverable | Brenton Senegal<br>13151 Yorba Ave., Apt. 60<br>Chino, CA 91710-4070<br>(Updated address 2/1/17) | Brandon Bressler<br>3638 San Onofre Ave<br>San Onofre, CA 95348-8405<br>Undeliverable |
| Bernie Rihn, Prudentia Permanens<br>LLC<br>3628 Linden Ave<br>N #214<br>Seattle, WA 98103-8793<br>Undeliverable | Brian Barbee<br>701 Blossom St.<br>Bakersfield, CA 93306-5801 | Brenton Senegal<br>13151 Yorba Ave., Apt. 60<br>Chino, CA 91710-4070<br>(Updated address 2/1/17) |
| Breck Pedersen<br>3712 Denehoe CV<br>Austin, TX 78725-4708<br>Undeliverable | Brian Samas<br>53 Swift Street<br>Branford, CT 06405-4528<br>(Updated address  2/1/17) | Brian Connelly<br>22601 Asheville Hwy<br>Landrum, SC 29356-9633 |
| Bret Motyl<br>148 Townsend St<br>Suite 21<br>San Francisco, CA 94107-1919<br>Undeliverable | Bruce Sanders Bruce Sanders<br>Design & Ill<br>12 Bridge St.<br>Westford, MA 01886-2102 | Brion Lau, Financial Fitness Pro<br>21600 Rainbow Drive<br>Cupertino, CA 95014-4815 |
| Brian McKittrick<br>813 Whitney St<br>Cedar Hill, TX 75104-2257<br>(Returned 11/14/16) | Bruno Reith<br>Repkering 36 58791 Werdohl<br>Germany<br>Undeliverable | Bruce Terry<br>21073 Niagara River Drive<br>Sonora, CA 95370-9102 |

- 28 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002-8749

~~Bryce Weiner~~
~~621 W Monetcito St #4~~
~~Santa Barbara, CA 93101-4522~~
Undeliverable

Bryan Carter
330 Carriage Dr. E
Santa Ana, CA 92707-4156

Bruno Lemonnier
16 Rue Victor Hugo 17300
Rochefort France

Central Computers
837 Howard Street
San Francisco, CA 94103-3009

CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

~~Bryan Pope~~
~~6196 Westminster Dr~~
~~Parma, OH 44129-4954~~
Undeliverable

~~Chaz Curtiss~~
~~6551 Jordan River Dr~~
~~Las Vegas, NV 89156-3750~~
Undeliverable

Chad Eller
1910 Lomita Dr
San Leandro, CA 94578-1218

Carl Schultz
5818 Hazard Street
Houston, TX 77098-2504
(Updated address 2/1/17)

~~Christian Calvo~~
~~3 Peartree Ln~~
~~Rolling Hills Estates, CA 90274-4824~~
Undeliverable

Chris Ergen C/O Summit Capital
LLC
5701 S. Santa Fe Drive
Littleton, CO 80120-1813

~~Charles Hilt~~
~~2800 Ruleme St~~
~~Apt 24~~
~~Eustis, FL 32726-8327~~
(Returned 10/28/16)

~~Christopher Fetterly~~
~~9603 86th Avenue, NW~~
~~Edmonton, Alberta, Canada~~
~~T6E2L6~~
Undeliverable

Christian Golbs
Muehlburgweg 47 99094 Erfurt
Germany

Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108-8488

~~Chunliu Shen~~
~~56 Ffordd Dryden~~
~~Swansea, UK~~
~~Swansea, CA 93545~~
Undeliverable

Christopher Goes
PO Box 100
Cottage Grove, OR 97424-0004

Christina Jepson
7 Cross St Dundas Ontario L9H
2R3 Canada

Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087

~~Ciara Technologies~~
~~9300 Transcanada Highway~~
~~Saint-Laurent, Quebec H451K5~~
~~Canada~~

Christopher Raday
4215 W 142 St
Crestwood, IL 60445-2307

~~Cort Wenzel~~
~~858 Boardwalk Place~~
~~Redwood City, CA 94065-1806~~
(Returned 11/01/16)

Duplicate
Corey Vokey
2249 Burrows Ave Winnipeg
Manitoba R2R 1

CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402-3768

Craig LaShot
88304 Charley Lane
Springfield, OR 97478-9634

Cory Wise
2315 West alberson Dr.
Albany, GA 31721-2043

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Corey Wysong~~ ~~4499 E Fox Run Drive~~ ~~Syracuse, IN 46567-9167~~ Undeliverable | ~~Dain Carver~~ ~~240 Martine Ave~~ ~~White Plains, NY 10601-3456~~ Undeliverable | ~~Cypher Enterprises, LLC~~ ~~c/o Robert J. Bogdanwicz III,~~ ~~Deans& Lyons LLP~~ ~~325 N. Saint Paul Street, Suite 1500~~ ~~Dallas, TX 75201-3891~~ Duplicate |
| Craig Burke 2787 Fairview Canyon Monitor, WA 98836 | ~~Dan Charbonneau,CBT Nuggets~~ ~~44 Club Rd~~ ~~Suite 150~~ ~~Eugene, OR 97401-2461~~ Undeliverable | Damon Jiang 1210 Alemany Blvd. San Francisco, CA 94112-1404 |
| ~~DXCorr Design Inc.~~ ~~121 West Washington Ave.~~ ~~Suite 212~~ ~~Sunnyvale, CA 94086-1101~~ Undeliverable | Daniel Casacci 31 Clearwater Dr Amherst, NY 14228-1492 | Dan Fuchs member of K2RED LLC 526 Shoup Ave W Ste K Twin Falls, ID 83301-5050 |
| Dan Casacci 31 Clearwater Dr Amherst, NY 14228-1492 | ~~Daniel Nimtsch~~ ~~Meinigstr 46a 38667 Bad~~ ~~Harzburg Germany~~ (Returned mail 3/16/15) | Daniel Herbon 3818 Hazard St Houston, TX 77098-2504 (Updated address 1/12/17) |
| Daniel Burgin St-Roch 30 1004 Lausanne Switzerland | Daniel Raedel Juethornstrasse 39 22043 Hamburg Germany | Daniel Petreley 19378 East Brunswick Drive Aurora, CO 80013-9420 |
| Daniel Hilderal 40 Hardinge road LONDON England NW10 3PJ | ~~Darwin Johnson, Schwaahed~~ ~~73 Eastern Parkway 4B~~ ~~Brooklyn, NY 11238-5920~~ (Returned Mail 6/16/15) | ~~Daniel Williams~~ ~~10211 Portland Road~~ ~~Silver Spring, MD 20901-2023~~ (Returned Mail 10/6/14) |
| Daniel Pojar 1253 Grace Drive Sycamore, IL 60178-9515 | ~~David Boothby~~ ~~1800 Holleman Drive, Apt 1404~~ ~~College Station, TX 77840-7215~~ (Returned Mail 9/24/2014) | ~~Dat Le~~ ~~22 Golden Gate Bay Winnipeg~~ ~~Manitoba R3J~~ (Returned Mail 10/2/14) |
| Dario Albarron 512 Sherman Ave Roselle Park, NJ 07204-2145 | David King 10106 E 69th Ter Raytown, MO 64133-6037 | ~~David Cho~~ ~~158 L'Amoreaux Drive~~ ~~Scarborough On~~ (Returned 1/21/17) |
| Dave Gutelius 1259 El Camino Real, #230 Menlo Park, CA 94025-4208 | David Springer 4095 Lomar Drive Mt. Airy, MD 21771-4572 | David Steinberg 3164 Sycamore Pl Carmel, CA 93923-9005 |

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP ATTORNEYS AT LAW LOS ANGELES

David Gutelius
1259 El Camino Real, Suite 230
Menlo Park, CA 94025-4208

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Dean Farry
1250 Halifax Way
San Ramon, CA 94582-5909

David Miller
1751 NE 91st Street
Seattle, WA 98115-3251

Dennis Lambert
9450 SW Gemini Dr
Beaverton, OR 97008-7105

Deon Brewis
15610 NE 59th Way
Redmond, WA 98052-4818

~~Davide Cavion~~
~~c/o Bryan Reyhani,~~
~~Reyhani Nemirovsky LLP~~
~~200 Park Avenue, 17th Floor~~
~~New York, NY 10166-0004~~
Duplicate

Derek Piper
3706 W Woodmere Way
Bloomington, IN 47403-4125

Detlef Sattler
Alexander-von-Humboldt-Str. 23
53604 Bad Honnef
Germany

Del Wong
3233 Pawaina Place
Hawaii, HI 96822-1339

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701-2757

~~Digimex Ltd.~~
~~Bel Air on the Peak, Phase 4~~
~~Attn: Willem van Rooyen~~
~~Tower 7, Unit 19A~~
~~Pok Fu Lam, Hong Kong~~
(Returned mail 3/31/15)

Derek Hill
Advantage mortgage
29875 S Black Bear Dr
Canby, OR 97013-9508

Donald Bosse
9 E 9th St
Frederick, MD 21701-4606

Donald Crain
110 N Lee St
Lexington, IL 61753-1215
(Updated on 10/31/16)

Di Pardo BVBA
Rozijnenstraat 27
3620 Lanaken
Belgium

~~Doug Haden~~
~~973 Iron Mountain Circle South~~
~~Lake Tahoe, CA 96150-6118~~
(Returned Mail 5/11/15)

Douglas Trowbridge
30945 Winterburry Ln.
Westlake, OH 44145

~~Digimex, LTD~~
~~c/o Caroline R. Djang~~
~~RUTAN & TUCKER, LLP~~
~~611 Anton Blvd., Ste. 1400~~
~~Costa Mesa, CA 92626-1931~~
Duplicate

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

~~Duncan Wallace, Duncwa LLC~~
~~1001 National Avenue 139~~
~~San Bruno, CA 94066-5816~~
Undeliverable

~~Donald Weinberg~~
~~9522 New Waterford Ct.~~
~~Delray Beach, FL 33446-9747~~
(Returned Mail 8/26/2014)

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

~~Eddie DeLeon~~
~~2203 Ripley Ave., Unit B~~
~~Redondo Beach, CA 90278-5024~~
(Returned Mail 5/11/15)

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257-2448

~~Edward Hammond~~
~~3103 Powell Cir.~~
~~Austin, TX 78704-6343~~
Duplicate

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481-3515

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 31 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| ~~Dylan Hall~~<br>~~Geeks on Wheels~~<br>~~47 Halstead Ave Suite LL1~~<br>~~Harrison, NY 10528-4142~~<br>Duplicate | Edward Lee<br>1463 Bittern Dr<br>Sunnyvale, CA 94087-3210 | Edward Lee<br>18510 Traxell Way<br>Gaithersburg, MD 20879-1797 |
| Edgar Godoy<br>88 Bush St<br>#C2103 Building C<br>San Jose, CA 95126-4863 | Eivind Aamodt<br>Wilhelms Gate 5A 0168 Oslo<br>Norway | Eli Farnsworth<br>644 Gilbert Ave<br>Hamden, CT 06514-2641 |
| Edward Lance<br>1324 Treasure Cove<br>Niceville, FL 32578-7001 | ~~Elkin Mann, LDI Imports~~<br>~~378 Johnston Ave.~~<br>~~Jersey City, NJ 07304-3766~~<br>(Returned mail 8/13/14) | ~~Elric Traver~~<br>~~1221 River Ln~~<br>~~Mosinee, WI 54455-9573~~<br>(Returned 12/15/16) |
| Edward Mosley<br>329 Maple Rd NE<br>Ludowici, GA 31316-5623 | Embedded Wits LLC<br>10574 Culbertson Dr<br>Cupertino, CA 95014-3556 | Employment Matter Counseling<br>&Consulting<br>120 Vantis<br>Suite 300<br>Aliso Viejo, CA 92656-2677 |
| Eliott Spencer<br>23 Sunwood Ln<br>Sandy, UT 84092-4802 | ~~Eric Corlew Creative X-Pressions~~<br>~~409 S Locust St~~<br>~~Wayland, MI 49348-1312~~<br>(Returned mail 8/13/2014) | Eric Denny<br>204 Lauren Ln<br>Minden, LA 71055-6286 |
| Employment Development<br>Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | Eric Nicholas Christmas<br>5940 NW 13th Street<br>Sunrise, FL 33313-6211 | Eric Tollefson<br>740 Dillon Ct<br>Grayslake, IL 60030-3374 |
| Elton Seah<br>761 Irwindale Avenue<br>Las Vegas, NV 89123-2319 | Erik Voorhees, Bitcoin FTW<br>35 Snowberry Way<br>Dillon, CO 80435-8805 | Evan Greenwood<br>501 S. Van Buren<br>Hugoton, KS 67951-2105 |
| Eric Cochran<br>615 Shelley Ave<br>Ames, IA 50014-7905 | Federal Express Corporation<br>942 South Shady Grove Road<br>Memphis, TN 38120-4117 | Ferdinand Nepomuceno<br>12476 old colony drive upper<br>Marlboro, MA 20772-5069 |
| ~~Eric Liu~~<br>~~3630 Sadge Ln~~<br>~~Irving, TX 75062-8400~~<br>(Returned 12/16/16) | Fon Allan Duke<br>19333 Seabiscuit Way<br>Apple Valley, CA 92308-4570 | Forrest Voight<br>2360 SW Archer Rd.<br>Apt. 910<br>Gainesville, FL 32608-1049 |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166-9241

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511-1801

Frank Rankin
518 Freehold Road
Jackson, NJ 08527-4629

~~Fabio Miceli~~
~~Westerdok GiG~~
~~1013 BV Amsterdam~~
~~The Netherlands~~
(Returned mail 11/17/2014)

Frederick Fiechter
1825 S. Grant Street
Suite 240
San Mateo, CA 94402-2678

Future Electronics
c/o Diane Svendsen
41 Main Street
Boiton, MA 01740-1134

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

GLO Ventures
1550 17th Street
San Francisco, CA 94107-2331

Garrett Griffin
9150 Crest Ave
Oakland, CA 94605-4422

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

George Loudon
161 Helen
Garden City, MI 48135-3183

George Richmond
3580 Egret Drive
Melbourne, FL 32901-8152

Frank Vuong
3891 Madera Way
San Bruno, CA 94066-1023

~~George Urakhchin~~
~~568 Broadway~~
~~11th Fl Coinsetter/Fueled~~
~~New York, IL 10012-3225~~
(Returned mail 8/19/14)

Gerald Davis
Tangible Cryptography LLC
510 Bridge Dr
Chesapeake, VA 23322-6020

~~Future Electronics Corp.~~
~~3255 Paysphere Circle~~
~~Chicago, IL 60674-0032~~
Duplicate

~~Glenn Hendrick, Bitminer~~
~~Bitminer128 223 Pameto Rd~~
~~Nokomis, FL 34275-3917~~
(Returned Mail 8/20/2014)

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

Gautam Desai
116 Blackstone Dr
Danville, CA 94506-1345

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
Duplicate

Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005-1668

~~George Urakhchin~~
~~111 W Maple St~~
~~Apt 2203~~
~~Chicago, IL 60610-5454~~
(Returned Mail 8/20/2014)

~~Guido Ochoa~~
~~Calle 35~~
~~Merida, Venezuela 5101~~
Duplicate

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NY 89123-2319

Gerry Gorman, World Media
Group LLC
25 Mountainview Blvd
100 Marketplace Suite 204
Basking Ridge, NJ 07920

~~HashFast Technologies LLC~~
~~Bruennerstrasse 63-65/Stg.4/Tuer~~
~~63~~
~~1210 Vienna, Austria~~
~~Austria~~
(Returned Mail 6/8/15)

Hawk Ridge Systems LLC
4 Orinda Way
Suite 100B
Orinda, CA 94563-2507

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | |
|---|---|---|---|
| 1 | ~~Graeme Tee~~ | ~~Holden Karau~~ | Hong-Quan Yue |
| 2 | ~~12 Bromley Road Hilton Western Australia~~ | ~~3407 24th St Apt 2~~ | 606-210 Woodridge Crescent Nepean, Ontario |
| 3 | (Returned mail 6/10/15) | ~~San Francisco, CA 94110-3756~~ (Returned 11/11/16) | Canada K2B 8E9 |
| 4 | ~~Gregory Maxwell~~ | Hot Sun LLC | Ian Tait |
| 5 | ~~650 Castro St.~~ ~~Suite 120-293~~ | Attn: Mark Pescatrice 6 Shenandoah Drive | Apartment 2, 34 Golf Links Road Ferndown, Dorset Bh22 8BY UK |
| 6 | ~~Mountain View, CA 94041-2055~~ (Returned mail 8/13/14) | Newark, DE 19711-3700 | |
| 7 | Hans Hess | ~~Immanuel Ambar~~ | International Rectifier |
| 8 | Elevation Franchise Ventures 6402 Arlington Boulevard, Suite 800 | ~~Christoph Merian-Ring 299~~ ~~4153 Reinach, Switzerland~~ (Returned mail 8/1/14) | 101 N Sepulveda Bldv. El Segundo, CA 90245-4318 |
| 9 | Falls Church, VA 22042 | | |
| 10 | ~~Henzy Paez~~ | ~~JAMS, Inc.~~ | ~~Jack Hlavaty~~ |
| 11 | ~~890 E. 6th St., Apt 7A~~ ~~New York, NY 10009~~ (Returned 1/17/17) | ~~P.O. Box 512850~~ ~~Los Angeles, CA 90051-0850~~ Undeliverable | ~~35 Swanson Ct, 16D~~ ~~Boxborough, MA 01719-1353~~ Duplicate |
| 12 | | | |
| 13 | ~~Hoo Shao Pin~~ | ~~James Carroll~~ | James F. Johnson III |
| 14 | ~~Polymathica Pte. Ltd.~~ ~~10 Raeburn Park #02-08~~ | ~~1505 Westheimer Rd~~ ~~Houston, TX 77006-3735~~ | C/O Gallo LLP ~~1299 Fourth St., Suite 505~~ |
| 15 | ~~Singapore 088702~~ (Returned 11/17/16) | (Returned mail 9/26/14) | ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| 16 | Ilan Elfassy | ~~James Lowry, LLC~~ | James Miller |
| 17 | 177 Bury Old Road Salford, Manchester, Lancashire M7 4PZ | ~~400 E College, Suite A~~ ~~Roswell, NM 88201-7525~~ (Returned mail 9/25/14) | 410 Cahill Rd Streamwood, IL 60107-1203 |
| 18 | UK | | |
| 19 | ~~Ivan Marcak~~ | ~~James Ries~~ | James Suddarth |
| 20 | ~~10101 Palace Way, Apt B~~ ~~Henrico, VA 23238-5647~~ | ~~450 Sunlight Ct~~ ~~Apt 2~~ | 1645 International Dr Unit 102 |
| 21 | Undeliverable | ~~Powell, WY 82435-1633~~ Duplicate | McLean, VA 22102-4818 |
| 22 | James Babcock | James Wu | ~~Jamie Hall, Bright Mining LLC~~ |
| 23 | 8368 NW 70th Street Potwin, KS 67123-9611 | 1221 North Vineyard Ave #1 Ontario, CA 91764-2278 | ~~3042 Whitemark Court~~ ~~Lexington, KY 40516~~ (Returned mail 3/16/15) |
| 24 | | | |
| 25 | James Hicks | Jared Metzler | Jarod Clark |
| 26 | PO Box 1296 Helendale, CA 92342-1296 | 826 N 3rd St Lincoln, KS 67455-1722 | 2314 Broadway Denver, CO 80205-2088 |
| 27 | | | |
| 28 | | | |

Case: 14-30725   Doc# 533-4   Filed: 02/07/17   Entered: 02/07/17 17:26:45   Page 14 of 29

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

James OShea
9 Ledum Run Rd
West Grove, PA 19390-9411

~~James Thomas, eServiZes~~
~~1679 E 337th St.~~
~~Eastlake, OH 44095-3915~~
Undeliverable

Jan Irvin
PO Box 3819
Crestline, CA 92325-3819

Jason Badua
4039 Palikea St.
Lihue, HA 96766-9258

Jason Plowman
13508 Jamieson Place
Germantown, MD 20874-1464

~~Jawad Quddus~~
~~1020 Brand Ln, Apt 638~~
~~Stafford, TX 77477-5761~~
(Returned mail 9/15/14)

~~Jeanette Arna~~
~~Haneholmveien 19 3212~~
~~Sandefjord Norway~~
(Returned Mail 8/20/2014)

~~Jeffrey vonGermeten~~
~~650 E 500 N~~
~~Apt #6~~
~~Logan, UT 84321-4228~~
Undeliverable

Jeremy L Johnson
65 Rue Saint-Paul O. #505
Montreal, Quebec, H2Y 3S5
Canada
Undeliverable

Jason Hall
2202 E Lowena Dr
Long Beach, CA 90803-5711

Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938

Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G
3V8
Canada

Jeff Unruh
2650 Beauty Creek Drive
Valparaiso, IN 46385-7038

Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014-2906

Jerry Whatley JWC Consulting
192 Fuller Road
Chehalis, WA 98532-9108

Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461-4321

~~Joe Peng~~
~~55 West 21st Street 6FL~~
~~New York, NY 10010-6809~~
Undeliverable

John Cronin
1640 Territory Trl
Colorado Springs, CO 80919-
3327
(Updated address 1/21/17)

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550-7121

Jason Yi
1367 E Garfield Ave
Glendale, CA 91205-2661

Jean-Andrew Mikesell
26652 Calle Salida
Capistrano Beach, CA 92624-1413

Jeffrey Spielberg
1524 Cottonwood Ave
Lafayette, CO 80026-9414

~~Jensy Fernandez~~
~~12 Diamond St, Apt 19~~
~~Lawrence, MA 01843-2049~~
(Returned Mail 8/13/2014)

Jess Williams
PO Box 50801
Albuquerque, NM 87181-0801

Jiongye Li
77 Louise Rd
Braintree, MA 02184-5901

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

John Peregoy
982 NC Hwy 82
Dunn, NC 28334-6360

Case: 14-30725   Doc# 533-4   Filed: 02/07/17   Entered: 02/07/17 17:26:45   Page 15
of 29

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Jesse Teta<br>3804 Triora St<br>Las Vegas, NV 89129-2709 | John Twohy, 24K Gold Plating<br>10920 4th Ave W<br>Everett, WA 98204-7066 | Jon Yellowlees<br>Dan Rose Tech Set<br>3326 Catherine St<br>Jackson, MI 49203-1003 |
| Joe Baker<br>530 Lawrence Expressway #441<br>Sunnyvale, CA 94085-4014 | ~~Jonathan Bower~~<br>~~Alstrommergatan 32N 11247~~<br>~~Stockholm Sweden~~<br>(Returned Mail 8/20/2014) | Jonathan Hardison<br>650 S Adam Ave<br>Republic, MO 65738-8100 |
| John A. Twohy<br>10920 4th Ave. W<br>Eeverett, WA 98204-7066 | ~~Jonathan Simms, Jhashybor~~<br>~~Mining~~<br>~~1808 E Columbus Dr Apt# 3~~<br>~~Tampa, FL 33605-2655~~<br>(Returned Mail 8/20/14) | Jonathon North<br>240 Milledgeville Rd<br>Enville, TN 38332-1972 |
| John Shave<br>8805 Tamiami Trail North<br>#219<br>Naples, FL 34108-2525 | Jose L.W. Martinez<br>9250 W Bay Harbor Dr<br>Apt 7 D<br>Miami, FL 33154-2715 | Joseph Cavallero<br>2644 Fulton Street<br>Berkeley, CA 94704-3230 |
| ~~Jonas Diener~~<br>~~1528 Country Club Rd~~<br>~~Harrisonburg, VA 22802-5071~~<br>(Returned Mail 9/29/14) | Josh Gold<br>8 forman lane<br>Manalapan, NJ 07726-2907 | Joshua Lytle<br>347 Millcreek Rd<br>Pleasant Grove, UT 84062-8815 |
| Jonathan Prentice, Network<br>Service Prov<br>13 Farnham St Parnell<br>Auckland 1052 New Zealand | Joshua Vidana, Skidhacker.com<br>3602 Tilson Ln.<br>Houston, TX 77080-1620 | Julio Perez<br>109 S Melville Ave<br>Unit 1<br>Tampa, FL 33606-1860 |
| Jose Anguiano II<br>620 Cathy Ct<br>Escondido, CA 92026-3116 | Jun Ding<br>2231 167th Pl NE<br>Bellevue, WA 98008-2454 | Justin Belfield, AGNQ Tech LLC<br>7597 Simms Landing Road<br>Port Tobacco, MD 20677-3100 |
| Joseph Farag, Trinity Bitcoin<br>Investment<br>12810 Terabella Way<br>Fort Myers, FL 33912-0913 | ~~Justin Grevich~~<br>~~3348 Via Alicante~~<br>~~La Jolla, CA 92037-2745~~<br>Undeliverable | Justin Hall<br>4261 E Stonebridge Dr<br>Meridian, ID 83642-8922 |
| Joshua Rising<br>249 Wimer St Apt 16<br>Ashland, OR 97520-1689 | ~~KH Joo~~<br>~~SilverBlue Inc.~~<br>~~11693 Seven Springs Drive~~<br>~~Cupertino, CA 95014-5128~~<br>(Returned 12/7/16) | Kai Fuck<br>Hummerich 11 53859<br>Niederkassel Germany |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | | |
|---|---|---|---|
| 1 | Julio Perez<br>Diana Syke 21758 SE 259th St<br>Maple Valley, WA 98038-7568 | ~~Kang Lu~~<br>~~5753 Hwy 85 North #2442~~<br>~~Crestview, FL 32536~~<br>Duplicate | Karen Miller<br>c/o Eberhart Accounting Services, P.C.<br>496 W. Boughton Road<br>Bolingbrook, IL 60440-1890 |

1
2
3

4

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

~~Kate Craig-Wood, Wood~~
~~Technology LLP~~
~~25 Frederick Sanger Road,~~
~~Guildford~~
~~Surrey GU6 8TB United~~
~~Kingdom~~

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

5
6
7

JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532-9108

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company
1 Park
New York, NY 10016-5802

8
9
10

~~Kaloopy Media~~
~~Attn: Kurt Heim, President~~
~~2510 Main St.~~
~~Santa Monica, CA 90405-3535~~
(Returned Mail 8/20/2014)

~~Kevin Fu Hong Yee~~
~~#2918 - 608 9th St SW~~
~~Calgary, Alberta~~
~~T2P 2B3, Canada~~
Undeliverable

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

11
12
13

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

~~Koi Systems Ltd~~
~~1191 Center Point Drive #A~~
~~Attention: Brian Edgeworth~~
~~Henderson, NV 89074-7891~~
Duplicate

~~Koi Systems Ltd.~~
~~1191 Centerpoint Drive, Suite A~~
~~Henderson, NV 89074-7891~~
Duplicate

14
15
16

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

17
18
19

Kevin Delporte
briekhoekstraat 32 8940 wervik
Belgium

~~Lance Dixon~~
~~Intervid FZ LLC~~
~~Suite 128, Building 2~~
~~Dubai Internet City, Dubai, UAE~~
(Returned Mail 7/3/2014)

Larry Han
970 NW 198th PL
Shoreline, WA 98177-2663

20
21
22

~~Kevin Mahan, Tanard Corporation~~
~~9101 W. Sahara Ave.~~
~~Suite 105 K-6~~
~~Las Vegas, NV 89117-5772~~
Undeliverable

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

Le Van Hanh
V Spa & Nails
159 Cypresswood Dr
Spring, TX 77388-6038

23
24
25

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109-6322

Lautaro Cline
8327 Aster Ave Oakland
CA 94605-4101

Linear Technology Corporation
1630 McCarthy Blvd
Milpitas, CA 95035-7487

26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case 14-30725    Doc# 533-4    Filed: 02/07/17    Entered: 02/07/17 17:26:45    Page 17 of 29

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| ~~Kyle Sidles, Kaysid, LLC~~ ~~4000 Dow Road~~ ~~Unit 10~~ ~~Melbourne, FL 32934-9276~~ (Returned mail 11/17/2014) | Lee Schwuchow , Monkey Business 2740 N. Andrews Ave Wilton Manors, FL 33311-2512 | ~~LookSmart, Ltd.~~ ~~c/o Nancy Weng/Trinh Law Firm~~ ~~99 N. 1st St., Suite 200~~ ~~San Jose, CA 95113-1203~~ (Returned mail 1/29/15) |
| Lauren Coe 3303 226th Pl SW Brier, WA 98036-8049 | Lonnie J. Hansen 205 Duncan St, #6 Ashland, VA 23005-1941 | Lukas Bradley 3777 N. Clemons St. Unit F East Wenatchee, WA 98802-9369 |
| Lee Ash 304 189th PL SW Bothell, WA 98012-6236 | Lotfi Bemmira 1852 E Sesame St Tempe, AZ 85283-2213 | ~~Luke Dashjr~~ ~~17318 Sweetwater Rd~~ ~~Dade City, FL 33523-6246~~ Duplicate |
| ~~Liquidbits Corporation~~ ~~20201 E. Country Club Drive,~~ ~~#1502~~ ~~Aventura, FL 33180-3282~~ (Returned 11/10/16) | Luke Baum PO Box 101 Pleasant Unity, PA 15676-0101 | ~~Madalin Ionascu~~ ~~51 Goldhill Plaza #12-11 Singapore~~ (Returned 12/12/16) |
| LookSmart,Ltd. C/O Trinh Law Firm 99 N. 1st St., Suite 200 San Jose, CA 95113-1203 | LyLy Moc 14 Hamilton St Toronto Ontario M4M 2C5 Canada | Manuel Rojas 1121 Torrance Blvd Torrance, CA 90502-1613 |
| Lukas Zingg Breitestrasse 1 4132 Muttenz Switzerland | ~~Manu Kaushish, Nirvana Digital,~~ ~~Inc.~~ ~~6200 Stoneridge Mall Road, Suite~~ ~~300~~ ~~Pleasanton, CA 94588~~ | ~~Marcus Killion~~ ~~1000 W Garden Ct~~ ~~Wichita, KS 67217-4515~~ Undeliverable |
| Luke Wen 4370 Blossom Hill Trl Ann Arbor, MI 48108-4302 | ~~Marcelino Bellosta~~ ~~1600 Ponce de Leon Blvd. FL 10~~ ~~Suite 1001~~ ~~Coral Gables, FL 33134-3988~~ Undeliverable | ~~Marion Keyes, Riverstone LLC~~ ~~189 Eagle Drive~~ ~~Golden, CO 80403-7775~~ (Returned 10/31/16) |
| Maia Haltiner 1545 Dawson Ave Dorval Quebec H9S 1Y5 Canada | ~~Mardi Jackson F8 Mobile Inc.~~ ~~50 Sunset Way~~ ~~Sausalito, CA 94965-9741~~ (Returned mail 3/18/15) | Mark Pescatrice, Matrice Consulting LLC 6 Shenandoah Drive Newark, DE 19711-3700 |
| ~~Manuel Zepeda~~ ~~2310 Westgate Rd~~ ~~Unit 14~~ ~~Santa Maria, CA 93455-1004~~ (Returned mail 8/1/14) | ~~Mark Hancock~~ ~~512 Grant Terrace~~ ~~Taft, CA 93268-4434~~ (Returned 1/23/17) | ~~Mark Sullivan, Cyclotronics~~ ~~6430 FM 1960 #321~~ ~~Houston, TX 77069-3902~~ (Returned mail 8/13/14) |

- 38 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| Marcus Sorensen<br>2397 Romano Cir<br>Pleasanton, CA 94566 | ~~Mark Roy~~<br>~~21745 Duck Creek Square~~<br>~~Ashburn, VA 20148-4411~~<br>Undeliverable | Martin Rinab<br>51-30 Browvale Lane<br>Little Neck, NY 11362-1317 |
| Mark Fiorentino<br>900 Lake Elbert Drive SE<br>Winter Haven, FL 33880-3137 | ~~Mark von Germeten~~<br>~~20792 SW Nettle Pl~~<br>~~Sherwood, OR 97140-8844~~<br>Undeliverable | Matt Richards<br>3253 S E Ct.<br>Springfield, OR 97478-6348 |
| Mark Pescatrice-- Hot Sun LLC<br>6 Shenandoah Drive<br>Newark, DE 19711-3700 | Matt Gibson<br>Allure Marine Limited<br>2/69 Hinemoa Street<br>Birkenhead Auckland 0626<br>New Zealand | Matthew Hagan<br>17 Prospect Heights<br>Carrickfergus<br>BT388QY<br>County Antrim, United Kingdom |
| Mark Williams, Off Road<br>Unlimited<br>1712 Historic Hwy 441<br>Clarkesville, GA 30523 | Matthew Dahlke<br>950 Snipes Pump Road<br>Sunnyside, WA 98944-9716 | Matthieu Billaud<br>testory 31310 Montesquieu<br>Volvestre France |
| Martin Safranek<br>Linecka 351 38241 Kaplice Czech<br>Republic | Matthew Silvia<br>30 Oak St<br>Cohasset, MA 02025-2213 | Max Fischer<br>1168 S Barrington Ave., Apt 507<br>Los Angeles, CA 90049-6466<br>(Updated address 2/1/17) |
| ~~Matt Tucker~~<br>~~2830 E College Ave~~<br>~~Unit 101~~<br>~~Boulder, CO 80303-1974~~<br>(Returned mail 11/17/2014) | Max Avroutski<br>172 Bay 31st St., #10<br>Brooklyn, NY 11214-5640 | McNamara Financial<br>980 N Michigan<br>#1400<br>Chicago, IL 60611-7500 |
| ~~Matthew McCormick~~<br>~~33 Hollandale Ln~~<br>~~Apt A~~<br>~~Clifton Park, NY 12065-5228~~<br>Undeliverable | ~~Maximin Parotte~~<br>~~Dorpsstraat 112 A 3927BG~~<br>~~Renswoude Netherlands~~<br>(Returned mail 11/17/2014) | Michael Damm<br>140 South Van Ness Ave.<br>Unit 807<br>San Francisco, CA 94103-2586 |
| Mattia Baldinger<br>Zunzgerstrasse 24 4450<br>Sissach Switzerland | Michael Burke<br>1500 Tauromee Ave<br>Kansas City, KS 66102 | Michael Giovinco<br>61 Sterling St<br>Somerville, MA 02144-1116 |
| Maximilian Baringer<br>August-Bebel Platz 4 99423<br>Weimar Germany | Michael Gao<br>c/o Hongqui Yang<br>105 Tamalpais Pt.<br>Chapel Hill, NC 27514-1453 | Michael Lord<br>10022 Winding Ridge Dr.<br>Shreveport, LA 71106-7684 |

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| ~~Mediabistro.com, Inc.~~<br>~~50 Washington Street~~<br>~~Suite 902~~<br>~~Norwalk, CT 06854-2792~~<br>(Returned 11/09/16) | Michael Gruat<br>Silberburgstrasse 29<br>Albstadt, Germany, AK 72458 | Michael Shannon<br>3273 Avenida Anacapa<br>Carlsbad, CA 92009-9301 |
| Michael Desotell<br>7101 S County Road 750 W<br>Knightstown, IN 46148-9053 | Michael Pryor<br>5 Windy Ridge Rd<br>Hudson, WY 82515 | Mike Deming<br>1458 Monroe Ave<br>Rochester, NY 14618-1008 |
| Michael Greiner<br>49 Pennsylvania Ct<br>Morton, IL 61550-1795 | Mike Damm<br>140 South Van Ness Avenue<br>Unit 807<br>San Francisco, CA 94103-2586 | Mr Piotr Kwiecien<br>80 Delancey Street<br>Flat B, Ground Floor<br>NW1 7SA, London, CA 00-00 |
| Michael McGurgan<br>2913 Coach Ct<br>Norman, OK 73071-5505 | Monsoon Company, Inc.<br>1714 Franklin Street<br>#100-142<br>Oakland, CA 94612-3488 | Myron Davis<br>333 Willoughby Ave<br>ETS / 5th Floor<br>Juneau, AK 99801-1770 |
| Michel Santos<br>7620 Old Georgetown Rd<br>Apt 723<br>Bethesda, MD 20814-6158 | Murat Konal<br>Putselaan 102 3074 JE<br>Rotterdam, Netherlands | Nathan Ruble<br>1223 Stockton Street<br>Indianapolis, IN 46260-2826 |
| Miratek<br>706 Michael Street<br>Milpitas, CA 95035-4771 | ~~Nathan Ross~~<br>~~Exel 85-D Liberty Commons Rd~~<br>~~Columbus, OH 43235-1568~~<br>Undeliverable | Nathen Lam<br>9569 Crystal Water Way<br>Elk Grove, CA 95624-4058 |
| ~~Mohammad Zahid Faruqi~~<br>~~Ruthnergasse 42/Tuer 9~~<br>~~1210-Wien, Austria~~<br>Undeliverable | ~~Nathaniel McCray~~<br>~~3723 Saddle Horn Tr~~<br>~~Ogden, KS 66517-4000~~<br>(Returned 10/30/16) | Nicholas Fusaro<br>35 Kohlanaris Dr<br>Poughkeepsie, NY 12601-1632 |
| Nathan Ho<br>2201 Stratford Dr<br>Round Rock, TX 78664-7340 | ~~Nenko Garchev~~<br>~~4001 Lyman Dr~~<br>~~Philadelphia, PA 19114-2107~~<br>(Returned 1/26/17) | Nir Nahum<br>Mashabim 19 Hod-Hasharon<br>4520122 Israel |
| Nathan Wallace<br>3836 W. Tamarisk Ct.<br>South Jordan, UT 84095-4181 | ~~Nik Arghavan~~<br>~~25 Bishop Tutu Blvd 713~~<br>~~Toronto Ontario M5V 279~~<br>~~Canada~~<br>Undeliverable | Novia Reid<br>453 Albany Ave Apt A1<br>Hartford, CT 06120-2505 |

- 40 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| ~~Neil Schemenauer~~<br>~~727 9th St Humboldt~~<br>~~Saskatchewan S0K 2A0 Canada~~<br>(Returned 11/7/16) | ~~Nolan Shadbolt / Win It Gaming~~<br>~~Ltd~~<br>~~No. 2 The Leys~~<br>~~Lyneham~~<br>~~Chipping Norton~~<br>~~Oxon    OX7 6QH~~ | ~~Oleksandr V. Buzko~~<br>~~5824 Oak Bend Lane #101~~<br>~~Oak Park, CA 91377-5662~~<br>Duplicate |
| Nick Simmons<br>6613 Goosander Ct.<br>Frederick, MD 21703-9536 | Osric Proctor Jr<br>202 Garland Ave.<br>Sandston, VA 23150-1616 | PHILLIP MARASHIAN<br>812 Saratoga Ave<br>Apt. Q-211<br>San Jose, CA 95129-2567 |
| ~~Nirvana Digital Inc.~~<br>~~3632 Whitworth Drive~~<br>~~Dublin, CA 94568-4562~~<br>(Returned 11/16/16) | Pascal Martin<br>181 De la Grande-Coulee<br>Orford Quebec J1X 6Z6<br>Canada | Patricio Grez<br>7339 NW 54th St<br>Ste 252416<br>Miami, FL 33195-4875 |
| Novtech, Inc.<br>7401 Wiles Road<br>Suite 229<br>Pompano Beach, FL 33067-2036 | Patrick Sadowski<br>146 Dawlish Ave Aurora<br>Ontario L4G 6R2 C | ~~Paul Croscup~~<br>~~585 Harts Road~~<br>~~Madoc, Ontario K0K 2K0~~<br>~~Canada~~<br>(Returned 11/02/16) |
| ~~Oliver Klein~~<br>~~Zeller Str 17 73271 Holzmaden~~<br>~~Germany~~<br>Undeliverable | ~~Paul Montague~~<br>~~4/84 Kings Canyon Street~~<br>~~Harrison~~<br>~~ACT 2914~~<br>~~Australia~~(Prefers email) | Paul Roeder<br>10315 Raritan Dr<br>Houston, TX 77043-2935 |
| Package Science Services LLC<br>3287 Kifer Road<br>Santa Clara, CA 95051-0826 | Perkins Coie<br>131 S. Dearborn St. #1700<br>Chicago, IL 60603-5559 | ~~Pete Gorman~~<br>~~52 Doctors Point Road Waitati 9085~~<br>~~New Zealand~~<br>(Returned Mail 8/13/2014) |
| ~~Patrick Huizinga~~<br>~~Anjerstraat 50 3333GD~~<br>~~Zwijndrecht Netherlands~~<br>(Undeliverable) | Peter Hornyak<br>Nyiregyhaza 48 Ibolya street<br>4400 Hungary | Peter Kamstra<br>De Goorns 15 7824RG Emmen<br>Netherlands |
| ~~Paul Erickson~~<br>~~2925 Union St~~<br>~~Madison, WI 53704-5138~~<br>Undeliverable | ~~Peter Myers~~<br>~~6320 North 16th Street~~<br>~~Apt 34~~<br>~~Phoenix, AZ 85016-1521~~ | Peter Smallwood<br>Peter Smallwood 189 Woodcroft<br>Drive<br>New South  Wales 2767<br>Australia |
| Paula Jean Galburt<br>26158 Stillwater Circle<br>Punta Gorda, FL 33955-4729 | Petr Dvorak<br>Komensveho 37<br>Boskovice, 68001<br>Czech Republic | Phat Tran<br>10506 Chambers Drive<br>Tampa, FL 33626-2619<br>(Updated  2/1/17) |

- 41 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Peter Hendrickson<br>773 East El Camino Real, #142<br>Sunnyvale, CA 94087-2919 | ~~Phuc Nguyen~~<br>~~Van Nguyen 895 Broadway~~<br>~~Floor 3~~<br>~~New York, NY 10003~~<br>Undeliverable | Price Givens, 404 LLC<br>61875 Broken Top Dr #27<br>Bend, OR 97702-1182 |
| ~~Peter Morici~~<br>~~1430 Patapsco St.~~<br>~~Baltimore, MD 21230-4523~~<br>Duplicate | ~~Qhengxian Xu~~<br>~~China 511495 Guangdong~~<br>~~guangzho~~<br>Undeliverable | Public Service Insurance Company<br>One Park Avenue<br>New York, NY 10016-5807 |
| Peter Symons<br>149C Shirehampton Road Sea Mills<br>Bristol BS9 2EE United Kingdom | Proven Tolerance Specialist<br>570 Suite C Marine View Avenue<br>Belmont, CA 94002-2574 | Rajpreet Ahluwalia<br>20338 102nd Ave SE<br>Kent, WA 98031-5500 |
| ~~Phil Blancett~~<br>~~P.O. Box 19719 South~~<br>~~Lake Tahoe, CA 96151-0719~~<br>Undeliverable | Rafez Noorullah<br>Gazelle Informatics Ltd<br>Hadia House, 2b Lincoln Street<br>Kingsthorpe, Northhampton, UK<br>NN2 6NR | ~~Randy Jones~~<br>~~Kinetica Technology Solutions~~<br>~~403 Da Vinci Ln~~<br>~~Wylie, TX 75098-8469~~<br>Undeliverable |
| ~~Process General~~<br>~~5915 Edmond St. #102~~<br>~~Las Vegas, NV 89118-286~~<br>(Returned 11/14/16) | Randall Elliott<br>202 Jefferson Street<br>Martinsbug, WV 25401-1606 | ~~Raymond Steiner~~<br>~~Gespermoosstrasse 4 2540~~<br>~~Grenchen Switze~~<br>(Returned 11/21/16) |
| Qingshou Pei<br>1112 Gossamer Dr<br>Pickering Ontario L1X 2<br>Canada | Raymond Floyd Floyd Company<br>191 E. Main Street<br>Tustin, CA 92780-4406 | Devito Reno<br>4882 Nardini Ave<br>Las Vegas, NV 89141-3823<br>(Updated address 2/1/17) |
| Ralph Crowder<br>6843 Kenilworth Ave.<br>El Cerrito, CA 94530-1841 | Reinoud Vaandrager<br>255 South Rengstorff Avenue<br>Apt 179<br>Mountain View, CA 94040-1764 | Rick Windham<br>166 State Street<br>#8<br>Brooklyn, NY 11201-5612 |
| Ray Calderon<br>170 Quinlan Ave<br>Staten Island, NY 10314-5110 | Richard Chang<br>1253 Buck Jones Rd<br>Raleigh, NC 27606-3326 | Robert Cacioppo<br>1 Fresh Spring Cove Somers Point<br>Somers Point, NJ 08244 |
| Regan Reckman<br>1574 Georgetown<br>Loveland, OH 45140-8035 | ~~Robert Alkire Consulting~~<br>~~1081 Neptune Lane~~<br>~~La Grande, WA 98348~~<br>(Returned 11/03/16) | ~~Robert Kulys~~<br>~~1905 Evergreen Terrance Drive E~~<br>~~Apt 4~~<br>~~Carbondale, IL 62901-3904~~<br>Undeliverable |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Ric Rooney, Sun Spot<br>4310 Austin Bluffs Parkway<br>Colorado Springs, CO 80918-2932 | ~~Robert Edwards Awesome~~<br>~~Possum LLC~~<br>~~7341 W Cypresshead Drive~~<br>~~Parkland, FL 33067-2313~~<br>(Returned 11/14/16) | ~~Roberto Bayona~~<br>~~Esfinge 53 2B 28022 Madrid~~<br>~~Madrid Spain~~<br>Undeliverable |
| Robert Alan Richardson<br>1713 Nordic Hill Cir.<br>Silver Spring, ME 20906-5950 | Robert Worrall<br>31 Troon terrace<br>Annandale, NJ 08801-1603 | ~~Rodney Batchelor~~<br>~~217 E 25th st~~<br>~~Tacoma, WA 98421-1106~~<br>(Returned 12/8/16) |
| ~~Robert Ditthardt~~<br>~~Olivine Labs LLC~~<br>~~32-22 37th Street, #1~~<br>~~Astoria, NY 11103-4004~~<br>(ReturnPaied 10/28/16) | Robin van der Linden<br>mimoCloud Computing UG<br>Rudolf strasse 65 52070 Aachen<br>Germany | ~~Ronny Hellmann~~<br>~~Hickenweg 32 35708 Haiger~~<br>~~Germany~~<br>Undeliverable |
| Robert Mudryk<br>29118 Weybridge Drive<br>Westlake, OH 44145-6744 | ~~Roland Payu Harris~~<br>~~110 Denver ST~~<br>~~Apt # 201~~<br>~~Rapid City, SD 57701-1175~~<br>(Returned 1/17/17) | Ryan Gatchalian<br>2786 West Trojan Place<br>Anaheim, CA 92804-2030 |
| Robin van der Linden<br>mimoCloud Computing  UG<br>Rudolfstrasse 65 52070 Aachen<br>Germany | Ryan Casey<br>904 NE 157th Ave<br>Portland, OR 97230-5462 | Sam Ha<br>591 Ferrero Ln<br>La Puente, CA 91744-4961 |
| Rodrigo Hernandez<br>118 Kipling Ave<br>Springfield, NJ 07081-3216 | Saint Clair Newbern IV<br>c/o Kelly Hart &  Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3129 | Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425-3618 |
| Russell Petersen<br>4260 Comanche Dr<br>Carrollton, TX 75010-3300 | Samuel Koh Innerspin<br>3250 Wilshire Blvd.<br>#2150<br>Los Angeles, CA 90010-1614 | Saul Jose Maldonado Rodriguez,<br>Global AP<br>14500 SW 160 Terr<br>Miami, FL 33177-1708 |
| Ryan Stonn<br>Nidarosgatan 7 bv 16434<br>stockholm Sweden | Sascha Appel<br>Eigerweg 11 4852 Rothrist<br>Switzerland | ~~Scott Gray~~<br>~~612 W. 10th St.~~<br>~~Juneau, AK 99801-1820~~<br>(Served by email per party's<br>request) |
| Sam Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 | ~~Sean Taffler~~<br>~~40 Quartz Way~~<br>~~San Francisco, CA 94131-1636~~<br>Undeliverable | Sean Walsh Bertram Capital<br>800 Concar Drive<br>Suite 100<br>San Mateo, CA 94402-7045 |

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| Santiago Marin<br>1601 NW 82 Avenue<br>Flybox #6834<br>Miami, FL 33126-1017 | Selim Soler<br>2103 SW Danforth Cir<br>Palm City, FL 34990-7706 | Sergiy Sudakov<br>108 Business Center Dr<br>Reisterstown, MD 21136-1229 |
| Scott Cameron<br>1332 Rue des Cypres Pincourt<br>Quebec J7W | Shamus Robinson<br>5878 Valley Rd<br>Alanson, MI 49706 | Shanghai Chooyu Chemical<br>Company Ltd.<br>1107 Liberty Square Road<br>Boxborough, MA 01719-1113 |
| Scott Randall<br>Advanced Legal Systems Inc.<br>840 S Rancho Dr, Ste 4313<br>Las Vegas, NV 89106-3837 | Shaun Kelly<br>52 Cross Street Warrimoo<br>NSW, Australia 2774 | Sierra Proto Express<br>1108 W Evelyn Ave<br>Sunnyvale, CA 94086-5742 |
| Sean Wang<br>910 Lenora<br>#S802<br>Seattle, WA 98121-2754 | Sierra Circuits, Inc.<br>1108 West Evelyn Avenue<br>Sunnyvale, CA 94086-5745 | Sinisa Devcic<br>Antilopespoor 504 3605VS<br>Maarssen Netherland |
| Seth Duppstadt<br>2109 Broadway 1379<br>New York, NY 10023-2149 | Shi Lei<br>BLK 62 Teban Gardens Rd<br>#16-627<br>Singapore 600062 | Stacy Robinson<br>3876 Muirwood Lane<br>Roseville, CA 95747-9795 |
| Shaun Andrew Biggin<br>1208 6 Street N<br>Lethbridge, AB<br>T1H1Y5 | Simon Twigg<br>Cartrader Mail 11<br>Ardleigh Green Road<br>Hornchurch Essex RM11 2JY UK | Stehr Music Productions<br>De Dreef 173<br>2542ND Den Haag<br>Holland |
| ~~Shi Lei~~<br>~~1000 Lakes Drive, Suite 430~~<br>~~West Covina, CA 91790-2928~~<br>Undeliverable | Sonic Manufacturing<br>Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Stephen Bywater<br>22 Orr Hatch Dr<br>Cornwall, NY 12518-1728 |
| ~~Simon Barber~~<br>~~c/o Sheppard, Mullin, Richter et al~~<br>~~Attn: Ori Katz~~<br>~~4 Embarcadero Ctr., 17th flr.~~<br>~~San Francisco, CA 94111-4158~~<br>Undeliverable | ~~Stephan van der Feest~~<br>~~Accordeonlaan 42 3438GD~~<br>~~Nieuwegein Netherlands~~<br>(Returned 1/31/17) | Steve Govoni<br>938 Moosehead Trail<br>Jackson, ME 04921-3009 |
| ~~Sistemas Operativos Sanitarios ca~~<br>~~Calle 35 entre Av. 2 y #2-34~~<br>~~Attn: Guido Ochoa~~<br>~~Merida, Venezuela 5101~~<br>Duplicate | Stephen Witty<br>3019 Jade Drive<br>Harrison, AR 72601-1865 | ~~Stolowitz Ford Cowger LLP~~<br>~~1211 SW 5th Ave~~<br>~~Suite 1900~~<br>~~Portland, OR 97204-3719~~<br>(Returned 1/20/17) |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Stephen Hamner<br>51 Gladys St.<br>San Francisco, CA 94110-5427 | Steven Cacchione, Acute Air Conditioning<br>75 Medway rd Cragieburn<br>Victoria 3064 Au | ~~Sungkyun Lee~~<br>~~45530 Market way 311 Chilliwack~~<br>~~British~~<br>Undeliverable |
| Steve Manos<br>226 Center St.<br>Suite A-7<br>Jupiter, FL 33458-4365 | Stuart Murray<br>75 Westover Road<br>Downley, High Wycombe HP13<br>5th<br>ENGLAND | Synter Resource Group, LLC<br>P.O. Box 63247<br>North Charleston, SC 29419-3247 |
| ~~Strategic Counsel Corp~~<br>~~c/o Adam T. Ettinger~~<br>~~Sheppard Mullin Richter &~~<br>~~Hampton LLP~~<br>~~1901 Ave of the Stars, #1600~~<br>~~Los Angeles, CA 90067-6055~~ | Sven Clauw<br>Parnassialaan 6 8660 De Panne<br>Belgium | Terri Avery<br>91 Bradley Street Guyra<br>New South Wales |
| ~~Suresh Chandra~~<br>~~101 Bellgrove Drive 3A~~<br>~~Mahwah, NJ 07430-2263~~<br>Undeliverable | Tara Beck<br>3101 South Roosevelt<br>St Boise, ID 83705-4752 | Thang Nguyen<br>21 Millplace Ct<br>Irmo, SC 29063-7768 |
| Syvert Holbek Feed<br>Kvernhusbakken 6 4900<br>Tvedestrand Norway | ~~Thadius Bolton~~<br>~~6640 Ditmars St~~<br>~~Las Vegas, NV 89166-8028~~<br>Undeliverable | Thomas Scortmann<br>3 Village Green N<br>Ste 448<br>Plymouth, MA 02360-8803 |
| Terry Sine<br>1154 N Pine St<br>Canby, OR 97013-3249 | Thierry Beauchesne<br>4520 Quarterhorse Ct<br>Antioch, CA 94531-9317 | ~~Tim Lehming~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>(Returned 1/4/17) |
| Theron Rodriguez Bitlab LLC<br>6302 Settlement Dr.<br>Arlington, TX 76001-7617 | Tie Hu, Targetalk Inc.<br>28 Empress Ave. 516 North York<br>Ontario M | ~~TimeFire, Inc.~~<br>~~Eric W. Benisek, Esq.~~<br>~~Vasquez Benisek & Lindgren~~<br>~~3685 Mt Diablo Blvd #300~~<br>~~Lafayette, CA 94549-6833~~<br>Duplicate |
| ~~Thomas Stiegler~~<br>~~23 Stewart Drive Werribee~~<br>~~Victoria 3030~~<br>Undeliverable | Tim Oster<br>3068 Evergreen Rd<br>Pittsburgh, PA 15237-2725 | Tin Yan Kwok<br>9642 Callita Street<br>Acradia, CA 91007-7803 |
| Tim McGough<br>2412 Pinehurst Ln<br>Mesquite, TX 75150-1129 | ~~Timothy Lam~~<br>~~6156 Temple City Blvd.~~<br>~~Temple City, CA 91780-1747~~<br>Duplicate | Tobias Neumann<br>Buchenweg 30 90556 Seukendorf<br>Germany |

- 45 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| Timothy Cyrus<br>630 Oldfield Dr SE<br>Byron Center, MI 49315-8114 | Tobias Bucher<br>Chnuebraechi 7 8197 Rafz<br>Switzerland | Tom Bouckaert<br>Henri Dunantlaan 20/502 9000 Gent<br>Belgiu |
| ~~Ting Ma~~<br>~~China 100083 Beijing Beijing~~<br>~~Room 30-1-~~<br>(Returned 1/21/17) | Todd Gould<br>Loren Data Corp. PO Box 1438<br>Lake Forest, CA 92609-1438 | Tong Moc<br>328 Main Street Toronto Ontario<br>M4C 4X7 |
| Toby Brusseau<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | ~~Tommy E. Contreras~~<br>~~855 Folsom Street~~<br>~~#514~~<br>~~San Francisco, CA 94107-1180~~<br>Undeliverable | ~~TrueTech Communications~~<br>~~241 Elinor Ave.~~<br>~~Mill Valley, CA 94941-1281~~<br>(Returned 11/01/16) |
| ~~Tom Postma, PC Central~~<br>~~Jan Vermeerstraat 41 7545BN~~<br>~~Enschede Net~~<br>(Returned 12/11/16) | Trenton Bullock<br>1072 Mclaren Drive<br>Belmont, NC 28012-8674 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Tony Hoang<br>557 Gerrard St. East Toronto<br>Ontario M4M | UBE Enterprises<br>Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093-6152 | Venkat Balasubramani<br>Focal PLLC<br>900 1st Avenue S, Suite 201<br>Seattle, WA 98134-1208<br>(Updated 2/1/17) |
| Tyler Doyle<br>2112 Hayden Ave<br>Aloona, WI 54720-1547 | ~~Uwe Schaum~~<br>~~Grabenstr. 5 35625 Huettenberg~~<br>~~Germany~~<br>Undeliverable | Victor Feng, VIP Networks<br>43532 Ocaso Corte<br>Fremont, CA 94539-5632 |
| ~~Uniquify, Inc.~~<br>~~2030 Fortune Drive #200~~<br>~~Attn: Robert Smith~~<br>~~San Jose, CA 95131-1835~~ | ~~Vicki Schwarz~~<br>~~305 W Fullerton 1E~~<br>~~Chicago, IL 60614-2816~~<br>(Returned 1/26/17) | Vladimir Fefer<br>2620 W Greenleaf<br>1W<br>Chicago, IL 60645-3298 |
| ~~Verne Riley~~<br>~~65 Shamley Heath rd Kureelpa~~<br>~~Queensland~~<br>Undeliverable | ~~WY Gost~~<br>~~Building A, Haocheng Tech Park~~<br>~~Yanshan Ave.~~<br>~~Baoan District, Shenzen~~<br>~~China~~<br>Undeliverable | Wayne Connors<br>12416 Tattersall Park Ln<br>Tampa, FL 33625-3912<br>(Updated address 1/17/17) |
| ~~Vkal Design LLC~~<br>~~2290 Ringwood Ave.~~<br>~~Suite C~~<br>~~San Jose, CA 95131-1718~~<br>Undeliverable | ~~Wenxie Hu~~<br>~~Rico Kohki (Hong Kong) Limited~~<br>~~Wenxie HU~~<br>(Returned 11/28/16) | ~~Werner Artz~~<br>~~habergasse 4 82380 Pei? enberg~~<br>~~Germany~~<br>Undeliverable |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

Case 14-30725    Doc# 533-4    Filed: 02/07/17    Entered: 02/07/17 17:26:45    Page 26 of 29

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Warren Tsang<br>LogicShark Consulting<br>2060 Madison Ave. Fl. 8<br>New York, NY 10016 | Will Wong<br>500 Oracle Parkway<br>Redwood City, CA 94065-1677 | ~~William Chevallier~~<br>~~15 Rue Des Basses  Mathouzines~~<br>~~95170 DEU~~<br>Undeliverable |
| WaltherCorp LLC<br>1342 Virginia Ave<br>Havertown, PA 19083-2020 | William Peace<br>14821 N Hana Maui Dr<br>Phoenix, AZ 85022-3656 | William Schmitt<br>22 Spackenkill Rd<br>Poughkeepsie NY 12603-5335<br>(Updated  2/1/17) |
| Weng Kay Poon<br>44 Choa Chu Kang Street 64 #09-19<br>Singapore 689105 | William Walther<br>WaltherCorp LLC<br>1342 Virginia Ave<br>Havertown, PA 19083-2020 | Wim Vandeputte<br>Oostveld Kouter 13<br>9920 Lovendegem<br>Flanders (Belgium) |
| ~~Will McGirr~~<br>~~39 Bruton Place Winnipeg~~<br>~~Manitoba R2N 2V~~<br>Undeliverable | World Electronics<br>3000 Kutztown Road<br>Reading, PA 19605-2617 | Xiwen Wang<br>165 BAYSHORE DR.<br>BRECHIN Ontario L0K 1B0<br>Canada |
| William Courtright<br>146 Escolta Way<br>San Francisco, CA 94116-2940 | Yazz Atlas, EntropyWorks Inc.<br>1429 E. Aloha St.<br>Seattle, WA 98112-3931 | Yichun Catherine Liu<br>502 Rudbeckia PL<br>Gaithersburg, MD 20878-4050 |
| ~~William Smith~~<br>~~Fricourt, Grande Maison Road~~<br>~~Vale Guernsey HG1 3LH UK~~<br>Undeliverable | Youssef Raiss-Elfenni<br>6322 Dakine Circle<br>Springfield, VA 22150-1193 | Zhao Fu<br>191 West Woodruff Ave<br>Columbus, OH 43210-1117 |
| ~~Wolfgang Riedel~~<br>~~Wilmersdorfer Str.3 D-14959~~<br>~~Trebbin Germ~~<br>Undeliverable | Zhichao Zhang<br>760 North Mary Ave<br>Sunnyvale, CA 94085-2908 | Zhongwei Ni<br>4170 Main St<br>B3-182<br>Flushing, NY 11355-3823 |
| Xunyu Yang<br>15223 Edgemoor St<br>San Leandro, CA 94579-1631 | hani hajje<br>708 Clay St.<br>Ashland, OR 97520-1420 | ~~Craig A. Barbarosh~~<br>~~Katten Muchin Rosenman LLP~~<br>~~100 Spectrum Center Dr, Ste 1050~~<br>~~Irvine CA 92618-4977~~ |
| Yipu Xue<br>229 Lady Nadia Drive Vaughan<br>Ontario L6A | Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl.<br>Los Angeles, CA 90067-3012 | ~~Pete Morici~~<br>~~800 Fifth Avenue, Suite 4100~~<br>~~Seattle, WA 98104-3100~~<br>(Returned 10/31/16) |

- 47 -

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

| | | |
|---|---|---|
| Zhichao Chen<br>3165 Russell St Apt 406 Windsor<br>Ontario | ~~Peter A. Siddiqui~~<br>~~Katten Muchin Rosenman LLP~~<br>~~525 W. Monroe St.~~<br>~~Chicago, IL 60661-3693~~<br>Duplicate | ~~Eduardo De Castro~~<br>~~340 11th Street~~<br>~~San Francisco, CA 94103~~<br>Undeliverable |
| Zuber Lawler & Del Duca LLP<br>777 S. Figeroa Street<br>37th Floor<br>Los Angeles, CA 90017-5800 | ~~Simon Barber~~<br>~~c/o Ori Katz~~<br>~~Sheppard Mullin Richter &~~<br>~~Hampton LLP~~<br>~~Four Embarcadero Center, 17th~~<br>~~Floor~~ | Edwin E. Smith<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| ~~Eduardo DeCastro~~<br>~~C/O Craig Stuppi~~<br>~~Law Offices of Stuppi & Stuppi~~<br>~~1655 N. Main Street, Suite 106,~~<br>~~#36~~<br>~~Walnut Creek, CA 94596-4679~~<br>(Returned 10/21/16) | Ales Prikryl<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Alessandro Bottai<br>~~c/o Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Satish Ambarti<br>c/o Eric Benisek<br>3685 Mt. Diablo Blvd, Suite 300<br>Lafayette, CA 94549-6833 | Antoine Alary<br>~~c/o Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Aristeidis Dionisatos<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| ~~Bejamin Lindner~~<br>~~9035 Grayland Drive, Apt. E~~<br>~~Knoxville, TN 37923-4014~~<br>Undeliverable | Bernad Chengxi Siew<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Bit Coin LLC<br>James Braden<br>4010 Granada<br>El Sobrante, CA 94803-1708 |
| Aleksandar Slavkov<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Bouckaert Tom<br>Henri Dunantlaan 20 box 502<br>9000 Gent<br>Belgium ( Europe)<br>Belgium, AK 1111-1112 | Brian Dankowski<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Andy Lo<br>~~c/o Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | ~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Chaz Curtiss<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Ation, s.r.o.<br>Tallerova 4<br>811 02 Bratislava<br>Slovak Republic | Christopher Shaw<br>~~c/o Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-~~<br>~~3031~~(Served via email rgallo@gallo-law.com) | City and County of San Francisco<br>Tax Collector<br>Bureau of Delinquent Revenue<br>P.O. Box 7027<br>San Francisco, CA 94120-7027 |
| ~~Black Oak Computers~~<br>~~PO Box 19719~~<br>~~South Lake Tahoe, CA 96151-~~<br>~~0719~~<br>(Returned 10/29/16) | David Govinder Hunt<br>~~c/o Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-~~<br>~~3031~~(Served via email rgallo@gallo-law.com) | David Matheu<br>727 Roughbeard Rd<br>Winter Park, FL 32792-4518 |

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

610320088.1

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | | |
|---|---|---|
| Bruce James Boytler<br>1014 37 ST SE<br>APT.2<br>Auburn, WA 98002-8749 | David Springer<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | ~~Davide Cavion~~<br>~~Via Breganze~~<br>~~72 36036 Torrebelvicino~~<br>~~Vicenza, Italy~~<br>(Returned 12/9/16) |
| Christopher Goes<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Derek Piper<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610|<br>Littleton, CO 80160-0610 |
| Craig Burke<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Erik Voorhees<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Evan L Greenwood<br>501 S. Van Buren<br>Hugoton, KS 67951-2105 |
| David R. Henson<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Frank Lachmann<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Garrett Griffin<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| F. Lambert<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Alvaro Fraguas Jover<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Gautam Desai<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Edgar Godoy<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Harmacolindor Informatikai Kft.<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Grigoriy "Greg" Yampolskiy<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Evan Lawrence Skreen<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Intervid FZ LLC (Lance Dixon)<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Hypertechnologie Ciara Inc.<br>Monty Rider<br>9300 TransCanada Highway<br>Saint-laurent, Quebec<br>Canada H4S 1K5 |
| Acacia NPU dba Cater2.me<br>345 E 93rd St. 19H<br>New York, NY 10128-5521 | Jamshed Dadachanji<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Jack Dorr<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |
| Hamilton Hee<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Jason Plowman<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) | Jarod Clark<br>~~C/O Gallo LLP~~<br>~~1299 Fourth St., Suite 505~~<br>~~San Rafael, CA 94901-3031~~<br>(Served via email rgallo@gallo-law.com) |

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

NOTICE OF INTENT TO PAY POST-CONFIRMATION PROFESSIONAL FEES

Case: 14-30725   Doc# 533-4   Filed: 02/07/17   Entered: 02/07/17 17:26:45   Page 29 of 29

610320088.1