BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| I-PMart Network USA Ltd ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Jeffrey Raymond Vongermeten ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Jason Thor Hall ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| James Thomas ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Joseph William Baker ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Jeremy Ray Jones ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Jason Cameron Bond ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Justin Bronder ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Joshua Dorman ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Jeffrey Bradian ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Law Yui Kwan ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Kjetil Larsen ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Jess Martn Alonso C/ Federico Carlos Sainz de Robles N15 7 Madrid Spain | Luis Guerrero ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Lee Ash ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Jon Michaelson Kilpatrick Townsend & Stockton LLP 1080 Marsh Road Menlo Park, CA 94025-1022 | Matthew Michael McCormick ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Marcus Killion ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Joshua Vidana ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Maximilian N. Fischer and Gerald R. Fischer Jon Michaelson, Esq. Kilpatrick Townsend & Stockton LLP 1080 Marsh Road | Mattia Baldinger ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Larry Han ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | ~~MimoCloud Computing UG~~ ~~Konradstr. 14~~ ~~Aachen, CA 00-00~~ Undeliverable | Michael David Mantle ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |
| Matthew Ford Silvia ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Osric Proctor Jr ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) | Nicholas Vincent Fusaro ~~C/O Gallo LLP~~ ~~1299 Fourth St., Suite 505~~ ~~San Rafael, CA 94901-3031~~ (Served via email rgallo@gallo-law.com) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Max Avroutski <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Peter Lukas Bradley <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Otto Bubenicek <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) |
| Mike Deming <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Tanard Corporation (Kevin Michael Mahan) ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Peter Myers <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) |
| Osmany Barrinat <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Tim John McGough <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Thanh Lanh Tran <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) |
| Pawel Pilecki <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Trevor Michael Watson <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Timothy G. Wong <br> 195 Tenby Terrace <br> Danville, CA 94506-1273 |
| Sistemas Operativos Sanitarios C.A. <br> c/o Guido Ochoa <br> W Keith Fendrick, Esq. at Holland et al <br> 100 North Tampa Street, Suite | Verne Paul Riley <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | Tudor Ovidiu Vaida <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) |
| ~~Thomas Wingquist~~ <br> ~~3385 Larkspur Dr~~ <br> ~~Longmont, CO 80503-7524~~ <br> (Returned 12/16/16) | ~~Kang Lu~~ <br> ~~5753 Hwy 85 North #2442~~ <br> ~~Crestview, FL 32536-9365~~ <br> Duplicate | William Henry Smith <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) |
| Trent Nathan Park <br> ~~C/O Gallo LLP~~ <br> ~~1299 Fourth St., Suite 505~~ <br> ~~San Rafael, CA 94901-3031~~ <br> (Served via email rgallo@gallo-law.com) | ~~Ainsley G. Moloney~~ <br> ~~Morgan Lewis & Bockius LLP~~ <br> ~~1 Federal St.~~ <br> ~~Boston, MA 02110~~ <br> Duplicate | ~~Chief Tax Collection Section~~ <br> ~~Employment Development Section~~ <br> ~~P.O. Box 826203~~ <br> ~~Sacramento, CA 94230~~ <br> Duplicate |
| Venkat Balasubramani <br> Focal PLLC <br> 800 Fifth Ave, Suite 4100 <br> Seattle, WA 98104-3100 | ~~Robert G. Harris~~ <br> ~~Binder & Malter LLP~~ <br> ~~2775 Park Avenue~~ <br> ~~Santa Clara, CA 95050~~ <br> Duplicate | ~~San Francisco Court Appointed~~ <br> ~~Special Advocates~~ <br> ~~2535 Mission Street~~ <br> ~~San Francisco, CA 94110~~ <br> (Removed per recipient's request 4/9/16) |
| David Mathue <br> 18044 Saxony Lane <br> Orlando, FL 32820 | Anze Mazovec <br> Pod Rebrom 24 <br> 4264 Bohinjska Bistrica Slovenia | ~~Martin Medeiros~~ <br> ~~11 Gilbert-Garneau Gatineau~~ <br> ~~Quebec J8T 4A7 Canada~~ <br> (Returned 12/27/16) |

| | | |
|---|---|---|
| Kelly Meese<br>[email address not indicated on Sched Amend. F] | Cees Meijburg<br>300 Topsham Road Exeter Devon EX2 6HG United Kingdom | ~~Amos Mengel~~<br>~~58 Raphael Rd~~<br>~~Winnellie Northern Territory~~<br>~~0820 Australia~~ |
| ~~Merkabahnk~~<br>~~19 Watchung Ave Loor 2~~<br>~~West Orange, NJ 07052~~<br>(Returned mail 5/14/15) | ~~Warren Miller~~<br>~~57 Dongola Road, First Floor Flat~~<br>~~London N17 6EB~~<br>~~United Kingdom~~<br>(Returned 11/03/16) | Ahmed Minhaj<br>11410 Nagel St<br>Hamtramck, MI 48212 |
| Joaquin Mellado Miranda<br>[email address not indicated on Sched Amend. F] | Bo Molai<br>[email address not indicated on Sched Amend. F] | Jose Morales<br>[email address not indicated on Sched Amend. F] |
| Charles Mosner<br>28 Avenue des Chalets<br>1180 Bruzelles, Belgium | Florian Mueller<br>[email address not indicated on Sched Amend. F] | Victor Munoz<br>Condor 1107, Depto 1402<br>Santiago 8330419<br>Chile |
| Albert Navarry<br>Calle Entenza num. 239 piso 4 puerta 2 08029 Barcelona<br>Barcelona Spain | Alex Neth<br>[email address not indicated on Sched Amend. F] | Jimson Ngo<br>Suite 1213, 3620 Kaneff Crescent<br>Mississauga, Ontario<br>L5A 3X1 Canada |
| Julian Noble<br>[email address not indicated on Sched Amend. F] | Nicholas Jaffe<br>14 Gundawarra Street<br>Lilli Pilli New South Wales<br>2229 Australia | Zhou, Wie<br>[email address not indicated on Sched Amend. F] |
| Zifon, Toshiya<br>[email address not indicated on Sched Amend. F] | Zizka, Andreas<br>Fasangartengasse 1 1130<br>Vienna, Austria | Zizka, Jochen<br>Fasangartengasse 1 1130<br>Vienna, Austria |
| Zheng, Chris<br>[email address not indicated on Sched Amend. F] | ~~Zepeda, Manuel~~<br>~~2310 Westgate Rd~~<br>~~Unit 14~~<br>~~Santa Maria, CA 93455~~<br>(Returned mail 5/4/15) | Yotov, Tsvetomir<br>[email address not indicated on Sched Amend. F] |
| Yap, Jet<br>[email address not indicated on Sched Amend. F] | Xu, Zhengxian<br>Guangzhou, 12A2F, 9 Street, Butterfly Garden, QIFU XINCUN Panyu District, China 511495 Guangdon | Wu, Gonbo<br>[email address not indicated on Sched Amend. F] |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Wrablewski, Ryszrd<br>Sportowa 17 55-003<br>Ratowice, Poland | Workbridge Associates<br>10 S LaSalle St #1330<br>Chicago, IL 60603 | ~~Wiesman, Jazz~~<br>~~2031 SE 38th Ave~~<br>~~Portland, OR 97214~~<br>Undeliverable |
| ~~Weinderg, Donald~~<br>~~4010 Oak Circle~~<br>~~Boca Raton, FL 33431~~<br>(Returned Mail 5/15/15) | Wang, Hamilton<br>No. 101, Songjiang Road, Floor 11, Taipei City Zhongshan District 104, Taiwan | ~~Wang, George~~<br>~~1707-2008 Madison Ave.~~<br>~~Burnaby, British Columbia~~<br>~~V5C 6T5 Canada~~<br>Undeliverable |
| Wagner, Marcel<br>Beutelsdorf 39a<br>07407 Uhlstaedt-Kirchhasel<br>Germany | Vykoukal, Ferdinand<br>Calle Alonso Heredia 6<br>Madrid, Spain 28028 | Vorac, Oldrich<br>10 Gort a Lin John Street Dingle<br>Kerry<br>Kerry, Republic of Ireland |
| Vermaat, L.J.<br>Kanaalweg 81 3041JE<br>Rotterdam, Netherlands | ~~Vela, Allan~~<br>~~19 Rocks Rd~~<br>~~Redlynch Queensland 4870~~<br>~~Australia~~<br>(prefers notice via email) | Vasquez, Raul<br>[email address not indicated on Sched Amend. F] |
| ~~Van Vuuren, Henco Janse~~<br>~~71 Louis Both Ave Roodepoort~~<br>~~Gauten 1734 South Africa~~<br>(Returned 10/03/16) | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second Floor<br>Delhi, Delhi 110024 India | Turygin, Ivan<br>[email address not indicated on Sched Amend. F] |
| Tucker, Matt<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303 | Tooley, Marc<br>[email address not indicated on Sched Amend. F] | Tipple, Peter<br>30 St Andrews Terrace Ashington<br>Northumberland NE63 DR United Kingdom |
| Tilkin, Servaas<br>Bloemenplein 9 2200 Herentals<br>Belgium | Thomas, Bryce<br>330 Clareview Station Drive NW<br>Unit 1420<br>Edmonton, Alberta<br>T5Y 0E6 Canada | Teo, Albert<br>Unit 17, 7730 6th Street<br>Burnaby, British Columbia<br>V3N 4S3 Canada |
| Teltarif.de<br>Falko Hansen-Hogrefe<br>Brauweg 40<br>37073 Gottingen, Germany | Ernst, Sven<br>Alte Weingartener Str. 1<br>76227 Karlsruhe Germany | Feler System Integration<br>Joerg Feler Buhrowstr 20a EORD<br>Nr DE832084235955060<br>12167 Berlin Germany |
| Endres, Alexander<br>An der Halde 18 87471<br>Durach Germany | ~~Fetterly, Christopher~~<br>~~9603 78th Avenue NW~~<br>~~Edmonton, Alberta~~<br>~~T6C 0P2 Canada~~<br>Undeliverable | Franko, Janez<br>[email address not indicated on Sched Amend. F] |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ~~Jensy Fernandez~~<br>~~12 Diamond St, Apt 19~~<br>~~Lawrence, MA 01843-2049~~<br>Undeliverable | Galburt, Gamain Jean<br>3 Rue de la Belle Meuniere<br>28190 Saint-George-sur-Eure,<br>France | Gallegos, Matt<br>[email address not indicated on<br>Sched Amend. F] |
| ~~Froud, Dominic~~<br>~~The Workshop \| Lodge Farm~~<br>~~The Heywood~~<br>~~Diss Norfolk, CA 00000-0000~~<br>(Returned 12/11/16) | Gladden, David<br>[email address not indicated on<br>Sched Amend. F] | Glocovs, Aleksandrs<br>119 Adelaide Grove<br>London W12 OJH United Kingdom |
| Gamborino, Joah<br>Carrer Esteve Dolsa N29<br>Andorra la Vella AD500<br>Andorra | Greinier, Michael<br>49 Pennsylvania Ct<br>Morton, IL 61550 | Halley, Zach<br>Fieldstone Tramore Co.<br>Waterford, Ireland |
| Handler, Dan<br>[email address not indicated on<br>Sched Amend. F] | Harnett, Dane<br>18 Sallows Street<br>Alex Hills Queensland<br>4161 Australia | Harris, Peter<br>538 Birmingham Road<br>Bromsgrove, Worcester<br>England B61 0HT United Kingdom |
| Hazlehurst, Harry<br>22 Bewley Road Angmering<br>Littlehampton West Sussex<br>BN16 4JL United Kingdom | Henderson, Reginald<br>[email address not indicated on<br>Sched Amend. F] | Hennequin, Franck<br>42 Avenue De L'arche<br>Apartment 33<br>92400 Courbevoie France |
| Henriksen, Tore<br>Lystheia 18 4817<br>His Norway | Hu, Wenxie<br>Room 2113-5,21<br>Landmark North, 39 Lung Sum<br>Ave.<br>Hong Kong | ~~Huyang, Kevin~~<br>~~52 Albright Crescent~~<br>~~Richmond Hill, Ontario~~<br>~~L4E 4Z4 Canada~~<br>(Returned mail 5/15/15) |
| Huber, Beat<br>Badenerstrasse 881<br>8048 Altstetten Switzerland | Huckvale, Stephen<br>55 Thornbury Road<br>Walsall, West Midlands WS2 8JJ<br>United Kingdom | Hui, Lin Cheng<br>[email address not indicated on<br>Sched Amend. F] |
| Ino, Yasuo<br>1-1-1-808 Minami-kasai Edogawa-ku<br>Tokyo | Islamov, Timur<br>[email address not indicated on<br>Sched Amend. F] | Jacos, Peter<br>[email address not indicated on<br>Sched Amend. F] |
| ~~James Lowry, LLC~~<br>~~400 E College, Ste. A~~<br>~~Roswell, NM 88201~~<br>(Returned 11/16/16) | Jang, Lewiss<br>[email address not indicated on<br>Sched Amend. F] | Janke, Larson<br>Unit 1 / 284 Barkers Road<br>Hawthorn Melbourne Victoria<br>3122 Australia |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Jelle, Maes (BVBA)<br>Meerledorp 36/1<br>2328 Meerle<br>Belgium | ~~JK Internet Solutions Partner~~<br>~~Sebastianstr, 2 47055 Duisburg~~<br>~~Germany~~<br>(Returned Mail 6/10/15) | Johnson, Darwin<br>[email address not indicated on Sched Amend. F] |
| Juez, Alejandro Besada<br>Adolfo Perez Esquivel 3. ofi 11<br>28323<br>Las Rozas de Madrid<br>Madrid, Spain | Klien, Oliver<br>Zeller Str 17 73271 Holzmaden<br>Germany | ~~Komissarov, Aleksandr~~<br>~~Fortunatovskaya St. 31/35~~<br>~~Apartment 67~~<br>~~Moscow 105187 Russia~~ |
| Kondrat'ev, Ivan<br>13 Parkovaya 16-2-8<br>MoscowMoscow 105077 Russia | Kovach, Kenneth<br>PO BOX 951<br>Golden, British Columbia<br>V0A1H0 Canada | Kozachenko, Igor<br>2124 Kittredge Street #108<br>Berkeley, CA 94704 |
| Kravchik, Oren<br>900 Steeprock Drive<br>Downsview, Ontario<br>M3J 2X2 Canada | Laron, Etamar<br>[email address not indicated on Sched Amend. F] | Le, Dat<br>22 Golden Gate Bay Winnipeg<br>Manitoba R3J |
| ~~Lehming, Tim~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable | Lehrer, Mark<br>[email address not indicated on Sched Amend. F] | Leong, Matthew<br>Suite 7 / Level 2<br>73 Little Ryrie St.<br>Geelong Victoria 3220 Australia |
| Listener Approved, LLC<br>[email address not indicated on Sched Amend. F] | Luecke, Christian<br>FM Parker Brady Rembradtweg 378<br>1181HC Amstelveen Netherlands | ~~Malinen, Juri~~<br>~~Vaasankatu 14B D5 04410~~<br>~~Jyvaskyla, Finland~~<br>(Returned mail 5/4/15) |
| Matas, Francisco<br>Joee Romero<br>Paseo de la Copla<br>17 Bajo B 14005 Cordoba<br>Cordoba, Spain | ~~Michael Mathias~~<br>~~Waldhofer Str. 102~~<br>~~69123 Heidelberg Germany~~<br>(Returned 11/14/16) | Ag, Elpix and Joerg Margane<br>Alfredstrasse 73<br>45130 Essen Germany |
| Montague, Paul<br>301 Anthony Rolfe Ave<br>Gungahlin<br>ACT 2912<br>Australia | Ambar, Abraham<br>Christoph Merian-Ring 29a<br>4153 Reinach Switzerland | Araujo, Leopoldo Martinez<br>Amadeo Gomez 45 Portal B<br>Piso 2-izda 28035 Madrid, Spain |
| Alexiou, Antonios<br>1253 Buck Jones Rd.<br>Raleigh, NC 27606 | Anthem Blue Cross<br>Attn: FEP Claims<br>PO Box 70000<br>Van Nuys, CA 91470 | Beju, Catalin<br>246 Waterbury St.<br>Bolton, Ontario<br>L7E 2j1 Canada |

| | | |
|---|---|---|
| ~~Arberg, Lars~~<br>~~Skalbakken 17 2720~~<br>~~Vanlose, Denmark~~<br>(Returned Mail 6/15/15) | ~~Armatys, Zbigniew~~<br>~~Interaktywny Powiat Tarnowski~~<br>~~Zbignlew A~~<br>(Returned mail 5/13/15) | Bigler, Benjamin<br>Laandgarben 456<br>3176 Neuenegg Switzerland |
| Babcock, James<br>8368 NW 70th Street<br>Potwin, KS 67123 | Badarlis, Andreas<br>Zum Holzfeld 36H 30880 Laatzen<br>Germany | ~~Bressler, Brandon~~<br>~~3638 San Onofre Ave.~~<br>~~San Onofre, CA 95340~~<br>(Returned mail 4/28/15) |
| Beaumont, Adam<br>11-15 Hunslet Road<br>Leeds Wst Yorkshire<br>LS10 1JQ United Kingdom | ~~Beckwith, Ted~~<br>~~Computer G~~<br>~~8218 Grimchester~~<br>~~Converse, TX 78109~~<br>Undeliverable | Carmichael, Craig<br>820 Dunsmuir Road<br>Victoria, British Columbia<br>V9A 5B7 Canada |
| ~~Benoit, Bergic~~<br>~~8 Rue Anatole France~~<br>~~92000 Nanterre France~~<br>Undeliverable | ~~Biggin, Shawn~~<br>~~13370 140 Street NW~~<br>~~Edmonton, Alberta, Canada T5L~~<br>~~2E3~~<br>Undeliverable | Castro, Damian<br>1 Clive House Union Grove SW8<br>2RA United Kingdom |
| Birke, Marian<br>Voosener Str. 105<br>41179 Monchengladbach Germany | Bit-Stop Computer<br>Silberburgstrasse 29<br>72458 Albstadt, Germany | ~~Carroll, James~~<br>~~1505 Westheimer Road~~<br>~~Houston, TX 77006~~<br>(Returned 2/1/17) |
| Chan, Hing tat<br>No 38/21/F Russell Street<br>Soundwill Plaza Causeway Bay<br>Hong Kong Island<br>Hong Kong | ~~Carver, Dain~~<br>~~240 Maritime Ave~~<br>~~White Plains, NY 10601~~<br>(Returned 11/07/16) | Conangla, Xavier<br>350, 4a Planta 08019<br>Barcelona, Spain |
| Crockford, Andrew<br>1 Elphistone Road Christchurch<br>Dorset<br>BH23 5LL United Kingdom | Chan, Jeremy<br>28A Jalan Medan Ipoh 9 Bander<br>Baru, Medan<br>Ipoh Ipoh 31400 Malaysia | Day, Jonathan<br>8 Mahara Apartments, Upper Kings<br>Cliff<br>St. Helier, Jersey JE23GP |
| Davies, Aneurin<br>Flat 4, 2 Thoroid Road<br>Southhampton Hampshire<br>SO18 1JB United Kingdom | Cordova, Luis<br>San Jose de los Olleros Mz F1<br>Lote 34, Urb. Las Lomas de la<br>Molina Lima, Lima 12 Peru | Ramos, Dominic<br>Weizackerstrasse 17<br>8405 Winterhur, Switzerland |
| Pushkin, Sergey<br>Oleynikova 33 Krasnoyarsk<br>Russian Federation 660050<br>Russia | Reed, Mari<br>200 Yorkshire Way<br>Mountville, PA 17554 | Riedel, Wolfgang<br>Wilmersdorfer Str.3 D-14959<br>Trebbin Germany |

Case: 14-30725 Doc# 533-5 Filed: 02/07/17 Entered: 02/07/17 17:26:45 Page 7 of 10

610320088.1

| | | |
|---|---|---|
| Rebeyrat, Olivier<br>531 Chemin du Lac Millette<br>St-Sauveur, Quebec<br>JOR 1R5 Canada | Santos, Michel<br>7620 Old Georgetown Rd, Apt 723<br>Bethesda, MD 20814 | ~~Schildknecht, Timo~~<br>~~APDO 10034 Can Ramell~~<br>~~07819 Jesus, Ibiza Baleares~~<br>~~Spain~~<br>Undeliverable |
| ~~Samios, Nicholas~~<br>~~3/1 4 Ogilvie Road Unit~~<br>~~Mount Pleasant Western Australia~~<br>(Returned 12/12/16) | ~~Sattler, Detlef~~<br>~~Austr. 18 53604 Bad Honnef~~<br>~~Germany~~<br>(Returned 12/12/16) | Starr, Daniel<br>d o NCIT 14 Industrial Drive Unite 2<br>Coffs Harbour, New South Wales 2450 Australia |
| Schicker, Florian<br>Fernkorngasse 10/3/501<br>1100 Vienna, Austria | ~~Sorenson, Marcus~~<br>~~4960 Shadow Wood Dr~~<br>~~Lehi, UT 84043~~<br>Undeliverable | Schwarz, Viktor<br>Tobelmuhlestrasse 5<br>7270 Davos Platz<br>Switzerland |
| Sim, Sylvia<br>l-P Mart Network Adn Bhd Lot 2975<br>Plot 6, Blk 10, 3rd Miles Jalan Tun Ahmad Zaidi Adruce Kuching Sarawak, 93150, Malaysia | Simpson, Craig<br>10a Murley Road Bournemouth Dorset<br>BH9 1NS United Kingdom | Stoychev, Ivo<br>Simeonovo District 25,'197' street<br>Vitosha Park, Sofia Bulgaria 1434 Bulgaria |
| ~~Tanaka, Hideyuki~~<br>~~Koishikawa 1-2-5, Forecity~~<br>~~Korakuen 1002~~<br>~~Bungkyo-Ku, Tokyo-to 112-0002,~~<br>~~Japan~~<br>(Returned 10/15/16) | Suter, Heinz<br>Rickenbachstrasse 104 6430<br>Schwyz, Switzerland | ~~John Skrodenis~~<br>~~97 S. Second St., #175~~<br>~~San Jose, CA 95113~~<br>Undeliverable |
| Talmacel, Milhail<br>Calle Beleten<br>16 1B 35118 Cruce de Arinaga<br>Las Palmas Spain | Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 |
| ~~Edward DeCastro~~<br>~~340 11th Street~~<br>~~San Francisco, CA 94103~~<br>Undeliverable | Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 |
| ~~Jose Santos~~<br>~~35 Wycliffe Road Bourmermouth~~<br>~~Dorset~~<br>~~BH9 1JS United Kingdom~~<br>Undeliverable | Irwin Ahmad<br>44 Jalan Hillview Utama<br>Off Jalan Ulu Klang,<br>Malaysia<br>Ampang, KS 68000 | ~~HashFast LLC~~<br>~~100 Bush Street #650~~<br>~~San Francisco, CA 94104-3932~~<br>(Returned mail 11/17/2014) |

| | | |
|---|---|---|
| ~~Nationstar Mortgage LLC~~<br>~~Pite Duncan, LLP~~<br>~~c/o Gregory P. Campbell~~<br>~~4375 Jutland Drive, Suite 200~~<br>~~P.O. Box 17933~~<br>~~San Diego, CA 92177-7921~~<br>(Returned Mail 5/27/15) | Sistemas Operativos Sanitarios C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | Alexey Minchenkov<br>Asafeva St 2-1-60, St Petersburg, Russia<br>St Petersburg, AK 194-356 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Aaron Collins<br>21851 Schieffer rd<br>Colton, OR 97017-9400 | ~~Cypher Enterprises, LLC~~<br>~~Attn: Robert Bogdanowicz III~~<br>~~Deans and Lyons LLP~~<br>~~325 N. Saint Paul St., #1500~~<br>~~Dallas, TX 75201-3891~~<br>Duplicate |
| ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>(Duplicate from 14-30725) | Brian C Connelly<br>22601 Asheville Highway<br>Landrum, SC 29356-9633 | ~~Sandgate Technologies~~<br>~~595 Fellowship Road~~<br>~~Chester Springs, PA 19425-3618~~<br>(Duplicate from 14-30725) |
| LEI BAO<br>2315 S Wentworth Ave<br>Chicago, IL 60616-2013 | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610<br>Littleton, CO 80160-0610 | UBE Enterprises<br>7425 CREEK RD.<br>SANDY, UT 84093-6152 |
| ~~Paul Dolak~~<br>~~P.O. Box 590276~~<br>~~San Francisco, CA 94159-0276~~<br>Duplicate | Nathan Wallace<br>3836 Tamarisk Court<br>South Jordan, UT 84095-4181 | Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801-3432 |
| Thomas Schortmann<br>3 Village Green N<br>STE 448<br>Plymouth, MA 02360-8803 | ~~Peter Morici~~<br>~~1430 Patapsco St.~~<br>~~Baltimore, MD 21230-4523~~<br>Duplicate | ~~Pete Morici~~<br>~~800 Fifth Avenue, Suite 4100~~<br>~~Seattle, wa 98104-3100~~<br>(Returned Mail 9/19/2014) |
| Venkat Balasubramani<br>Focal PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104-3100 | ~~TimeFire, Inc.~~<br>~~Eric W. Benisek, Esq.~~<br>~~Vasquez Benisek & Lindgren~~<br>~~3685 Mt Diablo Blvd #300~~<br>~~Lafayette, CA 94549-6833~~<br>Duplicate | Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166 |
| Jessica M. Mickelsen<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl.<br>Los Angeles, CA 90067-3012 | Zhongwei Ni<br>41-70 Main St B3-182<br>Flushing, NY 11355-3823 | ~~Grant Pederson~~<br>~~12538 Botanical Ln~~<br>~~Frisco, TX 75035-0433~~<br>(Duplicate from 14-30725) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | |
|---|---|---|---|
| 1 | Accountemps of Robert Half<br>Attn: Karen Lima<br>P.O. Box 5024<br>San Ramon, CA 94583-5024 | ~~Franchise Tax Board~~<br>~~Bankruptcy Section MS A340~~<br>~~PO Box 2952~~<br>~~Sacramento, CA 95812-2952~~<br>(Duplicate from 14-30725) | ~~Monsoon Company, Inc.~~<br>~~1714 Franklin St. #100-142~~<br>~~Oakland, CA 94612-3488~~<br>(Duplicate from 14-30725) |
| 2 | | | |
| 3 | | | |
| 4 | ~~Jetmir Celaj~~<br>~~1740 Mulford Ave. 7G~~<br>~~Bronx, NY 10461-4321~~<br>(Duplicate from 14-30725) | ~~Kevin Krieger~~<br>~~4230 Northwest Point Dr.~~<br>~~House Springs, MO 63051-4302~~<br>(Duplicate from 14-30725) | ~~Rajpreet Ahluwalia~~<br>~~20338 102nd Ave SE~~<br>~~Kent, WA 98031-5500~~<br>(Duplicate from 14-30725) |
| 5 | | | |
| 6 | | | |
| 7 | Paul Erickson<br>1835 Winnebago St.<br>Unit 311<br>Madison, WI 53704-5565<br>(Updated address 2/1/17) | Perkins Coie LLP<br>Douglas R. Pahl<br>1120 NW Couch St., 10th Fl.<br>Portland, OR 97209-4128 | Davide Cavion<br>c/o Nancy Weng Trinh Law<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 |
| 8 | | | |
| 9 | | | |
| 10 | Hindley & Hender/son<br>/Law Office of R. Hindley<br>718 Orchard Street<br>Santa Rosa, CA 95404-3739 | U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>(94102)<br>Mail Box 36099<br>San Francisco, CA 91402-3428 | ~~Luecke, Christian~~<br>~~FM Parker Brady Rembradtweg 378~~<br>~~1181 HC Amstelveen Netherlands~~<br>(Returned 10/19/16) |
| 11 | | | |
| 12 | | | |
| 13 | ~~Sylvia Sim~~<br>~~Pmart Network Sdn Bhd Lot 2975,~~<br>~~Plot 6~~<br>(Returned 10/26/16) | ~~Stephen Huckvale~~<br>~~55 Thorbury Rd~~<br>~~Walsall West Midlands~~<br>(Returned 10/31/16) | ~~Ryszard Wroblewski~~<br>~~PO Box 7912~~<br>~~Wilmington, DE 19803-0912~~<br>(Returned 10/31/16) |
| 14 | | | |
| 15 | | | |
| 16 | ~~Craig Barbarosh~~<br>~~Katten Muchin Rosenman LLP~~<br>~~650 Town Center Dr., #700~~<br>~~Costa Mesa, CA 92626-7122~~<br>(Returned 11/05/16) | ~~Glenn Hendrick, Bitminer~~<br>~~Bitminer 128 223 Pameto Rd~~<br>~~Nokomis, Fl 34275-3917~~<br>(Returned 11/07/16) | ~~Peter Tipple~~<br>~~30 St. Andrews Terrace Ashington~~<br>~~Northumb~~<br>(Returned 12/1/16) |
| 17 | | | |
| 18 | | | |

Case: 14-30725   Doc# 533-5   Filed: 02/07/17   Entered: 02/07/17 17:26:45   Page 10 of 10