Signed and Filed: February 14, 2017

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
100 Spectrum Center Drive
Irvine, CA 92618-4960
Telephone: (714) 966-6822

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
HashFast Technologies LLC and HashFast LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES LLC, *et al.*,[1]<br><br>Debtors. | Case No. 14-30725<br><br>(Jointly Administered and Substantively Consolidated with HashFast LLC, Case No. 14-30866)<br><br>Chapter 11<br><br>**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR AND DEBTOR IN POSESSION (KATTEN MUCHIN ROSENMAN LLP)** |

Upon consideration of the Final Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor and Debtor-in-Possession (Katten Muchin Rosenman LLP) (the "Application"); it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); it appearing that venue is

---
[1] The Debtors are HashFast LLC (FEIN 46-2943354) and HashFast Technologies LLC (FEIN 38-3913245).

proper pursuant to 28 U.S.C. §§ 1408 and 1409; due and proper notice of the Application having been given; the Court having reviewed and considered the Joint Statement of Katten Muchin Rosenman LLP and Michael G. Kasolas, Trustee of the HashFast Creditor Trust (Docket No. 526); it appearing that the relief requested in the Application is in the best interest of the above-captioned debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED on a final basis as set forth in this Order.

2. Katten Muchin Rosenman LLP is granted a full and final allowance of compensation for professional services rendered to the Debtors during the Application Period in the amount of $390,000.

3. Katten Muchin Rosenman LLP is granted a full and final allowance of the reimbursement of expenses incurred during the Application Period in the amount of $40,081.19.

4. Michael G. Kasolas, as Trustee for the HashFast Creditor Trust, is authorized and directed to make prompt payment to Katten Muchin Rosenman LLP in an amount sufficient to satisfy the fees and expenses approved by this Order, less any payments already received by Katten Muchin Rosenman LLP on account of such fees and expenses.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**END OF ORDER**