Signed and Filed: February 15, 2017

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com
ffarivar@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x   Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with<br><br>Case No. 14-30866<br><br>Chapter 11<br><br>Hearing Date:<br>Date: February 10, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom 17<br>          450 Golden Gate Ave<br>          San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP**

On February 10, 2017 at 9:30 a.m., the Final Application for Compensation and Reimbursement of Expenses of Baker & Hostetler LLP ("Baker") (the "Application") [Dkt. No. 520], came on for hearing before the Court. The appearances were as stated on the record. The Court having reviewed and considered the Application, the notice of hearing on the Application (Dkt. No. 521), all other papers filed in connection with the Application, and all arguments made in connection therewith, and good cause appearing, it is **ORDERED THAT**:

1. The Notice of the Application was proper.

2. The Application is hereby approved, on a final basis, as follows:

| Professional | Total Fees Requested | Total Fees Allowed | Total Expenses Requested | Total Expenses Allowed |
|---|---|---|---|---|
| **Baker & Hostetler LLP** | $609,771.40 | $609,771.40 | $95,981.50 | $95,981.50 |

3. The liquidating trustee, Michael G. Kasolas, is authorized and ordered to pay Baker the total amount of **$705,752.90** as such funds become available.