1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        amcdow@bakerlaw.com
5                mdelaney@bakerlaw.com

6  Attorneys for MICHAEL G. KASOLAS,
   Trustee of the Hashfast Liquidating Trust

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x Affects HASHFAST, LLC, a Delaware limited liability company, | [No Hearing Required – B.L.R. 9014-1(b)(3)] |
| Debtor and Debtor in Possession. | |

18

19      **JOINT STATEMENT OF MICHAEL G. KASOLAS AND KOI SYSTEMS LTD.**
20          **REGARDING ALLOWANCE OF ADMINISTRATIVE CLAIM**

21         Michael G. Kasolas (the "Trustee"), trustee of the Hashfast Creditor Trust (the "Trust"),

22  and Koi Systems Ltd. ("Koi"), petitioning creditor in the above-captioned bankruptcy case of

23  Hashfast Technologies, LLC, hereby respectfully submit the within joint statement regarding the

24  resolution of certain issues pertaining to the allowance of the administrative claim asserted by Koi

25  pursuant to 11 U.S.C. § 503.

26  / / /

27  / / /

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# I.     BACKGROUND

1.     In or about April 2014, Koi retained the law firm of Baker & Hostetler LLP ("Baker") to, among other things, investigate the conduct of Hashfast Technologies, LLC ("HFT") and Hashfast, LLC ("HF") and evaluate the potential bases for the commencement of an involuntary bankruptcy case against HFT and/or HF.

2.     Based on the findings from this investigation and support from other creditors of HFT and/or HF, Koi, UBE Enterprises, Timothy Lam, Edward Hammond, and Grant Pederson filed an involuntary bankruptcy petition against HFT—thereby commencing *In re Hashfast Technologies, LLC*, case no. 14-30725 DM (the "HFT Bankruptcy").  On or about June 3, 2014, HFT filed the *Debtor's Conditional Consent to an Order for Relief Regarding Involuntary Petition* (the "Order for Relief") and converted the HFT Bankruptcy to a bankruptcy case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  *See* Docket Entry ("D.E.") 36.  Shortly thereafter, on or about June 6, 2014, HF filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code—thereby commencing *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy").

3.     The costs associated with the commencement of the HFT Bankruptcy were borne almost exclusively by Koi.  Koi paid Baker approximately $34,535.13 for attorneys' fees and expenses incurred in association with the HFT Bankruptcy between April 9, 2014, and June 2, 2014.  Following the entry of the Order for Relief, Koi paid Baker an additional $4,695.59 for attorneys' fees and expenses incurred in association with the HFT Bankruptcy.

4.     On or about June 23, 2014, Koi was appointed as a member of the Official Committee of Unsecured Creditors (the "Committee").  *See* D.E. 82.  Additionally, Robert Edgeworth of Koi was appointed as chair of the Committee.  Subsequently, the Committee retained Baker as counsel for the Committee.  *See* D.E. 114, 153.  Accordingly, Koi retained the law firm of Lobel Weiland Golden Friedman LLP ("LWGF") (formerly Weiland Golden LLP) to represent it in its capacity as a member of the Committee and Mr. Edgeworth in his capacity as chair of the Committee.

5. On or about February 27, 2015, Koi filed the *Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (the "Motion"). *See* D.E. 323-326. By and through the Motion, Koi sought payment of $39,230.72 for legal fees and expenses related to the commencement of the HFT Bankruptcy and $9,957.91 for travel expenses incurred as a member of the Committee. *See* D.E. 323, at p. 2. On or about March 20, 2015, the Court held a hearing on the Motion. During the hearing, the Court granted the Motion in part and allowed the travel expenses incurred by Koi in full. The Court deferred consideration of the remaining requests in the Motion.

6. On or about January 31, 2017, Koi filed the *Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (the "Amended Motion"). *See* D.E. 527-530. By and through the Amended Motion, Koi seeks payment of (1) $38,715.00 in attorneys' fees and $515.72 in expenses incurred by Baker in association with the HFT Bankruptcy and (2) $9,485.00 in attorneys' fees and $315.00 in expenses incurred by LWGF in association with the HFT Bankruptcy. *See* D.E. 527, at pp. 4-6.

## II.  **PROPOSED RESOLUTION**

The Trust has raised certain concerns regarding the fees and expenses requested by and through the Amended Motion. The Trust and Koi have engaged in good faith negotiations in an effort to reach an amicable resolution of these concerns. In sum, the Trust and Koi have agreed to reduce the requested administrative claim sought by $18,278.00 and allow the Koi Claim as an administrative priority claim pursuant to 11 U.S.C. § 503 in the amount of $29,602.72.

/ / /

/ / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Based on the foregoing, the Trust and Koi respectfully request that the Court grant in part

2    the Amended Motion and allow the administrative claim requested by Koi in the amount of

3    $29,602.72.

4

5                                    Respectfully submitted,

6

7    Dated:    February 23, 2017          **BAKER & HOSTETLER LLP**

8                                    By:    /s/ Michael T. Delaney

9                                            Ashley M. McDow
                                            Michael T. Delaney

10                                   Attorneys for MICHAEL G. KASOLAS,

11                                   Trustee of the Hashfast Liquidating Trust

12   Dated:    February 23, 2017          **LOBEL WEILAND GOLDEN FRIEDMAN LLP**

13                                   By:

14                                            Jeffrey I. Golden

15                                   **Attorneys for Koi Systems Ltd., Petitioning Creditor**

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725    Doc# 537    Filed: 02/23/17    Entered: 02/23/17 20:00:53    Page 4 of 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATEMENT OF MICHAEL G. KASOLAS AND KOI SYSTEMS LTD. REGARDING ALLOWANCE OF ADMINISTRATIVE CLAIM** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 23, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On February 23, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Email:

| **Recipient Name** | **Email** |
| --- | --- |
| Rob Edgworth | rob@edgeworth.org |
| Ray E. Gallo | rgallo@gallo-law.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STATEMENT RE TREATMENT OF PETITIONING CREDITOR ADMINISTRATIVE CLAIM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns    tom@tburnslaw.com
Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Geoffrey A. Heaton    gheaton@duanemorris.com
Reginald R. Hindley    hindleylaw@gmail.com
David Holtzman    david.holtzman@hklaw.com
Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Barbara A. Matthews    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner    roliner@duanemorris.com
Tyler Olson    tolson@rehonroberts.com
Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras    dpoitras@jmbm.com
Peter M. Rehon    prehon@rehonroberts.com, uho@rehonroberts.com
Gregory A. Rougeau    grougeau@brlawsf.com
Peter A. Siddiqui    peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
Dominique Sopko    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, rsevilla@diamondmccarthy.com
Donna S. Tamanaha    Donna.S.Tamanaha@usdoj.gov
Nancy Weng    nweng@trinhlawfirm.com, monique@trinhlawfirm.com

2. **SERVED BY UNITED STATES MAIL**:

**Debtor**
Hashfast Technologies LLC
Attention: HashFast CRO
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626-1989

Eric W. Benisek, Esq.
Vasquez Benisek & Lindgren
3685 Mt Diablo Blvd #300
Lafayette, CA 94549-6833

Venkat Balasubramani
Focal PLLC
900 1st Avenue S, Suite 201
Seattle, WA 98134-1208

~~Pite Duncan, LLP~~
~~c/o Gregory P. Campbell~~
~~4375 Jutland Drive, Suite 200~~
~~P.O. Box 17933~~
~~San Diego, CA 92177-7921~~
(Returned Mail 5/27/15)