CRAIG STUPPI, CAL. BAR NO. 51663
SARAH M. STUPPI, CAL. BAR NO. 103041
LAW OFFICES OF STUPPI & STUPPI
1630 North Main Street, Suite 332
Walnut Creek, CA 94596
Telephone: (415) 786-4365
Facsimile: (925) 287-8113
E-mail: Sarah@stuppilaw.com

Attorneys for EDUARDO deCASTRO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br><br>HASHFAST TECHNOLOGIES, LLC, et al.,<br><br>Debtor. | Case No. 14-30725 DM-11<br><br>Chapter 11<br><br>(Jointly Administered with HashFast, LLC, Case No. 14-30866)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**(No Hearing Required)** |

PLEASE TAKE NOTICE that the Law Offices of Stuppi & Stuppi, counsel for Creditor, Eduardo deCastro, has changed address and requests that all relevant notices and pleadings be served as follows:

-1-
NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| 1 | CRAIG STUPPI, CAL. BAR NO. 51663 |
| 2 | LAW OFFICES OF STUPPI & STUPPI<br>1630 North Main Street, Suite 332 |
| 3 | Walnut Creek, CA 94596<br>Telephone: (415) 786-4465<br>Facsimile: (925) 287-8113 |
| 4 | E-mail: Craig@stuppilaw.com |

Date: March 10, 2017   LAW OFFICES OF STUPPI & STUPPI

/s/ Sarah M. Stuppi
By: _____
SARAH M. STUPPI
Attorneys for Creditor, Eduardo deCastro

-2-
NOTICE OF CHANGE OF ADDRESS