UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT

Debtor.   For the quarter ending:   03/31/2017 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 06/25/2015

2. Cash balance at beginning of quarter: $ 401,423.53
   Total receipts during quarter: 650,000.00
   Total disbursements during quarter: ($872,480.47)
   Cash balance at end of quarter: $ 178,943.06

3. Payments made pursuant to the Plan this quarter: $ 872,480.47

   Total payments to be made pursuant to the Plan: $ 1,003,033.70
   Cumulative paid to date: $ 1,003,033.70
   Balance remaining to be made under the Plan: Not Determinable

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | X | |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|   |   | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |   | X |
| 8. | Has the order confirming the Plan become nonappealable? | X |   |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |   |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X |   |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |   | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |   |
| 13. | Anticipated date of motion for final decree: | UNKNOWN |   |

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 4/19/2017 | /s/ Michael G. Kasolas |
|---|---|
| Dated: | Responsible Individual (signature) |
|   | Michael G. Kasolas |
|   | Print Name |

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

# HASHFAST TECHNOLOGIES, LLC
# CASE NO. 14-30725 DM
# POST CONFIRMATION REPORT-QUESTION 7
# FOR THE PERIOD JANUARY 1, 2017 THROUGH MARCH 31, 2017

Open Adversary Proceedings as of April 19, 2017-

| Case No. | Plantiff | Defendant | Description | Anticipated Resolution |
|---|---|---|---|---|
| 16-03105 | Kasolas, Trustee | Sonic Manufacturing Tech Inc. | Preferential Transfers | Unknown |

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**March 31, 2017**

|  | Balance January 1, 2017 | Receipts | Disbursements | Balance March 31, 2017 |
|---|---:|---:|---:|---:|
| Per Bank | 401,423.53 | 650,000.00 | (872,480.47) | 178,943.06 |
| Outstanding- |  |  |  |  |
|   Beginning | - | - | - | - |
|   Ending | - |  | - | - |
| Deposit in Transit |  | - |  | - |
| Per Books | 401,423.53 | 650,000.00 | (872,480.47) | 178,943.06 |



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
March 01, 2017 - March 31, 2017
Page 1 of 4

OZ 02
Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

00160
kn0s1

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST CREDITORS TRUST |
| Trustee Number: | 0000001130 |
| Trustee Name: | Michael Kasolas |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 9566 | | $1,051,423.53 | $178,943.06 |
| Total | | | $1,051,423.53 | $178,943.06 |

## Notable Information For You...

Reminder: When sending deposits to Rabobank, please retain the UPS tracking number until you can verify that your deposit is reflected in your BMS software.

In the instances when a deposit is not reflected in the BMS software on the following business day, the BMS Banking Center will need that tracking number in order to determine the status of your deposit package and do the appropriate research to resolve the issue on your behalf.

Rabobank, N.A. Member FDIC
www.rabobankamerica.com
rev 11-15
160-349
3152

Case: 14-30725    Doc# 540    Filed: 04/20/17    Entered: 04/20/17 16:04:48    Page 5 of 12

IN CASE OF ERRORS OR QUESTIONS
REGARDING YOUR STATEMENTS
Telephone us at (800) 465-2415



Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Account Number: ████9566

Period Covered:
March 01, 2017 - March 31, 2017
Page 2 of 4

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number: 14-30725 DM
Case Name: HASHFAST CREDITORS TRUST
Trustee Number: 0000001130
Trustee Name: Michael Kasolas

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | |
|---|---|---|
| Account number | ████9566 | Beginning balance $1,051,423.53 |
| Enclosures | 6 | Total additions $0.00 |
| Avg collected balance | $336,244.00 | Total subtractions $872,480.47 |
| | | Ending balance $178,943.06 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 106 | 03-03 | 214,500.00 | 109 | 03-06 | 127,030.01 |
| 107 | 03-03 | 4,822.17 | 110 | 03-10 | 180,245.86 |
| 108 | 03-06 | 295,779.88 | 111 | 03-15 | 50,102.55 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 1,051,423.53 | 03-06 | 409,291.47 | 03-15 | 178,943.06 |
| 03-03 | 832,101.36 | 03-10 | 229,045.61 | | |

Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456


03/03/2017  106  $214,500.00


03/03/2017  106  $214,500.00


03/03/2017  107  $4,822.17


03/03/2017  107  $4,822.17


03/06/2017  108  $295,779.88


03/06/2017  108  $295,779.88


03/06/2017  109  $127,030.01


03/06/2017  109  $127,030.01


Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Account Number: 9566
Statement Date: March 31, 2017
Page: 4 of 4



03/10/2017    110    $180,245.86



03/15/2017    111    $50,102.55



03/10/2017    110    $180,245.86



03/15/2017    111    $50,102.55

# Ledger Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 14-30725 DM | | Trustee: | Mr. Michael Kasolas (001130) | | |
| Case Name: | HASHFAST CREDITORS TRUST | | Bank Name: | Rabobank, N.A. | | |
| | | | Account: | 9566 - Checking Account | | |
| Taxpayer ID #: | 8245 | | Blanket Bond: | $0.00 (per case limit) | | |
| Period Ending: | 03/31/17 | | Separate Bond: | N/A | | |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,149.54 |
| 08/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,649.54 |
| 08/30/16 | | PACKAGE SCIENCE SERVICES LLC | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,000.00 | | 247,649.54 |
| 08/30/16 | | STEPHEN ELLIS HAMNER | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,750.00 | | 250,399.54 |
| 08/30/16 | | ALLAN N. HESSENFLOW | FINAL SETTLEMENT PAYMENT | 4009-004 | 4,500.00 | | 254,899.54 |
| 08/30/16 | | DIGI-KEY | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 259,899.54 |
| 08/30/16 | | PETER HENDRICKSON | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 264,899.54 |
| 09/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 265,399.54 |
| 10/02/16 | | AMY WOODWARD | FINAL SETTLEMENT PAYMENT | 4009-004 | 1,750.00 | | 267,149.54 |
| 10/12/16 | 104 | ADR SERVICES, INC. | INVOICE #16-6200-ER-01: HASHFAST TECHNOLOGIES, LLC, PLAINTIFF, MICHAEL KASOLAS, CPA | 6007-011 | | 5,452.50 | 261,697.04 |
| 10/21/16 | 105 | U.S. TRUSTEE | UST FEES FOR Q3 2016 ($325.00) ACCT. #7131430725 | 6001-000 | | 325.00 | 261,372.04 |
| 11/17/16 | | CIARA | SETTLEMENT PAYMENT | 4009-001 | 95,000.00 | | 356,372.04 |
| 11/28/16 | | PROVINCE, INC. | SETTLEMENT PAYMENT | 4009-000 | 41,051.49 | | 397,423.53 |
| 11/29/16 | | UNIQUIFY, INC. | SETTLEMENT PAYMENT | 4009-000 | 4,000.00 | | 401,423.53 |
| 02/22/17 | | NATIONWIDE (SCOTTSDALE INSURANCE COMPANY | SETTLEMENT CHECK FOR D&O COVERAGE | 4009-003 | 650,000.00 | | 1,051,423.53 |
| 02/27/17 | 106 | COZEN O'CONNER | ATTORNEY FEES-D&O MATTER | 6007-001 | | 214,500.00 | 836,923.53 |
| 02/27/17 | 107 | COZEN O'CONNER | ATTORNEY EXPS-D&O MATTER | 6007-002 | | 4,822.17 | 832,101.36 |
| 02/27/17 | 108 | BAKER HOSTETLER | ATTORNEY FEES: PRE-CONFIRMATION | 6007-015 | | 295,779.88 | 536,321.48 |
| 02/27/17 | 109 | BAKER HOSTETLER | ATTORNEY FEES: POST-CONFIRMATION | 6007-001 | | 127,030.01 | 409,291.47 |
| 02/27/17 | 110 | KATTEN MUCHIN ROSENMAN, LLP | DEBTOR-ATTORNEY FEES | 6007-015 | | 180,245.86 | 229,045.61 |
| | | | Subtotals: | | $812,551.49 | $828,155.42 | |

{} Asset reference(s)

Case: 14-30725   Doc# 540   Filed: 04/20/17   Entered: 04/20/17 16:04:48   Page 10 of 12

# Ledger Report

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST CREDITORS TRUST |
| Taxpayer ID #: | ▇▇▇▇3245 |
| Period Ending: | 03/31/17 |

| | |
|---|---|
| Trustee: | Mr. Michael Kasolas (001130) |
| Bank Name: | Rabobank, N.A. |
| Account: | ▇▇▇▇9566 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/17 | 111 | MICHAEL G. KASOLAS, TRUSTEE | PAYMENT PURSUANT TO COURT NOTICE 2-27-17 FOR TRUSTEE COMPENSATION | 6002-001 | | 50,102.55 | 178,943.06 |
| | | | **ACCOUNT TOTALS** | | 1,181,976.76 | 1,003,033.70 | $178,943.06 |

**TOTAL - ACCOUNT ▇▇▇566**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 16 | Deposits | 826,476.76 | 11 | Checks | 1,003,033.70 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $826,476.76 | 0 | Transfers Out | 0.00 |
| 12 | Adjustments In | 355,500.00 | | Total | $1,003,033.70 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $1,181,976.76 | | | |

**TOTAL - ALL ACCOUNTS**

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ▇▇▇9566 | 1,181,976.76 | 1,003,033.70 | 178,943.06 | 0.00 | 178,943.06 |
| | $1,181,976.76 | $1,003,033.70 | $178,943.06 | $0.00 | $178,943.06 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 16 | Deposits | 826,476.76 | 11 | Checks | 1,003,033.70 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $826,476.76 | 0 | Transfers Out | 0.00 |
| 12 | Adjustments In | 355,500.00 | | Total | $1,003,033.70 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $1,181,976.76 | | Net Total Balance | $178,943.06 |

{} Asset reference(s)

# HASHFAST TECHNOLOGIES, LLC
## POST CONFIRMATION REPORT DISCLOSURE STATEMENT
## CASE NO. 14-30725 DM
## FOR THE PERIOD JANUARY 1, 2017 THROUGH MARCH 31, 2017

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.