KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Hashfast Creditor Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re HASHFAST TECHNOLOGIES LLC | ) Case No. 14-30725 DM |
| | ) Chapter 7 |
| | ) |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) Date: (No Hearing Required) |
| _____ | ) Judge: Hon. Dennis Montali |

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 Pine Street, 5th Floor, San Francisco, California, 94104. I hereby certify that I electronically filed the following documents with the Clerk of the Court for the United States Bankruptcy Court, Northern District of California by using the appellate CM/ECF system on July 17, 2017:

**POST-CONFIRMATION REPORT FOR THE QUARTER ENDING JUNE 30, 2017**

  The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

| | |
|---|---|
| Office of the United States Trustee<br>Phillip J Burton Federal Building<br>450 Golden Gate Ave., 5th Fl, #05-0153<br>San Francisco, CA 94102<br>Email: USTPRegion17.SF.EFT@usdoj.gov<br>   ltroxas@hotmail.com | Donna S. Tamanaha<br>Phillip J Burton Federal Building<br>450 Golden Gate Ave., 5th Fl, #05-0153<br>San Francisco, CA 94102<br>Email: julie.m.glosson@usdoj.gov |
| Michael Delaney, Esquire<br>Baker & Hostetler, LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025-0509<br>Email: mdelaney@bakerlaw.com | Jessica M. Mickelsen, Esquire<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Floor<br>Los Angeles, CA 90067-3012<br>Email: jessica.mickelsen@kattenlaw.com |
| Michael G. Kasolas<br>P.O. Box 26650<br>San Francisco, CA 94126<br>Email: kasolas@7trustee.net | Aron M. Oliner, Esquire<br>Law Offices of Duane Morris<br>1 Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>roliner@duanemorris.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 17, 2017, at San Francisco, California.

/s/ Richard Pierotti
Richard Pierotti