Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**REQUEST FOR ENTRY OF ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS <u>(DISALLOWANCE OF DUPLICATE CLAIMS)</u>**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 1 of 28

## I. CLAIM OBJECTION

On November 30, 2015, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicate Claims)* (the "Claim Objection") [Docket Entry ("D.E.") 403].[1] By and through the Claim Objection, the Trust sought an order disallowing the following proofs of claim:

| Claimant | Proof of Claim No.[2] | Claim Amount |
|---|---|---|
| Alonso, Jesus Martin | 292 | $2,640.84 |
| Alonso, Jesus Martin | 293-1 | $2,640.84 |
| Alonso, Jesus Martin | 294 | $2,640.84 |
| Bao, Lei | 18[3] | $66,374.14 |
| Bao, Lei | 23 | $66,374.14 |
| Bao, Lei | 154 | $66,374.14 |
| Bao, Lei | 225 | $66,374.14 |
| Celaj, Jetmir | 303 | $17,755.09 |
| Chappell, Frank | 316 | $2,250.00 |
| Erickson, Paul | 87 | $2,271.98 |
| Faruqi, Muhammad Zahid | 136 | $6,842.00 |
| Lei, Shi | 61 | $6,765.09 |
| Minchenkov, Alexey | 112 | $2,854.82 |
| Monsoon Company, Inc. | 221 | $57,660.00 |
| Monsoon Company, Inc. | 82 | $13,500.00 |
| Morici, Peter | 29-1 | $157,315.64 |
| Oshea, James | 18-1 | unknown |
| Pederson, Grant | 59-1 | $3,790.01 |
| Schortmann, Thomas | 149 | $3,955.58 |
| Shaw, Christopher (aka Aupacom Enterprises) | 271-2 | $9,329.00 |
| Stonn, Ryan | 124 | $4,050.00 |
| TimeFire, Inc. | 115 | $21,500,000.00 |
| Williams, Jess | 164 | $3,826.80 |

[1] The Trust requests that the Court take judicial notice of all documents filed on the docket and the proofs of claim filed in the above-captioned bankruptcy cases pursuant to Fed. R. Evid. 201.

[2] Unless otherwise noted, the listed proofs of claim were filed in *In re Hashfast Technologies, LLC*, case no. 14-30725 DM.

[3] Proof of claim 18 filed by Lei Bao was filed against Hashfast, LLC in *In re Hashfast, LLC*, case no. 14-30866 DM.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Additionally, the Trust sought to disallow the scheduled claim of Perkins Coie LLP ("Perkins Coie") in the amount of $101,769.89.

On or about December 3, 2015, the Trust served the Claim Objection on the parties noted in the associated Proof of Service. *See* D.E. 410.

## II. RESOLUTION

On December 17, 2015, Perkins Coie filed a response to the Claim Objection. *See* D.E. 415. Therein, Perkins Coie consented to the sustaining of the objection to its scheduled claim as duplicative. *Ibid.* Perkins Coie, however, opposed the disallowance of its proof of claim due to its purported receipt of a voidable transfer. *Ibid.* The Trust has reviewed the potential avoidance action further and has decided not to pursue an action to recover any preferential transfers from Perkins Coie. Accordingly, the Trust has decided to withdraw the objection to the Perkins Coie proof of claim based on the alleged voidable transfer and allow the claim of Perkins Coie in the amount stated on proof of claim 19 filed in *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy")—namely, $107,871.53.

On January 6, 2017, the Trust filed the *Notice of Liquidating Trustee's Intention to Compromise Controversy* (the "Notice of Compromise")—thereby seeking to resolve numerous claim objections, including, without limitation, objections to the proof of claim filed by Christopher Shaw (aka Aupacom Enterprises). *See* D.E. 513. On February 2, 2017, the Court entered an order approving the settlement agreement which was the subject of the Notice of Compromise (the "Agreement"). *See* D.E. 532. Thus, in accordance with the Agreement, the Trust hereby withdraws the Claim Objection as it pertains to Christopher Shaw (aka Aupacom Enterprises) and proof of claim 271-2. Proof of claim 271-2 shall be deemed allowed as a general unsecured claim in the amount of $9,329.00.

In addition to the foregoing, the Trust has deemed it appropriate to withdraw the Claim Objection as it pertains to the following proofs of claim:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Alonso, Jesus Martin | 292 | $2,640.84 |
| Alonso, Jesus Martin | 293-1 | $2,640.84 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Alonso, Jesus Martin | 294 | $2,640.84 |
| Faruqi, Muhammad Zahid | 136 | $6,842.00 |
| Minchenkov, Alexey | 112 | $2,854.82 |
| Monsoon Company, Inc. | 82 | $13,500.00 |
| Stonn, Ryan | 124 | $4,050.00 |

No responses or objections have been filed with respect to the remaining claims. Accordingly, the Trust hereby respectfully requests entry of an order sustaining the Claim Objection by default pursuant to B.L.R. 9014-1(b)(4), which order shall provide for the following relief:

| **Claimant** | **Proof of Claim No.** | **Disposition** |
|---|---|---|
| Alonso, Jesus Martin | 292 | Objection Withdrawn |
| Alonso, Jesus Martin | 293-1 | Objection Withdrawn |
| Alonso, Jesus Martin | 294 | Objection Withdrawn |
| Bao, Lei | 18 | Objection Sustained; Claim Disallowed in its entirety |
| Bao, Lei | 23 | Objection Sustained; Claim Disallowed in its entirety |
| Bao, Lei | 154 | Objection Sustained; Claim Disallowed in its entirety |
| Bao, Lei | 225 | Objection Sustained; Claim Disallowed in its entirety |
| Celaj, Jetmir | 303 | Objection Sustained; Claim Disallowed in its entirety |
| Chappell, Frank | 316 | Objection Sustained; Claim Disallowed in its entirety |
| Erickson, Paul | 87 | Objection Sustained; Claim Disallowed in its entirety |
| Faruqi, Muhammad Zahid | 136 | Objection Withdrawn |
| Lei, Shi | 61 | Objection Sustained; Claim Disallowed in its entirety |
| Minchenkov, Alexey | 112 | Objection Withdrawn |
| Monsoon Company, Inc. | 221 | Objection Sustained; Claim Disallowed in its entirety |
| Monsoon Company, Inc. | 82 | Objection Withdrawn |
| Morici, Peter | 29-1 | Objection Sustained; Claim Disallowed in its entirety |
| Oshea, James | 18-1 | Objection Sustained; Claim Disallowed in its entirety |

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 4 of 28

| | | |
|---|---|---|
| Pederson, Grant | 59-1 | Objection Sustained; Claim Disallowed in its entirety |
| Perkins Coie LLP | | Objection Sustained; Claim Allowed in amount of POC 19-1 in HF Bankruptcy |
| Schortmann, Thomas | 149 | Objection Sustained; Claim Disallowed in its entirety |
| Shaw, Christopher (aka Aupacom Enterprises) | 271-2 | Objection Withdrawn per Settlement (D.E. 513) |
| Stonn, Ryan | 124 | Objection Withdrawn |
| TimeFire, Inc. | 115 | Objection Sustained; Claim Disallowed in its entirety |
| Williams, Jess | 164 | Objection Sustained; Claim Disallowed in its entirety |

A copy of the proposed order is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: July 27, 2017

**BAKER & HOSTETLER LLP**

By: ______________________
Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 5 of 28

## DECLARATION OF MICHAEL G. KASOLAS

I, Michael G. Kasolas, hereby declare:

1. I am the duly appointed, qualified and acting trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, in the above-captioned bankruptcy cases. I submit this declaration in support of the *Request for Entry of Order Granting Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicative Claims)* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2. Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3. On November 30, 2015, the Trust filed the *Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicate Claims)* [D.E. 403], and on or about December 3, 2015, served the Claim Objection on the parties noted in the associated Proof of Service. *See* D.E. 410.

4. I have decided to withdraw the objection to the Perkins Coie proof of claim based on the alleged voidable transfer and withdraw any objection to the allowance of the claim of Perkins Coie in the amount stated on proof of claim 19 filed in *In re Hashfast, LLC*, case no. 14-30866 DM—namely, $107,871.53.

5. In addition to the foregoing, I have deemed it appropriate to withdraw the Claim Objection as it pertains to the following proofs of claim:

| **Claimant** | **Proof of Claim No.** | **Claim Amount** |
|---|---|---|
| Alonso, Jesus Martin | 292 | $2,640.84 |
| Alonso, Jesus Martin | 293-1 | $2,640.84 |
| Alonso, Jesus Martin | 294 | $2,640.84 |
| Faruqi, Muhammad Zahid | 136 | $6,842.00 |
| Minchenkov, Alexey | 112 | $2,854.82 |
| Monsoon Company, Inc. | 82 | $13,500.00 |
| Stonn, Ryan | 124 | $4,050.00 |

6. I have reviewed the docket in the Bankruptcy Cases and, except as provided in the Response or herein, I am not aware of any responses or objections have been filed with respect to Claim Objection.

7. A copy of the proposed order is attached to the Request as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July, 2017, at San Francisco, California.

Michael G. Kasolas

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 7 of 28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

REQUEST FOR ENTRY OF ORDER SUSTAINING FIRST OMNIBUS CLAIM OBJECTION BY DEFAULT
610992017.2

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 8 of 28

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS, Trustee of the Hashfast Creditor Trust

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF DUPLICATE CLAIMS)**

The Court having reviewed and considered the *Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicate Claims)* (the "Claim Objection") [Docket Entry 403] and the *Request for Entry of Order Granting Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicative Claims)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

///

///

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No./Schedule[1] | Claim/Scheduled Amount |
|---|---|---|
| Alonso, Jesus Martin | 292 | $2,640.84 |
| Alonso, Jesus Martin | 293-1 | $2,640.84 |
| Alonso, Jesus Martin | 294 | $2,640.84 |
| Faruqi, Muhammad Zahid | 136 | $6,842.00 |
| Minchenkov, Alexey | 112 | $2,854.82 |
| Monsoon Company, Inc. | 82 | $13,500.00 |
| Shaw, Christopher (aka Aupacom Enterprises) | 271-2 | $9,329.00 |
| Stonn, Ryan | 124 | $4,050.00 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in their entirety:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Bao, Lei | 18[2] | $66,374.14 |
| Bao, Lei | 23 | $66,374.14 |
| Bao, Lei | 154 | $66,374.14 |
| Bao, Lei | 225 | $66,374.14 |
| Celaj, Jetmir | 303 | $17,755.09 |
| Chappell, Frank | 316 | $2,250.00 |
| Erickson, Paul | 87 | $2,271.98 |
| Lei, Shi | 61 | $6,765.09 |
| Monsoon Company, Inc. | 221 | $57,660.00 |
| Morici, Peter | 29-1 | $157,315.64 |
| Oshea, James | 18-1 | unknown |
| Pederson, Grant | 59-1 | $3,790.01 |
| Schortmann, Thomas | 149 | $3,955.58 |
| TimeFire, Inc. | 115 | $21,500,000.00 |
| Williams, Jess | 164 | $3,826.80 |

**IT IS FURTHER ORDERED** that the scheduled claim of Perkins Coie LLP is disallowed and proof of claim 19 filed in *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy") by Perkins Coie LLP is allowed in the amount of $107,871.53.

---

[1] Unless otherwise noted, the proof of claim numbers contained herein refer to proofs of claim filed in *In re Hashfast Technologies, LLC*, case no. 14-30725 DM.

[2] Proof of claim 18 filed by Lei Bao was filed against Hashfast, LLC in *In re Hashfast, LLC*, case no. 14-30866 DM.

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 10 of 28

**IT IS SO ORDERED.**

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

ORDER GRANTING FIRST OMNIBUS OBJECTION TO CLAIMS

610344251.3

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 11 of 28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF DUPLICATE CLAIMS)** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On July 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On July 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:

| **Recipient Name** | **Email** |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |
| Eduardo DeCastro | eduardo.decastro@gmail.com |
| Rob Edgworth | rob@edgeworth.org |
| Pete Morici | pvmorici@gmail.com |
| Hamilton Hee | hamiltonhee@gmail.com |
| Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2017 | Sonia Gaeta | */s/ Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 12 of 28

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns tom@tburnslaw.com
Greg P. Campbell ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang cdjang@rutan.com
Fahim Farivar ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen bgaschen@wgllp.com
Elizabeth A. Green egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris rob@bindermalter.com
Geoffrey A. Heaton gheaton@duanemorris.com, dmicros@duanemorris.com
Reginald R. Hindley hindleylaw@gmail.com
David Holtzman david.holtzman@hklaw.com
Michael A. Isaacs Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael G. Kasolas trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Barbara A. Matthews barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner roliner@duanemorris.com, dmicros@duanemorris.com
Tyler Olson tolson@rehonroberts.com
Douglas R. Pahl dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras dpoitras@jmbm.com
Peter M. Rehon prehon@rehonroberts.com, uho@rehonroberts.com
Gregory A. Rougeau grougeau@brlawsf.com
Peter A. Siddiqui peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
Dominique Sopko dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
Craig Stuppi craig@stuppilaw.com
Sarah M. Stuppi sarah@stuppilaw.com
Christopher D. Sullivan csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
Donna S. Tamanaha Donna.S.Tamanaha@usdoj.gov
Nancy Weng nweng@tsaoyee.com, steve.kolkey@gmail.com

2. **SERVED BY UNITED STATES MAIL**:

**PARTIES REQUESTING SPECIAL NOTICE**

Craig A. Barbarosh
Katten Muchin Rosenman LLP
100 Spectrum Center Dr, Ste 1050
Irvine CA 92618-4977

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377-5662

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

Duane Morris,LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

~~Mohammad Zahid Faruqi~~
~~Ruthnergasse 42/Tuer 9~~
~~1210 Wien, Austria~~
Undeliverable

~~Ray E. Gallo~~
~~Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901~~
(prefers email - rgallo@gallo-law.com)

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Process General
2360 Corporate Cir #330
Henderson, NV 89074-7707
(Returned 11/28/16)

James J. Ries
450 Sunlight Ct., #2
Powell, WY 82435

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

~~100 Bush Corporation~~
~~100 Bush Street, Suite 218~~
~~San Francisco, CA 94104~~
Undeliverable

~~San Francisco Court Appointed Special Advocates~~
~~2535 Mission Street~~
~~San Francisco, CA 94110~~
(Removed per recipient's request 4/9/16)

AQS
401 Kato Terrace
Fremont, CA 94539

Robert G. Harris
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dylan Hall
79 Madison Ave, 2nd fl
New York, NY 10016

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

**STATE AND FEDERAL AGENCIES**

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

**MEMBERS OF THE UNSECURED CREDITORS COMMITTEE**

~~Hamilton Hee~~
~~761 Irwindale Ave.~~
~~Las Vegas, NV 89123~~
Undeliverable

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

~~Uniquify Inc.~~
~~Attn: Robert Smith~~
~~2030 Fortune Drive #200~~
~~San Jose, CA 95131~~
(Returned 09/28/16)

~~Antony Vo~~
~~c/o Steven T. Gubner~~
~~Ezra Brutzkus Gubner LLP~~
~~21650 Oxnard Street, Suite 500~~
~~Woodland Hills, CA 91367-4911~~
(Returned 11/16/16)

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
Undeliverable

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

**LIST OF 20 LARGEST UNSECURED CREDITORS**

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Davide Cavion
c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

~~Elton Seah~~
~~761 Irwindale Avenue~~
~~Las Vegas, NV 89123-2319~~
(Returned 12/8/16)

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

~~Guido Ochoa~~
~~Calle 35~~
~~Merida, Venezuela 5101~~

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable
(Returned 3/13/2017)

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

~~Strategic Counsel Corp~~
~~c/o Adam T. Ettinger~~
~~Sheppard Mullin Richter & Hampton L~~
~~1901 Avenue of the Stars, Suite 1600~~
~~Los Angeles, CA 90067~~
Duplicate
(New address 4/16/15)

~~Uniquify, Inc.~~
~~2030 Fortune Drive #200~~
~~Attn: Robert Smith~~
~~San Jose, CA 95131-1835~~

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~
(Returned mail 11/17/2014)

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

**LIST OF EQUITY SECURITY HOLDERS**

~~Amy Abascal~~

~~Asia Alternative Asset Management~~

~~Carason~~

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160

Eduardo DeCastro
c/o Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 North Main Street, Suite 332
Walnut Creek, CA 94596

~~Edward DeCastro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~
Undeliverable

~~Hannes Eisele~~

~~James de Castro~~

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

~~John Skrodenis~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
(listed in SEC) (Returned mail 5/4/15)

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

~~Mike Damn~~

Monica Hushen
62 Esparito Place
Fremont, CA 94539

~~Naval Ravikant~~

~~Phil Sado~~

~~Port Family Trust~~

Roy Petruschka
c/o David Bayles
Arent Fox LLP
555 W. Fifth St., 48th Fl.
Los Angeles, CA 90013

Roy Petrushka
17 Tamar Street
Kiriat Tivo'n, Israel

~~Roy Petrushka~~
~~Hadekel Street 1,~~
~~Kiriat Tivo'n, Israel~~
(Returned 3/31/17)

~~RS Ventures Ltd.~~

Sean Taffler
40 Quartz Way
San Francisco, CA 94131-1636

Simon Barber
9 Ignacio Ave.
San Francisco, CA 94124-3725

~~Simon Barber~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
(Returned 2/1/17 listed in SEC)

~~Strategic Counsel Corp~~
~~227 Broadway, Suite 306~~
~~Santa Monica, CA 90401~~
(Returned Mail 6/5/15)

Tim Wong
195 Tenby Terrace
Danville, CA 94506

~~Spring Surprise Limited~~

~~Tim Wong~~
~~100 Bush Street, Suite 650~~
~~San Francisco, Ca 94103~~
Undeliverable

~~Lieven Vanden Bulcke~~
~~Zandbeekstraat 32~~
~~8554 Sint-Denijs, Belgium~~
Undeliverable

~~Wells Family Trust~~

**CASE MAILING LIST**

Diamond McCarthy
150 California Street, Suite 2200
San Francisco, CA 94111-4547

~~DigiMex Ltd~~
~~Rutan & Tucker, LLP~~
~~611 Anton Blvd., Ste. 1400~~
~~Costa Mesa, CA 92626-1931~~
Duplicate

~~Hashfast Technologies LLC~~
~~29209 Canwood Street, Suite 210~~
~~Agoura Hills, CA 91301~~
~~Attention: HashFast CRO~~
Undeliverable(Returned ) 3/8/2017

~~Koi Systems~~
~~Units 1403-5, 14/F~~
~~173 Des Voeux Rd. Central~~
~~Hong Kong, CN 00000~~
(Returned 3/7/17)

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Looksmart Ltd.~~
~~Trinh Law Firm~~
~~99 N. 1st St., Suite 200~~
~~San Jose, Ca 95113-1203~~
Undeliverable

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

~~Timefire, Inc~~
~~c/o Eric Benisek~~
~~3685 Mt. Diablo Blvd, Suite 300~~
~~Lafayette, CA 94549-6833~~
Duplicate

UBE Enterprises
7425 Creek Rd.
Sandy, UT 84093-6152

~~Uniquify, Inc.~~
~~Binder & Malter, LLP~~
~~2775 Park Ave.~~
~~Santa Clara Ca 95050-6004~~
(Returned 09/28/16)

Aaron Collins
21851 Schieffer Rd
Colton, OR 97017-9400

~~100 Bush Corporation~~
~~100 Bush St., Suite 218~~
~~San Francisco, CA 94104-3905~~
(Returned 12/8/16)

~~AQS~~
~~401 Kato Terrace~~
~~Fremont, CA 94539-8333~~
Duplicate

Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148-3267

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621-0013

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021-3506

Adrian Clarkson
Software Engineering Services Ltd.
30 Thistle Green, Swavesey
Cambridge, Cambridgeshire CB24 4RJ, UK

~~Adam Lenet, Lenit IT Solutions~~
~~88 Farnham Drive Beaconsfield~~
~~Quebec H9W~~
(Returned 1/21/17)

Adamo Di Stefano
9879 Saint-Firmin Montreal
Quebec H2B 2G

Ahmed Muhsin
11410 Nagel St
Hamtramck, MI 48212-2909

Adrian Coroama
426 Sandra Timis 307065 Romania

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Ales Prikryl
6838 E 5th Street
Scottsdale, AZ 85251-5526

~~Alan Richardson~~
~~11975 Greywing Court Reston VA 20191~~
~~Silver Springs, MD 20906~~
Undeliverable

Alan Vit
680 Caron Ave
Apt 2-right side entrance Windsor
ontario, N9A 5B6, Canada

Alexander Stroh
Waagenstr.39 40229 Dusseldorf Germany

Alex Filippov
12 Sherborne Cir
Ashland, MA 01721-2313

Alexander Roganov
1881 Willoughby Ave
Ridgewood, NY 11385-1152

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557-3520

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749-8751

Alexey Minchenkov
Asafeva St 2-1-60 St Petersburg
Russia 1

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147-3181

Allan Martin
5009 Northlawn Circle
Murrysville, PA 15668-9423

~~Amanda Dick~~
~~1601 W Main #90-105~~
~~Willimantic, CT 06226-1100~~
Undeliverable

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075-5848

Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands

American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104-4449

Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133-5139

American Arbitration Association
120 Broadway, 21st Fl
New York, NY 10271-0016

Andrew Bester
92 William Street
Westbury, Tasmania, 7303
Australia

~~Amro Abdelgawad~~
~~57 Ira Road~~
~~#187~~
~~Syosset, NY 11791-3504~~
(Returned 11/26/16)

Amy Woodward
57 Oakwood Street
San Francisco, CA 94110-1529

~~Anthony Carrillo~~
~~1130 NE 104th Ave~~
~~Portland, OR 97220-3914~~
(Returned 10/03/16)

Andrew Fader
5400 Fieldston Rd., Apt 216
Bronx, NY 10471
(Updated address 2/1/17)

Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703-2737

Anthony Woodward
2697 Derby Drive
San Ramon, CA 94583-4312

Anthony Lauck
PO Box 59
Warren, VT 05674-0059

Anthony Sajan
12842 Palm Street
Unit 102
Garden Grove, CA 92840-6416
(Updated 3/7/17)

~~Antonios Alexiou~~
~~1253 Buck Jones Rd~~
~~Raleigh, NC 27606-3326~~
(Duplicate address)

Antoine Alary
1516 Lima Ct
San Jose, CA 95126-4255

~~Antonio Dewey~~
~~1211 San Dario Ave~~
~~Suite 369~~
~~Laredo, TX 78040-4505~~
Undeliverable

~~Aristeidis Dionisatos~~
~~46 North Park Gardens Belleville Ontario~~
Undeliverable

~~Antony Vo~~
~~319 S. Mitchell St.~~
~~Bloomington, IN 47401-3742~~
Undeliverable

Antony Vo
c/o Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

~~Avram Cheaney~~
~~1305 Laguna Street~~
~~Apt. 4~~
~~San Francisco, CA 94115-4249~~
Duplicate

~~Armada Works Inc.~~
~~2223 Bath Ave~~
~~Brooklyn, NY 11214-5603~~
(Returned 1/30/17)

Aupacom Enterprises
9620 Sepulveda Blvd Unit 33
North Hills, CA 91343-3370

Benjamin Hopson II
2640 Alexandria Pl
Janesville, Wi 53548-3314

Bas Bosschert
Kruisgang 12
1613 DC Grootebroek
Netherlands

~~David M. Balabanian~~
~~Morgan, Lewis and Bockius LLP~~
~~Three Embarcadero Center~~
~~San Francisco, CA 94111-4067~~
Undeliverable

~~Morgan, Lewis & Bockius LLP~~
~~Three Embarcadero Center~~
~~San Francisco, CA 94111-4079~~
Undeliverable

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

~~Benjamin C. Beckwith~~
~~8218 Grimchester~~
~~Converse, TX 78109-3234~~
Undeliverable

Brenton Senegal
13151 Yorba Ave., Apt. 60
Chino, CA 91710-4070
(Updated address 2/1/17)

~~Brandon Bressler~~
~~3638 San Onofre Ave~~
~~San Onofre, CA 95348-8405~~
Undeliverable

~~Bernie Rihn, Prudentia Permanens LLC~~
~~3628 Linden Ave~~
~~N #214~~
~~Seattle, WA 98103-8793~~
Undeliverable

Brian Barbee
701 Blossom St.
Bakersfield, CA 93306-5801

Brenton Senegal
13151 Yorba Ave., Apt. 60
Chino, CA 91710-4070
(Updated address 2/1/17)

~~Breck Pedersen~~
~~3712 Denehoe CV~~
~~Austin, TX 78725-4708~~
Undeliverable

Brian Samas
53 Swift Street
Branford, CT 06405-4528
(Updated address 2/1/17)

Brian Connelly
22601 Asheville Hwy
Landrum, SC 29356-9633

~~Bret Motyl~~
~~148 Townsend St~~
~~Suite 21~~
~~San Francisco, CA 94107-1919~~
Undeliverable

Bruce Sanders Bruce Sanders Design & Ill
12 Bridge St.
Westford, MA 01886-2102

Brion Lau, Financial Fitness Pro
21600 Rainbow Drive
Cupertino, CA 95014-4815

~~Brian McKittrick~~
~~813 Whitney St~~
~~Cedar Hill, TX 75104-2257~~
(Returned 11/14/16)

~~Bruno Reith~~
~~Repkering 36 58791 Werdohl Germany~~
Undeliverable
(Returned 3/30/2017)

Bruce Terry
21073 Niagara River Drive
Sonora, CA 95370-9102

Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002-8749

~~Bryce Weiner~~
~~621 W Monetcito St #4~~
~~Santa Barbara, CA 93101-4522~~
Undeliverable

Bryan Carter
330 Carriage Dr. E
Santa Ana, CA 92707-4156

Bruno Lemonnier
16 Rue Victor Hugo 17300
Rochefort France

Central Computers
837 Howard Street
San Francisco, CA 94103-3009

CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

~~Bryan Pope~~
~~6196 Westminster Dr~~
~~Parma, OH 44129-4954~~
(Returned 2/6/17)

~~Chaz Curtiss~~
~~6551 Jordan River Dr~~
~~Las Vegas, NV 89156-3750~~
Undeliverable

Chad Eller
1910 Lomita Dr
San Leandro, CA 94578-1218

~~Carl Schultz~~
~~5818 Hazard Street~~
~~Houston, TX 77098-2504~~
(Returned 2/27/17)

~~Christian Calvo~~
~~3 Peartree Ln~~
~~Rolling Hills Estates, CA 90274-4824~~
Undeliverable

Chris Ergen C/O Summit Capital LLC
5701 S. Santa Fe Drive
Littleton, CO 80120-1813

~~Charles Hilt~~
~~2800 Ruleme St~~
~~Apt 24~~
~~Eustis, FL 32726-8327~~
(Returned 10/28/16)

~~Christopher Fetterly~~
~~9603 86th Avenue, NW~~
~~Edmonton, Alberta, Canada~~
~~T6E2L6~~
Undeliverable

Christian Golbs
Muehlburgweg 47 99094 Erfurt
Germany

Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108-8488

~~Chunliu Shen~~
~~56 Ffordd Dryden~~
~~Swansea, UK~~
~~Swansea, CA 93545~~
Undeliverable

Christopher Goes
PO Box 100
Cottage Grove, OR 97424-0004

Christina Jepson
7 Cross St Dundas Ontario L9H 2R3 Canada

Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087

~~Ciara Technologies~~
~~9300 Transcanada Highway~~
~~Saint-Laurent, Quebec H451K5 Canada~~

Duplicate

Christopher Raday
4215 W 142 St
Crestwood, IL 60445-2307

~~Cort Wenzel~~
~~858 Boardwalk Place~~
~~Redwood City, CA 94065-1806~~
(Returned 11/01/16)

Corey Vokey
2249 Burrows Ave Winnipeg Manitoba R2R 1

CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402-3768

Craig LaShot
88304 Charley Lane
Springfield, OR 97478-9634

Cory Wise
2315 West alberson Dr.
Albany, GA 31721-2043

~~Corey Wysong~~
~~4499 E Fox Run Drive~~
~~Syracuse, IN 46567-9167~~
Undeliverable

~~Dain Carver~~
~~240 Martine Ave~~
~~White Plains, NY 10601-3456~~
Undeliverable

~~Cypher Enterprises, LLC~~
~~c/o Robert J. Bogdanwicz III,~~
~~Deans& Lyons LLP~~
~~325 N. Saint Paul Street, Suite 1500~~
~~Dallas, TX 75201-3891~~
Duplicate

Craig Burke
2787 Fairview
Canyon Monitor, WA 98836

~~Dan Charbonneau,CBT Nuggets~~
~~44 Club Rd~~
~~Suite 150~~
~~Eugene, OR 97401-2461~~
Undeliverable

Damon Jiang
1210 Alemany Blvd.
San Francisco, CA 94112-1404

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Daniel Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

Dan Fuchs
member of K2RED LLC
526 Shoup Ave W Ste K
Twin Falls, ID 83301-5050

Dan Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

~~Daniel Nimtsch~~
~~Meinigstr 46a 38667 Bad Harzburg Germany~~
(Returned mail 3/16/15)
(Returned 3/28/17)

Daniel Herbon
3818 Hazard St
Houston, TX 77098-2504
(Updated address 1/12/17)

Daniel Burgin
St-Roch 30 1004 Lausanne Switzerland

Daniel Raedel
Juethornstrasse 39 22043 Hamburg Germany

Daniel Petreley
19378 East Brunswick Drive
Aurora, CO 80013-9420

Daniel Hilderal
40 Hardinge road LONDON England NW10 3PJ

~~Darwin Johnson, Schwaahed~~
~~73 Eastern Parkway 4B~~
~~Brooklyn, NY 11238-5920~~
(Returned Mail 6/16/15)

~~Daniel Williams~~
~~10211 Portland Road~~
~~Silver Spring, MD 20901-2023~~
(Returned Mail 10/6/14)

Daniel Pojar
1253 Grace Drive
Sycamore, IL 60178-9515

~~David Boothby~~
~~1800 Holleman Drive, Apt 1404~~
~~College Station, TX 77840-7215~~
(Returned Mail 9/24/2014)

~~Dat Le~~
~~22 Golden Gate Bay Winnipeg Manitoba R3J~~
(Returned Mail 10/2/14)

Dario Albarron
512 Sherman Ave
Roselle Park, NJ 07204-2145

David King
10106 E 69th Ter
Raytown, MO 64133-6037

~~David Cho~~
~~158 L'Amoreaux Drive Scarborough On~~
(Returned 1/21/17)

Dave Gutelius
1259 El Camino Real, #230
Menlo Park, CA 94025-4208

David Springer
4095 Lomar Drive
Mt. Airy, MD 21771-4572

David Steinberg
3164 Sycamore Pl
Carmel, CA 93923-9005

David Gutelius
1259 El Camino Real, Suite 230
Menlo Park, CA 94025-4208

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Dean Farry
1250 HalifaxWay
San Ramon, CA 94582-5909

David Miller
2339 Boylston Ave East
Apt #5
Seattle, WA 98102

Dennis Lambert
9450 SW Gemini Dr
Beaverton, OR 97008-7105

Deon Brewis
15610 NE 59th Way
Redmond, WA 98052-4818

~~Davide Cavion~~
~~c/o Bryan Reyhani,~~
~~Reyhani Nemirovsky LLP~~
~~200 Park Avenue, 17th Floor~~
~~New York, NY 10166-0004~~
Duplicate

Derek Piper
3706 W Woodmere Way
Bloomington, IN 47403-4125

Detlef Sattler
Alexander-von-Humboldt-Str. 23
53604 Bad Honnef
Germany

Del Wong
3233 Pawaina Place
Hawaii, HI 96822-1339

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701-2757

~~Digimex Ltd.~~
~~Bel Air on the Peak, Phase 4~~
~~Attn: Willem van Rooyen~~
~~Tower 7, Unit 19A~~
~~Pok Fu Lam, Hong Kong~~
(Returned mail 3/31/15)

Derek Hill
Advantage mortgage
29875 S Black Bear Dr
Canby, OR 97013-9508

Donald Bosse
9 E 9th St
Frederick, MD 21701-4606

Donald Crain
110 N Lee St
Lexington, IL 61753-1215
(Updated on 10/31/16)
(Returned –vacant 5/2/17)

Di Pardo BVBA
Rozijnenstraat 27
3620 Lanaken
Belgium

~~Doug Haden~~
~~973 Iron Mountain Circle South~~
~~Lake Tahoe, CA 96150-6118~~
(Returned Mail 5/11/15)

Douglas Trowbridge
30945 Winterbury Ln.
Westlake, OH 44145

Case: 14-30725 Doc# 542 Filed: 07/27/17 Entered: 07/27/17 18:42:07 Page 22 of 28

~~Digimex, LTD~~
~~c/o Caroline R. Djang~~
~~RUTAN & TUCKER, LLP~~
~~611 Anton Blvd., Ste. 1400~~
~~Costa Mesa, CA 92626-1931~~
Duplicate

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

~~Duncan Wallace, Duncwa LLC~~
~~1001 National Avenue 139~~
~~San Bruno, CA 94066-5816~~
(Returned 2/7/17)

~~Donald Weinderg~~
~~9522 New Waterford Ct.~~
~~Delray Beach, FL 33446-9747~~
(Returned Mail 8/26/2014)

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

~~Eddie DeLeon~~
~~2203 Ripley Ave., Unit B~~
~~Redondo Beach, CA 90278-5024~~
(Returned Mail 5/11/15)

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257-2448

~~Edward Hammond~~
~~3103 Powell Cir.~~
~~Austin, TX 78704-6343~~
Duplicate

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481-3515

~~Dylan Hall~~
~~Geeks on Wheels~~
~~47 Halstead Ave Suite LL1~~
~~Harrison, NY 10528-4142~~
Duplicate

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087-3210

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879-1797

~~Edgar Godoy~~
~~88 Bush St~~
~~#C2103 Building C~~
~~San Jose, CA 95126-4863~~
(Returned 3/3/17)

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514-2641

Edward Lance
1324 Treasure Cove
Niceville, FL 32578-7001

~~Elkin Mann, LDI Imports~~
~~378 Johnston Ave.~~
~~Jersey City, NJ 07304-3766~~
(Returned mail 8/13/14)

~~Elric Traver~~
~~1221 River Ln~~
~~Mosinee, WI 54455-9573~~
(Returned 12/15/16)

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316-5623

Embedded Wits LLC
10574 Culbertson Dr
Cupertino, CA 95014-3556

Employment Matter Counseling &Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656-2677

Eliott Spencer
23 Sunwood Ln
Sandy, UT 84092-4802

~~Eric Corlew Creative X-Pressions~~
~~409 S Locust St~~
~~Wayland, MI 49348-1312~~
(Returned mail 8/13/2014)

Eric Denny
204 Lauren Ln
Minden, LA 71055-6286

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Eric Nicholas Christmas
5940 NW 13th Street
Sunrise, FL 33313-6211

Eric Tollefson
740 Dillon Ct
Grayslake, IL 60030-3374

~~Elton Seah~~
~~761 Irwindale Avenue~~
~~Las Vegas, NV 89123-2319~~

Erik Voorhees
1010 S. Monroe Street
Denver, CO 80200-4942
(Updated 3/7/17)

Evan Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Eric Cochran
615 Shelley Ave
Ames, IA 50014-7905

Federal Express Corporation
942 South Shady Grove Road
Memphis, TN 38120-4117

Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772-5069

~~Eric Liu~~
~~3630 Sadge Ln~~
~~Irving, TX 75062-8400~~
(Returned 12/16/16)

Fon Allan Duke
19333 Seabiscuit Way
Apple Valley, CA 92308-4570

Forrest Voight
2360 SW Archer Rd.
Apt. 910
Gainesville, FL 32608-1049

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166-9241

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511-1801

Frank Rankin
518 Freehold Road
Jackson, NJ 08527-4629

~~Fabio Miceli~~
~~Westerdok GiG~~
~~1013 BV Amsterdam~~
~~The Netherlands~~
(Returned mail 11/17/2014)

~~Frederick Fiechter~~
~~1825 S. Grant Street~~
~~Suite 240~~
~~San Mateo, CA 94402-2678~~
(Returned 3/7/17 and 3/22/17)

Future Electronics
c/o Diane Svendsen
41 Main Street
Boiton, MA 01740-1134

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

GLO Ventures
1550 17th Street
San Francisco, CA 94107-2331

Garrett Griffin
9150 Crest Ave
Oakland, CA 94605-4422

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

George Loudon
161 Helen
Garden City, MI 48135-3183

George Richmond
3580 Egret Drive
Melbourne, FL 32901-8152

Frank Vuong
3891 Madera Way
San Bruno, CA 94066-1023

~~George Urakhchin~~
~~568 Broadway~~
~~11th Fl Coinsetter/Fueled~~
~~New York, IL 10012-3225~~
(Returned mail 8/19/14)

Gerald Davis
Tangible Cryptography LLC
510 Bridge Dr
Chesapeake, VA 23322-6020

~~Future Electronics Corp.~~
~~3255 Paysphere Circle~~
~~Chicago, IL 60674-0032~~
Duplicate

~~Glenn Hendrick, Bitminer~~
~~Bitminer128 223 Pameto Rd~~
~~Nokomis, FL 34275-3917~~
(Returned Mail 8/20/2014)

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

Gautam Desai
116 Blackstone Dr
Danville, CA 94506-1345

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
Duplicate

Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005-1668

~~George Urakhchin~~
~~111 W Maple St~~
~~Apt 2203~~
~~Chicago, IL 60610-5454~~
(Returned Mail 8/20/2014)

~~Guido Ochoa~~
~~Calle 35~~
~~Merida, Venezuela 5101~~
Duplicate

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NY 89123-2319

Gerry Gorman, World Media Group LLC
25 Mountainview Blvd
100 Marketplace Suite 204
Basking Ridge, NJ 07920

~~HashFast Technologies LLC Bruennerstrasse 63-65/Stg.4/Tuer 63~~
~~1210 Vienna, Austria~~
~~Austria~~
(Returned Mail 6/8/15)

Hawk Ridge Systems LLC
4 Orinda Way
Suite 100B
Orinda, CA 94563-2507

~~Graeme Tee~~
~~12 Bromley Road Hilton Western Australia~~
(Returned mail 6/10/15)

~~Holden Karau~~
~~3407 24th St~~
~~Apt 2~~
~~San Francisco, CA 94110-3756~~
(Returned 11/11/16)

Hong-Quan Yue
606-210 Woodridge Crescent
Nepean, Ontario
Canada K2B 8E9

~~Gregory Maxwell~~
~~650 Castro St.~~
~~Suite 120-293~~
~~Mountain View, CA 94041-2055~~
(Returned mail 8/13/14)

Hot Sun LLC
Attn: Mark Pescatrice
6 Shenandoah Drive
Newark, DE 19711-3700

Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

Hans Hess
Elevation Franchise Ventures
6402 Arlington Boulevard, Suite 800
Falls Church, VA 22042

~~Immanuel Ambar~~
~~Christoph Merian-Ring 299~~
~~4153 Reinach, Switzerland~~
(Returned mail 8/1/14)

International Rectifier
101 N Sepulveda Bldv.
El Segundo, CA 90245-4318

~~Henzy Paez~~
~~890 E. 6th St., Apt 7A~~
~~New York, NY 10009~~
(Returned 1/17/17)

~~JAMS, Inc.~~
~~P.O. Box 512850~~
~~Los Angeles, CA 90051-0850~~
(Returned 2/1/17)

~~Jack Hlavaty~~
~~35 Swanson Ct, 16D~~
~~Boxborough, MA 01719-1353~~
Duplicate

~~Hoo Shao Pin~~
~~Polymathica Pte. Ltd.~~
~~10 Raeburn Park #02-08~~
~~Singapore 088702~~
(Returned 11/17/16)

~~James Carroll~~
~~1505 Westheimer Rd~~
~~Houston, TX 77006-3735~~
(Returned mail 9/26/14)

James F. Johnson III
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Ilan Elfassy
177 Bury Old Road
Salford, Manchester, Lancashire
M7 4PZ
UK

~~James Lowry, LLC~~
~~400 E College, Suite A~~
~~Roswell, NM 88201-7525~~
(Returned mail 9/25/14)

James Miller
410 Cahill Rd
Streamwood, IL 60107-1203

~~Ivan Marcak~~
~~10101 Palace Way, Apt B~~
~~Henrico, VA 23238-5647~~
Undeliverable

~~James Ries~~
~~450 Sunlight Ct~~
~~Apt 2~~
~~Powell, WY 82435-1633~~
Duplicate

James Suddarth
2021 Chestnut Street
Apt. 1207
Philadelphia, PA 19103-3381
(Updated Address 3/7/17)

James Babcock
8368 NW 70th Street
Potwin, KS 67123-9611

James Wu
1221 North Vineyard Ave
#1
Ontario, CA 91764-2278

~~Jamie Hall, Bright Mining LLC~~
~~3042 Whitemark Court~~
~~Lexington, KY 40516~~
(Returned mail 3/16/15)

James Hicks
PO Box 1296
Helendale, CA 92342-1296

Jared Metzler
826 N 3rd St
Lincoln, KS 67455-1722

Jarod Clark
2314 Broadway
Denver, CO 80205-2088

James OShea
9 Ledum Run Rd
West Grove, PA 19390-9411

~~Jason Hall~~
~~2202 E Lowena Dr~~
~~Long Beach, CA 90803-5711~~
(Returned 3/7/17)

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550-7121

~~James Thomas, eServiZes~~
~~1679 E 337th St.~~
~~Eastlake, OH 44095-3915~~
Undeliverable

Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938

Jason Yi
1367 E Garfield Ave
Glendale, CA 91205-2661

Jan Irvin
PO Box 3819
Crestline, CA 92325-3819

Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G 3V8
Canada

Jean-Andrew Mikesell
26652 Calle Salida
Capistrano Beach, CA 92624-1413

Jason Badua
4039 Palikea St.
Lihue, HA 96766-9258

Jeff Unruh
2650 Beauty Creek Drive
Valparaiso, IN 46385-7038

Jeffrey Spielberg
850 W Mahogany Cir
Louisville, CO 80027
(Updated 3/7/17)

Jason Plowman
13508 Jamieson Place
Germantown, MD 20874-1464

Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014-2906

~~Jensy Fernandez~~
~~12 Diamond St, Apt 19~~
~~Lawrence, MA 01843-2049~~
(Returned Mail 8/13/2014)

~~Jawad Quddus~~
~~1020 Brand Ln, Apt 638~~
~~Stafford, TX 77477-5761~~
(Returned mail 9/15/14)

Jerry Whatley JWC Consulting
192 Fuller Road
Chehalis, WA 98532-9108

Jess Williams
PO Box 50801
Albuquerque, NM 87181-0801

~~Jeanette Arna~~
~~Haneholmveien 19 3212~~
~~Sandefjord Norway~~
(Returned Mail 8/20/2014)

Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461-4321

Jiongye Li
77 Louise Rd
Braintree, MA 02184-5901

~~Jeffrey vonGermeten~~
~~650 E 500 N~~
~~Apt #6~~
~~Logan, UT 84321-4228~~
Undeliverable

~~Joe Peng~~
~~55 West 21st Street 6FL~~
~~New York, NY 10010-6809~~
Undeliverable

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

Jeremy L Johnson
65 Rue Saint-Paul O. #505
Montreal, Quebec, H2Y 3S5
Canada
Undeliverable

John Cronin
1640 Territory Trl
Colorado Springs, CO 80919-3327
(Updated address 1/21/17)

John Peregoy
982 NC Hwy 82
Dunn, NC 28334-6360

Jesse Teta
3804 Triora St
Las Vegas, NV 89129-2709

John Twohy, 24K Gold Plating
10920 4th Ave W
Everett, WA 98204-7066

Jon Yellowlees
Dan Rose Tech Set
3326 Catherine St
Jackson, MI 49203-1003

Joe Baker
530 Lawrence Expressway #441
Sunnyvale, CA 94085-4014

~~Jonathan Bower~~
~~Alstrommergatan 32N 11247~~
~~Stockholm Sweden~~
(Returned Mail 8/20/2014)

Jonathan Hardison
650 S Adam Ave
Republic, MO 65738-8100

John A. Twohy
10920 4th Ave. W
Eeverett, WA 98204-7066

~~Jonathan Simms, Jhashybor Mining~~
~~1808 E Columbus Dr Apt# 3~~
~~Tampa, FL 33605-2655~~
(Returned Mail 8/20/14)

Jonathon North
240 Milledgeville Rd
Enville, TN 38332-1972

John Shave
8805 Tamiami Trail North
#219
Naples, FL 34108-2525

Jose L.W. Martinez
9250 W Bay Harbor Dr
Apt 7 D
Miami, FL 33154-2715

Joseph Cavallero
2644 Fulton Street
Berkeley, CA 94704-3230

~~Jonas Diener~~
~~1528 Country Club Rd~~
~~Harrisonburg, VA 22802-5071~~
(Returned Mail 9/29/14)

Josh Gold
8 forman lane
Manalapan, NJ 07726-2907

Joshua Lytle
347 Millcreek Rd
Pleasant Grove, UT 84062-8815

Jonathan Prentice, Network Service Prov
13 Farnham St Parnell
Auckland 1052 New Zealand

Joshua Vidana, Skidhacker.com
3602 Tilson Ln.
Houston, TX 77080-1620

Julio Perez
109 S Melville Ave
Unit 1
Tampa, FL 33606-1860

Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026-3116

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008-2454

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Joseph Farag, Trinity Bitcoin Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

~~Justin Grevich~~
~~3348 Via Alicante~~
~~La Jolla, CA 92037-2745~~
Undeliverable

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642-8922

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

~~KH Joo~~
~~SilverBlue Inc.~~
~~11693 Seven Springs Drive~~
~~Cupertino, CA 95014-5128~~
(Returned 12/7/16)

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

~~Kang Lu~~
~~5753 Hwy 85 North #2442~~
~~Crestview, FL 32536~~
Duplicate

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

~~Kate Craig-Wood, Wood Technology LLP~~
~~25 Frederick Sanger Road, Guildford~~
~~Surrey GU6 8TB United Kingdom~~
(Returned mail 11/17/2014)

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532-9108

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company 1 Park
New York, NY 10016-5802

~~Kaloopy Media~~
~~Attn: Kurt Heim, President~~
~~2510 Main St.~~
~~Santa Monica, CA 90405-3535~~
(Returned Mail 8/20/2014)

~~Kevin Fu Hong Yee~~
~~#2918 – 608 9th St SW~~
~~Calgary, Alberta~~
~~T2P 2B3, Canada~~
(Returned 2/13/17)

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Kat Walsh
Gregory Maxwell 650 Castro St. ste. 120-293
Mountain View, CA 94041

~~Koi Systems Ltd~~
~~1191 Center Point Drive #A~~
~~Attention: Brian Edgeworth~~
~~Henderson, NV 89074-7891~~
Duplicate

~~Koi Systems Ltd.~~
~~1191 Centerpoint Drive, Suite A~~
~~Henderson, NV 89074-7891~~
Duplicate

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503