1  Ashley M. McDow (245114)
   Michael T. Delaney (261714)
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:     310.820.8800
4  Facsimile:     310.820.8859
   Email:         amcdow@bakerlaw.com
5                 mdelaney@bakerlaw.com

6  Attorneys for MICHAEL G. KASOLAS,
   Liquidating Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  In re                                    | Lead Case No.: 14-30725 DM

12  HASHFAST TECHNOLOGIES, LLC, a            | Jointly Administered and Substantively
    California limited liability company,    | Consolidated with:
13
                                             | Case No.: 14-30866 DM
14        Debtor and Debtor in Possession.

15  _____      | Chapter 11

    x  Affects HASHFAST, LLC, a Delaware     | [No Hearing Required – B.L.R. 9014-1(b)(3)]
16     limited liability company,

17        Debtor and Debtor in Possession.

18  _____

19              **REQUEST FOR ENTRY OF ORDER SUSTAINING**
        **LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS**
20              **(DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE)**

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# I.     CLAIM OBJECTION

On November 30, 2015, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, filed the *Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)* (the "Claim Objection") [Docket Entry ("D.E.") 406]. By and through the Claim Objection, the Trust sought an order disallowing the following proofs of claim:

| Claimant | Proof of Claim No.[1] | Claim Amount |
|---|---|---|
| Alonso, Jesus Martin | 290 | $2,640.84 |
| Anguiano II, Jose | 323 | $2,535.00 |
| Arna, Jeanette | 171 | $7,622.11 |
| Aupacom Enterprises (see Christopher Shaw) (Gallo claimant) | 271-1 | $9,329.00 |
| Avery, Terri | 62-1 | $2,699.13 |
| Babcock, James A. | 270-1 | $7,556.17 |
| Barbee, Brian | 156 | $2,459.05 |
| Bit Coin LLC (James Braden) | 320 | $51,250.00 |
| Black Oak Computers | 254 | $29,380.11 |
| Bouckaert, Tom | 265-1 | $12,177.89 |
| Boytler, Bruce James | 298-1 | $6,500.00 |
| Bradley, Peter Lukas (Gallo claimant) | 178 | $74,400.00 |
| Burgin, Daniel | 104 | $25,161.60 |
| Burke, Craig (Gallo claimant) | 182 | $6,556.41 |
| Calderone, Ray | 73-1 | $2,644.21 |
| Cavion, Davide | 249 | $2,600.00 |
| Chandra, Suresh | 54-1 | $2,326.02 |
| Chappell, Frank | 316 | $2,250.00 |
| Collins, Aaron | 7-1 | $2,250.00 |
| Crain, Donald | 25-1 | $4,548.26 |
| Croscup, Paul | 241 | $5,497.00 |
| Cypher Enterprises, LLC | 305 | $32,252.05 |
| Damm, Michael | 90-1 | $41,642.24 |
| Diener, Jonas | 304-1 | $1,647.51 |

---

[1] Unless otherwise noted, the listed proofs of claim were filed in *In re Hashfast Technologies, LLC*, case no. 14-30725 DM.

Case: 14-30725    Doc# 545    Filed: 01/27/16    Entered: 01/27/16 11:40:34    Page 2 of REQUEST FOR ENTRY OF ORDER SUSTAINING OBJECTION TO CLAIM OF PETITIONING CREDITOR BY DEFAULT
57
610927271.3

| | | |
|---|---|---|
| Dionisatos, Aristeidis (Gallo claimant) | 188 | $3,812.03 |
| Duke, Fon Allan | 16-1 | Unknown |
| EarthRise Trust | 248-1 | $28,358.96 |
| Erickson, Paul | 16-1 | $2,271.98 |
| Filippov, Alex | 306-1 | $73,457.00 |
| Fischer, Maximillian/Gerald | 288 | $40,858.36 |
| Fu, Zhao | 318 | $2,362.02 |
| Givens, Price (Gallo claimant) | 193 | $7,169.69 |
| Goes, Christopher (Gallo claimant) | 194 | $5,743.10 |
| Golbs, Christian | 88-1 | $6,776.92 |
| Greenwood, Evan L. | 289 | $6,335.67 |
| Gruat, Michael | 10-1 | $1,766.00 |
| Harris, Roland Payu | 127 | $7,100.00 |
| Herbon, Daniel | 67-1 | $35,000.00 |
| Hoang, Tony | 126 | $7,862.78 |
| Howery, Kris | 170 | $2,275.28 |
| Kelly, Shaun | 125 | $3,111.16 |
| Lam, Nathan | 176 | $2,495.67 |
| Lambert, Dennis F (Gallo claimant) | 200 | $1,638.62 |
| LookSmart, Ltd | 68-1 | $208,000.00 |
| Lord, Michael | 8 | $64,375.74 |
| Matheu, David | 224 | $3,955.58 |
| Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | $8,788.52 |
| Moc, Lyly | 319-1 | $7,716.85 |
| Monkey Business (c/o Lee Schwuchow) | 266 | $2,431.23 |
| Montague, Paul | 100-1 | $6,939.80 |
| Mosley, Edward (Gallo claimant) | 72-1 | $6,346.45 |
| Nepomuceno, Ferdinand | 167 | $6,498.96 |
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 |
| Parotte, Maximin | 46-2 | $2,563.54 |
| Pederson, Grant | 17-1 | $3,790.00 |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 |
| Poon, Weng Kay | 243 | $4,252.37 |
| Pope, Bryan | 47-1 | $8,000.00 |
| Reid, Novia | 317 | $6,429.62 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Ries, James A. | 157 | $7,550.50 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Ruble, Nathan P. | 84-1 | $7,910.48 |
| Safranek, Martin | 246 | $4,583.11 |
| Santos, Michel | 269-1 | $4,195.30 |
| Sattler, Detlef | 9-1 | $21,943.95 |
| Schultz, Carl | 155 | $2,425.73 |
| Senegal, Brenton | 33-1 | $2,750.00 |
| Shannon, Michael | 65-1 | $2,583.51 |
| Skreen, Evan Lawrence (Gallo claimant) | 211 | $6,330.21 |
| Sneddon, Russell | 13-1 | $4,146.58 |
| Springer, David (Gallo claimant) | 213 | $32,950.99 |
| Stiegler, Thomas | 63-1 | $4,519.97 |
| Terry, Bruce | 299-1 | $2,507.38 |
| Tran, Thanh Lanh (Gallo claimant) | 229 | $6,794.27 |
| UBE Enterprises | 44-1 | $38,250.00 |
| Vokey, Corey | 22-1 | $4,073.71 |
| Wallace, Nathan | 8-2 | $6,321.64 |
| Weinberg, Donald | 118 | $7,354.61 |
| Wingquist, Thomas | 285 | $6,307.99 |
| Wise, Cory | 282-1 | $6,344.09 |
| Wroblewski, Ryszard | 321 | $7,334.94 |

On or about December 3, 2015, the Trust served the Claim Objection on the parties noted in the associated Proof of Service. *See* D.E. 410.

## II.   **RESOLUTION**

On or about December 8, 2015, Looksmart Ltd. ("Looksmart") filed a response and request for hearing. *See* D.E. 411.  Thereafter, the Trust resolved the objection to the Looksmart proof of claim and, based thereon, withdraws the Claim Objection as it pertains to the same.

On or about December 17, 2015, Davide Cavion ("Cavion") filed a response and request for a hearing. *See* D.E. 416.  Thereafter, the Trust resolved the objection to the Cavion proof of claim and, based thereon, withdraws the Claim Objection as it pertains to the same.

On or about December 21, 2015, James Ries ("Ries") filed a response and request for a hearing. *See* D.E. 428.  Based on the information provided, the Trust has decided to withdraw the Claim Objection as it pertains to the Ries claim.

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

On or about February 11, 2016, certain creditors represented by Gallo LLP (the "Gallo Creditors") filed a response to the Claim Objection. *See* D.E. 439, *et seq.* Thereafter, the Trust and the Gallo Creditors negotiated a resolution of the Claim Objection, which was memorialized in the Settlement Agreement dated January 3, 2017 (the "Gallo Settlement"). On or about January 6, 2017, the Trust filed a notice of intent to compromise—thereby seeking approval of the Gallo Settlement. *See* D.E. 513. No opposition or objection was filed to the motion to approve the Gallo Settlement and, thus, on or about February 2, 2017, the Court entered an order approving the Gallo Settlement. *See* D.E. 524, 532. In accordance with the Gallo Settlement, the Trust withdraws the Claim Objection as it pertains to the Gallo Creditors.

In addition to the foregoing, the Trust has deemed it appropriate to withdraw the Claim Objection as it pertains to the following proofs of claim:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Alonso, Jesus Martin | 290 | $2,640.84 |
| Arna, Jeanette | 171 | $7,622.11 |
| Avery, Terri | 62-1 | $2,699.13 |
| Barbee, Brian | 156 | $2,459.05 |
| Bit Coin LLC (James Braden) | 320 | $51,250.00 |
| Black Oak Computers | 254 | $29,380.11 |
| Bouckaert, Tom | 265-1 | $12,177.89 |
| Burgin, Daniel | 104 | $25,161.60 |
| Calderone, Ray | 73-1 | $2,644.21 |
| Crain, Donald | 25-1 | $4,548.26 |
| EarthRise Trust | 248-1 | $28,358.96 |
| Erickson, Paul | 16-1 | $2,271.98 |
| Golbs, Christian | 88-1 | $6,776.92 |
| Harris, Roland Payu | 127 | $7,100.00 |
| Hoang, Tony | 126 | $7,862.78 |
| Howery, Kris | 170 | $2,275.28 |
| Kelly, Shaun | 125 | $3,111.16 |
| Lam, Nathan | 176 | $2,495.67 |
| Lord, Michael | 8 | $64,375.74 |
| Moc, Lyly | 319-1 | $7,716.85 |
| Montague, Paul | 100-1 | $6,939.80 |
| Nepomuceno, Ferdinand | 167 | $6,498.96 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

610927271.3

| Claimant | Proof of Claim No. | Disposition |
|---|---|---|
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Safranek, Martin | 246 | $4,583.11 |
| Santos, Michel | 269-1 | $4,195.30 |
| Shannon, Michael | 65-1 | $2,583.51 |
| Sneddon, Russell | 13-1 | $4,146.58 |
| Stiegler, Thomas | 63-1 | $4,519.97 |
| UBE Enterprises | 44-1 | $38,250.00 |
| Vokey, Corey | 22-1 | $4,073.71 |
| Weinberg, Donald | 118 | $7,354.61 |
| Wingquist, Thomas | 285 | $6,307.99 |
| Wise, Cory | 282-1 | $6,344.09 |
| Wroblewski, Ryszard | 321 | $7,334.94 |

No responses or objections have been filed with respect to the remaining claims. Accordingly, the Trust hereby respectfully requests entry of an order sustaining the Claim Objection by default pursuant to B.L.R. 9014-1(b)(4), which order shall provide for the following relief:

| Claimant | Proof of Claim No. | Disposition |
|---|---|---|
| Alonso, Jesus Martin | 290 | Withdrawn |
| Anguiano II, Jose | 323 | Sustain; Disallow in its entirety |
| Arna, Jeanette | 171 | Withdrawn |
| Aupacom Enterprises (see Christopher Shaw) | 271-1 | Withdrawn Per Gallo Settlement |
| Avery, Terri | 62-1 | Withdrawn |
| Babcock, James A. | 270-1 | Sustain; Disallow in its entirety |
| Barbee, Brian | 156 | Withdrawn |
| Bit Coin LLC (James Braden) | 320 | Withdrawn |
| Black Oak Computers | 254 | Withdrawn |
| Bouckaert, Tom | 265-1 | Withdrawn |
| Boytler, Bruce James | 298-1 | Sustain; Disallow in its entirety |
| Bradley, Peter Lukas | 178 | Withdrawn Per Gallo Settlement |
| Burgin, Daniel | 104 | Withdrawn |
| Burke, Craig | 182 | Withdrawn Per |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | Gallo Settlement |
|---|---|---|---|
| Calderone, Ray | | 73-1 | Withdrawn |
| Cavion, Davide | | 249 | Withdrawn |
| Chandra, Suresh | | 54-1 | Sustain; Disallow in its entirety |
| Chappell, Frank | | 316 | Sustain; Disallow in its entirety |
| Collins, Aaron | | 7-1 | Sustain; Disallow in its entirety |
| Crain, Donald | | 25-1 | Withdrawn |
| Croscup, Paul | | 241 | Sustain; Disallow in its entirety |
| Cypher Enterprises, LLC | | 305 | Sustain; Allows as general unsecured claim in the amount of $6,018.50 |
| Damm, Michael | | 90-1 | Sustain; Disallow in its entirety |
| Diener, Jonas | | 304-1 | Sustain; Disallow in its entirety |
| Dionisatos, Aristeidis | | 188 | Withdrawn Per Gallo Settlement |
| Duke, Fon Allan | | 16-1 | Sustain; Disallow in its entirety |
| EarthRise Trust | | 248-1 | Withdrawn |
| Erickson, Paul | | 16-1 | Withdrawn |
| Filippov, Alex | | 306-1 | Sustain; Disallow in its entirety |
| Fischer, Maximillian/Gerald | | 288 | Sustain; Allows as general unsecured claim in the amount of $28,036.40 |
| Fu, Zhao | | 318 | Sustain; Allows as general unsecured claim in the amount of $2,362.02 |
| Givens, Price | | 193 | Withdrawn Per Gallo Settlement |
| Goes, Christopher | | 194 | Withdrawn Per Gallo Settlement |
| Golbs, Christian | | 88-1 | Withdrawn |
| Greenwood, Evan L. | | 289 | Sustain; Disallow in its entirety |
| Gruat, Michael | | 10-1 | Sustain; Disallow in its entirety |
| Harris, Roland Payu | | 127 | Withdrawn |
| Herbon, Daniel | | 67-1 | Sustain; Disallow in |

|  |  |  |
|---|---|---|
|  |  | its entirety |
| Hoang, Tony | 126 | Withdrawn |
| Howery, Kris | 170 | Withdrawn |
| Kelly, Shaun | 125 | Withdrawn |
| Lam, Nathan | 176 | Withdrawn |
| Lambert, Dennis F | 200 | Withdrawn Per Gallo Settlement |
| LookSmart, Ltd | 68-1 | Withdrawn |
| Lord, Michael | 8 | Withdrawn |
| Matheu, David | 224 | Sustain; Disallow in its entirety |
| Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | Sustain; Disallow in its entirety |
| Moc, Lyly | 319-1 | Withdrawn |
| Monkey Business (c/o Lee Schwuchow) | 266 | Sustain; Disallow in its entirety |
| Montague, Paul | 100-1 | Withdrawn |
| Mosley, Edward | 72-1 | Withdrawn Per Gallo Settlement |
| Nepomuceno, Ferdinand | 167 | Withdrawn |
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | Withdrawn |
| Parotte, Maximin | 46-2 | Sustain; Disallow in its entirety |
| Pederson, Grant | 17-1 | Sustain; Disallow in its entirety |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | Withdrawn |
| Poon, Weng Kay | 243 | Sustain; Disallow in its entirety |
| Pope, Bryan | 47-1 | Sustain; Disallow in its entirety |
| Reid, Novia | 317 | Sustain; Disallow in its entirety |
| Riedel, Wolfgang | 110 | Withdrawn |
| Ries, James A. | 157 | Withdrawn |
| Ruble, Nathan P. | 84-1 | Sustain; Disallow in its entirety |
| Safranek, Martin | 246 | Withdrawn |
| Santos, Michel | 269-1 | Withdrawn |
| Sattler, Detlef | 9-1 | Sustain; Disallow in its entirety |
| Schultz, Carl | 155 | Sustain; Disallow in its entirety |
| Senegal, Brenton | 33-1 | Sustain; Disallow in its entirety |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| Shannon, Michael | 65-1 | Withdrawn |
| Skreen, Evan Lawrence | 211 | Withdrawn Per Gallo Settlement |
| Sneddon, Russell | 13-1 | Sustain; Disallow in its entirety |
| Springer, David | 213 | Withdrawn Per Gallo Settlement |
| Stiegler, Thomas | 63-1 | Withdrawn |
| Terry, Bruce | 299-1 | Sustain; Disallow in its entirety |
| Tran, Thanh Lanh | 229 | Withdrawn Per Gallo Settlement |
| UBE Enterprises | 44-1 | Withdrawn |
| Vokey, Corey | 22-1 | Withdrawn |
| Wallace, Nathan | 8-2 | Sustain; Disallow in its entirety |
| Weinberg, Donald | 118 | Withdrawn |
| Wingquist, Thomas | 285 | Withdrawn |
| Wise, Cory | 282-1 | Withdrawn |
| Wroblewski, Ryszard | 321 | Withdrawn |

A copy of the proposed order is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated:    July 27, 2017

**BAKER & HOSTETLER LLP**

By:

Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -

# DECLARATION OF MICHAEL G. KASOLAS

I, Michael G. Kasolas, hereby declare:

1.    I am the duly appointed, qualified and acting trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, in the above-captioned bankruptcy cases. I submit this declaration in support of the *Request for Entry of Order Granting Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2.    Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3.    On November 30, 2015, the Trust filed the *Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)* (the "Claim Objection") [Docket Entry ("D.E.") 406], and on or about December 3, 2015, served the Claim Objection on the parties noted in the associated Proof of Service. *See* D.E. 410.

4.    On or about December 8, 2015, Looksmart Ltd. filed a response and request for hearing. *See* D.E. 411. Thereafter, the Trust resolved the objection to the Looksmart proof of claim and, based thereon, withdraws the Claim Objection as it pertains to the same.

5.    On or about December 17, 2015, Davide Cavion filed a response and request for a hearing. *See* D.E. 416. Thereafter, the Trust resolved the objection to the Cavion proof of claim and, based thereon, withdraws the Claim Objection as it pertains to the same.

6.    On or about December 21, 2015, James Ries filed a response and request for a hearing. *See* D.E. 428. Based on the information provided, I have decided to withdraw the Claim Objection as it pertains to the Ries claim.

7.    On or about February 11, 2016, certain creditors represented by Gallo LLP filed a response to the Claim Objection. *See* D.E. 439, *et seq.* Thereafter, the Trust and the Gallo Creditors negotiated a resolution of the Claim Objection, which was memorialized in the Settlement Agreement dated January 3, 2017. On or about January 6, 2017, the Trust filed a

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

notice of intent to compromise—thereby seeking approval of the Gallo Settlement.  *See* D.E. 513.

No opposition or objection was filed to the motion to approve the Gallo Settlement and, thus, on

or about February 2, 2017, the Court entered an order approving the Gallo Settlement.  *See* D.E.

524, 532.  In accordance with the Gallo Settlement, the Trust withdraws the Claim Objection as it

pertains to the Gallo Creditors.

8.      In addition to the foregoing, I have deemed it appropriate to withdraw the Claim

Objection as it pertains to the following proofs of claim:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Alonso, Jesus Martin | 290 | $2,640.84 |
| Arna, Jeanette | 171 | $7,622.11 |
| Avery, Terri | 62-1 | $2,699.13 |
| Barbee, Brian | 156 | $2,459.05 |
| Bit Coin LLC (James Braden) | 320 | $51,250.00 |
| Black Oak Computers | 254 | $29,380.11 |
| Bouckaert, Tom | 265-1 | $12,177.89 |
| Burgin, Daniel | 104 | $25,161.60 |
| Calderone, Ray | 73-1 | $2,644.21 |
| Crain, Donald | 25-1 | $4,548.26 |
| EarthRise Trust | 248-1 | $28,358.96 |
| Erickson, Paul | 16-1 | $2,271.98 |
| Golbs, Christian | 88-1 | $6,776.92 |
| Harris, Roland Payu | 127 | $7,100.00 |
| Hoang, Tony | 126 | $7,862.78 |
| Howery, Kris | 170 | $2,275.28 |
| Kelly, Shaun | 125 | $3,111.16 |
| Lam, Nathan | 176 | $2,495.67 |
| Lord, Michael | 8 | $64,375.74 |
| Moc, Lyly | 319-1 | $7,716.85 |
| Montague, Paul | 100-1 | $6,939.80 |
| Nepomuceno, Ferdinand | 167 | $6,498.96 |
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Safranek, Martin | 246 | $4,583.11 |
| Santos, Michel | 269-1 | $4,195.30 |
| Shannon, Michael | 65-1 | $2,583.51 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 11 -

| | | |
|---|---|---|
| Sneddon, Russell | 13-1 | $4,146.58 |
| Stiegler, Thomas | 63-1 | $4,519.97 |
| UBE Enterprises | 44-1 | $38,250.00 |
| Vokey, Corey | 22-1 | $4,073.71 |
| Weinberg, Donald | 118 | $7,354.61 |
| Wingquist, Thomas | 285 | $6,307.99 |
| Wise, Cory | 282-1 | $6,344.09 |
| Wroblewski, Ryszard | 321 | $7,334.94 |

9.    I have reviewed the docket in the Bankruptcy Cases and, except as provided in the Response or herein, I am not aware of any responses or objections have been filed with respect to Claim Objection.

10.    A copy of the proposed order is attached to the Request as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July, 2017, at San Francisco, California.

Michael G. Kasolas

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in Possession. | Case No.: 14-30866 DM |
| | Chapter 11 |
| x Affects HASHFAST, LLC, a Delaware limited liability company, | [No Hearing Required – B.L.R. 9014-1(b)(3)] |
| Debtor and Debtor in Possession. | |

## ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE)

The Court having reviewed and considered the *Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)* (the "Claim Objection") [Docket Entry 406] and the *Request for Entry of Order Granting Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

/ / /

ORDER GRANTING FOURTH OMNIBUS OBJECTION TO CLAIMS

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount |
|---|---|---|
| Alonso, Jesus Martin | 290 | $2,640.84 |
| Arna, Jeanette | 171 | $7,622.11 |
| Aupacom Enterprises (see Christopher Shaw) | 271-1 | $9,329.00 |
| Avery, Terri | 62-1 | $2,699.13 |
| Barbee, Brian | 156 | $2,459.05 |
| Bit Coin LLC (James Braden) | 320 | $51,250.00 |
| Black Oak Computers | 254 | $29,380.11 |
| Bouckaert, Tom | 265-1 | $12,177.89 |
| Bradley, Peter Lukas | 178 | $74,400.00 |
| Burgin, Daniel | 104 | $25,161.60 |
| Burke, Craig | 182 | $6,556.41 |
| Calderone, Ray | 73-1 | $2,644.21 |
| Cavion, Davide | 249 | $2,600.00 |
| Crain, Donald | 25-1 | $4,548.26 |
| Dionisatos, Aristeidis | 188 | $3,812.03 |
| EarthRise Trust | 248-1 | $28,358.96 |
| Erickson, Paul | 16-1 | $2,271.98 |
| Givens, Price | 193 | $7,169.69 |
| Goes, Christopher | 194 | $5,743.10 |
| Golbs, Christian | 88-1 | $6,776.92 |
| Harris, Roland Payu | 127 | $7,100.00 |
| Hoang, Tony | 126 | $7,862.78 |
| Howery, Kris | 170 | $2,275.28 |
| Kelly, Shaun | 125 | $3,111.16 |
| Lam, Nathan | 176 | $2,495.67 |
| Lambert, Dennis F | 200 | $1,638.62 |
| LookSmart, Ltd | 68-1 | $208,000.00 |
| Lord, Michael | 8 | $64,375.74 |
| Moc, Lyly | 319-1 | $7,716.85 |
| Montague, Paul | 100-1 | $6,939.80 |
| Mosley, Edward | 72-1 | $6,346.45 |
| Nepomuceno, Ferdinand | 167 | $6,498.96 |
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Ries, James A. | 157 | $7,550.50 |
| Safranek, Martin | 246 | $4,583.11 |
| Santos, Michel | 269-1 | $4,195.30 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| Shannon, Michael | 65-1 | $2,583.51 |
| Skreen, Evan Lawrence | 211 | $6,330.21 |
| Springer, David | 213 | $32,950.99 |
| Stiegler, Thomas | 63-1 | $4,519.97 |
| Tran, Thanh Lanh | 229 | $6,794.27 |
| UBE Enterprises | 44-1 | $38,250.00 |
| Vokey, Corey | 22-1 | $4,073.71 |
| Weinberg, Donald | 118 | $7,354.61 |
| Wingquist, Thomas | 285 | $6,307.99 |
| Wise, Cory | 282-1 | $6,344.09 |
| Wroblewski, Ryszard | 321 | $7,334.94 |

**IT IS FURTHER ORDERED** that the following claims are disallowed or disallowed in part and allowed as a general unsecured claim in the amount stated below, unless disallowed in whole or in part by another order of this Court:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount | Allowed Amount |
| --- | --- | --- | --- |
| Anguiano II, Jose | 323 | $2,535.00 | $0.00 |
| Babcock, James A. | 270-1 | $7,556.17 | $0.00 |
| Boytler, Bruce James | 298-1 | $6,500.00 | $0.00 |
| Chandra, Suresh | 54-1 | $2,326.02 | $0.00 |
| Chappell, Frank | 316 | $2,250.00 | $0.00 |
| Collins, Aaron | 7-1 | $2,250.00 | $0.00 |
| Croscup, Paul | 241 | $5,497.00 | $0.00 |
| Cypher Enterprises, LLC | 305 | $32,252.05 | $6,018.50 |
| Damm, Michael | 90-1 | $41,642.24 | $0.00 |
| Diener, Jonas | 304-1 | $1,647.51 | $0.00 |
| Duke, Fon Allan | 16-1 | Unknown | $0.00 |
| Filippov, Alex | 306-1 | $73,457.00 | $0.00 |
| Fischer, Maximillian/Gerald | 288 | $40,858.36 | $28,036.40 |
| Fu, Zhao | 318 | $2,362.02 | $2,362.02 |
| Greenwood, Evan L. | 289 | $6,335.67 | $0.00 |
| Gruat, Michael | 10-1 | $1,766.00 | $0.00 |
| Herbon, Daniel | 67-1 | $35,000.00 | $0.00 |
| Matheu, David | 224 | $3,955.58 | $0.00 |
| Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | $8,788.52 | $0.00 |
| Monkey Business (c/o Lee Schwuchow) | 266 | $2,431.23 | $0.00 |
| Parotte, Maximin | 46-2 | $2,563.54 | $0.00 |
| Pederson, Grant | 17-1 | $3,790.00 | $0.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | |
|---|---|---|---|
| Poon, Weng Kay | 243 | $4,252.37 | $0.00 |
| Pope, Bryan | 47-1 | $8,000.00 | $0.00 |
| Reid, Novia | 317 | $6,429.62 | $0.00 |
| Ruble, Nathan P. | 84-1 | $7,910.48 | $0.00 |
| Sattler, Detlef | 9-1 | $21,943.95 | $0.00 |
| Schultz, Carl | 155 | $2,425.73 | $0.00 |
| Senegal, Brenton | 33-1 | $2,750.00 | $0.00 |
| Sneddon, Russell | 13-1 | $4,146.58 | $0.00 |
| Terry, Bruce | 299-1 | $2,507.38 | $0.00 |
| Wallace, Nathan | 8-2 | $6,321.64 | $0.00 |

**IT IS SO ORDERED.**

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER SUSTAINING LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE)** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On July 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Email:

| Recipient Name | Email |
|---|---|
| Graham Adams | gadams@takelap.com |
| Servaas Tilkin | servaas.tilkin@gmail.com |
| Ray E. Gallo | rgallo@gallo-law.com |
| Process General c/o Victor Delaglio | NEF@Processgeneral.com |
| William R. Gougér | bill.gouger@summitcapitalllc.com |
| Craig Beech | craigbeech@gmail.com |
| Michael Gao | Urazexo378@gmail.com |
| Scott Gray | elphenom@yahoo.com |
| Wy Gost | wygost@yahoo.com |
| Paul Montague | paul_montague99@hotmail.com |
| Allan Vela | allan@velcorp.com.au |
| Eduardo DeCastro | eduardo.decastro@gmail.com |
| Rob Edgworth | rob@edgeworth.org |
| Pete Morici | pvmorici@gmail.com |
| Hamilton Hee | hamiltonhee@gmail.com |
| Juido Ochoa | guido.ochoa@siosca.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2017 | Sonia Gaeta | */s/ Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

REQUEST FOR ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS CLAIM OBJECTION DEFAULT
610927271.3

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Venkat Balasubramani     venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns     tom@tburnslaw.com
Greg P. Campbell     ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney     pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney     mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer     mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang     cdjang@rutan.com
Fahim Farivar     ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick     keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen     bgaschen@wgllp.com
Elizabeth A. Green     egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris     rob@bindermalter.com
Geoffrey A. Heaton     gheaton@duanemorris.com, dmicros@duanemorris.com
Reginald R. Hindley     hindleylaw@gmail.com
David Holtzman     david.holtzman@hklaw.com
Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael G. Kasolas     trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz     okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Barbara A. Matthews     barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Ashley McDow     amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
Tyler Olson     tolson@rehonroberts.com
Douglas R. Pahl     dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras     dpoitras@jmbm.com
Peter M. Rehon     prehon@rehonroberts.com, uho@rehonroberts.com
Gregory A. Rougeau     grougeau@brlawsf.com
Peter A. Siddiqui     peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
Dominique Sopko     dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
Craig Stuppi     craig@stuppilaw.com
Sarah M. Stuppi     sarah@stuppilaw.com
Christopher D. Sullivan     csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
Donna S. Tamanaha     Donna.S.Tamanaha@usdoj.gov
Nancy Weng     nweng@tsaoyee.com, steve.kolkey@gmail.com

## 2. **SERVED BY UNITED STATES MAIL**:

### PARTIES REQUESTING SPECIAL NOTICE

Craig A. Barbarosh
Katten Muchin Rosenman LLP
100 Spectrum Center Dr, Ste 1050
Irvine CA 92618-4977

Avram S. Cheaney
1305 Laguna Street, #4
San Francisco, CA 94115

Duane Morris,LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Edward Hammond
3103 Powell Cir.
Austin, TX 78704

Timothy Lam
6156 Temple City Blvd.
Temple City, CA 91780

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

~~San Francisco Court Appointed Special~~
~~Advocates~~
~~2535 Mission Street~~
~~San Francisco, CA 94110~~
(Removed per recipient's request 4/9/16)

Dylan Hall
79 Madison Ave, 2nd fl
New York, NY 10016

Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

Eric W. Benisek
Vasquez Benisek and Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Luke Dashjr
17318 Sweetwater Rd.
Dade City, FL 33523

~~Mohammad Zahid Faruqi~~
~~Ruthnergasse 42/Tuer 9~~
~~1210 Wien, Austria~~
Undeliverable

John E. Hlavaty
35 Swanson Court, #16D
Boxborough, MA 01719

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536

Process General
2360 Corporate Cir #330
Henderson, NV 89074-7707
(Returned 11/28/16)

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter & Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6017

AQS
401 Kato Terrace
Fremont, CA 94539

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377-5662

Paul M. Dolak
P.O. Box 590276
San Francisco, CA 94159

~~Ray E. Gallo~~
~~Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901~~
(prefers email - rgallo@gallo-law.com)

Brian E. Klein
Baker Marquart, LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Ainsley G. Moloney
Morgan Lewis & Bockius LLP
1 Federal St.
Boston, MA 02110

James J. Ries
450 Sunlight Ct., #2
Powell, WY 82435

~~100 Bush Corporation~~
~~100 Bush Street, Suite 218~~
~~San Francisco, CA 94104~~
Undeliverable

Robert G. Harris
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

## STATE AND FEDERAL AGENCIES

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

California Employment Development
Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

## MEMBERS OF THE UNSECURED CREDITORS COMMITTEE

~~Hamilton Hee~~
~~761 Irwindale Ave.~~
~~Las Vegas, NV 89123~~
Undeliverable

Sistemas Operativos Sanitarios ca
Attn: Guido Ochoa
Calle 35 entre Av. 2 y 3 #2-34
Merida, Venezuela 5101

~~Uniquify Inc.~~
~~Attn: Robert Smith~~
~~2030 Fortune Drive #200~~
~~San Jose, CA 95131~~
(Returned 09/28/16)

~~Antony Vo~~
~~c/o Steven T. Gubner~~
~~Ezra Brutzkus Gubner LLP~~
~~21650 Oxnard Street, Suite 500~~
~~Woodland Hills, CA 91367-4911~~
(Returned 11/16/16)

Koi Systems Ltd.
Attn: Brian Edgeworth
1191 Center Point Drive, Suite A
Henderson, NV 89074

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230

~~Digimex Ltd.~~
~~Attn: Willem van Rooyen~~
~~Bel Air on the Peak, Phase 4~~
~~Tower 7, Unite 19A~~
~~Pok Fu Lam, Hong Kong~~
Undeliverable

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

## LIST OF 20 LARGEST UNSECURED CREDITORS

~~Liquidbits Corp.~~
~~20201 E. County Club Dr. #1502~~
~~Aventura, FL 33180-3282~~
Undeliverable

~~Benjamin Lindner~~
~~9035 Grayland Drive~~
~~Apartment E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

Ciara Technologies
9300 Transcanada Highway
Saint-Laurent, Quebec H451K5 Canada

Cypher Enterprises, LLC
c/o Robert J. Bogdanwicz III,
Deans& Lyons LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201-3891

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Davide Cavion
c/o Bryan Reyhani,
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

~~Elton Seah~~
~~761 Irwindale Avenue~~
~~Las Vegas, NV 89123-2319~~
(Returned 12/8/16)

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032

~~Graeme Middleton~~
~~Middleton Solicitors~~
~~135-137 Dale Street~~
~~Liverpool L2 2JH UK~~

~~Guido Ochoa~~
~~Calle 35~~
~~Merida, Venezuela 5101~~

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable
(Returned 3/13/2017)

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

~~Strategic Counsel Corp~~
~~c/o Adam T. Ettinger~~
~~Sheppard Mullin Richter & Hampton L~~
~~1901 Avenue of the Stars, Suite 1600~~
~~Los Angeles, CA 90067~~
Duplicate
(New address 4/16/15)

~~Uniquify, Inc.~~
~~2030 Fortune Drive #200~~
~~Attn: Robert Smith~~
~~San Jose, CA 95131-1835~~

~~WY Gost~~
~~Building A, Haocheng Tech Park~~
~~Yanshan Ave.~~
~~Baoan District, Shenzen~~
~~China~~
(Returned mail 11/17/2014)

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

## LIST OF EQUITY SECURITY HOLDERS

~~Amy Abascal~~

~~Asia Alternative Asset Management~~

~~Carason~~

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160

Eduardo DeCastro
c/o Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 North Main Street, Suite 332
Walnut Creek, CA 94596

~~Edward DeCastro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~
Undeliverable

~~Hannes Eisele~~

~~James de Castro~~

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

~~John Skrodenis~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
(listed in SEC) (Returned mail 5/4/15)

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

~~Mike Damn~~

Monica Hushen
62 Esparito Place
Fremont, CA 94539

~~Naval Ravikant~~

~~Phil Sado~~

~~Port Family Trust~~

610927271.3

Roy Petruschka
c/o David Bayles
Arent Fox LLP
555 W. Fifth St., 48th Fl.
Los Angeles, CA 90013

Roy Petrushka
17 Tamar Street
Kiriat Tivo'n, Israel

Roy Petrushka
Hadekel Street 1,
Kiriat Tivo'n, Israel
(Returned 3/31/17)

RS Ventures Ltd.

Sean Taffler
40 Quartz Way
San Francisco, CA 94131-1636

Simon Barber
9 Ignacio Ave.
San Francisco, CA 94124-3725

Simon Barber
97 S. Second St., #175
San Jose, CA 95113
(Returned  2/1/17 listed in SEC)

Strategic Counsel Corp
227 Broadway, Suite 306
Santa Monica, CA 90401
(Returned Mail 6/5/15)

Tim Wong
195 Tenby Terrace
Danville, CA 94506

Spring Surprise Limited

Tim Wong
100 Bush Street, Suite 650
San Francisco, Ca 94103
Undeliverable

Lieven Vanden Bulcke
Zandbeekstraat 32
8554 Sint-Denijs, Belgium
Undeliverable

Wells Family Trust

### CASE MAILING LIST

Diamond McCarthy
150 California Street, Suite 2200
San Francisco, CA 94111-4547

DigiMex Ltd
Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Duplicate

Hashfast Technologies LLC
29209 Canwood Street, Suite 210
Agoura Hills, CA 91301
Attention: HashFast CRO
Undeliverable(Returned ) 3/8/2017

Koi Systems
Units 1403-5, 14/F
173 Des Voeux Rd. Central
Hong Kong, CN 00000
(Returned 3/7/17)

Liquidbits Corp.
20201 E. County Club Dr. #1502
Aventura, FL 33180-3282
Undeliverable

Looksmart Ltd.
Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, Ca 95113-1203
Undeliverable

Sistemas Operativos Sanitarios
C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Timefire, Inc
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833
Duplicate

UBE Enterprises
7425 Creek Rd.
Sandy, UT 84093-6152

Uniquify, Inc.
Binder & Malter, LLP
2775 Park Ave.
Santa Clara Ca 95050-6004
(Returned 09/28/16)

Aaron Collins
21851 Schieffer Rd
Colton, OR 97017-9400

100 Bush Corporation
100 Bush St., Suite 218
San Francisco, CA 94104-3905
(Returned 12/8/16)

AQS
401 Kato Terrace
Fremont, CA 94539-8333
Duplicate

Adam Hennessy
Hennessy Hemp 917 Parkview Blvd
Lombard, IL 60148-3267

Aaron Grimes
PSC 822
Box 1221
FPO, AE 09621-0013

610927271.3

Adam Haverstock
14236 Maya Circle
Moorpark, CA 93021-3506

Adrian Clarkson
Software Engineering Services Ltd.
30 Thistle Green, Swavesey
Cambridge, Cambridgeshire CB24 4RJ, UK

~~Adam Lenet, Lenit IT Solutions~~
~~88 Farnham Drive Beaconsfield~~
~~Quebec H9W~~
(Returned 1/21/17)

Adamo Di Stefano
9879 Saint-Firmin Montreal
Quebec H2B 2G

Ahmed Muhsin
11410 Nagel St
Hamtramck, MI 48212-2909

Adrian Coroama
426 Sandra Timis 307065 Romania

Adrian Pop
62 Goodview Rd Unit 85
Toronto, Ontario Canada M2J2K6

Ales Prikryl
6838 E 5th Street
Scottsdale, AZ 85251-5526

~~Alan Richardson~~
~~11975 Greywing Court Reston VA~~
~~20191~~
~~Silver Springs, MD 20906~~
Undeliverable

Alan Vit
680 Caron Ave
Apt 2-right side entrance Windsor
ontario, N9A 5B6, Canada

Alexander Stroh
Waagenstr.39 40229 Dusseldorf Germany

Alex Filippov
12 Sherborne Cir
Ashland, MA 01721-2313

Alexander Roganov
1881 Willoughby Ave
Ridgewood, NY 11385-1152

Alfred Kraus
9934 Pasatiempo Place
Moreno Valley, CA 92557-3520

Alexander Young
5015 N Avenida De La Colina
Tanque Verde, AZ 85749-8751

Alexey Minchenkov
Asafeva St 2-1-60 St Petersburg
Russia 1

Allan N. Hessenflow
23097 Summit Road
Los Gatos, CA 95033-9318

Allan Askar, Allancolabs LLC
20061 Blackwolf Run Pl
Ashburn, VA 20147-3181

Allan Martin
5009 Northlawn Circle
Murrysville, PA 15668-9423

~~Amanda Dick~~
~~1601 W Main #90-105~~
~~Willimantic, CT 06226-1100~~
Undeliverable

Allen McGhan
Keylink IT
535 Shute Ln
Hendersonville, TN 37075-5848

Alwin de Romijn
Jacob Catsstraat 25 2613HA Delft
Netherlands

American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104-4449

Amanda Van Nuys Consulting
845 Montgomery Street
Unit 1
San Francisco, CA 94133-5139

American Arbitration Association
120 Broadway, 21st Fl
New York, NY 10271-0016

Andrew Bester
92 William Street
Westbury, Tasmania, 7303
Australia

~~Amro Abdelgawad~~
~~57 Ira Road~~
~~#187~~
~~Syosset, NY 11791-3504~~
(Returned 11/26/16)

610927271.3

Amy Woodward
57 Oakwood Street
San Francisco, CA 94110-1529

Anthony Carrillo
1130 NE 104th Ave
Portland, OR 97220-3914
(Returned 10/03/16)

Andrew Fader
5400 Fieldston Rd., Apt 216
Bronx, NY 10471
(Updated address 2/1/17)

Andrey Fishchenko
100 Naamans Road 4B
Ste 131986
Claymont, DE 19703-2737

Anthony Woodward
2697 Derby Drive
San Ramon, CA 94583-4312

Anthony Lauck
PO Box 59
Warren, VT 05674-0059

Anthony Sajan
12842 Palm Street
Unit 102
Garden Grove, CA 92840-6416
(Updated 3/7/17)

Antonios Alexiou
1253 Buck Jones Rd
Raleigh, NC 27606-3326
(Duplicate address)

Antoine Alary
1516 Lima Ct
San Jose, CA 95126-4255

Antonio Dewey
1211 San Dario Ave
Suite 369
Laredo, TX 78040-4505
Undeliverable

Aristeidis Dionisatos
46 North Park Gardens Belleville Ontario
Undeliverable

Antony Vo
319 S. Mitchell St.
Bloomington, IN 47401-3742
Undeliverable

Antony Vo
c/o Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

Avram Cheaney
1305 Laguna Street
Apt. 4
San Francisco, CA 94115-4249
Duplicate

Armada Works Inc.
2223 Bath Ave
Brooklyn, NY 11214-5603
(Returned 1/30/17)

Aupacom Enterprises
9620 Sepulveda Blvd Unit 33
North Hills, CA 91343-3370

Benjamin Hopson II
2640 Alexandria Pl
Janesville, Wi 53548-3314

Bas Bosschert
Kruisgang 12
1613 DC Grootebroek
Netherlands

David M. Balabanian
Morgan, Lewis and Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Undeliverable

Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111-4079
Undeliverable

Benjamin Lindner
9035 Grayland Drive
Apartment E
Knoxville, TN 37923-4014
Undeliverable

Benjamin C. Beckwith
8218 Grimchester
Converse, TX 78109-3234
Undeliverable

Brenton Senegal
13151 Yorba Ave., Apt. 60
Chino, CA 91710-4070
(Updated address 2/1/17)

Brandon Bressler
3638 San Onofre Ave
San Onofre, CA 95348-8405
Undeliverable

Bernie Rihn, Prudentia Permanens
LLC
3628 Linden Ave
N #214
Seattle, WA 98103-8793
Undeliverable

Brian Barbee
701 Blossom St.
Bakersfield, CA 93306-5801

Brenton Senegal
13151 Yorba Ave., Apt. 60
Chino, CA 91710-4070
(Updated address 2/1/17)

610927271.3

Breck Pedersen
~~3712 Denehoe CV~~
~~Austin, TX 78725-4708~~
Undeliverable

Bret Motyl
~~148 Townsend St~~
~~Suite 21~~
~~San Francisco, CA 94107-1919~~
Undeliverable

Brian McKittrick
~~813 Whitney St~~
~~Cedar Hill, TX 75104-2257~~
(Returned 11/14/16)

Bruce Boytler
1014 37 St SE
APT. 2
Auburn, WA 98002-8749

Bruno Lemonnier
16 Rue Victor Hugo 17300
Rochefort France

Bryan Pope
~~6196 Westminster Dr~~
~~Parma, OH 44129-4954~~
(Returned 2/6/17)

Carl Schultz
~~5818 Hazard Street~~
~~Houston, TX 77098-2504~~
(Returned 2/27/17)

Charles Hilt
~~2800 Ruleme St~~
~~Apt 24~~
~~Eustis, FL 32726-8327~~
(Returned 10/28/16)

Chris Thompson
3617 Wind Rose Pl
Castle Rock, CO 80108-8488

Brian Samas
53 Swift Street
Branford, CT 06405-4528
(Updated address 2/1/17)

Bruce Sanders Bruce Sanders Design & Ill
12 Bridge St.
Westford, MA 01886-2102

Bruno Reith
~~Repkering 36 58791 Werdohl Germany~~
Undeliverable
(Returned 3/30/2017)

Bryce Weiner
~~621 W Montecito St #4~~
~~Santa Barbara, CA 93101-4522~~
Undeliverable

Central Computers
837 Howard Street
San Francisco, CA 94103-3009

Chaz Curtiss
~~6551 Jordan River Dr~~
~~Las Vegas, NV 89156-3750~~
Undeliverable

Christian Calvo
~~3 Peartree Ln~~
~~Rolling Hills Estates, CA 90274-4824~~
Undeliverable

Christopher Fetterly
~~9603 86th Avenue, NW~~
~~Edmonton, Alberta, Canada~~
~~T6E2L6~~
Undeliverable

Chunliu Shen
~~56 Ffordd Dryden~~
~~Swansea, UK~~
~~Swansea, CA 93545~~
Undeliverable

Brian Connelly
22601 Asheville Hwy
Landrum, SC 29356-9633

Brion Lau, Financial Fitness Pro
21600 Rainbow Drive
Cupertino, CA 95014-4815

Bruce Terry
21073 Niagara River Drive
Sonora, CA 95370-9102

Bryan Carter
330 Carriage Dr. E
Santa Ana, CA 92707-4156

CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349

Chad Eller
1910 Lomita Dr
San Leandro, CA 94578-1218

Chris Ergen C/O Summit Capital LLC
5701 S. Santa Fe Drive
Littleton, CO 80120-1813

Christian Golbs
Muehlburgweg 47 99094 Erfurt
Germany

Christopher Goes
PO Box 100
Cottage Grove, OR 97424-0004

610927271.3

Christina Jepson
7 Cross St Dundas Ontario L9H
2R3 Canada

Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087

~~Ciara Technologies~~
~~9300 Transcanada Highway~~
~~Saint-Laurent, Quebec H451K5 Canada~~

Duplicate

Christopher Raday
4215 W 142 St
Crestwood, IL 60445-2307

~~Cort Wenzel~~
~~858 Boardwalk Place~~
~~Redwood City, CA 94065-1806~~
(Returned 11/01/16)

Corey Vokey
2249 Burrows Ave Winnipeg Manitoba
R2R 1

CoPower
1600 W. Hillsdale Blvd.
San Mateo, CA 94402-3768

Craig LaShot
88304 Charley Lane
Springfield, OR 97478-9634

Cory Wise
2315 West alberson Dr.
Albany, GA 31721-2043

~~Corey Wysong~~
~~4499 E Fox Run Drive~~
~~Syracuse, IN 46567-9167~~
Undeliverable

~~Dain Carver~~
~~240 Martine Ave~~
~~White Plains, NY 10601-3456~~
Undeliverable

~~Cypher Enterprises, LLC~~
~~c/o Robert J. Bogdanwicz III,~~
~~Deans& Lyons LLP~~
~~325 N. Saint Paul Street, Suite 1500~~
~~Dallas, TX 75201-3891~~
Duplicate

Craig Burke
2787 Fairview
Canyon Monitor, WA 98836

~~Dan Charbonneau,CBT Nuggets~~
~~44 Club Rd~~
~~Suite 150~~
~~Eugene, OR 97401-2461~~
Undeliverable

Damon Jiang
1210 Alemany Blvd.
San Francisco, CA 94112-1404

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
Undeliverable

Daniel Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

Dan Fuchs
member of K2RED LLC
526 Shoup Ave W Ste K
Twin Falls, ID 83301-5050

Dan Casacci
31 Clearwater Dr
Amherst, NY 14228-1492

~~Daniel Nimtsch~~
~~Meinigstr 46a 38667 Bad Harzburg Germany~~
(Returned mail 3/16/15)
(Returned 3/28/17)

Daniel Herbon
3818 Hazard St
Houston, TX 77098-2504
(Updated address 1/12/17)

Daniel Burgin
St-Roch 30 1004 Lausanne
Switzerland

Daniel Raedel
Juethornstrasse 39 22043 Hamburg Germany

Daniel Petreley
19378 East Brunswick Drive
Aurora, CO 80013-9420

Daniel Hilderal
40 Hardinge road LONDON
England NW10 3PJ

~~Darwin Johnson, Schwaahed~~
~~73 Eastern Parkway 4B~~
~~Brooklyn, NY 11238-5920~~
(Returned Mail 6/16/15)

~~Daniel Williams~~
~~10211 Portland Road~~
~~Silver Spring, MD 20901-2023~~
(Returned Mail 10/6/14)

610927271.3

Daniel Pojar
1253 Grace Drive
Sycamore, IL 60178-9515

~~David Boothby~~
~~1800 Holleman Drive, Apt 1404~~
~~College Station, TX 77840-7215~~
(Returned Mail 9/24/2014)

~~Dat Le~~
~~22 Golden Gate Bay Winnipeg Manitoba~~
~~R3J~~
(Returned Mail 10/2/14)

Dario Albarron
512 Sherman Ave
Roselle Park, NJ 07204-2145

David King
10106 E 69th Ter
Raytown, MO 64133-6037

~~David Cho~~
~~158 L'Amoreaux Drive Scarborough On~~
(Returned 1/21/17)

Dave Gutelius
1259 El Camino Real, #230
Menlo Park, CA 94025-4208

David Springer
4095 Lomar Drive
Mt. Airy, MD 21771-4572

David Steinberg
3164 Sycamore Pl
Carmel, CA 93923-9005

David Gutelius
1259 El Camino Real, Suite 230
Menlo Park, CA 94025-4208

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Dean Farry
1250 HalifaxWay
San Ramon, CA 94582-5909

David Miller
2339 Boylston Ave East
Apt #5
Seattle, WA 98102

Dennis Lambert
9450 SW Gemini Dr
Beaverton, OR 97008-7105

Deon Brewis
15610 NE 59th Way
Redmond, WA 98052-4818

~~Davide Cavion~~
~~c/o Bryan Reyhani,~~
~~Reyhani Nemirovsky LLP~~
~~200 Park Avenue, 17th Floor~~
~~New York, NY 10166-0004~~
Duplicate

Derek Piper
3706 W Woodmere Way
Bloomington, IN 47403-4125

Detlef Sattler
Alexander-von-Humboldt-Str. 23
53604 Bad Honnef
Germany

Del Wong
3233 Pawaina Place
Hawaii, HI 96822-1339

DigiKey Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701-2757

~~Digimex Ltd.~~
~~Bel Air on the Peak, Phase 4~~
~~Attn: Willem van Rooyen~~
~~Tower 7, Unit 19A~~
~~Pok Fu Lam, Hong Kong~~
(Returned mail 3/31/15)

Derek Hill
Advantage mortgage
29875 S Black Bear Dr
Canby, OR 97013-9508

Donald Bosse
9 E 9th St
Frederick, MD 21701-4606

Donald Crain
110 N Lee St
Lexington, IL 61753-1215
(Updated on 10/31/16)
(Returned –vacant 5/2/17)

Di Pardo BVBA
Rozijnenstraat 27
3620 Lanaken
Belgium

~~Doug Haden~~
~~973 Iron Mountain Circle South~~
~~Lake Tahoe, CA 96150-6118~~
(Returned Mail 5/11/15)

Douglas Trowbridge
30945 Winterburry Ln.
Westlake, OH 44145

Digimex, LTD
c/o Caroline R. Djang
RUTAN & TUCKER, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Duplicate

Duane Laun
707 29th Ave E
Seattle, WA 98112-4136

Duncan Wallace, Duncwa LLC
1001 National Avenue 139
San Bruno, CA 94066-5816
(Returned 2/7/17)

Donald Weinberg
9522 New Waterford Ct.
Delray Beach, FL 33446-9747
(Returned Mail 8/26/2014)

Eclipse Metal Fabrication
2901 Spring St.
Redwood City, CA 94063-3935

Eddie DeLeon
2203 Ripley Ave., Unit B
Redondo Beach, CA 90278-5024
(Returned Mail 5/11/15)

Drew Johnson
2306 N 87th Way
Stottsdale, AZ 85257-2448

Edward Hammond
3103 Powell Cir.
Austin, TX 78704-6343
Duplicate

Edward Kestel
2895 SW 146 Ct
Ocala, FL 34481-3515

Dylan Hall
Geeks on Wheels
47 Halstead Ave Suite LL1
Harrison, NY 10528-4142
Duplicate

Edward Lee
1463 Bittern Dr
Sunnyvale, CA 94087-3210

Edward Lee
18510 Traxell Way
Gaithersburg, MD 20879-1797

Edgar Godoy
88 Bush St
#C2103 Building C
San Jose, CA 95126-4863
(Returned 3/3/17)

Eivind Aamodt
Wilhelms Gate 5A 0168 Oslo Norway

Eli Farnsworth
644 Gilbert Ave
Hamden, CT 06514-2641

Edward Lance
1324 Treasure Cove
Niceville, FL 32578-7001

Elkin Mann, LDI Imports
378 Johnston Ave.
Jersey City, NJ 07304-3766
(Returned mail 8/13/14)

Elric Traver
1221 River Ln
Mosinee, WI 54455-9573
(Returned 12/15/16)

Edward Mosley
329 Maple Rd NE
Ludowici, GA 31316-5623

Embedded Wits LLC
10574 Culbertson Dr
Cupertino, CA 95014-3556

Employment Matter Counseling
&Consulting
120 Vantis
Suite 300
Aliso Viejo, CA 92656-2677

Eliott Spencer
23 Sunwood Ln
Sandy, UT 84092-4802

Eric Corlew Creative X-Pressions
409 S Locust St
Wayland, MI 49348-1312
(Returned mail 8/13/2014)

Eric Denny
204 Lauren Ln
Minden, LA 71055-6286

Employment Development
Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Eric Nicholas Christmas
5940 NW 13th Street
Sunrise, FL 33313-6211

Eric Tollefson
740 Dillon Ct
Grayslake, IL 60030-3374

610927271.3

Elton Seah
761 Irwindale Avenue
Las Vegas, NV 89123-2319

Erik Voorhees
1010 S. Monroe Street
Denver, CO 80200-4942
(Updated 3/7/17)

Evan Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Eric Cochran
615 Shelley Ave
Ames, IA 50014-7905

Federal Express Corporation
942 South Shady Grove Road
Memphis, TN 38120-4117

Ferdinand Nepomuceno
12476 old colony drive upper
Marlboro, MA 20772-5069

Eric Liu
3630 Sadge Ln
Irving, TX 75062-8400
(Returned 12/16/16)

Fon Allan Duke
19333 Seabiscuit Way
Apple Valley, CA 92308-4570

Forrest Voight
2360 SW Archer Rd.
Apt. 910
Gainesville, FL 32608-1049

Eric Whyne
21860 Regents Park Circle
Sterling, VA 20166-9241

Frank Chappell
1236 Tuxford Dr
Brandon, FL 33511-1801

Frank Rankin
518 Freehold Road
Jackson, NJ 08527-4629

Fabio Miceli
Westerdok GiG
1013 BV Amsterdam
The Netherlands
(Returned mail 11/17/2014)

Frederick Fiechter
1825 S. Grant Street
Suite 240
San Mateo, CA 94402-2678
(Returned 3/7/17 and 3/22/17)

Future Electronics
c/o Diane Svendsen
41 Main Street
Boiton, MA 01740-1134

Fernando Famania
F174 Avenida Altamira
Chula Vista, CA 91914

GLO Ventures
1550 17th Street
San Francisco, CA 94107-2331

Garrett Griffin
9150 Crest Ave
Oakland, CA 94605-4422

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

George Loudon
161 Helen
Garden City, MI 48135-3183

George Richmond
3580 Egret Drive
Melbourne, FL 32901-8152

Frank Vuong
3891 Madera Way
San Bruno, CA 94066-1023

George Urakhchin
568 Broadway
11th Fl Coinsetter/Fueled
New York, IL 10012-3225
(Returned mail 8/19/14)

Gerald Davis
Tangible Cryptography LLC
510 Bridge Dr
Chesapeake, VA 23322-6020

Future Electronics Corp.
3255 Paysphere Circle
Chicago, IL 60674-0032
Duplicate

Glenn Hendrick, Bitminer
Bitminer128 223 Pameto Rd
Nokomis, FL 34275-3917
(Returned Mail 8/20/2014)

Graeme Middleton
Middleton Solicitors
135-137 Dale Street
Liverpool L2 2JH UK

REQUEST FOR ENTRY OF ORDERS SUSTAINING OBJECTIONS AND MOTION FOR DEFAULT

610927271.3

Gautam Desai
116 Blackstone Dr
Danville, CA 94506-1345

~~George Urakhchin~~
~~111 W Maple St~~
~~Apt 2203~~
~~Chicago, IL 60610-5454~~
(Returned Mail 8/20/2014)

Gerry Gorman, World Media Group LLC
25 Mountainview Blvd
100 Marketplace Suite 204
Basking Ridge, NJ 07920

~~Graeme Tee~~
~~12 Bromley Road Hilton Western Australia~~
(Returned mail 6/10/15)

~~Gregory Maxwell~~
~~650 Castro St.~~
~~Suite 120-293~~
~~Mountain View, CA 94041-2055~~
(Returned mail 8/13/14)

Hans Hess
Elevation Franchise Ventures
6402 Arlington Boulevard, Suite 800
Falls Church, VA 22042

~~Henzy Paez~~
~~890 E. 6th St., Apt 7A~~
~~New York, NY 10009~~
(Returned 1/17/17)

~~Hoo Shao Pin~~
~~Polymathica Pte. Ltd.~~
~~10 Raeburn Park #02-08~~
~~Singapore 088702~~
(Returned 11/17/16)

Ilan Elfassy
177 Bury Old Road
Salford, Manchester, Lancashire M7 4PZ
UK

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
Duplicate

~~Guido Ochoa~~
~~Calle 35~~
~~Merida, Venezuela 5101~~
Duplicate

~~HashFast Technologies LLC Bruennerstrasse 63-65/Stg.4/Tuer 63~~
~~1210 Vienna, Austria~~
~~Austria~~
(Returned Mail 6/8/15)

~~Holden Karau~~
~~3407 24th St~~
~~Apt 2~~
~~San Francisco, CA 94110-3756~~
(Returned 11/11/16)

Hot Sun LLC
Attn: Mark Pescatrice
6 Shenandoah Drive
Newark, DE 19711-3700

~~Immanuel Ambar~~
~~Christoph Merian-Ring 299~~
~~4153 Reinach, Switzerland~~
(Returned mail 8/1/14)

~~JAMS, Inc.~~
~~P.O. Box 512850~~
~~Los Angeles, CA 90051-0850~~
(Returned 2/1/17)

~~James Carroll~~
~~1505 Westheimer Rd~~
~~Houston, TX 77006-3735~~
(Returned mail 9/26/14)

~~James Lowry, LLC~~
~~400 E College, Suite A~~
~~Roswell, NM 88201-7525~~
(Returned mail 9/25/14)

Greg Yampolskiy
7870 West 87th Drive
Unit K
Arvada, CO 80005-1668

Hamilton Hee
761 Irwindale Ave.
Las Vegas, NY 89123-2319

Hawk Ridge Systems LLC
4 Orinda Way
Suite 100B
Orinda, CA 94563-2507

Hong-Quan Yue
606-210 Woodridge Crescent
Nepean, Ontario
Canada K2B 8E9

Ian Tait
Apartment 2, 34 Golf Links Road
Ferndown, Dorset Bh22 8BY UK

International Rectifier
101 N Sepulveda Bldv.
El Segundo, CA 90245-4318

~~Jack Hlavaty~~
~~35 Swanson Ct, 16D~~
~~Boxborough, MA 01719-1353~~
Duplicate

James F. Johnson III
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

James Miller
410 Cahill Rd
Streamwood, IL 60107-1203

Ivan Marcak
10101 Palace Way, Apt B
Henrico, VA 23238-5647
Undeliverable

James Ries
450 Sunlight Ct
Apt 2
Powell, WY 82435-1633
Duplicate

James Suddarth
2021 Chestnut Street
Apt. 1207
Philadelphia, PA 19103-3381
(Updated Address 3/7/17)

James Babcock
8368 NW 70th Street
Potwin, KS 67123-9611

James Wu
1221 North Vineyard Ave
#1
Ontario, CA 91764-2278

Jamie Hall, Bright Mining LLC
3042 Whitemark Court
Lexington, KY 40516
(Returned mail 3/16/15)

James Hicks
PO Box 1296
Helendale, CA 92342-1296

Jared Metzler
826 N 3rd St
Lincoln, KS 67455-1722

Jarod Clark
2314 Broadway
Denver, CO 80205-2088

James OShea
9 Ledum Run Rd
West Grove, PA 19390-9411

Jason Hall
2202 E Lowena Dr
Long Beach, CA 90803-5711
(Returned 3/7/17)

Jason Larson
7697 Hawthorn Ave
Livermore, CA 94550-7121

James Thomas, eServiZes
1679 E 337th St.
Eastlake, OH 44095-3915
Undeliverable

Jason Shurb
3615 Trailway Park St
San Antonio, TX 78247-2938

Jason Yi
1367 E Garfield Ave
Glendale, CA 91205-2661

Jan Irvin
PO Box 3819
Crestline, CA 92325-3819

Jay Weaver
5-3936 Mountainview Ave
Thornhill, British Columbia V8G 3V8
Canada

Jean-Andrew Mikesell
26652 Calle Salida
Capistrano Beach, CA 92624-1413

Jason Badua
4039 Palikea St.
Lihue, HA 96766-9258

Jeff Unruh
2650 Beauty Creek Drive
Valparaiso, IN 46385-7038

Jeffrey Spielberg
850 W Mahogany Cir
Louisville, CO 80027
(Updated 3/7/17)

Jason Plowman
13508 Jamieson Place
Germantown, MD 20874-1464

Jennifer Austin
1751 Kings Gate Lane
Crystal Lake, IL 60014-2906

Jensy Fernandez
12 Diamond St, Apt 19
Lawrence, MA 01843-2049
(Returned Mail 8/13/2014)

Jawad Quddus
1020 Brand Ln, Apt 638
Stafford, TX 77477-5761
(Returned mail 9/15/14)

Jerry Whatley JWC Consulting
192 Fuller Road
Chehalis, WA 98532-9108

Jess Williams
PO Box 50801
Albuquerque, NM 87181-0801

Jeanette Arna
Haneholmveien 19 3212
Sandefjord Norway
(Returned Mail 8/20/2014)

Jetmir Celaj
1740 Mulford Ave.
Apt.7G
Bronx, NY 10461-4321

Jiongye Li
77 Louise Rd
Braintree, MA 02184-5901

Jeffrey vonGermeten
650 E 500 N
Apt #6
Logan, UT 84321-4228
Undeliverable

Joe Peng
55 West 21st Street 6FL
New York, NY 10010-6809
Undeliverable

Joe Russell
4079B 18th Street
San Francisco, CA 94114-2535

Jeremy L Johnson
65 Rue Saint-Paul O. #505
Montreal, Quebec, H2Y 3S5
Canada
Undeliverable

John Cronin
1640 Territory Trl
Colorado Springs, CO 80919-3327
(Updated address 1/21/17)

John Peregoy
982 NC Hwy 82
Dunn, NC 28334-6360

Jesse Teta
3804 Triora St
Las Vegas, NV 89129-2709

John Twohy, 24K Gold Plating
10920 4th Ave W
Everett, WA 98204-7066

Jon Yellowlees
Dan Rose Tech Set
3326 Catherine St
Jackson, MI 49203-1003

Joe Baker
530 Lawrence Expressway #441
Sunnyvale, CA 94085-4014

Jonathan Bower
Alstrommergatan 32N 11247
Stockholm Sweden
(Returned Mail 8/20/2014)

Jonathan Hardison
650 S Adam Ave
Republic, MO 65738-8100

John A. Twohy
10920 4th Ave. W
Eeverett, WA 98204-7066

Jonathan Simms, Jhashybor Mining
1808 E Columbus Dr Apt# 3
Tampa, FL 33605-2655
(Returned Mail 8/20/14)

Jonathon North
240 Milledgeville Rd
Enville, TN 38332-1972

John Shave
8805 Tamiami Trail North
#219
Naples, FL 34108-2525

Jose L.W. Martinez
9250 W Bay Harbor Dr
Apt 7 D
Miami, FL 33154-2715

Joseph Cavallero
2644 Fulton Street
Berkeley, CA 94704-3230

Jonas Diener
1528 Country Club Rd
Harrisonburg, VA 22802-5071
(Returned Mail 9/29/14)

Josh Gold
8 forman lane
Manalapan, NJ 07726-2907

Joshua Lytle
347 Millcreek Rd
Pleasant Grove, UT 84062-8815

Jonathan Prentice,  Network
Service Prov
13 Farnham St Parnell
Auckland 1052 New Zealand

Joshua Vidana, Skidhacker.com
3602 Tilson Ln.
Houston, TX 77080-1620

Julio Perez
109 S Melville Ave
Unit 1
Tampa, FL 33606-1860

Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026-3116

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008-2454

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Joseph Farag, Trinity Bitcoin
Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

Justin Grevich
3348 Via Alicante
La Jolla, CA 92037-2745
Undeliverable

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642-8922

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

KH Joo
SilverBlue Inc.
11693 Seven Springs Drive
Cupertino, CA 95014-5128
(Returned 12/7/16)

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536
Duplicate

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom
(Returned mail 11/17/2014)

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532-9108

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company 1
Park
New York, NY 10016-5802

Kaloopy Media
Attn: Kurt Heim, President
2510 Main St.
Santa Monica, CA 90405-3535
(Returned Mail 8/20/2014)

Kevin Fu Hong Yee
#2918 – 608 9th St SW
Calgary, Alberta
T2P 2B3, Canada
(Returned 2/13/17)

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Koi Systems Ltd
1191 Center Point Drive #A
Attention: Brian Edgeworth
Henderson, NV 89074-7891
Duplicate

Koi Systems Ltd.
1191 Centerpoint Drive, Suite A
Henderson, NV 89074-7891
Duplicate

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

Kevin Delporte
briekhoekstraat 32 8940 wervik
Belgium

Lance Dixon
Intervid FZ LLC
Suite 128, Building 2
Dubai Internet City, Dubai, UAE
(Returned Mail 7/3/2014)

Larry Han
970 NW 198th PL
Shoreline, WA 98177-2663

Kevin Mahan, Tanard Corporation
9101 W. Sahara Ave.
Suite 105 K-6
Las Vegas, NV 89117-5772
Undeliverable

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

Le Van Hanh
V Spa & Nails
159 Cypresswood Dr
Spring, TX 77388-6038

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109-6322

Lautaro Cline
8327 Aster Ave Oakland
CA 94605-4101

Linear Technology Corporation
1630 McCarthy Blvd
Milpitas, CA 95035-7487

Kyle Sidles, Kaysid, LLC
4000 Dow Road
Unit 10
Melbourne, FL 32934-9276
(Returned mail 11/17/2014)

Lee Schwuchow , Monkey  Business
2740 N. Andrews Ave
Wilton Manors, FL 33311-2512

LookSmart, Ltd.
c/o Nancy Weng/Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203
(Returned mail 1/29/15)

Lauren Coe
3303 226th Pl SW
Brier, WA 98036-8049

Lonnie J. Hansen
205 Duncan St, #6
Ashland, VA 23005-1941

Lukas Bradley
3777 N. Clemons St.
Unit F
East Wenatchee, WA 98802-9369
(Returned 3/22/17)
(Returned 5/15/17)

Lee Ash
304 189th PL SW
Bothell, WA 98012-6236

Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283-2213

Luke Dashjr
17318 Sweetwater Rd
Dade City, FL 33523-6246
Duplicate

Liquidbits Corporation
20201 E. Country Club Drive,
#1502
Aventura, FL 33180-3282
(Returned 2/13/17)

Luke Baum
PO Box 101
Pleasant Unity, PA 15676-0101

Madalin Ionascu
51 Goldhill Plaza #12-11 Singapore
(Returned 12/12/16)
(Returned 3/2/17)

LookSmart,Ltd.
C/O Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

LyLy Moc
14 Hamilton St
Toronto Ontario M4M 2C5 Canada

Manuel Rojas
1121 Torrance Blvd
Torrance, CA 90502-1613

Lukas Zingg
Breitestrasse 1 4132 Muttenz
Switzerland

Manu Kaushish, Nirvana Digital, Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562
(Returned 2/8/17)

Marcus Killion
1000 W Garden Ct
Wichita, KS 67217-4515
Undeliverable

610927271.3

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108-4302

~~Marcelino Bellosta~~
~~1600 Ponce de Leon Blvd. FL 10~~
~~Suite 1001~~
~~Coral Gables, FL 33134-3988~~
Undeliverable

~~Marion Keyes, Riverstone LLC~~
~~189 Eagle Drive~~
~~Golden, CO 80403-7775~~
(Returned 10/31/16)

Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Pescatrice, Matrice Consulting
LLC
6 Shenandoah Drive
Newark, DE 19711-3700

~~Manuel Zepeda~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455-1004~~
(Returned mail 8/1/14)

~~Mark Hancock~~
~~512 Grant Terrace~~
~~Taft, CA 93268-4434~~
(Returned 1/23/17)

~~Mark Sullivan, Cyclotronics~~
~~6430 FM 1960 #321~~
~~Houston, TX 77069-3902~~
(Returned mail 8/13/14)

Marcus Sorensen
2397 Romano Cir
Pleasanton, CA 94566

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable

Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362-1317

Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880-3137

~~Mark von Germeten~~
~~20792 SW Nettle Pl~~
~~Sherwood, OR 97140-8844~~
Undeliverable

Matt Richards
3253 S E Ct.
Springfield, OR 97478-6348

Mark Pescatrice-- Hot Sun LLC
6 Shenandoah Drive
Newark, DE 19711-3700

Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626
New Zealand

Matthew Hagan
17 Prospect Heights
Carrickfergus
BT388QY
County Antrim, United Kingdom

Mark Williams, Off Road
Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944-9716

Matthieu Billaud
testory 31310 Montesquieu
Volvestre France

Martin Safranek
Linecka 351 38241 Kaplice Czech
Republic

Matthew Silvia
30 Oak St
Cohasset, MA 02025-2213

~~Max Fischer~~
~~1168 S Barrington Ave., Apt 507~~
~~Los Angeles, CA 90049-6466~~
(Returned 2/24/17) (Returned 3/15/17)

~~Matt Tucker~~
~~2830 E College Ave~~
~~Unit 101~~
~~Boulder, CO 80303-1974~~
(Returned mail 11/17/2014)

Max Avroutski
172 Bay 31st St., #10
Brooklyn, NY 11214-5640

McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611-7500

REQUEST FOR ORDER ESTABLISHING DISTRIBUTION OF FUNDS AND ENTRY OF DEFAULT
610927271.3

Matthew McCormick
33 Hollandale Ln
Apt A
Clifton Park, NY 12065-5228
Undeliverable

Mattia Baldinger
Zunzgerstrasse 24 4450
Sissach Switzerland

Maximilian Baringer
August-Bebel Platz 4 99423
Weimar Germany

Mediabistro.com, Inc.
50 Washington Street
Suite 902
Norwalk, CT 06854-2792
(Returned 11/09/16)

Michael Desotell
7101 S County Road 750 W
Knightstown, IN 46148-9053

Michael Greiner
49 Pennsylvania Ct
Morton, IL 61550-1795

Michael McGurgan
2913 Coach Ct
Norman, OK 73071-5505

Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814-6158

Miratek
706 Michael Street
Milpitas, CA 95035-4771

Maximin Parotte
Dorpsstraat 112 A 3927BG
Renswoude Netherlands
(Returned mail 11/17/2014)

Michael Burke
1500 Tauromee Ave
Kansas City, KS 66102

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Michael Gruat
Silberburgstrasse 29
Albstadt, Germany, AK 72458

Michael Pryor
5 Windy Ridge Rd
Hudson, WY 82515
(Returned 3/10/2017)

Mike Damm
140 South Van Ness Avenue
Unit 807
San Francisco, CA 94103-2586

Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612-3488

Murat Konal
Putselaan 102 3074 JE
Rotterdam, Netherlands

Nathan Ross
Exel 85-D Liberty Commons Rd
Columbus, OH 43235-1568
Undeliverable

Michael Damm
147 Mclellan Avenue
San Mateo, CA 94403-2827
(Updated Address 3/7/17)

Michael Giovinco
61 Sterling St
Somerville, MA 02144-1116

Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106-7684

Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009-9301

Mike Deming
1458 Monroe Ave
Rochester, NY 14618-1008

Mr Piotr Kwiecien
80 Delancey Street
Flat B, Ground Floor
NW1 7SA, London, CA 00-00

Myron Davis
333 Willoughby Ave
ETS / 5th Floor
Juneau, AK 99801-1770

Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260-2826

Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624-4058

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210 Wien, Austria
Undeliverable

Nathan Ho
2201 Stratford Dr
Round Rock, TX 78664-7340

Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84095-4181

Neil Schemenauer
727 9th St Humboldt
Saskatchewan S0K 2A0 Canada
(Returned 11/7/16)

Nick Simmons
6613 Goosander Ct.
Frederick, MD 21703-9536

Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562
(Returned 11/16/16)

Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067-2036

Oliver Klein
Zeller Str 17 73271 Holzmaden
Germany
Undeliverable

Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051-0826

Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517-4000
(Returned 10/30/16)

Nenko Garchev
4001 Lyman Dr
Philadelphia, PA 19114-2107
(Returned 1/26/17)

Nik Arghavan
25 Bishop Tutu Blvd 713
Toronto Ontario M5V 279 Canada
Undeliverable

Nolan Shadbolt / Win It Gaming Ltd
No. 2 The Leys
Lyneham
Chipping Norton
Oxon    OX7 6QH
Undeliverable

Osric Proctor Jr
202 Garland Ave.
Sandston, VA 23150-1616

Pascal Martin
181 De la Grande-Coulee
Orford Quebec J1X 6Z6
Canada

Patrick Sadowski
146 Dawlish Ave Aurora
Ontario L4G 6R2 C

Paul Montague
4/84 Kings Canyon Street
Harrison
ACT 2914
Australia(Prefers email)

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Nicholas Fusaro
35 Kohlanaris Dr
Poughkeepsie, NY 12601-1632

Nir Nahum
Mashabim 19 Hod-Hasharon 4520122
Israel

Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120-2505

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377-5662
Duplicate

PHILLIP MARASHIAN
812 Saratoga Ave
Apt. Q-211
San Jose, CA 95129-2567

Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33195-4875

Paul Croscup
1453 Bath Road
Kingston, Ontario
k7m4x2

Paul Roeder
10315 Raritan Dr
Houston, TX 77043-2935

Pete Gorman
52 Doctors Point Road Waitati 9085
New Zealand
(Returned Mail 8/13/2014)

~~Patrick Huizinga~~
~~Anjerstraat 50 3333GD~~
~~Zwijndrecht Netherlands~~
(Undeliverable)

Peter Hornyak
Nyiregyhaza 48 Ibolya street 4400 Hungary

Peter Kamstra
De Goorns 15 7824RG Emmen
Netherlands

~~Paul Erickson~~
~~2925 Union St~~
~~Madison, WI 53704-5138~~
Undeliverable

~~Peter Myers~~
~~6320 North 16th Street~~
~~Apt 34~~
~~Phoenix, AZ 85016-1521~~

Peter Smallwood
Peter Smallwood 189 Woodcroft Drive
New South Wales 2767
Australia

Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955-4729

Petr Dvorak
Komenskeho 37
Boskovice, 68001
Czech Republic

Phat Tran
10506 Chambers Drive
Tampa, FL 33626-2619
(Updated  2/1/17)

Peter Hendrickson
773 East El Camino Real, #142
Sunnyvale, CA 94087-2919

~~Phuc Nguyen~~
~~Van Nguyen 895 Broadway~~
~~Floor 3~~
~~New York, NY 10003~~
Undeliverable

Price Givens, 404 LLC
61875 Broken Top Dr #27
Bend, OR 97702-1182

~~Peter Morici~~
~~1430 Patapsco St.~~
~~Baltimore, MD 21230-4523~~
 Duplicate

~~Qhengxian Xu~~
~~China 511495 Guangdong~~
~~guangzho~~
Undeliverable

Public Service Insurance Company
One Park Avenue
New York, NY 10016-5807

Peter Symons
149C Shirehampton Road Sea
Mills
Bristol BS9 2EE United Kingdom

Proven Tolerance Specialist
570 Suite C Marine View Avenue
Belmont, CA 94002-2574

Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031-5500

~~Phil Blancett~~
~~P.O. Box 19719 South~~
~~Lake Tahoe, CA 96151-0719~~
Undeliverable

Rafez Noorullah
Gazelle Informatics Ltd
Hadia House, 2b Lincoln Street
Kingsthorpe, Northhampton, UK NN2 6NR

~~Randy Jones~~
~~Kinetica Technology Solutions~~
~~403 Da Vinci Ln~~
~~Wylie, TX 75098-8469~~
Undeliverable

~~Process General~~
~~5915 Edmond St. #102~~
~~Las Vegas, NV 89118-286~~
(Returned 11/14/16)

Randall Elliott
202 Jefferson Street
Martinsbug, WV 25401-1606

~~Raymond Steiner~~
~~Gespermoosstrasse 4 2540~~
~~Grenchen Switze~~
(Returned 11/21/16)
(Returned 4/17/17)

Qingshou Pei
1112 Gossamer Dr
Pickering Ontario L1X 2
Canada

Raymond Floyd Floyd Company
191 E. Main Street
Tustin, CA 92780-4406

Devito Reno
4882 Nardini Ave
Las Vegas, NV 89141-3823
(Updated Address  2/1/17)

- 35 -

Case: 14-30725    Doc# 545    Filed: 07/27/17    Entered: 07/27/17 13:06:40    Page 39 of
REQUEST FOR ENTRY OF ORDER SUSTAINING OMNIBUS CLAIM OBJECTION BY DEFAULT
57
610927271.3

Ralph Crowder
6843 Kenilworth Ave.
El Cerrito, CA 94530-1841

Reinoud Vaandrager
255 South Rengstorff Avenue
Apt 179
Mountain View, CA 94040-1764

Rick Windham
166 State Street
#8
Brooklyn, NY 11201-5612

Ray Calderon
170 Quinlan Ave
Staten Island, NY 10314-5110

Richard Chang
1253 Buck Jones Rd
Raleigh, NC 27606-3326

Robert Cacioppo
1 Fresh Spring Cove Somers Point
Somers Point, NJ 08244

Regan Reckman
5801 Ridge Avenue
Apt 1
Cincinnati, OH 45213
(Updated 3/7/17)

~~Robert Alkire Consulting~~
~~1081 Neptune Lane~~
~~La Grande, WA 98348~~
(Returned 11/03/16)

~~Robert Kulys~~
~~1905 Evergreen Terrance Drive E~~
~~Apt 4~~
~~Carbondale, IL 62901-3904~~
Undeliverable

Ric Rooney, Sun Spot
4310 Austin Bluffs Parkway
Colorado Springs, CO 80918-2932

~~Robert Edwards Awesome Possum LLC~~
~~7341 W Cypresshead Drive~~
~~Parkland, FL 33067-2313~~
(Returned 11/14/16)

~~Roberto Bayona~~
~~Esfinge 53 2B 28022 Madrid~~
~~Madrid Spain~~
Undeliverable

Robert Alan Richardson
1713 Nordic Hill Cir.
Silver Spring, ME 20906-5950

~~Robert Worrall~~
~~31 Troon terrace~~
~~Annandale, NJ 08801-1603~~
(Returned 5/19/17)

~~Rodney Batchelor~~
~~217 E 25th st~~
~~Tacoma, WA 98421-1106~~
(Returned 12/8/16)

~~Robert Ditthardt~~
~~Olivine Labs LLC~~
~~32-22 37th Street, #1~~
~~Astoria, NY 11103-4004~~
(ReturnPaied 10/28/16)

Robin van der Linden
mimoCloud Computing UG
Rudolf strasse 65 52070 Aachen Germany

~~Ronny Hellmann~~
~~Hickenweg 32 35708 Haiger Germany~~
Undeliverable

Robert Mudryk
29118 Weybridge Drive
Westlake, OH 44145-6744

~~Roland Payu Harris~~
~~110 Denver ST~~
~~Apt # 201~~
~~Rapid City, SD 57701-1175~~
(Returned 1/17/17)

Ryan Gatchalian
2786 West Trojan Place
Anaheim, CA 92804-2030

Robin van der Linden
mimoCloud Computing UG
Rudolfstrasse 65 52070 Aachen
Germany

Ryan Casey
904 NE 157th Ave
Portland, OR 97230-5462

Sam Ha
591 Ferrero Ln
La Puente, CA 91744-4961

Rodrigo Hernandez
118 Kipling Ave
Springfield, NJ 07081-3216

Saint Clair Newbern IV
c/o Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010-3300

Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010-1614

Saul Jose Maldonado Rodriguez, Global
AP
14500 SW 160 Terr
Miami, FL 33177-1708

Ryan Stonn
Nidarosgatan 7 bv 16434
stockholm Sweden

Sascha Appel
Eigerweg 11 4852 Rothrist Switzerland

Scott Gray
612 W. 10th St.
Juneau, AK 99801-1820
(Served by email per party's request)

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

Sean Taffler
40 Quartz Way
San Francisco, CA 94131-1636
Undeliverable

Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402-7045

Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126-1017

Selim Soler
2103 SW Danforth Cir
Palm City, FL 34990-7706

Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136-1229

Scott Cameron
1332 Rue des Cypres Pincourt
Quebec J7W

Shamus Robinson
5878 Valley Rd
Alanson, MI 49706

Shanghai Chooyu Chemical Company
Ltd.
1107 Liberty Square Road
Boxborough, MA 01719-1113

Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr, Ste 4313
Las Vegas, NV 89106-3837

Shaun Kelly
52 Cross Street Warrimoo
NSW, Australia 2774

Sierra Proto Express
1108 W Evelyn Ave
Sunnyvale, CA 94086-5742

Sean Wang
910 Lenora
#S802
Seattle, WA 98121-2754

Sierra Circuits, Inc.
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5745

Sinisa Devcic
Antilopespoor 504 3605VS Maarssen
Netherland

Seth Duppstadt
2109 Broadway 1379
New York, NY 10023-2149

Shi Lei
BLK 62 Teban Gardens Rd
#16-627
Singapore 600062

Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747-9795

Shaun Andrew Biggin
1208 6 Street N
Lethbridge, AB
T1H1Y5
Updated address per 2/9/16 email)

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK

Stehr Music Productions
De Dreef 173
2542ND Den Haag
Holland
(Returned 2/10/17)

- 37 -

Shi Lei
1000 Lakes Drive, Suite 430
West Covina, CA 91790-2928
Undeliverable

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Stephen Bywater
22 Orr Hatch Dr
Cornwall, NY 12518-1728

Simon Barber
c/o Sheppard, Mullin, Richter et al
Attn: Ori Katz
4 Embarcadero Ctr., 17th flr.
San Francisco, CA 94111-4158
Undeliverable

Stephan van der Feest
Accordeonlaan 42 3438GD Nieuwegein
Netherlands
(Returned 1/31/17)

Steve Govoni
938 Moosehead Trail
Jackson, ME 04921-3009

Sistemas Operativos Sanitarios ca
Calle 35 entre Av. 2 y #2-34
Attn: Guido Ochoa
Merida, Venezuela 5101
Duplicate

Stephen Witty
3019 Jade Drive
Harrison, AR 72601-1865

Stolowitz Ford Cowger LLP
1211 SW 5th Ave
Suite 1900
Portland, OR 97204-3719
(Returned 1/20/17)

Stephen Hamner
51 Gladys St.
San Francisco, CA 94110-5427

Steven Cacchione, Acute Air Conditioning
75 Medway rd Cragieburn
Victoria 3064 Au

Sungkyun Lee
45530 Market way 311 Chilliwack
British
Undeliverable

Steve Manos
226 Center St.
Suite A-7
Jupiter, FL 33458-4365

Stuart Murray
75 Westover Road
Downley, High Wycombe HP13 5th
ENGLAND

Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter &
Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6055

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium

Terri Avery
91 Bradley Street Guyra
New South Wales

Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430-2263
Undeliverable

Tara Beck
3101 South Roosevelt
St Boise, ID 83705-4752

Thang Nguyen
21 Millplace Ct
Irmo, SC 29063-7768

Syvert Holbek Feed
Kvernhusbakken 6 4900
Tvedestrand Norway

Thadius Bolton
6640 Ditmars St
Las Vegas, NV 89166-8028
Undeliverable

Thomas Scortmann
3 Village Green N
Ste 448
Plymouth, MA 02360-8803

Terry Sine
1154 N Pine St
Canby, OR 97013-3249

Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531-9317

Tim Lehming
Drossener Str. 63 13053 Berlin Germany
(Returned 1/4/17)

Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001-7617

Tie Hu, Targetalk Inc.
28 Empress Ave. 516 North York Ontario M

~~TimeFire, Inc.~~
~~Eric W. Benisek, Esq.~~
~~Vasquez Benisek & Lindgren~~
~~3685 Mt Diablo Blvd #300~~
~~Lafayette, CA 94549-6833~~
Duplicate

~~Thomas Stiegler~~
~~23 Stewart Drive Werribee~~
~~Victoria 3030~~
Undeliverable

Tim Oster
3068 Evergreen Rd
Pittsburgh, PA 15237-2725

Tin Yan Kwok
9642 Callita Street
Acradia, CA 91007-7803

Tim McGough
2412 Pinehurst Ln
Mesquite, TX 75150-1129

~~Timothy Lam~~
~~6156 Temple City Blvd.~~
~~Temple City, CA 91780-1747~~
Duplicate

Tobias Neumann
Buchenweg 30 90556 Seukendorf
Germany

Timothy Cyrus
630 Oldfield Dr SE
Byron Center, MI 49315-8114

Tobias Bucher
Chnuebraechi 7 8197 Rafz Switzerland

Tom Bouckaert
Henri Dunantlaan 20/502 9000 Gent
Belgiu

~~Ting Ma~~
~~China 100083 Beijing  Beijing~~
~~Room 30-1~~
(Returned 1/21/17)

Todd Gould
Loren Data Corp. PO Box 1438
Lake Forest, CA 92609-1438

Tong Moc
328 Main Street Toronto Ontario M4C
4X7

Toby Brusseau
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-
law.com)
~~Tom Postma, PC Central~~
~~Jan Vermeerstraat 41 7545BN~~
~~Enschede Net~~
(Returned 12/11/16)

~~Tommy E. Contreras~~
~~855 Folsom Street~~
~~#514~~
~~San Francisco, CA 94107-1180~~
Undeliverable

~~TrueTech Communications~~
~~241 Elinor Ave.~~
~~Mill Valley, CA 94941-1281~~
(Returned 11/01/16)

Trenton Bullock
1072 Mclaren Drive
Belmont, NC 28012-8674

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Tony Hoang
557 Gerrard St. East Toronto
Ontario M4M

UBE Enterprises
Sam D. Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

Venkat Balasubramani
Focal PLLC
900 1st Avenue S, Suite 201
Seattle, WA 98134-1208
(Updated  2/1/17)

Tyler Doyle
2112 Hayden Ave
Aloona, WI 54720-1547

~~Uwe Schaum~~
~~Grabenstr. 5 35625 Huettenberg Germany~~
Undeliverable

Victor Feng, VIP Networks
43532 Ocaso Corte
Fremont, CA 94539-5632

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835

Vicki Schwarz
305 W Fullerton 1E
Chicago, IL 60614-2816
(Returned 1/26/17)

Vladimir Fefer
2620 W Greenleaf
1W
Chicago, IL 60645-3298

Verne Riley
65 Shamley Heath rd Kureelpa
Queensland
Undeliverable

WY Gost
Building A, Haocheng Tech Park
Yanshan Ave.
Baoan District, Shenzen
China
Undeliverable

Wayne Connors
12416 Tattersall Park Ln
Tampa, FL 33625-3912
(Updated address 1/17/17)

Vkal Design LLC
2290 Ringwood Ave.
Suite C
San Jose, CA 95131-1718
Undeliverable

Wenxie Hu
Rico Kohki (Hong Kong) Limited Wenxie HU
(Returned 11/28/16)

Werner Artz
habergasse 4 82380 Pei? enberg
Germany
Undeliverable

Warren Tsang
LogicShark Consulting
260 Madison Ave. Fl. 8
New York, NY 10016

Will Wong
500 Oracle Parkway
Redwood City, CA 94065-1677

William Chevallier
15 Rue Des Basses Mathouzines 95170
DEU
Undeliverable
(Returned 3/28/17)

WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

William Peace
14821 N Hana Maui Dr
Phoenix, AZ 85022-3656

William Schmitt
22 Spackenkill Rd
Poughkeepsie NY 12603-5335
(Returned 2/21/17)
(Returned 3/17/17)

Weng Kay Poon
44 Choa Chu Kang Street 64 #09-
19
Singapore 689105

William Walther
WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

Wim Vandeputte
Oostveld Kouter 13
9920 Lovendegem
Flanders (Belgium)

Will McGirr
39 Bruton Place Winnipeg
Manitoba R2N 2V
Undeliverable

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Xiwen Wang
165 BAYSHORE DR.
BRECHIN Ontario L0K 1B0
Canada

William Courtright
146 Escolta Way
San Francisco, CA 94116-2940

Yazz Atlas, EntropyWorks Inc.
1429 E. Aloha St.
Seattle, WA 98112-3931

Yichun Catherine Liu
502 Rudbeckia PL
Gaithersburg, MD 20878-4050

William Smith
Fricourt, Grande Maison Road
Vale Guernsey HG1 3LH UK
Undeliverable

Youssef Raiss-Elfenni
6322 Dakine Circle
Springfield, VA 22150-1193

Zhao Fu
191 West Woodruff Ave
Columbus, OH 43210-1117

610927271.3

Wolfgang Riedel
Wilmersdorfer Str.3 D-14959
Trebbin Germ
Undeliverable

Zhichao Zhang
760 North Mary Ave
Sunnyvale, CA 94085-2908

Zhongwei Ni
4170 Main St
B3-182
Flushing, NY 11355-3823

Xunyu Yang
15223 Edgemoor St
San Leandro, CA 94579-1631

hani hajje
708 Clay St.
Ashland, OR 97520-1420

V A. Barbarosh
Katten Muchin Rosenman LLP
100 Spectrum Center Dr, Ste 1050
Irvine CA 92618-4977

Yipu Xue
229 Lady Nadia Drive Vaughan
Ontario L6A

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

Pete Morici
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
(Returned 10/31/16)

Zhichao Chen
3165 Russell St Apt 406 Windsor
Ontario

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693
Duplicate

Eduardo De Castro
340 11th Street
San Francisco, CA 94103
Undeliverable

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

Simon Barber
c/o Ori Katz
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4158
(Returned mail 12/3/2014)

Edwin E. Smith
Morgan, Lewis & Bockius LLP
399 Park Avenue
New York, NY 10022-4689
(Returned 3/15/2017)

Eduardo DeCastro
c/o Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 North Main Street, Suite 332
Walnut Creek, CA 94596

Ales Prikryl
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Alessandro Bottai
c/o Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Satish Ambarti
c/o Eric Benisek
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549-6833
Duplicate

Antoine Alary
c/o Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Aristeidis Dionisatos
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Bejamin Lindner
9035 Grayland Drive, Apt. E
Knoxville, TN 37923-4014
Undeliverable

Bernad Chengxi Siew
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Bit Coin LLC
James Braden
4010 Granada
El Sobrante, CA 94803-1708

Aleksandar Slavkov
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Bouckaert Tom
Henri Dunantlaan 20 box 502
9000 Gent
Belgium ( Europe)
Belgium, AK 1111-1112

Brian Dankowski
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

610927271.3

Andy Lo
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Ation, s.r.o.
Tallerova 4
811 02 Bratislava
Slovak Republic

~~Black Oak Computers~~
~~PO Box 19719~~
~~South Lake Tahoe, CA 96151-0719~~
(Returned 10/29/16)

Bruce James Boytler
1014 37 ST SE
APT.2
Auburn, WA 98002-8749

Christopher Goes
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Craig Burke
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

David R. Henson
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

F. Lambert
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Edgar Godoy
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Christopher Shaw
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~(Served via email rgallo@gallo-law.com)

David Govinder Hunt
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~(Served via email rgallo@gallo-law.com)

David Springer
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Derek Piper
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Erik Voorhees
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Frank Lachmann
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Alvaro Fraguas Jover
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Harmacolindor Informatikai Kft.
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Chaz Curtiss
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

City and County of San Francisco
Tax Collector
Bureau of Delinquent Revenue
P.O. Box 7027
San Francisco, CA 94120-7027

David Matheu
727 Roughbeard Rd
Winter Park, FL 32792-4518

~~Davide Cavion~~
~~Via Breganze~~
~~72 36036 Torrebelvicino~~
~~Vicenza, Italy~~
(Returned 12/9/16)

EarthRise Trust
William R. Gouger, Trustee
PO Box 610|
Littleton, CO 80160-0610

Evan L Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Garrett Griffin
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Gautam Desai
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Grigoriy "Greg" Yampolskiy
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

610927271.3

Evan Lawrence Skreen
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Acacia NPU dba Cater2.me
345 E 93rd St. 19H
New York, NY 10128-5521

Hamilton Hee
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

I-PMart Network USA Ltd
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

James Thomas
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Cameron Bond
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeffrey Bradian
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jess Martn Alonso
C/ Federico Carlos Sainz de Robles
N15
7 Madrid Spain

Jon Michaelson
Kilpatrick Townsend & Stockton
LLP
1080 Marsh Road
Menlo Park, CA 94025-1022

Intervid FZ LLC (Lance Dixon)
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jamshed Dadachanji
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Plowman
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeffrey Raymond Vongermeten
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joseph William Baker
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Justin Bronder
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Law Yui Kwan
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Luis Guerrero
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Matthew Michael McCormick
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Hypertechnologie Ciara Inc.
Monty Rider
9300 TransCanada Highway
Saint-laurent, Quebec
Canada H4S 1K5

Jack Dorr
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jarod Clark
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Thor Hall
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeremy Ray Jones
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joshua Dorman
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Kjetil Larsen
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Lee Ash
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Marcus Killion
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joshua Vidana
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Larry Han
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Matthew Ford Silvia
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Max Avroutski
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Mike Deming
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Osmany Barrinat
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Pawel Pilecki
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Sistemas Operativos Sanitarios C.A.
c/o Guido Ochoa
W Keith Fendrick, Esq. at Holland et al
100 North Tampa Street, Suite
Thomas Wingquist
3385 Larkspur Dr
Longmont, CO 80503-7524
(Returned 12/16/16)

Maximilian N. Fischer and Gerald R. Fischer
Jon Michaelson, Esq.
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025-1022

MimoCloud Computing UG
Konradstr. 14
Aachen, CA 00-00
Undeliverable

Osric Proctor Jr
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Peter Lukas Bradley
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Tanard Corporation (Kevin Michael Mahan)
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Tim John McGough
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Trevor Michael Watson
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Verne Paul Riley
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536-9365
Duplicate

Mattia Baldinger
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Michael David Mantle
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Nicholas Vincent Fusaro
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Otto Bubenicek
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Peter Myers
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Thanh Lanh Tran
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

Timothy G. Wong
195 Tenby Terrace
Danville, CA 94506-1273

Tudor Ovidiu Vaida
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

William Henry Smith
C/O Gallo LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901-3031
(Served via email rgallo@gallo-law.com)

610927271.3

Case: 14-30725   Doc# 545   Filed: 01/27/17   Entered: 01/27/17 16:53:40   Page 48 of
57
REQUEST FOR ENTRY OF ORDERS DISMISSING CERTAIN OMNIBUS CLAIM OBJECTIONS BY DEFAULT

Trent Nathan Park
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Venkat Balasubramani
Focal PLLC
900 First Ave, Suite 201
Seattle, WA 98134-1208
(Updated Address 3/7/17)

~~David Mathue~~
~~18044 Saxony Lane~~
~~Orlando, FL 32820~~
(Returned 3/7/17)
(Returned 3/16/17)

Kelly Meese
[email address not indicated on
Sched Amend. F]

~~Merkabahnk~~
~~19 Watchung Ave Loor 2~~
~~West Orange, NJ 07052~~
(Returned mail 5/14/15)

Joaquin Mellado Miranda
[email address not indicated on
Sched Amend. F]

Charles Mosner
28 Avenue des Chalets
1180 Bruzelles, Belgium

Albert Navarry
Calle Entenza num. 239 piso 4
puerta 2 08029 Barcelona
Barcelona Spain

Julian Noble
[email address not indicated on
Sched Amend. F]

~~Ainsley G. Moloney~~
~~Morgan Lewis & Bockius LLP~~
~~1 Federal St.~~
~~Boston, MA 02110~~
Duplicate

~~Robert G. Harris~~
~~Binder & Malter LLP~~
~~2775 Park Avenue~~
~~Santa Clara, CA 95050~~
Duplicate

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia

Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom

~~Warren Miller~~
~~57 Dongola Road, First Floor Flat~~
~~London N17 6EB~~
~~United Kingdom~~
(Returned 11/03/16)

Bo Molai
[email address not indicated on Sched Amend.
F]

Florian Mueller
[email address not indicated on Sched Amend.
F]

Alex Neth
[email address not indicated on Sched Amend.
F]

Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

~~Chief Tax Collection Section~~
~~Employment Development Section~~
~~P.O. Box 826203~~
~~Sacramento, CA 94230~~
Duplicate

~~San Francisco Court Appointed Special~~
~~Advocates~~
~~2535 Mission Street~~
~~San Francisco, CA 94110~~
(Removed per recipient's request 4/9/16)

Martin Medeiros
13 Sherbrooke
Gatineau, Quebec
J8Y 2K7
(Updated Address 3/15/17)

~~Amos Mengel~~
~~58 Raphael Rd~~
~~Winnellie Northern Territory~~
~~0820 Australia~~

Ahmed Minhaj
11410 Nagel St
Hamtramck, MI 48212

Jose Morales
[email address not indicated on Sched
Amend. F]

Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile

~~Jimson Ngo~~
~~Suite 1213, 3620 Kaneff Crescent~~
~~Mississauga, Ontario~~
~~L5A 3X1 Canada~~
(Returned 2/27/17)

Zhou, Wie
[email address not indicated on Sched
Amend. F]

- 45 -

Zifon, Toshiya
[email address not indicated on
Sched Amend. F]

Zizka, Andreas
Fasangartengasse 1 1130
Vienna, Austria

Zizka, Jochen
Fasangartengasse 1 1130
Vienna, Austria

Zheng, Chris
[email address not indicated on
Sched Amend. F]

~~Zepeda, Manuel~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455~~
(Returned mail 5/4/15)

Yotov, Tsvetomir
[email address not indicated on Sched
Amend. F]

Yap, Jet
[email address not indicated on
Sched Amend. F]

Xu, Zhengxian
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495
Guangdon

Wu, Gonbo
[email address not indicated on Sched
Amend. F]

Wrablewski, Ryszrd
Sportowa 17 55-003
Ratowice, Poland

Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603

~~Wiesman, Jazz~~
~~2031 SE 38th Ave~~
~~Portland, OR 97214~~
Undeliverable

~~Weinderg, Donald~~
~~4010 Oak Circle~~
~~Boca Raton, FL 33431~~
(Returned Mail 5/15/15)

Wang, Hamilton
No. 101, Songjiang Road, Floor 11
Taipei City Zhongshan District 104
Taiwan

~~Wang, George~~
~~1707-2008 Madison Ave.~~
~~Burnaby, British Columbia~~
~~V5C 6T5 Canada~~
Undeliverable

Wagner, Marcel
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel
Germany

Vykoukal, Ferdinand
Calle Alonso Heredia 6
Madrid, Spain 28028

Vorac, Oldrich
10 Gort a Lin John Street Dingle Kerry
Kerry, Republic of Ireland

Vermaat, L.J.
Kanaalweg 81 3041JE
Rotterdam, Netherlands

~~Vela, Allan~~
~~19 Rocks Rd~~
~~Redlynch Queensland 4870 Australia~~
(prefers notice via email)

Vasquez, Raul
[email address not indicated on Sched
Amend. F]

~~Van Vuuren, Henco Janse~~
~~71 Louis Both Ave Roodepoort~~
~~Gauten 1734 South Africa~~
(Returned 2/03/17)

Valcheva, Indra Koli
Weblink E-Commerce Limited
E-23, Lajpat Nagar 3, Second Floor
Delhi, Delhi 110024 India

Turygin, Ivan
[email address not indicated on Sched
Amend. F]

Tucker, Matt
2830 E College Ave
Unit 101
Boulder, CO 80303

Tooley, Marc
[email address not indicated on Sched Amend.
F]

Tipple, Peter
30 St Andrews Terrace Ashington
Northumberland NE63 DR United
Kingdom

- 46 -

Tilkin, Servaas
Bloemenplein 9 2200 Herentals
Belgium

Thomas, Bryce
330 Clareview Station Drive NW Unit 1420
Edmonton, Alberta
T5Y 0E6 Canada

Teo, Albert
Unit 17, 7730 6th Street
Burnaby, British Columbia
V3N 4S3 Canada

Teltarif.de
Falko Hansen-Hogrefe
Brauweg 40
37073 Gottingen, Germany

Ernst, Sven
Alte Weingartener Str. 1
76227 Karlsruhe Germany

Feler System Integration
Joerg Feler Buhrowstr 20a EORD
Nr DE832084235955060
12167 Berlin Germany

Endres, Alexander
An der Halde 18 87471
Durach Germany

~~Fetterly, Christopher~~
~~9603 78th Avenue NW~~
~~Edmonton, Alberta~~
~~T6C 0P2 Canada~~
(Returned 2/3/17)

Franko, Janez
[email address not indicated on Sched
Amend. F]

~~Jensy Fernandez~~
~~12 Diamond St, Apt 19~~
~~Lawrence, MA 01843-2049~~
Undeliverable

Galburt, Gamain Jean
3 Rue de la Belle Meuniere
28190 Saint-George-sur-Eure, France

Gallegos, Matt
[email address not indicated on Sched
Amend. F]

~~Froud, Dominic~~
~~The Workshop | Lodge Farm~~
~~The Heywood~~
~~Diss Norfolk, CA 00000-0000~~
(Returned 12/11/16)

Gladden, David
[email address not indicated on Sched Amend.
F]

Glocovs, Aleksandrs
119 Adelaide Grove
London W12 OJH United Kingdom

Gamborino, Joah
Carrer Esteve Dolsa N29
Andorra la Vella AD500
Andorra

Greinier, Michael
49 Pennsylvania Ct
Morton, IL 61550

Halley, Zach
Fieldstone Tramore Co.
Waterford, Ireland

Handler, Dan
[email address not indicated on
Sched Amend. F]

Harnett, Dane
18 Sallows Street
Alex Hills Queensland
4161 Australia

Harris, Peter
538 Birmingham Road
Bromsgrove, Worcester
England B61 0HT United Kingdom

Hazlehurst, Harry
22 Bewley Road Angmering
Littlehampton West Sussex
BN16 4JL United Kingdom

Henderson, Reginald
[email address not indicated on Sched Amend.
F]

Hennequin, Franck
42 Avenue De L'arche
Apartment 33
92400 Courbevoie France

Henriksen, Tore
Lystheia 18 4817
His Norway

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong

~~Huyang, Kevin~~
~~52 Albright Crescent~~
~~Richmond Hill, Ontario~~
~~L4E 4Z4 Canada~~
(Returned mail 5/15/15)

610927271.3

Huber, Beat
Badenerstrasse 881
8048 Altstetten Switzerland

Huckvale, Stephen
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom

Hui, Lin Cheng
[email address not indicated on Sched
Amend. F]

Ino, Yasuo
1-1-1-808 Minami-kasai Edogawa-
ku
Tokyo

Islamov, Timur
[email address not indicated on Sched Amend.
F]

Jacos, Peter
[email address not indicated on Sched
Amend. F]

~~James Lowry, LLC~~
~~400 E College, Ste. A~~
~~Roswell, NM 88201~~
(Returned 11/16/16)

Jang, Lewiss
[email address not indicated on Sched Amend.
F]

Janke, Larson
Unit 1 / 284 Barkers Road
Hawthorn Melbourne Victoria
3122 Australia

Jelle, Maes (BVBA)
Meerledorp 36/1
2328 Meerle
Belgium

~~JK Internet Solutions Partner~~
~~Sebastianstr, 2 47055 Duisburg~~
~~Germany~~
(Returned Mail 6/10/15)

Johnson, Darwin
[email address not indicated on Sched
Amend. F]

Juez, Alejandro Besada
Adolfo Perez Esquivel 3. ofi 11
28323
Las Rozas de Madrid
Madrid, Spain

Klien, Oliver
Zeller Str 17 73271 Holzmaden
Germany

~~Komissarov, Aleksandr~~
~~Fortunatovskaya St. 31/35 Apartment 67~~
~~Moscow 105187 Russia~~


Undeliverable

Kondrat'ev, Ivan
13 Parkovaya 16-2-8
MoscowMoscow 105077 Russia

Kovach, Kenneth
PO BOX 951
Golden, British Columbia
V0A1H0 Canada

Kozachenko, Igor
2124 Kittredge Street #108
Berkeley, CA 94704

Kravchik, Oren
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada

Laron, Etamar
[email address not indicated on Sched Amend.
F]

Le, Dat
22 Golden Gate Bay Winnipeg
Manitoba R3J

~~Lehming, Tim~~
~~Drossener Str. 63 13053 Berlin~~
~~Germany~~
Undeliverable

Lehrer, Mark
[email address not indicated on Sched Amend.
F]

Leong, Matthew
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia

Listener Approved, LLC
[email address not indicated on
Sched Amend. F]

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands

~~Malinen, Juri~~
~~Vaasankatu 14B D5 04410~~
~~Jyvaskyla, Finland~~
(Returned mail 5/4/15)

610927271.3

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

~~Michael Mathias~~
~~Waldhofer Str. 102~~
~~69123 Heidelberg Germany~~
(Returned 11/14/16)

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Montague, Paul
301 Anthony Rolfe Ave
Gungahlin
ACT 2912
Australia

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

~~Arberg, Lars~~
~~Skalbakken 17 2720~~
~~Vanlose, Denmark~~
(Returned Mail 6/15/15)

~~Armatys, Zbigniew~~
~~Interaktywny Powiat Tarnowski~~
~~Zbigniew A~~
(Returned mail 5/13/15)

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned mail 4/28/15)

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

~~Beckwith, Ted~~
~~Computer G~~
~~8218 Grimchester~~
~~Converse, TX 78109~~

Undeliverable

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

~~Benoit, Bergie~~
~~8 Rue Anatole France~~
~~92000 Nanterre France~~
Undeliverable

~~Biggin, Shawn~~
~~13370 140 Street NW~~
~~Edmonton, Alberta, Canada T5L 2E3~~
Undeliverable

Castro, Damian
1 Clive House Union Grove SW8 2RA
United Kingdom

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

~~Carroll, James~~
~~1505 Westheimer Road~~
~~Houston, TX 77006~~
(Returned 2/1/17)

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay
Hong Kong Island
Hong Kong

~~Carver, Dain~~
~~240 Maritime Ave~~
~~White Plains, NY 10601~~
(Returned 11/07/16)

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

- 49 -

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Chan, Jeremy
28A Jalan Medan Ipoh 9 Bander Baru
Medan
Ipoh Ipoh 31400 Malaysia

Day, Jonathan
8 Mahara Apartments, Upper Kings Cliff
St. Helier, Jersey JE23GP

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southhampton Hampshire
SO18 1JB United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

~~Ramos, Dominic~~
~~Weizackerstrasse 17~~
~~8405 Winterhur, Switzerland~~
(Returned 4/10/17)
(Returned 3/21/17)

Pushkin, Sergey
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
JOR 1R5 Canada

Santos, Michel
7620 Old Georgetown Rd, Apt 723
Bethesda, MD 20814

~~Timo Schildknecht~~
~~APDO 10034 Can Ramell~~
~~07819 Jesus, Ibiza Baleares~~
~~Spain~~
(Returned 3/7/17)

~~Samios, Nicholas~~
~~3 /1 4 Ogilvie Road Unit~~
~~Mount Pleasant Western Australia~~
(Returned 12/12/16)

~~Sattler, Detlef~~
~~Austr. 18 53604 Bad Honnef~~
~~Germany~~
(Returned 12/12/16)

Starr, Daniel
d o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia

Schicker, Florian
Fernkorngasse 10/3/501
1100 Vienna, Austria

~~Sorenson, Marcus~~
~~4960 Shadow Wood Dr~~
~~Lehi, UT 84043~~
(Returned 2/21/17)

Schwarz, Viktor
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland

Sim, Sylvia
l-P Mart Network Adn Bhd Lot
2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching
Sarawak
93150

Simpson, Craig
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom

Stoychev, Ivo
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria

~~Tanaka, Hideyuki~~
~~Koishikawa 1-2-5, Forecity~~
~~Korakuen 1002~~
~~Bungkyo-Ku, Tokyo-to 112-0002,~~
~~Japan~~
(Returned 10/15/16)

Suter, Heinz
Rickenbachstrasse 104 6430
Schwyz, Switzerland

~~John Skrodenis~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
Undeliverable

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

Tim Wong
195 Tenby Terrace

Danville, CA 94506

Edward DeCastro
340 11th Street
San Francisco, CA 94103
Undeliverable
(Returned 3/13/2017)

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

Monica Hushen
62 Esparito Place
Fremont, CA 94539

Jose Santos
35 Wycliffe Road Bourmermouth
Dorset
BH9 1JS United Kingdom
Undeliverable

Irwin Ahmad
44 Jalan Hillview Utama
Off Jalan Ulu Klang,
Malaysia
Ampang, KS 68000

HashFast LLC
100 Bush Street #650
San Francisco, CA 94104-3932
(Returned mail 11/17/2014)

Nationstar Mortgage LLC
Pite Duncan, LLP
c/o Gregory P. Campbell
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921
(Returned Mail 5/27/15)

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Alexey Minchenkov
Asafeva St 2-1-60, St Petersburg, Russia
St Petersburg, AK 194-356

American InfoSource LP as agent
for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aaron Collins
21851 Schieffer rd
Colton, OR 97017-9400

Cypher Enterprises, LLC
Attn: Robert Bogdanowicz III
Deans and Lyons LLP
325 N. Saint Paul St., #1500
Dallas, TX 75201-3891
Duplicate

DXCorr Design Inc.
121 West Washington Ave.
Suite 212
Sunnyvale, CA 94086-1101
(Duplicate from 14-30725)

Brian C Connelly
22601 Asheville Highway
Landrum, SC 29356-9633

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618
(Duplicate from 14-30725)

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

UBE Enterprises
7425 CREEK RD.
SANDY, UT 84093-6152

Paul Dolak
P.O. Box 590276
San Francisco, CA 94159-0276
Duplicate

Nathan Wallace
3836 Tamarisk Court
South Jordan, UT 84095-4181

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432

Thomas Schortmann
3 Village Green N
STE 448
Plymouth, MA 02360-8803

~~Peter Morici~~
~~1430 Patapsco St.~~
~~Baltimore, MD 21230-4523~~
Duplicate

~~Pete Morici~~
~~800 Fifth Avenue, Suite 4100~~
~~Seattle, wa 98104-3100~~
(Returned Mail 9/19/2014)

~~Venkat Balasubramani~~
~~Focal PLLC~~
~~800 Fifth Avenue, Suite 4100~~
~~Seattle, WA 98104-3100~~
(Returned 3/20/17)

~~TimeFire, Inc.~~
~~Eric W. Benisek, Esq.~~
~~Vasquez Benisek & Lindgren~~
~~3685 Mt Diablo Blvd #300~~
~~Lafayette, CA 94549-6833~~
Duplicate

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

~~Jessica M. Mickelsen~~
~~Katten Muchin Rosenman LLP~~
~~2029 Century Park E 26th Fl.~~
~~Los Angeles, CA 90067-3012~~
Duplicate

Zhongwei Ni
41-70 Main St B3-182
Flushing, NY 11355-3823

~~Grant Pederson~~
~~12538 Botanical Ln~~
~~Frisco, TX 75035-0433~~
(Duplicate from 14-30725)

Accountemps of Robert Half
Attn: Karen Lima
P.O. Box 5024
San Ramon, CA 94583-5024

~~Franchise Tax Board~~
~~Bankruptcy Section MS-A340~~
~~PO Box 2952~~
~~Sacramento, CA 95812-2952~~
(Duplicate from 14-30725)

~~Monsoon Company, Inc.~~
~~1714 Franklin St. #100-142~~
~~Oakland, CA 94612-3488~~
(Duplicate from 14-30725)

~~Jetmir Celaj~~
~~1740 Mulford Ave. 7G~~
~~Bronx, NY 10461-4321~~
(Duplicate from 14-30725)

~~Kevin Krieger~~
~~4230 Northwest Point Dr.~~
~~House Springs, MO 63051-4302~~
(Duplicate from 14-30725)

~~Rajpreet Ahluwalia~~
~~20338 102nd Ave SE~~
~~Kent, WA 98031-5500~~
(Duplicate from 14-30725)

Paul Erickson
1835 Winnebago St.
Unit 311
Madison, WI 53704-5565
(Updated address 2/1/17)

Perkins Coie LLP
Douglas R. Pahl
1120 NW Couch St., 10th Fl.
Portland, OR 97209-4128

Davide Cavion
c/o Nancy Weng Trinh Law
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

Hindley & Hender/son
/Law Office of R. Hindley
718 Orchard Street
Santa Rosa, CA 95404-3739

U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl. (94102)
Mail Box 36099
San Francisco, CA 91402-3428

~~Luecke, Christian~~
~~FM Parker Brady Rembradtweg 378~~
~~1181 HC Amstelveen Netherlands~~
(Returned 10/19/16)

~~Sylvia Sim~~
~~Pmart Network Sdn Bhd Lot 2975,~~
~~Plot 6~~
(Returned 10/26/16)

~~Stephen Huckvale~~
~~55 Thorbury Rd~~
~~Walsall West Midlands~~
(Returned 10/31/16)

~~Ryszard Wroblewski~~
~~PO Box 7912~~
~~Wilmington, DE 19803-0912~~
(Returned 10/31/16)

~~Craig Barbarosh~~
~~Katten Muchin Rosenman LLP~~
~~650 Town Center Dr., #700~~
~~Costa Mesa, CA 92626-7122~~
(Returned 11/05/16)

~~Glenn Hendrick, Bitminer~~
~~Bitminer 128 223 Pameto Rd~~
~~Nokomis, Fl 34275-3917~~
(Returned 11/07/16)

~~Peter Tipple~~
~~30 St. Andrews Terrace Ashington~~
~~Northumb~~
(Returned 12/1/16)

610927271.3

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626-1989
Duplicate

Hans Hess Elevation Franchise Ventures
44100 N Fairfax Dr., 730
Arlington, VA 22203-1657
(Returned 1/24/17)

Max Avroutski
2223 Bath Ave
Brooklyn, NY 11214-5603
(Returned 1/30/17)

610927271.3