Jose Anguiano II
620 Cathy Ct
Escondido, CA 92026-3116

Jun Ding
2231 167th Pl NE
Bellevue, WA 98008-2454

Justin Belfield, AGNQ Tech LLC
7597 Simms Landing Road
Port Tobacco, MD 20677-3100

Joseph Farag, Trinity Bitcoin
Investment
12810 Terabella Way
Fort Myers, FL 33912-0913

Justin Grevich
3348 Via Alicante
La Jolla, CA 92037-2745
Undeliverable

Justin Hall
4261 E Stonebridge Dr
Meridian, ID 83642-8922

Joshua Rising
249 Wimer St Apt 16
Ashland, OR 97520-1689

KH Joo
SilverBlue Inc.
11693 Seven Springs Drive
Cupertino, CA 95014-5128
(Returned 12/7/16)

Kai Fuck
Hummerich 11 53859
Niederkassel Germany

Julio Perez
Diana Syke 21758 SE 259th St
Maple Valley, WA 98038-7568

Kang Lu
5753 Hwy 85 North #2442
Crestview, FL 32536
Duplicate

Karen Miller
c/o Eberhart Accounting Services, P.C.
496 W. Boughton Road
Bolingbrook, IL 60440-1890

Justin Bronder
Cardinal Optimization
633 Villa Centre Way
San Jose, CA 95128-5138

Kate Craig-Wood, Wood Technology LLP
25 Frederick Sanger Road, Guildford
Surrey GU6 8TB United Kingdom
(Returned mail 11/17/2014)

Kathleen Shy
1137 Meadowlark Drive
Fairfield, CA 94533-2518

JWC Consulting
Attn: Jerry Whatley
192 Fuller Road
Chehalis, WA 98532-9108

Keith Hostetler
3428 Corby Blvd
South Bend, IN 46615-3315

Ken Mueller
Public Service Insurance Company 1
Park
New York, NY 10016-5802

Kaloopy Media
Attn: Kurt Heim, President
2510 Main St.
Santa Monica, CA 90405-3535
(Returned Mail 8/20/2014)

Kevin Fu Hong Yee
#2918   608 9th St SW
Calgary, Alberta
T2P 2B3, Canada
(Returned 2/13/17)

Kevin Krieger
4230 Northwest Point Dt
House Springs, MO 63051-4302

Kat Walsh
Gregory Maxwell 650 Castro St.
ste. 120-293
Mountain View, CA 94041

Koi Systems Ltd
1191 Center Point Drive #A
Attention:  Brian Edgeworth
Henderson, NV 89074-7891
Duplicate

Koi Systems Ltd.
1191 Centerpoint Drive, Suite A
Henderson, NV 89074-7891
Duplicate

Kayvon Pirestani
220 South Pond Road
Hockessin, DE 19707-2326

Kris Howery
4104 Congress Dr
Midland, MI 48642-3908

Kyle Berger
3179 Cortese Circle
San Jose, CA 95127-5503

Kevin Delporte
briekhoekstraat 32 8940 wervik
Belgium

~~Lance Dixon~~
~~Intervid FZ LLC~~
~~Suite 128, Building 2~~
~~Dubai Internet City, Dubai, UAE~~
(Returned Mail 7/3/2014)

Larry Han
970 NW 198th PL
Shoreline, WA 98177-2663

~~Kevin Mahan, Tanard Corporation~~
~~9101 W. Sahara Ave.~~
~~Suite 105 K-6~~
~~Las Vegas, NV 89117-5772~~
Undeliverable

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

Le Van Hanh
V Spa & Nails
159 Cypresswood Dr
Spring, TX 77388-6038

Kostyantyn Snisarenko
1476 La Playa Ave
Unit A
San Diego, CA 92109-6322

Lautaro Cline
8327 Aster Ave Oakland
CA 94605-4101

Linear Technology Corporation
1630 McCarthy Blvd
Milpitas, CA 95035-7487

~~Kyle Sidles, Kaysid, LLC~~
~~4000 Dow Road~~
~~Unit 10~~
~~Melbourne, FL 32934-9276~~
(Returned mail 11/17/2014)

Lee Schwuchow , Monkey Business
2740 N. Andrews Ave
Wilton Manors, FL 33311-2512

~~LookSmart, Ltd.~~
~~c/o Nancy Weng/Trinh Law Firm~~
~~99 N. 1st St., Suite 200~~
~~San Jose, CA 95113-1203~~
(Returned mail 1/29/15)

Lauren Coe
3303 226th Pl SW
Brier, WA 98036-8049

Lonnie J. Hansen
205 Duncan St, #6
Ashland, VA 23005-1941

~~Lukas Bradley~~
~~3777 N. Clemons St.~~
~~Unit F~~
~~East Wenatchee, WA 98802-9369~~
(Returned 3/22/17)
(Returned 5/15/17)

Lee Ash
304 189th PL SW
Bothell, WA 98012-6236

Lotfi Bemmira
1852 E Sesame St
Tempe, AZ 85283-2213

~~Luke Dashjr~~
~~17318 Sweetwater Rd~~
~~Dade City, FL 33523-6246~~
Duplicate

~~Liquidbits Corporation~~
~~20201 E. Country Club Drive,~~
~~#1502~~
~~Aventura, FL 33180-3282~~
(Returned 2/13/17)

Luke Baum
PO Box 101
Pleasant Unity, PA 15676-0101

~~Madalin Ionascu~~
~~51 Goldhill Plaza #12-11 Singapore~~
(Returned 12/12/16)
(Returned 3/2/17)

LookSmart,Ltd.
C/O Trinh Law Firm
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

LyLy Moc
14 Hamilton St
Toronto Ontario M4M 2C5 Canada

Manuel Rojas
1121 Torrance Blvd
Torrance, CA 90502-1613

Lukas Zingg
Breitestrasse 1 4132 Muttenz
Switzerland

~~Manu Kaushish, Nirvana Digital, Inc.~~
~~3632 Whitworth Drive~~
~~Dublin, CA 94568-4562~~
(Returned 2/8/17)

~~Marcus Killion~~
~~1000 W Garden Ct~~
~~Wichita, KS 67217-4515~~
Undeliverable

- 25 -

Luke Wen
4370 Blossom Hill Trl
Ann Arbor, MI 48108-4302

~~Marcelino Bellosta~~
~~1600 Ponce de Leon Blvd. FL 10~~
~~Suite 1001~~
~~Coral Gables, FL 33134-3988~~
Undeliverable

~~Marion Keyes, Riverstone LLC~~
~~189 Eagle Drive~~
~~Golden, CO 80403-7775~~
(Returned 10/31/16)

Maia Haltiner
1545 Dawson Ave
Dorval Quebec H9S 1Y5 Canada

~~Mardi Jackson F8 Mobile Inc.~~
~~50 Sunset Way~~
~~Sausalito, CA 94965-9741~~
(Returned mail 3/18/15)

Mark Pescatrice, Matrice Consulting
LLC
6 Shenandoah Drive
Newark, DE 19711-3700

~~Manuel Zepeda~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455-1004~~
(Returned mail 8/1/14)

~~Mark Hancock~~
~~512 Grant Terrace~~
~~Taft, CA 93268-4434~~
(Returned 1/23/17)

~~Mark Sullivan, Cyclotronics~~
~~6430 FM 1960 #321~~
~~Houston, TX 77069-3902~~
(Returned mail 8/13/14)

Marcus Sorensen
2397 Romano Cir
Pleasanton, CA 94566

~~Mark Roy~~
~~21745 Duck Creek Square~~
~~Ashburn, VA 20148-4411~~
Undeliverable

Martin Rinab
51-30 Browvale Lane
Little Neck, NY 11362-1317

Mark Fiorentino
900 Lake Elbert Drive SE
Winter Haven, FL 33880-3137

~~Mark von Germeten~~
~~20792 SW Nettle Pl~~
~~Sherwood, OR 97140-8844~~
Undeliverable

Matt Richards
3253 S E Ct.
Springfield, OR 97478-6348

Mark Pescatrice-- Hot Sun LLC
6 Shenandoah Drive
Newark, DE 19711-3700

Matt Gibson
Allure Marine Limited
2/69 Hinemoa Street
Birkenhead Auckland 0626
New Zealand

Matthew Hagan
17 Prospect Heights
Carrickfergus
BT388QY
County Antrim, United Kingdom

Mark Williams, Off Road
Unlimited
1712 Historic Hwy 441
Clarkesville, GA 30523

Matthew Dahlke
950 Snipes Pump Road
Sunnyside, WA 98944-9716

Matthieu Billaud
testory 31310 Montesquieu
Volvestre France

Martin Safranek
Linecka 351 38241 Kaplice Czech
Republic

Matthew Silvia
30 Oak St
Cohasset, MA 02025-2213

~~Max Fischer~~
~~1168 S Barrington Ave., Apt 507~~
~~Los Angeles, CA 90049-6466~~
(Returned 2/24/17) (Returned 3/15/17)

~~Matt Tucker~~
~~2830 E College Ave~~
~~Unit 101~~
~~Boulder, CO 80303-1974~~
(Returned mail 11/17/2014)

Max Avroutski
172 Bay 31st St., #10
Brooklyn, NY 11214-5640

McNamara Financial
980 N Michigan
#1400
Chicago, IL 60611-7500

610953354.3

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT

~~Matthew McCormick~~
~~33 Hollandale Ln~~
~~Apt A~~
~~Clifton Park, NY 12065-5228~~
Undeliverable

~~Maximin Parotte~~
~~Dorpsstraat 112 A 3927BG~~
~~Renswoude Netherlands~~
(Returned mail 11/17/2014)

Michael Damm
147 Mclellan Avenue
San Mateo, CA 94403-2827
(Updated Address 3/7/17)

Mattia Baldinger
Zunzgerstrasse 24 4450
Sissach Switzerland

Michael Burke
1500 Tauromee Ave
Kansas City, KS 66102

Michael Giovinco
61 Sterling St
Somerville, MA 02144-1116

Maximilian Baringer
August-Bebel Platz 4 99423
Weimar Germany

Michael Gao
c/o Hongqui Yang
105 Tamalpais Pt.
Chapel Hill, NC 27514-1453

Michael Lord
10022 Winding Ridge Dr.
Shreveport, LA 71106-7684

~~Mediabistro.com, Inc.~~
~~50 Washington Street~~
~~Suite 902~~
~~Norwalk, CT 06854-2792~~
(Returned 11/09/16)

Michael Gruat
Silberburgstrasse 29
Albstadt, Germany, AK 72458

Michael Shannon
3273 Avenida Anacapa
Carlsbad, CA 92009-9301

Michael Desotell
7101 S County Road 750 W
Knightstown, IN 46148-9053

~~Michael Pryor~~
~~5 Windy Ridge Rd~~
~~Hudson, WY 82515~~
(Returned 3/10/2017)

Mike Deming
1458 Monroe Ave
Rochester, NY 14618-1008

Michael Greiner
49 Pennsylvania Ct
Morton, IL 61550-1795

Mike Damm
140 South Van Ness Avenue
Unit 807
San Francisco, CA 94103-2586

Mr Piotr Kwiecien
80 Delancey Street
Flat B, Ground Floor
NW1 7SA, London, CA 00-00

Michael McGurgan
2913 Coach Ct
Norman, OK 73071-5505

Monsoon Company, Inc.
1714 Franklin Street
#100-142
Oakland, CA 94612-3488

Myron Davis
333 Willoughby Ave
ETS / 5th Floor
Juneau, AK 99801-1770

Michel Santos
7620 Old Georgetown Rd
Apt 723
Bethesda, MD 20814-6158

Murat Konal
Putselaan 102 3074 JE
Rotterdam, Netherlands

Nathan Ruble
1223 Stockton Street
Indianapolis, IN 46260-2826

Miratek
706 Michael Street
Milpitas, CA 95035-4771

~~Nathan Ross~~
~~Exel 85-D Liberty Commons Rd~~
~~Columbus, OH 43235-1568~~
Undeliverable

Nathen Lam
9569 Crystal Water Way
Elk Grove, CA 95624-4058

Mohammad Zahid Faruqi
Ruthnergasse 42/Tuer 9
1210 Wien, Austria
Undeliverable

Nathaniel McCray
3723 Saddle Horn Tr
Ogden, KS 66517-4000
(Returned 10/30/16)

Nicholas Fusaro
35 Kohlanaris Dr
Poughkeepsie, NY 12601-1632

Nathan Ho
2201 Stratford Dr
Round Rock, TX 78664-7340

Nenko Garchev
4001 Lyman Dr
Philadelphia, PA 19114-2107
(Returned 1/26/17)

Nir Nahum
Mashabim 19 Hod-Hasharon 4520122
Israel

Nathan Wallace
3836 W. Tamarisk Ct.
South Jordan, UT 84095-4181

Nik Arghavan
25 Bishop Tutu Blvd 713
Toronto Ontario M5V 2T9 Canada
Undeliverable

Novia Reid
453 Albany Ave Apt A1
Hartford, CT 06120-2505

Neil Schemenauer
727 9th St Humboldt
Saskatchewan S0K 2A0 Canada
(Returned 11/7/16)

Nolan Shadbolt / Win It Gaming Ltd
No. 2 The Leys
Lyneham
Chipping Norton
Oxon    OX7 6QH
Undeliverable

Oleksandr V. Buzko
5824 Oak Bend Lane #101
Oak Park, CA 91377-5662
Duplicate

Nick Simmons
6613 Goosander Ct.
Frederick, MD 21703-9536

Osric Proctor Jr
202 Garland Ave.
Sandston, VA 23150-1616

PHILLIP MARASHIAN
812 Saratoga Ave
Apt. Q-211
San Jose, CA 95129-2567

Nirvana Digital Inc.
3632 Whitworth Drive
Dublin, CA 94568-4562
(Returned 11/16/16)

Pascal Martin
181 De la Grande-Coulee
Orford Quebec J1X 6Z6
Canada

Patricio Grez
7339 NW 54th St
Ste 252416
Miami, FL 33195-4875

Novtech, Inc.
7401 Wiles Road
Suite 229
Pompano Beach, FL 33067-2036

Patrick Sadowski
146 Dawlish Ave Aurora
Ontario L4G 6R2 C

Paul Croscup
1453 Bath Road
Kingston, Ontario
k7m4x2

Oliver Klein
Zeller Str 17 73271 Holzmaden
Germany
Undeliverable

Paul Montague
4/84 Kings Canyon Street
Harrison
ACT 2914
Australia(Prefers email)

Paul Roeder
10315 Raritan Dr
Houston, TX 77043-2935

Package Science Services LLC
3287 Kifer Road
Santa Clara, CA 95051-0826

Perkins Coie
131 S. Dearborn St. #1700
Chicago, IL 60603-5559

Pete Gorman
52 Doctors Point Road Waitati 9085
New Zealand
(Returned Mail 8/13/2014)

Patrick Huizinga
Anjerstraat 50 3333GD
Zwijndrecht Netherlands
(Undeliverable)

Peter Hornyak
Nyiregyhaza 48 Ibolya street 4400 Hungary

Peter Kamstra
De Goorns 15 7824RG Emmen
Netherlands

Paul Erickson
2925 Union St
Madison, WI 53704-5138
Undeliverable

Peter Myers
6320 North 16th Street
Apt 34
Phoenix, AZ 85016-1521

Peter Smallwood
Peter Smallwood 189 Woodcroft Drive
New South  Wales 2767
Australia

Paula Jean Galburt
26158 Stillwater Circle
Punta Gorda, FL 33955-4729

Petr Dvorak
Komenskeho 37
Boskovice, 68001
Czech Republic

Phat Tran
10506 Chambers Drive
Tampa, FL 33626-2619
(Updated  2/1/17)

Peter Hendrickson
773 East El Camino Real, #142
Sunnyvale, CA 94087-2919

Phuc Nguyen
Van Nguyen 895 Broadway
Floor 3
New York, NY 10003
Undeliverable

Price Givens, 404 LLC
61875 Broken Top Dr #27
Bend, OR 97702-1182

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523
 Duplicate

Qhengxian Xu
China 511495 Guangdong
guangzho
Undeliverable

Public Service Insurance Company
One Park Avenue
New York, NY 10016-5807

Peter Symons
149C Shirehampton Road Sea
Mills
Bristol BS9 2EE United Kingdom

Proven Tolerance Specialist
570 Suite C Marine View Avenue
Belmont, CA 94002-2574

Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031-5500

Phil Blancett
P.O. Box 19719 South
Lake Tahoe, CA 96151-0719
Undeliverable

Rafez Noorullah
Gazelle Informatics Ltd
Hadia House, 2b Lincoln Street
Kingsthorpe, Northhampton, UK NN2 6NR

Randy Jones
Kinetica Technology Solutions
403 Da Vinci Ln
Wylie, TX 75098-8469
Undeliverable

Process General
5915 Edmond St. #102
Las Vegas, NV 89118-286
(Returned 11/14/16)

Randall Elliott
202 Jefferson Street
Martinsbug, WV 25401-1606

Raymond Steiner
Gespermoosstrasse 4 2540
Grenchen Switze
(Returned 11/21/16)
(Returned 4/17/17)

Qingshou Pei
1112 Gossamer Dr
Pickering Ontario L1X 2
Canada

Raymond Floyd Floyd Company
191 E. Main Street
Tustin, CA 92780-4406

Devito Reno
4882 Nardini Ave
Las Vegas, NV 89141-3823
(Updated Address  2/1/17)

Case: 14-30725   Doc# 54   Filed: 07/27/17   Entered: 07/27/17 16:26:30   Page 6
of 24
610953354.3

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT

Ralph Crowder
6843 Kenilworth Ave.
El Cerrito, CA 94530-1841

Reinoud Vaandrager
255 South Rengstorff Avenue
Apt 179
Mountain View, CA 94040-1764

Rick Windham
166 State Street
#8
Brooklyn, NY 11201-5612

Ray Calderon
170 Quinlan Ave
Staten Island, NY 10314-5110

Richard Chang
1253 Buck Jones Rd
Raleigh, NC 27606-3326

Robert Cacioppo
1 Fresh Spring Cove Somers Point
Somers Point, NJ 08244

Regan Reckman
5801 Ridge Avenue
Apt 1
Cincinnati, OH 45213
(Updated 3/7/17)

Robert Alkire Consulting
1081 Neptune Lane
La Grande, WA 98348
(Returned 11/03/16)

Robert Kulys
1905 Evergreen Terrance Drive E
Apt 4
Carbondale, IL 62901-3904
Undeliverable

Ric Rooney, Sun Spot
4310 Austin Bluffs Parkway
Colorado Springs, CO 80918-2932

Robert Edwards Awesome Possum LLC
7341 W Cypresshead Drive
Parkland, FL 33067-2313
(Returned 11/14/16)

Roberto Bayona
Esfinge 53 2B 28022 Madrid
Madrid Spain
Undeliverable

Robert Alan Richardson
1713 Nordic Hill Cir.
Silver Spring, ME 20906-5950

Robert Worrall
31 Troon terrace
Annandale, NJ 08801-1603
(Returned 5/19/17)

Rodney Batchelor
217 E 25th st
Tacoma, WA 98421-1106
(Returned 12/8/16)

Robert Ditthardt
Olivine Labs LLC
32-22 37th Street, #1
Astoria, NY 11103-4004
(ReturnPaied 10/28/16)

Robin van der Linden
mimoCloud Computing UG
Rudolf strasse 65 52070 Aachen Germany

Ronny Hellmann
Hickenweg 32 35708 Haiger Germany
Undeliverable

Robert Mudryk
29118 Weybridge Drive
Westlake, OH 44145-6744

Roland Payu Harris
110 Denver ST
Apt # 201
Rapid City, SD 57701-1175
(Returned 1/17/17)

Ryan Gatchalian
2786 West Trojan Place
Anaheim, CA 92804-2030

Robin van der Linden
mimoCloud Computing  UG
Rudolfstrasse 65 52070 Aachen
Germany

Ryan Casey
904 NE 157th Ave
Portland, OR 97230-5462

Sam Ha
591 Ferrero Ln
La Puente, CA 91744-4961

Rodrigo Hernandez
118 Kipling Ave
Springfield, NJ 07081-3216

Saint Clair Newbern IV
c/o Kelly Hart &  Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Sandgate Technologies
595 Fellowship Road
Chester Springs, PA 19425-3618

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIMS OBJECTION BY DEFAULT

610953354.3

Russell Petersen
4260 Comanche Dr
Carrollton, TX 75010-3300

Samuel Koh Innerspin
3250 Wilshire Blvd.
#2150
Los Angeles, CA 90010-1614

Saul Jose Maldonado Rodriguez, Global
AP
14500 SW 160 Terr
Miami, FL 33177-1708

Ryan Stonn
Nidarosgatan 7 bv 16434
stockholm Sweden

Sascha Appel
Eigerweg 11 4852 Rothrist Switzerland

~~Scott Gray~~
~~612 W. 10th St.~~
~~Juneau, AK 99801-1820~~
(Served by email per party's request)

Sam Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

~~Sean Taffler~~
~~40 Quartz Way~~
~~San Francisco, CA 94131-1636~~
Undeliverable

Sean Walsh Bertram Capital
800 Concar Drive
Suite 100
San Mateo, CA 94402-7045

Santiago Marin
1601 NW 82 Avenue
Flybox #6834
Miami, FL 33126-1017

Selim Soler
2103 SW Danforth Cir
Palm City, FL 34990-7706

Sergiy Sudakov
108 Business Center Dr
Reisterstown, MD 21136-1229

Scott Cameron
1332 Rue des Cypres Pincourt
Quebec J7W

Shamus Robinson
5878 Valley Rd
Alanson, MI 49706

Shanghai Chooyu Chemical Company
Ltd.
1107 Liberty Square Road
Boxborough, MA 01719-1113

Scott Randall
Advanced Legal Systems Inc.
840 S Rancho Dr, Ste 4313
Las Vegas, NV 89106-3837

Shaun Kelly
52 Cross Street Warrimoo
NSW, Australia 2774

Sierra Proto Express
1108 W Evelyn Ave
Sunnyvale, CA 94086-5742

Sean Wang
910 Lenora
#S802
Seattle, WA 98121-2754

Sierra Circuits, Inc.
1108 West Evelyn Avenue
Sunnyvale, CA 94086-5745

Sinisa Devcic
Antilopespoor 504 3605VS Maarssen
Netherland

Seth Duppstadt
2109 Broadway 1379
New York, NY 10023-2149

Shi Lei
BLK 62 Teban Gardens Rd
#16-627
Singapore 600062

Stacy Robinson
3876 Muirwood Lane
Roseville, CA 95747-9795

Shaun Andrew Biggin
1208 6 Street N
Lethbridge, AB
T1H1Y5
Updated address per 2/9/16 email)

Simon Twigg
Cartrader Mail 11
Ardleigh Green Road
Hornchurch Essex RM11 2JY UK

~~Stehr Music Productions~~
~~De Dreef 173~~
~~2542ND Den Haag~~
~~Holland~~
(Returned 2/10/17)

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT
610953354.3

Shi Lei
1000 Lakes Drive, Suite 430
West Covina, CA 91790-2928
Undeliverable

Sonic Manufacturing Technologies
P.O. Box 225
Santa Clara, CA 95052-0225

Stephen Bywater
22 Orr Hatch Dr
Cornwall, NY 12518-1728

Simon Barber
c/o Sheppard, Mullin, Richter et al
Attn: Ori Katz
4 Embarcadero Ctr., 17th flr.
San Francisco, CA 94111-4158
Undeliverable

Stephan van der Feest
Accordeonlaan 42 3438GD Nieuwegein
Netherlands
(Returned 1/31/17)

Steve Govoni
938 Moosehead Trail
Jackson, ME 04921-3009

Sistemas Operativos Sanitarios ca
Calle 35 entre Av. 2 y #2-34
Attn: Guido Ochoa
Merida, Venezuela 5101
Duplicate

Stephen Witty
3019 Jade Drive
Harrison, AR 72601-1865

Stolowitz Ford Cowger LLP
1211 SW 5th Ave
Suite 1900
Portland, OR 97204-3719
(Returned 1/20/17)

Stephen Hamner
51 Gladys St.
San Francisco, CA 94110-5427

Steven Cacchione, Acute Air Conditioning
75 Medway rd Cragieburn
Victoria 3064 Au

Sungkyun Lee
45530 Market way 311 Chilliwack
British
Undeliverable

Steve Manos
226 Center St.
Suite A-7
Jupiter, FL 33458-4365

Stuart Murray
75 Westover Road
Downley, High Wycombe HP13 5th
ENGLAND

Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Strategic Counsel Corp
c/o Adam T. Ettinger
Sheppard Mullin Richter &
Hampton LLP
1901 Ave of the Stars, #1600
Los Angeles, CA 90067-6055

Sven Clauw
Parnassialaan 6 8660 De Panne Belgium

Terri Avery
91 Bradley Street Guyra
New South Wales

Suresh Chandra
101 Bellgrove Drive 3A
Mahwah, NJ 07430-2263
Undeliverable

Tara Beck
3101 South Roosevelt
St Boise, ID 83705-4752

Thang Nguyen
21 Millplace Ct
Irmo, SC 29063-7768

Syvert Holbek Feed
Kvernhusbakken 6 4900
Tvedestrand Norway

Thadius Bolton
6640 Ditmars St
Las Vegas, NV 89166-8028
Undeliverable

Thomas Scortmann
3 Village Green N
Ste 448
Plymouth, MA 02360-8803

Terry Sine
1154 N Pine St
Canby, OR 97013-3249

Thierry Beauchesne
4520 Quarterhorse Ct
Antioch, CA 94531-9317

Tim Lehming
Drossener Str. 63 13053 Berlin Germany
(Returned 1/4/17)

Theron Rodriguez Bitlab LLC
6302 Settlement Dr.
Arlington, TX 76001-7617

Tie Hu, Targetalk Inc.
28 Empress Ave. 516 North York Ontario M

~~TimeFire, Inc.~~
~~Eric W. Benisek, Esq.~~
~~Vasquez Benisek & Lindgren~~
~~3685 Mt Diablo Blvd #300~~
~~Lafayette, CA 94549-6833~~
Duplicate

~~Thomas Stiegler~~
~~23 Stewart Drive Werribee~~
~~Victoria 3030~~
Undeliverable

Tim Oster
3068 Evergreen Rd
Pittsburgh, PA 15237-2725

Tin Yan Kwok
9642 Callita Street
Acradia, CA 91007-7803

Tim McGough
2412 Pinehurst Ln
Mesquite, TX 75150-1129

~~Timothy Lam~~
~~6156 Temple City Blvd.~~
~~Temple City, CA 91780-1747~~
Duplicate

Tobias Neumann
Buchenweg 30 90556 Seukendorf
Germany

Timothy Cyrus
630 Oldfield Dr SE
Byron Center, MI 49315-8114

Tobias Bucher
Chnuebraechi 7 8197 Rafz Switzerland

Tom Bouckaert
Henri Dunantlaan 20/502 9000 Gent
Belgiu

~~Ting Ma~~
~~China 100083 Beijing  Beijing~~
~~Room 30-1~~
(Returned 1/21/17)

Todd Gould
Loren Data Corp. PO Box 1438
Lake Forest, CA 92609-1438

Tong Moc
328 Main Street Toronto Ontario M4C
4X7

Toby Brusseau
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-
law.com)

~~Tommy E. Contreras~~
~~855 Folsom Street~~
~~#514~~
~~San Francisco, CA 94107-1180~~
Undeliverable

~~TrueTech Communications~~
~~241 Elinor Ave.~~
~~Mill Valley, CA 94941-1281~~
(Returned 11/01/16)

~~Tom Postma, PC Central~~
~~Jan Vermeerstraat 41 7545BN~~
~~Enschede Net~~
(Returned 12/11/16)

Trenton Bullock
1072 Mclaren Drive
Belmont, NC 28012-8674

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Tony Hoang
557 Gerrard St. East Toronto
Ontario M4M

UBE Enterprises
Sam D. Thompson
7425 Creek Rd.
Sandy, UT 84093-6152

Venkat Balasubramani
Focal PLLC
900 1st Avenue S, Suite 201
Seattle, WA 98134-1208
(Updated  2/1/17)

Tyler Doyle
2112 Hayden Ave
Aloona, WI 54720-1547

~~Uwe Schaum~~
~~Grabenstr. 5 35625 Huettenberg Germany~~
Undeliverable

Victor Feng, VIP Networks
43532 Ocaso Corte
Fremont, CA 94539-5632

610953354.3

Uniquify, Inc.
2030 Fortune Drive #200
Attn: Robert Smith
San Jose, CA 95131-1835

Vicki Schwarz
305 W Fullerton 1E
Chicago, IL 60614-2816
(Returned 1/26/17)

Vladimir Fefer
2620 W Greenleaf
1W
Chicago, IL 60645-3298

Verne Riley
65 Shamley Heath rd Kureelpa
Queensland
Undeliverable

WY Gost
Building A, Haocheng Tech Park
Yanshan Ave.
Baoan District, Shenzen
China
Undeliverable

Wayne Connors
12416 Tattersall Park Ln
Tampa, FL 33625-3912
(Updated address 1/17/17)

Vkal Design LLC
2290 Ringwood Ave.
Suite C
San Jose, CA 95131-1718
Undeliverable

Wenxie Hu
Rico Kohki (Hong Kong) Limited Wenxie HU
(Returned 11/28/16)

Werner Artz
habergasse 4 82380 Pei? enberg
Germany
Undeliverable

Warren Tsang
LogicShark Consulting
260 Madison Ave. Fl. 8
New York, NY 10016

Will Wong
500 Oracle Parkway
Redwood City, CA 94065-1677

William Chevallier
15 Rue Des Basses  Mathouzines 95170
DEU
Undeliverable
(Returned 3/28/17)

WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

William Peace
14821 N Hana Maui Dr
Phoenix, AZ 85022-3656

William Schmitt
22 Spackenkill Rd
Poughkeepsie NY 12603-5335
(Returned  2/21/17)
(Returned 3/17/17)

Weng Kay Poon
44 Choa Chu Kang Street 64 #09-
19
Singapore 689105

William Walther
WaltherCorp LLC
1342 Virginia Ave
Havertown, PA 19083-2020

Wim Vandeputte
Oostveld Kouter 13
9920 Lovendegem
Flanders (Belgium)

Will McGirr
39 Bruton Place Winnipeg
Manitoba R2N 2V
Undeliverable

World Electronics
3000 Kutztown Road
Reading, PA 19605-2617

Xiwen Wang
165 BAYSHORE DR.
BRECHIN Ontario L0K 1B0
Canada

William Courtright
146 Escolta Way
San Francisco, CA 94116-2940

Yazz Atlas, EntropyWorks Inc.
1429 E. Aloha St.
Seattle, WA 98112-3931

Yichun Catherine Liu
502 Rudbeckia PL
Gaithersburg, MD 20878-4050

William Smith
Fricourt, Grande Maison Road
Vale Guernsey HG1 3LH UK
Undeliverable

Youssef Raiss-Elfenni
6322 Dakine Circle
Springfield, VA 22150-1193

Zhao Fu
191 West Woodruff Ave
Columbus, OH 43210-1117

~~Wolfgang Riedel~~
~~Wilmersdorfer Str.3 D-14959~~
~~Trebbin Germ~~
Undeliverable

Zhichao Zhang
760 North Mary Ave
Sunnyvale, CA 94085-2908

Zhongwei Ni
4170 Main St
B3-182
Flushing, NY 11355-3823

Xunyu Yang
15223 Edgemoor St
San Leandro, CA 94579-1631

hani hajje
708 Clay St.
Ashland, OR 97520-1420

~~V. A. Barbarosh~~
~~Katten Muchin Rosenman LLP~~
~~100 Spectrum Center Dr, Ste 1050~~
~~Irvine CA 92618-4977~~

Yipu Xue
229 Lady Nadia Drive Vaughan
Ontario L6A

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012

~~Pete Morici~~
~~800 Fifth Avenue, Suite 4100~~
~~Seattle, WA 98104-3100~~
(Returned 10/31/16)

Zhichao Chen
3165 Russell St Apt 406 Windsor
Ontario

~~Peter A. Siddiqui~~
~~Katten Muchin Rosenman LLP~~
~~525 W. Monroe St.~~
~~Chicago, IL 60661-3693~~
Duplicate

~~Eduardo De Castro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~
Undeliverable

Zuber Lawler & Del Duca LLP
777 S. Figeroa Street
37th Floor
Los Angeles, CA 90017-5800

~~Simon Barber~~
~~c/o Ori Katz~~
~~Sheppard Mullin Richter & Hampton LLP~~
~~Four Embarcadero Center, 17th Floor~~
~~San Francisco, CA 94111-4158~~
(Returned mail 12/3/2014)

~~Edwin E. Smith~~
~~Morgan, Lewis & Bockius LLP~~
~~399 Park Avenue~~
~~New York, NY 10022-4689~~
(Returned 3/15/2017)

Eduardo DeCastro
c/o Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 North Main Street, Suite 332
Walnut Creek, CA 94596

Ales Prikryl
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Alessandro Bottai
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

~~Satish Ambarti~~
~~c/o Eric Benisek~~
~~3685 Mt. Diablo Blvd, Suite 300~~
~~Lafayette, CA 94549-6833~~
Duplicate

Antoine Alary
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Aristeidis Dionisatos
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

~~Bejamin Lindner~~
~~9035 Grayland Drive, Apt. E~~
~~Knoxville, TN 37923-4014~~
Undeliverable

Bernad Chengxi Siew
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Bit Coin LLC
James Braden
4010 Granada
El Sobrante, CA 94803-1708

Aleksandar Slavkov
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Bouckaert Tom
Henri Dunantlaan 20 box 502
9000 Gent
Belgium ( Europe)
Belgium, AK 1111-1112

Brian Dankowski
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

610953354.3

Andy Lo
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Ation, s.r.o.
Tallerova 4
811 02 Bratislava
Slovak Republic

~~Black Oak Computers~~
~~PO Box 19719~~
~~South Lake Tahoe, CA 96151-0719~~
(Returned 10/29/16)

Bruce James Boytler
1014 37 ST SE
APT.2
Auburn, WA 98002-8749

Christopher Goes
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo-law.com)

Craig Burke
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo-law.com)

David R. Henson
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo-law.com)

F. Lambert
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo-law.com)

Edgar Godoy
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo-law.com)

~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Christopher Shaw
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~(Served via email rgallo@gallo-law.com)

David Govinder Hunt
~~c/o Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~(Served via email rgallo@gallo-law.com)

David Springer
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Derek Piper
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Erik Voorhees
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Frank Lachmann
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Alvaro Fraguas Jover
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Harmacolindor Informatikai Kft.
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Chaz Curtiss
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

City and County of San Francisco
Tax Collector
Bureau of Delinquent Revenue
P.O. Box 7027
San Francisco, CA 94120-7027

David Matheu
727 Roughbeard Rd
Winter Park, FL 32792-4518

~~Davide Cavion~~
~~Via Breganze~~
~~72 36036 Torrebelvicino~~
~~Vicenza, Italy~~
(Returned 12/9/16)

EarthRise Trust
William R. Gouger, Trustee
PO Box 610|
Littleton, CO 80160-0610

Evan L Greenwood
501 S. Van Buren
Hugoton, KS 67951-2105

Garrett Griffin
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Gautam Desai
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Grigoriy "Greg" Yampolskiy
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT

610953354.3

Evan Lawrence Skreen
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Intervid FZ LLC (Lance Dixon)
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Hypertechnologie Ciara Inc.
Monty Rider
9300 TransCanada Highway
Saint-laurent, Quebec
Canada H4S 1K5

Acacia NPU dba Cater2.me
345 E 93rd St. 19H
New York, NY 10128-5521

Jamshed Dadachanji
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jack Dorr
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Hamilton Hee
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Plowman
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jarod Clark
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

I-PMart Network USA Ltd
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeffrey Raymond Vongermeten
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Thor Hall
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

James Thomas
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joseph William Baker
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeremy Ray Jones
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jason Cameron Bond
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Justin Bronder
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joshua Dorman
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jeffrey Bradian
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Law Yui Kwan
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Kjetil Larsen
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jess Martn Alonso
C/ Federico Carlos Sainz de Robles
N15
7 Madrid Spain

Luis Guerrero
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Lee Ash
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Jon Michaelson
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025-1022

Matthew Michael McCormick
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Marcus Killion
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Joshua Vidana
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Larry Han
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Matthew Ford Silvia
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Max Avroutski
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Mike Deming
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Osmany Barrinat
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Pawel Pilecki
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Sistemas Operativos Sanitarios C.A.
c/o Guido Ochoa
W Keith Fendrick, Esq. at Holland et al
100 North Tampa Street, Suite ~~1100~~
~~Thomas Winquist~~
~~3385 Larkspur Dr~~
~~Longmont, CO 80503-7524~~
(Returned 12/16/16)

Maximilian N. Fischer and Gerald R. Fischer
Jon Michaelson, Esq.
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025-1022

~~MimoCloud Computing UG~~
~~Konradstr. 14~~
~~Aachen, CA 00-00~~
Undeliverable

Osric Proctor Jr
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Peter Lukas Bradley
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Tanard Corporation (Kevin Michael Mahan)
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Tim John McGough
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Trevor Michael Watson
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Verne Paul Riley
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

~~Kang Lu~~
~~5753 Hwy 85 North #2442~~
~~Crestview, FL 32536-9365~~
Duplicate

Mattia Baldinger
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Michael David Mantle
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Nicholas Vincent Fusaro
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Otto Bubenicek
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Peter Myers
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Thanh Lanh Tran
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Timothy G. Wong
195 Tenby Terrace
Danville, CA 94506-1273

Tudor Ovidiu Vaida
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

William Henry Smith
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

610953354.3

Trent Nathan Park
~~C/O Gallo LLP~~
~~1299 Fourth St., Suite 505~~
~~San Rafael, CA 94901-3031~~
(Served via email rgallo@gallo-law.com)

Venkat Balasubramani
Focal PLLC
900 First Ave, Suite 201
Seattle, WA 98134-1208
(Updated Address 3/7/17)

~~Ainsley G. Moloney~~
~~Morgan Lewis & Bockius LLP~~
~~1 Federal St.~~
~~Boston, MA 02110~~
Duplicate

~~Robert G. Harris~~
~~Binder & Malter LLP~~
~~2775 Park Avenue~~
~~Santa Clara, CA 95050~~
Duplicate

~~Chief Tax Collection Section~~
~~Employment Development Section~~
~~P.O. Box 826203~~
~~Sacramento, CA 94230~~
Duplicate

~~San Francisco Court Appointed Special Advocates~~
~~2535 Mission Street~~
~~San Francisco, CA 94110~~
(Removed per recipient's request 4/9/16)

~~David Mathue~~
~~18044 Saxony Lane~~
~~Orlando, FL 32820~~
(Returned 3/7/17)
(Returned 3/16/17)

Anze Mazovec
Pod Rebrom 24
4264 Bohinjska Bistrica Slovenia

Martin Medeiros
13 Sherbrooke
Gatineau, Quebec
J8Y 2K7
(Updated Address 3/15/17)

Kelly Meese
[email address not indicated on Sched Amend. F]

Cees Meijburg
300 Topsham Road Exeter Devon
EX2 6HG United Kingdom

~~Amos Mengel~~
~~58 Raphael Rd~~
~~Winnellie Northern Territory~~
~~0820 Australia~~

~~Merkabahnk~~
~~19 Watchung Ave Loor 2~~
~~West Orange, NJ 07052~~
(Returned mail 5/14/15)

~~Warren Miller~~
~~57 Dongola Road, First Floor Flat~~
~~London N17 6EB~~
~~United Kingdom~~
(Returned 11/03/16)

Ahmed Minhaj
11410 Nagel St
Hamtramck, MI 48212

Joaquin Mellado Miranda
[email address not indicated on Sched Amend. F]

Bo Molai
[email address not indicated on Sched Amend. F]

Jose Morales
[email address not indicated on Sched Amend. F]

Charles Mosner
28 Avenue des Chalets
1180 Bruzelles, Belgium

Florian Mueller
[email address not indicated on Sched Amend. F]

Victor Munoz
Condor 1107, Depto 1402
Santiago 8330419
Chile

Albert Navarry
Calle Entenza num. 239 piso 4 puerta 2 08029 Barcelona
Barcelona Spain

Alex Neth
[email address not indicated on Sched Amend. F]

~~Jimson Ngo~~
~~Suite 1213, 3620 Kaneff Crescent~~
~~Mississauga, Ontario~~
~~L5A 3X1 Canada~~
(Returned 2/27/17)

Julian Noble
[email address not indicated on Sched Amend. F]

Nicholas Jaffe
14 Gundawarra Street
Lilli Pilli New South Wales
2229 Australia

Zhou, Wie
[email address not indicated on Sched Amend. F]

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT

610953354.3

Zifon, Toshiya
[email address not indicated on
Sched Amend. F]

Zizka, Andreas
Fasangartengasse 1 1130
Vienna, Austria

Zizka, Jochen
Fasangartengasse 1 1130
Vienna, Austria

Zheng, Chris
[email address not indicated on
Sched Amend. F]

~~Zepeda, Manuel~~
~~2310 Westgate Rd~~
~~Unit 14~~
~~Santa Maria, CA 93455~~
(Returned mail 5/4/15)

Yotov, Tsvetomir
[email address not indicated on Sched
Amend. F]

Yap, Jet
[email address not indicated on
Sched Amend. F]

Xu, Zhengxian
Guangzhou, 12A2F, 9 Street,
Butterfly Garden, QIFU XINCUN
Panyu District, China 511495
Guangdon

Wu, Gonbo
[email address not indicated on Sched
Amend. F]

Wrablewski, Ryszrd
Sportowa 17 55-003
Ratowice, Poland

Workbridge Associates
10 S LaSalle St #1330
Chicago, IL 60603

~~Wiesman, Jazz~~
~~2031 SE 38th Ave~~
~~Portland, OR 97214~~
Undeliverable

~~Weinderg, Donald~~
~~4010 Oak Circle~~
~~Boca Raton, FL 33431~~
(Returned Mail 5/15/15)

Wang, Hamilton
No. 101, Songjiang Road, Floor 11
Taipei City Zhongshan District 104
Taiwan

~~Wang, George~~
~~1707-2008 Madison Ave.~~
~~Burnaby, British Columbia~~
~~V5C 6T5 Canada~~
Undeliverable

Wagner, Marcel
Beutelsdorf 39a
07407 Uhlstaedt-Kirchhasel
Germany

Vykoukal, Ferdinand
Calle Alonso Heredia 6
Madrid, Spain 28028

Vorac, Oldrich
10 Gort a Lin John Street Dingle Kerry
Kerry, Republic of Ireland

Vermaat, L.J.
Kanaalweg 81 3041JE
Rotterdam, Netherlands

~~Vela, Allan~~
~~19 Rocks Rd~~
~~Redlynch Queensland 4870 Australia~~
(prefers notice via email)

Vasquez, Raul
[email address not indicated on Sched
Amend. F]

~~Van Vuuren, Henco Janse~~
~~71 Louis Both Ave Roodepoort~~
~~Gauten 1734 South Africa~~
(Returned 2/03/17)

Valcheva, Indra Koli
Weblink E-Commerce Limited
E-23, Lajpat Nagar 3, Second Floor
Delhi, Delhi 110024 India

Turygin, Ivan
[email address not indicated on Sched
Amend. F]

Tucker, Matt
2830 E College Ave
Unit 101
Boulder, CO 80303

Tooley, Marc
[email address not indicated on Sched Amend.
F]

Tipple, Peter
30 St Andrews Terrace Ashington
Northumberland NE63 DR United
Kingdom

Tilkin, Servaas
Bloemenplein 9 2200 Herentals
Belgium

Thomas, Bryce
330 Clareview Station Drive NW Unit 1420
Edmonton, Alberta
T5Y 0E6 Canada

Teo, Albert
Unit 17, 7730 6th Street
Burnaby, British Columbia
V3N 4S3 Canada

Teltarif.de
Falko Hansen-Hogrefe
Brauweg 40
37073 Gottingen, Germany

Ernst, Sven
Alte Weingartener Str. 1
76227 Karlsruhe Germany

Feler System Integration
Joerg Feler Buhrowstr 20a EORD
Nr DE832084235955060
12167 Berlin Germany

Endres, Alexander
An der Halde 18 87471
Durach Germany

~~Fetterly, Christopher~~
~~9603 78th Avenue NW~~
~~Edmonton, Alberta~~
~~T6C 0P2 Canada~~
(Returned 2/3/17)

Franko, Janez
[email address not indicated on Sched
Amend. F]

~~Jensy Fernandez~~
~~12 Diamond St, Apt 19~~
~~Lawrence, MA 01843-2049~~
Undeliverable

Galburt, Gamain Jean
3 Rue de la Belle Meuniere
28190 Saint-George-sur-Eure, France

Gallegos, Matt
[email address not indicated on Sched
Amend. F]

~~Froud, Dominic~~
~~The Workshop | Lodge Farm~~
~~The Heywood~~
~~Diss Norfolk, CA 00000-0000~~
(Returned 12/11/16)

Gladden, David
[email address not indicated on Sched Amend.
F]

Glocovs, Aleksandrs
119 Adelaide Grove
London W12 OJH United Kingdom

Gamborino, Joah
Carrer Esteve Dolsa N29
Andorra la Vella AD500
Andorra

Greinier, Michael
49 Pennsylvania Ct
Morton, IL 61550

Halley, Zach
Fieldstone Tramore Co.
Waterford, Ireland

Handler, Dan
[email address not indicated on
Sched Amend. F]

Harnett, Dane
18 Sallows Street
Alex Hills Queensland
4161 Australia

Harris, Peter
538 Birmingham Road
Bromsgrove, Worcester
England B61 0HT United Kingdom

Hazlehurst, Harry
22 Bewley Road Angmering
Littlehampton West Sussex
BN16 4JL United Kingdom

Henderson, Reginald
[email address not indicated on Sched Amend.
F]

Hennequin, Franck
42 Avenue De L'arche
Apartment 33
92400 Courbevoie France

Henriksen, Tore
Lystheia 18 4817
His Norway

Hu, Wenxie
Room 2113-5,21
Landmark North, 39 Lung Sum Ave.
Hong Kong

~~Huyang, Kevin~~
~~52 Albright Crescent~~
~~Richmond Hill, Ontario~~
~~L4E 4Z4 Canada~~
(Returned mail 5/15/15)

REQUEST FOR ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS CLAIM OBJECTION BY DEFAULT
610953354.3

Huber, Beat
Badenerstrasse 881
8048 Altstetten Switzerland

Huckvale, Stephen
55 Thornbury Road
Walsall, West Midlands WS2 8JJ
United Kingdom

Hui, Lin Cheng
[email address not indicated on Sched
Amend. F]

Ino, Yasuo
1-1-1-808 Minami-kasai Edogawa-ku
Tokyo

Islamov, Timur
[email address not indicated on Sched Amend.
F]

Jacos, Peter
[email address not indicated on Sched
Amend. F]

James Lowry, LLC
400 E College, Ste. A
Roswell, NM 88201
(Returned 11/16/16)

Jang, Lewiss
[email address not indicated on Sched Amend.
F]

Janke, Larson
Unit 1 / 284 Barkers Road
Hawthorn Melbourne Victoria
3122 Australia

Jelle, Maes (BVBA)
Meerledorp 36/1
2328 Meerle
Belgium

JK Internet Solutions Partner
Sebastianstr, 2 47055 Duisburg
Germany
(Returned Mail 6/10/15)

Johnson, Darwin
[email address not indicated on Sched
Amend. F]

Juez, Alejandro Besada
Adolfo Perez Esquivel 3. ofi 11
28323
Las Rozas de Madrid
Madrid, Spain

Klien, Oliver
Zeller Str 17 73271 Holzmaden
Germany

Komissarov, Aleksandr
Fortunatovskaya St. 31/35 Apartment 67
Moscow 105187 Russia


Undeliverable
Kozachenko, Igor
2124 Kittredge Street #108
Berkeley, CA 94704

Kondrat'ev, Ivan
13 Parkovaya 16-2-8
MoscowMoscow 105077 Russia

Kovach, Kenneth
PO BOX 951
Golden, British Columbia
V0A1H0 Canada

Kravchik, Oren
900 Steeprock Drive
Downsview, Ontario
M3J 2X2 Canada

Laron, Etamar
[email address not indicated on Sched Amend.
F]

Le, Dat
22 Golden Gate Bay Winnipeg
Manitoba R3J

Lehming, Tim
Drossener Str. 63 13053 Berlin
Germany
Undeliverable

Lehrer, Mark
[email address not indicated on Sched Amend.
F]

Leong, Matthew
Suite 7 / Level 2
73 Little Ryrie St.
Geelong Victoria 3220 Australia

Listener Approved, LLC
[email address not indicated on
Sched Amend. F]

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181HC Amstelveen Netherlands

Malinen, Juri
Vaasankatu 14B D5 04410
Jyvaskyla, Finland
(Returned mail 5/4/15)

610953354.3

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

~~Michael Mathias~~
~~Waldhofer Str. 102~~
~~69123 Heidelberg Germany~~
(Returned 11/14/16)

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Montague, Paul
301 Anthony Rolfe Ave
Gungahlin
ACT 2912
Australia

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

~~Arberg, Lars~~
~~Skalbakken 17 2720~~
~~Vanlose, Denmark~~
(Returned Mail 6/15/15)

~~Armatys, Zbigniew~~
~~Interaktywny Powiat Tarnowski~~
~~Zbignlew A~~
(Returned mail 5/13/15)

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned mail 4/28/15)

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

~~Beckwith, Ted~~
~~Computer G~~
~~8218 Grimchester~~
~~Converse, TX 78109~~

Undeliverable

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

~~Benoit, Bergic~~
~~8 Rue Anatole France~~
~~92000 Nanterre France~~
Undeliverable

~~Biggin, Shawn~~
~~13370 140 Street NW~~
~~Edmonton, Alberta, Canada T5L 2E3~~
Undeliverable

Castro, Damian
1 Clive House Union Grove SW8 2RA
United Kingdom

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

~~Carroll, James~~
~~1505 Westheimer Road~~
~~Houston, TX 77006~~
(Returned 2/1/17)

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay
Hong Kong Island
Hong Kong

~~Carver, Dain~~
~~240 Maritime Ave~~
~~White Plains, NY 10601~~
(Returned 11/07/16)

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

610953354.3

Crockford, Andrew
1 Elphistone Road Christchurch
Dorset
BH23 5LL United Kingdom

Chan, Jeremy
28A Jalan Medan Ipoh 9 Bander Baru
Medan
Ipoh Ipoh 31400 Malaysia

Day, Jonathan
8 Mahara Apartments, Upper Kings Cliff
St. Helier, Jersey JE23GP

Davies, Aneurin
Flat 4, 2 Thoroid Road
Southhampton Hampshire
SO18 1JB United Kingdom

Cordova, Luis
San Jose de los Olleros Mz F1 Lote 34
Urb. Las Lomas de la Molina Lima
Lima 12 Peru

~~Ramos, Dominic~~
~~Weizackerstrasse 17~~
~~8405 Winterhur, Switzerland~~
(Returned 4/10/17)
(Returned 3/21/17)

Pushkin, Sergey
Oleynikova 33 Krasnoyarsk
Russian Federation 660050
Russia

Reed, Mari
200 Yorkshire Way
Mountville, PA 17554

Riedel, Wolfgang
Wilmersdorfer Str.3 D-14959
Trebbin Germany

Rebeyrat, Olivier
531 Chemin du Lac Millette
St-Sauveur, Quebec
J0R 1R5 Canada

Santos, Michel
7620 Old Georgetown Rd, Apt 723
Bethesda, MD 20814

~~Timo Schildknecht~~
~~APDO 10034 Can Ramell~~
~~07819 Jesus, Ibiza Baleares~~
~~Spain~~
(Returned 3/7/17)

~~Samios, Nicholas~~
~~3 /1 4 Ogilvie Road Unit~~
~~Mount Pleasant Western Australia~~
(Returned 12/12/16)

~~Sattler, Detlef~~
~~Austr. 18 53604 Bad Honnef~~
~~Germany~~
(Returned 12/12/16)

Starr, Daniel
d o NCIT 14 Industrial Drive Unite 2
Coffs Harbour, New South Wales
2450 Australia

Schicker, Florian
Fernkorngasse 10/3/501
1100 Vienna, Austria

~~Sorenson, Marcus~~
~~4960 Shadow Wood Dr~~
~~Lehi, UT 84043~~
(Returned 2/21/17)

Schwarz, Viktor
Tobelmuhlestrasse 5
7270 Davos Platz
Switzerland

Sim, Sylvia
l-P Mart Network Adn Bhd Lot
2975
Plot 6, Blk 10, 3rd Miles Jalan Tun
Ahmad Zaidi Adruce Kuching
Sarawak
93150

Simpson, Craig
10a Murley Road Bournemouth Dorset
BH9 1NS United Kingdom

Stoychev, Ivo
Simeonovo District 25,'197' street
Vitosha Park, Sofia Bulgaria 1434
Bulgaria

~~Tanaka, Hideyuki~~
~~Koishikawa 1-2-5, Forecity~~
~~Korakuen 1002~~
~~Bungkyo-Ku, Tokyo-to 112-0002,~~
~~Japan~~
(Returned 10/15/16)

Suter, Heinz
Rickenbachstrasse 104 6430
Schwyz, Switzerland

~~John Skrodenis~~
~~97 S. Second St., #175~~
~~San Jose, CA 95113~~
Undeliverable

Talmacel, Milhail
Calle Beleten
16 1B 35118 Cruce de Arinaga
Las Palmas Spain

Chad Spackman
595 Fellowship Road
Chester Springs, PA 19425

Tim Wong
195 Tenby Terrace

Danville, CA 94506

~~Edward DeCastro~~
~~340 11th Street~~
~~San Francisco, CA 94103~~
Undeliverable
(Returned 3/13/2017)

Mark Willey
5230 Twin Falls Road
Morgan Hill, CA 95037

Monica Hushen
62 Esparito Place
Fremont, CA 94539

~~Jose Santos~~
~~35 Wycliffe Road Bourmermouth~~
~~Dorset~~
~~BH9 1JS United Kingdom~~
Undeliverable

Irwin Ahmad
44 Jalan Hillview Utama
Off Jalan Ulu Klang,
Malaysia
Ampang, KS 68000

~~HashFast LLC~~
~~100 Bush Street #650~~
~~San Francisco, CA 94104-3932~~
(Returned mail 11/17/2014)

~~Nationstar Mortgage LLC~~
~~Pite Duncan, LLP~~
~~c/o Gregory P. Campbell~~
~~4375 Jutland Drive, Suite 200~~
~~P.O. Box 17933~~
~~San Diego, CA 92177-7921~~
(Returned Mail 5/27/15)

Sistemas Operativos Sanitarios C.A.
c/o W. Keith Fendrick, Esq.
Holland & Knight LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602-3644

Alexey Minchenkov
Asafeva St 2-1-60, St Petersburg, Russia
St Petersburg, AK 194-356

American InfoSource LP as agent
for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Aaron Collins
21851 Schieffer rd
Colton, OR 97017-9400

~~Cypher Enterprises, LLC~~
~~Attn: Robert Bogdanowicz III~~
~~Deans and Lyons LLP~~
~~325 N. Saint Paul St., #1500~~
~~Dallas, TX 75201-3891~~
Duplicate

~~DXCorr Design Inc.~~
~~121 West Washington Ave.~~
~~Suite 212~~
~~Sunnyvale, CA 94086-1101~~
(Duplicate from 14-30725)

Brian C Connelly
22601 Asheville Highway
Landrum, SC 29356-9633

~~Sandgate Technologies~~
~~595 Fellowship Road~~
~~Chester Springs, PA 19425-3618~~
(Duplicate from 14-30725)

LEI BAO
2315 S Wentworth Ave
Chicago, IL 60616-2013

EarthRise Trust
William R. Gouger, Trustee
PO Box 610
Littleton, CO 80160-0610

UBE Enterprises
7425 CREEK RD.
SANDY, UT 84093-6152

~~Paul Dolak~~
~~P.O. Box 590276~~
~~San Francisco, CA 94159-0276~~
Duplicate

Nathan Wallace
3836 Tamarisk Court
South Jordan, UT 84095-4181

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801-3432

Thomas Schortmann
3 Village Green N
STE 448
Plymouth, MA 02360-8803

Peter Morici
1430 Patapsco St.
Baltimore, MD 21230-4523
Duplicate

Pete Morici
800 Fifth Avenue, Suite 4100
Seattle, wa 98104-3100
(Returned Mail 9/19/2014)

Venkat Balasubramani
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
(Returned 3/20/17)

TimeFire, Inc.
Eric W. Benisek, Esq.
Vasquez Benisek & Lindgren
3685 Mt Diablo Blvd #300
Lafayette, CA 94549-6833
Duplicate

Anthony Vo
c/o Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th floor
New York, NY 10166

Jessica M. Mickelsen
Katten Muchin Rosenman LLP
2029 Century Park E 26th Fl.
Los Angeles, CA 90067-3012
Duplicate

Zhongwei Ni
41-70 Main St B3-182
Flushing, NY 11355-3823

Grant Pederson
12538 Botanical Ln
Frisco, TX 75035-0433
(Duplicate from 14-30725)

Accountemps of Robert Half
Attn: Karen Lima
P.O. Box 5024
San Ramon, CA 94583-5024

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952
(Duplicate from 14-30725)

Monsoon Company, Inc.
1714 Franklin St. #100-142
Oakland, CA 94612-3488
(Duplicate from 14-30725)

Jetmir Celaj
1740 Mulford Ave. 7G
Bronx, NY 10461-4321
(Duplicate from 14-30725)

Kevin Krieger
4230 Northwest Point Dr.
House Springs, MO 63051-4302
(Duplicate from 14-30725)

Rajpreet Ahluwalia
20338 102nd Ave SE
Kent, WA 98031-5500
(Duplicate from 14-30725)

Paul Erickson
1835 Winnebago St.
Unit 311
Madison, WI 53704-5565
(Updated address 2/1/17)

Perkins Coie LLP
Douglas R. Pahl
1120 NW Couch St., 10th Fl.
Portland, OR 97209-4128

Davide Cavion
c/o Nancy Weng Trinh Law
99 N. 1st St., Suite 200
San Jose, CA 95113-1203

Hindley & Hender/son
/Law Office of R. Hindley
718 Orchard Street
Santa Rosa, CA 95404-3739

U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl. (94102)
Mail Box 36099
San Francisco, CA 91402-3428

Luecke, Christian
FM Parker Brady Rembradtweg 378
1181 HC Amstelveen Netherlands
(Returned 10/19/16)

Sylvia Sim
Pmart Network Sdn Bhd Lot 2975,
Plot 6
(Returned 10/26/16)

Stephen Huckvale
55 Thorbury Rd
Walsall West Midlands
(Returned 10/31/16)

Ryszard Wroblewski
PO Box 7912
Wilmington, DE 19803-0912
(Returned 10/31/16)

Craig Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr., #700
Costa Mesa, CA 92626-7122
(Returned 11/05/16)

Glenn Hendrick, Bitminer
Bitminer 128 223 Pameto Rd
Nokomis, Fl 34275-3917
(Returned 11/07/16)

Peter Tipple
30 St. Andrews Terrace Ashington
Northumb
(Returned 12/1/16)

610953354.3

Craig A. Barbarosh
Katten Muchin Rosenman LLP
650 Town Center Dr., 7th Floor
Costa Mesa, CA 92626-1989
Duplicate

Hans Hess Elevation Franchise Ventures
44100 N Fairfax Dr., 730
Arlington, VA 22203-1657
(Returned 1/24/17)

Max Avroutski
2223 Bath Ave
Brooklyn, NY 11214-5603
(Returned 1/30/17)

610953354.3