| | | |
|---|---|---|
| Zifon, Toshiya<br>[email address not indicated on Sched Amend. F] | Zizka, Andreas<br>Fasangartengasse 1 1130<br>Vienna, Austria | Zizka, Jochen<br>Fasangartengasse 1 1130<br>Vienna, Austria |
| Zheng, Chris<br>[email address not indicated on Sched Amend. F] | ~~Zepeda, Manuel~~<br>~~2310 Westgate Rd~~<br>~~Unit 14~~<br>~~Santa Maria, CA 93455~~<br>(Returned mail 5/4/15) | Yotov, Tsvetomir<br>[email address not indicated on Sched Amend. F] |
| Yap, Jet<br>[email address not indicated on Sched Amend. F] | Xu, Zhengxian<br>Guangzhou, 12A2F, 9 Street,<br>Butterfly Garden, QIFU XINCUN<br>Panyu District, China 511495<br>Guangdon | Wu, Gonbo<br>[email address not indicated on Sched Amend. F] |
| Wrablewski, Ryszrd<br>Sportowa 17 55-003<br>Ratowice, Poland | Workbridge Associates<br>10 S LaSalle St #1330<br>Chicago, IL 60603 | ~~Wiesman, Jazz~~<br>~~2031 SE 38th Ave~~<br>~~Portland, OR 97214~~<br>Undeliverable |
| ~~Weinderg, Donald~~<br>~~4010 Oak Circle~~<br>~~Boca Raton, FL 33431~~<br>(Returned Mail 5/15/15) | Wang, Hamilton<br>No. 101, Songjiang Road, Floor 11<br>Taipei City Zhongshan District 104<br>Taiwan | ~~Wang, George~~<br>~~1707 2008 Madison Ave.~~<br>~~Burnaby, British Columbia~~<br>~~V5C 6T5 Canada~~<br>Undeliverable |
| Wagner, Marcel<br>Beutelsdorf 39a<br>07407 Uhlstaedt-Kirchhasel<br>Germany | Vykoukal, Ferdinand<br>Calle Alonso Heredia 6<br>Madrid, Spain 28028 | Vorac, Oldrich<br>10 Gort a Lin John Street Dingle Kerry<br>Kerry, Republic of Ireland |
| Vermaat, L.J.<br>Kanaalweg 81 3041JE<br>Rotterdam, Netherlands | ~~Vela, Allan~~<br>~~19 Rocks Rd~~<br>~~Redlynch Queensland 4870 Australia~~<br>(prefers notice via email) | Vasquez, Raul<br>[email address not indicated on Sched Amend. F] |
| ~~Van Vuuren, Henco Janse~~<br>~~71 Louis Both Ave Roodepoort~~<br>~~Gauten 1734 South Africa~~<br>(Returned 2/03/17) | Valcheva, Indra Koli<br>Weblink E-Commerce Limited<br>E-23, Lajpat Nagar 3, Second Floor<br>Delhi, Delhi 110024 India | Turygin, Ivan<br>[email address not indicated on Sched Amend. F] |
| Tucker, Matt<br>2830 E College Ave<br>Unit 101<br>Boulder, CO 80303 | Tooley, Marc<br>[email address not indicated on Sched Amend. F] | Tipple, Peter<br>30 St Andrews Terrace Ashington<br>Northumberland NE63 DR United Kingdom |

| | | |
|---|---|---|
| Tilkin, Servaas<br>Bloemenplein 9 2200 Herentals<br>Belgium | Thomas, Bryce<br>330 Clareview Station Drive NW Unit 1420<br>Edmonton, Alberta<br>T5Y 0E6 Canada | Teo, Albert<br>Unit 17, 7730 6th Street<br>Burnaby, British Columbia<br>V3N 4S3 Canada |
| Teltarif.de<br>Falko Hansen-Hogrefe<br>Brauweg 40<br>37073 Gottingen, Germany | Ernst, Sven<br>Alte Weingartener Str. 1<br>76227 Karlsruhe Germany | Feler System Integration<br>Joerg Feler Buhrowstr 20a EORD<br>Nr DE8320842359555060<br>12167 Berlin Germany |
| Endres, Alexander<br>An der Halde 18 87471<br>Durach Germany | ~~Fetterly, Christopher~~<br>~~9603 78th Avenue NW~~<br>~~Edmonton, Alberta~~<br>~~T6C 0P2 Canada~~<br>(Returned 2/3/17) | Franko, Janez<br>[email address not indicated on Sched Amend. F] |
| ~~Jensy Fernandez~~<br>~~12 Diamond St, Apt 19~~<br>~~Lawrence, MA 01843-2049~~<br>Undeliverable | Galburt, Gamain Jean<br>3 Rue de la Belle Meuniere<br>28190 Saint-George-sur-Eure, France | Gallegos, Matt<br>[email address not indicated on Sched Amend. F] |
| ~~Froud, Dominic~~<br>~~The Workshop | Lodge Farm~~<br>~~The Heywood~~<br>~~Diss Norfolk, CA 00000-0000~~<br>(Returned 12/11/16) | Gladden, David<br>[email address not indicated on Sched Amend. F] | Glocovs, Aleksandrs<br>119 Adelaide Grove<br>London W12 OJH United Kingdom |
| Gamborino, Joah<br>Carrer Esteve Dolsa N29<br>Andorra la Vella AD500<br>Andorra | Greinier, Michael<br>49 Pennsylvania Ct<br>Morton, IL 61550 | Halley, Zach<br>Fieldstone Tramore Co.<br>Waterford, Ireland |
| Handler, Dan<br>[email address not indicated on Sched Amend. F] | Harnett, Dane<br>18 Sallows Street<br>Alex Hills Queensland<br>4161 Australia | Harris, Peter<br>538 Birmingham Road<br>Bromsgrove, Worcester<br>England B61 0HT United Kingdom |
| Hazlehurst, Harry<br>22 Bewley Road Angmering<br>Littlehampton West Sussex<br>BN16 4JL United Kingdom | Henderson, Reginald<br>[email address not indicated on Sched Amend. F] | Hennequin, Franck<br>42 Avenue De L'arche<br>Apartment 33<br>92400 Courbevoie France |
| Henriksen, Tore<br>Lystheia 18 4817<br>His Norway | Hu, Wenxie<br>Room 2113-5,21<br>Landmark North, 39 Lung Sum Ave.<br>Hong Kong | ~~Huyang, Kevin~~<br>~~52 Albright Crescent~~<br>~~Richmond Hill, Ontario~~<br>~~L4E 4Z4 Canada~~<br>(Returned mail 5/15/15) |

| | | |
|---|---|---|
| Huber, Beat<br>Badenerstrasse 881<br>8048 Altstetten Switzerland | Huckvale, Stephen<br>55 Thornbury Road<br>Walsall, West Midlands WS2 8JJ<br>United Kingdom | Hui, Lin Cheng<br>[email address not indicated on Sched Amend. F] |
| Ino, Yasuo<br>1-1-1-808 Minami-kasai Edogawa-ku<br>Tokyo | Islamov, Timur<br>[email address not indicated on Sched Amend. F] | Jacos, Peter<br>[email address not indicated on Sched Amend. F] |
| ~~James Lowry, LLC~~<br>~~400 E College, Ste. A~~<br>~~Roswell, NM 88201~~<br>(Returned 11/16/16) | Jang, Lewiss<br>[email address not indicated on Sched Amend. F] | Janke, Larson<br>Unit 1 / 284 Barkers Road<br>Hawthorn Melbourne Victoria<br>3122 Australia |
| Jelle, Maes (BVBA)<br>Meerledorp 36/1<br>2328 Meerle<br>Belgium | ~~JK Internet Solutions Partner~~<br>~~Sebastianstr, 2 47055 Duisburg~~<br>~~Germany~~<br>(Returned Mail 6/10/15) | Johnson, Darwin<br>[email address not indicated on Sched Amend. F] |
| Juez, Alejandro Besada<br>Adolfo Perez Esquivel 3. ofi 11<br>28323<br>Las Rozas de Madrid<br>Madrid, Spain | Klien, Oliver<br>Zeller Str 17 73271 Holzmaden<br>Germany | ~~Komissarov, Aleksandr~~<br>~~Fortunatovskaya St. 31/35 Apartment 67~~<br>~~Moscow 105187 Russia~~<br><br>Undeliverable |
| Kondrat'ev, Ivan<br>13 Parkovaya 16-2-8<br>MoscowMoscow 105077 Russia | Kovach, Kenneth<br>PO BOX 951<br>Golden, British Columbia<br>V0A1H0 Canada | Kozachenko, Igor<br>2124 Kittredge Street #108<br>Berkeley, CA 94704 |
| Kravchik, Oren<br>900 Steeprock Drive<br>Downsview, Ontario<br>M3J 2X2 Canada | Laron, Etamar<br>[email address not indicated on Sched Amend. F] | Le, Dat<br>22 Golden Gate Bay Winnipeg<br>Manitoba R3J |
| ~~Lehming, Tim~~<br>~~Drossener Str. 63 13053 Berlin~~<br>~~Germany~~<br>Undeliverable | Lehrer, Mark<br>[email address not indicated on Sched Amend. F] | Leong, Matthew<br>Suite 7 / Level 2<br>73 Little Ryrie St.<br>Geelong Victoria 3220 Australia |
| Listener Approved, LLC<br>[email address not indicated on Sched Amend. F] | Luecke, Christian<br>FM Parker Brady Rembradtweg 378<br>1181HC Amstelveen Netherlands | ~~Malinen, Juri~~<br>~~Vaasankatu 14B D5 04410~~<br>~~Jyvaskyla, Finland~~<br>(Returned mail 5/4/15) |

Matas, Francisco
Joee Romero
Paseo de la Copla
17 Bajo B 14005 Cordoba
Cordoba, Spain

~~Michael Mathias~~
~~Waldhofer Str. 102~~
~~69123 Heidelberg Germany~~
(Returned 11/14/16)

Ag, Elpix and Joerg Margane
Alfredstrasse 73
45130 Essen Germany

Montague, Paul
301 Anthony Rolfe Ave
Gungahlin
ACT 2912
Australia

Ambar, Abraham
Christoph Merian-Ring 29a
4153 Reinach Switzerland

Araujo, Leopoldo Martinez
Amadeo Gomez 45 Portal B
Piso 2-izda 28035 Madrid, Spain

Alexiou, Antonios
1253 Buck Jones Rd.
Raleigh, NC 27606

Anthem Blue Cross
Attn: FEP Claims
PO Box 70000
Van Nuys, CA 91470

Beju, Catalin
246 Waterbury St.
Bolton, Ontario
L7E 2j1 Canada

~~Arberg, Lars~~
~~Skalbakken 17 2720~~
~~Vanlose, Denmark~~
(Returned Mail 6/15/15)

~~Armatys, Zbigniew~~
~~Interaktywny Powiat Tarnowski~~
~~Zbignlew A~~
(Returned mail 5/13/15)

Bigler, Benjamin
Laandgarben 456
3176 Neuenegg Switzerland

Babcock, James
8368 NW 70th Street
Potwin, KS 67123

Badarlis, Andreas
Zum Holzfeld 36H 30880 Laatzen
Germany

~~Bressler, Brandon~~
~~3638 San Onofre Ave.~~
~~San Onofre, CA 95340~~
(Returned mail 4/28/15)

Beaumont, Adam
11-15 Hunslet Road
Leeds Wst Yorkshire
LS10 1JQ United Kingdom

~~Beckwith, Ted~~
~~Computer G~~
~~8218 Grimchester~~
~~Converse, TX 78109~~
Undeliverable

Carmichael, Craig
820 Dunsmuir Road
Victoria, British Columbia
V9A 5B7 Canada

~~Benoit, Bergie~~
~~8 Rue Anatole France~~
~~92000 Nanterre France~~
Undeliverable

~~Biggin, Shawn~~
~~13370 140 Street NW~~
~~Edmonton, Alberta, Canada T5L 2E3~~
Undeliverable

Castro, Damian
1 Clive House Union Grove SW8 2RA
United Kingdom

Birke, Marian
Voosener Str. 105
41179 Monchengladbach Germany

Bit-Stop Computer
Silberburgstrasse 29
72458 Albstadt, Germany

~~Carroll, James~~
~~1505 Westheimer Road~~
~~Houston, TX 77006~~
(Returned 2/1/17)

Chan, Hing tat
No 38/21/F Russell Street
Soundwill Plaza Causeway Bay
Hong Kong Island
Hong Kong

~~Carver, Dain~~
~~240 Maritime Ave~~
~~White Plains, NY 10601~~
(Returned 11/07/16)

Conangla, Xavier
350, 4a Planta 08019
Barcelona, Spain

| | | |
|---|---|---|
| Crockford, Andrew<br>1 Elphistone Road Christchurch Dorset<br>BH23 5LL United Kingdom | Chan, Jeremy<br>28A Jalan Medan Ipoh 9 Bander Baru Medan<br>Ipoh Ipoh 31400 Malaysia | Day, Jonathan<br>8 Mahara Apartments, Upper Kings Cliff<br>St. Helier, Jersey JE23GP |
| Davies, Aneurin<br>Flat 4, 2 Thoroid Road<br>Southhampton Hampshire<br>SO18 1JB United Kingdom | Cordova, Luis<br>San Jose de los Olleros Mz F1 Lote 34<br>Urb. Las Lomas de la Molina Lima<br>Lima 12 Peru | ~~Ramos, Dominic~~<br>~~Weizackerstrasse 17~~<br>~~8405 Winterhur, Switzerland~~<br>(Returned 4/10/17)<br>(Returned 3/21/17) |
| Pushkin, Sergey<br>Oleynikova 33 Krasnoyarsk<br>Russian Federation 660050<br>Russia | Reed, Mari<br>200 Yorkshire Way<br>Mountville, PA 17554 | Riedel, Wolfgang<br>Wilmersdorfer Str.3 D-14959<br>Trebbin Germany |
| Rebeyrat, Olivier<br>531 Chemin du Lac Millette<br>St-Sauveur, Quebec<br>J0R 1R5 Canada | Santos, Michel<br>7620 Old Georgetown Rd, Apt 723<br>Bethesda, MD 20814 | ~~Timo Schildknecht~~<br>~~APDO 10034 Can Ramell~~<br>~~07819 Jesus, Ibiza Baleares~~<br>~~Spain~~<br>(Returned 3/7/17) |
| ~~Samios, Nicholas~~<br>~~3 /1 4 Ogilvie Road Unit~~<br>~~Mount Pleasant Western Australia~~<br>(Returned 12/12/16) | ~~Sattler, Detlef~~<br>~~Austr. 18 53604 Bad Honnef~~<br>~~Germany~~<br>(Returned 12/12/16) | Starr, Daniel<br>d o NCIT 14 Industrial Drive Unite 2<br>Coffs Harbour, New South Wales<br>2450 Australia |
| Schicker, Florian<br>Fernkorngasse 10/3/501<br>1100 Vienna, Austria | ~~Sorenson, Marcus~~<br>~~4960 Shadow Wood Dr~~<br>~~Lehi, UT 84043~~<br>(Returned 2/21/17) | Schwarz, Viktor<br>Tobelmuhlestrasse 5<br>7270 Davos Platz<br>Switzerland |
| Sim, Sylvia<br>l-P Mart Network Adn Bhd Lot 2975<br>Plot 6, Blk 10, 3rd Miles Jalan Tun Ahmad Zaidi Adruce Kuching Sarawak<br>93150 | Simpson, Craig<br>10a Murley Road Bournemouth Dorset<br>BH9 1NS United Kingdom | Stoychev, Ivo<br>Simeonovo District 25,'197' street<br>Vitosha Park, Sofia Bulgaria 1434<br>Bulgaria |
| ~~Tanaka, Hideyuki~~<br>~~Koishikawa 1-2-5, Forecity~~<br>~~Korakuen 1002~~<br>~~Bungkyo-Ku, Tokyo-to 112-0002,~~<br>~~Japan~~<br>(Returned 10/15/16) | Suter, Heinz<br>Rickenbachstrasse 104 6430<br>Schwyz, Switzerland | ~~John Skrodenis~~<br>~~97 S. Second St., #175~~<br>~~San Jose, CA 95113~~<br>Undeliverable |

| | | |
|---|---|---|
| Talmacel, Milhail<br>Calle Beleten<br>16 1B 35118 Cruce de Arinaga<br>Las Palmas Spain | Chad Spackman<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Tim Wong<br>195 Tenby Terrace<br>Danville, CA 94506 |
| ~~Edward DeCastro~~<br>~~340 11th Street~~<br>~~San Francisco, CA 94103~~<br>Undeliverable<br>(Returned 3/13/2017) | Mark Willey<br>5230 Twin Falls Road<br>Morgan Hill, CA 95037 | Monica Hushen<br>62 Esparito Place<br>Fremont, CA 94539 |
| ~~Jose Santos~~<br>~~35 Wycliffe Road Bourmermouth~~<br>~~Dorset~~<br>~~BH9 1JS United Kingdom~~<br>Undeliverable | Irwin Ahmad<br>44 Jalan Hillview Utama<br>Off Jalan Ulu Klang,<br>Malaysia<br>Ampang, KS 68000 | ~~HashFast LLC~~<br>~~100 Bush Street #650~~<br>~~San Francisco, CA 94104-3932~~<br>(Returned mail 11/17/2014) |
| ~~Nationstar Mortgage LLC~~<br>~~Pite Duncan, LLP~~<br>~~c/o Gregory P. Campbell~~<br>~~4375 Jutland Drive, Suite 200~~<br>~~P.O. Box 17933~~<br>~~San Diego, CA 92177-7921~~<br>(Returned Mail 5/27/15) | Sistemas Operativos Sanitarios C.A.<br>c/o W. Keith Fendrick, Esq.<br>Holland & Knight LLP<br>100 North Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | Alexey Minchenkov<br>Asafeva St 2-1-60, St Petersburg, Russia<br>St Petersburg, AK 194-356 |
| American InfoSource LP as agent<br>for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Aaron Collins<br>21851 Schieffer rd<br>Colton, OR 97017-9400 | ~~Cypher Enterprises, LLC~~<br>~~Attn: Robert Bogdanowicz III~~<br>~~Deans and Lyons LLP~~<br>~~325 N. Saint Paul St., #1500~~<br>~~Dallas, TX 75201-3891~~<br>Duplicate |
| ~~DXCorr Design Inc.~~<br>~~121 West Washington Ave.~~<br>~~Suite 212~~<br>~~Sunnyvale, CA 94086-1101~~<br>(Duplicate from 14-30725) | Brian C Connelly<br>22601 Asheville Highway<br>Landrum, SC 29356-9633 | ~~Sandgate Technologies~~<br>~~595 Fellowship Road~~<br>~~Chester Springs, PA 19425-3618~~<br>(Duplicate from 14-30725) |
| LEI BAO<br>2315 S Wentworth Ave<br>Chicago, IL 60616-2013 | EarthRise Trust<br>William R. Gouger, Trustee<br>PO Box 610<br>Littleton, CO 80160-0610 | UBE Enterprises<br>7425 CREEK RD.<br>SANDY, UT 84093-6152 |
| ~~Paul Dolak~~<br>~~P.O. Box 590276~~<br>~~San Francisco, CA 94159-0276~~<br>Duplicate | Nathan Wallace<br>3836 Tamarisk Court<br>South Jordan, UT 84095-4181 | Elizabeth A. Green<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801-3432 |

| | | |
|---|---|---|
| Thomas Schortmann<br>3 Village Green N<br>STE 448<br>Plymouth, MA 02360-8803 | ~~Peter Morici~~<br>~~1430 Patapsco St.~~<br>~~Baltimore, MD 21230-4523~~<br>Duplicate | ~~Pete Morici~~<br>~~800 Fifth Avenue, Suite 4100~~<br>~~Seattle, wa 98104-3100~~<br>(Returned Mail 9/19/2014) |
| ~~Venkat Balasubramani~~<br>~~Focal PLLC~~<br>~~800 Fifth Avenue, Suite 4100~~<br>~~Seattle, WA 98104-3100~~<br>(Returned 3/20/17) | ~~TimeFire, Inc.~~<br>~~Eric W. Benisek, Esq.~~<br>~~Vasquez Benisek & Lindgren~~<br>~~3685 Mt Diablo Blvd #300~~<br>~~Lafayette, CA 94549-6833~~<br>Duplicate | Anthony Vo<br>c/o Bryan Reyhani<br>Reyhani Nemirovsky LLP<br>200 Park Avenue, 17th floor<br>New York, NY 10166 |
| ~~Jessica M. Mickelsen~~<br>~~Katten Muchin Rosenman LLP~~<br>~~2029 Century Park E 26th Fl.~~<br>~~Los Angeles, CA 90067-3012~~<br>Duplicate | Zhongwei Ni<br>41-70 Main St B3-182<br>Flushing, NY 11355-3823 | ~~Grant Pederson~~<br>~~12538 Botanical Ln~~<br>~~Frisco, TX 75035-0433~~<br>(Duplicate from 14-30725) |
| Accountemps of Robert Half<br>Attn: Karen Lima<br>P.O. Box 5024<br>San Ramon, CA 94583-5024 | ~~Franchise Tax Board~~<br>~~Bankruptcy Section MS A340~~<br>~~PO Box 2952~~<br>~~Sacramento, CA 95812-2952~~<br>(Duplicate from 14-30725) | ~~Monsoon Company, Inc.~~<br>~~1714 Franklin St. #100-142~~<br>~~Oakland, CA 94612-3488~~<br>(Duplicate from 14-30725) |
| ~~Jetmir Celaj~~<br>~~1740 Mulford Ave. 7G~~<br>~~Bronx, NY 10461-4321~~<br>(Duplicate from 14-30725) | ~~Kevin Krieger~~<br>~~4230 Northwest Point Dr.~~<br>~~House Springs, MO 63051-4302~~<br>(Duplicate from 14-30725) | ~~Rajpreet Ahluwalia~~<br>~~20338 102nd Ave SE~~<br>~~Kent, WA 98031-5500~~<br>(Duplicate from 14-30725) |
| Paul Erickson<br>1835 Winnebago St.<br>Unit 311<br>Madison, WI 53704-5565<br>(Updated address 2/1/17) | Perkins Coie LLP<br>Douglas R. Pahl<br>1120 NW Couch St., 10th Fl.<br>Portland, OR 97209-4128 | Davide Cavion<br>c/o Nancy Weng Trinh Law<br>99 N. 1st St., Suite 200<br>San Jose, CA 95113-1203 |
| Hindley & Hender/son<br>/Law Office of R. Hindley<br>718 Orchard Street<br>Santa Rosa, CA 95404-3739 | U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl. (94102)<br>Mail Box 36099<br>San Francisco, CA 91402-3428 | ~~Luecke, Christian~~<br>~~FM Parker Brady Rembradtweg 378~~<br>~~1181 HC Amstelveen Netherlands~~<br>(Returned 10/19/16) |
| ~~Sylvia Sim~~<br>~~Pmart Network Sdn Bhd Lot 2975,~~<br>~~Plot 6~~<br>(Returned 10/26/16) | ~~Stephen Huckvale~~<br>~~55 Thorbury Rd~~<br>~~Walsall West Midlands~~<br>(Returned 10/31/16) | ~~Ryszard Wroblewski~~<br>~~PO Box 7912~~<br>~~Wilmington, DE 19803-0912~~<br>(Returned 10/31/16) |
| ~~Craig Barbarosh~~<br>~~Katten Muchin Rosenman LLP~~<br>~~650 Town Center Dr., #700~~<br>~~Costa Mesa, CA 92626-7122~~<br>(Returned 11/05/16) | ~~Glenn Hendrick, Bitminer~~<br>~~Bitminer 128 223 Pameto Rd~~<br>~~Nokomis, Fl 34275-3917~~<br>(Returned 11/07/16) | ~~Peter Tipple~~<br>~~30 St. Andrews Terrace Ashington~~<br>~~Northumb~~<br>(Returned 12/1/16) |

~~Craig A. Barbarosh~~
~~Katten Muchin Rosenman LLP~~
~~650 Town Center Dr., 7th Floor~~
~~Costa Mesa, CA 92626-1989~~
Duplicate

~~Hans Hess Elevation Franchise Ventures~~
~~44100 N Fairfax Dr., 730~~
~~Arlington, VA 22203-1657~~
(Returned 1/24/17)

~~Max Avroutski~~
~~2223 Bath Ave~~
~~Brooklyn, NY 11214-5603~~
(Returned 1/30/17)