Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS
Trustee of the Hashfast Creditor Trust

Signed and Filed: July 31, 2017

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession.<br><br>x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF DUPLICATE CLAIMS)**

The Court having reviewed and considered the *Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicate Claims)* (the "Claim Objection") [Docket Entry 403] and the *Request for Entry of Order Granting Liquidating Trustee's First Omnibus Objection to Claims (Disallowance of Duplicative Claims)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No./Schedule[1] | Claim/Scheduled Amount |
|---|---|---|
| Alonso, Jesus Martin | 292 | $2,640.84 |
| Alonso, Jesus Martin | 293-1 | $2,640.84 |
| Alonso, Jesus Martin | 294 | $2,640.84 |
| Faruqi, Muhammad Zahid | 136 | $6,842.00 |
| Minchenkov, Alexey | 112 | $2,854.82 |
| Monsoon Company, Inc. | 82 | $13,500.00 |
| Shaw, Christopher (aka Aupacom Enterprises) | 271-2 | $9,329.00 |
| Stonn, Ryan | 124 | $4,050.00 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in their entirety:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Bao, Lei | 18[2] | $66,374.14 |
| Bao, Lei | 23 | $66,374.14 |
| Bao, Lei | 154 | $66,374.14 |
| Bao, Lei | 225 | $66,374.14 |
| Celaj, Jetmir | 303 | $17,755.09 |
| Chappell, Frank | 316 | $2,250.00 |
| Erickson, Paul | 87 | $2,271.98 |
| Lei, Shi | 61 | $6,765.09 |
| Monsoon Company, Inc. | 221 | $57,660.00 |
| Morici, Peter | 29-1 | $157,315.64 |
| Oshea, James | 18-1 | unknown |
| Pederson, Grant | 59-1 | $3,790.01 |
| Schortmann, Thomas | 149 | $3,955.58 |
| TimeFire, Inc. | 115 | $21,500,000.00 |
| Williams, Jess | 164 | $3,826.80 |

**IT IS FURTHER ORDERED** that the scheduled claim of Perkins Coie LLP is disallowed and proof of claim 19 filed in *In re Hashfast, LLC*, case no. 14-30866 DM (the "HF Bankruptcy") by Perkins Coie LLP is allowed in the amount of $107,871.53.

---

[1] Unless otherwise noted, the proof of claim numbers contained herein refer to proofs of claim filed in *In re Hashfast Technologies, LLC*, case no. 14-30725 DM.

[2] Proof of claim 18 filed by Lei Bao was filed against Hashfast, LLC in *In re Hashfast, LLC*, case no. 14-30866 DM.

- 2 -

1 **IT IS SO ORDERED.**

*** END OF ORDER ***