Entered on Docket
July 31, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS
Trustee of the Hashfast Creditor Trust

Signed and Filed: July 31, 2017



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF LATE-FILED CLAIMS)**

The Court having reviewed and considered the *Liquidating Trustee's Second Omnibus Objection to Claims (Disallowance of Late-Filed Claims)* (the "Claim Objection") [Docket Entry 404] and the *Request for Entry of Order Granting Liquidating Trustee's Second Omnibus Objection to Claims (Disallowance of Late-Filed Claims)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount |
|---|---|---|
| Accountemps of Robert Half | 22 (filed in Case No. 14-30866) | $6,412.42 |
| Accountemps of Robert Half | 23 (filed in Case No. 14-30866) | $1,802.78 |
| City and County of San Francisco Bureau of Delinquent Revenue | 325 | $7,938.58 |
| Dahlke, Matthew Robert | 327 | $100,00.00 |
| Dashjr, Luke | 329 | $38,942.30 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in their entirety:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Dashjr, Luke | 24 (filed in Case No. 14-30866) | $38,942.30 |
| Grevich, Justin | 328 | $4,176.48 |
| Mikesell, Jean-Andrew | 330 | $6,928.88 |
| Richards, Matt | 326 | $10,000.00 |
| Solar, Selim | 324 | $10,000.00 |

**IT IS SO ORDERED.**

*** END OF ORDER ***