**Entered on Docket**
**July 31, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	amcdow@bakerlaw.com
	mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

Signed and Filed: July 31, 2017

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>        Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>        Debtor and Debtor in Possession. | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE IN WHOLE OR IN PART OF CLAIMS SEEKING REPAYMENT OF BITCOIN OR BITCOIN EQUIVALENT VALUE)**

The Court having reviewed and considered the *Liquidating Trustee's Third Omnibus Objection to Claims (Disallowance in Whole or in Part of Claims Seeking Repayment of Bitcoin or Bitcoin Equivalent Value)* (the "Claim Objection") [Docket Entry 405] and the *Request for Entry of Order Granting Liquidating Trustee's Third Omnibus Objection to Claims (Disallowance in Whole or in Part of Claims Seeking Repayment of Bitcoin or Bitcoin Equivalent Value)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount |
|---|---|---|
| Alary, Antoine | 230 | $34,333.10 |
| Ash, Lee | 231 | $37,342.36 |
| Avroutski, Max | 232 | $38,212.22 |
| Bond, Jason Cameron | 233 | $47,340.88 |
| Bradian, Jeffrey | 242 | $49,107.47 |
| Bui, Royce | 251 | $168,943.47 |
| Casey, Ryan | 234 | $34,203.91 |
| Deming, Mike | 261 | $38,390.72 |
| Dorman; Joshua | 255 | $48,588.20 |
| Gatchalian, Ryan | 256 | $312,103.27 |
| Godoy, Edgar | 245 | $40,919.75 |
| Guerrero, Luis | 235 | $48,283.34 |
| Harmacolindor Informatikai Kft. | 244 | $40,251.24 |
| Hee, Hamilton | 295 | $1,228,123.83 |
| Henson, David R. | 236 | $68,779.87 |
| Jones, Jeremy Ray | 237 | $45,527.90 |
| Lachmann, Frank | 238 | $31,460.78 |
| Lo, Andy | 239 | $31,308.30 |
| Schmidt, Sebastian Pawel | 240 | $89,582.10 |
| Vo, Antony | 28 | $464,273.25 |
| Voorhees, Erik | 272 | $243,872.18 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in part and allowed as a general unsecured claim in the amount stated below, unless disallowed in whole or in part by another order of this Court:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount | Allowed Amount |
|---|---|---|---|
| Bao, Lei | 11 (filed in Case No. 14-30866) | $66,374.14 | $11,966.60 |
| Feng, Victor | 37 | $48,107.00 | $6,142.82 |
| Krieger, Kevin | 20-1 | $23,000.00 | $2,932.55 |
| Lindner, Benjamin | 291 | $730,088.31 | $112,000.00 |
| Morici, Peter | 1 | $157,315.64 | $14,655.95 |
| Urakhchin, George | 6 | $30,000.00 | $5,265.17 |
| Wenzel, Cort | 152 | $24,389.98 | $7,355.29 |

**IT IS SO ORDERED.**

*** END OF ORDER ***