**Entered on Docket**
July 31, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Signed and Filed: July 31, 2017



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | [No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING
TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE)**

The Court having reviewed and considered the *Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)* (the "Claim Objection") [Docket Entry 406] and the *Request for Entry of Order Granting Liquidating Trustee's Fourth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

/ / /

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount |
|---|---|---|
| Alonso, Jesus Martin | 290 | $2,640.84 |
| Arna, Jeanette | 171 | $7,622.11 |
| Aupacom Enterprises (see Christopher Shaw) | 271-1 | $9,329.00 |
| Avery, Terri | 62-1 | $2,699.13 |
| Barbee, Brian | 156 | $2,459.05 |
| Bit Coin LLC (James Braden) | 320 | $51,250.00 |
| Black Oak Computers | 254 | $29,380.11 |
| Bouckaert, Tom | 265-1 | $12,177.89 |
| Bradley, Peter Lukas | 178 | $74,400.00 |
| Burgin, Daniel | 104 | $25,161.60 |
| Burke, Craig | 182 | $6,556.41 |
| Calderone, Ray | 73-1 | $2,644.21 |
| Cavion, Davide | 249 | $2,600.00 |
| Crain, Donald | 25-1 | $4,548.26 |
| Dionisatos, Aristeidis | 188 | $3,812.03 |
| EarthRise Trust | 248-1 | $28,358.96 |
| Erickson, Paul | 16-1 | $2,271.98 |
| Givens, Price | 193 | $7,169.69 |
| Goes, Christopher | 194 | $5,743.10 |
| Golbs, Christian | 88-1 | $6,776.92 |
| Harris, Roland Payu | 127 | $7,100.00 |
| Hoang, Tony | 126 | $7,862.78 |
| Howery, Kris | 170 | $2,275.28 |
| Kelly, Shaun | 125 | $3,111.16 |
| Lam, Nathan | 176 | $2,495.67 |
| Lambert, Dennis F | 200 | $1,638.62 |
| LookSmart, Ltd | 68-1 | $208,000.00 |
| Lord, Michael | 8 | $64,375.74 |
| Moc, Lyly | 319-1 | $7,716.85 |
| Montague, Paul | 100-1 | $6,939.80 |
| Mosley, Edward | 72-1 | $6,346.45 |
| Nepomuceno, Ferdinand | 167 | $6,498.96 |
| Noorullah, Rafez (Gazelle Informatics, Ltd.) | 158 | $4,168.50 |
| Pescatrice, Mark (d/b/a Hot Sun, LLC) | 116 | $37,856.53 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Ries, James A. | 157 | $7,550.50 |
| Safranek, Martin | 246 | $4,583.11 |
| Santos, Michel | 269-1 | $4,195.30 |

| Claimant | Proof of Claim No. | Allowed Amount |
|---|---|---|
| Shannon, Michael | 65-1 | $2,583.51 |
| Skreen, Evan Lawrence | 211 | $6,330.21 |
| Springer, David | 213 | $32,950.99 |
| Stiegler, Thomas | 63-1 | $4,519.97 |
| Tran, Thanh Lanh | 229 | $6,794.27 |
| UBE Enterprises | 44-1 | $38,250.00 |
| Vokey, Corey | 22-1 | $4,073.71 |
| Weinberg, Donald | 118 | $7,354.61 |
| Wingquist, Thomas | 285 | $6,307.99 |
| Wise, Cory | 282-1 | $6,344.09 |
| Wroblewski, Ryszard | 321 | $7,334.94 |

**IT IS FURTHER ORDERED** that the following claims are disallowed or disallowed in part and allowed as a general unsecured claim in the amount stated below, unless disallowed in whole or in part by another order of this Court:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount | Allowed Amount |
|---|---|---|---|
| Anguiano II, Jose | 323 | $2,535.00 | $0.00 |
| Babcock, James A. | 270-1 | $7,556.17 | $0.00 |
| Boytler, Bruce James | 298-1 | $6,500.00 | $0.00 |
| Chandra, Suresh | 54-1 | $2,326.02 | $0.00 |
| Chappell, Frank | 316 | $2,250.00 | $0.00 |
| Collins, Aaron | 7-1 | $2,250.00 | $0.00 |
| Croscup, Paul | 241 | $5,497.00 | $0.00 |
| Cypher Enterprises, LLC | 305 | $32,252.05 | $6,018.50 |
| Damm, Michael | 90-1 | $41,642.24 | $0.00 |
| Diener, Jonas | 304-1 | $1,647.51 | $0.00 |
| Duke, Fon Allan | 16-1 | Unknown | $0.00 |
| Filippov, Alex | 306-1 | $73,457.00 | $0.00 |
| Fischer, Maximillian/Gerald | 288 | $40,858.36 | $28,036.40 |
| Fu, Zhao | 318 | $2,362.02 | $2,362.02 |
| Greenwood, Evan L. | 289 | $6,335.67 | $0.00 |
| Gruat, Michael | 10-1 | $1,766.00 | $0.00 |
| Herbon, Daniel | 67-1 | $35,000.00 | $0.00 |
| Matheu, David | 224 | $3,955.58 | $0.00 |
| Miller, Karen (c/o Eberhart Accounting Services) | 98-1 | $8,788.52 | $0.00 |
| Monkey Business (c/o Lee Schwuchow) | 266 | $2,431.23 | $0.00 |
| Parotte, Maximin | 46-2 | $2,563.54 | $0.00 |
| Pederson, Grant | 17-1 | $3,790.00 | $0.00 |

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 14-30725 Doc# 552 Filed: 07/31/17 Entered: 07/31/17 14:23:34 Page 3 of 4
610927341.3

| | | | |
|---|---|---|---|
| Poon, Weng Kay | 243 | $4,252.37 | $0.00 |
| Pope, Bryan | 47-1 | $8,000.00 | $0.00 |
| Reid, Novia | 317 | $6,429.62 | $0.00 |
| Ruble, Nathan P. | 84-1 | $7,910.48 | $0.00 |
| Sattler, Detlef | 9-1 | $21,943.95 | $0.00 |
| Schultz, Carl | 155 | $2,425.73 | $0.00 |
| Senegal, Brenton | 33-1 | $2,750.00 | $0.00 |
| Sneddon, Russell | 13-1 | $4,146.58 | $0.00 |
| Terry, Bruce | 299-1 | $2,507.38 | $0.00 |
| Wallace, Nathan | 8-2 | $6,321.64 | $0.00 |

**IT IS SO ORDERED.**

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

610927341.3