1   Ashley M. McDow (245114)      Signed and Filed: July 31, 2017
  Michael T. Delaney (261714)

2   **BAKER & HOSTETLER LLP**
  11601 Wilshire Boulevard, Suite 1400

3   Los Angeles, CA 90025-0509
  Telephone:   310.820.8800

4   Facsimile:   310.820.8859
  Email:     amcdow@bakerlaw.co



5          mdelaney@bakerlaw.

  **DENNIS MONTALI**

6   Attorneys for MICHAEL G. KASOLAS  **U.S. Bankruptcy Judge**
  Trustee of the Hashfast Creditor Trust

7

8            **UNITED STATES BANKRUPTCY COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11 | In re           Lead Case No.: 14-30725 DM

12 | HASHFAST TECHNOLOGIES, LLC, a    Jointly Administered and Substantively
13 | California limited liability company,    Consolidated with:

14 |      Debtor and Debtor in Possession.    Case No.: 14-30866 DM

15 |  x  Affects HASHFAST, LLC, a Delaware    Chapter 11
16 |    limited liability company,

17 |      Debtor and Debtor in Possession.    [No Hearing Required – B.L.R. 9014-1(b)(3)]

18

19           **ORDER SUSTAINING IN PART LIQUIDATING**
           **TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CLAIMS**

20            **(DISALLOWANCE OF LEGALLY DEFICIENT CLAIMS)**

21      The Court having reviewed and considered the *Liquidating Trustee's Fifth Omnibus*

22 *Objection to Claims (Disallowance of Legally Deficient Claims)* (the "Claim Objection") [Docket

23 Entry 407] and the *Request for Entry of Order Granting Liquidating Trustee's Fifth Omnibus*

24 *Objection to Claims (Disallowance of Legally Deficient Claims)*, finding notice due and proper,

25 and finding good and adequate cause therefor,

26      **IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

27 / / /

28 / / /

ORDER GRANTING FIFTH OMNIBUS OBJECTION TO CLAIMS
610953239.3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS FURTHER ORDERED that the Claim Objection is deemed withdrawn with respect to the following claims:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount |
|---|---|---|
| Acacia NPU d/b/a Cater2.me | 222 | $4,158.02 |
| Baker, Joseph William | 280 | $11,400.00 |
| Baldinger, Mattia | 258 | $7,509.79 |
| Beck, Tara | 81 | $6,377.63 |
| Cheaney, Avram | 310 | $2,495.67 |
| Cheaney, Avram | 311 | $3,881.85 |
| EarthRise Trust | 13-1 | $131,868.00 |
| Future Electronics | 1 | $372,637.80 |
| Hamner, Stephen | 21 | $5,589.43 |
| Hessenflow, Allan N. | 39 | $15,625.00 |
| Hunt, David Govinder | 262 | $28,500.00 |
| Hypertechnologie Ciara Inc. | 174 | $193,207.85 |
| Larsen, Kjetil | 267 | $14,736.47 |
| Liquidbits Corp. | 111 | $5,364,725.00 |
| Perkins Coie LLP | 19 | $107,871.53 |
| Piper, Derek | 275-1 | $7,290.33 |
| Sistemas Operativos Sanitarios C.A. | 286 | $832,000.00 |
| Strategic Counsel Corp. | 308 | $135,422.00 |
| Uniquify, Inc. | 309-1 | $768,680.44 |
| Vaida, Tudor Ovidiu | 260 | $7,708.30 |
| Vidana, Joshua | 263 | $85,260.36 |
| Zuber Lawler & Del Duca LLP | 322 | $133,651.58 |

IT IS FURTHER ORDERED that the following claims are disallowed or disallowed in part and allowed as a general unsecured claim in the amount stated below, unless disallowed in whole or in part by another order of this Court:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount | Allowed Amount |
|---|---|---|---|
| Barber, Simon | 301 | $14,550.94 | $0.00 |
| Digimex, Ltd. | 48 | $3,608,946.20 | $0.00 |
| Elfassy, Ilan | 70 | N/A | $4,226.92 |
| Murray, Stuart A. | 79 | $14,183.61 | $14,183.61 |
| Oshea, James | 2 | N/A | $23,078.28 |
| Soler, Selim | 324 | $10,000.00 | $0.00 |
| TimeFire, Inc. | 5-1 | $21,500,000.00 | $0.00 |
| Vit, Alan | 80 | N/A | $11,479.73 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IT IS SO ORDERED.**

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

610953239.3