Signed and Filed: July 31, 2017



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x  Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING
TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CLAIMS FOR LACK OF EVIDENCE OF PRIORITY)**

The Court having reviewed and considered the *Liquidating Trustee's Sixth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence of Priority)* (the "Claim Objection") [Docket Entry 408] and the *Request for Entry of Order Granting Liquidating Trustee's Sixth Omnibus Objection to Claims (Disallowance of Claims for Lack of Evidence of Priority)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

**IT IS FURTHER ORDERED** that the Claim Objection is deemed withdrawn with respect to the following claims and such claims are allowed in the amounts stated below:

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| Avery, Terri | 62 | $2,699.13 |
| Cheaney, Avram | 311-1 | $3,881.85 |
| Crowder, Ralph | 123 | $48,000.00 |
| Liu, Yinchun Catherine | 147 | $6,566.90 |
| Montague, Paul | 100 | $6,939.80 |
| Riedel, Wolfgang | 110 | $2,590.34 |
| Schmitt, William | 165 | $4,850.00 |
| Sneddon, Russell | 13 | $4,146.58 |

**IT IS FURTHER ORDERED** that the following claims are disallowed or disallowed in part and allowed as a general unsecured claim in the amount stated below, unless disallowed in whole or in part by another order of this Court:

| Claimant | Proof of Claim No. | Claim/Scheduled Amount | Allowed Amount |
|---|---|---|---|
| Amanda Van Nuys Consulting | 153 | $9,750.00 | $9,750.00 |
| Connelly, Brian C | 10-1 | $5,000.00 | $0.00 |
| Dahlke. Matthew Robert | 327 | $100,000.00 | $0.00 |
| Hammond, Edward | 64-1 | $6,000.00 | $0.00 |
| Hansen, Lonnie | 220-1 | $4,048.62 | $4,048.62 |
| Lei, Shi | 12-1 | $6,765.09 | $6,765.09 |
| Smallwood, Peter | 135 | $14,547.43 | $14,547.43 |
| Walther, William (WaltherCorp, LLC) | 264-1 | $4,292.30 | $4,292.30 |
| Woodward, Anthony | 297-1 | $2,495.67 | $0.00 |
| Yue, Hong-Quan | 169 | $7,586.86 | $7,586.86 |

**IT IS SO ORDERED.**

*** END OF ORDER ***