**Entered on Docket**
**July 31, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: July 31, 2017**

DENNIS MONTALI
U.S. Bankruptcy Judge

Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.c
mdelaney@bakerlaw.

Attorneys for MICHAEL G. KASOLAS,
Trustee of the Hashfast Creditor Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x Affects HASHFAST, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>[No Hearing Required – B.L.R. 9014-1(b)(3)] |

**ORDER SUSTAINING IN PART LIQUIDATING TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF SCHEDULED CLAIMS)**

The Court having reviewed and considered the *Liquidating Trustee's Seventh Omnibus Objection to Claims (Disallowance of Scheduled Claims)* (the "Claim Objection") [Docket Entry 409] and the *Request for Entry of Order Granting Liquidating Trustee's Seventh Omnibus Objection to Claims (Disallowance of Scheduled Claims)*, finding notice due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained in part;

**IT IS FURTHER ORDERED** that the Claim Objection is withdrawn with respect to the claims following claims:



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| Claimant | Scheduled Amount |
|---|---|
| Aamodt, Eivind | $2,656.20 |
| Ag, Elpix and Joerg Margane | $41,902.60 |
| Ambar, Abraham | $8,052.06 |
| Anders, John | $2,669.57 |
| Anthem Blue Cross | $6,786.00 |
| Appel, Sascha | $2,654.37 |
| Araujo, Leopoldo Martinez | $13,689.14 |
| Arberg, Lars | $4,292.11 |
| Askar, Allan (Allancolabs LLP) | $6,498.96 |
| Aupacom Enterprises (Christopher Shaw) | $9,329.00 |
| Ayotte, Shawn | $2,468.24 |
| Badarlis, Andreas | $2,590.34 |
| Baranbdiaran, Jose | $6,861.78 |
| Bayona, Roberto | $2,698.57 |
| Beaumont, Adam | $2,590.34 |
| Beckwith, Ted | $14,000.00 |
| Beech, Craig | $512,960.00 |
| Beju, Catalin | $3,812.03 |
| Benoit, Bergic | $2,602.00 |
| Bigler, Benjamin | $2,640.84 |
| Birke, Marian | $20,237.99 |
| Bit-Stop Computer | $1,765.59 |
| Bosse, Donald | $2,893.14 |
| Bulcke, Lieven Vanden | $4,365.60 |
| Bullock, Trenton | $6,000.00 |
| Cain, James | $4,068.96 |
| Carmichael, Craig | $2,461.39 |
| Castro, Damian | $4,244.27 |
| Chan, Hing tat | $6,707.36 |
| Chan, Jeremy | $6,939.80 |
| Chase, Kyle | $7,615.29 |
| Chino, Theo | $6,565.70 |
| Chiong, Michael | $3,797.53 |
| Cho, David | $4,048.90 |
| Clauw, Sven | $2,563.54 |
| Coe, Laruen | $3,777.36 |
| Conangla, Xavier | $2,654.00 |
| Connors, Wayne | $3,927.13 |
| Cooke, Harrison | $8,957.59 |
| Cordova, Luis | $7,190.00 |
| Cremer, Shlomo | $7,547.26 |





Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 2 of 10

| | |
|---|---:|
| Crockford, Andrew | $4,244.27 |
| Davies, Aneurin | $4,273.55 |
| Day, Jonathan | $1,798.90 |
| Delporte, Kevin | $2,600.00 |
| DigiKey Corporation | $90.17 |
| Dixon, Lance (Intervid FZ LLC) | $72,300.00 |
| Dolak, Paul | $5,670.00 |
| Dolman, Christopher | $2,607.17 |
| Fefer, Vladimir | $2,331.00 |
| Feler System Integration | $4,273.55 |
| Franko, Janez | $2,854.82 |
| Gallegos, Matt | $2,422.71 |
| Gamborino, Joah | $6,842.00 |
| Gladden, David | $3,873.20 |
| Glocovs, Aleksandrs | $5,068.19 |
| Gorman, Pete | $2,670.40 |
| Gotleib, Jon | $51,250.00 |
| Handler, Dan | $0.00 |
| Harnett, Dane | $13,763.46 |
| Harris, Peter | $4,244.27 |
| Hazlehurst, Harry | $2,563.54 |
| Hellmann, Ronny | $2,590.34 |
| Henderson, Reginald | $6,342.70 |
| Hendrickson, Peter | $11,006.25 |
| Hennequin, Franck | $2,590.34 |
| Henriksen, Tore | $4,418.91 |
| Hilderal, Daniel | $2,590.00 |
| Hlavaty, Jack | $2,275.28 |
| Huang, Kevin | $2,293.55 |
| Huber, Beat | $2,641.00 |
| Huckvale, Stephen | $2,590.00 |
| Hui, Lin Cheng | $29,631.20 |
| Huizinga, Patrick | $1,756.25 |
| Islamov, Timur | $7,691.11 |
| Jacos, Peter | $7,157.98 |
| Jaffe, Nicholas | $2,675.65 |
| Jang, Lewis | $2,550.17 |
| Janke, Larson | $38,252.00 |
| JK Internet Solutions Partner | $2,590.00 |
| Juez, Alejandro Besada | $6,842.11 |
| Kaarakainen, Mika | $2,669.57 |
| Kalram, Mohit | $4,405.27 |
| Klein, Oliver | $2,607.17 |
| Komissarov, Aleksandr | $2,275.00 |

| | |
|---|---|
| Kondrat'ev, Ivan | $1,561.88 |
| Kovach, Kenneth | $2,301.63 |
| Kozachenko, Igor | $38,250.00 |
| Kravchik, Oren | $6,652.99 |
| Laron, Etamar | $7,547.26 |
| Laun, Duane | $32,940.30 |
| Le, Dat | $4,048.90 |
| Lehming, Tim | $2,590.34 |
| Lehrer, Mark | $2,386.63 |
| Lenet, Adam (Lenit IT Solutions) | $2,291.52 |
| Leong, Matthew | $7,450.54 |
| Listener Approved LLC | $7,332.86 |
| Luecke, Christian | $9,318.47 |
| Malinen, Juri | $2,628.74 |
| Matas, Francisco Joee Romero | $4,292.11 |
| Mathias, Michael | $2,600.01 |
| Mazovec, Anze | $2,854.82 |
| McKittrick, Brian | $6,416.00 |
| Medeiros, Martin | $3,791.52 |
| Meese, Kelly | $2,397.00 |
| Meijburg, Cees | $2,590.34 |
| Mengel, Amos | $2,692.00 |
| Merkabahnk | $3,795.30 |
| Metzler, Jared | $3,784.03 |
| Miller, Warren | $1,756.25 |
| Minaj, Ahmed | $6,565.70 |
| Miranda, Joaquin Mellado | $7,458.82 |
| Moc, Tong | $4,583.43 |
| Molai, Bo | $1,090.10 |
| Morales, Jose | $2,460.00 |
| Mosneron, Charles | $2,600.01 |
| Mueller, Florian | $2,656.20 |
| Munoz, Victor | $6,529.00 |
| Navarry, Albert | $2,640.84 |
| Neth, Alex | $12,151.30 |
| Ngo, Jimson | $2,431.56 |
| Nguyen, Phuc | $2,420.00 |
| Nimtsch, Daniel | $1,766.79 |
| Noble, Julian | $1,884.32 |
| Oregan Networks Ltd. | $2,590.00 |
| Peay, Timothy | $6,339.54 |
| Peregoy, John | $6,461.00 |
| Poluhin, Anton | $2,998.97 |
| Prasanna, Jeyaraman | $2,687.47 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Pryor, Michael | $6,328.18 |
| Pushkin, Sergey | $2,855.00 |
| Quirante, Joseph John | $7,691.11 |
| Radhawa, Ram | $6,598.90 |
| Ramos, Dominic | $2,654.00 |
| Randall, Scott (Advanced Legal Systems, Inc.) | $3,997.68 |
| Rankin, Frank | $15,441.98 |
| Rebeyrat, Olivier | $4,081.50 |
| Reed, Mari | $1,688.02 |
| Reith, Bruno | $2,590.34 |
| Richardson, Alan | $9,200.00 |
| Richardson, Robert Alan | $29,900.00 |
| Richmond, George | $3,887.90 |
| Ritz, Jay | $12,685.40 |
| Robert Alkire Consulting | $28,800.00 |
| Romero, Hugo Gonzlalez | $4,292.11 |
| Rouvier, Joe | $6,925.73 |
| Roy, Mark | $120,729.17 |
| Samios, Nicholas | $7,723.00 |
| Sandgate Technologies | $89,377.00 |
| Santos, Jose | $2,600.01 |
| Schicker, Florian | $4,292.11 |
| Schildknecht, Timo | $6,871.00 |
| Schwarz, Steven | $6,000.00 |
| Schwarz, Viktor | $6,842.11 |
| Shanghai Chooyu Chemical Company, Ltd | $2,128.00 |
| Shy, Kathleen | $515.00 |
| Sierra Proto Express | $11,160.98 |
| Sim, Sylvia (IP Mart Network) | $62,332.00 |
| Simpson, Craig | $2,600.01 |
| Slavkov, Evan Lawrence | $0.00 |
| Starr, Daniel | $2,699.13 |
| Stehr Music Productions | $2,644.00 |
| Steiner, Raymond | $2,656.20 |
| Stolowitz Ford Cowger, LLP | $5,637.55 |
| Stoychev, Ivo | $6,777.00 |
| Su, Hsiaofen | $4,950.78 |
| Suter, Heinz | $4,292.11 |
| Synter Resource Group, LLC | $40.72 |
| Syvert Holbeck Feed | $2,669.57 |
| Talmacel, Milhail | $19,899.68 |
| Tanaka, Hideyuki | $3,271.50 |
| Taylor, Guy | $2,590.34 |
| Telford, Jeannie | $6,401.59 |
| Teltarif.de | $1,765.59 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 5 of 10

| | |
|---|---|
| Teo, Albert | $4,048.90 |
| Tipple, Peter | $2,563.54 |
| Tooley, Marc | $3,203.54 |
| Traver, Elric | $2,417.46 |
| Trowbridge, Douglas | $1,638.62 |
| TrueTech Communications | $560.00 |
| Turygin, Ivan | $25,000.00 |
| Uline | $1,044.88 |
| Valcheva, Indra Koli | $13,416.71 |
| van der Feest, Stephan | $2,600.01 |
| Van Vuuren, Henco Janse | $3,012.89 |
| Vasquez, Raul | $2,495.67 |
| Vela, Allan | $4,418.53 |
| Vermaat, L.J. | $6,794.00 |
| Vkal Design LLC | $840.00 |
| Vorac, Oldrich | $5,048.00 |
| Vykoukal, Ferdinand | $5,282.00 |
| Wagner, Marcel | $4,244.27 |
| Wang, George | $2,290.00 |
| Wang, Hamilton | $13,228.00 |
| Wiesman, Jazz | $4,040.00 |
| Workbridge Associates | $19,890.00 |
| Wu, Gonbo | $6,010.00 |
| Xu, Zhengxian | $2,636.78 |
| Yap, Jet | $8,241.95 |
| Yotov, Tsvetomir | $7,376.69 |
| Zheng, Chris | $2,275.00 |
| Zhou, Wei | $7,009.10 |
| Zifon, Toshiya | $2,584.70 |
| Zizka, Andreas | $3,340.60 |
| Zizka, Jochen | $4,311.78 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in their entirety:

| Claimant | Scheduled Amount |
|---|---|
| Abdelgawad, Amro | $7,999.25 |
| Ahluwalia, Rajpreet | $2,292.00 |
| Albarron, Dario | $4,078.74 |
| Alexiou, Antonios | $2,657.22 |
| Allure Marine Limited (Matt Gibson) | $4,520.19 |
| Armada Works Inc. | $7,432.87 |
| Armatys, Zbigniew | $2,998.97 |
| Atlas, Yazz (EntropyWorks Inc.) | $4,018.52 |





Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 6 of 10

| | |
|---|---|
| Badua, Jason | $24,029.54 |
| Baldkinger, Mattia (Baldinger) | $1,809.96 |
| Baringer, Maximilian | $2,590.34 |
| Baum, Luke | $1,639.25 |
| Beauchesne, Thierry | $2,457.54 |
| Belfield, Justin (AGNQ Tech LLC) | $2,278.59 |
| Bellosta, Marcelino | $7,210.00 |
| Bemmira, Lotfi | $6,161.67 |
| Berger, Kyle | $2,478.00 |
| Billaud, Matthieu | $26,925.00 |
| Blancett, Phil | $6,925.73 |
| Boothby, David | $2,422.00 |
| Bower, Jonathan | $2,670.00 |
| Bressler, Brandon | $2,496.00 |
| Brewis, Deon | $5,785.30 |
| Brewis, Deon | $1,553.59 |
| Cameron, Scott | $2,291.71 |
| Carrillo, Anthony | $1,623.82 |
| Carver, Dain | $6,430.00 |
| Central Computers | $840.00 |
| Cogent Communications | $1,600.00 |
| Collins, Aaron | $2,299.00 |
| Contreras, Tommy E. | $2,100.00 |
| Courtright, William | $2,498.31 |
| Craig-Wood, Kate (Wood Technology LLP) | $12,493.17 |
| Cypher Enterprises, LLC | $6,018.00 |
| de Romijn, Alwin | $4,244.27 |
| DeLeon, Eddie | $2,250.00 |
| Dewey, Antonio | $2,318.00 |
| Ditthardt, Robert (Olivine Labs LLC) | $4,058.96 |
| DXCorr Design, Inc. | $0.00 |
| Eclipse Metal Fabrication | $3,279.90 |
| Edwards, Robert (Awesome Possum LLC) | $6,565.70 |
| Employment Matter Counseling & Consulting | $2,170.00 |
| Endres, Alexander | $6,776.90 |
| Ergen, Chris (c/o Summit Capital LLC) | $36,758.96 |
| Ernst, Sven | $4,454.00 |
| Famania, Fernando | $6,910.20 |
| Farag, Joseph (Trinity Bitcoin) | $6,565.70 |
| Farnsworth, Eli | $2,420.00 |
| Farry, Dean | $4,168.85 |
| Fernandez, Jensy | $2,365.25 |
| Fiechter, Frederick | $20,777.19 |
| Fishchenko, Andrey | $3,995.58 |
| Floyd, Raymond (Floyd Company) | $7,067.00 |
| Galburt, Gamain Jean (Paula Jean) | $2,328.40 |
| Gao, Michael (c/o Honqui Yang) | $682,038.00 |
| Giovinco, Michael | $1,638.62 |
| GLO Ventures | $25,000.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 7 of 10

| | |
|---|---:|
| Gray, Scott | $6,507.52 |
| Greinier, Michael | $11,523.80 |
| Grevich, Justin | $4,176.48 |
| Grez, Patricio | $2,420.34 |
| Grimes, Aaron | $2,275.28 |
| Haden, Doug | $6,925.73 |
| Halley, Zach | $2,600.01 |
| Haltiner, Maia | $2,291.52 |
| Hancock, Mark | $2,518.64 |
| Haverstock, Adam | $2,458.99 |
| Hendrick, Glenn, Bitminer | $1,639.25 |
| Hennessy, Adam | $1,500.00 |
| Hicks, James | $2,446.88 |
| Hill, Derek | $6,322.00 |
| Hilt, Charles | $4,550.56 |
| Hu, Wenxie | $2,584.70 |
| Ino, Yasuo | $4,215.09 |
| James Lowry, LLC | $15,592.23 |
| Johnson, Darwin | $2,590.00 |
| Karau, Holden | $2,495.67 |
| Keyes, Marion (Riverstone LLC) | $13,076.70 |
| King, David | $2,272.00 |
| Kraus, Alfred | $3,777.36 |
| Kwok, Tin Yan | $3,879.01 |
| Lance, Edward | $4,551.56 |
| Lau, Brion (Financial Fitness Pro) | $2,458.00 |
| Lee, Edward | $9,215.77 |
| Liu, Eric | $1,634.98 |
| Loudon, George | $2,275.28 |
| Ma, Ting | $4,466.48 |
| Maes Jelle (BVBA) | $13,144.00 |
| Mann, Elkin (LDI Imports) | $2,275.28 |
| Marin, Santiago | $2,326.02 |
| Maxwell, Gregory | $6,136.00 |
| McCray, Nathaniel | $4,038.30 |
| McGhan, Allen | $4,109.89 |
| McNamara Financial | $25,145.00 |
| Mikesell, Jean-Andrew | $6,928.88 |
| Miller, James | $2,326.02 |
| Miratek | $5,525.00 |
| Neumann, Tobias | $2,590.34 |
| Newbern, Saint Clair | $10,363.20 |
| Nguyen, Thang | $3,795.50 |
| Ni, Zhongwei | $3,982.16 |





Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 8 of 10

| | |
|---|---:|
| Nirvana Digital | $8,172.03 |
| North, Jonathon | $6,128.20 |
| Novtech, Inc. | $9,000.00 |
| Package Science | $32,000.00 |
| Patel, Siraj | $4,308.15 |
| Peace, William | $2,262.81 |
| Pei, Qingshou | $3,811.74 |
| Perez, Julio | $15,551.74 |
| Perkins Coie LLP | $101,769.89 |
| Petersen, Russell | $2,271.88 |
| Pirestani, Kayvon | $4,168.85 |
| Pojar, Daniel | $2,326.00 |
| Polymathica Pte. Ltd | $4,448.01 |
| Pop, Adrian | $4,583.42 |
| Prentice, Jonathan (Network Service Prov) | $1,500.00 |
| Proven Tolerance Specialist | $5,706.96 |
| Raday, Christopher | $3,795.50 |
| Rihn, Bernie (Prudentia Permanens LLC) | $6,533.60 |
| Rising, Joshua | $1,656.97 |
| Roeder, Paul | $2,318.45 |
| Rooney, Ric (Sun Spot) | $15,260.54 |
| Russell, Joe | $353.61 |
| Sajan, Anthony | $2,275.28 |
| Sanders, Bruce (Bruce Sanders Design) | $6,566.70 |
| Schemenauer, Neil | $6,572.77 |
| Schwartz, Vicki (Schwarz) | $2,326.02 |
| Shave, John | $6,565.70 |
| Sidles, Kyle (Kaysid, LLC) | $31,875.00 |
| Simms, Jonathan (Jhashybor Mining) | $4,058.96 |
| Sine, Terry | $3,773.67 |
| Snisarenko, Kostyantyn | $2,583.51 |
| Steinberg, David | $6,928.00 |
| Sudakov, Sergiy | $2,275.28 |
| Suddarth, James | $6,320.83 |
| Sullivan, Mark (Cyclotronics) | $19,018.05 |
| Tait, Ian | $13,414.16 |
| Teta, Jesse | $2,386.63 |
| Theron Rodriguez Bitlab LLC | $6,549.00 |
| Thompson, Chris | $1,561.66 |
| Tucker, Matt | $25,045.00 |
| Twigg, Simon | $4,876.80 |
| von Germeten, Mark | $3,848.35 |
| Wallace, Nathan | $6,322.00 |
| Walsh, Kat and Gregory Maxwell | $6,143.00 |
| Walsh, Sean (Bertram Capital) | $6,888.71 |
| Wang, Xiwen | $34,038.55 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 9 of 10

| | |
|---|---|
| Weiner, Bryce | $2,515.94 |
| Wen, Luke | $2,365.25 |
| Whyne, Eric | $2,420.34 |
| Williams, Daniel | $2,275.28 |
| Williams, Mark (Off Road Unlimited) | $3,890.37 |
| Witty, Stephen | $3,795.44 |
| World Electronics | $196,940.22 |
| Wu, James | $2,459.00 |
| WY Gost | $120,000.00 |
| Wysong, Corey | $2,277.31 |
| Xue, Yipu | $3,158.57 |
| Yang, Xunyu | $7,716.00 |
| Yellowlees, Jon | $3,805.80 |
| Young, Alexander | $2,264.96 |
| Zepeda, Manuel | $13,777.00 |

**IT IS SO ORDERED.**

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



Case: 14-30725 Doc# 555 Filed: 07/31/17 Entered: 07/31/17 14:27:35 Page 10 of 10