**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br>[No Hearing Required - B.L.R. 9014-1(b)(3)] |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING THE AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

On or about January 31, 2017, Koi Systems Ltd. ("Koi"), petitioning creditor and member of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of Hashfast Technologies, LLC and Hashfast, LLC (collectively, the "Debtors"), filed the *Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (the "Amended

Motion"). *See* Docket No. 527. On or about January 31, 2017, Koi filed the Declaration of Robert Edgeworth in support of the Amended Motion (the "Edgeworth Declaration"). *See* Docket No. 529. On or about January 31, 2017, Koi served the Amended Motion and Edgeworth Declaration on all interested parties. No timely opposition and request for hearing has been filed with respect to the Amended Motion.

Notwithstanding, prior to the expiration of the objection period, Michael G. Kasolas (the "Trustee"), the trustee for the Hashfast Creditor Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Date June 4, 2015*, through his counsel of record, raised certain concerns regarding the administrative claim requested by and through the Amended Motion. In resolution of these concerns, on or about February 23, 2017, Koi and the Trustee executed and filed the *Joint Statement of Michael G. Kasolas and Koi Systems Ltd. Regarding Allowance of Administrative Claim* (the "Joint Statement") [Docket No. 537]. Pursuant to the Joint Statement, Koi and the Trustee agreed to resolve any potential issues with the allowance of the requested administrative claim. In sum, Koi agreed to reduce the requested administrative claim by $18,278.00. Based on this agreement, Koi and the Trustee requested that the Court allow the requested administrative claim in the amount of $29,602.72.

Accordingly, Koi hereby respectfully requests entry of the proposed order granting the Amended Motion as modified by the Joint Statement, a copy of which is attached hereto as Exhibit A, by default pursuant to B.L.R. 9014-1(b)(4).

Respectfully submitted,

Dated: August 16, 2017　　　LOBEL WEILAND GOLDEN FRIEDMAN LLP

By:　/s/ BETH E. GASCHEN
　　　BETH E. GASCHEN
　　　Attorneys for Koi Systems Ltd.

1126534.1　　　　　　　2　　　　　REQUEST FOR ENTRY OF ORDER

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000　Fax 714-966-1002

# DECLARATION OF JEFFREY I. GOLDEN

I, Jeffrey I. Golden, hereby declare:

1. I am a partner with the law firm of Lobel Weiland Golden Friedman LLP, counsel for Koi Systems Ltd. ("Koi"), petitioning creditor and member of the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case (the "Bankruptcy Case") of Hashfast Technologies, LLC and Hashfast, LLC. I submit this declaration in support of the *Request for Entry of Order by Default Granting the Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (the "Request"). Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Request.

2. Unless otherwise provided, I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to the same.

3. On or about January 31, 2017, Koi filed the Amended Motion and Edgeworth Declaration. Based on the proof of service appended thereto, the Amended Motion and Edgeworth Declaration were served on all interested parties.

4. Prior to the expiration of the objection period, the Trustee raised certain concerns regarding the administrative claim requested by and through the Amended Motion. In resolution of these concerns, on or about February 23, 2017, Koi and the Trustee executed and filed the Joint Statement.

5. As of the submission of the Request, no opposition and request for hearing has been filed with respect to the Amended Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2017, at Costa Mesa, California.

/S/ JEFFREY I. GOLDEN
Jeffrey I. Golden

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING THE AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. SECTION 503** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Dennis Montali, 450 Golden Gate Avenue, San Francisco, CA 94102

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2017 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0
**F 9013-3.1.PROOF.SERVICE**
Case: 14-30725   Doc# 556   Filed: 08/16/17   Entered: 08/16/17 13:15:49   Page 4 of 5

**Electronic Mail Notice List**
Venkat Balasubramani    venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns    tom@tburnslaw.com
Greg P. Campbell    ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney    pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer    mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang    cdjang@rutan.com
Fahim Farivar    ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick    keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen    bgaschen@wgllp.com
Elizabeth A. Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris    rob@bindermalter.com
Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
Reginald R. Hindley    hindleylaw@gmail.com
David Holtzman    david.holtzman@hklaw.com
Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz    okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Barbara A. Matthews    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
Tyler Olson    tolson@rehonroberts.com
Douglas R. Pahl    dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras    dpoitras@jmbm.com
Peter M. Rehon    prehon@rehonroberts.com, uho@rehonroberts.com
Gregory A. Rougeau    grougeau@brlawsf.com
Peter A. Siddiqui    peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
Dominique Sopko    dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
Craig Stuppi    craig@stuppilaw.com
Sarah M. Stuppi    sarah@stuppilaw.com
Christopher D. Sullivan    csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
Donna S. Tamanaha    Donna.S.Tamanaha@usdoj.gov
Nancy Weng    nweng@tsaoyee.com, steve.kolkey@gmail.com