**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with Case No. 14-30866 |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | [No Hearing Required - B.L.R. 9014-1(b)(3)] |
| ■ Affects HASHFAST LLC, a Delaware limited liability company, | |
| Debtor and Debtor-in-Possession. | |

**EXHIBIT A TO REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING THE AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503**

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br>[No Hearing Scheduled] |

**ORDER GRANTING THE AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503, AS MODIFIED BY THE JOINT STATEMENT OF MICHAEL G. KASOLAS AND KOI SYSTEMS LTD. REGARDING ALLOWANCE OF ADMINISTRATIVE CLAIM**

1113952.1                                     1                                     ORDER

Having reviewed: (1) the *Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (Docket 527, the "Amended Motion"); and (2) the *Joint Statement of Michael G. Kasolas and Koi Systems Ltd. Regarding Allowance of Administrative Claim* (Docket 537, the "Joint Statement") entered into by Michael G. Kasolas, the trustee of the Hashfast Creditor Trust, and Koi Systems, Ltd ("Koi"), petitioning creditor in the above-captioned bankruptcy case of Hashfast Technologies, LLC, regarding the resolution of certain issues pertaining to the allowance of the administrative claim asserted by Koi under 11 U.S.C. § 503, and good cause appearing, it is **ORDERED THAT:**

1. The Amended Motion, as modified by the Joint Statement, is granted.
2. Koi is allowed an administrative priority claim pursuant to 11 U.S.C. § 503 in the amount of $29,602.72.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **EXHIBIT A TO REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING THE AMENDED MOTION FOR ORDER ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD., PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. SECTION 503** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Dennis Montali, 450 Golden Gate Avenue, San Francisco, CA 94102

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2017 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**
Venkat Balasubramani venkat@focallaw.com, pete.morici@alumni.purdue.edu
Thomas R. Burns tom@tburnslaw.com
Greg P. Campbell ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
Patrick Chesney pchesney@gallo-law.com, mvananda@gallo-law.com
Michael Delaney mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Michele M. Desoer mdesoer@zuberlaw.com, dellis@zuberlaw.com
Caroline R. Djang cdjang@rutan.com
Fahim Farivar ffarivar@bakerlaw.com, sgaeta@bakerlaw.com
W. Keith Fendrick keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
Beth E. Gaschen bgaschen@wgllp.com
Elizabeth A. Green egreen@bakerlaw.com, jdriggers@bakerlaw.com
Robert G. Harris rob@bindermalter.com
Geoffrey A. Heaton gheaton@duanemorris.com, dmicros@duanemorris.com
Reginald R. Hindley hindleylaw@gmail.com
David Holtzman david.holtzman@hklaw.com
Michael A. Isaacs Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael G. Kasolas trustee@kasolas.net, CA30@ecfcbis.com
Ori Katz okatz@sheppardmullin.com, smccabe@sheppardmullin.com
Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Barbara A. Matthews barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Ashley McDow amcdow@bakerlaw.com, SGaeta@bakerlaw.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner roliner@duanemorris.com, dmicros@duanemorris.com
Tyler Olson tolson@rehonroberts.com
Douglas R. Pahl dpahl@perkinscoie.com, etherrien@perkinscoie.com
David M. Poitras dpoitras@jmbm.com
Peter M. Rehon prehon@rehonroberts.com, uho@rehonroberts.com
Gregory A. Rougeau grougeau@brlawsf.com
Peter A. Siddiqui peter.siddiqui@kattenlaw.com, karen.browne@kattenlaw.com
Dominique Sopko dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
Craig Stuppi craig@stuppilaw.com
Sarah M. Stuppi sarah@stuppilaw.com
Christopher D. Sullivan csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
Donna S. Tamanaha Donna.S.Tamanaha@usdoj.gov
Nancy Weng nweng@tsaoyee.com, steve.kolkey@gmail.com