

**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone  714-966-1000
Facsimile   714-966-1002

Signed and Filed: August 20, 2017

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Petitioning Creditor
Koi Systems Ltd.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>━━━━━━━━━━━━━━━━━━━━━━━<br>■ Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No.:  14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with Case No. 14-30866<br><br>Chapter 11<br><br>[No Hearing Scheduled] |

**ORDER GRANTING THE AMENDED MOTION FOR ORDER
ALLOWING REIMBURSEMENT OF EXPENSES OF KOI SYSTEMS LTD.,
PETITIONING CREDITOR AND MEMBER OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. § 503, AS MODIFIED
BY THE JOINT STATEMENT OF MICHAEL G. KASOLAS AND
KOI SYSTEMS LTD. REGARDING ALLOWANCE OF ADMINISTRATIVE CLAIM**

1113952.1

1

ORDER

Having reviewed: (1) the *Amended Motion for Order Allowing Reimbursement of Expenses of Koi Systems Ltd., Petitioning Creditor and Member of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. § 503* (Docket 527, the "Amended Motion"); and (2) the *Joint Statement of Michael G. Kasolas and Koi Systems Ltd. Regarding Allowance of Administrative Claim* (Docket 537, the "Joint Statement") entered into by Michael G. Kasolas, the trustee of the Hashfast Creditor Trust, and Koi Systems, Ltd ("Koi"), petitioning creditor in the above-captioned bankruptcy case of Hashfast Technologies, LLC, regarding the resolution of certain issues pertaining to the allowance of the administrative claim asserted by Koi under 11 U.S.C. § 503, and good cause appearing, it is **ORDERED THAT:**

1. The Amended Motion, as modified by the Joint Statement, is granted.
2. Koi is allowed an administrative priority claim pursuant to 11 U.S.C. § 503 in the amount of $29,602.72.