UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT

Debtor. For the quarter ending: 09/30/2017 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 06/25/2015

2. Cash balance at beginning of quarter: $ 174,393.06
   Total receipts during quarter:
   Total disbursements during quarter: ($13,089.65)
   Cash balance at end of quarter: $ 161,303.41

3. Payments made pursuant to the Plan this quarter: $ 13,089.65

   Total payments to be made pursuant to the Plan: $ 1,020,673.35
   Cumulative paid to date: $ 1,020,673.35
   Balance remaining to be made under the Plan: Not Determinable

   As of the end of this reporting period                                    Yes         No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]                          X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)                                                                              X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?                          X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|     |                                                                                                                                                                                                                                      | Yes | No |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7.  | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |     | X  |
| 8.  | Has the order confirming the Plan become nonappealable?                                                                                                                                                                                | X   |    |
| 9.  | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                            | N/A |    |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                         | X   |    |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                      |     | X  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                                | X   |    |
| 13. | Anticipated date of motion for final decree: UNKNOWN                                                                                                                                                                                   |     |    |

I declare under penalty of perjury that the statements set forth above are true and accurate.

Dated: 10/26/2017

/s/ Michael G. Kasolas
Responsible Individual (signature)

Michael G. Kasolas
Print Name

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

**HASHFAST TECHNOLOGIES, LLC**
**CASE NO. 14-30725 DM**
**POST CONFIRMATION REPORT-QUESTION 7**
**FOR THE PERIOD JULY 1, 2017 THROUGH SEPTEMBER 31, 2017**

Open Adversary Proceedings as of October 21, 2017-

| Case No. | Plantiff | Defendant | Description | Anticipated Resolution |
|---|---|---|---|---|
| 16-03105 | Kasolas, Trustee | Sonic Manufacturing Tech Inc. | Preferential Transfers | Unknown |

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**September 30, 2017**

|  | Balance<br>July 1, 2017 | Receipts | Disbursements | Balance<br>September 30, 2017 |
|---|---|---|---|---|
| Per Bank | 174,393.06 | - | (696.79) | 173,696.27 |
| Outstanding- |  |  |  |  |
|   Beginning | - | - | - | - |
|   Ending | - |  | (12,392.86) | (12,392.86) |
| Deposit in Transit |  | - |  | - |
| Per Books | 174,393.06 | - | (13,089.65) | 161,303.41 |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

Period Covered:
September 01, 2017 - September 30, 2017
Page 1 of 3

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9566 | $174,068.06 | $173,696.27 |
| Total | | $174,068.06 | $173,696.27 |

### Notable Information For You...

*For cases involving a business, please remember the following guidelines for Tax Identification Numbers (TINs) and W-9 Forms:*

*1) Each case may have only one TIN.*

*2) Most businesses already have a corporate TIN which should be used instead of requesting a new one. Enter your existing TIN into the BMS software to generate the necessary W-9 form for electronic signing and submission. This must be done at the time of account opening.*

*3) If a new TIN is needed, it must be obtained directly from the IRS. The BMS software includes a feature that will direct you to the IRS website. Requesting an Insta-TIN for business cases through Rabobank will cause delays and you will eventually be directed to obtain the TIN directly from the IRS. Once a TIN is received, an electronically-signed W-9 form must be submitted immediately through your BMS software.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Rabobank  Return Service Requested

Period Covered:
September 01, 2017 - September 30, 2017
Page 2 of 3

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number: 14-30725 DM
Case Name: HASHFAST CREDITORS TRUST
Trustee Number: 0000001130
Trustee Name: Michael Kasolas

**Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

Account Number: 9566

| | | |
|---|---|---|
| Enclosures | 1 | Beginning Balance $174,068.06 |
| Avg Collected Balance | $173,919.00 | + Total Additions $0.00 |
| | | - Total Subtractions $371.79 |
| | | Ending Balance $173,696.27 |

### Checks

\* Indicates a Skip in Check Number(s)

| Check # | Date | Amount |
|---|---|---|
| 115 | 09-19 | 371.79 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08-31 | 174,068.06 | 09-19 | 173,696.27 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Return Service Requested

Account Number ▓▓▓▓ 9566

Period Covered:
September 01, 2017 - September 30, 2017
Page 3 of 3

| 09/19/17 | #115 | $371.79 | 09/19/17 | #115 | $371.79 |

# Ledger Report

| Case Number: | 14-30725 DM | Trustee: | Mr. Michael Kasolas (001130) |
|---|---|---|---|
| Case Name: | HASHFAST CREDITORS TRUST | Bank Name: | Rabobank, N.A. |
| | | Account: | 9566 - Checking Account |
| Taxpayer ID #: | 3245 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 09/30/17 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 500.00 |
| 12/28/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 1,000.00 |
| 01/05/16 | | JAMS | CHECK #1 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES FROM PREFERENCE DEMAND. | 4009-001 | 1,362.64 | | 2,362.64 |
| 01/05/16 | | JAMS | CHECK #2 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES FROM PREFERENCE DEMAND. | 4009-001 | 2,562.63 | | 4,925.27 |
| 01/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-000 | 500.00 | | 5,425.27 |
| 02/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 5,925.27 |
| 03/28/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 6,425.27 |
| 04/12/16 | | FUTURE ELECTRONICS CORP. | SETTLEMENT PAYMENT. | 4009-000 | 7,500.00 | | 13,925.27 |
| 04/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-001 | 500.00 | | 14,425.27 |
| 05/19/16 | | MOUSER ELECTRONICS | FINAL SETTMENT PAYMENT | 4009-000 | 1,000.00 | | 15,425.27 |
| 05/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 15,925.27 |
| 05/27/16 | | United Parcel Service | SETTLEMENT PAYMENT | 4009-000 | 1,000.00 | | 16,925.27 |
| 05/31/16 | 101 | U.S. TRUSTEE | UST FEES FOR Q4 2015 ($650.00), Q1 2016 ($650.00), Q2 2016 ($650.00) | 2100-000 | | 1,950.00 | 14,975.27 |
| 06/16/16 | | MARK A. LOWE | SETTLEMENT PAYMENT FROM DEFENDANT | 4009-001 | 350,000.00 | | 364,975.27 |
| 06/27/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 365,475.27 |
| 06/27/16 | 102 | DuaneMorris, LLP | ATTORNEY FEES-LOWES MATTER, INVOICE #2194151 | 2100-000 | | 116,550.00 | 248,925.27 |
| 06/27/16 | 103 | DuaneMorris, LLP | ATTORNEY EXPENSES-LOWES MATTER, INVOICE #2194151 | 2100-000 | | 6,275.73 | 242,649.54 |
| 07/11/16 | | FEDERAL EXPRESS | SETTLEMENT PAYMENT | 4009-001 | 2,000.00 | | 244,649.54 |
| | | | Subtotals: | | $369,425.27 | $124,775.73 | |

{} Asset reference(s)

Case: 14-30725   Doc# 559   Filed: 10/26/17   Entered: 10/26/17 11:49:55   Page 9 of 12

# Ledger Report

| | | |
|---|---|---|
| Case Number: | 14-30725 DM | Trustee: Mr. Michael Kasolas (001130) |
| Case Name: | HASHFAST CREDITORS TRUST | Bank Name: Rabobank, N.A. |
| Taxpayer ID #: | 3245 | Account: 9566 - Checking Account |
| Period Ending: | 09/30/17 | Blanket Bond: $0.00 (per case limit) |
| | | Separate Bond: N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,149.54 |
| 08/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,649.54 |
| 08/30/16 | | PACKAGE SCIENCE SERVICES LLC | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,000.00 | | 247,649.54 |
| 08/30/16 | | STEPHEN ELLIS HAMNER | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,750.00 | | 250,399.54 |
| 08/30/16 | | ALLAN N. HESSENFLOW | FINAL SETTLEMENT PAYMENT | 4009-004 | 4,500.00 | | 254,899.54 |
| 08/30/16 | | DIGI-KEY | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 259,899.54 |
| 08/30/16 | | PETER HENDRICKSON | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 264,899.54 |
| 09/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 265,399.54 |
| 10/02/16 | | AMY WOODWARD | FINAL SETTLEMENT PAYMENT | 4009-004 | 1,750.00 | | 267,149.54 |
| 10/12/16 | 104 | ADR SERVICES, INC. | INVOICE #16-6200-ER-01: HASHFAST TECHNOLOGIES, LLC, PLAINTIFF, MICHAEL KASOLAS, CPA | 6007-011 | | 5,452.50 | 261,697.04 |
| 10/21/16 | 105 | U.S. TRUSTEE | UST FEES FOR Q3 2016 ($325.00) ACCT. #7131430725 | 2100-000 | | 325.00 | 261,372.04 |
| 11/17/16 | | CIARA | SETTLEMENT PAYMENT | 4009-001 | 95,000.00 | | 356,372.04 |
| 11/28/16 | | PROVINCE, INC. | SETTLEMENT PAYMENT | 4009-000 | 41,051.49 | | 397,423.53 |
| 11/29/16 | | UNIQUIFY, INC. | SETTLEMENT PAYMENT | 4009-000 | 4,000.00 | | 401,423.53 |
| 12/22/17 | | NATIONWIDE (SCOTTSDALE INSURANCE COMPANY | SETTLEMENT CHECK FOR D&O COVERAGE | 4009-003 | 650,000.00 | | 1,051,423.53 |
| 02/27/17 | 106 | COZEN O'CONNER | ATTORNEY FEES-D&O MATTER | 6007-001 | | 214,500.00 | 836,923.53 |
| 02/27/17 | 107 | COZEN O'CONNER | ATTORNEY EXPS-D&O MATTER | 6007-002 | | 4,822.17 | 832,101.36 |
| 02/27/17 | 108 | BAKER HOSTETLER | ATTORNEY FEES: PRE-CONFIRMATION | 6007-015 | | 295,779.88 | 536,321.48 |
| 02/27/17 | 109 | BAKER HOSTETLER | ATTORNEY FEES: POST-CONFIRMATION | 6007-001 | | 127,030.01 | 409,291.47 |
| 02/27/17 | 110 | KATTEN MUCHIN ROSENMAN, LLP | DEBTOR-ATTORNEY FEES | 6007-015 | | 180,245.86 | 229,045.61 |
| | | | | Subtotals : | $812,551.49 | $828,155.42 | |

{} Asset reference(s)

Case: 14-30725 Doc# 559 Filed: 10/26/17 Entered: 10/26/17 11:49:55 Page 10 of 12

# Ledger Report

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST CREDITORS TRUST |
| Taxpayer ID #: | ▇3245 |
| Period Ending: | 09/30/17 |

| | |
|---|---|
| Trustee: | Mr. Michael Kasolas (001130) |
| Bank Name: | Rabobank, N.A. |
| Account: | ▇9566 - Checking Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/17 | 111 | MICHAEL G. KASOLAS, TRUSTEE | PAYMENT PURSUANT TO COURT NOTICE 2-27-17 FOR TRUSTEE COMPENSATION | 6002-001 | | 50,102.55 | 178,943.06 |
| 04/18/17 | 112 | U.S. TRUSTEE | UST FEES FOR Q1 2017 ($4,875.00 less $325.00) ACCT. #7131430725 | 2100-000 | | 4,550.00 | 174,393.06 |
| 07/27/17 | 113 | U.S. TRUSTEE | UST FEES FOR Q2 2017 ($325.00) ACCT. #7131430725 | 2100-000 | | 325.00 | 174,068.06 |
| 09/17/17 | 114 | KOI SYSTEMS, LTD, C/O JEFFREY I GOLDEN | PARTIAL DISTRIBUTION PURSUANT TO COURT ORDER 8-21-17 DOC. #558 | 2100-000 | | 12,392.86 | 161,675.20 |
| 09/17/17 | 115 | MICHAEL G. KASOLAS, TRUSTEE | PAYMENT PURSUANT TO COURT NOTICE 2-27-17 FOR TRUSTEE COMPENSATION-KOI SYSTEMS | 6002-001 | | 371.79 | 161,303.41 |
| | | | ACCOUNT TOTALS | | 1,181,976.76 | 1,020,673.35 | $161,303.41 |

**TOTAL - ACCOUNT ▇9566**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 16 | Deposits | 826,476.76 | 15 Checks | 1,020,673.35 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | Subtotal | $826,476.76 | 0 Transfers Out | 0.00 |
| 12 | Adjustments In | 355,500.00 | Total | $1,020,673.35 |
| 0 | Transfers In | 0.00 | | |
| | Total | $1,181,976.76 | | |

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ▇9566 | 1,181,976.76 | 1,020,673.35 | 161,303.41 | 0.00 | 161,303.41 |
| | $1,181,976.76 | $1,020,673.35 | $161,303.41 | $0.00 | $161,303.41 |

{} Asset reference(s)

# HASHFAST TECHNOLOGIES, LLC
# POST CONFIRMATION REPORT DISCLOSURE STATEMENT
# CASE NO. 14-30725 DM
# FOR THE PERIOD JULY 1, 2017 THROUGH SEPTEMBER 30, 2017

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.