UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT

Debtor. For the quarter ending: 03/31/2018 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 06/25/2015

2. Cash balance at beginning of quarter: $ 160,978.41
   Total receipts during quarter:
   Total disbursements during quarter: $325.00
   Cash balance at end of quarter: $ 160,653.41

3. Payments made pursuant to the Plan this quarter: $ 325.00

   Total payments to be made pursuant to the Plan: $ 1,021,323.35
   Cumulative paid to date: $ 1,021,323.35
   Balance remaining to be made under the Plan: Not Determinable

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | X | |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|    |                                                                                                                                                                                                                                                                       | Yes | No |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.)                   |     | X  |
| 8. | Has the order confirming the Plan become nonappealable?                                                                                                                                                                                                               | X   |    |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                                                           | N/A |    |
| 10.| Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                                                        | X   |    |
| 11.| Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                                                     |     | X  |
| 12.| Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                                                               | X   |    |
| 13.| Anticipated date of motion for final decree: UNKNOWN                                                                                                                                                                                                                  |     |    |

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 4/20/18 | /s/ Michael G. Kasolas |
|---|---|
| Dated | Responsible Individual (signature) |
|  | Michael G. Kasolas |
|  | Print Name |

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

**HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM
POST CONFIRMATION REPORT-QUESTION 7
FOR THE PERIOD JANUARY 1, 2018 THROUGH MARCH 31, 2018**

Open Adversary Proceedings as of April 19, 2018-

| Case No. | Plantiff | Defendant | Description | Anticipated Resolution |
|---|---|---|---|---|
| 16-03105 | Kasolas, Trustee | Sonic Manufacturing Tech Inc. | Preferential Transfers | Unknown |

Hashfast Technologies, LLC
Rabobank N.A. - A/C XXXXXX9566
Bank Reconciliation
March 31, 2018

|  | Balance<br>January 1, 2018 | Receipts | Disbursements | Balance<br>March 31, 2018 |
|---|---|---|---|---|
| Per Bank | 160,978.41 | - | (325.00) | 160,653.41 |
| Outstanding- |  |  |  |  |
|   Beginning | - | - | - | - |
|   Ending | - | - | - | - |
| Deposit in Transit |  | - |  | - |
| Per Books | 160,978.41 | - | (325.00) | 160,653.41 |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank   Return Service Requested


Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
January 01, 2018 - January 31, 2018
Page 1 of 3

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number    14-30725 DM
Case Name    HASHFAST CREDITORS TRUST
Trustee Number    0000001130
Trustee Name    Michael Kasolas

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account<br>TRUSTEE CHECKING | ████9566 | $160,978.41 | $160,653.41 |
| **Total** | | **$160,978.41** | **$160,653.41** |

## Notable Information For You...

*Reminder:* To ensure your banking security, we recommend that you perform periodic audits to ensure challenge questions are completed and banking permissions are up to date for all staff members in your practice in both your CaseLink and TrustWorks software. Remember, these guidelines have been put in place to confirm your identity to the BMS Banking Center and the Rabobank banking team as well as allowing only those staff members with the appropriate rights to access your bank information. Knowing your challenge questions and answers will help you avoid any banking transaction delays. If you have any questions, please contact the BMS Banking Center by email or by phone at 800-634-7734.

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested

Period Covered:
January 01, 2018 - January 31, 2018
Page 2 of 3

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number: 14-30725 DM
Case Name: HASHFAST CREDITORS TRUST
Trustee Number: 0000001130
Trustee Name: Michael Kasolas

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

**Account Number:** ███9566

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | $160,978.41 |
| Avg Collected Balance | $160,905.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $325.00 |
| | | **Ending Balance** | $160,653.41 |

### Checks

*\* Indicates a Skip in Check Number(s)*
*"E" Indicates an Electronic Check*

| Check # | Date | Amount |
|---|---|---|
| 117 | 01-25 | 325.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12-31 | 160,978.41 | 01-25 | 160,653.41 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested

Account Number         9566
Period Covered:
January 01, 2018 - January 31, 2018
Page 3 of 3

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/25/18 | #117 | $325.00 | 01/25/18 | #117 | $325.00 |

Check #117 dated 01/19/2018 from HASHFAST CREDITORS TRUST, c/o Michael Kasolas, Hashfast Tech. LLC, PO Box 36650, San Francisco CA 94126-6650. Pay to the Order of: U.S. TRUSTEE, U.S. TRUSTEE PAYMENT CENTER, P.O. BOX 53202, ATLANTA GA 30353-0202. Amount: $325.00 — Three Hundred Twenty-Five Dollars and 00/100. Regarding: HASHFAST CREDITORS TRUST (14-30725 DM) PHONES — .5002379566. UST FEES FOR Q4 2017 (5325.00) ACCT. #7131430725. Signed Mr. Michael Kasolas.

Endorsement: >0410-3601-7< US TREAS DG-ECP 20180124

 

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
Rabobank  Return Service Requested

Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
February 01, 2018 - February 28, 2018
Page 1 of 2

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account<br>TRUSTEE CHECKING | ████9566 | $160,653.41 | $160,653.41 |
| **Total** | | **$160,653.41** | **$160,653.41** |

## Notable Information For You...

*Reminder: Make sure to include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits.*

*On a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits. The duplicate copies either do not include the MICR line or have a "Duplicate" watermark printed on them and should be retained for your records.*



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  *Return Service Requested*

Period Covered:
February 01, 2018 - February 28, 2018
Page 2 of 2

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

☏ **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

**Account Number:** 9566

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | $160,653.41 |
| Avg Collected Balance | $160,653.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | $160,653.41 |

*\*\*No activity this statement period\*\**

Case: 14-30725    Doc# 561    Filed: 04/20/18    Entered: 04/20/18 13:32:34    Page 9 of 14


**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested


Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
March 01, 2018 - March 31, 2018
Page 1 of 2

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

Case Number   14-30725 DM
Case Name   HASHFAST CREDITORS TRUST
Trustee Number   0000001130
Trustee Name   Michael Kasolas

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account TRUSTEE CHECKING | 9566 | $160,653.41 | $160,653.41 |
| **Total** | | **$160,653.41** | **$160,653.41** |

## Notable Information For You...

Need more UPS supplies to send your deposits into Rabobank? You can order supplies yourself by logging into http://campusship.ups.com.

Complete instructions (including login credentials) can be found on the BMS Client Portal (https://myResources.bms7.com) > Request Supplies > UPS Information > Ordering Guide.



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested

Period Covered:
March 01, 2018 - March 31, 2018
Page 2 of 2

Michael Kasolas
465 California Street, Suite 417
San Francisco CA 94104

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

**☎ Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

**Account Number:** ▮▮▮▮9566

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | $160,653.41 |
| Avg Collected Balance | $160,653.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | $160,653.41 |

**\*\*No activity this statement period\*\***

Case: 14-30725   Doc# 561   Filed: 04/20/18   Entered: 04/20/18 13:32:34   Page 11 of 14

# Ledger Report

Page: 1

**Case Number:** 14-30725 DM
**Case Name:** HASHFAST CREDITORS TRUST

**Taxpayer ID #:** 38-3913245
**Period:** 01/01/18 - 03/31/18

**Trustee:** Mr. Michael Kasolas (001130)
**Bank Name:** Rabobank, N.A.
**Account:** ▮▮▮▮9566 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/18 | 117 | U.S. TRUSTEE | UST FEES FOR Q4 2017 ($325.00) ACCT. #7131430725 | 2100-000 | | 325.00 | 160,653.41 |
| | | | **ACCOUNT TOTALS** | | 1,181,976.76 | 1,021,323.35 | $160,653.41 |

**TOTAL - ACCOUNT  5002379566**

|   | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 160,978.41 | 1 | Checks | 325.00 |
| 0 | Deposits | 0.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $160,978.41 | | Total | $325.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $160,978.41 | | | |

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # ▮▮▮9566 | 1,181,976.76 | 1,021,323.35 | 160,653.41 | 0.00 | 160,653.41 |
| | $1,181,976.76 | $1,021,323.35 | $160,653.41 | $0.00 | $160,653.41 |

{} Asset reference(s)

Case: 14-30725  Doc# 561  Filed: 04/20/18  Entered: 04/20/18 13:32:34  Page 12 of 14

# Ledger Report

| | |
|---|---|
| **Case Number:** 14-30725 DM | **Trustee:** Mr. Michael Kasolas (001130) |
| **Case Name:** HASHFAST CREDITORS TRUST | **Bank Name:** Rabobank, N.A. |
| | **Account:** ▮▮▮▮9566 - Checking Account |
| **Taxpayer ID #:** 38-3913245 | **Blanket Bond:** $0.00 (per case limit) |
| **Period:** 01/01/18 - 03/31/18 | **Separate Bond:** N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

**TOTAL - CASE**

| | | | | |
|---|---|---|---|---|
| Balance Forward | 160,978.41 | | | |
| 0 Deposits | 0.00 | 1 Checks | 325.00 | |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | |
| Subtotal | $160,978.41 | 0 Transfers Out | 0.00 | |
| 0 Adjustments In | 0.00 | Total | $325.00 | |
| 0 Transfers In | 0.00 | | | |
| Total | $160,978.41 | Net Total Balance | $160,653.41 | |

{} Asset reference(s)

# HASHFAST TECHNOLOGIES, LLC
# POST CONFIRMATION REPORT DISCLOSURE STATEMENT
# CASE NO. 14-30725 DM
# FOR THE PERIOD JANUARY 1, 2018 THROUGH MARCH 31, 2018

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.