TIMOTHY S. LAFFREDI (WI# 1055133)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm.05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Timothy.S.Laffredi@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Barbara A. Matthews and Donna S. Tamanaha for Tracy Hope Davis, the United States Trustee for Region 17. All notices should now be directed to:

> Office of the United States Trustee
> Attn: Timothy S. Laffredi
> 450 Golden Gate Ave., Suite 5-0153
> San Francisco, CA 94102-3661
> Email: Timothy.S.Laffredi@usdoj.gov

Dated: June 5, 2018    TRACY HOPE DAVIS
                      UNITED STATES TRUSTEE

                By:   /s/ Timothy S. Laffredi
                      Timothy S. Laffredi
                      Assistant United States Trustee

Notice of Substitution of Counsel