TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
280 South First St., Suite 268
San Jose, CA  95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Trevor.Fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 14-30725 DM |
| HASHFAST TECHNOLOGIES LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Timothy S. Laffredi for Tracy Hope Davis, the United States Trustee for Region 17.  All notices should now be directed to:

> Office of the United States Trustee
> Attn: Trevor R. Fehr
> 280 South First Street, Suite 268
> San Jose, CA 95113
> Email: Trevor.Fehr@usdoj.gov

Dated: August 1, 2018            TRACY HOPE DAVIS
                                 UNITED STATES TRUSTEE

                       By:       /s/ Trevor R. Fehr
                                 Trevor R. Fehr
                                 Trial Attorney for United States Trustee

Notice of Substitution of Counsel

Case: 14-30725    Doc# 566    Filed: 08/01/18    Entered: 08/01/18 13:00:42    Page 1 of 1