UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: HASHFAST TECHNOLOGIES, LLC
      CASE NO. 14-30725 DM

SEE ATTACHED DISCLOSURE STATEMENT
                                       Debtor.

**FINAL REPORT**

For the quarter ending:     09/30/2018 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

| | | | |
|---|---|---|---|
| 1. | Date of entry of order confirming plan: | | 06/25/2015 |
| | | | |
| 2. | Cash balance at beginning of quarter: | $ | 165,328.41 |
| | Total receipts during quarter: | | - |
| | | | 165,328.41 |
| | Total disbursements during quarter: | | $165,328.41 |
| | Cash balance at end of quarter: | $ | - |
| | | | |
| 3. | Payments made pursuant to the Plan this quarter: | $ | 165,328.41 |
| | | | |
| | Total payments to be made pursuant to the Plan: | $ | 1,127,976.76 |
| | Cumulative paid to date: | $ | 1,127,976.76 |
| | Balance remaining to be made under the Plan: | $ | - |

| | As of the end of this reporting period | Yes | No |
|---|---|---|---|
| 4. | Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | X | |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. | Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1]    First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the

Case: 14-30725    Doc# 568    Filed: 10/17/18    Entered: 10/17/18 18:49:41    Page 1 of 22

UST not later than twenty (20) days after expiration of the reported period.

|  | | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | X | |
| 8. | Has the order confirming the Plan become nonappealable? | X | |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A | |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X | |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X | |
| 13. | Anticipated date of motion for final decree: | 08/15/2018 | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 10/17/18 | /s/ Michael G. Kasolas |
|---|---|
| Dated | Responsible Individual (signature) |
| | Michael G. Kasolas |
| | Print Name |

Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126

Telephone Number:
415-504-1926

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**September 30, 2018**

| | Balance July 1, 2018 | Receipts | Disbursements | Balance September 30, 2018 |
|---|---|---|---|---|
| Per Bank | 165,328.41 | - | (98,470.34) | 66,858.07 |
| Outstanding- | | | | |
|   Beginning | - | - | - | - |
|   Ending | - | | (66,858.07) | (66,858.07) |
| Deposit in Transit | | - | | - |
| Per Books | 165,328.41 | - | (165,328.41) | - |

**Hashfast Technologies, LLC**
**Rabobank N.A. - A/C XXXXXX9566**
**Bank Reconciliation**
**October 2, 2018**

| | Balance October 1, 2018 | Receipts | Disbursements | Balance October 2, 2018 |
|---|---|---|---|---|
| Per Bank | 66,858.07 | - | (66,858.07) | - |
| Outstanding- | | | | |
| Beginning | (66,858.07) | - | - | - |
| Ending | - | - | - | - |
| Deposit in Transit | | - | | - |
| Per Books | | - | - | - | - |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
**Rabobank** *Return Service Requested*

Period Covered:
July 01, 2018 - July 31, 2018
Page 2 of 3

Michael Kasolas

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

☎ **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number:** ▮9566

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$165,328.41** |
| Avg Collected Balance | $165,244.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $325.00 |
| | | **Ending Balance** | **$165,003.41** |

## Checks

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 119 | 07-24 | 325.00 |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06-30 | 165,328.41 | 07-24 | 165,003.41 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
**Rabobank** *Return Service Requested*

| 07/24/18 | #119 | $325.00 | 07/24/18 | #119 | $325.00 |

Case: 14-30725   Doc# 568   Filed: 10/17/18   Entered: 10/17/18 18:49:41   Page 6 of 22

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Rabobank*  *Return Service Requested*

Period Covered:
August 01, 2018 - August 31, 2018
Page 2 of 2

Michael  Kasolas

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael  Kasolas |

☎ **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

---

## TRUSTEE CHECKING

**Account Number:** 9566

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$165,003.41** |
| Avg Collected Balance | $165,003.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$165,003.41** |

***No activity this statement period***

Case: 14-30725   Doc# 568   Filed: 10/17/18   Entered: 10/17/18 18:49:41   Page 7 of 22



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Rabobank* *Return Service Requested*



Rabobank, N.A.
Member FDIC

EQUAL HOUSING
LENDER   NMLS #649477

Michael  Kasolas



| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael  Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account TRUSTEE CHECKING | 9566 | $165,328.41 | $165,003.41 |
| **Total** | | **$165,328.41** | **$165,003.41** |

## Notable Information For You...

*Rabobank and the BMS Banking Center would like to remind you to follow these guidelines when printing payroll checks through a third party company:*

1) *Open a separate DDA account for payroll activity. Provide this account number and the Rabobank ABA number to your payroll processor.*
2) *Request that the payroll company begin with check serial number 1000.*
3) *Request the payroll company provide the check data to you in either an Excel (.xlsx) or a comma-delimited (CSV) format at least 72 hours before the checks are issued.*
4) *Send this data file to the BMS Banking Center at least 48 hours before the checks are issued.*

*Following these guidelines will ensure check recipients receive the funds due to them without any issues and will also help to reduce the risk associated with check fraud.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank. N.A.**



Rabobank, N.A.
Member FDIC

NMLS #649477

Michael Kasolas

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account TRUSTEE CHECKING | ▮9566 | $165,003.41 | $66,858.07 |
| **Total** | | **$165,003.41** | **$66,858.07** |

## Notable Information For You...

*The BMS Banking Center and Rabobank would like to provide you a few simple tips to make sure your deposits are processed as quickly as possible:*

*1) Forego staples.*
*2) Ensure the MICR line is printed on the bottom of the deposit slip.*
*3) Pair deposit slip with the check(s) to be deposited with the deposit slip on top.*
*4) Make sure your system is communicating with the bank with these helpful tips: http://bit.ly/1Nfy2HL.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

Michael  Kasolas

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael  Kasolas |

**☎ Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

---

**TRUSTEE CHECKING**                                    **Account Number:** ▉9566

| Enclosures | 8 | **Beginning Balance** | **$165,003.41** |
|---|---|---|---|
| Avg Collected Balance | $99,035.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $98,145.34 |
| | | **Ending Balance** | **$66,858.07** |

**Checks**                                    * Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 120 | 09-13 | 8,274.00 | 124 | 09-18 | 21,105.97 | 129 | 09-06 | 63.87 |
| 121 | 09-07 | 42,619.67 | 127 * | 09-18 | 2,295.12 | 130 | 09-11 | 1,625.00 |
| 123 * | 09-11 | 17,026.75 | 128 | 09-06 | 5,134.96 | | | |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 165,003.41 | 09-07 | 117,184.91 | 09-13 | 90,259.16 |
| 09-06 | 159,804.58 | 09-11 | 98,533.16 | 09-18 | 66,858.07 |

# Rabobank. N.A.



| | | | | |
|---|---|---|---|---|
| 09/13/18 | #120 | $8,274.00 | 09/13/18 | #120 | $8,274.00 |
| 09/07/18 | #121 | $42,619.67 | 09/07/18 | #121 | $42,619.67 |
| 09/11/18 | #123 | $17,026.75 | 09/11/18 | #123 | $17,026.75 |
| 09/18/18 | #124 | $21,105.97 | 09/18/18 | #124 | $21,105.97 |



| 09/18/18 | #127 | $2,295.12 | 09/18/18 | #127 | $2,295.12 |
| 09/06/18 | #128 | $5,134.96 | 09/06/18 | #128 | $5,134.96 |
| 09/06/18 | #129 | $63.87 | 09/06/18 | #129 | $63.87 |
| 09/11/18 | #130 | $1,625.00 | 09/11/18 | #130 | $1,625.00 |

Rabobank, N.A.

Santa Maria, CA

Phone: 800-465-2415 for Rabobank Specialty Deposits

122

90-3715 / 1222

VOID AFTER 90 DAYS

8-327

HASHFAST CREDITORS TRUST
C/O MICHAEL KASOLAS, HASHFAST TECH. LLC
PO BOX 26650
SAN FRANCISCO CA 94126-6650

Regarding

HASHFAST CREDITORS TRUST (14-30725 DM) PHONE:( ) -      .5002379566

FINAL DISTRIBUTION

| Date | 09/04/2018 |
|------|-----------|

$ ******20,216.23

~~~Twenty Thousand Two Hundred Sixteen Dollars and 23/100

Pay to the
Order of

BAKER HOSTETLER, LLP
11601 WILSHIRE BOULEVARD
SUITE 1400
LOS ANGELES CA 90025-0509

Mr. Michael Kasolas

⑈"000001²²2⑈"  ⑆:1²²²37159⑈:  9566⑈"

DDA 000354931000237  Lbx 0070189 CLE  Batch 1286765  Seq 000026  Date 20181001

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0070189>0003549310002237<CLE



**Rabobank, N.A.**
P.O Box 6010
Santa Maria, CA 93456

| | |
|---|---|
| Interim Statement Start: | October 01, 2018 |
| Interim Statement End: | October 05, 2018 |
| | Page 1 of 1 |

| | |
|---|---|
| Case Number: | 14-30725 DM |
| Case Name: | HASHFAST CREDITORS TRUST |
| Trustee Number: | 001130 |
| Trustee Name: | Mr. Michael Kasolas |

Mr. Michael Kasolas

**Questions:**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bms7.com**

---

| | | | |
|---|---|---|---|
| Account number | ******9566 | **Beginning balance** | **$66,858.07** |
| | | Total additions | $0.00 |
| | | Total subtractions | $66,858.07 |
| | | **Ending balance** | **$0.00** |

---

**Transaction Details**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/2/2018 | CHECK PAID | $20,216.23 | | $46,641.84 |
| 10/2/2018 | CHECK PAID | $14,969.74 | | $31,672.10 |
| 10/2/2018 | CHECK PAID | $31,672.10 | | $0.00 |
| **Total** | | **($66,858.07)** | | |

---

**Checks Paid in Numerical Order**

| Check No. | Check Date | Check Amount |
|---|---|---|
| 122 | 10/2/2018 | $20,216.23 |
| 125 | 10/2/2018 | $14,969.74 |
| 126 | 10/2/2018 | $31,672.10 |
| | **Total Checks Paid:** | **$66,858.07** |

# Ledger Report

| Case Number: | 14-30725 DM | | Trustee: | Mr. Michael Kasolas (001130) |
|---|---|---|---|---|
| Case Name: | HASHFAST CREDITORS TRUST | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | [ ]3245 | | Account: | [ ]9566 - Checking Account |
| Period Ending: | 10/05/18 | | Blanket Bond: | $0.00 (per case limit) |
| | | | Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 1/27/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 500.00 |
| 2/28/15 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 1,000.00 |
| 01/05/16 | | JAMS | CHECK #1 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES FROM PREFERENCE DEMAND. | 4009-001 | 1,362.64 | | 2,362.64 |
| 11/05/16 | | JAMS | CHECK #2 FOR RETURN OF RETAINER NOT APPLIED TO ACCRUED FEES FROM PREFERENCE DEMAND. | 4009-001 | 2,562.63 | | 4,925.27 |
| 11/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-000 | 500.00 | | 5,425.27 |
| 12/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 5,925.27 |
| 3/28/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 6,425.27 |
| 04/12/16 | | FUTURE ELECTRONICS CORP. | SETTLEMENT PAYMENT. | 4009-000 | 7,500.00 | | 13,925.27 |
| 04/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-001 | 500.00 | | 14,425.27 |
| 05/19/16 | | MOUSER ELECTRONICS | FINAL SETTMENT PAYMENT | 4009-000 | 1,000.00 | | 15,425.27 |
| 05/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 15,925.27 |
| 05/27/16 | | United Parcel Service | SETTLEMENT PAYMENT | 4009-000 | 1,000.00 | | 16,925.27 |
| 05/31/16 | 101 | U.S. TRUSTEE | UST FEES FOR Q4 2015 ($650.00), Q1 2016 ($650.00), Q2 2016 ($650.00) | 2100-000 | | 1,950.00 | 14,975.27 |
| 06/16/16 | | MARK A. LOWE | SETTLEMENT PAYMENT FROM DEFENDANT | 4009-001 | 350,000.00 | | 364,975.27 |
| 06/27/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 365,475.27 |
| 06/27/16 | 102 | DuaneMorris, LLP | ATTORNEY FEES-LOWES MATTER, INVOICE #2194151 | 2100-000 | | 116,550.00 | 248,925.27 |
| 06/27/16 | 103 | DuaneMorris, LLP | ATTORNEY EXPENSES-LOWES MATTER, INVOICE #2194151 | 2100-000 | | 6,275.73 | 242,649.54 |
| 07/11/16 | | FEDERAL EXPRESS | SETTLEMENT PAYMENT | 4009-001 | 2,000.00 | | 244,649.54 |
| | | | | Subtotals : | $369,425.27 | $124,775.73 | |

() Asset reference(s)

# Ledger Report

| | | | |
|---|---|---|---|
| **Case Number:** | 14-30725 DM | **Trustee:** | Mr. Michael Kasolas (001130) |
| **Case Name:** | HASHFAST CREDITORS TRUST | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | 9566 - Checking Account |
| **Taxpayer ID #:** | 3245 | **Blanket Bond:** | $0.00 (per case limit) |
| **Period Ending:** | 10/05/18 | **Separate Bond:** | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,149.54 |
| 08/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 245,649.54 |
| 08/30/16 | | PACKAGE SCIENCE SERVICES LLC | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,000.00 | | 247,649.54 |
| 08/30/16 | | STEPHEN ELLIS HAMNER | FINAL SETTLEMENT PAYMENT | 4009-004 | 2,750.00 | | 250,399.54 |
| 08/30/16 | | ALLAN N. HESSENFLOW | FINAL SETTLEMENT PAYMENT | 4009-004 | 4,500.00 | | 254,899.54 |
| 08/30/16 | | DIGI-KEY | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 259,899.54 |
| 08/30/16 | | PETER HENDRICKSON | FINAL SETTLEMENT PAYMENT | 4009-004 | 5,000.00 | | 264,899.54 |
| 09/26/16 | | SIMON BARBER | SIMON BARBER - SETTLEMENT PAYMENT | 4009-004 | 500.00 | | 265,399.54 |
| 10/02/16 | | AMY WOODWARD | FINAL SETTLEMENT PAYMENT | 4009-004 | 1,750.00 | | 267,149.54 |
| 10/12/16 | 104 | ADR SERVICES, INC. | INVOICE #16-6200-ER-01: HASHFAST TECHNOLOGIES, LLC, PLAINTIFF, MICHAEL KASOLAS, CPA | 6007-011 | | 5,452.50 | 261,697.04 |
| 10/21/16 | 105 | U.S. TRUSTEE | UST FEES FOR Q3 2016 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 261,372.04 |
| 11/17/16 | | CIARA | SETTLEMENT PAYMENT | 4009-001 | 95,000.00 | | 356,372.04 |
| 11/28/16 | | PROVINCE, INC. | SETTLEMENT PAYMENT | 4009-000 | 41,051.49 | | 397,423.53 |
| 11/29/16 | | UNIQUIFY, INC. | SETTLEMENT PAYMENT | 4009-000 | 4,000.00 | | 401,423.53 |
| 02/22/17 | | NATIONWIDE (SCOTTSDALE INSURANCE COMPANY | SETTLEMENT CHECK FOR D&O COVERAGE | 4009-003 | 650,000.00 | | 1,051,423.53 |
| 02/27/17 | 106 | COZEN O'CONNER | ATTORNEY FEES–D&O MATTER | 6007-001 | | 214,500.00 | 836,923.53 |
| 02/27/17 | 107 | COZEN O'CONNER | ATTORNEY EXPS–D&O MATTER | 6007-002 | | 4,822.17 | 832,101.36 |
| 02/27/17 | 108 | BAKER HOSTETLER | ATTORNEY FEES: PRE-CONFIRMATION | 6007-015 | | 295,779.88 | 536,321.48 |
| 02/27/17 | 109 | BAKER HOSTETLER | ATTORNEY FEES: POST-CONFIRMATION | 6007-001 | | 127,030.01 | 409,291.47 |
| 02/27/17 | 110 | KATTEN MUCHIN ROSENMAN, LLP | DEBTOR-ATTORNEY FEES | 6007-015 | | 180,245.86 | 229,045.61 |
| | | | **Subtotals :** | | **$812,551.49** | **$828,155.42** | |

() Asset reference(s)

Case: 14-30725    Doc# 563    Filed: 10/17/18    Entered: 10/17/18 18:49:41    Page 18 of 22

# Ledger Report

| Case Number: | 14-30725 DM | | Trustee: | Mr. Michael Kasolas (001130) |
|---|---|---|---|---|
| Case Name: | HASHFAST CREDITORS TRUST | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ____9566 - Checking Account |
| Taxpayer ID #: | ____3245 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 10/05/18 | | Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/17 | 111 | MICHAEL G. KASOLAS, TRUSTEE | PAYMENT PURSUANT TO COURT NOTICE 2-27-17 FOR TRUSTEE COMPENSATION | 6002-001 | | 50,102.55 | 178,943.06 |
| 04/18/17 | 112 | U.S. TRUSTEE | UST FEES FOR Q1 2017 ($4,875.00 less $325.00) ACCT. #713430725 | 2100-000 | | 4,550.00 | 174,393.06 |
| 07/27/17 | 113 | U.S. TRUSTEE | UST FEES FOR Q2 2017 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 174,068.06 |
| 09/17/17 | 114 | KOI SYSTEMS, LTD, C/O JEFFREY I GOLDEN | PARTIAL DISTRIBUTION PURSUANT TO COURT ORDER 8-21-17 DOC. #558 | 2100-000 | | 12,392.86 | 161,675.20 |
| 09/17/17 | 115 | MICHAEL G. KASOLAS, TRUSTEE | PAYMENT PURSUANT TO COURT NOTICE 2-27-17 FOR TRUSTEE COMPENSATION-KOI SYSTEMS | 6002-001 | | 371.79 | 161,303.41 |
| 10/26/17 | 116 | U.S. TRUSTEE | UST FEES FOR Q3 2017 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 160,978.41 |
| 11/19/18 | 117 | U.S. TRUSTEE | UST FEES FOR Q4 2017 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 160,653.41 |
| 04/30/18 | | SONIC MANUFACTURING TECHNOLOGIES | SETTLEMENT CHECK. | 4009-001 | 5,000.00 | | 165,653.41 |
| 04/30/18 | 118 | U.S. TRUSTEE | UST FEES FOR Q1 2018 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 165,328.41 |
| 07/17/18 | 119 | U.S. TRUSTEE | UST FEES FOR Q2 2018 ($325.00) ACCT. #713430725 | 2100-000 | | 325.00 | 165,003.41 |
| 09/04/18 | 120 | FORCE TEN PARTNERS, LLC | FINAL DISTRIBUTION | 2100-000 | | 8,274.00 | 156,729.41 |
| 09/04/18 | 121 | Kokjer, Pierotti, Maiocco & Duck LLP | FINAL DISTRIBUTION | 2100-000 | | 42,619.67 | 114,109.74 |
| 09/04/18 | 122 | BAKER HOSTETLER, LLP | FINAL DISTRIBUTION | 2100-000 | | 20,216.23 | 93,893.51 |
| 09/04/18 | 123 | FOLEY & LARDNER, LLP | FINAL DISTRIBUTION | 2100-000 | | 17,026.75 | 76,866.76 |
| 09/04/18 | 124 | KATTEN MUCHIN ROSENMAN, | FINAL DISTRIBUTION | 2100-000 | | 21,105.97 | 55,760.79 |
| | | | | Subtotals : | $5,000.00 | $178,284.82 | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 14-30725 DM | Trustee: | Mr. Michael Kasolas (001130) |
| Case Name: | HASHFAST CREDITORS TRUST | Bank Name: | Rabobank, N.A. |
| | | Account: | 9566 - Checking Account |
| Taxpayer ID #: | 3245 | Blanket Bond: | $0.00  (per case limit) |
| Period Ending: | 10/05/18 | Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | LLP | | | | | |
| 09/04/18 | 125 | BAKER HOSTETLER | FINAL DISTRIBUTION | 2100-000 | | 14,969.74 | 40,791.05 |
| 09/04/18 | 126 | BAKER HOSTETLER | FINAL DISTRIBUTION | 2100-000 | | 31,672.10 | 9,118.95 |
| 09/04/18 | 127 | KOI SYSTEMS, LTD, C/O JEFFREY I GOLDEN | FINAL DISTRIBUTION | 2100-000 | | 2,295.12 | 6,823.83 |
| 09/04/18 | 128 | MICHAEL G. KASOLAS, TRUSTEE | FINAL DISTRIBUTION TRUSTEE FEES | 6002-001 | | 5,134.96 | 1,688.87 |
| 09/04/18 | 129 | MICHAEL G. KASOLAS, TRUSTEE | FINAL DISTRIBUTION TRUSTEE EXPENSES | 6002-002 | | 63.87 | 1,625.00 |
| 09/04/18 | 130 | U.S. TRUSTEE | UST FEES FOR Q3 2018 ($1,625.00) ACCT. #7131430725 | 2100-000 | | 1,625.00 | 0.00 |
| | | | | | 1,186,976.76 | 1,186,976.76 | $0.00 |

## ACCOUNT TOTALS

1,186,976.76    1,186,976.76    $0.00

| TOTAL - ACCOUNT 9566 | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 17 Deposits | 831,476.76 | 30 Checks | 1,186,976.76 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Subtotal | $831,476.76 | 0 Transfers Out | 0.00 |
| 12 Adjustments In | 355,500.00 | Total | $1,186,976.76 |
| 0 Transfers In | 0.00 | | |
| Total | $1,186,976.76 | | |

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # 9566 | 1,186,976.76 | 1,186,976.76 | 0.00 | 0.00 | 0.00 |
| | $1,186,976.76 | $1,186,976.76 | $0.00 | $0.00 | $0.00 |

() Asset reference(s)

# Ledger Report

| Case Number: | 14-30725 DM | | Trustee: | Mr. Michael Kasolas (001130) |
|---|---|---|---|---|
| Case Name: | HASHFAST CREDITORS TRUST | | Bank Name: | Rabobank, N.A. |
| | | | Account: | 9566 - Checking Account |
| Taxpayer ID #: | 3245 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 10/05/18 | | Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | | Description of Transaction | | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|---|

**TOTAL - CASE**

| | | Balance Forward | 0.00 | | Checks | 30 | 1,186,976.76 | | |
| | 17 | Deposits | 831,476.76 | | Adjustments Out | 0 | 0.00 | | |
| | 0 | Interest Postings | 0.00 | | Transfers Out | 0 | 0.00 | | |
| | | Subtotal | $831,476.76 | | Total | | $1,186,976.76 | | |
| | 12 | Adjustments In | 355,500.00 | | | | | | |
| | 0 | Transfers In | 0.00 | | | | | | |
| | | Total | $1,186,976.76 | | Net Total Balance | | $0.00 | | |

() Asset reference(s)

**HASHFAST TECHNOLOGIES, LLC**
**POST CONFIRMATION REPORT DISCLOSURE STATEMENT**
**CASE NO. 14-30725 DM**
**FOR THE PERIOD JULY 1, 2018 THROUGH SEPTEMBER 30, 2018**

The Debtor's Plan of Liquidation was confirmed by order of the Court dated June 25, 2015. Michael G. Kasolas was appointed trustee of the Hashfast Creditor Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Hashfast Creditor Trust.

All Trust assets were distributed prior to September 30, 2018. This is the final post-confirmation report that will be filed by the Trustee.