# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 S. Flower Street, Suite 3300, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGING ORDER RELIEVING THE TRUSTEE OF HIS DUTIES, RESPONSIBILITIES AND POWERS PURSUANT TO THE TRUST AND CLOSING THE BANKRUPTCY CASES** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On August 26, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Venkat Balasubramani**  venkat@focallaw.com, pete.morici@alumni.purdue.edu
- **Thomas R. Burns**  tom@tburnslaw.com
- **Greg P. Campbell**  ecfcanb@aldridgepite.com, gc@ecf.inforuptcy.com
- **Patrick Chesney**  pchesney@gallo-law.com, mvananda@gallo-law.com
- **Michael Delaney**  mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
- **Michele M. Desoer**  mdesoer@zuberlaw.com, dellis@zuberlaw.com
- **Caroline R. Djang**  caroline.djang@bbklaw.com, arthur.johnston@bbklaw.com
- **Fahim Farivar**  ffarivar@foley.com, scvasquez@foley.com
- **Trevor Ross Fehr**  trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- **W. Keith Fendrick**  keith.fendrick@hklaw.com, Andrea.Olson@hklaw.com
- **Beth E. Gaschen**  bgaschen@wgllp.com
- **Elizabeth A. Green**  egreen@bakerlaw.com, jdriggers@bakerlaw.com
- **Robert G. Harris**  rob@bindermalter.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Reginald R. Hindley**  hindleylaw@gmail.com, R56453@notify.bestcase.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Michael G. Kasolas**  trustee@kasolas.net, CA30@ecfcbis.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Lynette C. Kelly**  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Ashley McDow**  amcdow@bakerlaw.com, scvasquez@foley.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Douglas R. Pahl**  dpahl@perkinscoie.com, etherrien@perkinscoie.com
- **David M. Poitras**  dpoitras@jmbm.com, dpoitras@wedgewood-inc.com
- **Peter M. Rehon**  prehon@rehonroberts.com, uho@rehonroberts.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Peter A. Siddiqui**  peter.siddiqui@kattenlaw.com
- **Dominique Sopko**  dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **Craig Stuppi**  craig@stuppilaw.com
- **Sarah M. Stuppi**  sarah@stuppilaw.com
- **Christopher D. Sullivan**  csullivan@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Nancy Weng**  FarsadECF@gmail.com, FarsadECF@ecf.courtdrive.com

- 3 -

☐ Service information continued on attached page

## 2. SERVED BY UNITED STATES MAIL:
On November 26, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

☐ Service information continued on attached page

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):
On _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2018 | Susan Vasquez | /s/ Susan Vasquez |
| --- | --- | --- |
| Date | Printed Name | Signature |

- 4 -