UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
HASHFAST TECHNOLOGIES, LLC
CASE NO. 14-30725 DM
SEE ATTACHED DISCLOSURE STATEMENT
Debtor (s)

For the quarter ending: 12/31/2018 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

| | | |
|---|---|---|
| 1. | Date of entry of order confirming plan: | 06/25/2015 |
| 2. | Cash balance at beginning of quarter: | 0.00 |
| | Total receipts during quarter: | 0.00 |
| | Total disbursements during quarter: | 0.00 |
| | Cash balance at end of quarter: | 0.00 |
| 3. | Payments made pursuant to the Plan this quarter: | 0.00 |
| | Total payments to be made pursuant to the Plan: | $1,127,976.76 |
| | Cumulative paid to date: | $1,127,976.76 |
| | Balance remaining to be made under the Plan: | 0.00 |

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | x | |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | x |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | x | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|    |                                                                                                                                                                                                                                       | Yes | No |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | x   |    |
| 8. | Has the order confirming the Plan become nonappealable?                                                                                                                                                                               | x   |    |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                           | N/A |    |
| 10.| Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                        | x   |    |
| 11.| Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                     |     | x  |
| 12.| Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                               | x   |    |

13. Anticipated date of motion for final decree: **06/30/2019**

I declare under penalty of perjury that the statements set forth above are true and accurate.

**6/5/2019**
Dated:

/s/ Michael G. Kasolas
Responsible Individual (signature)

Michael G. Kasolas
Print Name


Current Address:
P.O. BOX 26650
SAN FRANCISCO, CA 94126


Telephone Number:
415-504-1926



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank** Return Service Requested



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
October 01, 2018 - October 31, 2018
Page 1 of 3

Michael Kasolas
465 California Street
Suite 417
San Francisco CA 94104

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9566 | $66,858.07 | $0.00 |
| **Total** | | **$66,858.07** | **$0.00** |

### Notable Information For You...

*Did you know that electronic copies of bank statements and check images may be found within your BMS software? Rabobank issues electronic copies of each month's bank statement and check images automatically to BMS clients. CaseLink Office and TrustWorks users can find copies within QuikDocs. CaseLink Web users can find copies within the documents module. Look for the copies in the banking folder within each specific case.*

Case: 14-30725   Doc# 570   Filed: 06/06/19   Entered: 06/06/19 09:51:50   Page 3 of 9

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**

PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested

Michael Kasolas
465 California Street
Suite 417
San Francisco CA 94104

| | |
|---|---|
| Case Number | 14-30725 DM |
| Case Name | HASHFAST CREDITORS TRUST |
| Trustee Number | 0000001130 |
| Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING

**Account Number:** ▇▇▇▇9566

| | | | |
|---|---|---|---|
| Enclosures | 3 | Beginning Balance | $66,858.07 |
| Avg Collected Balance | $2,156.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $66,858.07 |
| | | Ending Balance | $0.00 |

### Checks

*\* Indicates a Skip in Check Number(s)*
*"E" Indicates an Electronic Check*

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 122 | 10-02 | 20,216.23 | 125 * | 10-02 | 14,969.74 | 126 | 10-02 | 31,672.10 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09-30 | 66,858.07 | 10-02 | 0.00 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  Return Service Requested

Account Number █████ 9566
Period Covered:
October 01, 2018 - October 31, 2018
Page 3 of 3

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 10/02/18 | #122 | $20,216.23 | 10/02/18 | #122 | $20,216.23 |
| 10/02/18 | #125 | $14,969.74 | 10/02/18 | #125 | $14,969.74 |
| 10/02/18 | #126 | $31,672.10 | 10/02/18 | #126 | $31,672.10 |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**   Return Service Requested


Rabobank, N.A.
Member FDIC
LENDER  NMLS #649477

Period Covered:
November 01, 2018 - November 30, 2018
Page 1 of 2

| | | |
|---|---|---|
| Michael Kasolas | Case Number | 14-30725 DM |
| 465 California Street | Case Name | HASHFAST CREDITORS TRUST |
| Suite 417 | Trustee Number | 0000001130 |
| San Francisco CA 94104 | Trustee Name | Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account<br>TRUSTEE CHECKING | ▮9566 | $0.00 | $0.00 |
| **Total** | | **$0.00** | **$0.00** |

**Notable Information For You...**

*For cases involving a business, please remember the following guidelines for Tax Identification Numbers (TINs) and W-9 Forms:*

*1) Each case may have only one TIN.*

*2) Most businesses already have a corporate TIN and that existing TIN should be used instead of requesting a new one. You can enter that existing TIN into the BMS software to generate the W-9 form necessary for electronic signing and submission. This must be done within 30 days of account opening.*

*3) Should a new TIN be needed for a business, you must obtain it from the IRS. The BMS software includes a feature that will guide you to the IRS website. Requesting an Insta-TIN for business cases through Rabobank will cause delays and you will eventually be directed to obtain the TIN directly from the IRS. Once the proper TIN is received, an electronically-signed W-9 form must be submitted through your BMS software within 30 days of account opening.*

Case: 14-30725    Doc# 570    Filed: 06/06/19    Entered: 06/06/19 09:51:50    Page 7 of 9

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank  Return Service Requested

Period Covered:
November 01, 2018 - November 30, 2018
Page 2 of 2

| | |
|---|---|
| Michael Kasolas | Case Number: 14-30725 DM |
| 465 California Street | Case Name: HASHFAST CREDITORS TRUST |
| Suite 417 | Trustee Number: 0000001130 |
| San Francisco CA 94104 | Trustee Name: Michael Kasolas |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
www.bmsadvantage.com

## TRUSTEE CHECKING                             Account Number: ▮▮▮9566

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $0.00 |
| Avg Collected Balance | $0.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

*\*\*No activity this statement period\*\**