**Entered on Docket**
**June 24, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 South Flower Street, Ste. 3300
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
Email: amcdow@foley.com

**Signed and Filed: June 22, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee of the Hashfast Creditor Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11 |
| x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession. | **ORDER APPROVING POST-CONFIRMATION PROFESSIONAL FEES AND EXPENSES**<br><br>[No Hearing Required] |

Having reviewed the *Second Amended Second Notice of Intent to Pay Certain Post-Confirmation Professional Fees and Expenses and to Close Case* (the "Notice") (Docket Entry 567), filed by Michael G. Kasolas (the "Trustee"), the duly appointed, qualified and acting liquidating trustee for the Hashfast Creditor Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* (the "Plan") [Docket Entry 379], in the above-captioned bankruptcy cases of Hashfast Technologies, LLC, and Hashfast, LLC (collectively, the "Debtors") (collectively, the "Bankruptcy Cases"), upon consideration of all pleadings related

thereto, the entire record of the Bankruptcy Cases and good cause appearing, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The fees and expenses of the Trustee and the professionals as outlined in the Notice (the "Professionals") are reasonable, necessary, and for the benefit of the Trust and its beneficiaries, the amounts of fees and expenses incurred by the Professionals are reasonable based on the extent, nature, and value of the services rendered, and the cost of comparable services, and the fees and expenses of the Trustee and the Professionals are reasonable and appropriate for customary trusteeship and bankruptcy professionals, as applicable; and

2. Except as expressly requested through and identified therein, the payment of the fees and reimbursement of expenses paid to the Trustee and any and all persons and entities engaged or employed by the Trustee, including the prior fees and expenses of the Trustee and the Professionals previously approved by the Bankruptcy Court and/or by the procedures set forth in the Plan, including the First Notice of Intent to Pay Certain Post-Confirmation Professional Fees and Expenses (Docket Entry 533) and the Notice, are approved and ratified in their entirety, and such fees and expenses are hereby deemed reasonable and appropriate.

3. The Trustee's payment of the following fees and expenses of the Trustee and the Professionals, all as set forth in the Notice, is ratified:

| Professional/ Administrative Claimant | Role | Covered Period | Total Fees and Costs Incurred | Proposed Distributions |
|---|---|---|---|---|
| **Force Ten Partners, LLC** | Expert witness retained in the adversary proceeding *Kasolas v. Sonic Manufacturing Technologies, Inc.,* Adv. No, 6-03105 DM | 3/9/17 – 3/31/17 | $12,724.00 (courtesy discount of $4,450.00) | $8,274.00 |
| **Kokjer, Pierotti, Maicco & Duck LLP** | Accountant for the Trust | 6/23/15 – 10/01/17 | $42,619.67 | $42,619.67 |
| **Baker & Hostetler LLP** | Former general insolvency counsel for the Trust | 2/8/17 – 4/30/18 | $239,303.26 | $20,216.23 |
| **Foley & Lardner LLP** | General insolvency counsel for the Trust | 5/15/18 – 6/22/18 | $17,026.75 | $17,026.75 ($15,026.75 in the attached invoices and an additional estimated $2,000.00 |

| | | | | for the fees and cost associated with serving the Notices) |
|---|---|---|---|---|
| **Katten Muchin LLP** | Former counsel for the Debtors-in-Possession | 5/19/14 – 6/25/15 | $249,835.33 (remaining unpaid balance) | $21,105.97 |
| **Baker & Hostetler LLP** | Former counsel for the Official Committee of Unsecured Creditors | 7/31/15 – 1/06/17 | $177,199.61 (remaining unpaid balance) | $14,969.74 |
| **Baker & Hostetler LLP** | Former counsel for the Official Committee of Unsecured Creditors | 5/19/14 – 7/30/15 | $373,908.50 (remaining unpaid balance) | $31,672.10 |
| **Koi Systems, Ltd. (Petitioning creditor)** | For legal fees and expenses related to the commencement of the Bankruptcy cases | | $27,167.77 (the total remaining unpaid balance) | $2,295.12 |
| **Michael Kasolas, Liquidating Trustee** | The duly appointed, qualified and acting liquidating trustee for the Hashfast Creditor Trust | | $5,198.83 ($5,134.96 in fees and $63.47 in costs) | $5,198.83 |
| **Estimated Additional Costs to Close the Case** | U.S. Trustee's Quarterly fees ($325.00 for the second quarter of 2018 and $1,625.00 for the third quarter of 2018) | | $1,950.00 | $1,950.00 |

*** END OF ORDER ***