**Entered on Docket**
**June 24, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 South Flower Street, Ste. 3300
Los Angeles, CA  90071-2411
Telephone:     213.972.4500
Facsimile:      213.486.0065
Email:     amcdow@foley.com

Signed and Filed: June 22, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for MICHAEL G. KASOLAS, Liquidating Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>**ORDER RELIEVING THE TRUSTEE OF HIS DUTIES, RESPONSIBILITIES AND POWERS PURSUANT TO THE TRUST AND CLOSING THE BANKRUPTCY CASES**<br><br>[No Hearing Required] |

    Having reviewed the *Second Amended Second Notice of Intent to Pay Certain Post-Confirmation Professional Fees and Expenses and to Close Case* (the "Notice") (Docket Entry 567), filed by Michael G. Kasolas (the "Trustee"), the duly appointed, qualified and acting liquidating trustee for the Hashfast Creditor Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC, and Hashfast, LLC, Dated June 4, 2015* (the "Plan") [Docket Entry 379] in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases") of Hashfast Technologies, LLC, and

- 1 -

ORDER RELIEVING THE TRUSTEE OF HIS DUTIES, RESPONSIBILITIES AND POWERS PURSUANT TO THE TRUST AND CLOSIG THE BANKRUPTCY CASES

4839-0349-3253.1

Case: 14-30725    Doc# 574    Filed: 06/22/19    Entered: 06/24/19 11:59:51    Page 1 of 2

Hashfast, LLC (collectively, the "Debtors"), upon consideration of all pleadings related thereto, the entire record of the Bankruptcy Cases and good cause appearing, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Bankruptcy Cases are hereby closed;

2. The Trustee has paid any and all obligations to the United States Trustee in the Bankruptcy Cases;

3. The duties, responsibilities, and obligations of the Trustee, including those identified in the Plan and the Trust, have been fully performed and grounds exist for the Trust to be terminated;

4. The Trustee is hereby discharged of all duties, responsibilities, and obligations in connection with his administration of the Plan and/or the Trust, as applicable;

5. The Trust is hereby terminated effective as of entry of this order (the "Order"); and

6. The Trustee is authorized to destroy and/or abandon any remaining records of the Debtors and the Trust in the Trustee's possession, unless custody of such records is requested and obtained by any interested party within thirty (30) days after the entry of this Order.

IT IS SO ORDERED.

Approved as to Form:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

 /s/ Timothy S. Laffredi
By: Timothy S. Laffredi
Trial Attorney for United States Trustee

4839-0349-3253.1